**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHILD TRENDS, INCORPORATED et al., | Case No. 8:25-cv-01154-BAH |
| *Plaintiffs*, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION et al., | |
| *Defendants*. | |

**JOINT MOTION FOR BRIEFING SCHEDULE**

The parties respectfully request that the Court enter the following briefing schedule on Plaintiffs' forthcoming motion for a preliminary injunction: (i) Plaintiffs file their motion by April 15, 2025, (ii) Defendants file their opposition by April 22, 2025, and (iii) Plaintiffs file their reply by April 27, 2025. The parties further request that the Court hold a hearing on Plaintiffs' forthcoming motion at the Court's earliest convenience. In support of this motion, the parties state as follows:

1.      Plaintiffs filed their complaint in this matter on April 7, 2025. Plaintiffs challenge the government's alleged failure to comply with legal requirements to operate the Department of Education's Regional Educational Laboratories (REL) and Comprehensive Center program. Plaintiffs seek, among other things, an injunction to immediately restore the programs.

2.      The parties have met and conferred on a proposed briefing schedule on Plaintiffs' forthcoming motion for a preliminary injunction. The parties agree to the briefing schedule set forth above.

3.      Accordingly, the Parties jointly request that the Court enter the briefing schedule set forth above and schedule a hearing at its earliest convenience. A proposed order is attached.

April 11, 2025

Respectfully submitted,

/s/Lynn D. Eisenberg
Daniel F. Jacobson+
Lynn D. Eisenberg*
Kyla M. Snow**
   *admitted pro hac vice*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
*lynn@jacobsonlawyersgroup.com*

\* Of Counsel

\*\* Not admitted in the District of Columbia.
Practiced limited to matters before U.S.
courts.

\+ pro hac vice motion forthcoming

*Counsel for Plaintiffs*

KELLY O. HAYES
United States Attorney
District of Maryland

/s/Tianna Bethune
TIANNE BETHUNE
(signed by Lynn D. Eisenberg with
permission of Tianna Bethune)
Assistant United States Attorney
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800
tianne.bethune@usdoj.gov

*Counsel for Defendants*