# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED et al., | Case No. 8:25-cv-01154-BAH |
| *Plaintiffs*, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF EDUCATION et al., | |
| *Defendants*. | |

Upon consideration of the parties' joint motion for a briefing schedule, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiffs shall file their motion for a preliminary injunction on or before April 15, 2025. Defendants shall file any opposition no later than April 22, 2025. Plaintiffs shall file any reply no later than April 27, 2025. The Court will reach out to the parties directly to schedule the hearing.

Dated: 4/11/2025

/s/
_____
Brendan A. Hurson
United States District Judge