IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF EDUCATION et al., *Defendants*. | Case No. 8:25-cv-01154-BAH |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, WRIT OF MANDAMUS

For the reasons provided in the attached memorandum, Plaintiffs Child Trends, Incorporated and RMC Research Corporation hereby move for a preliminary injunction or, in the alternative, a writ of mandamus. A proposed order is attached.

April 15, 2025

Respectfully submitted,

*/s/Lynn D. Eisenberg*
Daniel F. Jacobson[+]
Lynn D. Eisenberg*
Kyla M. Snow**
JACOBSON LAWYERS GROUP PLLC
*1629 K Street NW, Suite 300*
*Washington DC, 20006*
*(301) 823-1148*
*lynn@jacobsonlawyersgroup.com*

* Of Counsel

** Not admitted in the District of Columbia. Practiced limited to matters before U.S. courts.

[+] *pro hac vice* motion forthcoming

*Counsel for Plaintiffs*