# Exhibit 5

**Christopher F. Rufo** ⚔️ ✓
@realchrisrufo

The Department of Education has granted more than $200 million to 21 "comprehensive centers" that push left-wing ideologies in local districts. They believe America's schools are systems of "institutionalized privilege" and that there are too many "White students" in STEM.



### Designing for Diversity Part 1
### Where is Equity and Inclusion in Curriculum Design?

**The National Comprehensive Center**

The National Comprehensive Center (NC) is one of 20 technical assistance centers supported under the U.S. Department of Education's Comprehensive Centers program from 2019 to 2024. The NC focuses on helping the 19 Regional Comprehensive Centers and state, regional, and local education agencies throughout the country to meet the daunting challenge of improving student performance with equitable resources.

achers work to modify and adapt curriculum materials to their students, retrospective tations or edits to standardized materials may not fully reframe the curriculum to owledge the complexity of diversity, equity, and inclusivity, and instead maintain assumptions all students are essentially the same (e.g., Santibañez and Fagioli, 2016). Such assumptions of lity may result in the proliferation of social and racial inequities (McLaren, 1999; Willis, 1977) socialize students with implicit, inaccurate messages and expectations that portray race, class, d order, and roles as separate from equity and inclusion in classroom learning environments ux and Penna, 1983; Wren, 1999; Gatto, 2002; Apple, 2018). For example, adaptations to +CS curriculum materials that highlight White male figures in STEM+CS fields implicitly teach STEM+CS does not include people of color or women. Furthermore, retrofitted curriculum rials often tack on activities or teaching practices that are deemed equitable without proper rch into the social and learning context and/or student needs and strengths. Because such ities and practices tend to be disjointed from the design elements of the curriculum, they are omitted from instruction. As Hitchcock et al. (2002, p. 8) noted, "Even when publishers citly include techniques for diverse learners, the writers seem to consider those diverse

re is Equity and Inclusion in Curriculum Design?

ks inequities by minimizing the presence of marginalized groups and maintaining existing es and beliefs to take the pressure off the need for change (Ahmed, 2007). For example, simply tifying the number of different racial groups represented in a school may falsely convey that viduals from historically marginalized groups are meaningfully included in the practices of the ol. Understanding diversity requires understanding how different groups within different xts experience the educational system. For example, schools with higher proportions of ents of color are less likely to provide advanced STEM+CS courses, and in schools where they offered, the courses are disproportionately populated with White students (Sawchuk, 2018). ponding to diversity includes (a) acknowledging the presence of individuals and/or groups that ot have social power, prestige, or institutionalized privilege; (b) developing an understanding eir marginalization; and (c) actively working towards creating equitable and inclusive riences and opportunities for them.

usion Guideline 6: Cultural Sensitivity

d include diverse experiences and perspectives. Learning experiences shoul eotypes related to gender, race, ethnicity, socioeconomic status, religion, or

ntion to issues such as gender, race, socioeconomic status, geography, and c ical ability

ontexts that are inclusive and not marginalizing to particular groups

1:30 PM · Feb 18, 2025 · **288K** Views

💬 177    🔁 1.4K    ❤️ 5.1K    🔖 560    ↑

Post your reply                                    Reply

**Elon Musk** ✓ ✕ @elonmusk · Feb 18
!!

💬 131    🔁 121    ❤️ 1.7K    📊 65K