# Exhibit 8

# Contracts

Displaying 7279 contract terminations totaling ~$25B in savings.

Savings | Total Value | Date ↓

| AGENCY | VENDOR | DESCRIPTION | DATE | FPDS | SAVED |
|---|---|---|---|---|---|
| DEPARTMENT OF COMMERCE | POLITICO, LLC | Subscription services | 2/14/2025 | ↗ | $0 |
| DEPARTMENT OF COMMERCE | LYNNE CARBONE & ASSOCIATES ... | NONPERSONAL SERVICES, FOR COAC... | 2/14/2025 | ↗ | $5,258 |
| DEPARTMENT OF COMMERCE | AVASANT, LLC | INFORMATION TECHNOLOGY BENCH... | 2/14/2025 | ↗ | $0 |
| DEPARTMENT OF COMMERCE | LANDEFELD JOHN STEVEN | SUPPORT- PROFESSIONAL: ENGINEER... | 2/14/2025 | ↗ | $0 |
| DEPARTMENT OF COMMERCE | CHERRY BEKAERT ADVISORY LLC | THIS EFFORT IS THE PROCUREMENT ... | 2/14/2025 | ↗ | $3,822 |
| DEPARTMENT OF COMMERCE | MARTIN FLEMING LLC | CONSULTATIVE AND RESEARCH SERV... | 2/14/2025 | ↗ | $0 |
| DEPARTMENT OF EDUCATION | WESTED | The U.S. Department of Education Regi... | 2/14/2025 | ↗ | $22,800,039 |
| DEPARTMENT OF EDUCATION | FLORIDA STATE UNIVERSITY | The U.S. Department of Education Regi... | 2/14/2025 | ↗ | $21,911,017 |
| DEPARTMENT OF EDUCATION | EDUCATION DEVELOPMENT CEN... | The U.S. Department of Education Regi... | 2/14/2025 | ↗ | $20,118,154 |
| DEPARTMENT OF EDUCATION | AMERICAN INSTITUTES FOR RES... | The U.S. Department of Education Regi... | 2/14/2025 | ↗ | $17,400,000 |

Showing 6101-6110 of 7279 items   «  <  1  ...  610  **611**  612  ...  728    

# Contracts

Displaying 7279 contract terminations totaling ~$25B in savings.

[ Savings ]  [ Total Value ]  [ **Date ↓** ]

| AGENCY | VENDOR | DESCRIPTION | DATE | FPDS | SAVED |
|---|---|---|---|---|---|
| DEPARTMENT OF EDUCATION | MATHEMATICA INC. | The U.S. Department of Education Regi… | 2/14/2025 | ↗ | $19,752,614 |
| DEPARTMENT OF EDUCATION | SRI INTERNATIONAL | The U.S. Department of Education Regi… | 2/14/2025 | ↗ | $18,718,662 |
| DEPARTMENT OF EDUCATION | MATHEMATICA INC. | The U.S. Department of Education Regi… | 2/14/2025 | ↗ | $14,094,759 |
| DEPARTMENT OF EDUCATION | WESTED | The U.S. Department of Education Regi… | 2/14/2025 | ↗ | $14,047,290 |
| DEPARTMENT OF EDUCATION | MCREL INTERNATIONAL | The U.S. Department of Education inte… | 2/14/2025 | ↗ | $13,855,291 |
| DEPARTMENT OF EDUCATION | AMERICAN INSTITUTES FOR RES… | The U.S. Department of Education Regi… | 2/14/2025 | ↗ | $16,500,000 |
| DEPARTMENT OF EDUCATION | WEST PUBLISHING CORPORATION | This task order award is for Investigativ… | 2/14/2025 | ↗ | $52,761 |
| DEPARTMENT OF EDUCATION | WEST PUBLISHING CORPORATION | This contract is for West LegalEdcente… | 2/14/2025 | ↗ | $0 |
| DEPARTMENT OF JUSTICE | ACCENTURE FEDERAL SERVICES … | AGILE TRAINING | 2/14/2025 | ↗ | $11,961,033 |
| DEPARTMENT OF JUSTICE | MELWOOD HORTICULTURAL TRA… | ROBERT F KENNEDY BUILDING CUST… | 2/14/2025 | ↗ | $14,366,326 |

Showing 6111-6120 of 7279 items      «  ‹  1  …  611  **612**  613  …  728  ›  »