# Exhibit 9

| AGENCY | RECIPIENT | DESCRIPTION | DATE | SAVED |
|---|---|---|---|---|
| DEPARTMENT OF EDUCATION | RESEARCH TRIANGLE INSTITUTE | CENTER FOR RESOURCES FOR THE EDUCATO... | 2/18/2025 | $7,682,557.57 |
| DEPARTMENT OF EDUCATION | WESTAT, INC. | REGION 4 (APPALACHIA): KY – TN – VA – WV ... | 2/18/2025 | $8,807,553.17 |
| DEPARTMENT OF EDUCATION | WESTAT, INC. | REGION 9 (SOUTHWEST): NM – TX – OK – AR –... | 2/18/2025 | $24,983,549.54 |
| DEPARTMENT OF EDUCATION | AMERICAN INSTITUTES FOR RESE... | COMPREHENSIVE CENTERS PROGRAM: REGIO... | 2/18/2025 | $22,246,286.43 |
| DEPARTMENT OF EDUCATION | WESTAT, INC. | NATIONAL COMPREHENSIVE CENTER APPLIC... | 2/18/2025 | $28,913,738.09 |
| DEPARTMENT OF EDUCATION | AMERICAN INSTITUTES FOR RESE... | COMPREHENSIVE CENTERS: FISCAL EQUITY ... | 2/18/2025 | $5,571,247.18 |
| DEPARTMENT OF EDUCATION | RMC RESEARCH CORP | THE REGION 6 COMPREHENSIVE CENTER | 2/18/2025 | $11,814,648.24 |
| DEPARTMENT OF EDUCATION | CHILD TRENDS, INCORPORATED | COMPREHENSIVE CENTERS PROGRAM, ABSO... | 2/18/2025 | $6,018,538.17 |
| DEPARTMENT OF EDUCATION | FAMILY HEALTH INTERNATIONAL | COMPREHENSIVE CENTERS (CC) PROGRAM R... | 2/18/2025 | $6,029,331.64 |
| DEPARTMENT OF EDUCATION | MCREL INTERNATIONAL | REGION 8 COMPREHENSIVE CENTER (R8CC) | 2/18/2025 | $11,462,385.11 |