IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHILD TRENDS, INC., ET AL.,

    Plaintiffs,

v.

                            Civil No. 25-1154-BAH

UNITED STATES DEPARTMENT OF
EDUCATION ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 11th day of June, 2025, ORDERED that:

(1) Defendants' motion for a retroactive extension of time to file a response, ECF 19, is GRANTED;

(2) Plaintiffs' motion for a preliminary injunction, ECF 16, is DENIED;

(3) The case will proceed to a determination on the merits, according to the following schedule:

| | |
|---|---|
| Deadline to file Administrative Record | June 18, 2025 |
| Deadline for Cross Motions for Summary Judgment | July 9, 2025 |
| Deadline for Responses | July 16, 2025 |

(4) If the need to change the schedule arises, the parties are directed to confer and *jointly* submit a proposed modification for the Court's consideration. Absent agreement of the parties, there will be no change to the proposed schedule.

                                                               /s/
                                             Brendan A. Hurson
                                             United States District Judge