# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED, ET AL.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,<br><br>  Defendants. | Case No.: 8:25-cv-01154-BAH |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants, by and through undersigned counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Tianna Bethune and Ariana Arnold, Assistant United States Attorneys for that District, hereby file a certified copy of the Administrative Record in this case.

Dated: June 24, 2025

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/
Tianna Bethune
Ariana Arnold
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore. Maryland 21201
410-209-4922
Tianna.Bethune@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2025, a copy of the foregoing Notice of Filing of Administrative Record and accompanying document was served electronically on all parties receiving service via CM/ECF in this case.

/s/
Tianna Bethune
Assistant United States Attorney