IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INC., *et al.*, | * |
| Plaintiffs, | * |
| | *     Case No. 25-cv-1154-BAH |
| v. | |
| | * |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Candice Jackson, am a Deputy General Counsel at the United States Department of Education. I have been employed in that capacity since January, 2025, and in that capacity and responsible for supervising attorneys who have prepared the administrative record in this case.

As part of my duties as the Deputy General Counsel, I have been provided with information regarding the compilation of the Administrative Record in the above-captioned matter and the documents contained therein.

Based on information provided to me as part of my official duties, I hereby certify that the attached Administrative Record, a true, correct, and complete copy of the non-privileged documents that, to the best of my knowledge, were directly or indirectly considered in connection with the agency's decisions that are at issue in the above-captioned matter.

For purposes of convenience and efficiency, the Department also provides the attached index which lists the documents contained in the Administrative Record.

Executed this 23rd day of June, 2025.

_____
Candice Jackson
Deputy General Counsel
United States Department of Education