IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHILD TRENDS, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| | * | Case No. 25-cv-1154-BAH |
| v. | | |
| | * | |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ADMINISTRATIVE RECORD INDEX

| Document | Date (if any) | Bates Number Range |
|---|---|---|
| **SECTION 1** <br> **Documents Relevant to All Plaintiffs** | | **1-86** |
| Notice of Final Priorities for Discretionary Grant Programs | March 9, 2020 | |
| Notice of Supplemental Priorities for Discretionary Grant Programs | December 10, 2021 | |
| Notice of Final Priorities for Comprehensive Centers Program | May 13, 2024 | |
| Notice Inviting Applications | May 13, 2024 | |
| Directive on Department Grant Priorities | February 5, 2025 | |
| Press Release: "U.S. Department of Education Cancels Additional $350 Million in Woke Spending" | February 13, 2025 | |
| Press Release: "U.S. Department of Education Cancels Divisive and Wasteful Grants under the Comprehensive Centers Program" | February 19, 2025 | |
| Press Release: "U.S. Department of Education Cancels Divisive and Wasteful Grants under the Comprehensive Centers Program" – Attachment A[1] | February 19, 2025 | |
| Press Release: "U.S. Department of Education Cancels Divisive and Wasteful Grants under the Comprehensive Centers Program" – Attachment B | February 19, 2025 | |

---

[1] For purposes of compiling and filing this administrative record, ED converted the following four attachments into PDF format to comply with the CM/ECF filing system requirements.

| Document | Date (if any) | Bates Number Range |
|---|---|---|
| Press Release: "U.S. Department of Education Cancels Divisive and Wasteful Grants under the Comprehensive Centers Program" – Attachment C | February 19, 2025 | |
| Press Release: "U.S. Department of Education Cancels Divisive and Wasteful Grants under the Comprehensive Centers Program" – Attachment D | February 19, 2025 | |
| **SECTION 2** <br> **Documents Relevant to Plaintiff RMC's subcontract under the Content Center on Strengthening and Supporting the Educator Workforce Comprehensive Center (Grantee was Research Triangle Institute, Grant No. S283B240013)** | | **87-397** |
| Electronic Application Package (Redacted) | June 19, 2024 | |
| Grant Award Notification S283B240013.1.1 | Sept. 26, 2024 | |
| Termination Transmittal Email from Mark Washington | Feb. 19, 2025 | |
| Attachment to Transmittal Email from Mark Washington: Termination Letter | Feb. 19, 2025 | |
| Grant Award Notification S283B240013.2.1 | Feb. 19, 2025 | |
| **SECTION 3** <br> **Documents Relevant to Plaintiff RMC's grant for the Gulf Region Comprehensive Center, Grant No. S283B240029** | | **398-890** |
| **Section 3A** | | 398-799 |
| Electronic Application Package (Redacted) | June 21, 2024 | |
| **Section 3B** | | 800-850 |
| Grant Award Notification S283B240029.1.1 | Sept. 26, 2024 | |
| **Section 3C** | | 851-890 |
| Termination Transmittal Email from Mark Washington | Feb. 19, 2025 | |
| Attachment to Transmittal Email from Mark Washington: Termination Letter | Feb. 19, 2025 | |
| Grant Award Notification S283B240029.2.1 | Feb. 19, 2025 | |
| Appeal Transmittal Email from Everett Barnes | March 12, 2025 | |
| Attachment to Appeal Transmittal Email from Everett Barnes: Appeal Letter | March 12, 2025 | |

| | | |
|---|---|---|
| **SECTION 4** <br> **Documents Relevant to Plaintiff RMC's subcontract under the National Comprehensive Center Program (Prime grantee was McREL International, Grant No. S283B240050)** | | **891-1279** |
| **Section 4A** | | 891-1040 |
| Electronic Application Package (Redacted) Part 1 | June 21, 2024 | |
| **Section 4B** | | 1041-1201 |
| Electronic Application Package (Redacted) Part 2 | June 21, 2024 | |
| **Section 4C** | | 1202-1279 |
| Grant Award Notification S283B240050.1.1 | Sept. 26, 2024 | |
| Termination Transmittal Email from Mark Washington | Feb. 19, 2025 | |
| Attachment to Transmittal Email from Mark Washington: Termination Letter | Feb. 19, 2025 | |
| Grant Award Notification S283B240029.2.1 | Feb. 19, 2025 | |
| Appeal Transmittal Email from Nancy Taylor | March 11, 2025 | |
| Attachment to Appeal Transmittal Email from Nancy Taylor: Appeal Letter | March 11, 2025 | |
| **SECTION 5** <br> **Documents Relevant to Plaintiff Child Trends' subcontract under the Northwest Comprehensive Center Program (Grantee was Education Northwest, Grant No. S283B240076)** | | **1280-1880** |
| Electronic Application Package (Redacted) | June 24, 2024 | |
| Grant Award Notification S283B240076.1.1 | June 26, 2024 | |
| Termination Transmittal Email from Mark Washington | Feb. 19, 2025 | |
| Attachment to Transmittal Email from Mark Washington: Termination Letter | Feb. 19, 2025 | |
| Grant Award Notification S283B240076.2.1 | Feb. 19, 2025 | |
| Appeal Transmittal Email from Jessica Johnson | March 12, 2025 | |
| Attachment to Appeal Transmittal Email from Jessica Johnson: Appeal Letter | March 12, 2025 | |
| **SECTION 6** <br> **Documents Relevant to Plaintiff Child Trends' grant for the Pacific East Comprehensive Center, Grant No. S283B240036** | | **1881-2393** |
| **Section 6A** | | 1881-2280 |
| Electronic Application (Redacted) | June 21, 2024 | |
| Grant Award Notification S283B240036.1.1 | Sept. 26, 2024 | |
| Appendices to Grant Award Notification S283B240036.1.1 | Sept. 26, 2024 | |

| | | |
|---|---|---|
| Termination Transmittal Email from Mark Washington | Feb. 19, 2025 | |
| **Section 6B** | | 2281-2393 |
| Attachment to Transmittal Email from Mark Washington: Termination Letter | Feb. 19, 2025 | |
| Grant Award Notification S283B240036.2.1 | Feb. 19, 2025 | |
| Appeal Transmittal Email from Natalia Pane | March 17, 2025 | |
| Attachment (1 of 2) to Appeal Transmittal Email from Natalia Pane: Appeal Letter | March 17, 2025 | |
| Attachment (2 of 2) to Appeal Transmittal Email from Natalia Pane: Appendices | March 17, 2025 | |
| **SECTION 7** **Documents Relevant to Plaintiff RMC's subcontract under the Central REL Program (Prime contractor was Mathematica Inc., Contract No. 91990022C0015)** | | **2394-2819** |
| **Section 7A** | | 2394-2567 |
| Executed Award Document | March 2, 2022 | |
| Modification P00001 – Memorandum to File | April 5, 2022 | |
| Modification P00001 – Executed SF30 | April 11, 2022 | |
| Modification P0002 – Memorandum to File | August 9, 2022 | |
| Modification P00002 – Executed SF30 | August 12, 2022 | |
| SAM Report | November 21, 2022 | |
| Modification P00003 – Memorandum to File | November 21, 2022 | |
| **Section 7B** | | 2568-2607 |
| Modification P00003 – Executed SF30 Part 1 | Dec. 2, 2022 | |
| **Section 7C** | | 2608-2647 |
| Modification P00003 – Executed SF30 Part 2 | Dec. 2, 2022 | |
| **Section 7D** | | 2648-2819 |
| Modification P00004 – Memorandum to File | March 30, 2023 | |
| Modification P00004 – Executed SF30 | March 30, 2023 | |
| Contractor Responsibility Assessment | July 18, 2023 | |
| Modification P00005 – Memorandum to File | | |
| Modification P00005 – Executed SF30 | July 24, 2023 | |
| Modification P00006 – Memorandum to File | | |
| Memorandum RE: DELEGATION AND APPOINTMENT OF CONTRACTING OFFICER'S REPRESENTATIVE | December 13, 2024 | |
| Modification P00006 – Executed SF30 | January 12, 2024 | |
| Modification P00007 – Memorandum to File | | |
| Modification P00007 – Executed SF30 | July 31, 2024 | |
| Modification P00008 – Memorandum to File | | |
| Modification P00008 – Executed SF30 | Dec. 19, 2024 | |
| Modification P00009 – Memorandum to File | February 10, 2024 | |

| | | |
|---|---|---|
| Email from Pamela Bone: "FW: Modification P00009 of 91990022C0015 – T4C" | Feb. 13, 2025 | |
| Attachment to Email from Pamela Bone: 91990022C0015exe.pdf" (Modification P00009 – Executed SF30) | Feb. 13, 2025 | |
| **SECTION 8** <br> **Documents Relevant to Plaintiff RMC's subcontract under the Southeast REL Program (Prime grantee was Florida State University, Contract No. 91990022C0014)** | | **2820-3826** |
| **Section 8A** | | 2820-2879 |
| Executed Award Document Part 1 | January 24, 2022 | |
| **Section 8B** | | 2880-2972 |
| Executed Award Document Part 2 | January 24, 2022 | |
| **Section 8C** | | 2973-3017 |
| Appendix IV to Award Document – Deliverable Schedule | January 24, 2022 | |
| Posting to SAM | January 24, 2022 | |
| List of Key Award Personnel | | |
| Email from Janelle Sands Regarding Modification P00001: "IESP220105AP/91990022C0014" | April 29, 2022 | |
| **Section 8D** | | 3018-3067 |
| Attachment (1 of 7) to April 29, 2022 Email from Janelle Sands: "91990022C0014 - Award Document PE20220124jg" Part 1 | April 29, 2022 | |
| **Section 8E** | | 3068-3170 |
| Attachment (1 of 7) to April 29, 2022 Email from Janelle Sands: "91990022C0014 - Award Document PE20220124jg" Part 2 | April 29, 2022 | |
| **Section 8F** | | 3171-3536 |
| Attachment (2 of 7) to April 29, 2022 Email from Janelle Sands: "IESP220105AP (REL Southeast mod) 4.7.22.pdf" | April 29, 2022 | |
| Attachment (3 of 7) to April 29, 2022 Email from Janelle Sands: "Schedule of Deliverables 2022-04.xlsx" | April 29, 2022 | |
| Attachment (4 of 7) to April 29, 2022 Email from Janelle Sands: "Security Risk Levels Declaration Form - RELs March 2022 - 1.pdf" | April 29, 2022 | |
| Attachment (5 of 7) to April 29, 2022 Email from Janelle Sands: "Security Risk Levels Declaration Form - RELs March 2022 - 2.pdf" | April 29, 2022 | |
| Attachment (6 of 7) to April 29, 2022 Email from Janelle Sands: " Security Risk Levels Declaration Form - RELs March 2022 - 3.pdf" | April 29, 2022 | |

| | | |
|---|---|---|
| Attachment (7 of 7) to April 29, 2022 Email from Janelle Sands: "Spring 2022 Contract Modification Worksheet.docx" | April 29, 2022 | |
| Modification P00001 – Executed SF30 | June 2, 2022 | |
| Modification P00001 – Memorandum to File | June 9, 2022 | |
| Modification P0002 – Contractor Responsibility Assessment | December 6, 2022 | |
| Modification P00002 – Memorandum to File | December 6, 2022 | |
| Modification P00002 – Executed SF30 | December 12, 2022 | |
| Attachment (1 of 2) to Modification P00002 – Executed SF30: Schedule of Deliverables | December 12, 2022 | |
| Attachment (2 of 2) to Modification P00002 – Executed SF30: Performance Work Statement | December 12, 2022 | |
| Email from Ashley Blaze: "RE: 91990022C0014_P00002 (Yr2 Funding) - REL Southeast"[2] | December 13, 2022 | |
| Modification P0002 – FPDS-NG by Ashley Blaze[3] | December 13, 2022 | |
| Modification P0002 – Contract Review Sheet | | |
| Email from John Hughes Regarding Modification P00003: "New Subcontractor for REL SE" | January 11, 2023 | |
| Modification P00003 – Executed SF30 | January 12, 2023 | |
| Modification P00003 – Contractor Responsibility Assessment | January 12, 2023 | |
| Modification P00003 – Chris Gilmer Resume (Redacted) | | |
| Modification P00003 – Dorothy J. McGill Resume (Redacted) | | |
| Modification P00003 – Posting to SAM | | |
| Modification P00004 – Memorandum to File | | |
| Modification P00004 – Executed SF30 | July 25, 2023 | |
| **Section 8G** | | 3537-3826 |
| Modification P00004 - Memo Re: "Subject Matter Expert Feedback Memo for REL Southeast proposal 5.4. 1.1 Professional Learning Community: Grades 4-12 Content Area Literacy" | June 30, 2023 | |
| Modification P00004 – Contract Review Sheet | | |
| Modification P00004 – Supplemental Funding Proposal | | |
| Modification P00005 – Memorandum to File | | |
| Modification P00005 – Executed SF30 | December 19, 2023 | |

---

[2] The attachment to this e-mail is the document titled as "REL Southeast 91990022C0014_P00002 - fully executed", including that document's two attachments, all produced above.

[3] Federal Procurement Data System-NG ("FPDS-NG") is a government database reflecting all contracts whose estimated value is $10,000 or more. Every modification to that contract, regardless of dollar value must be reported to FPDS.

| | | |
|---|---|---|
| Modification P00006 – Memorandum to File | | |
| Contractor Responsibility Assessment | July 11, 2024 | |
| SAM Report | July 11, 2024 | |
| Modification P00006 – Executed SF30 | July 23, 2024 | |
| Modification P00007 – Memorandum to File | | |
| Modification P00007 – Executed SF30 | July 24, 2024 | |
| Modification P00008 – Memorandum to File | | |
| Modification P00008 – Executed SF30 | December 19, 2024 | |
| Modification P00009 – Memorandum to File | February 13, 2025 | |
| Modification P00009 – Executed SF30 | February 13, 2025 | |
| Modification P00009 – Email Binder | February 2025 – April, 2025 | |