OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
☐ Preapplication
☒ Application
☐ Changed/Corrected Application

**\* 2. Type of Application:**
☒ New
☐ Continuation
☐ Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:**
06/19/2024

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:** North Carolina

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** Research Triangle Institute

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 56-0686338

**\* c. UEI:** JJHCMK4NT5N3

**d. Address:**

**\* Street1:** 3040 East Cornwallis Road

**Street2:** PO Box 12194

**\* City:** Research Triangle Park

**County/Parish:** Durham

**\* State:** NC: North Carolina

**Province:**

**\* Country:** USA: UNITED STATES

**\* Zip / Postal Code:** 27709-2194

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:**

**\* First Name:** Eve

**Middle Name:**

**\* Last Name:** Van Devender

**Suffix:**

**Title:** Contracting Officer

**Organizational Affiliation:** RTI International

**\* Telephone Number:** 9193163431

**Fax Number:**

**\* Email:** evevandevender@rti.org

**ED 000087**

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.283

CFDA Title:

Comprehensive Centers

**\* 12. Funding Opportunity Number:**

ED-GRANTS-051324-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Program and Grantee Support Services: Comprehensive Centers Program, Assistance Listing Number 84.283B

**13. Competition Identification Number:**

84-283B2024-1

Title:

84-283B-1 FY24 Comprehensive Centers Program

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

[ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**\* 15. Descriptive Title of Applicant's Project:**

Center for Resources for the Educator Workforce (CREW)

Attach supporting documents as specified in agency instructions.

[ Add Attachments ] [ Delete Attachments ] [ View Attachments ]

**ED 000088**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `NC-004`    * b. Program/Project `US-ALL`

Attach an additional list of Program/Project Congressional Districts if needed.

[ ] [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**17. Proposed Project:**

* a. Start Date: `10/01/2024`    * b. End Date: `09/30/2029`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 7,750,000.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 7,750,000.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

[X] a. This application was made available to the State under the Executive Order 12372 Process for review on `06/19/2024`.

[ ] b. Program is subject to E.O. 12372 but has not been selected by the State for review.

[ ] c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt?  (If "Yes," provide explanation in attachment.)**

[ ] Yes   [X] No

If "Yes", provide explanation and attach

[ ] [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

[X] \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: | * First Name: `Eve` |
| Middle Name: | |
| * Last Name: `Van Devender` | |
| Suffix: | |

* Title: `Contracting Officer`

* Telephone Number: `919-316-3431`   Fax Number: `N/A`

* Email: `evevandevender@rti.org`

* Signature of Authorized Representative: `Eve Van Devender`   * Date Signed: `06/19/2024`

**ED 000089**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Research Triangle Institute

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: | * First Name: Eve | Middle Name:

* Last Name: Van Devender | Suffix:

* Title: Contracting Officer

* SIGNATURE: Eve Van Devender | * DATE: 06/19/2024

ED 000090

# Abstract: The Center for Resources for the Educator Workforce (CREW)

**Absolute Priority 3: Content Centers:** Strengthening and Supporting the Educator Workforce
**Competitive Preference Priority:** Applications from New Potential Grantees

RTI International and its team (RMC, SERVE, Westat, ImaginED, and IDRA) propose to operate the Center for Resources for the Educator Workforce (CREW) as a new potential grantee. CREW will solve high-leverage problems in attracting, preparing, retaining, and diversifying the educator workforce. Through universal and targeted technical assistance (TA), CREW will increase the replication and scaling of evidence-based practices, increase the diversity of highly qualified and effective educators, and contribute to an overall improved public education system. We have proposed a series of 10 projects that build upon existing and emerging work, improve efficiencies in the use of resources, and address key educator workforce challenges (e.g., teacher compensation, affordable education preparation, and well-being). We will reach these outcomes and facilitate these projects through our primary activities of capacity building, outreach and relationship management, and communication and dissemination. Our capacity-building approach is designed to build sustainable systems through an accelerated uptake of effective evidence-based practices and effective implementation within supportive environments. Collaborations and partnerships with regional centers, other members of the CCNetwork, and federal TA centers will drive collective impact in addressing needs and supporting steady implementation. We will leverage these collaborations with our practitioner experience and research expertise in our communications, including digital-first products in varied modalities for sharing through websites, social media, conferences, and publications. In operating CREW, we will use our project management platform (CREW Docking System) to track TA activities, milestones, events, products, evaluation measures, client and recipient input and feedback, personnel involvement, and all communications and stakeholder engagement.

ED 000091



# The Center for Resources in the Educator Workforce (CREW)
## Application Narrative

**Response to Request for Proposal (RFP)**

**June 24, 2024**

Submitted By

RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709-2194 USA
www.rti.org

**RTI Proposal No. 0282400.864**
**Assistance Listing No. 84.283B**
**Funding Opportunity No. ED-GRANTS-051324-001**

Submitted To:

U.S. Department of Education
Office of Elementary and Secondary Education
Comprehensive Centers Program

**Attn:** Dr. Michelle Daley
Office of Program and Grantee Support Services

400 Maryland Avenue SW
Washington, DC 20202-6200

**Phone:** 202-987-1057
**Email:** OESE.ComprehensiveCenters@ed.gov

RTI Administrative Point of Contact

Eve Van Devender
Contracts Negotiator
Office of Contracts

Phone: 919-316-3431
Email: evevandevender@rti.org

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed—in whole or in part—for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of—or in connection with—the submission of these data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in these data if obtained from another source without restriction. The data subject to this restriction are contained in the entire proposal.

*RTI International is a trade name of Research Triangle Institute. RTI and the RTI logo are U.S. registered trademarks of Research Triangle Institute.*



# Proposal Index

**Absolute Priority 3:** Content Centers

(4) Strengthening and Supporting the Educator Workforce

**Competitive Preference Priority:** Applications from New Potential Grantees

| Application Requirements for All Centers | | |
|---|---|---|
| **Application Requirements (pages 41415–41516)** | **Evidence** | **Location** |
| (1) Present an approach to the proposed project for operating the Comprehensive Center that clearly establishes the critical educational challenges proposed to be addressed by the Center, the impact the Center plans to achieve, including the proposed scope of services in relation to the number of SEAs, REAs, TEAs, LEAs, and, as appropriate, schools served, with respect to specific State and local outcomes that would represent significant achievement in advancing the efforts of State and local systems to improve educational opportunities and student outcomes, and proposes how the Center will efficiently and effectively provide appropriate capacity-building services to achieve the desired outcomes. | RTI and its team (RMC, SERVE, Westat, ImaginED, and IDRA) propose to operate the Center for Resources for the Educator Workforce (CREW) as a new potential grantee. CREW will solve high-leverage problems in attracting, preparing, retaining, and diversifying the educator workforce. Through universal and targeted technical assistance (TA), CREW will increase the replication and scaling of evidence-based practices, increase the diversity of highly qualified and effective educators, and contribute to an overall improved public education system. We have proposed a series of 10 projects that build upon existing and emerging work, improve efficiencies in the use of resources, and address key educator workforce challenges (e.g., teacher compensation, affordable education preparation, and well-being). | 5-Year Project Plan *Pgs. 20-39* |
| (2) Present applicable regional, state, and local educational needs, including relevant data demonstrating the identified needs, and including the perspectives of underrepresented groups, that could be addressed through the proposed capacity-building approach to implement and scale up evidence-based programs, practices, and interventions. | There is a critical shortage of educators, negatively impacting success for all students. Appendix A summarizes data and evidence of how shortages have long plagued the education workforce but have recently persisted and worsened since the COVID-19 pandemic. This includes shortages in critical areas such as special education and STEM, a disparate lack of educators of color in the workforce, and a lack of teachers who are highly qualified (e.g., certified to teach in the area that they are teaching) particularly in the critical areas. | Causes and Solutions of Educator Shortages *Pgs. 4-5*<br><br>Appendix A |

| Application Requirements for All Centers | | |
|---|---|---|
| **Application Requirements (pages 41415–41516)** | **Evidence** | **Location** |
| (3) Demonstrate how key personnel possess subject matter expert knowledge of statutory requirements, regulations, and policies related to ESEA programs, current education issues, and policy initiatives for supporting the implementation and scaling up of evidence-based programs, practices, and interventions. | Our proposed CREW team brings the required skills, interest, and availability to support this work. We outline key personnel expertise, roles, and tasks in the Key Staff and SMEs section of the proposal. In this section, we provide details on all key staff and an organizational chart that illustrates the management structure. Our proposed leadership team comprises the co-project directors, project manager, task leads, SMEs, and specialists. The exhibits in the staffing section provide the names, roles, expertise, biographies, and related tasks for each person. | Section C Subject Matter and Technical Assistance Expertise *Pgs. 73-98* |
| (4) Demonstrate expertise in providing highly relevant and highly effective technical assistance (e.g., that is co-designed with clients; demonstrably addresses authentic needs based on needs-sensing activities; is timely, relevant, useful, clear and measurable; and results in demonstrable improvements or outcomes), including by demonstrating expertise in the current research on adult learning principles, coaching, and implementation science that will drive the applicant's capacity-building services; how the applicant has successfully supported clients to achieve desired outcomes; and how the applicant will promote self-sufficiency and sustainability of State- and local-led school improvement activities. | RTI is proud to have formed a strong team, including RMC, SERVE, Westat, ImaginED, and IDRA, that will bring our collective expertise and experience and work collaboratively to achieve the objectives. The team is further supported by intentionally and thoughtfully selected subject matter experts who bring additional extensive experience in educator support and workforce development. We provide an overview of the core team and subject matter experts' expertise, and a selection of past performance summaries for RTI, RMC, SERVE, and Westat. | Section C Subject Matter and Technical Assistance Expertise *Pgs. 73-98*<br><br>Past Projects and Meaningful Partnerships *Pgs. 88-98*<br><br>Appendix C |
| (5) Present a logic model (as defined in this notice) informed by research or evaluation findings that demonstrates a rationale (as defined in 34 CFR 77.1) explaining how the project is likely to improve or achieve relevant and expected outcomes. The logic model must communicate how the proposed project would achieve its expected outcomes (short-term, mid-term, and long-term), and provide a framework for both the formative and summative evaluations of the project consistent with the applicant's performance management plan. Include a description of underlying concepts, assumptions, expectations, beliefs, and theories, as well as the relationships and linkages among these variables, and any empirical support for this framework. | CREW's logic model shows how the center's activities will lead to desired outcomes. The primary activities are capacity building, outreach and relationship management, and communication and dissemination. Our logic model addresses our expected outcomes that match the need to ultimately increase educator attraction, preparation, and retention while also replicating and scaling evidence-based practices and sustain public education system capacity to address educator shortages. This will provide all students, including those with the greatest need, with access to high quality, diverse educators. | General Approach and Logic Model *Pgs. 11-13* |

ED 000094

| Application Requirements for All Centers | | |
|---|---|---|
| **Application Requirements (pages 41415–41516)** | **Evidence** | **Location** |
| (6) Present a management plan that describes the applicant's proposed approach to managing the project to meet all program requirements related to needs assessment, stakeholder engagement, communications and dissemination, personnel management, and partnerships. | RTI's management approach centers on quality assurance and incorporates key elements of project management and continuous improvement cycles. We describe the overall approach to meeting all requirements related to needs assessment, engagement, communications, dissemination, personnel management, and partnerships. We will utilize a custom project management platform as the portal for stakeholder connections, documentation of status and progress within all tasks, and a location for short survey data collection for needs assessment and feedback. | Overall Management Plan *Pgs. 14-19* |
| (7) Present a performance management and evaluation plan that describes the applicant's proposed approach to meeting the program requirements related to performance management, including the applicant's proposed strategy to report on defined program performance measures, and describes the criteria for determining the extent to which capacity-building services proposed in annual service plans were implemented as intended; recipient outcomes were met (short- term, midterm, and long-term); recipient capacity was developed; and services reached and were used by intended recipients. | CREW's capacity-building services and our performance management and evaluation approach are grounded in continuous improvement and implementation science. These user-centered approaches facilitate real-time feedback to support ongoing adaptation and continuous improvement of services and products. Regular feedback on the implementation fidelity, reach, usefulness, and impact of capacity-building services will shape the team's decision-making processes and the technical assistance it provides. | Performance Management and Evaluation *Pgs. 63-73* |
| (8) Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes, as those needs are identified in consultation with, and approved by, the OESE program officer. With approval from the program officer, the project must reallocate any remaining funds from this annual set-aside no later than the end of the third quarter of each budget period. | CREW will use 5% set-aside funding to remain nimble and responsive to the ED's needs related to educator workforce development. With a 5-year period of performance, CREW will see changes in the educator workforce landscape at federal, state, and local levels. New partners or projects may be needed to ensure CREW's continued alignment with ED priorities. Every year, the PDs will determine priorities aligned with the nation's current and emerging needs around educator diversity, recruitment, preparation, and retention. These needs are identified in consultation with, and approved by, the OESE program officer. | Budget narrative |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Application Requirements for Content Centers | | |
|---|---|---|
| **Application Requirements (pages 41415–41516)** | **Evidence** | **Location** |
| (1) Describe the proposed approach to carry out targeted capacity-building services that increase the use of evidence-based products or tools regarding the designated content area amongst practitioners, education system leaders, elementary schools and secondary schools, LEAs, REAs and TEAs, and SEAs. | CREW offers a suite of proposed service plan projects to support a wide range of primary educator workforce needs: increasing educator diversity; attracting and preparing educators; and, retaining educators. Of the 10 proposed projects, six provide targeted capacity-building technical assistance to specifically address high leverage problems identified in the significance section. | 5-Year Project Plan *Pgs. 20-39* |
| (2) Describe the proposed approach to providing universal capacity-building services, including how it will develop evidence-based products or tools regarding the designated content area; widely disseminate such products or tools to practitioners, education system leaders, and policymakers in formats that are high quality, easily accessible, understandable, and actionable; identify intended recipients; and align proposed capacity-building services to client needs. | CREW offers a suite of proposed service plan projects to support a wide range of primary educator workforce needs: increasing educator diversity; attracting and preparing educators; and, retaining educators. Of the 10 proposed projects,  four being primarily with universal capacity-building technical assistance to specifically address high leverage problems identified in the significance section. | 5-Year Project Plan *Pgs. 20-39* Engagement, Communication, and Dissemination Pgs. 51-63 |
| (3) Demonstrate that key personnel have appropriate subject matter and technical assistance expertise to translate evidence into high-quality technical assistance services and products for State and local clients, including expertise applying adult-learning principles and implementation science to the delivery of technical assistance services and products. | The CREW team, including RTI, RMC, SERVE, Westat, ImaginED, IDRA, and our subject matter experts, have the collective knowledge, expertise, and experience to translate evidence into high-quality technical assistance services and products and state and local clients and recipients. The team is well versed in applying adult learning principles and both implementation and improvement science principles and tools to universal, targeted, and intensive technical assistance. We provide an overview of the core team and subject matter experts' expertise, and a selection of past performance summaries for RTI, RMC, SERVE, and Westat, all which provide key staff for CREW. | Section C Subject Matter and Technical Assistance Expertise *Pgs. 73-98* Past Projects and Meaningful Partnerships *Pgs. 88-98* Appendix C |

# Table of Contents

## A.  Significance                                                                                          1

A.1   Causes and Solutions of Educator Shortages ...............................................................4

A.2   High-Leverage Problems of Focus for CREW's Solutions ...........................................5

A.3   General Approach and Logic Model.............................................................................11

## B.  Capacity-Building and Project Design                                                  13

B.1   Task 1: Project Planning ...............................................................................................13

B.2   Task 2: Capacity-Building Approach and Services .....................................................19

B.3   Task 3: Engagement, Communication, and Dissemination .......................................51

B.4   Task 4: Performance Management and Evaluation .....................................................63

## C.  Subject Matter and Technical Assistance Expertise                          73

C.1   Task 5: Personnel Management .....................................................................................74

C.2   Key Staff and SMEs........................................................................................................75

C.3   Organizational Experience and Past Performance .....................................................77

## Appendix A: Education Shortage Data and Evidence

## Appendix B: Biographies of CREW's Subject Matter Experts

## Appendix C: Additional Past Projects with Partnerships

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

## A.    Significance

Educators are critical to student achievement. Teachers influence achievement more than class size, classroom composition, socioeconomic status, or prior performance (Darling-Hammond & Youngs, 2002; Hanushek, 2011; Hattie, 2009; Rockoff et al., 2011). Effective principals, school psychologists, paraprofessionals, and related educators also play critical roles in supporting student success (Eklund et al., 2020 Grissom et al., 2021; Helmet et al., 2021).

Yet since the start of the COVID-19 pandemic, more and more educators have left or intend to leave their positions (National Association of Secondary School Principals, 2022; U.S. Department of Education [ED], 2023a), and shortages of highly qualified educators are alarming. During the 2020–2021 school year alone, 34% of new teachers were not certified for their roles (ED, 2023b).

Educator shortages and under certification are acute, but there is a substantial opportunity to solve these problems: education research has provided us with evidence-based programs, policies, and practices to support the field in addressing the shortages; practitioner experience has shown the realities of the implementation of those practices and strategies to increase uptake; and a dedication to the profession provides the drive to address high-leverage problems.

We propose the **Center for Resources for the Educator Workforce (CREW)** as part of ED's Comprehensive Center Network to provide capacity-building services to support Regional Comprehensive Centers (RCCs) and education agencies design and scale practices customized to educator workforce needs. RTI International provides services to states, regional education agencies (REAs), districts, and schools that are customized to educator workforce needs across the P–12 continuum. We are joined by RMC Research Corporation (RMC), the SERVE Center at the University of North Carolina Greensboro (SERVE), Westat, ImaginED, Intercultural

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000098

Development Research Association (IDRA), and subject matter experts (SMEs) who have provided technical assistance (TA) in education at all levels.

- **Our specialized experience in attracting and preparing educators benefits the coordination and provision of universal and targeted TA.** We have facilitated state education agency (SEA) approvals for and co-designed educator residency, grow-your-own (GYO), and traditional teacher education programs. RTI leads the Educator Registered Apprenticeship Intermediary, Title II Coordinator for Educator Preparation Programs data collection and is home to a non-university Educator Preparation Residency Program. We have led educator preparation from the tenured professor role to academic program directorship, admissions, and accreditation.

- **Our team has provided comprehensive professional learning based on both research and practice-based experience.** Our research and evaluation projects bridge the educator pipeline from early college high schools to statewide educator professional learning. We have provided TA in all U.S. states to SEAs, REAs, tribal education agencies (TEAs), local education agencies (LEAs), and individual schools to improve quality education and the systems that facilitate student opportunity, from educator induction, mentoring, and coaching, to school, district, and state systems improvement and strategic planning. The team has been in roles of teachers, principals, local and state agency administrators, special service providers, and policymakers who have the practical and strategic expertise to translate ideas into action, reflecting a fundamental component of implementation success where TA providers are "purveyors" who know interventions from a practice point of view (Fixsen et al., 2010).

- **Comprehensive Center Network experience will immediately focus on maximizing federal resources and connecting across service providers.** RMC's leadership of the National Center's Educator Workforce Working Group will transition to CREW, gathering and combining current needs and resources for TA decision-making and a dedicated communication specialist within the stakeholder engagement system. RMC, SERVE, and Westat bring recent knowledge on the work and evolving needs of RCCs RTI will lead synthesizing evolving needs, leveraging Regional Educational Lab (REL) Southeast and

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000099

Region 6 CC experience, with individual staff having also provided TA for RELs and comprehensive centers.

- **CREW co-directors have comprehensive, in-depth experience that will benefit efficient center management and effective TA, engagement, and continuity of operations.** Proposed co-directors Dr. Fredrica Nash and Dr. Robin Wisniewski have a combined 50+ years in teacher, professor, school psychologist, administrator, center leadership, and consulting roles, providing TA and leading teams to improve education systems within states, regions, districts, schools, universities, and across multifunction regional and state agencies within and across U.S. states and internationally. They have led and engaged in collaborative leadership themselves, which they will use in their division of task accountability and shared decision-making and serve as back-ups to each other so that the CREW team, ED, and the CCNetwork always have a connection for continuity of operations.

- **Task leads and specialists have comprehensive experience in supporting the educator workforce in critical shortage areas**. CREW leadership is experienced in critical areas like science, technology, engineering, and mathematics (STEM), rural contexts, and special education. Team members IDRA and ImaginED, experienced with multilingual educators and tribal communities, augment our focus and experience on student groups with the greatest need. From the structure and process of center operations to the approach and content of the TA and engagement, CREW has experience in all educator shortages that play out inequitably across the education system, influencing students from marginalized groups.

- **Our award-winning communications team provides reach and accessible products for expansive and inclusive use**. RTI has earned awards from the National Association of Government Communications, Society for Technical Communication, Tellys, and League of Communication Professionals. We have an in-house creative studio of art directors, copywriters, graphic designers, UI/UX developers, and videographers who execute creative design in any medium with plain language and visualization of complex concepts. Our content creators, SMEs, designers, brand specialists, multimedia producers, and accessibility specialists create compelling tools for maximum use and strategic repurposing across a multitude of communication channels.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000100**

## A.1   Causes and Solutions of Educator Shortages

There is a critical shortage of educators, negatively impacting success for all students. *Appendix A* summarizes data and evidence of how shortages have long plagued the education workforce but have recently persisted and worsened since the COVID-19 pandemic. This includes shortages in critical areas such as special education and STEM, a disparate lack of educators of color in the workforce, and a lack of teachers highly qualified (e.g., certified to teach in the area that they are teaching), particularly in the critical areas.

**Educator shortages have multiple causes, which increase teacher turnover and dwindling teacher pipelines.** Research has shown that teacher working conditions, school leadership, teacher autonomy, school culture, and classroom management problems may lead to teacher turnover (Berry et al., 2021; Ingersoll et al., 2018; Ingersoll & May, 2012; Ladd, 2009; Simon & Johnson, 2015; Skaalvik & Skaalvik, 2011). Job-related stress and comparatively low pay also impact teacher retention and threaten teacher supply (Steiner & Woo, 2021).[1] Special education teachers report inadequate compensation, high job demands, and insufficient support as deterrents to entering or remaining in the field (Bettini et al., 2023). Ingersoll and May (2011) describe that educators of color (EOCs) leave due to low levels of collective decision making and autonomy. Black teachers often feel constrained by colleagues, parents, and administrators, limiting their professional growth and reinforcing stereotypes (Cabral et al., 2022; Griffin & Tackie, 2016).

The problem of teacher shortages is compounded by a dwindling pipeline. Enrollment in educator preparation programs dropped from 692,840 in 2012–2013 to 601,467 in 2019–2020.

---

[1] In comparison to similarly college-educated workers, teachers are paid less than 80 cents on the dollar in 28 American states. In fact, adjusting for inflation, teachers have seen only an average of $29 per week increase in pay since 1996 (Allegretto, 2023).

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000101**

while completions decreased from 192,334 to 152,939 in the same period (ED, Office of Postsecondary Education, 2023). There was a slight increase in teacher preparation program enrollers and completers from 2018–2019 to 2019–2020, but the trend over the past decade has been largely negative. Contributing factors include increased student debt, the costs of licensure requirements, and challenging working conditions (Coggshall & Sexton, 2008; Goldhaber et al., 2015; Ingersoll et al., 2018). For EOCs, as of 2019–2020, only 9.9% of teacher preparation students identify as Black or African American and only 14.5% identify as Hispanic, compared to 14.9% and 28% of the K-12 student population, respectively (ED, Office of Postsecondary Education, 2023). The pandemic caused many potential teachers to reconsider their career choices due to additional stress and uncertainty (Kraft et al., 2021).

**To date, many short-term efforts to address educator shortages have not been shown to have a positive effect on students.** Measures such as extending online teaching, adopting 4-day school weeks, lowering qualification standards, canceling courses, and increasing class sizes often reduce teaching effectiveness and threaten students' ability to learn (Schmitt & deCourcy, 2022). Rather than implement stopgaps that decrease the quality of education for students, the field must address the *causes* of educator shortages to address the problem.

## A.2   High-Leverage Problems of Focus for CREW's Solutions

CREW will address the primary problem of educator shortages. We will work with RCCs to support state and local education agencies to **attract** diverse educator candidates, **prepare** highly qualified educators, and **retain** them, particularly those who are EOCs and in critical shortage areas. This problem is a priority for policymakers and requires capacity-building to achieve long-term sustainable solutions and positive outcomes for all students. These strategies follow, along

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000102**

with examples of how CREW will help to scale these strategies through universal and targeted TA.

**Increase compensation.** When compensation increases, teacher shortages can decrease, even in critical shortage areas. For example, increasing teacher salaries boosts the quality of teacher candidates (Clotfelter et al., 2012); loan forgiveness and bonuses reduced teacher attrition in special education, math, and science (Feng & Sass, 2018; and an additional $10,000 raise for special education teachers reduced vacant and understaffed special education positions by 35% (Theobald et al., 2023).

> **To support compensation…**
> CREW's TA will focus on understanding what works for educator compensation models and how SEAs and LEAs can create policy and practice to increase compensation. Over time, increased compensation will improve **attracting** and **retaining** educators as a long-term strategy to sustain the workforce.

**Improve working conditions.** Teachers in schools with supportive school leadership and strong relationships with colleagues are more likely to report higher rates of job satisfaction and are less likely to leave teaching (Johnson et al., 2012; Kraft et al., 2016). Improving school leadership, relationships with colleagues, student behavior, school culture and climate, and teacher voice in decision making can impact these working conditions (Berry et al., 2021; Ladd, 2009; Simon & Johnson, 2015). Teachers who leave the profession often cite stress as their primary reason (Diliberti et al., 2021). A review of existing research indicates that high levels of burnout and stress in educators, often driven by adverse working conditions, can further negatively impact student academic achievement (Madigan & Kim, 2021).

> **To support working conditions…**
> CREW's TA will advance strategies that systematically support educator well-being. CREW will plan targeted TA to help guide SEA and LEA policy and practice to improve working conditions for educators through, for example, stronger school leadership and increased teacher voice and standards for well-being. Outcomes will include increased **retention** of high-quality educators who experience job satisfaction and contribute to positive working conditions.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000103



**PROJECT SPOTLIGHT**

## Supporting Comprehensive Support and Improvement Schools

The North Carolina Department of Public Instruction (NCDPI) identified schools for comprehensive support and improvement (CSI) and set aside Elementary and Secondary School Emergency Relief funds to provide financial support toward exiting CSI status. RTI partnered with 16 designated schools across the state to provide targeted and intensive technical assistance. Our experts conducted regular school visits working alongside administrators, teachers, and school improvement coaches to conduct comprehensive needs assessments, provide strategic guidance, facilitate classroom observation and feedback cycles, improve processes for instructional walkthroughs, and lead professional learning. School improvement plans included building capacity in change management, classroom management, academic instruction, social and emotional learning, and the use of evidence-based practices to enhance overall school and classroom climate.

**Support high quality and affordable preparation.** Traditional undergraduate and graduate courses, as well as innovative practices such as alternative licensure programs, registered apprenticeships, GYO initiatives, and teacher cadet programs, all support the pursuit of education licensure. High-quality, innovative pathways offer low-cost, on-the-job training that allows

> **To support high-quality and affordable preparation…**
> CREW's TA will focus on clarifying and confirming characteristics of high-quality preparation programs (including innovative pathways) and expanding those pathways to support increased educators in critical shortage areas, such as early childhood education, and school-based mental health. Outcomes will include an increase in **attraction** and **preparation** in traditional and innovative educator pathways.

individuals to become certified teachers without having to leave their paid positions. The use of these pathways by paraprofessionals, for example, may help alleviate teacher shortages in special education. School employees like paraprofessionals may have interest in becoming teachers, but face educator preparation barriers of cost and time (needing to pause employment) (Gist, 2022; Johnson & Lehner, 2021).



**PROJECT SPOTLIGHT**

## *High Quality Preparation*: A Grow-Your-Own Model School Program

RTI partnered with Harford County Public Schools and Towson University in Maryland to develop a GYO model school program to advance the quality, diversity, and quantity of teacher candidates in the Harford community. The project drew on RTI's experience establishing seven laboratory schools across North Carolina in collaboration with the North Carolina University system. The model school program in Maryland created cohorts of university preservice teachers for networking, support, and problem solving. Cohorts took preservice courses on the model-school campus and practiced skills under a supervising classroom teacher. The program resulted in expanded access to paraprofessionals, high school students, and career changers.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000104

**Promote career ladders for leadership and advancement.** Through advanced teacher roles, certifications, and opportunities to serve as mentors, educators deepen their own professional knowledge and have greater job satisfaction (Loeb & Myung, 2010). Opportunities for teachers to take on decision making and leadership

> **To support leadership and advancement…**
> CREW's TA will expand effective leadership academies that build technical and effective skills that in turn build the necessary leadership skills to promote healthy climates and cultures and prepare educators for current and future challenges in schools, LEAs, in states, and in regions. We will also provide guidance for how SEAs and LEAs can create policy and practice, including teacher leadership microcredentials and leadership roles internal and external to school contexts. Outcomes will include an increase in educator **retention**.

responsibilities, share and gain recognition for their expertise, and advance in their careers have been associated with increased intentions to stay in the teacher workforce, job satisfaction, and ultimately remain (Podolsky et al., 2016). For example, paraprofessionals have limited opportunities for professional leadership and advancement (Bisht et al., 2021), but when they become teachers, they stay in the classroom at higher rates than other early career educators (Fortner et al., 2015).



**PROJECT SPOTLIGHT**

***TA for teacher leadership*: SEA collaboration in 12 LEAs for Advanced Teaching Roles**

The North Carolina General Assembly created Teacher Compensation Models and Advanced Teaching roles in 2016 to develop advanced teaching roles and organizational models that link teacher performance and professional growth to salary increases. RTI provided professional learning to teacher leaders to provide job-embedded support to novice teachers. Advanced teachers engaged in a series of sessions, individual coaching, and communities of practice to explore adult learning theories, foundational coaching skills, and continuous improvement. Teacher leaders developed leadership capacity and received increased compensation for **retention.** Participating schools were almost twice as likely to exceed student growth expectations as other North Carolina schools.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000105

### Support effective new teacher induction.

High-quality induction programs provide structured support and mentorship, as well as teaching incentives such as preferential scheduling and new teacher support meetings(Myung, et al, 2011). Such programs reduce turnover for new teachers by more than 50% in comparison to those teachers who do not experience a high-quality induction program (Karmath & Bradford, 2020). Induction programs with strong mentoring components have had positive impacts on teacher retention, classroom instructional practices, and student achievement (Ingersoll et al., 2011). Critical in determining the effectiveness of new teacher induction programs and overall new teacher support is the role of school leadership (Shuls & Flores, 2020).

> **To support teacher induction…**
> CREW's TA will focus on identifying indication policies and practice across states, building client capacity for culturally affirming educator induction programs, strengthening induction programs with educator apprentice mentors, and improving quality standards for induction programs. Outcomes will help educator **preparation** and **retention**.

### Provide ongoing professional learning.

Ongoing professional learning opportunities provide teachers of all experience levels opportunities to improve their instructional quality, adapt to changes, develop a sense of professional community and belonging, and potentially enhance student outcomes through addressing diverse student needs (Trust et al., 2016). Professional learning can help principals integrate school mental health models (Zabek et al., 2023) and system-wide management of school psychology caseloads, helping with special service provider satisfaction and retention (Young et al., 2021). Overall, educator professional learning that is ongoing, collaborative, and has coaching that is embedded in daily practice and addresses student needs is correlated with increased use of

> **To support professional learning…**
> CREW's TA will focus on professional learning needs and guidance for how SEAs and LEAs can align professional learning with daily practice for a low-burden, high impact on teacher well-being and satisfaction. Outcomes will include an increase educator **retention** and sustained high-quality workforce.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000106

evidence-based programs, practices, and interventions (EBPs) in the classroom, student

achievement, and teacher job satisfaction (Buysse, Castro, & Peisner-Feinberg, 2010; Darling-

Hammond et al., 2017; Polly et al., 2015; Song et al., 2017).



**PROJECT SPOTLIGHT**

***TA for High-Quality Professional Learning*: An affordable and accessible suite of training modules for scaling across LEAs**

The Texas SEA funded Texas Tech University to create affordable, accessible professional development for in-service teachers. As the selected contractor, RTI developed a series of modules for teachers to learn how to effectively implement blended and personalized learning. The design was rooted in competencies of blended and personalized learning and high-quality virtual professional learning facilitated both synchronously and asynchronously. RTI also developed a suite of facilitator resources and tools for the university to deliver the modules throughout the state, and facilitated pilot LEA implementation to refine the modules, resulting in **affordable and accessible high-quality professional development** for teacher **retention**.

**Diversify the workforce.** Compensation, improved working conditions, varied preparation pathways, and in-service supports help to attract and retain EOCs. Research suggests that efforts to diversify the workforce should start as early as

**To support diversifying the workforce…**
CREW's TA will focus on attracting individuals to the profession (e.g., high school and community college students, paraprofessionals) along with guidance for how SEAs, LEAs, TEAs, and REAs can create policy and practice to eliminate barriers faced by diverse teacher candidates. Outcomes will include an increase in diverse educator **preparation** and **retention**.

preservice recruitment and include early college high schools, encouraging local students to

become teachers, as well as training paraprofessionals to become educators. In 2021, 60.9% of

the paraprofessional workforce identified as white, compared to 79.3% of the teacher workforce

(Bisht et al., 2021). Teachers who were previously paraprofessionals are more racially diverse

than their peers (Fortner et al., 2015), and those who became teachers also had higher retention

rates and generated larger student achievement gains than other early career teachers (Fortner et

al., 2015). Thus, pathways for paraprofessionals can support diversifying and retaining a high-

quality educator workforce.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000107




**PROJECT SPOTLIGHT**

***Diversifying the Educator Workforce*: Improving Teacher Diversity through Registered Apprenticeship**

Funded by the U.S. Department of Labor, the Educator Registered Apprenticeship (ERA) Intermediary at RTI provides a range of TA to SEAs, LEAs, educator preparation programs, and other partners to develop and expand apprenticeship in the K-12 education sector. The ERA Intermediary provides outreach and awareness building TA activities, publishes reports on emerging topics, facilitates cohort-based development and problem-solving TA opportunities, and provides tailored 1:1 coaching to potential educator Registered Apprenticeship Program (RAP) sponsors and employers Since 2023, RTI has engaged and supported partners in 39 states/territories and has already registered four K–12 teacher RAPs to enhance **attracting and preparing diverse teachers**.

## A.3   General Approach and Logic Model

CREW's logic model (***Exhibit 1***) shows how the center's activities will lead to desired outcomes. The primary activities are capacity-building, outreach and relationship management, and communication and dissemination.

These activities contain our universal and targeted capacity-building; how we engage with federal TA providers, national organizations, and the CCNetwork along with our CREW personnel; and how we communicate and disseminate CREW's work to the field. Our logic model addresses our expected outcomes that match the need to ultimately increase educator attraction, preparation, and retention while also replicating and scaling evidence-based practices and sustaining public education system capacity to address educator shortages. This will provide all students, including those with the greatest need, with access to high-quality, diverse educators.

CREW will serve as the connecting hub in the CCNetwork for all aspects of educator workforce development. This work requires strong management and coordination to meet the needs of ED and to produce quality TA and products to recipients and clients who participate in and benefit from the center's work. RTI's skilled team will work collaboratively to meet ED's needs by applying our skills honed through years of federal contract experience and technical assistance in educator workforce.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000108

**Exhibit 1.    CREW's Logic Model**

**Goal**: Strengthen and support the educator workforce by strengthening connections between and among RCCs, SEAs, REAs, TEAs, and LEAs to ensure every student has access to a high-quality educator and engagement with a diverse workforce.

### INPUTS

- Initial policy and practice focus areas generated from existing educator workforce data

- Sufficient staff with leadership skills to implement the project

- Technical assistance, research, and education practitioner experience

- Research-based implementation and improvement practices and processes for capacity-building

- Infrastructure to provide universal and targeted technical assistance

- Collective staff expertise, partnerships, and subject matter expertise in strengthening and supporting the educator workforce

- Evidence-based practices and research aligned to important policies, practices, and processes

- Raise the Bar and other federal guidance and resources

### ACTIVITIES

**Capacity-Building**
- Include capacity-building plans in ASPs to address the identified needs
- Provide high-quality universal capacity-building services and tools
- Provide targeted services for human, organizational, policy, and resource capacity-building to support RCC clients and help recipients address identified needs

**Outreach and Relationship Management**
- Collaborate with **regional centers** to address specific requests for assistance from states
- Collaborate with **clients** to support the implementation and scaling-up of evidenced-based programs, practices, and interventions
- Facilitate the national center and regional centers **network** to maximize support related to the educator workforce

**Communication and Dissemination**
- Share products and tools to recipients in ways that are highly relevant and useful
- Work with partners to disseminate products through networks in which targeted audiences are most likely to seek or receive information
- Collaborate with the national center and regional centers to convene SEAs, LEAs, researchers, and other experts, including other federal entities and providers of TA

### OUTPUTS

- # and type of evidence-based products* leveraged and developed
- # of offered webinars and presentations
- # of working groups and deliverables**
- # of educator networks formed
- # of recipients satisfied with the quality, relevance, and utility of the activities and learning resources of CREW

- Needs assessments conducted
- ASPs meet needs of client priority areas
- # and types of meaningful collaborations

- # of SEAs, REAs, TEAs, and LEAs that are satisfied with the quality, relevance, and utility of the activities and learning resources of CREW
- # of recipients reached and engaged
- # and types of meaningful dissemination collaborations

### OUTCOMES

**Short-term**
- Increased collaboration among the CCNetwork to plan and provide support to recipients on the educator workforce
- Increased recipient knowledge of problems of and solutions for attracting, preparing, and retaining a diverse educator workforce in critical shortage areas and their evidence-based solutions
- Increased recipient capacity to access information and address needs

**Mid-term**
- Increased recipient action to plan and implement evidence-based practices within RCCs, SEAs, REAs, TEAs, and LEAs, leading to recruitment, preparation, and retention of a diverse educator workforce

**Long-term**
- Increased attraction, preparation, and retention of highly qualified, diverse educators across P-12
- Increased replication and scaling of evidence-based practices for attracting, preparing, and retaining the educator workforce
- Improved and sustained public education system capacity to address educator shortages
- Reduced disparities in quality of educators for groups of students with the greatest need

*Types of products can include newsletters, guidebooks, policy briefs, research syntheses, and tools.
**Working groups will be determined by current and emerging needs.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000109

CREW's co-directors will provide oversight and management to confirm the quality of the work and the completion of project objectives (see **Sections 5 and 6** for details on project management and leadership). Designated task leaders will support five tasks from a comprehensive team including SMEs, specialists, and analysts:

- **Task 1:** Project Planning
- **Task 2:** Capacity-Building Services
- **Task 3:** Engagement, Communication, and Dissemination
- **Task 4:** Performance Management and Evaluation
- **Task 5:** Personnel Management

Section B details each of these tasks and how they will be conducted.

## B.    Capacity-Building and Project Design

Building up the educator workforce capacity of clients and recipients is the primary focus of this work, and much of this work is structured under Tasks 1 through 3: (1) Project Planning; (2) Capacity-Building Services; and (3) Engagement, Communication, and Dissemination. Task 4, Performance Management and Evaluation, will methodically track program activities, outputs, outcomes, and feedback to continually information CREW's program improvements. All four tasks are described in detail below.

## B.1   Task 1: Project Planning

Across its 66-year history, RTI has vast experience conducting programs of size and magnitude like those of CREW. In fiscal year 2023, RTI received more than 2,100 new federal and nonfederal awards and contract modifications totaling $2.23 billion. Our project management processes are built upon a commitment to continuous improvement, open communication, and collaboration internally and externally so that our team remains responsive to high-priority and evolving implementation needs. To reach high levels of quality, we offer a

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

management approach with distributed leadership and accountability. Our project design consists of five tasks, each with a dedicated task lead and supporting team, led by co-directors and a project manager (Task 1) to oversee the work across all tasks and coordinate with others (see **Section 3** for key staff information and the organization chart).

## B.1.1  Overall Management Plan

RTI's management approach centers on quality and incorporates key elements of project management and continuous improvement cycles. *Exhibit 2* describes the overall approach to meeting all requirements related to needs assessment, engagement, communications, dissemination, personnel management, and partnerships.

**Exhibit 2.    Project Management Approach**



We will use a Responsible, Accountable, Supported, Informed, and Consulted (RASIC) model to identify who is *responsible* (R) for a task, *approves* (A) the final product, *supports* (S)

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

the task work, is *informed* (I) along the way, and is *consulted* (C) for their expertise (***Exhibit 3***). With direction from the project directors, the project manager will develop a schedule of regular CREW meetings, including check-ins with partners, SMEs, and others across the CCNetwork. Meeting facilitators will share agendas and notes with action items, owners, and deadlines.

**Tools and Resources.** As an established federal contractor, RTI has a robust infrastructure of personnel, systems, practices, and resources that will support management of this contract within required timeframes and budget and at a high level of quality. As shown in ***Exhibit 4***, RTI's client listening program and internal quality control and review processes will ensure ED satisfaction and project quality.

**Five-Year Plan and Annual Service Plans.** We will organize CREW's work with a 5-year plan and provide detailed information in each annual service plan (ASP), both of which will be finalized with ED during the initial award period with the Annual Service Plan within 90 days. The 5-year plan will provide a general roadmap of the project's major activities. The ASPs will guide CREW activities and ensure alignment among capacity-building TA, communication, and evaluation, and will be developed from data and input from ED and national and regional centers. Within 90 days of the start of the project, RTI will host a virtual launch meeting with committed partners, SMEs, and collaborators to share an overview of the Year 1 ASP and timeline and to begin work immediately. We will prioritize meeting with each of the regional centers and collaborators involved with the targeted TA plans (see Task 2), scheduling meetings within the first 20 days, negotiating approaches within the next 20 days, and finalizing with partners within 60 days.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000112

**Exhibit 3.    RASIC Chart Based on Project Role**

| Management Activity | Project Role | | | | |
|---|---|---|---|---|---|
| | Project Directors | Project Manager | Task Leads | Partners | SMEs |
| Develop project management plan | A | R | C | I | |
| Develop annual service plans | A | R | S | C | C |
| Lead continuous improvement cycles | A | R | S | S | S |
| Identify and manage risk | A | S | R | S | S |
| Manage project finances/budget | R | S | S | | |
| Facilitate communication | A | S | R | S | S |
| Monitor and support partners and SMEs | A | S | R | I | I |
| Facilitate content center meetings | A | R | S | I | I |

RASIC: Responsible (R), Approves (A), Supports (S), Informed (I), and Consulted (C); SME = subject matter expert.

**Exhibit 4.    RTI Management Tools, Policies, and Practices**

| Goal/Tool | Description | Impact for the Educator Center |
|---|---|---|
| Client centricity and satisfaction Client Listening Program | Project leaders request feedback at different points to learn how RTI can improve outcomes for our clients, which, for the Educator Center, includes ED, recipients, and clients. | Obtaining ED feedback on project performance and satisfaction helps the project team continuously improve. |
| Quality Quality Management Plan (QMP) and Project Review System | All RTI projects are required to develop QMPs with customized processes for how quality will be maintained. CREW will also include diversity, equity, inclusion, and accessibility (DEIA) quality measures around the TA services and products provided. The project review system allows external reviewers to help problem-solve and provide feedback for improvement. | Embedding DEIA reviews across deliverables and materials ensures it is not a one-off, task-specific activity. Metrics around project team diversity also support culturally responsive practices and our desire to have a team that is representative of the ultimate beneficiaries of this work. |
| Accounting Costpoint System and Project Estimation Tool | RTI uses the Costpoint accounting system, which has been approved by our cognizant audit agency, the Department of Health and Human Services. RTI uses a project estimation tool, which works in tandem with Costpoint, to help project directors forecast and manage labor and other direct costs. | Costpoint allows for reliable management of the project budget, invoicing, and payment to subcontractors and external SMEs. |

DEIA = diversity, equity, inclusion, and accessibility; ED = U.S. Department of Education; SME = subject matter expert; TA = technical assistance.

**Fiscal Management.** RTI will use enterprise assets, working in concert, to carefully monitor actual versus planned costs, analyze spending history, and update the forecasted cost for the remaining period of the agreement. RTI will include in the budget a line item for an annual set-aside of 5% of the grant amount to support emerging needs that are consistent with CREW's intended outcomes, as those needs are identified in consultation with, and approved by, the

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000113

Department of Education Office of Elementary and Secondary Education program officer. Full details are in the budget and budget narrative.

**Schedule Management.** The ASP will inform the development of a clear schedule for each service year. Using the required due dates for each deliverable, RTI will map out a schedule to ensure all deadlines are met and that ample time for quality reviews is built in before delivery and dissemination. The project manager will use tools to develop and manage the schedule, including using a deliverable-based work breakdown structure and backward-planning against any hard constraints from the ASP.

**Project Management System**. The project management platform will be the **CREW Docking System**. Docking is the act of fastening a water vessel in the desired position on a dock; a docking station connects peripheral devices like a smartphone and laptop to a power supply. The CREW Docking System will act as these metaphors describe: as the portal for stakeholder connections, documentation of status and progress within all CREW tasks, and a location for short survey data collection for needs assessment and feedback.

The CREW Docking System is for CREW internal use, but one externally facing page will be linked on the CREW website for TA requests. *Exhibit 5* shows the request page for stakeholders to state their topical interest (e.g., GYO programs, educator apprenticeship, educator induction, professional development, educator retention, attracting diverse educators), the kind of assistance they might want (e.g., latest data, TA, resources, other information), and any additional comments about the request.

Once submitted, details from the external page populate on the internal page (see the internal page in *Exhibit 6*). The project manager will receive the information, confer with the task lead, follow up with the request for more information and next steps, and develop the plan. The action

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000114

plan will focus on the type of information or TA needed and actions to take. For example, a requester may want information on GYO programs nationally, or TA on developing a statewide GYO program. The first request will engage the universal TA team to provide the information to the requestor, and if not already gathered and on the CREW website, produce the information for the requestor and the field. The second request will involve the engagement team in identifying the current TA work in process and connections to make for the requestor (e.g., a short-term coach, information about building on current TA, connection to the requestor's regional center).

**Exhibit 5.**    **CREW Docking System: Ask-the-CREW-Team Page (external)**



*Exhibit 6* also shows the initial internal navigation pane that includes TA projects, TA monitoring and evaluation, engagement tracking, personnel management, and reports. Upon award, the system staff will use existing templates for these functions and tailor the programming to CREW. The Task 1 lead will have overall responsibility for monitoring updates and needs for the system, including task lead inputs for milestone deadlines, which push out notifications of the number of days to the milestone and closeouts. The CREW Docking System is referenced in each of the tasks along with the primary functions of the system for that task.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000115

**Exhibit 6.    CREW Docking System: Ask-the-CREW-Team Page (internal)**





**CREW Docking System: Its use to track TA and engagement on the Family and Youth Services Bureau (FYSB) project**

Our online TA, Grantees and Site Monitoring System (TAGS), or the CREW Docking Station as tailored to CREW, provided a tracking mechanism for TA contacts and partner engagement on the Health and Human Services-funded FYSB to reduce pregnancy, sexually transmitted diseases, and HIV and to promote the development of adulthood preparation skills for youths. RTI and three partners provide TA to state, competitive, and tribal Personal Responsibility Education Program and Personal Responsibility Education Innovative Strategies Program grantees.

The system tracked TA delivery to individuals and groups; developed and updated resources and materials; monitored grantees' programmatic performance; tracked grantees' needs assessments; planned and hosted the Annual Grantee Conference; and tracked dissemination activities, including through the award-winning translational website The Exchange, newsletters, and manuscripts.

## B.2   Task 2: Capacity-Building Approach and Services

Capacity-building is essential to the work of CREW. Through a portfolio of proposed projects, CREW will provide universal, targeted, and intensive as appropriate, capacity-building TA services to RCCs and state, tribal, regional, and local education agencies. We refer to RCCs and the education agencies as our clients. CREW serves clients by helping them to successfully reach their outcomes through effective implementation of EBPs. We propose a 5-year service

19

ED 000116

plan with a portfolio of 10 capacity-building TA projects. These project plans are followed by specific phases and strategies that compose CREW's capacity-building approach and services.

### B.2.1  Five-Year Project Plan

*Exhibit 7* shows the proposed service plan projects categorized by primary educator workforce need: increasing educator diversity; attracting and preparing educators; and retaining educators, the initial approach to capacity-building TA: universal or targeted, and the high-leverage problems (HLPs) that are proposed to be addressed by the project.

Exhibit 7.    Proposed Projects in the Initial 5-year Service Plan

| Proposed Service Plan Projects | Universal Capacity-Building | Targeted Capacity-Building | Increase Compensation | Improve Working Conditions | Support High Quality and Affordable Preparation | Promote Career Ladders for Leadership and Advancement | Support Effective New Teacher Induction | Provide Ongoing Professional Learning | Diversify the Workforce |
|---|---|---|---|---|---|---|---|---|---|
| **Increase Educator Diversity** | | | | | | | | | |
| 1. Diversifying the Early Special Educator Workforce | | ✓ | | | ✓ | | | | ✓ |
| 2. Equitable Access to Excellent Educators | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 3. Attracting, Recruiting, and Retaining BIPOC Populations | ✓ | | | ✓ | ✓ | ✓ | | ✓ | ✓ |
| **Attract and Prepare Educators** | | | | | | | | | |
| 4. Educator Empowerment Initiative | ✓ | ✓ | | | ✓ | ✓ | | ✓ | ✓ |
| 5. Preparing Future School-Based Mental Health Professionals | | ✓ | | | ✓ | ✓ | | | |
| 6. Culturally Responsive and Affirming Workplaces | | ✓ | | ✓ | | | ✓ | | ✓ |
| **Retain Educators** | | | | | | | | | |
| 7. Increasing Mentorship Effectiveness in Registered Apprenticeship Programs | | ✓ | | | ✓ | | ✓ | | |
| 8. SEA Supports for Educator Well-Being | | ✓ | | ✓ | ✓ | | ✓ | ✓ | |
| 9. Expanding Leadership Academies for Administrators | ✓ | | | | | | | ✓ | ✓ |
| 10. ROI Comparison on Affordable Pathway into the Profession for States | ✓ | | ✓ | ✓ | | ✓ | | | ✓ |

BIPOC = Black, Indigenous, and people of color; ROI = return on investment; SEA = state education agency.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000117

Each project is described in detail using a structure like that which will be used for each of our ASPs. The components are the high-leverage problem(s) addressed, the project description, the clients, recipients, key personnel and partners who are a part of the project; a selection of the capacity-building services along with the dimension of capacity-building for those services; and expected outcomes, outputs and milestones.

### *Proposed Projects for Increasing Educator Diversity*

**Project 1: Diversifying the Early Childhood Special Education Workforce**. A report by the National Institute for Early Education Research (Friedman-Krauss et al., 2024, p. 6) on early childhood special education personnel found that the "workforce is comprised of predominantly White, non-Hispanic/Latina females." This project aims to advance diversity in the early childhood special education workforce by supporting and accelerating efforts to recruit and attract Black, Indigenous, and people of color (BIPOC) individuals into the profession, and particularly those attending minority-serving institutions (MSIs). Project 1 is described in *Exhibit 8*.

**Exhibit 8.    Project 1: Diversifying the Early Special Educator Workforce**

| | |
|---|---|
| High-Leverage Problem | Lack of early childhood educators in special education from diverse backgrounds |
| Project Description | This project will define barriers and identify strategies and policies for increasing diversity in state early education and care systems with increased support to MSIs |
| Clients | RCCs, SEA, REAs, TEAs |
| Recipients | MSIs, LEAs, preservice educators, early childhood coordinating centers |
| Key Personnel | Meghan Doyle, Carol Kierstead, Chance Lewis, Carlas McCauley, Hardy Murphy |
| Partners | Early Childhood Intervention Personnel Center for Equity (ECiPC), MSIs, Early Success Center, T.E.A.C.H. Early Childhood National Center, Department of Education (ED) Office of Special Education Programs |
| **Capacity-Building Services**<br><br>**Dimensions:**<br>✓ Human<br>✓ Organizational<br>✓ Policy<br>    Resource | CREW proposes increasing the number of students at MSIs entering early childhood programs for students with disabilities<br>• Establish partnerships with ECiPC, federal TA centers, RCCs, SEAs, and MSIs<br>• Provide self-assessing tools to determine the readiness of partners<br>• Provide targeted capacity-building supports to MSIs by curating resources and facilitating conversations of local needs for attracting and recruiting students |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000118

| | |
|---|---|
| | • Explore and document the possibilities of early childhood special education Registered Apprenticeship Programs (RAPs)<br>• Collaborate with MSIs, ECiPC, and AACTE to design recruitment strategies to attract, prepare, and graduate students with diverse backgrounds to teach students in special education |
| Expected Outcomes | • **Short-Term:** Learn about strategies for scaling effective practices in the recruitment of early special education programs<br>• **Mid-Term:** MSIs have a comprehensive resource to support the recruitment and preparation of early childhood educators, and SEAs have information on alternative pathway program options for early childhood special educators<br>• **Long-Term:** Expansion of recruitment efforts and alternative pathways opportunities for BIPOC educators in early childhood special education |
| Expected Outputs (5-Year Plan) | **Toolkit** of resources for attracting and recruiting preservice teachers to the early childhood workforce<br>**Roadmap for state systems** of early education and care to establish RAPs for early education educators |
| Major Milestones (Across 5 Years) | • Identification of workgroup members interested in supporting two strands (culturally affirming recruitment and evidence-based programs for early educators; and alternative pathways for early educators from BIPOC populations to enter the early childhood workforce)<br>• Create summary of state investments in the early childhood special educator workforce<br>• Host a series of meetings with SEA early childhood coordinating centers and MSIs<br>• Co-design a toolkit that supports recruitment and preparation of early childhood educators<br>• Create adaptable materials with RCCs to support TEA, REA, and SEA specific needs<br>• Facilitate webinars to support use of the tool kit |

AACTE = American Association of Colleges for Teacher Education; BIPOC = Black, Indigenous, and people of color; CREW = Center for Resources for the Educator Workforce; LEA = local education agency; MSI = minority-serving institution; REA = regional education agency; RCC = regional comprehensive center; SEA = state education agency; TA = technical assistance; TEA = tribal education agency.

**Project 2: Equitable Access to Excellent Educators.** The "Excellent Educators for All" initiative launched in 2014 by ED required all states to develop comprehensive educator equity plans (CEEPs) to ensure that all students, particularly those from traditionally underserved communities, have equal access to excellent educators. This was not the first time SEAs completed equity plans, they also did so under Elementary and Secondary Education Act (ESEA) section 1111(b)(8)(c) in 2006. One of the core principles driving the initiative was that teachers and principals who work in our hardest-to-staff schools deserve the support that they need to succeed. These plans were designed to identify, explain, and apply strategies to reduce the equity

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000119

gaps that existed. Although states have not formally refreshed their equity plans for review, disparities in access to quality educators persist. The Equitable Access to Excellent Educators project (outlined in **Exhibit 9**) is designed to proactively share practices from SEA CEEPs that were sustained and strategies that CREW can revisit with clients.

**Exhibit 9.    Project 2: Equitable Access to Excellent Educators**

| | |
|---|---|
| High-Leverage Problem | Increase the equitable access of high-quality teachers in underserved schools by addressing issues in teacher compensation, inadequate preparation, adverse working conditions, ineffective leadership, and lack of upward mobility |
| Project Description | This project will leverage SEA's CEEPs to identify strategies that have led to effective program and policy changes and provide a facilitated CoP that address persistent educator workforce issues |
| Clients | SEAs, RCCs, REA |
| Recipients | LEAs, schools, educator preparation programs |
| Key Personnel | Carol Keirstead, Yihua Hong, Carlas McCauley |
| Partners | Equity Assistance Centers, Council of Chief State School Officers, The School Superintendents Association |
| **Capacity-Building Services Dimensions:** ✓ Human ✓ Organizational ✓ Policy    Resource | CREW proposes to increase the uptake of EBPs by SEAs identified in CEEPs by sharing success strategies and providing targeted TA to CoPs of whom RCCs and SEAs are members <br>• Provide information in the form of a policy brief to RCCs and states<br>• Collaborate with RCCs to identify where SEAs are in the use CEEP programs, practices and policies and alignment with current initiatives<br>• Collaborate with RCCs and REAs to host webinar series that meet the needs of states and LEAs in their regions on CEEP implementation<br>• Collaborate with RCCs and SEAs to identify and overcome roadblocks to successful implementation of CEEP strategies |
| Expected Outcomes | • **Short-Term:** Heightened awareness of equity issues with clearer communication about goals and strategies of the plans<br>• **Mid-Term:** SEAs apply improvement cycles to existing versions of CEEPs to accelerate and strengthen solutions to HLPs<br>• **Long-Term:** CEEPs' plans are updated to align to SEA context and are embedded or become the existing implementation plan(s) for decreasing the educator shortage |
| Expected Outputs (5-Year Plan) | **Policy brief** describing strategies within SEA CEEPs that have reduced equity gaps in the educator workforce<br>**Webinar series –** Getting back on track to close educator equity gaps<br>**Network list and resources** for SEAs committed to ongoing updates to their CEEP |
| Major Milestones (Over 5 Years) | • State-by-state review of findings associated with strategies implemented from SEA CEEPs<br>• SEAs implementation self-assessment of current form of CEEP<br>• Co-designed supports with RCC to support SEAs in workgroup<br>• Feedback from RCCs, REAs and SEAs on usability of policy brief to support adaptable strategies to share in the webinar series on EBPs in CEEPs<br>• CoP meetings on common needs from CEEP<br>• Share or create universal products that are needed by RCCs and the CEEP CoP |

CEEP = comprehensive educator equity plan; CoP = community of practice; CREW = Center for Resources for the Educator Workforce; EBP = evidence-based programs, practices, and interventions;

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000120

HLP = high-leverage problem; LEA = local education agency; REA = regional education agency; RCC = regional comprehensive center; SEA = state education agency; TA = technical assistance; TEA = tribal education agency.

**Project 3: Attracting, Recruiting, and Retaining BIPOC Populations**. Putnam et al. (2016, p. 5) postulated that "assuming we are able to be no more successful in changing current conditions, we expect the diversity gap between black teachers and black students (which stands now at nine percentage points) will remain essentially the same at least through the year 2060, while the gap between Hispanic teachers and Hispanic students (currently 18 percentage points) will increase by four points." This project is designed to address root causes of a low pool of BIPOC candidates interested in, pursuing, and staying in the education profession. This project will form a collaborative, a partnership of organizations with mutually beneficial goals, to learn from and provide resources to BIPOC-led organizations on how to attract, prepare, and retain BIPOC educators into the profession. IDRA, having previously led a federal Equity Assistance Center (EAC), and ImaginED, who works directly with TEAs and in RCCs, will co-lead to organize and facilitate the collaborative as described in *Exhibit 10*.

**Exhibit 10.    Project 3: Attracting, Recruiting, and Retaining BIPOC Populations**

| High-Leverage Problem | Increase the recruitment, preparation, and retention of BIPOC educators in P-12 |
|---|---|
| Project Description | This project is designed to build a collaborative of BIPOC-led organizations to contribute to solutions in attracting, recruiting, and retaining BIPOC educators. |
| Clients | RCCs, TEAs, REAs, SEAs |
| Recipients | SEAs, TEAs, IHEs, EPPs, preservice and in-service BIPOC educators, BIPOC college students |
| Key Personnel | Demond McKenzie, Rashad Anderson, Cynthia Jacquet, Chance Lewis |
| Partners | IDRA, ImaginED, Latinos for Education, Black Teacher Project, other nonfederal BIPOC-led national organizations, AACTE, EACs, Regional Educational Laboratories (RELs) |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000121

| | |
|---|---|
| **Capacity-Building Services Dimensions:**<br>✓ Human<br>✓ Organizational<br>✓ Policy<br>Resource | CREW proposes to increase the uptake of EBPs that lead to an increased number of BIPOC educators entering and staying in the profession; and support BIPOC retention including support for BIPOC educator well-being (e.g., sense of belonging) and career advancement.<br>• Collaborate with RCCs, TEAs, and BIPOC-led organizations<br>• Host monthly or bimonthly meetings to discuss successes and challenges in the educator workforce for BIPOC educators<br>• Facilitate meetings and provide tools and resources to design and execute on an implementation plan for the Collaborative<br>• Provide RCC and SEA guidance and coaching on the tools and resources developed as a result of learnings from the Collaborative |
| **Expected Outcomes** | • **Short-Term:** Understand the needs of current and future BIPOC educators from the perspective of BIPOC-led organizations.<br>• **Mid-Term:** BIPOC-led organizations have used Collaborative-produced resources and tools and evidenced-based strategies to advance their missions.<br>• **Long-Term:** LEAs, IHEs, and non-BIPOC–led organizations use EBPs, best practices, and strategies for increasing the diversity of the educator workforce that emerges from the Collaborative. |
| **Expected Outputs (5-Year Plan)** | • Meet monthly/bimonthly with the BIPOC Collaborative<br>• Needs sensing report authored by the BIPOC Collaborative<br>• Blog posts on attracting, preparing, and retaining BIPOC educators<br>• Podcast series on BIPOC educators in the profession<br>• White paper of EBPs and strategies to support SEAs, TEAs, and LEAs on diversifying the workforce with BIPOC educators |
| **Major Milestones (Across 5 Years)** | • Establish a collaborative of BIPOC-led national organizations<br>• Finalize project plan to conduct needs-sensing activities<br>• Conduct needs-sensing of the BIPOC educator workforce<br>• Co-develop communication and dissemination materials on attracting, preparing, and retaining BIPOC populations in education applying research practices in practitioner settings and using EBPs |

AACTE = American Association of Colleges for Teacher Education; BIPOC = Black, Indigenous, and people of color; CREW = Center for Resources for the Educator Workforce; EAC = Equity Assistance Center; EBP = evidence-based programs, practices, and interventions; EPP = educator preparation program; HLP = high-leverage problem; IHE = institution of higher education; LEA = local education agency; RCC = regional comprehensive center; REA = regional education agency; SEA = state education agency; TA = technical assistance; TEA = tribal education agency.



**Equity Collaborative**

Funded by a philanthropy, RTI facilitated an equity collaborative of three Black-owned nonprofit organizations maximizing their services to make a collective impact on the education workforce. One organization focused on education inequities and policy, another on Black male recruitment, and the other on culturally affirming practices and Black families. Through a year-long exploration, the organizations grew in their human and organizational capacity to communicate about their work, discuss the overlaps, reduce existing redundancies, identify revenue streams, and clarify strategies for approaching, engaging, and partnering with LEAs and schools. As a result, each organization expanded services, and two are now nationally known and invited partners in their respective fields.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000122

## Proposed Projects to Attract and Prepare Educators

Project 4: Educator Empowerment Initiative. Existing research on teacher loan forgiveness and service scholarship programs suggests that the financial benefit of these programs meaningfully offsets the cost of a teacher's professional preparation. These programs can be successful in attracting a stronger, more diverse workforce while also increasing the number of high-quality and effective educators in underserved communities (Podolsky & Kini, 2016). The Educator Empowerment Initiative (*Exhibit 11*) will work with RCCs and their SEAs to establish or revise policies and practices for educator loan forgiveness and scholarship programs.

**Exhibit 11.    Project 4: Educator Empowerment Initiative**

| | |
|---|---|
| High-Leverage Problem | High quality, affordable education preparation and career advancement programs |
| Project Description | The project will support one or more RCC/SEA partnerships to expand and improve the educator workforce by creating, updating, or expanding educator loan forgiveness and/or scholarship programs and policies |
| Clients | RCs, SEAs, TEAs |
| Recipients | LEAs, preservice and in-service educators, IHEs |
| Key Personnel | Meghan Sweeney-Doyle, Demond McKenzie, Amaya Garcia, Jackson Miller |
| Partners | SEAs with existing programs, ED, Fiscal Equity Content Center, Learning Policy Institute, CCSSO |
| **Capacity-Building Services Dimensions:**<br>✓ Human<br>✓ Organizational<br>✓ Policy<br>✓ Resource | CREW proposes to engage in a series of targeted and universal capacity-building activities to increase the accessibility of preservice and in-service educators who take advantage of SEA loan forgiveness and scholarship programs<br><br>• Explore existing programs and communicate with SEAs to understand high-leverage needs in loan forgiveness and scholarships<br>• Facilitate discussion groups to support RCCs and SEAs with self-assessing readiness for change of existing programs<br>• Build RCC capacity to support SEAs with policy and program reviews, as needed<br>• Provide communication and dissemination opportunities for SEAs to showcase promising programs<br>• Produce communications that support policy reviews of return on investment of loan forgiveness and scholarship programs through longitudinal data analysis<br>• Facilitate CoPs for RCCs and SEAs that would like to address affordable educator preparation for a wide audience (e.g., teachers, administrators, other education professionals) and specific needs around loan forgiveness and scholarship programs |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
**ED 000123**

| Expected Outcomes | • **Short-Term:** SEAs gain greater understanding of how states are implementing programs, aligning programs with policy, and identifying EBPs that would work well for loan forgiveness and scholarship programs<br>• **Mid-Term:** SEA implementation of a newly created or revised program that offers increased loan forgiveness amounts or expanded eligibility criteria and improved application processes for increase accessibility and marketing<br>• **Long-Term:** Increase in the number of educators applying for loan forgiveness and scholarship programs, including those from historically underrepresented populations, those experiencing financial barriers, and those seeking nontraditional licensure pathways |
|---|---|
| Expected Outputs (5-Year Plan) | **Comparison and FAQ Document** of existing state-led loan forgiveness and scholarship programs, and return on investment of programs<br>**Policy briefs** for strategies on developing or strengthening state loan-forgiveness programs and scholarship programs<br>**Community of Practice** for SEAs with common interests in a particular components of loan forgiveness and scholarships<br>**Blog Posts** that capture best practices to create, implement, and maintain state-funded or university scholarship and loan forgiveness programs for educators |
| Major Milestones (Across 5 Years) | • SEA policy review of educator loan forgiveness and scholarship programs<br>• SEAs self-assess current programs and identify areas<br>• List of SEAs with promising practices for state-led programs<br>• Series of CoP meetings with RCCs and SEAs aligned with project plan for addressing the common needs<br>• SEA implementation plans for revising or establishing programs or policies |

CCSSO = Council of Chief State School Officers; CoP = community of practice; CREW = Center for Resources for the Educator Workforce; EBP = evidence-based programs, practices, and interventions; ED = U.S. Department of Education; IHE = institution of higher education; LEA = local education agency; RCC = regional comprehensive center; REA = regional education agency; SEA = state education agency; TEA = tribal education agency.

North Carolina Senate Bill 598 established Future Teachers of North Carolina (FTNC) to create opportunities for high school students to enroll in college-level education courses in their respective high school. RTI supported curriculum development for FTNC, which upon successful completion, students received Career and Technical Education credits, and credit articulation with the University of North Carolina system, allowing successful program completed to earn six college credits. See the project spotlight for more information.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000124



**PROJECT SPOTLIGHT**

### Grow-Your-Own (GYO) Curriculum Development and Educator Training for Teaching as a Profession Courses for High Schoolers

RTI developed curriculum guides for two Teaching as a Profession high school courses and the internship component of the Future Teachers of NC program. RTI also provided UNC faculty with educator training and resources for their use in sessions with future teachers. The educator training included in-person sessions to provide a comprehensive curriculum orientation and course professional development, while virtual sessions were used as follow up to support reflection, questions, and troubleshooting specific issues or questions arising from the training. All materials used in the training were made available to the educators for continued support in their work to deliver the course content to future teachers (training materials included training session agendas, objectives, essential questions, content overviews, instructional activities with facilitator notes, reference materials, and key terms).

**Project 5: Preparing Future School Based Mental Health Professionals.** With the help of Elementary and Secondary Emergency Relief funds, schools have seen a 65% increase in social workers, and a 17% increase in counselors (White House, 2022). As ESSER dollars sunset, CREW is committed to the White House's goal of doubling the number of mental health (MH) professionals in schools. RTI has experience supporting certified school-based MH professionals through ED's investments in the Mental Health Service Professionals (MHSP) Demonstration Grant Program. Our fifth project, described in *Exhibit 12*, will build on this knowledge to work with SEAs and employers to expand registered apprenticeships and GYO MH professional programs.

**PROJECT SPOTLIGHT**

### Growing the School Mental Health Workforce

Funded by the Office of Elementary and Secondary Education, RTI provides TA to Ashe County Schools, Cumberland County Schools, and Indiana University's Mental Health Service Professional Grant programs. This initiative aims to expand the capacity of mental health service professionals and cultivate a diverse, highly qualified pipeline of professionals for employment in schools. Through collaborative partnerships with school districts, community partners, and universities, current and aspiring professionals participate in growth and retention training, job-embedded coaching, rich internship and practicum experiences, and district-sponsored credentialing programs. The TA is tailored to the unique context and needs of each school district, including military-connectedness and areas of persistent poverty.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000125

**Exhibit 12.  Project 5: Preparing Future School Based Mental Health Professionals**

| | |
|---|---|
| High-Leverage Problem | Affordable educator preparation programs for educator support professionals, and effective ongoing professional learning that promote professional certification |
| Project Description | CREW will collaborate with the National Center for Safe and Supportive Learning Environments (NCSSLE) and recipients of MHSP grants to develop and communicate universal capacity-building products and tools to expand the reach of the successes coming from grantees, including establishing partnerships, funding, recruitment, and programming. The project will also engage RCCs, REAs, and SEAs in exploring GYO and/or RAPs for MH professionals |
| Clients | RCCs, SEA, NCSSLE |
| Recipients | SEA, TEA, LEA, school-based MH professionals (e.g., MH counselors, social workers) |
| Key Personnel | Fredrica Nash, Frank McKay, Cynthia Jacquet, Carol Keirstead |
| Partners | NCSSLE, Senior Policy Advisors from Department of Education and Labor, Center for Fiscal Equity, ERA Intermediaries |
| **Capacity-Building Services Dimensions:**<br>✓ Human<br>✓ Organizational<br>✓ Policy<br>✓ Resource | CREW will increase awareness and facilitate conversations about the possibility of GYO and RAPs for MH professionals<br>• Facilitate monthly meetings with agendas and notes based on an agreed-upon workplan<br>• Package session content and resources for online dissemination through the CREW and CCNetwork websites<br>• Conduct needs assessment for targeted TA on scaling and sustaining RAPs for MH professionals<br>• Facilitate targeted capacity-building services to groups interested in exploring GYO and RAPs or intensive capacity-building services to RCCs to support SEAs, LEAs, REAs or TEAs building their capacity to explore or establish programs |
| Expected Outcomes | **Short-Term:** Expand the reach of NCSSLE communications by revising them for a universal audience interested in increasing the number of MH professionals<br>**Mid-Term:** Increased number or plans for GYO and RAPs serving MH professionals<br>**Long-Term:** Increased MH professionals enrolling in affordable preparation programs for advanced certification that reduce barriers to entry into the profession |
| Expected Outputs (5-Year Plan) | • Workplan created and endorsed by senior policy leaders from federal agencies (Departments of Education, Labor, and Health and Human Services)<br>• Fact sheet about the necessary input to establish GYO programs or RAPs for MH professionals<br>• Co-design with NCSSLE a resource guide of tools for early career MH professionals<br>• Online session packet that includes a resource guide of resources and tools from SBMH and MHSP grantees in collaboration with NCSSLE, RAP intermediaries, and GYO experts |
| Major Milestones (Across 5 Years) | • Conduct needs assessment to inform development of plan to help state and local education leaders focused on RAPs as a pathway strategy to increase the number of school counselors and school-based MH workers<br>• Outreach to partners from federal agencies, federally funded centers, and professional associations to collaborate with the workgroup<br>• Design and lead professional learning sessions on RAPs as a strategy for addressing shortages in school counselors and MH workers<br>• Implementation plans for each SEA/REA/LEA interested in targeted capacity-building for mental health focused GYO/RAPs |

CREW = Center for Resources for the Educator Workforce; ERA = Educator Registered Apprenticeship; GYO = grow-your-own; LEA = local education agency; MH = mental health; MHSP = Mental Health

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000126

Service Professional; RAP = Registered Apprenticeship Program; RCC = regional comprehensive center; REA = regional education agency; SBMH = School-Based Mental Health: SEA = state education agency; TEA = tribal education agency.

**Project 6: Culturally Responsive and Affirming Workplaces**. Educator recruitment and retention are influenced by systemic and inequitable practices. Addressing root causes of teacher attrition include establishing healthy and culturally affirming workplaces (Mason et al., 2021). Culturally affirming workplaces are important to support racially underrepresented educators, support teachers in being fully present in the work setting, and decrease stress while increasing perceptions of belonging. *Exhibit 13* outlines Project 6 which is designed to facilitate the creation of culturally affirming educator induction programs and professional supports.

**Exhibit 13.    Project 6: Culturally Responsive and Affirming Workplaces**

| | |
|---|---|
| High-Leverage Problem | Improved working conditions include cultivating welcoming and inclusive work environments. Educators who lack a sense of identity and belonging leave the profession |
| Project Description | This project will work with RCCs and SEAs to build LEA capacity to create culturally affirming educator induction programs and professional supports |
| Clients | RCs, SEAs |
| Recipients | LEAs |
| Key Personnel | Robin Wisniewski, Demond McKenzie, Francesca López, Allen Pratt |
| Partners | IDRA, ImaginEd, Equity Assistance Centers (EACs), Regional Educational Laboratories (RELs), Center for Black Educator Development |
| **Capacity-Building Services Dimensions:**<br>✓ Human<br>✓ Organizational<br> Policy<br> Resource | • Collaborate with existing federal TA centers and organizations to disseminate their work on culturally affirming workplaces<br>• Translate business practices for creating culturally affirming workplaces to the education setting and solicit feedback on usability from RCCs and states<br>• Facilitate a CoP with RCCs, SEAs, and LEAs to solve common problems around implementation of culturally affirming practices<br>• Provide intensive TA to RCCs who need capacity-building support to help LEAs apply EBPs in building culturally responsive and affirming workplaces, specifically in settings where educator demographics may not be reflective on the communities in which they teach |
| Expected Outcomes | • **Short-Term:** Increased understanding of recipient perspective of successes, challenges, barriers for entering and growing in the profession in the LEA/SEA<br>• **Mid-Term:** Updates to talent development in LEAs for the attraction and attrition of educators relevant to the implementation of culturally responsive and affirming practices that promote better teacher induction and working conditions<br>• **Long-Term:** Differentiated supports are provided in an equitable, appropriate, usable, and sustainable way for various populations of interest in LEAs and SEAs |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000127

| Expected Outputs (5-Year Plan) | **Fact sheet** for culturally affirming practices in the attraction, preparation and retention of educators<br>**SEA/LEA** specific standards checklist for culturally responsive and affirming standards<br>**Infographics** of SEAs implementing culturally responsive and affirming teacher induction and professional learning practices |
| --- | --- |
| Major Milestones (Across 5 Years) | • Presentation on state-adopted culturally responsive teaching and leading and professional learning standards<br>• Support LEAs/SEAs and analyze entry/exit data along factors for culturally responsive induction and professional learning practices<br>• Develop report on themes for RCCs, SEAs, and TEAs on culturally affirming practices experienced by recipients of the intended practices<br>• Meeting agendas of targeted and intensive capacity-building on culturally responsive practices to attract, prepare, and retain educators<br>• Series of supplemental documents for SEA/LEA interest populations (e.g., BIPOC, rural, tribal, neurodivergent) and specific CRP practices to implement<br>• Checklist to self-assess state teaching and leading standards that promote culturally responsive and sustaining practices |

BIPOC = Black, Indigenous, and people of color; CoP = community of practice; CREW = Center for Resources for the Educator Workforce; CRP = Culturally Responsive Pedagogy; EBP = evidence-based programs, practices, and interventions; LEA = local education agency; RCC = regional comprehensive center; REA = regional education agency; SEA = state education agency; TA = technical assistance; TEA = tribal education agency.

### *Proposed Projects for Retaining Educators*

**Project 7: Increasing Mentorship Effectiveness in Registered Apprenticeship Programs**. In response to the teacher shortage crisis exacerbated by the pandemic, state and other education agencies began to turn to registered apprenticeship as a solution. The U.S Departments of Education and Labor have jointly endorsed RAPs as a long-term strategy for addressing educator shortages. As of October 2023, there were 30 states with RAPs. Currently, an Educator Registered Apprenticeship (ERA) Intermediary decided to conduct research into how mentorships are developed and operated in RAPs across the country. This proposed project (***Exhibit 14***) is designed to take the findings from the evaluation to support RAPs with strengthening their mentorship programs to prepare educators effectively for new teacher induction opportunities.

**Exhibit 14.    Project 7: Increasing Mentorship Effectiveness in RAPs**

| High-Leverage Problem | Quality of mentorship programs for registered apprenticeship teachers may impact apprentice retention in their Registered Apprenticeship Program (RAP). |
| --- | --- |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000128

| | |
|---|---|
| Project Description | CREW proposes to provide targeted support at the SEA and LEA level, with support from the ERA intermediary to implement a scalable solution for developing and implementing high-quality mentorship programs. |
| Clients | Registered Apprenticeship Programs in selected SEAs |
| Recipients | Employers with Registered Apprentices |
| Key Personnel | Robin Wisniewski, Kwamé Floyd, Colleen McDonald, Rashad Anderson |
| Partners | U.S. Department of Labor ERA Intermediaries |
| **Capacity-Building Services Dimensions:**<br>✓ **Human**<br>✓ **Organizational**<br>   Policy<br>   Resource | We propose to increase the number of employers who can create high-quality mentorship programs that align to their context, include standards for high-quality programs and implement the programs with fidelity<br>● Conduct root cause analysis and provide self-assessing tools to determine what the successes and barriers are to current implementation of high-quality mentorship programs<br>● Review and provide feedback on existing supports for mentorship programs<br>● Provide RAPs with guidance and assistance in building an effective system of support through mentorship<br>● Collaborate with SEAs and RAPs to co-create a guide on the implementation of a high-quality mentorship program<br>● Gather input and feedback on the mentorship program guide, while coaching and continuing to provide feedback on existing mentorship programs<br>● Collaborate with RAPs to identify roadblocks to successful implementation of the guide components<br>● Offer and provide train-the-trainer TA activities to RAPs and LEAs to implement the components of the guide |
| Expected Outcomes | ● **Short-Term:** Standards of effectiveness for mentorship programs in RAPs<br>● **Mid-Term:** Implementation of high-quality mentorship programs<br>● **Long-Term:** Proof of concept of high-quality mentorship programs in educator RAPs |
| Expected Outputs (5-Year Plan) | Research-based guide with tools to help identify mentor teachers; how to assess the quality of mentor teachers; factors that contribute to strong mentorship programs |
| Major Milestones (Across 5 Years) | ● Meet with SEA RAPs and LEA employers to provide and facilitate use of self-assessing tools to determine readiness with effective strategies to build high quality mentor programs<br>● Review and provide feedback on current RAP mentorship programs<br>● Implementation plan developed between RAPs and LEA to develop a guide based on current mentorship program operations<br>● Co-develop guide for use by RAPs to implement effective mentorship programs implementing evidence-based practices for apprentice mentors<br>● Finalize guide and disseminate through a webinar series around use of the guide after feedback and revisions<br>● Conduct trainings to customize the guide to the specific RAP and their employers for current approved RAPs and those in development<br>● Disseminate learnings from use of the guide at practitioner conferences to share challenges with fidelity of implementation and strategies to overcome those challenges |

CREW = Center for Resources for the Educator Workforce; ERA = Educator Registered Apprenticeship; LEA = local education agency; RAP = Registered Apprenticeship Program, RCC = regional comprehensive center; REA = regional education agency; SEA = state education agency; TEA = tribal education agency.

Project 8: SEA Supports for Educator Well-Being. Teacher well-being is a contributing

factor to improved job satisfaction and supports healthy climates in schools. Doan et al. (2023)

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000129

found that rates of job-related stress have returned to pre-pandemic levels, meaning that they have declined. However, also in the report, survey data showed that 23% of teachers indicated they were likely to leave their job by the end of the 2022–2023 school year, citing poor well-being. In addition to salary and working hours, stress and disappointment on the job were top reasons teachers intended to leave (Doan et al, 2023). The SEA Supports for Educator Well-Being (*Exhibit 15*) proposed project will focus attention on strategies to incorporate social and emotional competence development and support into educator preparation and induction.

**Exhibit 15.    Project 8: SEA Supports for Educator Well-Being**

| High-Leverage Problem | Poor teacher working conditions lead to a decrease in teachers' well-being, and teacher burnout is a leading cause of attrition. |
|---|---|
| Project Description | CREW will form a CoP to support the development of publications and learning modules designed to support educator well-being in SEA policy for induction and professional learning programs. |
| Clients | SEAs, RCCs |
| Recipients | IHEs, LEAS, TEAs |
| Key Personnel | Fredrica Nash, Beth Rice, Francesca López |
| Partners | EACs, NCSSLE, Collaborative for Academic, Social, and Emotional Learning (CASEL) |
| **Capacity-Building Services Dimensions:**<br>✓ Human<br>✓ Organizational<br>   Policy<br>   Resource | CREW will expand resources and tools to support teacher well-being at the SEA and LEA levels in collaboration with RCCs, REAs, and IHEs.<br>● Conduct needs sensing with a focus on contributing factors to educator well-being and working conditions<br>● Support the development of focused support areas for targeted capacity-building in educator well-being for teachers<br>● Establish CoP in a single focus area such as aligning or developing preservice educator standards for the development of SEL capabilities with teacher quality standards in teacher induction programs<br>● Pilot educator social and emotional capabilities learning modules<br>● Gather participant feedback and outcome data |
| Expected Outcomes | ● **Short-Term:** Increase SEA and LEA awareness of key factors that contribute to teacher well-being and the connections to EBPs for improved working conditions<br>● **Mid-Term:** Learning modules to support SEAs and LEAs with strategies to implement EBPs for improved teacher well-being into standards, and new teacher induction programs<br>● **Long-Term:** Preservice and in-service teachers develop SEL capabilities to strengthen their capacity to be effective in the education profession. LEAs and EPPs improve working conditions where teachers can access their SEL capabilities in self-awareness, social awareness, relationship building, decision-making, and self-management to manage the consistency of change in the education profession. |
| Expected Outputs (5-Year Plan) | Crosswalk of Educator SEL Capabilities and Professional Standards. Educator well-being briefs for LEAs to use to enhance new teacher induction Learning modules for increased understanding and application of developing educator SEL capabilities |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Major Milestones (Across 5 Years) | • Conduct national scan of the integration of educator well-being competencies in teacher induction and state teacher quality standards<br>• Create crosswalk and include self-assessment for RCCs to use with their states to determine the need for capacity-building support for educator well-being<br>• Establish CoP to help inform the curriculum for learning modules for educator well-being<br>• Evaluation of learning modules against culturally responsive and affirming practices and principles<br>• Pilot of learning modules in SEAs, TEAs, and LEAs with feedback loops<br>• Guide to integrating competency-based microcredentials into teacher induction using the Educator Well-Being learning modules |
|---|---|

CoP = community of practice; CREW = Center for Resources for the Educator Workforce; EAC = Equity Assistance Center; EBP = evidence-based programs, practices, and interventions; EPP = educator preparation program; LEA = local education agency; NCSSLE = National Center for Safe and Supportive Learning Environments; RCC = regional comprehensive center; REA = regional education agency; SEA = state education agency; SEL = social and emotional learning; TA = technical assistance; TEA = tribal education agency.



**Microcredential Partnership of States: Creating Quality Standards for Micro-Credentials**





Since 2020, RTI has partnered with digiLEARN to support the integration of competency-based microcredentials into state systems of professional learning for educators. digiLEARN formed the Micro-credential Partnership of States (MPOS) in 2022 with members from Wyoming, North Carolina, South Carolina, and Arkansas to address challenges related to educator microcredentialing across state systems. RTI guided digiLEARN and the MPOS in establishing quality standards to support more consistent implementation of microcredentials across states, and in 2024 the RTI team led the MPOS in a collaborative effort to operationalize the standards with the development of a quality assurance rubric for microcredentials that has now been approved for use by the four member states.

Learning modules developed through this project will also explore the possibility of microcredentialing for social and emotional competence from SEAs. RTI has experience with micro-credentials through our work with digiLEARN's Microcredential Partnership of States.

**Project 9: Expanding State Leadership Academies for Principals**. Principals need access to the necessary high-quality professional development that is linked to better student learning and school environment outcomes for their schools. Differences in state policies show principals' access to high-quality learning opportunities varies. In addition to principal access to professional development (e.g., differences of principals in high-poverty vs. low-poverty schools), the type of professional development (e.g., mentor, coach, problem-based, cohort-

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

based) also varies (Darling-Hammond et al., 2022). Project 9 seeks to expand the successful

standards to align principal leadership academies across states and LEAs. As described in

*Exhibit 16*, this project is designed to support knowledge and skill of administrators and

facilitate and sustain enabling conditions for positive working environments for the

administrators and their teachers and support services staff at the local level.



**PROJECT SPOTLIGHT**

**RTI Provides Intensive TA Supports to LEAs to Grow the Pipeline From Assistant Principals (AP) to Principalships**

RTI is supporting Wake County Public Schools (the 16th largest school district in the United States) with building an advanced leadership development program for a select group of highly qualified assistant principals from across the district. The intentional effort to strengthen the district's leadership pipeline involves a 10-part program of study on advanced leadership skills, direct school-based leadership coaching, coordination and facilitation of individual case study projects, and a culminating district showcase. This cohort model emphasizes leadership skills including (1) developing oneself as a leader, (2) identifying effective strategies to create change, (3) strengthening executive presence, (4) building cohesion among diverse teams, and (5) growing situational awareness and adaptive leadership skills. RTI has supported Wake County since 2019, and at the district's request, we will begin our sixth cohort in the Fall of 2024. RTI also supported Cumberland County Schools to build the leadership pipeline program. Supports included group workshops, team development, and coaching for assistant principals who aspire to become principals. At the district's request, RTI provided capacity-building services that led to the development and sustainability efforts of this program, which, after 3 years, is now district led.

**Exhibit 16.    Project 9: Expanding Leadership Academies for Administrators**

| High-Leverage Problem | Increase the number of effective principals through high-quality professional development and their ability to create and sustain enabling conditions for positive working environments |
|---|---|
| Project Description | This project will build upon existing work in evaluating the success of state leadership academies for principals and aspiring assistant principal programs to provide RCCs and SEAs with toolkits for establishing programs at the LEA and state levels to increase the effectiveness of school administrators |
| Clients | SEAs, RCCs |
| Recipients | LEAs, school principals and assistant principals, educator preparation programs |
| Key Personnel | Robin Wisniewski, Demond McKenzie, Colleen McDonald, Carlas McCauley |
| Partners | Collaboration for Effective Educator Development, Accountability, and Reform (CEEDAR) Center, National Association of Secondary School Principals, National Association of Elementary School Principals, Learning Forward, EACs, RELs |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000132

| Capacity-Building Services Dimensions: ✓ Human ✓ Organizational ✓ Policy ✓ Resource | CREW will support improvement efforts for ongoing administrator professional development by disseminating information about model programs, establishing a workgroup and piloting programs in new SEAs, REAs, and TEAs <br>• Highlight SEA and LEA successful principal leadership academies and programs <br>• Convene states and partners interested in developing administrator academies <br>• Design a pilot study with continuous improvement cycles <br>• Facilitate CoP of pilot student participants <br>• Facilitate professional learning sessions, on demand, for updating principal standards, evaluating professional learning plans, designing leadership academies for principals |
|---|---|
| Expected Outcomes | • **Short-Term:** Increased SEA and LEA understanding of implications of principal professional development on improved school culture and climate <br>• **Mid-Term:** SEAs and LEAs align principal evaluation standards with professional learning standards <br>• **Long-Term:** SEAs and LEAs implement state-led/LEA-led leadership academies |
| Expected Outputs (5-Year Plan) | **Pilot study** for the development and testing of leadership academies in new contexts <br>**Guidebook** for states to develop leadership academies for administrators <br>Podcast Series successful implementation of SEA/LEA-led administrator academies |
| Milestones (Across 5 Years) | • Workgroup of SEAs, REAs, and TEAs for the development of leadership academies <br>• Network successful programs with workgroup participants revising programs <br>• SEAs gather input as part of needs-sensing activities from aspiring and current principals on a statewide leadership academy <br>• Create comparisons document of existing programs and successful programs for all SEA, REA, TEA, and RCC working group members <br>• Design pilot programs for working group members, including policy implications needed for successful implementation <br>• Translate pilot findings to a guidebook for the development of leadership academies |

CoP = community of practice; CREW = Center for Resources for the Educator Workforce; EAC = Equity Assistance Center; LEA = local education agency; NCSSLE = National Center for Safe and Supportive Learning Environments; RCC = regional comprehensive center; REA = regional education agency; REL = regional educational laboratory; SEA = state education agency; TEA = tribal education agency.



**PROJECT SPOTLIGHT**

*Staff Support and Retention:* **Development of a National Board Certification Preparation Program**

RTI and Harford County School District crafted a robust support system for National Board Certification candidates. This system features a comprehensive online course with 10 modules aligned with the National Board for Professional Teaching Standards (NBPTS) Architecture of Accomplished Teaching and its Five Core Propositions. To extend each online module, we designed monthly synchronous sessions, led by seasoned NBCTs, to foster peer networking, address anticipated challenges, and provide portfolio feedback. We manage a monthly Professional Learning Community for the seasoned NBCT facilitators, resulting in sustainable structures. These meetings focus on leadership skills, adult learning theory, and course enhancement. Our recruitment and recognition strategies to highlight the prestige of certification among both leadership and noncertified educators helped to diversify the candidate pool.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000133

**Project 10: Return on Invest Comparison on Affordable Pathway into the Profession for States**. The Economic Policy Institute (Allegretto, 2023) found that on average, compared with other college-educated workers, teachers made 26.4% less, and the weekly wage penalty has continued to grow for 26 years. In addition, despite recent salary increases in states and accounting for inflation, teachers are making less than they were 10 years ago (Walker, 2024).

*Exhibit 17* describes Project 10, helping states review longitudinal data on investment of recent legislation across the nation increasing teacher compensation.

**Exhibit 17.    Project 10: ROI Comparison on Affordable Pathways into the Profession for States**

| High-Leverage Problem | Increase attraction to the profession and retain educators in the profession; starting salaries are not competitive |
|---|---|
| Project Description | This project will review recent legislation in states aimed at increasing teacher compensation, and the strategies used to fund the increases to share return on investment of these initiatives and to provide guidance and a policy model to support states, specifically those with the lowest salaries, in creating, revising, and advancing policies for increased teacher compensation for a variety of educators and, where appropriate educator support professionals |
| Clients | SEAs, TEAs |
| Recipients | RCCs, SEAs. REAs |
| Key Personnel | Jackson Miller, Meghan Sweeney-Doyle, Jessica Swanson, Dr. Carla McCauley |
| Partners | ED, Center for Fiscal Equity, Council of Chief State School Officers (CCSSO) |
| **Capacity-Building Services**<br><br>Dimensions:<br>✓ Human<br>✓ Organizational<br>✓ Policy<br>✓ Resource | CREW proposes to increase the capacity of SEAs to support alignment, differentiation, and enactment of teacher compensation policies<br><br>● Complete landscape scan of current legislation and any initial impacts on the state educator workforce<br>● Support RCCs in understanding the results of the landscape scan<br>● Co-facilitate discussions with Fiscal Equity and RCCs on teacher compensation and attracting and retaining teachers in hard to staff regions<br>● Network SEAs to co-design a guidebook, highlight design and implementation of SEA policy<br>● Disseminate the guidebook at conferences such as CCSSO and the National ESEA Conference |
| Expected Outcomes | ● **Short-Term:** SEAs and TEAs increase knowledge of wage policies and practices<br>● **Mid-Term:** SEA and TEA planning for new and adjusted wage policies<br>● **Long-Term:** New SEA model for policy design and implementation |
| Expected Outputs (5-Year Plan) | **Landscape scan** wage policy and funding streams over time for teacher compensation models<br>**Guidebook** for SEAs to select and plan policy changes. |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000134

| Major Milestones (Across 5 Years) | <ul><li>Current publications about EBPs in wage competitiveness</li><li>SEA policies about wage competitiveness</li><li>SEA and RCC agreement to collaborate on a guidebook for states and TEAs</li><li>SEA and RCC input and feedback on guidebook for continuous improvement</li><li>Final landscape report and guidebook</li></ul> |
|---|---|

CREW = Center for Resources for the Educator Workforce; ED = U.S. Department of Education; ESEA = Elementary and Secondary Education Act; LEA = local education agency; RCC = regional comprehensive center; REA = regional education agency; SEA = state education agency; SEL = social and emotional learning; TEA = tribal education agency.

### Summary of Proposed 5-Year Plan

We have proposed 10 projects that align to educator workforce needs, increasing educator diversity, and attracting, preparing, and retaining highly qualified and effective educators, including educator support services personnel. To monitor fidelity of implementation of our services to lessen the gap between our intentions and our impact and to increase satisfaction of quality, relevance, and usability, within the capacity-building services, CREW will use our CREW Docking System to track each of our projects. The CREW Docking System will track TA products and projects with their milestones; document TA needs across clients to help inform TA; initiate and monitor progress on TA requests; and solicit feedback from our clients, recipients, and partners (see Task 3 and Task 4 for more information).

Within 90 days of award, and each service year, we will consult with and integrate feedback on our proposed service plan from ED, the National Comprehensive Center (NCC), and RCCs. We will use this feedback to revise and finalize the ASP for Year 1 and to inform high-quality products and tools, resources, target audiences, and overall TA in the priority areas of the HLPs.

We will use our capacity-building framework to move toward the outcomes for each project. CREW will support our clients with establishing and maintaining the enabling conditions that support the uptake, scale, and sustainability of evidence-based practices using a phased approach

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000135**

grounded in effective identification of HLPs, effective implementation, and the application of continuous improvement cycles.

## B.2.2  Capacity-Building Approach

CREW's capacity-building approach is designed to support our clients with systemic change through high-fidelity implementation of EBPs. Systemic change can often be defined as intentionally shifting components or parts of a system (e.g., structures, policies, practices, beliefs) and the patterns of interaction between these parts to ultimately transform the system and achieve intended outcomes. Our capacity-building services facilitate systemic change by progressing through a series of implementation phases. Underscoring these phases of implementation are strategies that CREW employs to foster conditions that support data-based decision-making, progress monitoring, and growth toward and achievement of intended outcomes. Our capacity-building approach focuses on building the human, organizational, policy, and resource capacity necessary for the given HLPs that clients would like to address. We will bring aligned and relevant EBPs to universal and targeted TA services that prepare RCCs, their clients, and recipients, to begin or enhance implementation and improvement activities.

### *Conceptual Framework*

CREW's conceptual framework (***Exhibit 18***) builds on adult learning theory and principles of implementation and improvement sciences. Implementation science is commonly defined as the "scientific study of methods to promote the systematic uptake of research findings and other evidence-based practices into routine practice" to improve implementation activities and outcomes (Nilsen & Birken, 2020). To implement, scale, and sustain change, clients must be able to see that the change and learnings associated with the change are relevant, that it connects to their experience, and that they understand the need for change (Knowles, 1984).

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000136

**Exhibit 18.    CREW Capacity-Building Conceptual Framework**



The CREW team's capacity-building approach follows a five-step process. With clients we will define and establish a **focus area**; identify what **change is needed** and the desired outcomes; **plan for implementation** with evidence-based resources; **support implementation**; and **assess, reflect, and refine** strategies, plans, personnel, practices, or policies as needed to routinely accomplish desired outcomes effectively. We describe each below.

**Define the desired focus area.** CREW's clients will be curious about HLPs in the educator workforce, such as teacher compensation, educator working conditions, diversifying the educator workforce, affordable educator preparation, career ladders and more. Many of these HLPs are interconnected and will require engagement in needs sensing activities to determine which focus area is of highest leverage to the client. After needs sensing with RCCs and SEAs, together we will explore current initiatives that are already in place, existing teams working in various areas of the educator workforce, initial thoughts of who would be members of the new implementation team, intended recipients, and a review of high-level data across focus areas to help identify the

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

most appropriate plan. CREW is focused on not duplicating supports that may be provided by other federal TA centers, so that clients are provided with the best resources that lead to success. We will work collaboratively with our clients to understand existing partnerships alongside existing needs (see Task 3 for engagement procedures).

**Identify the change needed and the desired outcomes.** Focusing on HLPs allows clients to investigate root causes that are potentially impacting other areas of their work and move beyond treating symptoms with interventions that serve as temporary solutions. When goals and outcomes are explored through problem-centered and goal-oriented approaches, they are likely to influence the system rather than treat the symptoms, and adults are more likely to invest time and effort into planning, learning, and executing on the plan (Dunst et al., 2010; Knowles, 1984). For example, addressing issues of limited resources, lack of time to engage in full change efforts, new unaligned initiatives starting each year, and limited opportunities in administrator and teacher schedules during the day that allow for emotional well-being, rather than a general approach to educator burnout, provides for a comprehensive approach to improving educator retention.

Additionally, CREW will position our clients as experts of their own context, giving them authority to select their own goals. Tough (1971) asserted that adult learners are self-directed, and having control as they take on problems increases the commitment to a solution and the learning that happens along the way. This, of course, is coupled with guidance from needs sensing and data reviews facilitated by the CREW team and the desired outcomes in human, organizational, policy or resource capacity-building. The CREW team will also work to understand local values, norms, and practices that can help tailor the implementation to be more acceptable and therefore effective.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000138

**Plan for implementation.** We co-design implementation plans with our clients. This process involves aligning the implementation with the cultural and contextual nuances of client and recipient environments, which can significantly influence its success. CREW applies an implementation formula to achieve significant outcomes (Blanchard, 2018; Metz et al., 2011). *Exhibit 19* depicts how combining the identification of effective practices with effective implementation of those practices within an enabling context that supports the deliberate and adaptive manner necessary for high fidelity of implementation of the practice leads to success (Fixsen & Blase, 2020).



**Exhibit 19.    Implementation Impact for Success Outcomes**

Planning to use the formula incorporates selecting evidence-based resources and practices, assessing client readiness, and documenting the steps for effective implementation.

- **Selecting EBPs**. CREW will work with clients to identify and select evidence-based resources and practices that are designed to address the root causes of the problems they set out to solve. Based on a discussion with clients about where the implementation of the EBPs would be most successful, leadership effectiveness, buy-in and support, and existing enabling conditions, CREW will work with the client on any adaptations that may be needed in selecting and planning for EBP implementation. The "effective practice" part of the formula outlines criteria to ensure that the EBP can be taught, done, and measured within practice, as well as provides guidance and tools on how to systematically analyze the fit and feasibility of practice or program to inform adoption and implementation planning decisions.
- **Assessing readiness**. Teams that have a high level of readiness are best positioned for change that occurs over longer-periods of time, requires significant investment of resources (i.e.,

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000139

time, effort), and requires ongoing continuous improvement. Upon selection of the EBP, CREW will use readiness and capacity assessment tools that are available through the National Implementation Research Network (NIRN) and RTI's in-house implementation science expert and previous director of NIRN. Dymnicki et al. (2014) and Scaccia et al. (2015) identify three core readiness components that the assessment tools measure: (1) motivation, the willingness or desire of individuals to change and adopt an intervention; (2) general capacity, having effective leadership, appropriate staff, and clear expectations and procedures for implementation, along with adaptable structures that support the change process including culture and climate; and (3) intervention-specific capacity, the human, technical, and physical conditions needed to implement particular program or practice effectively.

- **Documenting steps for effective implementation**. Findings about infrastructure, roles, functions, and systems that are supportive or serve as barriers to systemic change from the readiness assessments will inform implementation planning. Planning for effective implementation will connect to the stages of implementation—exploration, installation, initial implementation, full implementation—(Saldana, 2014; Ward et al., 2021), starting with readiness activities to create a shared understanding of the implementation effort (e.g., why, what, and how), then documenting steps to develop staff competency within the practices, identifying and communicating key messages, securing resources, and refining and/or developing policies and procedures. Guiding questions will aid planning. For example, the improvement science model asks three questions: What are we trying to accomplish? How will we know that a change is an improvement? What changes can we make that will result in improvement? (Langley et al., 2009).

All CREW TA specialists have training and years of experience in the design and facilitation of small, midsize, and large group settings, both in-person and virtually. These experiences support proper facilitation with appropriate levels of interaction, applicability to practice, the sharing of resources and tools, and strategies that support meeting outcomes.

Clients may have already identified their problem and have selected an EBP to implement or may even be in full implementation. We will adapt our approach to meet our clients where they

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

are and, where appropriate, build on existing work and stage of implementation. When building on existing work, we will identify with clients their current readiness, capacity, and progress since their exploration phase. We will adjust our capacity-building approach as determined by needs sensing activities, client preference, or tier of capacity-building needed (universal, targeted, or intensive).

**Support Implementation.** CREW will support implementation through the implementation stages, also using drivers for implementation success (Fixsen et al., 2016). Namely, CREW will work with the client to share plans and resources with educators involved at the agency to provide knowledge and skills related to the selected practice, coach educators on the new skills; and use multiple data sources for feedback to educators to improve fidelity.

Coaching is CREW's primary method of working with clients and recipients. Kraft et al. (2018) defined coaching as "intended to be individualized, time-intensive, sustained over [time], context specific, and focused on discrete skills." Coaching conversations with individuals and through meeting facilitation invites clients to share about their own experiences and expertise and draw conclusions from their own practice. This allows for a greater understanding about culture, context, and decision-making during the implementation The CREW team's coaching provides clients with increased knowledge and skills through sharing of resources, professional learning, and networking, allowing clients to see the authorship and necessary ownership of the decisions they make during improvement cycles for implementation. In fact, in a recent project, RTI provided TA to LEAs in collaboration with SEA as part of the state's Education Stabilization Fund—Rethink K-12 Education Models (ESF-REM) grant award to scale the using of blended learning practices as part of COVID-19 pandemic recovery efforts. RTI was selected as a top TA provider with the necessary capacity and skill to provided intensive TA to LEA

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

coaches through coach development workshops. These workshops were designed to build effective coaching skills and increase the necessary content knowledge of LEA coaches so they would then be able to coach teachers at individual schools in the appropriate EBPs (read more in Section C, under Past Projects and Meaningful Partnerships). RTI's coaching also supports working with clients and recipients to engage in cycles of observation and feedback to support data collection for improvement cycles and build human capacity to continue to successfully implement EBPs.

We will also coach communities of practice (CoPs) with a client's team and in working groups. The teams begin a system investigation process of defining a problem and analyzing the context to understand barriers and facilitators. A CREW TA specialist will bring the CoP together and facilitate the system investigation using tools, such as drivers for implementation success, to identify the change ideas that may lead to improvements. These change ideas are then tested and evaluated as part of a theory of change.

Assess, reflect, and refine strategies, plans, personnel, practices, or policies as needed to routinely accomplish desired outcomes appropriately. This testing is a cycle of improvement throughout implementation adaptation. Both implementation and improvement science use Plan, Do, Study, Act (PDSA) cycles. In improvement science, a problem identified through data analysis is addressed through small rapid cycle tests of change. A learning ramp is a series of small tests of change that are conducted through the PDSA cycles (Bryk et al., 2015; Langley et al., 2009). *Exhibit 20* depicts how the learning ramp helps establish the changes that result in improvement.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**Exhibit 20.    Learning Ramp**



As our coached client, client team, and CoPs work through the PDSA cycles, members of the team continue to share learning for the problems and spread and test the change ideas found to result in improvements. CREW will extend the impact of the learnings by sharing findings, resources, and tools with the CCNetwork.

CREW's internal processes also use the PDSA cycle and learning ramp, being responsive to collecting, analyzing, and sharing feedback, and documenting changes as a result, as described in Task 4. To demonstrate our response to our clients, which strengthens relationships, we will make revisions and improvements on a rolling basis and communicate the updates through our communication channels.

Enabling Context. In addition to the teams and improvement cycles, CREW will cultivate enabling conditions for success by prioritizing equity. CREW leadership and TA specialists are equity-based capacity-builders, placing the importance of equity in capacity-building process and outcomes.

We embed equity by using effective practices of facilitating meetings, analyzing data to find root causes, adapting implementation, and asking effective probing questions. For example, we

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

will review disaggregated data by variables, such as race, socioeconomic status, disability status, and geographic distribution, and develop data visualizations, as appropriate. We may ask questions like What is not represented in the data? Who is benefiting from the intervention? and Who may be negatively impacted? Throughout implementation, we may ask How well does the implementation plan set us up to address the needs of each of the intended recipients? and Who suffers when we make inferences? (Boudett et al., 2013).

We will work with our clients and partners to understand inequity in all its forms along with applications to help dismantle systems and structures that perpetuate inequitable outcomes. *Exhibit 21* shows examples of equity in action as we support enabling contexts throughout effective implementation.

Summary of CREW's Conceptual Framework. CREW's five-step capacity-building conceptual framework is informed by adult learning theory and principles of both implementation and improvement science. We will use core features of effective adult learning such as illustrations, modeling, explicit descriptions of content, active learning practices (e.g., practice, evaluation, reflection) and collaboration with adult peers (Wei et al., 2009; Joyce & Showers, 2002). We will use implementation science elements by developing systems and infrastructure to successfully implement an evidence-based practice along with equity-focused enabling contexts, and improvement science principles to address specific problems within the implementation (Koczwara et al., 2018). These principles will act synergistically to build human, organizational, policy, and resource capacity for EBP implementation to improve attraction, preparation, and retention in the educator workforce.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000144

**Exhibit 21.   Equity in the Implementation Stages**

| Stage | Description | Equity In Action |
|---|---|---|
| Exploration | We work with the RCC or SEA to identify need and assets, explore, and select potential evidence-based practices, and engage in readiness activities to create a shared understanding of the implementation effort (e.g., why, what, and how). | • We build trusting relationships through "everyday-like" interactions that allow people to feel seen and heard.<br>• We shift the decision-making power to people closest to the problems by supporting strategies that connect with diverse and affected recipients of the proposed practice. |
| Installation | We provide a preparation tool to plan implementation of evidenced-based practices by creating plans to develop staff competency within the selected practice, identifying and communicating key messages, securing resources, developing the needed data system to drive decision-making, and refining and/or developing policies, and procedures. | • We adapt evidence-based practices to the community's needs and assets, making practices accessible and relevant to implementation teams and affected recipients.<br>• We leverage evidence drawn from practice (practice-based evidence) and community experience when planning for implementation. |
| Initial Implementation | We support engagement of iterative cycles of evidence-based practice being used, using data to make improvements and address implementation barriers. | • We use asset-based improvement cycles by emphasizing implementation successes and building on team strengths to overcome barriers and make improvements.<br>• We consider the impact of the intervention on short-term and proximal outcomes. |
| Full Implementation | We document and provide guidance to continue and expand for use of evidence-based practices with other RCCs, SEAs, or within TEAs and LEAs. Iterative cycles are continued to be used to make improvements to the use of evidence-based practice and supporting implementation strategies. | • We discuss the impact of the program, policy, practice, or strategy on the social, economic, historical, political education context, and what the implications are for continued iteration for sustainability. |

## *Approach to Targeted Capacity-Building Services*

Targeted capacity-building services are designed to provide supports based on a common set of needs experienced by multiple clients and recipients. CREW will provide targeted capacity-building services through a variety of structures including CoPs, trainings, forming new partnerships, and working groups.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

The structure used for targeted capacity-building will vary based on the makeup of the group and the group's intended outcomes. For example, a group of RCCs and REAs may be established as a working group to determine if GYO programs for school mental health professionals is a viable option or if university-based programs are most effective. Working groups are established to focus work to achieve a specified goal where a solution may not be clearly defined. A CoP is a group that shares a common set of problems and who come together to fill both individual and group goals with identified EBPs.

Recipients of targeted capacity-building are groups of states, and when relevant other partners of states (e.g., representatives of governor taskforces or intermediaries) and their partner RCCs. Defined in the purpose of targeted capacity-building projects, under certain circumstances staff from multiple RCCs may be the direct recipients of CREW's capacity-building services.

**Estimated Number of Targeted Capacity-Building Service Recipients.** Over the 5 years of the CC programs, through our universal TA, we will support the CCNetwork, including all RCCs, and will reach all SEAs, LEAs, and TEAs through our outreach and communications. In Year 1, we will start with three to four RCCs based on overlapping workforce needs within the proposed projects. We have proposed to work with 10 SEAs and 2 TEAs in the first year and expect to scale, at least doubling, to additional SEAs and TEAs in Years 2 through 5. We will engage LEAs with selected SEA, TEA, and regional education agency (REA) projects and support RCCs and SEAs with intensive TA where needed.

Each year, we anticipate that we will add new recipients to each service project, thereby expanding the reach of our capacity-building services. However, we will always be flexible, and recognize that there may be more requests for services than there are resources to support. Where this is the case, the CREW capacity-building lead will prioritize requests by determining (1) the

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

highest-leverage need, (2) the type of capacity-building activity that will support the most recipients, and (3) a balanced distribution among RCCs.

Targeted capacity-building is central to the work of CREW; therefore, we plan to use self-assessments for each targeted capacity-building project to gather information about the readiness of recipients and their initial level of perceived capacity for each dimension of capacity (e.g., human, organizational, policy, resource) for the specific initiative of the project. Following any targeted capacity-building services, we will have recipients complete a post-assessment. During longer-term engagements we will gather interim data to support any continuous improvement activities that may be necessary to increase the learning, uptake of evidence-based practices, or to re-evaluate the capacity of teams and team members to reach intended outcomes and adjust our capacity-building services over time for specific audiences. The evaluation plan in Task 4 describes in more detail our continuous performance feedback plans.

### *Approach to Universal Capacity-Building Services*

The CREW team believes that practitioners, researchers, policymakers, and others in the education ecosystem are seeking relevant evidence-based practices that are easy to locate and use to solve their most pressing challenges related to the educator workforce. Therefore, we provide universal capacity-building services through the provision of usable, learnable, teachable, doable, and accessible EBPs.

Universal capacity-building services provided by CREW will align services along the high-leverage problems that the center is designed to address and with the categories of educator diversity, attract, prepare, and retain educators. Organizing resources and information in this way along with additional and emerging tags is to provide a simple communication system to clients so that they may access relevant information efficiently.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

Outcomes of CREW's universal capacity-building services are aligned with ED's expectations that "Content Centers must effectively coordinate with the NCC, RCCs, and other federally funded providers to assess potential client needs, avoid duplication of services, and widely disseminate products or tools to practitioners, education system leaders, and policymakers in formats that are high quality, easily accessible, understandable, and actionable to ensure the use of services by as many recipients as possible." The universal capacity-building projects that we have in our proposed service plan will generate and link resources to the appropriate high-leverage problems. Additionally, Targeted capacity-building projects will serve as acceptable sources of ideas for universal services and products. To reach as many recipients of capacity-building services as possible, we will redevelop, where appropriate, very specific and contextualized resources into more accessible and generalizable products for universal capacity-building. The universal services and products we produce will support building human and resource capacities; in addition, clients, such as RCCs, who are engaged with improvement services with their SEAs and LEAs, may incorporate services and products from CREW into their own organizational and policy capacity development work. Task 3 describes more of how CREW will engage our different audiences and how we will communicate and disseminate information to them.

## B.3    Task 3: Engagement, Communication, and Dissemination

Stakeholder engagement, communication, and dissemination is a critical role for CREW. The above TA will be effective only by coordinating partnerships among federal TA centers, national and related workforce organizations, and the CCNetwork, and by engaging RCCs and other clients and recipients in SEAs, TEAs, REAs, and LEAs. Partnership coordination is not

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000148

only needed for effective TA but also for maximizing federal resources and reducing client burden.

Because of this critical role, our **Stakeholder Engagement System** will (1) use federal resources across TA centers effectively and reduce client burden through outreach and engagement, (2) seek regular input and feedback from stakeholders, and (3) provide regular and ongoing communication and dissemination. Each are described below with identified stakeholders, the related strategy, and the standard operating procedures that comprise the engagement system.

## B.3.1  Effective Use of Resources Across Providers and Other Partners

We will use standard operating procedures to regularly communicate with the NCC, other Content Centers, RCCs, ED, and other federally funded centers and organizations to identify opportunities for coordination and collaboration. These procedures will help to effectively use resources across federally funded providers, as well as others like national organizations, and to reduce client burden related to educator workforce TA. We will:

- **Dedicate a CREW CCNetwork Communication Specialist as the engagement liaison.**
  The CCNetwork Communications Specialist will enable the CREW team to function effectively as a critical resource for the CCNetwork, the Department of Education, and other federally funded technical assistance and research centers. The appointed specialist will leverage experience in developing partnerships across sectors and the education system to lead universal capacity-building to support the use of strategies for strengthening and diversifying the educator workforce. The specialist has experience as a National and Regional Center leader and thereby brings important understanding of federal policy, federal technical assistance system, and how to leverage resources across these systems to support states and districts. to manage relationships and facilitate engagement with the Task 3 lead. (**Section C.2: Key Staff and SMEs**). The proposed specialist will work to identify and pursue opportunities for coordination and collaboration through systematic engagement across

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000149

the CCNetwork, and with ED, other federal agencies and federally funded centers, and organizations.

- **Document engagement workflow, outputs, and outcomes.** Introduced in Task 1, the CREW Docking System will track workflow across tasks. For engagement, the communication specialist will work with the Task 3 lead and project manager to revise the templates with the system programmer, develop communication tracking, and monitor all meeting agendas, schedules, attendance, action items, milestones, follow-ups, and notifications to staff for real-time milestone reminders.

- **Establish structures for stakeholder agreements.** The Task 3 lead will create agreements with each partnering organization with a memorandum of understanding or via other partnership agreement, such as those entered into with SMEs within 90 days and will be cataloged within the CREW Docking System by roles and expected contributions. As such, this information will be easily accessible during Annual Plan development or as specific TA needs arise. (Initial letters of support are in **Attachment 3**.)

- **Attend regular meetings.** Our communication specialist will attend regularly scheduled meetings of the CCNetwork, ED, other federal agencies, and other federally funded centers. These meetings include quarterly meetings of all federal TA centers with various specialty areas within ED (e.g., special education) to (a) identify needs that the CREW should work to address (b) identify Regional Center and other partners with whom we would collaborate in designing and delivering services (c) seek feedback about our engagement performance and (d) analyze future opportunities to coordinate and collaborate.

- **Facilitate regular CCNetwork meetings on education workforce.** Our Task 3 lead will facilitate monthly meetings with the CCNetwork (NCC, content centers, and RCCs) to discuss education workforce needs in the field, along with our proposals for addressing those needs and ongoing opportunities for coordination and collaboration. We will communicate the agenda along with an invite to points of contact in each center and will send notes and action items to the group after the call. The communication specialist will follow up with nonattenders to identify follow-up topics of interest.

- **Engage individually with RCC points of contact.** Our communication specialist will contact each RCC (see Task 1, within 20 days of award) to schedule meetings with them; gather input about the universal and targeted capacity-building needs of their SEAs and LEAs

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

and their own (RCC's) capacity development needs; and receive feedback on the draft service plans for CREW. These initial conversations will demonstrate our support for the RCCs through active listening and actions taken from the meetings to revise the ASP. The communication specialist will schedule individual meetings semiannually with each RCC's point of contact to identify opportunities for CREW's support and collaboration. The meetings will include updates on status of the current work in the region and information about improvements to the current working relationship and communication. The specialist will offer support for ASPs to maximize efforts and facilitate specific collaborations on educator workforce within regions.

- **Engage individually with federal TA centers and conduct resource mapping.** Task 3 staff will input each TA center into the CREW Docking System along with information about projects and resources from a website scan within 90 days of award. *Exhibit 22* shows TA centers whose work aligns with CREW and areas of initial capacity-building collaboration. The communication specialist will reach out to TA centers with direct application to CREW's proposed projects within the first 60 days and will schedule meetings to share the plan, generate input, and discuss collaboration areas for the first ASP. The communication specialist will hold individual meetings semiannually to determine linking and use of resources between centers, and to plan for the next ASP.

**Exhibit 22.    Federal TA Centers and Areas for Collaboration**

| Federal ED TA Center | Areas of Proposed Collaborations in Capacity-Building |
|---|---|
| Collaboration for Effective Educator Development, Accountability, and Reform (CEEDAR) Center | CEEDAR focuses on educator preparation program reform, revision of licensure standards to align with reforms, personnel evaluation system revision, and realignment of policy structures and professional learning systems to support students with disabilities. We will identify CEEDAR's projects with SEAs and others to coordinate with their work in specific regions, communicate how to connect with and leverage their resources and tools for **attracting, preparing, and retaining special educators and service providers**. |
| Early Childhood Intervention Personnel Center for Equity (ECiPC) | ECiPC assists SEAs to build comprehensive systems of personnel development to improve outcomes for infants and young children with disabilities and their families. We will identify ECiPC's projects with SEAs to leverage systems it developed, like the SEA readiness tool, and to collaborate, along with AACTE, to **attract, prepare, and graduate students with diverse backgrounds from minority-serving institutions.** |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Federal ED TA Center | Areas of Proposed Collaborations in Capacity-Building |
|---|---|
| Educator Registered Apprenticeship (ERA) Intermediary | ERA provides guidance and support to SEAs and LEAs to build solid apprenticeship programs. One of CREW's proposed projects is to build mentorship guidance documents for SEAs, a task that leverages ERA's work to build and scale registered apprenticeships in collaboration with CREW. An ERA provider is staffed as a specialist on CREW and will work together with CREW's engagement specialist to leverage and combine existing resources on **registered apprenticeship and other Department of Labor** educator workforce efforts. |
| Equity Assistance Centers (EACs) | EACs provide TA to education agencies in the preparation, adoption, and plan implementation for the desegregation of public schools, including using data to identify disparities and disseminating requirements and practices to support nondiscrimination. We will identify EAC projects related to diversifying the teacher workforce, connect on ways to leverage educator diversification projects' resources, and collaborate on culturally responsive capacity-building services. |
| National Center on Safe Supportive Learning Environments (NCSSLE) | NCSSLE offers information and TA to states, districts, schools, and higher education institutes on improving school climate and conditions for learning. School climate and conditions for learning also relate to **educator working conditions** and improving school climate, which, in turn, helps **educator retention**. We will partner to sustain work on the School-Based Mental Health Professionals Grant Program in alignment with shortages of **school support professionals**. |
| National Early Care & Education Workforce Center | The National Early Care & Education Workforce Center offers original and curated resources on the research and practical guidance to inform advancement of the early childhood workforce. CREW will collaborate to leverage these resources (e.g., working with higher education on Grow Your Own **preparation programs** for the early childhood workforce) for universal and targeted TA, as well as connections with the **Department of Health and Human Services.** |
| Regional Educational Laboratories (RELs) | The 10 RELs partner with education agencies to help generate and apply evidence to improve learner outcomes. We will connect with RELs in two ways: for collaboration on CREW TA occurring in their region and on **educator workforce TA** they conduct and products they develop. First, for each targeted TA project in which we have already partnered with an RCC, we will communicate with the related REL to share information about the work and seek what REL work has been conducted on the topic in the region. This may lead to additional collaboration or ways to pursue nonduplication. Second, we will scan RELs for educator workforce products, connect with the REL on the product, and determine how to link to it and build from it for CREW's TA. |
| State Implementation and Scaling up of Evidence-Based Practices Center (SISEP) | SISEP provides universal, targeted, and intensive TA to SEAs and LEAs on developing knowledge and skills for systemic change to improve outcomes for students with disabilities, with a focus on continuous refining of capacity assessments. It also collaborates with other TA centers to assist with systemic change. CREW's implementation specialist was a former SISEP principal investigator. We will collaborate with SISEP to leverage capacity assessment resources for our **targeted TA implementation**, including the active implementation hub, and collaborate to leverage other existing resources and tools. |

- **Meet individually with national organizations and conduct resource mapping.** Task 3 staff will input each relevant national organization into the CREW Docking System along

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

with information about projects, resources, and membership from a website scan within 90 days of award. We will engage national organizations based on alignment of their content area expertise, available support services, and/or familiarity evidence-based support for the teacher workforce (see *Exhibit 23*). The communication specialist will reach out to organizations with direct application to the projects within the first 60 days and will schedule meetings to share the plan, generate input, and discuss collaboration areas for the first ASP. The communication specialist will hold individual meetings annually (semiannually for more involved organizations) to share updates, determine linking and use of resources, and plan for the next ASP. CREW will also gather website resources and explore other educator-specific organizations like the American School Counseling Association, National Association of School Psychologists, National Association of Secondary Principals, and National Association of Elementary School Principals, and policy organizations with a focus on diversifying the education workforce like the Hunt Institute and the Education Trust.

**Exhibit 23.    National Organizations and Areas for Collaboration**

| National Organization | Relationships and Areas of Collaboration |
|---|---|
| AASA, The School Superintendents Association | AASA represents school system leaders, provides professional development (PD) and publishes a monthly journal. We will connect with AASA to collaborate on the equitable placement of high-quality teachers in underserved schools, expand **state leadership academies for principals**, and disseminate educator workforce TA information and products. |
| American Association of Colleges for Teacher Education (AACTE) | AACTE's focus on educator preparation includes member institutions and programs who prepare the greatest number of educators in the United States and its territories, including teachers, counselors, and administrators, and provides opportunities for affinity groups for teacher diversity. CREW will connect with AACTE to collaborate on educator diversity TA, including developing and leveraging preparation resources. |
| Association of Supervision and Curriculum Development (ASCD) | ASCD publishes and provides PD to educators. The Colorado affiliate of ASCD developed teacher leadership microcredentials to help with **career ladders,** housed on ASCD's platform. CREW will engage ASCD to curate and link to educator workforce resources, use ASCD's *Educational Leadership* **disseminate educator workforce TA**, and leverage career ladder microcredentials through either universal or targeted TA. |
| The American Federation of Teachers (AFT) | AFT is a union of educators focused on high-quality public education, including support for paraprofessionals, fair compensations, and antidiscrimination. CREW will connect with AFT to understand and collaborate on **working conditions for educators**, as well as ways to support **educator compensation**. |
| Association of Educational Service Agencies (AESA) | AESA supports over 500 REAs in 45 states, providing PD support networks for affinity groups of leaders. CREW will connect with AESA to understand and collaborate on **career leaders** and ways to collaborate to address REA needs for **educator workforce diversification and retention**. |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000153

| National Organization | Relationships and Areas of Collaboration |
|---|---|
| Council of Chief State School Officers (CCSSO) | CCSSO is an organization of public officials who head SEAs in the states, the District of Columbia, the Department of Defense Education Activity, the Bureau of Indian Education, and the five U.S. extra-state jurisdictions. We will leverage CCSSO tools like the SEA self-assessment tool and invite a collaboration with a project on equitable access and **affordable educator pathways**. |
| Education Commission of the States (ECS) | ECS provides personalized support to all 50 states, DC, and U.S. territories to help education leaders gain insight and experience needed to create effective education policy, including in the area of educator workforce. We will leverage ECS publications on educator workforce to communicate recent insights in universal TA and connect with ECS for ways to **build and disseminate educator workforce information**. |
| Learning Forward | Learning Forward is the national organization for staff development, providing standards and measurements for high-quality professional learning and systems change. We will leverage toolkits and reach out to connect with PD publications and work that **increases educator retention and** submit to the *Learning Professional* to **disseminate educator workforce TA.** |
| National Education Association (NEA) | NEA supports the educator workforce by providing member benefits from help with personal finance to retirement planning, paying for college, insurance, discounts, and managing student loan debt. CREW will connect with NEA to explore ways to support educator compensation to help **diversify and retain educators**. |



**PROJECT SPOTLIGHT**

***Statewide Engagement*: Coordination of External Evaluators of statewide professional learning programs and state agencies**

In 2020, California's third SEA (the California Collaborative for Educational Excellence [CCEE]) contracted the first round of evaluations of the statewide system of support to RTI. Effective performance in engaging SEAs, REAs, and LEAs for statewide capacity-building evaluation led to CCEE's invitation to RTI in to develop coherence among new evaluators of statewide professional learning grants led by Education Northwest (learning acceleration system), AIR (instruction and intervention), and WestEd (high-quality instructional materials). RTI convened the evaluation teams and facilitated a continuous improvement process to develop and refine coherence and communication materials. Results were an evaluation coherence logic model, evaluation question categories and descriptions, and common protocol questions that will be used to help guide further statewide evaluations for professional learning.

## B.3.2  Needs Assessment Process

We will conduct needs assessments with stakeholders to understand priority educator workforce needs and to help shape, improve, and plan universal and targeted TA. Our initial capacity-building plans are based on educator workforce shortages and associated data (see *Appendix A*); the causes of these shortages; high-leverage problems to solve in attracting,

preparing, and retaining the educator workforce; and specific state knowledge and experience to leverage. Collaborative consultation with stakeholders will help build relational trust needed to understand and serve client needs (Bryk & Schneider, 2002; Louis et al., 2010). We will:

- **Develop a structured needs assessment process.** Once per year, we will collaboratively engage TA clients, recipients, and other stakeholders as part of a formal needs assessment process. Needs assessment questions will occur at initial meetings within the first 90 days (e.g., what would improve this project plan to fit your needs?), as part of subsequent meetings, and through a survey. The survey will list the seven areas that address the educator shortage high-leverage problem with a scale to identify areas of most need and interest for capacity-building. This input will shape CREW's services and guide the development of ASPs. CC staff will conduct follow-up focus groups and interviews with RCC staff, SMEs, related organization leaders, advisory board members, and their suggested SEA or other partners. We will select interview and focus group participants based on their experience and expertise as practitioners, review existing and emerging initiatives, and engage the CCNetwork to closely align the role and responsibilities of CREW to the needs identified in each of our universal and targeted capacity-building projects. ***Exhibit 24*** describes needs assessment activities for each partner group.

**Exhibit 24.    Needs Assessment Participants and Data Collection**

| Partner Group | Needs Assessment Data Collection |
| --- | --- |
| National Center | • Review the NCC's ASP to identify needs related to the workforce that are reflected in the plan.<br>• Meet with NCC and Content Center leaders to identity common or cross-cutting needs pertaining to workforce. |
| Regional Centers | • Conduct scan of RCC ASPs to identify RCCs and the states they are supporting with plans to strengthen and support the educator workforce.<br>• Conduct outreach to RCCs to determine interest and need for support from the Center.<br>• Co-create plans for targeted or intensive TA with RCCs aligned to the needs assessment for the RCC. |
| National Organizations and Federal TA Centers | • Conduct outreach to partnering organizations to determine satisfaction with partnerships, and use feedback to shape plans for targeted or intensive TA with partner organizations. |
| SEAs | • Conduct outreach with SEAs to determine interest and need for support from the Center.<br>• Co-create plans for targeted or intensive TA with RCCs aligned to the needs assessment for states. |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000155

- **Develop a structured feedback process**. We will engage stakeholders in developing products (see products in 3.2.2), which provide feedback for product improvements. The feedback process, however, will be part of evaluation. See **Section 4** for how evaluators will use the feedback process to collect and analyze data about TA satisfaction and communicate continuous improvement needs internally. The communication specialist will leverage individual meetings to request schedules for feedback interviews and focus groups and best ways to deploy surveys for universal TA; the evaluation team will coordinate with the Task 2 lead and the CREW Docking System for timing of client feedback survey administration.

- **Centralize underrepresented populations.** We will use SMEs, the advisory group, and group representatives to amplify the voice of the underrepresented groups, including BIPOC participants, tribal participants, and those from rural communities for whom this work most aligns. We will analyze high-leverage needs, such as the workforce in rural communities and BIPOC educators and students, to establish educator workforce advisory groups. These advisory groups will convene twice per year starting in spring of Year 1 to discuss needs, provide feedback on products and universal TA, and make the underrepresented voices of our communities more prominent.

- **Incorporate an advisory group of diverse perspectives.** After award, the co-directors will review organizations and SMEs involved in the initial capacity-building plans for the ASP and build a list from existing organizations and SMEs not involved with capacity-building to start a list of possible advisors. The co-directors will then identify researchers in the educator workforce pipeline, leaders who work as practitioners in recruitment, preservice, retention, diversification, and current practitioners from rural areas and at least two students. They will work with task leads to narrow the list and invite an advisory group of six to eight members and plan an initial meeting for within 6 months of award. The first advisory group meeting will include a presentation of the ASP, current needs addressed, and an activity to generate needs to integrate and consider and a rationale for the needs.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000156



**PROJECT SPOTLIGHT**



*Multilevel Educator Engagement*: Relationship maintenance with 24 schools across two states



This project replicates long-term impact of the professional development program Targeted Reading Instruction on teachers and students. Our Stakeholder Engagement System tracked relationship building and maintenance among 16 staff and their communications with SEAs, state-level organizations, 10 LEAs, and 24 elementary schools in 2 states. Engagement includes partnership development, formal and informal agreements with LEAs and schools, individualized principal and teacher communication needs analysis, and arrangements of professional development and data collection from consenting and student assessments to teacher observations, surveys, and focus groups. Now in Year 4, the project results show increases in teacher and student outcomes, but more importantly, teachers, principals, and LEA leaders remain engaged over a 3-year duration to support continued data collection and scale for teacher and schools not involved with the initial study.

### B.3.3  Communication and Dissemination

Communication and dissemination focus on how recipients interact with universal TA and related products, find information about universal TA, and consume effective outcomes of CREW's TA. The CREW communications team will conduct the following activities.

- **Develop and monitor a CREW website.** Over the first 3 months of Year 1, we will develop a website modeled after our Educator Registered Apprenticeship Intermediary and DoD STEM websites. These models have proven highly effective for connecting educators with universal TA and dissemination of resources and events, while also identifying metrics for continuous improvement. We will connect this site to CCNetwork websites and curated resources from TA providers and organizations.

- **Build a comprehensive communication plan.** The plan will outline client segments (e.g., RCCs, SEAs, TEAs, LEAs, wider TA field), objectives, content areas, core messaging, product mediums, dissemination channels (e.g., website, social media, event, resource library), schedule, and key metrics, and will be housed in the CREW Docking System. The evaluation team (see **Task 4**) will collect and analyze the key metrics to share outputs such as the number of social media engagements, website downloads, and webinar attendance.

- **Implement an Ask-the-CREW-Team page**. As introduced in Task 1, the CREW Docking System will have one external-facing page linked on the CREW website. Stakeholders may submit a question and identify assistance they would like to receive, ranging from receiving policies and research about the specified topic to in-person TA.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*



**PROJECT SPOTLIGHT**

**The DoD STEM website: a focal point of DoD STEM communications and a centralized repository of DoD STEM opportunities and resources**



RTI redesigned, developed, and launched the public-facing DoD STEM website. We implemented a modern technology stack and system infrastructure, with an RTI-managed, cloud service provider for a flexible and secure hosting environment that scales to meet real-time user demand and adheres to Federal Information Processing Standards Publication 199, Standards for Security Categorization and Federal Information and Information Systems, security requirements for both low- and moderate-risk data. We reorganized the website content and refreshed the look and feel to align the DoD STEM brand with accessibility.

We consistently measure how the website performs and how people interact with it using a performance dashboard with Google Analytics, website heatmaps, and user testing results. During the week of the launch, the website received over 9,000 user visits and over 18,000 page views, a spike of over 475% of the typical website traffic. Website performance increased steadily year after year (12%), with 120,000 user visits and 253,000 page views in the past 12 months. The Naval STEM and Air & Space Outreach modeled their website structures after dodstem.us.

- **Use social media campaigns.** We will use social media handles on major outlets (e.g., Twitter, LinkedIn, Facebook, and Instagram) and target our outreach toward RCC and SEA staff. We will link to existing relevant social media accounts of organizations and other federally funded centers and engage with their posts. We will link the social media to the website and develop a social media content calendar aligned with TA services.

- **Present at ED and CCNetwork Convenings.** The communication specialist will work with task leads and the CCNetwork to identify convenings to present educator workforce TA information and updates, coordinated with collaborators and clients. These convenings will include those sponsored by ED and the national ESEA conference.

- **Present at national organization conferences.** The list of organizations in **Exhibit 23** have annual conferences that reach educators and leaders who create and implement educator workforce policy and practice. For example, the Systems to Elevate Excellence in Teaching (SEET) CCSSO Collaborative meeting is an opportunity for CREW to share implementation strategies and products with SEAs, such as career ladders and residency programs.

- **Write accessible articles on TA outcomes and teacher workforce updates.** Articles will be in form of 500- to 700-word blogs on the website to showcase universal TA products and

61
*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000158

outcomes of TA. Longer articles will be submitted to practitioner journals with reach to workforce decision makers (e.g., *Educational Leadership*, *The Learning Professional*).

- **Collaborate with partners to disseminate products**. The CCNetwork, TA centers, and organization partners use blogs, newsletters, and other communication media. We will find ways to repurpose our products through their networks, collaborate on shared product announcements, and announce available educator workforce TA. For example, rather than create a newsletter for CREW or a separate blog location, information and blog stories may be shared with the NCC to be disseminated or posted through their centralized channels.

- **Implement quality assurance checks.** All products undergo a series of quality assurance checks to meet standards for clear communication, stigma reduction (e.g., using person-first language), editorial guidelines, visual communication best practices, and brand identity. To maintain consistency between newly developed products and other CCNetwork resources, we will adopt and apply established brand guidelines to all new assets to boost recognition, credibility, and trust across partner organizations and extended audiences.

- **Use product development phases**. We organize our web design and product development work into four distinct phases: *Planning, Design, Development,* and *Maintenance*. These phases repeat throughout the life of a project, allowing for continuous improvement and ongoing feedback from the client and end users. The process is illustrated in ***Exhibit 25***.

- **Use varied dissemination tools and modalities**. In addition to the website, articles, and blogs mentioned above, clients may access content guidebooks, policy briefs, research syntheses, and conference presentations where they can learn more about the work of CREW and the entire CCNetwork. Other products shown in the capacity-building project plans include newsletters, podcasts, fact sheets, infographics, webinars, toolkits, and training modules.

**Exhibit 25.    Four Phases for Web Design and Product Development**



*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*





**PROJECT SPOTLIGHT**

## Effective development of visual identity and 60+ multimodality products

RTI is the Research Coordinating Center for Nutrition for Precision Health, the first ancillary study of the National Institutes of Health's (NIH) All of Us Research Program. RTI led the development of communication products to support recruitment efforts and facilitate study launch. We completed a needs assessment with consortium members and 14 clinical sites to inform visual identity and a rapid development of 60+ brand assets and study support materials between March and August 2023. Products encompassed print, digital, video, web, and interactive formats. All communication products, including the website, align with NIH parent branding and prioritize diversity, inclusivity, and accessibility. The processes enabled RTI to win a 2023 Graphic Design USA Health & Wellness Design Award (image at right) for effective, engaging, and intelligent design.



## B.4   Task 4: Performance Management and Evaluation

CREW's capacity-building services *and* our performance management and evaluation approach will be grounded in continuous improvement and implementation science, focused on the systematic integration of feedback and evidence-based practices to improve products and services. The evaluation activities will also draw on developmental and utilization-focused evaluation approaches (Patton, 2010, 2011), both of which emphasize frequent communication and feedback and prioritize the usefulness of evaluation data. Developmental evaluation requires that evaluators design continuous improvement plans with input from stakeholders to best serve their needs, whereas utilization-focused evaluation places an emphasis on the usefulness and actual use of the learnings the evaluation yields. These user-centered approaches facilitate real-time feedback to support ongoing adaptation and continuous improvement of services and products. Regular feedback on the implementation fidelity, reach, usefulness, and impact of capacity-building services will shape CREW's decision-making processes and the TA it provides.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000160

The procedures for providing evaluation feedback will be recurrent, bidirectional, and adaptive. They will be *recurrent* because the evaluation team will provide feedback related to implementation fidelity, TA reach, and client satisfaction every 6 weeks. Procedures will be *bidirectional* because the team will provide feedback and solicit information about its usefulness from CC leaders and TA. We will ask: *Is the information reported in a useful manner? Does it provide the expected basis for assessing program performance and changing strategies to improve that performance? Are there other indicators or measures that could be incorporated to maximize usefulness and facilitate continuous improvement*? Accordingly, the feedback process will be *adaptive* to the critiques and requests of CC leadership and TA providers.

**Evaluation Questions.** The performance management and evaluation system will be anchored in providing data to answer the evaluation questions in ***Exhibit 26***. Findings from the first three evaluation questions will inform continuous improvements of TA services and products, with the final question serving to track these efforts to ensure continuous improvement changes are documented and shared and that continuous improvement remains a standard operating procedure for CREW.

**Exhibit 26.    Evaluation Questions and Aligned Performance Measures**

| CREW Evaluation Questions | Performance Measure from the Application Notice |
|---|---|
| 1. **To what extent are capacity-building services implemented as intended?** What factors (including changes in state contexts) may be impacting project implementation and success? | Performance Measure 3 |
| 2. **To what extent does CREW provide services and products to a wide range of recipients, including a range in terms of TA recipients'** <br>– organizational affiliations (e.g., RCC, SEA, TEA, LEA) and individual positions (e.g., job titles of universal TA recipients)? <br>– geographic locations (regions and states); urbanicity? <br>– demographics of student populations served? | Performance Measure 2 |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000161

| CREW Evaluation Questions | Performance Measure from the Application Notice |
|---|---|
| **3. To what extent are CREW clients are satisfied with the services provided, as evidenced through positive ratings in perceptions of the**<br>– quality of services?<br>– usefulness of services?<br>– relevance of services?<br>– extent to which services are tailored to regions' and states' needs and adapted to address changes in state contexts?<br>What improvements are needed to strengthen the quality, usefulness, and relevance of products and services? | Performance Measure 1 |
| **4. To what extent are recipient outcomes met, including**<br>– short-term outcomes: Knowledge of EBPs – Improved understanding<br>– medium-term outcomes: Integration of EBPs – Improved practice<br>– long-term outcomes: Replication and Scaling of EBPs – Improved workforce outcomes | Performance Measure 4 |
| **5. What changes does the CC plan and implement based on evaluation feedback, to continuously improve products and services?** | N/A |



**PROJECT SPOTLIGHT**

### The National Center for Rightful Presence Internal Evaluation

Funded by the Office of Special Education Programs (ED), the National Center Toward Inclusion for Rightful Presence is run by the SWIFT Center at the University of Kansas. is developing demonstration sites across four states to improve outcomes for students with cognitive disabilities. RTI evaluates to what extent the National Center implements capacity-building services as intended, the range of products and tools developed, client satisfaction within SEAs and LEAs, and service outcomes. Evaluation processes and findings from the first 2 years describe the National Center's implementation progress, documentation of products created recommendations for iterative improvements, and how to adjust data collection plans for evaluating outcomes going forward.

**Approaches to answering evaluation questions and reporting findings.** *Exhibit 27*

displays an overview of data sources and reporting strategies for Evaluation Questions 1

through 5. After *Exhibit 27*, we share additional details on proposed criteria for determining the

extent to which capacity-building services are implemented as intended; services and products

reach—and are relevant, useful, and high-quality according to—intended recipients; and

recipient outcomes (short-term, mid-term, and long-term) are achieved. We also describe a

continuous improvement cycle in which data from Evaluation Questions 1 through 4 and other

questions from the evaluation team will inform changes to TA services and products.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000162

**Exhibit 27.  Evaluation Data Sources and Data Collection Timing**

| Data Sources and Associated Systems | Data Collection Timing |
|---|---|
| **EQ1: Fidelity of Implementation** | |
| Documentation of TA project elements implemented (e.g., capacity-building activities targeting high-leverage problems, EBPs used) | Ongoing throughout and at end of TA provision |
| Documentation of TA provision and outputs | Ongoing throughout TA |
| Interviews/focus groups with clients and policy scan of targeted TA contexts to understand factors that may affect project implementation or success | Semiannual |
| **EQ2: Range of TA Recipients** | |
| Documentation of targeted TA attendance and demographics (e.g., geographic location, role) | Ongoing throughout TA |
| Feedback surveys to targeted TA clients | At end of TA provision for short-term engagements; at midway point and end for longer-term engagements |
| Feedback surveys to all universal TA recipients in webinars and events, and product users | Administered at every webinar and event; short surveys for product use |
| Website traffic, social media metrics downloads, clicks | Ongoing throughout TA |
| **EQ3: Client Satisfaction Regarding Quality, Relevance, Usability** | |
| Feedback surveys to targeted TA clients | At end of TA provision for short-term engagements; at midway point and end for longer-term engagements |
| Interviews/focus groups with targeted TA clients | Semiannual |
| Feedback surveys to recipients in webinars, events | At the end of events |
| **EQ4: Recipient Outcomes** | |
| Pre- and post-surveys of RCC/SEA/TEA/LEA participants about knowledge gained, actions taken, and expected influences of the actions on organizations and staff | Ongoing throughout TA |
| Surveys of RCC and SEA staff | Semiannual |
| Policy and procedural document review | Semiannual |
| Agency administrative data (when available for a constructed comparison group) | Annual |
| Interviews/focus groups with clients | Semiannual |
| **EQ5: Continuous Improvement** | |
| Data from EQs 1-4; Documentation of plans and implementation of continuous improvement efforts developed by task leads and TA providers in response to data from EQs 1-4 and feedback sessions | Aligned to facilitated discussions of findings from EQ1–4; ongoing as continuous improvement changes are made |
| Data from feedback sessions with NCC and CREW staff on any plan amended or developed based on needs assessments, including agreed upon partnerships across Centers, to determine efficacy of cross center projects | Semiannual feedback sessions |

Findings on fidelity of implementation, range of participants, client satisfaction, and outcomes will be included in feedback briefs, facilitated discussions with task leaders and TA providers, semiannual slide decks, facilitated discussions for interview/focus group/policy scan data, evaluation briefs, and external publications and presentations. In products and

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

presentations, we will include findings on continuous improvement and a synthesis of how CREW task leads used recommendations to make TA and related task improvements.

### B.4.1  Implementation Fidelity (EQ1)

Implementation fidelity (Evaluation Question [EQ] 1) describes the extent to which capacity-building activities are performed as intended, as indicated by the milestones outlined in the ASPs. The evaluation team will operationalize each of the activities in the proposed CREW logic model and a set of targeted TA project elements (e.g., use of EBPs and targeting of HLPs), identifying specific performance measures to determine whether they have been designed and provided as planned, consistent with the project timeline, and with the expected level of quality. Quality levels will be quantifiable standards that are set for each performance measure (e.g., for a targeted TA capacity-building session to be successful, 80% of registered and confirmed participants must attend). These levels will be developed collaboratively with task leaders.

The CREW Docking System (see Task 1), used by each task lead, will provide information to the evaluation team about TA. We will track all related data, including type of TA, TA provider(s), session components, timing, length, and intended session outcomes. We will document project elements reflected in the design and implementation of TA that are necessary for implementation fidelity and review outputs related to the milestones and TA sessions.

We will compare actual against intended implementation using the performance measures, providing feedback to leaders at least every 6 weeks to facilitate continuous improvement efforts, supplemented by semiannual reporting on findings from interviews/focus groups with clients and context policy scans for factors that may affect project implementation or success.

### B.4.2  Range of TA Recipients (EQ2)

The CREW Docking System will also house data on intended and actual recipients, as well as demographic information that will allow the evaluation team to assess the reach of the TA and

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

the range of participants to which it is provided. This data will be supplemented with information from client surveys that helps us understand the reach of TA services and products. At least every 6 weeks, we will provide task leaders with findings analyzed within the system and from TA recipient surveys (for targeted and universal TA), as well as website and social media metrics (for universal TA, as documented by the dissemination team, Section 3.3).

### B.4.3  Client Satisfaction Regarding Quality, Relevance, Usability (EQ3)

Performance monitoring will include periodic assessment of client satisfaction with targeted TA services and products, as well as a subset of universal TA products and services. Captured through surveys and interviews/focus groups, performance feedback will focus on satisfaction with program delivery as measured by recipients' perceptions of how relevant and useful TA topics are, the quality of capacity-building sessions and universal TA materials, areas for improvement, and areas to continue or expand. Related to relevance, we will also ask about perceptions of the extent to which services are tailored to regions' and states' needs *and* adapted to address any changes in state contexts that may impact project success.

To capture client feedback, we will use electronically administered surveys and report findings to task leaders and TA providers at least every 6 weeks. We will survey targeted TA recipients at the end of short-term engagements, and at midway and end points for longer-term engagements. In addition, recipients and a broader set of education partners will be interviewed semiannually to capture in-depth qualitative data related to CREW services.

### B.4.4  Outcomes (EQ4)

**Short-Term Outcomes.** Short-term outcomes for targeted and universal TA include RCC, SEA, TEA, and LEA *knowledge of EBP* for educator preparation, addressing educator shortages (including recruitment, retention, preparation, and diversity; see ***Exhibit 28***). We will conduct pre- and post-assessments of participant knowledge and skill at each TA session to assess the

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

extent to which these short-term outcomes are achieved. For instance, prior to a TA session for SEA staff on retaining educators of color, we will assess SEA staff's current levels of understanding about EBPs that support diverse teachers to remain in the classroom. Following the training, we will again assess understanding to track increases in knowledge. We will conduct interviews with clients semiannually to investigate changes within organizational structures, communications, and policies to understand any barriers or facilitators to those changes.

**Exhibit 28.    Overview of Short-, Mid-, and Long-Term Outcomes**



**Mid-Term Outcomes.** Secondary outcomes for targeted TA include increasing *integration of EBPs* in RCCs, SEAs, and related agencies that support attraction, preparation, retention, and diversity. To assess the extent to which these mid-term outcomes are achieved, we will conduct interviews and, where appropriate, surveys with clients (including educators) semiannually to understand the impact of TA activities on changed practices, policies, and workforce experiences. Where available, we will also conduct document reviews of relevant LEA and SEA guidance on policy and practice around EBPs for diversifying and strengthening the educator workforce. For example, for the targeted TA activity developing a mentorship guide for RAPs (see *Exhibit 14*, administrators, mentor teachers, and apprentices from LEAs using the guide will be surveyed and interviewed to understand their experiences with RAPs as an innovative

69
*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000166

educator preparation pathway and RAP mentorship as a teacher leadership and career advancement opportunity.

For SEAs and LEAs that are involved in targeted TA activities, we will explore available data relevant to the mid-term outcomes. For example, for the TA activity on mentorship in educator RAPs, data regarding the number of educator RAPs, number of educator apprentices, and the racial and ethnic diversity and dis/ability status of these apprentices will be tracked on a yearly basis. These data can be obtained from the U.S. Department of Labor through Registered Apprenticeship Partners Information Database System administrative records. Additionally, data regarding the participation of experienced teachers in RAP mentorship as a career ladder can be obtained from administrative records.

**Long-Term Outcomes.** Long-term outcomes include *replication and scaling of EBPs* in SEAs and LEAs to decrease educator shortages and increase access to highly qualified educators, particularly in districts serving significant populations of low-income students and students of color. To the extent that the educator workforce experiences improvement as a result of CREW capacity-building services, we will monitor workforce trends in states and LEAs that have been reached by EBPs that were implemented as a part of CREW services. For each EBP implemented because of the capacity-building efforts, we will select the most relevant workforce outcomes (e.g., certifications, retention, turnover) and conduct a two-part analysis. First, we will provide a descriptive summary of the outcome level and any change over time between 2024 and 2029. We will present results visually and statistically (e.g., testing for possible annual changes), and as appropriate, we will report relevant outcomes for the workforce overall and by subgroup (e.g., educator preparation pathway, certification area, participant race and ethnicity, participant dis/ability, district academic performance, and district socioeconomic status). We will also

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000167

review relevant policies enacted regarding EBPs for supporting the educator workforce in states that have been reached by TA activities. These policy developments will be continuously monitored and reviewed on a semiannual basis.

### B.4.5  Continuous Improvement (EQ5)

We will provide findings from Evaluation Questions 1–4 and facilitate internal discussions of the results at least every 6 weeks. Feedback briefs will connect to an online data dashboard so that task leaders and TA providers can review results and suggest topics for discussion and areas for continuous improvement. Evaluation team members will present relevant findings, assist task leads and TA providers in documenting next steps for continuous improvements, and follow up after meetings to collect data from leaders and providers about their implementation of continuous improvement steps. *Exhibit 29* displays the cycle of continuous improvement associated with CREW's evaluation.

In *Exhibit 30*, we provide examples of potential improvements that task leads may make (and evaluators may track) to areas including TA activities, implementation, and outreach and dissemination. The evaluation team will also ask



**Exhibit 29.  Continuous Improvement Cycle Associated with Evaluation Findings**

continuous improvement questions of NCC staff, RCs, and other clients and task leads.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000168

**Exhibit 29.    Potential Improvements to CREW Services Based on Feedback**

| Evaluation Questions to Inform Continuous Improvements | Sample Continuous Improvement Efforts to Track in EQ5 |
|---|---|
| **Targeted TA** | |
| EQ1: Fidelity of Implementation | Problem-solving to mitigate potential challenges with TA design and provision (e.g., alignment to EBPs) |
| EQ2: Range of TA Recipients | Formation of new relationships to enhance outreach efforts; targeted outreach to new constituents for TA provision |
| EQ3: Client Satisfaction Regarding Quality, Relevance, and Usability | Revisions to TA products and services to make them more relevant and useful for education partners (e.g., tailoring services to address needs in a particular geographic area) |
| EQ4: Recipient Outcomes | Changes to TA design and/or provision in cases where short-term outcomes are not as strong or widespread as intended |
| **Universal TA** | |
| EQ1: Fidelity of Implementation | Creation and implementation of action plans to strengthen fidelity of implementation of universal TA activities (e.g., alignment to EBPs) |
| EQ2: Range of TA Recipients | Enhancements to dissemination of universal TA resources and materials; targeted outreach to new constituents |
| EQ3: Client Satisfaction Regarding Quality, Relevance, and Usability | Revisions to universal TA products to make them more relevant and useful for education partners |
| EQ4: Recipient Outcomes | Changes to TA provision in cases where short-term outcomes are not as strong or widespread as intended |

EBP = evidence-based practice; EQ = Evaluation Question; TA = technical assistance.

This information will ensure that educator workforce efforts are not duplicative, that federal resources are maximized across the CCNetwork and other federal TA centers, and that CREW leverages information it collects in real time from the field to ensure products and services are high-quality, relevant, and usable. ***Exhibit 31*** displays sample questions that the evaluation team will ask partner groups to inform continuous improvement.

**Exhibit 31.    Feedback Partner Group and Sample Questions**

| Partner Group | Sample Feedback Questions for Surveys and Interviews |
|---|---|
| National Center | • What are overlaps do you see between services that you provide and those in the annual service plan?<br>• What are potential collaboration areas?<br>• What improvements do you suggest? |
| Regional Centers and Other Clients | • To what extent do you plan to use the information from the product in your practice?<br>• In what way will you use the information in your practice?<br>• How relevant was the session to your needs?<br>• What was its specific relevance to the problem you are addressing and plans for implementation? |
| Task Leads | • What have you learned about the program, policy, and context of the client?<br>• What about the client program, policy, or context-initiated adjustments to your TA approach and product development?<br>• What did the universal TA workgroups learn to inform targeted TA planning? |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000169



**Evaluation of a statewide leadership professional learning (the *21st Century California School Leadership Academy* [21CSLA])**



21CSLA was established by CA Senate Bill 75 in 2019 as part of the Statewide System of Support (SSOS). 21CSLA grantees provide professional learning for CA school and district leaders and comprises a 21CSLA State Center run by the University of California, Berkeley and seven Regional Academies (RAs). RTI evaluated the first cohort of 21CSLA from 2020 to 2023 and is evaluating the second cohort (2023–2026), and 250+ annual offerings of communities of practice, localize professional learning, and leadership coaching. In the final Cohort 1 Evaluation, RTI defined the offering features with potential to scale and replicate, determined elements for fidelity, operationalized how equity is central to the offerings, produced descriptions of impact from participants to their influences on LEAs, schools, teachers, and students, and classified how 21CSLA connects across the SSOS to maximize state-level investments and with organizations outside the SSOS to reduce service duplication.

### B.4.6  Working with the External Evaluator

CREW will work with the CCNetwork's external evaluator to provide data about the extent to which the center contributes to the goal of a network designed to meet state and regional needs. We expect that the evaluator will ask questions about how our TA projects are organized and for what purpose, how capacity-building for SEAs and LEAs serves schools, especially those that are low-performing identified for support under the Every Student Succeeds Act, with high numbers or percentages of students from low-income families; and how we coordinate with the NCC and RCCs as a system to identify stakeholder needs and provide services. Data we collect for our evaluation and monitoring will help inform the progress and outcomes of the CCNetwork.

## C.    Subject Matter and Technical Assistance Expertise

CREW's capacity-building within Tasks 1 through 4 (as described in **Section B**) requires the strategic support from a team of experts. The CREW team consists of key staff, specialists and support staff, and SMEs who collectively have the necessary expertise to lead this work, as demonstrated in Task 5 (Personnel Management), key staff, and past performance below.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

## C.1   Task 5: Personnel Management

Our personnel management system focuses on obtaining and retaining the necessary SMEs, subcontractors, and staff to help meet states' needs. The CREW team is experienced in supporting RCCs, SEAs, REAs, TEAs, and LEAs. Likewise, our SMEs have knowledge of EBPs related to the identified national needs in **Section A**.

The CREW team proposes highly qualified personnel who have the expertise to conduct identified and anticipated TA needs. We will add subcontractors and consultants, as needed, to fill areas where additional subject matter expertise is required. RTI will a use a Personnel Management Plan housed in the CREW Docking System, which will include the roles, skill, and task involvement of subcontractors and consultants. The SMEs will share their expertise as needed through customized capacity-building activities, such as providing access to existing tools, products, or resources; jointly implementing products or services; and aligning complementary activities to maximize impact and reduce duplication of services to states. We will align the SMEs' time and expertise to specific identified needs. We will leverage the CCNetwork to secure additional SMEs that align with CREW's needs sensing when needed.

To orient SMEs and other personnel to CREW's mission and TA goals, the Task 5 lead will create brief training materials that detail common capacity-building processes (see **Section B** for TA approach) and protocols for working with clients. Once CREW matches a SME with a specific TA assignment, the team will conduct a one-on-one training session to review roles and responsibilities, expectations for the TA, and documentation needs. We will use a template for SMEs to record their contacts with states and note identified challenges and solutions.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000171

## C.2    Key Staff and SMEs

RTI, our partners, and our SMEs collectively bring a team with extensive experience in educator support and workforce development. **The proposed team, including RTI key staff, partner key staff, and SMEs, is 48% BIPOC, 52% white, 56% female, 44% male, 8% early career, 56% midcareer, and 36% experienced.** All staff have subject matter expertise in areas related to CREW and have thorough experience translating evidence-based practices into ground-level initiatives through delivery of TA services and products.

**Organization Chart.** For CREW to support education agencies efficiently and effectively with educator diversity, recruitment, and retention efforts, a team of committed partners and SMEs must unite to drive improvements based on the unique needs of each region. RTI has carefully assembled a team that will work together to support meaningful workforce development strategies across the nation. To accomplish CREW's goals, work will be organized into tasks shown in *Exhibit 32*.

**Key Staff.** We propose two project directors at 0.5 full-time equivalent (FTE) each, who together have extensive experience managing all tasks and content areas related to CREW. The co-directors will have specific areas of accountability and share leadership on decision-making. Dr. Nash will be responsible for the leadership and quality of Tasks 2 and 3, and Dr. Wisniewski will be responsible for the leadership and quality of Tasks 1, 4, and 5. Reporting and budgeting fall under Task 1 and personnel falls under Task 4; Dr. Wisniewski will be responsible for these and will coordinate with Dr. Nash on problem solving and final decisions. Dr. Nash will coordinate with Dr. Wisniewski on problem solving and final decisions for Tasks 2 and 3. They will hold a weekly meeting with the project manager and connect by chat and phone between meetings. To negotiate decision-making, they will use shared leadership strategies that they have

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000172

used when providing TA to others and in previous project co-leadership, which include identifying pros and cons for the decision, consulting the program officer or task leads in situations that need input, and consulting internal management when assistance is needed for procedural support. The co-directors will also serve as backup for ED and CCNetwork partners who liaise with the communication specialist so that there is consistent continuity of communication and operations.

**Exhibit 32.   CREW's Organizational Structure**



Under the direction of the co-directors, RTI proposes a project team with extensive experience supporting universal, targeted, intensive capacity-building services for state, regional, local, and tribal education agencies with educator diversity, recruitment, preparation, and retention efforts. The project team key staff consists of experts from RTI, RMC, SERVE, and Westat: each proposed staff member brings relevant individual expertise, and the collective project team provides a balanced combination of implementation, academic, management, and

76

technical skill sets. The following qualifications (*Exhibit 33*) and biographies (*Exhibits 34* and *35*) showcase the experience and expertise of the team and are reflective of the staff members who will ultimately work on this project. Resumes are included in **Attachment 1**.

Additional staff are listed in the budget narrative. They include TA specialists, subject matter specialists (e.g., an ERA lead and former State Implementation and Scaling up of Evidence-Based Practices Center principal investigator and implementation science expert), communication specialists in web development, platform programming, graphic designers and editors, a financial analyst, and education analysts in support of each task.

The proposed project team of educators, policy experts, and strategists have the practical experience and expertise to fully support CREW. Our team is ready, able, and available to lead this work effectively and efficiently, and to produce all deliverables on time and on budget.

**SMEs.** CREW has intentional identified a select group of SMEs with a wide range of significant expertise in educator workforce development and who are ready to support this work immediately (see *Exhibit 36*, with full biographies in *Appendix B* and letters of support in **Attachment 3**). We will leverage the CCNetwork to secure additional SMEs who have local and national experience on key topics aligned with CREW's priorities, such as teacher quality, rural educators, apprenticeships, and other priorities identified through needs sensing with the RCCs.

## C.3    Organizational Experience and Past Performance

RTI's staff of more than 6,000 provides research and technical expertise in a wide range of disciplines to governments, foundations, nonprofits, and businesses in more than 75 countries. RTI has extensive experience conducting programs of similar size and scope to CREW and is well qualified to manage complex initiatives that rely on the support, coordination, and cooperation of large project teams and many partners.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**Exhibit 33.   Subject Matter and TA Expertise of Key Staff**

| Project Team | Translate evidence into high-quality TA | Apply adult learning principles and | Understand ESEA programs, education | Facilitate implementation and scaling of EBPs | Deliver high-quality capacity-building services | Manage large grants and contracts | Conduct and utilize TA evaluations for | Engage partners to maximize expertise and |
|---|---|---|---|---|---|---|---|---|
| **RTI Team** | | | | | | | | |
| Fredrica Nash, EdD<br>Co-Project Director | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Robin Wisniewski, PhD, NCSP<br>Co-Project Director | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Kayla Siler, MPA, PMP<br>Task 1 Lead: Project Planning | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Meghan Doyle, EdD, SPHR<br>Task 2 Lead: Capacity-Building Services | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Demond McKenzie, EdD<br>Lead TA Specialist for Universal Capacity-Building | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| Frank McKay, EdD<br>Lead TA Specialist for Targeted Capacity-Building | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Kersh Naidu, EdD<br>Task 3 Lead: Engagement, Communication, and Dissemination | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| Kyle Canuette, MPA, MSEd<br>Lead Dissemination Specialist | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| Yihua Hong, PhD<br>Task 4 Lead: Performance Management and Evaluation | | ✓ | | | | ✓ | ✓ | ✓ |
| Jennifer Preston, PhD<br>Task 5 Lead: Personnel Management | | ✓ | | ✓ | | ✓ | | ✓ |
| **Partners** | | | | | | | | |
| Carol Keirstead, EdD<br>CCNetwork Communication Specialist (RMC) | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Beth Rice, EdD<br>Educator Well-Being Specialist (SERVE) | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Jackson Miller, MPP<br>Educator Compensation Specialist (Westat) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000175

**Exhibit 34.   CREW's Co-Director Biographies**

**Fredrica Nash, EdD**



Dr. Fredrica M. Nash is senior director of the Center for Education Technical Assistance at RTI. She **leads a team of 45 TA specialists who have supported a quarter of SEAs in the United States**. She has a strong background in learning and teaching, educator development, and coaching. She currently serves as the program director for Aspire Teacher Prep, RTI's alternative teacher residency preparation program approved in North Carolina. Before leading an alternative preparation program, Dr. Nash provided capacity-building services for two GYO programs. She co-designed and supported the program structure, curriculum design, recruitment, and SEA approval of a regional GYO program. Additionally, she provided capacity-building support to the regional GYO through a professional learning series with district- and school-level coaches working with GYO teachers. She facilitated needs sensing and root-cause analysis with a Regional Education Service Alliance to determine if a consortium of rural districts could sustain a GYO program. She convened human resources professionals, faculty at institutions of higher education, superintendents, mentors, and others.

Dr. Nash serves as project director for TA for the NCDPI ESF-REM grant, for which RTI provides **TA and communication support to 30 LEAs** across the state, building educator preparation for future learning disruptions. Additionally, Dr. Nash serves as project director for a Department of Justice, Bureau of Justice Assistance, STOP School Violence grant, leading a team and providing direct TA to rural LEAs in decreasing incidences of crime and violence through social and emotional learning (SEL). As a practitioner researcher, Dr. Nash focuses on educator agency and learning, the social context of learning for students and teachers of color, and asset-based pedagogies. She has served in a variety of instructional and coaching roles throughout her career and designed and delivered presentations at state, national, and international conferences on coaching, teacher preparation and retention, SEL, project-based learning, and asset-based pedagogies.

Dr. Nash served as an instructor and coach for GWTEACH, a recruitment program at the George Washington University in Washington, DC, to recruit STEM majors into the teaching profession. She has also served as an education advisor and instructor for Urban Ed Academy's Man the Bay program in San Francisco, California. Man the Bay is designed to recruit Black males from Historically Black College and Universities (HBCUs) to teach in elementary schools in the Bay area while providing housing, cultural support, and education preparation. Dr. Nash was the **founding curriculum writer for the educator preparation program**. She has also led a project at RTI, the Equity Collaborative, that brought together three Black-owned nonprofit organizations that are designed to offer policy support, parent and culturally affirming practices support, and recruitment support to districts. She served as a facilitator and project manager as the organizations sought support and direction for exploring their ability to create a theory of change among the organization.

Before joining RTI, Dr. Nash was a **high school biology teacher**, instructional coach, education consultant, and director of coaching services. She has coached preservice, new, veteran, and alternative-entry teachers throughout her career, focusing on the development of instructional capacity. In 2020, Dr. Nash **coauthored and published a book**, Coaching to Empower Teachers. In addition, she has provided TA to LEAs through the Investing in Innovation and Race to the Top federal grants. Dr. Nash is a former North Carolina Teaching Fellow, North Carolina State University Kenan Fellow for Teacher Leadership, American Physiology Teacher Fellow, New Tech Network teacher, and Initially Licensed Teacher of the Year for her school. She is passionate about the empowerment of educators and staff to make a difference in the lives of students across all domains of learning, teaching, and well-being. Her practitioner and educator workforce experience both personally and as a TA leader, along with her subject matter expertise, and deep experience with practitioner-facing dissemination at the school, LEA, SEA, within national and international contexts demonstrate her ability to connect with a diverse set of audiences to support their human and organizational capacity-building. These experiences will make her an effective project co-director with Dr. Wisniewski.

**Dr. Nash's contributions to CREW:** Dr. Nash will serve as co-Project Director and will lead capacity-building implementation and partner engagement. Dr. Nash will be responsible for the administration and quality of Tasks 2 and 3, which includes capacity-building, engagement, communication, and dissemination. She will manage all related staff and subcontractors, work directly with task leads, and conduct problem solving and final decisions with Dr. Wisniewski.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000176

## Robin Wisniewski, PhD

 Dr. Robin Wisniewski is a licensed clinical psychologist and nationally certified school psychologist, and director of education systems improvement at RTI. She has **provided TA in 22 states and internationally**, serving SEAs, REAs, and LEAs. Her REA- and LEA-level TA expertise since 2000 spans direct work with teachers, special service providers (school psychologists and paraprofessionals), and school and district leadership teams, from short-term to multiyear engagements. Common focus areas were multitiered systems of support, data use and implementation teams, Common Core English language arts implementation, culturally responsive teaching, school improvement, formative and summative assessments, curriculum mapping, early reading and disciplinary literacy, change management, and leadership coaching for initiative implementation and systems change.

Examples of Dr. Wisniewski's **national, state-level, and cross-agency TA work** vary across projects and locations. From 2012 to 2015, she directed capacity-building TA projects on REL Pacific, involving national projects with the Republic of Palau's Ministries of Education, Health, Community and Culture, and Justice, and led the capacity-building of locally based consultants in REL Pacific's 8 entities. Stateside, she led district-level teams across Florida's 74 regions to redesign the professional learning system (Florida Department of Education, 2012–2014), coached leaders in Hispanic-serving institutions in five states in system change efforts for student success (Office of Career, Technical, and Adult Education [OCTAE], 2017–2018), and led multiagency teams (justice, mental health, REAs, LEAs) in three states to partner on young adult diversion programs (OCTAE, 2017–2020). These long-term engagements included coaching on the leadership of data use, root-cause analyses, creating logic models and action plans, and continuous improvement of implementation.

As an **evaluator for statewide and cross-agency professional learning**, Dr. Wisniewski led culturally responsive program evaluation in nine states for programs serving boys and young men of color (Forward Promise, Robert Wood Johnson Foundation, 2017–2020). Since 2020, she led statewide evaluations for the 21st Century California School Leadership Academy involving a state center at the University of California, Berkley, seven regional academies, and over 200 offerings annually to REA, LEA, and school and teacher leaders, and for the Special Education Local Plan Area Lead initiative providing capacity-building for system improvement, multilingual students, reducing disproportionality, and increasing access for students with disabilities across California. Dr. Wisniewski most recently engaged AIR, WestEd, and Education Northwest in a California state-funded evaluation coherence and communication project, directing the development of guidelines for statewide evaluations of professional learning projects.

Dr. Wisniewski has been Principal Investigator (PI)/Project Director on over $9M in TA, research, and evaluation grants and contracts funded locally, and by states and ED. She is PI on two Institute of Education Sciences (IES) grants: *An Effectiveness Replication of Targeted Reading Instruction: Investigating Long-term Student and Teacher Impacts*, and *Culturally Responsive Teaching for Student Equitable Achievement (CuRTSEA): A professional development program*, each focused on professional development in LEAs in five states. These projects involve engagements of partners in organizations and state departments, and of LEA and school leaders for project involvement and systems improvement.

In **higher education, Dr. Wisniewski taught 132 course sections**, from developmental education to teacher education (special education, educational psychology, early childhood assessment, reading and literacy, culturally responsive teaching), counseling, and higher education leadership in four universities. She was a tenured associate professor in teacher education and higher education leadership (Baldwin Wallace University), directed master's programs in reading and leadership, served as associate dean for faculty development, led university accreditation as an academic vice president's faculty fellow, was an administrator in counseling, Student Support Services, Upward Bound, and supplemental instruction (Kent State University), and directed a comprehensive academic success center for students with learning and attention challenges and served as associate professor of school psychology (University of Arizona). Prior to working at RTI, Dr. Wisniewski was director of Research and Consulting at McREL International, where she provided support for two states in the Central Region Comprehensive Center.

Dr. Wisniewski is the **author of three books on professional development for teachers**: Evidence-Based Instruction in Reading: A Professional Development Guide to Culturally Responsive Instruction (Pearson), Evidence-Based Instruction in Reading: A Professional Development Guide to Response to Intervention (Pearson), and Promoting Student Attention: How to understand, assess, and create conditions for attention (ASCD, in press), along with articles for teachers and leaders. Her TA and REL

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000177

and Comprehensive Center experience, subject matter expertise, leadership of multiagency team development, cross-state and statewide evaluations, practitioner-facing dissemination, federal and state grants and contracts, partnership building, and management of large and multistate virtual project teams will make her an effective project co-director with Dr. Nash.

**Dr. Wisniewski's contributions to CREW:** Dr. Wisniewski will serve as co-Project Director and will lead project design and implementation. Dr. Wisniewski will be responsible for the administration and quality of Tasks 1, 4, and 5, which includes project management, ASPs, budget, evaluation, and personnel. She will manage all staff and subcontractors, work directly with task leads, and conduct problem solving and final decisions with Dr. Nash.

**Exhibit 35.    Biographies of Additional Key Staff**

| Key Staff | Qualifications |
|---|---|
| **RTI Team** | |
|  **Kayla Siler, MPA, PMP** Task 1 Lead: Project Planning *Siler will develop workplans, manage agendas and notes, manage ASPs and timelines, manage risk and mitigation strategies, and develop quality management plans.* | Kayla Siler is a Project Management Professional (PMP) certified education research manager with RTI. Her current areas of focus include project management and supporting research and coaching efforts for school-, district-, and state-level educators related to implementing competency-based education (CBE). Project management tasks include strategic consulting, planning, program reviews, and budget and contract support related to the Defense STEM Education Consortium (DSEC), as well as multi-partner projects within the Center for Education Technical Assistance. Her work on CBE is primarily related to the Regional Educational Laboratory Southeast and has included working with multiple schools and districts within North Carolina to build capacity for CBE implementation, as well as work with NCDPI and the Georgia Department of Education. Prior to working at RTI, Ms. Siler spent 8 years with NCDPI in a variety of research analyst and project management positions supporting data research, policy and strategic planning, efforts to reform standards, transition to online assessments, and revise the accountability model. |
|  **Meghan Doyle, EdD, SPHR** Task 2 Lead: Capacity-Building Services *Dr. Doyle will lead the development of evidence-based and accessible products and tools for a diverse audience, oversee high-quality universal and targeted capacity-building services, and lead intensive capacity-building services in collaboration with RCCs to SEAs. Dr. Doyle will also support the identification, implementation, and scaling of EBPs to recipients and manage* | Dr. Meghan Doyle is an educator with 30 years of public service with extensive leadership experience at the school, LEA, and SEA levels. Dr. Doyle began teaching high school in eastern North Carolina where she earned National Board Certification in Adolescence and Young Adulthood Science. Dr. Doyle spent most of her public education experience in school and district leadership roles including serving as a secondary principal, working for NCDPI in District and School Transformation, and leading two North Carolina school districts as Superintendent. Dr. Doyle brings expertise in leadership, strategic planning, school turnaround, organizational development, and curriculum and instruction. Dr. Doyle was recognized as state Principal of the Year and advisor to the North Carolina State Board of Education in 2006. In her most recent superintendency, Dr. Doyle shepherded her district through Hurricane Florence recovery in 2018, and later applying lessons to enable her students and staff to transition during the pandemic to remote learning in less than a week. Dr. Doyle has a military-connected family and has served military communities her entire professional career. Dr. Doyle's experience serving military communities informs her approach to talent recruitment, retention, development, and diversity. In addition to her education experience, Dr. Doyle has her Strategic Professional in Human Resources credential and worked in county government as a Human Resources Director and Assistant County Manager for 4 years, where |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000178

| Key Staff | Qualifications |
|---|---|
| *our national and regional communities of practice.* | she was responsible for developing the talent development strategy and compensation system for the 13th largest county in the state. Dr. Doyle's interests include public sector governance, student learning, and organizational effectiveness. Her dissertation research was on the impacts of high school reform strategies on student achievement. |
|  **Demond McKenzie, EdD** Lead TA Specialist for Universal Capacity-Building<br><br>*Dr. McKenzie will oversee the team of TA specialists who will lead high-quality universal capacity-building services.* | Dr. Demond McKenzie brings over 25 years of experience in education and leadership development to his work as a leadership coach at RTI. He is a forward-thinking administrator committed to cultivating the next generation of leaders and innovators by driving positive impact in schools and districts that provide access for all students. Dr. McKenzie maintains a deep commitment to educational equity. Through a combination of strategic planning, needs assessment data, and engagement, he designs and supports the implementation of tailored programs that address specific leadership challenges and opportunities. As an expert in effective professional learning, Dr. McKenzie facilitates engaging sessions that inspire curiosity and critical thinking relative to current educational matters. He has received extensive training from the Center for Creative Leadership. Dr. McKenzie has substantial experience as a practitioner and networking coordinator, having served as a secondary teacher, coach and administrator, district-level administrator for teacher recruitment and retention, director of school services, and state-level education consultant for innovative schools. |
|  **Frank McKay, EdD** Lead TA Specialist for Targeted Capacity-Building<br><br>*Dr. McKay will oversee the team of TA specialists who will lead high-quality targeted capacity-building services.* | Dr. Frank McKay brings more than 25 years of experience in U.S. public education and international settings to his work as an education consultant at RTI. Dr. McKay currently leads RTI's strategy for the development and support of educator learning networks, along with focused initiatives focused on STEM educator training and innovative models of professional learning. Dr. McKay is especially interested in policies and practices that promote equity, positive school culture, and authentic learning that empowers students and educators to enact meaningful change in their communities. Dr. McKay's experience includes leading multiyear education TA projects, teaching in innovative school settings, field instructing and staff training for the North Carolina Outward Bound School, teacher training for the U.S. Peace Corps, and extensive work providing training and strategic support for early college high schools. |
|  **Kersh Naidu, EdD** Task 3 Lead: Engagement, Communication, and Dissemination<br><br>*Dr. Naidu will provide continuous communication to and between partners, strengthen educator workforce networks, host convenings to bridge connections between ESEA provisions and programs related to the educator* | Dr. Kersh Naidu is a research education analyst at RTI. She is director and associate director of three statewide projects in California focused on engagement. One project evaluates regional grantees providing capacity-building across the state for improving outcomes for students with disabilities. In this role, she engages partners in three SEAs, multiple REAs, and district-level leaders. In the second project, she directs the documentation and partner feedback of the statewide development of an Individualized Education Program template, engaging partners from nonprofits, boards, parent organizations, and professional associations. Third, in her role as associate director of the statewide evaluation of 21CSLA, Dr. Naidu engages regional leaders providing capacity-building for district, school, and teacher leaders in their coordination and planning to collect data to show TA impact. Most recently, Dr. Naidu coached teachers in year-long culturally responsive teaching professional development in two states (Culturally Responsive Teaching for Student Equitable Achievement), trained and managed field assessors for K-3 reading assessments, and developed partnerships with district leaders to integrate targeted reading |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000179**

| Key Staff | Qualifications |
|---|---|
| *workforce, and engage in CCNetwork peer learning opportunities.* | instruction into K-3 reading programs in 21 elementary schools. Previously, she served in leadership roles in special education administration across urban, suburban, and independent school districts for over 15 years. Since 2000, Dr. Naidu has provided TA and evaluation in areas such as multitiered systems of support, cultural competence, special education, equity and advocacy, behavior and social-emotional learning, curriculum, leadership, professional learning, and systems change. |
|  **Kyle Canuette, MPA, MSEd** Lead Dissemination Specialist *Canuette will organize CREW resources for dissemination to a variety of audiences.* | Kyle Canuette is an education consultant and research education analyst with RTI's Center for Education Technical Assistance. He has over 12 years of experience in education policy and practice, beginning as a teacher in Oklahoma and New York. Canuette has also served as an instructional coach and curriculum writer, and he worked in the School District of Philadelphia's office of Climate and Safety. Prior to RTI, he was a policy analyst with The Hunt Institute where he supported state policymakers with a focus on North Carolina, including leading the facilitation of Governor Roy Cooper's DRIVE Task Force, an initiative to increase teacher diversity in NC. His areas of expertise include strategic planning, program management and implementation, and P-20 education policy, including the educator pipeline. |
|  **Yihua Hong, PhD** Task 4 Lead: Performance Management and Evaluation *Dr. Hong will collect data, evaluate effectiveness, and support CREW with integrating continuous improvement and feedback cycles to improve TA effectiveness.* | Dr. Yihua Hong specializes in research design and evaluations of educational programs and policy. She has been intensively engaged in research and evaluations of teacher professional development and of school-based accountability both in local districts and across states. Dr. Hong currently serves as the Project Director and/or Co-PI of multiple federally funded teacher-focused projects, including an Institute of Education Sciences (IES) effectiveness replication of a teacher professional development program with targeted reading instruction, an IES Development and Innovation study of a professional development program for culturally responsive teaching (Culturally Responsive Teaching for Student Equitable Achievement), and a National Defense Education Program study that builds teacher capacity for transdisciplinary project-based learning (STARward STEM). Dr. Hong also leads the impact evaluation of the mid-phase Education Innovation and Research study of the Alaska statewide new teacher mentoring program. In addition, she serves as a co-investigator of the IES efficacy study of an elementary school SEL program. Dr. Hong's work has been presented at national conferences and published in peer-reviewed journals such as *American Educational Research Journal*, *AERA Open*, and *Educational Evaluation and Policy Analysis*. |
|  **Jennifer Preston, PhD** Task 5 Lead: Personnel Management *Dr. Preston will identify, obtain, retain, orient, and lead the team of SMEs enlisted to assist with states' needs.* | Dr. Jennifer Preston is an education consultant at RTI. Dr. Preston has spent her career in positions that combine advocacy, analysis, program management, fundraising, and government relations in support of students across the nation. She has substantial experience with designing new educational initiatives and communicating them to various groups. At RTI, Dr. Preston serves as the Individual Program Administrator (IPA) for consortium management for DSEC. Funded by the Department of Defense, DSEC is a $90 million investment in efforts that broaden STEM literacy and inspire the next generation of scientists and engineers. As IPA for consortium management, Dr. Preston facilitates and manages the development of all consortium-wide deliverables, including annual reporting to the Department of Defense and TA for partners. She also facilitates the North Carolina Large District Consortium Superintendents Network, which convenes the |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000180

| Key Staff | Qualifications |
|---|---|
| | executives of the twelve largest school districts in North Carolina for dialogue and collaboration. Dr. Preston began her professional career as a teacher at a rural high school in the northeastern part of the state. |

| Partners | |
|---|---|

| <br>**Carol Keirstead, EdD (RMC)**<br>CCNetwork Communication Specialist<br><br>*Dr. Keirstead will lead CREW's communications with the CCNetwork and will assess state educator workforce needs and monitor progress toward outcomes.* | For the past 30 years, Dr. Carol J. Keirstead has been designing and leading capacity-building assistance for education leaders through her role in RMC. She led and supported ED-funded TA centers. Dr. Keirstead's work focuses on developing the capacity of state and local leaders to identify and address gaps in access to opportunities to learn through the improvement of education systems. Most recently her work has focused on the design of systems to address teacher shortages and ameliorate the gap in the racial and ethnic diversity of teachers and the students they serve. For the past five years, Dr. Keirstead led the National Comprehensive Center's portfolio of work of Strengthening and Diversifying the Educator Workforce. Two major strands of her work were forming and leading partnerships among Regional Comprehensive Center staff, federal policy advisors, and SMEs to help state and local education leaders learn about how to design and implement GYO and Registered Teacher Apprenticeship programs. Dr. Keirstead's long-standing commitment to improving equity of opportunity and outcome for underserved students is informed by her early career work leading education programs serving refugee and immigrant students and by her role as mom to two adopted children of color. |
| <br>**Beth Rice, EdD (SERVE)**<br>Educator Well-Being Specialist<br><br>*Dr. Rice will support universal and targeted TA with a focus on educator well-being and working conditions. She will lead these supports for CREW projects and publish resources for supporting educator well-being and improved working conditions.* | Dr. Beth Rice is the specialist for state projects at SERVE. Dr. Rice was previously at NCDPI, where she was the SEL lead on the Integrated Academic and Behavior Systems Team within Educator and Student Advancement. Dr. Rice led SEL for the state, including leading the North Carolina Social and Emotional Learning Implementation Team and co-leading the North Carolina Social and Emotional Learning and Educational Equity Project. Dr. Rice has previously served as a Special Education Teacher, Lead School Psychologist, and District MTSS and Positive Behavior Intervention and Support Coordinator. She also served as President of the North Carolina School Psychology Association.<br>Dr. Rice's additional focus areas within the multitiered systems of support (MTSS) framework include school mental health, secondary implementation, and building capacity through engaging professional development coaching. Through the MTSS framework, Dr. Rice initiated the Secondary MTSS Community of Practice (CoP); launched the state's rollout of Check and Connect, an evidence-based mentoring program; and co-lead the School Mental Health Initiative's Continuum Workgroup, which focused on a continuum of care for students. She is a trainer for Check and Connect and a skilled facilitator and coach, leveraging multiple tools, including Adaptive Schools and Cognitive Coaching. |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000181

| Key Staff | Qualifications |
|---|---|
|  **Jackson Miller, MPP (Westat)** Educator Compensation Specialist *Miller will support universal and targeted TA with a focus on educator compensation and supporting educator diversity. He will lead these supports for CREW projects and publish resources for supporting educator compensation and educator diversity.* | Jackson Miller is a principal researcher at Westat and has extensive research and policy experience related to educator compensation and workforce development, as well as expertise in conducting mixed-methods evaluations. On behalf of RCC 14, he developed a model for estimating the cost of Arkansas's Teacher Merit Incentive Program using teacher-level data on value-added growth, observation evaluations, licensure, and location of employment. He currently directs the Understanding Equity to Improve Student Outcomes project for the Delaware Department of Education, in which he leads the development of a longitudinal dataset of paraprofessionals and educators for use in a data dashboard that illustrates changes in diversity across the educator pipeline in the state. As part of this project, he oversees diversity labs that convened EPP faculty, district and school administrators, teachers, paraprofessionals, and human resource officers to discuss the root causes and mitigations for observed gaps in diversity. Miller is the Principal Investigator on the New York City Men Teach Evaluation, leading the evaluation of the program's model, implementation, and outcomes. In previous work, Miller provided TA and produced products on educator compensation for the Center for Educator Compensation Reform. He also managed a randomized controlled trial evaluation of a completion grant pilot program implemented by the University of North Carolina Student Success Innovation Lab. |

**Exhibit 6.    SMEs Ready to Assist CREW Immediately**

| Expert | Current and Recent Relevant Positions | Areas of Expertise |
|---|---|---|
| **Dr. Rashad Anderson** | Director and Associate Professor in the School of Education at Metropolitan State University of Denver, National Expansion Coordinator for the Call Me MiSTER Teacher Leadership Program | preservice teacher mentorship programs, particularly for Black/African American males |
| **Kwamé Floyd** | Executive Director of the Teacher Apprenticeship Network, Director of the Philadelphia Teacher Residency program, Strategic Operations Officer with the New Jersey Department of Education | teacher apprenticeship, strategic operations in education, professional development |
| **Amaya Garcia** | Director of PK–12 Research and Practice with the Education Policy program at New America, policy analyst at the DC State Board of Education | early childhood education, bilingual teacher preparation, GYO programs |
| **Cynthia Jacquet** | President of Educating Children of Color, Board member and president-elect of the Colorado State affiliate of the Association of Supervision and Curriculum Development, assistant principal | recruitment and retention of teachers of color, teacher leadership microcredentials |
| **Dr. Chance Lewis** | Distinguished Professor of Urban Education at The University of North Carolina at Charlotte, Executive Director of the University of North Carolina at Charlotte's Urban Education Collaborative | recruitment and retention of Black male teachers, workforce development for urban education |
| **Dr. Francesca López** | Waterbury Chair in Equity Pedagogy in the College of Education at The Pennsylvania State University | culturally responsive and asset-based teaching for preservice and in-service educators |
| **Dr. Carlas McCauley** | Associate Dean of Research and Sponsored Programs; Associate Professor, Howard University; previous director of the Center for School Turnaround | national trends in education, education leadership quality and policy, school turnaround initiatives, school finance |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000182**

| Expert | Current and Recent Relevant Positions | Areas of Expertise |
|---|---|---|
| **Colleen McDonald** | Executive Director of TEACHMEducation Services, National Board Certified Teacher, Elected school board member | teacher apprenticeship, residency, educator prep policy, educational leadership, teachers' unions |
| **Dr. Hardy Murphy** | Clinical Associate Professor of Urban Education Leadership at Indiana University – Indianapolis, Co-Director of the Indiana Teacher Appraisal System of Supports, school superintendent | special education, school improvement, teacher evaluation, school effectiveness, education equity |
| **Dr. Jonathan Payne** | Director of the Center for Apprenticeship and Work-Based Learning at Jobs for the Future (JFF), Co-creator of STEM curriculum, chemistry teacher | educator apprenticeships; work-based learning; diversity, equity, inclusion, and accessibility in workforce programs; STEM education |
| **Dr. Allen Pratt** | Executive director of the National Rural Education Association, Executive Director of the East Tennessee Center of Regional Excellence, assistant superintendent/curriculum director, principal, science teacher | workforce development, school reform, professional learning communities, rural education initiatives |
| **Dr. Jessica Swanson** | Independent consultant, Senior Fellow at the Edunomics Lab at Georgetown University, Deputy Chief of Finance at DC Public Schools | teacher compensation, school finance |

## C.3.1  RTI's Commitment to Employing Historically Underrepresented Groups

RTI's commitment to diversity, equity, inclusion, and accessibility (DEIA) informs many of its strategies around recruiting and hiring new staff. In 2022, RTI launched the Historically Black College and University (HBCU) Momentum, Opportunity, Value, and Exhilaration (MOVEs) program to engage with some of the larger HBCUs in the nation, including Morgan State University in Maryland and Howard University in Washington, DC. This program identified HBCU partners by aligning their undergraduate and graduate programs directly to RTI's research interests and disciplines. Since the beginning of HBCU MOVEs, RTI's talent and acquisition team has actively recruited candidates for internship and full-time employment at these partner institutions. RTI also employs a dedicated recruiter focused on engaging with diverse candidates and use of a global labor market and talent intelligence tool to increase the number of applications from diverse populations, specifically for leadership positions. RTI has implemented an institute-wide interview process that is structured, consistent, and competency-based,

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

including required professional learning for all employees participating in hiring panels, to prevent the introduction of explicit and implicit biases into the hiring process.

Once onboard at RTI, all employees contribute actively to the organization's work to foster DEIA. Every staff member sets a performance goal around how they engage inclusively in their work, which is defined as how they value the unique background, personal qualities, and characteristics of every employee, and fully engage diverse groups of individuals for smarter ideation and decision-making. To support employees in meeting their individual goals in this area, RTI has invested in robust professional learning opportunities for individuals that support those just beginning to understand their own biases and develop their commitment to equity, as well as those who have made much progress on their personal journeys.

To assess its progress toward greater DEIA, RTI regularly administers a racial justice survey and uses data to guide decision-making at the executive level. For example, survey results led to improvements to internal professional learning and evaluation process to include competencies to reduce bias and ensure equitable promotion processes. An organization-wide racial justice and equity council aligns activities, facilitates ongoing coordination, and enables knowledge sharing of division and practice areas-specific efforts to develop and retain diverse talent.

RTI has also made structural changes to the organization, including the creation of a new division (and vice president position) focused on DEIA; organizational development and change management; and employee experience and listening. Within this division, there is a dynamic ecosystem of employee resource groups that raises awareness of the individual and collective value and challenges of a global workforce related to DEIA; creates a supportive work environment that helps attract, recruit, develop, retain, and network with a diverse array of talent; and provides leadership, career, and professional development for group members and leaders.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000184

There are 14 active employee groups at RTI, including groups for Black employees, Jewish employees, and LGBTQIA+ employees.

### C.3.2  Past Projects and Meaningful Partnerships

RTI is the best choice to lead CREW. Across our 66-year history, RTI has accumulated extensive experience conducting programs of similar size and magnitude to the center. Each year, RTI manages millions of dollars in federal contracts and agreements ranging from education research to instructional improvement networks with public school districts. In fiscal year 2023, RTI received more than 2,100 new federal and nonfederal awards and contract modifications totaling $2.23 billion.

RTI, RMC, SERVE, and Westat have selected recent and relevant projects to highlight our experiences with complex networks, supporting exceptional TA, conducting program evaluations, building relationships, and educator workforce development. On the following pages, we provide an overview of each project, including:

- **Project Summary:** A brief description of the project.
- **TA and Capacity-Building Services to SEAs and LEAs:** The extent to which the past project demonstrates exceptional TA expertise in providing high-quality, timely, relevant, and useful TA and capacity-building services to SEAs and LEAs.
- **Development of New and Ongoing Partnerships:** The extent to which the past project demonstrates the ability to develop new and ongoing partnerships with leading experts and organizations nationwide or regionally that enhance our ability to provide high-quality TA and subject matter expertise.
- **TA Dissemination:** Our ability to develop and implement a comprehensive communication and dissemination plan that includes strategies to disseminate information in multiple formats and mediums through various methods, and strategies to measure and monitor the use of the information we disseminate.

The projects below involve extensive partnerships with educators, district/school administrators, SEA/REA/LEA leaders, and communities. They collectively demonstrate the

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

project team's ability to connect with, develop, and maintain extensive networks of partnerships to improve the quality of education. Through these projects and many more (as demonstrated in **Appendix C**), our team has meaningful connections with multiple states (**Exhibit 37**), and we are ready to begin outreach—in coordination with the RCCs—immediately upon award.

**Exhibit 37.  State Points of Contact from Current and Recent Projects Connections**

| State | Point of Contact | Title |
|-------|-----------------|-------|
| Alabama | Molly Killingsworth | Director of Federal Programs |
| Alaska | Kelly Manning | Assessment Administrator |
| Arkansas | Karli Saracini | Assistant Commissioner of Educator Effectiveness |
| Arizona | Amanda Wilder | Director of Federal School Improvement Principal Partners |
| California | Kristen Cruz Allen | Administrator of Teacher and Leader Policy, California Department of Education |
| Colorado | Mary Bivens | Executive Director of Educator Workforce Development |
| Connecticut | Shuana Tucker | Chief Talent Officer |
| Delaware | Ann Hlabangana-Clay | Education Associate of Educator Equity and Recruitment |
| District of Columbia | Victoria Glick | Director of Special Education |
| Georgia | Matthew Jones | Chief of Staff |
| Guam | Leah Beth O. Naholowaa | Project Director for the Guam Department of Education |
| Hawaii | Felicia Villalobos | Executive Director of Hawai'i Teaching Standards |
| Idaho | Katie Shoup | Educator Effectiveness Program Manager |
| Illinois | Christine Paxon | Director of School and District Improvement |
| Indiana | Anne Marie Milligan | Director of Educator Recruitment & Retention |
| Kansas | Joel Gillaspie | Coordinator of Teacher Licensure |
| Kentucky | Gretta Hylton | Director, Exceptional Children and Early Learning |
| Maine | Ana Hicks | Policy Director, Governor's Office of Policy Innovation and the Future |
| Massachusetts | Claire Abbott | Director, Office of Educator Effectiveness |
| Michigan | Sue Carnell | Chief Deputy Superintendent |
| Minnesota | Stephanie Graff | Deputy Commissioner |
| Mississippi | Cory Murphy | Assistant State Superintendent of Education |
| Missouri | Kim Oligschlaeger | Coordinator, ESEA Finance, Department of Elementary and Secondary Education |
| Nebraska | Marissa Payzant | Director, Content Area Standards and Instruction |
| Nevada | Christy McGil | Deputy Superintendent of Educator Effectiveness |
| New Mexico | Ken Stowe | Assistant Director of Curriculum and Instruction |
| New York | Allison Armour-Garb | Special Advisor to the Executive Deputy Commissioner |
| North Carolina | Michael Maher | Deputy Superintendent of Standards, Accountability, and Research |
| Ohio | Krista Maxson | Associate Vice Chancellor, P-16 Initiatives |
| Oregon | Susan Boe | Licensure Pathways Policy and Academic Program Specialist |
| Pennsylvania | Dana Milakovic | Mental Wellness and Trauma Specialist, Office of Safe Schools |
| Puerto Rico | Christina Carrera | Apprenticeship Director |
| Republic of Palau | Deikola Olikong | Palau Community College Accreditation Officer |
| South Carolina | Matthew Ferguson | Deputy Superintendent |
| Tennessee | Erin Crisp | Executive Director, Tennessee Grow Your Own Center |
| Texas | Beth Burkhart | Director of Educator Standards and Testing |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| State | Point of Contact | Title |
|---|---|---|
| Utah | Malia Hite | Executive Coordinator of Educator Licensing |
| Virginia | Michael Gregory | MTSS Coordinator, Office of Special Populations |
| West Virginia | Jeff Hunter | Educator Development and Support Coordinator |

We will coordinate with the RCCs to determine appropriate communication plans based on the needs of their region and begin outreach immediately to states based on need and readiness.

### *RTI's Past Projects with Exceptional TA and Meaningful Partnerships*

| Educator Registered Apprenticeship (ERA) Intermediary | |
|---|---|
| Client | U.S. Department of Labor, Office of Apprenticeship |
| Period of Performance | June 2023 to June 2028 |

**Project Summary:** The Educator Registered Apprenticeship (ERA) Intermediary seeks to assist states and school districts who are facing significant challenges in attracting and retaining teachers and school staff. ERA raises awareness and understanding of educator Registered Apprenticeship Programs (RAPs) and provides training and TA to support the design and development of new programs. Intermediaries also support RAP sponsors in identifying recruiting, hiring, and retention strategies that promote diversity, equity, inclusion, and accessibility (DEIA).

**TA and Capacity-Building Services to SEAs and LEAs:** ERA provides universal, targeted, and intensive TA to meet a range of needs. Universal TA includes monthly information sessions, intensive outreach to potential educator RAP partners including educator preparation programs, minority-serving institutions, workforce development boards and other workforce partners, teachers' unions and associations, and the development of resources, including reports on current educator RAP models, funding, and recruiting Black and Latino male apprentices. Targeted TA includes four role-based affinity groups for state education agencies, local education agencies, education preparation programs, and unions. Targeted TA also included a state leadership academy, in which a group of five state teams participated in a series of workshops to help them determine their state's approach (e.g., determining if they would develop a statewide program, developing guidance) to developing educator RAPs. Finally, ERA delivers DEIA-focused trainings to interested districts. Intensive TA is delivered through 1:1 coaching with an educator RAP sponsor or employer to help them develop their standards or RAP; expand or enhance their current program; and/or support their recruitment efforts.

**Development of New and Ongoing Partnerships:** ERA works with a wide range of partners to support the development of educator RAPs. Many states have existing entities focusing on this topic, such as state working groups or ongoing efforts with regional comprehensive centers. ERA has worked with these groups, flexibly playing roles that make the most sense in a given state. Additionally, ERA has been working with the National Comprehensive Center's Diversifying the Educator Workforce Working Group to share updates; amplify dissemination and communication; and develop a webinar on funding models. ERA also works with businesses and nonprofits who are engaged in this space to showcase innovations through TA and discuss state- and district-specific challenges and solutions.

**TA Dissemination:** ERA dissemination efforts include a website, an active presence on LinkedIn, and regular email communication to a growing distribution list. The website (www.educatorapprenticeships.com) houses information about educator RAPs, a resource library, educator RAP spotlights, and an interactive national map reflecting current apprentice data. The LinkedIn account (https://www.linkedin.com/in/educator-registered-apprenticeship-era-intermediary-3b52752a9/) posts regularly about project updates, opportunities, and successes in educator RAPs.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000187

**Culturally Responsive Teaching for Student Equitable Achievement (CuRTSEA): A Professional Development (PD) Program**

| Client | U.S. Department of Education, Institute of Education Sciences |
|---|---|
| Period of Performance | June 2021 to July 2026 |

**Project Summary:** CuRTSEA is a 9-month culturally responsive teaching PD program that addresses that practical needs of teachers to increase achievement for improving Latinx/Hispanic students' academic outcomes. It is funded by a development and innovation grant to create a high-quality, comprehensive PD program that is usable, feasible, scalable, and cost-effective in high schools.

**TA and Capacity-Building Services to SEAs and LEAs:** CuRTSEA coaches delivered active learning workshops, coached teacher teams using a continuous improvement cycle of planning, implementing, and adjusting practices, and guided teams to use team structures to build collective efficacy in collaborating on their practice. Results showed increases in teacher knowledge, self-efficacy, and practice of culturally responsive teaching, including changes in biases, increases in relationship building, and use of student assets in curriculum including through building an environment for learning, cultural integration, participatory strategies, formative assessment, and equity-based grading.

**Development of New and Ongoing Partnerships:** RTI developed partnerships with four school districts in three states to develop, deliver, and evaluate CuRTSEA. Vista Unified School District (CA) invited RTI to continue CuRTSEA for four more years (2023 to 2027) on a district-funded contract so that all high school teachers were trained in alignment with LEA-level equity professional development strategy.

**TA Dissemination:** In the first 2 years of the project, staff developed a website, produced accessible reports for school and community communication, published a practitioner article about critical reflection PD and teacher experiences, and submitted a research article describing the program and implementation approach.

**Education Stabilization Fund—Rethink K-12 Education Models (ESF-REM) – NC Rethink Education**

| Client | North Carolina Department of Public Instruction |
|---|---|
| Period of Performance | October 2020 to July 2024 |

**Project Summary:** In 2020, ED selected North Carolina as a recipient of a nearly $18M grant through the Education Stabilization Fund–Rethink K-12 Education Models program. RTI is serving as a partner in the work to implement a statewide blended instructional model. Specifically, RTI is providing customized support to the districts most impacted by the COVID-19 pandemic, including those that enroll many migrant students. RTI's services to districts include the following:

- Support for principals and assistant principals to consider building-level implementation needs, fostering buy-in through shared ownership, and to address common barriers to change
- Sustainability planning for districts to sustain practices after the grant
- Supplemental blended-learning professional development and instructional coaching
- Enhancing family and community engagement efforts, especially for multilingual families
- Organization of implementation activities (e.g., developing implementation schedule, project plan, program communications, integrating into existing professional development /improvement plans)
- RTI has also launched a network of charter schools that are implementing blended-learning models and provides TA to these schools.

**TA and Capacity-Building Services to SEAs and LEAs:** RTI initially provided project management and grant management supports including coordination between the state and participating LEAs, helping the state build the capacity to take over these tasks. RTI provides universal TA through statewide communications and resources. RTI provides targeted TA to all participating LEAs by leading role-alike networking sessions and communities of practice. And RTI provides strategic consulting and intensive TA services to build capacity in the districts for leadership development, instructional quality, and family and community engagement.

**Development of New and Ongoing Partnerships:** RTI built and engages in meaningful relationships with all 30 LEAs actively participated in intensive capacity-building services. RTI also partnered with

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000188

| Education Stabilization Fund—Rethink K-12 Education Models (ESF-REM) – NC Rethink Education | |
|---|---|
| Client | North Carolina Department of Public Instruction |
| Period of Performance | October 2020 to July 2024 |

regional directors across the eight state board regions and has deep connections with numerous departments at the state agency to coordinate these efforts.

**TA Dissemination:** Throughout the project, staff contributed to Facebook, X, and LinkedIn posts about the project, created stories for the statewide Rethink Education newsletter, and presented at practitioner-based conferences throughout the state of North Carolina facilitated by the North Carolina Department of Instruction and LEAs on blended-learning evidence-based programs, practices, and interventions, and options for adapting the blended-learning models to rural context. Staff facilitated virtual and in-person presentations. RTI also supported the initial design and maintenance of the website organizing and uploading information for website visitors.

| Regional Educational Laboratory Southeast: Competency-Based Education | |
|---|---|
| Client | U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance |
| Period of Performance | January 2017 to December 2021 and January 2022 to January 2027 |

**Project Summary:** RTI has been a partner with the Regional Educational Laboratory (REL) Southeast since 2017. The purpose of the REL Southeast program is to engage staff from partnering schools in learning about personalized learning and its explicit connections to competency-based education (CBE), project-based learning, and employability skills. REL Southeast works with key partners in Alabama, Florida, Georgia, Mississippi, North Carolina, and South Carolina to develop evidence that can inform consequential decisions about policy, programs, and practice. Key partners include organizations with decision-making authority and the ability to influence education policy and practice, including state and local education agencies, school boards, institutions of higher education, and student, family, and community organizations. RELs partner with these organizations on applied research and development; training, coaching, and technical supports; and dissemination. From 2017 through 2021, RTI facilitated the CBE Research Alliance that included education leaders from K–12 through higher education as well as industry partners. The alliance created a definition for CBE that has been adopted by the North Carolina Department of Public Instruction (NCDPI) and developed a CBE Mastery Framework to support implementation and drivers for change in moving forward with CBE. In the current cycle, RTI is facilitating the North Carolina Competency-Based Education Partnership (NC CBE Partnership), which focuses on sharing and discussing evidence-based practices related to the design and implementation of CBE.

**TA and Capacity-Building Services to SEAs and LEAs:** The current TA/coaching work has specifically focused on support for the Northeast Academy for Aerospace and Advanced Technologies (NEAAAT). Supports have included developing a Portrait of a Graduate for the school and providing professional learning using the CBE Mastery Framework to focus on key areas as the CBE implementation expands. Most recently, professional learning for all NEAAAT staff focused on formative and summative assessment, specifically how to develop and use performance-based assessments. In the 2017 to 2021 cycle, TA included support at the state, district, and school levels. In collaboration with the North Carolina Department of Public Instruction, the REL Southeast work supported regional personalized learning sessions across North Carolina to engage educators in conversations about personalized learning and how they might find ways to integrate personalized learning approaches. District-level supports were provided for Johnston County Public Schools (JCPS) and Granville County Public Schools (GCPS). JCPS TA was specific to scaling up the implementation of standards-based grading and implementing and a personalized competency-based approach to teaching and learning. TA in GCPS included integrating personalization into project-based learning and high school scheduling and understanding and beginning the initial implementation of standards-based grading at the elementary level.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Regional Educational Laboratory Southeast: Competency-Based Education | |
|---|---|
| Client | U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance |
| Period of Performance | January 2017 to December 2021 and January 2022 to January 2027 |

**Development of New and Ongoing Partnerships:** This project demonstrated our ability to manage and deliver TA for state and local education agencies on behalf of federal clients. Partnerships developed from 2017 to 2021 directly supported plans for the NC CBE Partnership that launched in 2022. Through the REL Southeast work, RTI has hosted convenings (2018 and 2024) that provided schools and districts in North Carolina, as well as CBE experts, opportunities to engage in conversations on topics like barriers to implementation of CBE; what research is available and what is needed from policymakers and researchers to support the advancement of CBE; promising practices and frameworks to support implementation of CBE, and managing change in leading this type of innovative work.

**TA Dissemination:** The CBE Mastery Framework is available as a resource through the REL Southeast website. There is also a video series that provides an overview of CBE and one video on each component of the framework (structure, culture, teaching, and learning) that include additional detail about implementation with voices from educators and students sharing their experiences.

<br>

| Strengthening and Supporting Alternative Learning Programs and Schools | |
|---|---|
| Client | SERVE Center at University of North Carolina–Greensboro |
| Period of Performance | February 2020 to October 2024 |

**Project Summary:** RTI co-designs the Alternative Learning Program and Schools (ALPS) Network with the Region 6 Comprehensive Center (RC6) to support alternative school educators on the unique issues they face, ranging from hiring staff qualified to provide therapeutic services to dealing with intergenerational family trauma around school. In addition to designing the ALPS Network, RTI recruited ALPS within the state to join the network, facilitated steering committee meetings to oversee the vision and direction of ALPS, and amplified best practices for ALPS. Topics included the following:

- Attendance—We facilitated communities of practice for administrators, teachers, and support staff to discuss strategies for attendance that have worked and how to follow up on attendance challenges, and we provided support for taking attendance accurately.
- Behavior—We designed conferences for alternative schools on restorative practices and how to use a restorative approach to build a school-wide culture of discipline. We continue to address behavior and will be delivering a future session on supportive discipline.
- Relationships—RTI provided sessions around building connections and authentic relationships, which included discussing the importance of staying connected to students to keep them engaged in learning, as well as how to support students in distress.

**TA and Capacity-Building Services to SEAs and LEAs:** RTI facilitates professional learning, regional state convenings, summer conferences, organizational development, needs sensing, and formal needs assessment activities.

**Development of New and Ongoing Partnerships:** Through these projects, RTI partnered closely with RC6 and the North Carolina Department of Instruction to build relationships across more than half of the LEA's in the state. The partnership has allowed RTI and RC6 to rebuild the North Carolina Association of Alternative Educators.

**TA Dissemination:** RTI co-presented with the RC6 on the statewide supports provided to alternative educators in North Carolina at the National Association of Alternative Education Conference. RTI also co-presented with RC6 to the North Carolina State Board of Education on the three-year project focused on increasing support, updating state policies and procedures, and establishing a directory of contacts for alternative learning programs and schools in the state for the department.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Grow Texas Teachers Curriculum Development and Implementation | |
|---|---|
| Client | Texas Education Agency |
| Period of Performance | August 2021 to June 2024 |

**Project Summary:** For the Texas Education Agency (TEA) GYO Curriculum Development and Implementation project, RTI designed and developed high-quality curriculum and assessments for three education and training courses aimed at engaging high school students in exploring teaching as a profession. Once the curriculum and support materials were in development, RTI provided implementation support for teachers across the state of Texas through teacher institutes and lesson study implementation cycles.

**TA and Capacity-Building Services to SEAs and LEAs:** This project required high levels of TA in the design, development, and piloting of the education and training course materials for the Grow Texas Teachers initiative. Each course was carefully planned in alignment with Texas Essential Knowledge and Skills (TEKS) standards as well as the Texas Teacher Evaluation and Support System. The three courses included relevant content as well as highly effective, research-backed implementation strategies for teachers. TA focused on the development of these materials, as well as supplemental support materials that would reduce barriers to implementation and provide support for teachers. In addition, the TA provided small group implementation support meetings through a lesson study process in which teachers were provided with strategies for implementation support, feedback on recorded lessons taught, and opportunities for reflection.

**Development of New and Ongoing Partnerships:** This project displayed our ability to provide TA for a large state agency and capacity to scale and provide services directly to those within local education agencies (LEAs). In the development of curricular materials, we collaborated with state agency subject matter experts (SMEs) to develop curricular guidelines and expectations. Through collaboration with our SMEs, we designed each course to cover (1) content required by the TEKS standards, (2) tools for field site visits, and 3) relevant, researched-based best practices. Distribution of the materials required ongoing communication and relationships with the LEA representatives as well as individual teachers who were participating in the GYO initiative.

**TA Dissemination:** The state of Texas has over 1,200 public school districts; therefore, dissemination strategy was vital to this project. The TA disseminated for this project occurred in three stages. First, we partnered with the TEA to host a large, in-person institute for participating school districts to engage with the materials and develop competency around implementation of this new product. After initial rollout of the materials and support through the institute, the TA team developed and maintained an open-source, publicly accessible website where all materials were available for download and use. Lastly, the TA team created a series of videos with testimonials from teachers describing their experiences in implementation of the curriculum for distribution across the state education agency network.

| Advanced Teaching Roles | |
|---|---|
| Client | Bertie County Schools and Northampton County Schools |
| Period of Performance | September 2020 to June 2023 |

**Project Summary:** The Advanced Teaching Roles project provided ongoing professional learning and coaching to empower effective teacher leaders and coaches with the skills and knowledge necessary to support novice teachers effectively in their classrooms through a structured and intentional approach. Advanced teachers engaged in a series of professional learning sessions to deepen their understanding and build their coaching skills. RTI's coaching model is grounded in examinations of coaching-related theories, foundational skills for coaching, and effective coaching cycles to build self-efficacy and empower teachers. Advanced teachers also participated in multiple one-on-one instructional coaching rounds in which an RTI facilitator coached the advanced teacher through a real-time coaching cycle with a novice teacher. The Advanced Teaching Roles project not only developed the capacity of educators, but it recognized the value of high-quality educators by providing opportunities for leadership roles and promoting career pathways and development for teacher leaders.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Advanced Teaching Roles | |
|---|---|
| Client | Bertie County Schools and Northampton County Schools |
| Period of Performance | September 2020 to June 2023 |

**TA and Capacity-Building Services to SEAs and LEAs:** The TA focused on empowering LEAs, teacher leaders, and coaches with the skills and knowledge needed to effectively support teachers in their classrooms. The TA focused on the following areas: coaching cycles, reflective listening, high-leverage questioning, data collection, and feedback. Our framework, which provides versatility for general instructional coaching and coaching focused on specific instructional initiatives, allowed us to customize our training and support to meet the individual coaching needs of the LEAs based on district initiatives. Through this project, we worked closely with LEAs to develop strategies to support the scaling of effective program implementation and ensure consistency across the district. The delivery of TA included the development of tools and resources to support LEAs and teacher leaders in effectively implementing intentional coaching cycles to increase teacher capacity and student growth.

**Development of New and Ongoing Partnerships:** RTI actively participates in Advanced Teaching Roles showcase sessions offered by BestNC, the facilitator of Advanced Teaching Roles in North Carolina. RTI serves as a broker to support networking across LEAs who seek additional supports for how to best leverage their teacher leaders to create greater impact and expanded teacher opportunities.

**TA Dissemination:** We showcased our expertise in the field by publishing a book titled *Coaching to Empower Teachers: A Framework for Improving Instruction and Well-Being (2022)* by Fredrica Nash and Catherine Hart. The book is designed to support teachers as learners and leaders in their own classrooms by offering a powerful assets-based coaching framework that capitalizes on teachers' strengths, internal motivation, and professional goals. Our professional learning series was based on the book, creating a versatile framework for general instructional coaching or for coaching focused on specific instructional initiatives such as science, technology, engineering, and mathematics (STEM) and digital teaching and learning. We also wrote a series of research-based briefs that explored how to coach for teacher resilience during the pandemic and the importance of empowering teachers in order to empower students. Additionally, we presented our coaching framework at CoachFest 2023, where participants from across North Carolina and surrounding states came together to analyze various coaching scenarios, explore reasons for perceived displays of resistance or acceptance of coaching by teachers, and practice framing their coaching experiences through stages of change using the CoachED framework.

### *RMC's Past Project with Exceptional TA and Meaningful Partnerships*

| Strengthening and Diversifying the Educator Workforce: CCNetwork Workgroup | |
|---|---|
| Client | U.S. Department of Education Comprehensive Center Program |
| Period of Performance | October 2019 to September 2024 |

**Project Summary:** Through its role in the NCC, RMC led a workgroup composed of RCC staff, federal policy and program leaders, and external partners that collaborated in the development and provision of universal capacity-building services for state and local education leaders. To assist the U.S. Department of Education in meeting its goal of achieving collective impact through the Comprehensive Network, the workgroup leveraged the resources of each participating center and partner organization to create actionable resources and peer-to-peer learning opportunities that address the needs of states and districts as they worked to strengthen and diversify the racial, ethnic, and linguistic compositions of their educator workforces.

**TA and Capacity-Building Services to SEAs and LEAs:** The universal capacity-building services provided by the CCNetwork workgroup included professional learning sessions for state and local education leaders on a variety of topics addressing high needs identified by RCCs and organizational partners. Professional learning sessions featured SMEs, federal policy leaders, and leaders whose initiatives were yielding results and reflected best practices. The focus on Year 1 was to support state and local education agencies in addressing gaps between the racial/ethnic makeup of their teacher workforces and that of their students. With RMC leadership, the workgroup designed and led a session featuring the researchers and authors of *Teacher Diversity: Why Race Matters in the Classroom* followed

| Strengthening and Diversifying the Educator Workforce: CCNetwork Workgroup | |
|---|---|
| Client | U.S. Department of Education Comprehensive Center Program |
| Period of Performance | October 2019 to September 2024 |

by a webinar featuring renowned author and researcher Gloria Ladson Billings on *Culturally Responsive Teaching as a Strategy for Diversifying the Teacher Workforce.* Years 2-3 then focused on *GYO* strategies for creating pathways to the teaching profession. The workgroup designed and led four-part professional learning sessions: *Designing GYO programs; Funding GYO programs; Recruiting and supporting teachers through GYO programs;* and *Evaluating and sustaining GYO programs*. Years 4 through 5 of the work group then focused on Registered Teacher Apprenticeship Programs (R-TAPs). The workgroup expanded partnerships to include the senior policy leaders from the Departments of Labor and Education and intermediaries funded by the Department of Labor (DOL) to support educator apprenticeships, and R-TAP program leaders from Tennessee and New York. The workgroup designed and led a five-part professional learning series for state and education leaders across the education and labor sectors in 2023. The series focused on Getting Started – what you need to know about R-TAPs, Designing R-TAPs, and Implementing R-TAPs. The workgroup conducted a session in May 2024 on Innovations in Educator Preparation Programs and will lead a session on June 11 in collaboration with the ERA Intermediary on Funding R-TAPs. Evaluations conducted after each of the workgroup sessions resulted in participant ratings of high or very for indicators of quality, relevance, and usefulness.

**Development of New and Ongoing Partnerships:** RMC led the formation and expansion of the CCNetwork Workgroup on Strengthening and Diversifying the Educator Workforce based on the RCCs and the needs of the states they serve and the policy and subject matter expertise to address them through capacity-building assistance. We engaged nationally renowned researchers Seth Gershenson, Michael Hansen, and Constance Lindsay, whose research on the importance of teacher racial and ethnic diversity to the long-term success of all students (Gershenson et al., 2021). Gloria Ladson Billings, the foremost expert on culturally responsive teaching, presented and led a panel discussion with students of color. RMC led the outreach and engagement of policy leaders from the U.S. Departments of Education and Labor, DOL funding intermediaries, and R-TAP program leaders who joined the workgroup in 2023 to provide the policy and program expertise needed to provide high-quality capacity-building assistance.

**TA Dissemination:** An online package of the presentations and resources from the GYO series was produced and is available on the CCNetwork website: Cultivating Teacher Talent Through Grow Your Own Programs. The package produced from the R-TAP series Registered Teacher Apprenticeships: Paving the Road to the Teaching Profession is available on the CCNetwork website. These resources include edited video presentations and the material resources associated with each session. Blogs about the packages were written and disseminated through the social media channels of the NCC and the CCNetwork. The NCC regularly monitors the extent to which resources are accessed and downloaded.

## *SERVE's Past Project with Exceptional TA and Meaningful Partnerships*

| North Carolina Social and Emotional Learning Project | |
|---|---|
| Client | North Carolina Department of Public Instruction |
| Period of Performance | 2021 to present |

**Project Summary:** The North Carolina Social and Emotional Learning Project provides resources and TA to state agency staff and local education agencies, to scale up systemic social and emotional learning (SEL). SERVE at UNC-Greensboro has supported this project by facilitating the SEA evaluation and continuous improvement of systemic SEL through the development of data dashboards and facilitating a LEA community of practice.

**TA and Capacity-Building Services to SEAs and LEAs:** The TA and capacity-building services to the SEA and LEAs focused around four objectives: foundational support and planning, adult social-emotional competencies, student SEL, and continuous improvement. This project worked with the SEA to evaluate and improve implementation of systemic SEL and LEAs to develop data dashboards and improve systemic SEL implementation. The TA focused on adult learning theory, the science of learning and development, and implementation science to inform TA content and delivery.

| North Carolina Social and Emotional Learning Project | |
|---|---|
| **Client** | **North Carolina Department of Public Instruction** |
| **Period of Performance** | **2021 to present** |

Focused implementation support was provided to LEAs including creating readiness, making connections between SEL and state/district/school initiatives (e.g., multitiered systems of support, school mental health policy, student engagement, employability, equity, etc.), curriculum selection and academic integration, and data evaluation. TA resulted in the creation of a universal implementation plan for SEL for all participating LEAs. The delivery of TA included an online course, implementation guidance and tools, monthly events, and training.

**Development of New and Ongoing Partnerships:** This project demonstrates SERVE's ability to manage and deliver TA for SEA and LEA stakeholders. Through ongoing facilitation, SERVE fostered core partnerships between participating LEAs, the SEA, and many cross-agency/cross-department entities (e.g., North Carolina Department of Health and Human Services, North Carolina Department of Natural and Cultural Resources, UNC-Charlotte, UNC-Chapel Hill, Communities in Schools of North Carolina, Durham Public Schools Foundation) to develop a streamlined approach to SEL. The project partnerships provided access to targeted content expertise and expanded the capacity of participants to develop and facilitate specific social and emotional TA activities based on their content expertise.

**TA Dissemination:** SERVE deepened the capacity of LEA participants to utilize developed resources for continuous improvement. For example, LEAs indicated a gap in implementation data targeting equity-focused, evidence-based SEL. SERVE then developed a customized LEA data dashboard to visually represent meaningful social and emotional indicators including Teacher Working Conditions, attendance, and discipline. Leveraging the dashboard data, SERVE facilitated cycles of continuous improvement among LEA project participants that resulted in improved local-level implementation plans. Additionally, SERVE supported the SEA coordination of individual LEA showcases and a forthcoming "Emerging Insights in North Carolina" publication to be shared with the field. In July 2024, SERVE will also assist the participating SEA and LEAs in showcasing their innovative approaches and resources by coordinating a statewide Belonging and Wellbeing in Education: North Carolina Showcase that will provide the opportunity to learn directly from project participants.

### *Westat's Past Project with Exceptional TA and Meaningful Partnerships*

| National Comprehensive Center | |
|---|---|
| **Client** | **U.S. Department of Education, Office of Elementary and Secondary Education** |
| **Period of Performance** | **October 2019 to September 2024** |

**Project Summary:** The Comprehensive Centers Program is designed to work closely and collaboratively with state, regional, and local education agencies and schools to enhance their capacity to improve educational outcomes for all students, close achievement gaps, and improve the quality of instruction. The NCC serves as a coordination hub and has significant responsibility for supporting the 19 RCCs and responding to state and regional needs. This work includes providing targeted and universal capacity-building assistance, disseminating information about RCCs and promoting their services nationally, anticipating trends and high-leverage problems emerging from states, and tracking the emergence of new providers of evidence-based services and products, to expand the marketplace of resources available to support improvements in student outcomes.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| National Comprehensive Center | |
|---|---|
| Client | U.S. Department of Education, Office of Elementary and Secondary Education |
| Period of Performance | October 2019 to September 2024 |

**TA and Capacity-Building Services to SEAs and LEAs:** Westat leads the NCC, working with states and 19 RCCs to enhance the quality of instruction, close achievement gaps, and improve educational outcomes for all students. The NCC delivers high quality, timely, relevant, and useful capacity-building services at the universal and targeted levels, working with key education stakeholders to leverage expertise and resources and, ultimately, maximize results. The NCC focuses on needs and trends that are priorities for education policymakers (particularly at the state level) and that could result in substantial improvements for many students, including disadvantaged and low-income students. The NCC is able to address pressing education needs and help ED achieve its cohesive vision for the CCNetwork by (1) building human, organizational, policy, and resource capacity in states and (2) increasing the awareness and use of EBPs related to school improvement.

**Development of New and Ongoing Partnerships:** Leading the NCC demonstrates Westat's success at building strong partnerships and recruiting and retaining experts. Westat leads a large NCC team with numerous partners and national experts, closely collaborates with 19 RCs, and serves as a skilled steward and valued ambassador of the CCNetwork, which serves all 50 states, the Office of the State Superintendent of Education in the District of Columbia, the Bureau of Indian Education, United States territories, and outlying areas.

**TA Dissemination:** The NCC's skilled educators, practitioners, evaluators, and researchers work with communications and dissemination specialists to design and deliver evidence-based services and products and support greater communication, coordination, and collaboration across the CCNetwork. The NCC communications and dissemination team supports both of the NCC's primary tasks: building capacity of clients and recipients and coordinating about the CCNetwork. Throughout Westat's stewardship of the NCC, Westat has built a reputation as a recognized leader delivering award-winning user-centric technologies and effective communications strategies to meet the needs of our audiences and achieve planned outcomes.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

# Appendix A:   Educator Shortage Data and Evidence

**Effective educators are essential for student success.** It is well-established that a well-prepared and highly skilled teacher is the single most important school-based factor for positive student outcomes (Darling-Hammond & Youngs, 2002; Hanushek, 2011; Hattie, 2009; Rockoff et al., 2011). Well-prepared teachers help to bridge education gaps and promote equity (Darling-Hammond & Baratz-Snowden, 2007) and enhance student academic performance and long-term prospects, increasing college attendance and future earning potential (Chetty et al., 2014).

**Teacher quality also includes teacher diversity**. Black[2] educators improve outcomes for Black students (Dee, 2004; Eddy & Easton-Brooks, 2011; Gershenson et al., 2022), and Hispanic educators have similar positive effects on Hispanic students (Carver-Thomas, 2018). Shared language between teachers and students supports Hispanic students' learning, and ethnic matching is associated with improved expectations and academic gains (Downer et al., 2016).

Despite the known value of high-quality educators**, shortages have long plagued the education workforce.** In the past three decades, the teacher attrition rate has risen by at least three percentage points, amounting to about 8% of teachers leaving the profession per year (Carver-Thomas & Darling-Hammond, 2017; Irwin et al., 2024). An additional 8% of the teacher workforce moves between schools annually; combined with attrition rates, this results in a 16% teacher turnover rate nationally (Carver-Thomas & Darling-Hammond, 2017; Irwin et al., 2024). These shortages have persisted and worsened since the COVID-19 pandemic. In the first four months of the pandemic, the United States experienced a loss of 730,000 public education jobs, equal to a 9% decline in employment (ED, 2023a). By June 2023, 635,000 jobs were added, but

---

[2] In general, we refer to racial/ethnic groups with shorthand terms used by the National Center for Education Statistics (2024a).

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*    **ED 000196**

the total employment remains 1.2% below pre-pandemic levels (ED, 2023a). Evidence suggests that shortages will persist in late 2024, particularly in critical shortage areas and high-needs schools.

There is also a disparate lack of educators of color (EOCs) in the workforce. More than half of all students in public schools are students of color, but nearly 80% of teachers are white. EOCs are more likely to work in schools with higher numbers of students of color and leave the workforce at higher rates (Carver-Thomas, 2018; Easton-Brooks, 2014). Despite making up about 20% of the workforce, EOCs leave the profession at a rate 25% higher than their white counterparts (Grooms et al., 2021). This is alarming given that the number of EOCs grew almost three times faster than white teachers between 1988 and 2016 (Ingersoll et al., 2018).

**Educator shortages differ based on certification area.** Educator shortages impact critical areas such as special education and science, technology, engineering, and math (STEM) (Irwin et al., 2023) U), with all 50 states, DC, and most U.S. territories reporting shortages in the 2023–24 school year (U.S. Department of Education, n.d.). In a 2021 letter, the U.S. Secretary of Education emphasized shortages in special education, bilingual education, STEM fields, and career and technical education, noting that the pandemic has worsened these issues. The National Center for Education Statistics (NCES) School Pulse Panel (2024b) shows vacancy rates are twice as high for STEM and three times higher for special education compared with other subjects. For the next school year (2024–25), 51% of schools need special education teachers, 26% need math teachers, and 13% need science teachers (NCES, 2024b). More than half of states face bilingual teacher shortages, especially in areas with the most multilingual learners (Gibney et al., 2021).

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000197**

Shortages of teachers who are highly qualified in their roles (i.e., certified to teach in the area that they are teaching), particularly in these high-shortage areas, are also dire (ED, 2023b). Many states have lowered qualification standards, with over one-third (34%) of teachers entering the profession in 2020–21 not adequately certified (Darling-Hammond et al., 2023). Undercertified teachers are more prevalent in schools with high numbers of students from economically disadvantaged environments, students of color, and English learners (ED, 2016). State data also often underestimate total shortages, omitting teachers uncertified in core subjects, and districts mitigate shortages by canceling courses (Learning Policy Institute, 2018).

**Educator shortages differ based on school context.** Schools with high levels of poverty have experienced significant impacts of teacher shortages. Although some schools have recently seen a reduction in teacher shortages, often attributed to federal funding (between August 2022 and 2023, the percentage of public schools struggling to fill teaching positions slightly decreased from 80% to 79%), schools with fewer students of color and in lower-poverty areas saw greater improvements, while schools with over 75% students of color faced a six-percentage-point increase, and high-poverty schools saw a four-percentage-point rise in teacher vacancies (Wething et al., 2023). These trends highlight worsening disparities in teacher quality.

**Shortages are present in other pivotal educator professions**. Effective principals have nearly as large an impact on students as effective teachers (Grissom et al., 2021). Data from 2020–21 and the following year show that just under 80% of principals stayed at their schools, with 11% leaving the principalship altogether (Taie & Lewis, 2023). A 2021 survey of a nationally representative sample showed that 38% of secondary principals expected to exit the profession within the next 3 years (National Association of Secondary School Principals, 2022).

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**ED 000198**

The same percentage "strongly agreed" that staffing shortages were a problem at their schools, while another 35% "somewhat agreed."

Racial/ethnic diversity among principals is associated with increased diverse teacher retention, greater job satisfaction, and positive trends in outcomes for students of color (Bartanen & Grissom, 2019; Grissom & Keiser, 2011; Grissom et al., 2021; Viano & Hunter, 2017). The principal workforce has also not kept pace with the changing demographics of student populations. In the 2020–21 school year, 77% of principals identified as *White non-Hispanic*, while 10% identified as *Black or African American non-Hispanic* and 9% as *Hispanic regardless of race* (Taie & Lewis, 2022). Gaps in representation between the share of Hispanic students and Hispanic principals are especially large (an 18% gap in 2016) (Grissom et al., 2021).

For students with mental health needs, there are not enough clinicians, school counselors, school psychologists, or mental health professionals. The National Council for Behavioral Health reports that more than to quarters of all counties in the United States now face a severe shortage of behavioral health staffers, particularly in rural areas (Paustic, 2024). A 2023 School Safety Survey found that 78% of respondents said the mental health needs of their student population have increased since returning after COVID (Campus Safety Magazine, 2023). Concerningly, over 50% said they are not fully equipped to assist with the mental health-related needs of their students.

Finally, critical shortages of paraprofessionals are ever present and growing. In one state, districts on average posted twice as many job openings for paraprofessional roles as for teaching roles (Goldhaber et al., 2022). A recent study reported that 23% of paraprofessionals in Washington State left their role in the 2021–22 school year, a significant increase from only 8% leaving in the 2008–09 school year (Theobald et al., 2023). During this time, the ratio of

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

paraprofessionals to students dropped from 100:1 to 75:1 in 2021–22, despite evidence that smaller ratios have significant impacts on student achievement (Helmet et al., 2021).

Section A of this proposal, Significance, discusses multiple causes and short-term solutions. Federal investments acknowledge the need to address the critical educator shortage, addressing the causes related to attracting, preparing, and retaining educators. The Department of Education's "Raise the Bar" initiative calls to "eliminate the teacher shortage for every school by ensuring that schools are appropriately staffed, paying educators competitively, and strengthening pathways to the profession" (ED, 2023a). The Application Notice reflects this call, with a National Comprehensive Center Network, organized as a national center, regional centers, and content centers. The Educator Workforce Content Center is primed to improve the system with its focus on providing all students with highly qualified educators across the P-12 continuum. Our Center for Resources for the Educator Workforce will address the high-leverage educator shortage problem by providing technical assistance to Regional Comprehensive Centers, state education agencies, regional education agencies, tribal education agencies, and local education agencies and maximizing federal resources to reduce client and recipient burden.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

# Appendix B:   Biographies of CREW's Subject Matter Experts

**Dr. Rashad Anderson** serves as Director and Associate Professor in the School of Education at Metropolitan State University of Denver and as National Expansion Coordinator for the Call Me MiSTER Teacher Leadership Program. He holds a BS in music education from South Carolina State University and a master's in education from the University of South Carolina, where he also earned a PhD in educational foundations and inquiry. His research focuses on school discipline and social justice issues in education. Dr. Anderson authored "Wassup with all the Black Boys Sitting in the Principal's Office" (2019) and "Doing Something About It! A Guide to Building a School-Based Mentoring Program" (2020). He has spoken at over 100 education conferences and was the keynote speaker at the Department of Education in 2019. Dr. Anderson has received numerous awards, including the Call Me MiSTER Trailblazer award and the South Carolina Black Male Achievement Man of the Year award. He is involved in Phi Mu Alpha Sinfonia Fraternity, Alpha Phi Alpha Fraternity, and the Colorado Men of Color Collaborative, demonstrating his commitment to education and equity.

**Kwamé A. Floyd** is the founder and Executive Director of the Teacher Apprenticeship Network. Working with community-based organizations, Mr. Floyd successfully designed and launched New Jersey's first registered teacher apprenticeship program. He has held leadership roles in both charter organizations and traditional school districts across the country. He was the founding director of the Philadelphia Teacher Residency program and has served as a Strategic Operations Officer with the New Jersey Department of Education. Mr. Floyd was previously an advisor focusing on Black male engagement at the Obama Foundation's My Brother's Keeper Alliance. He has also held leadership positions with national organizations such as Teach For America and Leadership for Educational Equity. Mr. Floyd holds a bachelor's degree in human

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

ED 000201

development and family studies from The Pennsylvania State University and a master's degree in organizational leadership from Columbia University.

**Amaya Garcia, MPP**, is the Director of PreK–12 Research and Practice with the Education Policy program at New America. Ms. Garcia is a national expert on Grow Your Own (GYO) educator programs and policies. She leads New America's Grow Your Own Educators National Network, a professional learning community for GYO programs across the country. She also conducts research and analysis on English learner policy, bilingual teacher preparation and career pathways, bilingual education, and early education. Before joining New America, Ms. Garcia was a policy analyst at the District of Columbia State Board of Education and a research associate at the American Institutes for Research. She has worked in a variety of research labs, conducting studies on school finance, reading comprehension, infant learning and memory, and early language development. She has authored numerous blog posts, policy reports, and academic articles. Ms. Garcia's work and commentary have been featured in a variety of publications, including *Education Week*, *U.S. News & World Report*, *Kappan* magazine, the *Boston Globe*, the *Philadelphia Inquirer*, *Chalkbeat*, *Journal of Career Development*, *Diverse Issues in Higher Education*, and the *Handbook of Research on Teachers of Color and Indigenous Teachers*. Ms. Garcia holds a master's degree in public policy from the University of Maryland–College Park, a master's degree in cognitive studies in education from Teachers College, Columbia University, and a bachelor's degree in English and psychology from the University of Iowa.

**Cynthia Jacquet** is an Assistant Principal at Sierra High School in Colorado Springs with 10 years of experience in education. Her mission is to help every student reach their maximum potential by addressing systemic issues in student and educator support programs. As board

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

president of Colorado State Affiliate of ASCD, she focuses on developing teacher efficacy through microcredentials in leadership, advocacy, and equity. The goal is to serve every Colorado learner through innovative events, resources, and networking opportunities. Ms. Jacquet is also president of Educating Children of Color (ECOC), which supports students of color and those in poverty with year-long leadership training and college or workforce preparation. ECOC hosts events to address bias and promote justice through an annual Summit Conference and Diversity University that provides training for educators, parents, and youth-support professionals. ECOC also collaborates with other organizations, Colorado Men of Color Collaborative and The Black Educators Network, to address recruitment and retention of educators of color to help diversify Colorado's teacher workforce.

**Dr. Chance Lewis** is the Distinguished Professor of Urban Education at The University of North Carolina at Charlotte. Additionally, Dr. Lewis is the Executive Director of the University of North Carolina at Charlotte's (UNC Charlotte) Urban Education Collaborative, which is publishing a new generation of research on improving urban schools. Dr. Lewis received his BS and MEd in business education and education administration from Southern University in Baton Rouge, Louisiana. Dr. Lewis completed his doctoral studies in educational leadership/teacher education from Colorado State University in Fort Collins, Colorado. Dr. Lewis currently teaches graduate courses in the field of urban education at the UNC Charlotte. His experiences span the range of K–12 and higher education. From 2006 to 2011, Dr. Lewis served as the Houston Endowed Chair and Associate Professor of Urban Education at Texas A&M University. From 2001 to 2006, he served as an assistant professor of teacher education at Colorado State University. During 1994 to 1998, Dr. Lewis served as a business education teacher in East Baton Rouge Parish Schools (Baton Rouge, Louisiana), where he earned Teacher of the Year honors in

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

1997. Dr. Lewis has over 100 publications including 70+ refereed journal articles in leading academic journals in the field of urban education.

**Dr. Francesca López** is the Waterbury Chair in Equity Pedagogy in the College of Education at The Pennsylvania State University. Dr. López began her career in education as a bilingual (Spanish/English) elementary teacher and later as a high school counselor in El Paso, Texas. Dr. López has collaborated with district leadership and educators to develop practice-based professional development to foster asset-based pedagogy in K–12 settings. Dr. López has expertise in asset-based pedagogy, bilingualism, and identity development of Latinx students. She also has expertise in school–university partnerships and professional learning and professional development aimed at enhancing educator knowledge, skills, and self-efficacy as they pertain to asset-based pedagogy.

**Dr. Carlas McCauley** serves as Associate Professor in the Education Leadership and Policy Studies Department and Associate Dean for Research and Sponsored Programs at Howard University, where he teaches courses on education policy and school finance and financial management. Dr. McCauley has worked with states, schools, and districts to lead action-oriented research projects designed to create educational opportunities for all students through policy and practice. Dr. McCauley has served as a principal investigator across multiple grants totaling over $10 million. He has led a federally funded national research center and a university-led research center supported with both federal and private funding. From 2007 to 2014, he worked at the U.S. Department of Education in Washington, DC, which gave him a deep understanding of national trends in education, school improvement efforts, and the inner workings of legislative policies influencing local school districts. McCauley earned his BA at St. Louis University, his

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

MS in education policy from the University of Southern California, and his EdD in leadership and policy from the University of Southern California.

**Colleen McDonald** is a lifelong educator, a National Board Certified Teacher, and Executive Director of TEACHMEducation Services. Ms. McDonald served for three decades in public education, where she held multiple roles including teacher, teacher leader, administrator, grant writer, curriculum writer, and elected school board member. Ms. McDonald supports education at the state and national level through current partnerships with Pathways Alliance, CCNetwork, and RTI, the U.S. Department of Labor (DOL) intermediary for educator registered apprenticeships. She previously worked statewide as a Strengthening Educator Effectiveness and Development director, a member of the New York State (NYS) Professional Standards and Practice Board for Teaching, and a member of the NYS Commissioner's Advisory Council. As a subrecipient of an Apprenticeship Building America federal DOL grant, TEACHMEducation is leading the NYS Educator Workforce Development HUB to help districts and others establish registered apprenticeship programs to meet workforce challenges.

**Dr. Hardy Murphy** is a Clinical Associate Professor of Urban Education Leadership at Indiana University–Indianapolis. Dr. Murphy also served as Co-Director of the Indiana Teacher Appraisal System of Supports. Before these positions, Dr. Murphy was a school superintendent for 14 years, where he focused on strategies to achieve equity and eliminate the achievement gap. Dr. Murphy developed and implemented district-wide inclusion and dual language immersion initiatives, created an African Centered education option within the district curriculum in a suburban school setting, and eliminated pullout programs to ensure all students accessed the general education curriculum. Dr. Hardy's district was also one of only a few districts combining student growth into the teacher evaluation system before its requirements in

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000205

Race to the Top. Dr. Hardy's academic career includes an array of research interests, publications, reports, and evaluations at the local, state, and local levels focusing on charter school effectiveness, teacher evaluation, implementation science, and inclusion. Additionally, Dr. Hardy has served as a state grant principal investigator and as key advisor for federal and state grants. He has conducted program reviews at the district and school level and served as external evaluator on a national Office of Special Education Programs grant. As a licensed psychologist, Dr. Hardy practiced as a school psychologist and as a clinician in an inner-city medical clinic.

**Dr. Jonathan Payne** is Director of the Center for Apprenticeship and Work-Based Learning at Jobs for the Future (JFF), where his work focuses on youth apprenticeships and educator apprenticeships. Before joining JFF, Dr. Payne served as a field biologist, a preservation and restoration carpenter, and a high school teacher of chemistry and engineering. He holds a BS in marine biology, an MS in teaching and learning, and a PhD in public policy with a concentration in educational leadership.

**Dr. Allen Pratt** is the Executive Director of the National Rural Education Association. He has served in this role since 2017. His work focuses on providing a unified voice for rural schools and communities. His past efforts have included workforce development, school reform, professional learning communities, and rural education initiatives. Dr. Pratt has served as a high school science teacher and coach, high school principal, assistant superintendent/curriculum director, executive director of the Tennessee Rural Education Association, executive director of the East Tennessee Center of Regional Excellence for the Tennessee Department of Education, and rural outreach liaison for Lincoln Memorial University.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000206

**Dr. Jessica Swanson** is an independent consultant who works with organizations on strategy, supporting leaders to maximize resources for students. She previously served as Senior Fellow at the Edunomics Lab at Georgetown University, where she conducted and shared research and provided technical assistance to local and state education agency leaders. Before joining the Edunomics Lab, she served as Deputy Chief, Finance at DC Public Schools, where she oversaw the district's resource allocation, budget development, and grants administration and compliance. Earlier, Dr. Swanson also served in several other roles at DC Public Schools, TNTP (formerly The New Teacher Project), and DC Prep. She began her career teaching social studies to middle school students as a Teach For America Corps member. Dr. Swanson holds a doctorate in education from the University of Virginia.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

# Appendix C:   Additional Past Projects with Partnerships

| | |
|---|---|
| Forensics Training and Technical Assistance | 2022 to 2026 |
| *All of Us* Research Program Engagement and Retention Innovators Award | 2020 to 2025 |
| Aspire Teacher Preparation Program | 2020 to 2025 |
| RESULTS Migrant Education Program | 2016 to 2025 |
| National Sexual Assault Kit Initiative (SAKI) Training and TA Program | 2015 to 2025 |
| Defense STEM Education Consortium | 2019 to 2024 |
| NWEA Teacher Advisor | 2020 to 2020 |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

ED 000208

| Forensics Training and Technical Assistance | |
|---|---|
| **Client** | U.S. Department of Justice, Bureau of Justice Assistance |
| **Period of Performance** | October 2022 to September 2026 |

**Project Summary:** The Forensics Training and Technical Assistance (Forensics TTA) Program, led by RTI in partnership with subject matter experts (SMEs), practitioners, and researchers, offers expertise and assistance to grantees of the Bureau of Justice Assistance (BJA) Forensics Programs. In alignment with BJA's mission to enhance public safety by supporting jurisdictions across the United States to overcome challenges faced by the criminal justice system, the Forensics TTA Program aims to improve the quality of forensic science services performed by the BJA Forensics Programs grantees through innovative solutions that embody development, technology, information sharing, training, and best practices resource development. By enhancing the services provided by these grantees, the Forensics TTA Program seeks to empower grantees to meet current challenges in forensic science and increase public safety across the nation. The Forensics TTA Program supports grantees with meeting strategic goals and objectives, implementing national recommendations into policy, enhancing capacity, and fostering sustainability through the implementation of new technologies to enhance existing policies and practices. This assistance is accomplished by offering a variety of services including proactive engagement with grantees to develop materials based upon agency needs, training and educational sessions (e.g., webinars and working groups) developed by SMEs, remote guidance on forensic-related issues, assistance in increasing site capacity, and efforts to translate evidence-based lessons to the field.

**TA and Capacity-Building Services to LEAs and SEAs:** The Forensics TTA Program provides resources and services to directly support state and local site-based grantees awarded under BJA's various forensic science grant programs, composed of an estimated 500+ active grantees. Providing TTA to grantees from multiple forensic programs requires the ability to serve and tailor TA to various disciplines across both small and large programs and the ability to maximize strategies applicable across programs while also addressing unique program needs. RTI is a trusted TTA partner to BJA and has built upon the knowledge gained from leading the National Sexual Assault Kit Initiative TTA program to assist the Forensics TTA Program grantees with implementing sustainable policies aligned with national recommendations and best practices. RTI's demonstrated TTA model combines evidence-based solutions and practitioner-based strategies resulting in TTA resources that are practitioner-centric and easily implemented. These resources will support grantees with creating sustainable approaches for the provision of forensic services. As a respected partner to the criminal justice, medical examiner and coroner, and crime laboratory communities, RTI understands that grantees must address multiple capacity enhancement demands and, therefore, creating cohesive strategies to support forensic testing of casework, laboratory capacity enhancement, and implementation of emerging technologies is often met with challenges at the discipline, agency, and interagency level. To address these challenges, RTI's TTA model includes principles that support development, technology, information exchange, and capacity enhancement, such as the creation of a sustainable multidisciplinary team that helps improve partner relationships, enhances strategic planning and capacity-building, and allows grantees to operate more efficiently; an understanding of case connectivity and how this can influence forensic testing strategies; training on advanced DNA methodologies that present new opportunities to resolve cases; and development of sustainable policies and best practices.

**Development of New and Ongoing Partnerships:** RTI's respected relationships within the forensic science and criminal justice communities have helped us identify experts and practitioners from within the field, including representation from national forensic science organizations (such as ANSI National Accreditation Board and American Board of Forensic Toxicology), AEquitas, the International Association for Identification, the International Association of Coroners and Medical Examiners, and the Federal Bureau of Investigation to help identify trends within the field, assist with prioritizing TTA needs and learning objectives, and inform Forensics TTA Program staff with plausible solutions to grantee challenges. Through RTI's experience supporting forensic science and criminal justice communities, we have also established a cadre of subject matter experts consisting of veteran and newly identified experts from multiple disciplines who have the knowledge and stature to create relevant TTA materials addressing grantee challenges across the forensic programs.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

| Forensics Training and Technical Assistance | |
|---|---|
| Client | U.S. Department of Justice, Bureau of Justice Assistance |
| Period of Performance | October 2022 to September 2026 |

**TA Dissemination:** Our TTA team has the proven skill set to successfully (1) conduct in-person and virtual TTA events, including conferences, working groups, and webinars, even for large numbers of attendees; (2) schedule, organize, market, and oversee training events, including providing continuing education credits; and (3) highlight and disseminate TTA events, metrics, and successes through website and social media engagement plans. Our TTA strategy is scalable, allowing for potential cost savings so that, in collaboration with BJA, we can respond to emerging priorities.

The Forensics TTA team recognizes that collecting and reporting performance metrics can support strategic planning for program success. Comprehensive collection of performance metrics informs stakeholders, demonstrates impact, and justifies continued program support; it also gives BJA transparency in the use of its program dollars. RTI helps BJA accurately assess both the Forensics TTA Program and the existing forensic programs through complete and accurate metric and data collection that highlights impact. RTI has designed internal systems and processes to ensure rigorous collection of required metrics for each TTA engagement. These systems are scalable to project needs and grantee demands. RTI also has processes to regularly update BJA's National Training and Technical Assistance Center portal with TTA engagements and deliverables to ensure real-time data to share with BJA's TTA College.

| *All of Us* Research Program Engagement and Retention Innovators Award | |
|---|---|
| Client | National Institutes of Health |
| Period of Performance | September 2020 to August 2025 |

**Project Summary:** The *All of Us* Research Program aims to recruit and engage at least one million people across the United States to help build one of the most diverse health databases in history. The program is set up as a large, complex consortium and welcomes participants from all backgrounds. The goal is for researchers to use participant data to learn how biology, lifestyle, and environment affect health and, ultimately, to treat and prevent disease. RTI serves as an Engagement and Retention Innovator and collaborates with other consortium members and awardees to research, design, deliver, and evaluate multicultural, experiential learning engagements for communities and providers, specializing in digital engagement modes. In addition, RTI collaborates with other consortium members to support researcher engagement so that researchers underrepresented in the biomedical workforce can analyze the *All of Us* dataset. To support research engagement, RTI developed and is implementing the *All of Us* Researcher Academy, which provides coursework, training, and technical assistance for data analysis, publication, and grant writing through a variety of mediums.

**TA and Capacity-Building Services to SEAs and LEAs:** RTI has used an equity-centered approach to develop and implement the *All of Us* Researcher Academy. As part of the Academy, RTI has (1) created a highly diverse national learning network of students, postdoctoral scholars, and faculty members focused on using *All of Us* participant data made available through the Researcher Workbench (RW) application; (2) provided Academy members with customized training and TA in topics that facilitate RW use; and (3) developed structured activities for trainee cohorts to build professional and social networks and relationships. The TA includes bimonthly webinars, Academy coursework, student internships, and postdoctoral or faculty scholarships designed to build interest, skills, and capacity to use the RW.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

**ED 000210**

| *All of Us* Research Program Engagement and Retention Innovators Award | |
|---|---|
| Client | National Institutes of Health |
| Period of Performance | September 2020 to August 2025 |

**Development of New and Ongoing Partnerships:** Because the *All of Us* consortium is exceptionally large, RTI was not required to develop new partnerships to accomplish this work. However, RTI has collaborated with many organizations in the consortium to accomplish various workstreams and milestones. For example, RTI collaborated with Stanford University to develop digital strategies and tools to better engage LGBTQIA+ community members with the program, resulting in story-based videos depicting researchers, community members, and participants talking about the program, and three web-based tools to help explain the program and research concepts in English and Spanish. In addition, RTI collaborated with the Delta Research and Educational Foundation to adapt some of these web-based tools for the African American community. As part of the Researcher Academy, RTI participates in monthly calls to support the program's outreach and strategy for engaging Historically Black Colleges and Universities and other Minority-Serving Institutions. These calls typically include 10 or more organizations that are collaborating to conduct outreach, build capacity, and coordinate TA efforts. Collaboration and relationship-building are the core of our work on the *All of Us* project.

**TA Dissemination:** As part of the development and dissemination of the story-based videos described above, RTI developed promotional tool kits in English and Spanish, which are available to all consortium members who would like to use, promote, and disseminate the videos to engage researchers or community members. The tool kits provide the videos in different formats and sizes and include social media posts for Facebook, X, and Instagram to support consistent messaging during dissemination. Social media metrics will be tracked to capture impressions and downloads. To support the Researcher Academy, RTI has used the RTI-developed Amaze platform to house and disseminate synchronous and asynchronous courses that have been attended by 334 course participants to date. Amaze was originally developed to support sharing of educational curricula and communications among teachers. It is similar to a private social media site that can house, share, and disseminate a variety of media. In addition, RTI developed the award-winning *Connections* newsletter, disseminated quarterly to 680 subscribers, to conduct outreach and build awareness for our TA activities.

| Aspire Teacher Preparation Program | |
|---|---|
| Client | In-service, noncertified teachers |
| Period of Performance | October 2020 to June 2025 |

**Project Summary:** The Aspire Teacher Preparation (Aspire) program at RTI International is a state-certified residency educator preparation program (EPP) that prepares in-service, noncertified teachers to teach in core subject areas of science, mathematics, English, and social studies, and career and technical education in grades 6–12. North Carolina's residency model requires teachers to enroll in an EPP to learn the necessary pedagogy to teach effectively while serving as a full-time teacher of record in a public school unit. Aspire's residency program pathways are designed to increase the educator preparation outcomes for teachers of color and those who teach in traditionally underserved schools (e.g., rural, Title I, alternative). The three core components of the program, (1) culturally affirming curriculum, (2) competency-based approach to learning, and (3) dedicated coaching, support enrolled educators in improved classroom learning and teaching, program completion, and successful submission and completion of the edTPA. The edTPA is a performance-based, subject-specific assessment to measure and support the skills and knowledge that teachers need in the classroom.

**TA and Capacity-Building Services to SEAs and LEAs:** Aspire cohorts are developing teachers to be highly effective learning and teaching professionals. Teachers who complete Aspire continue working in local education agencies with a greater understanding and ability to apply classroom management, culturally responsive practices, data analysis, advocacy and leadership, digital literacy, technology, and universally designed instructional skills.

**Development of New and Ongoing Partnerships:** As new teachers enroll, the program enters into a memoranda of understanding with the district to provide ongoing support. Additionally, program staff work with districts with potential enrollees to determine how the program might support groups of candidates.

**TA Dissemination:** None at this time.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*
ED 000211

| RESULTS Migrant Education Program | |
|---|---|
| Client | U.S. Department of Education, Office of Elementary and Secondary Education, Office of Migrant Education |
| Period of Performance | October 2016 to March 2025 |

**Project Summary:** Over the past 8 years, RTI has worked with the Office of Migrant Education (OME) to support the Migrant Education Program (MEP). The goal of MEP is to ensure that all migratory students reach challenging academic standards and graduate with a high school diploma (or complete a high school equivalency) that prepares them for responsible citizenship, further learning, and productive employment. Migratory children face tough challenges that disrupt their educational experiences, including frequent movement between states; differences among the curricula, graduation requirements, and other achievement standards within states; and other potential obstacles such as cultural and language barriers, social isolation, and health-related problems.

**TA and Capacity-Building Services to SEAs and LEAs:** RTI provides subject matter expertise and TA to grantees, coordinates annual national meetings, and facilitates topic-specific communities of practice with state directors and their teams.

**Development of New and Ongoing Partnerships:** Through these project activities, RTI has developed a strong working relationship with OME staff and MEP state directors and staff. RTI continues to support OME's mission and extends the services, tools, and coordination activities to a broad group of MEP stakeholders nationwide.

**TA Dissemination:** RTI also designed, built, and now maintains the Interstate Coordination (RESULTS) website based on stakeholder needs and user feedback. The RESULTS website was created for OME to provide information, tools, and resources to promote interstate coordination of migrant programs throughout the country. RTI manages the site content and technical cloud-based federal infrastructure, ensures that new features and tools are incorporated in a timely manner, and maintains the site's accessibility.

| National Sexual Assault Kit Initiative (SAKI) Training and TA Program | |
|---|---|
| Client | U.S. Department of Justice, Bureau of Justice Assistance |
| Period of Performance | October 2015 to March 2025 |

**Project Summary:** The National Sexual Assault Kit Initiative (SAKI) is a comprehensive training and technical assistance (TTA) program that aims to create a coordinated community response that ensures just resolution to sexual assault cases. The SAKI program provides funding through a competitive grant process to support the jurisdictional reform of approaches to sexual assault. SAKI grantees work to create multidisciplinary teams that will address issues surrounding sexual assault response, more specifically around testing previously unsubmitted sexual assault evidence kits (SAEK/SAK), case closure practices, and investigative protocols to support prosecutorial outcomes. This program is administered through the Bureau of Justice Assistance (BJA).

**TA and Capacity-Building Services to SEAs and LEAs:** As the contracted TTA provider for the SAKI program, RTI's project team provides a myriad of TTA services to grantee sites. The overall goal of the TTA program is for sites to create sustainable practices around evidence processing and testing of SAEKs, investigation and prosecution of sexual assault, and the support of victim-survivors. Furthermore, the project team has structured its TTA efforts into core focus areas, including guidance on sustainable best practices for multidisciplinary response, law enforcement, prosecution, sexual assault nurse examiners, forensics and crime analysis, forensics and crime analysis, victim and family advocacy, and case management. These focus areas inform all national and site-specific TTA opportunities, including webinars, project publications and resources, grantee/agency assessments and performance monitoring, and all other TTA requests as approved by the client.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED_000212

| National Sexual Assault Kit Initiative (SAKI) Training and TA Program | |
|---|---|
| **Client** | U.S. Department of Justice, Bureau of Justice Assistance |
| **Period of Performance** | October 2015 to March 2025 |

**Development of New and Ongoing Partnerships:** This project demonstrates RTI's capacity to develop new partnerships as well as maintain ongoing relationships with fellow agencies and professionals in the field. At the outset of SAKI implementation, the project team had secured a core group of national partners to help the team in their TTA efforts. Since then, the list of participating national partners has increased from five to seven agencies. Furthermore, in 2017, the SAKI team expanded to include a formal partnership between BJA, RTI's TTA team, and the Federal Bureau of Investigation's Violent Criminal Apprehension Program, which addresses the role of criminal intelligence and analysis efforts in the investigation of sexual assault. Additionally, the subject matter expert (SME) pool used by the project team has been successfully maintained in terms of disciplines represented in the cadre, with the only exception in turnover being for specific individuals. Lastly, the project demonstrates RTI's ability to move beyond the formalized partnerships listed in proposal documents and speaks to the team's ability to create formal and informal networks between direct service providers, grantee sites, and other SMEs that support the programmatic goals of the SAKI initiative.

**TA Dissemination:** The SAKI TTA project team has developed an extensive library of project deliverables and TTA resources associated with this project. This includes but is not limited to SAKI webinars, roundtable discussions, the SAKI virtual academy, and the SAKI toolkit. Additionally, the project team has developed numerous publications and briefs for the field, all of which are publicly available via the external facing project site. These publications address several topics including investigative recommendations, resources for practitioners and survivors, and even cold case considerations. Lastly, this project demonstrates RTI's capacity to deliver high-quality TTA services to a high volume of grantee sites. At the time of this summative report, over 90 SAKI sites have received TTA from RTI's project team.

| Defense STEM Education Consortium | |
|---|---|
| **Client** | Department of Defense |
| **Period of Performance** | March 2019 to August 2024 |

**Project Summary:** Aligned to the Federal STEM Education Strategic Plan, the Defense STEM Education Consortium (DSEC) is a collaborative partnership between academia, industry, not-for-profit organizations, and government that aims to broaden science, technology, engineering, and mathematics (STEM) literacy and develop a diverse and agile American workforce. DSEC focuses on five consortium fundamentals to which all programming aligns: engage students in meaningful STEM experience, serve military-connected and underrepresented students, connect to the DoD STEM workforce, leverage the network as a force multiplier, and evolve the approach based on data. RTI is the prime contractor, responsible for developing the overall strategic plan; developing and executing a comprehensive communication strategy for DoD STEM; consortium oversight; compliance monitoring; communications and outreach; and financial management for over 20 subawardees and subcontractors. RTI also manages organization of consortium partner selection and STEM program alumni studies. Each year, new partners are brought into the consortium through a competitive application process based on their ability to innovatively address the five fundamentals of DSEC. Existing partners also adapt their scopes of work to best match the evolving needs and priorities of DoD STEM.

**TA and Capacity-Building Services to SEAs and LEAs:** DSEC supports four regional hubs across the nation and provides TA to these hubs to align national and regional STEM learning opportunities mapped to local economic development priorities. RTI supports the hub leads to perform a landscape analysis to determine which of their partners are operating within which school districts. This process illuminates gaps in STEM services, thus supporting hub leads to better funnel appropriate opportunities to schools in need.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Defense STEM Education Consortium | |
|---|---|
| **Client** | **Department of Defense** |
| **Period of Performance** | **March 2019 to August 2024** |

**Development of New and Ongoing Partnerships:** RTI has developed many partnerships to support the consortium. We have joined the STEM Opportunity Alliance facilitated by the American Association for the Advancement of Science to support a national strategy for STEM equity and excellence. We have also joined the Alliance for Learning Innovation Coalition to advocate for increased funding in education research. We have added STEM practitioner organizations to our Advisory Board to provide recommendations for programming and critique our strategy. We invite leading experts and organizations to every consortium meeting so that members can hear about new research, strategies, and partnerships.

**TA Dissemination:** RTI has a comprehensive communication and dissemination plan that includes creating and managing the DoD STEM website, impact page, annual project reports, conference presentations at both researcher and practitioner conferences, press and news stories, blogs, in-person exhibitions, and social media.

| NWEA Teacher Advisor | |
|---|---|
| **Client** | **Northwest Evaluation Association (NWEA)** |
| **Period of Performance** | **January 2020 to August 2020** |

**Project Summary:** This project focused on using IBM Watson to connect teachers to quality curriculum plans based on MAP growth data. This project was part of a larger partnership between IBM and the Northwest Evaluation Association (NWEA). The goal was to support teacher leaders in generating curriculum suggestions from a variety of curricular resources to deliver a more seamless experience leveraging artificial intelligence to provide an experience that delights teachers and impacts kids. Educators often struggle to differentiate instruction for all students because time is limited, and they must pull resources from a variety of places. Educators need and deserve an easy and integrated way to tap a variety of high-quality curricular core/supplemental resources, leveraging assessment data produced from MAP growth data. Currently, educators must access resources through individual portals and sites, and it is unclear whether the curriculum selected aligns with and is informed by student needs. The proposed solution provides teachers with a free lesson plan recommendation tool using artificial intelligence (AI) to curate relevant, high-quality core curriculum lesson plans differentiated by MAP growth, RIT (Rasch Unit) scores and connected to teacher advisor content.

**TA and Capacity-Building Services to SEAs and LEAs:** .RTI provided targeted TA through professional learning in virtual and onsite settings to LEAs and supported LEAs with needs sensing and reporting requirements.

**Development of New and Ongoing Partnerships:** RTI built strong professional relationships with the project teams at IBM and NWEA to coordinate efforts to support this work.

**TA Dissemination:** Teacher leaders shared their learning in their district and reported back to RTI the feedback received from the teachers they supported in their LEAs.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

ED 000214

# Attachment 1.  Resumes

## RTI International

| | |
|---|---|
| Fredrica Nash, EdD | Co-Project Director |
| Robin Wisniewski, PhD, NCSP | Co-Project Director |
| Kayla Siler, MPA, PMP | Task 1 Lead: Project Planning |
| Meghan Doyle, EdD, SPHR | Task 2 Lead: Capacity-Building Services |
| Demond McKenzie, EdD | Lead TA Specialist for Universal Capacity-Building |
| Frank McKay, EdD | Lead TA Specialist for Targeted Capacity-Building |
| Kersh Naidu, EdD | Task 3 Lead: Engagement, Communication, and Dissemination |
| Kyle Canuette, MPA, MSEd | Lead Dissemination Specialist |
| Yihua Hong, PhD | Task 4 Lead: Performance Management and Evaluation |
| Jennifer Preston, PhD | Task 5 Lead: Personnel Management |

## Consultants

| | |
|---|---|
| Carol Keirstead, EdD (RMC) | CCNetwork Communication Specialist |
| Beth Rice, EdD (SERVE) | Educator Wellbeing Specialist |
| Jackson Miller, MPP (Westat) | Educator Compensation Specialist |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document.*

ED 000215



# FREDRICA M. NASH

## Summary of Professional Experience

Dr. Fredrica M. Nash leads RTI International's Center for Education Technical Assistance. She has a strong background in learning and teaching, educator development, and coaching. She currently serves as the program director for Aspire Teacher Prep at RTI International, an alternative teacher residency preparation program approved in North Carolina. Before leading an alternative preparation program, Dr. Nash provided capacity-building services for two Grow Your Own (GYO) programs. She co-designed and supported the program structure, curriculum design, recruitment, and state education agency (SEA) approval of a regional GYO program. Additionally, she provided capacity-building support to the regional GYO through a professional learning series on coaching to district- and school-level coaches working with GYO teachers. She facilitated needs sensing and root-cause analysis with a Regional Education Service Alliance (RESA) to determine if a consortium of rural districts could sustain a GYO program. She convened human resources professionals, faculty at institutions of higher education (IHEs), superintendents, and mentors among other stakeholders.

Dr. Nash serves as project director for technical assistance for the North Carolina Department of Public Instruction (NCDPI) ESF-REM grant, for which RTI provides technical assistance and communication support to public school units (PSUs) across the state, building educator preparation for future learning disruptions. Additionally, Dr. Nash serves as project director for a Department of Justice, Bureau of Justice Assistance, STOP School Violence grant, leading a team and providing direct technical assistance to rural local education agencies (LEAs) in decreasing incidences of crime and violence through social and emotional learning. As a practitioner researcher, Dr. Nash focuses on educator agency and learning, the social context of learning for students and teachers of color, and asset-based pedagogies. She has served in a variety of instructional and coaching roles throughout her career. She has designed and delivered presentations at state, national, and international conferences on coaching, teacher preparation and retention, social and emotional learning, project-based learning, and asset-based pedagogies. Before joining RTI, Dr. Nash was a high school biology teacher, instructional coach, education consultant, and director of coaching services. She has coached preservice, new, veteran, and alternative-entry teachers throughout her career, focusing on the development of instructional capacity. Dr. Nash is a former NC Teaching Fellow, Kenan Fellow, and New Tech Network teacher. She is passionate about the empowerment of educators and school staff to make a difference in the lives of students across all domains of learning, teaching and well-being.

## Education

EdD, Curriculum and Instruction, George Washington University, Washington, DC, 2022.
MA, Teaching, University of North Carolina at Chapel Hill, Chapel Hill, NC, 2007.
BS, Biology, University of North Carolina at Chapel Hill, Chapel Hill, NC, 2006.

## Certifications and Licenses

North Carolina Professional Educator's License
    SP2 Standard Professional I General Science (Grades 9–12)
Certified Critical Friends Group Coach, The National School Reform Faculty
Nurtured Heart Approach Certified Trainer (2022)
Youth Mental Health First Aid Instructor (2021)

## Selected Project Experience

***Rethink Education*** (2021 to date)—*Program Director*. Funded by NCDPI, deployed and managed 30 technical assistance teams to provide capacity building services to 30 LEAs across the state. Leads the recruitment, exploration of needs, and assignment of teams to partner districts. Collaborated with the SEA during planning before the deployment of technical teams, serving as project manager, professional development curriculum developer, contract negotiator, and hiring support. The project is designed to provide COVID-recovery support to PSUs in the state in the areas of blended-learning models, access to high-quality K–8 content, and customized technical assistance. RTI provides technical assistance in strategic consulting, leadership and educational coaching, family and community engagement, and instructional quality.

***All Hands on Deck in Rural Communities*** (2020 to date)—*Program Director.* In 2020, the Department of Justice, Office of Justice Programs, Bureau of Justice Assistance selected RTI as a recipient of a STOP School Violence grant. Designed and implemented a training program to improve the ability and capacity of teachers and school personnel to respond to and prevent violence on K–12 school campuses. Managed and provided oversight to three technical assistance teams in addition to providing technical assistance to three rural school districts in North Carolina. Areas of focus for capacity building include improving school climate and safety preparedness, reducing student behavioral infractions through improved classroom management and de-escalation practices by teachers, and building LEA capacity to sustain enhanced school violence prevention practices beyond the life of the program.

***Aspire Teacher Prep*** (2019 to date)—*Program Director*. Aspire Teacher Prep is an alternative-entry residency program designed to provide enrolled teacher candidates with high-quality, evidence-based instructional practices that support the implementation of asset-based pedagogies in science, technology, engineering, and mathematics (STEM) and career and technical education (CTE) courses in grades 6–12. Aspire Teacher Prep is designed to be a culturally responsive program with an intentionally designed course curriculum that includes evidence-based practices that support the development of teachers of color and teachers teaching in "hard-to-staff" positions such as STEM subject areas and CTE.

***North Carolina School Superintendents' Association Executive Coaching*** (2019 to 2023)—*Project Director*. Provided executive coaching support to sitting and former superintendents in developing skills to support the retention of superintendents while maintaining strong commitments to creating cultures where equity can be achieved. Facilitated professional learning sessions on executive coaching. Hosted virtual ad hoc support to participants. Coached participants through dilemmas and provided tools to support their coaching practice.

***Wake County School Board*** (2019 to 2023)—*Co-consultant.*
    District Strategic Plan Development (2021-2023)
    Balanced and Integrated Schools Plan (2019-2020)

Co-facilitated the organization of school district administrative data to support the board of education in the development of a decisions matrix to influence policy decisions related to the board's long-term goal of balanced and integrated schools. Post the COVID-19 pandemic, co-facilitated district strategic planning committee meetings and board work sessions. Presented to the board elements of the new strategic plan and the final strategic plan for approval.

***Teachers' Descriptions of Social Justice Relative to their Beliefs about Science Teaching, George Washington University*** (2018 to 2020)—*Primary Investigator*. Designed and implemented a mixed-methods study of science teacher beliefs about social justice and reform-based science teaching and learning using a critical social justice and critical race analytic framework. Constructs were (1) social justice beliefs, (2) beliefs about reformed science teaching and learning, and (3) factors for retention in the United States. Conducted statistical analysis to determine correlations and statistical significance among demographic and outcome variables.

*Future Teachers of North Carolina: Curriculum Development, University of North Carolina (UNC) System* (2017 to 2018)—*Co-consultant*. Wrote two of six units for the newly developed Teaching as a Profession II course, revised two courses for the Teaching as a Profession I course, and co-facilitated curriculum training for IHE faculty (North Carolina A&T, UNC–Wilmington, and Western Carolina) associated with the project and teachers implementing the curriculum in various schools across North Carolina.

*Study of Inclusive STEM High Schools, George Washington University* (2017)—*Research Aide*. Conducted coding analysis on student interviews, parent interviews, and classroom observations for a study of inclusive STEM high schools as part of the Opportunity Structures for Inspiration and Preparation in STEM, a project funded by the National Science Foundation.

## Professional Experience

2016 to date. RTI International, Research Triangle Park, NC.

> *Center for Education Technical Assistance, Senior Director* (2023 to date). Provide strategic oversight, coaching, and support to a team of national technical assistant directors, managers, and specialists providing capacity-building services in strategic planning, strategic operations, strategic consulting, instructional and leadership coaching, curriculum writing, educator preparation, mentor and new teacher support, school turnaround, school-based mental health, STEM, peer networking, school safety, social emotional learning, and inquiry-based learning, to name a few. Designs processes to improve quality, accountability, and efficiencies in capacity-building services and client services. Serves as project director of SEA and federal-based opportunities. Provides in-person, on-site, and virtual coaching and consultation to partners and collaborators. Delivers professional learning in continuous improvement, coaching, multitiered systems of support, teaching design, school design, science instruction, technology, social justice, and culturally responsive teaching (California, Maryland, Virginia, North Carolina, South Carolina, Mississippi, and Texas). Manages relationships and communications with partners, collaborators, and recipients of services. Writes, reviews, and provides quality control for technical assistance proposals. Interviews, hires, and observes staff and completes performance reviews.

> *Teaching and Learning, Program Director* (2021 to 2023).

> *Teaching and Learning, Program Manager* (2019 to 2020).

> *Teaching and Learning, Lead Contracting Consultant* (2016 to 2019).

2017 to 2019. GW TEACH, George Washington University, Washington, DC.

> *Research Assistant.* Provided instruction to STEM undergraduates interested in teaching but not in a dedicated college pathway that would lead to licensure. Reviewed and supported STEM undergraduates in developing inquiry-based STEM lesson plans for elementary and middle school students and project-based learning for high school students in District of Columbia public and charter schools. Conducted on-site observations of STEM undergraduate student teachers in K–12 settings. Managed coursework, grading responsibilities, and quality communications with mentor teachers.

2011 to 2016. North Carolina New Schools, Raleigh, NC.

> *Director, Coaching Services* (July 2015 to May 2016). Supervised 25 off-site, full-time instructional coaches across 57 schools. Identified, interviewed, hired, observed, and completed performance reviews for coaches; designed processes to improve quality, accountability, and efficiencies of the instructional coach function. Managed relationship and communications with a

vendor used for contracted coaching services in additional schools served. Implemented peer-coaching supports for instructional coaches. Designed a blended onboarding process for newly hired coaches. Consulted with districts on strategic planning at the school level to benchmark the development of key strategies for the improvement of student outcomes. Reconciled school and district accounts and maintained communication lines for field-based employees as a member of the transition team.

***Director, Coach University*** (July 2014 to June 2015). Designed an inquiry-based teacher leadership program for school-based and district-level lead teachers and instructional coaches in the development of their instructional coaching skills. Grew the number of fee-for-service first-time participants from one to 21 from 2013 to 2016, with nine fee-for-service participants requesting follow-up support. Redesigned and expanded the Coach University program to a suite of services to make the program more marketable to fee-for-service clients.

2007 to 2011. Hillside New Tech High School, Durham, NC.

***Science Department Chair***. Used project-based learning to create an inquiry-based, student-driven, hands-on learning environment to deliver standards-based instruction. Integrated technology in the curriculum on a daily basis in a 1:1 learning environment. Taught honors earth/environmental science, honors biology, forensic science, human anatomy and physiology, and advanced placement biology. Served as secretary of the Site-Based Decision Making Committee, 2010–2011.

## Honors and Awards

RTI Press Editorial Board Award—*Coaching To Empower Teachers: A Framework for Improving Instruction and Well-Being*, Routledge, Taylor, & Francis Group, and RTI Press. An Eye on Education Book (2021)

RTI Presidents Award 2016—for new awards from the Department of Defense and the North Carolina Department of Public Instruction

American Physiology Association Frontiers in Physiology Fellowship, selected March 2011

Initial Teacher of the Year—Hillside New Tech High School, 2010–2011

North Carolina State University Kenan Fellow (Teacher Leader Externship): *Genetics, Genomics and Personalized Medicine: A Short Course in Genetic Counseling* and the Game Design Graduation project, 2009 to 2011

North Carolina Teaching Fellow, 2002 to 2006

## Professional Associations

American Educational Research Association
National Association for Research in Science Teaching
National Science Teachers Association

## Professional Service

Education Advisor, Rumley Brand Management & Consulting, Birmingham, AL, 2017 to 2023
Education Advisor and Instructor, Urban Ed Academy: Man the Bay Black Male Educator Initiative (2018 to 2021)

## Books, Book Chapters, and Monographs

Hart, C. P., & Nash, F. M. (2021). *Coaching to empower teachers: A framework for improving instruction and well-being*. Routledge, Taylor & Francis Group, and RTI Press. An Eye on Education Book.

## Presentations and Proceedings

Nash, F. M., & Mills, N. (2023). *Empowering teachers through understanding stages of change*. CoachFest 2023.

Nash, F. M. (2022). *Exploration of teacher beliefs in considering social justice pedagogy in science*. International Conference on Urban Education (ICUE) Biennial Meeting, Cancun, Mexico.

Nash, F. M., & Hart, C. P. (2022). *How to build an empowered school culture*. World Education Summit 2022, San Diego, CA.

Edney, J. M., & Nash, F. M. (2021). *Initiating, building, and sustaining partnerships*. DoDEA Mid-Atlantic Annual Conference. Virtual.

Nash, F. (2019, June). *Trauma and resilience*. Presented at the Innovative Institute, Starkville, MS.

Nash, F. (2019, April). *Comparison of teachers' descriptions of social justice to their beliefs about social justice and teaching*. Paper presented at the annual meeting of the American Educational Research Association, Toronto, Canada.

Nash, F., & Hart, C. (2019, February). *Cognitive bias and social emotional competence: Impact on equity. professional learning session*. Presented at the New Teacher Center Symposium, Dallas, TX.

## Technical Reports

Hart, C. P., & Nash, F. M. (2020). *Social and emotional learning: A mindset for school safety and student security*. RTI International.

## Media and Communications

Baker, L. M., Redden, A., Brown, V. B., Nash, F. M., & Wallace, T. (2020). *What about us? Teacher learning during COVID-19* [Webinar]. RTI International. https://www.rti.org/event/archive/webinar-what-about-us-teacher-learning-during-covid-19

Hart, C. P., & Nash, F. M. (2020). *Coaching for teacher resilience during COVID-19: Part 1: Burnout and trauma* [Blog post]. RTI International. https://www.rti.org/insights/coaching-teacher-resilience-during-covid-19-burnout-and-trauma

Hart, C., & Nash, F. (2020). *Coaching for teacher resilience during COVID-19: Part 2: The power of coaching* [Blog post]. RTI International.

Hart, C., & Nash, F. (2020). *Coaching for teacher resilience during COVID-19: Part 3: Coaching for resilience* [Blog post]. RTI International.



# ROBIN WISNIEWSKI

## Summary of Professional Experience

Robin Wisniewski is director of education systems improvement at RTI International, a licensed clinical psychologist, and a nationally certified school psychologist. Since 2000, Dr. Wisniewski has led more than 300 sessions and provided technical assistance and evaluation over 22 states and internationally in areas like multitiered systems of support, reading and literacy, behavior and social emotional learning, curriculum, culturally responsive instruction, special education, leadership, professional learning, and systems change. She led countrywide projects in the Republic of Palau and statewide projects in California, Colorado, and Florida, and is currently principal investigator for two U.S. Department of Education-funded research grants. In higher education, Dr. Wisniewski taught 132 undergraduate and graduate course sections, was associate dean, earned tenure in teacher education and leadership, was fellow to an academic vice president, directed a master's program in reading, founded a master's program in higher education leadership, and directed a center for students with learning and attention challenges.

## Education

PhD, Curriculum & Instruction (Literacy), Kent State University, Kent, OH, 2002.
Equivalency Doctorate in School Psychology, Ohio State Board of Psychology & Kent State University, Columbus, OH, 2002.
EdS, School Psychology, Kent State University, Kent, OH, 2000.
MEd, School Psychology, Kent State University, Kent, OH, 1996.
BA, Psychology, Kent State University, Kent, OH, 1995.
BBA, Marketing, Kent State University, Kent, OH, 1995.

## Certifications

Certified School Psychologist, Ohio Department of Education, 2017 to date.
Certified School Psychologist, Colorado Department of Education, 2017 to date.
Licensed Clinical Psychologist, State Board of Psychology (OH), 2007 to date.
Nationally Certified School Psychologist, National Association of School Psychologists, 1999 to date.
District Administrator License, Ohio Department of Education, 1999 to 2007.

## Selected Project Experience (since 2018)

***An Effectiveness Replication of Targeted Reading Instruction (TRI): Investigating Long Term Student and Teacher Impacts*** (2021 to date)—*Principal Investigator*. Funded by the U.S. Department of Education's Institute of Education Sciences (IES). TRI is one of the few reading programs in the United States showing strong evidence of effectiveness in both decoding and reading comprehension. This study is the first to test TRI's long-term effectiveness in North Carolina and South Carolina.

***Culturally Responsive Teaching for Student Equitable Achievement (CuRTSEA): A Professional Development Program*** (2021 to date)—*Principal Investigator*. Funded by the U.S. Department of Education's IES to develop and test a culturally responsive teaching program. The goal of the program is to improve outcomes for minoritized students by increasing teacher knowledge and practice in critical reflection and asset-based teaching.

***ASCD's Whole Child Initiative Research*** (2021 to 2022)—*Project Director*. Funded by ASCD, this project focused on the development of ASCD's Whole Child Model through creating evidence for field testing to show the potential for promise. Led the research in partnership with ASCD's Whole Child staff.

*Colorado READ Act Evaluation* (2020 to date)—*Lead for Professional Development Evaluation, Site Visit Reporting; subcontract Project Director.* Funded by the Colorado Department of Education (CDE) and led by WestEd, this 7-year project evaluates the implementation of the READ Act by evaluating assessments, instructional programming, professional development, CDE's review processes, CDE's theory of action, READ Act district implementation, and achievement and financial data.

*21st Century State Leadership Academies (21CSLA) Evaluation* (2020 to date)—*Project Director*. The California Department of Education, California Collaborative for Educational Excellence, and California State Board of Education launched the 21CSLA to develop a robust, equity-forward approach to expanding the capacity of California leaders at all levels. This evaluation describes 21CSLA's features, connections, and impact and provides feedback to 21CSLA and state agencies.

*Special Education Local Plan Area (SELPA) Initiative Evaluation* (2019 to 2023)—*Project Director.* The California Department of Education, California Collaborative for Educational Excellence, and California State Board of Education launched a Statewide System of Support to include geographic lead agencies, community engagement, and SELPA leads. This project evaluated the SELPA Leads in system improvement, disproportionality, autism services, universal design, and English language learners.

*CDC Project Firstline* (2021)—*Lead for Training Development*. The Centers for Disease Control and Prevention (CDC) formed Project Firstline, an training collaborative, to help all health care workers obtain knowledge to protect the nation from infectious disease threats. Responsible for Phase 1 of training development, co-planning new phases, training of trainers, and onboarding for future project years.

*Evaluation of a Whole School Intervention to Reduce Disproportionality in School Discipline in African American Males* (2018 to 2021)—*Intervention Development Lead and Task Lead for Dissemination*. Funded by the National Institute of Justice (NIJ), this 3-year project evaluated Charlotte Mecklenburg Schools' intervention of culturally responsive instruction, positive behavior support, and restorative practices. Responsible for supporting intervention development and dissemination.

*Forward Promise Evaluation* (2017 to 2020)—*Lead for Culturally Responsive Programs and Evaluation.* The Robert Wood Johnson Foundation (RWJF) formed Forward Promise, a national program to strengthen the villages for boys and young men of color to heal, grow and thrive. Led relationships and data collection in multiple states creating a grounded theory of disrupting dehumanization.

*Technical Assistance to Young Adult Diversion Programs* (2017 to 2020)—*Partnership Coach and Disability Subject Matter Expert.* Funded by the U.S. Department of Education Office of Career, Technical, and Adult Education and the U.S. Department of Justice. Led partnership development for multiple community (workforce, justice, developmental disability) and education agencies.

*Culturally Responsive Practices Mental Health Services Microcredential* (2018 to 2019)—*Project Director.* Funded by El Futuro Mental Health Provider Network, this project was a development and implementation of a microcredential cohort pilot. Led curriculum development and program revisions.

*Technical Assistance for Minority Serving Community Colleges* (2017 to 2018)—*Task Lead for Communities of Practice.* Funded by OCTAE, led communities of practice for Hispanic Serving Institutions (HSIs), Predominantly Black Institutions (PBIs), Historically Black Colleges and Universities (HBCUs), Tribal Colleges and Universities (TCUs), Asian American and Native American Pacific Islander-Serving Institutions (ANNAPISIs), and Native American Serving Institutions (NTNASIs).

*Revitalizing STEM Education for the 21st Century: Systems Analysis* (2017 to 2018)—*Project Director.* Funded by the National Science Foundation and the National Academies of Sciences, Engineering, and Mathematics, conducted a systems analysis of graduate education to identify policies, programs, and practices that could better meet the diverse education and career needs of graduate students.

# Professional Experience

### *Full-Time Employment Positions*

2015 to date. RTI International, Research Triangle Park, NC. *Director of Education Systems Improvement*.

2012 to 2015. McREL International, Denver, CO. *Research & Consulting Director*, Research, Evaluation, & Expertise Division (2014 to 2015). *Project Director*, Pacific Regional Educational Laboratory (2013 to 2015). *Principal Consultant & Systems Consultant*, Center for Systems Transformation (2012 to 2014).

2011 to 2012. University of Arizona, Tucson, AZ. *Director*, Strategic Alternative Learning Techniques (SALT) Center.

2005 to 2011. Baldwin-Wallace University Berea, OH. *Director*. Leadership in Higher Education Graduate Program, Division of Education (2009 to 2011). *Associate Professor* (tenured), Teacher Education and Leadership (2005 to 2011). *Fellow* to the Vice President and Dean of the University (2008 to 2009). *Associate Dean*, Center for Transformational Learning, University Academic Affairs (2008). *Director*, Graduate Program in Literacy Education (2006 to 2007).

2002 to 2005    Upper Arlington Schools, Upper Arlington, OH. *School Psychologist*.

1996 to 2002    Kent State University, Kent, OH. *Coordinator*, Counseling Program (2000 to 2002). *Coordinator and Student Development Specialist*, Student Development Program (1997 to 2000). *Coordinator and Reading Specialist*, College Success Programs (1996 to 1997).

### *Part-Time Faculty Appointments*

2011 to 2015. Sofia University (formerly The Institute for Transpersonal Psychology), Palo Alto, CA. *Specialized Research Faculty* (Dissertation Adjunct Faculty); 2011 to 2012. University of Arizona, Tucson, AZ. *Associate Professor of School Psychology*, Department of Special Education and Disability Studies; 1996 to 2007. School of Teaching, Learning, & Curriculum Studies, School of Lifespan Development & Educational Services, Kent State University. *Graduate Faculty; Assistant Professor; Instructor;* 2002 to 2007. Department of Curricular and Instructional Studies, University of Akron, Akron, OH. *Lecturer of Curriculum and Instruction*; 2001 to 2002. Psychology Department, College of Arts and Sciences, Kent State University, Kent, OH. *Assistant Professor of Psychology;* 1992 to 1996. Orientation and Upward Bound Programs, Kent State University, Kent, OH. *Supervising Instructor, Instructor Trainer, Graduate Assistant, Tutor Supervisor, Resident Director*.

# Professional Service (since 2018)

President, Colorado Association for Supervision and Curriculum Development, CO ASCD, 2020 to date
Executive Director, Colorado Association for Supervision and Curriculum Development, CO ASCD, 2017 to 2020
Media Literacy Advisory Committee, Colorado Department of Education, 2019
Mentor and Master Teacher Standards Committee, Colorado Department of Education, 2019
Editorial Board, Journal of College Reading and Learning, CRLA, 2008 to 2020

# Selected Technical Assistance Seminars (since 2017, of >250)

Social-Emotional Learning (SEL) Competencies and Strategies in Adult Education (webinar). Literacy Information & Communication System, Department of Education Office of Technical and Adult Education, 2020

Confronting Racism in Education: An Introduction. Colorado State University, Global Campus, Master of Science in Teaching and Learning Program, Denver, CO, 2021

Partnership Structures, Logic Model, and Action Planning, New York State Young Adult Diversion Workgroup, Albany, NY, 2019

Priorities for Culturally Responsive Programs. Forward Promise Grantee Convening, San Diego, CA, 2019

Teacher Leadership Standards and Microcredentials, CDE Mentor and Master Teacher Standards Committee, Colorado Department of Education, Denver, CO, 2019

Love Learning Theories: Digging into what we know for more strategic training experiences. (two train the trainer webinars), Literacy Information & Communication System, Department of Education Office of Technical and Adult Education, 2019

Partnership Structures and Processes, Mississippi Young Adult Diversion Partnership, Harrisburg County, Pine Belt, MS, 2018

Evidence Based Professional Development for LINCS Trainers (webinar). Literacy Information & Communication System, Department of Education Office of Technical and Adult Education, 2018

Developing Community Partnerships using Collective Impact, Department of Education, Washington, DC, 2018

Village Raising: Partnerships, Collaboration, Coordination, and Communication. Forward Promise Grantee Convening, TN, 2018

Implementing MTSS Across the District, Durham Public Schools, Durham, NC, 2017

Building Communities of Practices for Minority Serving Institutions, U.S. Department of Education, Washington, DC, 2017

## Selected Publications

Wisniewski, R. (2024, in press). *Promoting student attention: How to understand, assess, and create conditions for attention*. ASCD.

Dean, C. D., **Wisniewski, R.**, & Lopez, F. (2022). Nurture critical reflection to achieve equity. *The Learning Professional*. Online exclusive.

Wisniewski, R., & Robles, J. (2018). Revitalizing STEM education for the 21st century: Student and faculty focus group findings. In National Academies of Sciences, Engineering, and Medicine (Ed.). *Graduate STEM Education for the 21st Century*. Washington, DC: The National Academies Press.

Wisniewski, R. (2015). Looking deeply at ourselves: Critical reflection mobilizes culturally responsive instruction. *Changing Schools, 72*.

Wisniewski, R. (2014). Systemic student engagement through a multi-tiered system of support. *Changing Schools, 71*, 7–9.

Wisniewski, R. (2013). Using response to intervention to help all students master the goals of the Common Core. *ASCD Express, 8*(28).

Wisniewski, R., & Miller, K. (2013). Putting students first. *ASCD Express, 8*(11).

Wisniewski, R., & Miller, K. (2013). Fostering creativity through rigor. *ASCD Express, 8*(10).

Wisniewski, R., & Miller, K. (2013). Three steps for creating a local professional learning network *ASCD Express, 8*(9).

Wisniewski, R., Fawcett, G., Padak, N., & Rasinski, T. (2012). *Evidence-based instruction in reading: A professional development guide to culturally responsive instruction*. Boston: Pearson Education.

Wisniewski, R., Padak, N., & Rasinski, T. (2011). *Evidence-based instruction in reading: A professional development guide to response to intervention*. Boston: Pearson Education.

## Presentations and Proceedings ( since 2019, of >70)

Wisniewski, R., Dean, C. B., Lopez, F., & Venkateswaran, N. (2022). Initial findings from the Culturally Responsive Instruction for Student Equitable Achievement. The California Educational Research Association, Anneheim, CA.

Wisniewski, R., & Dean, C.B. (2023). Critical reflection for culturally responsive teaching. ASCD Annual Conference, Denver, CO.

Feldman, J., Rotermund, S., & Wisniewski, R. (2020). *Initial findings from the statewide System of Support Evaluation*. California Educational Research Association, virtual conference.

Wisniewski, R., & Lewis, J. (2020). *CO ASCD Framework 2021: Be a rockstar!* Innovative Education Colorado (InnEdCO), Denver, CO.

Wisniewski, R., & Rasmussen-Foster, L. (2020). *Addressing the social-emotional needs of adult learners to ensure workplace success: Combined practices that integrate social emotional learning and employability skills*. American Association for Adult and Continuing Education Conference Proceedings, ED611534.

Wisniewski, R. (2019). *Framework 2021: A framework for P-20 learning in Colorado*. ASCD National Leader to Leader Conference, National Harbor, MD.

White, N., & Wisniewski, R. (2019). *Teacher leadership microcredential foundations and pathways*. iLearn Collaborative, Denver, CO.

## Recent Technical Reports (since 2023)

Freidrich, L., Kareem, B., Lagunoff, R., Tripathy, R., Wisniewski, R., & Naidu, K. (2023). Independent Evaluation of Colorado READ Act materials. Colorado Department of Education. https://www.cde.state.co.us/coloradoliteracy/readactevaluationmaterialsummaryyear3

Grogan, K., Nabors, A., Chow, A., Gibney, T., Wisniewski, R., & DeCesare, D. (2023). …. Wisniewski, R., & Naidu, K. (2023). Independent Evaluation of the Colorado READ Act: Per pupil funding summary report. Colorado Department of Education https://www.cde.state.co.us/coloradoliteracy/readactperpupilsummaryreportyear3

Wisniewski, R., Denson, B., Dean, C., & Straun, S. (2023). *ASCD's Ohio Whole Child Network Evaluation*. ASCD.

Wisniewski, R., Dean, C., Hong, Y., & Boyette, J. (2023). *Evaluation of ASCD's Whole Child Initiative: History and future directions*. ASCD.

Wisniewski, R., Naidu, N., Denson, B., Boyette, J., & Fitzgerald, J. (2023). 21st Century Caolifornia School Leadership Academy Cohort 1 Final Evaluation Report. California Collaborative for Educational Excellence. https://ccee-ca.org/wp-content/uploads/2023/06/21CSLA-Final-Evaluation-Report-2023.pdf

Wisniewski, R., Naidu, N., Denson, B., Boyette, J., & Fitzgerald, J. (2023). *Special Education Local Plan Area (SELPA) lead agencies: Final Evaluation Report*. California Collaborative for Educational Excellence. https://ccee-ca.org/wp-content/uploads/2023/06/SELPA-Lead-Final-Evaluation-Report-2023.pdf

Wisniewski, R., Pierce, J., & Denson, B. (2023). California Statewide Evaluation Coherence and Communication: Introduction to the project. California Collaborative for Educational Excellence. https://ccee-ca.org/wp-content/uploads/2024/01/CCEE_RTI_Eval_Coherence_2023-002.pdf



# KAYLA M. SILER

## Summary of Professional Experience

Kayla M. Siler, a research education analyst in RTI's Education Practice Area, has more than 16 years of professional experience in education policy, research, strategic planning, and project management. She has held a variety of analyst and project management positions with the North Carolina Department of Public Instruction (NCDPI), where she worked in data research, policy and strategic planning, and project management in efforts to reform standards, transition to online assessments, revise the state accountability model, and implement a statewide instructional improvement system. Ms. Siler is currently involved in a wide range of project management support for the Defense STEM Education Consortium (DSEC), as well project management, research, and coaching support related to the implementation of competency-based education at the school and district levels.

## Education

MPA, North Carolina State University, Raleigh, NC, 2008.
BA, Political Science, second major in Communication, minor in Statistics, Meredith College, Raleigh, NC, 2006. Graduated cum laude.

## Certifications and Licenses

Project Management Professional, November 2022

## Selected Project Experience

***Regional Educational Laboratory Southeast*** (2022 to date)—*Project Management and Lead.* Providing district- and school-based education support services related to the implementation of competency-based education (CBE). The work is part of the Regional Educational Laboratory Southeast (cycle beginning January 2022), in which RTI proposes to manage a North Carolina Competency-Based Education Partnership for K–12 educators and education leaders in North Carolina. Provides overall project management support and technical assistance coaching for schools and districts related to CBE implementation. Technical assistance coaching sessions include supporting a variety of educators at various levels of experience with competency-based approaches and providing research and guidance to support various entry points into CBE based on the individual school/district needs. Specific coaching supports with the Northeast Academy for Aerospace and Advanced Technologies have included supporting the development of their portrait of a graduate; general coaching support for structure, culture, teaching, and learning components for implementing CBE; and specific focus on connections to project-based learning and improved assessment options for students to better align with a CBE approach.

***Defense STEM Education Consortium (DSEC)*** (2019 to date)—*Project Management.* The Defense STEM Education Consortium is a collaborative partnership between academia, industry, not-for-profit organizations, and government that aims to broaden STEM literacy and develop a diverse and agile future workforce to power the United States' innovative defense infrastructure. Performs project management work related to subcontracts and general operations and consortium management. Project and consortium management includes developing relationships with partner organizations to ensure timely processing of paperwork as well as facilitating meetings, networking, and training sessions to support the ongoing collaborative efforts of the partner organizations.

***Regional Educational Laboratory Southeast*** (2017 to 2021)—*Project Lead.* Provided district- and school-based education support services related to the implementation of competency-based education (CBE). The work is part of the Regional Educational Laboratory Southeast (2017–2021), in which RTI managed the research alliance for Measuring Success through Competency-Based Learning. Provided overall project management support and technical assistance coaching for schools and districts related to CBE implementation. Technical assistance coaching sessions included supporting a variety of educators at various levels of experience with competency-based approaches and providing research and guidance to support various entry points into CBE based on the individual school/district needs.

***Future Teachers of North Carolina*** (2018 to 2020)—*Project Management.* The Future Teachers of North Carolina work spanned two projects including the development of course curriculum and the training for educators related to the course curriculum for high school teachers involved in rolling out a new course for high school students interested in learning more about the teaching profession in North Carolina. Provided project management support and served as a liaison between the project team and the University of North Carolina System Office staff.

***All Hands on Deck*** (2018 to 2019)—*Project Management.* The All Hands on Deck program was implemented with three districts in North Carolina through a Community Partner Safety Grant from NCDPI. The All Hands on Deck training program developed social and emotional learning skills among teachers, principals, counselors, and school resource officers as a preventive approach to improve school safety through strengthened adult–student relationships and interactions. Provided project oversight and management and served as liaison between RTI staff, district staff, and NCDPI staff. Project management included managing timeline and tracking deliverables, addressing questions and concerns from stakeholders engaged in the project, providing regular updates to stakeholders, completing required reporting, and coordinating staff and stakeholders as needed to drive toward completion of the project deliverables.

***New Hanover County Schools*** (2016 to 2018)—*Project Technical Support.* The purpose of this project was to (1) facilitate the development of a comprehensive school marketing plan focused on generating enthusiasm among students, parents, businesses, and community members and (2) refine the operational and curricular design of the Regional Career and Technical High School to enable a successful school launch in August 2017. Provided research and technical support, collected data and information related to the project, and documented meeting information or reviewed client materials.

## Professional Experience

2016 to date. RTI International, Research Triangle Park, NC.

> ***Education Research Manager*** (2022 to date). Manages a team of consultants supporting a variety of projects instituting vital internal and external processes to ensure excellent client service and support; supports project activities in project management, strategic consulting, data analysis, and reporting; identifies and implements improvements to the work processes, routines, and quality of projects and team; designs and executes internal and external processes that lead to overall efficiency and effectiveness of projects and internal Center for Education Technical Assistance (CETA) functioning; provides oversight for project activities within the Strategic Consulting & Operations program area and across CETA; designs and delivers client-facing project deliverables with exceptional quality; manages staff through performance planning, development, and evaluation processes; and contributes to business development activities.

> ***Research Education Analyst*** (2016 to 2022). Supports project activities in project management, strategic consulting, data analysis, and reporting; conducts internet and library research, prepares literature reviews, and writes summaries of articles; conducts telephone and in-person interviews; organizes, prepares, and maintains data sets for analysis; coordinates and facilitates events for

engaging stakeholders and education partners; interprets, synthesizes, and summarizes information, including qualitative and quantitative data; writes descriptive and analytic reports for internal and external audiences; assists with administrative tasks; prepares materials for and summaries of meetings, conferences, and site visits; and contributes to proposals and business development.

2016. NC New Schools/Breakthrough Learning, Research Triangle Park, NC.

*Research Analyst*. Created a research design and plan to focus on competency-based education. Provided support for engaging chief academic officers from the largest school districts in North Carolina. Coordinated events with the senior vice president to engage stakeholders and various education partners to focus on current topics and discuss challenges, benefits, and next steps for moving work forward. Provided written communication (internal documents, blog posts, external summary reports) based on research and information captured at events and client discussions.

2007 to 2016. North Carolina Department of Public Instruction, Raleigh, NC.

*Instructional Improvement System Consultant* (2015 to 2016). Oversaw the instructional improvement components of the statewide Home Base system, including Schoolnet (Classrooms, Reporting Tools, and Online Assessments) and OpenClass. Coordinated and collaborated with other areas of Home Base, including Student Information System and Educator Effectiveness. Developed content and coordinated professional development for the instructional components of Home Base within the agency and with external stakeholders (educators across North Carolina). Completed eight 1-day professional learning sessions (summer 2015) with teachers and principals where sessions were personalized based on attendees' needs. Defined metrics for evaluating success and effective use of the instructional components of Home Base to align with the State Board of Education strategic plan and reported on the work as necessary both internally and external to the agency. Managed the Home Base Professional Learning Team by coordinating training schedules and working with employees on work plans and delegation of professional learning tasks.

*Special Projects Manager* (2014 to 2015). Worked on projects as assigned by the chief academic and digital learning officer. Defined the scope and enhancements of the assessment components of the statewide instructional improvement system (IIS). The primary project assignment was related to work on the statewide IIS. Served as subject matter expert, developing and/or approving end-user documentation (North Carolina-specific user guides and training materials), coordinating with the vendor team responsible for implementing the IIS platform, drafting communications for internal and external stakeholders, and presenting information at conferences and via webinars. Conducted meetings with state legislators to highlight the work and encourage funding for continuation of the system for all schools/districts in North Carolina. Represented the area of Academic and Digital Learning on the agency business continuity and safety committee and helped with special Academic and Digital Learning projects related to strategic planning and collaboration with each of the directors within the division. Completed Pathway 2 work for the Governor's Teacher Network, including selecting 200+ teachers and coordinating with participants and review teams on contract obligations and use of the IIS, including both Schoolnet and OpenClass.

*Policy and Planning Analyst* (2010 to 2014). Served as a project manager for work within the Accountability and Curriculum Reform Effort and throughout the implementation of the Race to the Top grant. Led the online classroom and benchmark assessment efforts for the Home Base project to build and implement a statewide IIS. Collaborated with the deputy chief academic officer on special projects for the area of Academic Services and Instructional Support (this transitioned to the chief academic and digital learning officer). Managed the Financial and Business Services Research Internship Program through coordination with local universities to

recruit graduate students to serve as research interns. Work included managing the application, selection, and hiring of interns and serving as the day-to-day manager of the interns on behalf of the chief financial officer (May 2010–August 2015). Organized external stakeholder groups involving universities, community colleges, local education agencies, and other interested parties in the development and implementation of standards and assessments initiatives and the statewide IIS.

***Data Management Associate/Policy and Planning Analyst*** (2007 to 2010). Developed data policies and a data dictionary in supporting the Education and Information Management Board. Participated in the establishment of an agency Data Management Group to shape data policy and use. Transitioned into a working as a policy and planning analyst and focused more on enterprise-wide project management, coordination of agency risk management (continuity of operations, disaster recovery, safety, security, and business continuity planning), and data management efforts in relation to the CEDARS project (unique identifier and Data Warehouse). Organized external stakeholder groups involving universities, community colleges, local education agencies, and other interested parties in education data management.

2007. Office of the State Controller, Raleigh, NC.

***Internship*** (September to December). Planned meetings and training events during the rollout of a new statewide payroll and human resources system. Entered data to support training and development efforts for the new data system.

2007. North Carolina Department of Public Instruction, Raleigh, NC.

***Policy Research Intern*** (May to August). Collaborated with a team of graduate students on research on selected education policy topics. Completed research on recruitment of teachers in rural versus urban settings and on the performance of students at key transitions (from fifth to sixth grade and the transition to middle school and from eighth to ninth grade and the transition to high school). Presented research findings to the State Board of Education, finance officers at the Financial and Business Services Conference, and internal agency staff.

2005 to 2007. S&R Communications Group, Durham, NC.

***Event Coordinator*** (2006 to 2007). Managed correspondence and relationship building with sales representatives and physicians for speaker programs. Coordinated multiple speaker events, including travel, food, venue, speaker and associated reimbursements, and meeting follow-up.

***Administrative Assistant Internship*** (2005 to 2006). Served as an intern in the areas of finance and human resources. Responsibilities included computer data entry, auditing personnel and other files, making copies, answering phones, mail merging, filing, and other tasks as designated.

# Technical Reports

Rodriguez Ott, N., Wallace, E. E., & Siler, K. M. (2019). *North Carolina Board of Postsecondary Education Credentials final report*. North Carolina Board of Postsecondary Education Credentials.



# MEGHAN SWEENEY DOYLE

## Summary of Professional Experience

Meghan Doyle, research education analyst, has served for more than 29 years as a school, local government, and school district leader. This includes 7 years as a school system superintendent and 4 years in local government as an assistant county manager in one of the largest counties in North Carolina. In every role, she has worked to build strong relationships to foster support for the education of students. She has also been a high school science teacher, school principal, and assistant superintendent in curriculum and instruction. Dr. Doyle has expertise in instructional as well as operational leadership, strategic planning and continuous improvement, support for low-performing districts and schools, and project management. She has earned her senior professional human resources credential and provides a unique set of knowledge and experience to support senior leaders, system improvement, and project management.

## Education

EdD, Educational Leadership, East Carolina University, Greenville, NC, 2005.
MSA, Administration and Supervision, East Carolina University, Greenville, NC, 2001.
BS, Biology, Minor in Chemistry, University of North Carolina at Chapel Hill, Chapel Hill, NC, 1994.

## Certifications and Licenses

North Carolina Department of Public Instruction Professional Educators License
 Superintendent 011, 2021 to 2026
 Principal 012, 2021 to 2026
 Curriculum Specialist 113, 2021 to 2026
 Science 300, 2021 to 2026
Senior Professional of Human Resources, HR Certification Institute, 2020 to 2023
National Board Certification, Adolescence and Young Adulthood Science, 1999 to 2009

## Selected Project Experience

***Arlington Public Schools*** (2023 to date)—*Team Lead*. Provides project management and support to the client in the development of a six-year strategic plan including three periods of far-reaching community engagement, data analysis, and monthly facilitation of the district strategic plan community steering committee. The first phase of strategic plan development resulted in unanimous approval by Arlington Public Schools school board.

***Maryland LEADS Grant—Harford County Public Schools (HCPS)*** (2022 to date)—*Team Member and Leader*. Supports two separate grant-funded projects providing technical assistance and project management services to HCPS. Provides technical assistance to HCPS Grow-Your-Own strategy to develop, plan, and implement a model school program to enhance educator preparation in the HCPS community and develop the capacity of the district to advance the quality, diversity, and quantity of teacher candidates. Developed and implemented a proof-of-concept pilot in an elementary school testing a preservice teacher cohort, support sessions, and collective problem-solving in partnership with Towson University. Provides technical assistance, facilitation, and project management to the Office of Professional Development to expand National Board Certification support to HCPS teachers. Expanded the support in year one from approximately 30 teachers to more than 200. Developing and enhancing

support curriculum aligned with National Board for Professional Teaching Standards core propositions and architecture of accomplished teaching. Beginning phase two expansion to extend targeted support to priority schools in the district.

***Durham Technical Community College (DTCC)*** (2022 to date)—*Team Leader*. Provides project management, technical assistance, and facilitation for cross-organizational strategy to improve postsecondary attainment for DTCC and three school districts (Durham County, Chapel Hill Carrboro, and Orange County).

***digiLEARN Microcredentials Partnership of States*** (2022 to date)—*Team Member*. Supports the partnership of four states (South Carolina, Wyoming, Arkansas, and North Carolina) to establish a vision, mission, and quality standards for microcredentials for educators.

# Professional Experience

2022 to date. RTI International, Durham, NC.

> ***Director, Education Research***. Works with clients in schools, districts, and state education agencies to develop an overall change management strategy to include actionable and targeted plans for communications, stakeholder management, training and change readiness, metrics, and evaluation. Identifies potential change risks and anticipated points of resistance and develops plans to mitigate or address these concerns. Facilitates professional learning to deepen senior education leaders' knowledge, build new skills, and implement change management.

2021 to 2022. Orange County Schools, Hillsborough, NC.

> ***Chief of Schools and Achievement.*** Coached and supported the development of 12 traditional and two nontraditional school leaders. Planned, developed, and implemented professional learning for school and district leaders using a systems approach to school, department, and district improvement. Coaching resulted in all schools experiencing increased proficiency and meeting or exceeding growth. Supervised and evaluated the director of Student Support Services and director of Testing and Accountability. Served as a member of the superintendent's leadership cabinet.

2016 to 2021. Craven County Schools, New Bern, NC.

> ***Superintendent***. Facilitated the work of the Craven County Schools governance team (Board of Education and superintendent) in following strategic priorities of the district. Led and managed the day-to-day operations of a 13,500-student, 1,700-employee educational organization focused on high student achievement (25 schools including three comprehensive high schools, two early college high schools, five middle schools, 15 elementary schools, and one alternative program). Facilitated a strategic planning process with the Board of Education and education and community stakeholders to create a new 5-year strategic plan based on data and continuous improvement practices. Implemented evidence-based recruitment and retention strategies to reduce the turnover rate in the district and improve compensation plan for certified and classified employees. Worked in partnership with the Board of Education and Board of Commissioners to increase the local supplement from 5.3% to 10% in 3 years. Facilitated the development of a $127 million operating budget for the school system. Led the school system through Hurricane Florence recovery and the COVID-19 pandemic. Recovered learning loss of the district's students and relative student performance standing in the state following these natural disasters and resulting delayed learning.

2012 to 2016. Onslow County Government, Jacksonville, NC.

*Assistant County Manager—Organizational Resources, Performance and Standards (Human Resources Director).* Served as a member of the County Manager's executive staff. Provided leadership and supervision to departments providing service to county government, including Information Technology, Asset and Facility Management, and Vehicle Maintenance. Coordinated, managed, and monitored construction projects for Onslow County government, including the Vehicle Maintenance Facility and Courthouse. Served as the department head for Human Resources and provided human resources support for 1,189 full-time employees. Advised the county manager on all issues related to human resources and employment. Conducted a comprehensive salary study for all positions in county government. Created and managed the personnel budget for all departments in Onslow County government. Provided leadership training and professional development for department heads and supervisors (including Facilitative Leadership®, Crucial Conversations®, and Influencer® policy training and supervisor training). Requested, secured, and facilitated the offering of all health and financial benefits for county employees. Managed the workers compensation program for Onslow County government.

2012 to 2015. Gardner-Webb University, Boiling Springs, NC.

*Adjunct Professor.* Taught leadership courses in the Masters in Executive Leadership program (leading to North Carolina School Executive Licensure). Supervised School Executive Leadership interns as they completed requirements for licensure as North Carolina School Executives.

2011 to 2012. North Carolina Department of Public Instruction, Raleigh, NC.

*District Transformation Coach (assigned to Edgecombe County Public Schools)*. Provided coaching and support to the district's Board of Education, superintendent, and central office staff in pursuit of the Race to the Top priorities and plan. Provided comprehensive leadership development training for the Edgecombe County Board of Education. Provided ongoing and targeted professional development for the central office and school leaders. Led district leaders, as well as internal and external stakeholders, in the creation of a comprehensive strategic plan. Facilitated the unpacking of district and school-level comprehensive needs assessments. Facilitated the transition to the Common Core and Essential Standards by planning professional development and facilitating the selection of a curriculum mapping process and the creation of curriculum support documents. Advised and coached essential central office leadership on the operational work of departments. Served as an executive coach with the purpose of building district capacity, enabling leaders to engage in continuous improvement beyond the Race to the Top grant timeline.

2008 to 2011. Currituck County Schools, Currituck, NC.

*Superintendent and Assistant Superintendent*. Facilitated the leadership of the Board of Education in following the strategic priorities of the district. Led and managed the day-to-day operations of a 4,000-student, 600-employee education organization focused on high student achievement (10 schools, including one comprehensive high school, one early college high school, two middle schools, six elementary schools, and one alternative program). Facilitated a strategic planning process with the Board of Education and education and community stakeholders to create a new 3-year strategic plan based on data and continuous improvement practices. Improved the district's performance composite from 70.56 to 85.21 in 3 years. Implemented cost-saving measures in several departments, including Transportation, Child Nutrition, Exceptional Children, and Technology, to improve service and efficiency. Conducted a study of central office services to implement reorganization providing for alignment of services for the attainment of strategic goals and priorities. Facilitated community engagement in school

system operations through advisory councils and focus group meetings. Facilitated regular leadership development for central office cabinet and school instructional leaders. Served as the AVID district director. Led secondary instructional programs using data and research on effective instruction and professional learning communities as the conceptual framework for continuous improvement.

2005 to 2007. East Carolina University, Greenville, NC.

*Adjunct Professor* (August to December 2007). Taught a Strategic Leadership course to Masters in School Administration students.

*Guest Instructor—Project Act* (2005 to 2007). Taught Assessment to preservice alternatively licensed teacher candidates for the Onslow County Project Act Cohort.

1994 to 2008. Onslow County Schools, Jacksonville, NC.

*Principal, White Oak High School and Hunters Creek Middle School* (2003 to 2008). Shared a vision for high student achievement and facilitated the implementation of processes to achieve that vision. Provided instructional leadership to a high school of more than 1,200 students. Conducted strategic planning and Smaller Learning Communities implementation planning. Wrote and had funded a $3.5 million Smaller Learning Communities Grant for three high schools to facilitate career academy implementation. Supervised and evaluated instructional and classified staff. Managed state and local operating budgets. Analyzed and disaggregated data for the use of strategic planning and school improvement. Managed facility and construction of a $4.4 million band room and 13-classroom building addition to Hunters Creek Middle School and $4.5 million auditorium and 5-classroom addition to White Oak High School.

*Assistant Principal, Northside High School* (2001 to 2003). Opened a brand new, state-of-the-art high school. Coordinated human resources functions, including conducting evaluations, licensure evaluations, and initial teacher certification processes. Administered student discipline practices and policies. Coordinated safe school compliance. Coordinated and facilitated the Military Mentor Tutoring Program. Coordinated and scheduled building rentals. Helped secure permanent Certificate of Occupancy for Northside High School by submitting and certifying the completion of punch list items of final phases of construction.

*Assistant Principal, White Oak High School* (2000 to 2001). Supervised and evaluated teachers in all curricular areas. Implemented and maintained a school-level accountability program. Coordinated and provided support to National Board Candidates and 2nd-Year Initially Licensed Teachers completing the product portion of their licensure. Served as Goals 2000 Grant coordinator, High Schools That Work visitation coordinator, and North Carolina ABC (Accountability, Basics, and Control) accountability support. Facilitated and participated in regular White Oak Area articulation meetings. Served as staff development coordinator. Coordinated academic and athletic awards ceremonies. Facilitated scholarship committee meetings and selection.

*Science Teacher, White Oak High School* (1994 to 2000). Facilitated the instruction of students in the North Carolina Standard Course of Study in physics, biology, and physical science based on a constructivist learning model. Served as staff development coordinator, graduation coordinator, athletic booster club faculty liaison, keystone club advisor, and varsity cheerleading coach.

## Honors and Awards

Outstanding Alumna and Friend of the College of Education, East Carolina University, 2007
Principal Advisor to the North Carolina State Board of Education, 2006 to 2007

North Carolina State Principal of the Year, 2006
Southeast Region Principal of the Year, 2006
Principals' Executive Program: Leadership Program for Assistant Principals Academic Award, 2003

## Professional Service

No Child Left Behind Task Force, National Association of Secondary School Principals, 2004 to 2006

## Special Courses

Continuous System Improvement Training: Orientation to Continuous System Improvement, School
    Improvement for Performance Excellence, Continuous Classroom Improvement, Teacher Student
    Partnerships, Jim Shipley and Associates, 2018 to 2021
Public Executive Leadership Academy, University of North Carolina School of Government, 2014
Crucial Conversations – Train the Trainer, Vital Smarts, 2010
Influencer – Train the Trainer, Vital Smarts, 2010
Facilitative Leadership – Train the Trainer, North Carolina Partnership for Excellence Interaction
    Associates, 2006

## Other Publications

Doyle, M. S. (2006). The NASSP NCLB Task Force makes a statement about growth models to assess
    achievement. *News Leader*, *53*(6), 5–10

National Association of Secondary School Principals (2006). *NCLB recommendations*.

Doyle, M. S. (2005). *The relationship between high school restructuring practices, academic press, and
    student achievement in North Carolina high school* [Unpublished doctoral dissertation]. East
    Carolina University.

## Presentations and Proceedings

Doyle, M. S. (2018). *Restart Schools*. Presentation to the North Carolina Military Affairs Committee.

Doyle, M. S. (2007). *North Carolina public education challenges and opportunities*. Presented to the
    North Carolina Joint Legislative Education Oversight Committee.

Doyle, M. S. (2006). *High school revolution: Leading reform in the comprehensive high school*.
    Presented at the NASSP National Conference.



# DEMOND McKENZIE

## Summary of Professional Experience

Demond "De" McKenzie brings over 25 years of experience in education and leadership development to his work as a leadership coach and education consultant at RTI International. He is a versatile and forward-thinking administrator committed to cultivating the next generation of leaders and innovators by driving positive impact in schools and districts that provide access for all students. Dr. McKenzie maintains an avid passion and deep commitment to educational equity. Through a combination of strategic planning, needs assessment data, and stakeholder engagement, he designs and supports the implementation of tailored programs that address specific leadership challenges and opportunities. As an expert in effective professional learning, Dr. McKenzie facilitates engaging sessions for educators that inspire curiosity and critical thinking relative to current educational matters. He has received extensive training from the Center for Creative Leadership.

Dr. McKenzie has substantial experience as a practitioner and networking coordinator, having served as a secondary teacher, coach and administrator, district-level administrator for teacher recruitment and retention, director of school services, and state-level education consultant for innovative schools.

## Education

EdD, Educational Leadership, East Carolina University, Greenville, NC, 2022.
MA, School Administration, North Carolina State University (NCSU), Raleigh, NC, 2003.
BS, Secondary Mathematics, NCSU, Raleigh, NC, 1995.

## Certifications and Licenses

North Carolina School Administration Certification, 2003 to date
North Carolina Superintendent Certification, 2021 to date
North Carolina Secondary Teacher Certification, 1995 to date

## Professional Experience

2018 to date. RTI International, Research Triangle Park, NC.

> ***Manager, Education Research; Research Education Analyst; and Leadership Coach***. Develops opportunities for districts and schools through professional development, site visits, and virtual connections.

2007 to 2018. North Carolina Department of Public Instruction, Raleigh, NC.

> ***Education Consultant*** (2016 to 2018). Identified and developed educator resources to ensure model fidelity in cooperative innovative high schools to increase cohort graduation and ensure that students who graduate are prepared for postsecondary education and careers. Served as a member of the North Carolina Joint Advisory Committee. Advised affiliated organizations on policy and logistical needs of cooperative innovative high schools statewide. Oversaw the Career and College Promise program and adult high school programs statewide and offered program support through professional development, school visits, and webinars.

> ***Director, School Services, NC New Schools*** (2007 to 2016). Managed a portfolio of early college; redesign; and science, technology, engineering, and mathematics (STEM) high schools in

various stages of planning and implementation. Provided guidance and support to schools to develop focused themes for schools, including aerospace/advanced manufacturing, agriculture/biotechnology, and health and life science. Oversaw program support for administrators, school counselors, and college liaisons in 76 early college high schools statewide through professional development sessions, school visits, and webinars. Planned and facilitated professional development for teachers and principals that focused on equitable teaching practices, leadership development, and creating a collaborative culture. Oversaw the development of school self-assessment plans to guide and inform school improvement for an early college culture.

1995 to 2007. Wake County Public School System, Raleigh, NC.

***Senior Administrator, Human Resources and Retention*** (2006 to 2007). Provided oversight and management for the beginning teacher program. Oversaw the hiring of instructional mentors to support new teachers. Collaborated with institutions of higher education to place student interns in schools throughout the district. Provided training and support to first-year administrators with a focus on developing effective teachers through observation and coaching. Planned and implemented the Wake County Public Schools Career Fair, including the recruitment of teachers nationwide.

***Assistant Principal, Cary High School*** (2004 to 2006). Provided oversight and management of the ninth-grade center. Provided observation, training, and support to high school teachers. Provided leadership and supervision for the Student Assistance Team to ensure that students' academic and social needs were being met. Oversaw the textbook budget and transportation schedule.

***Mathematics Instructor*** (1995 to 2004). Taught classes in geometry and all levels of algebra. Planned and implemented lesson plans for grades 9 through 12 with a special emphasis on differentiated learning and critical thinking skills. Served as chairman of the school improvement team. Sponsored multiple student organizations including IMAGE (Impacting Males to Achieve Greater Excellence), the gospel choir, and the step team. Coached the men's and women's track teams.

# Honors and Awards

North Carolina Teaching Fellows Commission (Governor appointed), 2005
Teacher of the Year, Fuquay-Varina High School, 2000
Raychem Educator of the Year, Wake County, 1999
Teaching Fellow, NCSU, 1991 to 1995

# Professional Associations

Racial Equity Committee, NCSU, 2016
Alpha Phi Alpha Fraternity, 1995
Alpha Psi Omega Honorary Society, 1995

# Professional Service

Member, The Public School Forum's Study Group XVI, Committee on Racial Equity, 2016
Speaker, Northampton County School District Convocation, 2016
Presenter, NCSU's LEAD Summit, 2011
Presenter, NCSU's Leadership for Future Teachers (LIFT) Conference, 2008 and 2009

## Seminars and Courses Taught

Equity: Engaging All Students for Success, NC New Schools, 2016
21st Century Instruction, NCSU, 2014 to 2016
Planned and facilitated professional development for teachers and principals, including topics such as
   Mission Versus Vision and Creating Environments for Learning, 2013 to 2016

## Presentations and Proceedings

Mack, I., & McKenzie, D. (2020). *DTL workshop: Relationship building with remote learning*. Digital
   Teaching and Learning (DTL) Workshop Series, Durham, NC.

McKenzie, D. W. (2019). *More than meets the eye: SEL and cognitive debiasing*. Bridging the Gap 2019,
   Raleigh, NC.

Nash, F., & McKenzie, D. W. (2019). *Building classroom community through academic talk*. Presented at
   the 2019 Music City Social–Emotional Learning (SEL) Conference, Nashville, TN.

## Media and Communications

Mack, I., & McKenzie, D. W. (2020). *Practices to maintain excellence during remote learning:
   Relationship building in remote learning environments* [Podcast/webinar]. RTI International.



# H. FRANK MCKAY

## Summary of Professional Experience

H. Frank McKay leads RTI's strategy for the development and management of educator peer learning networks, along with focused initiatives on science, technology, engineering, and mathematics (STEM) education and competency-based models of professional learning. Dr. McKay's areas of expertise include inquiry and project-based learning, STEM education, experiential education, instructional leadership, and the development of peer learning networks. Before his work at RTI, Dr. McKay led strategic planning and partnerships for a portfolio of more than 40 early college high schools as director for school services at NC New Schools. Dr. McKay's experience includes leading multiyear education projects, teaching in innovative school settings, field instructing and staff training for the North Carolina Outward Bound School, teacher training for the U.S. Peace Corps in Tanzania, and extensive work providing training and strategic support for early college high schools.

## Education

EdD, Curriculum, Teaching, Leadership, and Learning, Northeastern University, Boston, MA, 2022.
MS, Ecological Teaching and Learning, Lesley University, Cambridge, MA, 2006.
BA, Mathematics and Philosophy, Lenoir-Rhyne University, Hickory, NC, 1995. Graduated summa cum laude.

## Selected Project Experience

***digiLEARN Microcredentials Partnership of States*** (2022 to date)—*Project Director.* Leads strategic consulting, research, and network management for digiLEARN's Microcredentials Partnership of States, which is focused on developing a consistent set of quality standards for microcredentials across its four member states (North Carolina, South Carolina, Arkansas, and Wyoming). Convenes task force of state education leaders and agencies to co-develop quality standards that will inform portability of microcredentials across state systems with the overall goal of improving teacher recruitment, development, and career advancement.

***STARward STEM: Transdisciplinary Project-Based Learning in the Final Frontier*** (2020 to date)— *Project Director.* Leads overall project oversight for technical assistance and evaluation activities for a 4-year STEM education project funded by the U.S. Department of Defense's DoDSTEM. The goal of STARward STEM is to increase participation in STEM activities and careers by students traditionally underrepresented in STEM. Oversees technical assistance to support capacity building for school-based instructional staff and principals in transdisciplinary project-based learning (PBL) and other STEM learning practices. Coordinates partnership development to support STEM enrichment activities with students, teachers, principals, and district leaders. Interfaces with national project partners to coordinate support for major project activities.

***Early College Network (ECN)*** (2019 to date)—*Network Lead*. Leads network design, strategy, and member school engagement for the ECN, a network of early college high schools across North Carolina focused on increasing access and attainment of college degrees by first-generation college-goers and students traditionally underrepresented in higher education. Oversees network activities that provide principals and school teams the opportunity to leverage their collective expertise to improve outcomes for students. Leads the ECN team in facilitating various learning opportunities for member school staff

including virtual and in-person network convenings, learning visits to peer member schools, and regular member engagement through the Amaze online peer networking portal managed by RTI.

***Harford County Public Schools Digital Teaching and Learning*** (2020 to 2021)—*Education Lead*. Led the education component of RTI's technical assistance to Harford County Public Schools to support design and implementation of districtwide digital teaching and learning. RTI's support included facilitation of a structured strategic planning process resulting in a districtwide digital teaching and learning plan; guidance to adopt tools and a common framework to guide the districtwide approach to digital teaching and learning; and support to build capacity of instructional staff and leadership to use technology to support effective digital teaching and learning practices.

***Project-Based Learning (PBL) Design Academy*** (2019 to 2020)—*Project Lead.* Developed and led a semester-long professional learning program in which educators transformed practice by developing and implementing high-quality PBL through hands-on workshops, focused networking, and personalized coaching. Educators developed standards-aligned PBL units focused on the United Nation's Sustainable Development Goals. Educators made learning relevant by connecting students with STEM experts working firsthand to solve complex global issues.

***WeatherBlur: Engaging Students in Mississippi, Alabama, and Maine Through Citizen Science and Inquiry-Driven Project-Based Learning*** (2018 to 2023)—*Education Lead.* Led RTI's education technical support for the WeatherBlur program, funded by Gulf Research Program of the National Academies of Sciences, Engineering, and Medicine. Trained and supported 3rd–6th-grade teachers to increase students' scientific and environmental literacy. Developed a professional learning and coaching model to support implementation of PBL focused on local environmental issues in partnership with RTI scientists and the Maine Mathematics and Science Alliance.

***Project-Based Learning (PBL) Program Development*** (2017 to 2023)—*Project Lead*. Led development of PBL framework, professional development model, and related support materials focused on building capacity of K–12 educators in PBL methodology and implementation. Led development of blended learning model of professional development to expand the program to incorporate a personalized learning approach and microcredentialing in teacher professional development. Partnered with the SERVE Center at the University of North Carolina at Greensboro to conduct program evaluation.

***Johnston County Public Schools Project-Based Learning (PBL)*** (2017 to 2019)—*Project Lead*. Led development and implementation of a teacher development program for K–12 teachers in PBL. The program included professional development workshops and on-site coaching for participating teachers.

***Winston-Salem Forsyth County Schools Inquiry-Based Learning*** (2016 to 2018)—*Project Lead*. Developed and facilitated a series of research-based teacher development workshops for magnet schools in the Winston-Salem Forsyth County Schools district focused on developing instructional capacity of K–12 teachers in inquiry-based learning. The project included three cohorts of teachers across content areas and including teachers of academically and intellectually gifted students.

***Surry County Schools Instructional Leadership Practicum*** (2017)—*Project Lead*. Developed and implemented an in-service practicum focused on instructional leadership development for assistant principals and district coaches.

***Recognition of Innovation and Excellence*** (2014 to 2016)—*Project Manager.* Designed and led the NC New Schools Recognition of Innovation and Excellence program, which used quantitative and qualitative data to identify middle and high schools in North Carolina leading in education innovation and academic excellence. Developed program criteria, the application process, and the site-based review process used to select leading schools. Developed educational learning tours of recognized schools for educator professional development.

## Professional Experience

2016 to date. RTI International, Research Triangle Park, NC.

*Senior Manager, Education Research* (2024 to date). RTI's Center for Education Services supports schools, districts, and education agencies in addressing critical issues related to student and school success. Leads RTI's strategy for the development and facilitation of educator peer learning networks, along with focused initiatives on STEM education and innovative models of professional learning. Leads project teams in designing and implementing technical assistance related to education networks, competency-based learning, and STEM education.

*Manager, Education Research* (2022 to 2024). Led development of research-based technical assistance services for clients' focused networks and STEM education. Managed RTI's Early College Network, which provides networking and professional learning support to early college high schools across North Carolina. Managed project teams that design and deliver technical assistance related to instructional coaching, educator development, and the implementation of school initiatives that transform school culture and instructional practice.

*Research Education Analyst* (2016 to 2022). Led development of research-based technical assistance services for clients focused on instruction and instructional leadership. Provided school-based consulting and instructional coaching to support the implementation of school initiatives and transformation of school culture and instructional practice. Developed training strategy and curriculum materials to support capacity building in inquiry- and project-based learning in schools and districts.

2013 to 2016. NC New Schools/Breakthrough Learning, Durham, NC.

*Director, School Services*. Oversaw professional learning, coaching services, strategic planning, and progress monitoring for 40 schools and districts with a focus on early college high schools and postsecondary attainment. Created the Recognition of Innovation and Excellence program, including the design of school review tools and the management of site review teams. Designed and facilitated in-state and national study visits to provide targeted professional learning experiences for K–14 educators. Facilitated professional learning workshops for teachers, principals, and school boards on topics including project-based learning, college and career readiness, and school improvement planning.

2003 to 2013. Exploris Middle School, Raleigh, NC.

*Middle School Teacher*. Designed and taught issues-focused, interdisciplinary PBL curriculum aligned with Common Core and North Carolina Essential Standards for STEM, language arts, and social studies. Designed service learning experiences focused on STEM in partnership with community experts. Created web-based video lessons and assessments for Common Core high school mathematics as an inaugural member of LearnZillion's Dream Team. Led the school technology team. Served on the school board and established a formal partnership with the North Carolina Museum of Natural Sciences.

1998 to 2008. North Carolina Outward Bound School, Asheville, NC.

*Staff Trainer, Course Director, Field Instructor*. Designed and led wilderness-based professional development for in-service teachers with a focus on experiential teaching and learning. Designed and led professional development for new and experienced staff in wilderness skills, group facilitation, and diversity training. Designed and led wilderness-based leadership courses for high school students, college students, and adults in the mountains and Outer Banks of North Carolina, the Florida Everglades, and the Bahamas.

1999. United States Peace Corps, Arusha, Tanzania.

> **Education Technical Trainer** (September to December). Developed an experiential preservice training model for Peace Corps education trainees, including a 4-week teaching internship in community schools. Trained mathematics and science volunteer teachers in collaboration with the Tanzania Ministry of Education, local schools, and nongovernmental organizations. Supervised a team of full-time teacher trainers and volunteer facilitators.

1998. United States Peace Corps, Dar es Salaam, Tanzania.

> **Peace Corps Volunteer Leader**. Designed and facilitated professional development and coaching for 50 mathematics and science volunteer teachers, including retreats, site visits, in-class observations, and professional feedback. Developed and facilitated regional educational workshops for 100 in-service mathematics and science volunteer teachers and Tanzanian colleagues. Chaired the Volunteer Advisory Council and served as a liaison between volunteer teachers and the Peace Corps Tanzania administration.

1995 to 1997. United States Peace Corps, Mlalo, Tanzania.

> **High School Teacher**. Designed and taught the O-Level (high school) math and physics curriculum under the Tanzania Ministry of Education at Mlalo Day School, Lushoto District. Developed a school environmental science club where students built solar ovens and created a tree nursery in partnership with a local agriculture extension agency. Organized student field experiences, including career development trips to national parks, industry sites, and government facilities. Co-led a 6-day student ascent of Mount Kilimanjaro.

## Presentations and Proceedings

Hong, Y., McKay, H., *Rogers*, K., & Boyette, J. (2024, April 11–14). *Transforming teaching with transdisciplinary project-based learning: Implementation and impact of a space-related professional development program.* Presentation at the 2024 AERA Annual Meeting, Philadelphia, PA.

McKay, F., & Hong, Y. (2023). *STARward STEM: Implementation and evaluation of a STEM–focused project-based learning program*. STEM Technical Exchange.

Stanley, R. M., Preston, J. J., & McKay, F. (2023). *Partnering with DoD STEM to attract, inspire and develop exceptional STEM talent across the education continuum*. STEM Learning Ecosystems Community of Practice Convening 2023, Jacksonville, FL.

McKay, F., & Anderson, J. (2022). *Making the most of networks.* Presented at the 2022 Early College Summit, Raleigh, NC.

Milord, L., & McKay, F. (2022). *STARward STEM: Integrating space station experiments and transdisciplinary project-based learning in a K12 school district in North Carolina, USA*. Presented at the International Astronautical Congress, Paris, France.

Costello, S. A., & McKay, F. (2020). *The power of networks: Collaboration & support in challenging times*. Presented at Connect 2020: The NACEP (National Alliance of Concurrent Enrollment Partnerships) Digital Forum.

Stanley, R. M., McKay, F., Grebing, E., & Arshavsky, N. (2019, October). *How do we measure instructional innovation? Insights from evaluation of K–12 PBL implementation*. Presented at Bridging the Gap 2019, Raleigh, NC.

McKay, F. (2019, March). *"What problem do you want to solve?" Use inquiry to grow lifelong learners*. Presented at Deeper Learning 2019, San Diego, CA.

Stanley, R., & McKay, H. (2018, October). *Reverse engineering as an instructional tool*. Presented at Bridging the Gap 2018, Raleigh, NC.

McKay, H. F., & Taylor, B. (2017, July). *PBL essentials for school leaders*. Presented at Johnston County Public Schools Ignite Conference, Clayton, NC.

Sanjli, G., McKay, H. F., & Santhuff, K. (2016, October). *Design for change*. Presented at North Carolina Service-Learning Coalition Fall Conference, Ashville, NC.

Hutchman, D., Miller, C., McKay, H. F., & Santhuff, K. (2015, February). *Teaching civic engagement and democracy through service-learning*. Presented at the Pathways to Achieving Civic Engagement Conference 2015, Elon, NC.

## Technical Reports

Canuette, K., & McKay, F. (2023). *Quality assurance standards for micro-credentials: Recommendations from a multistate partnership, 2023* [Policy brief]. digiLEARN. MPOS+Policy+Brief_FINAL_3_14_23.pdf (squarespace.com)

McKay, F., & Persson, J. J. (2022). *The power of peer learning networks: Using connections to drive educational innovations*. RTI Center for Education Services. https://educationservices.rti.org/downloads/14481Networks_WhitePaper_RTI-DRAFT_15.pdf

## Media and Communications

Cox, K., & McKay, F. (2023). Perspective | The power of early colleges: Innovative practices [Web post]. *EducationNC*. https://www.ednc.org/perspective-the-power-of-early-colleges-innovative-practices/

Cox, K., & McKay, F. (2023). Perspective | The power of early colleges: Stronger together [Web post]. *EducationNC*. https://www.ednc.org/perspective-the-power-of-early-colleges-stronger-together/

Glennie, B., McKay, F., Edmunds, J., & Arshavsky, N. (2023). Early colleges: Creating pathways for access to higher education [Webinar]. RTI International. https://www.rti.org/event/early-colleges-creating-pathways-access-higher-education-virtual-qa-panel

McKay, F., Bevc, C. A., & Clark-Uchenna, R. (2020). *Place-based science education* [Podcast/webinar]. https://measureradio.libsyn.com/place-based-science-education

McKay, F., Clark-Uchenna, R., & Brasili, A. (2019, September 19). This is what tech-supported partnerships can do for place-based ed. *Getting Smart Blog*. https://www.gettingsmart.com/2019/09/this-is-what-tech-supported-partnerships-can-do-for-place-based-ed

McKay, F. (2019). Lessons from Liberia: Five questions to ask for scaling evidence-based practices. *EdNC Blog*. https://www.ednc.org/2019/04/10/lessons-from-liberia-five-questions-to-ask-for-scaling-evidence-based-practices

McKay, H. F. (2018). Ensuring that PBL is accessible to all: Planning project-based learning around three core strategies helps all students get what they need. *Edutopia Blog*. https://www.edutopia.org/article/ensuring-pbl-accessible-all

McKay, F. (2017). 5 PBL pitfalls to avoid. *Edutopia Blog*. https://www.edutopia.org/article/5-pbl-pitfalls-avoid



# KERSH NAIDU

## Summary of Professional Experience

Kersh Naidu is a research education analyst at RTI International. Previously, she was the director of Wellness and Learning Services at Old Trail School in Ohio, the owner of an educational consulting company, and a licensed school psychologist. At the school-district level, she served in leadership roles in special education administration across urban, suburban, and independent school districts for over 15 years. Since 2000, Dr. Naidu has led more than 100 sessions and provided technical assistance and evaluation in areas such as multitiered systems of support (MTSS), cultural competence, special education, equity and advocacy, behavior and social-emotional learning, curriculum, leadership, professional learning, and systems change. In higher education, she has taught undergraduate and graduate course sections and was most recently a 2018–2019 fellow in the Educational Policy Fellowship Program, with a focus on innovation, equity, and leadership, through Cleveland State University and spearheaded through the International Educational Leadership program in Washington, DC.

## Education

EdD, Educational Leadership (Special Education), University of New England, Biddeford, ME, 2017.
EdS, School Psychology, Kent State University, Kent, OH, 2000.
MEd, School Psychology, Kent State University, Kent, OH, 1998.
BA, Psychology, Kent State University, Kent, OH, 1995.

## Certifications and Licenses

School Psychology License, North Carolina Department of Public Instruction, 2020 to date
Superintendent Licensure, Ohio Department of Education, 2009 to 2020
Pupil Services Administration, Ohio Department of Education, 2005 to 2020
School Psychology Licensure, Ohio Department of Education, 1998 to 2020

## Selected Project Experience

***Special Education Leads Evaluation*** (2023 to date)—*Project Director.* The California Department of Education (CDE), California Collaborative for Educational Excellence (CCEE), and California State Board of Education continue their support of the Statewide System of Support, which includes assessing the impact of Special Education Leads on statewide system improvement. Leads are focused on family/student engagement, using continuous improvement practices, and evaluating the effectiveness of their technical assistance for inclusive programs. Responsible for all aspects of the evaluation of Special Education Leads and for collaborating with other evaluators to inform the broader System of Support evaluation.

***21st Century State Leadership Academies (21CSLA) Evaluation*** (2022 to date)—*Associate Project Director.* CDE, CCEE, and the California State Board of Education launched 21CSLA to develop a robust, equity-forward approach to expanding the capacity of California leaders at all levels. This 3-year project evaluates 21CSLA's impact and provides feedback to the coordinating center, regional academies, and state agencies. Responsible for collaborative leadership and facilitating regular engagement of regional academy leads involved in providing technical assistance to local education agencies.

***Association for Supervision and Curriculum Development (ASCD) Whole Child Initiative Research*** (2022 to date)—*Research Specialist.* Funded by ASCD, this project focuses on the development of ASCD's Whole Child Model through creating evidence for field testing to show the potential for promise. Responsible for qualitative data collection and analysis and collaborative reporting.

***Colorado Reading to Ensure Academic Development (READ) Act Evaluation*** (2022 to date)—*Associate Project Director for Subcontract.* Funded by the Colorado Department of Education and led by WestEd, this 7-year project evaluates the implementation of the READ Act by evaluating assessments, instructional programming, professional development, and district implementation. Responsible for subject matter expertise in special education for protocol development, analysis, and reporting and for site visits and site visit reports.

***Culturally Responsive Teaching for Student Equitable Achievement (CuRTSEA): A Professional Development Program*** (2022 to date)—*Professional Development Coach.* This 4-year project is funded by the U.S. Department of Education's Institute of Education Sciences (IES) to develop and test a professional development program for culturally responsive teaching. The goal of the program is to improve outcomes for minoritized students by increasing teacher knowledge and practice in critical reflection and asset-based teaching. Coaches teacher teams and supports research and development.

***Developmental Evaluation of California Individualized Education Program (IEP) Expert Panel: Partner Engagement and Process Observation-***(2022 to date)—*Project Director.* This 3-year project is funded by CDE and CCEE, which were charged to convene an expert panel to improve the Individualized Education Program (IEP) template. Responsible for documenting the panel's process, gathering feedback from education partners, and summarizing their input for potential policy and practice changes.

***An Effectiveness Replication of Targeted Reading Instruction (TRI): Investigating Long Term Student and Teacher Impacts*** (2021 to date)—*Partner Engagement* and *Assessment Lead.* This 5-year project is funded by IES. TRI is one of the few reading programs in the United States showing strong evidence of effectiveness in both decoding and reading comprehension. Responsible for supporting data collection, research and implementation by effectively engaging partners, and coordinating research activities across the organization, using feedback to continuously improve our efforts.

***Special Education Local Plan Area (SELPA) Initiative Evaluation*** (2022 to 2023)—*Associate Project Director.* CDE, CCEE, and the California State Board of Education launched a Statewide System of Support that includes SELPA leads. This 3-year project evaluates the SELPA leads in areas of system improvement, disproportionate special education referral, least restrictive environment, autism services, universal design for learning, and English language learners. Responsible for data collection, analysis, preparing findings, and reporting.

***North Carolina Students With Disabilities Funding Study*** (2022)—*Content Area Expert.* Per Session Law 2021-189, the North Carolina Department of Public Instruction contracted with RTI to examine special education funding allocations and make funding recommendations. Provided input and feedback on special education funding and state obligations under federal law.

***Ohio Medicaid Schools Funding Study*** (2021 to 2022)—*Project Director.* Epiphany Management, an education services contractor, subcontracted with Dr. Naidu & Associates to analyze the Ohio Medicaid School Funding Program's reimbursement model. Naidu & Associates evaluated how schools document services, complete cost reports, follow time study procedures, and verify Medicaid eligibility. This research identified the audit processes schools use to get reimbursed for providing special education services through Medicaid. Responsible for all aspects of study design, data collection and analysis, and reporting findings.

***Special Education and Equity Audit*** (2015 to 2018)—*Project Director.* Richmond Heights Local Schools in Ohio requested an audit based on persistent gaps in achievement between students with disabilities and their typically developing peers. This 3-year project evaluated achievement trends,

progress monitoring, student demographics, attendance and enrollment patterns in special education programs by disability category, and staffing. Recommendations led to technical assistance related to prereferral processes and MTSS. Created research design, collected and analyzed data, wrote reports, and provided technical assistance.

***District-Level Leadership for MTSS in Orange City Schools*** (2017)—*Pupil Services Director*. Designed and implemented professional learning for initiating MTSS for academics and social and emotional learning and behavior. Supported district leaders from preK, elementary, and middle and high school in developing roles and strategies for leading MTSS school rollout, common language, connection with current district initiatives, and elements for team structures and processes for first best instruction.

## Professional Experience

2022 to date. RTI International, Research Triangle Park, NC.

> ***Research Education Analyst***. As a special education subject matter expert, leads and supports research, evaluation, and technical assistance tasks in special education, literacy, equity, education leadership, and systems improvement. Coordinates and communicates with internal and external clients, applies content knowledge in formulating research plans and interpreting results, and contributes to proposals, reports, and publications. Leads focus groups, interviews, observations, and surveys. Leads professional development activities (coaching, training) and provides technical assistance for teachers and education leaders on educational interventions. Supports research and evaluation projects focused on improving curriculum, instruction, student learning, and student behavior.

2020 to 2022. Old Trail School, Bath, OH.

> ***Director of Wellness & Learning Services***. Used a systems-level approach toward creating culture and climate change to support the needs of diverse learners. Administered and supported the development of "whole child" teaching and learning where the philosophy is to meet every child where they are and grow them forward. Implemented a benchmarking and progress monitoring system using growth from baseline measures and at least three established progress check points throughout the year. Supported staff through job-embedded professional development for culturally responsive teaching.

2015 to 2022. Dr. Kersh Naidu & Associates, LLC, Cleveland, OH.

> ***Consultant and School Psychologist*** (part-time). Conducted culture and climate audits, equity audits, curriculum audits, school Medicaid model analysis, staff professional development, and psychoeducational assessment and consultation. Clients included Richmond Heights Local Schools, Ohio (2015 to 2022); Ohio Medicaid Schools Program (2021 to 2022); Norton City Schools, Ohio (2020 to 2021); Breakthrough Schools, Ohio (2019 to 2021); and Currituck County Schools, North Carolina (2019 to 2020).

2012 to 2015. Notre Dame College, College of Education, South Euclid, OH.

> ***Adjunct Faculty*** (part-time). Taught ED 510 Foundations/Mild Moderate Disabilities, ED 525 Foundations of Literacy, ED 553 Assessment in Special Education, ED 652 Student/Class Management.

2009 to 2020. Orange City Schools, Pepper Pike, OH.

> ***Director of Student Services***. Led systems improvement using implementation science tools and strategies, resulting in a 33% improvement in reading and 27% improvement in math for students with disabilities. In collaboration with building principals, established the Positive Behavior Intervention and Supports system in each school. Partnered with the regional educational service

center to implement evidence-based professional development to 78 staff serving 350 students from low-resourced communities. Developed a full inclusion service delivery model in collaboration with special education staff and principals.

2007 to 2009. Copley Fairlawn Public Schools, Copley, OH.

*Coordinator of Pupil Services*. Administered a balanced program of special services to students across five schools. Conducted a needs assessment and program evaluation of services to students classified with behavioral disorders and the district's out-of-district placement philosophy. Implemented an in-district social emotional support model, resulting in savings of $2.5 million in out-of-district placement costs. Worked with the district superintendent to define the specific functions of the pupil personnel staff and service provision.

1998 to 2009. Akron Public Schools, Akron, OH.

*Coordinator of Special Education* (2007 to 2009). Administered special education programs across 86 schools in the district for students in preschool through age 21. Conducted professional development for intervention specialists and related service providers in 60 schools on inclusionary practices, response to intervention, data-based decision-making, and special education laws, rules, and regulations. Oversaw and worked on federal grants (Individuals With Disabilities Education Act, part B), needs assessments, and title programs (Title I and Title IV).

*School Psychologist* (1998; 1999 to 2001 part-time; 2001 to 2005). Supported the success of students academically, socially, behaviorally, and emotionally. Collaborated with educators, parents, and other professionals to create safe, healthy, and supportive learning environments Provided evidence-based individual and group interventions. Conducted over 1,200 psychoeducational evalautions.

*Principal, Integrated Preschool* (1999 to 2001). Provided instructional leadership to 15 teachers and support staff by monitoring and supporting teaching and providing staff development. Evaluated the instructional practices of early childhood teachers.

1998 to 2008. Kent State University, Department of Educational Foundations and Special Services Kent, OH.

*Adjunct Faculty* (part time). Taught SPED 23000 Introduction to Exceptionalities, SPED 43021 Assessment for Special Education, and SPED 43040 Language and Reading in Special Education.

## Seminars and Courses Taught

Self-Regulation and Executive Functioning Skill Development, Old Trail School, 2022
Gender Identity and Gender Confusion in Middle School Students, Old Trail School, 2021
Reaching and Teaching Students in Poverty: Strategies for Erasing the Opportunity Gap, Educational Service Center of Northeast Ohio, 2018
Building a Multi-Tiered System of Support from the Ground Up, Seminar for Northeast Ohio Association of School Personnel Administrators, 2017
Collaborative Partnerships for Children with Autism, Seminar for Milestones Annual Autism Spectrum Conference, 2017
Leveraging Community Resources to Remove Non-Academic Barriers to Academic Success. Northeast Ohio Pupil Services Colloquium, 2017
Effective Special Education: Creating a Defensible Continuum of Services, Richmond Heights Local Schools, 2015
Leading Implementation for Multi-Tiered Systems of Support (MTSS): State-Level Trainer, Ohio Department of Education, 2015

A School Principal's Guide to Special Education, Buckeye Association of School Administrators, Exceptional Children's Committee seminar, 2014

Leading Teacher-Based Teams, Curriculum Director's Collaborative, Northeast Ohio Curriculum Directors' Network, 2014

Data-Based Decision-Making Through Root Cause Analysis, Orange City Schools, 2014

Staff Coaching Through Student Progress Monitoring: The Proof Is in the Pudding, Buckeye Association of School Administrators, Exceptional Children's Committee seminar, 2014

Strategic Planning for Common Core Implementation, Orange City Schools, 2014

Using the Logic Model to Sustain Data-Based Decision-Making for Gap Closing, Educational Service Center of Cuyahoga County, 2014

Equity Audits Through the Lens of Power and Dominance, Kent State University, 2013

Special Education and Transition to Postsecondary, seminar for the State Advisory Panel for Exceptional Children, 2012

Cultural Competence Capacity Building Through Community: Each One Reach One, Orange City Schools, 2010 to 2015

Community Empowerment Around Demographic Shifts, Orange City Schools, 2009 to 2019

## Books, Book Chapters, and Monographs

Naidu, K. (2015). Creating achievement opportunities: Each one reach one. In C. Boske & A. F. Osanloo (Eds.), *Living the work: Promoting social justice and equity work in schools around the world* (Advances in Educational Administration, Vol. 23). Emerald Publishing.

## Other Publications

Naidu, K. (2017). *Voices of special education leaders: Perspectives on implementation of evidence-based practices through social justice leadership* [Unpublished doctoral dissertation]. University of New England.

Naidu, K. (2016). Removing barriers for students in poverty: Suburban shift calls for community partners. *ASCD Express, 11*(13).

Telzrow, C., & Naidu, K. (2001*). Interim alternative educational settings: Guidelines for prevention and intervention.* National Association of School Psychologists.

## Presentations and Proceedings

Naidu, K. (2018). *An achievement gap is an opportunity gap*. Presented at the Cleveland State University, Education Policy Fellows Program, Cleveland, OH.

Naidu, K., & Kucinic, P. (2018). *Disrupting poverty: Evidence-based professional development using online staff training modules based on Budge KM, Parrett W. Disrupting Poverty: Five Powerful Classroom Practices*. Presented at the Cuyahoga County Educational Service Center, Cleveland, OH.

Naidu, K. (2016). *Confronting disproportionality in special education: There are no gatekeepers here.* Presented at the Ohio Association of Pupil Service Administrators, Columbus, OH.

Naidu, K., & Moore, K. (2015). *Promising instructional practices for differentiation*. Presented at the Battelle for Kids, Columbus, OH.

Naidu, K., Moore, K., & Mastin, C. (2014). *Developing teacher leadership through collaboration*. Presented at the Ohio Leadership Advisory Council, Columbus, OH.

**RTI INTERNATIONAL**

# W. KYLE CANUETTE

## Summary of Professional Experience

W. Kyle Canuette is an education consultant and research education analyst with RTI International's Center for Education Services. He has over 12 years of experience in education policy and practice, serving as a teacher, instructional coach, and curriculum writer, and in the School District of Philadelphia's office of Climate and Safety. Before RTI, he worked as a policy analyst with The Hunt Institute, where he supported state policymakers with a focus on North Carolina, including leading the facilitation of Governor Roy Cooper's DRIVE Task Force, an initiative to increase teacher diversity in North Carolina. His areas of expertise include strategic planning, program management and implementation, and P-20 education policy.

## Education

MPA, Public Administration, University of Pennsylvania, Philadelphia, PA, 2019.
MSEd, Education Policy, University of Pennsylvania, Philadelphia, PA, 2019.
BA, History and Political Science, concentration in American History and International Politics,
    University of North Carolina at Chapel Hill, Chapel Hill, NC, 2012.

## Selected Project Experience

**Rethink Education** (2023 to date)**—***Program Manager.* Serves as program manager for the North Carolina Department of Public Instruction on a federal grant supporting the adoption and implementation of virtual and blended learning models across North Carolina. This includes overseeing data collection and reporting, budget oversight, and logistical and strategic support for the project director.

**North Carolina Large District Consortium** (2022 to date)**—***Education Consultant.* Supports the consortium of Superintendents and Chief Academic Officers for the 12 largest districts in the state of North Carolina. This includes legislative and state board policy tracking, developing and co-facilitating quarterly meetings and an annual retreat, and providing research support as needed.

**Grow Your Own Texas** (2022 to 2024)—*Education Consultant.* Supported the development of the Texas Education Agency's Grow Your Own initiative by crafting a 3-year curriculum to build the pipeline of high school students interested in becoming educators and facilitating a teacher lesson study cycle.

**Johnston County Public Schools Strategic Planning** (2023 to 2024)—*Education Consultant/Project Lead.* Facilitated a community-driven strategic planning process for Johnston Public Schools, setting the direction and vision of educational excellence and steps to take to move the district toward its goals in 2024 to 2029.

**DigiLEARN's Microcredentials Partnership of States** (2022 to 2024)—*Education Consultant.* Supported facilitation of a multistate partnership dedicated to improving teacher recruitment, development, and career advancement through the development of quality assurance standards for microcredentials. The partnership also shares resources and tools it develops to expand the body of research and increase thought leadership for microcredentials. Supported the partnership by facilitating practitioner focus groups and task force meetings to iteratively develop and revise microcredential quality assurance standards, creating an associated rubric, and writing a policy brief discussing the work of the partnership.

***Durham Public Schools Strategic Planning*** (2022 to 2023)—*Education Consultant/Project Lead.* Facilitated a community-driven strategic planning process for Durham Public Schools, setting the direction and vision of educational excellence and steps to take to move the district toward its goals in 2023 to 2028.

# Professional Experience

2022 to date. RTI International, Durham, NC.

> ***Research Education Analyst***. Facilitates strategic planning and project management for schools, districts, and higher education. Provides analysis and planning support based on client-identified needs and designs consulting support for clients.

2019 to 2021. The Hunt Institute, Cary, NC.

> ***Policy Analyst***. Led the development, recruitment, and execution of the inaugural cohort of the Hunt State Policy Fellows program. Supported the development and facilitation of other events focused on North Carolina including the Holshouser Legislators Retreat and the DRIVE Summit. Led the Institute's facilitation of Governor Roy Cooper's DRIVE Task Force, developing meeting agendas, identifying and preparing speakers, managing communications with 33 task force members, and drafting the task force final report. Authored reports, issue briefs, policy memos, and blog posts to provide senior policymakers with information on best practices, policy trends, and current research in education. Developed and managed the Institute's Governing Principals webinar series, including identifying panelists, overseeing outreach and communications, and facilitating technical logistics. This series averaged 620 registrants per webinar in 2021. Tracked policy and political developments within the North Carolina General Assembly, State Board of Education, and other relevant stakeholders. Assisted with fundraising efforts, strategy, and processes, including assessing impact of new funding on current work, participating in funder and stakeholder calls, and developing relationships in the field.

2018 to 2019. School District of Pennsylvania, Philadelphia, PA.

> ***Positive Behavioral Interventions and Supports (PBIS) Coach***. Managed PBIS program implementation at two schools in the School District of Philadelphia. Facilitated team training and fostered collaboration and participation among school team members to ensure fidelity of implementation of school-wide PBIS. Monitored school progress using multiple data collection tools, with a focus on student culture outcomes. Collected and analyzed qualitative and quantitative classroom and school-wide data to measure the extent of teacher implementation of classroom PBIS. Coached teachers and staff directly on classroom practices related to the PBIS program. Coordinated school-level data, ensuring the dissemination of outcomes and effects, implementing and supporting the use of data-based decision-making, and provided technical assistance and facilitation of the School-Wide Information System.

2018. University of Pennsylvania, Philadelphia, PA.

> ***Education Policy Practicum Researcher*** (January to May). Conducted an applied education research project with a team of three others for the Philadelphia Education Research Consortium to analyze and interpret patterns of teacher mobility in Philadelphia's public schools using a comprehensive data set with over 90,000 observations.

2017. Teach for America, New York, NY.

> ***World History Curriculum Writer for National Teacher Leadership Development*** (January to July). Developed the curriculum for Teach for America's national institute: two units of student-facing materials, teacher lesson plans, and supplementary resources for corps member training.

Evaluated the effectiveness of curriculum through site visits and interviews with corps members and school leadership.

2015 to 2017. Coney Island Prep High School, Brooklyn, NY.

***Advanced Placement (AP) U.S. History Teacher and History Instructional Coach***. Taught U.S. and AP U.S. History, creating engaging and rigorous lessons while managing multiple courses and professional responsibilities in a Title I public charter school. Ninety-seven percent of students scored proficient in the New York Regents U.S. History Exam; 67% of students scored a 3 or above on the AP U.S. History Exam. Led instructional coaching and professional development initiatives for the entire history department, including evaluating teacher performance and providing coaching for teachers of all levels.

2012 to 2015. Douglass Mid-High School, Teach for America Oklahoma, Oklahoma City, OK.

***Social Studies Teacher and Department Chair***. Taught World, U.S., and AP U.S. History; created engaging and rigorous lessons while managing multiple courses and professional responsibilities in a Title I school. Provided district-wide literacy-based professional development for Social Studies teachers in 2015. Established AP U.S. History program.

## Honors and Awards

Education Policy Fellow, Institute for Educational Leadership, 2020
Dean's Scholarship, University of Pennsylvania, 2018
Roberts Family Scholarship, University of Pennsylvania, 2018

## Computer Skills

Smartsheet, Adobe InDesign, STATA, Microsoft Office, G Suite, WebEx, Zoom

## Technical Reports

Canuette, K., & McKay, F. (2023). *Quality assurance standards for micro-credentials: Recommendations from a multistate partnership, 2023.* [Policy brief]. digiLEARN.

Steinberg, M., Neild, R., Canuette, W. K., Park, S., Schulman, E., & Wright, M. (2018). *Teacher mobility in the School District of Philadelphia, 2009–10 through 2015–16.* The Philadelphia Education Research Consortium.



# YIHUA HONG

## Summary of Professional Experience

Yihua Hong specializes in research design, evaluation of educational programs and policy, and advanced quantitative methods. She has been intensively engaged in research and evaluations of teacher professional development and of school-based accountability both in local districts and across states.

Dr. Hong currently serves as the project director and/or co-principal investigator of multiple federally funded projects, including an Institute of Education Sciences (IES) effectiveness replication of a teacher professional development program with targeted reading instruction, an IES Development and Innovation study of a professional development (PD) program for culturally responsive teaching (CuRTSEA), and a National Defense Education Program study that builds teacher capacity for transdisciplinary project-based learning (STARward STEM). Dr. Hong also leads the impact evaluation of the midphase Education Innovation and Research (EIR) study of the Alaska statewide new-teacher mentoring program. In addition, she serves as a co-investigator of the IES efficacy study of an elementary school social and emotional learning program.

Dr. Hong's work has been presented at national conferences and published in peer-reviewed journals such as *American Educational Research Journal*, *AERA Open*, and *Educational Evaluation and Policy Analysis*.

## Education

PhD, Education, University of Toronto, Canada, 2012.
MEd, Education, University of Toronto, Canada, 2005.
Bachelor of Economics, Guangdong University of Foreign Studies, China, 1996.

## Certifications and Licenses

What Works Clearinghouse Group Design Standards Certified Reviewer (Standards version 4.1), Institute of Education Sciences, August 2019

## Selected Project Experience

**STARward STEM** (2022 to date)— *Evaluation Lead* and *Co-Principal Investigator (Co-PI).* Funded by the U.S. Department of Defense, in partnership with Cumberland County Schools, DreamUp, and Emerging Technology Institute, the project develops, facilitates, and evaluates transformative science, technology, engineering, and mathematics (STEM) enrichment through transdisciplinary project-based learning for school leadership, teachers, and students. Leads all evaluation activities.

***An Effectiveness Replication of Targeted Reading Instruction (TRI): Investigating Long Term Student and Teacher Impacts*** (2021 to date)—*Project Director* and *Co-PI.* This 5-year project is funded by IES. TRI is one of the few reading programs in the United States showing strong evidence of effectiveness in both decoding and reading comprehension. This study is the first to test TRI's long-term effectiveness in North Carolina and South Carolina Title 1 schools. Co-leads all evaluation activities.

***Culturally Responsive Teaching for Student Equitable Achievement (CuRTSEA): A Professional Development Program*** (2021 to date)— *Research Lead* and *Co-PI.* This 4-year project is funded by IES to develop and test a professional development program for culturally responsive teaching. The goal of

the program is to improve outcomes for minoritized students by increasing teacher knowledge and practice in critical reflection and asset-based teaching. Leads research design, data collection and analysis.

**Scaling STARR** (2021 to date)—*Impact Evaluation Lead*. This 5-year project is funded by an IES EIR midphase grant. The goal is to expand the benefits of the Alaska Statewide Mentor Project's (ASMP) validated mentoring model and enhance the cultural competence specifically to address student social emotional learning and well-being in Title 1 rural/remote schools and schools that serve largely Alaska Native communities experiencing persistent teacher quality and retention challenges. The project compares the efficacy and cost-effectiveness of two early career teacher mentoring delivery methods (in person and virtual). Leads the impact evaluation design and quantitative analysis.

**Computer Games for Learning Study** (2018 to date)—*Lead Methodologist* and *Co-investigator*. This project is an IES Goal 3 study that tests the efficacy of the Zoo U computer game for improving 2nd-through 4th-grade students' social and emotional skills across a 10-week intervention period. Leads quantitative data analysis and assists with study design.

**Improving Student Academic and Noncognitive Outcomes through Personalization for Academic and Social Emotional Learning** (2017 to date)—*Impact Evaluation Lead*. This 5-year project is funded by an IES I3 grant. The goal is to develop and expand Personalization for Academic and Social Emotional Learning (PASL), a systematic school-based intervention in which administrators, guidance counselors, and teachers intentionally and deliberately attend to students' academic, social emotional, and behavioral needs in a replicable and scalable program. Leads the impact evaluation design and quantitative analysis.

**REDF Social Enterprises** (2016 to date)—*Quantitative Lead.* REDF is a nonprofit intermediary that provides funding and business advice to social enterprises that employ those who have to overcome formidable obstacles in order to get a job. With funding from a Social Innovation Fund grant, RTI is conducting an external evaluation of REDF's portfolio of 22 grantees across the United States, using a hybrid quasi-experimental and random assignment study design. Contributes to the experimental and quasi-experimental design and provides rigorous quantitative analyses.

**Witsby Professional Development Research** (2023)—*Project Director* and *Principal Investigator*. Funded by the Association for Supervision and Curriculum Development (ASCD), this project evaluated the usability, implementation, and impact of ASCD's new professional learning and credentialing platform (Witsby). Led all evaluation activities.

**Chicago Teacher Induction** (2016 to 2019)—*Principal Investigator*. This project evaluated teacher induction programs in Chicago using biannual teacher surveys from Chicago Public Schools. The goal was to understand teacher induction support in Chicago and examine how the support affects beginning teachers' commitment to schools and investigate the role of school context in the success of the teacher induction support. Collaborated (as an affiliated researcher) with researchers at the University of Chicago Consortium on School Research to analyze the Chicago Public Schools data and summarize and present the findings.

**Comprehensive Teacher Induction** (2013 to 2014)—*Principal Investigator*. This project was funded by the Spencer Foundation and received support from an IES Statistical and Research Methodology in Education grant. It reevaluated a large-scale cluster-randomized study of two prominent comprehensive teacher induction programs funded by the U.S. Department of Education. The goal was to explore the causal mechanisms that lead to the "zero effects" of the induction programs as claimed in the original study. Multilevel causal mediation analysis was conducted through adapting a newly developed propensity score–based weighting method and a ratio of the mediator probability weighting method. Led the project implementation and paper writing.

**Grade 3 Test-based Retention Policy** (2010 to 2012)—*Principal Investigator*. This project was funded by a dissertation grant from the American Educational Research Association (AERA) and a mentoring award from the William T. Grant Foundation. Analyzing the Early Childhood Longitudinal Study, Kindergarten

Class of 1998–99 (ECLS-K) cohort data, the project examined the effects of grade-3 test-based retention policy on teachers' instructional time allocation, students' academic performance, and their self-perceived academic competence and interests in the promotional gate year and 2 years after the policy exposure. The evaluation highlighted the moderating role of teachers' expectation of classroom learning capability. The project extended the use of the marginal mean weighting through stratification method to multilevel treatments and multivariate outcomes. Led the project implementation and paper writing.

## Professional Experience

2015 to date. RTI International, Washington, DC.

*Advanced Quantitative Education Researcher.* Leads proposal writing and quantitative evaluation of educational programs and collaborates on projects, report writing, and scholarly publications.

2015 to 2016. The University of Chicago Consortium on Chicago School Research, Chicago, IL.

*Affiliated Researcher.* Conducted analysis of the survey data of Chicago Public Schools and co-wrote grant proposals and manuscripts for publication.

2012 to 2015. Department of Comparative Human Development, University of Chicago, Chicago, IL.

*Postdoctoral Scholar.* Served as principal investigator of a project funded by the Spencer Foundation. Conducted analysis of National Center for Education Statistics data, including ECLS-K data and Comprehensive Teacher Induction Data; assisted in developing the RMPW method, a propensity-score based method for causal mediation analysis; and wrote SAS programs for automating RMPW and MMW-S methods.

2004 to 2011. Ontario Institute for Studies in Education, University of Toronto, Toronto, ON.

*Research/Graduate Assistant.* Conducted analysis of ECLS-K data and developed and formalized the MMW-S method, a nonparametric propensity-score weighting method. Conducted cognitive interviews and online survey of university students for research of K–12 large-scale assessments.

1996 to 2003. Beijing University of Chinese Medicine, Beijing, China.

*Assistant Professor of English as Second Language.*

## Relevant Publications

Rosen, J. A., Hong, Y., Rutledge, S., Cannata, M., Rotermund, S. L., & Leu, K. (2022). Improving SEL outcomes for US 9th graders: Results from a district wide school reform. *Studies in Educational Evaluation*, *75*. https://doi.org/10.1016/j.stueduc.2022.101212

Hong, Y. & Hong G. (2021). Schools with test-based promotion: Effects on instructional time allocation and student learning in grade 3. *AERA Open, 7*(1), 1–15.

Hong, Y., & Matsko, K. K. (2019). Looking inside and outside of mentoring: The effects on new teachers' organizational commitment. *American Educational Research Journal*, *56*(6), 2368–2407.

Hong, Y. & Silver, D. (2018). *Florida growth mindset micro-credential program: First year evaluation report*. RTI International.

Hong, Y. (2012). *Teacher matters: Re-examining the effects of grade-3 test-based retention policy*. Unpublished doctoral dissertation, University of Toronto.

Hong, G., Corter, C., Hong, Y., & Pelletier, J. (2012). Differential effects of literacy instruction time and homogeneous ability grouping in kindergarten classrooms: Who will benefit? Who will suffer? *Educational Evaluation and Policy Analysis, 34*(1), 69–88.

Hong, G., & Hong, Y. (2009). Reading instruction time and homogeneous grouping in kindergarten: An application of marginal mean weighting through stratification. *Educational Evaluation and Policy Analysis, 31*(1), 54–81.

## Relevant Presentations

Hong, Y., McKay, F., Boyette, J., & Rogers, K. (2024, April). *Transforming teaching with transdisciplinary project-based learning.* Paper presented at the annual meeting of the American Educational Research Association, Philadelphia, PA.

Hong, Y., Wisniewski, R., Bratsch-Hines, M., & Aiken, H. (2023, March). *TRI improving teacher efficacy and reading instruction and student learning in first grade.* Paper presented at the biennial meeting of the Society for Research in Child Development, Salt Lake City, UT.

McKay, F., & Hong, Y. (2023, February). *STARward STEM: Implementation and evaluation of a STEM-focused project-based learning program.* Session presented at DoD STEM Technical Exchange Conference, Washington DC.

Wisniewski R., Dean, C., Lopez, F., Hong, Y., & Venkateswaran, N. (2022, November). *Culturally Responsive Teaching for Student Equitable Achievement (CuRTSEA): Lessons learned from year 1 of a development and innovation grant in Southern California.* Paper presented at the California Educational Research Association's annual conference, Anaheim, CA.

Rosen, J. A., Hong, Y., Rotermund S., & Leu, K. (2020, March). *Personalization for Academic and Social Emotional Learning (PASL): QED results from a district-wide social emotional learning intervention.* Paper presented at the spring conference of the Society of Research on Educational Effectiveness, Crystal City, VA.

Hong, Y. (2019, April). *The importance of grade-level match for mentoring beginning teachers in elementary schools.* Paper presented at the annual meeting of the American Educational Research Association, Toronto, Canada.

Hong, Y., & Matsko, K. K. (2017, April). *The more the merrier? A contextual analysis of the frequency of teacher mentoring.* Paper presented at the annual meeting of the American Educational Research Association, San Antonio, TX.

Hong, Y., & Matsko, K. K. (2017, March). *Mentoring to sustain new teacher commitment to school: A multidimensional investigation.* Paper presented at the annual conference of American Association of Colleges for Teacher Education, Tampa, FL.

Hong, Y., & Matsko, K. K. (2016, March). *Does principal leadership moderate the effects of new teacher mentoring? A study of Chicago teacher induction programs.* Poster presented at the spring conference of the Society of Research on Educational Effectiveness, Washington, DC.

Hong, Y., & Hong, G. (2015, April). *Exploring the role of in-house mentoring in the study of comprehensive teacher induction programs.* Paper presented at the annual meeting of the American Educational Research Association, Chicago, IL.

Hong, Y., & Hong, G. (2013, March). *Making sense of the "zero effect" of comprehensive teacher induction programs: A mediational analysis.* Paper presented at the spring conference of the Society of Research on Educational Effectiveness, Washington, DC.

Hong, Y., & Hong, G. (2012, April). *Test-based retention, teacher expectations, and student academic performance.* Paper presented at the annual meeting of the American Educational Research Association, Vancouver, BC, Canada.

Hong, Y. (2011, April). *Teacher matters: Re-examining the effects of grade-3 test-based retention policy.* Invited poster presentation at the "Promising Scholarship in Education: Dissertation Fellows and Their Research" of the annual meeting of the American Educational Research Association, New Orleans, LA.

Hong, G., Pelletier, J., Hong, Y., & Corter, C. (2010, March). *Class management and homogeneous grouping in kindergarten literacy instruction.* Paper presented at the annual conference of the Society for Research on Educational Effectiveness, Washington, DC.

Hong, G., Corter, C., Hong, Y., & Pelletier, J. (2009, April). *Reading instruction time and within-class homogeneous grouping in kindergarten: Who will benefit? Who will suffer?* Paper presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Hong, G., & Hong, Y. (2008, March). *Reading instruction time and ability grouping in kindergarten: An application of the marginal mean weighting method.* Paper presented at the annual meeting of the American Educational Research Association, New York, NY.

**RTI INTERNATIONAL**

# JENNIFER J. PRESTON

## Summary of Professional Experience

Jennifer Preston is an education consultant and research education analyst with the Center for Education Technical Assistance at RTI. Her research interests and areas of expertise include program and project management and science, technology, engineering, and mathematics (STEM) education. Dr. Preston has spent her career in positions that combine advocacy, analysis, program management, fundraising, and government relations in support of students across the nation. She has substantial experience with designing new educational initiatives and communicating them to key stakeholders. Before joining RTI, Dr. Preston directed the work of a national nonprofit college access organization in North Carolina. She previously worked at the North Carolina Department of Public Instruction and led the state's efforts to transform its educator evaluation policies, as well as at the SAS Institute as a project manager for an education software solution. Dr. Preston began her professional career in North Carolina as a teacher at a rural high school in the northeastern part of the state.

## Education

PhD, Education Research and Policy Analysis, North Carolina State University, Raleigh, NC, 2019.
MPP, Public Policy, Duke University, Durham, NC, 2011.
BA, Government, Sociology, Franklin & Marshall College, Lancaster, PA, 2007. Graduated summa cum laude.

## Certifications and Licenses

Change Management, August 2023
Nonprofit Management, March 2021
Project Management Professional, February 2015

## Selected Project Experience

***Department of Defense STEM Education Consortium (DSEC)*** (2021 to date)—*Individual Program Administrator for Consortium Management*. DSEC is an $89 million cooperative agreement funded by the U.S. Department of Defense (DoD). The consortium brings together 20+ partners that are dedicated to improving STEM programming and opportunities and increasing the number of STEM-credentialed workforce members. Facilitates and manages the development of all consortium-wide deliverables, including annual reporting to DoD and technical assistance for partners.

***North Carolina Large District Consortium Superintendents Network*** (2021 to date)—*Facilitator*. The North Carolina Large District Consortium Superintendents Network brings together the leaders of the state's 12 largest school districts, which collectively serve over half of the students in North Carolina. Provides analysis of key pieces of education, including the state budget; researches national and international best practices on implementing district and state policies and strategies; and designs and facilitates professional learning to deepen superintendents' knowledge, build new skills, and implement evidence-based strategies.

***College Advising Corps Expansion in North Carolina*** (2019 to 2020)—*Director*. College Advising Corps sought to create more university and K–12 partnerships, with the goal of increasing the number of near-peer college advisers supporting North Carolina high school students. Completed landscape analysis

of all counties in the state through examination of qualitative and quantitative data points. Crafted multiple expansion plans based on results of the landscape analysis and engaged key stakeholders in feedback loops to assess feasibility of the plans. Cultivated relationships with key individuals in state government and the philanthropic community. Wrote successful grant applications to secure funding for expansion. Designed key collateral to communicate the effectiveness of the program, the need for expansion, and the plan for growth. Established new university partnerships. Built support for expansion among existing university partners.

***Project Management for Pennsylvania Value-Added Assessment System (PVAAS)*** (2017 to 2018)— *Project Manager*. Through a contract with the SAS Institute, the Commonwealth of Pennsylvania adopted PVAAS growth measures as integral components of their school accountability, educator evaluation, and instructional improvement initiatives. Facilitated all communication between the SAS Education Value-Added Assessment System (EVAAS) team and the PVAAS team, including representatives from the Pennsylvania Department of Education. Maintained detailed business rules for all PVAAS analyses. Gathered and documented requirements for web-based reporting and account management. Managed client requests for customizations to web-based reporting and explored possible updates with internal team of software developers. Led all internal and external project team meetings. Managed data submission and reporting timelines.

***Project Management and Policy Development for North Carolina's Educator Effectiveness Model*** (2010 to 2014)—*Project Coordinator*. As a requirement of Race to the Top, and later its waiver from the Elementary and Secondary Education Act, the North Carolina Department of Public Instruction worked to revise its educator evaluation system to include explicit measures of student growth for teachers and school administrators. Developed new State Board of Education policies around educator evaluation. Managed a portfolio of new tools and practices for measuring student learning in previously untested areas. Wrote and coordinated communication on the state's educator effectiveness initiatives, including monthly newsletters, fact sheets, and superintendents' memos, and maintained the educator effectiveness website. Led the design of evaluation instruments for school-based support staff, including school counselors and speech language pathologists. Managed the statewide implementation of EVAAS: managed training, both by SAS EVAAS trainers and agency employees; coordinated delivery of all data needed for EVAAS analyses; developed business rules and policy language around the use of EVAAS; and communicated with teachers, principals, central office staff members, superintendents, and other stakeholders about EVAAS.

## Professional Experience

2021 to date. RTI International, Research Triangle Park, NC.

> ***Research Education Analyst***. Applies robust program and program management techniques to facilitate networks. Designs research-based professional learning that meets the needs of network members. Provides timely analysis of key state legislation related to education.

2018 to 2020. College Advising Corps, Chapel Hill, NC.

> ***Director for North Carolina***. Provided leadership and support to five university-based programs through coaching, site visits, data analysis, and needs assessments. Crafted compelling funding proposals that led to multiyear awards of more than $7 million in private, state, and federal support. Created and implemented a vision, timeline, and strategic plan for statewide expansion across North Carolina. Advocated for state funding in North Carolina through targeted lobbying efforts and the creation of key collateral. Identified and onboarded new university programs. Managed a detailed budget of over $5 million for operations in North Carolina, and balanced national and local funding for programs. Built and maintained a network of high-impact partners critical to the maintenance, sustainability, and success of university programs. Managed

individual contributors leading strategic initiatives in North Carolina, including family engagement programs.

2016 to 2018. Sanford School of Public Policy, Duke University, Durham, NC.

*Writing Instructor for First-Year Master of Public Policy Students*. Provided one-on-one coaching on writing policy memos and term projects to students during office hours. Graded and provided extensive written comments on policy memos and term projects.

2014 to 2018. SAS Institute, Cary, NC.

*Education Value-Added Assessment System (EVAAS) Project Manager*. Managed EVAAS implementation for multiple state and district clients, including the state of South Carolina, the Commonwealth of Pennsylvania, and the District of Columbia Public Schools. Collaborated with clients to ensure that their implementations met policy and program goals. Managed scope, budget, budget forecasting, and timeline with full fiscal responsibility for projects totaling over $3 million. Contributed content to responses for requests for proposals for new and expanded business opportunities and presented during final interviews in the selection processes. Assessed and managed internal and external project risks. Served as escalation point for resolving conflicts and overseeing activities to ensure high customer satisfaction. Developed and enhanced overall program processes and procedures to ensure effective and efficient operations among the team. Created and maintained detailed requirements on each client's state assessment program, value-added analyses, web reporting, and support for users.

2010 to 2014. North Carolina Department of Public Instruction, Raleigh, NC.

*Race to the Top Project Coordinator for Teacher and Leader Effectiveness* (2010 to 2014). Authored Principle III of North Carolina's successful waiver from the Elementary and Secondary Education Act. Wrote and presented State Board of Education policies related to educator effectiveness. Coordinated implementation for a budget of $25 million in federal grant funding. Reported to the U.S. Department of Education on progress on educator effectiveness work and prepared reports and amendments (both fiscal and programmatic) to North Carolina's plans. Managed the implementation of a statewide growth model for tested grades and subjects. Managed the development of Measures of Student Learning for untested grades and subjects. Managed a team of contractors creating statewide evaluation instruments for six student support positions, for example, speech language pathologists.

*Policy Research Intern* (Summer 2010). Collaborated on North Carolina's application for a federal dropout prevention grant. Researched, analyzed, and published reports on through-course assessment, effectiveness of state-sponsored school reform initiatives, and growth modeling.

2007 to 2010. Teach for America.

*Content Learning Community Leader for High School Social Studies,* Durham, NC (2008 to 2010). Created a toolkit of key foundational documents required to teach world and U.S. history in North Carolina. Designed and facilitated professional development opportunities for social studies teachers. Collaborated one on one with incoming corps members to develop classroom visions and create strong course plans for their classrooms.

*United States History Teacher,* Warren County High School, Warrenton, NC (2007 to 2009). Coordinated staff and administrators as school improvement team chairperson. Led students to achieve 79% mastery of state standards in World History and a 78% passage rate on the state end-of-course exam in U.S. history.

*Induction Coordinator/Placement Intern,* Durham, NC (Summer 2009). Designed a week-long induction or orientation program for 80 new corps members. Managed the hiring process for these corps members to assume full-time teaching positions in North Carolina.

**School Operations Manager,** Philadelphia Institute, PA (Summer 2008). Created, implemented, and managed all operational systems at one of four Philadelphia high schools serving as training sites for incoming corps members. Led workshops and sessions on curriculum development in social studies. Facilitated the development of social studies teachers through observations and individual coaching.

## Honors and Awards

Education Policy Fellow, Public School Forum of North Carolina, 2012 to 2013

## Professional Associations

Project Management Institute

## Computer Skills

Microsoft Office Suite, G Suite, WebEx, Zoom, JIRA, Trello

## Other Publications

Stanley, R. M., Preston, J. J., & Siler, K. M. (2023). *Successfully tackling school improvement: A practical framework to inspire continuous improvement*. RTI International.

Preston, J. (2019). *Cooperation or coercion? A comparative case study of relationships between the Tennessee and Washington state education agencies and the federal Department of Education* [Unpublished doctoral dissertation]. North Carolina State University.

## Presentations and Proceedings

McKay, F., Preston, J. J., & Hong, Y. (2023). *Expanding access to high quality STEM education through innovative programming and partnerships*. Presented at the NASA OSTEM Community of Practice Presentation.

Preston, J. J. (2023). *DoD STEM: Inspiring the future*. Society for Science Middle School Research Teachers Conference 2023, Washington, DC.

Preston, J. J. (2023). *Why are STEM ecosystems critical for the nation's economy?* STEM Learning Ecosystems: CHIPS Act Briefing Book Webinar, 2023. Virtual. Panelist.

Preston, J. J., & Kuehn, E. (2023). *Bringing strategic plans to life: Lessons from DoD STEM*. DoD STEM Technical Exchange, Washington, DC.

Preston, J. J., & Stanley, R. M. (2023). *DoD STEM: Inspiring the future*. National Summer Learning Summit, 2023, Washington DC.

Stanley, R. M., Preston, J. J., & McKay, F. (2023). *Partnering with DoD STEM to attract, inspire and develop exceptional STEM talent across the education continuum*. STEM Learning Ecosystems Community of Practice Convening 2023, Jacksonville, FL.

Stanley, R. M., Preston, J. J., Larkin, L., & Leiken, S. (2022). *Leveraging partnerships to strengthen the STEM engagement pipeline*. NSTA National Conference, Chicago, IL.

Preston, J. (2013, September). *Measuring student growth in non-tested grades and subjects*. Presented at the Council of Chief State School Officers' State Consortium on Educator Effectiveness Topical Meeting, Washington, DC. Invited discussant.

Preston, J. (2013, June). *Reporting findings from measures of teacher effectiveness: guidance for states and other jurisdictions*. Presented at the National Conference on Student Assessment, National Harbor, MD. Selected presenter.

Preston, J. (2013, June). *Teacher evaluation: Design frameworks from three states and lessons learned from years 1-3 of implementation*. Presented at the National Conference on Student Assessment, National Harbor, MD. Selected presenter.

Preston, J. (2012, August). *Measures of student learning*. Presented at the U.S. Department of Education Convening on Nontested Grades and Subjects, Washington, DC. Invited discussant.

## Technical Reports

Stanley, R. M., Preston, J. J., Kochevar, J., & McKnight, K. M. (2022). *Defense Science, Technology, Engineering, and Mathematics Education Consortium: Annual program review (Option year two report)*. Department of Defense. https://dodstem-assets.dodstem.us/files/APROY2Final.pdf

## Media and Communications

Preston, J. (2022, January 13). Seizing the moment: State plans for American Rescue Plan – Elementary and Secondary School Emergency Relief Funding (ARP ESSER). *RTI International Insights Blog*. https://www.rti.org/insights/american-education-rescue-plan-essr-relief-funding

# CAROL KEIRSTEAD

## Education

EdD, Leadership in School, University of Massachusetts, Lowell, MA, 2012.
MEd, Educational Administration, University of Massachusetts, Lowell, MA Seattle, 1987.
BFA, Art Education, University of Massachusetts, Lowell, MA, 1979.

## Selected Project Experience

*Capacity Building Team, USED-funded National Comprehensive Center* (2019 to 2023)—*Team Member.* Served on the National Center's capacity building team that worked to design and implement systems and structures to support the development of capacity across the Comprehensive Center Network (CCNetwork) and to support the policy and program goals of the U.S. Department of Education (USED). Co-developed the *Collective Impact Continuum,* a research-based framework used by USED to support capacity building through levels of engagement across the network. Collaborated with National Center leaders and USED in the design and implementation of monthly 90-minute CCNetwork virtual meetings. Worked with USED to design and implement All TA Center calls designed to enhance communication, coordination, and collaboration with other federally funded technical assistance centers.

*Strengthening and Diversifying the Educator Workforce, USED-funded National Comprehensive Center* (2019 to date)—*Project Lead.* Through RMC Research's subcontract role in the National Comprehensive Center, leads a working group of Regional Comprehensive Center staff (CCNetwork workgroup), subject matter experts, and federal policy advisors that designs and leads professional learning sessions for state and local educational leaders. Supports the working group to identify pressing needs common to states across the country and designs universal webinars that support education leaders in learning from research and best practices. Topics of sessions led by the CCNetwork workgroup include *Teacher Diversity and Student Success,* featuring the authors of a landmark study showing the benefits of students being taught by racially and ethnically diverse teachers; *Culturally Responsive Practices as a Strategy for Diversifying the Teacher Workforce,* featuring renowned researcher and author Gloria Ladson-Billings; a 2-year *Grow Your Own Program* series featuring researchers and program leaders; and most recently, a 2-year series on *Registered Teacher Apprenticeship Programs* (R-TAP) supported by an expanded working group representing the U.S. Departments of Education and Labor, intermediary organizations, and R-TAP program leaders. In addition to leading the CCNetwork workgroup, helps the National Center support USED national convenings focused on the educator workforce.

*Ensuring Equitable Access to Effective Educators in Mississippi, USED-funded Region 7 Comprehensive Center* (2019 to date)—*Project Co-Lead.* Through a 5-year intensive technical assistance project, supports leaders in the Mississippi Department of Education (MDE) to improve the design and implementation of their *Professional Growth System* (PGS) for teachers and school administrators. The PGS is designed to provide evidence-based feedback to educators to support their ongoing professional development and improve their effectiveness. Developed and implemented strategy for identifying the strengths and gaps in their system, engaged MDE leaders and stakeholders to improve the training provided to support effective implementation of the system, and helped to design and implement a process for recruiting, selecting, and onboarding trainers through the state's Regional Education Service Agency system. Currently supporting MDE in the development of three training modules for new leaders, which will be implemented by using the same strategy to build statewide capacity for training.

*Operate the USED-funded Northeast Regional Comprehensive Center* (2012 to 2019)—*Co-Director.* Served as co-director of RMC's Northeast Regional Comprehensive Center, overseeing the design and

implementation of capacity-building services to state and local educational leaders in seven states provided by RMC staff and staff from three partner subcontractor organizations. Managed multimillion-dollar budget and created and implemented the performance management systems that led to RMC successfully meeting or exceeding all performance expectations of USED. Oversaw program evaluation activities, implemented quality review procedures for all services and products of the Center. Provided direct technical assistance to the state and local education agencies in the region focused on educator effectiveness and turning around low-performing schools.

***Operate the USED-funded New England Comprehensive Center*** (2005 to 2012)—*Director.* Served as director of RMC's New England Comprehensive Center (NECC), overseeing the design and implementation of capacity building services to state and local educational leaders in the six New England states. Managed multimillion-dollar budget and created and implemented the performance management systems that led to RMC successfully meeting or exceeding all performance expectations of USED. Provided direct technical assistance to the states focused on the design of educator evaluation systems and statewide systems of support for underperforming schools. NECC met or exceeded the performance expectations set by USED for each of the 7 years of operation.

## Professional Experience

1994 to present. RMC Research Corporation, Portsmouth, NH.

    *Senior Research Associate*

1992-1994. Demonstration School at University of Massachusetts Lowell, MA.

    *Director*

1991.   ESL Educator Preparation Program, University of Massachusetts, Lowell, MA.

    *Program Coordinator*

1989-1991. Philippine Refugee Processing Program, Bataan, Philippines.

    *Assistant Principal*

1987-1989. Middlesex Community College. Lowell, MA.

    *Director of Immigrant and Refugee Services*

1985-1987.  Lowell Public Schoools. Lowell, MA.

    *Southeast Asian Curriculum Coordinator*

1982-1985.  Indochinese Refugees Foundation. Lowell, MA.

    *Assistant Principal*

## Selected Publications

Keirstead, C., & Trainor, A. (2024). *Registered Teacher Apprenticeship Programs: Paving the Road to the Teaching Profession*. Rockville, MD: National Comprehensive Center at Westat. https://compcenternetwork.org/resources/resource/8721/registered-teacher-apprenticeship-programs-paving-road-teaching-profession

Audet, K., Causey-Konate, T., Cushing, L., Dunne, K., Keirstead, C., Villani, S., & Wachtelhausen, K. (2019). Hartford, CT: Connecticut State Department of Education. *Creating a District Plan to Increase the Racial, Ethnic, and Linguistic Diversity of Your Educator Workforce: A Guidebook for Hiring and Selection*. https://portal.ct.gov/-/media/sde/talent_office/hiringandselectionguidebook.pdf

Chait, R., & Keirstead, C. (2019). *Putting Students First: Profiles of District-Charter Collaboration in the District of Columbia and Massachusetts.* San Francisco, CA: WestEd.

Keirstead, C. (November 2011). *The SIG Implementation Initiative: Connecticut*: *Case Report for Study of SIG Program Implementation.* Portsmouth, NH: RMC Research Corporation.

RMC Research. (2014–2019). *Turnaround Practices in Achievement Gain Schools Video Series*. Malden, MA: Massachusetts Department of Elementary and Secondary Education. Retrieved from http://www.doe.mass.edu/turnaround/howitworks/achievement-gains.html.

# BETH RICE

## Education

EdD, Leadership and Learning in Organizations, Vanderbilt University Peabody College, Nashville, Tennessee, 2024.
MA and Certificate of Advanced Study in School Psychology, Appalachian State University, Boone, North Carolina, 2004.
BS in Psychology, University of North Carolina at Chapel Hill, Chapel Hill, North Carolina, 2000.

## Selected Project Experience

***North Carolina Social Emotional Learning and Educational Equity Project (2019-present***).  Designed and co-led online courses and resource creation for 72 public school units in North Carolina for local teams and coaches.  Designed and co-facilitated a Community of Practice for 34 public school units.

***Region 6 Comprehensive Center Specialist for State Projects (2022-Present***. Led projects for alternative education and summer camps for workforce development through Career Accelerator Programs Community of Practice.  Participate in Cross-State MTSS Collaborative Team for North Carolina, South Carolina, and Georgia projects.  Create and lead the National MTSS Community of Practice.

***Principal Investigator, Alternative Education, Department of Public Instruction Liaison (2022-present).*** Directed and coordinated alternative education, including rebuilding infrastructure, provision of technical assistance, communication, data collection, professional development, and coaching.

***North Carolina Social Emotional Learning Project (2019-2022).***  Created and led the North Carolina Social Emotional Learning Implementation Team, a cross-agency and cross-department implementation team to scale up social-emotional learning across North Carolina, including content creation, data system creation, and aligned cascading support system (state, regional, district, and school).  Built and managed the North Carolina Department of Public Instruction Social Emotional Learning webpages.

***North Carolina Educational Equity and Significant Disproportionality Project (2019-2022).***  Co-lead the Educational Equity and Significant Disproportionality Implementation Team, focused on building the capacity of state education agencies to dismantle disproportionality.

***North Carolina SEL and MTSS Project (2019-2020).***  Led the Collaborative for Academic, Social, and Emotional Learning (CASEL) and Chief of Chief State School Officers (CCSSO) Project to provide coherence and alignment of SEL across Multi-Tiered System of Support (MTSS), Whole School, Whole Community, Whole Child (WSCC), School Improvement, Preschool Pyramid Model, School Mental Health, and EC Self-Assessment.

***North Carolina Collaborating States Initiative (2019-2022).***  Represented North Carolina in CASEL's Collaborating States Initiative (CSI).

## Professional Experience

2022 to date. SERVE Center at UNC-Greensboro, Brown Summit, NC.

> ***Specialist for State Projects; Principal Investigator for Alternative Education.***

2014 to 2022. North Carolina Department of Public Instruction, Raleigh, NC.

> ***Social Emotional Learning Lead, MTSS Practices Lead, Regional Consultant.***

2011 to 2014. Cabarrus County Schools, Concord, NC.

**District MTSS Coordinator.**

2004 to 2011.  Burke County Schools, Icard, NC.

**RTI Coordinator, Lead School Psychologist, School Psychologist.**

## Selected Publications

Coughlin, D., McDaniel, E., and Rice, B. (2023). *An Equity-Focused and Stakeholder-Inclusive Roadmap for Superintendents' Entry Plans*. https://ir.vanderbilt.edu/handle/1803/18683

Council for Chief State School Officers and Collaborative for Academic, Social, and Emotional Learning. (2020). *Working Together: Social and Emotional Learning and a Multi-Tiered System of Supports.* https://learning.ccsso.org/social-and-emotional-learning-and-multi-tiered-system-of-supports

Collaborative for Academic, Social, and Emotional Learning. (2020). *Reunite, Renew, and Thrive: Social and Emotional learning (SEL) Roadmap for Reopening School*. https://casel.org/casel-gateway-sel-roadmap-for-reopening/

Deni, J., Letchworth, K., Evans, R., Golden, J., Woodall, D., Kolb, B., and Dotson-Blake, K. (2008). *An Imperative to Address School-Based Mental Health.* Position paper from School-Based Mental Health Subcommittee of North Carolina School Psychology Association. https://www.ncspaonline.com/resources/ncspa-resources/

# JACKSON MILLER

## Education

M.P.P, Public Policy, Duke University, Durham, NC, 2010
BA, Political Science, North Carolina State University, Raleigh, NC, 2005

## Selected Project Experience

***Region 14 Comprehensive Center*** *(2019 to date) – Principal Research Associate.* Westat provided TA to state education agencies on educator effectiveness and human capital management policy and practice. For this project, Mr. Miller provided TA to the Arkansas Department of Education (ADE) on the development of human capital management metrics to inform state policy aimed at addressing disparities in access to effective educators. He helped ADE revise the workforce stability index, a measure required as part of the Every Student Succeeds Act state plan, and developed a tool for estimating costs of ADE's Teacher Merit Incentive Program.

***Understanding Educational Equity to Improve Student Outcomes*** *(2019 to date) – Project Director.* Westat is using administrative data from DDOE to develop a data visualization tool illustrating diversity along the educator pipeline and providing TA to DDOE and districts to help improve the diversity of the educator workforce. Mr. Miller leads the collection, cleaning, and preparation of administrative data and manages the development of data visualization tools. He also oversees the production of all TA products and meeting materials and manages the work and budget of the project subcontractor.

***Analytic(s) Leads for the Value Data Collaborative*** *(2021 to date) – Project Director.* Westat supports the implementation of IHEP's postsecondary value framework using administrative data from Kentucky. Mr. Miller leads data cleaning and analysis for implementing a postsecondary value framework in Kentucky. He provides TA to states to support the implementation of a framework to address state-specific research and policy questions. Mr. Miller authored a technical brief on implementing the framework using administrative data from Kentucky and published the results of his analysis in IHEP's Equitable Value Explorer.

***Region 5 Comprehensive Center*** *(2022 to date) –-Evaluator.* This project entailed a 5-year evaluation of TA services provided to stakeholders in four states within the Appalachian region: West Virginia, Virginia, Tennessee, and Kentucky. Mr. Miller supported an evaluation that included both summative and formative components and focused on continuous improvement of TA services. The project also involved data collection activities, including post-TA surveys, semistructured interviews with stakeholders and TA providers, extant data and artifact review, and an annual survey of state stakeholders. Mr. Miller led the evaluation and development of annual performance reports and annual evaluation reports.

***Center to Improve Program and Project Performance*** *(2019 to date) – Principal Research Associate.* Westat provides TA to OSEP program officers and grantees on evaluation design, grant implementation, and performance measurement to enhance the performance of programs and projects funded by the Individuals with Disabilities Education Act (IDEA). Mr. Miller works with OSEP to convene review panels of subject matter experts to assess grantee progress and make recommendations on areas for improvement and continued funding. He also leads data collection for assessing Technical Assistance and Dissemination grantees' progress toward meeting long-term GPRA measures.

***Research Assistance and Data Management (RADM) Support*** *(2022 to date) – Task Lead.* Westat provides the National Science Foundation (NSF), Evaluation and Assessment Capability (EAC) section with essential research assistance and data management services to support the implementation of NSF's

learning agenda and ongoing evidence-building activities. Mr. Miller completed the Report to Congress on NSF's Broadening Participation (BP) portfolio, which aims to increase the participation of underrepresented populations in STEM. This report required the collection and analysis of NSF administrative data and a summary of evaluations of BP-focused programs. Mr. Miller led the task of developing a theory of change and the accompanying descriptive report on Historically Black Colleges and Universities Undergraduate Program (HBCU-UP). This report required document review and focus groups with HBCU-UP constituents.

***Evaluation of the Student Success Innovation Lab Completion Grant Pilot*** *(2018 – 2022) – Principal Research Associate.* For this three-year randomized control trial experiment of a completion grant pilot implemented at four UNC system institutions, Mr. Miller managed the submission of study materials to the institutional review board, collection of student-level data from participating institutions, analysis of baseline equivalence, and development and administration of participant survey. After the completion of the pilot, he disseminated project findings to inform policy on the provision of completion grants to students with small amounts of unmet needs. Mr. Miller contributed to the study design, created and administered a survey of study participants, conducted an analysis of administrative and survey data, and managed study intake at four participating institutions.

## Professional Experience

2024 to date. Westat, Rockville, MD

> **Principal Research Associate**

2015 to 2023. Westat/Insight Policy Research (Insight Policy Research was acquired by Westat in 2022), Arlington, VA

> **Senior Researcher** (2022 to 2023)

> **Researcher** (2018 to 2022)

> **Research Analyst (**2015 to 2018)

2010 to 2015. Westat, Rockville, MD

> **Lead Research Associate** (2013 to 2015)

> **Research Associate (**2010 to 2013)

2006 to 2008. North Carolina Department of Public Instruction, Raleigh, NC

> **Research Assistant**  (2006 to 2008)

## Selected Publications

Miller, J., Correa, S., Wakar, B., Scanlon, J., McCall, J., & Gray, K. (2024). Evaluation of NSF grants to broaden participation in STEM: American Innovation and Competitiveness Act Section 305. National Science Foundation.

Iles, O., Moore, H., Miller, J., Gibson, J., Lammert, J. (2023). Data visualization: Bringing your evaluation results to life. Center to Improve Program and Project Performance at Westat.

Liu, A. Y., Miller, J., & Hare, A. (2021). Early findings from the completion grant pilot program evaluation. University of North Carolina System Student Success Innovation Lab.

Miller, J., Richburg-Hayes, L., Jacobson, Z., Moore, C., & Holzwart, R. (2019). Results of the environmental scan for Dutchess Community College's Academic and Facilities Master Plan. Insight Policy Research.

Miller, J., Warner-Griffin, C., Trucano, M., & Moore, C. (2017). A comprehensive study on Florida middle school performance. Insight Policy Research, for Florida Department of Education, Bureau of Standards and Instructional Support, Division of Public Schools.

Scott, J., Milanowski, A., Miller, J., Finster, M., Doll, M., Roseland, D., … White, B. (2014). An evaluation of the Performance Evaluation Reform Act: Interim report. Illinois State Board of Education.

Graham, M., Milanowski, A., & Miller, J. (2012). Measuring and promoting inter-rater agreement of teacher and principal performance ratings. Center for Educator Compensation Reform.

Scott, J., & Miller, J. (2012). Understanding the basics of measuring student achievement. Center for Educator Compensation Reform.

# Attachment 2.  NICRA

ED 000269

COMMERCIAL RATE AGREEMENT (I)

EIN#: 1560686338A1

ORGANIZATION:
RTI International, Inc.
P. O. Box 12194
Research Triangle Park, NC  27709-2194

DATE: March 29, 2024

FILING REF: The preceding
Agreement was dated: March 20, 2024

The rates approved in this agreement are for use on grants, contracts and other agreements with the Federal Government, subject to the conditions in Section III.

SECTION I: INDIRECT COST RATES*

RATE TYPES: FIXED   FINAL   PROV.(PROVISIONAL)   PRED.(PREDETERMINED)

EFFECTIVE PERIOD

| TYPE | FROM | TO | RATE (%) | LOCATIONS | APPLICABLE TO | |
|------|------|-----|---------|-----------|---------------|---|
| PROV. | 10/01/22 | 09/30/23 | 59.2 | All - OH | SSES Technical ITE | (A) |
| PROV. | 10/01/22 | 09/30/23 | 125.9 | All - OH | Laboratory ITE | (A) |
| PROV. | 10/01/22 | 09/30/23 | 50.2 | All - OH | International ITE | (A) |
| PROV. | 10/01/22 | 09/30/23 | 11.0 | Off - site OH | CPF ITE | (A) |
| PROV. | 10/01/22 | 09/30/23 | 16.8 | Prim Seg. G&A | All Prim Seg. Programs | (1)(B) |
| PROV. | 10/01/22 | 09/30/23 | 15.8 | Prim Seg. G&A | All Prim Seg. Programs | (2)(B) |
| PROV. | 10/01/22 | 09/30/23 | 1.7 | Mat'l Support | All Programs | (C) |
| PROV. | 10/01/22 | 09/30/23 | 4.3 | Int'l Support | All Programs | (D) |
| PROV. | 10/01/23 | 09/30/24 | 56.5 | All - OH | SSES Technical ITE | (A) |
| PROV. | 10/01/23 | 09/30/24 | 119.5 | All - OH | Laboratory ITE | (A) |
| PROV. | 10/01/23 | 09/30/24 | 47.5 | All - OH | International ITE | (A) |
| PROV. | 10/01/23 | 09/30/24 | 14.8 | Off - site OH | CPF ITE | (A) |
| PROV. | 10/01/23 | 09/30/24 | 16.5 | Prim Seg. G&A | All Prim Seg. Programs | (1)(B) |
| PROV. | 10/01/23 | 09/30/24 | 15.5 | Prim Seg. G&A | All Prim Seg. Programs | (2)(B) |
| PROV. | 10/01/23 | 09/30/24 | 1.8 | Mat'l Support | All Programs | (C) |
| PROV. | 10/01/23 | 09/30/24 | 5.5 | Int'l Support | All Programs | (D) |
| PROV. | 10/01/24 | Until amended | | Use same rates and conditions as those cited for fiscal year ending 09/30/2024. | | |

(1)-Includes IR&D costs.

(2)-Excludes IR&D costs.  Appropriate G&A rate for awards subject to an agency regulation or award provision that specifically disallows IR&D costs.

*BASES

(A)    Direct salaries and wages including fringe benefits. [Also included in the rate base for computation purposes is B&P/IR&D labor including related fringe benefits.]

(B)    Total direct and indirect costs, excluding amounts for direct material, subcontracts, consultants, equipment, intersegment charges, and "pass through" award funds.

(C)    Domestic material, domestic subcontracts, domestic consultants and equipment, intersegment charges, and pass-through award funds.

(D)    Total international direct costs.  [International direct costs include all direct costs (direct labor and fringe, services, supplies, subawards, etc.) that are delivered or performed in the field.]

(NOTE) RTI International is a nonprofit organization listed in Appendix VIII of Part 200 of OMB Omni Circular. Organizations listed in Appendix VIII are exempted from Subpart E – Cost Principles of Part 200 and instead must follow the Federal cost principles applicable to commercial for-profit concerns (Federal Acquisition Regulation).

Business Proprietary and Confidential - not for public disclosure.    **ED 000270**

ORGANIZATION: Research Triangle Institute
AGREEMENT DATE: March 29, 2024

---

SECTION II: FRINGE BENEFITS RATES**

RATE TYPES: FIXED   FINAL   PROV.(PROVISIONAL)   PRED.(PREDETERMINED)

EFFECTIVE PERIOD

| TYPE | FROM | TO | RATE(%) | LOCATIONS | APPLICABLE TO |
|------|------|----|---------|-----------|---------------|
| PROV. | 10/01/22 | 09/30/23 | 44.1 | All | All Non-DCS Segment Employees* |
| PROV. | 10/01/23 | 09/30/24 | 44.0 | All | All Non-DCS Segment Employees* |
| PROV. | 10/01/24 | Until amended | | | Use the same rates and conditions as those cited for fiscal year ending 09/30/2024. |

* All Primary Segment employees except CCN's and Local Nationals employees charged to single projects and local nationals employees of foreign subsidiaries.

**DESCRIPTION OF FRINGE BENEFIT RATE BASES:
  Salaries and wages for time worked.

Business Proprietary and Confidential - not for public disclosure.

ED 000271

ORGANIZATION: Research Triangle Institute
AGREEMENT DATE: March 29, 2024

## SECTION III: SPECIAL REMARKS

TREATMENT OF FRINGE BENEFITS: Fringe benefits are charged using the rate(s) listed in the Fringe Benefits Section of this Agreement. Fringe Benefits include: FICA, Retirement, Life Insurance, Hospital Insurance, Severance Allowance, Personal Time Off (PTO), Military Leave, Jury Duty, Unemployment Insurance, Dental Insurance, Funeral Leave, Travel/Accident Insurance, Salary Continuation and Inclement Weather.

TREATMENT OF PAID ABSENCES: Costs of PTO, jury duty and other paid absences are included in the organization's fringe benefits and are not included in the direct cost of salaries and wages. Claims for direct salaries and wages must exclude those amounts paid or accrued to employees for periods when they are on PTO or are otherwise absent from work.

CAPITAL EQUIPMENT: An article of nonexpendable tangible personal property having a useful life of a minimum of two years and an acquisition cost of $5,000 or more per unit.

OFF-SITE DEFINITIONS: Off-site Client Provided Facilities – For staff who perform the majority of their work in facilities which are provided by the client.

COST OF MONEY: The cost of money factors are noted below. Multiply each applicable base by the appropriate factor as follows:

| APPLICABLE BASE | | FY 2023 (PROV.) | FY 2024 (PROV.) |
|---|---|---|---|
| Direct S&W and Fringes | SSES Technical | 0.8% | 0.8% |
| Direct S&W and Fringes | Laboratory ITE | 5.0% | 5.0% |
| Direct S&W and Fringes | International ITE | 0.2% | 0.1% |
| Project G&A Base | Primary Segment G&A | 0.3% | 0.3% |

Sum of the appropriate components is the cost of money.

ED 000272

ORGANIZATION: Research Triangle Institute
AGREEMENT DATE: March 29, 2024

## SECTION IV: GENERAL

### A. LIMITATIONS:

The rates in this Agreement are subject to any statutory or administrative limitations and apply to a given grant, contract or other agreement only to the extent that funds are available. Acceptance of the rates is subject to the following conditions: (1) Only costs incurred by the organization were included in its indirect cost pool as finally accepted; such costs are legal obligations of the organization and are allowable under the governing cost principles; (2) The same costs that have been treated as indirect costs are not claimed as direct costs; (3) Similar types of costs have been accorded consistent accounting treatment; and (4) The information provided by the organization which was used to establish the rates is not later found to be materially incomplete or inaccurate by the Federal Government. In such situations the rate(s) would be subject to renegotiation at the discretion of the Federal Government.

### B. ACCOUNTING CHANGES:

This Agreement is based on the accounting system purported by the organization to be in effect during the Agreement period. Changes to the method of accounting for costs which affect the amount of reimbursement resulting from the use of this Agreement require approval of the authorized representative of the cognizant agency, in accordance with procedures established in applicable federal regulations. Such changes include, but are not limited to, changes in the charging of a particular type of cost from indirect to direct. Failure to obtain approval may result in cost disallowances.

### C. FIXED RATES:

If a fixed rate is in this Agreement, it is based on an estimate of the costs for the period covered by the rate. When the actual costs for this period are determined, an adjustment will be made to a rate of a future year(s) to compensate for the difference between the costs used to establish the fixed rate and actual costs.

### D. USE BY OTHER FEDERAL AGENCIES:

Rates in this Agreement were approved in accordance with the authority under the Federal Cost Principles applicable to commercial (for profit) concerns; and should be applied to grants, contracts and other agreements awarded to the organization, subject to any limitations in A above. The organization may provide copies of the Agreement to other Federal Agencies to give them early notification of the Agreement.

### E. OTHER:

If any Federal contract, grant or other agreement is reimbursing indirect costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of indirect costs allocable to these programs.

| BY THE ORGANIZATION: | BY THE COGNIZANT AGENCY ON BEHALF OF THE FEDERAL GOVERNMENT: |
|---|---|
| Research Triangle Institute | DEPARTMENT OF HEALTH AND HUMAN SERVICES |
| (ORGANIZATION) | (AGENCY) |
| *C. Steven Cornwell* (signature) | Darryl W. Mayes -S  Digitally signed by Darryl W. Mayes -S  Date: 2024.04.02 07:54:05 -04'00' |
| (Signature) | (Signature) |
| C. Steven Cornwell | Darryl Mayes |
| (Name) | (Name) |
| VP & Corporate Controller | Deputy Director |
| (Title) | Cost Allocation Services |
|  | (Title) |
| 4/3/2024 |  |
| (Date) | March 29, 2024 |
|  | (Date) |
|  | HHS REPRESENTATIVE: Steven Zuraf |
|  | TELEPHONE: (301) 492-4855 |

Business Proprietary and Confidential - not for public disclosure.

ED 000273

# Attachment 3.   Letters of Support/Memoranda of Understanding

## Letters of Commitment from Partners

ImaginED

Intercultural Development Research Association (IDRA)

RMC Research

SERVE Center at UNC-Greensboro

Westat

## Letters of Support from Subject Matter Experts

Dr. Rashad Anderson

Kwamé A. Floyd

Amaya Garcia

Cynthia Jacquet

Dr. Chance Lewis

Dr. Francesca López

Dr. Carlas McCauley

Colleen McDonald

Dr. Hardy Murphy

Dr. Jonathan Payne

Dr. Allen Pratt

Dr. Jessica Swanson



June 6, 2024

ImaginED Partners Inc.
300 S. Main Street, Suite 212
PO Box 614
Holly Springs, North Carolina 27540

Jennifer Persson, PhD
RTI International
3040 Cornwallis Road
Research Triangle Park, NC 27709-2194

Dear Dr. Persson,
ImaginED Partners Inc. would be pleased to confirm our commitment to serve as a subcontractor to RTI in support of the competition for the Department of Education Office of Elementary and Secondary Education grant application, *2024 – 2029 Comprehensive Centers: Content Center – Strengthening and Supporting the Educator Workforce*, for a proposed period of performance anticipated to start on or about October 1, 2024 for a period of up to 60 months.

We are an American Indian, woman-owned, SBA 8(a) small business committed to creating purpose-led, organizations that inspire high performance, equitable impact, and societal value and well-being of all.  We offer future forward thinking, expertise, and capacity-building services in leadership development, organization transformation and data analytics.  As a trusted partner, we focus on the people, processes, and technologies at the deepest level to build systems and plans that enhance the capacity and management practices of government, tribal and learning organizations.  Our core team and **Talent Circle™** of distinctive subject-matter experts work to leverage new knowledge and technologies with indigenous ingenuity, wisdom, and practice to deliver results.

Our organization will be supporting this team by working with RTI to co-develop tools and resources to support educator diversity, recruitment, and retention across the nation, which can include resources to support organizational leadership, capacity-building, culture, and equity supporting tribal education agencies, and other topics within ImaginED's expertise. ImaginED will meet as needed with education leaders and policy makers to directly support states' needs with educator diversity, recruitment, and retention. From October 1, 2024, through September 30, 2029, ImaginED is committing up to 200 hours of support per project year.

Thanks for the opportunity to contribute to this critical body of work in Indigenous education.

Sincerely,



Founder & CEO, ImaginED Partners Inc.



**Celina Moreno, J.D.**
*President & CEO*

June 3, 2024

Jennifer Persson, Ph.D.
RTI International
3040 Cornwallis Road
Research Triangle Park, NC 27709-2194

Dear Dr. Persson:

IDRA (Intercultural Development Research Association) confirms our commitment to serve as a subcontractor to RTI in support of the competition for the U.S. Department of Education Office of Elementary and Secondary Education grant application, *2024 – 2029 Comprehensive Centers: Content Center – Strengthening and Supporting the Educator Workforce*, for a proposed period of performance anticipated to start on or about October 1, 2024, for a period of up to 60 months.

IDRA will work with RTI to co-develop tools and resources to support educator diversity, recruitment, and retention across the nation, which can include resources to support organizational leadership, capacity-building, culture, equity, supporting populations that are often marginalized, underrepresented and underserved, and other topics within IDRA's expertise. IDRA will meet as needed with education leaders and policy makers to directly support states' needs with educator diversity, recruitment, and retention.



Celina Moreno, J.D.
IDRA President and CEO

*IDRA is an independent, non-profit organization whose mission is to achieve equal educational opportunity through strong public schools that prepare all students to access and succeed in college.*

**IDRA** • 5815 Callaghan Road, Suite 101 • San Antonio, Texas 78228 • ph 210-444-1710 • fax 210-444-1714 • contact@idra.org
www.idra.org | idraseen.org | @IDRAed   @IDRAedu   IDRA

**ED 000276**



**RMC Research Corporation**
1000 Market Street, Building 2
Portsmouth, NH 03801

Phone: 603.422.8888, 800.258.0802
Fax: 603.436.9166
www.RMCResearchCorporation.com

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709
 Reference:   Letter of Support, *Content Center: Center on Strengthening and Supporting the
                Educator Workforce, 84.283B*


On behalf of RMC Research, I am pleased to express our support for RTI International's
proposal for the 2024 – 2029 Comprehensive Centers: Content Center – Strengthening and
Supporting the Educator Workforce.  RMC is excited for the opportunity to work collaboratively
with RTI International to develop, expand, and enhance the work of the Content Center.

RMC is a small business with a long history with the comprehensive centers and their technical
assistance predecessors. Over the past funding cycles, RMC has led or been part of regional
centers serving the Northeast, Mid-Atlantic, Southeast, Southwest and Midwest. Recently, RMC
led the educator workforce initiatives for the National Comprehensive Center, including
diversification of the workforce and registered teacher apprenticeships. Through that work, we
have been pleased to collaborate with RTI.

RMC will be able to provide continuity with successful National Center initiatives and serve in a
liaison role on behalf of the Center with the CCNetwork. We are pleased to offer the services of
Dr. Carol Keirstead who led the National Center workgroup on the educator workforce.

This letter represents our organization's commitment to the goals and partnership set forth in this
proposal. For questions or additional information regarding our organization's commitment,
please contact me using the information below.

Sincerely,

M. Christine Dwyer
Senior Vice President
cdwyer@rmcres.com
800-258-0802



Office *of*
**Sponsored Programs**

1111 Spring Garden Street
Suite 2601, Room 2702 MHRA Building
Greensboro, NC 27412-5013
336-334-5878 *Phone*
research@uncg.edu

June 5, 2024

To Whom It May Concern:

On behalf of the University of North Carolina at Greensboro, I am pleased to express our support for RTI International's proposal for the 2024 – 2029 Comprehensive Centers: Content Center – Strengthening and Supporting the Educator Workforce.

Our organization is excited to work collaboratively with RTI International to continue, expand, and enhance the work of the Content Center. The University of North Carolina Greensboro is a public university in Greensboro, North Carolina, that has a long history of commitment to education and a particular commitment to diversity and equity in higher education. Commitment to community engagement is an integral part of the mission and purpose of UNC Greensboro. Our teacher-scholars, students, and partners dig deep, innovate, and form powerful collaborations to transform knowledge and lives.

Our university is an R2 university (a doctoral university with high research activity) and consistently highly ranked nationwide, listed among the best colleges in the U.S. by the Princeton Review for 23 years straight and U.S. News & World Report for 31 years running. UNC Greensboro receives over $68 million in external research funding annually and has been honored by the Carnegie Foundation for high research activity and community engagement.

As part of UNC Greensboro, our organization intends to provide technical assistance to stakeholders as SEA supports educator well-being in pre-service or district-led teacher training programs.

This letter represents our organization's commitment to the goals and partnership outlined in this proposal. For questions or additional information regarding our organization's commitment, please contact me using the information below.

Joy M. Dismukes

Digitally signed by Joy M.
Dismukes
Date: 2024.06.05 13:50:03 -04'00'

Joy M. Dismukes
Director of Sponsored Programs
The University of North Carolina at Greensboro
336-334-5640    research@uncg.edu



IMPROVING LIVES THROUGH RESEARCH®

**June 12, 2024**

To Whom It May Concern:

On behalf of Westat, I am pleased to express our support for RTI International's proposal for the 2024 – 2029 Comprehensive Centers: Content Center – Strengthening and Supporting the Educator Workforce. Our organization looks forward to collaborating with RTI to design and scale practices that establish and enhance high-quality, comprehensive, evidence-based, and affordable educator pathways.

Westat, an employee-owned firm, is a leader in research, data collection and analysis, technical assistance, evaluation, and communications. Dedicated to improving lives through research, Westat offers innovative professional services to help clients improve outcomes.

The Department has demonstrated recent interest in building statewide and cross-state longitudinal data systems that facilitate research on the teacher pipeline and workforce. In addition, the Department has identified diversifying the educator workforce as another priority. The Westat team offers expertise and recent, relevant experience on both topics, as exemplified by our leadership of:

- the National Comprehensive Center, which included leading a CCNetwork Work Group on Strengthening and Diversifying the Educator Workforce;

- the Regional 5 Comprehensive Center and Region 14 Comprehensive Center, which included multiple projects to support state educational agencies with educator pathways, diversity, and workforce issues;

- the Understanding Equity to Improve Student Outcomes project for the Delaware Department of Education, which included the development of a longitudinal dataset of paraeducators, teachers, and administrators for use in a data dashboard that illustrates changes in diversity across the educator pipeline in Delaware; and

- the NYC Men Teach Evaluation, for which Westat is designing and implementing the evaluation of the program's model, implementation, and outcomes related to diversifying the educator workforce in NYC.

We are pleased to offer this valuable perspective and experience to the steering committee and to support universal and targeted technical assistance for the Strengthening and Supporting the Educator Workforce Content Center.

This letter represents our organization's commitment to the goals and partnership set forth in this proposal. For questions or additional information regarding our organization's commitment, please contact me using the information below.

Sincerely,

Deborah Jonas
Vice President and Practice Director, Education Studies
Westat
301-738-3579
DeborahJonas@westat.com

ED 000279

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to preservice teacher mentorship programs, particularly for Black/African American males, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,

Dr. Rashad Anderson
raanderson@msudenver.edu

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to teacher apprenticeship, strategic operations in education, professional development, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,

Kwamé Floyd
Executive Director
Teacher Apprenticeship Network
kfloyd@teacherapprenticeship.org
www.teacherapprenticeships.org

June 10, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator
              Workforce, 84.283B*


Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and
Supporting the Educator Workforce* in response to the Department of Education's Comprehensive
Centers Program.

As a dedicated education researcher, I am a strong advocate for supporting intentional and meaningful
educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will
serve as a subject matter expert and guide the center's work pertaining to early childhood education,
bilingual teacher preparation, grow your own programs, and lean in with other areas of expertise as the
need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically
supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with
expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills
to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that
all students have improved educational opportunities and outcomes, close achievement gaps, and
improve the instructional quality for all students, particularly for groups of students with the greatest
need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating
the teaching profession to directly improve the lives and long-term well-being of students who
desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this
important project.

Amaya Garcia
garciaa@newamerica.org

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to the recruitment and retention of teachers of color, support the development of teacher leadership micro credentials, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,

Cynthia Jacquet
cjacquet@hsd2.org

# UNIVERSITY OF NORTH CAROLINA CHARLOTTE — THE URBAN EDUCATION COLLABORATIVE

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:  Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to the recruitment and retention of Black male teachers, support workforce development for urban education, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

*The Urban Education Collaborative*

The Dubois Center
320 E. 9th Street
Charlotte, NC 28202

704-687-1508
thecollaborative.charlotte.edu

*An Equal Opportunity/
Affirmative Action Employer*



ED 000284



Sincerely,



Chance W. Lewis, Ph.D.
Carol Grotnes Belk Distinguished Professor in Urban Education
Director, *The Urban Education Collaborative*
Cato College of Education
University of North Carolina Charlotte

*The Urban Education Collaborative*

The Dubois Center
320 E. 9th Street
Charlotte, NC 28202

704-687-1508
thecollaborative.charlotte.edu

*An Equal Opportunity/*
*Affirmative Action Employer*



**ED 000285**



Francesca López, PhD
Professor & Waterbury Chair in Equity Pedagogy
The Pennsylvania State University
143 Chambers Building
University Park, PA, 16802
falopez@psu.edu

May 23, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to culturally responsive and asset-based teaching for educator preparation and in-service educators and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,



Francesca López

# HOWARD UNIVERSITY

SCHOOL OF EDUCATION
OFFICE OF THE DEAN

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:     Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to national trends in education, education leadership quality and policy, school turnaround initiatives, school finance, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,



Associate Dean for Research and Sponsored Programs
Associate Professor Education Leadership and Policy Studies
Howard University, School of Education

2441 Fourth Street, NW                         (202)806-7340
Washington, DC  20059                          Fax (202)806-7018



May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated lifetime educator, I am a strong advocate for addressing the educator workforce crisis by supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will, utilizing decades of experience as an innovative practitioner, serve as a subject matter expert and guide the center's work pertaining to teacher apprenticeship, teacher residency, educator prep policy, educational leadership, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique perspective and set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities, close achievement gaps, and improve the instructional quality and outcomes for all students, particularly for groups of students with the greatest needs. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need, and fundamentally deserve effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our communities, in our states, and across our nation.

Sincerely,

Colleen McDonald, Nationally Board Certified Teacher
Executive Director, TEACHMEducation Services and
New York State Educator Workforce Development HUB

ED 000288



Hardy Murphy, Ph.D. (847 208 0650)
Clinical Professor of Educational Leadership and Policy Studies
Indiana University, Indianapolis ~ 902 West New York Street ~
Indianapolis, Indiana 46202

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce,
84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to special education, school improvement, teacher evaluation, school effectiveness, education equity, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,

Dr. Hardy Murphy -
hamurphy@indiana.edu

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award of this important work, I will serve as a subject matter expert and guide the center's work pertaining to educator apprenticeships; pre-apprenticeships; work-based learning experiences; diversity, equity, inclusion, and accessibility in workforce preparation programs; and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Jonathan Payne, Ph.D.



University of Tennessee at Chattanooga
Hunter Hall 311 B
615 McCallie Ave
Chattanooga, TN 37403

Allen Pratt, Ed.D.
*Executive Director*
423-667-2165 cell

423-425-4539

May 31, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:   Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a committed education professional, I am deeply invested in supporting intentional and meaningful educator diversity, recruitment, and retention. In the event of RTI's successful award of this vital work, I will play a pivotal role as a subject matter expert and guide, steering the center's efforts on workforce development, school reform, professional learning communities, and rural education initiatives. I will also provide consultation across various areas of expertise as required.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

If RTI is fortunate enough to secure funding under this solicitation, I am more than ready to seize the opportunity to collaborate on this significant project. I extend my best wishes to RTI in their quest to be

selected as a grantee, as it would greatly enhance our collective ability to cater to the needs of educators in our community, state, and nation.

Dr. Allen Pratt
Executive Director
National Rural Education Association



May 20, 2024

Dr. Fredrica Nash, EdD | Senior Director of Technical Assistance
Dr. Robin Wisniewski, PhD | Director of Education Systems Improvement
RTI International
3040 East Cornwallis Road, PO Box 12194
Research Triangle Park, NC 27709

Reference:    Letter of Support, *Content Center: Center on Strengthening and Supporting the Educator Workforce, 84.283B*

Dear Dr. Nash and Dr. Wisniewski,

I am pleased to express my support for RTI's proposed plan for the *Content Center on Strengthening and Supporting the Educator Workforce* in response to the Department of Education's Comprehensive Centers Program.

As a dedicated education professional, I am a strong advocate for supporting intentional and meaningful educator diversity, recruitment, and retention. Upon RTI's successful award for this important work, I will serve as a subject matter expert and guide the center's work pertaining to teacher compensation, school finance, and lean in with other areas of expertise as the need arises.

RTI's plan for the *Content Center on Strengthening and Supporting the Educator Workforce* is strategically supported by Westat, RMC, and the SERVE Center at the University of North Carolina Greensboro, with expert guidance from myself and my fellow subject matter experts who each bring a unique set of skills to this work. RTI's plan proposes to advance quality educator diversity, recruitment, and retention so that all students have improved educational opportunities and outcomes, close achievement gaps, and improve the instructional quality for all students, particularly for groups of students with the greatest need. Collectively, this dynamic team holds a long-standing commitment to and experience in elevating the teaching profession to directly improve the lives and long-term well-being of students who desperately need effective, high-quality teachers.

Should RTI be awarded funding under this solicitation, I welcome the opportunity to collaborate on this important project. I wish RTI every success in being selected as a grantee so that we can enhance our ability to provide for the needs of educators in our community, in our state, and across our nation.

Sincerely,



Jessica Swanson, EdD
Founder, Jessica Swanson Consulting, LLC

ED 000293

# Attachment 4.   Bibliography

Allegretto, S. (2023). *Teacher pay penalty still looms large: Trends in teacher wages and compensation through 2022*. Economic Policy Institute. https://www.epi.org/publication/teacher-pay-in-2022/#full-report

Bartanen, B., & Grissom, J. A. (2019). *School principal race and the hiring and retention of racially diverse teachers* (EdWorkingPaper: 19-59). Annenberg Institute at Brown University. https://doi.org/10.26300/ny03-zw18

Berry, B., Bastian, K. C., Darling-Hammond, L., & Kini, T. (2021). *The importance of teaching and learning conditions: Influences on teacher retention and school performance in North Carolina*. Learning Policy Institute. https://files.eric.ed.gov/fulltext/ED611108.pdf

Bettini, E., Mathews, H. M., Shaheen, T., Meyer, K., & Scott, L. A. (2023). Factors shaping the special education teacher workforce. In J. Kauffman, D. Hallahan, & P. Pullen (Eds.), *Handbook of special education* (3rd ed.).

Bisht, B., LeClair, Z., Loeb, S., & Sun, M. (2021). *Paraeducators: Growth, diversity and a dearth of professional supports* (EdWorkingPaper: 21-490). Annenberg Institute at Brown University. https://www.edworkingpapers.com/ai21-490

Blanchard, K. (2018). *Leading at a higher level: Blanchard on leadership and creating high performing organizations* (3rd ed.). Pearson/Ft Press.

Bryk, A., & Schneider, B. (2002). *Trust in schools: A core resource for improvement*. Russell Sage Foundation.

Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. (2015). *Learning to improve: How America's schools can get better at getting better.* Harvard Education.

ED 000294

Buysse, V., Castro, C. C., & Peisner-Feinberg, E. (2010). Effects of a professional development program on classroom practices and outcomes for Latino dual language learners. *Early Childhood Research Quarterly, 25*, 194–206.

Cabral, L., Mawhinney, L., Pierce, J., & Hachenberg, C. (2022). Worn & weary: Black teachers' storied experiences and recommendations around their attrition and retention in Philadelphia schools. Research for Action. https://www.researchforaction.org/research-resources/k-12/worn-weary-black-teachers-storied-experiences-and-recommendations-around-their-attrition-and-retention-in-philadelphia-schools/

Campus Safety Magazine. (2023). *Raptor, NASRO survey: Less than 25% of school leaders feel equipped to address safety concerns.* https://www.campussafetymagazine.com/news/raptor-nasro-survey/

Carver-Thomas, D. (2018). *Diversifying the teaching profession: How to recruit and retain teachers of color.* Learning Policy Institute. https://learningpolicyinstitute.org/sites/default/files/product-files/Diversifying_Teaching_Profession_REPORT_0.pdf

Carver-Thomas, D., & Darling-Hammond, L. (2017). *Teacher turnover: Why it matters and what we can do about it.* Learning Policy Institute. https://learningpolicyinstitute.org/product/teacher-turnover-report

Chetty, R., Friedman, J. N., & Rockoff, J. E. (2014). Measuring the impacts of teachers II: Teacher value-added and student outcomes in adulthood. *American Economic Review, 104*(9), 2633-2679.

ED 000295

Clotfelter, C. T., Ladd, H. F., & Vigdor, J. L. (2011). Teacher mobility, school segregation, and pay-based policies to level the playing field. *Education Finance and Policy, 6*(3), 399–438.

Coggshall, J. G., & Sexton, S. K. (2008). *Teachers on the move: A look at teacher interstate mobility policy and practice*. National Association of State Directors of Teacher Education and Certification. https://files.eric.ed.gov/fulltext/ED518859.pdf

Darling-Hammond, L., & Baratz-Snowden, J. (2007). A good teacher in every classroom: Preparing the highly qualified teachers our children deserve. *Educational Horizons, 85*(2), 111–132.

Darling-Hammond, L., & Youngs, P. (2002). Defining "highly qualified teachers": What does "scientifically-based research" actually tells us? *Educational Researcher, 31*(9), 13–25. https://doi.org/10.3102/0013189X031009013

Darling-Hammond, L., DiNapoli Jr, M., & Kini, T. (2023). *The federal role in ending teacher shortages*. Learning Policy Institute. https://learningpolicyinstitute.org/product/federal-role-ending-teacher-shortages-report

Darling-Hammond, L., Hyler, M. E., & Gardner, M. (2017). *Effective teacher professional development*. Learning Policy Institute. https://learningpolicyinstitute.org/product/effective-teacher-professional-development-report

Darling-Hammond, L., Wechsler, M. E., Levin, S., Leung-Gagné, M., & Tozer, S. (2022). *Developing effective principals: What kind of learning matters?* Learning Policy Institute. https://doi.org/10.54300/641.201

ED 000296

Dee, T. S. (2004). Teachers, race, and student achievement in a randomized experiment. *Review of Economics and Statistics, 86*(1), 195–210.

Diliberti, M., Schwartz, H. L., & Grant, D. M. (2021). *Stress topped the reasons why public-school teachers quit, even before COVID-19*. RAND Corporation. https://www.rand.org/pubs/research_reports/RRA1121-2.html

Doan, S., Steiner, E., Pandey, R., & Woo, A. (2023). *Teacher well-being and intentions to leave: Findings from the 2023 State of the American Teacher Survey*. RAND Corporation. https://www.rand.org/pubs/research_reports/RRA1108-8.html

Downer J. T., Goble P., Myers S. S., & Pianta R. C. (2016). Teacher-child racial/ethnic match within pre-kindergarten classrooms and children's early school adjustment. *Early Childhood Research Quarterly, 37*, 26–38.

Dunst, C. J., Trivette, C. M., & Hamby, D. W. (2010). Meta-analysis of the effectiveness of four adult learning methods and strategies: Supplemental tables and references. *Learning, 3*(1), 91–112.

Dymnicki, A., Wandersman, A., Osher, D., Grigorescu, V., & Huang, L. (2014). *Willing, able, ready: Basics and policy implications of readiness as a key component for implementation of evidence-based interventions* [Issue brief]. Office of the Assistant Secretary for Planning and Evaluation.

Easton-Brooks, D. (2014). *Ethnic matching: Academic success of students of color*. Rowman & Littlefield.

Eddy, C. M., & Easton-Brooks, D. (2011). Ethnic matching, school placement, and mathematics achievement of African American students from kindergarten through fifth grade. *Urban Education, 46*(6), 1280–1299.

ED 000297

Eklund, K., DeMarchena, S. L., Rossen, E., Izumi, J. T., Vaillancourt, K., & Rader Kelly, S. (2020). Examining the role of school psychologists as providers of mental and behavioral health services. *Psychology in the Schools, 57*(4), 489–501.

Feng, L., & Sass, T. R. (2018). The impact of incentives to recruit and retain teachers in "hard-to-staff" subjects. *Journal of Policy Analysis and Management, 37*(1), 112–135.

Fixsen, D., & Blase, K. (2020). Active implementation frameworks. In P. Nilsen & S. Birken (Eds.). *Handbook on implementation science.* Edward Elgar Publishing.

Fixsen, D., Blase, K., Duda, M., Naoom, S., & Van Dyke, M. (2010). Sustainability of evidence-based programs in education. *Journal of Evidence-Based Practices for Schools*, *11*(1), 30–46.

Fixsen, D., Blase, K., Naoom, S., & Duda, M. (2016). *Implementation drivers: Assessing best practices*. National Implementation Research Network.

https://doi.org/10.13140/RG.2.2.20415.30885

Fortner, C. K., Kershaw, D. C., Bastian, K. C., & Lynn, H. H. (2015). Learning by doing: The characteristics, effectiveness, and persistence of teachers who were teaching assistants first. *Teachers College Record, 117*(11), 1–30.

https://doi.org/10.1177/016146811511701104

Friedman-Krauss, A. H., Barnett, W. S., Jost, T. M., & Garver, K. (2024). Early intervention & early childhood special education workforce needs: Findings from a national survey. National Institute for Early Education Research. https://nieer.org/research-library/early-intervention-early-childhood-special-education-workforce-needs

Gershenson, S., Hansen, M. J., & Lindsay, C. A. (2021). *Teacher diversity and student success: Why racial representation matters in the classroom*. Harvard Education Press.

ED 000298

Gershenson, S., Hart, C. M. D., Hyman, J., Lindsay, C. A., & Papageorge, N. W. (2022). The

long-run impacts of same-race teachers. *American Economic Journal: Economic Policy,*

*14*(4), 300–342. https://doi.org/10.1257/pol.20190573

Gibney, T. D., Kelly, H., Rutherford-Quach, S., Ballen Riccards, J., & Parker, C. (2021).

*Addressing the bilingual teacher shortage*. Comprehensive Center Network.

https://compcenternetwork.org/sites/default/files/2.%20Addressing%20the%20bilingual

%20teacher%20shortage_Acc.pdf

Gist, C. D. (2022). Shifting dominant narratives of teacher development: New directions for

expanding access to the educator workforce through grow your own programs.

*Educational Researcher, 51*(1), 51–57. https://doi.org/10.3102/0013189X211049762

Goldhaber, D., Brown, N., Marcuson, N., & Theobald, R. (2022). *School district job postings*

*and staffing challenges throughout the second school year during the COVID-19*

*pandemic* [Working paper no. 273-1022]. Center for Analysis of Longitudinal Data in

Education Research (CALDER). https://caldercenter.org/publications/school-district-job-

postings-and-staffing-challenges-throughout-second-school-year

Goldhaber, D., Grout, C., Holden, K. L., & Brown, N. (2015). Crossing the border? Exploring

the cross-state mobility of the teacher workforce. *Educational Researcher, 44*(8), 421–

431. https://doi.org/10.3102/0013189X15613981

Griffin, A., & Tackie, H. (2016). *Through our eyes: Perspectives and reflections from Black*

*teachers*. The Education Trust. https://edtrust.org/resource/through-our-eyes/

Grissom, J. A., & Keiser, L. R. (2011). A supervisor like me: Race, representation, and the

satisfaction and turnover decisions of public sector employees. *Journal of Policy Analysis*

*and Management, 30*(3), 557–580.

ED 000299

Grissom, J. A., Egalite, A. J., & Lindsay, C. A. (2021). *How principals affect students and schools: A systematic synthesis of two decades of research*. The Wallace Foundation. https://wallacefoundation.org/sites/default/files/2023-09/How-Principals-Affect-Students-and-Schools.pdf

Grooms, A. A., Mahatmya, D., & Johnson, E. T. (2021). The retention of educators of color amidst institutionalized racism. *Educational Policy, 35*(2), 180–212. https://doi.org/10.1177/0895904820986765

Hanushek, E. A. (2011). The economic value of higher teacher quality. *Economics of Education Review, 30*(3), 466–479.

Hattie, J. (2009). *Visible learning: A synthesis of over 800 meta-analyses relating to achievement*. Routledge.

Ingersoll, R., Merrill, L., & Stuckey, D. (2018). The changing face of teaching. *Educational Leadership, 75*(8), 44–49.

Ingersoll, R. M., & May, H. (2011). *Recruitment, retention and the minority teacher shortage* [CPRE Research Report# RR-69]. Consortium for Policy Research in Education.

Ingersoll, R. M., & May, H. (2012). The magnitude, destinations, and determinants of mathematics and science teacher turnover. *Educational Evaluation and Policy Analysis, 34*(4), 435–464. https://doi.org/10.3102/0162373712454326

Ingersoll, R. M., Merrill, E., Stuckey, D., & Collins, G. (2018). Seven trends: The transformation of the teaching force–Updated October 2018. *CPRE Research Reports*.

Irwin, V., Wang, K., Jung, J., Kessler, E., Tezil, T., Alhassani, S., Filbey, A., Dilig, R., & Bullock Mann, F. (2024). *Report on the Condition of Education 2024* (NCES 2024-144).

ED 000300

U.S. Department of Education. National Center for Education Statistics.

https://nces.ed.gov/pubsearch/pubsinfo.asp?pubid=2024144.

Johnson, S. M., Kraft, M. A., & Papay, J. P. (2012). How context matters in high-need schools: The effects of teachers' working conditions on their professional satisfaction and their students' achievement. *Teachers College Record, 114*(10), 1–39.

Johnson, T., & Lehner, E. (2021). Preparing paraprofessionals to become teachers: A study examining the effect of catalytic interventions. *International Journal of Educational Reform, 30*(4), 300–323. https://doi.org/10.1177/10567879211003618

Joyce, B. R., & Showers, B. (2002). *Student achievement through staff development* (3rd ed.). Association for Supervision and Curriculum Development.

Kamrath, B., & Bradford, K. (2020). A case study of teacher turnover and retention in an urban elementary school. *Educational Considerations, 45*(3), 6.

Knowles, M.S. (1984). *Andragogy in Action: Applying modern principles of adult education.* San Francisco, CA, Jossey Bass.

Koczwara, B., Stover, A. M., Davies, L., Davis, M. M., Fleisher, L., Ramanadhan, S., ... & Proctor, E. (2018). Harnessing the synergy between improvement science and implementation science in cancer: A call to action. *Journal of Oncology Practice*, *14*(6), 335–340.

Kraft, M. A., Blazar, D., & Hogan, D. (2018). The effect of teacher coaching on instruction and achievement: A meta-analysis of the causal evidence. *Review of Educational Research, 88*(4), 547-588.

ED 000301

Kraft, M. A., Marinell, W. H., & Yee, D. (2016). *Schools as organizations: Examining school climate, teacher turnover, and student achievement in NYC* [Brief]. Research Alliance for New York City Schools

Kraft, M. A., Simon, N. S., & Lyon, M. A. (2021). Sustaining a sense of success: The protective role of teacher working conditions during the COVID-19 pandemic. *Journal of Research on Educational Effectiveness, 14*(4), 727–769.

https://doi.org/10.1080/19345747.2021.1938314

Ladd, H. F. (2009). *Teachers' perceptions of their working conditions: How predictive of policy relevant outcomes?* CALDER Center. https://doi.org/10.1037/e722072011-001

Langley, G. J., Moen, R. D., Nolan, K. M., Nolan, T. W., Norman, C. L., & Provost, L. P. (2009). *The improvement guide: A practical approach to enhancing organizational performance.* John Wiley & Sons.

Learning Policy Institute. (2018). *Uncertified teachers and teacher vacancies by state.* https://learningpolicyinstitute.org/sites/default/files/Uncertified_Teachers_Vacancies_State_CHARTS.pdf

Loeb, S., & Myung, J. (2010). Economic approaches to teacher recruitment and retention. In B. McGaw, P. Peterson & E. Baker (Eds.), *International encyclopedia of education* (3rd ed.), Elsevier (pp. 473–480).

Madigan, D. J., & Kim, L. E. (2021). Does teacher burnout affect students? A systematic review of its association with academic achievement and student-reported outcomes. *International Journal of Educational Research*, *105*, 101714.

Mason, S., Cole-Malott, D. M., Teoh, M., Ravenell, A., Ek-Mekki, S., Seaton, K., & Woldeyohannes, M. (2021). *To be who we are: Black teachers on creating affirming*

ED 000302

*school cultures*. Teach Plus and the Center for Black Educator Development.

 https://teachplus.org/teachplus-cbed-tobewhoweare

Metz, A., Bartley, L., Fixsen, D., & Blase, K. (2011). *A guide to developing practice profiles.*
 National Implementation Research Network.

Myung, J., Loeb, S., & Horng, E. (2011). Tapping the principal pipeline: Identifying talent for
 future school leadership in the absence of formal succession management
 programs. *Educational Administration Quarterly*, *47*(5), 695-727.

National Association of Secondary School Principals. (2022). *NASSP's Survey of America's
 School Leaders and High School Students*. https://survey.nassp.org/2022/

National Center for Education Statistics. (2024a). *Condition of Education: Glossary*. U.S.
 Department of Education, Institute of Education Sciences.
 https://nces.ed.gov/programs/coe/glossary#race

National Center for Education Statistics. (2024b). *School Pulse Panel: Responses to the
 pandemic and efforts toward recovery*. https://nces.ed.gov/surveys/spp/results.asp

Nilsen, P., & Birken, S. (Eds.). (2020). *Handbook on implementation science.* Edward Elgar
 Publishing.

Paustic, B. (2024). Countering a student mental health crisis in overwhelmed schools.
 *Hospital/School/University Campus Safety*.
 https://www.campussafetymagazine.com/mental-health/countering-a-student-mental-
 health-crisis-in-overwhelmed-schools/

Podolsky, A., & Kini, T. (2016). *How effective are loan forgiveness and service scholarships for
 recruiting teachers?* [Policy brief]. Learning Policy Institute.

ED 000303

Podolsky, A., Kini, T., Bishop, J., & Darling-Hammond, L. (2016). *Solving the teacher shortage: How to attract and retain excellent educators*. Learning Policy Institute.

Polly, D., McGee, J., Wang, C., Martin, C., Lambert, R., & Pugalee, D. K. (2015). Linking professional development, teacher outcomes, and student achievement: The case of a learner-centered mathematics program for elementary school teachers. *International Journal of Education Research, 72*, 26–37.

Putnam, H., Hansen, M., Walsh, K., & Quintero, D. (2016). *High hopes and harsh realities: The real challenges to building a diverse workforce.* The Brookings Institution.

Rockoff, J. E., Jacob, B. A., Kane, T. J., & Staiger, D. O. (2011). Can you recognize an effective teacher when you recruit one? *Education Finance and Policy, 6*(1), 43–74.

Saldana, L. (2014). The stages of implementation completion for evidence-based practice: Protocol for a mixed methods study. *Implementation Science, 9*, 1–11.

Scaccia, J. P., Cook, B. S., Lamont, A., Wandersman, A., Castellow, J., Katz, J., & Beidas, R. S. (2015). A practical implementation science heuristic for organizational readiness: R=MC2. *Journal of Community Psychology, 43*(4), 484–501. https://doi.org/10.1002/jcop.21698

Schmitt, J., & deCourcy, K. (2022). *The pandemic has exacerbated a long-standing national shortage of teacher*s. Economic Policy Institute. https://www.epi.org/publication/shortage-of-teachers/

Shuls, J. V., & Flores, J. M. (2020). Improving teacher retention through support and development. *Journal of Educational Leadership and Policy Studies, 4*(1), n1.

ED 000304

Simon, N., & Johnson, S. M. (2015). Teacher turnover in high-poverty schools: What we know

and can do. *Teachers College Record, 117*(3), 1–36.

https://doi.org/10.1177/016146811511700305

Skaalvik, E., & Skaalvik, S. (2011). Teacher job satisfaction and motivation to leave the teaching

profession: Relations with school context, feeling of belonging, and emotional

exhaustion. *Teaching and Teacher Education, 27*, 1029–1038.

https://doi.org/10.1016/j.tate.2011.04.001

Song, K., Hur, E., & Kwon, B. (2017). Does high-quality professional development make a

difference? Evidence from TIMSS. *Compare: A Journal of Comparative and

International Education, 48,* 1–19. https://doi.org/10.1080/03057925.2017.1373330

Steiner, E. D., & Woo, A. (2021). *Job-related stress threatens the teacher supply: Key finding

from the 2021 State of the US Teacher Survey—Technical appendixes* (RR-A1108-1).

RAND Corporation.

Taie, S., & Lewis, L. (2022). *Characteristics of 2020–21 public and private K–12 school

principals in the United States: Results from the National Teacher and Principal Survey:

First look* (NCES 2022-112). U.S. Department of Education. National Center for

Education Statistics. https://nces.ed.gov/pubs2022/2022111.pdf

Taie, S., & Lewis, L. (2023a). *Principal attrition and mobility. Results From the 2021-22

Principal Follow-up Survey to the National Teacher and Principal Survey: First look*

(NCES 2023-046). U.S. Department of Education. National Center for Education

Statistics. https://nces.ed.gov/pubs2023/2023046.pdf

Theobald, R., Kaler, L., Bettini, E., & Jones, N. (2023). *A descriptive portrait of the

paraeducator workforce in Washington state* [Working paper no. 283-0423]. Center for

ED 000305

Analysis of Longitudinal Data in Education Research (CALDER).

https://caldercenter.org/publications/descriptive-portrait-paraeducator-workforce-washington-state

Theobald, R., Xu, Z., Gilmour, A., Lachlan-Hache, L., Bettini, E., & Jones, N. (2023). *The impact of a $10,000 bonus on special education teacher shortages in Hawai'i* [Working paper no. 290-0823]. Center for Analysis of Longitudinal Data in Education Research (CALDER). https://caldercenter.org/publications/impact-10000-bonus-special-education-teacher-shortages-hawai%E2%80%98i

Tough, A. (1971). *The adult's learning projects: A fresh approach to theory and practice in adult education.* Ontario Institute for Studies in Education.

Trust, T., Krutka, D. G., & Carpenter, J. P. (2016). "Together we are better": Professional learning networks for teachers. *Computers & Education, 102*, 15–34.

U.S. Department of Education. (2023a). *Raise the Bar policy brief: Eliminating educator shortages through increased compensation, high-quality and affordable educator preparation and teacher leadership.* https://www.ed.gov/raisethebar/Eliminating-Educator-Shortages-through-Increasing-Educator-Diversity

U.S. Department of Education. (2023b). *U.S. Education Department's Office for Civil Rights releases new civil rights data on students' access to educational opportunities during the pandemic.* https://www.ed.gov/news/press-releases/us-education-departments-office-civil-rights-releases-new-civil-rights-data-students%E2%80%99-access-educational-opportunities-during-pandemic

U.S. Department of Education. (n.d.). *Teacher shortage areas.* https://tsa.ed.gov/#/reports

ED 000306

U.S. Department of Education, Office of Postsecondary Education. (2023). *Preparing and credentialing the nation's teachers: The secretary's 13th report on the teacher workforce*. https://title2.ed.gov/Public/TitleIIReport23.pdf

Viano, S. L., & Hunter, S. B. (2017). Teacher-principal race and teacher satisfaction over time, region. *Journal of Educational Administration, 55*(6), 624–639.

Walker, T. (2024). Gains in teacher pay may not be enough to ease shortages. *NEA Today*. https://www.nea.org/nea-today/all-news-articles/gains-teacher-pay-may-not-be-enough-ease-shortages

Ward, C. S., Kittelman, A., & Rowe, D. A. (2021). Supporting evidence-based practices: What implementation activities are needed when for success? *Teaching Exceptional Children, 53*(5), 332–335.

Wei, R. C., Darling-Hammond, L., Andree, A., Richardson, N., & Orphanos, S. (2009). *Professional learning in the learning profession. A status report on teacher development in the United States and abroad*. National Staff Development Council.

Wething, H., deCourcy, K., & Bivens, J. (2023). The teacher shortage shows small signs of improvement, but it remains widespread. *Working Economics Blog*. Economic Policy Institute. https://www.epi.org/blog/the-teacher-shortage-shows-small-signs-of-improvement-but-it-remains-widespread/

White House. (2022). Fact sheet: How the American rescue plan is keeping America's schools open safely, combating learning loss, and addressing student mental health. https://www.whitehouse.gov/briefing-room/statements-releases/2022/03/11/fact-sheet-how-the-american-rescue-plan-is-keeping-americas-schools-open-safely-combating-learning-loss-and-addressing-student-mental-health/

ED 000307

Young, E. L., Moulton, S. E., Julian, A., Smith, A., & Butler, R. (2021). Retention and job

    satisfaction of school psychologists. *Psychology in the Schools, 58*(3), 585–600.

Zabek, F., Lyons, M. D., Alwani, N., Taylor, J. V., Brown-Meredith, E., Cruz, M. A., &

    Southall, V. H. (2023). Roles and functions of school mental health professionals within

    comprehensive school mental health systems. *School Mental Health, 15*(1), 1–18.

ED 000308

# Attachment 5.  EO 12372 Transmittal Letter

ED 000309



3040 E. Cornwallis Road • PO Box 12194 • Research Triangle Park, NC 27709-2194 • USA
Telephone +1.919.541.6000 • Fax +1.919.541.5985 • www.rti.org

June 19, 2024

Reference:     EO 12372 Intergovernmental Review of Federal Programs, *Department of Education OESE*
*Comprehensive Center Programs – Strengthening and Supporting the Education Workforce*
*Content Center*
*ALN/CFDA: 84.283B; NIA: ED-GRANTS-051324-001*

Dear SPOCs:

Research Triangle Institute, under the trade name RTI International, a 501(c)(3) nonprofit organization, is
submitting an application in response to the above referenced Notice Inviting Applications. To foster
intergovernmental partnership and strengthen federalism under EO 12372, RTI submits a copy of our application for
State review and coordination with local governments.

We had previously received notice in 2019 on an earlier version of this program that ALN 84.283 does not require
intergovernmental review. Therefore, this is a courtesy notification per the NIA instructions in the event that RTI is
favorably awarded under this 2024-2029 grant program.

As this grant program would support educators nationwide, we are sending this to all the SPOCs listed on
www.whitehouse.gov:

- American Samoa: Jerome Ierome, Office of Grants Oversight and Accountability Coordinator,
  jerome.ierome@go.as.gov.
- Arizona: Andrea Hightower, Grants & Federal Resources Team Manager, ahightower@az.gov
- Arkansas: Doris R. Smith, Administrator DFA IGS/State Technology, doris.smith@dfa.arkansas.gov
- California: Grants Coordination State Clearinghouse, state.clearinghouse@opr.ca.gov
- Delaware: Micheale Smith, Budget Development, Planning and Administration,
  micheale.smith@delaware.gov
- Florida: Chris Stahl, Florida State Clearinghouse, Chris.Stahl@FloridaDEP.gov, State.
  Clearinghouse@FloridaDEP.gov
- Indiana: Luke Kenworthy, Director of Federal Grants Policy and Management, LKenworthy@sba.IN.gov
- Iowa: Debra Scrowther, Iowa Department of Management, Debra.Scrowther@iowa.gov
- Kentucky: Lee Nalley, The Governor's Office for Local Development, Lee.Nalley@ky.gov
- Louisiana: Terry Thomas, Louisiana SPOC, Terry.Thomas@la.gov
- Maryland: Jason Dubow, Manager Resource Conservation & Management,
  mdp.clearinghouse@maryland.gov
- Missouri: Sara VanderFeltz, Federal Assistance Clearinghouse, sara.vanderfeltz@oa.mo.gov
- Nevada: Office of Grant Procurement, Coordination and Management, grants@admin.nv.gov,
  ehasty@admin.nv.gov
- New Hampshire: Alexis LaBrie, Grants Program Coordinator, nhspoc@energy.nh.gov
- Puerto Rico: Jose Rosado, Federal Proposals Review Office, Jmarrero@ogp.pr.gov
- South Carolina: David Seigler, Grants and Financial Services, david.seigler@admin.sc.gov
- Utah: Brad Newbold, Federal Assistance Management Officer, Utah State Clearinghouse,
  stategrants@utah.gov
- Virgin Islands: Jenifer O'Neal, Director of Office of Management and Budget, Jenifer.Oneal@omb.vi.gov
- Washington, D.C.: Office of Partnerships and Grant Services, opgs.eom@dc.gov
- West Virginia: Mackenzie Moss, Community Advancement and Development, clearinghouse@wv.gov

RTI appreciates the opportunity to share our application for any coordination needed at the time of award. Should
you have any questions regarding our application or need further information, please feel free to contact me at
evevandevender@rti.org or 919-316-3431. Thank you for your consideration.

Eve Van Devender
Contracting Officer

[0282400.864]

# Attachment 6. List of Proprietary Information

The following table includes a list of proprietary information within RTI's application to meet

**Absolute Priority 3: Content Centers:** Strengthening and Supporting the Educator Workforce

and **Competitive Preference Priority:** Applications from New Potential Grantees.

| Page/Section Containing Proprietary Information | Location of Information |
|---|---|
| CREW Abstract Entire Document | Entire document |
| Attachment 1_Resumes | Entire document |
| Attachment 3_LOUs-MOUs | Entire document |
| Application Narrative | |
| A.3 General Approach and Logic Model | Pages 11–12 |
| B.1 Task 1: Project Planning | Page 13, last paragraph |
| B.2 Task 2: Capacity-Building Approach and Services | Pages 19–51 |
| B.3 Task 3: Engagement, Communication, and Dissemination | Pages 51–62 |
| B.4 Task 4: Performance Management and Evaluation | Pages 64–73 |
| C.2 Key Staff and SMEs | Pages 75–77 |
| C3: Organizational Experience and Past Performance | Pages 77–98 |
| Appendix B: Biographies of CREW's Subject Matter Experts | Pages B-1–B-7 |
| Appendix C: Additional Past Projects with Partnerships | Pages C-1–C-7 |

ED 000311

# Budget Justification

## Overview

The purpose of this budget justification is to address the solicitation requirements by explaining the basis for the estimate for each category of cost in sufficient detail to facilitate the U.S. Department of Education, Office of Elementary and Secondary Education's (OESE) determination of cost reasonableness.

RTI's budget for the *Center for Resources for the Educator Workforce (CREW)* is presented in standard grant format. The total RTI budget, including its partners, is $7,750,000. This 60-month budget reflects universal, targeted, and as appropriate, intensive capacity-building services designed to support clients and recipients with educator diversity, recruitment, preparation and retention for October 1, 2024, through September 30, 2029. Clients and recipients can include regional centers, tribal education agencies, state education agencies, regional education agencies, and local education agencies.

## Key Budget Assumptions

The budget estimate is based on the following general assumptions:

- The budget includes overall operations and costs associated with the activities and actions of RTI staff included in the work described in the proposal.
- Level of effort is assumed to remain generally steady across the 5 years of the center.
- Funding for subcontractors is projected to be similar in cost to the first year for the additional years 2 through 5. Subcontractors will have to reapply for funding every year.
- 5% set-aside funding is included in each year to provide the flexibility to fund new and innovative supports that are unforeseen at the time of budgeting.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000312

## Direct Labor

Direct labor is calculated from actual RTI salaries as of the date of the proposal. Hourly rates for all personnel are derived from actual monthly salaries on the basis of 2,080 direct labor hours per year, or from actual hourly rates. The budgets include the RTI personnel expected to work on any resulting contract, or equivalent personnel.

The full-time equivalent for RTI staff is budgeted at 2,080 hours/year. Personal time off (PTO) actually incurred and 10 company-paid holidays are included in RTI's fringe benefit rate and recovered through the application of the fringe benefit rate.

### Section A. Senior/Key Personnel

**Fredrica Nash, EdD**, *Principal Investigator and Co-Project Director*, will lead capacity-building implementation and partner engagement. Dr. Nash will be responsible for the administration and quality of Tasks 2 and 3, which include capacity-building, engagement, communication, and dissemination. She will manage all related staff and subcontractors, work directly with task leads, and conduct problem-solving and final decisions with Dr. Wisniewski.

**Robin Wisniewski, PhD, NCSP**, *Co-Project Director*, will lead project design and implementation. Dr. Wisniewski will be responsible for the administration and quality of Tasks 1, 4, and 5, which include project management, annual service plans (ASPs), budget, evaluation, and personnel. She will manage all staff and subcontractors, work directly with task leads, and conduct problem-solving and final decisions with Dr. Nash.

**Kayla Siler, MPA, PMP**, *Task 1 Lead: Project Planning*, will document the center's systems and structures, develop workplans to guide the activities of the center, manage agendas and

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000313

record notes for center meetings, manage the APS and timelines, manage risk, deploy risk mitigation strategies, develop the quality management plan, and ensure project quality.

**Meghan Doyle, EdD, SPHR**, *Task 2 Lead: Capacity-Building Services*, will lead the development of evidence-based and accessible products and tools for a diverse audience, oversee high-quality universal and targeted capacity-building services, and lead intensive capacity-building services in collaboration with regional centers to state education agencies. Dr. Doyle will also support the identification, implementation, and scaling of evidence-based practices to recipients and manage our national and regional communities of practice.

**Demond McKenzie, EdD**, *Lead TA Specialist for Universal Capacity-Building*, will oversee the team of technical assistance (TA) specialists who will deliver high-quality universal capacity-building services to state education agencies, local education agencies, tribal education agencies, and regional centers.

**Frank McKay, EdD**, *Lead TA Specialist for Targeted Capacity-Building*, will oversee the team of TA specialists who will deliver high-quality targeted capacity-building services to state education agencies, local education agencies, tribal education agencies, and regional centers.

**Kersh Naidu, EdD**, *Task 3 Lead: Engagement, Communication, and Dissemination*, will engage national, state, local, and tribal partners in this work. She will provide continuous communication to and between partners, build and strengthen educator workforce networks, host convenings in collaboration with the National Comprehensive Center and regional centers to bridge connections between Elementary and Secondary Education Act provisions and programs related to the educator workforce, and engage in CCNetwork peer learning opportunities.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000314

**Kyle Canuette, MPA, MSEd**, *Lead Dissemination Specialist*, will identify, organize, select, translate, and disseminate research for a variety of audiences and beneficiaries of information on the educator workforce.

**Yihua Hong, PhD**, *Task 4 Lead: Performance Management and Evaluation*, will lead the collection of project data and evaluate project effectiveness. Dr. Hong will support the center with integrating continuous improvement and feedback cycles from recipients, partners, and clients into universal, targeted, and intensive capacity-building activities.

**Jennifer Preston, PhD**, *Task 5 Lead: Personnel Management*, will identify, obtain, and retain the necessary subject matter experts, subcontractors, and professional staff to assist with states' needs.

## Calendar Months (Key Personnel)

| Staff Name | Project Role | Yr 1 CM | Yr 2 CM | Yr 3 CM | Yr 4 CM | Yr 5 CM | Total CM |
|---|---|---|---|---|---|---|---|
| Fredrica Nash | Principal Investigator | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 |
| Robin Wisniewski | Co-Project Director | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 |
| Kayla Siler | Task 1 Lead: Project Planning | 1.41 | 1.30 | 1.18 | 1.12 | 1.06 | 6.07 |
| Meghan Doyle | Task 2 Lead: Capacity-Building Services | 2.18 | 2.10 | 1.53 | 1.27 | 0.94 | 8.02 |
| Demond McKenzie | Lead TA Specialist for Universal Capacity-Building | 0.83 | 0.73 | 0.66 | 0.44 | 0.44 | 3.01 |
| Frank McKay | Lead TA Specialist for Targeted Capacity-Building | 0.83 | 0.73 | 0.48 | 0.44 | 0.44 | 2.92 |
| Kersh Naidu | Task 3 Lead: Engagement, Communication, and Dissemination | 1.70 | 1.58 | 1.41 | 1.32 | 1.25 | 7.26 |
| Kyle Canuette | Task 4 Lead: Performance Management and Evaluation | 1.08 | 0.94 | 0.91 | 0.78 | 0.73 | 7.44 |
| Yihua Hong | Lead Dissemination Specialist | 1.60 | 1.69 | 1.60 | 1.35 | 1.24 | 7.48 |
| Jennifer Preston | Task 5 Lead: Personnel Management | 1.48 | 1.40 | 1.25 | 1.14 | 0.56 | 5.83 |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000315

## Section B. Other Personnel

**Yujiemi Chisholm**, *Communications Specialist*, will provide Task 3 engagement, communication, and disseminations support, including website content and development.

**TBD Editor** will provide editing support for all resources, reports, and materials.

**TBD Graphic Designer** will provide graphics support for all resources, reports, and materials.

**TBD Education Analyst level 1** (junior level) will provide TA, performance management, and evaluation support.

**TBD Education Analyst level 2** (mid-level) will provide TA, performance management, and evaluation support.

**TBD Financial Analyst** will provide oversight of the budget. This includes supporting the initial setup of the project, providing ongoing financial review and analysis for proper charging and accuracy, forecasting costs, reviewing invoices, and preparing contractually required financial reports. Financial analysts support a portfolio of multiple projects. If client reporting is contractually required, Finance prefers to standardize reporting using existing systems for efficiency purposes. RTI is exempt by name re OMB A-122 and is permitted to operate under "Commercial Cost Principles." Our federally approved cost accounting system allows direct charging by project financial analysts.

### Calendar Months (Other Personnel)

| Name | Project Role | Yr 1 CM | Yr 2 CM | Yr 3 CM | Yr 4 CM | Yr 5 CM | Total CM |
|---|---|---|---|---|---|---|---|
| Yujiemi Chisholm | Communications Specialist | 0.83 | 0.74 | 0.61 | .33 | .32 | 2.83 |
| TBD Editor | TBD Editor | 0.58 | 0.26 | 0.12 | 0.12 | 0.12 | 1.20 |
| TBD Graphic Designer | TBD Graphic Designer | 0.46 | 0.35 | 0.29 | 0.23 | 0.17 | 1.50 |
| TBD Education Analyst level 1 | TBD Education Analyst level 1 | 1.89 | 1.60 | 1.93 | 2.23 | 2.32 | 9.97 |

5

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

| Name | Project Role | Yr 1 CM | Yr 2 CM | Yr 3 CM | Yr 4 CM | Yr 5 CM | Total CM |
|------|--------------|---------|---------|---------|---------|---------|----------|
| TBD Education Analyst level 2 | TBD Education Analyst level 2 | 2.27 | 0.91 | 1.14 | 1.32 | 1.39 | 7.03 |
| TBD Financial Analyst | TBD Financial Analyst | 0.21 | 0.21 | 0.21 | 0.21 | 0.21 | 1.05 |

### Allowance for Salary Increase (ASI)

Each year, RTI conducts a rigorous review of its merit process to ensure it is externally competitive and internally equitable. RTI understands the need to offer competitive pricing to clients while continuing to offer high-quality research, development, and technical services. In recognition of the need to balance competitive pricing with RTI's need to recruit and retain highly talented staff members, RTI conducts personnel evaluations on a continuous basis. RTI accounts for merit increases by assuming a 4.5% allowance for salary increase in all business proposals. For bidding purposes, this increase is applied in Year 2 of the estimated project period of performance and compounded annually.

### Fringe Benefits – 44%

Fringe benefit rates for regular labor costs are based on provisional rates submitted to the Department of Health and Human Services (DHHS). A copy of the Proposed Provisional Negotiated Indirect Rate Agreement dated March 29, 2024, is available upon request. The rate includes percentages of health and dental insurance; hospitalization; life insurance; retirement; retiree medical expenses; FICA (Social Security); disability insurance; unemployment insurance tax; severance pay; PTO; and other leave categories such as holidays, reserve sick leave, jury duty leave, and funeral leave. In addition, a small percentage goes to providing other items such as an employee assistance program.

RTI's fringe rate is confidential. In order to protect our confidential business information, we have rolled the salaries and fringe together, per each project role, in the R&R budget form. In

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

some cases, an individual's salary may appear to exceed the DHHS salary ceiling because we have included fringe in the salary field. RTI will submit detailed salary information directly to the federal government if necessary.

## Section C. Equipment

N/A

## Section D. Travel

### *Domestic Travel Costs*

| Purpose of Trip | From | To | Trips per Staff | Total Staff | Days per Trip | Total Cost |
|---|---|---|---|---|---|---|
| National Center ESEA annual conference (Year 1) | DEN | TBD | 1 | 2 | 3 | $3,198 |
| National Center ESEA annual conference (Year 2) | DEN | TBD | 1 | 2 | 3 | $3,207 |
| National Center ESEA annual conference (Year 3) | DEN | TBD | 1 | 2 | 3 | $3,974 |
| National Center ESEA annual conference (Year 4) | DEN | TBD | 1 | 2 | 3 | $3,191 |
| National Center ESEA annual conference (Year 5) | DEN | TBD | 1 | 2 | 3 | $3,422 |
| Targeted/intensive technical assistance for clients (Year 1) | RDU | TBD | 2 | 1 | 3 | $3,707 |
| Targeted/intensive technical assistance for clients (Year 2) | RDU | TBD | 4 | 1 | 3 | $7,480 |
| Targeted/intensive technical assistance for clients (Year 3) | RDU | TBD | 4 | 1 | 3 | $9,061 |
| Targeted/intensive technical assistance for clients (Year 4) | RDU | TBD | 4 | 1 | 3 | $7,545 |
| Targeted/intensive technical assistance for clients (Year 5) | RDU | TBD | 2 | 1 | 3 | $4,030 |
| Universal technical assistance at practitioner conferences (Year 2) | DEN | TBD | 1 | 2 | 3 | $2,989 |
| Universal technical assistance at practitioner conferences (Year 3) | DEN | TBD | 1 | 2 | 3 | $3,746 |
| Universal technical assistance at practitioner conferences (Year 4) | DEN | TBD | 1 | 2 | 3 | $2,952 |
| Universal technical assistance at practitioner conferences (Year 5) | DEN | TBD | 1 | 2 | 3 | $3,173 |

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000318

**National Center ESEA annual conference** occurs every year. Staff will attend annually and engage in universal and targeted TA supports for education workforce development.

**Targeted/intensive technical assistance for clients** occurs every year. Staff will provide onsite targeted and, as appropriate, intensive TA supports for clients in coordination with the regional centers.

**Universal technical assistance at practitioner conferences** occurs annually in Years 2 through 5. Staff will attend practitioner conferences and engage in universal TA supports for education workforce development. Conference may include the following associations and others.

- Council of Chief State School Officers (CCSSO)
- Association of Educational Service Agencies (AESA)
- AASA, The School Superintendents Association
- The National School Boards Association (NSBA)
- American Association of Colleges for Teacher Education (AACTE)
- The American Federation of Teachers (AFT)
- National Education Association (NEA)
- Association of Supervision and Curriculum Development (ASCD)

All airfare quotes are obtained through the Bureau of Transportations Statistics website. RTI includes a $25 ticketing fee on all domestic airfare costs. Per diem meals are based on the 2023 GSA Domestic Travel guidelines. A local tax estimate of 15% is added to the lodging rate for each destination found in the 2023 GSA Domestic Travel Guidelines. When travelers fly, a parking fee of $20/day is priced for each traveler to park their personal vehicle at their departing airport. Additionally, a fee of $35/per trip for each traveler is included for a checked bag. A rental car has been included at a rate of $169.80/day.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000319

RTI has applied a 4.5% escalation, compounded annually, to travel costs as a realistic projection of future costs. This is informed by current inflation rates.

Year 1: $6,906

Year 2: $13,676

Year 3: $16,781

Year 4: $13,688

Year 5: $10,625

## Section E. Participant/Trainee Support Costs

RTI does not propose any participant or trainee support costs.

## Section F. Other Direct Costs

RTI has applied a 4.5% escalation, compounded annually, to all other direct costs below (except subcontractors) as a realistic projection of future costs. This is informed by current inflation rates and assumes ongoing project efficiencies. Other Direct Cost (ODC) escalation has not been applied to subcontractors since this is included in individual subcontractor budgets.

### 1.    Publication Costs

| Description | Unit Cost | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 | Total Cost |
|---|---|---|---|---|---|---|---|
| Transcriptions | $90 | $1,080 | $1,128.60 | $1,179.38 | $1,232.45 | $1,287.92 | $5,908.35 |
| Printing and copying technical assistance materials | $850 | $0 | $888.25 | $928.22 | $969.99 | $1,013.64 | $3,800.10 |
| Mailing and postage | $500 | $0 | $522.50 | $546.01 | $570.58 | $596.25 | $2,235.34 |

**Transcriptions** costs will be for interviews and focus groups of clients, recipients, and staff conducted for evaluation data collection.

**Printing and copying technical assistance materials** costs will be used to print and copy resources for use at conferences and for universal and targeted TA needs for recipients and clients.

9

**Mailing and postage** costs will be used to ship TA resources for conferences and for universal and targeted TA needs for recipients and clients.

### 2.    Consultant Services

| Description | Unit Cost | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 | Total Cost |
|---|---|---|---|---|---|---|---|
| Twelve subject matter experts | $115/hr | $27,600 | $27,600 | $27,600 | $27,600 | $27,600 | $138,00 |

**Twelve subject matter experts** (SMEs) are committed to support CREW immediately. These experts will share their expertise as needed through customized capacity-building activities such as providing access to existing tools, products, or resources; jointly implementing products or services; and aligning complementary activities to maximize impact and reduce duplication of services to states. RTI will align the SMEs' time and expertise to specific identified needs.

CREW's identified subject matter experts currently include the following:

- Dr. Rashad Anderson
- Kwamé Floyd
- Amaya Garcia
- Cynthia Jacquet
- Dr. Chance Lewis
- Dr. Francesca López
- Dr. Carlas McCauley
- Colleen McDonald
- Dr. Hardy Murphy
- Dr. Jonathan Payne
- Dr. Allen Pratt
- Dr. Jessica Swanson

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000321

### 3.    ADP/Computer Expenses

| Description | Unit Cost | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 | Total Cost |
|---|---|---|---|---|---|---|---|
| Web hosting CREW Docking System – SSL | $30 | $360 | $376.20 | $393.12 | $410.81 | $429.30 | $1,969.43 |
| CREW Docking System—SSL | $157 | $157 | $164.06 | $171.44 | $179.16 | $187.22 | $858.88 |
| CREW Docking System—web hosting | $30 | $360 | $376.20 | $393.12 | $410.81 | $429.30 | $1,969.43 |
| CREW Docking System—SQL DB | $2.60 | $31.20 | $32.60 | $34.07 | $35.60 | $37.20 | $170.67 |

**Web hosting** costs will support the hosting fees for infrastructure supporting the public-facing website for CREW.

**CREW Docking System—SSL** costs will enable encryption for communications to the CREW platform.

**CREW Docking System—web hosting** costs will support the installation, configuration, and maintenance of a web server for the CREW platform.

**CREW Docking System—SQL DB** costs will support the installation, configuration, and maintenance of the database for the CREW platform.

### 4.    Subawards/Consortium/Contractual Costs

| Description | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 | Total Cost |
|---|---|---|---|---|---|---|
| ImaginED | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $175,000 |
| Intercultural Development Research Association (IDRA) | $35,000 | $35,000 | $35,000 | $35,000 | $35,000 | $250,000 |
| RMC Research | $150,000 | $150,000 | $150,000 | $150,000 | $150,000 | $450,000 |
| SERVE Center at UNC-Greensboro | $99,698 | $99,836 | $99,892 | $99,863 | $99,743 | $499,032 |
| Westat | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $500,000 |

**ImaginED** will work with RTI to co-develop tools and resources to support educator diversity, recruitment, and retention across the nation, which can include resources to support

11

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000322

organizational leadership, capacity-building, culture, equity supporting tribal education agencies, and other topics within ImaginED's expertise. ImaginED will meet as needed with education leaders and policymakers to directly support states' needs with educator diversity, recruitment, and retention.

**Intercultural Development Research Association (IDRA)** will work with RTI to co-develop tools and resources to support educator diversity, recruitment, and retention across the nation, which can include resources to support organizational leadership; capacity-building; culture; equity; supporting populations that are often marginalized, underrepresented, and underserved; and other topics within IDRA's expertise. IDRA will meet as needed with education leaders and policymakers to directly support states' needs with educator diversity, recruitment, and retention.

**RMC Research** will serve as a communications specialist with the larger CCNetwork to better connect and align CREW with both the National Comprehensive Center (NCC) and the regional comprehensive centers (RCCs). RMC will support the RCCs with identifying practical strategies, needs sensing for their ASPs, and framing their TA needs with CREW's services. RMC will transition, expand, and continue to carry out the goals and successes of the current workforce workgroup hosted through the NCC. RMC will support the development and dissemination of information including developing products and conducting presentations. RMC will engage in project planning meetings and client meetings as needed.

**SERVE Center at UNC-Greensboro** will lead the development of more focused educator well-being supports for center projects. SERVE will facilitate community of practice work as it relates to educator well-being. SERVE will facilitate Implementation Story and Standards questions and answers in the form of podcasts, webinars, etc. SERVE will publish summaries on pilot course

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000323

evaluation and future considerations for the field pertaining to educator well-being and working conditions.

**Westat** will support CREW with a focus on educator compensation and supporting educator diversity, specifically with universal and targeted TA needs. Westat will lead the development of more focused educator compensation supports for center projects. Westat will serve as an expert in CREW's community of practice work as it relates to educator compensation and diversity. Westat will review resources on teacher compensation and diversity for publication.

## Section G. Direct Costs

Year 1: $1,011,244

Year 2: $1,014,313

Year 3: $1,015,524

Year 4: $1,014,446

Year 5: $1,013,341

**Total Direct Costs: $5,068,868**

## Section H. Indirect Costs

Year 1: $461,255

Year 2: $458,184

Year 3: $456,972

Year 4: $458,051

Year 5: $459,157

**Total Indirect Costs: $2,293,620**

## Section I. 5% Set-Aside Costs

Year 1: $77,500

Year 2: $77,503

Year 3: $77,504

13

ED 000324

Year 4: $77,503

Year 5: $77,502

**Total 5% set aside Costs: $387,511**

**5% Set-Aside Funding** is a flexible category of funding that allows CREW to remain nimble and responsive to the ED's needs related to educator workforce development. With a 5-year period of performance, CREW will see changes in the educator workforce landscape at federal, Department of Education, and local levels. New partners or projects may be needed to ensure CREW's continued alignment with Department of Education priorities. Every year, the Principal Investigator will determine priorities aligned with the nation's current and emerging needs around educator diversity, recruitment, and retention. These needs are identified in consultation with, and approved by, the OESE program officer. With approval from the program officer, CREW will reallocate any remaining funds from this annual set-aside no later than the end of the third quarter of each budget period. The 5% set aside will be display in Grants.gov under the Other Costs section of the budget.

## Indirect Costs

RTI's Indirect Cost Rates are business confidential. A copy of the Proposed Provisional Negotiated Indirect Rate Agreement dated March 29, 2024, is available upon request.

### Indirect Technical Expense (ITE)—56.5% (SSES)

Expenses incurred by RTI technical units that are not allocable to a specific contract activity are charged to this category. ITE is applied to the sum of total direct labor and fringe benefits. The Social, Statistical, and Environmental Sciences (SSES) Unit category covers work performed by staff who perform their research efforts in space defined as "non-laboratory" (i.e., staff who do not generally use or operate laboratory space or equipment as part of their normal activities).

14

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

**General and Administrative Expense (G&A) – 16.5%**

Expenses incurred by RTI general and executive staff and the portion of staff services such as legal, contracts, accounting, human resources, purchasing, and maintenance that are not allocated to the MSE category are charged to this category. The rate covers G&A staff costs that are not direct billed and proposal costs, which are an overhead cost function. Items in the G&A pool include the following: computer expenses, domestic travel, equipment use charge, survey support services surcharge, communication services surcharge, services, shipping and postage, and telephone.

**MSE Rate—1.8%**

Expenses incurred in connection with materials and consumable supplies (includes on-site copying charges), equipment, consultants (including their travel), and subcontracts are charged to this category. The MSE rate covers the administrative staff costs from our purchasing office, subcontracts office, and accounting staff dedicated to subcontract, consultant, and equipment and material procurement. It is applied to the following: call center segment, consultant services and expenses, materials, minor equipment, and subcontractors.

***Facilities Capital Cost of Money (FCCM)—SSES 0.8%, G&A 0.3%***

FCCM is a federally recognized method through which government-audited contractors may recover the costs associated with investment in the research facilities necessary to perform government projects. As described in the Cost Accounting Standards (CAS), FCCM is an imputed cost that recognizes the value of facilities employed (both facilities and operating capital) in contract performance (see CAS 414). It is an allowable cost under cost reimbursement agreements (see FAR 31.205-10 and 52.215-30) and is calculated on the basis of the current Treasury rate for borrowing, but it is not a form of interest.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this manual.*

ED 000326

## Other Business Credentials

RTI has an approved Contractor Purchasing System with the United States federal government, approved by DHHS on March 1, 2024. RTI solicits and executes subcontracts in accordance with this approved system.

RTI has an approved Accounting System determined by the CMS Division of Financial Services on March 26, 2020.

RTI has an acceptable and approved Property Management System determined by Defense Contract Management Agency (DCMA) on September 1, 2020.

RTI has reviewed and is compliant with the requirements under 2 CFR 200.216 implemented August 13, 2020. RTI will not obligate or expend grant funds to procure or obtain, extend or renew a contract to procure or obtain, or enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that use covered telecommunications equipment or services as a substantial or essential component of any system.

RTI has taken a comprehensive approach to ensure compliance with Section 889. This entailed developing a database of all equipment in use by RTI offices worldwide. Where any covered technology was used, we decommissioned it and, where necessary, replaced it with approved technology. We created a database of all our telecommunication services providers (e.g., internet service providers [ISPs]) and compared that list against a list of over 250 covered entities that includes subsidiaries and affiliates of the five named entities. None of our ISPs were included on this list. Based on these efforts, reviewing the information within our possession, we have found no evidence that RTI's service providers use covered technology.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000327

We have incorporated the relevant Section 889 provisions into our Requests for Proposals for the purchase of goods and services, as well as our purchase orders and subcontract agreements, to ensure appropriate flow down of these requirements. RTI has also implemented a company-wide policy, which has been disseminated to approximately 6,000 employees worldwide, that prohibits the use of covered technology and has set up a reporting mechanism for employees to report any covered technology.

Under 2 CFR § 200.414, certain nonprofit organizations are required to make their negotiated indirect rates and other information available publicly.  However, pursuant to 2 CFR § 200.401(c), organizations specifically named in Appendix VIII to Part 200 are exempt from the Cost Principles in Subpart E. Specifically, 2 CFR § 200.401(c) states that "[s]ome nonprofit organizations, because of their size and nature of operations, can be considered to be similar to for-profit entities for purpose of applicability of cost principles. Such nonprofit organizations must operate under Federal cost principles applicable to for-profit entities located at 48 CFR 31.2." RTI is a nonprofit organization named in Appendix VIII, and, therefore, RTI believes it is exempt from the requirement under 2 CFR § 200.414. Before making any RTI cost information publicly available, whether through 2 CFR § 200.414 or the Freedom of Information Act, RTI believes it should have the opportunity to redact certain information, including its negotiated indirect costs, and respectfully requests notice and an opportunity to respond before such release.

*Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.*

ED 000328

# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 08/31/2026

**Name of Institution/Organization**
Research Triangle Institute

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 375,036.00 | 371,328.00 | 369,865.00 | 371,171.00 | 372,494.00 | | | 1,859,894.00 |
| 2. Fringe Benefits | 165,016.00 | 163,384.00 | 162,741.00 | 163,315.00 | 163,898.00 | | | 818,354.00 |
| 3. Travel | 6,906.00 | 13,676.00 | 16,781.00 | 13,688.00 | 10,625.00 | | | 61,676.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | 1,988.00 | 3,488.00 | 3,645.00 | 3,809.00 | 3,981.00 | | | 16,911.00 |
| 6. Contractual | 462,298.00 | 462,436.00 | 462,492.00 | 462,463.00 | 462,343.00 | | | 2,312,032.00 |
| 7. Construction | | | | | | | | |
| 8. Other | 77,500.00 | 77,503.00 | 77,504.00 | 77,503.00 | 77,502.00 | | | 387,512.00 |
| 9. Total Direct Costs (lines 1-8) | 1,088,744.00 | 1,091,815.00 | 1,093,028.00 | 1,091,949.00 | 1,090,843.00 | | | 5,456,379.00 |
| 10. Indirect Costs* | 461,256.00 | 458,185.00 | 456,972.00 | 458,051.00 | 459,157.00 | | | 2,293,621.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,550,000.00 | 1,550,000.00 | 1,550,000.00 | 1,550,000.00 | 1,550,000.00 | | | 7,750,000.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☒ Yes ☐ No

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: 10/01/2023 To: 09/30/2024 (mm/dd/yyyy)

Approving Federal agency: ☒ ED ☐ Other (please specify): ____

The Indirect Cost Rate is ____ %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?  The Restricted Indirect Cost Rate is ____ %.

(6) For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524
Tracking Number:GRANT14190731

Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 19, 2024 03:11:57 PM EDT

**ED 000329**

Name of Institution/Organization

Research Triangle Institute

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION B - BUDGET SUMMARY
### NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | | | | | | | | |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | | | | | | | | |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

ED 000330

**Name of Institution/Organization**

Research Triangle Institute

(1) List administrative cost cap (x%): [  ]

(2) What does your administrative cost cap apply to?  [ ] (a) indirect and direct costs  or,  [ ] (b) only direct costs

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

ED 000331

OMB Number: 1894-0007
Expiration Date: 04/30/2026

**U.S. Department of Education Supplemental Information for the SF-424
Application for Federal Assistance**

**1. Project Director and Applicable Entity Identification Numbers:**

Prefix: `Dr.`     * First Name: `Fredrica`     Middle Name: ` `     * Last Name: `Nash`     Suffix: ` `

* Project Director Level of Effort (percentage of time devoted to grant): `50`

Address:

* Street1: `3040 East Cornwallis Road`

Street2: `PO Box 12194`

* City: `Research Triangle Park`

County: ` `

* State: `NC: North Carolina`

* Zip Code: `27709-2194`

* Country: `USA: UNITED STATES`

* Phone Number (give area code): `919-423-0611`     Fax Number (give area code): ` `

* Email Address: `fnash@rti.org`

Alternate Email Address: ` `

OPE ID(s) (if applicable): ` `

NCES School ID(s) (if applicable): ` `

NCES LEA/School District ID(s) (if applicable): ` `

**2. New Potential Grantee or Novice Applicant:**

☐ N/A. This item is not applicable because the program competition's notice inviting applications (NIA) does not include a definition of either "New Potential Grantee" or "Novice Applicant." This item is not applicable when the program competition's NIA does not include either definition.

For NIA's that include a definition of "New Potential Grantee" or "Novice Applicant," complete the following:

a. Are you either a new potential grantee or novice applicant as defined in the program competition's NIA?

☒ Yes    ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

`3`

**ED 000332**

**3.** <u>**Human Subjects Research:**</u>

    a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

    ☐ Yes   ☒ No

    b.  Are ALL the research activities proposed designated to be exempt from the regulations?

    ☐ Yes  Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

    ☐ No  Provide Federal Wide Assurance #(s), if available:

    c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
       indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**4.** <u>**Infrastructure Programs and Build America, Buy America Act Applicability:**</u>

If the competition Notice Inviting Applications (NIA) in section III. 4. "Other" states that the program under which this application is
submitted is subject to the Build America, Buy America Act (Pub. L. 117-58) (BABAA) domestic sourcing requirements, complete
the following:

    ☐ This application does not include any infrastructure projects or activities and therefore **IS NOT** subject the BABAA domestic
       sourcing requirements.

    ☒ This application **IS** subject to the BABAA domestic sourcing requirements, because the proposed grant project described in
       this application includes the following infrastructure projects or activities:

        ☐ Construction

        ☐ Remodeling

        ☐ Broadband Infrastructure

If this application **IS** subject to the BABAA domestic sourcing requirements, please list the page numbers from within the application
narrative where the proposed infrastructure project or activities are described:

**ED 000333**

OMB Number: 1894-0005
Expiration Date: 02/28/2026

# NOTICE TO ALL APPLICANTS:
# EQUITY FOR STUDENTS, EDUCATORS, AND OTHER PROGRAM BENEFICIARIES

Section 427 of the General Education Provisions Act (GEPA) (20 U.S.C. 1228a) applies to applicants for grant awards under this program.

**ALL APPLICANTS FOR NEW GRANT AWARDS MUST INCLUDE THE FOLLOWING INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

Please respond to the following requests for information. Responses are limited to 4,000 characters.

**1.** Describe how your entity's existing mission, policies, or commitments ensure equitable access to, and equitable participation in, the proposed project or activity.

At RTI International, diversity, equity, inclusion, and accessibility (DEIA) are core institutional values that imbue all decision-making, resource allocation, policies, and practices. This includes recruiting, developing, retaining, and valuing employees from diverse backgrounds.

RTI's commitment to DEIA values focuses on an environment where
• Employees enjoy equal and absolute dignity, value, and opportunity to thrive while reaching their full potential.
• We provide innovative, science-based solutions driven by a diverse array of people, cultures, ideas, needs, and perspectives.
• We form collaborative internal and external partnerships to support the emerging needs of employees and the communities in which we live and work.

Through RTI's Office of Equity, Diversity, Inclusion and Belonging, all employees are offered training, workshops, and educational opportunities designed to help staff develop an understanding of inequity in all its forms along with applications to help dismantle systems and structures that perpetuate inequitable workplace outcomes.

DEIA guides the global vision and strategy of two RTI programs: the recently formed Racial Justice and Equity (RJE) program and the longtime Diversity, Equity and Inclusion (DEI) program.
• The RJE program is responsible for ensuring focused and sustained attention on racial equity and justice. This is accomplished through the evaluation of RTI's internal policies and practices and the identification of systemic issues and barriers to racial equity. RJE makes recommendations and supports the implementation of action plans and racial equity programming at RTI.
• The DEI program promotes an organizational culture that reflects and embraces diverse identities; provides equitable treatment, access, and opportunity to all; and makes each person feel included, safe, and valued. At RTI, we view our diverse perspectives, cultures, backgrounds, and skills as a source of strength, as demonstrated through our collaborative approaches, innovative research, benefits, communication activities, recruitment outreach, and community involvement efforts.

In carrying out this project, RTI will fully promote equitable access to and participation in appropriate educational opportunities for individuals served. Federally funded activities, programs, and services will be accessible to all clients with special needs, allowing them to participate fully in the projects. RTI does not discriminate based on age, color, religion, creed, disability, marital

**ED 000334**

status, veteran status, socioeconomic status, national origin, race, gender, or
sexual orientation in its education and research programs or its services and
activities. RTI provides reasonable and appropriate accommodations to meet the
learning and evaluation needs of diverse educators, community members, and other
participants. We also believe in the wisdom and knowledge that comes from lived
experience, and we work to design professional development, coaching, and other
technical assistance opportunities to honor, acknowledge, and incorporate lived
experience into our efforts.

Refer to C.3.1 in Section C: RTI's Commitment to Employing Historically
Underrepresented Groups to learn more about how our commitment to DEIA informs our
strategies around recruiting and hiring new staff; assessing our progress toward
greater equity, diversity, and belonging; and making structural changes to our
organization to better reflect this commitment by investing in capacity to carry
out equity, diversity, and belonging initiatives.

**2.** Based on your proposed project or activity, what barriers may impede equitable access and participation of students, educators, or other beneficiaries?

This project will promote equitable access through capacity-building
technical assistance provided to regional comprehensive centers, tribal
education agencies, state education agencies, regional education agencies,
and local education agencies. To promote equitable access, we need to
identify the barriers to be addressed, which can include the following:
• One-way communications and imposed decision-making done to educators, not
with educators.
• Workforce entry policies, practices, and programs that limit applicant
diversity and access.
• Resources that are not accessible to and appropriately written for a wide
range of recipients.
• Underrepresentation of participants including Black, Indigenous, and other
people of color (BIPOC) participants, tribal participants, and those from
rural communities.
• Lack of diversity in voices of the students, educators, and other
participants for whom this work most aligns.
• Absence of proper identification of high-leverage needs, such as the
workforce in rural communities and BIPOC educators.
• Cost of travel to professional development opportunities so
underrepresented and underserved groups can engage with their peers in
meaningful learning.

**3.** Based on the barriers identified, what steps will you take to address such barriers to equitable access and participation in the proposed project or activity?

Through this project, RTI will engage in a variety of activities to help
eliminate barriers that can impede equitable access or participation,
including the following:
• Coordinate with other federal technical assistance providers dedicated to
addressing such barriers (e.g., Collaboration for Effective Educator
Development, Accountability, and Reform Center; Early Childhood Intervention
Personnel Center for Equity; Educator Registered Apprenticeship Intermediary
Equity Assistance Centers; National Center on Safe Supportive Learning
Environments; National Early Care and Education Workforce Center; Regional
Education Laboratories; State Implementation and Scaling up of Evidence-
based Practices Center).
• Collaborate with local and national organizations that work to address
these issues.

**ED 000335**

• Engage with recipients and clients through two-way communications and shared decision-making to ensure that equity concerns are raised and collaboratively addressed.
• Incorporate accessibility metrics in our evaluation plan (e.g., the extent to which this center provides services and products to a wide range of recipients).
• Apply accessibility standards for digital products.
• Intentionally elicit participation from participants of underrepresented groups, including Black, Indigenous, and other people of color (BIPOC) participants, tribal participants, and those from rural communities.
• Use subject matter experts and group representatives to amplify the voice of the students, educators, and other participants for whom this work most aligns.
• Analyze high-leverage needs, such as the workforce in rural communities and BIPOC educators and students, to establish student, parent, and teacher advisory groups. These advisory groups will convene twice per year to provide valuable feedback and make the underrepresented voices of our communities more prominent.

Both our project plans and our organizational culture reflect and embrace diversity and inclusion through our collaborative approaches, innovative research, benefits, communication activities, recruitment outreach, and community involvement efforts. We view our diverse perspectives, cultures, backgrounds, and skills as a source of strength as we look to the future. We are committed to building on what we have in place to achieve and maintain a diverse workforce that works together in an inclusive environment for the benefit of our recipients and clients.

**4.** What is your timeline, including targeted milestones, for addressing these identified barriers?

Refer to proposed projects in Section B.2: Capacity-Building Approach and Services to view project plans, milestones and outputs intended to address barriers. A milestone for each project is listed here.

PROJECT 1: Diversifying the Early Special Educator Workforce
Selected milestone: Identification of workgroup members interested in supporting two strands (culturally affirming recruitment and evidence-based programs for early educators, and alternative pathways for early educators from BIPOC populations to enter the early childhood workforce).

PROJECT 2: Equitable Access to Excellent Educators
Selected milestone: State-by-state review of findings associated with strategies implemented from state education agency (SEA) comprehensive educator equity plans.

PROJECT 3: Attracting, Recruiting, and Retaining BIPOC Populations
Selected milestone: Establishment of a collaborative of BIPOC-led national organizations and co-development of communication and dissemination materials to attract, prepare, and retain BIPOC populations in education.

PROJECT 4: Educator Empowerment Initiative
Selected milestone: Series of community of practice meetings with regional comprehensive centers (RCCs) and SEAs aligned with the project plan for

**ED 000336**

addressing the common needs.

PROJECT 5: Preparing Future School-Based Mental Health Professionals
Selected milestone: Needs assessment to inform development of a plan to help
state and local education leaders focused on RAPs as a pathway strategy to
increase the number of school counselors and school-based mental health
workers

PROJECT 6: Culturally Responsive and Affirming Workplaces
Selected milestone: Checklist to self-assess state teaching and leading
standards that promote culturally responsive and sustaining practices.

PROJECT 7: Increasing Mentorship Effectiveness in Registered Apprenticeship
Programs
Selected milestone: Meeting with SEA RAPs and local education agency
employers to provide and facilitate use of self-assessment tools to
determine readiness with effective strategies to build high-quality mentor
programs.

PROJECT 8: SEA Supports for Educator Well-Being
Selected milestone: Evaluation of learning modules against culturally
responsive and affirming practices and principles.

PROJECT 9: Expanding Leadership Academies for Administrators
Selected milestone: Gathering of input by SEAs from aspiring and current
principals on the development of a statewide leadership academy.

PROJECT 10: ROI Comparison on Affordable Pathway into the Profession for
States
Selected milestone: Publication of a landscape report and guidebook to
support initiatives related to affordable pathways into the profession.

The logic model for RTI's proposed project includes short-term outcomes
(after 1 year); mid-term outcomes (after 2 to 3 years); and long-term
outcomes (after 4 or more years).

Short-term project outcomes:
• Increased collaboration among the CCNetwork to plan and provide support on
the educator workforce.
• Increased recipient knowledge of problems of and solutions for attracting,
preparing, and retaining a diverse educator workforce in critical shortage
areas and their evidence-based solutions.
• Increased recipient capacity to access information and address needs.

Mid-term project outcomes:
• Increased recipient action to plan and implement evidence-based practices
within RCCs, SEAs, regional education agencies, tribal education agencies,
and local education agencies, leading to recruitment, preparation, and
retention of a diverse educator workforce.

Long-term project outcomes:
• Increased attraction, preparation, and retention of highly qualified,
diverse educators across grades PK-12.
• Increased replication and scaling of evidence-based practices for

**ED 000337**

```
attracting, preparing, and retaining the educator workforce.
• Improved and sustained public education system capacity to address
educator shortages.
• Reduced disparities in quality of educators for groups of students with
the greatest need.
```

**Notes:**

1. Applicants are not required to have mission statements or policies that align with equity in order to submit an application.

2. Applicants may identify any barriers that may impede equitable access and participation in the proposed project or activity, including, but not limited to, barriers based on economic disadvantage, gender, race, ethnicity, color, national origin, disability, age, language, migrant status, rural status, homeless status or housing insecurity, pregnancy, parenting, or caregiving status, and sexual orientation.

3. Applicants may have already included some or all of this required information in the narrative sections of their applications or their State Plans.  In responding to this requirement, for each question, applicants may provide a cross-reference to the section(s) and page number(s) in their applications or State Plans that includes the information responsive to that question on this form or may restate that information on this form.

**Paperwork Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1894-0005. Public reporting burden for this collection of information is estimated to average 3 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit. If you have any comments concerning the accuracy of the time estimate or suggestions for improving this individual collection, send your comments to ICDocketMgr@ed.gov and reference OMB Control Number 1894-0005.  All other comments or concerns regarding the status of your individual form may be addressed to either (a) the person listed in the FOR FURTHER INFORMATION CONTACT section in the competition Notice Inviting Applications, or (b) your assigned program officer.

ED 000338

S283B240013
Fredrica Nash
Research Triangle Institute
3040 East Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

S283B240013

Eve Van Devender
Research Triangle Institute
3040 East Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

ED 000340

S283B240013



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Research Triangle Institute<br>3040 East Cornwallis Road<br>PO Box 12194<br>Research Triangle Park, NC 27709 | PR/AWARD NUMBER   S283B240013<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
  Fredrica Nash    (919) 423-0611
  fnash@rti.org
EDUCATION PROGRAM CONTACT
  Sarah M Zevin    (202) 260-8363
  sarah.zevin@ed.gov
EDUCATION PAYMENT HOTLINE
  G5 PAYEE HELPDESK   888-336-8930
  obssed@servicenowservices.com

**4** PROJECT TITLE

84.283B
Center for Resources for the Educator Workforce (CREW)

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Fredrica Nash | Project Director | 50 % |
| Robin Wisniewski | Co- Director | 50 % |

**6** AWARD PERIODS

        BUDGET PERIOD    10/01/2024 - 09/30/2025
  PERFORMANCE PERIOD    10/01/2024 - 09/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 10/01/2025 - 09/30/2026 | $1,550,000.00 |
| 3 | 10/01/2026 - 09/30/2027 | $1,550,000.00 |
| 4 | 10/01/2027 - 09/30/2028 | $1,550,000.00 |
| 5 | 10/01/2028 - 09/30/2029 | $1,550,000.00 |

**7** AUTHORIZED FUNDING

           THIS ACTION    $1,550,000.00
      BUDGET PERIOD    $1,550,000.00
  PERFORMANCE PERIOD    $1,550,000.00

**8** ADMINISTRATIVE INFORMATION

           UEI    JJHCMK4NT5N3
    REGULATIONS    CFR PART x
               EDGAR AS APPLICABLE
               2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , B OESE , GE1 , GE2 , GE3 , GE4 , GE5

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:    PL X X X
  PROGRAM TITLE:    COMPREHENSIVE REGIONAL ASSISTANCE CENTERS
  CFDA/SUBPROGRAM NO:    84.283B

ED 000341

S283B240013



# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000A | 2024 | 2024 | ES000000 | B | Q2J | 000 | 283 | 4101C | $1,550,000.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S283B240013 |
| RECIPIENT NAME: | Research Triangle Institute |
| GRANTEE NAME: | RESEARCH TRIANGLE INSTITUTE |
| | 3040 CORNWALLIS RD, |
| | DURHAM, NC 27709 - 0155 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 56.5% |

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND
6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 10 IS THE FAIN.

ED 000342

S283B240013



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:

1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a))

2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").

3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  In accordance with 34 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the education program contact identified in Block 3. This award is made with the condition that the recipient and the U.S. Department of Education (Department) establish within 60 days of award, and successfully maintain, a cooperative agreement, which delineates the special provisions between the Department and the recipient, signed by both parties.

If you wish to request reconsideration of these specific conditions, please send written notification describing why such conditions should not be imposed on this grant to your Department program officer.

(5)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

S283B240013

## US Department of Education
## Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

JEAN MARCHOWSKY  Digitally signed by JEAN MARCHOWSKY
Date: 2024.09.26 16:03:00 -04'00'

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

**ED 000344**

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**     (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

  **PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

  **ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

  **ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

  **AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

  **\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

  **EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

  **EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

  **BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

  **PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

  **\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

  **\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

  **\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

  **\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

  **RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

  **RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

  **UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS –**  Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474, the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS –**  Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA –**  The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS –**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.

**AMOUNT –**  The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS –**  Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER –**  The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –**  The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE –**  The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE –**  The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL –**  The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF –**  The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT –**  The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT –**  The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT –**  The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE –**  If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED 000346

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
## & CHIEF INFORMATION OFFICER

Fredrica Nash
Research Triangle Institute
3040 East Cornwallis Road
PO Box 12194

Research Triangle Park, NC 27709

SUBJECT: Payee Verification for Grant Award S283B240013

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: JJHCMK4NT5N3
Grantee Name: RESEARCH TRIANGLE INSTITUTE

Payee UEI: JJHCMK4NT5N3
Payee Name: RESEARCH TRIANGLE INSTITUTE

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

> U.S. Department of Education
> 550 12th Street, SW
> Room 6087
> Washington, DC 20202
>
> Attn: Stephanie Barnes
> Phone: 202-245-8006

**SPECIFIC GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, and 34 CFR § 75.720.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation.

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

3.  Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;

4.  Program regulations or statute require the submission of the FFR; or

5.  Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1.  Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2.  Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3.  Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4.  Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR 200.328).

When completing an FFR for submission, the following must be noted:

1.  *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in items 2, 5 and 10 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple award, multiple grant, and FFR attachment references found in items 2, 5, 6, before 10(a), in item 10(b), before 10(d), before 10(i) and before 10(l) of the Line Item Instructions for the FFR are not applicable to Department grants.

2.  *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3.  *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 10% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate. The de minimis rate of 10% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $25,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items, including contract costs in excess of $25,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (see definition of MTDC at 2 CFR § 200.1).

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with EDGAR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States [1] as defined in 2 CFR § 200.1

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a). A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC. A State or local government [2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated. If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a). Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.
[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED 000350

**GAN ATTACHMENT 2**
**Revised 03/2021**

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

ED 000351

## AN OVERVIEW OF SINGLE AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Single Audit Requirements for States, Local Governments and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $750,000 or more during the non-Federal entity's fiscal year in Federal awards must have a single audit conducted in accordance with 2 CFR 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program–specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $750,000.  A non-Federal entity that expends less than $750,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity.

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR 200.512, including Form SF-SAC: Data Collection Form electronically to the Federal Audit Clearinghouse at:

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED 000352

https://facides.census.gov/Account/Login.aspx.

The audit must be completed, and the data collection form and reporting package must be submitted within the earlier of 30 calendar days after receipt of the auditor's report(s), or nine months after the end of the audit period.  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  Unless restricted by Federal statutes or regulations, the auditee must make copies available for public inspection.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information. (2 CFR 200.512)

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient."  Grantees should obtain a copy of the OMB Compliance supplement.  This supplement will be instructive to both grantees and their auditors. Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on single audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain OMB Compliance Supplement).  The SF-SAC: Data Collection Form can be found at the Federal Audit Clearinghouse at: https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff at www.aicpa.org.

ED 000353

**GAN ATTACHMENT 6**
**Revised 03/2021**

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307.

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED 000354

**GAN ATTACHMENT 8**
**Revised 03/2021**

### TRAFFICKING IN PERSONS

The Department of Education adopts the requirements in the Code of Federal Regulations at 2 CFR 175 and incorporates those requirements into this grant through this condition. The grant condition specified in 2 CFR 175.15(b) is incorporated into this grant with the following changes. Paragraphs a.2.ii.B and b.2. ii. are revised to read as follows:

> "a.2.ii.B. Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 34 CFR part 85."

> "b.2. ii. Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 34 CFR part 85."

Under this condition, the Secretary may terminate this grant without penalty for any violation of these provisions by the grantee, its employees, or its subrecipients.

ED 000355

**FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT**
**REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION**

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1.  Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2.  Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
3.  Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1.  *Reporting of First-tier Subawards -*

a.  *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b.  *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2020, the obligation must be reported by no later than December 31, 2020.

2.  *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

ED 000356

a.  *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

A.    80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at SEC Investor.gov Executive Compensation.)

b.  *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at SAM.gov.

ii.    By the end of the month following the month in which this award is made (for example, if the obligation was made on November 7, 2020 the executive compensation must be reported by no later than December 31, 2020), and annually thereafter.

**3.  *Reporting of Total Compensation of Subrecipient Executives –***

a.  *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

i.    In the subrecipient's preceding fiscal year, the subrecipient received—

ED 000357

    A.   80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and,**

    C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at SEC Investor.gov Executive Compensation.)

b.  *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

i.   In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

ii.  By the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2020 the subrecipient's executive compensation must be reported by no later than December 31, 2020.

**4.  *Exemptions* –**

a.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i.   Subawards, and

ii.  The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.  *Definitions* -**

a.  For purposes of this award term:

i.   Federal *Agency* means a Federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552(f).

ii.  Non-Federal *Entity* means all of the following, as defined in 2 CFR part 25:

A Governmental organization, which is a State, local government, or Indian tribe;

ED 000358

A foreign public entity;

A domestic or foreign nonprofit organization; and,

A domestic or foreign for-profit organization

iii.  *Executive* means officers, managing partners, or any other employees in management positions.

iv.  *Obligation*, when used in connection with a non-Federal entity's utilization of funds under a Federal award, means orders placed for property and services, contracts and subawards made, and similar transactions during a given period that require payment by the non-Federal entity during the same or a future period.

v.  *Subaward:*

This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

The term does not include your procurement of property and services (such as payments to a contractor, small purchase agreements, vendor agreements, and consultant agreements) that are needed for the benefit of the prime awardee to carry out the project or program (for further explanation, see 2 CFR 200.331).  For example, the following are not considered subawards:

> *Cleaning Vendors:* Vendors that are hired by a grantee to clean its facility.
> *Payroll Services Vendors:* Vendors that carryout payroll functions for the grantee.
> *Information Technology Vendors:* Vendors that provide IT support to grant staff.

Payments to individuals that are beneficiaries of Federal programs are not considered subawards.

A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

v.  *Subrecipient* means a non-Federal entity or Federal agency that:

Receives a subaward from you (the recipient) under this award; and

Is accountable to you for the use of the Federal funds provided by the subaward.

In accordance with its subaward, uses the Federal funds to carry out a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the Department prime awardee.

ED 000359

vii.   *Recipient* means a non-Federal entity that receives a Federal award directly from a Federal awarding agency to carry out an activity under a Federal program. The term recipient does not include subrecipients.  See also §200.69 Non-Federal entity.

viii.  *Total compensation* means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

Salary and bonus.

Awards of stock, stock options, and stock appreciation rights.  Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

Earnings for services under non-equity incentive plans.  This does not include group life, health, hospitalization, or medical reimbursement plans that do not discriminate in favor of executives and are available generally to all salaried employees.

Change in pension value.  This is the change in present value of defined benefit and actuarial pension plans.

Above-market earnings on deferred compensation which is not tax-qualified.

Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites, or property) for the executive exceeds $10,000.

ED 000360

GAN ATTACHMENT 11
**Revised 03/2021**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

Recipients must comply with these conditions under Division H, Title V, Section 505 of Public Law 116-260, Consolidated Appropriations Act, 2021.

ED 000361

**GAN ATTACHMENT 12**
**Revised 03/2021**

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, sub recipients and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

1

ED 000362

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM)

The U.S. Department of Education (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, in order to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number with the SAM, the U.S. Federal Government's primary registrant database.  If the payee UEI number is different than your grantee UEI number, both numbers must be registered in the SAM. Failure to do so will delay the receipt of payments from the Department.

A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with the SAM, you can easily register by going to www.sam.gov.  Please allow 3-5 business days to complete the registration process.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the SAM Federal Service Desk at 866-606-8220.

If you are currently registered with SAM, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED 000363

**GAN ATTACHEMENT 14**
**Revised 03/2021**

## SYSTEM FOR AWARD MANAGEMENT AND UNIVERSAL IDENTIFIER REQUIREMENTS

**1.    Requirement for System for Award Management (SAM)**

Unless you are exempted from this requirement under 2 CFR 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in the SAM database after your initial registration, you are required to review and update your information in the SAM database on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Requirement for Unique Entity Identifier (UEI) Numbers**

If you are authorized to make subawards under this award, you:

1.    Must notify potential subrecipients that they may not receive a subaward from you unless they provided their UEI  number to you.
2.    May not make a subaward to a subrecipient when the subrecipient fails to provide its UEI number to you.

**3.    Definitions**

For purposes of this award term:

1.    System for Award Management (SAM) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient.  Additional information about registration procedures may be found at the SAM internet site (currently at https://www.sam.gov).

2.    Unique Entity Identifier (UEI) means the identifier assigned by SAM registration to uniquely identify business entities.

3.    Recipient means a non-Federal entity that receives a Federal award directly from a Federal awarding agency to carry out an activity under a Federal program.  The term recipient does not include subrecipients.  See 2 CFR 200.86.

4.    Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to carry out part of a Federal award received by the pass-through entity.  It does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program.  A subaward may be provided through any form of legal agreement, including an agreement that the pass-through entity considers a contract. See 2 CFR 200.92.

ED 000364

5. Subrecipient means a non-Federal entity that receives a subaward from a pass-through entity to carry out part of a Federal program; but does not include an individual that is a beneficiary of such program.  A subrecipient may also be a recipient of other Federal awards directly from a Federal awarding agency. See 2 CFR 200.93.

ED 000365

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3. If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

**ATTACHMENT B**
**SPECIAL GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**ALL RECIPIENTS** are required to submit a final performance report within 90 days after the expiration or termination of grant support.

**ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report.  The report should contain current performance and financial expenditure information for this grant. (34 CFR 75.118)

**\*\*\* IF YOU HAVE RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY, THE ITEMS BELOW WILL NOT BE CHECKED.  YOUR EDUCATION PROGRAM CONTACT WILL PROVIDE YOU WITH INFORMATION ABOUT YOUR PERFORMANCE REPORT SUBMISSIONS, INCLUDING THE DUE DATE, AS A GRANT TERM OR CONDITION IN BOX 10 ON THE GRANT AWARD NOTIFICATION, OR THROUGH ANOTHER NOTIFICATION AT A LATER TIME. \*\*\***

Refer to the item(s) checked below for other reporting requirements that may apply to this grant:

_____1. A performance report is due before the next budget period begins.  The report should contain current performance and financial expenditure information for this grant. (34 CFR 75.118)

_____The continuation report is due on _____.

_____The Department will provide recipients with additional information about this report, including due date, at a later time.

_____2. An interim performance report is required because of the nature of this award or because of statutory or regulatory provisions governing the program under which this award is made.  The report is due more frequently than annually as indicated:

_____Quarterly  Submit within 30 days after the end of each quarter.

_____Semiannually  Submit within 30 days after the end of each 6-month period.

_____3. Other Required Reports:


**\*\*\* IF YOU HAVE RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY, THE ITEMS BELOW WILL NOT BE CHECKED.  IF A FINANCIAL REPORT IS REQUIRED, YOUR EDUCATION PROGRAM CONTACT WILL PROVIDE YOU WITH INFORMATION ABOUT YOUR FINANCIAL REPORT SUBMISSION, INCLUDING THE DUE DATE, AS A GRANT TERM OR CONDITION IN BOX 10 ON THE GRANT AWARD NOTIFICATION, OR THROUGH ANOTHER NOTIFICATION AT A LATER TIME. \*\*\***


**FINANCIAL REPORTS:**

Unless an item down below is checked, a Standard Form 425 Federal Financial Report (FFR) is not required for this grant.  The Department will rely on the drawdown of funds by grant award and record such drawdowns as expenditures by grantees. (34 CFR 75.720)

_____Quarterly FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 45 days after each reporting period.

ED 000368

_____Semi-annual FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 45 days after each reporting period.

_____An annual FFR is required for reporting period ending 09/30, and is due within 45 days after the reporting period.

_____A final FFR is due within 90 days after the project or grant period end date.

A quarterly, semi-annual, annual, and/or final FFR as noted hereinabove is due for this grant because:

_____(34 CFR 74.14 or 80.12) Special Award Conditions or Special grant or subgrant conditions for "high-risk" grantees:

_____Statutory Requirement or Other Special Condition

**When completing an FFR for submission in accordance with the above referenced selection, the following must be noted:**

1. While the FFR is a government wide form that is designed for single grant and multiple grant award reporting, the U.S. Department of Education's (EDs) policy is that multiple grant award reporting is not permitted for ED grants. Thus, an ED grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. The FFR attachment (Standard Form 425A), which is available for reporting multiple grants, is not to be used for ED grants. As such, references to multiple grant reporting and to the FFR attachment in items 2, 5 and 10 of the FFR are not applicable to ED grantees. With regards to item 1 of the note found in the Federal Financial Report Instructions, it is EDs policy that a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple award, multiple grant, and FFR attachment references found in items 2, 5, 6, before 10(a), in item 10(b), before 10(d), before 10(i) and before 10(l) of the Line Item Instructions for the Federal Financial Report are not applicable to ED grants.

2. Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 34 CFR 74.24(a)-(h) and 34 CFR 80.25(a)-(h). A grantee is permitted, in accordance with 34 CFR 74.24(a)-(h) and 34 CFR 80.25(a)-(h), to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. A grantee will complete item 11(a) by listing the rate type identified in its indirect cost rate agreement, as approved by its cognizant agency. An ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency, and that is using the ED approved temporary rate of 10% of budgeted direct salaries and wages, must list its rate in 11(a) as an ED Temporary Rate. A training program grantee whose recovery of indirect cost is limited to 8% of a modified total direct cost base in accordance with EDGAR § 75.562 (c), must list its rate as an ED Training Grant Rate. A restricted rate program grantee (such as one with a supplement-not-supplant grant provision) that has not negotiated an indirect cost rate agreement with its cognizant agency and that has limited the recovery of indirect costs in accordance with 34 CFR 75.563 and 76.564 (c), must list its rate as an ED Restricted Rate.

4. Quarterly, semi-annual, and annual interim reports shall be due within 45 days after the end of the reporting period. Although the Office of Management and Budget (OMB) published in its December 7, 2007 Federal Register Notice (72 FR 69236) that interim reports are due within 45 days of the interim reporting end dates instead of within 30 days as originally identified, OMB has not revised the FFR instructions to reflect this change. Grantees are, nevertheless, permitted to exercise the 45 day period as published by OMB

within the Federal Register.   Final reports shall be due no later than 90 days after the project or grant period end date.  Extensions of reporting due dates may be approved by the program office upon request by the grantee.

5.   If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.  These additional pages must indicate the following information at the top of each page: Federal Grant or other identifying number, recipient organization, Data Universal Number System (DUNS) number, Employer Identification Number (EIN), and period covered by the report.

**One original and one copy of all reports should be mailed to:**

U.S. Department of Education
Executive Director
Office of Elementary and Secondary Education
400 Maryland Avenue, SW, FB6, Room 3W342
Washington, DC 20202-6100

12/2012

ED 000370

GAN ENCLOSURE 1

Revised 03/2021

**KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS**
**AWARDED BY THE DEPARTMENT OF EDUCATION**

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment so as to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations in 34 CFR (EDGAR) 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

The Education Department General Administrative Regulations (EDGAR)

 2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics discuss requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics discussed are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well, because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to assure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding  the topics discussed on page 2, "Selected Topics in Administering Department Discretionary Grants,"or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED 000371

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

**I.     Financial Management Systems (2 CFR Part 200.302)**

In general, grantees are required to have financial management systems that:

* provide for accurate, current, and complete disclosure of results regarding the use of funds under grant projects;
* provide adequate source documentation for Federal and non-Federal funds used under grant projects;
* contain procedures to determine the allowability, allocability, and reasonableness of obligations and expenditures made by the grantee; and
* enable the grantee to maintain effective internal control and fund accountability procedures, e.g., requiring separation of functions so that the person who makes obligations for the grantee is not the same person who signs the checks to disburse the funds for those obligations.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and cost-type contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.    Federal Payment (2 CFR Part 200.305)**

Under this part --

* the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
* grantees repay to the Federal government interest earned on advances; and
* grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.

ED 000372

The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### III.    Personnel (EDGAR §§ 75.511-75.519 and 2 CFR Part 200 Subpart D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR Part 200.308 (c)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the cost principles in 2 CFR Part 200 Subpart D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

### IV.    Cost Principles (2 CFR Part 200 Subpart E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide lists of selected items of allowable and unallowable costs, and must be used in determining the allowable costs of work performed under the grant.

### V.    Procurement Standards (2 CFR Part 200.317-327)

Under 2 CFR Part 200.317, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

### VI.    Indirect Costs (EDGAR §§75.560-564 and 2 CFR Part 200.414)

In addition to the information presented beslow, see GAN ATTACHMENT 4 for addional information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate, a grantee must have an indirect cost agreement with its cognizant agency, submit an indirect cost rate proposal to its cognizant agency for indirect

ED 000373

costs (cognizant agency) within 90 days after the award of this grant or elect to utilize the de minimis rate under 2 CFR § 200.414(f) or the temporary indirect cost rate (subject to limitations described below).

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR § 75.560(c)); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally-recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis  indirect cost rate of 10% of modified total direct costs (MTDC). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $25,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items, including contract costs in excess of $25,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (see definition of MTDC at 2 CFR § 200.1).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost rate. The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED 000374

D.   Programs with a Supplement-not-supplant requirement (restricted indirect cost rate)

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government [2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government [3], the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of modified total direct costs or the grantees negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.    The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.  Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## VII.    Audit Requirements (2 CFR Part 200 Subpart F)

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $750,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

ED 000375

GAN ENCLOSURE 1
Revised 03/2021

audits done in connection with the law.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## VIII.    Other Considerations

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR Part 200.307), cost sharing or matching (2 CFR Part 200.306), property management requirements for equipment and other capital expenditures (2 CFR Parts 200.313, 200.439).

ED 000376

GAN  ENCLOSURE 2
Revised 03/2021

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

ED 000377

GAN  ENCLOSURE 2
Revised 03/2021

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

2

ED 000378

GAN ENCLOSURE 3
Revised 03/2021

## THE USE OF GRANT FUNDS FOR CONFERENCES AND MEETINGS

You are receiving this memorandum to remind you that grantees must take into account the following factors when considering the use of grant funds for conferences and meetings:

- Before deciding to use grant funds to attend or host a meeting or conference, a grantee should:
  - Ensure that attending or hosting a conference or meeting is consistent with its approved application and is reasonable and necessary to achieve the goals and objectives of the grant;
  - Ensure that the primary purpose of the meeting or conference is to disseminate technical information, (e.g., provide information on specific programmatic requirements, best practices in a particular field, or theoretical, empirical, or methodological advances made in a particular field; conduct training or professional development; plan/coordinate the work being done under the grant); and
  - Consider whether there are more effective or efficient alternatives that can accomplish the desired results at a lower cost, for example, using webinars or video conferencing.
- Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable and necessary, especially the Cost Principles for Federal grants set out at 2 CFR Part 200 Subpart E of the, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards."  In particular, remember that:
  - Federal grant funds cannot be used to pay for alcoholic beverages; and
  - Federal grant funds cannot be used to pay for entertainment, which includes costs for amusement, diversion, and social activities.
- Grant funds may be used to pay for the costs of attending a conference.  Specifically, Federal grant funds may be used to pay for conference fees and travel expenses (transportation, per diem, and lodging) of grantee employees, consultants, or experts to attend a conference or meeting if those expenses are reasonable and necessary to achieve the purposes of the grant.
  - When planning to use grant funds for attending a meeting or conference, grantees should consider how many people should attend the meeting or conference on their behalf.  The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant.
- A grantee hosting a meeting or conference may not use grant funds to pay for food for conference attendees unless doing so is necessary to accomplish legitimate meeting or conference business.
  - A working lunch is an example of a cost for food that might be allowable under a Federal grant if attendance at the lunch is needed to ensure the full participation by conference attendees in essential discussions and speeches concerning the purpose of the conference and to achieve the goals and objectives of the project.
- A meeting or conference hosted by a grantee and charged to a Department grant must not be promoted as a U.S. Department of Education conference.  This means that the seal of the U.S. Department of Education must not be used on conference materials or signage without Department approval.

ED 000379

GAN ENCLOSURE 3
Revised 03/2021

- o All meeting or conference materials paid for with grant funds must include appropriate disclaimers, such as the following:

  > The contents of this (insert type of publication; e.g., book, report, film) were developed under a grant from the Department of Education.  However, those contents do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the Federal Government.

- Grantees are strongly encouraged to contact their project officer with any questions or concerns about whether using grant funds for a meeting or conference is allowable prior to committing grant funds for such purposes.

  - o A short conversation could help avoid a costly and embarrassing mistake.

- Grantees are responsible for the proper use of their grant awards and may have to repay funds to the Department if they violate the rules on the use of grant funds, including the rules for meeting- and conference-related expenses.

ED 000380

**MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS**

The Department of Education (Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.  A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.   Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.   Payments to States under programs that are not covered by a TSA; and

3.   Payments to other non-Federal entities, including nonprofit organizations and local governments.

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

---

[1] The Department adopted the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED 000381

GAN ENCLOSURE 4
Revised 03/2021

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b). However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA. 31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b). These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "payments methods must minimize the time elapsing between the transfer of funds from the United States Treasury or the pass-through entity and the disbursement by the non-Federal entity." 2 CFR § 200.305(b) introduction.

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the non-Federal entity, and financial management systems that meet the standards for fund control and accountability." 2 CFR § 200.305(b)(1). If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement. See 2 CFR § 200.305(b)(1) and (4) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist. See 2 CFR § 200.305(b)(8) for those conditions. The requirements regarding interest accrual and remittance follow:

Grantees and subgrantees must annually remit interest earned on federal advance payments except that interest earned amounts up to $500 per year may be retained for administrative expense. Any additional interest earned on Federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment. 2 CFR § 200.305(b)(9)(i) and (ii).

1. When returning interest through ACH Direct Deposit or Fedwire, grantees must include the following in their return transaction:

   - PMS Account Number (PAN). NOTE: The PAN is the same series of alpha-numeric characters used for payment request purposes (e.g.: C1234G1).
   - PMS document number.
   - The reason for the return (e.g., interest, part interest part other, etc.).
   - An explanation stating that the refund is for interest payable to the Department of Health and Human Services, and the grant number(s) for which the interest was earned.

   a. U.S. Department of Education grantees are generally located and operate domestically and return interest domestically. Below is PSC ACH account information for interest returned

2

ED 000382

domestically.  For international ACH interest returned, account information is available at: Returning Funds/Interest.

- PSC ACH Routing Number is: 051036706
- PSC DFI Accounting Number: 303000
- Bank Name: Credit Gateway - ACH Receiver
- Location: St. Paul, MN

b. Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

2. Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

a. Interests returned by check are to be mailed (USPS only) to:

- HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

A brief statement explaining the nature of the return must be included.

b. To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

3. For detailed information about how to return interest, visit the PSC Retuning Funds/Interest page at: Returning Funds/Interest

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

ED 000383

1.  Evaluate each subrecipient's risk of noncompliance with Federal statutes, regulations, and the terms and conditions of the subaward for purposes of determining the appropriate subrecipient monitoring.

2.  Monitor the performance and fiscal activities of the subrecipient to ensure that the subaward is used for authorized purposes, in compliance with Federal statutes, regulations, and the terms and conditions of the subaward; and that subaward performance goals are achieved.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations. These program-specific requirements may supplement or override general cash management or payment requirements. If you have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED 000384

### RECIPIENTS OF DEPARTMENT OF EDUCATION GRANTS AND COOPERATIVE AGREEMENTS
### FREQUENTLY ASKED QUESTIONS ON CASH MANAGEMENT

**Q**    **What are the Federal Laws and Regulations Regarding Payments to the States?**

**A**    The *Cash Management Improvement Act of 1990* (*CMIA*) establishes interest liabilities for the Federal and State governments when the Federal Government makes payments to the States. See 31 U.S.C. 3335 and 6503.  The implementing regulations are in Title 31 of the Code of Federal Regulations (CFR), Part 205, https://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title31/31cfr205_main_02.tpl.  Non-Federal entities other than States follow the rules on Federal payments set out in 2 CFR 200.305.

**Q**    **What is a Treasury-State Agreement (TSA)?**

**A**    A TSA documents the accepted funding techniques and methods for calculating interest agreed upon by the U.S. Department of the Treasury (Treasury) and a State.  It identifies the Federal assistance programs that are subject to interest liabilities under the CMIA.  The CMIA regulations specify a number of different funding techniques that may be used by a State but a State can negotiate with the Treasury Department to establish a different funding technique for a particular program. A TSA is effective until terminated and, if a state does not have a TSA, payments to the State are subject to the default techniques in the regulations that Treasury determines are appropriate.

**Q**    **What are the CMIA requirements for a program subject to a Treasury-State Agreement?**

**A**    Payments to a State under a program of the Department are subject to the interest liability requirements of the CMIA if the program is included in the State's Treasury-State Agreement (TSA) with the Department of Treasury.  If the Federal government is late in making a payment to a State, it owes interest to the State from the time the State spent its funds to pay for expenditure until the time the Federal government deposits funds to the State's account to pay for the expenditure.  Conversely, if a State is late in making a payment under a program of the Department, the State owes interest to the Federal government from the time the Federal government deposited the funds to the State's account until the State uses those funds to make a payment.  For more information, GAN Enclosure 4.

**Q**    **What are the CMIA requirements for a program that is not subject to a Treasury-State Agreement?**

**A**    If a program is not included in the State's TSA, neither the State nor the Federal government are liable for interest for making late payments.  However, both the Federal government and the State must minimize the time elapsing between the date the State requests funds and the date that the funds are deposited to the State's accounts.  The State is also required to minimize the time elapsed between the date it receives funds from the Federal government and the date it makes a payment under the program,  Also, the Department must minimize the amount of funds transferred to a State to only that needed to meet the immediate cash needs of the State.  The timing and amount of funds transferred must be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.

**Q**    **What if there is no TSA?**

ED 000385

**A**  When a State does not have a TSA in effect, default procedures in 31 CFR, part 205 that the Treasury Department determines appropriate apply.  The default procedures will prescribe efficient funds transfer procedures consistent with State and Federal law and identify the covered Federal assistance programs and designated funding techniques.


**Q**  **Who is responsible for Cash Management?**
**A**  Grantees and subgrantees that receive grant funds under programs of the Department are responsible for maintaining internal controls regarding the management of Federal program funds under the Uniform Guidance in 2 CFR 200.302 and 200.303.  In addition, grantees are responsible for ensuring that subgrantees are aware of the cash management and requirements in 2 CFR part 200, subpart D.


**Q**  **Who is responsible for monitoring cash drawdowns to ensure compliance with cash management policies?**
**A**  Recipients must monitor <u>their own</u> cash drawdowns **and** those of their subrecipients to assure substantial compliance to the standards of timing and amount of advances.


**Q**  **How soon may I draw down funds from the G5 grants management system?**
**A**  Grantees are required to minimize the amount of time between the drawdown and the expenditure of funds from their bank accounts.  (See 2 CFR 200.305(b).)  Funds must be drawn only to meet a grantee's immediate cash needs for each individual grant.  The G5 screen displays the following message:

**By submitting this payment request, I certify to the best of my knowledge and belief that the request is based on true, complete, and accurate information. I further certify that the expenditures and disbursements made with these funds are for the purposes and objectives set forth in the applicable Federal award or program participation agreement, and that the organization on behalf of which this submission is being made is and will remain in compliance with the terms and conditions of that award or program participation agreement. I am aware that the provision of any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me, and the organization on behalf of which this submission is being made, to criminal, civil, or administrative penalties for fraud, false statements, false claims, or other violations. (U.S. Code Title 18, Section 1001; Title 20, Section 1097; and Title 31, Sections 3729-3730 and 3801-3812)**


**Q**  **How may I use Federal funds?**
**A**  Federal funds must be used as specified in the Grant Award Notification (GAN) and the approved application or State plan for allowable direct costs of the grant and an allocable portion of indirect costs, if authorized.


**Q**  **What are the consequences to recipients/subrecipients for not complying with terms of the grant award?**
**A**  If a recipient or subrecipient materially fails to comply with any term of an award, whether stated in a Federal statute or regulation, including those in 2 CFR part 200, an assurance, the GAN, or elsewhere, the awarding agency may in accordance with 2 CFR 200.339 take one or more of the following actions:

ED 000386

1. Temporarily withhold cash payments pending correction of the deficiency by the non-Federal entity or more severe enforcement action by the Federal awarding agency or pass-through entity.
2. Disallow (that is, deny both use of funds and any applicable matching credit for) all or part of the cost of the activity not in compliance.
3. Wholly or partly suspend or terminate the Federal award.
4. Initiate suspension or debarment proceedings as authorized under 2 CFR part 180 and Federal award agency regulations (or in the case of a pass-through be initiated by a Federal awarding agency).
5. Withhold further Federal awards for the project or program.
6. Take other remedies that may be legally available.

**Q**  **Who is responsible for determining the amount of interest owed to the Federal government?**

**A**  As set forth in 31 CFR 205.9, the method used to calculate and document interest liabilities is included in the State's TSA.  A non-State entity must maintain advances of Federal funds in interest-bearing accounts unless certain limited circumstance apply and remit interest earned on those funds to the Department of Health and Human Services, Payment Management System annually.  See 2 CFR 200.305.

**Q**  **What information should accompany my interest payment?**

**A**  In accordance with 2 CFR 200.305(b)(9), interest in access of $500.00 earned on Federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment.

For returning interest on Federal awards paid through PMS, the refund should:
(a) Provide an explanation stating that the refund is for interest;
(b) List the PMS Payee Account Number(s) (PANs);
(c) List the Federal award number(s) for which the interest was earned; and
(d) Make returns payable to: Department of Health and Human Services.

For returning interest on Federal awards not paid through PMS, the refund should:
(a) Provide an explanation stating that the refund is for interest;
(b) Include the name of the awarding agency;
(c) List the Federal award number(s) for which the interest was earned; and
(d) Make returns payable to: Department of Health and Human Services.

For additional information about returning interest see GAN ATTACHMENT 4.

**Q**  **Are grant recipients/subrecipients automatically permitted to draw funds in advance of the time they need to disburse funds in order to liquidate obligations?**

**A**   The payment requirements in 2 CFR 200.305(b) authorize a grantee or subgrantee to request funds in advance of expenditures if certain conditions are met.  However, if those conditions are not met, the Department and a pass-through agency may place a payee on reimbursement.

ED 000387

**Q**    **For formula grant programs such as ESEA Title I, for which States distribute funds to LEAs, may States choose to pay LEAs on a reimbursement basis?**

**A**     A subgrantee must be paid in advance if it meets the standards for advance payments in 2 CFR 200.305(b)(1) but if the subgrantee cannot meet those standards, the State may put the subgrantee on reimbursement payment.  See 2 CFR 200.305(b).

**Q**    **Will the Department issue special procedures in advance if G5 plans to shut down for 3 days or more?**

**A**    Yes, before any shutdown of G5 lasting three days or more, the Department issues special guidance for drawing down funds during the shut down.  The guidance will include cash management improvement act procedures for States and certain State institutions of higher education and procedures for grants (including Pell grants) that are not subject to CMIA.

4

**From:** Washington, Mark
**To:** fnash@rti.org
**Cc:** Ryder, Ruth; Hoffman, Amanda; Weems, Kia; Williams, Damien
**Subject:** GRANT AWARD TERMINATION: S283B240013_RESEARCH_TRIANGLE_INSTITUTE.pdf
**Date:** Wednesday, February 19, 2025 4:30:42 PM
**Attachments:** S283B240013_RESEARCH_TRIANGLE_INSTITUTE.pdf
image001.png

Dear Federal Grant Project Director,

Please see the attached letter, informing you of the U.S. Department of Education's decision to terminate your federal grant award, because the grant is now inconsistent with, and no longer effectuates, the Department's priorities. You will receive an updated GAN notice following this email, confirming the decision and change. You will also receive notification from the Department's G5 grants administration system.

Please also note the basis for challenge or appeal of this decision, as well as the deadline to respond, as noted in the language of the attached letter. Kindly contact my colleague, Dr. Amanda Hoffman, at Amanda.Hoffman@ed.gov, with any related questions or concerns about this information or the appeals process overall.

Respectfully,


Mark Washington

_____



**Mark Washington**
**Deputy Assistant Secretary**
United States Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW | Washington, D.C. 20202
Phone: (202) 205-0167 | Mobile: (202) 549-9956  |  Email: mark.washington@ed.gov



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF SECONDARY AND ELEMENTARY EDUCATION**
**OFFICE OF ADMINISTRATION**

2/19/2025

Fredrica  Nash
Project Director
RESEARCH TRIANGLE INSTITUTE
3040 East Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

RE: Grant Award Termination

Dear  Fredrica  Nash   :

This letter provides notice that the United States Department of Education is terminating your federal award,  S283B240013        . *See* 2 C.F.R. § 200.340-43; *see also* 34 C.F.R. § 75.253.

It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Acting Secretary of Education has determined that, per the Department's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. In addition to complying with the civil rights laws, it is vital that the Department assess whether all grant payments are free from fraud, abuse, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4); *see also* 34 C.F.R. § 75.253. Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, 34 C.F.R. § 75.253, and the termination provisions in your grant award, the Department hereby terminates grant No.  S283B240013        in its entirety effective   2/19/2025         .

400 MARYLAND AVE., S.W., WASHINGTON, DC  20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

ED 000390

If you wish to object to or challenge this termination decision, you must submit information and documentation supporting your position in writing within 30 calendar days of the date of this termination notice. Objections and challenges must be sent by email and first-class mail and addressed to the component head that oversees the grantmaking unit, which will typically be the Assistant Secretary of that unit. In this case, please address your objection or challenge to Ruth Ryder, Acting Assistant Secretary; Office of Elementary and Secondary Education; 400 Maryland Ave., SW; Washington, D.C. 20202; ruth.ryder@ed.gov.

Your appeal should contain the following:
1. a copy of the written notice of termination;
2. the date you received written notice of termination;
3. a brief statement of your argument and the disputed factual, legal, or other issues;
4. the amount of funds or costs in dispute, if any; and
5. any other relevant documents.

*See id.* § 200.342.

Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions. *See id.* § 200.344(i).

Finally, you are reminded of your duties under your agreement and Department of Education guidance regarding retention of grant records for at least three years.

Respectfully,

Mark Washington
Deputy Assistant Secretary for Management and Planning

cc: Ruth Ryder

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

ED 000391

S283B240013
Fredrica Nash
Research Triangle Institute
3040 East Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

S283B240013

Eve Van Devender
Research Triangle Institute
3040 East Cornwallis Road
PO Box 12194
Research Triangle Park, NC 27709

S283B240013



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Research Triangle Institute<br>3040 East Cornwallis Road<br>PO Box 12194<br>Research Triangle Park, NC 27709 | PR/AWARD NUMBER    S283B240013<br>ACTION NUMBER    2<br>ACTION TYPE    Administrative<br>AWARD TYPE    Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Fredrica Nash                (919) 423-0611<br>  fnash@rti.org<br>EDUCATION PROGRAM CONTACT<br>  Sarah M Zevin              (202) 260-8363<br>  sarah.zevin@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK      888-336-8930<br>  obssed@servicenowservices.com | 84.283B<br>Center for Resources for the Educator Workforce (CREW) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Fredrica Nash | Project Director | 50 % |
| Robin Wisniewski | Co- Director | 50 % |

**6** AWARD PERIODS

|  |  |
|---|---|
| BUDGET PERIOD | 10/01/2024 - 02/19/2025 |
| PERFORMANCE PERIOD | 10/01/2024 - 02/19/2025 |

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

|  |  |
|---|---|
| THIS ACTION | N/A |
| BUDGET PERIOD | $1,550,000.00 |
| PERFORMANCE PERIOD | $1,550,000.00 |

**8** ADMINISTRATIVE INFORMATION

|  |  |
|---|---|
| UEI | JJHCMK4NT5N3 |
| REGULATIONS | CFR PART x |
|  | EDGAR AS APPLICABLE |
|  | 2 CFR AS APPLICABLE |
| ATTACHMENTS | N/A |

**9** LEGISLATIVE AND FISCAL DATA

|  |  |
|---|---|
| AUTHORITY: | PL X X X |
| PROGRAM TITLE: | COMPREHENSIVE REGIONAL ASSISTANCE CENTERS |
| CFDA/SUBPROGRAM NO: | 84.283B |

ED 000394

S283B240013



# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**10**

PR/AWARD NUMBER:    S283B240013

RECIPIENT NAME:    Research Triangle Institute

GRANTEE NAME:    RESEARCH TRIANGLE INSTITUTE

3040 CORNWALLIS RD,

DURHAM, NC 27709 - 0155

PROGRAM INDIRECT COST TYPE:    Unrestricted

PROJECT INDIRECT COST RATE:    56.5%

TERMS AND CONDITIONS

(1)    THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2)    The grant is deemed to be inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. 200.340(a)(4); see also 34 C.F.R. 75.253.

## LAVANNA WEEMS
Digitally signed by LAVANNA WEEMS
Date: 2025.02.19 18:36:16 -05'00'

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED 000395

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME –** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION –** Unique items of information that identify this notification.

    **PR/AWARD NUMBER –** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER –** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE –** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE –** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF –** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR –** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT –** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT –** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER –** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL –** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS –** Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD –** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD –** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS –** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING –** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION –** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD –** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD –** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE –** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT –** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION –** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI –** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED 000396

**\*REGULATIONS –** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS –** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA –** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS –** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.

**AMOUNT –** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS –** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER –** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE –** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE –** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL –** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF –** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT –** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE –** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED 000397