# U.S. Department of Education
## Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**84-283B-1 FY24 Comprehensive Centers Program**

**CFDA # 84.283B**

**PR/Award # S283B240029**

**Gramts.gov Tracking#: GRANT14192939**

OMB No. , Expiration Date:

Closing Date: Jun 24, 2024

PR/Award # S283B240029

ED 000398

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *2. Grants.gov Lobbying Form* | e6 |
| *3. ED Abstract Narrative Form* | e7 |
| *Attachment - 1 (1240-Part 3 Abstract)* | e8 |
| *4. Project Narrative Form* | e9 |
| *Attachment - 1 (1234-Part 4 Project Narrative)* | e10 |
| *5. Other Narrative Form* | e119 |
| *Attachment - 1 (1235-Appendix A_Resumes)* | e120 |
| *Attachment - 2 (1236-Appendix B_IDC Rate Agreement)* | e171 |
| *Attachment - 3 (1237-Appendix C_References)* | e175 |
| *Attachment - 4 (1238-Appendix D_Executive Order 12372)* | e182 |
| *Attachment - 5 (1239-Appendix E_Letters of Support)* | e185 |
| *6. Budget Narrative Form* | e359 |
| *Attachment - 1 (1241-Part 5 Budget Narrative)* | e360 |
| *7. Form ED_524_Budget_1_4-V1.4.pdf* | e394 |
| *8. Form SFLLL_2_0-V2.0.pdf* | e397 |
| *9. Form ED_SF424_Supplement_4_0-V4.0.pdf* | e398 |
| *10. Form ED_GEPA427_2_0-V2.0.pdf* | e400 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

ED 000399

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

**\* 1. Type of Submission:**
☐ Preapplication
☒ Application
☐ Changed/Corrected Application

**\* 2. Type of Application:**
☒ New
☐ Continuation
☐ Revision

**\* If Revision, select appropriate letter(s):**

**\* Other (Specify):**

**\* 3. Date Received:** 06/21/2024

**4. Applicant Identifier:**

**5a. Federal Entity Identifier:**

**5b. Federal Award Identifier:**

**State Use Only:**

**6. Date Received by State:**

**7. State Application Identifier:** FL

**8. APPLICANT INFORMATION:**

**\* a. Legal Name:** RMC Research Corporation

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 520819071

**\* c. UEI:** K2GWCKB1JCE4

**d. Address:**

**\* Street1:** 3550 Buschwood Park Drive
**Street2:** Suite 270
**\* City:** Tampa
**County/Parish:** FL
**\* State:** FL: Florida
**Province:**
**\* Country:** USA: UNITED STATES
**\* Zip / Postal Code:** 33618-4453

**e. Organizational Unit:**

**Department Name:**

**Division Name:**

**f. Name and contact information of person to be contacted on matters involving this application:**

**Prefix:** Dr.
**\* First Name:** Everett
**Middle Name:**
**\* Last Name:** Barnes
**Suffix:**

**Title:**

**Organizational Affiliation:**

**\* Telephone Number:** 603-422-8888
**Fax Number:**

**\* Email:** ebarnes@rmcres.com

PR/Award # S283B240029

Page e3

ED 000400

Tracking Number:GRANT14192939          Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 12:53:51 PM EDT

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

R: Small Business

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.283

CFDA Title:

Comprehensive Centers

**\* 12. Funding Opportunity Number:**

ED-GRANTS-051324-001

**\* Title:**

Office of Elementary and Secondary Education (OESE): Program and Grantee Support Services: Comprehensive Centers Program, Assistance Listing Number 84.283B

**13. Competition Identification Number:**

84-283B2024-1

Title:

84-283B-1 FY24 Comprehensive Centers Program

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| | Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

The Region 6 Comprehensive Center

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

ED 000401

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `FL-014`                    * b. Program/Project `FL-ALL`

Attach an additional list of Program/Project Congressional Districts if needed.

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**17. Proposed Project:**

* a. Start Date: `10/01/2024`                    * b. End Date: `09/30/2029`

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 2,450,688.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 2,450,688.00 |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☐ a. This application was made available to the State under the Executive Order 12372 Process for review on `____` .

☒ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes   ☒ No

If "Yes", provide explanation and attach

| | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ \*\* I AGREE

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: `Dr.`                    * First Name: `Everett`

Middle Name:

* Last Name: `Barnes`

Suffix:

* Title: `President`

* Telephone Number: `603-422-8888`          Fax Number:

* Email: `ebarnes@rmcres.com`

* Signature of Authorized Representative: `Robin Jarvis`          * Date Signed: `06/21/2024`

PR/Award # S283B240029

Page e5

**ED 000402**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

---

**\* APPLICANT'S ORGANIZATION**

RMC Research Corporation

**\* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE**

Prefix: Dr.   \* First Name: Everett   Middle Name:

\* Last Name: Barnes   Suffix:

\* Title: President

\* SIGNATURE: Robin Jarvis   \* DATE: 06/21/2024

---

**ED 000403**

## Abstract

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

   - Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

   - Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

   - Abstracts must include the population(s) to be served.

   - Abstracts must include primary activities to be performed by the recipient.

   - Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

   - Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

   - Research issues, hypotheses and questions being addressed.

   - Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added.  To add a different file, you must first delete the existing file.**

\* Attachment: | 1240-Part 3 Abstract.pdf | | Add Attachment | | Delete Attachment | | View Attachment |

## PART 3 ABSTRACT

### Region 6 (Gulf Region) Comprehensive Center (Gulf CC)

The goal of the Gulf CC proposed by RMC Research Corporation is to build capacity of State, regional, Tribal, and local educational agencies (SEAs, REAs, TEAs, LEAs) and schools to improve educational opportunities as defined in the Notice Inviting Applications. The expected outcomes of the Gulf CC are:

- Short-term: (1) Center's products and services are deemed of high quality, relevance, and usefulness by clients and recipients (PM1); (2) Center establishes relationships/trust with clients/recipients; (3) Long-term service plans co-created based on client needs/baseline data.

- Mid-term: (1) Services and products provided to a wide range of recipients (PM2); (2) Improvements in SEA/LEA human, organizational, policy, and resource capacity to implement evidence-based practices and use data to adjust/improve implementation; (3) Capacity-building services are implemented as intended (PM3); (4) Mid-term SEA/LEA/school-level outcomes are met.

- Long-term: (1) Increase in positive indicators of educator and student performance in high-leverage settings; (2) Increase in positive indicators of equity; (3) Codified changes in systems, policies, programs, and practices; (4) Clients/recipient outcomes are met (PM4).

These outcomes will be met through the proposed service plan, which includes ten five-year intensive capacity-building projects, including one regional and nine State-specific technical assistance projects focused on critical high-leverage needs identified through needs sensing conducted with SEA, REA, TEA, LEA, school, community, and family stakeholders in the region. Absolute Priority 2: Regional Centers is addressed by this proposal's response to Program and Application Requirements for Regional Centers and All Centers.

## Project Narrative File(s)

\* **Mandatory Project Narrative File Filename:** `1234-Part 4 Project Narrative.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

*Technical Proposal*

## The Region 6 Comprehensive Center (Gulf Region)
Alabama, Florida, and Mississippi

*June 21, 2024*

*Submitted electronically to:*
*U.S. Department of Education*
*Washington, D.C. 20202-4260*

*Submitted by:*
*RMC Research Corporation*
*3550 Buschwood Park Dr., Suite 270*
*Tampa, FL 33618*
*(813) 915-0010*



ED 000407



# TABLE OF CONTENTS

INTRODUCTION ............................................................................................................................. 1

SECTION A. APPROACH TO CAPACITY BUILDING ............................................................... 3

A1. DEVELOPING AND DELIVERING CAPACITY-BUILDING SERVICES .................................... 3

Success Feature 1: Highly relevant and useful services built on trusting relationships and steeped in knowledge of the region ............................................................................................................. 4

Success Feature 2: High-quality services provided by experts in capacity-building and evidence-based practices ................................................................................................................................. 7

Success Feature 3: Ambitious goals paired with cost-effective strategies ...................................... 13

Success Feature 4: Innovative and creative ..................................................................................... 15

Success Feature 5: Clear and laser-focused on effectiveness from start to sustainability ............. 17

Summary of Why the RMC Approach is Exceptional ...................................................................... 19

Gulf CC Logic Model ....................................................................................................................... 20

Logic Model Components .................................................................................................................. 23

A2. ADDRESSING TECHNICAL ASSISTANCE NEEDS OF STATE AND LOCAL EDUCATION SYSTEMS ........................................................................................................................................... 26

Consultation with a Broad Range of Stakeholders. ......................................................................... 26

State and Regional Demographics and Policy Contexts. .................................................................. 26

Florida Policy Context. ..................................................................................................................... 30

Mississippi Policy Context. .............................................................................................................. 31

Alabama Policy Context. ................................................................................................................... 31

Critical Education Challenges to be Addressed ................................................................................ 32

High-Leverage Problems and Five-Year Service Plans. ................................................................... 32

High-Leverage Problem #1 (Regional): Chronic Absenteeism ....................................................... 34

High-Leverage Problem #2 (Alabama): Improving On-time Graduation and College and Career Readiness. ......................................................................................................................................... 35

High-Leverage Problem #3 (Alabama): Effective Funding Use to Support Evidence-Based Programs. .......................................................................................................................................... 37

High-Leverage Problem #4 (Alabama): Effective Leadership for Student Achievement .............. 39

High-Leverage Problem #5 (Florida): Improving Core Academic Instruction and Intervention .... 40

High-Leverage Problem #6 (Florida): Teacher Development and Retention. ................................ 42

High-Leverage Problem #7 (Florida): Improving Instruction for Underserved Populations .......... 44

High-Leverage Problem #8 (Mississippi): Effective Leadership for Teacher Retention. .............. 46

High-Leverage Problem #9 (Mississippi): Improving Instruction for English Learners. ............... 48

High-Leverage Problem #10 (Mississippi): Instructional Practices for Students with Disabilities in CSI Schools ..................................................................................................................................... 49

ED 000408



SECTION B. QUALITY OF PROJECT DESIGN ........................................................................ 51

B1. PERFORMANCE MANAGEMENT AND EVALUATION SYSTEM........................................... 53

*Formative evaluation.* ........................................................................................................... 55

*Summative evaluation.* ......................................................................................................... 60

B2. STAKEHOLDER ENGAGEMENT SYSTEM ....................................................................... 63

*Ensuring Gulf CC services reflect stakeholder needs.* ......................................................... 63

*Services delivered in a manner that is useful and relevant.* ................................................ 66

*Expanding the reach of CC products to the largest number of recipients possible.* ............ 67

B3. PERSONNEL MANAGEMENT SYSTEM ............................................................................ 72

*Hiring/Selection* .................................................................................................................... 72

*Development, Supervision, and Retention.* .......................................................................... 74

*Personnel Staffing Levels* ..................................................................................................... 76

B4. PROPOSED PARTNERSHIPS ........................................................................................... 77

SECTION C. SUBJECT MATTER AND TECHNICAL ASSISTANCE EXPERTISE ............................ 81

C1. APPROACHES TO APPLICANT DIVERSITY ..................................................................... 81

C2. KEY PROJECT PERSONNEL .......................................................................................... 84

C3. TECHNICAL ASSISTANCE EXPERTISE OF APPLICANT ................................................... 97

*RMC Research Corporation.* ................................................................................................ 97

*AEM Corporation.* ............................................................................................................... 100

*University of Mississippi Center for Excellence in Literacy Instruction (CELI).* .............. 100

*University of North Carolina at Chapel Hill, National Implementation Research Network (NIRN).* ................................................................................................................................. 101

C4. DEVELOPING NEW AND ONGOING PARTNERSHIPS ...................................................... 102

*Connecting Peers Within and Across States.* ..................................................................... 102

*Collaborate with National Center and Content Centers.* .................................................. 103

National Center. ................................................................................................................ 104

Content Centers. ............................................................................................................... 105

Deans for Impact (DIA). ................................................................................................... 105

Student Engagement and Attendance Center (SEAC). ..................................................... 106

National Center for Systemic Improvement (NCSI). ........................................................ 106

Appendix A: Individual Resumes for Project Directors and Key Personnel

Appendix B: Copy of Indirect Cost Rate Agreement

Appendix C: References

Appendix D: Executive Order 12372 Transmittal Letter

Appendix E: Letters of Support

ED 000409



# INTRODUCTION

The 2024 Comprehensive Center (CC) Program competition comes at a critical time for continuing recovery from the COVID-19 pandemic, which shuttered schools, sending students home and forcing them into virtual and home learning for which they, their parents, and their teachers were not appropriately prepared. Many students and teachers missed extended periods of in-person learning due to school closures that extended well into the 2020/21 school year or, where schools did re-open to in-person learning, for quarantines due to COVID-19 outbreaks among school staff members, students, and their families. As a result, students nationally are suffering from significant learning losses and struggling with behavioral and social-emotional difficulties, leading to chronic absenteeism and challenging educators and the education system.

While the States in the Region 6 Comprehensive Center (Gulf CC) returned to in-person learning more quickly than many others, they still experienced significant learning loss in many areas, as evidenced by the 2022 National Assessment of Educational Progress (NAEP). In Grade 4 mathematics, both Florida and Mississippi saw declines in their average scale score and increases in the percentage of students scoring Below Basic. In Grade 4 reading, Mississippi, which had previously shown improvement recognized as the "Mississippi Miracle" since 2013, had a two-point decline in average scale score and a two-point increase in the percent of students scoring Below Basic. In Grade 8 mathematics, both Alabama and Florida saw declines in their average scale scores and increases in the percent of students scoring Below Basic that put them back to their 2000 and 2003 performance levels, respectively, and, in Grade 8 reading, all three States had declines in average scale scores and increases in the percent of students scoring Below Basic. The losses were even greater for students from underserved populations, leading to widening academic gaps and the need for increased targeted intervention and acceleration. To

ED 000410



exacerbate the learning loss, student absenteeism has increased, resulting in some of the highest rates of chronic absenteeism ever seen in all three States.

All three States have sharpened their focus on evidence-based reading and mathematics instruction. They have used Elementary and Secondary School Emergency Relief (ESSER) and American Rescue Plan (ARP) funds to provide regional instructional coaches to support districts and schools, to provide grants for districts to purchase evidence-based reading and math core and intervention programs, to provide high-dosage tutoring, and to increase the availability and quality of summer learning and other out-of-school learning opportunities. Additionally, they have provided further mental health and behavioral supports to students and training to classroom teachers in the early detection of both mental health and academic difficulties.

The next three to five years will be a critical time for the education systems in these States to address these challenges so that our children get back on track and are prepared for success in life. As the Region 7 Comprehensive Center (R7CC) for these States from 2019–2024, RMC Research Corporation (RMC) and its subcontractors, Applied Engineering Management Corporation (AEM), University of Mississippi Center for Excellence in Literacy Instruction (CELI), and University of North Carolina National Implementation Research Network (NIRN), have lived through this crisis with State, regional, and local educators in Alabama, Florida, and Mississippi. We have provided resources, served on task forces, and assisted in developing and implementing crisis recovery plans. Additionally, we created throughlines and continuity that helped the State educational agencies (SEAs) stay focused on key priorities and make progress on key initiatives. We have developed strong, trusting relationships that grew through the challenges of delivering intensive technical assistance (TA) virtually learning how to best apply professional learning, systems change, and adult learning theory using these online modalities.

ED 000411



With these experiences, our approach to intensive capacity-building TA has been refined to better meet the needs of our clients and recipients and to ensure that they attain self-sufficiency and sustainability through our joint work. As a result, we believe the RMC team is uniquely positioned to serve as the Region 6 Gulf CC. Therefore, RMC is pleased to submit this proposal to operate the Gulf CC through our Tampa, FL office under Absolute Priority 2: Regional Centers. Our proposed leadership team and key personnel have decades of experience providing high-quality, useful, and relevant intensive capacity-building services to State and local clients and recipients, including partnering with other federal and non-federal providers to leverage resources and reduce client and recipient burden. We are committed to assisting Gulf CC clients and recipients as they address high-leverage problems by selecting, implementing, and sustaining evidence-based programs, practices, and interventions that will result in improved educator practice and student outcomes. Our team includes former SEA administrators, K–12 educators, researchers, and education policy experts with experience at all levels of the education system, deep knowledge and expertise in the requirements of ESEA programs, and expertise in technical and content areas required for addressing the critical education challenges identified by regional stakeholders, including meeting the needs of underserved students.

## SECTION A. APPROACH TO CAPACITY BUILDING

### A1. DEVELOPING AND DELIVERING CAPACITY-BUILDING SERVICES

There is widespread consensus that intensive, capacity-building TA is a necessary pathway for enabling State, regional, district, and local organizations to solve both new and long-standing problems across complex systems, especially when problems appear intractable (Fixen et al., 2009; Fleener, 2016; Jacobson et al., 2019; Olson et al., 2020). Within educational systems, some collaborative efforts at reform have been successful, but many others have failed to have long-term, large-scale impacts on educator practice and student opportunities and outcomes (Hirsch-

ED 000412



Pasek et al., 2021; Srinivasan, 2021).

RMC has been privileged to serve as the R7CC (2019–2024), serving Alabama, Florida, and Mississippi. RMC has also conducted other federally funded capacity-building services and TA related to ESEA implementation for more than 45 years. Currently, RMC's work includes subcontracts on the Regional Educational Laboratories (RELs) for the Central and Southeast, the National Center, the Region 4 and 8 CCs, and the National Center on Improving Literacy. Through our extensive experience, RMC has pinpointed a set of key distinctions between **exceptional and non-exceptional approaches** to developing and delivering intensive capacity-building services for lasting change. We have distilled these key distinctions into **five critical "Success Features" of RMC's exceptional approach to capacity building**. As described below, our approach achieves results and lasting change because of our **unwavering commitment to these five critical "Success Features"** that flow through all our work.

*Success Feature 1: Highly relevant and useful services built on trusting relationships and deep knowledge of the region.* Trust has many components, and an exceptional approach to capacity building understands and nurtures them all. **In-depth knowledge is one key component of trust** and includes CC staff's in-depth knowledge of policy contexts, specific educational goals and established and emerging priorities, and State and regional demographics and cultural norms. CC staff knowledge must also include **respect for the clients and recipients**, who bring their own knowledge and expertise related to the educational challenges being addressed. This respect underlies the ability of **RMC's exceptional approach to capacity building** and includes **co-developing and implementing services, tools, and resources in partnership with clients and recipients**. In-depth knowledge also includes knowing one's limits and knowing who to call when outside expertise is needed. **Non-exceptional approaches**

ED 000413



can mistakenly assume that CC staff are the source of all expert knowledge for all CC projects, that CC staff can set the CC agenda alone, and that trust with clients and recipients can be easily established merely by showing up and saying, "We're here to help" (Potvin et al., 2024).

Over the past five years the R7CC, the RMC team has built **exceptional trust with SEAs, regional educational agencies (REAs), local educational agencies (LEAs), and schools** in the Gulf region. This has established a **critical foundation of mutual respect** that has enabled our team to **engage with clients and recipients in multi-year, intensive projects and encouraged requests for additional support when needed**. We have maintained a trusting relationship with Mississippi through changes in State leadership that included two State chiefs and three interim chiefs. In Alabama, we have adjusted to changes to State leadership on every project and with our Chief State School Officer (CSSO) designee. In Florida, where State leaders had expressed prior to our tenure that "we don't work with CCs," RMC has developed a strong, trusting relationship with the K–12 Chancellor and his leadership team that has allowed us to engage with them on three five-year intensive projects and respond to their requests for additional support of short-term needs as they emerge. Most importantly, we strengthened these relationships in each State to a degree that may have never been as dramatically forged and tested in the history of CCs as we worked closely with each of our three States through the pandemic. Our experience of working through the COVID-19 crisis has helped us deepen our understanding of the trust and mutual respect needed for exceptional CC work.

To ensure that we **develop trusting relationships that are steeped in knowledge of the region**, the **RMC approach to capacity building** requires the assignment of a State Service Liaison to each SEA. For the Gulf CC, we have selected staff for these roles who have worked in or closely with their assigned SEA for many years and have **existing strong relationships with**

ED 000414



**SEA leadership and staff**. To deepen their knowledge of the State and its context, these State Service Liaisons will **frequently review data** about the State's educational performance and challenges, **attend or review minutes from State board of education meetings**, and **stay abreast of legislative and community activities or interests affecting education**. To ensure that all Gulf CC staff have deep knowledge of the State, these State Service Liaisons will **meet monthly with the CC project leads**, sharing recently released data from public sources and RMC's stakeholder engagement activities described in Section B2. Additionally, they will discuss contextual information gleaned from board meetings and legislative and other sources, triangulating this with available data to identify potential new or emerging State needs.

To ensure that the Gulf CC's **TA services are relevant and useful**, RMC's approach to capacity building will place a high priority on ensuring that our **capacity-building projects reflect and address specific client needs and contexts**. At the beginning of the five-year performance period, RMC's Gulf CC Director, Co-Deputy Directors, and the State Service Liaison will meet with each CSSO and their leadership team to **review the needs that informed the development of this proposal** and re-affirm them as current priority needs of the State. We will also **discuss any new needs or priorities** that may have emerged. Based on this, we will **make decisions jointly with the CSSO and SEA leadership** regarding any changes to the five-year service plan before finalizing the Year 1 Annual Service Plan (ASP) for approval by the CSSO and submission to the U.S. Department of Education (USED) within 90 days of award.

RMC will **meet with the CSSO or their designee quarterly** to share progress, report successes, and discuss any barriers that may have arisen so we can collaborate on addressing them and keep our work together moving forward. At each of these meetings, **new and emerging needs will be discussed, stakeholder engagement and other available data will be**



**shared** and the CSSO or their designee will share about **emerging legislative or State board priorities**. Decisions will be made about whether Gulf CC assistance is needed to address any emerging needs, and based on these decisions, adjustments may be made to the ASP.

This process of regular meetings and **open dialogue about barriers and challenges** in the work and **new and emerging needs**, which, in some cases, are creating barriers or challenges, has strengthened the SEAs' trust in our ability to be responsive and contributed to the overall success of their priorities. RMC works closely with the SEA clients throughout the life of all projects in their respective States to ensure that trust is maintained and expanded.

*Success Feature 2: High-quality services provided by experts in capacity building and evidence-based practices.* CCs must help unite the field in identifying and selecting evidence-based practices (EBPs) through capacity-building TA that covers the continuum from identifying EBPs to solve educational challenges to sustaining these practices systemwide. This is complex work requiring deep expertise not only in EBPs but in **implementation science, improvement science, and systems change** (sciences for change; Badgett, 2022; Bryk et al., 2015; Jacobson et al., 2019; McCloskey-Leary & Garmine-McClaine, 2021). **Exceptional capacity-building approaches** consider this complexity and staff their teams with experts who are deeply knowledgeable and experienced in applying these principles. They also fill their teams with experts knowledgeable about the specific EBPs needed for the challenges they plan to address, such as EBPs for accelerating math and literacy achievement or reducing chronic absenteeism.

**Non-exceptional approaches** undervalue the time and experience needed to develop a deep level of knowledge and expertise of the specific practices for improving student outcomes and designing and delivering capacity-building services to adults working in educational systems in ways that are aligned with adult learning principles (Breslow & Brock, 2020; Darling-Hammond

ED 000416



et al., 2017). They also undervalue the importance of knowing and using the effective change principles that have been developed in science for change efforts. Without recognizing the need for experienced experts to provide support and TA, **non-exceptional approaches will fail**.

The **RMC approach to capacity building** ensures that all TA services are of high quality by selecting experts in these areas who design and deliver engaging and effective professional learning and capacity building appropriate for adults. Each of our leadership team members and key staff have been selected for the Gulf CC based on their **expertise in specific TA and content areas required for the execution of our five-year service plan**. These experts include former SEA, REA, LEA, and school staff; researchers; and experienced TA providers who have deep subject matter expertise. They have expertise in ages birth through adult; in content areas covering all subject matter, including literacy and mathematics; and in underserved populations, including students from low-income families, students of color, students living in rural areas, Tribal students, English learners (ELs), students in foster care, migratory children, immigrant children, students with disabilities (SWDs), and others identified in ESEA. They have administered ESEA programs, are knowledgeable of the requirements of these programs, and have experience supporting schools implementing comprehensive support and improvement (CSI) activities and targeted or additional targeted support and improvement (TSI, ATSI) activities (see Key Staff Bios in Section C2 and Key Staff Resumes in Appendix A). Through our Proposed Personnel Management System described in Section B3, RMC will continuously review the areas of expertise required for our proposed projects and will assign additional experts with deep knowledge and experience in those areas as needed through collaboration with the National Center, Content Centers, and other federally funded and private providers.

In our current R7CC collaboration with NIRN, we have been deeply engaged in work applying

ED 000417



implementation and improvement science principles, processes, and tools (e.g., Bryk et al., 2015; McCloskey-Leary & Garmin-McClaine, 2021). We have developed expertise in this pioneering area, driving our work using a combination of these principles, processes, and tools. As a result, we have learned the tremendous value implementation and improvement science bring to ensuring that we involve the right stakeholders and understand the complex systems within which problems are embedded (Brown & Rosser, 2023; Hanleybrown et al., 2012; Jacobson et al., 2019; Latham, 2014; National Academies of Sciences, Engineering, and Medicine, 2015).

Using these principles, processes, and tools, **RMC's approach to capacity building** focuses on collaborating with the SEA clients to **identify intended recipients based on available data in identified content areas**. We will come to the table with our SEA clients with pertinent data and determine together where the high-leverage problems we are addressing are most acute. Using data to identify intended recipients also allows us to **recommend the inclusion of clients and recipients who may not initiate contact to request services** and who may not normally be selected for these types of services but who may serve underserved students or be implementing CSI, TSI, or ATSI activities.

We will then engage with the SEA in a careful process of **determining where our efforts have the best chance of success based on local readiness, capacity, and leadership buy-in and support**. Before beginning direct work with clients and recipients, we will **engage with them and the SEA in the Exploration Stage of Implementation**. In this stage, we will discuss what NIRN refers to as the "Give-Gets," which details in writing what each client or recipient will "give" to the work and what they will "get." We find that discussion of these expectations with each potential recipient allows for clarifying questions to be asked and answered and for a complete understanding of the commitments that all parties are agreeing to. Once each client or

ED 000418



recipient agrees to the "Give-Gets," they will be asked to **sign a memorandum of understanding along with the Gulf CC and SEA leadership** committing to the project.

Additionally, we will **initiate each project with a readiness measure**, such as NIRN's State Capacity Assessment (SCA; Fixsen et al., 2020), District Capacity Assessment (DCA; NIRN, 2019), Regional Capacity Assessment (RCA; St. Martin et al., 2019), or the Drivers Best Practices Assessment (DBPA; NIRN, 2019) to **assess readiness of clients and recipients** at the start of a project. We will identify their current and desired status and the gap between these. This will also illuminate the root causes of these gaps and how to address them (Aguilar, 2018).

This process is critical in creating conditions for success. In our current Mississippi Community of Practice on High-Leverage Practices for Students with Disabilities, we have worked closely with the Executive Director of the Office of School Improvement to identify targeted schools and districts for initial contact. From that original cohort, in partnership with SEA leadership, we have followed the mantra to "work with the willing" so that we can do deeper work at the LEA level, with the understanding that success begets success.

Finally, the last science of change element we employ is **extensive knowledge of research-based principles on the learning, coaching, and engagement of adults** (Aguilar, 2013, 2020; Breslow & Brock, 2020; Darling-Hammond et al., 2017) and how to use them in designing TA and professional learning. This element ensures that our clients and recipients can trust that time spent with us is not only valuable and engaging but is also something that truly enables them to learn and apply new skills towards meeting mutual goals.

By using these sciences of change to drive our work, we will focus on capacity-building in all four dimensions (human, resource, policy, and organizational) and avoid many of the pitfalls that have led to the failure of prior educational change efforts.

ED 000419



- *Human Capacity:* Implementation science provides a deeper understanding of how to assist our clients and recipients with evidence-based decision-making and address the human factors that influence the adoption and implementation of EBPs. Improvement science provides processes for planning and testing improvements on the implementation of EBPs by frontline users that may uncover previously overlooked gaps in the knowledge and skills needed to successfully use EBPs. Systems-change lenses provide guidance on where we should invest in the human dimension, along with leverage points for strengthening critical human relationships. Adult learning principles are also critical here to ensure that coaching for developing the necessary knowledge and skills to use EBPs is effective, job-embedded, ongoing, and engaging.

- *Resource Capacity:* Both implementation and improvement science emphasize the importance of resource allocation and availability for successful implementation of EBPs. Additionally, systems-change frameworks help us design the assessment of resources and evaluate the impact of developing new resources (Preskill et al., 2014). We have found that it is often helpful to have clients and recipients conduct an Initiative Inventory (NIRN, 2020) to get a clear understanding of programs, practices, or initiatives they are currently implementing related to a specific need or educational challenge, the successes and challenges associated with each, and any existing mandates and resource commitments related to the need or educational challenge. Through this process, clients and recipients may be able to identify initiatives that are not working as intended and that might be adjusted or abandoned to free up resources for more successful initiatives.

- *Policy Capacity:* Implementation and improvement science both consider the policy context in which EBPs will be implemented, with systematic approaches to addressing

ED 000420



policy-related challenges. They can also help generate data for informing new policy decisions. Systems-change frameworks provide another lens on the policies, regulations, and governance structures needed to support a desired change. An Initiative Inventory can assist with identifying policy mandates that may support or hinder specific initiatives or work that a client/recipient and the CC are doing to address a specific need or priority. Identifying these policy mandates and addressing any hindrances they present will enable the work to progress as planned.

- **Organizational Capacity:** Implementation science frameworks emphasize the alignment of organizational structures and processes with implementation goals. Improvement science and systems-change frameworks can help to uncover specific barriers to communication, support, collaboration, and a culture of innovation in an organization that can impede the adoption and sustainability of EBPs.

We have found NIRN's Implementation Drivers to be helpful when working with clients in thinking about the dimensions of capacity that facilitate the use of an EBP. Supporting clients in thinking about relevant competency drivers (human capacity) such as selection, training, and coaching of the right recipients and organization drivers (resource, policy, and organizational capacity) such as data systems, facilitative administration, and systems intervention supports their planning and implementation as they work toward sustainability.

To **assess and monitor client and recipient capacity** across the four dimensions of capacity building, we will **use the NIRN capacity-building assessments** discussed earlier. These measures are administered in a group discussion and consensus format that often results in conversations about the work that are more valuable to our clients and recipients than the numerical scores. Assessing where clients are on each of these drivers and **developing plans to**

ED 000421



**build the capacity** needed to advance each driver for implementation of the EBP further builds their capacity and **increases the relevance and usefulness of our services**. All of our measures of success throughout projects are based on the intended short- and long-term impacts of the work (See outcome measures in Section B1. Performance Management and Evaluation System).

*Success Feature 3: Ambitious goals paired with cost-effective strategies.* The 2024–2029 CCs will set their sights on the ambitious goals set by USED's *Raise the Bar: Lead the World Call to Action*. **Exceptional approaches to capacity building** develop and deliver support that touches all levels of the education system to achieve these goals with specific plans to **connect State-level policy to the classroom**. CCs must also be ambitious in their service delivery scope, working on projects with numbers of clients and recipients large enough to make a significant difference in improving education opportunities and equity, closing achievement gaps, and improving student outcomes at a State level. In addition, they must be **unwaveringly committed to designing services that advance efforts to serve those with the greatest needs and those who are underserved**.

However, an ambitious approach will fail if the provider does not know how to develop and deliver cost-effective services because while the educational challenges that the nation faces are vast, the ESSER/ARP funds provided during the pandemic are ending and funding supporting CC work is limited. **Non-exceptional approaches to capacity-building** often result in failed impact either because their goals and planned scope were insufficiently ambitious or because they lacked the ability to design services to achieve those goals so that those services could be delivered in a cost-effective way, maximizing the federal funds and other resources available.

**The RMC approach to capacity building** enables ambitious projects that scale and serve all levels, from SEA to classroom, with a wide range of stakeholders and high-need students

ED 000422



involved. To do this, we will partner with our clients, starting with State leadership, **to co-design a limited number of projects, sustained over time, that allow a deeper dive into the levels of the system** (SEA, REA, Tribal educational agency [TEA], LEA, school) than has been the norm for CCs in the past. In our current R7CC work, we have **focused on two or three intensive projects in each State** (a limited number), most **extending across four to five years** (sustained over time). Our work has also extended beyond State-level support around evidence-based policy changes and includes supporting the State in partnering with REAs, LEAs, schools, and others to build capacity for implementation at all levels (deeper dive across the system) to **produce self-sufficiency and sustainability**. We have proven our ability to build SEA capacity to implement State-level initiatives around pressing educational challenges and support initiatives at the local level; our clients have learned to trust this process. As RMC learned from our partners at NIRN, "going deeper" is the best pathway to connecting SEA initiatives with LEAs and day-to-day classroom instruction, and it is also the best and most cost-effective pathway to **scaling support to as many schools** as possible that are serving underserved students and/or implementing improvement and support activities under ESEA. We have learned that with an eye toward a limited number of projects that are sustained over time and involve deep dives across the levels of the system, CCs can avoid getting trapped into serving only one level of stakeholder, whether it is SEA staff, LEA staff, teachers, or parents. This feature of our approach will help our States avoid the kind of costly errors that happen when inadequate attention gets paid to the highly complex work of understanding how to change outcomes for students with different needs, in different types of schools, in different communities.

To resolve what are usually complex problems, **the RMC approach** includes investigating other program initiatives or partners for potential collaborative TA, ensuring our SEAs that we

ED 000423



will **engage other federally funded providers and experts** as well as State and local partners to demonstrate that we are **leveraging other available federal resources** and aligning to existing work. By aligning to local providers currently working in the State, we will increase the capacity of those providers to support **self-sufficiency and sustainability** when the CC project ends. Partnering with other federal and non-federal providers will allow us to not only **leverage existing resources** but also **increase awareness of these federal centers and their resources**, thereby **expanding the reach not only of our work but of other federal providers**.

For example, our work with the REL Southeast dates to 2012, and our close relationship ensures that the knowledge gained from REL studies can quickly inform our intensive, deep implementation work. Similarly, the knowledge gained from our field implementation of practices can quickly be shared with the REL and inform subsequent studies intended to drive further research-to-practice improvements. We have recently leveraged this relationship with R7CC and REL Southeast staff providing a joint workshop to support Mississippi literacy coaches; this collaboration sustains REL Southeast-initiated work and raises awareness of R7CC's capabilities. Members of R7CC have been working with members from the National Center to co-develop a crosswalk of strategies to mutually strengthen an R7CC community of practice and a toolkit, have supported Alabama and Mississippi in participating in National Center communities of practice, and are currently facilitating Alabama's participation in the National Center's Strategic Planning for Continued Recovery (SPCR) project.

*Success Feature 4: Innovative and creative.* Those outside the field may wonder if "innovation" and "creativity" are in opposition to "rigor." The answer is no—innovation and creativity do not conflict with the rigorous foundation of EBPs. In **exceptional approaches to capacity building**, when CC staff co-design materials with clients and recipients, innovation and

ED 000424



creativity are crucial to creating engaging and useful tools that leverage new media (e.g., infographics, brief videos) to support uptake and sustainability. Innovation and creativity are also **required for problem-solving, removing barriers to implementation, and producing new strategies for engaging with new or often overlooked stakeholders**, such as TEAs and parents. These qualities can allow CCs to pull creatively from successful projects for adult learning and change outside of K–12 education. Furthermore, innovation and creativity are required to integrate multiple key areas of need into as many projects as possible. **Non-exceptional approaches** create text-heavy tools, do not pull strategies from multiple fields for designing engaging and effective adult partnerships and materials, and do not synergistically develop services that address more than one need.

RMC's approach to capacity building is always focused on creative and innovative uses of staff and new technologies **to increase our cost-effectiveness and efficiency**. We recognize, for example, the value of face-to-face interactions in intensive TA work. However, we also understand that in-person meetings are not always cost- or time-effective for busy State, district, and school staff. Therefore, we will work with our clients and recipients to **determine what delivery mode will be most effective for each meeting and event**, attending to their needs, contexts, and resources as we plan. When face-to-face events are determined to be the best option, we will develop **effective ways to leverage funds,** sending critical staff for in-person events while allowing other staff to participate virtually. We have **expertise in virtual and in-person learning**, being flexible and responsive so that we are using the right approach at the right time in ways that maximize federal funds. We have developed a deep repertoire of tools to **maximize engagement in in-person and virtual meetings,** allowing for **full participation and equity of voice**. We also have **expertise in using asynchronous forms of sharing content and**

ED 000425



resources. For example, we have developed a private online portal for our community of practice participants to access all materials from in-person and virtual trainings, as well as additional resources. Likewise, we have developed a public Learning Hub accessible at our R7CC website to freely share videos and other resources to support all States.

In the current R7CC, RMC has also **intentionally created products to introduce the CCNetwork and our center** specifically to new SEA staff as well as to REA, TEA, LEA, and school staff who may be unfamiliar with CCs. These products have come in the form of one-pagers that are assembled as onboarding kits specific to the individual or group with whom they are shared. They include a CC Overview that describes what a CC is, what it does, and how to engage with the CC. They also include **one-pagers for each of our projects that are updated annually** and provide brief descriptions of the project, a timeline of the work completed to date, a bulleted list of the milestones to be completed in the current year, as well as a display of data related to participant outcomes. Having these kits readily available allows us to always have materials to **share with new client or recipient staff, conference attendees, new partners, or community members and policymakers interested in learning about the CC and our work in their State**. These products are intended not only to onboard new client and recipient staff but also to broaden and increase awareness of the CCs and deepen the reach of our CC. We will continue to develop and utilize these types of informational and onboarding materials to **increase awareness and expand the reach of the Gulf CC and the CCNetwork**.

*Success Feature 5: Clear on impacts and laser-focused on effectiveness from start to sustainability.* Complex jargon creates barriers to understanding among CC staff, clients, and recipients. **Exceptional approaches** are crystal-clear about the intended impacts of their projects, how those impacts will be measured and deemed successful, and how they will be

ED 000426



sustained. This clarity of purpose will **support the ability to continue projects through changes in SEA client and recipient leadership,** as well as **self-sufficiency and sustainability as CC services are reduced, redirected, or withdrawn over time**. **Non-exceptional approaches** are often jargon-heavy, short-sighted, and focused on immediate tasks or simply doing-for-others. While these approaches may be well-intentioned, they do not enable true capacity building and sustainability.

**RMC's approach to capacity building** incorporates **clear, laser-focused projects that can survive and thrive through the inevitable change** that occurs in SEAs, REAs, LEAs, and schools. In a recent evaluation of the CC program, the **most frequently reported challenge by CC staff was change**, specifically, changing priorities and staff turnover at SEAs (Weinstock et al., 2019). In all three of our States, we experienced changes at the CSSO designee and/or State project lead level, in some cases multiple times over the five years. We discovered that a critical way to work proactively, anticipating changes and helping States successfully maintain focus and progress on their major goals, was **by co-creating concrete throughlines** such as framework documents that **clearly articulate the goals, tenets, and process** for the work and any tools to be used or created. These frameworks **serve as anchors for everyone** involved in the projects and initiatives, maintaining the throughlines throughout the project. Our co-designed *Alabama Coaching Framework, Alabama Framework for EL Success*, Florida Practice Profile documents, and Mississippi Regional Education Services Agencies (RESA) Resources Toolkit are all examples of these throughlines.

**RMC's approach to capacity building is focused on the co-development of these concrete throughlines and framework documents** that enable us and our clients and recipients to approach complex problems and achieve ambitious goals in a cost-effective way. We believe it

ED 000427



is **critical for our clients to maintain ownership** of these throughlines. These throughlines, processes, and tools are useful because they are co-created, highly State-specific, and free.

To **ensure that RMC's projects are co-designed with SEA clients and recipients** and include these throughlines to anchor and guide the process, we will **meet with each CSSO and their leadership team** near the end of the third quarter of each year to begin planning for the next year. In this meeting, we will **review the progress toward milestones, outcomes, and outputs** on all State-specific and regional projects and **discuss any challenges or barriers** that have arisen. We will have honest discussions about the challenges or barriers and any changing priorities or emerging needs that may impact the continuation or progress of our existing long-term projects. We will **be open to making changes to the existing long-term projects** either to ensure that we meet our shared goals or to make space within our service plan to address **emerging needs and priorities**. Decisions will be made about the continuation of and next steps for each long-term project, and adjustments will be made to accommodate assistance needed on any new or emerging need or priority, identifying SEA project sponsors for any new projects.

Following this meeting with leadership, RMC's State Service Liaison and the project leads for each State project will **meet with the SEA project sponsors to develop Logic Models** for new projects **and review and revise the Logic Model** if needed for any continuing long-term project. This process will also include **developing the milestones, outcomes, and outputs for the coming year, as well as an action plan** for meeting these as planned. Project design and delivery is always done collaboratively with SEA clients to ensure that it aligns with their goals and meets the needs of the SEA and REA, TEA, LEA, and school recipients.

**Summary of Why the RMC Approach is Exceptional**

Our unique **RMC Approach to Capacity Building** was refined through our successful work

ED 000428



with clients during the unprecedented time of the pandemic. Through its **five success features**, this approach stands out from other approaches on many fronts, fulfilling the qualities that we believe are key in providing exceptional, high-quality, useful, and relevant services that are likely to achieve desired recipient outcomes and assist our clients and recipients in addressing the priorities of this competition. We know that **trust, relationships, and in-depth knowledge of the region** are critical for exceptional success and, combined with our deep level of successful experience as R7CC, have allowed us to develop a trusting relationship with and level of knowledge of the region unmatched by any other applicant. High-quality CC services rely on providers being **highly informed about capacity-building and EBPs**, and our **expert application of the sciences of change and adult learning principles** guarantees that we can help our clients across the continuum, from identifying EBPs to the sustainability of these practices at a system level. Our commitment to **a limited number of projects that are sustained over time and involve a deeper dive across education system levels**, combined with **exceptional leverage**, enables us to **pair ambitious goals with cost-effective strategies**. Our use and development of **exceptional throughlines, processes, and tools** is another example of how our approach is **innovative and creative** in producing useful projects that survive and thrive through changes in State leadership. All our high-quality processes and tools, including readiness and capacity assessments across the four domains of capacity, also help us achieve our **laser focus on effectiveness from start to sustainability.**

**Gulf CC Logic Model**

The Gulf CC Logic Model (**Figure 1**) presented in this section is aligned with the USED's definition of "Logic Model" (34 CFR 77.1, 2024), informed by research and evaluation findings from RMC's previous and current CC work, and designed based on nationally accepted guidance

ED 000429



on logic model development (Savitz et al., 2017; REL-NEI, 2015; Knowlton & Phillips, 2012).
RMC has grounded its Logic Model in the priorities of the CC Program and has aligned all
elements toward achieving those priorities.

Underlying the Theory of Action is RMC's approach to capacity building that is informed by
its experiences as a TA provider and evaluation findings from RMC's current and previous CCs,
including the R7CC (2019–2024), Northeast CC (2005–2012, 2012–2019), and New York CC
(2005–2012). RMC's approach to capacity building, discussed in more detail previously,
provides the foundation for the inputs, processes, outputs, and outcomes of the Gulf CC's Logic
Model.

The Theory of Action that undergirds RMC's Logic Model for how our project is likely to
improve or achieve relevant or intended outcomes is as follows: If the Gulf CC has access to the
necessary inputs, then the CC will be able to perform capacity-building TA activities
(milestones) with clients and recipients. If Gulf CC completes the relevant milestones with
clients and recipients, then the CC can assist clients and recipients in successfully implementing
their own processes and activities. If Gulf CC assists clients and recipients in successfully
implementing processes and activities, then the intended outputs will be produced. If the outputs
are produced, then the Gulf CC's short-term outcomes will be achieved. If the CC's short-term
outcomes are achieved, then capacity-building TA provided to clients and recipients will be
refined so mid-term and long-term outcomes are achieved. Formative and summative evaluation
activities will ensure continuous improvement throughout the system.

ED 000430

*Figure 1.* **Gulf CC Logic Model**

**Goal:** To build capacity of SEAs, REAs, TEAs, LEAs, and schools to improve educational opportunities and outcomes, especially in math and literacy, close achievement gaps, and improve the quality of instruction for all students, particularly for students with the greatest need, including students from low-income families and students attending schools implementing comprehensive support and improvement or additional targeted support and improvement activities.

The RMC Approach: • Trusting Relationships • Expertise in Capacity Building and EBPs • Ambitious Goals and Cost-Effective Strategies • Innovative and Creative • Laser-Focused on Impacts

| Inputs | Milestones | Outputs | Outcomes |
|---|---|---|---|
| • CSSO and/or designee approval and commitment<br>• Client/recipient strengths, needs, priorities and initiatives, commitment, resources, and time<br>• RMC CC personnel, subcontractors, consultants, and partners; national centers and expertise; USED personnel, resources, support and expertise; advisory board expertise<br>• Federal and State legislation, regulations, guidance, and funding<br>• State ESEA/ESSA plans; State strategic plans/initiatives<br>• IHEs, Regional Centers, School Board, parent groups, business and industry input and engagement<br>• Rigorous research findings and other evidence-based findings to support policies, programs, and practices | 1. Identify intended recipients using data; Identify high-leverage problems<br>2. Conduct needs assessment and client readiness assessment<br>3. Co-develop logic models and long-term intensive service plans, including expected outcomes<br>4. Create or compile resources for specific contexts and subgroups<br>5. Facilitate collaboration to generate regional solutions to high-leverage problems<br>6. Design and provide professional development based on assessment of needs and best practices in adult learning<br>7. Co-develop implementation plans based on logic models and service plans<br>8. Support implementation of programs, policies, and processes based on implementation plans<br>9. Monitor and adjust implementation using implementation science, improvement science, and systems change processes | • Needs assessment results<br>• Logic Models<br>• Service Plans<br>• Implementation and monitoring plans<br>• Tools, frameworks, and training to support analyzing and implementing EBPs to match identified needs<br>• Frameworks, toolkits, and EBPs to support high-quality instruction for all<br>• Regional collaborative to generate solutions to high-leverage problems<br>• Monitoring and data collection tools and procedures; data inventories<br>• Policy and literature reviews<br>• Policies to support EBPs<br>• Communications plans and materials | After 1 year: Center's products and services are deemed to be of high quality, relevance, and usefulness by clients and recipients (PM1); Center establishes relationships/trust with clients/recipients; Long-term service plans are co-created based on client needs and baseline data.<br><br>After 2–3 years: Services and products provided to a wide range of recipients (PM2); Improvements in SEA/LEA human, organizational, policy, and resource capacity to implement EBPs, and use data to adjust/improve implementation; Improved policies and systems to support EBPs; Capacity-building services implemented as intended (PM3); Mid-term SEA/LEA/school-level outcomes met.<br><br>After 4–5 years: Increase in positive indicators of educator and student performance in high-leverage settings; Increase in positive indicators of equity—closed achievement gaps, equitable access and opportunity; Codified changes in systems, policies, programs, and practices; Client/recipient outcomes met (PM4). |

**Strategic Performance Management + Feedback + Evaluation (formative and summative) + Other Empirical Evidence = Continuous Improvement**

**ED 000431**



RMC's Theory of Action assumes that the Gulf CC's processes, activities, and outputs will be used to support client and recipient capacity building in areas of identified, high-leverage needs. The Theory of Action also assumes that each phase of this cycle will be influenced by a variety of forces, many beyond the control of the CC and its clients/recipients. Thus, the Gulf CC's performance management, feedback and continuous improvement, formative and summative evaluation information, and other empirical evidence will inform the refinement of TA to achieve short-, mid-, and long-term outcomes over the five-year span of the grant.

***Logic Model Components.*** The inputs represent resources that RMC finds critical to the successful delivery of TA for building SEA capacity to implement EBPs. These include approval and commitment from the CSSO as the client that enables and encourages service recipients (SEA, REA, TEA, LEA, and school) to commit their time and other resources to working with the Gulf CC on identified client priorities and initiatives; TA providers with the necessary experience and expertise, including RMC staff, subcontractor staff, and consultants; resources (staff, products, and services) from the National Center and Content Centers (CCNetwork), other federally funded TA providers, the REL Network, USED, and other national, regional, and local experts; and empirical evidence (client, recipient, and stakeholder feedback) and the CC's formative evaluation findings to continuously inform the work.

Milestones are activities that must be completed to successfully achieve TA goals (Final CC Priorities, 2019). These activities include facilitating collaborative processes to strengthen partnerships and capacity, providing enduring access to intensive TA, providing coaching to develop leader knowledge and skill, and providing services that are results-driven, flexible, and responsive. These TA processes will enable the Gulf CC to better assist clients and recipients in implementing the processes and activities needed to systematically address high-leverage

ED 000432



problems while simultaneously building client and recipient capacity to support decision-making for EBPs.

Outputs in the Logic Model represent products and services that must be completed (Final CC Priorities, 2019). These resources, documents, and materials will be produced and used with clients and recipients in the delivery of TA. While some of these outputs may be universally used in the Gulf CC's work, others will be developed in collaboration with clients and recipients as part of State-specific service projects. Needs assessment results, problem statements, Logic Models, lists of EBPs, and implementation plans will be developed specifically for each project. However, depending on the design of outputs, such as training to identify and select EBPs or tools to support the alignment of EBPs with needs and context, these outputs may be useful across multiple projects in the region or across multiple regions.

The outcomes delineated in the Gulf CC's Logic Model are based on the belief that the initial results of TA are increased client and recipient knowledge and awareness (short-term outcomes), followed by changes in practices (mid-term outcomes), and ultimately leading to codified changes in systems, policies, programs, and practices, as well as improved classroom- and student-level results (long-term outcomes). RMC has identified the extent to which the Gulf CC's products and services are deemed to be of high quality, relevance, and usefulness by clients and recipients as an initial short-term outcome, achievable in Year 1 through careful selection of projects closely aligned with State and regional needs and achievable each year thereafter through the provision of high-quality, relevant services deemed useful by intended recipients. Additionally, within the first year, RMC will establish relationships and trust with clients/recipients, create long-term service plans based on client needs and baseline data, and reflect on and evaluate these initial implementations. At the mid-term point of the project (after

ED 000433



2–3 years), RMC expects to see improvements in capacity dimensions related to implementing EBPs, monitoring implementation, evaluating fidelity of implementation, and adjusting and improving implementation based on data. Additionally, RMC has identified improved policies and systems to support implementation of EBPs and intended SEA/REA/TEA/LEA/school-level outcomes as mid-term outcomes. As long-term, 4–5 year, outcomes, RMC has identified classroom- and student-level results, including increases in positive indicators of educator and student performance, especially in rural and high-poverty settings, and increases in positive indicators of equity, including closing achievement gaps and providing more equitable access and opportunity. Over the long term, RMC also expects to be able to demonstrate codified changes in systems, policies, programs, and practices, as well as the integration and absorption of these changes into client and recipient institutions. Finally, Gulf CC's Logic Model provides a visual representation of the performance management, feedback, and formative and summative evaluation that will inform the progress made on the short-, mid-, and long-term outcomes. The information gathered through these CC systems also informs continuous improvement of the CC inputs, processes, and outputs.

RMC will, upon award of Gulf CC, collaboratively develop a Logic Model for every project included in a State's ASP with the client and recipients. These Logic Models will guide Gulf CC staff, consultants, and other TA providers, as well as clients and recipients, through the project implementation and will inform the evaluation of each project. RMC recognizes that the implementation process is iterative and often nonlinear. Therefore, though the Logic Model represents these processes, activities, and outputs as occurring in a linear fashion, RMC is prepared to adjust based on client and recipient needs, context, and conditions.



## A2. ADDRESSING TECHNICAL ASSISTANCE NEEDS OF STATE AND LOCAL EDUCATION SYSTEMS

*Consultation with a Broad Range of Stakeholders.* Our determination of SEA and LEA needs is informed by over 15 years of providing TA in the region and is based on an **inclusive needs sensing process** and review of applicable documents and data. First, we identified themes by reviewing State strategic plans, approved ESEA consolidated State plans, applicable State Board of Education materials and State legislative activity, federal monitoring and audit findings, priorities identified by the Southeast Regional Advisory Committee (RAC), and State and local data. Second, we used these themes to develop **survey and focus group protocols** that were administered to relevant stakeholders and potential recipients of TA, including REA and LEA staff, educators, and underrepresented groups, such as TEAs and families of students receiving special education services or who are attending schools implementing CSI, TSI, or ATSI activities. Third, we presented a **summary of these themes and data to SEA leaders** during needs sensing meetings held in the spring of 2024, where we agreed on critical educational challenges and collaboratively developed corresponding proposed projects to include in State service plans. Letters from SEA leaders and other stakeholders in support of these critical educational challenges and proposed projects can be found in Appendix E.

*State and Regional Demographics and Policy Contexts.* During the 2022/23 school year, there were over 4 **million students enrolled in public schools in the region**: 2,870,507 in Florida, 750,923 in Alabama, and 440,285 in Mississippi (NCES, 2024). Approximately 73.9% of the students in Mississippi were from low-income families, defined as eligible for free or reduced-price lunch, compared with 60.2% in Alabama and 52% in Florida (NCES, 2024; **Table 1**). As shown in **Table 2**, Florida has the highest percentage of Hispanic students at 46.4%, and

ED 000435



Mississippi has the highest percentage of Black/African American students at 47% (NCES, 2024). Mississippi also has the highest percentage of youth under 19 living in rural communities at 47% (EDGE, 2024). Approximately 0.7-0.8% of the student population in all three States are in foster care (HHS, 2024), and Florida has the highest percentage of migrant students at 0.2% (ED, 2022; **Table 3**). In line with national trends, rates of chronic absenteeism in the region have been elevated since the start of the pandemic; during the 2022/23 school year, the chronic absenteeism rates were 30.9% in Florida, 23.9% in Mississippi, and 17.9% in Alabama (FutureEd, 2024).

*Table 1.* **Counts of Students in Gulf CC States, 2022/23 School Year**

| State | Number of Public School Students | Students Eligible for Free/Reduced-Price Lunch | English Learner Students[1] | Students with Disabilities | Chronic Absenteeism |
|---|---|---|---|---|---|
| Alabama | 750,923 | 60.2% | 4.7% | 13.3% | 17.9% |
| Florida | 2,870,507 | 52.2% | 9.5% | 15.1% | 30.9% |
| Mississippi | 440,285 | 73.9%[2] | 3.1% | 15.7% | 23.9% |

Data Sources: IES Digest State Dashboard https://nces.ed.gov/programs/digest-dashboard; FutureEd https://www.future-ed.org/tracking-state-trends-in-chronic-absenteeism/

*Table 2.* **Student Race and Ethnicity**

| State | American Indian/Alaskan Native | Asian | Black | Hispanic | Pacific Islander | White | Two or More Races |
|---|---|---|---|---|---|---|---|
| Alabama | 0.8% | 1.5% | 31.7% | 10.5% | 0.1% | 51.9% | 3.5% |
| Florida | 0.2% | 2.8% | 20.9% | 36.4% | 0.2% | 35.3% | 4.1% |
| Mississippi | 0.2% | 1.1% | 47.0% | 4.8% | 0.1% | 42.6% | 4.3% |

Data Source: NCES (2024).

*Table 3.* **Students from Underserved Populations**

| State | Rural Students | Students in Foster Care | Migrant Students | Immigrant Students[3] |
|---|---|---|---|---|
| Alabama | 294,484 (39%) | 5260 | 634 | 7115 |
| Florida | 387,113 (14%) | 22,493 | 5947 | 109,488 |
| Mississippi | 209,883 (47%) | 3825 | 51 | 2106 |

Data Sources: Education Demographic and Geographic Estimates (EDGE), "Public School File," 2020/21. Table 203.72; US Dept of Health and Human Services (March 2024); Office of Migrant Education (2022); Office of Elementary and Secondary Education (2021 a-c).

[1] Most recently available EL data is from 2021.
[2] MDE, personal communication, May 30, 2024
[3] Definition of Immigrant ESEA Sec. 3201(5) Title III, part A

ED 000436



Despite positive trends over the past decade and admirable progress in response to pandemic learning loss, the outcomes of Grade 8 students in the region on the NAEP in both reading and math are in line with the national average in Florida but significantly lower in both Alabama and Mississippi (NAEP, 2024a; **Table 6**). As shown in **Table 7**, the four-year adjusted cohort graduation rate is between 87-89% (NCES, 2023). Teacher vacancies per 10,000 students are estimated to be over 40% and 68% in Alabama and Mississippi, respectively (Nguyen, 2024; **Table 4**). In addition, the estimated number of teacher preparation program enrollees and completers over the course of five years has decreased in both Florida and Alabama but dramatically increased in Mississippi (Franco & Patrick, 2023) most likely due to a comparably lower starting point. Finally, in the 2022/23 school year, the number of schools identified for CSI is 480, 64, and 32 in Florida, Alabama, and Mississippi, respectively, and the number identified for TSI is 304, 244, and 77 in Florida, Alabama, and Mississippi, respectively (FDOE, 2024b; ALSDE, 2023a; MDE, 2023a; **Table 5**).

*Table 4.* **Teacher Vacancies and Teacher Preparation**

| State | Number of Teachers (2021-22) | Teacher Vacancies (2022-23) | Vacancies by 10,000 Students (2021-22) | Change in Teacher Prep Program Enrollees (2016-2021) | Change in Teacher Prep Program Completers (2016-2021) |
|---|---|---|---|---|---|
| Alabama | 38,835 | 1343 | 40.84 | -10.1% | -17.8% |
| Florida | 159,886 | 5294 | 14.02 | -31.4% | -38.8% |
| Mississippi | 31,686 | 2593 | 68.59 | 91.9% | 55.9% |

*Table 5.* **Numbers and Percentage of Schools Identified for Improvement 2022/23**

| State | Total Number of Schools | CSI | | TSI | | ATSI | |
|---|---|---|---|---|---|---|---|
| | | $N$ | Percent | $N$ | Percent | $N$ | Percent |
| Alabama | 1,363 | 64 | 5% | 244 | 18% | 77 | 6% |
| Florida | 4,046 | 480 | 12% | 304 | 8% | 1,696 | 42% |
| Mississippi | 867 | 32 | 4% | 77 | 9% | 146 | 17% |

Data Source: (FDOE, 2024b; ALSDE, 2023a; MDE, 2023a)

ED 000437



*Table 6.* Percent of Students at or Above Proficient on the 2022 NAEP Reading and Math

| | Alabama | | | | Florida | | | | Mississippi | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | Reading | | Math | | Reading | | Math | | Reading | | Math | |
| Grade | 4 | 8 | 4 | 8 | 4 | 8 | 4 | 8 | 4 | 8 | 4 | 8 |
| **All Students** | 28% | 22% | 27% | 19% | 39% | 29% | 41% | 23% | 31% | 22% | 32% | 18% |
| **Race/ethnicity** | | | | | | | | | | | | |
| American Indian/Native Alaskan | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Asian | n/a | n/a | n/a | n/a | 73% | 47% | 70% | 56% | n/a | n/a | n/a | n/a |
| Black | 13% | 9% | 9% | 7% | 20% | 16% | 22% | 9% | 19% | 10% | 14% | 7% |
| Hispanic | 17% | 18% | 16% | 9% | 34% | 30% | 33% | 19% | 22% | 17% | 38% | 13% |
| Multiracial | 31% | n/a | 24% | n/a | 46% | 33% | 45% | 27% | n/a | 32% | 45% | n/a |
| White | 38% | 30% | 39% | 27% | 51% | 34% | 57% | 32% | 43% | 35% | 47% | 30% |
| **Gender** | | | | | | | | | | | | |
| Female | 31% | 26% | 24% | 18% | 42% | 33% | 36% | 22% | 34% | 24% | 30% | 16% |
| Male | 25% | 18% | 31% | 19% | 36% | 26% | 45% | 24% | 27% | 20% | 34% | 19% |
| **Key Subgroup** | | | | | | | | | | | | |
| Low-income | 16% | 12% | 14% | 7% | 28% | 21% | 29% | 14% | 25% | 16% | 26% | 12% |
| English language learner | 13% | 1% | 8% | 0% | 10% | 5% | 11% | 3% | 18% | 9% | 35% | 16% |
| Students with disabilities | 8% | 2% | 11% | 4% | 16% | 10% | 18% | 5% | 14% | 5% | 12% | 4% |

*Note.* Some subgroups did not meet minimum sample size to be reported (n/a). The 0 values in the table round to 0 according to the NAEP Data Explorer. Subgroup *Students with disability* excludes those with 504 plans.

Data Source: NAEP (2024a)

ED 000438



*Table 7.* **College and Career Readiness**

| | Alabama | Mississippi | Florida |
|---|---|---|---|
| Four-Year Adjusted Cohort Graduation Rate (2021/22) | 88% | 89% | 87% |
| **College Readiness (HS Academics/Rigor)** | | | |
| % Meeting ACT-Math Benchmark | 18% | 16% | 25% |
| % Meeting ACT-Reading Benchmark | 30% | 26% | 37% |
| AP Performance - % scoring 3+ on an AP exam in HS (Class of 2022) - Nat'l avg 21.6% | 13.5% | 7.5% | 28.8% |
| AP Participation - % taking an AP exam during HS (Class of 2022) Nat'l avg 34.6% | 18.8% | 21.7% | 47.7% |
| **Career Readiness** | | | |
| % of **CTE concentrators** that graduated in 2021/22 and earned an Industry Certification | 98.10% | 38.40% | 50.30% |
| Post-Program Placement rate for CTE concentrators (either postsecondary, military, or employment) | 53.20% | 91.80% | 71.80% |
| **Post Secondary Success** | | | |
| Six-Year Completion/Graduation Rate - 2017 cohort (Nat'l avg 62.2% incl. 4-yr and 2-yr) | 59.6% | 59.0% | 60.5% |
| Postsecondary Persistence (returning for 2nd yr of college)- Nat'l avg Class of 2021 was 75.7% | 78.1% | 72% | 77% |

Data Sources: Digest of Education Statistics 2023, table 219.46.

**Florida Policy Context.** The educational goals and priorities of **Florida** are established by the State Board of Education, Florida Legislature, and Governor Ron DeSantis. In 2019, Governor DeSantis issued Executive Order 19-32, which required the State to develop new English language arts (ELA) and mathematics standards, which were fully rolled out in 2023. Florida has prioritized literacy development since 2019, when the State Board of Education established the goal to have 90% of Florida students performing at or above grade level by the end of Grade 3 on Florida's State assessment for reading and ELA by 2024 (FDOE, 2019). The State has also prioritized mathematics, responding to a decline in scores on the 2022 NAEP in Grade 8 (NAEP, 2024b) through the passage of HB 7039, which requires interventions for students demonstrating a substantial math deficiency (FDOE, 2023a). Florida has also sought to recruit and retain educators, spending nearly $3.3 billion to raise teacher salaries over the past five years (FLGOV, 2023) and expanding opportunities to become a teacher, with over 12

ED 000439



pathways now available, including a teacher apprenticeship program established in 2023 (FDOE, 2024c).

**Mississippi Policy Context.** The **Mississippi** Department of Education (MDE) has been guided by the Mississippi State Board of Education Strategic Plan under the leadership of one short-term and three interim State superintendents of education since the departure of Dr. Carey Wright in 2022 (MDE, 2023b). One goal of the State Strategic Plan is proficiency and growth for all students. Mississippi has prioritized literacy development, beginning with the passage of the Literacy-Based Promotion Act in 2013, which set the goal of all students reading at or above grade level by the end of Grade 3 (MDE, 2024b). The State has also prioritized providing educators with High-Quality Instructional Materials (HQIM) in all subjects through guidance and pre-vetted resources on a dedicated MDE website (MDE, 2024c). Another goal of the State Strategic Plan is ensuring that every school has effective teachers and leaders. MDE has prioritized educator recruitment through a new State teacher residency program, alternative pathways to licensure, and through the development of a new educator licensure and information system to increase the number of licenses and endorsements processed (MDE, 2024d).

**Alabama Policy Context.** The educational goals and priorities of **Alabama** have been driven by State Legislation and the Board of Education under the leadership of Governor Kay Ivey and State Superintendent of Education Dr. Eric Mackey, who have been in their roles since 2017 and 2018, respectively. Governor Ivey established the goal of Alabama being among the top 30 States on the NAEP (WSFA, 2023). The State has prioritized reading and math achievement through the passage of the Alabama Literacy Act in 2019, which is designed to ensure that students can read on grade level before moving to the fourth grade, and the Alabama Numeracy Act in 2022, which seeks to build the capacity of elementary educators around

ED 000440



mathematics instruction (ALSDE, 2022; ALSDE, 2023b). The State has also prioritized the role that effective principals and assistant principals play in improving student achievement through the passage of the Alabama Principal and Leadership Mentoring Act in 2023, which provides stipends to participating leaders who receive professional learning and mentoring.

*Critical Education Challenges to be Addressed.* The following critical educational challenges emerged during our educational needs sensing process based on input from relevant stakeholders and potential recipients of TA. **Chronic absenteeism and student engagement** were identified as challenges by SEA leadership teams in all three States, the Southeast RAC, and was in the top five of responses in an RMC regional education stakeholder survey conducted in early 2024. **Literacy and mathematics achievement** was identified as a challenge by the SEA leaders in Florida, the RMC stakeholder survey, and the Southeast RAC. The **unique educational obstacles faced by underserved populations** (i.e., ELs, SWDs, from low-income families), particularly in the context of **schools implementing TSI and CSI activities,** was identified as a challenge by SEA leaders in Mississippi and Florida. The **achievement of students from low-income families in CSI and TSI schools** was also identified as a need by SEA leaders in Alabama in the context of the effective use of federal, State, and local funds. **Educator recruitment, retention, and support to implement evidence-based instructional strategies** was another challenge identified by the SEA leaders in all three States, RMC survey, and the Southeast RAC. Finally, the RAC and SEA leaders in Alabama identified **on-time graduation and college and career readiness** (CCR) as a challenge.

*High-Leverage Problems and Five-Year Service Plans.* Based on these critical educational challenges, RMC worked closely with SEA staff in the three States to identify the following 10 high-leverage problems and proposed projects for the Gulf CC's five-year service plan (**Table 8**).

ED 000441



*Table 8.* **Summary of High-Leverage Projects and Five-Year Service Plans**

| Region/State | High-Leverage Problem | Project Title |
|---|---|---|
| **Regional** | Chronic Absenteeism | Reducing Chronic Absenteeism and Increasing Student Engagement |
| **Alabama** | Improving On-time Graduation Rate and CCR | Redesigning High Schools for Success |
| | Effective Funding Use to Support EBPs | Strengthening EBPs through Effective Use of Funds |
| | Effective Leadership for Student Achievement | Increasing School Administrator Effectiveness |
| **Florida** | Improving Core Academic Instruction and Intervention | Implementing Evidence-based Reading and Math Instruction and Intervention |
| | Teacher Development and Retention | Strengthening the Educator Workforce Through Effective Professional Learning |
| | Improving Instruction for Underserved Populations | Improving Outcomes for English Learners and Students with Disabilities |
| **Mississippi** | Effective Leadership for Teacher Retention | Preparing Effective Leaders to Support Teacher Retention |
| | Improving Instruction for English Learners | Improving English Learner Outcomes |
| | Instructional Practices for Students with Disabilities in CSI Schools | Implementing High-Leverage Practices for Students with Disabilities in CSI Schools |

The projects include **one regional project addressing chronic absenteeism** and **nine State-specific projects, three per State, that address those critical educational challenges** prioritized by each SEA's leadership. RMC will engage all three SEAs as well as REAs, TEAs, LEAs, and schools in each State in these projects. Most projects are designed using a systemic approach that engages the REAs as service delivery leaders to expand the **scalability and sustainability** of the work. Additionally, this approach builds **self-sufficiency at both the SEA and REA levels,** as they are engaged as partners in a co-design and co-delivery process that gradually moves them from learner to leader, increasing their responsibility for leading the work as well as buy-in and commitment. Additionally, through this approach, we engage more LEAs, as each REA invites LEAs in their region to partner with them in the work, scaling to additional LEAs each year as they develop increased capacity to support larger numbers of recipients. The



goal of this approach is to engage all LEAs who are identified as potential recipients of project services over the five years of the Gulf CC. If awarded the Gulf CC, we will further engage the SEAs along with relevant stakeholders and recipients to finalize the proposed milestones, outputs, and outcomes before submission to ED.

*High-Leverage Problem #1 (Regional): Chronic Absenteeism.* For the 2022/23 school year, rates of chronic absenteeism were at 17.9%, 30.9%, and 23.9% in Alabama, Florida, and Mississippi, respectively (FutureEd, 2024). While all three States have an early warning system (EWS) and initiatives to help districts address this problem, all three State leadership teams identified it as a top priority for intensive capacity-building services. State leaders noted challenges in district and school use of the State's EWS, knowledge of evidence-based interventions, and student behavioral concerns as barriers to addressing chronic absenteeism. Also, **chronic absenteeism was identified as one of the top priorities** by the Southeast RAC and in a survey of education stakeholders and parents in the region conducted by RMC in early 2024. Both the Alabama Poarch Creek and Mississippi Choctaw Tribal educational leaders shared that chronic absenteeism is also a concern with their students, both those attending Tribally operated and local district schools.

| Project Title: Reducing Chronic Absenteeism and Increasing Student Engagement | | |
|---|---|---|
| **Capacity-building Services:** The project will utilize a regional collaborative approach with teams from each State, including SEA, REA, TEA, and LEA representatives. The collaborative will identify barriers and facilitators to addressing chronic absenteeism in each State and nationally recognized evidence-based interventions for chronic absenteeism, resulting in training materials in EWS data use and an evidence-based intervention toolkit. SEA/REA teams will then train TEA/LEA/school cohorts in the use of these materials using Plan-Do-Study-Act (PDSA) cycles to test, assess the impact of, and adjust their use of the EWS and evidence-based chronic absenteeism interventions. Schools with high populations of students from low-income families or implementing CSI, TSI, or ATSI activities will be prioritized in these cohorts. | | |
| **Short-term Outcomes:** (1) Increased SEA/REA knowledge of barriers and | **Mid-term Outcomes**: (1) Increased TEA/LEA/school use of EWS data for | **Long-term Outcomes:** (1) Increased student |

ED 000443



| | | |
|---|---|---|
| facilitators to improving chronic absenteeism; (2) Increased SEA/REA knowledge of evidence-based interventions | identifying students at-risk for chronic absenteeism; (2) Increased district/school use of appropriate evidence-based interventions | engagement; (2) Decreased chronic absenteeism |
| **Responsible Personnel:** Project Lead – Mr. Jack Schwarz; Project Team Members – Dr. Diana Sharp, Mr. Samuel Glickman, and Dr. Verónica Ruiz de Castilla; National Experts – Dr. Hedy Chang and Dr. Inika Williams | | |
| **Key Technical Assistance Partners:** Equity Assistance Center – South, Attendance Works | | |
| **Milestones:** Identify facilitators and barriers to EWS use; Identify evidence-based interventions; Develop intervention toolkit and EWS training and tools; Train TEA/LEA/school cohorts; Conduct PDSA cycles to refine all materials; Scale to additional TEA/LEA/school cohorts | **Outputs:** EWS user training and tools; Evidence-based intervention toolkit; Regional and State communication/dissemination plans; State scaling/sustainability plans | |
| **Dissemination Plans:** Webinars with national experts and project participants; Blogs and newsletter articles on project progress and lessons learned; State, regional, and national conference presentations; infographics; social media; success and lessons learned videos | | |
| **Fidelity Measures:** EWS user checklist; evidence-based intervention user checklists | | |
| **Dimensions of Capacity Building:** Human; Organizational; Policy; Resource | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives (i.e., effective interventions to reduce chronic absenteeism, developing aligned and integrated agency systems) that improve student outcomes; Addressing the unique educational obstacles faced by underserved populations | |

*High-Leverage Problem #2 (Alabama): Improving On-time Graduation and College and Career Readiness.* With 2030 high school graduation and CCR rate goals of 94%, Alabama is focused on **improving high school outcomes and closing the gap between high school graduation and CCR**, recognizing that too many students graduate not yet ready for either college or a career. However, with 2023 all student graduation and CCR rates of 88% and 79%, respectively, and a gap of 9%, there is still considerable work to be done (ALSDE, 2024). Additionally, for some student groups, the gap between graduation and CCR is even larger. For example, 68% of ELs graduated from high school on time in 2023, but only 46% were college and career ready. Similarly, 74% of SWDs graduated on time in 2023, but only 54% were college



and career ready (ALSDE, 2024). Among students living in poverty, 79% graduated on-time in 2023, but only 70% were college and career ready (ALSDE, 2024). As a result, Alabama's State Superintendent has placed a **priority on redesigning high schools with low on-time graduation and CCR rates to increase both outcomes for all students**. In an April 2024 needs sensing meeting with Alabama State Department of Education (ALSDE) leadership, redesigning high schools to improve on-time graduation and CCR rates was identified as **Superintendent Mackey's top priority**.

| **Project Title: Redesigning High Schools for Success** | | |
|---|---|---|
| **Capacity-building Services:** This project will work with a cross-departmental team of ALSDE staff to develop State-specific high school redesign guidance. The guidance document will include nationally recognized evidence-based and State-specific successful high school redesign practices, a process for selecting and implementing those practices that are the best fit for each school, guidance on blending and braiding funding to support these practices, and processes for monitoring and adjusting implementation of the practices. Once the guidance is developed, the Gulf CC and the ALSDE team will co-develop an implementation plan to support cohorts of school and district teams in using the guidance to plan and implement high school redesign, prioritizing high schools with low graduation and CCR rates, especially those serving large populations of students from underserved populations and schools that are implementing CSI, TSI, and ATSI activities. Throughout this implementation process, stakeholder feedback will be used to strengthen the guidance with the goal of statewide implementation by the end of the project. | | |
| **Short-term Outcomes:** (1) SEA/REA staff increase knowledge of evidence-based high school redesign programs and practices. | **Mid-term Outcomes:** (1) TEA/LEA/school staff increase knowledge of evidence-based high school redesign practices. (2) TEA/LEA/school staff increase use of evidence-based and successful Alabama high school redesign practices and programs. | **Long-term Outcomes:** (1) Increase in on-time graduation rate. (2) Increase in CCR rate. |
| **Responsible Personnel:** Project Lead – Dr. Guillermo Farfan; Project Team Members – Dr. Lauren Jetty and Mr. Jack Schwarz; National Experts – Dr. Rocco Russo and Dr. Barbara Crock | | |
| **Key Technical Assistance Partners:** Southern Regional Education Board (SREB) | | |
| **Milestones:** Identify evidence-based high school redesign practices; Identify resources and funding to support high school redesign; Develop high school redesign toolkit, | **Outputs:** High School Redesign Toolkit; Communication and Dissemination Plan; Training and Coaching Materials; State Scaling and Sustainability Plan | |

ED 000445



| | |
|---|---|
| including guidance and planning tools, EBPs, funding information, implementation supports; Develop communication and dissemination plan; Train regional school improvement specialists on toolkit; Co-facilitate high school redesign pilot sites with regional and State school improvement specialists; Develop a State scaling and sustainability plan. | |
| **Dissemination Plans:** High School Redesign Toolkit; Webinars with National Experts; State High School Redesign Website | |
| **Fidelity Measures:** User fidelity checklist; Training and coaching fidelity checklist | |
| **Dimensions of Capacity Building:** Human; Organizational; Resource | **Alignment to Proposed Priorities:** Implementing, scaling up, and sustaining evidence-based programs, practices, or interventions that focus on key initiatives that lead to LEAs and schools improving student outcomes. |

***High-Leverage Problem #3 (Alabama): Effective Funding Use to Support Evidence-Based Programs.*** Schools addressing the unique educational obstacles faced by underserved populations (e.g., SWDSs, ELs, from low-income families) and the 64 schools implementing CSI and 244 schools implementing TSI activities in Alabama often spend federal, State, and local funds on the same programs and interventions year after year without effectively determining their outcomes and comparing them with other options that may result in greater learning gains at similar or lower cost. This project **builds on pilot work currently being supported by RMC's R7CC (2019–2024) and the National Center (2019–2024)** to assist seven pilot LEAs in Alabama to make effective tradeoff decisions prior to the September 2024 ARP obligation deadline. In an April 2024 needs sensing meeting with ALSDE leadership, Dr. Molly Killingsworth, State Federal Programs Director, expressed the **need to help schools and LEAs to determine and compare the outcomes of interventions, no matter the funding source**. Additional members of the ALSDE leadership team also expressed interest in seeing and using similar resources with the LEAs that they support.

ED 000446



**Project Title: Strengthening Evidence-Based Practice through Effective Use of Funds**

**Capacity-building Services:** In the first year, the Gulf CC and ALSDE will streamline training tools and materials based on feedback provided by pilot LEAs from the 2023/24 school year. The Gulf CC and ALSDE will deliver these revised training materials with the support of Alabama Regional Inservice Centers (ARICs) in additional LEAs, identified based on need. In the second and third years, the Gulf CC will support the ALSDE and ARICs to scale training to additional LEAs, including through LEA-to-LEA peer learning, and capture promising practices through video interviews. ALSDE will begin to spread awareness of these resources throughout the department. In Years 4 and 5, the ALSDE and ARICs will continue to scale training at both the State and local level, sharing promising practices and collecting and analyzing outcome data from LEAs that have received support.

| **Short-term Outcomes:** (1) Revised SEA and REA (ARIC) policies and practices to support LEAs to determine outcomes of interventions and compare them to alternatives | **Mid-term Outcomes:** (1) LEA staff will determine outcomes of interventions and compare them to alternatives, making tradeoff decisions that maximize student outcomes per dollar spent. | **Long-term Outcomes:** (1) Student achievement gains and improved school improvement designations in LEAs that have received training. |
|---|---|---|

**Responsible Personnel:** Project Lead – Dr. Verónica Ruiz de Castilla; Project Team Members – Dr. Heidi Goertzen, and Mr. Jack Schwarz; National Expert – Ms. Jessica Swanson

**Key Technical Assistance Partners:** Center for Fiscal Equity, Center for Benefit-Cost Studies of Education

| **Milestones:** Revise training and materials based on feedback from SY 2023/24 pilot; SEA and REA implement revised training and materials with select LEAs based on need; Scale to additional LEAs through REAs using LEA-to-LEA learning; Capture promising practices through video interviews; Scale awareness of training and materials throughout SEA and REAs; Catalogue LEA promising practices and materials on SEA website; Collect and analyze outcome data from LEAs receiving support. | **Outputs:** Revised training materials; LEA selection criteria list; Feedback and evaluation results from training; Video recordings of promising practices; Dedicated page on SEA website; School and LEA level outcome data. |
|---|---|

**Dissemination Plans:** Training materials and webinars; Lessons learned videos and materials on dedicated website, social media; National, State, and local presentations, including through Center for Fiscal Equity

**Fidelity Measures:** Return on investment user checklist and implementation guide; Training facilitation guide and checklist

| **Dimensions of Capacity Building:** Human; Organizational; Policy; Resource | **Alignment to Proposed Priorities:** Implementing and scaling EBPs in school implementing CSI and TSI activities; Addressing the unique educational obstacles faced by underserved populations |
|---|---|

ED 000447



*High-Leverage Problem #4 (Alabama): Effective Leadership for Student Achievement.* In
2023, the Alabama State Legislature passed the School Principal Leadership and Mentoring Act
(SB300) to **increase the effectiveness of school administrators,** resulting in improved
academic outcomes for students. According to Grissom et al. (2021), the **difference between a
below and above average principal is almost three months of learning per year for students**.
This is particularly important in schools serving high numbers or percentages of students from
low-income families and the 64 and 244 schools implementing CSI and TSI activities,
respectively, in the 2022/23 school year. RMC's R7CC (2019–2024) is assisting ALSDE and
stakeholders to develop a Principal Leadership Framework to serve as a guide for administrators
to take evidence-based actions aligned with new State leadership standards. In an April 2024
needs sensing meeting with RMC, the **ALSDE leadership team identified continued support
for Mentoring Act implementation as a top priority**, particularly the development of a school
administrator evaluation system and the development of resources to help schools recruit and
retain effective administrators.

| Project Title: Increasing School Administrator Effectiveness | | |
| --- | --- | --- |
| **Capacity-building Services:** In the first year, the Gulf CC will provide research and best practice guidance to the ALSDE and stakeholders to inform the development of both the administrator evaluation system and a written administrator recruitment and retention playbook. In the second and third years, the Gulf CC will support ALSDE in piloting the evaluation system and developing materials to support implementation, including a guidebook and training. The Gulf CC and ALSDE will collaborate with the ARICs to develop and implement a recruitment and retention playbook with select LEAs prioritized based on need. In the fourth and fifth year, the Gulf CC will support ALSDE in collecting data on the implementation of both the evaluation system and playbook. | | |
| **Short-term Outcomes:** (1) Increased SEA/stakeholder knowledge and understanding of EBPs to strengthen administrator quality; (2) Increased SEA/REA (ARIC)/stakeholder knowledge and understanding of evidence- | **Mid-term Outcomes:** (1) SEA will have resources and policies to build LEA capacity to strengthen administrator quality; (2) SEA and REAs will have resources and policies to | **Long-term Outcomes**: (1) LEAs demonstrate strategies to strengthen administrator quality through administrator evaluation system implementation; (2) Select LEAs demonstrate preliminary outcomes in |

ED 000448



| based strategies to attract and retain administrators. | help LEAs recruit and retain administrators. | recruiting and retaining administrators. |
|---|---|---|

**Responsible Personnel:** Project Lead – Mrs. Patricia Cox; Project Team Members – Mrs. Lauren Matlach and Ms. Lori Vandeborne

**Key Technical Assistance Partners:** Center on Strengthening and Supporting the Educator Workforce, A+ Education Partnership, Council for Leaders in Alabama Schools

| **Milestones:** Assess LEA administrator recruitment and retention needs, identify accompanying evidence-based strategies; Provide guidance to support evaluation system development; Pilot evaluation system in select LEAs; Develop and pilot recruitment and retention playbook in select LEAs; Collect and review data on first-year evaluator system implementation; Collect and review recruitment and retention outcome data; Scale playbook to additional LEAs. | **Outputs:** Summary of recruitment and retention needs, evidence-based recruitment and retention strategies and playbook; Guidance to inform evaluation system development; Data collection mechanisms, analysis of implementation and outcome data. |
|---|---|

**Dissemination Plans:** Written guidance, associated webinars, and recorded videos; Playbook, training tools, and facilitation guide; Blogs, newsletters, and social media; Presentations at national, State, and local levels.

**Fidelity Measures:** Evaluation system user guide; Recruitment and retention playbook implementation guide

| **Dimensions of Capacity Building:** Human; Policy | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives (i.e., responding to educator shortages) and improve student outcomes; Implementing and scaling EBPs in schools implementing CSI and TSI activities |
|---|---|

*High-Leverage Problem #5 (Florida): Improving Core Academic Instruction and Intervention.*

In 2022, 71% and 81% of Florida's fourth graders scored Basic or above on NAEP reading and mathematics, respectively, while 68% and 58% of eighth graders scored Basic or above on NAEP reading and math, respectively. While these performance rates were equal to or greater than the Nation's public school percentages of students scoring Basic or above on all four of these assessments, they represent slight declines since 2019 in all grades and subject areas except in Grade 4 reading. Additionally, students from low-income families and students of color scored Basic or above on all four assessments in 2022 at a rate lower than their higher-income and white peers. As part of its goal to lead the nation in student achievement, Florida continues to **focus on**

ED 000449



**increasing the rigor of its academic standards and accompanying assessments** with the

Benchmarks for Excellent Student Thinking (B.E.S.T.) Standards and the Florida Assessment of

Student Thinking (FAST). To support students in meeting the demands of this increased rigor,

Florida has **focused on strengthening core reading and math instruction**. Additionally, in the

2024 legislative session, Florida lawmakers passed legislation requiring districts to develop

**individualized progress monitoring plans for any K–3 student at risk for reading**

**difficulties and any K–4 student at risk for math difficulties** and to provide these students

with intensive intervention to address their individual needs and accelerate their learning. At an

April 2024 needs sensing meeting, K–12 Public Schools Chancellor Dr. Paul Burns identified

this as a **primary priority for Florida**.

---

**Project Title: Implementing Evidence-Based Reading and Math Instruction and Intervention**

**Capacity-building Services:** This project will build on the collaboration between RMC's R7CC and the Florida Department of Education (FDOE) over the last five years to support implementation of Florida's *B.E.S.T. Standards for ELA and Math* through evidence-based Tier 1 instruction in both reading and math. This project will scale that work statewide in partnership with the regional consortia and districts. Additionally, it will expand a focus on implementing evidence-based classroom interventions for K–3 students who have a substantial deficiency in reading or characteristics of dyslexia and K–4 students who have a substantial deficiency in math or characteristics of dyscalculia. This new focus will provide training and coaching to classroom teachers, school leaders, reading and math coaches and other instructional support team members on selecting and implementing evidence-based reading and math interventions to reduce the number of students with substantial deficiencies in these areas. In Years 1–3, the project will focus on developing the training and coaching materials with three cohorts of districts and schools. Throughout these years, FDOE and Gulf CC will communicate statewide about the project and will disseminate information about project activities, outcomes, and lessons learned. In Year 4, the project will focus on supporting the State's development of a scaling and sustainability plan that will be implemented during Years 4 and 5 to support ongoing implementation of the EBPs statewide.

| **Short-term Outcomes:** (1) Teachers increase their effective use of evidence-based Tier 1 reading and math instruction; (2) SEA/REA/LEA staff increase their knowledge of the | **Mid-term Outcomes:** (1) Increase the number of schools and LEAs implementing effective Tier 1 reading and math instruction; (2) Teachers provide effective Tier 2 reading and math | **Long-term Outcomes:** (1) Increased number of students on grade level |
| --- | --- | --- |

ED 000450



| evidence-based components of Tier 2 intervention; LEAs and schools select evidence-based reading and math Tier 2 intervention programs | intervention using selected programs. | |
|---|---|---|

**Responsible Personnel:** Project Lead –Mr. Samuel Glickman; Project Team Members – Mr. Sam Glickman, Dr. Guillermo Farfan. Ms. Heidi Piatek, Dr. Robin Jarvis; National Expert – Dr. Amanda Vanderheyden

**Key Technical Assistance Partners:** Center for Early School Success, REL Southeast, National Center on Improving Literacy (NCIL); National Center on Intensive Intervention (NCII); Florida Problem-Solving Response to Intervention Project

| Milestones: Develop communication and dissemination plan; Conduct quarterly PDSA cycles using Tier 1 instructional fidelity and student outcome data to inform implementation and continuous improvement; Develop practice profile operationally defining the components of Tier 2 intervention; Train REA and LEA staff on identifying ESSA evidence levels of reading and math interventions; Train REA and LEA staff on selecting Tier 2 interventions based on need, evidence, fit, usability, capacity, and resources required; Conduct quarterly PDSA cycles using Tier 2 intervention fidelity and student outcome data to inform implementation and continuous improvement; Develop State scaling and sustainability plan | Outputs: Communication and dissemination plan; Tier 2 intervention practice profile; ESSA evidence level training materials, including rubric; Tier 2 intervention selection training materials based on NIRN Hexagon Tool; Continuous improvement plans; State Scaling and Sustainability plan |
|---|---|

**Dissemination Plans:** Practice Profiles, training materials, and lessons learned shared on website and through social media; State, regional, and national conference presentations; Blogs; Podcasts

**Fidelity Measures:** Observation Tool for Instructional Supports and Systems (State Implementation and Scaling Evidence-Based Practices [SISEP] Center, 2023)

| Dimensions of Capacity Building: Human; Organizational; Resource | Alignment to Proposed Priorities: EBPs for key initiatives that improve student outcomes; Addressing the unique educational obstacles faced by underserved populations; Implementing and scaling EBPs in schools implementing CSI, TSI, and ATSI activities |
|---|---|

*High-Leverage Problem #6 (Florida): Teacher Development and Retention.* **Not all teacher training has yielded increases in student academic achievement** despite the time and money devoted to it. This is particularly troubling in schools whose students are far from proficiency,

ED 000451



addressing the unique educational obstacles faced by underserved populations, and that are provided with additional State and federal funds due to improvement designation. In the 2022/23 school year, there were 480 schools in Florida implementing CSI activities and 304 implementing TSI activities. In 2023, the Florida Legislature passed a bill that defined the term professional learning based on recent research and established criteria for activities linked to student learning and intended for professional growth. A 2023 analysis showed that approximately 26.5% of LEA-required grade- and content-specific teacher training in Florida met this new research-based State professional learning criteria (FDOE, 2023b). In an April 2024 needs sensing meeting, **FDOE leadership identified strengthening professional learning as a top priority** through the development of a State professional learning marketplace and processes to review LEA professional learning systems consistent with EBP and State law.

| **Project Title: Strengthening the Educator Workforce Through Effective Professional Learning** | | |
|---|---|---|
| **Capacity-building Services:** In the first year, the Gulf CC and FDOE will use evidence-based components of effective professional learning consistent with State law to develop criteria and processes to review and approve LEA professional learning systems and materials to include in a forthcoming State professional learning marketplace. In Years 2 and 3, the Gulf CC will assist the FDOE in applying these processes and procedures. In Years 3 and 4, the professional learning marketplace will launch, and reviews of LEA professional learning systems will continue. The Gulf CC and FDOE will identify professional learning programs that are both aligned with the framework and have shown evidence of strengthening teacher instructional practices and student outcomes to feature as part of the marketplace. | | |
| **Short-term Outcomes:** (1) Increased SEA knowledge and understanding of evidence-based components of effective professional learning consistent with State law | **Mid-term Outcomes:** (1) SEA will have policies and practices to review and approve LEA professional learning systems and resources submitted to professional learning marketplace | **Long-term Outcomes:** (1) LEA professional learning systems demonstrate increased alignment to effective professional learning criteria consistent with State law |
| **Responsible Personnel:** Project Lead – Dr. Robin Jarvis; Project Team Members – Mrs. Patricia Cox and Dr. Archie Hill | | |
| **Key Technical Assistance Partners:** Center on Strengthening and Supporting the Educator Workforce | | |
| **Milestones:** Criteria and processes for review of LEA professional learning | **Outputs:** Written professional learning criteria and processes; Written program and resource | |

ED 000452



| systems; LEA review prioritization criteria; Professional learning marketplace inclusion criteria; Advertise marketplace inclusion criteria; Review marketplace submissions; Conduct reviews of select LEA professional learning systems; Launch marketplace; Capture and promote promising professional learning models. | selection criteria; Criteria posted on SEA website; Completed review rubrics for programs/resources; Completed LEA reviews; professional learning website; Promising professional learning programs/resources and associated outcome data. |
|---|---|

**Dissemination Plans:** Professional learning marketplace criteria, approved programs, and promising practices shared on website, social media, and in webinars; National, State, and local presentations, including through Center on Strengthening and Supporting the Educator Workforce

**Fidelity Measures:** Professional learning program/review criteria checklist; LEA professional learning system review criteria checklist and processes

| **Dimensions of Capacity Building:** Human; Organizational; Policy | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives that improve student outcomes; Addressing the unique educational obstacles faced by underserved populations; Implementing and scaling EBPs in schools implementing CSI and TSI activities |
|---|---|

*High-Leverage Problem #7 (Florida): Improving Instruction for Underserved Populations.*

During the 2022/23 school year, **15.1% of the student population in Florida was identified as SWDs, and 9.5% were ELs** (NCES, 2024). These groups **underperformed their peers on the 2022 administration of NAEP**, with ELs experiencing the widest proficiency gaps in Grade 4 reading and mathematics, 29% and 30%, respectively, and SWDs experiencing 23% gaps on both NAEP reading and mathematics assessments (NAEP, 2024b). Classroom teachers' roles and responsibilities are extensive and imperative for advancing student achievement for both subgroups. Yet their single most important role is **delivering high-quality instruction to every student**. Their classrooms consist of heterogeneous groups of students whose instructional needs differ based on characteristics such as language and educational experiences, special needs, and differing socioeconomic backgrounds. To facilitate instructional planning that accounts for these differences, teachers need **access to evidence-based instructional practices that help them address the differing needs of their students**. Identifying instructional practices that address

ED 000453



both subgroups to support classroom teachers is essential, particularly in the 480 and 304 schools

implementing CSI and TSI activities, respectively, as of the 2022/23 school year. In an April

2024 needs sensing meeting, FDOE leadership identified improving performance for

underserved populations in CSI and TSI schools as a high priority, which will be addressed

through the co-development of a toolkit to use in training and coaching teachers and leaders to

implement the evidence-based instructional practices they need to help their students be

successful.

| Project Title: Improving Outcomes for ELs and SWDs | | |
|---|---|---|
| **Capacity-building Services:** In the first year, the Gulf CC will build SEA and REA knowledge around EBPs focused on both subgroups through the development of an instructional toolkit and co-develop communication and professional learning plans for implementation. Years two and three will focus on training and coaching REA staff, who will train and coach cohorts of PLC teachers and leaders, with a focus on schools implementing CSI and TSI activities. The Gulf CC and the SEA will employ PDSA cycles of continuous improvement in preparation for scaling at the school and/or district level. In Years 4 and 5, Gulf CC, SEA, and REA staff will revise and refine the toolkit using PDSA cycles in preparation for scaling and sustaining at the State level. | | |
| **Short-term Outcomes:** (1) Increased knowledge of State and regional staff in EBPs for ELs and SWDs | **Mid-term Outcomes:** (1) Increased teacher and leader knowledge of EBPs for ELs and SWDs; (2) Increased SEA, REA, LEA, and school-level knowledge on implementation, scaling, and sustaining EBPs and interventions for ELs and SWDs; (3) Increased SEA, REA, LEA, and school leader capacity to implement, scale, and sustain EBPs and interventions for ELs and SWDs | **Long-term Outcomes:** (1) Increased SEA and REA capacity to scale and disseminate the evidence-based instructional practices toolkit |
| **Responsible Personnel:** Project Lead – Dr. Jessica Folsom; Project Team Members – Mrs. Angie Caldwell and Mrs. Heidi Piatek | | |
| **Key Technical Assistance Partners:** Collaboration for Effective Educator Development, Accountability, and Reform (CEEDAR) Center; Individual with Disabilities Education Act and Research for Inclusive Settings (IRIS) Center; Center for Applied Linguistics (CAL), Center on English Learners and Multilingualism | | |
| **Milestones:** Co-develop an evidence-based instructional toolkit focused on ELs and SWDs; Co-develop professional learning and communications plans; Co-train regional | **Outputs:** Evidence-based instructional toolkit; Professional learning and communication plans; Co-trainings; Guidance for refinement and scaling toolkit. | |

ED 000454



| | |
|---|---|
| instructional and school improvement coaches using a train-the-trainer model; Facilitate PDSA cycles for continuous improvement; Provide guidance and resources for refinement and scaling. | |
| **Dissemination Plans:** Blogs and newsletter articles; State, regional, and national conference presentations; infographics; social media | |
| **Fidelity Measures:** Toolkit development; Classroom observations; Scaling and sustainability plans; PDSA continuous improvement outcomes | |
| **Dimensions of Capacity Building:** Human; Organizational; Policy | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives that improve student outcomes; Addressing the unique educational obstacles faced by underserved populations; Implementing and scaling EBPs in schools implementing CSI and TSI activities |

*High-Leverage Problem #8 (Mississippi): Effective Leadership for Teacher Retention.*

According to MDE statistics, **nearly 50% of teachers leave the profession within the first five years** (MDE, 2023c). In the 2022/23 MDE State Teacher Retention survey, **school leadership was identified as the second most common reason teachers gave for leaving teaching** (MDE, 2024e). School administrators play a key role in supporting teachers to both remain in the profession and use EBPs. In an April 2024 needs sensing meeting with MDE leadership, Dr. Courtney Van Cleve, Executive Director of Educator Talent Acquisition, **identified as a top priority the need to revise the State Administrator Growth Rubric to better align with evidence-based leadership practices to support and retain teachers**. Teacher recruitment/retention was identified as one of the top priorities by the Southeast RAC and in a survey of education stakeholders and parents in the region conducted by RMC in early 2024. As shown in **Table 4**, despite impressive increases in teacher preparation program enrollment and completion over the last five years, **Mississippi still has over 68% teacher vacancies per 10,000 students**, which could suggest hiring and retention as key challenges. This request builds

ED 000455



on existing work by RMC's R7CC (2019–2024) to assist MDE in the development of Orientation

for School Leaders and K–3 Literacy Learning Walk modules for administrators.

| **Project Title: Preparing Effective Leaders to Support Teacher Retention** | | |
|---|---|---|
| **Capacity-building Services:** In Year 1, the Gulf CC will assist MDE in engaging stakeholders to solicit feedback on the existing Rubric and then compare it to recent evidence-based leadership research. In Years 2 and 3, the Gulf CC will support MDE in developing a first draft of the revised Rubric and pilot it with select LEAs in partnership with the Mississippi Regional Education Service Agencies (RESAs). The Gulf CC and MDE will co-develop training materials for the field to prepare for the launch of the final revised Rubric. In Years 4 and 5, the Gulf CC will release the final revised Rubric and provide associated training to LEAs in partnership with RESAs. Gulf CC and MDE will assess the efficacy of the revised Rubric by examining indicators of implementation and associated outcomes of steps taken to support teachers to remain in the profession and use evidence-based instructional practices. | | |
| **Short-term Outcomes:** (1) Increased SEA/REA (RESA)/stakeholder knowledge and understanding of evidence-based leadership practices to retain and support teachers to use evidence-based instructional practices | **Mid-term Outcomes:** (1) SEA and REAs will have policies and practices to help administrators retain and support teachers with evidence-based instructional practices | **Long-term Outcomes:** (1) Administrators will retain teachers and support their use of evidence-based instructional practices |
| **Responsible Personnel:** Project Lead – Mrs. Lauren Matlach; Project Team Members – Dr. Angela Rutherford and Dr. Archie Hill | | |
| **Key Technical Assistance Partners:** Center on Strengthening and Supporting the Educator Workforce | | |
| **Milestones:** Solicit feedback on Administrator Growth Rubric; Compare Rubric to evidence-based leadership research; Develop first draft of revised Rubric; Pilot draft Rubric with select LEAs in partnership with REAs; Design and deliver LEA training for new Rubric through REAs; Monitor use and efficacy of new Rubric. | **Outputs:** Evidence-based leadership research; Summary of field feedback; Draft revised Rubric; Training materials; Final revised Rubric and supporting materials; Data and analysis of initial administrator ratings; Data on teacher retention and use of evidence-based instructional practices. | |
| **Dissemination Plans:** Training materials and webinars; Materials on dedicated website, social media; National, State, and local presentations, including through Center on Strengthening and Supporting the Educator Workforce | | |
| **Fidelity Measures:** Rubric checklist and implementation guide; Training facilitation guide and checklist | | |
| **Dimensions of Capacity Building:** Human; Organizational; Policy | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives (i.e., improving core instruction, responding to educator shortages) that improve student outcomes | |

ED 000456



*High-Leverage Problem #9 (Mississippi): Improving Instruction for English Learners.* **In Mississippi, the EL population grew 400% from 2001 to 2020** (Office of English Language Acquisition, 2022). Data show the EL population at 4.7% in 2021 (NCES, 2024). The graduation rate for ELs in 2024 was 65%, and the dropout rate was 30.5%, compared to non-ELs at 89.7% and 8.3%, respectively (MDE, 2024f). The percentage of ELs scoring proficient or above on the 2022 NAEP in reading or math falls by at least 50% from Grade 4 to Grade 8, and only 1 in 10 ELs in Grade 8 is proficient in reading (NAEP, 2024a). The **State leadership team noted that district needs vary**, ranging from knowing how to identify and select evidence-based curriculum and instruction to engaging in high-quality professional development for LEA and school administrators to using data for continuous improvement. Sharon Prestridge, MDE's Accommodations and EL Assessment Coordinator, requested TA in building capacity of TEA, REA, and LEA staff to **implement the State's new district self-assessment toolkit**, being developed with support from the Council of Chief State School Officers (CCSSO) to support them in **identifying and implementing the evidence-based programs, practices, and interventions ELs need for success**.

| Project Title: Improving EL Outcomes | | |
|---|---|---|
| **Capacity-building Services:** The project will involve SEA, REA, TEA, and LEA staff in piloting, implementing, and scaling the district self-assessment toolkit designed to identify evidence-based language assistance programs and instructional needs. Year 1 will focus on learning to use and implement the toolkit and support the development of a theory of action and implementation plan. Years 2 and 3 will focus on the implementation of the theory of action and plan, including professional learning for teacher and leader cohorts around EBPs for ELs and language assistance programs. The Gulf CC will facilitate PDSA cycles of continuous improvement to assess fidelity of implementation. In Years 4 and 5, State and regional staff will revise and refine the toolkit and implementation processes using PDSA cycles in preparation for scaling and sustaining. | | |
| **Short-term Outcomes:** (1) Increased SEA, REA, TEA, and LEA use of data from the State's district self-assessment toolkit. | **Mid-term Outcomes:** (1) Increased teacher and leader knowledge of EBPs and programs; (2) Increased SEA, REA, TEA, LEA, and school | **Long-term Outcomes:** (1) Increased State and regional capacity to scale the district-self assessment toolkit. |

ED 000457



| | leader knowledge on selection, implementation, scaling and sustaining evidence-based language assistance programs, practices, and interventions for ELs; (3) Increased SEA, REA, TEA, LEA, and school leader capacity to select, implement, scale, and sustain evidence-based language assistance programs, practices, and interventions for ELs. | |
|---|---|---|
| **Responsible Personnel:** Project Lead – Dr. Heidi Goertzen; Project Team Members – Mrs. Patricia Cox and Mrs. Heidi Piatek | | |
| **Key Technical Assistance Partners:** Center for Applied Linguistics, Center on English Learners and Multilingualism, CCSSO | | |
| **Milestones:** Co-administer and train districts to use self-assessment; Co-develop a theory of action and plan; Train/coach teacher and leader cohorts; Develop plans for selecting, implementing, scaling, and sustaining evidence-based language assistance programs, practices, and interventions for ELs; Facilitate PDSA cycles for continuous improvement; Co-develop sustainability and scaling plans | **Outputs:** Theory of action and implementation plan; Evidence-based training and coaching; PDSA problems and solutions action plans; Guidance for sustainability and scaling | |
| **Dissemination Plans:** Blogs and newsletter articles; State, regional, and national conference presentations; infographics; social media | | |
| **Fidelity Measures:** Theory of action; District implementation plans; Classroom observations; Scaling and sustainability plans | | |
| **Dimensions of Capacity Building:** Human; Organizational; Policy | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives to improve student outcomes; Addressing the unique educational obstacles faced by underserved populations | |

*High-Leverage Problem #10 (Mississippi): Instructional Practices for Students with Disabilities in CSI Schools.* In the 2023/24 school year, Mississippi had **32 newly designated CSI schools** based solely on the performance of their SWDs. These schools entered CSI status due to being previously designated as ATSI schools with **three consecutive years of SWD performance at or below that of all students in the bottom 5% of Title I schools**. Only 5% of

ED 000458



SWDs in the State scored proficient or above on the 2022 NAEP in Grade 8 reading compared to 22% for all students (NAEP, 2024a). The results in math were similar, with 4% of SWDs proficient compared to 18% for all students. This underscores the need for supports aimed at improving instructional outcomes for SWDs within these schools. Moreover, these schools require **customized supports to address the instructional needs of this subgroup**. In an April 2024 needs sensing meeting, Dr. Donna Boone, Chief Academic Officer, identified **the learning needs of SWDs as a key priority for supporting CSI schools**. This priority builds upon the existing proof of concept initiated in 2023/24 by RMC's R7CC to assist MDE in designing and facilitating a community of practice (COP) aimed at supporting improved outcomes instruction for SWDs. The COP focused on the use of high-leverage practices (HLPs) for SWDs along with implementation science principles.

| Project Title: Implementing HLPs for SWDs in CSI Schools | | |
|---|---|---|
| **Capacity-building Services:** In the first year, the Gulf CC will collaborate with MDE to develop and initiate a COP model for supporting CSI schools identified for their SWDs subgroup. In Years 2 and 3, the Gulf CC will strengthen the organizational capacity of the MDE to support CSI schools using the HLPs and implementation science principles. In Years 4 and 5, the Gulf CC and the MDE will refine and facilitate the COP for newly identified CSI schools to serve the needs of SWDs. The Gulf CC will assist in assessing the lessons and outcomes of the COP. In addition, the Gulf CC will assist in modifying and customizing the COP based on participant feedback. | | |
| **Short-term Outcomes:** (1) Collaborate with SEA to develop and initiate a COP model for supporting CSI schools; (2) Increased SEA/participant knowledge and understanding of applying the HLPs to meet the needs of SWDs. | **Mid-term Outcomes:** (1) Strengthen SEA organizational capacity to support CSI schools using COP model; (2) Strengthen SEA/participant capacity to support improved outcomes for SWDs through the HLPs | **Long-term Outcomes:** (1) SEA will leverage organizational capacity to support CSI schools using COP model; (2) Strengthened SEA/participant capacity to support improved outcomes for SWDs through the HLPs and implementation science principles; (3) SEA will begin noting improvement as SWDs outcomes improve and schools exit CSI status |
| **Responsible Personnel:** Project Lead – Mr. Samuel Glickman; Project Team Members – Dr. Jessica Folsom and Mrs. Angie Caldwell | | |

59

ED 000459



| | |
|---|---|
| **Key Technical Assistance Partners:** CEEDAR Center, IRIS Center | |
| **Milestones:** Develop materials for scheduled COP sessions throughout each year; Facilitate scheduled COP sessions; Provide research-based materials and coaching support to participants between sessions; Solicit SEA/participant feedback throughout the COP and make necessary refinements and adjustments | **Outputs:** Research-based materials and agendas for all COP sessions; resources, infographics, and planning tools for participants |
| **Dissemination Plans:** Online and/or in-person professional development sessions; Research-based materials; Materials on dedicated website; Customized participant coaching/collaboration throughout the COP | |
| **Fidelity Measures:** Implementation Planning Template; HLP Professional Learning Plan | |
| **Dimensions of Capacity Building:** Human; Organizational; Policy | **Alignment to Proposed Priorities:** EBPs that focus on key initiatives that improve student outcomes; Addressing the unique educational obstacles faced by underserved populations; Implementing and scaling EBPs in schools implementing CSI and TSI activities |

## SECTION B. QUALITY OF PROJECT DESIGN

To ensure that all program requirements related to needs assessments, stakeholder engagement, communications and dissemination, personnel management, and partnerships are met, **RMC is proposing a management plan based on the operational structure** shown in **Figure 2**. This operational structure recognizes that the Gulf CC is ultimately responsible to two parties—USED and the CSSO—who collaborate on and approve the ASP for their State. The Gulf CC will use **an integrated Senior Executive Leadership Team** comprised of RMC and subcontractor senior staff. This Leadership Team will be led by Dr. Robin Jarvis (Project Director), assisted by Dr. Everett Barnes (Principal Investigator [PI]/Officer in Charge). The Leadership Team will be responsible for **overseeing needs assessments, stakeholder engagement, ASP development and implementation, communication and dissemination, and performance management and evaluation**. Leadership Team members will also supervise the work of all Gulf CC staff to support strong **personnel management and identification of**

ED 000460



**any additional subject matter expert support** needed for the successful execution of all projects. Members of the Leadership Team will also **provide direct assistance to clients/recipients** and will support the Gulf CC teams assisting them.

To ensure strong collaboration with the National Center and each of the four Content Centers, the Gulf CC will assign a member of the Senior Executive Leadership Team as Liaison to the National Center and a Gulf CC key staff member with expertise in the appropriate content area to each of the Content Centers. Additionally, while project leads will be engaged in identifying potential federal, State, regional, and local TA partners, Dr. Robin Jarvis will be responsible for negotiating all partnership memoranda of understanding and submitting them to the Gulf CC program officer (See Section B4. Proposed Partnerships and C4. Developing New and Ongoing Partnerships). Consistent with the statute, the Gulf CC will establish an Advisory Board and convene the Board virtually or in-person at least annually.

To support strong relationships with the States in the Region, **each State will be assigned a State Service Team Liaison** who will serve as the primary point of contact for the CSSO and their designee, as well as other SEA leadership team members. This Liaison will **organize and manage the State Service Team**, meet quarterly with the CSSO designee to provide project progress updates, discuss and resolve any project challenges or barriers, and identify any new or emerging State needs or priorities. The project director and one of the co-deputy project directors will join these meetings twice annually, once during the first quarter of each project period to review the ASP and discuss any needed changes and once in the third quarter to identify emerging needs and initiate discussions regarding the ASP for the next project period.

ED 000461



**Figure 2.** The Operational Structure for the Gulf Comprehensive Center



**ED 000462**



## B1. PERFORMANCE MANAGEMENT AND EVALUATION SYSTEM

The use of implementation science in the Gulf CC approach to capacity building will be complemented by *improvement science* to guide the performance management and evaluation system so that services are provided as intended and recipient outcomes are achieved. While implementation science focuses on the feasibility, sustainability, and eventual adoption of EBPs, improvement science can support this by focusing on the effectiveness, efficiency, and client-centeredness of those same practices (McColskey-Leary & Garman-McClaine, 2021, p. 2). This two-pronged approach will focus initially on the extent to which capacity-building services are implemented as intended in each State's ASP through the tracking of milestones and outputs. Using readiness assessment tools available through NIRN, we use high-quality measures to assess the readiness of clients and recipients at the start of a project. Throughout each project, progress monitoring will include periodic assessment of client satisfaction via surveys, monthly check-ins between the Gulf CC evaluation team and the project leads to identify any changes that may impact a project's success and document any barriers or challenges to implementation fidelity, and measuring whether productive relationships develop within each project's improvement network (e.g., project team), as well as partnerships overall across the CC. The formative evaluation will facilitate a continuous improvement process that will increase the likelihood that recipient outcomes are achieved and will be augmented by a summative approach based on the Utilization-Focused Evaluation model, which supports effective action and informed decision-making (Patton & Campbell-Patton, 2021). The Gulf CC evaluation will study whether each project's short-, mid-, or long-term outcomes were met and the extent to which the Gulf CC services were not only used by recipients but also extended to a wide range of other stakeholder groups, documenting the reach and impact of services as well as outcomes.

ED 000463



The underlying principles guiding our procedures for continuous improvement were developed by Bryk et al. (2015) through the Carnegie Foundation for Advancement in Teaching (CF). The essential characteristics of networked improvement communities include a focus on a high-leverage problem with a shared working theory of how to improve it, coupled with the use of a team to develop, refine, and diffuse the potential solutions out into the field (Russell et al., 2017). Our approach to capacity building utilizes a team of individuals from the Gulf CC and SEA staff, including partner agencies and LEA, TEA, or REA staff, where appropriate. The Gulf CC evaluation team will function as an analytic partner to these project teams leading each of the ASPs. According to Sherer et al. (2020), analytic partners "bring forward evidence that leaders need to know and attend to so they can continue to move their [capacity-building projects] forward" (p. 22) and build "long-term collaborative relationships" with project teams (p. 24). This portion of the performance management plan builds on the CF's Evidence for Improvement Framework, which begins with an "exploration" phase (i.e., developmental evaluation) followed by "testing and adaptation," with evidence gathered at each step of the process (p. 10). While Gulf CC evaluators have already participated in some training on improvement science, they will participate in CF's *Evidence for Improvement* training in Years 1 and 3 to ensure they are functioning as strong analytic partners using the latest tools and resources to facilitate the continuous improvement cycle.

*Formative evaluation.* Gulf CC's approach to continuous improvement and formative evaluation aligns closely with required performance measures (PM) 1 and 3.

*PM 1*: The extent to which CC clients are satisfied with the quality, usefulness, and relevance of services provided.

ED 000464



*PM 3*: The extent to which CCs demonstrate that capacity-building services were implemented as intended.

Gulf CC will periodically assess client satisfaction with the TA provided in the implementation of each ASP. We will use capacity assessments developed through the sciences of change, including those we have been using over the past five years of our work, as well as any that might be developed by the CCNetwork. Gulf CC will use both semi-annual feedback surveys and event-specific feedback surveys to collect data on topics such as the usefulness of the products or outputs created, the quality of TA support, and the relevance of Gulf CC input and support (*PM 1*). The semi-annual feedback survey will include items related to each of these, ensuring results are provided to project teams to inform the approach to TA and provide timely identification of issues as they arise. Respondents rate each item related to TA delivery on a scale of 1 (strongly disagree) to 4 (strongly agree). Scores of 3 and 4 (agree, strongly agree) are combined to indicate high ratings. This data will be supplemented with data from an event-specific feedback survey administered following specific TA events (e.g., workshops or training) with stakeholders such as school, LEA, REA, TEA, or SEA staff.

Administering this at the conclusion of an event will increase response rates, providing broader input from participants. This type of feedback on how intended recipients make use of Gulf CC resources is an essential part of the stakeholder engagement process detailed further in Section B2. Both feedback surveys will also collect qualitative data from respondents on suggestions for improvement, necessary steps to move their work forward, and potential emerging needs during the CC cycle. The related performance measures, on which we will collect and report data semi-annually, include **PM1a** – 80% of clients agree the services provided by the CC are high quality; **PM1b** – 80% of clients agree the services provided by the CC are

ED 000465



useful to accomplishing the goals of the project; **PM1c** – 80% of clients agree the services provided by the CC are relevant to the implementation of project activities.

Data on these performance measures will be supplemented with additional data from interviews and focus groups to document the context within which projects are operating. Qualitative data on the "actor-oriented perspective" (Penuel et al., 2014) will be collected to document how end users are utilizing the outputs created and the extent to which capacity was developed and services were used by the intended recipients. As Penuel points out, "actor-oriented analysis provides specific insights that offer clues" about how outputs may need to be modified to support efficient and effective use, studying "unanticipated interpretations that will prove useful in ongoing improvement and refinement efforts over the life of the project" (p. 753). This data will be collected via focus groups with the stakeholders primarily utilizing the outputs developed by project teams to determine the quality, usefulness, and relevance, as well as the mechanisms through which they are able to put them to use in the field. A member of the evaluation team will also interview each SEA project lead annually to collect feedback on the mechanisms for implementation being used to accomplish milestones and generate outputs and how they might be improved or refined from year to year. These mechanisms, or context, influence the ability of actors to build and maintain effective partnerships (Lathem, 2014). Qualitative data collected through interviews and focus groups will be analyzed using an approach that closely follows methods described by Miles, Huberman, and Saldaña (2019), such as developing a coding scheme to categorize or label data and triangulation, using multiple data sources to validate findings. The ideas gathered in focus groups and interviews will enhance the understanding of implementation success and detailed descriptions of how services align with needs. The strengths and weaknesses of current approaches will be solicited, along with

ED 000466



suggestions for improvement. Gulf CC will systematically use this evidence to make revisions that ensure that by the end of the five-year cycle, the resulting outputs and resources are of high quality and value to the field.

This continuous feedback cycle will allow the Gulf CC evaluation team to measure and monitor progress while also building the team's capacity to efficiently analyze data, thereby facilitating growth in productive partnerships between Gulf CC TA staff and SEA staff engaged in the work. In her *Systems Change Evaluation Toolkit*, Latham (2014) suggests the two elements of a system are pathways ("inter-organizational arrangements set up to deliver services") and institutional structures, or the context within which pathways operate. In evaluating systems change, positive outcomes include "increased pathway capacity" and "improved pathway connections," including alignment and cross-system coordination (p. 9). These elements are supported by "more conductive institutional structures" that reduce barriers to implementation. It is important to measure the extent to which Gulf CC supports result in these aspects of positive systems change. To that end, Gulf CC evaluators will measure the development of partnerships (i.e., pathways) across all Gulf CC projects using the Partnership Rubric (Jones & Vandergrift, 2008) to document progress and provide evidence of the depth and quality of partnerships across all organizations represented on project teams. The development of high-quality, effective partnerships is essential to providing TA that results in effective and sustainable change. As such, careful documentation of the progression within each project team is essential. The Partnership Rubric represents five dimensions of partnership, including vision/goals, communication, decision-making, responsibility and accountability, and change and sustainability. Project team members will rate the partnership on each of the five dimensions using a 4-point scale: Beginning, Emerging, Developing, and Accomplished, with a maximum score of 20. Each set of

ED 000467



descriptions reflects a different level of performance on that indicator, with raters using these to individually rate their level of accomplishment on each. The authors state, "A rating at any level except 'Accomplished' can be used to guide improvement" (p. 2). The initial administration will occur within the first six months of the CC cycle to establish a baseline. The target for **PM1d** is Gulf CC projects will achieve an average score of 16 out of 20 (80%) on the partnership rubric by the end of the CC cycle.

The Gulf CC evaluation team will also develop tracking tools to monitor implementation fidelity, documenting when and how milestones are achieved and the process for the creation of outputs, including any changes in State context that may impact the project's success. This will enable Gulf CC to demonstrate that capacity-building services were implemented as intended (*PM 3*). A member of the Gulf CC evaluation team will monitor each project's implementation by meeting at least monthly with project leads and attending all project team meetings. "Developmental evaluation positions evaluators as authentic collaborators" (Sherer et al., 2020), which will include embedding a member of the Gulf CC evaluation team as a member of the project team. Two related performance measures include: **PM3a**: Gulf CC project teams will complete at least 80% of the milestones established each year, and **PM3b**: Gulf CC project teams will produce at least 80% of the outputs established each year. Client satisfaction will be assessed every six months through a semi-annual feedback survey administered to all project teams and an event-specific feedback survey at the conclusion of training events. The items will assess the extent to which services are customized to meet the needs of the State and whether Gulf CC staff are building collaborative, trusting relationships with stakeholders on their project teams. This will also be an opportunity for respondents to provide feedback on how Gulf CC support has moved their work forward, along with any suggestions for improvement. **PM3c – 3k:** At least

ED 000468



80% of project team members indicate a high level of satisfaction with various aspects of Gulf CC support and services. Feedback surveys will also be used as a tool for stakeholder engagement and input, detailed below in B2.

*Summative evaluation.* The approach to summative evaluation is guided by utilization-focused evaluation (U-FE) methods that promote effective use of the findings (Patton & Campbell-Patton, 2021). This approach emphasizes working with the primary intended users of the evaluation to synthesize findings and facilitate evaluative thinking focused on "the action implications of the evaluation results" (p. 51). One of the core principles of U-FE requires adapting the evaluation when the context changes (i.e., "shifting priorities, turnover among intended users, reallocation of resources" p. 87), which often happens in SEAs during a five-year CC cycle. The Gulf CC evaluation team will work closely with each project team on the development of evaluation plans aligned with ASPs to ensure outcomes specified are appropriate and measurable. Evaluators will ensure valid and reliable measures are used to determine whether outcomes were met. As stated above, embedding a member of the evaluation team in each project team will not only build the evaluation capacity of the project team members but will enable careful tracking of both the impact of services being delivered and the extent to which services reached and were used by intended recipients. Gulf CC's approach to performance management and summative evaluation aligns closely with PMs 2 and 4.

*PM 2*: The extent to which CCs provide services and products to a wide range of recipients.

*PM 4*: The extent to which CCs demonstrate recipient outcomes were met.

A key component of CC performance management is ensuring the resources and products developed collaboratively with SEAs are reaching the intended audience of stakeholders. Data will be collected semi-annually from surveys, contact logs, meetings and presentation artifacts,

ED 000469



and web analytics to evaluate the effectiveness of Gulf CC's stakeholder engagement and dissemination, detailed in Section B2. Project leads will track how many stakeholder groups were represented in their TA and capacity-building activities. These will be summarized across projects combined with a review of resources and products distributed to assess the extent to which they were provided to a wide range of recipients. Further, the Gulf CC evaluation team will summarize data from our website traffic that goes beyond typical data related to the number of visitors or States where stakeholders accessed resources. To enhance the accessibility of the resources on our site, the team will conduct a deeper analysis of data that includes:

- **Bounce Rate**: The percentage of visitors who leave the site after viewing only one page.
- **Conversion Rate**: The proportion of visitors who take a desired action (e.g., downloading a resource, linking to an output posted on SEA's site).
- **Monthly Unique Visitors**: The number of distinct visitors in a month.
- **Average Time on Page**: How long users spend on specific pages highlighting TA resources.
- **Referral Sources**: Where Gulf CC traffic comes from (e.g., search engines, social media, direct links).

These analytics will help us understand what stakeholders are looking at on our site and what content is resonating. It will also provide information on which new SEAs, LEAs, TEAs, REAs, or other educational organizations are checking out our site. Downloadable products and resources posted on the Gulf CC site will include a QR code allowing feedback on how recipients are using the products. Pages that include specific TA resources will also provide a link to a brief feedback survey related to the utility and relevance of the information. This ongoing data collection will provide a comprehensive understanding of the extent to which Gulf CC products are being used by a wide range of recipients from educational organizations at State, regional, and local levels. Activity related to social media posts will also be summarized annually through social media analytics tools measuring impressions and click-through rates,

ED 000470



with data provided to project leads to inform stakeholder engagement efforts. The related performance measures include **PM2a**: The average number of distinct visitors per month to Gulf CC website will increase 10% per year; **PM2b**: At least 80% of Gulf CC website visitors will represent organizations serving K–12 education in our region; **PM2c**: Gulf CC products and services will be provided to at least five unique recipient groups annually.

The overall purpose of the CCNetwork is to provide TA to educational leaders that builds their capacity to support students and teachers. Therefore, it is important to measure the extent to which participating stakeholders perceive benefits or improvements to their human, organizational, policy, or resource capacity. A baseline will be established in Year 1 to determine the client's readiness to work with Gulf CC and potential areas for growth. In collaboration with each project lead, Gulf CC evaluators will track the extent to which short-, medium-, and long-term outcomes are met each year. **PM4a**: At least 70% of outcomes specified in the ASPs will be met each year. **PM4b through PM4i** will be related to the four dimensions of capacity assessed through the eight-item State Capacity Survey (SCS). Semi-annual SCS will ask Gulf CC clients to report the extent to which they observed improvements in these four dimensions of capacity, with a target of 80% reporting improvements in *understanding* in each area and 60% reporting improvements in their *capacity* to put new understanding to use in the field. This data will be supplemented by case studies highlighting examples of how clients' capacity improved in each of the four areas. For example, Patton & Campbell-Patton (2021) suggest that "a single synthesis case study that captures and communicates major findings will focus the attention of intended users [and] make the findings manageable…by including visuals such as timelines or maps that identify the key elements of the system in which the [project] is operating" (p. 185). Using a variety of measures (e.g., interviews, focus groups, and artifact analysis, which may include

ED 000471



student data) over multiple years, each case study will produce an in-depth examination of the effects of TA on State-level capacity building, including what has worked, what remains challenging, and any lessons learned. A multi-year study of a single project also allows for the strongest possibility of seeing long-term (student-level) outcomes based on State-level changes.

## B2. STAKEHOLDER ENGAGEMENT SYSTEM

*Ensuring Gulf CC services reflect stakeholder needs.* The approach to capacity building described in Section A details the plan for developing services and products that reflect the needs of a broad range of stakeholders in the region. As stated earlier, the development of ASPs will integrate feedback from SEA leaders, along with REAs, TEAs, LEAs, educators, and families, about how Gulf CC can support the State's capacity to meet their needs. Gulf CC will use a multi-faceted approach to ensure that diverse perspectives are included in the design of services, using avenues such as collaboration with the National Center and Content Centers, in-person presentations at State and regional practitioner-focused conferences, improvements to our website that allow multiple opportunities for feedback, and semi-annual outreach to local and regional stakeholders seeking input on the emerging needs of students and families. This stakeholder feedback will be collected through a variety of sources, such as planned discussions (e.g., focus groups, listening sessions); survey links via website, presentations, email, newsletters, etc.; input through existing events (e.g., advisory board meetings, professional development, conference sessions); and live webinars co-hosted with other CCs, allowing for discussions of stakeholder needs.

One avenue for stakeholder engagement is State conferences such as MEGA hosted by ALSDE or "Elevate" hosted by MDE, which are attended by close to 1,000 practitioners each summer. Each State holds a career and technical education-focused conference each year, along

ED 000472



with leader-focused conferences such as the Florida Association for School Administrators (FASA), which hosts its "Discover" conference attended by several hundred administrators each year. Regional conferences hosted by the Alabama/Mississippi Teachers of ESOL (AMTESOL) are another way to reach several hundred teachers to address the unique educational obstacles faced by underrepresented groups such as EL students. Gulf CC will present on the role and purpose of the CCNetwork, highlight resources from the Content Centers and the National Center, and provide opportunities for audience feedback and discussion around stakeholder needs in their States. As noted below in Section C, several Gulf CC staff reside in the region or in a State adjacent to the region served. Having personnel available to provide on-site services in the region is instrumental in building connections, understanding local contexts, and ensuring that Gulf CC efforts are aligned with the needs of the region served.

In addition, Gulf CC will co-host live webinars with the Content Centers and/or the National Center on topics relevant to our region. The presentations will include guest speakers, sharing of resources, and opportunities for breakout discussions focused on key issues. Gulf CC staff will also co-author blogs with SEA staff on each project team. This is a practice which has proven successful in our current R7CC work, with SEA staff welcoming the opportunity to even take the lead on composing a blog for inclusion on our website. Gulf CC will also facilitate a Regional Collaborative (e.g., COP) in collaboration with the National Center, Content Centers, or other federal providers, where appropriate, to share ideas and strategies regionally.

Improvements to our website that will facilitate outreach and stakeholder engagement include a chatbot to support resource identification for website visitors, along with a pop-up feedback form allowing visitors to provide input on regional/State needs as well as the quality and relevance of resources on our site. In spring 2024, RMC conducted need-sensing activities

ED 000473



that included interviews with REA, TEA, and LEA leaders, focus groups with SEA staff, and surveys of practitioners across all three States. This practice yielded valuable feedback, and we will continue these activities semi-annually throughout the 2024–2029 CC cycle if awarded.

The Gulf CC Advisory Board will be formed within 120 days of notice of award. Members will include the CSSO or a designee from each State, representatives from at least one TEA in the region, and REA and LEA members in all three States who represent diverse communities (e.g., urban, rural, high-poverty, high EL); institutes of higher education; parents; practicing teachers, principals, and other administrators; business and policymakers; and expert practitioners and researchers. This broad representation of stakeholders will ensure the proposed services reflect the needs of diverse populations. Feedback will be sought through at least annual meetings, where members are updated on current projects and emerging needs in each State and asked to provide suggestions for the future direction of the work in their region and bi-annual surveys. Advisory Board members will also be included in the Gulf CC's communication and dissemination activities to ensure they are informed about and engaged in the CC work.

Through the current R7CC (2019–2024) project, the RMC team has engaged REA, LEA, and school personnel as active recipients of capacity-building TA. For example, in the Alabama Early Literacy project, the R7CC team worked with Alabama Reading Initiative (ARI) leadership and regional literacy specialists to engage LEA teams, including LEA and school-level administrators, local reading coaches, and classroom teachers on implementation teams to lead the work on improving coaching. Throughout the project, these implementation team members provided feedback used by R7CC and ARI staff to continuously improve the project materials and training modules for future statewide implementation. RMC's approach to intensive

ED 000474



capacity-building TA will continue to engage recipients at the school, LEA, and REA level to support deep implementation of EBPs, self-sufficiency, and sustainability.

*Services delivered in a manner that is useful and relevant.* The strategies detailed above will provide a valuable way to continually assess the usefulness and relevance of the services delivered through Gulf CC, as engagement with stakeholders affords multiple opportunities for specific feedback. Feedback on our delivery model will also be solicited to ensure it reflects a solid understanding of adult learning principles and implementation science. As detailed above in Section B1, Gulf CC evaluators will collect survey data to assess whether services are delivered in a manner that is useful and relevant. This stakeholder feedback will be provided to project teams within 30 days of each report's submission to ED, with event-specific feedback survey summaries provided to project teams within 30 days of the event so the information can be used to inform improvements across organizational levels. In addition, these surveys will include open-ended questions for participants to share State, regional, Tribal, or local emerging needs throughout the CC cycle. Each year, the evaluator will present the findings from the Annual Evaluation Report to the staff as well as the Advisory Board, including themes related to service delivery that have emerged from the Feedback Survey's qualitative items, interviews, and focus groups. Gulf CC staff and Advisory Board members will discuss the findings, identify strengths and areas for improvement, and suggest strategies for improvement where needed to ensure service delivery is useful and relevant.

As described in Section A, the success features of our approach to TA help ensure projects are useful and relevant. By focusing on intensive projects extended across 4–5 years, we provide multiple opportunities for evaluation to ensure the relevance and usefulness of project activities are maintained throughout. Similarly, our approach focuses on exceptional throughlines, where

ED 000475



clients maintain ownership of the co-created State-specific resources resulting from projects, allowing us to seek feedback from a wide range of stakeholder groups and recipients benefiting from these resources throughout the project.

***Expanding the reach of CC products to the largest number of recipients possible.*** The Gulf CC will utilize innovative methods and solutions across multiple dissemination channels to reach and engage stakeholders and the general public. For example, RMC has a strong history of applying successful communication and dissemination strategies while operating a CC. Under RMC's leadership, the 2019–2024 R7CC continuously met and exceeded demographic targets related to users who engaged with content on its website (i.e., receiving unique website visits from users from all 50 U.S. States as well as several other countries). At the onset of the R7CC cycle, communication and dissemination team members developed a user-friendly and accessible website that includes the following: 1) Context around the CC program and R7CC's purpose, 2) Regularly updated information about each project across the three States, and 3) A resource repository filled with evidence-based, multi-media resources, organized by topic, evidence-level, and audience. This website expanded over the grant cycle to include a tab dedicated to monthly blog posts written by R7CC staff in collaboration with SEAs. These collaborations with stakeholders through blogs include an interview series with R7CC's Advisory Board members, which received up to 546 unique pageviews according to website analytics. Another blog titled *The Making of a Miracle: Changing Mississippi's Literacy Legacy* offered sentiments from an MDE State literacy director. These collaborations allowed SEA staff to take ownership of the work being done for the children in their States and share it within their circles. In January 2024, we added a "Learning Hub" tab to the R7CC website to house multi-media training resources, such as a three-part video series on academic return on investment.

ED 000476



The Gulf CC will utilize other strategies proven effective during the 2019–2024 cycle, such as creating dissemination linkages across the website, social media, and monthly newsletter. The monthly newsletter will include timely resources focused on a particular national awareness (e.g., March is Developmental Disabilities Awareness Month, and relevant resources to support educators in this area will be linked for readers). The newsletter will also include a memo from the Gulf CC Director and a link to that month's blog, written to highlight project work. Social media campaigns will be employed to share a virtual link to the newsletter for those who are not yet subscribed to the email service and encourage traffic to the website where users can subscribe and browse other resources. Communications staff will provide pre-written social media posts, incorporating search engine optimization tactics, so that SEA staff can easily share blogs/resources developed through project work. The Gulf CC will also closely engage with the National Center to expand its reach by consistently submitting resources to be added to the CCNetwork library and representing the region at CCNetwork convenings.

RMC takes pride in creating content that is both accessible and inclusive of the diverse audiences we serve. Our proposed subcontracted staff includes experts in 508 compliance who have served 82 government clients, including USED. We are committed to providing resources that are user-friendly, accessible, and visually appealing. RMC takes care to consider the various populations involved in the region's work and will ensure that these populations feel represented in the deliverables that we share.

Through an extensive communication and dissemination plan, detailed in **Table 9**, the Gulf CC will support each project team in creating resources and products with potential users in mind so they are readily applicable and meet the needs of stakeholders. The staffing plan described in more detail in Section C reflects careful attention to expertise in outreach and

ED 000477



marketing so Gulf CC can ensure the products and resources (e.g., toolkits, frameworks, rubrics, etc.) are disseminated to the intended users who can incorporate them into schools and classrooms across our region. Proposed Gulf CC staff also include many former practitioners who are adept at sensing the format and content most useful to recipients, as well as the mechanisms through which practitioners access information and support. Gulf CC will use a variety of media to promote services and products to potential recipients, including district- and school-based practitioners. Further, as described in Section B1, Gulf CC staff will collect extensive analytics related to online access to resources, which will support efforts to streamline access and increase the number of recipients over the CC cycle.

The Gulf CC communications team will work with project teams to identify success stories that will be told through engaging blogs and infographics and shared on the Gulf CC website and social media. To increase social media uptake of posts about successes, we will create visual abstracts, animations, and brief videos, including links to referenced publications and resources for ease of access once interest is captured by the initial post. Additionally, we will use search engine optimization techniques, including researching and using trending hashtags and identifying education influencers, specifically State-, district-, and school-level educators and their professional associations, to tag or follow on social media to engage directly with practitioners in conversations about applying EBPs and Gulf CC resources in the field.

Infographics are a favorite tool of time-challenged educators and policymakers who are either reluctant to read an entire report or want to know whether reading the report is worth their time. Like PowerPoint (PPT), infographic design challenges include finding ways to communicate large amounts of information in a visually pleasing and engaging way with many graphics. Unlike PPT, most infographics are designed to be consumed only visually, without a

69

ED 000478



speaker. This heightens the challenge of determining the most valuable information to convey both to users who may never read the full resource and those who may read the resource if the infographic is enticing enough. We have discovered in our work with REL Southeast that sometimes infographics can be even more engaging and informative if we consider ways that infographics can be consumed both visually and auditorily. For example, we have produced infographics with a "Listen to the discussion" button that users who are reading the infographic on a screen can press to hear conversations about the material shown to convey greater amounts of information than would be possible through visuals and text alone. Additionally, we have effectively used QR codes in infographics and reports to make resources and information easily accessible to users who want to learn more. Our team of designers and developers will use these techniques to ensure all the PPT decks, infographics, and handouts are engaging and visually appealing, such that users' interest is piqued and they use the embedded links and QR codes to access additional Gulf CC and CCNetwork resources, tools, and information.

RMC has demonstrated a successful track record of outreach through its current and previous CC work. Our team has authored engaging and informative blog posts for REL Southeast and the current R7CC grant and is well-versed in strategies to increase engagement and traffic for both websites and social media accounts. For example, when reviewing weekly social media posts, the communications team identifies relevant hashtags to utilize or organizations to tag in posts. Our current R7CC's X (formally Twitter) posts received an average of 3,650 "impressions" per month (2023 data), and its follower count has increased by 306% in the past three years. In addition, proposed Gulf CC staff led the development of "Impact Stories" for the current R7CC, sharing the successes of two projects. Based on this work with the CCNetwork coupled with our ED grantee clients, RMC staff were invited by the American Evaluation Association to conduct a

ED 000479



workshop on creating Impact Stories for program evaluation in October 2023. As recently as May 2024, RMC staff published an article on effective instructional strategies in a practitioner-focused magazine, *Principal*, published by the National Association for Elementary School Principals. RMC staff have also partnered with our ED grantee clients to create practitioner-friendly infographics, summarizing evaluation results for multi-year federal grants focused on improving students' academic outcomes. These examples highlight our ability to facilitate ongoing outreach opportunities through Gulf CC to increase stakeholder engagement.

*Table 9.* **Communication and Dissemination Plan**

| | Platform | Frequency | Staff Responsible |
|---|---|---|---|
| **Social media post** *Posts are concise and timely, tag relevant organizations, and utilize photos/videos and SEO strategies. Posts are reviewed and polished by communications staff for accuracy, relevance, and grammar.* | X (Twitter), LinkedIn, Facebook | 12 per week | Project leads, communications team |
| **Blog** *Blogs use plain language and have an average reading time of 7 minutes. They incorporate images and data displays to break up content.* | Gulf CC & CCNetwork Websites | 1 per month | Project leads, SEA staff, communications director |
| **Newsletter** *Newsletter subscriber list is updated each project year by creating an email template for SEA staff to share throughout offices, directing those interested to the subscription page. Subscription page is shared across social channels. Newsletter contains timely, evidence-based resources from within and outside of the CC, as well as personal communication from the CC Director.* | Email (via Mailchimp) | 1 per month | Director, communications director |
| **Multi-media resource** *Includes videos, infographics, podcasts, and interactive tools. Social media campaigns will be deployed before and after the release of such resources. Project teams will work with graphic designers and other relevant experts to ensure high-quality products.* | Gulf CC & CCNetwork Websites | As created (at least 3 per year) | Project leads, SEA staff |
| **Impact/success story** *Stories will showcase project work in a concise and easy-to-digest blog-like brief. Stories will utilize data-visualization techniques and plain language.* | Gulf CC & CCNetwork Websites | 2 per year | Project leads, SEA staff, communications director |

ED 000480



## B3. PERSONNEL MANAGEMENT SYSTEM

To enable the hiring, development, supervision, and retention of a team of subject matter and TA experts, consultants, and professional staff and to ensure the availability of these team members at a level sufficient to effectively achieve the goals of the Gulf CC, we include the following elements in our personnel management system.

*Hiring/Selection.* Over its many years as a federal TA provider, RMC has developed an extensive understanding of the critical technical and content expertise required to successfully provide intensive capacity-building TA to SEAs, REAs, TEAs, LEAs, and schools. Based on this understanding, RMC has developed a profile for a successful TA provider, which is used in the hiring of new personnel and the selection of current personnel to support CC work. This approach has proven highly successful with our current (2019–2024) R7CC, producing high staff retention, thus allowing for trusting client and recipient relationships that have supported RMC's approach to capacity building, as described in Section A1.

Considering the deep trusting relationships our current R7CC staff have with SEA staff in the region's three States and the longevity these staff have working in the region, RMC and its subcontractors have selected current RMC and subcontractor R7CC staff as key staff for the Gulf CC. These staff will assume the leadership, personnel management, TA, performance management and evaluation, communication and dissemination, and support functions needed for the scope of work proposed for the Gulf CC. Additionally, with our subcontractors, we have identified several non-key staff to serve on State service teams and TA projects. With the existing relationships these staff have with our SEA clients and TA recipients, we will be able to seamlessly transition to the Gulf CC service plan with limited delays to build new relationships and establish the trust required for successful intensive capacity-building TA. Our proposed

ED 000481



nationally recognized technical and content experts who have direct experience working with SEAs, REAs, and LEAs, many in the Gulf CC region, in areas aligned to our proposed State service plans will further strengthen our team. These national experts include Dr. Amanda VanDerHeyden (MTSS/math), Dr. Robin Ennis (PBIS), Dr. Jessica Swanson (ROI/resource allocation reviews), Dr. Scott Marion (assessment/accountability), Dr. Barbara Crock (high school redesign, Dr. Hedy Chang (chronic absenteeism), Dr. Inika Williams (chronic absenteeism), Dr. Susan Spezzini (ELs), and Dr. Rocco Russo (CTE/Perkins). See Appendix E for Letters of Commitment and Resumes.

Should we determine through our needs-sensing and stakeholder engagement that expertise is needed in a new or emerging area of need, we will first define the requirements for the role and determine how it would best be filled. If the role cannot be filled by currently named RMC or subcontractor staff, our nationally recognized experts, or staff from our federal and other provider partners, RMC will consult with the National Center, the Content Centers, the REL Southeast, and other federal TA providers to determine whether the role can be filled through a partnership with one or more of these centers.

If the position cannot be filled with current staff, consultants, or partners, then the Gulf CC Project Director will confer with the Senior Leadership Team to determine whether RMC or one of the subcontractors has a staff member not currently assigned to the project who might fill this role. RMC and its subcontractors all have deep benches of technical and subject matter experts who we can access to address new and emerging needs and priorities. If it is determined that the role would best be filled by a national expert, RMC will seek recommendations from the National Center, Content Centers, REL Southeast, or other federal providers with expertise in the content area needed.

ED 000482



While it is not currently anticipated that there will be a need to hire new staff, if the need should arise, RMC will post the position nationally through the American Educational Research Association, the Chronicle of Higher Education, or another similar organization to identify a diverse applicant pool. Based on the required content expertise, a targeted recruitment plan that includes sharing the job posting with relevant organizations will be utilized. Applications will be screened using the technical and content expertise profile developed for the position to identify the applicants who are the best fit and most likely to be successful as TA providers. Interviews will be conducted by the Project Director, Gulf CC Leadership team members, and the State Service Liaison and project leads who will work with the new staff member.

***Development, Supervision, and Retention.*** RMC envisions development, supervision, and retention of staff in a four-pronged approach, recognizing that staff retention is enhanced through effective onboarding, development, support, and supervision of staff. Therefore, all Gulf CC staff will be onboarded to the project to ensure they (1) clearly understand their roles and responsibilities in carrying out the terms of the USED Cooperative Agreement, (2) understand their roles as Gulf CC staff, (3) are oriented to the systems and procedures they are expected to follow, and (4) are prepared to fulfill their responsibilities for ensuring effective implementation of the Gulf CC ASP.

All RMC staff will be supervised by a member of the Gulf CC Senior Leadership Team. Senior Leadership Team members will meet at least monthly with each Gulf CC team member they supervise to review their current project assignments and discuss any challenges or needs for additional support. The Gulf CC Director will meet at least monthly with each RMC staff supervisor to discuss staff performance and any supports or development opportunities needed to

ED 000483



ensure success. If any performance issues arise that cannot be resolved by the Gulf CC Director, concerns will be elevated to the Officer in Charge to determine the next steps and resolution.

Subcontractors and expert consultants will be required to submit monthly reports detailing the work completed each month along with their monthly invoices. The Gulf CC Director will review each monthly report, confirm the completion of the work with the appropriate project lead, and approve the monthly reports and invoices. The Gulf CC Director will also meet monthly with each subcontractor's senior manager to review the work performed by subcontractor staff and to discuss any concerns regarding subcontractor staff performance should they arise. The Gulf CC Director will also meet monthly with project leads who have expert consultants assigned to their projects to discuss the expert consultant's performance of their scope of work and whether there are any performance issues or concerns. If subcontractor staff or expert consultant performance concerns cannot be resolved promptly by the subcontractor or consultant, concerns will be elevated to the Officer in Charge.

While individual development needs will be identified and addressed collaboratively with a staff member's supervisor, RMC will also support collaborative professional development and learning opportunities for the Gulf CC team through quarterly All-Staff meetings. These meetings will be used to support learning on topics including group facilitation, adult learning, implementation and improvement sciences, systems change, ESEA requirements, and other topics of interest. Additionally, these meetings will be used to share information from stakeholder engagement, performance management, and evaluation activity to support continuous improvement within each project and the Gulf CC. State Service Liaisons will attend State and regional practitioner conferences to gain a deep appreciation of local contexts and needs as they evolve during the five-year project period.

ED 000484



*Personnel Staffing Levels.* To ensure all personnel are staffed at a level sufficient to effectively execute the responsibilities of key personnel and achieve the goals of the project, the Gulf CC Leadership Team will review personnel assignments and progress toward milestones and outputs monthly. If any project is lagging in completion of milestones and outputs, the Gulf CC Director will review the report with the State Service Liaison and project lead to determine whether staffing levels need to be adjusted to bring the project back on target. While efforts will be made to adjust staffing levels of personnel assigned to the project, in some cases, it may be necessary to add additional personnel or expert consultants to a project to address specific tasks or needs of the project. By monitoring staffing levels monthly, Gulf CC leadership will be able to ensure sufficient staffing levels to effectively deliver the ASP as agreed to with the States.

As part of our approach to staffing and reducing duplication of effort to use resources efficiently, Gulf CC leadership will identify projects that are focused on the same or similar high-leverage problems, outcomes, and outputs. These project teams will work together and share research, tools, and other resources they are using or developing to leverage the staff time and reduce duplication of effort between similar projects. For example, the project teams for the *Alabama Increasing School Administrators Effectiveness* and the *Mississippi Preparing Effective Leaders to Support Teacher Retention* might collaborate based on both projects focusing on improving leadership effectiveness. Similarly, project teams for the *Florida Improving Outcomes for English Learners* and *Students with Disabilities, Mississippi Implementing High-Leverage Practices for Students with Disabilities in CSI Schools*, and *Mississippi Improving English Learner Outcomes* will be able to develop resources, presentations, and tools that can be used across all three projects to reduce duplication and maximize staff time. Additionally, it should be

ED 000485



noted that some proposed Gulf CC projects are similar R7CC (2019–2024) . RMC regards this as an advantage since it will allow RMC to leverage resources from the current cycle.

## B4. PROPOSED PARTNERSHIPS

RMC has extensive experience engaging in partnerships with other federally funded providers and national, regional, and State organizations to reduce client burden, promote collaboration across SEA offices, and ensure that Federal resources are used efficiently and effectively. Most recently, through the R7CC (2019–2024), RMC partnered with the REL Southeast at the *Collaborate* level of the CCNetwork Collective Impact Continuum (**Figure 3**) to support Alabama's development and implementation of the *Alabama Framework for English Learner Success* and *Guidance for High-Quality Instruction and Assessment for English Learners*. While the REL Southeast helped with data collection and analysis and provided evidence-based resources to develop Alabama's understanding of the challenge and the research supporting a solution, our current R7CC facilitated the development of these State-specific resources and professional learning community modules that have been deployed statewide through regional EL specialists. Additionally, the REL Southeast and our current R7CC have cooperated by conducting joint meetings with CSSOs, serving on each other's advisory and governing boards, and sharing information about their individual projects within the States to identify opportunities to leverage one another in attaining their individual goals.

Through the current R7CC, RMC has also partnered with the National Center to support the participation of both Alabama and Mississippi in the Equity for School Improvement COP and Alabama in the *Strategic Planning for Continued Recovery* project. Additionally, to support Florida's Standards implementation work, RMC partners with the REL Southeast and two Florida IDEA-funded discretionary projects, *Problem-Solving Response to Intervention* and

ED 000486



*Florida Diagnostic and Learning Resources System*, to bring their expertise on evidence-based instruction to the project team and to ensure that all these important service providers in Florida are aligned and working together.

Building on this history of partnership in the region, RMC has received detailed letters of commitment to partner from several federally funded providers and national, regional, and State organizations as indicated in the Gulf CC five-year service plans in Section A2 (see Appendix E). Based on these letters of commitment, we are proposing the following partnerships based on the CCNetwork Collective Impact Continuum.

***Figure 3.* CCNetwork Collective Impact Continuum**



**SREB.** Created in 1948 by southern governors and legislators, SREB is a nonpartisan, nonprofit interstate compact headquartered in Atlanta, created to support public education in 16 southern U.S. States, including those in the Gulf CC Region. SREB currently has 64 projects partnering with LEAs and SEAs in the Gulf Region on which they are providing various levels of support related to school improvement or policy research. To reduce duplication of effort and

ED 000487



burden on any joint clients, we will partner at the *Cooperate*-level of the continuum to share information about our work and resources to support one another's goals. Where possible, such as with the *Alabama Redesigning High Schools for Success* project, RMC will explore opportunities to *Coordinate* with SREB to synchronize our efforts to support the improvement of high school outcomes through our individual work.

NCIL. With a mission of increasing access to and use of evidence-based approaches to screen, identify, and teach students with literacy-related disabilities, including dyslexia, NCIL will be a strong partner for our *Florida Implementing Evidence-Based Reading and Math Instruction and Intervention* project. While Florida is not one of NCIL's field service States, through this *Consult*-level partnership, RMC will access the expertise of NCIL's literacy and learning experts and will utilize NCIL products and tools in this capacity-building work.

CEEDAR Center. While the CEEDAR Center's mission focuses on building the capacity of State personnel preparation systems to prepare teachers and leaders to implement EBPs within multi-tiered systems of support, their extensive resources on HLPs for SWDs are also highly applicable to practicing teachers and leaders. Therefore, RMC and the CEEDAR Center have committed to a *Coordinate*-level partnership in which Gulf CC staff will access CEEDAR Center resources and staff expertise to apply in our *Florida Improving Outcomes for English Learners and Students with Disabilities* and *Mississippi Implementing High-Leverage Practices for Students with Disabilities in CSI Schools* projects. Additionally, RMC and the CEEDAR Center will explore opportunities for project team members from the Gulf CC, SEAs, and participating REAs, LEAS, and schools to engage with CEEDAR Center's TA partner teams and participate in CEEDAR's Cross-State Convenings to connect with similar cross-state colleagues to share and learn from one another about persistent challenges and potential solutions.

ED 000488



**IRIS Center.** The IRIS Center has developed several modules and other resources that align with the HLPs for SWDs. To further support RMC's Florida and Mississippi projects focused on improving outcomes for SWDs, IRIS has committed to a ***Consult*-level** partnership in which their experts on the HLP resources will train Gulf CC staff in their appropriate use with K–12 educators. Once trained in these resources, Gulf CC staff will leverage these resources, reducing the need to develop new resources that might duplicate IRIS Center efforts.

**CAL.** The mission of CAL is to promote language learning and cultural understanding by serving as a trusted source for research, resources, and policy analysis with expertise in research, TA, and professional development. As experts in the field of English language acquisition, CAL has committed to partnering at the ***Consult*-level** to advise and share expertise on the *Florida Improving Outcomes for English Learners and Students with Disabilities* and the *Mississippi Improving English Learner Outcomes* project. Their partnership on this project will enable Gulf CC staff to access nationally recognized experts to support high-quality intensive TA as needed to support these projects.

**REL Southeast.** RMC and REL Southeast are committed to continuing their partnership serving on each other's advisory/governing boards, conducting joint needs-sensing meetings with our common State leadership teams to support the submission of the annual joint needs-sensing memo, sharing information and leveraging each other's resources and expertise, and identifying opportunities to collaborate on service delivery so that we can leverage our designated role to support States in implementing EBPs, programs, and initiatives to address high-leverage problems.

Additionally, REL Southeast is committed to partnering with RMC's Gulf CC on the *Florida Implementing Evidence-Based Reading and Math Instruction and Intervention* project at the

ED 000489



*Collaborate*-**level** through REL Southeast's *Florida Panhandle K–5 Literacy Partnership*. Accessing REL Southeast's expertise in literacy and mathematics instruction and intervention and partnering to deploy resources, training, and tools through our shared and independent partnerships will expand the recognition and reach of both centers and support the sustainability of the EBPs that are implemented through this work. Once funded, RMC and REL Southeast will review all current work to identify other opportunities for partnership in our shared States.

While the intensity of engagement and capacity of these partnerships vary based on the requirements and resources of each of these organizations, RMC believes that these partnerships will increase awareness of federally funded providers and their resources and services, reduce the burden for States and LEAs, and streamline and simplify service provision by combining and coordinating our services and reducing duplication by leveraging the products and services of other providers. Upon award of the Gulf CC, RMC will negotiate and submit partnership agreements with each of these organizations to ED within 90 days.

## SECTION C. SUBJECT MATTER AND TECHNICAL ASSISTANCE EXPERTISE

### C1. APPROACHES TO APPLICANT DIVERSITY

As a small business with over 75 employees companywide, with 18 assigned to the Tampa, FL, office, RMC is committed to both the recruitment and retention of personnel from diverse backgrounds. To that end, RMC employs strategies to both recruit a diverse applicant pool when it has vacancies and to retain staff from diverse backgrounds once they are hired.

First, while RMC as a whole and the RMC Tampa office specifically have limited applicant openings each year due to their small size, when openings do occur, these openings are posted on the job boards of national organizations such as the Chronicle of Higher Education, the American Educational Research Association, the National Alliance of Black School Educators, and the

ED 000490



Association of Latino Administrators. When available, RMC requests the placement of these job postings to diverse partners within the networks of these organizations, such as the Chronicle of Higher Education's diversity-focused partner sites, DiversityWorking.com, LatPro.com, AfricanAmericanJobSite.com, LGBTJobSite.com, and ProDivNet.com. Tampa job postings are also shared with the career services offices of Historically Black Colleges and Hispanic-Serving Institutions in the region, and all RMC job postings are shared through the company's social media channels, including LinkedIn, X, and Facebook to expand and diversify the applicant pool. As a result of these efforts, approximately 23% of staff companywide identify as non-white, and approximately 6 of the 18 (30%) of Tampa staff identify as non-white.

To further support the recruitment and retention of diverse applicants, RMC maintains the following Equal Opportunity and Affirmative Action policy that applies to all employees and applicants.

*It is RMC Research Corporation's company policy to provide equal employment opportunity to all employees and applicants for employment without regard to race, color, creed, religion, gender, sexual preference or orientation, national origin, age, marital status, pregnancy, handicap or other disability, genetic information, or status as a veteran in accordance with all applicable federal laws. RMC Research complies with all applicable federal laws, as well as all state and local laws governing nondiscrimination in employment in each RMC Research Corporation office location. This policy applies to all terms and conditions of employment, including, but not limited to, hiring, placement, promotion, termination, layoff, recall, transfer, leave of absence, compensation, and training.*

In 2024, RMC convened a diverse staff team to develop the following Statement of Commitment to Equity with the intention of ensuring that all staff understand their role in

ED 000491



ensuring that RMC's work environment and conditions are free from discrimination and unlawful harassment to support the recruitment and retention of a diverse team.

*As a research, evaluation, and technical assistance organization with a focus on supporting schools, LEAs, and SEAs, RMC keenly understands that racial inequities underly some of the greatest social and educational challenges of our time.*

*While we embrace these conversations with the schools, districts, and states we support, we also recognize that our internal practices with respect to racial equity deserve attention. Therefore, RMC strives to recruit and retain a diverse staff of professionals across offices, and we make it clear that all staff share responsibility for ensuring our work environment and conditions are fee from discrimination and unlawful harassment.*

*Each supervisor, project director, human resource representative, and corporate officer is responsible for creating and maintaining an atmosphere free of discrimination and harassment, sexual or otherwise. Employees are held to a high standard for respecting the rights of their co-workers. Believing that examining and improving our practices—both internally and in service of our clients—is an ongoing process, we continue to reflect on our policies and practices in this area to ensure continuous improvement and the continuing recruitment and retention of a diverse team. Looking ahead, our future goals include examining and revising our employee handbook, reviewing recruitment and retention practices, and building long-term partnerships with diverse organizations that share our commitments to racial equity and social justice.*

In addition to this supportive work environment, RMC also strives to provide strong support to new employees through the assignment of more senior colleagues who engage in similar work as supervisors and mentors who meet with them monthly to check progress, address any needs,

ED 000492



and offer support. As a result of these efforts, RMC has very high retention rates, with 19 staff with over 20 years of service and 7 with between 10 and 19 years of service with the company.

## C2. KEY PROJECT PERSONNEL

Designing and delivering high-quality, useful, and relevant intensive capacity-building TA services is a complex and challenging undertaking. To accomplish this undertaking first depends on having a strong leadership team with expertise and experience in designing and leading effective, successful, and large-scale TA efforts. Secondly, it is equally important that key project personnel have deep technical and subject matter expertise so that they can bring to bear findings from rigorous research and EBP to these efforts. Additionally, key staff must possess relevant knowledge, understanding, and experience in operating and administering State and local education systems so that they can support systemic change that considers how the pieces fit together and lead to full-scale systemwide reform. Finally, key staff must have expert knowledge to ensure that TA services appropriately address the statutory requirements, regulations, and policies related to ESEA programs, current education issues, and policy initiatives.

RMC believes that the quality of our personnel leads to success. In partnership with our subcontractors, we have engaged an amazing team of highly qualified professionals with deep knowledge and experience in all subject matter areas required for our proposed service plans. Our proposed staff are known and respected in the region, and many have personal experience leading in local, regional, and State educational systems, increasing their ability to understand the needs and contexts of our clients. Our proposed staff have in-depth understanding and first-hand experiences in the region, with many currently or previously located in the region, and have been and will continue to provide virtual and on-site services at the intensity, duration, and

ED 000493



modality appropriate to achieving the milestones, outputs, and outcomes agreed to with clients and described in our ASP.

The Project Director will be assigned at .75 FTE as required in the NIA and will be supported by two co-Deputy Directors, who will each be assigned at .50 FTE, and the PI/Officer in Charge, who will be assigned at .30 FTE. Furthermore, our proposed key staff members are dedicated to the Gulf CC project at levels that ensure all milestones, outputs, and outcomes will be achieved as agreed. These staff will be augmented with the expert consultants discussed in Section B3 who are committed to joining our team as needed. Additionally, as discussed in Sections B4 and C4, we will partner with federally funded providers, State and national organizations, businesses, and industry experts to ensure that each project has a team with deep subject matter expertise needed to achieve agreed-upon milestones, outcomes, and outputs.

Below we provide brief biographies describing the training and experience of the PI, the Project Director, the Co-Deputy Directors, and all other Key Personnel. These bios are followed by matrices showing the depth and extent of each key personnel person's subject matter and TA capacity-building expertise and experience. The biographies are sequenced by organization, beginning with RMC, followed by our subcontractors. Each person's proposed role and percentage of time dedicated to the Gulf CC is indicated. Full resumes for all proposed key staff are located in Appendix A.

**Dr. Everett Barnes, Jr., PI/Officer-in-Charge – 30%.** Dr. Barnes is President of RMC and will serve as the Gulf CC PI and Officer-in-Charge and as the Gulf CC's liaison to the National Center and USED. He will be an active contributor to the Gulf CC Senior Executive Leadership Team and will support the CC's work with SEA clients. Having served in this role for the current R7CC since 2019, he is extremely familiar with the key players and stakeholders in each State,

ED 000494



as well as the long-term needs and priorities these clients are focused on. He has also been engaged on CCNetwork working groups established by USED, such as the Subgroup on Evaluation, and has participated in initiatives sponsored by the National Center.

Dr. Barnes has served continuously as a Project Director or Officer-In-Charge of ESEA TA centers since the inception of the program in 1974, covering the New England, Gulf, and Mid-Atlantic states; New York; Puerto Rico; and the U.S. Virgin Islands. He has also overseen TA centers for rural education, bilingual evaluation, and the national dissemination of evidence-based programs and practices such as Reading First, the Center on Instruction, and the National Diffusion Network. He has extensive experience in designing and sustaining systems of support and creating or enhancing capacity in the four capacity-building domains, emphasizing the need for high-quality, timely data that can drive continuous improvement. He was a rural public-school educator, a school administrator, a university School of Education faculty member, and a member of a State-funded educational assessment center. He has an Ed.D. in Educational Evaluation and Administration from the University of Massachusetts – Amherst.

**Dr. Robin Jarvis, Project Director – 75%.** Dr. Jarvis is a Vice President at RMC and will serve as Gulf CC Project Director and Gulf CC's Center for Strengthening and Supporting the Educator Workforce Liaison and will lead the *Strengthening the Educator Workforce Through Effective Professional Learning* project. She oversees RMC's Tampa office and is currently the R7CC Director and the Florida State liaison. She also leads and contributes to direct TA projects, including the *Florida B.E.S.T. Standards Implementation* project and the *Alabama Early Literacy* project. Dr. Jarvis has 17 years of experience providing capacity-building TA to SEAs and ministries of education in the U.S. States, territories, and freely associated States through the CC and REL programs. Dr. Jarvis previously managed research partnerships for the REL Southeast,

ED 000495



served as Deputy Director of the REL Pacific, and contributed to both the REL Central and REL Appalachia. She is the former director of the Southeast CC and contributed to the Texas CC, the North Central CC, and the Northeast CC. For over 20 years, Dr. Jarvis served in K–12 education roles, including teacher, principal, State director of professional development, State director of school and district accountability and improvement, State assistant superintendent, and interim superintendent of Louisiana's Recovery School District in New Orleans. She holds a Ph.D. in Educational Leadership and Research from Louisiana State University.

**Dr. Heidi Goertzen, Co-Deputy Director – 50%.** Dr. Goertzen is a Senior Research Associate at RMC and will serve as Gulf CC Co-Deputy Director, Alabama State Service Liaison, and the Center on ELs and Multilingualism Liaison. She will also lead the *Improving EL Outcomes* project. She is currently an R7CC Co-Deputy Director and has led projects in Alabama and Mississippi that support clients with identifying and selecting EBPs in math, literacy, school leadership, education finance, and ELs. Dr. Goertzen is also the partnership manager for the Alabama EL Outcomes Partnership for the REL Southeast and leads a Task 4 training, coaching, and TA project. Prior to her work at federal TA centers, she administered ESEA federal programs with a specialization in Title III and ELs at SEA and LEA levels. Dr. Goertzen began her career as an ESL teacher for nine years in Texas, Indiana, and Alabama and holds a Ph.D. from Auburn University in Administration of Elementary and Secondary Education.

**Mr. Jack Schwarz, Co-Deputy Director – 50%.** Mr. Schwarz is a Senior Research Associate at RMC and will serve as a Gulf CC Co-Deputy Director overseeing stakeholder engagement. He will also lead the *Reducing Chronic Absenteeism and Increasing Student Engagement* project. He has 17 years of experience providing TA and professional development to SEAs through the CC program. At RMC's R7CC (2019–2024), he supports overall project management and

ED 000496



administration as Co-Deputy Director and provides evidence-based research and coaching to SEAs as project lead. For the National Center (2019–2024), Jack designed and delivered quarterly virtual convenings for 13 SEA teams over the course of 2 years to help LEAs use evidence-based interventions for learning acceleration. For RMC's Northeast CC (2012–2019), Jack provided research, analysis, and consultation to SEAs on accountability systems and structures to support underperforming schools and districts through the development and implementation of their ESSA consolidated State plans. Jack has experience translating policy and practice through conference presentations, written briefs, blogs, and videos. Jack has an Ed.M. in Education Policy and Management from the Harvard Graduate School of Education.

**Mrs. Patricia Cox, Project Lead – 50%.** Mrs. Cox is a Research Associate at RMC and will lead the *Increasing School Administrator Effectiveness* project. She has over 20 years of experience providing professional development and TA in literacy and coaching. Currently, as project lead for an R7CC literacy project in Alabama, Mrs. Cox provides TA to SEA and LEA leaders and local reading specialists to understand and apply self-assessment tools, data collection resources, and needs sensing to implement literacy coaching effectively. Additionally, she provides intensive TA and capacity building with the R7CC on projects focused on evidence-based literacy and principal leadership. Mrs. Cox has extensive experience in literacy content review. She is a former elementary and middle school teacher and has been a coach at the school, district, State, and national levels. Her work includes a self-assessment tool for coaching and co-development of the *Alabama Coaching Framework* and the Structured Student-Centered Practice Profile. Patricia holds an M.Ed. from the University of North Carolina, Charlotte.

**Dr. Guillermo Farfan, Project Lead – 30%.** Dr. Farfan is a Research Associate at RMC and will lead the *Redesigning High Schools for Success* project. He is involved in all aspects of

ED 000497



research and evaluation and provides highly relevant and effective TA through the R7CC and the REL Southeast to various State, regional, and local agencies. He delivers capacity-building training to SEA leaders on understanding and applying ESSA evidence criteria and works closely with SEA and REA staff to identify, assess, and support evidence-based mathematics initiatives, including implementing evidence-based instructional practices that lead to better student outcomes in mathematics. He is also experienced in conducting needs sensing on TA for SEAs, REAs, and LEAs. Dr. Farfan previously worked as a Visiting Assistant in Research at the Florida Center for Research in Science, Technology, Engineering, and Mathematics, where he was involved in large-scale research projects focused on improving mathematics classroom instruction. As a former mathematics teacher, he has written several popular articles and blogs about best practices in mathematics education and has hosted workshops and presentations at regional and national conferences. He holds a Ph.D. in Educational Psychology from Florida State University.

**Dr. Jessica Sidler Folsom, Project Lead – 50%.** Dr. Folsom is a Research Associate at RMC and will serve as the Gulf CC's Center for Early School Success Liaison and lead the *Improving Outcomes for ELs and SWDs* project. She currently provides intensive capacity building and TA with the R7CC on projects focused on evidence-based instruction in literacy, SWDs, and teacher preparation. She provides TA to SEA leaders on understanding and applying ESSA evidence criteria and works with State literacy leaders and coaches on a variety of literacy initiatives. Jessica provides TA to SEAs regarding the development of early learning policies aligned with evidence-based literacy practices and is experienced in conducting needs sensing to develop targeted TA for SEAs and LEAs. She has served as a research methodologist for the REL Southeast at the Florida Center for Reading Research, where she was the PI on studies focused

**ED 000498**



on school improvement, State policy related to literacy, and effective school leaders. Jessica is a former classroom special education teacher, district special education leader, and instructional coach. She has extensive dissemination experience, including writing IES publications, white papers, and blogs; creating infographics; and presenting at local and national conferences. She holds a Ph.D. in Special Education from Florida State University.

**Mr. Samuel Glickman, Project Lead – 75%.** Mr. Glickman is a Research Associate at RMC who will serve as the Florida State Service Liaison. He will also lead the *Implementing Evidence-Based Reading and Math Instruction and Intervention* and *Implementing HLPs for SWDs in CSI Schools* projects. He currently provides TA for R7CC on various projects, including those focused on standards implementation, evidenced-based literacy instruction, SWDs, educator preparation, and leadership development. He directly supports State, consortia, district, and school leaders on various initiatives, including effective standards implementation and instructional improvement. Sam formerly served the Florida Department of Education as director of the Educator Preparation Unit. He also led targeted school and district professional development programs for the Bureau of School Improvement. Sam worked as a secondary ELA subject matter expert for the Learning Systems Institute at Florida State University, designing and creating standards-aligned instructional materials. He is a former secondary ELA teacher with experience teaching literacy in suburban and inner-city settings. Sam has extensive experience leading professional development events and presenting at regional and national conferences. He combines his diverse background in education with strategic thinking to implement partner-centered strategies for improved educational outcomes. He holds an M.S. in English Education and an M.B.A. from Florida State University.

ED 000499



**Dr. Shannon Lasserre-Cortez, Internal Evaluation Lead – 25%.** Dr. Lasserre-Cortez is a Senior Research Associate at RMC who will serve as the Gulf CC's Performance Management and Evaluation lead. She manages evaluation projects for the RMC Tampa office and provides technical support, research, performance management, and evaluation services to a variety of education programs. Dr. Lasserre-Cortez serves as lead evaluator for the 2019–2024 R7CC and director of the REL Southeast RMC subcontract. She serves as PI for such projects as the Nevada Native Youth Community Project grant and the Southeastern Louisiana University Computer Science Professional Development Program Evaluation. Her expertise includes developing and utilizing logic models, Implementation and Improvement Science, systems change, and evaluating implementation of evidence-based PPIs. Previously, she was the senior research lead for the REL Southwest in Louisiana and Arkansas, where she provided coaching and conducted research on prekindergarten enrollment, school choice, and teacher retention. She has experience as an elementary and middle school teacher and as a research analyst for the Louisiana Department of Education, Quality Educators and Accountability Divisions.

**Mrs. Kimilee Norman-Goins, Communications/Dissemination Lead – 50%.** Mrs. Norman-Goins is the Publishing and Communications Director at RMC, who will serve as the Gulf CC's Communications and Dissemination Lead. Mrs. Norman-Goins leads the communication and dissemination work for RMC's R7CC. In this role, she updates and maintains the R7CC website, supports content development for newsletters and blogs, and maintains the CC's social media presence and visibility. She has created effective communication channels, with data to support success, by forming linkages between the publication of new content and the dissemination of the latter through timely newsletters and social media campaigns. She works with R7CC evaluators to report on relevant social media and website analytics to measure stakeholder

ED 000500



engagement and reach. Mrs. Norman-Goins provides editorial and communications assistance in areas such as editing, digital content creation, social media management, and graphic design. She directs quality assurance procedures, moving deliverables through the publication process by providing editorial reviews, adding or enhancing visual elements, ensuring style and accessibility compliance, and applying dissemination strategies upon publication.

**Dr. Verónica Ruiz de Castilla, Project Lead – 25%.** Dr. Ruiz de Castilla is a Research Associate at RMC and will serve as the Gulf CC's Center on Fiscal Equity Liaison and lead the *Strengthening Evidence-Based Practice through Effective Use of Funds* project. She currently provides research support, capacity building, and TA for the R7CC on projects focused on evidence-based instruction for ELs and resource allocation strategies. Dr. Ruiz de Castilla works with State EL leaders and regional specialists on high-quality instruction and assessment practices for ELs and the development of an EL coaching model. She also works with State and local leaders on implementing a return-on-investment approach to make resource allocation decisions. Dr. Ruiz de Castilla is the PI for a REL Southeast study looking at instructional practices associated with growth in academic achievement and English proficiency of ELs. Verónica has served as the PI for REL Southwest studies focused on EL education and capacity building of rural educators. Verónica is a former bilingual classroom teacher and a native Spanish speaker. She has extensive dissemination experience writing IES publications, white papers, and blogs, developing and recording webinars for asynchronous delivery, delivering webinars, and presenting at local and national conferences. She holds a Ph.D. in Economics from the University of Texas at Austin.

**Mrs. Lauren Matlach, Project Lead – 20%.** Mrs. Matlach is a Subject Matter Expert at AEM Corporation who will lead the *Preparing Effective Leaders to Support Teacher Retention* project

ED 000501



and serve on the Alabama Leadership Framework team for the Gulf CC. She currently provides high-quality, intensive capacity building and TA on projects with Florida and Mississippi with RMC's R7CC, focusing on community engagement, school improvement, and educator workforce issues. Lauren supports SEAs in understanding and applying EBPs and provides professional development to build capacity at the SEA level. She has extensive experience conducting needs sensing, developing tools and evidence-based resources, and facilitating stakeholder engagement to develop service plans. Lauren's past roles include serving as the Director of the Office of Educator Excellence and Certification Services at the Rhode Island Department of Education, where she led efforts to recruit, prepare, certify, support, and retain educators. She also worked as an Education Specialist at the Rhode Island Department of Education, leading the development of the State's Equitable Access Plan and providing TA to educator preparation programs. Lauren has authored numerous publications and presented at local and national conferences. She holds an M.A. in Educational Leadership and Policy Studies from the University of Maryland College Park.

**Dr. Angela Rutherford, Project Lead – 25%.** Dr. Angela Rutherford is a professor at the University of Mississippi (UM) and will serve as the Mississippi State Service Liaison. She currently provides intensive capacity building and TA focused on literacy and community engagement with the current R7CC as a partner with RMC. She has more than 30 years of experience in public education, with 14 years of K–12 experience. For the last 18 years, Dr. Rutherford has served as Director of CELI, where she secures and manages multiple grant projects focused on providing TA and professional development to districts and schools, as well as to communities within the MS Campaign for Grade-Level Reading where communities rally around schools to ensure that children read on grade level by the end of Grade 3 by focusing on

ED 000502



school attendance, school readiness, and summer learning, as well as family engagement and support. Angela actively serves on numerous national, regional, State, and local committees and task forces all focused on ensuring that students receive equitable access to effective teachers and leaders and that families are empowered to advocate for their children. She holds a Ph.D. in Reading Education from Auburn University.

**Dr. Kathleen Ryan Jackson, Implementation Science Specialist – 22%.** Dr. Jackson is an Implementation Specialist at the NIRN and will serve in that role on the Gulf CC. She currently provides implementation support to the R7CC team and within capacity-building projects for Mississippi. Kathleen also has extensive experience in organizational and system change in the fields of education, early childhood, juvenile justice, residential schools, and community organizations. She was drawn to the field of implementation science following her tenure in the field of educational leadership. She is passionate regarding the importance of developing a collective commitment to continuous improvement at all levels of the system so everyone can see they have a role to play and that policy is developed to spread, scale, and sustain effective practice. Kathleen is the Founder of the Western Implementation Society for Practice and Research, an affiliate of the Global Implementation Society. She was honored as a recipient of the Carnegie Foundation's Spotlight on Improvement in 2018 for her expertise in blending the science of improvement and implementation. She has extensive dissemination experience with multiple audiences and in a variety of outlets. She holds a Doctor of Education in Policy, Measurement, and Leadership from the University of Oregon.

ED 000503



*Table 10.* Subject Matter Expertise, Knowledge, Understanding, and Experience in Operating and Administering State and Local Educational Systems

**Gulf CC Key Personnel**

| Key: E = Extensive Knowledge; In-Depth Expertise; Extensive Experience K = Professional-Level Knowledge; Professional-Level Expertise; Moderate Experience | Statutory Requirements, Regulations, and Policies Related to ESEA Programs | Policy Initiatives for Supporting Implementation and Scaling Evidence-Based Practices | Providing Highly Relevant and Highly Effective Technical Assistance | Operating and Administering State and/or Local Education Agencies | Post-Secondary Education | Recruitment and Retention of Qualified Teachers | Teacher Workforce Shortages | Educator Preparation Programs and Pathways | Comprehensive and Targeted School Improvement | Social-Emotional Learning and Discipline | Chronic Absenteeism | Core Academic Instruction and Assessment | Evidence-Based Math | Evidence-Based Literacy | English Learners and Multilingualism | Early Learning | Tribal Education | Students with Disabilities | Parent and Community Engagement | Rural Education | Equitable Funding, ROI, Resource Allocation Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RMC Corporation** | | | | | | | | | | | | | | | | | | | | | |
| Everett Barnes | E | E | E | K | K | K | K | K | E | K | | E | K | K | K | | | | K | K | |
| Robin Jarvis | E | E | E | E | K | K | K | K | E | K | | E | | K | | E | K | K | K | | |
| Heidi Goertzen | E | E | E | E | K | K | K | K | E | K | K | E | | K | E | | | | K | | K |
| Jack Schwarz | E | E | E | E | K | K | K | K | E | | K | K | | | | | | | E | K | E |
| Patricia Cox | | E | E | K | K | K | | E | K | | | E | K | E | K | K | | K | K | K | |
| Guillermo Farfan | | K | E | | E | K | K | E | K | | | K | E | K | K | K | | | | | |
| Jessica Folsom | K | K | E | E | E | K | K | E | E | | | E | K | E | K | E | | E | | | |
| Sam Glickman | | K | E | E | K | K | K | E | E | | K | E | | E | | | | K | K | | |
| Verónica Ruiz de Castilla | | K | E | | K | K | E | E | K | K | | K | K | E | E | K | K | | | K | E |
| Shannon Lasserre-Cortez | | | | | | | | | | | | | | | | | | | | | |
| Kimilee Norman-Goins | | K | | | | | | | | | | | | K | | | | | | | |
| **AEM Corporation** | | | | | | | | | | | | | | | | | | | | | |
| Lauren Matlach | E | E | E | E | K | E | E | E | | | E | | K | E | | | | | E | | K |
| **Center for Excellence in Literacy Instruction** | | | | | | | | | | | | | | | | | | | | | |
| Angela Rutherford | K | K | E | K | E | K | K | E | E | K | E | E | K | E | K | E | K | K | E | E | K |
| **National Implementation Research Network** | | | | | | | | | | | | | | | | | | | | | |
| Kathleen Ryan Jackson | K | E | E | E | E | E | E | E | E | E | E | E | E | E | K | E | K | E | E | E | E |

ED 000504



**Table 11.** Expertise in High-Quality Technical Assistance and Capacity Building Services

| Gulf CC Key Personnel Key: E = Extensive Knowledge; In-Depth Expertise; Extensive Experience K = Professional-Level Knowledge; Professional-Level Expertise; Moderate Experience | Conducting Needs Sensing | Assisting SEA with Implementing Approved ESEA Consolidated State Plans | Direct experience working with SEAs, REAs, LEAs | Developing, Implementing, Disseminating, and Evaluating Communication Plans | Consulting with a Broad Range of Stakeholders to Develop Service Plans | Identifying and Selecting Evidence-Based (EB) Programs, Practices, Interventions (PPIs) | Planning, Implementing, Scaling, and Sustaining EB Programs | Evaluating Implementation of EB PPIs | Coaching, Mentoring, Facilitating | Developing and Utilizing Logic Models | Project Management and Administration | Performance Management and Evaluation | High-quality, Intensive Capacity Building | Providing and Evaluating Readiness and Capacity Building Services | Adult Learning Principles, Implementation, Improvement, and Systems Change | Promoting Latest Evidence, Research/Data | Developing Tools, EB Resources, and Guides | Presenting at Natl. & Reg. Conferences | Percent Time on RoCC | Yrs. Delivering TA Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RMC Key Staff** | | | | | | | | | | | | | | | | | | | | |
| Everett Barnes | E | E | E | K | E | E | E | K | E | K | E | E | E | E | E | E | K | E | 30 | 40 |
| Robin Jarvis | E | E | E | K | E | E | E | E | E | K | E | K | E | E | E | E | E | E | 75 | 17 |
| Heidi Goertzen | E | E | E | K | E | E | E | E | E | K | E | K | E | K | E | E | E | E | 50 | 20 |
| Jack Schwarz | E | E | E | K | E | E | E | K | E | K | E | K | E | E | E | E | E | E | 50 | 17 |
| Patricia Cox | K | E | E | K | K | E | K | K | E | K | E | K | E | K | K | K | K | E | 50 | 20 |
| Guillermo Farfan | K | | E | K | K | E | K | E | K | E | E | K | E | | K | E | K | E | 30 | 2 |
| Jessica Folsom | E | | E | K | K | E | E | E | E | K | E | K | E | | E | E | E | E | 50 | 12 |
| Sam Glickman | E | K | E | K | E | E | E | K | E | K | E | K | E | K | K | K | K | E | 75 | 4 |
| Verónica Ruiz de Castilla | K | | E | | K | E | E | E | E | E | K | K | E | K | K | E | E | E | 25 | 12 |
| Shannon Lasserre-Cortez | E | K | E | K | E | K | K | E | | E | E | E | K | K | K | E | K | E | 25 | 20 |
| Kimilee Norman-Goins | | | E | | | | | | | K | | | | | | K | K | K | 50 | 4 |
| **AEM Corporation** | | | | | | | | | | | | | | | | | | | | |
| Lauren Matlach | E | E | E | E | E | E | E | K | E | E | E | K | E | E | E | E | E | E | 20 | 13 |
| **Center for Excellence in Literacy Instruction** | | | | | | | | | | | | | | | | | | | | |
| Angela Rutherford | K | K | E | K | E | E | E | E | E | E | E | K | E | K | K | E | E | E | 25 | 17 |
| **National Implementation Research Network** | | | | | | | | | | | | | | | | | | | | |
| Kathleen Ryan Jackson | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | E | 22 | 15 |

ED 000505



## C3. TECHNICAL ASSISTANCE EXPERTISE OF APPLICANT

RMC and its three subcontractors have five years of demonstrated experience and expertise in providing high-quality, intensive capacity-building TA together on the current R7CC. RMC has provided ESEA TA to SEAs and LEAs for more than 45 years. A summary of the experiences of RMC and its subcontractors is presented below.

**RMC Research Corporation.** RMC is a privately held professional services firm specializing in TA, professional development, and policy and program research and evaluation. RMC is headquartered in Portsmouth, NH, and has four additional offices across the nation: Arlington, VA; Tampa, FL; Denver, CO; and Portland, OR. Under the ownership of Everett Barnes and Christine Dwyer since 1985, RMC has established a reputation as a provider of high-quality TA for USED, SEAs, districts, and schools.

RMC has been a successful and trusted provider of CC services for USED since the 1970s, with demonstrable success in building State and district capacity to implement federal education reform initiatives. Under the current ETAA CC Network (2019–2024), RMC has held the prime contract for R7CC, as well as subcontracts for Regions 4 and 8 and the National Center. Additionally, RMC has been a subcontractor to the National Center on Improving Literacy since 2016. In the 2012–2019 CC cycle, RMC was the prime for the Northeast CC and a subcontractor in six other regional Centers (Mid-Atlantic, Appalachia, Great Lakes, Southeast, Texas, and Southwest). Additionally, RMC led the New England CC, the New York CC, the Center on Instruction (2005–2012), and the National Reading Technical Assistance Center (2002–2010). Since 2012, RMC has been a partner to Florida State University/Florida Center for Reading Research on the REL Southeast. RMC currently manages the work of three Research Partnerships. One partnership focuses on improving EL outcomes in Alabama, the second is

ED 000506



exploring how to translate and apply the latest research on EBPs in literacy and mathematics to a virtual education platform with the Florida Virtual School, and the third is implementing the *Professional Learning Community: Emergent Literacy* with the South Carolina Department of Education to learn about impacts on teacher practice and student outcomes to support scaling of the model. Under the umbrella of these Research Partnerships, RMC staff lead training, coaching, and technical support activities.

TA through each of these centers has focused on a systemic approach, including all levels of States' education systems to provide timely, relevant, and useful TA that has resulted in demonstrable improvements in instruction that are clear and measurable. Additionally, by engaging regional providers in each State, R7CC has increased the potential for self-sufficiency and sustainability of these improvement activities through a network of individuals who are prepared to continue to promote, champion, and lead these efforts in the future. For example, at R7CC's inception, Alabama education leaders identified the need to provide support to districts and schools as they struggled to serve the increasing population of ELs in the State. With ELs increasing from 2.64% of the student population in 2015 to 3.954% in 2021 (ALSDE, 2021), many districts, such as Montgomery and Randolph Counties, with 13% and 20% EL populations, respectively, were struggling to find certified English language acquisition teachers and to train classroom teachers in evidence-based strategies to support the needs of these students. To address this need, our proposed co-Deputy Director and Alabama State Service Liaison led a four-year intensive capacity-building project that included partnering with the SEA and the REL Southeast to facilitate a diverse stakeholder workgroup, using current research on adult learning principles, coaching, and implementation science as they developed the *Alabama Framework for English Learner Success* (ALSDE, 2021). To ensure that the Framework was implemented and



sustained, with the R7CC team's support, ALSDE developed an implementation plan laying out specific actions, timelines, and responsibilities to accomplish the vision and strategic goals of the Framework. The team then moved on to the implementation of the Framework by co-developing Alabama's *Guidance for High-Quality Instruction and Assessment for English Learners,* including aligned training and coaching tools. Thirteen regional EL specialists have been trained in the use of the guidance, training, and coaching tools and have piloted it with districts in their region. Through regular PDSA cycles with these regional specialists, the team is continuously improving these materials in preparation for statewide scale. RMC is committed to continuing to focus on long-term, in-depth projects that are based on implementation science, informed by research on adult learning principles, and provide coaching that builds capacity at all levels to ensure self-sufficiency and sustainability of all Gulf CC projects.

In operating the Center on Instruction and the National Reading Technical Assistance Center, RMC commissioned, published, and disseminated research-based products and tools and offered training and TA in literacy, mathematics, science, and education for ELs and students with special needs. To ensure that each product, tool, and training/TA material was of the highest quality and included the most current and rigorous research, RMC subcontracted with numerous nationally recognized subject matter experts, including the Florida Center for Reading Research at Florida State University, the Vaughn-Gross Center for Reading and Language Arts at the University of Texas, and the Center on Teaching and Learning at the University of Oregon, using an extensive personnel management system to enable effective identification, selection, development, supervision and retention of this team of subject matter experts and RMC professional staff.

ED 000508



**AEM Corporation.** AEM is one of the USED's premier TA and data management partners, supporting 27 program offices, 60 States and territories, 17,000+ districts, and over 240 grantees for over 20 years. AEM provides extensive program and project management experience, technical skills, and subject matter expertise to support federal, State, and local initiatives to improve education for students across the country. AEM has over 120 experts on staff, including former superintendents, State staff, and content experts in a wide range of topic areas, including STEM, teacher quality, equity, school choice, data, evaluation, research, and TA. Since 2019, AEM has been a subcontractor to RMC on the current R7CC, leading projects in Mississippi and supporting projects in both Alabama and Florida. They have provided expertise in the areas of school leadership, school improvement, and elementary mathematics. AEM also leads the Effective Educator TA Center for the Effective Educator Development Programs Office in the Office of Elementary and Secondary Education. Through this center, AEM supports districts, institutions of higher education, and non-profit organizations receiving grants through this office. Through the Equitable Access Support Network, AEM supported States, including Alabama and Mississippi, and territories in drafting and implementing Educator Equity Plans. AEM also previously led the Teacher Quality Programs TA Center, provided TA to 11 Striving Readers Comprehensive Literacy grantees, and led the District Reform Support Network, providing support to 21 grantees focused on personalized learning for all students.

**University of Mississippi Center for Excellence in Literacy Instruction (CELI).** CELI is located within the School of Education at the University of Mississippi. CELI has provided TA for Mississippi LEAs and MDE since its inception in 2008. CELI has partnered with literacy leadership teams in very rural, under-resourced schools using needs-sensing protocols to create annual literacy plans, including professional learning, coaching, and materials to ensure that the

ED 000509



adults in these schools understand and use evidence-based instructional and intervention practices. These schools have shown strong gains in reading outcomes, many of which have been maintained for over 10 years. CELI also uses the Campaign for Grade-Level Reading's national model to assist community coalitions in analyzing data, completing a landscape analysis, and creating Community Solutions Action plans to increase school readiness, school attendance, and availability of and participation in high-quality summer learning. CELI also currently houses Mississippi Jumpstart for Young Children and Mississippi Mission Acceleration High-Dosage Tutoring Model. While CELI primarily works in Mississippi, CELI staff members have supported other States in aligning teacher preparation and the science of reading, developing a State literacy instructional continuum, and delivering dyslexia professional learning.

**University of North Carolina at Chapel Hill, National Implementation Research Network (NIRN).** NIRN is a multi-disciplinary team with a mission to contribute to the best practices and science of implementation, organization change, and systems reinvention to improve outcomes across the spectrum of human services. NIRN consists of Implementation Scientists who collectively represent decades of research and experience related to the development and implementation of EBPs. For over 15 years, NIRN has led and engaged in national and global implementation initiatives and capacity building across human services. This has included engagements within and across the fields of early childhood development, education, child welfare, health and public health, mental health and substance abuse, and criminal justice. NIRN continues to focus much of its efforts on directly building implementation capacity at the federal, State/province, and local levels, as well as with non-governmental partners, such as foundations and intermediary organizations of evidence-based programs and practices. In addition to the expertise of its core investigators, key NIRN staff members have

ED 000510



expertise in communications technology, web architecture, and administrative support. NIRN is located within the Frank Porter Graham (FPG) Child Development Institute at the University of North Carolina-Chapel Hill (UNC-CH). Backed by the full facilities and intellectual and scholarly resources available within FPG at UNC-CH, NIRN has more than adequate resources to support the CC.

## C4. DEVELOPING NEW AND ONGOING PARTNERSHIPS

In addition to the proposed partnerships in Section B4, for which we have already received organizational commitment, RMC is committed to continuing to identify and develop new and ongoing partnerships to both support our proposed service plans and emerging needs. Our goal in these new and ongoing partnerships is to ensure we provide high-quality TA and subject matter expertise that addresses the high-leverage needs of our SEAs, REAs, TEAs, and LEAs.

***Connecting Peers Within and Across States.*** RMC is proposing to connect peers within States through engaging REAs, TEAs, LEAs, and school staff members as project team members in the delivery of services in each of our projects. By engaging practitioners at these levels directly in the projects, we will ensure that their input and voice are included in the service delivery as they collaborate to design, test, and revise resources, tools, processes, and policies to support implementation of EBPs in their local contexts. Including practitioners will enable the Gulf CC to test project resources, tools, and processes across a variety of regional, district, and school contexts to strengthen the likelihood of successful implementation and sustainability.

Within the region, RMC will encourage cross-State connections through our Chronic Absenteeism Cross-State Collaborative and by providing cross-State collaboration opportunities for State project teams working on similar high-leverage problems. For example, the Florida and Mississippi projects focused on implementing EBPs for SWDs and ELs in CSI, TSI, and ATSI



schools will conduct semi-annual joint sessions to share their progress, challenges, and lessons learned. The Alabama and Mississippi projects focused on strengthening effective school leadership to support teacher development and retention will use similar joint meetings to share their approaches to leadership development and discuss the latest research with colleagues and national experts.

To support cross-State connections outside the Gulf Region, RMC will engage Gulf CC staff and Florida project team members on the Implementing Evidence-Based Reading and Math Instruction and Intervention in the CEEDAR Center's Cross-State Convenings to share and learn about persistent challenges and potential solutions from cross-State colleagues. RMC will also identify similar service plan projects supported by other CCs and arrange for cross-State sharing opportunities with these CCs and their States. COPs, trainings, webinars, and other cross-State networking opportunities provided by the National Center and the four Content Centers will also be shared with the Gulf CC States to encourage cross-State connections and sharing.

***Collaborate with National Center and Content Centers.*** Over the five years of the R7CC, RMC's team participated in multiple CC working groups, including the Accelerated Learning, Educator Workforce, and Multilingual Learner groups. Additionally, RMC has supported both Alabama's and Mississippi's participation in the Equity for School Improvement Community of Practice, Alabama's participation in the Strategic Planning for Continued Recovery, and all three States' participation and presentation at the "Meeting the Moment" Convening.

In keeping with our history of collaboration and participation with the CCNetwork, RMC will seek out opportunities to partner with both the National Center and the four Content Centers to support client and recipient participation in the targeted capacity-building services provided by these centers. Additionally, while RMC has identified and received commitments from a pool of

ED 000512



national experts in areas aligned to our proposed service plan, as additional support is needed on the currently identified high-leverage needs or newly emerging needs, RMC's Gulf CC will work to retain the services of additional nationally recognized content experts in partnership with the National Center, Content Centers, and other federally funded providers with which we do not already have proposed partnerships. Some examples of partnerships that RMC is planning to pursue upon award of the Gulf CC include:

**National Center.** RMC is proposing to partner with the National Center to develop an *Implementation Science Application Guide for Comprehensive Center Work,* which will include shared processes, tools, and lessons learned over our last five years partnering with NIRN to apply implementation science research in our R7CC work. We envision that this guide will contain a suite of infographics, templates, and other tools that will ensure consistent use of our implementation science knowledge assets across our projects. It will enable staff to have the right tools, customized for CC work, at their fingertips to use for routine steps in our process and for solving any problems immediately as they arise. We will work with our subcontractor, NIRN, and the National Center in the dissemination of this guide and its use across the CCNetwork and by other federal TA providers.

Additionally, RMC is committed to supporting Gulf CC staff in CCNetwork peer learning opportunities that enable the sharing of information about effective practices we are using in our region and allow our team to learn about effective capacity-building being used in other regions to enhance our provision of high-quality services. RMC looks forward to participating in CCNetwork working groups and supporting our staff and States' participation in activities, such as convenings, webinars, COPs, and other learning opportunities sponsored by the National Center. Finally, we are committed to sharing information about our projects, resources, and

ED 000513



lessons learned through blogs, videos, infographics, and other forms of media shared to the CCNetwork website.

**Content Centers.** RMC is committed to participating in trainings and using products, tools, and other resources provided by these centers. Additionally, upon award of the CCs, RMC's leadership will schedule meetings with each of the content centers to discuss service delivery plans and how we might leverage the expertise of each Content Center in our work. Without full knowledge of the service plans or resource capacity of these centers, RMC foresees the opportunity for the following partnerships with the Content Centers.

- o **Center on Fiscal Equity.** Provide subject matter and technical expertise for the Alabama *Strengthening Continuous Improvement from a Return-on-Investment Lens* project.

- o **Strengthening and Supporting the Educator Workforce Center.** Provide subject matter and technical expertise for the Alabama *Increasing the Effectiveness of School Administrators*, Florida *Strengthening Professional Learning*, and Mississippi *Preparing Effective Leaders to Support Teacher Retention* projects.

- o **Center on English Learners and Multilingualism.** Provide subject matter and technical expertise for the Florida *Improving Outcomes for English Learners and Students with Disabilities* and Mississippi *Improving English Learner Outcomes* projects.

- o **Center for Early School Success.** Provide subject matter and technical expertise for the Florida *Implementing Evidence-Based Reading and Math Instruction and Intervention* project.

**Deans for Impact (DFI).** DFI is a national nonprofit with a mission of ensuring that future teachers are equipped with the tools to create rigorous, equitable, and inclusive classrooms so that all children thrive. Since 2015, the organization has worked with hundreds of teachers and



teacher-educators, educator preparation leaders, district and school partners, policymakers, and mission-aligned organizations to make instructional quality, guided by cognitive science principles, a priority in the way teachers are prepared. As we pursue projects related to educator workforce development, we will seek to partner with DFI to leverage their deep expertise in the areas of cognitive science and educator preparation, including engaging members of their senior leadership as nationally recognized experts.

**Student Engagement and Attendance Center (SEAC).** Due to the current competition for this center, the current incumbent was unable to provide a letter committing to partner with RMC's Gulf CC on our regional collaborative addressing chronic absenteeism. Upon award of both centers, RMC will contact the SEAC awardee to discuss partnership opportunities that support the roles and responsibilities of both centers and that will enable the Gulf CC States to attain their goals in this area. This partnership will allow RMC to access SEAC's resources and nationally recognized chronic absenteeism and student engagement experts to increase awareness and visibility of SEAC in the region and reduce duplication of effort in this area.

**National Center for Systemic Improvement (NCSI).** This center is also currently undergoing a competition and was unable to provide a letter committing to partner. However, once the new award is made for this center, RMC's Gulf CC leadership will meet with the awardee to share our work focused on meeting the needs of SWDs and seek to learn about NCSI's planned work in the region. If possible, the two centers will continue to meet quarterly to share information about their work in the region so that we can align our work to reduce duplication and streamline service delivery where possible for the States.

ED 000515

**Other Attachment File(s)**

* **Mandatory Other Attachment Filename:** 1235-Appendix A_Resumes.pdf

| Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment |

**ED 000516**

## APPENDIX A
## RESUMES OF GULF CC PROJECT DIRECTORS AND KEY PERSONNEL

**RMC Research Corporation – Leadership**
    Dr. Everett Barnes, Jr. – Principal Investigator/Officer in Charge
    Dr. Robin Jarvis – Project Director

**RMC Research Corporation – Key Personnel**
    Dr. Heidi Goertzen
    Mr. Jack Schwarz
    Mrs. Patricia Cox
    Dr. Guillermo Farfan
    Dr. Jessica Sidler Folsom
    Mr. Samuel Glickman
    Dr. Shannon Lasserre-Cortez
    Mrs. Kimilee Norman-Goins
    Dr. Verónica Ruiz de Castilla

**Subcontractor: Applied Engineering Management Corporation (AEM) – Key Personnel**
    Mrs. Lauren Matlach

**Subcontractor: University of Mississippi Center for Excellence in Literacy Instruction (CELI) – Key Personnel**
    Dr. Angela Rutherford

**Subcontractor: University of North Carolina National Implementation Research Network (NIRN) – Key Personnel**
    Dr. Kathleen Ryan Jackson

ED 000517



Everett W. Barnes, Jr. Ed.D.

**Education/Training**
Ed.D., Educational Leadership and Evaluation, University of Massachusetts, Amherst, MA, 1973
M.Ed., Educational Administration and Leadership, Secondary Education, University of New Hampshire, Durham, NH, 1971
National Defense Education Act Certification, Military History and Geography, Dartmouth College, Hanover, NH, 1967
B.E., American History and Geography, Plymouth State College, Plymouth, NH, 1965

**Selected Relevant Professional History**
President, RMC Research Corporation, Portsmouth, NH (1985–Present)
    Officer-In-Charge/Principal Investigator, Region 7 Comprehensive Center (FL, MS, AL) (2019–2024)
    Subcontract Liaison for the REL Southeast at Florida State University (2012–2024)
    RMC subcontract Team Leader for the National Center on Improving Literacy (2012–2020)
    Officer-In-Charge/Principal Investigator for the US Virgin Islands Department of Education Management Assistance and K–3 Literacy Improvement Project (2012–2017)
    Officer-In-Charge/Principal Investigator for the New York State Supplemental Educational Services Certification Program (2012–2019)
    Officer-In-Charge/Principal Investigator for the Global Classroom/eAdviser Learning Management System platform for professional and technical skills micro-credentialing (2010–Present)
    Advisor to the Responsible Aquiculture Foundation for the development of online learning programs to support global aquaculture and food safety (2012–Present)
    Officer-In-Charge/Principal Investigator for the New York Comprehensive Center (NYCC); the New England Comprehensive Center (NECC); and the Center on Instruction in Reading, Mathematics and Science K–12 (COI) (2005–2012)
    Subcontract RMC Team Leader on the Southeast Regional Lab at Florida State University (2005–2012)
    Officer-In-Charge/Principal Investigator for the National Institute for Literacy (NIFL) Reading Partnership (2005–2012)
    Officer-In-Charge/Principal Investigator for the National Technical Assistance Center for Reading (2005–2012)
    Director of RMC's subcontract with Westat on the Longitudinal Evaluation of School Change and Performance (LESCP) under ESEA-IASA (2005–2012)
    Co-Executive Director, with New York University, Metro Center for Urban Education, of Region II New York Technical Assistance Center (NYTAC) (1995–2005)
    Partner/Executive Director, with George Washington University, of Region III Mid-Atlantic Technical Assistance Center (1995–2005)
    Officer-In-Charge/Director of the New England & New York Region I - Chapter 1 Technical Assistance Center (1984–1995)
    Officer-In-Charge of the New England & New York Region I Rural Technical Assistance Center (1984–1995)
    Supervisor of four other RMC-led Ch. 1 and Rural Technical Assistance Centers (1984–1995)
    Co-Director of the Bilingual Evaluation Technical Assistance Center – East (1894–1995)

Everett W. Barnes, Ed.D.
Page 2

> Director, New England Region I-Title I Technical Assistance Center (1979–1984)
> Director, National Diffusion Network Technical Assistance Systems (1979–1984)

Director of Northeast Programs, Kappa Systems, Inc. RMC Research Corporation (1972–1979)

> Director, New England Region I Technical Assistance Center for Title I (1972–1979)
> Principal Investigator for over 60 local, state, and regional evaluations/studies related to ESEA programs focused on innovation and change in education (1972–1979)

Assistant Director, Bureau of Educational Research and Testing Services at the University of New Hampshire, Durham, NH.

Coordinator, New Hampshire Statewide Testing Program (1970–1972)

Deputy Director of HEW Institutes for School Administrators in Data-Based Decision-making, Adjunct Instructor in Educational Psychology at the University of New Hampshire (1970–1972)

Principal, Campton Elementary School (Grades 1–8), Campton, NH (1967–1970)

American History/Geography teacher, Department Chairman, Woodsville High School, Woodsville, NH (1965–1967)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

| |
|---|
| School Improvement | Systemic Change | State Systems of Support | Professional Learning | Capacity Building & Technical Assistance | Evidence-based Practices | Data Use | Continuous Improvement | Root Cause Analysis |

1. _Subject Matter and Technical Assistance Experiences_

*Region 7 Comprehensive Center (FL, MS, AL) (2019–Present)*. Officer-In-charge/Principal Investigator supporting teams designing and delivering intensive, long-term technical assistance to clients and service recipients to build capacity. Support includes needs assessment, strategy development, progress and deliverables monitoring, resource adjustment, participation in Advisory Board meetings, and periodic program initiatives with clients. Serve on USED/Comprehensive Center Network working subgroups, including GPRA/Evaluation Subgroup, Dimensions of Capacity Building Subgroup, Implementation Science, and Continuous Improvement.

*Northeast Regional Comprehensive Center (NY and Six New England States) (2012–2019)*. Principal Investigator/Project Director. Conducted needs assessments to identify state priorities and collaborated with clients on the development of annual service plans focused on improving district/school performance using evidence-based practices with an emphasis on evidence-based literacy, systemic change, leadership development, and the use of data to inform decisions.

*The New York Comprehensive Center (2005–2012).* Served as the Co-Director of the New York Comprehensive Center at the Metropolitan Center for Urban Education at New York University, working directly with the New York Regents, the New York State Education Department, and the New York City Board of Education in the design and delivery of professional learning and technical assistance related to the implementation of programs and requirements under ESEA, including scientifically based reading strategies, support system for improving academic performance, reducing dropout rates; the adoption of instructional standards, the certification of supplemental after school programs and the engagement of intermediate service agencies

Everett W. Barnes, Ed.D.
Page 3

(BOCES), professional associations (UFT) and teacher preparation programs in State Initiatives focused on continues improvement.

*Northeast Comprehensive Center (Six New England States) (2005–2012).* Principal Investigator/Project Director. Conducted needs assessments to identify state priorities and collaborated with clients on the development of annual service plans focused on improving district/school performance using evidence-based practices with an emphasis on evidence-based literacy, systemic change, leadership development, and the use of data to inform decisions.

*The Center on Improving Instruction (2005-2017).* Officer-In-Charge for this Content Center designed to provide resources and technical assistance materials to the Comprehensive Center network. Focused on evidence-based practices in instruction K–12 in topics such as early childhood education, early literacy, mathematics, English learners, and science.

*The National Reading First Technical Assistance Center (2002–2008).* Served as the Principal Investigator/Project Director managing three universities, a pool of 25 early reading research experts, teams of trainers, coaches, and mentors delivering professional learning and technical assistance to SEAs, districts/schools, and intermediate agencies in the implementation of findings from research on how to improve reading performance in Grades K–3.

2. <u>Administration and Operation of State and Local Educational Systems</u>

*Principal Investigator – Lead Evaluator (1972–1977).* Served as the third-party, independent evaluator for over 60 SEA, LEA, and/or regional evaluations/studies of funded ESEA programs focused on innovation, identification and replication of best practices, and improvement and change in education.

*University of New Hampshire – Bureau of Educational Research and Testing Services (BERTS) (1970–1972).* Directed and managed the New Hampshire State-Wide Assessment program through BERTS for the New Hampshire Department of Education using norm-referenced, standardized tests. Distributed, monitored, scored, analyzed, and reported results to all school administrators in the state. Conducted state-wide test result interpretation workshops for administrators, teachers, school boards, and parents, presenting summative as well as disaggregated data. Served as the Deputy Director of a U.S. Health, Education and Welfare summer-long institute for school administrators (principals) in how to collect and use evaluation and assessment data to inform decision-making.

*Elementary School Principal (1967–1970).* Served as a "teaching principal" (history/geography and math). Introduced project-based learning and after-school programs focused on training and enrichment. Supported faculty in organizing the first collective bargaining unit (NEA) in the district.

*Secondary School Classroom Teacher (1965–1967).* Taught a two-year American History program for 11th and 12th grade, as well as civics, Geography, and English in a rural, high-poverty, New Hampshire high school. Integrated U.S. History lessons with units being taught by English and Civics instructors.

ED 000520



Robin G. Jarvis, Ph.D.

**Education/Training**
Ph.D., Louisiana State University, Educational Leadership and Research, 1998
M.Ed., Louisiana State University, Curriculum and Instruction/Early Childhood, 1987
B.S., Louisiana State University, Elementary Education, 1984
Improvement Science in Practice, Carnegie Foundation for the Advancement of Teaching, 2015

**Selected Relevant Professional History**
Vice President/Director, RMC Research Corporation, Tampa, FL (2021–Present)
Senior Research Associate/Research Associate, RMC Research Corporation, Denver, CO (2018–2021)
Executive Director/Chief Program Officer, McREL International, Denver, CO (2014–2018)
Program Manager/Director, SEDL, Metairie, LA (2007–2011)
Interim Superintendent, Recovery School District, New Orleans, LA (2006–2007)
Assistant Superintendent, Louisiana Department of Education (2004–2006)
Director of School Standards, Accountability, & Assistance, Louisiana Department of Education, Baton Rouge, LA (2002–2004)
Director of Professional Development/Program Manager, Louisiana Department of Education, Baton Rouge, LA (1999–2002)
Teacher/Principal, East Baton Rouge Parish School System, Baton Rouge, LA (1984–1999)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

School Improvement | Systemic Change | Implementation & Improvement Sciences | Professional Learning | Capacity Building & Technical Assistance | Evidence-Based Literacy | Early Learning | Educational Leadership | ESEA Program Requirements

 1. *Subject Matter and Technical Assistance Experiences*

*Region 7 Comprehensive Center (2020–Present).* Project Director; **Florida** State Liaison; Project Lead for **Florida**'s Implementing B.E.S.T. Standards to improve **core academic instruction**; Project staff for **literacy** coaching project in Alabama. Provide **management of all program requirements,** including **needs assessments**, **stakeholder engagement**, **communications and dissemination**, **personnel management,** and **partnerships.** Maintain relationships with CSSOs in **Alabama**, **Florida**, and **Mississippi**. Conduct regular **needs assessments** to identify **emerging needs**. Co-develop projects alongside **SEAs, REAs, LEAs,** and **federal provider partners** to address ongoing and **emerging needs**. Provide technical assistance and professional learning that builds capacity at the **SEA, REAs, and LEAs** to ensure **self-sufficiency** and **sustainability**.

*REL Southeast (2019–Present).* Subcontract Officer-in-Charge; Research Partnership Manager for Improving Low-Performing Schools in Mississippi (2021); Research Partnership Manager for Improving English Learner Outcomes in Alabama (2020–2021). Provide senior management of all subcontract requirements. Conduct **needs sensing** and develop partnership plans related to **improving CSI, TSI, and ATSI schools** and **English learner** outcomes. Engage partnership members and regional comprehensive center partners in designing **capacity-building** training,

Robin G. Jarvis, Ph.D.
Page 2

coaching, and technical support projects related to **evidence-based practices** for improving **CSI, TSI, and ATSI** schools and **English learner** outcomes.

*Northeast Comprehensive Center (2018–2019).* Project Lead for New York Content Area **Literacy** Toolkit project; Project staff for Massachusetts Next Generation English as a Second Language project. Co-develop projects alongside **SEAs, REAs, LEAs,** and **federal provider partners** to address ongoing and **emerging needs** related to content area **literacy** and **English learners**. Provide **technical assistance** and professional learning to build SEA capacity to **identify, select, and implement evidence-based practices**.

*REL Pacific (2015–2017).* Deputy Director; Partnership staff for Palau Research Partnership on the Improvement of Teaching. Built and maintained trusting, collaborative relationships with K–12 and higher education leadership in the region. Co-led the design and delivery of training, coaching, and technical support projects in the areas of educator effectiveness and early reading. Led the development of an **annual service plan**. Led **project management** and **communication and dissemination**.

*Southeast Comprehensive Center (2007–2014).* Senior Manager/Director; Project Co-Lead for **Mississippi** Department of Education Response to Intervention project. Provided **management of all program requirements**, including **needs assessments**, **annual service plan development and delivery, communications and dissemination**, **personnel management**, and **partnerships.** Conducted regular needs sensing and service plan development meetings with SEA chiefs and leadership in **Alabama**, Georgia, Louisiana (2007–2012), **Mississippi**, North Carolina (2012–2014), and South Carolina. Co-developed and delivered **Mississippi** project to use **evidence-based practices** to address **needs of underserved populations** and **at-risk students** in collaboration with SEA leadership and **federal provider partners**, Southeast Regional Resource Center and Southeast Equity Assistance Center. Provided resources and information on **evidence-based practices** to support the Mississippi implementation team's development of long-term strategic plans, training materials, and evidence-based practice guides for implementing Response to Intervention to reduce overidentification of students for **special education** services and disproportionate representation of **underserved students** in **special education.**

2. *Administration and Operation of State and Local Educational Systems*

*Reading First State Director (2002–2004).* Managed Louisiana's Reading First program, including subgrant application and award process to LEAs. Led design and delivery of professional development for teachers and administrators in subgrantee LEAs. Led communication with and reporting to USED program officers. Coordinated with external evaluation team.

*Title I State Director (2002–2004).* Oversaw all aspects of Louisiana's Title I program. Led the conversion of **consolidated grant** process to electronic grant system. Developed and implemented structured process for monitoring subgrantees, including risk assessment indicators for annual sampling and selection. Led the design and delivery of specialized training and technical assistance for charter schools.

ED 000522

Robin G. Jarvis, Ph.D.
Page 3

*School and District Accountability Director (2002–2004).* Led Louisiana's school and district accountability program, including identification of schools and districts for **improvement** and the system of support for identified schools and districts. Facilitated meetings of Louisiana School and District Accountability Commission in redesign of system to meet No Child Left Behind accountability requirements. Led development of training and **technical assistance** to **build school and district capacity** to understand and use accountability results in their **improvement planning**. Responsible for ensuring on-time and accurate delivery of Louisiana's school and district accountability results.

*Title II State Director (2000–2002).* Oversaw all aspects of Louisiana's statewide professional development programs. Provided oversight for Title II subgrantee application, including review, approval, and monitoring.

3. *Communication/Dissemination Experience*

Meyer, S., Weston-Sementelli, J., Villareal, E. E., Jaramillo, D., Fredericks, L., Jarvis, R., & Anguiano, C. (2022). *Miami-Dade County Public Schools Teachers Creating High-Impact Opportunities for Innovation, Collaboration and Equity (Teachers CHOICE): Transforming Professional Learning from Compliance to Agency: Evaluation Report.* RMC Research Corporation.

Weston-Sementelli, J., Meyer, S., Fredericks, L., Jaramillo, D., Anguiano, C., Villareal, E. E., & Jarvis, R. (2021). *Miami Leading Educator Advancement and Recognition through Networks of Support (Miami LEARNS): Evaluation Report 2020/21.* RMC Research Corporation.

Jaramillo, D., Jarvis, R., Meyer, S., Wang, X., & Anguiano, C. (2021). *Interim Findings from 2021/22 Studies of the Phonological Awareness Lessons and Phonics Lessons Library.* RMC Research Corporation.

Jarvis, R., Keirstead, C., & Ward, C. (2021). *CC Network Sharing: Implementation Science to Support the CC Network* [Presentation]. CCNetwork Directors' Meeting.

Jarvis, R., & Ward, C. (2021). *Transforming Technical Assistance to Support Systemic Change in State Departments of Education* [Storyboard session]. 2021 Global Implementation Conference.

Jarvis, R., Anguiano, C., & Jaramillo, D. (2020, September). *Nevada State Apprenticeship Expansion: Program Design Report.* RMC Research Corporation.

Jarvis, R., Anguiano, C., & Hill, A. (July 2020). *Nevada State Apprenticeship Expansion: Policy Analysis Report.* RMC Research Corporation.

Goertzen, H., Brookes, S., Goins, R., Harmon, K., Jarvis, R., Melton, J. A., & Truitt, D. (2020, July 8). *Best practices on distance and blended learning for Grades K-12 during COVID-19 (Fast Response).* U.S. Department of Education, Region 7 Comprehensive Center.

Jarvis, R., & Ward, C. (2020). *An Introduction to Implementation Science* [Presentation]. 2020 B.E.S.T. Florida Standards Institute.

ED 000523

Robin G. Jarvis, Ph.D.
Page 4

Melton, J. A., Goertzen, H., Harmon, K., Goins, R., Brookes, S, Jarvis, R., & Truitt, D. (2020, July 13). *State guidance on distance learning during COVID-19: A review of four state approaches (Fast Response).* U.S. Department of Education, Region 7 Comprehensive Center.

Melton, J. A., Goins, R., Brookes, S., Harmon, K., Jarvis, R., & Truitt, D. (2020, May 26). *A practitioners guide to responding to COVID-19 series: Predicting the impact of COVID-19 on out-of-school learning loss.* U.S. Department of Education, Region 7 Comprehensive Center.

Melton, J. A., Goins, R., Brookes, S., Harmon, K., Jarvis, R., & Truitt, D. (2020, May 26). *A practitioners guide to responding to COVID-19 series: The impacts of extended learning programs on academic achievement.* U.S. Department of Education, Region 7 Comprehensive Center.

Melton, J. A., Goins, R., Brookes, S., Harmon, K., Jarvis, R., & Truitt, D. (2020, May 26). *A practitioners guide to responding to COVID-19 series: Successful initiatives that offset out-of-school learning loss.* U.S. Department of Education, Region 7 Comprehensive Center.

Melton, J. A., Goins, R., Brookes, S., Harmon, K., Jarvis, R., & Truitt, D. (2020, May 26). *A practitioners guide to responding to COVID-19 series: Guides and tools for state and local school administrators.* U.S. Department of Education, Region 7 Comprehensive Center.

Jarvis, R., Dempsey, K., Gutierrez, G., Lewis, D., Rouleau, K., & Stone, B. (2017). *Peer coaching that works: The power of reflection and feedback in teacher triad teams*. McREL International.

Hughes, J., & Jarvis, R. (2012). *REL SE and Research Alliance Overview* [Presentation]. Determining Charter School Effectiveness and Improving Charter School Performance Research Alliance Meeting, Columbia, SC.

Green, T., Kaase, K., Moore, A., Beale, B., Jarvis, R., & Graniero, J. (2008). *How technical assistance centers working together have made a difference* [Panel presentation]. Leveraging Resources Conference: A joint meeting of OESE Comprehensive & Equity Assistance Centers & OSEP Technical Assistance & Dissemination Centers, Washington, D.C.



Heidi Goertzen, Ph.D.

**Education/Training**
Ph.D., Auburn University, Administration of Elementary and Secondary Education, 2015
M.S.Ed. Indiana University, English as a Second Language and Literacy, 2002
B.A., The University of Texas at Austin, English, 1992

**Selected Relevant Professional History**
Senior Research Associate, RMC Research Corporation, Tampa, FL (2020–Present)
Consultant, Center for Applied Linguistics, Auburn, AL (2019–2020)
Senior Technical Assistance Consultant, American Institutes for Research, Austin, TX (2015–2019)
Program Associate, SEDL, Austin, TX (2013–2015) (SEDL merged with AIR 2015)
Director of Federal Programs, Opelika City Schools, Opelika, AL (2011–2013)
Education Specialist, Alabama State Department of Education, Montgomery, AL (2005–2011)
Elementary ESOL Teacher, Opelika City Schools, Opelika, AL (2004–2005)
ESOL Teacher, Austin Independent School District, Austin, TX (1994–2001)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Instruction for English Learners and Multilingualism | Adult Learning Principles, Implementation, Improvement, and Systems Change | Planning, Implementing, Scaling, and Sustaining Evidence-based (EB) Programs | Developing Tools, EB Resources, and Guides | Identifying and Selecting EB Programs, Practices, and Interventions | Coaching, Mentoring, Facilitating | High-Quality, Intensive Capacity-Building

1. _Subject Matter and Technical Assistance Experiences_

_Region 7 Comprehensive Center (2020–Present)._ Co-Deputy Director of R7CC; Project Lead for **Alabama Improving English Learner (EL) Achievement**. Project Lead for **Mississippi** English Language Proficiency Standards Correspondence/Alignment Study related to assessment peer review requirement. Project team member and **facilitator** for Strengthening the Use of Research and Evidence-Based Findings in **Teacher Preparation Programs**: A Regional Community of Practice. Provide highly relevant and effective **intensive capacity-building services** to SEAs related to **evidence-based programs, practices, and interventions** for **ELs**. Provide technical assistance to **Alabama** to support the development, **implementation, continuous improvement, sustainability, and scaling** of a State Framework for EL Success. Provide **training and coaching** to Alabama state and regional EL specialists on evidence-based practices and coaching to support the implementation of **core academic instruction and assessment** for ELs. **Collaborate** with National Comprehensive Center to provide ESSER-related **targeted assistance** to Alabama Federal Programs and **LEA recipients**. Coordinate the R7CC **Joint Needs Sensing Memo** with REL Southeast. Manage projects using **logic models** and develop reports on progress toward outcomes.

_Regional Educational Laboratory (REL) Southeast (2022–Present)._ Partnership Manager for the **Alabama Improving English Learner Outcomes** Research Partnership. Task 4 Training, Coaching, and Technical Assistance Lead. Provide **training and coaching** to regional EL

Heidi Goertzen, Ph.D.
Page 2

specialists and **LEA** partners on the IES practice guide *Teaching Academic Content and Literacy to English Learners in Elementary and Middle School* using the companion Professional Learning Community Facilitator Guide. **Coordinate** REL Southeast projects with R7CC project work focused on ELs in Alabama. Oversee project management using **logic models** and measurement plans to develop reports on progress toward outcomes.

*Southeast Comprehensive Center (SECC) (2013–2019)*. Alabama State Liaison. Developed relationships with executive leadership, conducted **SEA needs sensing**, managed collaboration between SECC and SEA project staff, and used **performance management practices to measure impact for all state projects**. Managed several SECC cross-state projects that **built capacity** of SEA staff and supported **systems change** in organizational structures and processes for school turnaround, professional learning, ELs, educator effectiveness, STEM, and other state and federal priorities. Provided the Alabama Reading Initiative and State EL leadership team with **evidence-based** strategies for conducting district-level EL instructional audits. Developed and **disseminated** reports contributing to and highlighting SECC impacts. **Facilitated collaborative** work sessions for the Alabama-Mississippi Community of Practice, a learning partnership between two SEAs.

2. *Administration and Operation of State and Local Educational Systems*

*Federal Programs and Title III/EL Education Specialist (2005–2011)*. **Administered and operated state agency** federal programs. **Consulted with a broad range of stakeholders** to establish and implement state Title III accountability requirements, coordinate the revision of the State EL guidance manual, and conduct a statewide EL comprehensive needs assessment. Led high-quality, sustained EL training initiative for 64 schools in 24 districts to **improve instructional programs, practices, and interventions** focused on ELs. Led regional EL **school improvement coaching** initiative and **developed evidence-based tools** to assist schools and districts with **continuous improvement** practices supportive of ELs. Served as **EL content expert** for state courses of study. Provided training to districts and **teacher preparation programs** on the World-class Instructional Design and Assessment (WIDA) English Language Development Standards and Assessment. Reviewed and approved district Elementary and Secondary Education Act (ESEA) state formula grant applications, including Titles I, II, III, VI, and American Reinvestment and Recovery Act stimulus funds. Conducted on-site federal compliance reviews of LEAs and provided follow-up technical assistance to district administrators, principals, and teachers.

*Federal Programs Director (2011–2013)*. **Administered and operated local agency** federal programs budget, compliance, and **evaluation** processes for ESEA Titles I, II, and III and led the student **assessment** program. Supported schools in **school improvement** by developing, implementing, and evaluating **continuous improvement** plans. Supervised EL teachers, provided embedded professional learning on evidence-based practices to classroom teachers and administrators serving ELs, and developed and implemented high-quality **Title III immigrant family literacy services** and support for **homeless children and youths**.

ED 000526

Heidi Goertzen, Ph.D.
Page 3

*English as a Second Language (ESL) Teacher, Team Leader (1994–2001)*. Taught ESL at Mendez Middle School, Austin Independent School District. Developed and implemented a secondary newcomer program with Spanish-bilingual support.

3.   *Communication/Dissemination Experience*

Folsom, J. S., & Goertzen, H. (2024). The Science of Reading for English Learners Blog Series. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/the-science-of-reading-for-english-learners-part-i/

Parker, C., Wilson, N., Goertzen, H., & King, J. (2024, January). *Supporting Multilingual Learners Through Regional Comprehensive Centers* [Presentation]. National Elementary and Secondary Education Act Conference, Portland, OR.

Goertzen, H., & Ruiz de Castilla, V. (2023). *A Model of Collaboration Between Regional Educational Laboratory Southeast and the Region 7 Comprehensive Center to Strengthen Alabama's English Learner Outcomes.* Institute of Education Sciences.

Goertzen, H., & Ruiz de Castilla, V. (2023, June). *Enhancing Teacher Quality: Implementing an Asset-Based Approach for Supporting Multilingual Learners* [Presentation]. Effective Educator Development Technical Assistance Center Annual Grantee Summit, Alexandria, VA.

Ruiz de Castilla, V., Hill, A., & Goertzen, H. (2022). Four Instructional Practices for Bolstering English Learner Achievement in Grades K-12. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/four-instructional-practices-for-bolstering-english-learner-achievement-in-grades-k-12/

Goertzen, H. (2022, November). Implementing Professional Learning Communities for the WWC Practice Guide, Teaching Academic Content and Literacy to English Learners in Elementary and Middle School. Raising the Bar: Literacy and Math Series to Address Academic Recovery [Virtual Presentation]. U.S. Department of Education.

Goertzen, H., & Ruiz de Castilla, V. (2023, January). *Teaching Academic Content and Literacy to English Learners in Elementary and Middle School* [Presentation]. AMTESOL Conference: Mission Critical: Language, Content, Culture, Huntsville, AL.

Goertzen, H., & Cavazos, L. (2019, April). *Developing a State Support System for Implementing Evidence-Based Practices for English Learners* [Presentation]. Alabama State Department of Education and Council for Leaders in Alabama Schools Spring Meeting, Huntsville, AL.

Goertzen, H., Cavazos, L., Elliott, S., & Cheeseman, L. (2018, November). *Accountable Leadership: Opportunities for Equitable Systems* [Presentation]. Southeast Comprehensive Center Equity Summit, Jackson, MS.

Goertzen, H. (2017, October). *Attaining Core Content for English Language Learners (ACCELL): Supporting ELLs with Close Reading* [Presentation]. Southeast Teachers of English to Speakers of Other Languages (SETESOL), Hoover, AL.

Heidi Goertzen, Ph.D.
Page 4

Goertzen, H., & Terry, K. (2017). *North Carolina Partnership Supports Stronger Teaching for English Learners* [Report]. Southeast Comprehensive Center at American Institutes for Research.

August, D., Goertzen, H., & Tabaku, L. (2016). *Middle school curricular units for New York City Department of Education.* American Institutes for Research.

Tabaku, L., & Goertzen, H. (2016, October). *Webinar II: Supporting English learners with close reading: Acquiring vocabulary* [Webinar Presentation]. Center for ELLs at American Institutes for Research, Washington, DC.

Tabaku, L., & Goertzen, H. (2016, October). *Webinar I: Supporting English learners with close reading: Addressing background knowledge* [Webinar Presentation]. Center for ELLs at American Institutes for Research, Washington DC.

Carraway, S., Goertzen, H., Howard-Brown, B., LaTurner, J., Reynolds, N., Times, C., & Sowers, J. (2014*). Support and strategies for enriching achievement of Native American students* (Information Request No. 1246). Southeast Comprehensive Center at SEDL. http://www.sedl.org/pubs/catalog/items/inforequest022.html

Carraway, S., Copeland, G., Doggett, D., Goertzen, H., Howard-Brown, B., Meibaum, D., & Times, C. (2013). *State seal of biliteracy for proficient high school* graduates (Information Request No. 1139). Southeast Comprehensive Center at SEDL. http://www.sedl.org/pubs/catalog/items/inforequest011.html

ED 000528



Jack Schwarz, Ed.M.

**Education/Training**
Ed.M., Harvard Graduate School of Education, Education Policy and Management, 2011
B.A., University of Chicago, Classical Studies and Philosophy (minor), 2006

**Selected Relevant Professional History**
Senior Research Associate, RMC Research Corporation, Portsmouth, NH (2021–Present)
Research Associate, RMC Research Corporation, Portsmouth, NH (2011–2021)
Parent Outreach Coordinator, Center for Law and Education, Boston, MA (2008–2010)
AmeriCorps Fellow, Center for Law and Education, Boston, MA (2006–2008)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

> Design and Delivery of SEA Technical Assistance and Professional Development | Translating Research and Policy to Practice | Systems Change Coaching and Facilitation | Identifying, Implementing, and Evaluating Evidence-Based Practices | School and District Accountability and Support | Needs Sensing, Service Plan Development, and Project Management

1. *Subject Matter and Technical Assistance Experiences*

*Region 7 Comprehensive Center (2019–Present)*. Supported **project management** and **administration** as Co-Deputy Director. Conducted annual **needs sensing** and developed **annual service plans** as Project Lead for high-quality, **intensive technical assistance** to the **Florida Department of Education** to help develop effective school leaders. Provided **evidence-based research** to support the revision of Florida Educational Leadership Standards and the development of processes to review and support principal and leader preparation programs. As Project Lead, **designed and facilitated** quarterly virtual convenings for **SEA leaders from Florida, Mississippi, and Alabama** to support their coordination and response to COVID-19. Assisted SEA leaders in **identifying, scaling, and implementing evidence-based tools and resources for LEAs to accelerate learning**. As Project Lead, **developed evidence-based tools, resources, and guides** to help school and district leaders in **Mississippi** support emerging student mental health needs.

*National Comprehensive Center (2021–Present)*. Co-Lead of **community of practice** that assisted 13 **SEA teams** to support effective LEA use of **American Rescue Plan (ARP)** funds for **learning recovery**. **Designed and delivered** quarterly virtual convenings over the course of two years using **adult learning principles** on topics including **programmatic and fiscal monitoring, evaluation, and sustainability** of ARP-funded interventions. Provided **individualized coaching and technical assistance** to SEA teams between sessions to assess needs, **share research and promising practices**, and develop actionable next steps to **facilitate systems change**. Presented **evidence-based tools** and lessons learned from community of practice **national conferences for SEA audiences**. As project contributor and advisor to the Strategic Planning for Continued Recovery (SPCR) initiative, assisted in the **design and delivery** of universal webinars for **SEAs** and **SEA peer learning exchanges** on topics such as the **use of logic models to determine outcomes** of recovery efforts.

ED 000529

Jack Schwarz, Ed.M.
Page 2

*Northeast Comprehensive Center (2012–2019).* Provided **high-quality, intensive capacity building** to **SEAs** in the Northeast. Conducted **needs sensing**, provided **project management and administration**, and developed **annual services plans** as New York State Liaison. Project Lead of regional learning exchange with five Northeast states to **understand and implement ESSA evidence** requirements. **Designed and delivered** quarterly convenings for **SEA teams** to collaborate and make changes in practice on topics including **building internal SEA capacity around evidence use**, strategies to **build LEA capacity around evidence use**, and the formation of research partnerships to support the **evaluation and scaling of promising practices**. Provided **research, analysis, and consultation** to **SEAs** on **accountability systems** and structures to support **underperforming schools and districts** through the development and implementation of their **ESEA Flexibility waivers and ESSA consolidated state plans**. Assisted the Connecticut State Department of Education in the development of seven practice guides containing **evidence-based interventions** for schools and districts in need of improvement.

*Center for Law and Education (2006–2010).* Provided **high-quality**, **intensive capacity building** to chronically underperforming Boston schools regarding **ESEA turnaround provisions**, including **school improvement planning** and **family engagement**. **Facilitated policy development** through **ESEA needs assessment, planning, implementation, and review** phases. **Designed and delivered evidence-based school improvement tools and professional development** for diverse audiences, including **families, students, educators, and community groups**. Consulted with a broad range of stakeholders, including families and students, to facilitate school-level change. As project school site coordinator, provided **project management and administration** by establishing and managing consulting relationships with Boston turnaround schools.

  2. *Communication/Dissemination Experience*

Crock, B., Schwarz, J., Simpson, J., & Krvaric, S. (2024). *SPCR Webinar #6: Support and Sustain Systemic Capacity Building Within Your SEA* [Webinar]. National Comprehensive Center at Westat.

Crock, B., & Schwarz, J. (2024). *SPCR Cross-SEA Collaboration Session #1: Making Trade-offs to Maximize Student Outcomes* [Virtual Convening]. National Comprehensive Center at Westat.

Crock, B., Schwarz, J., & Rodriguez, V. (2023). *SPCR Webinar #1: Determine Impact of Prior Investments* [Webinar]. National Comprehensive Center at Westat. https://compcenternetwork.org/resources/resource/8351/determine-impact-investments-spcr-webinar-1-slides

Schwarz, J., & Swanson, J. (2023). *Fiscal Planning Using Tools from the NCC EBI ARP CoP: Planning LEA Support for Spending and Outcomes*. NAESPA Summer Members Meeting, Washington, DC.

Crock, B., & Schwarz, J. (2023). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – Logic Models: A Tool for Monitoring and Communicating Progress* [Virtual Convening]. National Comprehensive Center at Westat.

Jack Schwarz, Ed.M.
Page 3

Crock, B., Schwarz, J., & Swanson, J. (2023). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – The Investment Grid: Informing Spending and Sustainability* [Virtual Convening]. National Comprehensive Center at Westat.

Crock, B., Schwarz, J., Swanson, J., & Crain, D. (2023). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – Planning LEA Support for Spending and Outcomes* [Virtual Convening]. National Comprehensive Center at Westat.

Crock, B., Schwarz, J., & Crain, D. (2023). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – Summer and Sustainability* [Virtual Convening]. National Comprehensive Center at Westat.

Schwarz, J., & Smokowski, P. (2023, February 24). Strategies to Address Student Mental Health Challenges: Taking Steps at the Local Level to Create Comprehensive School Mental Health Systems. *Region 7 Comprehensive Center*. https://region7comprehensivecenter.org/strategies-to-address-student-mental-health-challenges/

Crock, B., Schwarz, J., & Crain, D. (2022). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – Sustainability* [Virtual Convening]. National Comprehensive Center at Westat.

Crock, B., Schwarz, J., & Crain, D. (2022). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – Monitoring for Implementation and Outcomes* [Virtual Convening]. National Comprehensive Center at Westat.

Crock, B., Schwarz, J., & Crain, D. (2022). *Evidence-based Interventions: Using ARP Funds to Accelerate Learning Community of Practice – The Current State of LEA Interventions* [Virtual Convening]. National Comprehensive Center at Westat.

Vandeborne, L., & Schwarz, J. (2022, April 25). Supporting Principal Supervisors to Grow Effective and Resilient Leaders. *Region 7 Comprehensive Center*. https://region7comprehensivecenter.org/supporting-principal-supervisors-to-grow-effective-and-resilient-leaders/

Crock, B., Schwarz, J., & Lomax, E. (2022). *National Center Presents: Tools to Examine ARP-Funded Interventions* [Webinar]. National Comprehensive Center at Westat. https://compcenternetwork.org/ccnetwork-highlights/topic/7638/national-center-presents

Schwarz, J., Vandeborne, L., & Jetty, L. (2021). *State Practices to Approve, Monitor, and Support Principal Preparation Programs*. Region 7 Comprehensive Center at RMC Research.

Vandeborne, L., & Schwarz, J. (2021). *Variation in Educational Leadership Responsibilities Warrants a Continuum of Leadership Standards*. Region 7 Comprehensive Center at RMC Research.

Kahl, S., & Schwarz, J. (2020). *The Assessment Workshop* [Website]. RMC Research Corporation. https://www.assessmentworkshop.com/

Schwarz, J., & Rutledge, L. (2019). *Regional Evidence-Based Exchange: Evaluation* [Virtual Convening]. Northeast Comprehensive Center at RMC Research.

Jack Schwarz, Ed.M.
Page 4

Schwarz, J., & Rutledge, L. (2019). *Regional Evidence-Based Exchange: Evidence-Aligned Needs Assessment* [Virtual Convening]. Northeast Comprehensive Center at RMC Research.

Schwarz, J., & Rutledge, L. (2019). *Regional Evidence-Based Exchange: Building the Capacity of the Field Around Evidence* [Virtual Convening]. Northeast Comprehensive Center at RMC Research.

ED 000532



Patricia Anne Cox, M.Ed.

**Education/Training**
M.Ed., University of North Carolina, Charlotte, Elementary Education, 2001
B.A., Pfeiffer College, Elementary Education, 1992
A.A., Delaware Community College, Early Childhood Education, 1989

**Selected Relevant Professional History**
Research Associate, RMC Research Corporation, Tampa, FL (2019–Present)
English Language Arts Specialist, Moore County Schools, Carthage, NC (2017–2019)
Coordinator of Professional Development, Moore County Schools, Carthage, NC (2017–2019)
District Literacy Coach, Moore County Schools, Carthage, NC (2012–2019)
District Reading Intervention Specialist, Moore County Schools, Carthage, NC (2015–2019)
District Literacy Coach, Hoke County Schools, Raeford, NC (2008–2012)
Reading First Consultant, North Carolina Department of Education, Raleigh, NC (2004–2008)
Literacy Facilitator, Stanly County Schools, Albemarle, NC (2001–2004)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Capacity Building and Technical Assistance to SEAs and LEAs | Coaching | Adult Learning Principles | Professional Development | Evidence-Based Literacy | School Leaders | Teacher Preparation | Data-Driven Instruction | Summer Reading Programs

1. *Subject Matter and Technical Assistance Experiences*

*Region 7 Comprehensive Center (2019–Present).* Project Lead for **Alabama's** Early Literacy Project: Co-developed **tools, evidence-based resources, and guides consulting with state, LEA, and IHE stakeholders**; **presented to regional district and school administrators;** provided **high-quality, intensive capacity building by coaching and facilitating professional learning sessions** to three LEAs on coaching implementation and conducting **needs sensing** using data from state and district **capacity assessments**. Project Lead for Alabama's Leadership Framework: Assist the SEA in developing a continuum of Leadership Standards to include **evidence-based tools and resources**; work with a **variety of stakeholders**, including superintendents, school administrators, IHE's, and **governor-appointed staff.** Project staff for Florida PreK–3 Literacy Project: Assisted in **identifying evidence-based materials** for literacy professional development and identified **evidence-based intervention materials** for the **SEA and LEAs**. Project Staff for Mississippi Comprehensive Mental Health Support System: Co-developed **tools, resources, and guides** alongside SEAs and LEAs to **identify and address needs** related to **coaching,** literacy, leadership, and the use of **research and evidence-based** practices. Provide **professional learning** opportunities and **capacity building for SEA and LEA staff** on **implementing and scaling up** initiatives.

*RMC Research (2019–Present).* Content review on New Hampshire Educator Preparation in Reading Project; **Content review** on Florida Center for Reading Research evidence-based materials; Content review on Book Explorers materials; Develop Hill for Literacy **Implementation Tools** Project. Review National Blue-Ribbon School applications; Co-develop Online Teacher **Assessment Literacy** Course. Co-develop **tools and processes** to select

Patricia Anne Cox M.Ed.
Page 2

evidence-based practices, promoting the **latest evidence in literacy** and learning. **Evaluated selected programs**, practices, and materials; **facilitated discussions and build capacity on evidence-based strategies**,

2.  *Administration and Operation of State and Local Educational Systems*

*Moore County Schools (2012–2019).* Provided guidance, support, and professional development on English Language Arts standards and instruction across the **LEA**; provided **high-quality capacity-building** professional development sessions monthly to school instructional coaches**; facilitated** instructional coach learning in all content areas; facilitated a **three-day professional learning workshop** for multiple content areas to include **national consultants** and local educators; **coached and mentored** to up to 25 instructional coaches; provided administrators professional development in core reading program, **reading interventions,** and data analysis; **evaluated intervention program impact** on student achievement; **conducted needs sensing** for literacy instruction based on student data; developed a district coach observation model; created **resources and tools** for literacy instruction and assessment.

*Hoke County Schools (2008–2012).* Provided **capacity building** in eight elementary schools for principals, coaches, and teachers: developed a Train-the-Trainer multi-**day professional development** program for administrators and coaches; provided **evidence-based literacy support** in grades K–12; developed a Reading Academy for K–5 teachers for **evidence-based** instruction; **created training sessions** for coaches on analyzing and understanding; co-directed a **professional development** grant to **build literacy capacity** in secondary teachers; developed benchmark literacy assessments in grades K–5.

*North Carolina Department of Public Instruction (2004–2008).* Provided **technical support** in coaching and **evidence-based** literacy instruction; created and presented professional development in the role of Reading First Regional Consultant serving 7 **LEAs**. Presented locally, **regionally,** and at the **state** level on evidence-based reading instruction, coaching in the classroom, providing in-classroom demonstration lessons, **coaching** principals, and LEA personnel. Developed **training** for coaches on analyzing data and supporting instruction.

3.  *Communication/Dissemination Experience*

Cox, P., & Jarvis, R. (2023). *Alabama's Structured Student-Centered Coaching Practice Profile* [Presentation]. Region 7 Comprehensive Center. Cullman, AL.

Cox, P., & Norman-Goins, K. (2022, September 30). What Makes an Effective School? *Region 7 Comprehensive Center.*

Cox, P., & Farmer, S. (2022). *Module 1 Implementation Science.* Bessemer City, AL: Implementation Zone District. Region 7 Comprehensive Center.

Cox, P., & Farmer, S. (2021). *Making it Stick: Implementing a System of Coaching* [Virtual Presentation]. Region 7 Comprehensive Center.

Caldwell, A., Cox, P., Farmer, S., & McWhirter, K. (2022). *Implementation Science Professional Learning: Organizational Practices* [Virtual Presentation]. Region 7 Comprehensive Center.

ED 000534

Patricia Anne Cox M.Ed.
Page 3

Caldwell, A., Cox, P., Farmer, S., & McWhirter, K. (2022). *R7CC Implementation Science Professional Learning* [Virtual Presentation]. Region 7 Comprehensive Center.

Alabama State Department of Education. (2021). *The Administrator's Organizational Guide.* RMC Research Corporation.

Cox, P. (2021). *The Alabama Coaching Framework* [Virtual Presentation]. Alabama Department of Education.

Alabama State Department of Education. (2020). *The Alabama Coaching Framework.* RMC Research Corporation.

Cox, P. (2018). *Finding the Sweet Spot of Independent and Challenging Work* [Presentation]. Moore Learning Conference. Cameron, NC.

Cox, P. (2018). *A New Year of Coaching* [Presentation]. Moore Learning Conference. Cameron, NC.

Cox, P. (2016). *Setting the Coaching Course for a New Year*. Summer Teacher Academy.

Cox, P. (2016). *Supplemental Instruction in the K-3 Classroom*. Summer Teacher Academy.

Cox, P., Dorsey, W., Kellock, V., & McWhirter, K. M. (2009). *Just Read, North Carolina! (Course 1).* North Carolina Department of Public Instruction.



Guillermo Farfan, Ph.D.

**Education/Training**
Ph.D., Florida State University, Educational Psychology, 2021
M.S., Walden University, Psychology, 2012
B.A., Trinity College of Florida, Theology, 2006

**Selected Relevant Professional History**
Research Associate, RMC Research Corporation, Tampa, FL (2022–Present)
Visiting Assistant in Research, Florida Center for Research in Science, Technology, Engineering & Mathematics, Florida State University, Tallahassee, FL (2021–2022)
Education Projects Assistant, Association for Institutional Research, Tallahassee, FL (2016–2019)
Adjunct Professor, Strayer University, Tampa, FL (2014)
Mathematics Teacher, Solid Rock Community School, Tarpon Springs, FL (2012–2014)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Evidence-Based Mathematics | Identifying and Selecting Evidence-Based Programs, Practices, Interventions | Capacity Building and Technical Assistance to SEAs and REAs | Needs Sensing | Coaching | Professional Development | ESSA | Teacher Preparation | Virtual Education

1. *Subject Matter and Technical Assistance Experiences*

*Region 7 Comprehensive Center (2022–Present).* Project Co-Lead for **Building Capacity** to Identify **ESSA Levels of Evidence** for the **Florida** Department of Education; Project staff for Implementation of **Florida**'s Benchmarks for Excellent Student Thinking (B.E.S.T.) Standards; Project staff for **Alabama** Improving **Student Excellence in Math**; Project staff for **Alabama** Improving English Learner Student Academic Achievement; Project staff for Strengthening the Use of Research and **Evidence-Based** Findings in **Teacher Preparation** Programs: A Regional Community of Practice. Co-developed tools and resources alongside **SEAs** and **REAs** to address ongoing and emergent needs related to the use of research and **evidence-based practices** to improve **student outcomes in mathematics**. Provided **technical assistance** and **professional development** that built **SEAs** and **REAs** capacity to understand and evaluate the rigor of research and implement **evidence-based practices**.

*Regional Educational Laboratory Southeast (2022–Present).* Project staff for **Florida** Virtual School (FLVS) Partnership. Co-developed coaching **sessions** on the topic of **mathematics learning** in a virtual environment. Conducted **needs sensing**, produced support materials, and participated in **dissemination** efforts. Project analyst for Promising Practices Study of **Alabama**'s High-Quality Instruction and Assessment for English Learners Protocol (HQIA). Conducted **needs sensing** and engaged in data collection, management, and analysis.

*Florida Center for Research in Science, Technology, Engineering & Mathematics (2021–2022).* Project staff for Foundations for Success: **Developing Effective Mathematics Educators** through Cognitively Guided Instruction; Project staff for Follow-up to the Replicating the CGI Experiment to improve **teacher and student outcomes in mathematics**. Created **standards-**

ED 000536

Guillermo Farfan, Ph.D.
Page 2

**aligned educational resources** for **Florida**'s official online repository of curricula materials (CPALMS).

*Florida State University (2015–2016).* Project staff for Identifying an **Effective and Scalable Model** of Lesson Study that focused on a **mathematics professional development** program for elementary teachers.

*2. Communication/Dissemination Experience*

Farfan, G., & Folsom, J. S. (2024, May). *ESSA Levels of Evidence training: Conducting Math and ELA research studies review* [Workshop]. Florida Department of Education, Tallahassee, FL.

Farfan, G., Glickman, S., Duncan, P., & Hinson, S. (2024, March). *Strengthening core instruction with evidence-based practices* [Conference session]. Meeting the Moment: How State Leaders are Using Innovation for Impact, National Comprehensive Center, Washington, D.C.

Hughes, S., Towles, J., & Farfan, G. (2024, March). *Data inquiry: Begin with a question to enhance mathematics instruction* [Conference session]. Meeting the Moment: How State Leaders are Using Innovation for Impact, National Comprehensive Center, Washington, D.C.

Farfan, G. (2023). Developing effective math coaches: A content-driven perspective. *Region 7 Comprehensive Center*. https://region7comprehensivecenter.org/blog

Sadler, C., & Farfan, G. (2020). The Swiss Army knife of elementary math. *Teaching is Problem Solving*. https://teachingisproblemsolving.org/the-swiss-army-knife-of-elementary-math

Farfan, G., Lasserre-Cortez, S., & Sharp, D. (2023, September). *Engaging families in K–5 math: A toolkit treat!* [Conference session]. 2023 Florida Virtual School Annual Professional Learning Conference, Orlando, FL.

Schoen, R. C., Tazaz, A. M., Rhoads, C. H., Secada, W., Buntin, C., Bray, W., Dean, A., Deans, L., de la Cruz Benito, A., Donahue, N. T., Farfan, G., Gill, S., Guven, A., Iuhasz-Velez, N. R., Liu, L., McCrackin, S., Paek, I., Perez, A., Riddell, C., … Yang, X. (2022). *Foundations for success: Developing effective mathematics educators through Cognitively Guided Instruction*. https://osf.io/x8ybz

Farfan, G., & Schoen, R. (2022, February). *The meaning of = in elementary school mathematics* [Virtual session]. 2022 Joint Annual Meeting of the Florida Chapter of the Mathematical Association of America and the Florida Two Year College Mathematics Association, FL.

Farfan, G., & Schoen, R. (2020, October). *Rethinking the understanding of = among elementary children: Prepare to be surprised!* [Recorded session]. Florida Council of Teachers of Mathematics 67th Annual Conference 2020, Florida.

Akiba, M., Wilkinson, B., Farfan, G., Howard, C., Kuleshova, A., Fryer, J., Murata, A., & Eichler, B. (2016). *Lesson study in Florida: A longitudinal survey of district policy and practice from 2013 to 2015.* http://purl.flvc.org/fsu/fd/FSU_libsubv1_scholarship_submission_1455050461

ED 000537

Guillermo Farfan, Ph.D.
Page 3

Murata, A., Akiba, M., & Farfan, G. (2016, April). *Lesson study in Florida: Unveiling the Process of Professionalism Development* [Panel discussion]. National Council of Teachers of Mathematics Annual Conference 2016, San Francisco, CA.

Howard, C., Wilkinson, B., Akiba, M., Kuleshova, A., & Farfan, G. (2016, April). *Sustainability of teacher professional development: Perspectives of teacher leaders and teachers in lesson study groups* [Roundtable session]. American Educational Research Association Annual Conference 2016, Washington, D.C.

ED 000538

RMC
RESEARCH

Jessica Sidler Folsom, Ph.D.

**Education/Training**
Ph.D., Florida State University, Special Education, 2012
M.S., Florida State University, Emotional Disturbances/Learning Disabilities, 2005
B.S., Florida State University, Emotional Disturbances/Learning Disabilities, 2005

**Selected Relevant Professional History**
Research Associate, RMC Research Corporation, Tampa, FL (2023–Present)
Special Education Coach, Iowa City Community School District, Iowa City, IA (2019–2023)
Research Scientist, Iowa Reading Research Center, University of Iowa (2016–2019)
Associate in Research, Florida Center for Reading Research, FSU (2012–2016)
IES Predoctoral Fellow, Florida Center for Reading Research, FSU (2007–2011)
Adjunct Professor of Special Education, Florida State University (2008–2012)
Special Education Teacher, Leon County School District, Tallahassee, FL (2005–2007)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Capacity Building and Technical Assistance to SEAs, REAs, and LEAs | Needs Sensing |
Coaching | Professional Development | ESSA | Special Education and Disabilities | Evidence-
Based Interventions | Teacher Preparation | School Improvement | Early Childhood and Early
Learning | Summer Interventions | Tutoring | School Leaders | Education Policy

1. *Subject Matter and Technical Assistance Experiences*

*Region 7 Comprehensive Center (2023–Present).* Project Co-Lead for **Florida**'s **Building
Capacity** to Identify **ESSA** Levels of Evidence; Project staff for **Mississippi** Community of
Practice for High-Leverage Practices for Students with **Disabilities**; Project staff for
Strengthening the Use of Research and **Evidence-Based** Findings in **Teacher Preparation**
Programs: A Regional Community of Practice. Project staff for **literacy** projects in **Florida,
Mississippi,** and **Alabama**. Co-develop projects and tools alongside **SEAs and LEAs** to address
ongoing and emergent needs related to **school improvement**, literacy, **special education**, and
the use of research and **evidence-based practices**. Provide **technical assistance and** provide
**professional development** that builds capacity at the **SEA** to understand and evaluate the rigor
of research and implement **evidence-based practices**.

*National Center on Improving Literacy (NCIL) (2023–Present).* Project support staff for Goal 4:
identify or develop **evidence-based professional development**. Develop and maintain a
catalogue of NCIL **tools** and resources. Develop core content for NCIL-targeted **technical
assistance** materials on **evidence-based literacy instruction** and intervention to **educators,
leaders, LEAs, SEAs,** and **families**.

*Project Lead of Colorado Universal Preschool Emergent and Early Literacy Alignment
Recommendations (2023–Present).* Develop and maintain partnership with the Colorado
Department of Education and Colorado Department of **Early Childhood**. Conduct **needs
sensing** and align project scope of work with Colorado's needs and goals for **early learning**.
Conduct literature review, **policy review**, and standards crosswalks to make actionable

Jessica Sidler Folsom, Ph.D.
Page 2

recommendations and an action plan for aligning universal preschool **policy** with the science of reading. **Present findings** for feedback to **key educational stakeholders**.

*Task Lead on Kentucky Read to Succeed Evaluation (2023–Present).* Develop and maintain partnership with other research organizations and the Kentucky state literacy directors and coaches. Design classroom observation tool and provide intensive **professional development** and **coaching** to state **literacy coaches** on conducting classroom observations aligned with the science of reading.

*Research Scientist of the Iowa Reading Research Center (2016–2019).* Managed data management and analysis. Developed and implemented coding systems and surveys to evaluate **reading instruction and intervention**. Developed and provided **professional development** on effective literacy instruction to **REAs** and **LEAs**. Co-wrote Iowa's High-Priority Milestones for K–3 Reading Development. Conducted curriculum reviews for **LEAs**. Provided **technical assistance** and **coaching** to **REA** literacy coaches on **evidence-based literacy** practices. Supervised large-scale research study on intensive **summer reading programs** and **high-impact tutoring** for at-risk learners.

*Regional Educational Laboratory Southeast (2012–2016).* PI and Project Lead of the **Mississippi** Literacy Coaches and **Professional Development** project, Co-PI and Project Lead of the Evaluation of **Florida's** 100 and 300 **Lowest-Performing Schools** Co-PI of the Characteristics of Effective **School Leaders** in **Florida**, Co-PI of North Carolina **Educational Leaders**, and Co-I on WWC Review of Studies on **Adolescent Literacy Interventions**. Conducted **needs sensing**; literature reviews, research design, and instrumentation development; data collection, management, and analysis; and **dissemination**.

*Florida Assessments in Instruction for Reading Psychometric and Norming Study (2012–2013).* **Project management** for a multisite data collection initiative. Recruited, supervised, and trained state-wide field staff for collecting literacy **assessment** data from PK–12 students. Collaborated in conducting psychometric analysis.

*IES Predoctoral Fellow at the Florida Center for Reading Research (2007–2011).* Provided project support for the development, implementation, analysis, and dissemination of research for the NIH Florida Learning Disability Research Center and IES Reading for Understanding grants. Developed intervention materials and teacher guides, provided **professional development** to teachers participating in the research studies, provided direct **intervention** to **at-risk readers** in elementary school, administrated **assessments**, **coached teachers** on improving differentiated **literacy instruction**.

2. *Administration and Operation of State and Local Educational Systems*

*Special Education Instructional Coach (2019–2023).* Provided instructional **coaching, consultation**, and **collaboration** to general and **special education teachers** and **administrators** on equitable access for students with **disabilities** across the Iowa City Community School District. **Led professional learning communities** and provided ongoing **professional development** to support the **development and retention** of effective special educators.

ED 000540

Jessica Sidler Folsom, Ph.D.
Page 3

*Special Education Teacher and Transition Services Director (2005–2007).* Managed a caseload of IEPs and taught special education classes related to living, learning, and working. Partnered with **families**, teachers, and adult service providers in the community to support the transition needs of students with significant **disabilities** in Leon County, Florida.

### 3.  *Communication/Dissemination Experience*

Folsom, J. S., & Farfan, G. (2024). *Conducting ESSA reviews* [Workshop]. Florida Department of Education, Tallahassee, FL.

Folsom, J. S., & Goertzen, H. (2024). The science of reading for English Learners. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/the-science-of-reading-for-english-learners-part-i/

Folsom, J. S., Smith, K., & Lee, L. (2024). *Coach's Classroom Observation Tool*: *A science of reading observation tool* [Workshop]. Mississippi Department of Education, Jackson, MS.

Glickman, S., Jack, A., & Folsom, J. S. (2023). Implementation science for High-Leverage Practices [Presentation]. *Urgency Rising the Mississippi Office of School Improvement Convening.* Hattiesburg, MS.

Reed, D. K., Aloe, A., Reeger, A. J., & Folsom, J. S. (2019). Defining summer gain among elementary students with or at-risk for reading disabilities. *Exceptional Children,* Online First, 1–19. doi: 10.1177/0014402918819426

Folsom, J. S., Reed, D. K., Aloe, A. & Schmitz, S. (2018). Instruction in district-designed intensive summer reading programs. *Learning Disability Quarterly,* Online First, 1-14.

Folsom, J. S., & Schmitz, S. A. (2018). The importance of fidelity when implementing reading interventions. *Iowa Reading Research Center, University of Iowa.* https://irrc.education.uiowa.edu/blog/2018/02/importance-fidelity-when-implementing-reading-interventions

Folsom, J. S., Schmitz, S. A., & Reed, D. K. (2018). Defining fidelity categories when implementing reading interventions. *Iowa Reading Research Center, University of Iowa.* https://irrc.education.uiowa.edu/blog/2018/07/defining-fidelity-categories-when-implementing-reading-interventions

Reed, D. K., & Folsom, J. S. (2018). *High-priority milestones for K-3 reading development* [Guide]. Iowa Reading Research Center, University of Iowa.

Folsom, J. S. (2017). Dialogic reading: Having a conversation about books. *Iowa Reading Research Center, University of Iowa.* https://irrc.education.uiowa.edu/blog/2017/01/dialogic-reading-having-conversation-about-books#:~:text=Dialogic%20reading%20involves%20an%20adult,components%2C%20and%20developing%20narrative%20skills.

Folsom, J. S. (2017). Quality, engagement, fidelity, and instructional content in intensive summer reading programs [Presentation]. *International Conference on Learning Disabilities*, Baltimore, MD.

ED 000541

Jessica Sidler Folsom, Ph.D.
Page 4

Folsom, J. S., Knight, J. A., & Reed., D. K. (2017). *Report of the kindergarten-second grade phonics materials review for the Ames Community School District* [Report]. Iowa Reading Research Center, University of Iowa.

Folsom, J. S., Osborne-Lampkin, L., Cooley, S., & Smith, K. (2017). *Implementing the extended school day policy in Florida's 300 lowest performing elementary schools (REL 2017-253)*. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southeast.

Folsom, J. S., Smith, K., Burk, K., & Oakley, N. (2017). *Educator outcomes surrounding implementation of Mississippi's K-3 early literacy professional development initiative (REL 2017-270)*. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southeast.

Osborne-Lampkin, L., & Folsom. J. S. (2017). *Characteristics and career paths of North Carolina school leaders* (REL 2017-230). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southeast.

Reed, D. K., Aloe, A. M., Folsom, J. S., & Reeger, A. J. (2017). *Evaluation of the Council Bluffs Community School District's 2017 summer school program* [Report]. Iowa Reading Research Center, University of Iowa.

Folsom, J. S. (2016). Successfully using small group instruction: 3-part blog series. *Iowa Reading Research Center, University of Iowa.* https://irrc.education.uiowa.edu/blog/2016/08/successfully-using-small-group-instruction-tip-3

Folsom, J. S. (2016). Five common questions about teaching students with disabilities: Debunking the perception of "Not My Student." *Iowa Reading Research Center, University of Iowa.* https://irrc.education.uiowa.edu/blog/2016/08/five-common-questions-about-teaching-students-disabilities-debunking-perception-not-my

Folsom, J. S., Petscher, Y., Osborne-Lampkin, L., Cooley, S., Herrera, S., Partridge, M., & Smith, K. (2016). *School reading performance and the extended school day policy at Florida's lowest performing elementary schools* (REL 2016–141). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Central.

Reed, D. K., Schmitz, S., Aloe, A. M., & Folsom, J. S. (2016). *Report of the 2016 Intensive Summer Reading Program (ISRP) study* [Report]. Iowa Reading Research Center, University of Iowa.

Al Otaiba, S., Folsom, J. S., Wanzek, J., Greulich, L., Waesche, J., Schatschneider, C., & Connor, C. M. (2015). Professional development to differentiate kindergarten Tier 1 instruction: Can already effective teachers improve student outcomes by differentiating Tier 1 instruction? *Reading and Writing Quarterly, 32*(5), 454–476. doi: 10.1080/10573569.2015.1021060

Jessica Sidler Folsom, Ph.D.
Page 5

Folsom, J. S., Osborne-Lampkin, L., & Herrington, C. (2015*). A descriptive analysis of the principal workforce in Florida schools (REL 2015–068).* Washington, DC: U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southeast.

Folsom, J. S., Koon, S., & Petscher, Y. (2015). *Developing a teacher knowledge assessment in Mississippi* [Presentation]. NCES STATS-DC Data Conference, Washington, DC.

Folsom, J. S., Lee, L. (2015). *Florida's 100/300 Lowest Performing Elementary Schools in Reading* [Presentation]. 2015 Florida Reading Association Conference, Orlando, FL.

Osborne-Lampkin, L., Folsom, J. S., & Herrington, C. D. (2015). *A systematic review of the relationships between principal characteristics and student achievement (REL 2016–091).* U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southeast.

Folsom, J. S., Osborne-Lampkin, L., & Herrington, C. D. (2014). *Using administrative data for research: A companion guide to A descriptive analysis of the principal workforce in Florida schools (REL 2015–049).* U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southeast. http://ies.ed.gov/ncee/edlabs.

Osborne-Lampkin, L., Herrington, C. D., & Folsom, J. S. (2014). *Applied methods for analyzing Florida districts' principal training plans* [Limited Circulation Report]. Regional Educational Laboratory Southeast.



Samuel Glickman, M.S., M.B.A.

**Education/Training**
M.B.A., Florida State University, Marketing Concentration, 2018
M.S., Florida State University, English Education, 2007
B.S., University of Missouri, Communication & Spanish (minor), 2002

**Selected Relevant Professional History**
Research Associate, RMC Research Corporation, Tampa, FL (2023–Present)
Subject Matter Expert (ELA), Learning Systems Institute, FSU, Tallahassee, FL (2020–2023)
Director, Educator Preparation Unit, Florida Department of Education (2019–2020)
Program Specialist, Bureau of School Improvement, Florida Department of Education (2017–2019)
ELA Teacher, Florida State University K-12 School, Tallahassee, FL (2016–2017)
Subject Matter Expert (ELA), Learning Systems Institute, FSU, Tallahassee, FL (2015–2016)
Adjunct Faculty, Dominican University, River Forest, IL (2013–2015)
ELA Teacher, Urban Prep Charter School, Chicago, IL (2011–2012)
ELA Teacher, Florida State University K-12 School, Tallahassee, FL (2007–2011)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Capacity Building and Technical Assistance to SEAs and LEAs | Needs Sensing | Coaching | Professional Development | ESSA | Special Education and Disabilities | Evidence-Based Literacy | Teacher Preparation | School Improvement | Early Childhood and Early Learning | Summer Reading Programs | Tutoring | School Leaders | Policy

1. _Subject Matter and Technical Assistance Experiences_

_Region 7 Comprehensive Center (2023–Present)._ Project Lead for **Mississippi** Community of Practice for High-Leverage Practices for Students with Disabilities; Project Co-Lead for **Florida** Standards Implementation Zone; Project staff for **Florida** Strengthening the Use of Research and Evidence-Based Findings in Teacher Preparation Programs: A Regional Community of Practice. Project staff for **Florida** Building and Supporting Effective School Leaders. Co-develop projects, tools, and materials alongside **SEAs** and **LEAs** to address ongoing and emergent needs related to school improvement, literacy, standards implementation, leadership development, and evidence-based practices. Provide technical assistance and professional development that builds capacity at the SEA, regional consortia, districts, and schools.

_Learning Systems Institute (2020–2023)._ Provided content expertise and research to align with the **Florida** B.E.S.T. Standards for English Language Arts (Grades 6–12). Designed and developed online tutorials and instructional materials to fulfill the requirements of the standards. Collaborated with content experts and instructional designers to develop and deliver high-quality instructional materials. Assisted and provided feedback to other instructional personnel and content experts in ELA curriculum development.

_Learning Systems Institute (2015–2016)._ Provided content expertise and research to align with the Next Generation Sunshine State Standards (**Florida**) for English Language Arts (Grades 6–12). Designed and developed online tutorials to fulfill the requirements of the standards.

ED 000544

Samuel Glickman
Page 2

Collaborated with content experts and instructional designers to develop and deliver high-quality instructional materials.

*Dominican University (2013–2015).* Designed and taught English Teaching Methods course as adjunct faculty. Taught graduate and undergraduate students evidence-based instructional methods and strategies for teaching secondary ELA instruction.

### 2. Administration and Operation of State and Local Educational Systems

*Florida Department of Education, Educator Preparation Unit Director (2019–2020).* Managed the team that oversaw the approval process for higher education/teacher preparation programs. Refined review processes of teacher preparation program applications. Drafted and **disseminated** official **communications** to external stakeholders; designed and hosted webinars to update both internal and external stakeholders. Collaborated with external stakeholders to address specific program approval concerns. Oversaw and attended site review schedules for institutions with existing programs.

*Florida Department of Education, Bureau of School Improvement (2017–2019).* Provided subject matter expertise and support for the educator development programs, including project and event management, stakeholder communications, website redesign, and program KPI assessment. Coordinated and delivered professional leadership development trainings to school and district leaders. Managed content on school improvement website, utilized by 7,000+ stakeholders in Florida, including content, copy, editing, and organization of digital assets.

### 3. Communication/Dissemination Experience

Glickman, S., Jack, A., & Farfan, G. (2023–2024). *Implementation Zone: Florida B.E.S.T. Standards Implementation* [Training Sessions]. Florida Department of Education, Regional Consortia, and Districts. Gainesville, FL; Tallahassee, FL.

Glickman, S., Jack, A., & Folsom, J.S. (2023). Implementation Science for High-Leverage Practices [Presentation]. *Urgency Rising the Mississippi Office of School Improvement (MDE) Convening*. Hattiesburg, MS.

Glickman, S., & Webley, T. (2020). *Data Impact Project* [Training Session]. Florida Department of Education, Bureau of School Improvement. Orlando, FL.

Ramsey, M., Sewell, J., & Glickman, S. (2019). *Instructional Leadership Team Institute (ILTI)* [Training Session]. Florida Department of Education, Bureau of School Improvement. Tampa, FL.

Ramsey, M., Graham, J., & Glickman, S. (2018). *Instructional Leadership Team Academy (ILTA)* [Training Session]. Florida Department of Education, Bureau of School Improvement. Orlando, FL.

Ramsey, M., & Glickman, S. (2017–2018). *Commissioner's School Improvement Leadership Academy (CSILA)* [Training Session]. Florida Department of Education, Bureau of School Improvement. Orlando, FL.

Shannon Lasserre-Cortez, Ph.D.



**Education/Training**
Ph.D., Louisiana State University, Education Research, 2006
M.A., Louisiana State University, Education Research, 2002
B.A., Nicholls State University, Elementary Education, 1998

**Selected Relevant Professional History**
Senior Research Associate, RMC Research Corporation, Tampa, FL (Works remotely from Louisiana) (2020–Present)
Senior Researcher, American Institutes for Research (AIR), Washington, DC (2015–2019)
Researcher, SEDL, Austin, TX (2013–2015) (SEDL merged with AIR in 2015)
Project Director, Picard Center for Child Development and Lifelong Learning, University of Louisiana, Lafayette (2008–2013)
Education Program Consultant and Research Analyst, Louisiana Department of Education, Baton Rouge, LA (2004–2007)
Graduate Teaching Assistant, Louisiana State University, Baton Rouge, LA (2001–2004)
Elementary Teacher, St. James, LA (1998–2001)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Conducting Needs Sensing | Direct experience working with SEAs, REAs, LEAs | Evaluating Implementation of EB PPIs | Developing and Utilizing Logic Models | Project Management and Administration | Performance Management and Evaluation | Providing and Evaluating Readiness and Capacity Building Services | Adult Learning Principles, Implementation, Improvement, and Systems Change | Presenting at Natl. and Reg. Conferences

1. *Performance Management and Evaluation Experience*

*Southeastern Louisiana University Computer Science Professional Development Evaluation (April–July 2024). Principal Investigator.* RMC partnered with Southeastern Louisiana University and the **Louisiana Department of Education** to conduct a content/pedagogy review of professional development (PD) course materials and an evaluation of whether course participation increased the number of teachers passing the Computer Science PRAXIS exam. Responsibilities included **project management**, **performance measurement and evaluation**, and reporting and dissemination.

*Nevada Transitions Roadmap through Innovative Partnerships (TRIP) grant evaluation (October 2023–present). Principal Investigator.* The Office of Inclusive Education at the **Nevada Department of Education (NDE)** secured federal funding to support transition services for students with disabilities. RMC partnered with NDE to provide quantitative and qualitative analysis, including interviews, focus groups, intake surveys, and administrative and academic data. The project included the creation of a **logic model** to communicate actionable information and understand stakeholder perceptions, as well as **performance measurement and program evaluation** to improve **post-secondary and achievement outcomes**.

ED 000546

Shannon Lasserre-Cortez, Ph.D.
Page 2

*Florida Reading Achievement Initiative for Scholastic Excellence (RAISE) Program Evaluation (May–July 2023), Project Lead/Principal Investigator.* RMC partnered with Just Read, Florida! to evaluate the performance of their State Regional Literacy Directors (SRLD). RMC used a mixed-methods design, using both quantitative and qualitative data to answer questions regarding the effectiveness and impact of SRLD support on RAISE schools. The project included the creation of a **logic model** to communicate actionable information and understand stakeholder perceptions, as well as **performance measurement and program evaluation** to improve **post-secondary and achievement outcomes**.

*Avoyelles Parish Lifting Up Students (APLUS) Evaluation (2023–present). Project Co-Lead.* Avoyelles Parish (LEA) is participating in the USED Full-Service Community Schools program to provide evidence-based integration between two rural schools and their communities. External evaluation and guidance are supplied to help the participating schools in an iterative approach to enhance community integration, achieve behavioral goals, and improve academically. Responsibilities include project management and program evaluation activities such as overseeing instrument development, data collection, data cleaning, data analysis, and reporting.

*Just Read, **Florida**! (JRF!) Courseware Evaluation (January–May 2022). Principal Investigator.* The Florida Department of Education's JRF! office partnered with the **Florida** Center for Reading Research (FCRR) at **Florida** State University to develop and implement Reading Endorsement Courseware aligned with **Florida** Reading Competencies. Responsibilities included conducting a mixed-methods evaluation of the content and delivery of the Reading Endorsement Courseware developed by FCRR through funding provided by the **Florida** Department of Education's JRF! office. Evaluation activities included observations, surveys, and focus groups.

*Nevada Native Youth Community Project Program Evaluation, Project Co-Lead (October 2022–present).* RMC partnered with the **Nevada Department of Education** to evaluate a statewide grant intended to increase cultural awareness and **post-secondary** achievement of **Tribal students**. Evaluation and project management activities on this project include instrument development, data collection, data cleaning, data analysis, and reporting.

*Oklahoma RAISE Program Evaluation, Project Co-Lead, (November 2022–present).* This statewide project is conducted in partnership with the Oklahoma Department of Education to support novice math and science teachers in high-needs schools. Project management and evaluation activities include, overseeing instrument development, data collection, data cleaning, data analysis, and reporting and managing project staff.

*Regional Educational Laboratory (REL) Southeast, Subcontract Director/Principal Investigator Researcher (January 2022–present).* Responsibilities include project and performance management, coordinating with state partners on data, data cleaning, analysis, and report production.

*Region 7 Comprehensive Center, Evaluator (2020–present).* The Region 7 Comprehensive Center (R7CC) provides intensive technical assistance to state education agencies in **Alabama, Florida, and Mississippi**. Evaluation tasks include creating and updating logic models,

Shannon Lasserre-Cortez, Ph.D.
Page 3

conducting surveys, progress monitoring, and continuous improvement. This evaluation measures project and center-level capacity building and stakeholder perceptions.

*Yerington Paiute Tribe Accessing Choices in Education (ACE) Program, Principal Investigator (2021–2023).* This evaluation consisted of **conducting needs sensing**, surveys, focus groups, quantitative analysis of extant data, progress monitoring, and continuous improvement. Academic and demographic data is collected from the participating schools and the program website and is analyzed and reported to the program administrators and the Office of Indian Education. Researchers also collect, analyze, and report qualitative data from focus groups and surveys.

*Pasco County, Florida, Teacher Performance Evaluation, Principal Investigator (2021–2023).* This program evaluation consisted of verifying calculations for student performance scores used in teacher evaluation formulas. Student performance measures were calculated from a variety of assessments and differed depending on the grade and subject of enrollment. Evaluators also provided additional information regarding score calculations as needed for teachers who appealed their initial evaluation results.

*Early Learning Coalition of Hillsborough County ISpy Program Evaluation, Principal Investigator (2021–2022).* This evaluation project tracked venue attendance, family and classroom literacy environments, and teacher perceptions of the program. Evaluation activities included the development of a student vocabulary assessment, teacher and parent/caregiver surveys, and focus groups.

*Pasco County, Florida, Extended School Day Program Evaluation, Principal Investigator (January–September 2021).* Responsibilities included data verification and cleaning, analysis, and reporting.

*REL Southeast, Researcher (2020–2021).* Supported a technical assistance project centered on improving college and career education opportunities for middle and high school students. Created a Geographic Information System (GIS) map depicting locations and types of school/industry partnerships for Jefferson and Vicksburg-Warren, Mississippi, school districts.

*REL Southwest, Louisiana Charter School Research Alliance, Senior Research Lead (2017–2019).* Contributions included PD, assistance with research alliance meetings, literature reviews, research design and data analysis, report writing, data visualization, GIS mapping, and the creation and refinement of research agendas/logic models with stakeholders. Content areas included dropout prevention, school choice, early childhood education, longitudinal studies, teacher evaluation, teacher preparation and PD, and school accountability.

*REL Southwest, Oklahoma Early Childhood Research Alliance, Researcher (2017–2019).* This study examined participation in Oklahoma's state-funded PreK program for five cohorts of first-time public school kindergarten students (2014/15 through 2018/19) and compared the percentages of students who participated in the program by geographic locale and student characteristics. Responsibilities included coordinating with state partners on data, data cleaning, analysis, and report production.

Shannon Lasserre-Cortez, Ph.D.
Page 4

*REL Southwest, Louisiana Teacher Preparation and Professional Development Research Partnership and Arkansas Early Childhood Research Partnership, Research Lead (2013–2017).* Assisted with alliance meetings and technical assistance projects with research alliance leads. Co-principal investigator (Co-PI) on New Orleans Charter School Indicator Study, an examination of characteristics of New Orleans charter schools that show sustained growth over a three-year period. Served as PI on Arkansas PreK participation study and GIS mapping, a study describing the differences between the population of students enrolled in Arkansas PreK over a five-year period vs. the population of students who are eligible for PreK services under Arkansas' ABC PreK program. Activities included instrument creation and evaluation, data analysis, database management, report construction and presentation, analytical and statistical consulting, grant and proposal writing, research design, and program evaluation.

*REL Southwest, New Mexico PreK Enrollment Study, Co-Principal Investigator (2013–2017).* This study examined factors that affected children's participation in New Mexico PreK, such as family income and availability of transportation. Responsibilities include coordinating with state partners on data, data cleaning, analysis, creation of a GIS, and report production.

*Picard Center Integrated Longitudinal Database Project, Project Director (2008–2013).* Led research projects utilizing longitudinal data linked across several state databases. Worked with university and state administrators to secure ten years' worth of longitudinal data from several state agencies such as Louisiana Department of Education, Workforce Commission, Board of Regents, Foster Care, Juvenile Justice, and others. Linked these data sets at the individual level and created research projects that were able to answer questions that could not be addressed without the data integration.

*Picard Center, Louisiana Workforce Development Simulator, Project Director (2008–2013).* Used Louisiana workforce data and higher education enrollment data to model workforce assets and needs into 2016. Mapped secondary education experience from Louisiana Board of Regents graduation data to possible workforce qualifications to generate "supply-side" reports for Louisiana Workforce Commission. Used growth models to project graduation rates of Louisiana public universities.

*Louisiana Department of Education, Research Analyst (2004–2007).* Supported Louisiana school accountability data analysis and reporting. Served as research lead for Louisiana Intensive Networking Communities for Success program. Responsibilities included coordinating with state and local partners on data, data cleaning, analysis, and report production.

2. *Communication/Dissemination Experience*

Norman-Goins, K., & Lasserre-Cortez, S. (2023). *Writing Impact Stories for Compelling Evaluation Reports* [Presentation]. Annual Evaluation Association Conference, Indianapolis, IN.

Lasserre-Cortez, S., Cox, P., Goertzen, H., Jetty, L., Molina, C., & Vandeborne, L. (2021). *Considerations for Developing Effective Math Coaches: A Content-Driven Perspective.* Region 7 Comprehensive Center.

Shannon Lasserre-Cortez, Ph.D.
Page 5

Dahlke, K., Karoly, L. A., Perera, R., Little, M., Henry, C., Lasserre-Cortez, S., & Gerdeman, D. (2020). *Participation in state-funded prekindergarten in Oklahoma* (REL 2021–044). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest. http://ies.ed.gov/ncee/edlabs

Lasserre-Cortez, S. (2019, May 29). Research-based, trauma-responsive education practices. *REL Southwest.* https://ies.ed.gov/ncee/rel/Products/Region/southwest/Blog/90090

Barkowski, E., Lasserre-Cortez, S., & Lindsay, J., (2019, April 6). *Conducting Studies of Teacher Mobility and Retention in Partnership with State and Local Education Agencies: Regional Educational Laboratory Southwest Study of Teacher Mobility in Texas Schools* [Presentation]. Annual meeting of the American Educational Research Association, Toronto, Canada.

Lasserre-Cortez, S., (2018, December 8). The Special Education Enrollment Gap in Louisiana: Charter Versus Traditional Schools (Opinion). *Education Week.* www.edweek.org/teaching-learning/opinion-the-special-education-enrollment-gap-in-louisiana-charter-versus-traditional-schools/2018/11.

Wolf, P., & Lasserre-Cortez, S., (2018, April) *Special Education Longitudinal Enrollment Study for Louisiana Public Charter Schools* [Presentation]. Annual meeting of the American Educational Research Association, New York, NY.

Wolf, P. J., & Lasserre-Cortez, S. (2017). *Special education enrollment and classification in Louisiana charter and traditional schools* (REL 2018288). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest. http://ies.ed.gov/ncee/edlabs

Wolf, P. J., & Lasserre-Cortez, S. (2016). *An exploratory analysis of features of New Orleans charter schools associated with student achievement growth* (REL 2018287). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest. http://ies.ed.gov/ncee/edlabs

Brown, D. M., & Lasserre-Cortez, S. (2016, October). *Louisiana Privacy Law Study. Policy & Practice* [Roundtable]. International Society for Educational Planning Conference, New Orleans, LA.

Forsyth, C., Asmus, G., Farmer, K., Forsyth, Y., Stokes, B., Forsyth, O., & Lasserre-Cortez, S. (2010, October). *The foster care population in Louisiana* [Presentation]. Annual meeting of the Mid-South Sociological Association, Baton Rouge, LA.

Kimilee Norman-Goins, B.A.



**Education/Training**
B.A., University of South Florida, English – Professional and Technical Writing, 2020

**Selected Relevant Professional History**
Publishing and Communications Director, RMC Research Corporation, Tampa, FL (2020–Present)
Technical Writer, Metajourn LLC, Tampa, FL (2017–2020)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

| Communications Strategy and Management | Dissemination | Technical Writing/Copyediting |

1. _Communication/Dissemination Experience_

_Region 7 Comprehensive Center (R7CC) (2020–Present)._ Publishing and **Communications** Director. Directs quality assurance procedures and ensures that deliverables for 10+ projects simultaneously are error-free and highly shareable. Explores and initiates innovative strategies to **disseminate** information in various formats and mediums, such as infographics, video sessions, and visual-rich blogs. Manages R7CC's resource library on its website, ensuring that resources are evidence-based and relevant. Provides technical writing and revision assistance for R7CC's website and social media platforms. Works with R7CC evaluators to report on relevant social media and website analytics to measure stakeholder engagement and reach. Works with subject matter experts and their project deliverables to improve widespread perception by applying search engine optimization tactics and utilizing data visualization. Manages the monthly publication and **dissemination** of blogs and newsletters. Designs infographics and other visual accompaniments. Serves as the R7CC representative to highlight current projects with the CCNetwork. Ensures that publications are compliant with style guides and accessibility requirements. Led the design for the Alabama State Department of Education's _Framework for English Learner Success_ and _Data Inquiry Protocol_.

_Regional Educational Laboratory Southeast (2020–Present)._ Provides editing/dissemination support for various proposals and products, including infographics, training presentations, information briefs, and more.

_Hillsborough Community College (2021–2022)._ Consultant. Provided writing, research, and editing services for the Quality Early Education System's Year 3 report evaluating the project's capacity-building training and support for preschools serving low-income families. Additional support included developing **social media campaigns** and reaching out to several local news outlets and public figures for press opportunities.

_Metajourn LLC (2017–2020)._ Technical Writer. Provided research- and communication-based technical writing for a variety of pharmaceutical companies. Served as the liaison between physicians and sales representatives to facilitate learning and sales techniques for new products and procedures. Created and edited workshop modules and keynote speeches for company

meetings, mentoring sessions, and launches. Assisted other team members with instructional design writing.

Norman-Goins, K., Mollette, M., Walker, P., & Collins, C. (2024). Professional Learning in Arts Integration Improves Outcomes. *Principal Magazine, 103*(5) 26–31. https://www.naesp.org/resource/professional-learning-in-arts-integration-improves-outcomes/

Norman-Goins, K., & Lasserre-Cortez, S. (2023). *Writing Impact Stories for Compelling Evaluation Reports* [Presentation]. Annual Evaluation Association Conference, Indianapolis, IN.

Norman-Goins, K., & Sharp, D. (2021). *Quality Early Education System: Year 3 Evaluation Report*. Prepared for Hillsborough Community College for submission to the Children's Board of Hillsborough County.

ED 000552



Verónica Ruiz de Castilla, Ph.D.

**Education/Training**
Ph.D., University of Texas at Austin, Economics, 1996
M.A., University of Texas at Austin, Economics, 1991
B.A., Universidad del Pacífico, Lima, Perú, Economics, 1989

**Selected Relevant Professional History**
Research Associate, RMC Research Corporation, Tampa, FL (2021–Present)
Educator, Burnet Consolidated Independent School District, Burnet, TX (2019–2021)
Principal Analyst, VRDC Consulting, LLC, Burnet, TX (2017–2019)
Senior Researcher, American Institutes for Research, Austin, TX (2015–2017)
Research Associate, SEDL, Austin, TX (2011–2015)
Founder and Quantitative Researcher, VRDC Consulting, LLC, Austin, TX (2008–2011)
Educator, Austin Independent School District, Austin, TX (2008–2011)
Senior Research Analyst, Texas Center for Educational Research, Austin, TX (2007–2008)
Educator, Austin Independent School District, Austin, TX (2006–2007)
Lead Researcher, National Center for Educational Accountability, Austin, TX (2003–2006)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Instruction for English Learners and Biliteracy | Resource Allocation and Return on Investment | Developing Tools, Evidence-Based Resources | Identifying and Selecting Evidence-Based Programs, Practices, and Interventions | Coaching | High-Quality, Intensive Capacity-Building | Rural Education | Educator Preparation

1. _Subject Matter and Technical Assistance Experiences_

*Region 7 Comprehensive Center (2022–Present).* Project Co-Lead for **Alabama Improving English Learner (EL) Achievement**. Project staff for **Mississippi** English Language Proficiency Standards Correspondence/Alignment Study related to assessment peer review requirement. Project staff for Strengthening the Use of Research and Evidence-Based Findings in **Teacher Preparation Programs**: A Regional Community of Practice. Provide highly relevant and effective **intensive capacity-building services** to SEAs related to **evidence-based programs, practices, and interventions** for **ELs**. Provide technical assistance to **Alabama** to support the **implementation, continuous improvement, sustainability, and scaling** of a State Framework for EL Success. Provide **training and coaching** to Alabama state and regional EL specialists on evidence-based practices and coaching to support the implementation of **core academic instruction and assessment** for ELs. **Co-develop** resources and **tools** alongside **SEA** staff to address needs related to measuring implementation **fidelity** of **evidence-based practices** for ELs. Create a professional development series that builds capacity of **SEAs** and **LEAs** to understand and incorporate **academic return on investment** in their **resource allocation** decisions. **Collaborate** with the National Comprehensive Center to provide ESSER-related **targeted assistance** to Alabama Federal Programs and **LEA** teams.

*Regional Educational Laboratory (REL) Southeast (2022–Present).* Lead Researcher for the **Alabama Improving EL Outcomes** Research Partnership. Task 5 PI and Project Lead of the

Verónica Ruiz de Castilla, Ph.D.
Page 2

Promising Practices Study of **Alabama's High-Quality Instruction and Assessment** for **ELs**. Conducted **needs sensing**; literature review, research design, and instrument development; leading data collection, management, and analysis; and will lead **dissemination**. Task 4 Training, Coaching, and Technical Assistance Co-lead. Provide **training and coaching** to regional EL specialists and **LEA** partners on the IES practice guide *Teaching Academic Content and Literacy to English Learners in Elementary and Middle School* using the companion Professional Learning Community Facilitator Guide. Develop and update **logic models** and measurement plans for partnership projects to track progress toward project outcomes.

*Texas Comprehensive Center (TXCC) (2016–2017).* Analyst, Texas Teacher Evaluation & Support System (T-TESS) Project. Provided **highly relevant and highly effective technical assistance** to support the **SEA** implementation of annual teacher and appraiser surveys to evaluate their T-TESS program.

*REL Southwest (2012–2017)*. PI and Project Lead of the Oklahoma **Rural** Schools Research Alliance Educators and Data Use **Expert Technical Assistance** Project, PI and Project Lead of the Correlational Study of Teachers Assigned to **EL** Students in Houston ISD, PI and project lead of the Trends in the identification and provision of services to gifted and talented **EL** students in Texas, and PI and project lead of the Descriptive Study Visualizing Data from the Implementation of the Academic Excellence **Biliteracy** Program in Fabens ISD. Conducted **needs sensing**; literature review, research design, and instrumentation development; data collection, management, and analysis; and **dissemination**.

*National Center for Educational Accountability (NCEA) (2003–2006)*. Project Lead for Evaluation of University of Texas System **Educator Preparation Programs** and Project Lead for School **Resource Allocation** and the Impact on Student Achievement study. Conducted literature review, research design, and instrument development; data collection, management, and analysis; and **dissemination**.

2. *Communication/Dissemination Experience*

Ruiz de Castilla, V. (2024). *Academic Return on Investment* [Webinar Series]. Region 7 Comprehensive Center. https://region7comprehensivecenter.org/learning-hub/

Ruiz de Castilla, V. (2024, April). *Unpacking NAEP Data to Inform Instruction: A Multilingual Learner Example* [Webinar]. National Comprehensive Center Multilingual Learner Working Group.

Goertzen, H., & Ruiz de Castilla, V. (2023). A Model of Collaboration Between REL Southeast and the Region 7 Comprehensive Center to Strengthen Alabama's English Learner Outcomes. *Regional Educational Laboratory Southeast.* https://ies.ed.gov/ncee/rel/Products/Region/southeast/Blog/107517

Goertzen, H. & Ruiz de Castilla, V. (2023, June). *Enhancing Teacher Quality: Implementing an Asset-Based Approach for Supporting Multilingual Learners* [Presentation]. Effective Educator Development Technical Assistance Center Annual Grantee Summit. Washington, DC.

ED 000554

Verónica Ruiz de Castilla, Ph.D.
Page 3

Ruiz de Castilla, V. (2023, January). *Teaching Academic Content and Literacy to ELs in Elementary and Middle School* [Presentation]. Alabama-Mississippi Teachers of English to Speakers of Other Languages Conference. Huntsville, AL.

Ruiz de Castilla, V. (2023). Participation of English Learners in the National Assessment of Educational Progress: Opportunity and Inclusivity. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/participation-of-english-learners-in-the-national-assessment-of-educational-progress-opportunity-and-inclusivity/

Ruiz de Castilla, V., Hill, A., & Goertzen, H. (2022). Four Instructional Practices for Bolstering English Learner Achievement in Grades K-12. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/four-instructional-practices-for-bolstering-english-learner-achievement-in-grades-k-12/

Ruiz de Castilla, V. (2018). *Teacher certification and academic growth among English learner students in the Houston Independent School District* (REL 2018-284). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest.

Fleming, G., & Ruiz de Castilla, V. (2017). *Identification of gifted and talented English learner students in grades K-5 in Texas: lessons from school interviews* (ED-IES-12-C-0012). Limited Distribution Report. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest.

Ruiz de Castilla, V. (2017). *Teacher Certification and Academic Growth for English Learner Students in Houston ISD* [Policy Brief]. The University of Texas at Austin. Education Research Center.

Ruiz de Castilla, V., & August, D. (2017). *Identification of gifted and talented English learner students in grades K-5 in Texas: lessons from student-level data* [Policy Brief]. The University of Texas at Austin. Education Research Center.

Ruiz de Castilla, V., & August, D. (2017). *Identification of gifted and talented English learner students in grades K-5 in Texas: lessons from student-level data* (ED-IES-12-C-0012). Limited Distribution Report. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest.

Ruiz de Castilla, V., & August, D. (2017). *The representation of grades K-5 English learner students in gifted and talented programs in Texas* (REL 2017-137). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest.

Ruiz de Castilla, V. (2017). *What Did We Learn? Teacher certification and academic growth for English learner students in Houston Independent School District* (ED-IES-12-C-0012). *Limited Distribution Report.* U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest.

Verónica Ruiz de Castilla, Ph.D.
Page 4

Ruiz de Castilla, V. & Williams, H. (2015). *Educators and Data Use: Technical Assistance Provided to Pilot Schools.* Oklahoma Rural Schools Research Alliance (ED-IES-12-C-0012). *Limited Distribution Report.* U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Southwest.

Lloyd, L., Rivas, C., & Ruiz de Castilla, V. (2015, October). *Fabens ISD in Numbers after adopting a simultaneous biliteracy model: An example of a fast response Project from REL Southwest* [Paper presentation]. Texas Association for Bilingual Education Conference. El Paso, TX.

Mellor, L., Lummus-Robinson, M., Brinson [Ruiz de Castilla], V., & Dougherty, C. (2010). *Linking teacher preparation programs to student achievement in Texas*. In Institute for Public School Initiatives, The University of Texas System (Eds.), Preparing Texas teachers: A study of the University of Texas System teacher preparation programs.

Ruiz de Castilla, V. (2006, March). *Preparing effective teachers: Trying to learn how they do it in Texas* [Paper presentation]. American Education Finance Association Conference. Denver, CO.

Ruiz de Castilla, V. (2005, March). *How are high-performing schools spending their money?* [Paper presentation]. American Education Finance Association Conference. Louisville, KY.

Lauren Matlach, M.A. 

**Education/Training**
M.A., Educational Leadership and Policy Studies, University of Maryland, College Park
B.A., Elementary Education, Loyola College in Maryland

**Selected Relevant Professional History**
Subject Matter Expert, AEM Corporation, Reston, VA (2021–Present)
Director, Rhode Island Department of Education, Providence, RI (2019–2020)
Education Specialist, Rhode Island Department of Education, Providence, RI (2014–2019)
Consultant and Researcher, American Institutes for Research, Washington, DC (2011–2016)
Instructor, Johns Hopkins Center for Talented Youth, Baltimore, MD (2007–2016)
Research Apprentice and Research Assistant, University of Maryland, College Park, MD (2010–2011)
Title I Intervention Teacher, Catapult Learning/St. Bernadine's School, Baltimore, MD (2009–2010)
Teacher, Baltimore County Public Schools, Baltimore, MD (2008)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Technical Assistance | Evidence-Based Policy Development | Capacity Building | Direct
Experience as an SEA Leader | Developing and Utilizing Logic Models | Developing Tools,
Evidence-Based Resources, and Guides

1. _Subject Matter and Technical Assistance Experiences_

_Region 7 Comprehensive Center (2021–Present)._ Project Lead for Mississippi's Community
Engagement Councils. Co-created and co-facilitated pilot training supports for community
members and district staff. Engaged cross-department teams at the Mississippi Department of
Education to **develop new training for school leaders**, enhancing high-quality **engagement and
collaboration between community stakeholders** and educational staff. Provided technical
assistance and **developed evidence-based policies and guidance** documents, demonstrating
expertise in community engagement and capacity-building.

_Effective Educator Development (EED) TA Center (2022–Present)._ TA Lead for the EED TA
Center, planning and executing the Annual Grantee Summit, a U.S. Department of Education-
sponsored event. Developed work plans, facilitator materials, and communications plans to
support the center's high-quality intensive capacity-building services. Provides **technical
assistance** to grantees, focusing on educator workforce issues, project management, and
outreach. **Demonstrated subject matter expertise** in professional development and high-
leverage problem-solving within the education sector.

2. _Administration and Operation of State and Local Educational Systems_

_Rhode Island Department of Education - Director, Office of Educator Excellence & Certification
Services (2019–2020)._ Led efforts to recruit, prepare, certify, support, and retain educators across
Rhode Island. Supervised 13 staff members and **managed the federal Title IIA budget**,
ensuring high-quality instructional materials and professional learning opportunities for
educators. Worked closely with stakeholders and regularly **presented to the Board of**

Lauren Matlach, M.A.
Page 2

**Education**, demonstrating expertise in the administration and operation of SEA functions and commitment to improving educational outcomes in Rhode Island.

*Rhode Island Department of Education - Education Specialist (2014–2019).* Led **stakeholder engagement and the development of Rhode Island's Equitable Access Plan**, focusing on providing high-quality education to all students. Recruited, trained, and facilitated multi-day program approval reviews for 11 educator preparation providers, significantly improving the state's program approval process. Provided **technical assistance aligned to state standards**, designed and led educator evaluator trainings, and supported the redesign of the state's educator preparation programs. Highlighted subject matter expertise in educator preparation and effective administration of SEA initiatives.

   *3. Communication/Dissemination Experience*

Kingston, S., Matlach, L., & Fishkin, E. (2024, forthcoming). *Eliminating educator shortages: resources to support and retain high-quality teachers*. EED TA Center.

Matlach, L. (2023, October). The Potential of Future Educators as Tutors. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/the-potential-of-future-educators-as-tutors/

Matlach, L. (2021). *Strengthening the educator workforce: Recruiting, supporting, and retaining teacher candidates from traditionally underserved groups*. EED TA Center.

Matlach, L. K. B. (2021). *Grantee spotlight: Planning for financial sustainability at Radford University and California State University, Dominguez Hills*. EED TA Center.

Matlach, L. K. B. (2021). *Grantee spotlight: Thinking strategically and creating coherence.* EED TA Center.

Matlach, L. (2021, May). COVID-19 and state policy opportunities to strengthen the teacher workforce. *Region 7 Comprehensive Center.* https://region7comprehensivecenter.org/covid-19-and-state-policy-opportunities-to-strengthen-the-educator-workforce/.

Matlach, L. K. B. (2020). *Grantee spotlight: Collaboration between Maricopa County Education Service Agency and Illinois State University.* EED TA Center.

Matlach, L. K. B. & Poda, J. (2016). *Looking outside education: What school leaders can learn about professional learning from other industries.* Center on Great Teachers and Leaders.

Malen, B., Rice, J. K., Matlach, L. K. B., Bowsher, A., Hoyer, K. M., & Hyde, L. (2015). Developing organizational capacity for implementing complex education reform initiatives: Insights from a multi-year study of a Teacher Incentive Fund (TIF) program. *Educational Administration Quarterly*, *51*(1), 133–176.

Matlach, L. (2015). *Evaluating evaluation systems: Policy levers and strategies for studying implementation of educator evaluation*. Center on Great Teachers and Leaders.

Lachlan-Haché, L., Castro, M., Matlach, L., & Cushing, E. (2015). *Essential components of student learning objectives implementation: A practice brief.* TIF TA Center.

Lauren Matlach, M.A.
Page 3

Matlach, L. (2015). *Increasing teacher leadership*. Center on Great Teachers and Leaders.

Matlach, L. (2015). *Supporting and retaining effective principals*. Center on Great Teachers and Leaders.

Goe, L., & Matlach, L. (2014). *Supercharging student success: Policy levers for helping paraprofessionals have a positive influence in the classroom.* Center on Great Teachers and Leaders.

Potemski, A., & Matlach, L. (2014). *Supporting new teachers: What do we know about effective state induction policies?* Center on Great Teachers and Leaders.

Lachlan-Hache, L., Matlach, L., Cushing, E., Mean, M., & Reese, K. (2013). *From the desk of early SLO adopters: Lessons learned from the Teacher Incentive Fund.* American Institutes for Research.

Coggshall, J., Menon, R., & Bivona, L. K. (2013). *The schoolwide impacts of the strategic implementation of a differentiated professional development process on teaching, leadership, and professional collaboration and culture* [Presentation]. AEFP Annual Meeting.

Burnett, A., Cushing, E., & Bivona, L. (2012). *Use of multiple measures for performance-based compensation*. Center for Educator Compensation Reform.

Bivona, L. (2012). *Case summary: Pay for performance in Idaho*. Center for Educator Compensation Reform.

Coggshall, J. G., Bivona, L., & Reschly, D. J. (2012). *Evaluating the effectiveness of teacher preparation programs for support and accountability*. National Comprehensive Center for Teacher Quality.

Lachlan-Hache, L., Cushing, E., & Bivona, L. (2012). *Student learning objectives (SLOs) as measures of educator effectiveness: The basics*. American Institutes for Research.

Hoyer, K. M., Bivona, L., Malen, B., & Rice, J. K. (2012). *Persistent and pervasive implementation challenges associated with educator incentive programs: A case study of Financial Incentive Rewards for Supervisors and teachers (FIRST) in Prince George's County* [Paper presentation]. AEFP Annual meeting.

Ahn, J., Bivona, L. K., & DiScala, J. (2011). Social media access in K-12 schools: Intractable policy controversies in an evolving world. *Proceedings of the American Society of Information Science & Technology*, *48* (1), 1–10.

Malen, B., Rice, J. K., Jackson, C., Hoyer, K. M., Hyde, L., Bivona, L., Blaisdell, L., Bowsher, A., Cortes, K., Coverdale, B., de la Torre, A., Goldstein, M., Pimpawathin, A., & Sutter, J. (2011, December). *Implementation, payouts and perceived effects: A formative analysis of Financial Incentive Rewards for Supervisors and Teachers (FIRST).* Prince George's County Public Schools.

ED 000559



Angela Sykes Rutherford, Ph.D.

**Education/Training**
Ph.D., Auburn University, Reading Education, 2003
M.S., University of Southern Mississippi, Educational Administration and Supervision, 1993
B.S., University of Southern Mississippi, Elementary Education, 1988

**Selected Relevant Professional History**
Professor, Teacher Education and Director, Center for Excellence in Literacy Instruction, University of Mississippi, University, MS (2004–Present), Director Willie Price Lab School (serving 3- and 4-year-old children) on UM campus for two years
Assistant Professor for Barksdale Reading Institute, Mississippi University for Women, Columbus, MS (2003–2004)
Remedial/Developmental Reading Teacher, Beauregard High School, Lee County School District, Beauregard, AL (1996–2003)
Classroom Teacher and Adjunct Instructor, Schools and Universities in Alabama and Louisiana (1993–1996)
Kindergarten and Middle School Math Teacher, Hattiesburg School District, Hattiesburg, MS (1988–1992)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Capacity Building and Technical Assistance to SEAs and LEAs and Community Organizations | Needs Sensing | Coaching | Professional Development | ESSA | Evidence-Based Literacy | Teacher Preparation | School Improvement | Early Childhood and Early Learning | Summer Reading Programs | Tutoring | School Leaders | Family and Community Engagement

1. _Subject Matter and Technical Assistance Experiences_

*Region 7 Comprehensive Center (2019–Present).* Co-State Liaison (**Mississippi**) assisting with project management for Mississippi projects. Partner Leader of Center for Excellence in Literacy Instruction in the R7CC partnership with RMC Research Corporation; Member of the R7CC Leadership Team; Project staff for literacy projects in **Alabama, Florida, and Mississippi** to build capacity in the states for using **evidence-based literacy practices,** as well as co-develop projects and tools alongside **SEAs and LEAs** to address ongoing and emergent needs related to **literacy.** Project staff for **Community Engagement Councils** in **Mississippi** for SEA to co-develop new guidance and professional learning modules for districts/schools required by Mississippi law to create a **community engagement** council.

*Director, Center for Excellence in Literacy Instruction (2008–Present).* Teaches coursework for undergraduate and graduate educator preparation programs. Serves on the **Mississippi** Reading Panel, the **Mississippi** Early Reading Policy Team, the Utah Reading Panel, and the **REL Southeast Governing Board**. Director of the Willie Price Lab School (serving 3- and 4-year-old children) at UM for 2 years and initiated the process of NAEYC accreditation for the Lab School. Nationally certified trainer of Language Essentials for Teachers of Reading and Spelling (LETRS). Principal Investigator of multiple grants, writes, manages and oversees grant activities furthering the mission of **community support, effective teachers and leaders, and access to**

ED 000560

Angela Sykes Rutherford, Ph.D.
Page 2

**literacy programming for disadvantaged children and families** who live in **rural areas**. Collaborates with states, districts, and schools for program development, design, implementation, and evaluation, as well as advises states, districts, and schools in the implementation of **evidence-based literacy programs,** including the implementation of successful literacy programs for disadvantaged students in low-performing, high-needs, rural schools and districts. Engages with the national Campaign for Grade-Level Reading to support implementation of the CGLR in **Mississippi** by providing support to **community-led organizations** and **community partner organizations** in developing coherent models to effectively **supports families** and children so that all children in that community attain reading proficiency. Engages with Jumpstart for Young Children, Inc. to bring Jumpstart to Mississippi with a vision to see every child in Mississippi entering kindergarten prepared to succeed. Leads a **high-dosage tutoring** program, Mission Acceleration, that focuses on accelerating reading achievement by training college students to serve as AmeriCorps members and reading tutors across the academic year.

*Assistant Professor, Mississippi University for Women (2003–2004).* Taught coursework in elementary education undergraduate and graduate programs specific to **literacy and research methodology**. Served as the coordinator for the literacy education graduate program and wrote the International Reading Association Specialized Professional Association program report. Partnered with local schools to support preservice and practicing teachers.

2. <u>Administration and Operation of State and Local Educational Systems</u>

*Member of **Mississippi** (2013–present) and Utah (2022–present) Reading Panels.* Serve on the panels to provide **technical assistance** and support as each state implements a **state-level policy** focused on **reading** achievement.

*Consultant for Read On Arizona (2023–present).* Provide **literacy expertise** in creating a state continuum of **evidence-based instructional components** across birth to Grade 12. The continuum supports various stakeholder groups.

*University of Wyoming College of Education (2022–2023).* Created learning modules for different topics focused on dyslexia for the College to assign to **teacher preparation** candidates.

*Barksdale Reading Institute (2020–2022).* Reviewed **teacher preparation programs** in **Alabama** to provide information about the programs' alignment to the Science of Reading to the Alabama Department of Education, as well as to the respective preparation program.

*Classroom Teacher (1988–2003).* Teach kindergarten, middle school math, and high school developmental reading in Hattiesburg, **Mississippi**, as well as Walker and Lee Counties in **Alabama**.

3. <u>Communication/Dissemination Experience</u>

Oakley, N., Burk, K., Butler, K., Lemonis, R., Paola, C., & Rutherford, A. (2018). *Finding the right starting point for reading interventions.* Mississippi Department of Education.

ED 000561

Angela Sykes Rutherford, Ph.D.
Page 3

(Authored with the entire Mississippi Reading Panel)

Birdyshaw, D., Swaggerty, E., McGriff, M., Rutherford, A., Ro, J., Tancock, S., Fine, J., & Leach, A. (2017). Beyond state requirements:  Examining teacher preparation for literacy instruction in the United States teacher education programs. *Literacy Practice & Research, 43*(1), 15–25.

Rutherford, A. S., Carter, L., Riley, M., & Platt, S. (2017). Content knowledge reading assessment:  A policy change impacting elementary education candidates' preparation. *Research in Higher Education, 33*.

Mott, M. S., Mott, J. M., McClelland, S. S., Thomas, L. H., Rutherford, A. S., Naron, K. Y., & Moore, J. J. (2016). *Early literacy assessment and toolbox.* Cognella. (first edition)

Birdyshaw, D., Swaggerty, E., Rutherford, A., Berne, J., Donaldson, R., Fine, J., McGriff, M., Tancock, S., Tano, C., & Wooten, D. (2015). *Preliminary report on the teacher preparation for literacy instruction*. International Literacy Association.

Sheils, A. P., & Rutherford, A. (2014). Meaningful mentoring: A source of hope in elementary classrooms in the Mississippi Delta. *Florida Association of Teacher Educators Journal, 1*(14), 1–8.

Mott, M. S., & Rutherford, A. S. (2012). Technical examination of a measure of phonological sensitivity. *SAGE Open.* doi: 10.1177/2158244012445584.

Rutherford, A. S., Hillmer, T., & Parker, A. (2011). Overcoming the education challenge of poverty in the Mississippi Delta. *Kappan, 93*(3), 40–43.

Rutherford, A., Leland, K. L., & Mott, M. S. (2010). A call for change: Engaging students in Rosenblatt's aesthetic stance to promote lifelong reading. *Concern for Affect In Reading Education, 25*, 34–39.

Rutherford, A., Carter, L., Hillmer, T., Siebert, S., Kramer, M., & Parker, A. (2009). Promoting intrinsic reading: Implementing literature circles with intermediate-grade students and preservice teachers. *The International Journal of the Book, 6*, 43–49.

Rutherford, A., Carter, L., Wolff, L., & Blackwell, S. (2009). Student teachers' early literacy concepts. *Academic Exchange Quarterly, 13*(1), 60–69.

ED 000562



Kathleen Ryan Jackson, D.Ed.

**Education/Training**
D.Ed., University of Oregon, Methodology, Policy, Leadership, Eugene, OR (2012–2014)
M.S., University of Oregon, Special Education, Eugene, OR (1996–1998)
B.S., University of Oregon, Psychology, Eugene, OR (1995–1997)

**Licensure**
Superintendent                University of Oregon, Eugene, OR        2012–2014
Initial Administrator        University of Oregon, Eugene, OR        2003–2005
Special Education            University of Oregon, Eugene, OR        1996–1998

**Selected Relevant Professional History**
Advanced Implementation Specialist and Investigator, National Implementation Research Network, UNC Chapel Hill, NC (2014–Present)
Implementation and Improvement Specialist, Center on Teaching and Learning, University Oregon, Eugene, OR (2009–2014)
Research Consultant, Community and Educational Supports, University of Oregon (2009–2014)
Supervisor, Teacher Licensure Program, University of Oregon (2009–2014)
ESSA Consultant, Oregon Department of Education, Salem, OR (2012–2014)
Administrator, Greater Albany and Springfield Public Schools, OR (2005–2009)
Special and Alternative Education Teacher, Corvallis Public Schools, OR (1998–2005)

**Selected Examples of Subject Matter Expertise and Technical Assistance Experience**

Capacity Building and Technical Assistance to SEAs, REAS, LEAs, Teachers, Family and Community | Implementation Science Practice | Improvement Science Practice | Needs Sensing | Coaching | Facilitating | Professional Development | Special Education, Early Intervention to Adult Living | Transition | Place-Based Education | ESSA | Evidence-Based Literacy | Evidence-Based Math | Positive Behavior Interventions and Supports | Multi-tiered Systems of Support | Absenteeism | ESSA | Teacher Preparation | School Improvement | Early Childhood and Early Learning | Leadership | Methodology and Policy | Adult Learning Principles | Dissemination | Communication | Presentation

1.  *Subject Matter and Technical Assistance Experiences*

*Region 7 Comprehensive Center (2019–Present).* Project staff providing **technical assistance** for the **Mississippi** Equitable Access to Effective Educators project, including **needs sensing, stakeholder engagement, and communication plans** from the state to REAs, LEAs, teachers, and the community. Project staff providing **intensive capacity development** for MS state leadership and regional staff using **adult learning principles. Facilitated the** use of co-created training and onboarding systems, including **tools, guides, and evidence-based (EB) resources** that were replicated and **scaled** to other major MS projects and offices (Leadership, Strengthen Teams, Strengthen Schools). Project staff delivering ongoing **professional development** for R7CC staff supporting **Mississippi, Alabama, and Florida** on the use of **implementation science to scale, sustain, disseminate, and evaluate** projects. Project staff responsible for literature review of **EB research** on effective technical assistance aligned with state needs.

ED 000563

Kathleen Ryan Jackson, D.Ed.
Page 2

*National Implementation Research Network (2014–Present).* State Implementation and Scaling-up of Evidence-based Practices (SISEP) specialist providing **highly relevant and effective technical assistance** to Washington, Kentucky, Wisconsin, Michigan, and Virginia. Leads Kentucky in the use of the latest **evidence, research, and data** on **implementation and improvement** practices to **plan, implement, scale, and sustain** its State Systemic Improvement Plan. **Coached and facilitated** teams' use of **EB practices in Math** for **students with disabilities** in large urban and **rural** settings, delivered **in core instruction** to benefit all students. **Equitable funding and resource allocation** resulted in **readiness and capacity building** that scaled to every REA in the commonwealth supporting local LEAs. Multiple papers and presentations at international, national, and regional conferences **disseminated research findings** from quasi-experimental studies. NIRN and Kentucky received an award from Carnegie in 2018 for this federal **policy initiative.**

*Effective Behavioral and Instructional Support Systems (2009–2014).* Lead **implementation and improvement** specialist providing **highly relevant and effective technical assistance** to the state of Oregon on the first federally funded SISEP **policy initiative**. Our aim was to strengthen **leadership** behaviors at the state, REA, and LEA level to support schools blending two **EB practices**: early **literacy** and **Social Emotional Learning and Discipline.** Using an MTSS model, we **coached and facilitated teams** in the use of **core academic instruction and assessment** using **adult learning principles, implementation, improvement, and systems change.** There was a strong focus on **rural education, special education, English learners and multilingualism, early learning, building the teacher workforce, and recruitment and retention of qualified teachers.** The project is **scaled and sustained** to this day. **Dissemination** of the project was accomplished by presentations locally, nationally, and internationally. Multiple papers were published.

2. <u>*Administration and Operation of State and Local Educational Systems*</u>

*Implementation and improvement informed technical assistance (2009–Present).* Supports numerous SEAs, REAs, LEAs, schools, and teacher teams to assess **readiness and capacity-building** opportunities to leverage effective **planning, implementing, scaling, and sustaining** their investments in EB programs.

*School Administration (2005–2009).* Facilitated the power of teachers and students as leaders resulting in their presentations at statewide conferences and awards. Secured **funding** and led participation in national **evaluation** studies. For example, Positive Behavior Interventions and Support, Youth Transitions, Service Learning, Community work-study partnerships, and Multi-tiered Systems of Support resulting in awards for high **attendance**, low rates of school dropping out, and improved **academic outcomes**.

*Teacher Leadership (1998–2005).* Led a team of educational assistants in development of a school-based business and multiple community work partnerships for **Students with Intellectual Disabilities**. Designed, implemented, and evaluated an alternative education program resulting in a high **attendance** state award.

ED 000564

Kathleen Ryan Jackson, D.Ed.
Page 3

### 3. *Communication/Dissemination Experience*

**Peer-Reviewed Journal Articles**

Ward, C., Ihlo, T., Ryan Jackson, K., & Farmer, S. (2022). Effective Implementation Capacity to Impact Change for Students with Disabilities. *Journal of Disability Policy Studies*, 10442073221096392.

Chaparro, E. A., Smolkowski, K., & Jackson, K. R. (2020). Scaling Up and Integrating Effective Behavioral and Instructional Support Systems (EBISS): A Study of One State's Professional Development Efforts. *Learning Disability Quarterly*, *43*(1), 4–17.

Chaparro, E. A., Smolkowski, K., Baker, S. K., Hanson, N. & Ryan Jackson, K. M. (2012). A Model for System-Wide Collaboration to Support Integrated Social Behavior and Literacy Evidence-Based Practices. *Psychology in the Schools. 49*(5), 465–482.

Chaparro, E. A., Ryan Jackson, K. M., Baker, S. K., & Smolkowski, K. (2012). Effective Behavioral and Instructional Support Systems: An Integrated Approach to Behavior and Academic Support at the District Level. *School Based Mental Health Interventions 5*, 161–176.

**Technical and Research Reports**

Ryan Jackson, K. M., Bookhout, M., & Gau, J. (2024 in process). *Leading by doing - A practice-based Approach to Improving Mathematics Outcomes* [Brief]. Ezine: Global Implementation Society.

Ryan Jackson, K. M., Ward, C. S., Smolkowski, K., & Gau, J. (2021). *Improved Mathematics at Chapel Outcomes using Active Implementation: Kentucky's Effective and Durable Change.* National Implementation Research Network, University of North Carolina.

Ryan Jackson, K., Bailey, D., Dilts-Pollack, A., & Williams, D. (2021). Improving instructional practice to improve outcomes for all students. *National Implementation Research Network, University of North Carolina at Chapel Hill.*

Ryan Jackson, K. M., Ward, C., Waldroup, A., Sullivan, V., & Craig, A. (2020). *Co-creation of Kentucky's Usable Innovation: A How-To-Guide*. National Implementation Research Network, University of North Carolina at Chapel Hill.

Ryan Jackson, K., & Ward, C. (2019). *A Tale of Two States: Alignment and Cohesion to close long-standing disparities.* National Implementation Research Network.

Ryan Jackson, K. M., Fixsen, D. L., Ward, C, Waldroup, A, & Sullivan, V. (2018). *Accomplishing effective and durable change to support improved student outcomes.* National Implementation Research Network, University of North Carolina at Chapel Hill.

Ryan Jackson, K. M., Fixsen, D. L., & Ward, C. (2018). *Four domains for rapid school improvement: An implementation Framework.* National Implementation Research Network, University of North Carolina at Chapel Hill.

Kathleen Ryan Jackson, D.Ed.
Page 4

Blase, K, Fixsen, D., & Ryan Jackson K. (2017). *Brief: Cascading Theory of Change.* National Implementation Research Network, University of North Carolina at Chapel Hill.

Ryan Jackson, K. M. & Fixsen, D. L. (2016). *Overcoming Barriers to Improving the Capacity of SEAs to Support Effective Teacher Practice.* DOE: IES Spotlight.

**Assessments and Manuals**
Ward, C., Fixsen, D.L., Ryan Jackson, K.M., Chaparro, E. (2014). *Observation Tool for Instructional Supports and Systems* (2014). University of North Carolina at Chapel Hill and University of Oregon.

Chaparro, E. A., Park, Y., Baker, S. K., & Ryan Jackson, K. M. (2011). *District System Support Plan: A District Level Self-Assessment Tool.* (Report No. 1104). Center on Teaching and Learning, University of Oregon.

Oregon Coaches Task Force. (2011). *K-12 and Early Childhood Systems Coach Manual.* Center on Teaching and Learning, University of Oregon.

**Invited Presentations: International & National Presentations**
Ryan Jackson, K., Groff, L., Pizzuto, J., Schantin, T., & Stegenga, S. (2023). *Data in the Implementation* [Webinar]. Western Implementation Society for Practice and Research & the Global Implementation Society.

Ryan Jackson, K. M. & Ogden, T. (2019). *Building organizational and system capacity to scale-up through the development of implementation teams* [Presentation]. Pre-Conference Global Implementation Conference, Glasgow, Scotland.

Ryan Jackson, K. M., Anderson, G., Kahn, M., Waldroup, A., Montgomery Armstrong, J, Boothroyd, R., & Reed, J. J. (2019). *Building and Measuring Capacity for Continual Change and the Impact on Readiness* [Presentation]. Panel Global Implementation Conference, Glasgow, Scotland.

Ryan Jackson, Waldroup, A., & Sullivan, V. (2019). *Durable Systemic Change to Scale-up and Sustain Improved Outcomes* [Presentation]. Storyboard Global Implementation Conference, Glasgow, Scotland.

Ryan Jackson, K. M., & Waldroup, A. (2019). *Systemic Change for Improved Mathematics Outcomes* [Presentation]. Carnegie Summit, San Francisco, CA.

Ryan Jackson, K. M. (2019). *Creating Implementation and Improvement Capacity: Effective Support for Teachers and School Staff to Solve Social Issues and close longstanding disparities in educational outcomes* [Presentation]. Texas Applied Behavior Analysis, Fort Worth, TX.

Ryan Jackson, K. M., & Waldroup, A. (2019). *Systemic Change for Improved Mathematics Outcomes* [Presentation]. Office of Special Education, Washington D.C.

Ryan Jackson, K. M., & Waldroup, A. (2018). *Systemic Change for Improved Mathematics Outcomes* [Presentation]. Carnegie Symposium, Washington D.C.

Kathleen Ryan Jackson, D.Ed.
Page 5

Ryan Jackson, K. M., Waldroup, A., & Groff, Lillian (2018). *If we build it, we will use it, and we will improve outcomes* [Presentation]. Oregon RTI Conference, Eugene, OR.

Ryan Jackson, K. M. (2017). *The Active Implementation Frameworks* [Presentation]. College of Education, Public Health, Eugene, OR.

Ryan Jackson, K. M. (2017). *The Four Domains and Implementation Science* [Presentation]. Center on School Turn Around, WestEd, San Francisco, CA.

Ryan Jackson, K. M. (2017). *Implementation Science 101* [Presentation]. CEEDAR Cross State Convening. Chicago, IL.

Ryan Jackson, K. M. (2016). *Combined Federal Programs Meeting. Using Evidence in SEAs to strengthen Education Investments and Achieve* [Presentation]. US Department of Education, Washington, D.C.

Ryan Jackson, K. M. (2016). *Using Evidence in SEAs to strengthen Education Investments and Achieve* [Webinar]. US Department of Education.

Ryan Jackson, K. M. (2016). *Integrating Implementation Research and Practices in a Multi-Tiered System of Support* [Presentation]. Pennsylvania Training and Technical Assistance Network, Harrisburg, PA.

Ryan Jackson, K. (2016). *Frameworks for Implementation of Effective Evidence Based Practices* [Presentation]. Introduction to the SISEP Center, Comprehensive Center Directors, US Department of Education, Washington, D.C.

Ryan Jackson, K. (2016). *Using Implementation Research to close the Research Practice Gap* [Presentation]. REL Southwest Governing Board, New Orleans, LA.

Ryan Jackson, K. (2015). *Using Implementation Science to Build Capacity and Move the Indicators* [Presentation]. REL Mid-Atlantic Cross-Research Alliance, Philadelphia, PA.

Ryan Jackson, K. (2015). *Usable Interventions and the Kentucky Story* [Presentation]. IDEA conference, Albuquerque, NM.

**Selected: International & National Presentations**
Ryan Jackson, K., Anderson, G., Kahn, M., & Craig, A. (2020). *Building and Measuring Capacity for Continual Change and the Impact on Readiness* [Webinar]. Carnegie Summit on Continuous Improvement. San Francisco, CA.

Ryan Jackson, K., & VanDyke, M. (2018). *Systemic Change to Close the Knowing – Doing Gap: Empirical Evidence from Real World Practice* [Presentation]. Nordic Implementation Conference, Copenhagen, Denmark.

Ryan Jackson, K., & Pierce, J. (2018). *What is Fidelity and Why Does it Matter?* [Presentation]. Council for Exceptional Children Conference, Tampa, FL.

Ryan Jackson, K. M. (2015). *Roles, Functions, Structures: An Implementation Start-up Plan* [Presentation]. Global Implementation Conference, Dublin, Ireland.

**APPENDIX B**

**INDIRECT COST RATE AGREEMENT**

**ED 000568**

INDIRECT COST RATE AGREEMENT
COMMERCIAL ORGANIZATION

**Organization:**

RMC Research Corporation
1501 Wilson Boulevard, Suite 400
Arlington, VA 22209

**Date:** January 18, 2024

**Agreement No**: 2024-007

**Filing Reference:** This replaces previous
Agreement No. 2022-129
Dated: 9/26/2022

The approved indirect cost rates herein are for use on grants, contracts, and other agreements with the Federal Government. The rates are subject to the conditions included in Section II of this Agreement and issued by the U.S. Department of Education pursuant to the authority in the Federal Acquisition Regulations.

**Section I - Rates and Bases**

| Type | From | To | Rate | Base | Applicable To |
|------|------|------|------|------|---------------|
| Final | 1/1/2022 | 12/31/2022 | 80.7% | SW | Labor O/H |
| Final | 1/1/2022 | 12/31/2022 | 16.6% | TDC | G&A |
| Provisional | 1/1/2023 | 12/31/2023 | 88.0% | SW | Labor O/H |
| Provisional | 1/1/2023 | 12/31/2023 | 13.0% | TDC | G&A |
| Provisional | 1/1/2024 | 12/31/2024 | 80.4% | SW | Labor O/H |
| Provisional | 1/1/2024 | 12/31/2024 | 13.0% | TDC | G&A |

**Distribution Base:**

SW                Total Direct Salaries & Wages only (fringe benefits are not included)

TDC               Total Direct Costs plus Labor Overhead

**Applicable To:**

Labor O/H         Overhead

G&A               General and Administrative

**Treatment of Fringe Benefits:**
The cost of vacation, holiday, sick leave pay and other paid absences are included in the organization's Overhead and G&A rates depending on whether the employee is a contract professional (Overhead) or a G&A employee. Fringes are not included in the direct cost of salaries and wages, which RMC refers to as "Direct Labor". Direct Labor only includes the hourly equivalent salary and wages for time spent working on and charged to the respective contracts.

**Capitalization Policy:** Items of equipment are capitalized and depreciated if the initial acquisition cost is equal to or greater than $1,500.

ED 000569

**Section II – Particulars**

<u>Limitations:</u> Application of the rates contained in this Agreement is subject to all statutory or administrative limitations on the use of funds, and payments of costs hereunder are subject to the availability of appropriations applicable to a given grant or contract. Acceptance of the rates agreed to herein is predicated on the following conditions: (A) that no costs other than those incurred by the Organization were included in the indirect cost pools as finally accepted, and that such costs are legal obligations of the Organization and allowable under the governing cost principles; (B) the same costs that have been treated as indirect costs are not claimed as direct costs; (C) that similar types of information which are provided by the Organization, and which were used as a basis for acceptance of rates agreed to herein, are not subsequently found to be materially incomplete or inaccurate; and (D) that similar types of costs have been accorded consistent accounting treatment.

<u>Accounting Changes:</u> The rates contained in this agreement are based on the organizational structure and the accounting systems in effect at the time the proposal was submitted. Changes in organizational structure or changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rates in this agreement, require the prior approval of the responsible negotiation agency. Failure to obtain such approval may result in subsequent audit disallowance.

<u>Provisional/Final/Predetermined Rates:</u> A proposal to establish a final rate must be submitted. The awarding office should be notified if the final rate is different from the provisional rate so that appropriate adjustments to billings and charges may be made. Predetermined rates are not subject to adjustment.

<u>Fixed Rate:</u> The negotiated fixed rate is based on an estimate of the costs that will be incurred during the period to which the rate applies. When the actual costs for such period have been determined, an adjustment will be made to a subsequent rate calculation to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

<u>Notification to Other Federal Agencies:</u> Copies of this document may be provided to other Federal agencies as a means of notifying them of the agreement contained herein.

<u>Audit:</u> All costs (direct and indirect, federal and non-federal) are subject to audit. Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based may be compensated for in a subsequent negotiation.

<u>Reimbursement Ceilings/Limitations on Rates:</u> Awards that include ceiling provisions and statutory/ regulatory requirements on indirect cost rates or reimbursement amounts are subject to the stipulations in the grant or contract agreements. If a ceiling is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

## Section III - Special Remarks

<u>Alternative Reimbursement Methods:</u> If any federal programs are reimbursing indirect costs by a methodology other than the approved rates in this agreement, such costs should be credited to the programs and the approved rates should be used to identify the maximum amount of indirect costs allocable.

<u>Submission of Proposals:</u> New indirect cost proposals are necessary to obtain approved indirect cost rates for future fiscal years. **The next indirect cost rate proposal is due six months prior to the expiration dates of the rates in this agreement.**

## Section IV – Approvals

For the Organization:

RMC Research Corporation
1501 Wilson Boulevard, Suite 400
Arlington, VA 22209

For the Federal Government:

U.S. Department of Education
OFO / OAGRM/ ICD
400 Maryland Avenue, SW
Washington, DC 20202-4450

*Christopher Byrd*
_____
Signature

Christopher Byrd
_____
Name

VP of Finance
_____
Title

1/18/2024
_____
Date

*Andre Hylton*
_____
Signature

Andre Hylton
_____
Name

Director, Indirect Cost Division
_____
Title

January 18, 2024
_____
Date

Negotiator: Kayon Graham
Telephone Number: (202) 453-7902

# APPENDIX C
## References

Alabama State Department of Education. (2024). *Alabama State Department of Education Report Card*. https://reportcard.alsde.edu/OverallScorePage.aspx?ReportYear=2023&SystemCode=000&SchoolCode=0000

Alabama State Department of Education. (2023a). *Alabama's Federal Accountability System: Fall 2023*. https://www.alabamaachieves.org/wp-content/uploads/2024/03/RD_SP_2024319_Fall-2023-Federal-Accountability-Description_v2.0.pdf

Alabama State Department of Education. (2023b). *Alabama State Department of Education Memo*. https://www.alabamaachieves.org/wp-content/uploads/2023/01/StateSuperIn_Memos_2023112_FY23-2019-The-Alabama-Numeracy-Act_V1.0.pdf

Alabama State Department of Education. (2022). *Alabama Literacy Act: Frequently Asked Questions for Kindergarten-3rd Grade Families*. https://www.alabamaachieves.org/wp-content/uploads/2022/09/ARI_2022913_2022-Literacy-Act-FAQs-for-Families-Flyer_V1.0.pdf

Alabama State Department of Education. (2021). *The Alabama Framework for English Learner Success*. RMC Research Corporation.

Aguilar, E. (2020). *Coaching for equity: Conversations that change practice*. John Wiley & Sons.

Aguilar, E. (2018, February 28). The key to working with adult learners: Mind the gap. *Education Week*. https://www.edweek.org/education/opinion-the-key-to-working-with-adult-learners-mind-the-gap/2018/02

Aguilar, E. (2013). *The art of coaching: Effective strategies for school transformation*. John Wiley & Sons.

Badgett, A. (2022). Systems change: Making the aspirational actionable. *Stanford Social Innovation Review*. https://doi.org/10.48558/84HA-E065

Breslow, N., & Bock, G. (2020). *Evaluating professional learning – a tool for schools and districts*. REL Northeast and Islands. https://ies.ed.gov/ncee/edlabs/regions/northeast/OurWork/Resource/7

Brown, W., & Rosser, W. (2023). A framework for creating systems change. *The Foundation Review, 15*(4). https://doi.org/10.9707/1944-5660.1678

Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. (2015). *Learning to improve: How America's schools can get better at getting better*. Harvard University Press.

Daly, A. J., & Chrispeels, J. (2008). A Question of Trust: Predictive Conditions for Adaptive and Technical Leadership in Educational Contexts. *Leadership and Policy in Schools, 7*(1), 30–63. https://doi.org/10.1080/15700760701655508

Darling-Hammond, L., Hyler, M. E., & Gardner, M. (2017). *Effective teacher professional development.* Learning Policy Institute. https://learningpolicyinstitute.org/product/teacher-prof-dev

*Definitions that apply to all Department programs,* 34 CFR 77.1 (2024). https://www.ecfr.gov/current/title-34/subtitle-A/part-77/section-77.1

Fixsen, D., Blase, K., Horner, R., & Sugai, G. (2009). *Intensive Technical Assistance.* FPG Child Development Institute, University of North Carolina at Chapel Hill. https://nirn.fpg.unc.edu/resources/intensive-technical-assistance

Fixsen, D., Ward, C., Duda, M., Horner, R., & Blasé, K. (2020). State Capacity Assessment. National Implementation Research Network.

Fleener, J. (2016). Addressing educations' most intractable problems. *Emergence: Complexity & Organization*, 18.

Florida Department of Education. (2024a). *PK12-Enrollment Demographics.* https://knowyourdatafl.com/views/PK12-Enrollment/ENROLLMENTDEMOGRAPHICS?%3AshowAppBanner=false&%3Adisplay_count=n&%3AshowVizHome=n&%3Aorigin=viz_share_link&%3AisGuestRedirectFromVizportal=y&%3Aembed=y

Florida Department of Education. (2024b). *2022-2023 Florida Report Card.* https://edudata.fldoe.org/ReportCards/Schools.html?school=0000&district=00

Florida Department of Education. (2024c). *Teacher Apprenticeship Program.* https://www.fldoe.org/teaching/preparation/apprenticeship.stml

Florida Department of Education. (2023a). *House Bill (HB) 7039 (2023): Providing Math Interventions for Students Identified with a Substantial Math Deficiency.* https://cdn.fldoe.org/core/fileparse.php/7506/urlt/1123-HouseBill7039.pdf

Florida Department of Education. (2023b). *Florida Teacher Training Requirements: Summary and Analysis.* [Unpublished report].

Florida Department of Education. (2019). *2020-2025 Strategic Plan.* https://www.fldoe.org/core/fileparse.php/18826/urlt/StrategicPlan.pdf

Florida Governor. (2023). *Governor Ron DeSantis Approves Record Increase in Teacher Pay and Signs the Nation's Most Comprehensive Package of Legislation to Support Teachers.* https://www.flgov.com/2023/05/09/governor-ron-desantis-approves-record-increase-in-teacher-pay-and-signs-the-nations-most-comprehensive-package-of-legislation-to-support-teachers/

ED 000573

Franco, M., & Patrick, S. K. (2023). *State teacher shortages: Teaching positions left vacant or filled by teachers without full certification.* Learning Policy Institute. https://learningpolicyinstitute.org/ product/state-teacher-shortages-vacancy

FutureEd. (Updated April 14, 2024). *Tracking State Trends in Chronic Absenteeism.* https://www.future-ed.org/tracking-state-trends-in-chronic-absenteeism/

Grissom, J., Egalite, A., & Lindsay, C. (2021). *How Principals Affect Students and Schools: A Systematic Synthesis of Two Decades of Research.* The Wallace Foundation. http://www.wallacefoundation.org/principalsynthesis

Hanleybrown, F., Kania, J., & Kramer, M. R. (2012). Channeling change: Making collective impact work. *Stanford Social Innovation Review.* https://ssir.org/articles/entry/channeling_change_making_collective_impact_work

Hirsch-Pasek, K., Blinkoff, E., Hadani, H. S., & Golinkoff, R. M. (2021, January 4). *COVID-19 sparks an overdue discussion on education reform: An optimistic vision.* Brookings. https://www.brookings.edu/articles/covid-19-sparks-an-overdue-discussion-on-education-reform-an-optimistic-vision/

Jacobson, M. J., Levin, J. A., & Kapur, M. (2019). Education as a Complex System: Conceptual and Methodological Implications. *Educational Researcher, 48*(2), 112–119. https://doi.org/10.3102/0013189X19826958

Jones, S., & Vandergrift, N. (2008). *Building and Maintaining Strong K-16 Partnerships Across State, Regional and Local Levels* [Presentation]. Math Science Partnership Conference.

Joyce, B., & Showers, B. (2002). *Student achievement through staff development (3rd ed.).* Association for Supervision and Curriculum Development.

Knight, J. (2008). *Coaching: Approaches and perspectives.* Corwin Press.

Knowlton, L. W., & Phillips, C. C. (2012). *The logic model guidebook: Better strategies for great results (2nd ed.).* SAGE Publications.

Latham, N. (2014). *A Practical Guide to Evaluating Systems Change in a Human Services System Context. Learning for Action.* www.evaluationinnovation.org

McColskey-Leary, C., & Garman-McClaine, B. (2021). *Integrating Improvement and Implementation Sciences to Enhance Educational Outcomes.* National Implementation Research Network, University of North Carolina at Chapel Hill. https://files.eric.ed.gov/fulltext/ED616340.pdf

Mississippi Department of Education. (2024a). *MDEReports Data Explorer.* https://newreports.mdek12.org/DataExplorer

Mississippi Department of Education. (2024b). *Literacy-Based Promotion Act.* https://www.mdek12.org/OEER/LBPA

ED 000574

Mississippi Department of Education. (2024c). *Mississippi Instructional Materials Matter.* https://msinstructionalmaterials.org/

Mississippi Department of Education. (2024d). *Strategic Plan Annual Progress Report 2022-23*. https://www.mdek12.org/sites/default/files/Offices/MDE/OCGR/2022-23_strategic_plan_annual_sbe_report.pdf

Mississippi Department of Education. (2024e). *Teacher Retention Survey Results*. https://www.mdek12.org/sites/default/files/documents/OETA/teacher_retention_survey_results_and_strategies.pdf

Mississippi Department of Education (2024f*). 4-Year Graduation Rates.* Office of Accountability. https://www.mdek12.org/sites/default/files/Offices/MDE/OEA/OPR/2024/grad_dropout_rates_2024_report_1.pdf

Mississippi Department of Education. (2023a). *2022-2023 School Improvement Identifications*. https://www.mdek12.org/sites/default/files/Offices/MDE/OAE/OSI/Documents/copy_of_summary_file_final_2022-2023_identified_schools.pdf

Mississippi Department of Education. (2023b). *Strategic Plan 2023*. https://www.mdek12.org/sites/default/files/Offices/MDE/SSE/strategic_plan_and_goals_sept_2023_lbo_3.pdf

Mississippi Department of Education. (2023c). *Mississippi Consolidated State Plan*. https://www.mdek12.org/sites/default/files/documents/SSE/mississippi-essa-consolidated-state-plan-usde-v1_2022.08-final_draft_1.20.2023_1.pdf

Morrissette, A. M., & Kisamore, J. L. (2020). Trust and performance in business teams: a meta-analysis. *Team Performance Management: an international journal, 26*(5/6), 287–300.

National Academies of Sciences, Engineering, and Medicine. (2015). *Transforming the workforce for children birth through age 8: A unifying foundation.* The National Academies Press. https://doi.org/10.17226/19401.

National Assessment of Educational Progress. (2024a). *Data Tools: S*tate *Profiles*. https://www.nationsreportcard.gov/profiles/stateprofile?chort=2&sub=RED&sj=&sfj=NP&st=MN&year=2022R3

National Assessment of Educational Progress. (2024b). *Florida Performance Trends.* https://www.nationsreportcard.gov/profiles/stateprofile/overview/FL?sfj=NP&chort=2&sub=MAT&sj=FL&st=MN&year=2022R3&cti=PgTab_OT

National Center for Education Statistics. (2024). *Digest State Dashboard.* https://nces.ed.gov/programs/digest-dashboard

National Center for Education Statistics. (2021). *Public School File. Table 203.72* https://nces.ed.gov/programs/digest/d22/tables/dt22_203.72.asp

ED 000575

National Implementation Research Network. (2020). *Initiative Inventory.* https://nirn.fpg.unc.edu/sites/nirn.fpg.unc.edu/files/imce/documents/1.Resource-Blank-InitiativeInventory.pdf

Nguyen, T. (2024, May 31). *Teacher shortages in the United States.* https://teachershortages.com/

Neuman, S. B., & Cunningham, L. (2009). The impact of professional development and coaching on early language and literacy instructional practices. *American Educational Research Journal, 46*(2), 532–566.

Notice of Final Priorities, Requirements, Definitions, and Performance Measures; Comprehensive Centers Program, 84 F.R. 13122. (proposed April 4, 2019) (to be codified at 34 CFR). https://www.federalregister.gov/documents/2019/04/04/2019-06583/final-priorities-requirements-definitions-and-performance-measures-comprehensive-centers-program

Office of English Language Acquisition. (2022). *English Learners: Demographic Trends.* https://ncela.ed.gov/resources/fact-sheet-english-learners-demographic-trends-august-2022-0

Office of Elementary and Secondary Education. (2021a). *Consolidated State Performance Report: Part I School Year 2019-2020, Alabama.* United States Department of Education. https://eddataexpress.ed.gov/sites/default/files/resource_data_files/SY1920_CSPR_PART_I_AL_040121.pdf.

Office of Elementary and Secondary Education. (2021b). *Consolidated State Performance Report: Part I School Year 2019-2020, Florida.* United States Department of Education. https://eddataexpress.ed.gov/sites/default/files/resource_data_files/SY2021_CSPR_PART_I_FL_09.21.2022_Opt.pdf.

Office of Elementary and Secondary Education. (2021c). *Consolidated State Performance Report: Part I School Year 2019-2020, Mississippi.* United States Department of Education. https://eddataexpress.ed.gov/sites/default/files/resource_data_files/SY2021_CSPR_PART_I_MS_09.21.2022_Opt.pdf.

Office of Migrant Education. (2022). *Migrant Education Program National Profile for Performance Period 2021-2022.* https://results.ed.gov/files/data_profiles/2021-2022%20MEP%20National%20Profile.pdf

Olson, J. R., Coldiron, J. S., Parigoris, R. M., Zabel, M. D., Matarese, M., & Bruns, E. J. (2020). Developing an evidence-based technical assistance model: A process evaluation of the National Training and Technical Assistance Center for Child, Youth, and Family Mental Health. *The Journal of Behavioral Health Services & Research, 47,* 312–330.

Patton, M. Q., & Campbell-Patton, C. E. (2021). *Utilization-Focused Evaluation* (5th ed.). SAGE Publications

Penuel, W. R., Phillips, R. S., & Harris, C. J. (2014). Analyzing teachers' curriculum implementation from integrity and actor-oriented perspectives. *Journal of Curriculum Studies*, *46*(6), 751–777. DOI: 10.1080/00220272.2014.921841

Potvin, A. S., Teeters, L. P., Penuel, W. R., & Dimidjian, S. (2024). Humanizing co-design through attention to educators' affective and relational experiences. *Journal of the Learning Sciences,* 1–39.

Preskill, H., Parkhurst, M., & Splansky, J. (2014). *Guide to evaluating collective impact: Assessing progress and impact.* Collective Impact Forum and FSG. https://www.fsg.org/resource/guide-evaluating-collective-impact/#resource-downloads

Princiotta, D., Chang, H., Balfanz, R., & Byrnes, V. (2024, April 9). *Turning back the tide: the critical role of states in reducing chronic absenteeism.* Education Commission of the States. https://www.ecs.org/attendance-works-reducing-chronic-absenteeism/

Ruiz, D. M. (2017). *The four agreements: A practical guide to personal freedom.* Amber-Allen Publishing.

Russell, J. L., Bryk, A. S., Dolle, J. R., Gomez, L. M., Lemahieu, P. G., & Grunow, A. (2017). A Framework for the Initiation of Networked Improvement Communities. *Teachers College Record*, *119*(5), 1–36. https://doi.org/10.1177/016146811711900501

Savitz, S., Matthews, M., & Weilant, S. (2017). *Assessing impact to inform decisions: A toolkit on measures for policymakers* (p. 0035). RAND Corporation.

Shakman, K., & Rodriguez, S. M. (2015). *Logic models for program design, implementation, and evaluation: Workshop toolkit* (REL 2015–057). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Northeast & Islands. http://ies.ed.gov/ncee/edlabs

Sherer, D., Norman, J., Bryk, A. S., Peurach, D. J., Vasudeva, A., & McMahon, K. (2020). *Evidence for Improvement: An Integrated Analytic Approach for Supporting Networks.* The Carnegie Foundation for the Advancement of Teaching.

Srinivasan, L. E. (2021, May 10). *What changes to the U.S. education system are needed to support long-term success for all Americans?* Carnegie Corporation. https://www.carnegie.org/our-work/article/what-changes-us-education-system-are-needed-support-long-term-success-all-americans/

St. Martin, K., Ward, C., Fixsen, D.L., Harms, A., & Russell, C. (2019). *Regional Capacity Assessment.* National Implementation Research Network.

State Implementation and Scaling of Evidence-Based Practices Center. (2023). *Observation Tool for Instructional Supports and Systems.* National Implementation Research Network.

State Implementation and Scaling-up of Evidence-based Practices Center. (2019). *District Capacity Assessment.* National Implementation Research Network.

ED 000577

US Department of Health and Human Services (March 2024). *States Adoption and Foster Care Analysis and Reporting System Report (State TAR).* https://www.acf.hhs.gov/cb/research-data-technology/statistics-research/afcars

Weinstock, P., Gulemetova, M., Sanchez, R., Silver, D., & Barach, I. (2019). *National Evaluation of the Comprehensive Centers Program Final Report (NCEE 2020-001).* National Center for Education Evaluation and Regional Assistance, Institute of Education Sciences, U.S. Department of Education. https://ies.ed.gov/ncee/pubs/2020001/pdf/2020001.pdf

WSAF 12 News. (2023). *Gov. Ivey discusses education, proposes teacher pay raises.* https://www.wsfa.com/video/2023/03/08/gov-ivey-discusses-education-proposes-teacher-pay-raises/

**APPENDIX D**

**EXECUTIVE ORDER 12372 TRANSMITTAL LETTER**

ED 000579

| | |
|---|---|
| **From:** | State_Clearinghouse |
| **To:** | Robin Jarvis; Stahl, Chris |
| **Cc:** | State_Clearinghouse |
| **Subject:** | RE: [External Sender] Intergovernmental Review Process for CFDA 84.283B |
| **Date:** | Thursday, May 23, 2024 11:45:46 AM |
| **Attachments:** | image001.png |

While it is covered by EO 12372, the Florida State Clearinghouse does not select the project for review.  You may proceed with your project.

Please continue to send future electronic requests directly to the State of Florida Clearinghouse email address, state.clearinghouse@floridadep.gov.


Good Luck.

Chris Stahl

Chris Stahl, Coordinator
Florida State Clearinghouse
Florida Department of Environmental Protection
3900 Commonwealth Blvd., M.S. 47
Tallahassee, FL  32399-2400
ph. (850) 717-9076
State.Clearinghouse@floridadep.gov


---

**From:** Robin Jarvis <jarvis@rmcres.com>
**Sent:** Thursday, May 23, 2024 1:26 PM
**To:** Stahl, Chris <Chris.Stahl@FloridaDEP.gov>
**Cc:** State_Clearinghouse <State.Clearinghouse@dep.state.fl.us>
**Subject:** Intergovernmental Review Process for CFDA 84.283B

**EXTERNAL MESSAGE**
This email originated outside of DEP. Please use caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Mr. Stahl,
RMC Research Corporation will be submitting an application to the Office of Elementary and Secondary Education of the U.S. Department of Education for the Region 6 (Gulf Region) Comprehensive Center which is part of the Comprehensive Center Program (CFDA 84.283B) on or before June 24, 2024.

The Comprehensive Centers Program, authorized under the Educational and Technical Assistance Act of 2002, supports the establishment of Comprehensive Centers to provide capacity-building services to State educational agencies, regional educational agencies, local educational agencies, and schools that improve educational opportunities and outcomes, close achievement gaps, and

ED 000580

improve the quality of instruction for all students, and particularly for groups of students with the greatest need, including students from low-income families and students attending schools implementing comprehensive support and improvement or targeted or additional targeted support and improvement activities under section 1111(d) of the Elementary and Secondary Education Act of 1965, as amended.

Please let me know the procedure for providing you with the information needed to comply with the Intergovernmental Review process. We are happy to provide you will anything needed to complete the process. Thank you in advance for your assistance with this matter,
Robin

**Robin G. Jarvis, PhD**
Vice President
jarvis@rmcres.com
225.505.6125 (cell)

**RMC Research Corporation**
3550 Buschwood Park Dr., Suite 270
Tampa, FL 33618



**RMC Attachments Disclaimer**

Think twice before clicking on links or opening attachments. If you are not expecting an attachment, contact the sender before opening it.

As always, you can ask RMC Research Help Desk.

---

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# APPENDIX E
# LETTERS OF SUPPORT

| Subcontractors | | |
|---|---|---|
| **Name** | **Title** | **Organization** |
| Sharon deMonsabert | President | AEM Corporation |
| Dr. Angela Rutherford | Director | CELI |
| Dr. Ximena Franco-Jenkins | Senior Research Scientist | NIRN |

| Nationally Recognized Content Expert Consultants – Letter of Support and Resume | | |
|---|---|---|
| **Name** | **Title** | **Organization** |
| Dr. Hedy Chang | Founder/President | Attendance Works |
| Dr. Inika Williams | Director of Policy | |
| Dr. Scott Marion | Executive Director | Center for Assessment |
| Dr. Barbara Crock | President | Crock Leadership Associates, LLC |
| Dr. Robin Parks Ennis | Professor | University of Alabama Birmingham School of Education |
| Jessica Swanson | Founder | Jessica Swanson Consulting, LLC |
| Dr. Rocco P. Russo | President | RPR Consulting |
| Dr. Amanda M. VanDerHeyden | President | Education Research & Consulting, Inc. |
| Dr. Susan Kathriner Spezzini | Professor | University of Alabama Birmingham School of Education |

| Proposed Partners with MOUs | | |
|---|---|---|
| **Name** | **Title** | **Organization** |
| Dr. Nicole Patton Terry | Director | REL Southeast |
| Dr. Joel Gómez | President and CEO | Center for Applied Linguistics |
| Dr. Erica D. McCray | Director | CEEDAR Center |
| Dr. Dale Winkler | President | SREB |
| Rebecca Zumeta Edmonds | Director | NCII |
| Eshé P. Collins, Esq. | Director | The Equity Assistance Center – South |
| Dr. Naomi Tyler | Director | IRIS Center |

| Clients, Service Recipients, and Others | | | |
|---|---|---|---|
| **State** | **Name** | **Title** | **Agency/Organization** |
| FL | Manny Diaz, Jr. | Commissioner of Education | Florida Department of Education |
| MS | Dr. Raymond C. Morgigno | Interim State Superintendent | Mississippi Department of Education |
| AL | J. Mark Coleman | Education Specialist | Alabama Regional Inservice Centers |
| MS | Allison Temple | Director of Family Engagement/Assistant | Laurel School District |

ED 000582

| | | Director of Federal Programs | |
|----|----|----|----|
| AL | Dr. Jameka Thomas | Director of Curriculum and Instruction | Bessemer City Schools |
| AL | Tonya Cupp | Director of Instructional Programs | Cullman County Schools |
| FL | Jenn Faber | Director | Florida Grade-Level Reading Campaign |
| FL | Dr. Jose M. Castillo | Associate Professor and Director | Institute for School-Community Partnerships, Integrated Services, and Child Mental Health and Educational Policy, College of Education, University of South Florida |
| FL | Dr. Patrick J. Wnek | Executive Director | North East Florida Educational Consortium |
| MS | Alissa Hobart | Director | Mississippi Campaign for Grade-Level Reading |
| AL | Jeff Hatfield | Principal | Pike Road Elementary Schools |
| FL | John T. Selover | Executive Director | Panhandle Areas Educational Consortium |
| AL | Sandra Hiebert | Education Director | Poarch Band of Creek Indians |
| FL | Stacey Rimes | Director of Curriculum and Accountability | Union County School District |
| FL | Dr. Maria J. Longa | Director | East Coast Technical Assistance Center |
| FL | Donna Garcia | Executive Director | Heartland Educational Consortium |
| MS | Dr. Martin Hatton | Dean | School of Education, Mississippi University for Women |
| MS | Albert W. Carter | Interim Chair | Department of Educational Administration, Foundations, and Research; Jackson State University |
| AL | Dr. Anna Shepherd-Jones | Education Specialist | Alabama State Department of Education |
| MS | Dr. Kim Benton | Assistant Professor | William Carey University |
| FL | Jacob Massey | Program Development and Training Specialist | North East Florida Educational Consortium |
| AL | Dr. Karen Anderson | Director | Office Of Mathematics Improvement, Alabama State Department of Education |
| FL | Kysha Hopkins | Math Consultant | Panhandle Area Educational Consortium |

| FL | Mike Thomas | Superintendent | Dixie District Schools |
|----|-------------|----------------|------------------------|
| MS | Lisa White | Education Specialist | Mississippi Department of Education |
| MS | Dr. Cindy Melton | Dean | School of Education, Mississippi College |
| MS | Dr. Paula A. Vanderford | Chief Accountability Officer | Mississippi Department of Education |
| FL | Stacey Hinson | Math Content Specialist | Heartland Educational Consortium |
| FL | Rhonda K. Clyatt | Director of Curriculum and Instruction | North East Florida Educational Consortium |
| FL | Christopher B. Combass | Director of Teaching & Learning | Hamilton County School District |
| FL | Joanna Sozio | Director of School Improvement | Glades County Schools |
| MS | Sonja J. Robertson | Executive Director of School Improvement | Mississippi Department of Education |
| FL | Yvette Lerner | Literacy Specialist | Panhandle Area Educational Consortium |
| FL | Chris Doty | Principal | Moore Haven Elementary School |
|    | Rita Story | Assistant Principal |  |
| AL/MS | Dr. Andrea Word | Immediate Past President | Alabama-Mississippi Teachers of English for Speakers of Other Languages |
| **Other National Organizations** | | | |
| **Name** | | **Title** | **Organization** |
| Dr. Lana Edwards Santoro | | Director | National Center on Improving Literacy |
| Greta Colombi | | Director | National Center on Safe Supportive Learning Environments |
| Dr. Eric M. Grebing Dr. Karla Lewis Strong | | Co-Directors | National Center for Homeless Education |



11951 Freedom Drive, Suite 1100
Reston, Virginia 20190

June 20, 2024


Robin G. Jarvis
Vice President
RMC Research Corporation
3550 Buschwood Park Dr., Suite 270
Tampa, FL 33618


**Re:    Comprehensive Centers Program (CFDA #84.283B)**

Dear Dr. Jarvis:

On behalf of Applied Enterprise Management (AEM) Corporation, I am pleased to confirm our intent to support the work of RMC Research Corporation as you pursue a proposal to the U.S. Department of Education for the Region 6 Comprehensive Center (CFDA #84.283B).  This letter confirms our commitment to this effort.

I expect our collaboration in the work for Region 6 to be productive for our organizations and valuable to the states we will serve.  RMC's experience in the Comprehensive Centers program and focus on research making change for clients and communities has solidly established your reputation for supporting clients to improve education systems and outcomes.

AEM Corporation is an experienced technical assistance provider and we bring unique experience and knowledge to the bid:
- **We know the Gulf context.**  100% of the proposed staff currently work on projects within the Gulf region and have experience working with all three state education agencies.
- **We have strong expertise and experience.**  Our proposed content team brings 15+ years of experience in education, instruction, school improvement, educator workforce issues, and data management.  Our team currently provides capacity building and technical assistance support via our work on multiple Comprehensive Centers, other federally funded technical assistance centers for the U.S. Department of Education (e.g., Effective Educator Development TA Center, Center for the Integration of IDEA Data) and state education agencies.
- **We understand the educational ecosystem.**  Our proposed staff have experience working as teachers, school leaders, state education agency leaders, higher education faculty, and technical assistance providers.  We have published resources through the current Regional Centers and the National Comprehensive Center on High Quality Instructional Materials, Educational Coherence, Mathematics Improvement, Adult Learning, and Effective Data Use.

As a partner to RMC, AEM is committed to providing high-quality capacity-building services to Gulf state education agencies, regional education agencies, local educational agencies, and schools.



11951 Freedom Drive, Suite 1100
Reston, Virginia 20190

I look forward to the work and the outcome of your efforts.

Sincerely,

Sharon deMonsabert
President



May 22, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Center for Excellence in Literacy Instruction, I am pleased to confirm CELI's intent to serve as a partner in the RMC Research Corporation (RMC) application to the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We served as valuable partners in RMC Research's work providing capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Throughout its history, the CELI has provided customized technical assistance to districts and schools, as well as the state of Mississippi. CELI has extensive experience in rural, high-poverty districts to strengthen teacher and leader effectiveness, provide support for using the science of reading and data to make critical instructional decisions, to turn around low-performing schools, as well as to inform policy development and implementation in Mississippi. The CELI is committed to move this critically important work to improve educational outcomes for students in Alabama, Florida, and Mississippi.

We look forward to collaborating with RMC and to working with you and other partners in the Region 6 Comprehensive Center to high-leverage problems identified by the Chief State School Officers in Alabama, Florida, and Mississippi.

Sincerely,



Angela Rutherford
Professor, University of Mississippi; Director, Center for Excellence in Literacy Instruction
araines@olemiss.edu
662-915-1919

PR/Award # S283B240029
Page 189

ED 000587



**THE UNIVERSITY**
*of* **NORTH CAROLINA**
*at* **CHAPEL HILL**

FPG CHILD DEVELOPMENT INSTITUTE

105 SMITH LEVEL ROAD
CAMPUS BOX 8180
CHAPEL HILL, NC 27599-8180
www.fpg.unc.edu

*FPG. Advancing knowledge. Enhancing lives.*

June 4, 2024

RMC Research Corporation

Title: Region 6 Comprehension Center

Dear Ms. Robin Jarvis:

The National Implementation Research Network within Frank Porter Graham Child Development Institute (FPG) at The University of North Carolina at Chapel Hill (UNC-CH) is pleased to submit a Letter of Intent. This letter confirms that the appropriate program and administrative personnel at UNC-CH are committed to entering into a contract with RMC Research Corporation for the performance period of 10/01/2024 – 09/30/2029 for a total amount not to exceed $500,000.  The work to be performed by UNC-CH does not include animal and/or human research subjects.  UNC-CH maintains an active and enforced conflict of interest policy meeting the requirements of 42 CFR Part 50, Subpart F.

Ximena Franco-Jenkins is the principal investigator on this proposal. The UNC-CH budget, budget justification, and project scope are provided as separate enclosures to this letter.

Furthermore, by submission of this commitment letter, UNC-CH and its Principal Investigator (PI) certify (1) that the information submitted within the application is true, complete, and accurate to the best of the UNC-CH's and PI's knowledge; (2) that any false, fictitious, or fraudulent statements or claims may subject the UNC-CH and PI to criminal, civil, or administrative penalties; and (3) that the PI agrees to accept responsibility for the scientific conduct of the project and to provide the required progress reports if an award is made as a result of UNC-CH's application.

If you have any questions, please get in touch with the undersigned at the address listed above. I appreciate your consideration.

Sincerely,

                                    

Ximena Franco-Jenkins, Ph.D.                     on behalf of Penny Gordon-Larsen, Ph.D.
Senior Research Scientist
National Implementation Research Center          Vice Chancellor for Research
FPG Child Development Institute
Ximena.franco@unc.edu                            Office of Sponsored Research

ED 000588



May 22, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

We are writing to express our commitment for Attendance Works, a fiscally-sponsored project of Community Initiatives, to serve as national experts in the area of chronic absence for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education.

Hedy Chang, Founder and President of Attendance Works, is a nationally recognized expert on chronic absence. She has led numerous studies on the impact of chronic absence on student achievement and has worked with numerous districts and states to improve attendance and engagement.

Dr. Inika Williams is the Associate Director of Policy for Attendance Works. She coordinates the Network to Advance State Attendance Policy and Practice and focuses on state attendance policies.

In their needs-sensing with regional, state, and local stakeholders in the region, RMC Research has identified the need for and is proposing technical assistance projects focused on reducing chronic absence.

We look forward to the opportunity to offer the expertise of our staff to the highly qualified team RMC Research has assembled for the Gulf Comprehensive Center and their state, regional, and local clients and recipients as they design and deliver these proposed projects.

Community Initiatives is a 501 c 3 public benefit corporation located at 1000 Broadway, Suite 480, Oakland, CA 94607

ED 000589



We wish you success with your proposal.

Sincerely,



Cecelia Leong
VP of Programs
Attendance Works

# INIKA WILLIAMS, Ed.D

## EDUCATION

**2022** **Doctorate in Education in Educational Leadership and Administration**
Florida State University

**2014** **Education Specialist in Career Counseling & Human Systems**
Florida State University

**2014** **Master's Degree in Career Counseling & Human Systems**
Florida State University

**2011** **Bachelor of Science in Elementary Education**
Florida Agricultural and Mechanical University

## PROFESSIONAL EXPERIENCE

**ASSOCIATE DIRECTOR OF POLICY**
**Attendance Works**                                                       Sept. 2022 – Present
- Develops and executes a national public policy agenda to improve policy and practice related to student attendance and chronic absenteeism.
- Coordinates a national forum, the Network for Advancing State Attendance Policy & Practice.
- Conducts ongoing audits of school districts' policies, practices and perspectives to provide leaders with recommendations about key opportunities for growth and action to improve attendance.

**STATE DIRECTOR, COLLEGE REACH-OUT PROGRAM**          Tallahassee, FL
**Florida Department of Education**                              Feb. 2022 – Sept. 2022
- Developed and delivered statewide technical assistance for school districts.
- Managed $132 million in contracts while offering guidance and strategic direction to districts.
- Served as the state director for the FL Advancing Wellness and Resiliency in Education (AWARE) project to develop sustainable infrastructures for school-based mental health programs and services in Bay, Gulf, and Jackson counties.

**UPWARD BOUND & TALENT SEARCH DIRECTOR**                  Tallahassee, FL
**Florida State University**                                    June 2019 – Jan 2022
- Directed programming for the Upward Bound, Talent Search, and College Reach-Out Program (served over 700 economically disadvantaged students).
- Acquired $1.3 million in federal, state, and local funding to expand services across North Florida. Founded two afterschool programs that served as a school-to-college pipeline for underrepresented students.
- Created avenues of equitable access to higher education for underrepresented students by:
    o Increasing awareness about the benefits of a college education
    o Infusing mentorship into programming

**Post-Secondary Readiness School Counselor**, Florida State University Schools, 2016 - 2019
**Site Manager for 21st Century Community Learning Center**, Florida A&M, 2015 - 2016
**Elementary School Counselor**, Leon County Schools, Tallahassee FL, 2014 - 2016
**Career Advisor & Instructor,** Florida State University, 2012 - 2014
**First Grade Teacher**, Crossroad Academy Charter School of Business, 2011 - 2012

## GRANTS ACQUIRED

Weatherill, A., & **Williams, I.** (2022-2026). Florida Advancing Wellness and Resilience in Education: Florida AWARE "Building Resiliency in Diverse Groups of Empowered Stakeholders. Project AWARE State Educational Agency Project Grant. Funded by the US Department of Health and Human Services. Total award $1,785,726.

**Williams, I.** (2021-2026). Educational Talent Search. Funded by the US Department of Education. Total award $1,386,875.

**Williams, I.** (2020-2022). Nonprofit Services Grant. Educational Talent Search. Funded by the City of Tallahassee Government. Total award: $10,000.

**Williams, I.** (2021-2022). College Reach-Out Program. Funded by Florida Department of Education. Total award: $154,000.

**Williams, I.** (2021-2022). Florida Partnership for Minority and Underrepresented Student Achievement. Funded by College Board. Total award: $10,000.

**Williams, I.** (2020-2021). College Reach-Out Program. Funded by Florida Department of Education. Total award: $154,786.26

**Williams, I.** (2020-2022) Pre-Collegiate Youth Services Program. Funded by the Community Human Service Partnership. Total award: $60,000

**Williams, I.** (2020-2021). Florida Partnership for Minority and Underrepresented Student Achievement. Funded by College Board. Total award: $10,000.

## RESEARCH & PUBLICATIONS

Chang, H. & **Williams, I.** (2023) *Monitoring attendance data matters even more: A review of state attendance data policy and practice in school year 2022-23.* Attendance Works.

**Williams, I.** (2021). Mobilizing university capital to foster pathways of college access for underserved youth. *Florida Journal of Educational Research.* Academic Publishing.

**Williams, I.** (2021). *Traces of the diaspora.* In Newmark, A., & Breena Clarke (Eds.), Chicken soup for the soul: I'm speaking now: Black women share their truth in 101 stories of love, courage and hope (pp. 85-87). Simon & Schuster.

Bauman, G., [et al, including **Williams, I.]** (2017). *Voices of color: Original writings rooted in authentic experience.* Cognella Academic Publishing.

## CONFERENCE PRESENTATIONS

**Williams, I.** & Ariza, G. (2023). *Bright spots and brighter futures: Lessons learned about high school attendance and engagement.* National Community Schools and Family Engagement Conference. [Conference Session]. Philadelphia, PA.

**Williams, I.**, Chang, H., Leong, C. & Ariza, G. (2023). *Deep Dive*. National Community Schools and Family Engagement Conference. [Conference Session]. Philadelphia, PA.

Parker, V. & **Williams, I**. (2022). *An examination of teacher perceptions, beliefs, and practices that contribute to students' missed instruction. International Conference on Urban Education*. [Conference Session]. Cancun, Mexico.

ED 000592

## CONFERENCE PRESENTATIONS CONTINUED

Bertrand Jones, T., **Williams, I.,** McQueen, A., & Thompson, A., (2022). *My research matters: Using qualitative research to develop scholarly voice of Black doctoral students researching Black issues in education*. [Conference Session]. International Conference on Urban Education. Cancun, Mexico.

**Williams, I.** (2022). *Unexamined ideologies of poverty and winning with community cultural wealth*. [Virtual]. Prime Time Palm Beach County Afterschool Symposium 2022.

Bertrand Jones, T., Kepple, C., Li, Xiaoxuan, L., Marin-Velasquez, M., Purita, R., **Williams, I.,** Paul, M., & Daniels, H. (2021). *A climate of equity and inclusion: Measuring a department's climate for graduate students*. [Virtual]. Relevant Research Roundtable at Florida State University College of Education.

**Williams, I.** (June 2021). *In living color: Instituting culturally affirming practices in the ivory tower*. [Keynote]. St. Petersburg College Summer Institute.

**Williams, I.** (2020). *Virtual intrusive advising and equitable academic outcomes for college-bound high school students*. [Paper presentation]. Florida Education Research Association.

Gaddis, D., Gilliam, E., & **Williams, I.** (2020b). *Transforming virtual spaces in online learning. Diversity & Inclusion in Research & Teaching Organization Conference*. [Virtual]. Florida State University.

**Williams, I.,** & Weitz, D. (2013, July). *The efficiency of career services offered by guidance/school and career counselors in high schools*. [Roundtable Presentation]. National Career Development Association (NCDA) Global Conference. Boston, MA.

## MEDIA MENTIONS

Gaddis, D. (Host). (2022, March 22). Supporting nontraditional students on campus. [Audio podcast]. CITI Program. https://www.buzzsprout.com/1896915/10296044

Pierre-Williams, I. (2021, October 6). FSU receives $1.3M Talent Search grant to improve college enrollment for students at Title I schools.

Pierre-Williams, I., Jefferson, W., White, V. (2021, February 16). Alpha Kappa Alpha Psi Theta Omega Chapter: Global impact virtual discussion on equity, social justice, gender/race equality. [Virtual Panel Discussion]. Orlando, FL.

Student Spotlight: Inika Pierre Williams. (2021, November). *The TORCH - FSU College of Education Magazine*, 21–22.

Pierre-Williams, I. (2021a). FSU CARE works to improve college access in North Florida.

Pierre-Williams, I. (2021b). FSU hosts residential summer program for local students from Title I middle and high schools.

Florida State University News (2020c). FSU-Gadsden Upward Bound program posts perfect graduation rate.

## BOARD SERVICE

- Big Bend Habitat for Humanity, Secretary
- Guardian Ad Litem Foundation, Board Member
- Tallahassee National Pan-Hellenic Council, Vice President
- Delta Kappa Omega Chapter of Alpha Kappa Alpha, Communications Chairman
- PACE Center for Girls Leon, Board Member
- Commission on the Status of Women and Girls, Commissioner

## AWARDS

- 2023 Honoree for the Tallahassee Community College 23r Annual Cherry Hall Alexander African American History Calendar
- "25 Women to Know in Tallahassee" by the Tallahassee Democrat
- Access Tallahassee "Future Five" recipient
- Alpha Kappa Alpha Sorority, Inc.'s Valerie Bryant Social Justice Award

**Resume**
**Hedy Nai-Lin Chang**
200 Granville Way
San Francisco, CA 94127
Business Phone: 415-505-6845
E-mail: hedy@attendanceworks.org

## Professional Experience

| | |
|---|---|
| January 2010 - Present | **Executive Director & President, Attendance Works** Founded and directs Attendance Works (AW), a national initiative aimed at advancing student success by addressing chronic absence. Operating at the local, state, and national level, AW advances better policy; nurtures proven and promising practice; promotes effective communications; and catalyzes needed research. AW's website reaches over 400,000 practitioners annually and its policy network includes participants from 33 states. |
| April 2005 - Dec 2010 | **Independent Consultant** Offered services focused on promoting two generational approaches to moving families out of poverty. These included research, data analysis, facilitation, writing, strategic planning, program development, resource leveraging and public speaking. |
| March 2001- March 2005 | **Senior Program Officer,** **Evelyn and Walter Haas Jr. Fund** Oversaw its Strengthening Families program area (approximately 2 million each year). Re-focused grantmaking priorities to focus on helping families succeed economically and prepare their children for school through investments in selected low-income neighborhoods combined with local and state policy work. |
| April 2000 - February 2001 | **Independent Consultant** Served as the technical assistance liaison for the Annie E. Casey Foundation *Making Connections* initiatives in Oakland and San Diego and supporting the Foundation Consortium for Children & Families, Results for Children Initiative. |
| October 1989- March 2000 | **Co-Director / Senior Staff Member** **California Tomorrow** Held staff positions with increasing levels of responsibility until becoming Co- Executive Director in 1992. California Tomorrow is a non-profit organization dedicated to helping build a strong multiracial, multicultural, multilingual society that is equitable for everyone. |
| Spring 1996 | **Instructor, UC Berkeley Extension** Co-developed and taught "Strategies for Collaboration for Children and Families." |

ED 000595

**Education**

**Kennedy School of Government, Harvard University.** Master of Public Policy with an emphasis on human services, education and labor policy in June 1989.   Thesis: Evaluating the Impact of Federal Welfare Reform Legislation in Indian Country: A Case Study of the Rosebud Sioux.

**Occidental College.** B.A. in Political Science and Psychology in June 1986. Graduated Summa Cum Laude, Phi Beta Kappa.

**Honors and Awards**

White House Champion of Change for Advancing Educational Excellence for African Americans February 2013
Emerging Leaders Fellowship 2006
Alfred P. Sloan Fellow 1987
Thomas J. Watson Fellow 1986
Harry S. Truman Scholar 1984

**Selected Publications**

Chang, Hedy, "Chronic Absence: A Call for Deeper Student and Family Engagement" *State Education Standard, The Journal of the National Association of State Boards of Education,* September 2023, No 3.

*Using Chronic Absence to Map Interrupted Schooling, Instructional Loss and Educational Inequity,* Attendance Works and Everyone Graduates Center, February 2021.

Chang, Hedy N., D. Osher, M. Schanfield, J. Sundius and L. Bauer *Using Chronic Absence to Improve Conditions for Learning,* Attendance Works and American Institute for Research, September 2019.

Chang, Hedy N., L. Bauer and V. Byrnes, *Data Matters: Using Chronic Absence to Accelerate Action for Student Success*, Attendance Works and Everyone Graduates Center, September 2018.

*Seize the Data Opportunity in California: Using Chronic Absence to Improve Educational Outcomes* Attendance Works, Center for Regional Change at University of California, Davis and Children Now, May 2018.

*Portraits of Change: Aligning School and Community Resources to Reduce Chronic Absence*, Attendance Work and Everyone Graduates Center, September 2017.

Chang, Hedy N., C. Russell-Tucker and K. Sullivan, *Chronic Early Absence: What States Can Do*, Phi Delta Kappan, October 2016.

Chang, Hedy with Mariajosé Romero, *Present, Engaged and Accounted For: The Critical Importance of Addressing Chronic Absence in the Early Grades,* National Center for Children in Poverty, NY, NY: September 2008.

ED 000596



May 19, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I am writing to express my commitment and that of my organization, the Center for Assessment, to serve as a national expert in educational assessment, accountability, and evaluation for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education.

We occupy a unique niche at the intersection of technical expertise, policy experience, and practical awareness. The Center provides customized support to states and districts in designing, implementing, and improving fair, effective, and defensible assessment and accountability programs. The Center's staff provides a full range of support, including technical analyses, policy and management support, documentation and communication, and training.

In their needs-sensing with regional, state, and local stakeholders in the region, RMC Research has identified the need for and is proposing technical assistance projects focused on aiding school districts and states in designing and implementing balanced systems of assessment and accountability.

I am happy to offer my expertise, and that of my colleagues, to the highly qualified team RMC Research has assembled for the Gulf Comprehensive Center and its state, regional, and local clients and recipients as they design and deliver these proposed projects.

I wish you success with your proposal.

Sincerely,



Scott F. Marion, Ph.D., Executive Director

The National Center for the Improvement of Educational Assessment, Inc.
31 Mount Vernon Street• Dover, New Hampshire 03820
phone: (603) 516-7900 • fax: (603) 516-7910 • www.nciea.org

**ED 000597**



**The National Center
for the Improvement of
Educational Assessment, Inc.**

Vita
# SCOTT F. MARION
*Executive Director*

Scott F. Marion is the Executive Director of the non-profit The National Center for the Improvement of Educational Assessment, Inc.  Previously, he served as the Associate Director of the Center since 2006 and as a Senior Associate from 2003-2006.  The mission of the Center is to help states and districts foster higher student achievement through improved practices in educational assessment and accountability.  The Center does this by:

- Providing customized support to states and districts in designing, implementing, and improving fair, effective, and legally defensible assessment and accountability programs. The Center's staff provides the full range of support, including technical analyses, policy support, documentation and communication, and training from designing an accountability system to meet a legislative mandate through designing effective programs in support of low-performing schools.

- Coordinating Technical Advisory Committees that help ensure a state's evolving assessment and accountability programs receive the best on-going technical advice possible, focused on the specific issues and decision-making needs of the individual state or district.

- Developing and disseminating practical standards for assessment and accountability programs that include specific information about what states and districts should do *today* to have technically sound programs.

Dr. Marion is a national leader in conceptualizing and designing innovative and balanced assessment systems to support instructional and other critical uses. He has also led extensive work across the country to design and implement school accountability systems. Dr. Marion's current projects include designing—and supporting states in implementing—assessment and accountability initiatives, providing technically defensible policy guidance, and implementing high-quality, locally designed performance-based assessments.

Scott was recently elected to the National Academy of Education and is one of three measurement specialists on the National Assessment Governing Board, which oversees the National Assessment of Educational Progress. He coordinates and/or serves on 10 state or district technical advisory committees for assessment and accountability. He has served on multiple National Research Council committees, including those that provided guidance for next-generation science assessments, investigated the issues and challenges of incorporating value-added measures in educational accountability systems, and outlined best practices in state assessment systems.

Scott is a co-author of the validity chapter in *Educational Measurement* and is the co-chair of a National Academy of Education panel writing a volume on balanced systems of assessment. He has published dozens of articles in peer-reviewed journals and edited volumes, and he regularly presents his work at the national conferences of the American Educational Research Association, National Council on Measurement in Education, and the Council of Chief State School Officers. Additionally, Scott served his community for nine years as a member of the Rye, N.H. School Board.

Scott earned a Ph.D. from the University of Colorado Boulder with a concentration in measurement and evaluation and started his career as a field biologist prior to earning his Master of Science in Science and Environmental Education from the University of Maine.

The National Center for the Improvement of Educational Assessment, Inc.
31 Mount Vernon St, Dover, NH 03820
Telephone (603) 516-7900
E-mail smarion@nciea.org
website www.nciea.org

ED 000598

## Education

**Ph.D.** May 2004. University of Colorado, Boulder, CO. Research and evaluation methodology. Specialization--Educational Assessment.  Dissertation Advisor:  Lorrie Shepard.  Dissertation title: *Psychometric Concerns When Measuring Advanced Knowledge.*

**Master of Science.** May 1992.  University of Maine, Orono, Maine.  Science and Environmental Education G.P.A. 4.0. Thesis Advisor: Theodore Coladarci.  Thesis title: *Gender differences in science course-taking patterns among college undergraduates:  Indicators of a hidden curriculum in science education?*

**Bachelor of Science.** May 1979. State University of New York, College of Environmental Science and Forestry, Syracuse, NY. September 1975-May 1979. Majored in zoology and forest biology, graduated cum laude (G.P.A.  3.1).

## Professional History

**National Center for the Improvement of Educational Assessment.** Dover, NH.

**Executive Director**, 2015-present. Associate Director, 2006-2015, and Senior Associate from 2003-2006. In addition to supporting many of the Center's clients, Scott Marion partners with Associate Director Chris Domaleski to manage the operations of the Center and works closely with the Center Board of Directors to establish the long- and short-term strategic direction of the organization.

**Wyoming Department of Education.**  Cheyenne, WY.

**Director of Assessment and Accountability**.  November 1999-January 2003.  Responsible for managing the state's K-12 testing program, Wyoming Comprehensive Assessment System, overseeing the state's Uniform Reporting System, and, generally, overseeing all assessment-related activities at the Wyoming Department of Education, including assessment issues related to district accreditation and student graduation requirements.  Managed two budgets in excess of three million dollars per year, supervised three staff members, several external consultants, and a testing contractor.

**Wyoming Department of Education.**  Cheyenne, WY.

**Assessment Specialist**.  August 1997-October, 1999. Served as a consultant to the Department to help with the development and implementation of the Wyoming Comprehensive Assessment System.  Duties included writing background research reports, planning design team meetings, drafting the assessment system technical reports, and writing and reviewing requests for proposals.

**School of Education, University of Colorado at Boulder**.  Campus Box 249, Boulder, CO.

**Research Assistant**, August 1993-September 1994; August 1995-May, 1997.  I worked as a research associate of a variety of assessment related research projects funded by the Center for Research on Student Standards and Testing (CRESST). Supervisor: Dr. Lorrie Shepard

**Evaluation Internship**, September 1994 - August 1995. As part of a two-person internship team, I served as a co-principal investigator for an evaluation of the National Science Foundation-funded Mathematicians and Education Reform (MER) Forum. This internship was supported by the American Educational Research Association's Grants Program and NSF.  Supervisor:  Dr. Ernest House.

ED 000599

**College of Education,** University of Maine, Orono, ME.

    **Part-time Faculty Member**. 1991-1993.  Responsibilities include teaching the following graduate and undergraduate courses: EDS 520--Educational Measurement; ESC 525--Planning the Environmental Curriculum; and EDB 221--Introduction to Educational Psychology.

**Center for Research and Evaluation, College of Education.**  University of Maine, Orono, ME.

    **Research Associate**, September 1988-July 1993.   Responsibilities included conducting curriculum and program evaluations for school systems and other agencies, managing the Center's data bases and archives, writing grants and funding proposals, writing research and technical reports, and providing research design and statistical consulting services for University faculty and graduate students.

---

## Selected Publications

Lane, S. & Marion, S.F. (in press). Validity in educational measurement. In Cook, L. & Pitoniak, M. (eds.) *Educational Measurement, Volume 5*.

Shepard, L.S., Marion, S.F., & Saldaña, C.M. (in press). Standards-based reform and school accountability. In Cohen-Vogel, L., Scott, J., & Youngs, P. (eds) *Handbook of Education Policy Research, Volume 2*. Washington, DC: American Educational Research Association.

Marion, S.F., Pellegrino, J.W., & Berman, A.I. (2024). Reimagining balanced assessment systems: An introduction. In Marion, S.F., Pellegrino, J.W., & Berman, A.I. (Eds.). *Reimaging Balanced Assessment Systems*. Washington, DC: National Academy of Education.

Marion, S.F., Pellegrino, J.W., & Berman, A.I. (Eds) (2024). *Reimaging Balanced Assessment Systems*. Washington, DC: National Academy of Education.

Evans, C. M. & Marion, S. F. (2024). *Instructionally Useful Assessment*. NY, NY: Routledge.

Marion, S.F. (2023). Validity arguments for through-year assessments. In Tierney, R.J., Rizvi, F., and Erkican, K. (Eds). *International Encyclopedia of Education (4th Edition), pp. 212-219*. London: Elsevier Press.

Braun, H. & Marion, S. F. (2022). Accountability and assessment in U.S. Education: Let's not let another crisis go to waste! *Assessment in Education: Principles, Policy & Practice*, DOI:10.1080/0969594X.2022.2068503.

Marion, S. & Shepard, L. (2021). Focus on instruction and intervention, not testing, in spring 2021. *Education Next. Vol 21, 2.* Retrieved from: https://www.educationnext.org/statewide-assessments-2021-essential-lens-or-fruitless-imposition-forum/

Domaleski, C. & Marion, S. (2021). Restart and Recovery: Alternative Approaches to State Testing in 2021. Washington, DC: Council of Chief State School Officers. Retrieved from: https://753a0706.flowpaper.com/CCSSORRAltApproachStateTest2021/?utm_source=newsletter&utm_medium=email&utm_content=CCSSO%20provides%20alternative%20assessment%20options%20for%20state%20leaders%20to%20measure%20academic%20progress%20this%20school%20year&utm_campaign=EP%20Newsletter%201-13-21#page=1

Marion, S. (2020, October). Opportunity-to-Learn data to support a more equitable education system. Retrieved from: https://www.nciea.org/articles/using-opportunity-learn-data-support-educational-equity

Marion. Vita       3
PR/Award # S283B240029
Page e203       **ED 000600**

Marion, S. F., Gonzales, D., Wiener, R., & Peltzman, A. (2020). *This is Not a Test, This is an Emergency: Special Considerations for Assessing and Advancing Equity in School-Year 2020-21.* Retrieved from: https://www.nciea.org/articles/not-test-emergency-special-considerations-assessing-and-advancing-equity-school-year-2020

Keng, L., Boyer, M., & Marion, S.F. (2020).  Into the unknown: Assessment considerations for spring 2021. *Educational Measurement: Issues and Practice, 39, 3, 53-59.* http://dx.doi.org/10.1111/emip.12362

Marion, S.F., Gong, B., Lorié, W., & Kockler, R. (2020). Restart & recovery: Assessment considerations for fall 2020. Washington, DC: Council of Chief State School Officers. Retrieved from: https://ccsso.org/sites/default/files/2020-07/Assessment%20Considerations%20for%20Fall%202020.pdf

Keng, L. & Marion, S. F. (2020). Comparability of Aggregated Group Scores on the "Same Test." In Haertel, Pellegrino, & Berman (eds.). *Comparability Issues in Large-Scale Assessment.* Washington, DC: National Academy of Education.

Shepard, L. A., Diaz-Bilello, E., Penuel, W. R., & Marion, S. F. (2020). *Classroom assessment principles to support teaching and learning.* Boulder, CO: Center for Assessment, Design, Research and Evaluation, University of Colorado Boulder. https://www.colorado.edu/cadre/sites/default/files/attached-files/classroom_assessment_principles_to_support_teaching_and_learning_-_final_0.pdf

Marion, S., Worthen, M., & Evans, C. (2020). How systems of assessments aligned with competency-based education can support equity. Vienna, VA and Dover, NH: Aurora Institute and Center for Assessment. Retrieved from: https://aurora-institute.org/resource/how-systems-of-assessments-aligned-with-competency-based-education-can-support-equity/

Marion, S.F. & Domaleski, C. (2019). An argument in search of evidence: A critique of "A validity argument related to the use of college admissions test scores in federal accountability." *Educational Measurement: Issues and Practice, 38, 4, 27–28.* https://doi.org/10.1111/emip.12307

Marion, S., Thompson, J., Evans, C., Martineau, J. & Dadey, N. (2019) A tricky balance: The challenges and opportunities of balanced systems of assessment. Paper Presented at the Annual Meeting of the National Council on Measurement in Education Toronto, Ontario April 6, 2019, Retrieved from: https://www.nciea.org/library/tricky-balance-challenges-and-opportunities-balanced-systems-assessment

Marion, S.F. (2018). The opportunities and challenges of a systems approach to assessment. *Educational Measurement: Issues and Practice, 37, 1,* 45-48. https://doi.org/10.1111/emip.12193

Marion, S.F., Vander Els, J. & Leather, P. (2017). Reciprocal accountability for transformative change: New Hampshire's performance assessment of competency education (PACE).  *VUE: Voices in Urban Education,* 46, 20-25. http://vue.annenberginstitute.org/issues/46/reciprocal-accountability-transformative-change-new-hampshire%E2%80%99s-performance-assessment

Marion, S.F., Lyons, S., & Pace, L. (2017). Evaluating and Continuously Improving an Innovative Assessment and Accountability System. www.innovativeassessments.org.

Gagnon, D.J., Hall, E. & Marion, S.F. (2017). Teacher evaluation and local control in the United States: An investigation into the degree of local control afforded to districts in defining evaluation procedures for teachers in non-tested subjects and grades.  *Assessment in Education: Principles, Policy & Practice, 24, 4,* 489-505.

Marion, S.F., Pace, L., Williams, M., & Lyons, S. (2016). Project Narrative: Creating a State Vision to Support the Design and Implementation of An Innovative Assessment and Accountability System. www.innovativeassessments.org

Marion, S.F., Lyons, S., Pace, L., & Williams, M. (2016). A Theory of Action to Guide the Design and Evaluation of States Innovative Assessment and Accountability System Pilots. www.innovativeassessments.org.

Thompson, J., Lyons, S., Marion, S.F., Pace, L., & Williams, M. (2016). Ensuring and Evaluating Assessment Quality for Innovative Assessment and Accountability Systems. www.innovativeassessments.org.

Lyons, S., Marion, S.F., Pace, L., & Williams, M. (2016). Addressing Accountability Issues including Comparability in the Design and Implementation of an Innovative Assessment and Accountability System. www.innovativeassessments.org.

Jenkins, S., Pace, L., Lyons, S., Marion, S.F. (2016). Establishing a Timeline and Budget for Design and Implementation of an Innovative Assessment System. www.innovativeassessments.org.

Thompson, J, Lyons, S., Marion, S.F., Pace, L. (2016). Supporting Educators and Students Through Implementation of an Innovative Assessment and Accountability System. www.innovativeassessments.org.

Graue, E., Marion, S.F., & Nelson, M. (2016, Spring). Eye on her research: Assessment in a learning culture. *Education Views, pp 6-8*. School of Education, University of Colorado, Boulder.

Rothman, R. & Marion, S.F. (2016). The next generation of state assessment and accountability. *Kappan, 97, 8, 34-37.* https://journals.sagepub.com/doi/abs/10.1177/0031721716647016

Marion, S.F. & Buckley, K. (2016). Design and implementation considerations of performance-based and authentic assessments for use in accountability systems. In Braun, H. (ed). *Meeting the Challenges to Measurement in an Era of Accountability*. New York, NY: Routledge, Taylor & Francis Group.

Chattergoon, R. & Marion, S.F. (2016).  Not as easy as it sounds: Designing a balanced assessment system. *The State Education Standard, 16, 1,* 6-9. http://www.nasbe.org/wp-content/uploads/Chattergoon-Marion.pdf

Marion, S.F. (2015).  The search for the Holy Grail: Content-referenced score interpretations from large-scale tests. *Measurement: Interdisciplinary Research & Perspectives, 2,* 106-110. https://doi.org/10.1080/15366367.2015.1055127

Domaleski, C., Gong, B., Hess, K., Marion, S., Curl, C., Peltzman, A. (2015). Assessment to support competency-based pathways. Washington, DC: Achieve. Retrieved from: https://www.nciea.org/library/assessment-support-competency-based-pathways

Marion, S. (2015, Feb).  Two sides of the same coin: Competency based education and Student Learning Objectives. Published by Competency Works. http://www.competencyworks.org/resources/two-sides-of-the-same-coin-competency-based-education-and-student-learning-objectives/

Marion, S., & Leather, P. (2015). Assessment and accountability to support meaningful learning. *Education Policy Analysis Archives, 23(9)*. http://dx.doi.org/10.14507/epaa.v23.1984

Diaz-Bilello, E.B., Patelis, T., Marion, S.F., Hall, E., Betebenner, D. & Gong, B. (2014). Are the *Standards for Educational and Psychological Testing* Relevant to State and Local Assessment Programs? *Educational Measurement: Issues and Practice, 33, 4,* 16–18

Marion, S.F., DePascale, C., Domaleski, C., Gong, B., & Diaz-Bilello, E. (2012, May). Considerations for analyzing educators' contributions to student learning in non-tested subjects and grades with a focus on Student Learning Objectives. **www.nciea.org.**

Marion, S.F. & Buckley, K. (2011).  Approaches and considerations for incorporating student performance results from "Non-Tested" grades and subjects into educator effectiveness determinations.  www.nciea.org.

Marion. Vita                                    5
PR/Award # S283B240029
Page e205

ED 000602

Buckley, K. & Marion, S.F. (2011). A Survey of Approaches Used to Evaluate Educators in Non-Tested Grades and Subjects. www.nciea.org.

Marion, S.F. (2010). Constructing a validity argument for alternate assessments based on modified achievement standards. In Perie, M. *Alternate Assessments Based on Modified Achievement Standards*. Baltimore, MD: Brooks Publishing.

Li, Y., Marion, S.F., Perie, M. & Gong, B. (2010) An approach for evaluating the technical quality of interim assessments. *Peabody Journal of Education, 85, 2*, 163-185

Perie, M., Marion, S.F., & Gong, B. (2009). Moving towards a comprehensive assessment system: A framework for considering interim assessments. *Educational Measurement: Issues and Practice, 28, 3*, 5-13. https://doi.org/10.1111/j.1745-3992.2009.00149.x

Marion, S.F. (2009). Some key considerations for test evaluators and developers. In Schafer, W. and Lissitz, R. (eds.) *Alternate assessments based on alternate achievement standards: Policy, practice, and potential* (pp. 357-360).

Marion, S. F. & Perie, M. (2009). Validity arguments for alternate assessments. In Schafer, W. and Lissitz, R. (eds.) *Alternate assessments based on alternate achievement standards: Policy, practice, and potential* (pp. 115-127). Baltimore, MD: Brooks Publishing.

Perie, M., Marion, S.F., Gong, B., & Wurtzel, J. (2007). The Role of Interim Assessments in a Comprehensive Assessment System: *A Policy Brief*. www.aspeninst.org and www.nciea.org.

Marion, S.F. & Gong, B. (2007). Assessing college readiness: A continuation of Kirst. *NCME Newsletter, 15, 2*, 5-7.

Hill, R.K., Gong, B., Marion, S., DePascale, C., Dunn, J., and Simpson, M. (2006). Using Value Tables to Explicitly Value Growth, Paper presented at the MARCES conference.

Dunn, J. & Marion, S. F. (2006). NCLB Growth: What are we learning as reauthorization approaches? *NCME Newsletter, 14, 4*, 3-4.

Marion, S. F. & Pellegrino, J. W. (2006). A validity framework for evaluating the technical quality of alternate assessments. *Educational Measurement: Issues and Practice, 25, 4*, 47-57.

Dunn, J., Gong, B. & Marion, S. F. (2006). NCLB science assessments: A unique opportunity. *Measurement: Interdisciplinary Research and Perspectives, 4, 4*, 242-246.

Gong, B. & Marion, S. F. (2006). Dealing with flexibility in assessments for students with significant cognitive disabilities. Minneapolis, MN: University of Minnesota, National Center for Educational Outcomes Synthesis Report No. 60. http://education.umn.edu/nceo/OnlinePubs/Synthesis60.html.

Glenn, W. J., Picus, L.O., Marion, S., & Calvo, N. (2006). School facility quality and student achievement in Wyoming. *School Business Affairs, 72, 5*, 12-16.

Picus, L. O., Marion, S.F. Calvo, N., Glenn, W. J. (2005). Understanding the relationship between student achievement and the quality of educational facilities: Evidence from Wyoming. *Peabody Journal of Education, 80, 3*, 2005

Marion, S. F., White, C, Carlson, D., Erpenbach, W. J., Rabinowitz, S., Sheinker, J. (2002) Making valid and reliable decisions in the determination of adequate yearly progress: A Paper in the Series: *Implementing The State Accountability System Requirements Under The No Child Left Behind Act Of 2001*. Washington, D.C.: Council of Chief State Schools Officers.

Marion, S. F. & Stevens, S. (2001, March). *The Wyoming Assessment Handbook*. Cheyenne, WY: Wyoming Department of Education. http://www.measuredprogress.org/wycas/WhatsNew/AssessmentHandbook.pdf

Marion, S. F., Sheinker, A., Hansche, L., & Carlson, D. (1998, January).  Wyoming Comprehensive Assessment System Design Report.  Report prepared for the Wyoming State Legislature.  Cheyenne, WY:  Wyoming Department of Education.  http://www.measuredprogress.org/wycas/WDEPP/design.htm

Shepard, L. A., Smith, M. L., & Marion, S. F. (1998).  On the success of failure:  A rejoinder to Alexander. *Psychology in the Schools, 35,* 404-406.

Shepard, L. A., Smith, M. L., & Marion, S. F. (1996).  Failed evidence on grade retention. *Psychology in the Schools, 33,* 251-261.

Borko, H. Mayfield, V. Marion, S. F., Flexer, R., & Cumbo, K. (1997) Teachers' developing ideas and practices about mathematics performance assessment:  Successes, stumbling blocks, and implications for professional development. *Teacher and Teacher Education, 13,* 259-278.

Eisenhart, M., Finkel, E., & Marion, S. F. (1996).  Creating the conditions for scientific literacy:  A re-examination. *American Educational Research Journal, 33,* 261-296.

Shepard, L. A. Flexer, R. J., Hiebert, E. H., Marion, S. F., Mayfield, V., & Weston, T. J.  (1996).  Effects of introducing classroom performance assessments on student learning. *Educational Measurement: Issues and Practice, 15, 3,* 7-18..

Shepard, L. A., Smith, M. L., & Marion, S. F. (1996).  Failed evidence on grade retention. *Psychology in the Schools, 33, 3.*

Maddaus, J. & Marion, S. F. (1995).  Do standardized test scores influence parental choice of high school? *Journal of Research in Rural Education, 11, 2,* 75-83.

**National Research Council/National Academy of Science Publications**

(Participated as a committee member and report contributor to the following NRC reports.)

National Academies of Sciences, Engineering, and Medicine 2020. *Teaching K-12 Science and Engineering During a Crisis*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25909.

Keng, L. & Marion, S. F. (2020). Comparability of Aggregated Group Scores on the "Same Test." In Haertel, Pellegrino, & Berman (eds.). *Comparability Issues in Large-Scale Assessment*. Washington, DC: National Academy of Education.

Berman, A.I., Feuer, M.J., & Pellegrino, J.W. (2019). What use is educational assessment? National Academy of Education/American Academy of Political and Social Science. [Served as discussant for two papers.]

National Research Council. (2014). *Developing Assessments for the Next Generation Science Standards.* Committee on Developing Assessments of Science Proficiency in K-12. Board on Testing and Assessment and Board on Science Education, James W. Pellegrino, Mark R. Wilson, Judith A. Koenig, and Alexandra S. Beatty, *Editors.* Division of Behavioral and Social Sciences and Education. Washington, DC: The National Academies Press.

Braun, H., Chudowsky, N., & Koenig, J. A. (2010). *Getting value out of value-added: Report of a workshop.* Washington, DC: National Academies Press.

National Research Council. (2010). *State assessment systems: Exploring best practices and innovations: Summary of two workshops.* Alexandra Beatty, Rapporteur; Committee on Best Practices for State

Assessment Systems. National Research Council. Board on Testing and Assessment. Division of Behavioral and Social Sciences and Education. Washington, DC: The National Academies Press.

## Technical Reports, Studies, Conference Papers and Presentations

Numerous technical reports of evaluation studies produced for such organizations as the National Science Foundation and various state agencies.  I have given hundreds of presentations at various national conferences including almost yearly presentations at the American Educational Research Association (AERA)/National Council of Measurement in Education (NCME) annual meetings since 1990 and CCSSO's Large Scale Assessment Conference since 1998.

## Honors, Awards, Scholarships and Fellowships

**The National Academy of Education.** Elected in 2023.

**The Spencer Foundation**. Spencer Dissertation Fellowship for Research Related to Education. 1998-1999.

**The Spencer Foundation & American Educational Research Association.**  Travel Fellowship Award.  1996-1997.

**American Educational Research Association & National Science Foundation.**  Evaluation Internship Award.  1994-1995.

**American Educational Research Association, National Science Foundation, & National Center for Educational Statistics.**  Selected to participate in the AERA Statistics Institute.  April 8-10, 1994.

**University of Colorado.** University Fellowship awarded by the Graduate School to fund the first year of Ph.D. studies.  1993-1994.

**New York State Regents Scholarship.** 1975-1979.

**National Honor Society.**  1974-1975.

## Service

National Assessment Governing Board 2021-present.

Rye School Board, Rye, NH. 2013-present; Board Chair, 2015-2017.

AERA, Division D, Robert L. Linn Distinguished Lecture Award.  Committee Member:  2009-2012; 2016-2020.

Committee Member:  AERA Book Award.  2006-2009

United States Department of Education.  National Technical Advisory Committee Member.  2008-2010

National Research Council Committee Member for the following:

- ➢ Developing Assessments of Science Proficiency in K-12. Board on Testing and Assessment and Board on Science Education (2013-2014)
- ➢ Best Practices for State Assessment Systems (2013-2014)
- ➢ Value-Added Model in Education (2009-2010)

Southeast New Hampshire Land Trust—Board member, 2012-present.

The Keystone Center Board of Trustees 2006-2009



# Crock Leadership Associates, LLC

### Leading and learning today to transform tomorrow

June 3, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. RMC Research has strong relationships in the states in this region and has assembled a quality team of staff members and partners who have the skills, attitudes, and attributes needed to support these states and their partners.

Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from the team. I stand ready to offer my experience and expertise to future Region 6 (Gulf Center) Comprehensive Center projects supporting high school redesign.

Crock Leadership Associates (CLA) has supported both individual local education agencies and cohorts of school districts across the New England region in re-envisioning the high school experience, engaging community stakeholders, developing career technical education and early college | dual enrollment programming, and transforming the instructional core so that the student experience and outcomes are more equitable. CLA has also supported the development of leadership pipelines and supervision, coaching and evaluation systems of school supervisors, and central office strategic planning and coordination across multiple LEAs including, but not limited to, Tulsa, OK; Jackson, MS; Hillsborough County, FL; and Des Moines, IA. Knowing that transformation is more than technical program changes, experience in adaptive change management, mindset development, and adult learning anchor our efforts.

I wish you success with your proposal.

Sincerely,



Barbara Crock, Ed.D.
President

10148 W L Avenue, Kalamazoo, MI 49009   773.503.9500
barbara@crockleadershipassociates.com

ED 000606

## Barbara M. Crock, Ed.D.



barbara@crockleadershipassociates.com

---

**EDUCATION**      *Harvard University*
Graduate School of Education, Urban Superintendents Program
Certificate of Advanced Educational Leadership, 2017
Doctorate of Education, 2010
Master of Education, 2003

*Loyola University, Chicago, IL*
Master of Education, 1999
Administration and Supervision

*Marian College, Indianapolis, IN*
Bachelor of Arts, summa cum laude, 1991
Mathematics, Spanish, Secondary Education

**RESEARCH**      *Instructional Leadership: The Core Work of New Chicago High Schools*
Dissertation, Harvard University, 2010

*The Best Bet: Instructional Leaders in New Chicago High Schools*
Qualifying Paper, Harvard University, 2008

Academic Committee Members from Harvard Graduate School of Education:
Richard Elmore, Ed.D; James Honan, Ed.D.; Linda Wing, Ph.D.

**K-12 SYSTEMS LEADERSHIP EXPERIENCE**
Effective educational leader with work at the classroom, school, district and state levels:

**PROFESSIONAL**
**INTERESTS**
- Instructional leadership
- Distributed leadership
- Leadership development and change management
- Supervision and evaluation
- Coaching – instructional and leadership-based
- School leadership roles and teams focused on teaching and learning
- Instructional, social-emotional and community supports for high-risk minority youth
- Instruction
- PK-12 college and career pathways
- Central office transformation

ED 000607

**ORGANIZATIONAL AND TALENT DEVELOPMENT EXPERIENCE**

- Collaborate with district leaders to establish a vision for high-school redesign through a stakeholder investigation and exploration process. Define strategic plans and project manage transformation / implementation efforts including core instructional transformation, career technical education and early college programming opportunities, professional teaming and master scheduling, and related systems.

  - Hartford Public Schools (CT)
  - Holyoke Public Schools (MA)
  - Malden Public Schools (MA)
  - Salem Public Schools (MA)
  - The Learning Agenda
  - The Barr Foundation (MA)

- Design and facilitate cohort learning experiences and communities of practice focused on high school transformation across New England sponsored by the Barr Foudnation.  Lead participants through learning, dreaming and planning stages to prepare themselves and their community for doing high school differently.

  - Meeting the Moment cohort consisting of 8 local education agencies from Massachusetts and Connecticut

  - Wider Learning Ecosystem cohort:  6 high school teams from across Connecticut, Massachusetts, Maine, New Hampshire, and Rhode Island

  - Portrait of a Graduate cohort:  14 high school teams from across New England

- Consult with K-12 school districts and organizations nationally to design and deliver leadership pipeline development programs for teacher leaders, assistant principals, principals and supervisors of principals

  - Des Moines Public Schools (IA)
  - Florida Atlantic University (FL)
  - Jackson Public Schools (MS)
  - Hillsborough County Public Schools (FL)
  - Holyoke Public Schools (MA)
  - Marion County Public Schools (FL)
  - Tulsa Public Schools (OK)

- Facilitate professional development trainings for adults on a weekly basis, with groups ranging in size from 2-200 participants through face-to-face, webinar and virtual coaching formats
- Provide executive leadership coaching to principal supervisors and central office leaders of PK-12 systems through face-to-face interactions; an on-line web-based video system, *Torsh Talent* and Zoom
- Train on the application of Bloom's *Blended Coaching* skills

- Designed and led a site-based, two-year cohort of high performing principals in their readiness for principal supervisor work that entails design and delivery of training, job-embedded 1:1 coaching and performance task feedback
- Launched and managed New Principal Induction Programs in collaboration with Hillsborough County Public Schools (Tampa, FL), Tulsa Public Schools, Chicago Public Schools, Des Moines Public Schools and Atlanta Public Schools
- Supported 20 team leaders and 250 instructional coaches across Chicago Public Schools in developing coaching skills based on formative assessment through professional development and field visit activities
- Provided "incubation" support to five new school start-up teams through central office services within Chicago Public Schools

**TEACHING / PROFESSIONAL DEVELOPMENT EXPERIENCE**

- Currently design and deliver the following trainings through professional development seminars several times per month including, but not limited to:
  - *Blended Coaching* – 3 to 6 day training applying the stances of instructive, consultation, collaborative, facilitative and transformative coaching
  - *Instructional Leadership Academy* – 10 day-long modules for new teacher leaders focused on leading change, interpersonal skills, addressing diversity, mentoring, coaching, instruction, using data and inquiry
  - *Role of the Supervisor* – customized training and coaching on supervision, evaluation and development integrating human resource and talent management tools
  - *Learning Leaders* – 24 day curriculum for high-performing principals to hone supervision, evaluation, coaching and professional development skills utilizing Bloom's *Blended Coaching*, Fullan's *The Principal*, TNTP's *The Mirage*, and Bambrick's *Leverage Leadership*
  - Experienced Assistant Principal professional development seminar series: *Strategies for Improving Rigor, Coaching Good to Great, The Together Leader, Building School Morale, 6 Step Feedback, Leading Adult Learning, Managing Change, Having Hard Conversations, Strengthening Leadership Teams*, and *Using Qualitative Data*
  - Monthly 3-hour forums to respond to the just-in-time needs and practice of cohort practitioners, including principal mentors or instructional leadership directors

**ADMINISTRATIVE EXPERIENCE**

- Founded the University of Chicago Charter School, Woodlawn Secondary School, a 6-12 charter high school focused on accelerating learning and preparing all students for success in college
- Led students and teachers to academic gains of 2.0 levels for one year's instruction in reading strategies and mathematics
- Initiated the establishment of a Pre-K through 12th grade school model with connections to colleges and universities
- Coordinated the transition of a high school curriculum from vocational education to college preparation at Lindblom College Preparatory High School, Chicago, IL
- Reinstated and developed the mathematics strand of a STEM PK-8 elementary school
- Engaged in collaboration with teachers, students, universities, parents and alumni to set higher expectations for student performance, align the culture of schools with their missions and extend learning opportunities for both students and teachers
- Managed and balanced a school-based budget of $6.4 million annually
- Supervised and evaluated teams of up to 105 staff members and thirty community partnerships to provide academic and social support services

**K-12 TEACHER LEADERSHIP EXPERIENCE**

- Taught children mathematics, grades 6-12, in Chicago Public Schools and the Archdiocese of Indianapolis
- Designed and implemented an algebra curriculum for middle school students (grades 6-8)
- Served as a founding member of a Freshman Academy team working to improve students' transition from elementary to high school
- Piloted the inclusion of special education students in the regular education classroom, co-teaching and opening my classroom for others to observe the collaboration among teachers and students
- Coordinated and served on various committees responsible for school improvement planning, professional development, literacy initiatives, budget development and oversight, technology integration and teacher recruitment
- Assisted in implementing the use of protocols for analyzing student work to improve teaching and learning within the classroom
- Served as a member of state review teams, observing and reporting on the teaching and learning that occurs in other schools
- Formed relationships with students both within and beyond the classroom by serving as a coordinator of various curricular and extra-curricular activities including service learning, mentoring, student government, drama and music organizations
- Served as Guest Instructor for Antarctic Leadership Venture, mentoring Spanish-speaking high school students in a wilderness adventure education program with the Vertical Foundation, Santiago, Chile

**EMPLOYMENT**

*President, Independent Education Consultant, 2014 to present*
Crock Leadership Associates LLC
Kalamazoo, MI

*Senior Director, School Leadership, 2009 to 2014*
The New Teacher Center
Chicago, Illinois
Santa Cruz, CA

*Founding Principal, 2005 to 2009*
University of Chicago Charter School
Woodlawn Campus
Chicago, Illinois

*Deputy Director, 2004 to 2005*
Renaissance 2010 Support Center
Chicago Public Schools

*Executive Intern to the Superintendent, 2003 to 2004*
San Francisco Unified School District
Dr. Arlene Ackerman, Superintendent

*Mathematics Instructional Coach, 2002 to 2003*
Boston Public Schools
Student Intern, Harvard Urban Superintendents Program

*Assistant Principal, 1999 to 2002*
Chicago Public Schools
Lindblom College Preparatory High School
Newberry Elementary Mathematics & Science Academy

*Academy Resource Teacher, 1997 to 1999*
Chicago Public Schools
Hirsch Metropolitan High School

*Mathematics Instructor, 1991 to 2000*
Newberry Mathematics & Science Academy, 1999 to 2000
Hirsch Metropolitan High School, 1995 to 1999
Scecina Memorial High School, Indianapolis, IN, 1991 to 19

*Barbara M. Crock, page  5*
**ED 000611**

**PRESENTATIONS
& PUBLICATIONS**

*Engaging Students, Families and the Community in the Redesign Process*
Wider Learning Ecosystem Convening sponsored by The Learning Agenda, 30 January 2018

*Developing a New Vision of High School: A description of activities, artifacts and lessons learned from Holyoke Public Schools*
Barr Foundation, November 2017

*Leveraging the Principal-Mentor Relationship: The Multiplier Effect*
New Teacher Center Symposium, 11 February 2014

*Video Observation as a Tool for Mentoring*
New Teacher Center Symposium, 11 February 2014

*Leveraging Observation to Improve Practice: Calibration and Meaningful Feedback*
New Teacher Center Symposium, 9 February 2014

*Courageous Principals: From Insight to Action*
Deloitte University, 19-21 July 2013

*Change Lanes to Deepen Impact: Intersections and Roadmaps for New Principal Support*
New Teacher Center Symposium, 4 February 2013

*New Principals Need Support*
National Journal Expert Blog, 19 April 2012

*How to Walk Our Talk: Coaching Our Coaches*
New Teacher Center Symposium, 7 February 2012

*Rest and Rejuvenation for Program Leaders*
New Teacher Center Symposium, 7 February 2012

*The Role of the Principal in High Quality Teacher Induction*
Illinois Administrators' Academy, September 2011

*New Principals Leadership Academy: Launching with an Intentional Entry Plan*
Illinois Administrators' Academy, 27-28 July 2011 and 25-26 June 2012

*A Case on the Challenges of Accelerating Student Learning at the University of Chicago Charter School*
Bill & Melinda Gates Foundation's Mid-West Convening, 14 November 2006

**PROFESSIONAL**
**MEMBERSHIPS**

ASCD / Association for Supervision and Curriculum Development
Coalition of Essential Schools
Learning Forward
Phi Delta Kappan


**CERTIFICATIONS**

Administration, Grades PK-12
Mathematics, Grades 6-12
Spanish, Grades 6-12
Michigan and Illinois


**PROFESSIONAL**
**AWARDS**

Stevens Fellowship Award, Harvard University, 2002 – 2003
Outstanding Educator, Chicago Academy of School Leadership, 2002
Oppenheimer Creative Teaching Grant, 1998 & 2001
Golden Apple Teacher Award Nomination, 1998
Bloom-Culver Dedicated Teacher Award, 1997
Indiana Youth Investment Award Nomination, 1995
Outstanding Teacher in Mathematics, 1992 – 1995

**PERSONAL**

**INTERESTS**

Camping and hiking in national parks
Volunteering in outreach program for Spanish-speaking migrant workers
Playing piano and making music
Reading historical fiction
Scuba diving and snorkeling


**REFERENCES**

Jenny Curtin, Director, Education Program, The Barr Foundation
Email:  jcurtin@barrfoundation.org

Errick Greene, Superintendent, Jackson Public Schools (MS)
Email:  ergreene@jackson.k12.k12.ms.us

Jennifer Gripado, Instructional Leadership Director, Tulsa Public School
Email:  gripaje@tulsaschools.org

Erin Linville, Assistant Superintendent | Chief of Turnaround,
Holyoke Public Schools
Email:  elinville@hps.holyoke.ma.us

Steven Zrike, Superintendent, Salem Public Schools
Email:  szrike@salemk12.org

*Barbara M. Crock, page  7*
**ED 000613**



SCHOOL OF
EDUCATION

*Department of Curriculum and Instruction*

May 17, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I am writing to express my commitment to serve as a national expert in the area of positive behavioral interventions and supports for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education.

As you know, I have worked in the of support students with positive behavioral interventions and supports for nearly twenty years. I have trained schools in four states to develop and implement three-tiered models of prevention to support the needs of all learners. These models include procedures for explicitly teaching, reinforcing, and monitoring behaviors as well as integral low intensity strategies to support the behavior of all students including behavior-specific praise, instructional choice, precorrection, and others.

In their needs-sensing with regional, state, and local stakeholders in the region, RMC Research has identified the need for and is proposing technical assistance projects focused on positive behavioral interventions and supports.

I look forward to the opportunity to offer my expertise to the highly qualified team RMC Research has assembled for the Gulf Comprehensive Center and their state, regional, and local clients and recipients as they design and deliver these proposed projects.

I wish you success with your proposal.

Sincerely,

Robin Parks Ennis, Ph.D., BCBA-D
Professor

EEC208-C Education and Engineering Complex
1150 Tenth Avenue South
Fax 205.934.4792
Cell 205.585.5851
rennis@uab.edu

The University of
Alabama at Birmingham
Mailing Address:
EEC208-C
1720 SECOND AVE S
BIRMINGHAM AL 35294

PR/Award # S283B240029
Page e217

ED 000614

**Robin Parks Ennis**
**(R. J. Parks)**
**1720 2nd Avenue South, EEC208-C**
**Birmingham, AL 35294**

**205.975.6152 (office)**
**rennis@uab.edu**

## EDUCATION

| | |
|---|---|
| Ph.D. 2013 | Georgia State University, Atlanta, GA<br>Education of Students with Exceptionalities –Emotional and Behavioral Disorders,<br>Positive Behavioral Interventions and Supports, Instructional Strategies |
| M.Ed. 2007 | Peabody College of Vanderbilt University, Nashville, TN<br>Special Education - Mild/Moderate Disabilities, Emotional and Behavioral<br>Disorders |
| B.A. 2005 | Birmingham-Southern College, Birmingham, AL<br>Secondary Education - Language Arts |

## CERTIFICATION

Board Certified Behavior Analyst – Doctoral (1-09-5550)

Previous Alabama Certification in Secondary Education – Language Arts 7-12 (Class B); Collaborative
Teacher Education K-12 (Class A)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2023 – | Professor<br>**University of Alabama at Birmingham**, School of Education<br>Program Coordinator, Collaborative Teacher Program<br>Department of Curriculum and Instruction |
| 2022 – | Dual Appointment Department of Psychology<br>Scientist, Social Science and Justice Research<br>Researcher, Civitan International Research Center |
| 2018 – 2023 | Associate Professor<br>Program Coordinator, Collaborative Teacher Program |
| 2015 – 2018 | Assistant Professor |
| 2013 – 2015 | Assistant Professor<br>**Clemson University**, Eugene T. Moore School of Education<br>Special Education Program of the Teacher Education Department |
| 2010 – 2013 | Limited-Term Clinical Instructor<br>**Georgia State University**<br>Department of Educational Psychology and Special Education |

| 2010 – 2012 | Consultant |
| 2007 – 2008 | Lane, K. L. (Principal Investigator). **Metro PBIS** (Private Funding) Department of Special Education, Vanderbilt University, Nashville, TN |
| 2007 – 2010 | Instructional Support Teacher, 9th Grade **Hoover High School Freshman Campus**, Hoover, AL |
| 2006 – 2007 | Project Director Lane, K. L. (Principal Investigator). **Project PBIS** (OSEP)/Henderson Training Series (Private Funding) Department of Special Education, Vanderbilt University |
| 2005 – 2007 | Intern **Vanderbilt Kennedy Center**, Board Certified Behavior Analyst Autism Clinic/Home-Based Support, Vanderbilt Psychiatric Hospital School-Based Support (Project FUNCTION) |
| 2005 – 2006 | Research Assistant Lane, K. L. (Principal Investigator). **Metro PBIS** (Private Funding)/Henderson Training Series (Private Funding) Department of Special Education, Vanderbilt University |

## HONORS

Martin J. Kaufman Distinguished Early Career Award (2022) Council for Exceptional Children – Division of Research

Kirk Publication Award (2022) Council for Exceptional Children – Division of Learning Disabilities

President's Award for Excellence in Teaching (2021) University of Alabama at Birmingham School of Education

Intervention Researcher Award (2019) Council for Children with Behavioral Disorders (of the Council for Exceptional Children)

Early Career Publication Award (2017) Council for Exceptional Children – Division of Research

*Behavioral Disorders* Reviewer of the Year (2017) Council for Children with Behavioral Disorders (of the Council for Exceptional Children)

Ted Carr Initial Researcher Award (2015) Association for Positive Behavior Support

Research Poster Winner (2013) Association for Positive Behavior Support 10th Annual International Conference

Outstanding Dissertation in Special Education, Educational Psychology and Special Education (2013) Georgia State University

William M. Suttles Dissertation Fellowship (2012) Georgia State University

Dissertation Grant (2012) Georgia State University

Outstanding Doctoral Student in Special Education (2012) Educational Psychology and Special Education, Georgia State University

Doctoral Student Leadership Award (2012) Midwest Symposium for Leadership in Behavioral Disorders

Teacher of the Quarter (2008) Hoover High School

Rutherford R. Black Award for Most Excellent Student in Teacher Education (2005) Birmingham-Southern College

## EXTERNAL FUNDING

**Funded**
Office of Special Education Programs - Interdisciplinary Preparation of Professionals in Special Education (IPPSE), 2022-2027 ($1,250,000). **Advisor.**

Alabama State Department of Education – AL-MTSS Regional Capacity Building: Implementation Supports, Contract with the Alabama State Department of Education, 2022-2024 ($578,156). **Principal Investigator**

Substance Abuse and Mental Health Services Administration – Project AWARE, Contract with the Alabama State Department of Education, 2018-2023 (Subaward $272,500 of $8,000,000). **Training and Technical Assistance**

Community Foundation of Greater Birmingham Unrestricted Endowment – Mental Health Training and Screening Technical Assistance, 2018-2021 ($10,390). **Principal Investigator**

Institute of Education Sciences – Research Training Program in Special Education: Early Career Development and Mentoring (84.324B), Project Empowering Teachers with Low Intensity Strategies to Support Instruction, 2015-2020 ($394,610) Mentors: Kathleen Lane and James Earnest. **Principal Investigator**

Institute of Education Sciences – Implementing Comprehensive, Integrated, Three-tiered Models to Meet Students' Academic, Behavior, and Social Needs: A Research-Practitioner Partnership, 2015-2017 ($400,000) Principal Investigators Kathleen Lane and Wendy Oakes. **Advisory Board Member**

## INTERNAL FUNDING

School of Education Pilot Grant Competition - Using a Mindfulness-Based Intervention in Schools to Improve Classroom Engagement ($5,000)

Dean's Writing Release 2018-2019 – One Course Release Spring 2019

Dean's Writing Release 2017-2018 – One Course Release Spring 2018

Dean's Writing Release 2016-2017 – One Course Release Spring 2017

**PEER-REVIEWED PUBLICATIONS** (published, in press)
\* indicates student collaborators, + indicates community partners

97 Shaw, A.. & **Ennis, R. P.** (in press). There is a thin line between a numerator and a denominator: Addressing the academic and behavioral needs of students with EBD using *SRSD Fractions. Beyond Behavior.*

96 **Ennis, R. P.,** Katsiyannis, A., Virgin, A.\*, Carlson, A.\*, & Whitford, D. (2024). Trauma-informed active shooter drills. *Rethinking Behavior, 7(2),* 20-24.

95 **Ennis, R. P.,** Royer, D. J., & Hosp, J. L. (2022). Using systematic screening to identify students with academic and behavioral challenges for strategy instruction. *Preventing School Failure, 66,* 312-319. https://doi.org/10.1080/1045988X.2022.2076643

94 **Ennis, R. P.,** Katsiyannis, A., Virgin, A.\*, Carlson, A.\*, & Whitford, D. (2022). Conducting active shooter drills: Legal considerations. *Rethinking Behavior, 6,* 43-46.

93 **Ennis, R. P**., Lane, K. L., & Flemming, S. C.\* (2021). Empowering teachers with low-intensity strategies: Supporting students at-risk for EBD with instructional choice during reading. *Exceptionality, 29,* 61-79. https://doi.org/10.1080/09362835.2020.1729766

92 Losinski, M., **Ennis, R. P.,** Shaw, A. & Gage, N. (2021). Supporting students within an MTSS framework using SRSD Fractions: Results of a regression discontinuity design. *Learning Disabilities Research and Practice, 36,* 213-223. **(invited manuscript)**. https://doi.org/10.1111/ldrp.12253 **AWARD WINNER**

91 Losinski, M., **Ennis, R.P.,** & Shaw, A.\* (2021). Using SRSD to improve the fraction computation of students with and at-risk for EBD. *Behavioral Disorders, 46,* 108-119. https://doi.org/10.1177/0198742920912737

90 Losinski, M., Thiele, J. **Ennis, R.P.,** & Shaw, A**.** (2021). An investigation of the use of self-regulated strategy development to teach long division to students with or at-risk for emotional disturbance. *Education and Treatment of Children, 44,* 169-183.

89 Boden, L. J., **Ennis, R. P.,** Allen, L.+, Dana, L.+, & Williams, D.+ (2020). Staff and youth buy-in ideas for initial and sustainable facility-wide positive behavioral intervention and supports implementation within residential and juvenile facilities. *Remedial and Special Education, 41,* 88-98. https://doi.org/10.1177/0741932519896078

88 **Ennis, R. P.**, Flemming, S. C.\*, Michael, E.\*, & Lee, O.\* (2020). Implementing low-intensity strategies within a Ci3T framework: Distance coaching of targeted behaviors. *Education and Treatment of Children, 43,* 265-277. https://doi.org/10.1007/s43494-020-00027-x

87 **Ennis, R. P**., Lane, K. L., Oakes, W. P., & Flemming, S. C.\* (2020). Empowering teachers with low-intensity strategies to support instruction: Implementing across-activity choices during third-grade reading. *Journal of Positive Behavioral Interventions, 2, 78-92.* https://doi.org/10.1177/1098300719870438

86 **Ennis, R. P.** & Losinski, M. L. (2020). SRSD Fractions: Using self-regulated strategy development model strategies to support students' conceptual and procedural fraction knowledge. *Education and Treatment of Children, 43,* 85-94. https://doi.org/10.1007/s43494-020-00007-1

85 **Ennis, R. P.,** Royer, D. J., Lane, K. L**.,** & Dunlap, K.* (2020). The impact of coaching on teacher-delivered behavior-specific praise in pre-k – 12 settings: A systematic review. *Behavioral Disorders, 45,* 148-156. https://doi.org/10.1177/0198742919839221

84 **Ennis, R. P.,** Royer, D. J., Lane, K. L. & Dunlap, K.* (2020). Behavior-specific praise in PK-12 settings: Mapping the 50-year knowledge base. *Behavioral Disorders, 45,* 131-147. https://doi.org/10.1177/0198742919843075

83 Hirsch, S. E., MacSuga-Gage, A. S., **Ennis, R. P.,** Mathews, H., Rice, K.*, & Marcus, K.* (2020). Using videos to promote positive behavioral interventions and supports: A qualitative study. *Journal of Special Education Technology, 35,* 76-86. https://doi.org/10.1177/0162643419836408

82 Jolivette, K**.,** Swoszowski, N. C., **Ennis, R. P.,** & Nihles, J.+ (2020). FW-PBIS Tiered Fidelity Inventory tool for use in 24/7 delivery models in residential and juvenile justice facilities: Process for blending researcher and stakeholder input. *Residential Treatment for Children and Youth, 37,* 199-225. https://doi.org/10.1080/0886571X.2019.1598314

81 Jolivette, K., **Ennis, R. P.,** Swoszowski, N. (2020). Choice-making at Tier 2: Linking and adapting choice by type and function. *Preventing School Failure, 64*, 37-47. https://doi.org/10.1080/1045988X.2019.1653256

80 Jolivette, K., Swoszowski, N. C., Sanders, S., **Ennis, R. P.,** & Sprague, J. R. (2020). Facility-wide positive behavior interventions and supports: Concrete visuals for all staff within juvenile facilities. *Corrections Today, April/March, 20-26.*

79 McKeown, D., FitzPatrick, E., **Ennis, R. P.,** & Potter, A. (2020). Writing is revising: Improving student writing through individualized asynchronous audio feedback. *Education and Treatment of Children, 43,* 35-48. https://doi.org/10.1007/s43494-020-00004-4

78 Sanders, S.*, Losinski, M., **Ennis, R. P.,** Lane, J., White, W., & Teagarden, J. (2020). Use of self-regulated strategy development to improve comprehension of elementary students with and at-risk for E/BD. *Education and Treatment of Children, 43,* 21-33. https://doi.org/10.1007/s43494-020-00003-5

77 Yell, M., **Ennis, R. P.,** Katsiyannis, A., Losinski, M., & Bateman, D. (2020). Making legally sound placement decisions. *Teaching Exceptional Children, 52,* 291-303. https://doi.org/10.1177/0040059920906537

76 **Ennis, R. P.** & Losinski, M. (2019). Interventions to improve the fraction skills for students with disabilities: A meta-analysis. *Exceptional Children, 85,* 367-386. https://doi.org/10.1177/0014402918817504

75 **Ennis, R. P.,** & Losinski, M. L. (2019). SRSD Fractions: Helping students at risk for disabilities add/subtract fractions with unlike denominators. *Journal of Learning Disabilities, 52,* 399-412. https://doi.org/10.1177/0022219419859509

74 Katsiyannis, A., Counts, J.*, Adams, S.*, & **Ennis, R. P.** (2019). Excessive force and students with disabilities: Legal and practice considerations. *Journal of Child and Family Studies, 28,* 885-893. https://doi.org/10.1007/s10826-019-01327-6

73 Losinski, M. **Ennis, R.P.**, Sanders, S.A.*, & Nelson, J.* (2019). A meta-analysis examining the evidence-base of mathematical interventions for students with emotional disturbances. *Journal of Special Education, 52,* 228-241. https://doi.org/10.1177/0022466918796200

72 Losinski, M. L., **Ennis, R. P.,** Sanders, S.*, & Wiseman, N.* (2019). An investigation of SRSD to teach fractions to students with disabilities. *Exceptional Children, 85,* 291-308. https://doi.org/10.1177/0014402918813980

71 Losinski, M., **Ennis, R.P.**, Katsiyannis, A., & Rapa, L. J. (2019). Schools as change agents in reducing bias and discrimination:  Shaping behaviors and attitudes. *Journal of Child and Family Studies, 28,* 2718-2726. https://doi.org/10.1007/s10826-019-01452-2

70 Losinski, M., Sanders, S.*, **Ennis, R. P.**, Wiseman, N. M.*, Nelson, J.*, & Katsiyannis, A. (2019). An investigation of co-teaching to improve academic achievement of students with disabilities: A meta-analysis. *Journal of the American Academy of Special Education Professionals, Spring/Summer 2019,* 149-170.

69 Rapa, L. J., Katsiyannis, A., & **Ennis, R. P.** (2019). Charter school enrollment effects: A review of results from recent large-scale studies. *Journal of Child and Family Studies, 10,* 3132-3140. https://doi.org/10.1007/s10826-018-1143-z

68 Royer, D. J.*, Lane, K. L., Dunlap, K. D.*, & **Ennis, R. P.** (2019). A systematic review of teacher-delivered behavior-specific praise on k-12 student performance. *Remedial and Special Education*, *40,* 112-128. https://doi.org/10.1177/0741932517751054

67 Sanders, S.*, Losinski, M., **Ennis, R.P.,** White, W., Teagarden, J., & Lane, J. (2019). A meta-analysis of self-regulated strategy development (SRSD) reading interventions to improve reading comprehension of students with disabilities. *Reading & Writing Quarterly, 35,* 339-353. https://doi.org/10.1080/10573569.2018.1545616

66 Bross, L. A.*, Common, E. A., Oakes, W. P., Lane, K. L., Menzies, H. M., & **Ennis, R. P.** (2018). High-probability request sequence: An effective, efficient low-intensity strategy to support instruction. *Beyond Behavior, 27,* 140-145. https://doi.org/10.1177/1074295618798615 **Invited Manuscript.**

65 **Ennis, R. P.** (2018). Group contingencies to increase appropriate behaviors in the classroom: Tips for success. *Beyond Behavior, 27,* 82-89. https://doi.org/10.1177/1074295617728509

64 **Ennis, R. P.,** Hirsch, S. E., MacSuga-Gage, A. S., & Kennedy, M. J. (2018). Positive behavioral interventions and supports in pictures: Using videos to support schoolwide implementation. *Preventing School Failure, 62,* 1-12. https://doi.org/10.1080/1045988X.2017.1287048

63 **Ennis, R. P.,** & Katsiyannis, A. (2018). Avoiding unwarranted segregation of students with behavioral needs: Lessons learned. *Intervention in School and Clinic, 53,* 212-215. https://doi.org/10.1177/1053451217712954

62 **Ennis, R. P.**, Lane, K. L., Menzies, H. M., & Owens, P. P.+ (2018). Precorrection: An effective, efficient low-intensity strategy to support student success. *Beyond Behavior, 27,* 146-152. https://doi.org/10.1177/1074295618799360 **Invited Manuscript.**

61 **Ennis, R. P.,** Lane, K., & Oakes, W. P. (2018). Empowering teachers with low intensity strategies to support instruction: Self-monitoring in an elementary resource classroom. *Preventing School Failure, 62,* 176-189. https://doi.org/10.1080/1045988X.2017.1408055

60 **Ennis, R. P.**, Lane, K. L., & Oakes, W. P.  (2018). Empowering teachers with low-intensity strategies to support instruction: Implementing within-activity choices in third-grade math with null effects. *Remedial and Special Education, 39,* 77-94. https://doi.org/10.1177/0741932517734634

59 **Ennis, R. P.**, Royer, D. J., Lane, K. L., Menzies, H. M., Oakes, W. P., & Johl, L.* (2018). Behavior-specific praise: An effective, efficient low-intensity strategy to support student success. *Beyond Behavior, 27,* 134-139. https://doi.org/10.1177/1074295619798587 **Invited Manuscript.**

58 Hirsch, S. E., **Ennis, R. P.,** & Driver, M. K. (2018). Three student engagement strategies to help elementary teachers work smarter, not harder, in mathematics. *Beyond Behavior, 27, 5-14.* https://doi.org/10.1177/1074295617753113

57 Jolivette, K., Swoszowski, N. C., Sanders, S., **Ennis, R. P.**, & Boden, L. J. (2018). Positive behavior agreements: A problem-solving approach for youth with behavior problems in juvenile facilities. *Journal of Correctional Education, 69,* 16-31.

56 Katsiyannis, A., Whitford, D. K., & **Ennis, R. P.** (2018). Firearm violence across the lifespan: Relevance and theoretical impact on child and adolescent educational prospects. *Journal of Child and Family Studies, 26,* 1748-1762. https://doi.org/10.1007/s10826-018-1035-2

55 Katsiyannis, A., Whitford, D. K., & **Ennis, R. P.** (2018). Historical examination of United States intentional school shootings by students in the 20th and 21st Centuries: Implications for students, schools, and society. *Journal of Child and Family Studies, 27,* 2562-2573. https://doi.org/10.1007/s10826-018-1096-2

54 Lane, K. L., Menzies, H. M., **Ennis, R. P.,** & Oakes, W. P. (2018). Effective low-intensity strategies to enhance school success: What every educator needs to know. *Beyond Behavior 27,* 128-133. https://doi.org/10.1177/1074295618799044 **Invited Manuscript.**

53 Lane, K. L., Menzies, H. M., **Ennis, R. P.,** Oakes, W. P., Royer, D. J., & Lane, K. S.* (2018). Instructional choice: An effective, efficient, low-intensity strategy to support student success. *Beyond Behavior, 27,* 160-167. https://doi.org/10.1177/1074295617713977 **Invited Manuscript.**

52 Losinski, M. & **Ennis, R. P.** (2018). Teaching students with childhood cancer: It's more than just the disease. *Teaching Exceptional Children, 50,* 292-300. https://doi.org/10.1177/0040059918765433

51 MacSuga-Gage, A. S., **Ennis, R. P.,** Hirsch, S. E., & Evanovich, L. L. (2018). Understanding and trumping behavioral concerns in the classroom. *Preventing School Failure, 62,* 239-249. https://doi.org/10.1080/1045988X.2018.1456398

50 Morey, M.*, **Ennis, R. P.,** & Katsiyannis, A. (2018). Promoting athletic participation for students with disabilities: Trends and issues. *Journal of Physical Education, Recreation, and Dance, 89,* 34-38. https://doi.org/10.1080/07303084.2018.1430631

49 Sanders, S.*, **Ennis, R. P.**, & Losinski, M., (2018). Academic and behavioral strategies to enhance the understanding of expository text for secondary students with EBD. *Beyond Behavior, 27,* 65-73. https://doi.org/10.1177/1074295618780975

48 Sanders, S.*, **Ennis, R. P.**, & Losinski, M. (2018). Effects of TWA on the science text comprehension of secondary students with emotional and behavioral disorders in a special-day school. *Education and Treatment of Children, 41,* 483-505. https://doi.org/10.1353/etc.2018.0026

47 **Ennis, R. P.**, Blanton, K.*, & Katsiyannis, A. (2017). Child find activities under the Individuals with Disabilities Education Act: Recent case law. *Teaching Exceptional Children, 49,* 301-308). https://doi.org/10.1177/0040059916685063

46 **Ennis, R. P.,** Jolivette, K., & Losinski, M. (2017). The effects of writing choice prompt on the written narratives of students with emotional and behavioral disorders: A case study of an abandoned single-case design. *Behavioral Disorders, 42,* 185-195. https://doi.org/10.1177/0198742917709471 **Invited Manuscript.**

45 **Ennis, R. P**., Jolivette, K., Swoszowski, N. C. (2017). Special considerations for using functional behavioral assessment and functionally-indicated interventions with students in alternative educational settings. *Beyond Behavior, 26,* 141-151. **Invited Manuscript.** https://doi.org/1*0.1177/1074295617728512*

44 **Ennis, R. P.,** Royer, D., J., Lane, K. L., & Griffith, C.* (2017). A systematic review of precorrection in PK-12 settings. *Education and Treatment of Children, 40,* 465-495. https://doi.org/10.1353/etc.2017.0021

43 Jolivette, K., **Ennis, R. P.,** & Swoszowski, N. C. (2017). Educator "what-ifs": The feasibility of choice making in the classroom. *Beyond Behavior, 26,* 74-80. https://doi.org/10.1177/1074295617713977

42 Losinski, M., **Ennis, R. P.,** Wiseman, N.*, & Sanders, S.* (2017). Examining the effects of PALS on the oral reading fluency of students with or at-risk for EBD. *MidSouth Literacy Journal, 3,* 5-14.

41 Menzies, H. M., Lane, K. L., Oakes, W. P., & **Ennis, R. P** (2017). Increasing students' opportunities to respond: A strategy for supporting engagement. *Intervention in School and Clinic, 52,* 204-209. https://doi.org/10.1177/1053451216659467

40 Messenger, M.*, Common, E.*, Lane, K. L., Oakes, W. P., Menzies, H. M., Cantwell, E. D.*, & **Ennis, R. P.** (2017). Empowering teachers with low-intensity strategies to support student engagement:  Increasing opportunities to respond for students with internalizing behaviors. *Behavioral Disorders, 42,* 170-184. https://doi.org/10.1177/0198742917712968 **Invited Manuscript.**

39 Swoszowski, N. C., Evanovich, L. L., **Ennis, R. P.,** & Jolivette, K. (2017). Evaluating implementation of Check in/Check out in alternative educational settings: Stakeholder perspectives. *Residential Treatment for Children and Youth, 34,* 107-121. https://doi.org/10.1080/0886571X.2017.1283283

38 **Ennis, R. P.** (2016). Using self-regulated strategy development to help high school students with EBD summarize informational text in social studies. *Education and Treatment of Children, 39,* 545-568. https://doi.org/10.1353/etc.2016.0024

37 Oakes, W. P., Lane, K. L., & **Ennis, R. P.** (2016). Systematic screening at the elementary level: Considerations for exploring and installing universal behavior screening. *Journal of Applied School Psychology, 32,* 214-233. https://doi.org/10.1080/15377903.2016.1165325

36 Yell, M.L., Katsiyannis, A., **Ennis, R.P.**, Losinski, M., & Christle, C. (2016). Avoiding substantive errors in Individualized Education Program development. *Teaching Exceptional Children, 49,* 31-40. https://doi.org/10.1177/0040059916662204

35 **Ennis, R. P.** (2015). Simultaneously addressing students' academic and behavioral needs during writing instruction. *Beyond Behavior, 24,* 3-9. https://doi.org/10.1177/107429561502400102

34 **Ennis, R. P.,** & Gonsoulin, S. G.+ (2015). Multi-tiered systems of support to improve outcomes for youth in juvenile justice settings: Guiding principles for future research and practice. *Residential Treatment for Children and Youth, 32,* 258-265. https://doi.org/10.1080/0886571X.2015.1113454 **Invited Manuscript.**

33 **Ennis, R. P.,** Jolivette, K., Terry, N. P., Fredrick, L. D., & Alberto, P. A. (2015). Classwide teacher implementation of self-regulated strategy development for writing with students with E/BD in a residential facility. *Journal of Behavioral Education, 24,* 88-111. https://doi.org/10.1007/s10864-014-9207-7 **Invited Manuscript.**

32 Jolivette, K., Boden, L. B., Sprague, J., **Ennis, R. P.** & Kimball, K. A.* (2015). Youth voice matters: Perceptions of facility-wide PBIS implementation in secure residential juvenile facilities. *Residential Treatment for Children and Youth, 32,* 299-320. https://doi.org/10.1080/0886571X.2015.1113457 **Invited Manuscript.**

31 Katsiyannis, A., Losinski, M., & **Ennis, R. P.** (2015). Retrospective Testimony and the IEP: Implications of R.E., M.E., et al v. New York City Department of Education. *Intervention in School and Clinic, 59,* 58-62. https://doi.org/10.1080/1045988X.2013.835300

30 Lane, K. L., Oakes, W. P., **Ennis, R. P.,** & Royer, D. J.* (2015). Additional evidence of convergent validity between SRSS-IE and SSiS-PSG scores. *Behavioral Disorders, 40,* 213-229. https://doi.org/10.17988/0198-7429-40.4.213

29 Lane, K., Royer, D. J.*, Messenger, M.*, Common, E.*, **Ennis, R. P.,** & Swogger, E. D.* (2015). Empowering teachers with low intensity strategies to support academic engagement: Implementation and effects of instructional choice for elementary students in inclusive settings. *Education and Treatment of Children, 38,* 473-504. https://doi.org/10.1353/etc.2015.0013

28 **Ennis, R. P.,** Harris, K. R., Lane, K. L., & Mason, L. H. (2014). Lessons learned from implementing self-regulated strategy development with students with emotional and behavioral disorders in alternative educational settings. *Behavioral Disorders, 40,* 68-77. https://doi.org/10.17988/0198-7429-40.1.68

27 **Ennis, R. P.** & Jolivette, K. (2014). Using self-regulated strategy development for persuasive writing to increase the writing and self-efficacy skills of student with emotional and behavioral disorders in health class. *Behavioral Disorders, 40,* 26-36. https://doi.org/10.17988/0198-7429-40.1.26

26 **Ennis, R. P.,** & Jolivette, K. (2014). Existing research and future directions for self-regulated strategy development with students with and at-risk for emotional and behavioral disorders. *Journal of Special Education, 48,* 32-45. https://doi.org/10.1177/0022466912454682

25 Jolivette, K., Patterson, D. P., Swoszowski, N. C., McDaniel, S. C., Kennedy, C., & **Ennis, R. P.** (2014). School-wide Positive Behavioral Interventions and Supports in a residential school for students with emotional and behavioral disorders: First years of implementation and maintenance follow-up focus groups. *Residential Treatment of Children and Youth, 31,* 63-79. https://doi.org/10.1080/0886571X.2014.878584

24 Katsiyannis, A., Losinski, M., & **Ennis, R. P.**, & Lane, J. (2014). Criteria for private placement reimbursement: Jefferson County School District R-1 v. Elizabeth E. *Beyond Behavior, 23,* 27-29. https://doi.org/10.1177/107429561402300205

23 Lane, K. L., Oakes, W., **Ennis, R. P.**, & Hirsch, S. E. (2014). Identifying students for secondary and tertiary prevention efforts: How do we determine which students have Tier 2 and Tier 3 needs? *Preventing School Failure, 58,* 171-182. https://doi.org/10.1080/1045988X.2014.895573 **Invited Manuscript.**

22 Losinski, M., Maag, J., Katsiyannis, A. & **Ennis, R. P.** (2014). Examining the effects and quality of interventions based on the assessment of contextual variables: A meta-analysis. *Exceptional Children, 80,* 407-422. https://doi.org/10.1177/0014402914527243

21 McDaniel, S. C., Jolivette, K., & **Ennis, R. P**. (2014). Barriers and facilitators to integrating SWPBIS in alternative education settings with existing behavior management systems. *Journal of Disability Policy Studies, 24,* 247-256. https://doi.org/10.1177/1044207312465471

20 **Ennis, R. P.,** Jolivette, K., & Boden, L. J. (2013). STOP and DARE: Self-regulated strategy development for persuasive writing with elementary students with E/BD in a residential facility. *Education and Treatment of Children, 36,* 81-99. https://doi.org/10.1353/etc.2013.0026 **Invited Manuscript**.

19 **Ennis, R. P.,** Jolivette, K., Fredrick, L. D., & Alberto, P. A. (2013). Using comparison peer behavior as an objective measure of social validity: Recommendations for researchers. *Focus on Autism and Other Developmental Disabilities, 28,* 195-201. https://doi.org/10.1177/1088357612475078

18 Hirsch, S. E., **Ennis, R. P., &** McDaniel, S. C. (2013). Student self-graphing as a strategy to increase teacher effectiveness and student motivation. *Beyond Behavior, 22,* 31-39. https://doi.org/10.1177/107429561302200305

17 Lane, K. L., Menzies, H., M., **Ennis, R. P.,** & Bezdek, J. (2013). School-wide systems to promote positive behaviors and facilitate instruction. *Journal of Curriculum and Instruction,* 7, 6-31. https://doi.org/10.3776/joci.2013.v7n1pp6-31 **Invited Manuscript.**

16 Lane, K. L., Oakes, W. P., **Ennis, R. P.**, Cox, M. L., Schatschneider, C., & Lambert, W. (2013). Additional support for the reliability and validity of the SRSS at the high school level: A replication and extension. *Journal of Emotional and Behavioral Disorders, 21,* 97-115. https://doi.org/10.1177/1063426611407339

15 McDaniel, S. C., Jolivette, K., & **Ennis, R. P.** (2013). The effects of self-graphing on oral reading fluency for a student with E/BD within an alternative education school. *Journal of the American Academy of Special Education Professionals, Spring/Summer 2013,* 69-82.

14 Yell, M., Katsiyannis, A., **Ennis, R. P.** & Losinski, M. (2013). Avoiding procedural errors in individualized education program development. *Teaching Exceptional Children, 46,* 56-64. https://doi.org/10.1177/004005991304600107

13 Boden, L. J., **Ennis, R. P.,** & Jolivette, K. (2012). Implementing check-in check-out for students with intellectual disabilities in self-contained classrooms. *Teaching Exceptional Children, 45,* 32-41. https://doi.org/10.1177/004005991204500105

12 **Ennis, R. P.**, Jolivette, K., Swoszowski, N. C., & Johnson, M. L. (2012). Secondary prevention efforts at a residential facility for students with emotional and behavioral disorders: Function-based check-in, check-out. *Residential Treatment for Children and Youth, 29,* 79-102. https://doi.org/10.1080/0886571X.2012.669250

11 **Ennis, R. P.**, Lane, K. L., & Oakes, W. P. (2012). Score reliability and validity of the Student Risk Screening Scale: A psychometrically sound, feasible tool for use in urban elementary schools. *Journal of Emotional and Behavioral Disorders, 20,* 241-259. https://doi.org/10.1177/1063426611400082

10 **Ennis, R. P.,** Schwab, J., & Jolivette, K. (2012). Using precorrection as a secondary-tier intervention for reducing problem behaviors in instructional and non-instructional settings. *Beyond Behavior, 22,* 40-47. https://doi.org/10.1177/107429561202200107 **Invited Manuscript.**

9 Jolivette, K., McDaniel, S. C., Sprague, J. R., Swain-Bradway, J., & **Ennis, R. P.** (2012). Embedding the Positive Behavioral Interventions and Supports Framework into the complex array of practices within alternative education settings: A decision-making process. *Assessment for Effective Intervention, 38,* 15-29*.* https://doi.org/10.1177/1534508412454450

8 Jolivette, K., Swoszowski, N. C., Jacobs, N., McDaniel, S. C., & **Ennis, R. P.** (2012). District PBIS team questions related to using the PBIS framework to transition students with challenging behaviors from alternative to regular settings. *Journal of the American Academy of Special Education Professionals, 51,* 45-64.

7 Lane, K. L., Capizzi, A. M., Fisher, M. H., & **Ennis, R. P.** (2012). Secondary prevention efforts at the middle school level: an application of the behavior education program. *Education and Treatment of Children, 35,* 51-90*.* https://doi.org/10.1353/etc.2012.0002

6 Scott, T. M., Jolivette, K., **Ennis, R. P.,** & Gilkey-Hirn, R. G. (2012). Defining "effectiveness" for students with challenging behavior: Teacher, instruction, and management variables. *Beyond Behavior.22*, 3-6. https://doi.org/10.1177/107429561202200102 **Invited Manuscript.**

5 **Ennis, R. P.,** & Swoszowski, N. C. (2011). The top ten things to consider when implementing secondary-tier interventions. *Beyond Behavior, 20,* 42-44. **Invited Manuscript.**

4 Lane, K. L., Robertson, E. J., Mofield, E., Wehby, J. H., & **Parks, R. J.** (2008). Preparing students for college entrance exams: Findings of a secondary intervention conducted within a three-tiered model of support. *Remedial and Special Education*, 30, 3-18*.* https://doi.org/10.1177/0741932507314022

3 Lane, K. L., Kalberg, J. R., **Parks, R. J.**, & Carter, E. W. (2008). Student Risk Screening Scale: Initial evidence for score reliability and validity at the high school level. *Journal of Emotional and Behavioral Disorders*, 16, 178-190. https://doi.org/10.1177/1063426608314218

2 Lane, K. L., **Parks, R. J.**, Kalberg, J. R., & Carter, E. W. (2007). Student Risk Screening Scale: Initial evidence for score reliability and validity at the middle school level. *Journal of Emotional and Behavioral Disorders*, 15, 209-222. doi: 10.1177/1063426608314218

1 Lane, K. L., Rogers, L. A., **Parks, R. J.**, Weisenbach, J. L., Mau, A. C., Merwin, M. T., & Bergman, W. A. (2007). Function-based interventions for students nonresponsive to primary and secondary prevention efforts: Illustrations at the elementary and middle school levels. *Journal of Emotional and Behavioral Disorders*, 15, 169-183. https://doi.org/10.1177/10634266070150030401

**BOOKS AND BOOK CHAPTERS**

8 **Ennis, R. P**., & Sallese, M. R. (2023). Supporting the behavioral and social emotional success of students. In Houchins, D. & Flores, M. (Eds.) *Special education for all teachers* (*8th ed*). Kendall Hunt.

7 FitzPatrick, E., **Ennis, R. P**., & McKeown, D. (2022). Writing instruction for students with disabilities (and other struggling writers): Current research and implications for research and practice. In Lane, K.L., Lemons, C., & Powell, S. (Eds.) *Handbook of special education research, Volume II: Research-based practices and intervention innovations*. Routledge.

6 Swoszowski, N. C., **Ennis, R. P.,** & Jolivette, K. (2021). Check-in/check-out for alternative educational settings. In L. S. Hawken, D. A. Crone, K. Bundock, and R. H. Horner (Eds.). *Responding to Problem Behavior in schools: The behavior education program. (3rd ed.)* Guilford Press.

5 **Ennis, R. P.,** Evanovich, L., Losinski, M., Jolivette, K., & Kimball, K.* (2017). Behavioral, academic, and social characteristics of students with EBD served in a residential facility. *Advances in Learning and Behavioral Disabilities Vol. 40*. Emerald Insight.

4 Katsiyannis, A. & **Ennis, R. P.** (2017). Council for Exceptional Children: School psychology organizations that affect current practice. *School psychology: Controversies and current practice*. Oxford University Press.

3 Losinski, M. & **Ennis, R. P.** (2016). Deep pressure therapy doesn't reduce stereotypical behavior, function-based interventions do. *Advances in Learning and Behavioral Disabilities Vol. 39: Instructional Practices with and without Empirical Validity* (pp. 197-219). Emerald Insight. https://doi.org/10.1108/s0735-004x20160000029010

2 **Ennis, R. P.** & Lane, K. L. (2015). Story Writing. In W. G. Scarlett (Ed.). *Classroom management: An A-to-Z guide.* (pp. 780-782). Sage Publications.

1 Lane, K. L., Menzies, H. M., **Ennis, R. P.,** & Oakes, W. P. (2015). *Supporting Behavior for School Success: A Step-by-Step Guide to Key Strategies.* Guilford Press.

**PEER-REVIEWED PUBLICATIONS** (in review, in preparation)
* indicates student collaborators, + indicates community partners
**Ennis, R. P.,** Lee. E. O.*, Flemming, S. C.*, & Michael, E.* (in review) Implementing low-intensity strategies within a Ci3T framework using distance coaching: A systematic replication. *Remedial and Special Education.* **Pre-Proposal Accepted Spring 2020.**

**Ennis, R. P.,** Lee, E. O., & Flemming, S. C. (in review). Using a mindfulness-based intervention to support externalizing behavior in an urban middle school. *Education and Treatment of Children.*

Hackney, A.*, Sanders, S., Jolivette, K., **Ennis, R. P.,** & Swoszowski, N. C. (in review). Exploring facilitator and student conversation within check-in/check-out interventions: A systematic review with links to a trauma-informed conversations. *Behavioral Disorders.* **AWARD WINNER**

Hackney, A.*, Jolivette, K., Sanders, S., & **Ennis, R. P.** (in review). The effects of trauma-informed check-in, check-out for youth with EBD in a residential treatment facility. *Journal of Emotional and Behavioral Disorders*.

Lee, E. O.*, **Ennis, R. P.,** Anson, L. E., Kilgo, J., Christensen, L., Hill, K., & Stavrinos, D. (in review). Using a mindfulness-based intervention with children with autism spectrum disorders to decrease disruptive behavior in early elementary inclusion classrooms. *Journal of Emotional and Behavioral Disorders*.

Michael, E. L.*, Jolivette, K., Swoszowski, N.C., and **Ennis, R. P**. (in review). Considerations for embedding a low intensity behavioral strategy – choice making—into academic instruction in alternative education settings. *Teaching Exceptional Children.*

Rollins, L. H.*, Swoszowski, N. C., Jolivette, K., Sanders, S. & **Ennis, R. P.** (in review). A function-based adaptation to the self-regulated strategy development instructional approach for students with behavioral challenges in residential treatment. *Education and Treatment of Children.*

Adams, S. E.*, **Ennis, R. P.,** Katsiyannis, A., Ryan, J. B., Allen, A. A. (2024). *Using SRSD to improve the expository writing of high school students with EBD.* Manuscript in preparation.

Emerling, C.*, **Ennis R. P.,** Zhang, L. & Maggin, D. (2024). *Alexa, teach my kid fractions: Evaluating the SRSD Fractions intervention with artificial intelligence devices using a single-case research design.* Manuscript in preparation.

**Ennis, R. P.,** Lane, K. L., Flemming, S. C.*, Corcoran, S., & Lane, N. (2023). *Empowering teachers with instructional choice: A look at how students with externalizing, internalizing, and co-morbid behavior patterns respond to intervention.* Manuscript in preparation.

**Ennis, R. P.,** & Ponder, J. (2024). *Using mindfulness-based strategies in the higher education classroom: Strategies for engaging teacher candidates.* Manuscript in preparation.

**Ennis, R. P.,** & Sallese, M. R. (2024). *Teaching without punishment: Turning behavior problems into possibilities.* Manuscript in preparation.

**Ennis, R. P.,** Shaw, A., Katsiyannis, A., & Swoszowski, N. C. (2024). *Supporting students with EBD through intervention research: Who are we serving?* Manuscript in preparation.

**Ennis, R. P.,** & Shaw, A. (2024). *Teaching students with EBD is easy with SRSD Fractions.* Manuscript in preparation.

Flemming, S. C., & **Ennis, R. P.** (2024). *Empowering parents to use low-intensity strategies in the home: Behavior-specific praise, choice, and high-probability request sequences.* Manuscript in preparation.

Flemming, S. C., **Ennis, R. P.**, Forbes, L., & Wilkinson, L. (2024). *Predictors of parental self-efficacy: The relationship between school-based services and parental perceptions.* Manuscript in preparation.

Royer, D. J. & Ennis, R. P. (2024).

Virgin, A., Jolivette, K., Sanders, S. & **Ennis, R. P.** (2024). *Precorrection for youth with EBD in alternative education settings: Implementation suggestions.* Manuscript in preparation.

## OTHER PUBLICATIONS
* indicates student collaborators, + indicates community partners

16 Division for Emotional and Behavioral Health White Paper. (in press). School shootings: Current status and recommendations for research and practice. *Behavioral Disorders*. Authored by: Landrum, T. L., Kern, L., Mathur, S., Garwood, J., Katsiyannis, A., **Ennis, R. P** & Bruhn, A.

15 Common, E. A., & **Ennis. R. P.** (2023, November) New study spotlight: Confronting the silent impact of verbal mistreatment. *Behavior Today* [online newsletter].
https://debh.exceptionalchildren.org/blog/behavior-today-newsletter-413

14 Michael, E. L.*, **Ennis, R. P.,** Jolivette, K. & Sanders, S. (2022). Setting the stage: The importance of effective assessment for strategy instruction and self-regulation in implementation and research. *Preventing School Failure, 66,* 297-304. **(invited manuscript).**

13 Common, E. A., **Ennis, R. P.,** Farrell, E. F., Lane/Schell, C., Oakes, W. P., Murphy, K., Royer, D.J., & Sallese, M. R. (2022, March). Recreation Reinforcement: Wordle: New Game, Who Dis?.*Behavior Today* [online newsletter].

12 McKeown, D., Fitzpatrick, E., **Ennis, R. P.,** & Sanders, S. (2021). Self-regulated strategy development: A framework for effective instruction across the content areas. *Learning Disabilities Research and Practice, 36,* 184-187. https://doi.org/10.1111/ldrp.12256

11 Cantwell, E.*, Menzies, H. M., Lane, K. L., Oakes, W. P., **Ennis, R. P.,** & Smith, L.* (2017).  Low-intensity strategies: A look at active supervision. A comprehensive, integrated, three-tiered model of prevention professional learning module. Web-based resource available at http://www.ci3t.org/pl

10 Common, E. A.*, Lane, K. L. Menzies, H. M., Oakes, W. P., & **Ennis, R. P.** (2015). Low-intensity strategies: Using opportunities to respond to support instruction. A comprehensive, integrated, three-tiered model of prevention professional learning module. Web-based resource available at http://www.ci3t.org/pl

9 Common, E. A.*, Lane, K. L., Oakes, W. P., Barnett, C. S., **Ennis, R. P.** & Menzies, H. M. (2017). Low-intensity strategies: Using high probability request sequence to support instruction. A comprehensive, integrated, three-tiered model of prevention professional learning module. http://www.ci3t.org/pl

8 Johl, L. E.*, Lane, K. L., Menzies, H. M., **Ennis, R. P.** & Oakes, W. P. (2015). Low-intensity strategies: A look at instructional choice. A comprehensive, integrated, three-tiered model of prevention professional learning module. Web-based resource available at http://www.ci3t.org/pl

7 Johl, L. E.*, Lane, K. L., Menzies, H. M., **Ennis, R. P.** & Oakes, W. P. (2016). Low-intensity strategies: A look at high-probability request sequences. A comprehensive, integrated, three-tiered model of prevention professional learning module. Web-based resource available at http://www.ci3t.org/pl

6 Royer, D. J.*, Lane, K. L., Cantwell, E. D.*, **Ennis, R. P.,** Oakes, W. P., & Menzies, H. M., (2015). Low-intensity strategies: A look at precorrection. A comprehensive, integrated, three-tiered model of prevention professional learning module. Web-based resource available at http://www.ci3t.org/pl

5 Royer, D. J.*, Lane, K. L., **Ennis, R. P.**, Menzies, H. M., & Oakes, W. P. (2015). Low-intensity strategies:
   A look at behavior specific praise. A comprehensive, integrated, three-tiered model of prevention
   professional learning module. Web-based resource available at http://www.ci3t.org/pl

4 Royer, D. J.*, Lane, K. L., Oakes, W. P., Menzies, H. M., & **Ennis, R. P.** (2015). Low-intensity strategies:
   A look at instructional feedback. A comprehensive, integrated, three-tiered model of prevention
   professional learning module. Web-based resource available at http://www.ci3t.org/pl

3 Jolivette, K., Scheuermann, B., & **Ennis, R. P.** (2015). Multi-tiered systems of support within secure
   residential juvenile facilities special issue. *Residential Treatment for Children and Youth, 32,* 254-
   257. https://doi.org/10.1080/0886571x.2015.1113452

2 Jolivette, K., Swoszowski, N. C., & **Ennis, R. P.** (2013). PBIS as prevention for high-risk youth in
   alternative education, residential, and juvenile justice settings. *Education and Treatment of Children,
   36*, 1-2. https://doi.org/10.1353/etc.2013.0027

1 **Ennis, R. P.**, Carmouche, M., Jolivette, K., & Cease-Cook, J. (2012). *Transition planning for youth in the
   juvenile justice system*. Annotated Bibliography. National Secondary Transition Technical
   Assistance Center.


**MEASURES**

3 Jolivette, K., Swoszowski, N. C., & Ennis, R. P. (2017). *Facility-wide PBIS Tiered Fidelity Inventory*.
   OSEP Technical Assistance Center on Positive Behavioral Interventions and Supports.
   www.pbis.org.

2 Lane, K. L., Oakes, W. P., & Ennis, R. P. (2017). *Empowering teachers with low-intensity strategies to
   support instruction self-assessment: Knowledge, confidence, usefulness, and use*. Unpublished rating
   scale. Adapted from Lane, K. L., Menzies, H. M, Bruhn, A. L., & Crnobori, M. (2011). *Managing
   challenging behaviors in schools: Research-based strategies that work*. New York, NY: Guilford
   Press.

1 Lane, K. L., Oakes, W. P., & Ennis, R. P. (2012). *Empowering teachers with low-intensity strategies to
   support instruction self-assessment: Knowledge, confidence, and use*. Unpublished rating scale.
   Adapted from Lane, K. L., Menzies, H. M, Bruhn, A. L., & Crnobori, M. (2011). *Managing
   challenging behaviors in schools: Research-based strategies that work*. New York, NY: Guilford
   Press.


**PRESENTATIONS** (presented)
* indicates student collaborators, + indicates community partners

187. **Ennis, R. P.**, Campbell, A., Cipriano, C., Farrell, E., Hunter, W., & Smith, S. (2024, March). SEL is not
   a woke agenda: Supporting students amidst culture wars. A paper accepted for the Council for
   Exceptional Children. San Antonio, TX. **DEBH Showcase Presentation.**

186. Sallese, M. R. & **Ennis, R. P.** (2024, March). Integrating social-emotional development with universal
   behavioral support practices. A paper accepted for the Council for Exceptional Children. San
   Antonio, TX.

185 **Ennis, R. P.** & Sallese, M. R. (2024, February). Merging worlds: Integrating social-emotional behavioral supports for student success. A paper accepted for the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

184 **Ennis, R. P.** (2023, November). *Students with EBD in educational research: Who are we serving?* A paper presented at Teacher Educators for Children with Behavioral Disorders 45th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ. **DEBH President's Keynote Address.**

183 **Ennis, R. P.** & Lee, E. O. (2023, November). *Using mindfulness-based interventions to support student behavior in an urban setting.* A paper presented at Teacher Educators for Children with Behavioral Disorders 45th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

182 **Ennis, R. P.** & Sallese, M. R. (2023, September). *Never use punishment alone and other secrets for encouraging appropriate behavioral in the classroom.* A paper presented at the ALSDE Unlocking Potential Conference. Mobile, AL, Huntsville, AL, Birmingham, AL.

181 Sallese, M. R. & **Ennis, R. P.**, (2023, September). *Current trends in social emotional behavioral practices.* A paper presented at the Thompson Center Autism Conference. St. Louis, MO.

180 **Ennis, R. P.** (2023, July). *Low-intensity behavior strategies: Empowering teachers to support student success.* A paper presented at the Alabama MEGA Conference. Mobile, AL. (invited presentation)

179 **Ennis, R. P.**, & Sallese, M. R. (2023, March). *Teaching without punishment: Side effects and alternatives to classroom punishment.* A paper presented at the Council for Exceptional Children. Louisville, KY.

178 **Ennis, R. P.** (2023, March). *Students with EBD in special education research: Who are we serving?* A paper presented at the Council for Exceptional Children. Louisville, KY. (invited presentation) **CEC-DR Early Career Award Winner Showcase Presentation.**

177 Landrum, T., **Ennis, R. P.,** Garwood, J., Kern, L., & Mathur, S. (2023, March) *What we know and can do about school shootings.* A paper presented at the Council for Exceptional Children. Louisville, KY. **DEBH Showcase Presentation.**

176 Sallese M. R., & **Ennis, R. P.** (2023, March). *Current fads in social-emotional and behavioral practices: Favorable or flop?* A paper accepted for the Council for Exceptional Children. Louisville, KY.

175 **Ennis, R. P.**, & Sallese, M. R. (2023, February). *Never use punishment alone and other secrets for encouraging appropriate behavior in the classroom*. A paper accepted for the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

174 Sallese, M. R., & **Ennis, R. P.** (2023, February). *Navigating the maze of current trends in social emotional support.* A paper accepted for the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

173 **Ennis, R. P.**, & Sallese, M. R. (2022, November). *Punishment is a short-term solution to a long-term problem: Strategies and alternatives for classroom success.* A paper presented at Teacher Educators

for Children with Behavioral Disorders 44th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

172 **Ennis, R. P.**, & Shaw, A. (2022, November). *Students with EBD in special education research: Who are we serving?* A paper presented at Teacher Educators for Children with Behavioral Disorders 44th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

171 Jolivette, K., & **Ennis, R. P.** (2022, November). *Write or write not, there is no try: Integrating writing time int your already full day.* A paper presented at Teacher Educators for Children with Behavioral Disorders 44th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ. (invited presentation)

170 Michael, E., Swoszowski, N., Jolivette, K., & **Ennis, R. P.** (2022, November). *Considerations for alternative education settings: Embedding low-intensity behavior strategies within academic instruction.* A paper presented at Teacher Educators for Children with Behavioral Disorders 44th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ. (invited presentation)

169 Sallese, M. R., & **Ennis, R. P.** (2022, November). *Current fads in social-emotional support: What would Skinner say?* A paper presented at Teacher Educators for Children with Behavioral Disorders 44th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

168 **Ennis, R. P.**, Benner, G. J., & Bolz, E.+ (2022, July). *AL-MTSS: Making sustainable systems improvement happen statewide*. A paper presented at the Alabama MEGA Conference, Mobile, AL. (invited presentation)

167 **Ennis, R. P.** (2022, July). *Using low-intensity strategies in the classroom to support student behavior*. A paper presented at the Alabama MEGA Conference, Mobile, AL. (invited presentation)

166 **Ennis, R. P.**, Bellara, A., & Vannest, K. (2022, March). *Special education research in the context of contemporary education: Unpacking the social, economic, and political climate, and what that means for special education research*. A panel presented at the Badar-Kauffman Conference on Contemporary Issues in Special Education Research, Kent, OH. (invited presentation)

165 Shaw, A., & **Ennis, R. P.** (2022, February). *There is a thin line between a numerator and denominator: Using SRSD to teach fractions computation to students with EBD*. A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

164 Kilgo, J. & **Ennis, R. P.** (2022, January). *A three-phase case study framework to address teaming and collaboration through interprofessional education in EI/ECSE*. A paper presented at the Council for Exceptional Children. Orlando, FL.

163 Lee, E. O., Anson, L., & **Ennis, R. P.** (2022, January). *Using a mindfulness-based intervention with children with autism to decrease disruptive behavior in the early childhood inclusion classroom*. A paper presented at the Council for Exceptional Children. Orlando, FL.

162 **Ennis, R. P.**, & Lee, E. O. (2021, November). *Mindfulness based interventions to support students with behavioral challenges in the classroom.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

Robin Parks Ennis 18

161 **Ennis, R. P.,** & Shaw, A. (2021, November). *SRSD math: A synthesis of existing research.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

160 Jolivette, K., Boden, L., **Ennis, R. P.,** Sanders, S., & Swoszowski, N. C. (2021, November). *The use and misuse of reinforcement with youth in residential and juvenile justice facilities: Ideas and applications that are contingent, consistent, and sustainable.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

159 Jolivette, K., **Ennis, R. P.,** & Swoszowski, N. C. (2021, November). *Forging one's own research identity as an early career individual while continuing to work with your doctoral mentors.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

158 Rollins, L.*, Jolivette, K., Sanders, S., & **Ennis, R. P.** (2021, November). *The intersection of self-regulation and strategy instruction to support youth engagement and outcomes in residential and juvenile justice facilities.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

157 Swoszowski, N. C., & **Ennis, R. P.** (2021, November). *An update on check-in/check-out for students with and at-risk for EBD – Then and now.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

156 Adams, S., Allen, A., **Ennis, R. P.,** Katsiyannis, A., & Ryan, J. (2021, March). *Using self-regulated strategy development to improve expository writing outcomes for high school students at risk for EBD.* A paper presented at the Council for Exceptional Children Learning Interactive Virtual Event.

155 Cook, B. G., W. J., Doabler, C., **Ennis, R. P.,** Travers J., & Barton, E. E. (2021, March). *Registered reports: A new approach to publishing research.* A paper presented at the Council for Exceptional Children Learning Interactive Virtual Event.

154 **Ennis, R. P.,** & Lee, E. O. (2021, March). *Using a tiered approach to support teacher's use of low-intensity strategies.* A paper presented at the Council for Exceptional Children Learning Interactive Virtual Event.

153 Cook, B. G., Lane, K. L., Therrien, W. J., **Ennis, R. P.,** & Doabler, C. (2021, February). Registered report in special education [Conference session]. Pacific Coast Research Conference (PCRC).

152 **Ennis, R. P.,** Conroy, M., & Lane, K. L. (2020, November). *Women in educational careers: Challenges, solutions, and supports.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ [virtual conference] (invited presentation).

151 Shaw, A., **Ennis. R. P.,** & Kumm, S. (2020, November). *Using self-regulated strategy development to support students' computational skills with links to instruction withing juvenile justice faculties.* A paper presented at Teacher Educators for Children with Behavioral Disorders 43rd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ [virtual conference] (invited presentation).

150 **Ennis, R. P.**, & Losinski, M. (2020, April). *Using a tiered approach to support teacher's use of low-intensity strategies*. Badar-Kauffman Conference on Contemporary Issues in Special Education Research, Kent, OH.. Kent, Ohio. (conference cancelled).

149 **Ennis, R. P.**, Mariage, T., Gesel, S., Wehby, J., & Chen, C. (2020, April). *Badar-Kauffman Special Education Research Conference Closing Panel.* Badar-Kauffman Conference on Contemporary Issues in Special Education Research, Kent, OH. (invited presentation - conference cancelled).

148 Landrum, T. & **Ennis, R. P.** (2020, February). *Making the most of independent work time: There's nothing wrong with worksheets in you're doing it correctly*. A paper presented at the Council for Exceptional Children. Portland, OR.

147 **Ennis, R. P.**, & Losinski, M. (2020, February). *Making fractions easy with SRSD Fractions: A conceptual and procedural framework.* A paper presented at the Council for Exceptional Children. Portland, OR.

146 Flemming, S.C., Forbes, L.L., **Ennis, R.P.**, Wilkinson, L., (2019, October) *Discovering the Needs of Parents: A Look into Parenting Needs in a Southeastern Suburb*. Poster presentation at the Behavioral Health Symposium (Birmingham, AL.).

145 **Ennis, R. P.**, Jolivette, K., & Scott, T. S. (2019, October). *Handling academic rejection.* A paper presented at Teacher Educators for Children with Behavioral Disorders 42nd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

144 **Ennis, R. P.**, Flemming, S. C.*, & Michael, E.* (2019, October). *Supporting teachers use of low-intensity strategies using a tiered approach.* A paper presented at Teacher Educators for Children with Behavioral Disorders 42nd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

143 **Ennis, R. P.**, Losinski, M., & Shaw, A. (2019, October). SRSD Fractions: *Using self-regulated strategy development model strategies to support students' conceptual and procedural fraction knowledge*. A paper presented at Teacher Educators for Children with Behavioral Disorders 42nd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

142 Kerr, M. M., Conroy, M., Vannest, K., Griller Clark, H., & **Ennis, R. P.** (2019, October). *Women in educational careers: Challenges, solutions, and supports.* A paper presented at Teacher Educators for Children with Behavioral Disorders 42nd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

141 Landrum, T. J. & **Ennis, R. P.** (2019, October). *Why worksheets don't work: You're doing it wrong*. A paper presented at Teacher Educators for Children with Behavioral Disorders 42nd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

140 Michael, E.*, **Ennis, R. P.**, Sanders, S., & Jolivette, K. (2019, October) *Administering writing prompts: Avoiding triggers and knowledge gaps*. A paper presented at Teacher Educators for Children with Behavioral Disorders 42nd Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

139 **Ennis, R. P.** & Losinski, M. (2019, April). *Investigating the use of the SRSD Fractions intervention to improve the addition and subtraction of fractions with unlike denominators of students with disabilities*. A paper presented at the Badar-Kauffman Conference on Contemporary Issues in Special Education Research, Kent, OH.

138 **Ennis, R. P.** (2019, March). Classroom engagement is critical for literacy success! Strategies to help facilitate keeping all students engaged. A paper presented at the MMFLC Critical Literacies Conference. Birmingham, AL (invited presentation).

137 **Ennis, R. P.** (2019, March). Creating effective interventions and supports for elementary students. A paper presented at the National Council of Teachers of English Assembly for Research (NCTEAR). Birmingham, AL (invited presentation).

136 **Ennis, R. P**. Lane, K. L., & Oaks, W. P., (2019, February). *Empowering teachers with low-intensity strategies to support Instruction: A model for Professional Development and Training.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

135 Losinski, M. L, **Ennis, R. P.,** (2019, February). *Investigating the use of the FILMS strategy to improve the addition and subtraction of fractions with unlike denominators of students with disabilities.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

134 Landrum, T. J., & **Ennis, R. P.,** (2019, February). *Using antecedent strategies to support students' behavior in the classroom.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

133 **Ennis, R. P.** (2019, February). Using low-intensity strategies to increase student engagement. A paper presented at the Speech and Hearing Association of Alabama. Birmingham, AL (invited presentation).

132 **Ennis, R. P**. Lane, K. L., & Oakes, W. P., (2019, January). *Empowering teachers with low-intensity strategies to support instruction: A model for professional development and training.* A paper presented at the Council for Exceptional Children. Indianapolis, IN.

131 **Ennis, R. P**. & Losinski, M. L, (2019, January). *Using self-regulated strategy development to improve the fraction competency of students with and at-risk for disabilities.* A paper presented at the Council for Exceptional Children. Indianapolis, IN.

130 Losinski, M. L, **Ennis, R. P.,** (2019, January). *Using self-regulated strategy development to dmprove the fraction competency of students with and at-risk for disabilities.* A paper presented at the Council for Exceptional Children. Indianapolis, IN.

129 **Ennis, R. P.,** Lane, K. L., Piasta, S. & Powell, S. (2019, January). Tricks of the trade: Strategies for research planning and implementation. A paper presented at the Institute of Education Sciences Principal Investigator's Meeting. Washington, D.C.

128 **Ennis, R. P.** (2018, November). *Supporting the whole student: Considering students' academic, behavioral, and social/emotional needs.* A paper presented at the Montana High School Forum, Great Falls, MT. **KEYNOTE**

127 **Ennis, R. P.** (2018, November). *Using self-regulated learning strategies to support the whole student.* A paper presented at the Montana High School Forum, Great Falls, MT.

126 Boden, L. & **Ennis, R. P**. (2018, October). *Facility-wide PBIS: Buy-in strategies for staff & youth.* A paper presented at the National PBIS Leadership Forum, Chicago, IL (invited presentation).

125 Boden, L. & **Ennis, R. P**. (2018, October). *Ideas for securing and maintaining youth and staff buy-in when implementing facility-wide positive behavior interventions and supports within residential and juvenile facilities.* A paper presented at Teacher Educators for Children with Behavioral Disorders 41tst Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

124 **Ennis, R. P**. Lane, K. L., & Oaks, W. P., (2018, October*). Empowering teachers to participate in the research process: Using instructional choice and direct observation recording in elementary classrooms.* A paper presented at Teacher Educators for Children with Behavioral Disorders 41st Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

123 **Ennis, R. P**., & Losinski, M. L., (2018, October). *Making fractions easy for students with EBD using self-regulated strategy development for math.* A paper presented at Teacher Educators for Children with Behavioral Disorders 41st Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ. (invited presentation).

122 Jolivette, K., & **Ennis, R. P**. (2018, October). *Road mapping it: Taking a brilliant idea to a funded idea.* A paper presented at Teacher Educators for Children with Behavioral Disorders 41st Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ. (invited presentation).

121 Kerr, M. M., Benner, G. J., Landrum, T. J., Scott, T., Tankersley, M., Young, R., **Ennis, R. P**., & Barber, B. (2018, October). *Everything you need to know, but were afraid to ask: Advice for thriving in academia.* A paper presented at Teacher Educators for Children with Behavioral Disorders 41st Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ. (invited presentation).

120 Losinski, M. L., & **Ennis, R. P**. (2018, October). *Investigating the use of the FILMS strategy to improve the addition and subtraction of fractions with unlike denominators of students with disabilities.* A paper presented at Teacher Educators for Children with Behavioral Disorders 41st Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

119 **Ennis, R. P**. (2018, August*). Simultaneously supporting academics and behavior: facilitating emotional and behavioral literacy.* A paper presented at The University of Alabama Literacy Leadership Conference, Tuscaloosa, AL. **KEYNOTE**

118 Cole, S. E.*, Elliott, E.*, Fleming, W. S.*, & **Ennis, R. P**. (2018, March). *Empowering parents with strategies to support student behavior at home.* A paper presented at the Fifteenth International Conference on Positive Behavior Support. San Diego, CA.

117 **Ennis, R. P.,** Cole, S.*, Owens, P. P.+, & Lane, K. L. (2018, March). *Trainers resources: Ci3T training experiences and outcomes from a novice trainer perspective.* A paper presented at the Fifteenth International Conference on Positive Behavior Support. San Diego, CA.

116 Hirsch, S. E., **Ennis, R. P**., & MacSuga-Gage, A. S. (2018, March). *The 9th annual PBIS Film Festival.* A paper presented at the Fifteenth International Conference on Positive Behavior Support. San Diego, CA.

115 Hirsch, S. E., MacSuga-Gage, A. S., **Ennis, R. P**., Rice, K.*, Beach, J.+, & Rogers, J.+ (2018, March). *PBS Films: Understanding how educators create and use films.* A paper presented at the Fifteenth International Conference on Positive Behavior Support. San Diego, CA.

114 **Ennis, R. P,** Lane, K. L., & Oakes, W. P. (2018, February). *Empowering teachers with low-intensity strategies: An illustration of instructional choice implementation in 3rd grade reading and math.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

113 Common, E., **Ennis, R. P.,** Oakes, W. P, & Lane, K. L. (2018, February). *Active supervision.* A paper presented at Council for Exceptional Children. Tampa, FL.

112 **Ennis, R. P.,** Lane, K. L., & Oakes, W. P. (2018, February). *Empowering teachers with low-intensity strategies to support instruction: Using instructional choice to increase engagement in 3rd grade classrooms.* A paper presented at Council for Exceptional Children. Tampa, FL.

111 Hirsch, S. E., **Ennis, R. P.,** & MacSuga-Gage, A. S. (2018, February). *Lights, camera, action! Utilizing positive behavior support films to engage students, teachers, and stakeholders.* A paper presented at Council for Exceptional Children. Tampa, FL.

110 Jolivette, K., & **Ennis, R. P.** (2018, February). *Addressing the comorbid behavioral and mental health needs of youth with and at-risk for E/BD served in restrictive settings.* A paper presented at Council for Exceptional Children. Tampa, FL. **Showcase Presentation**.

109 Royer, D. J., **Ennis, R. P.,** Oakes, W. P, & Lane, K. L. (2018, February). *Behavior-specific praise.* A paper presented at Council for Exceptional Children. Tampa, FL.

108 **Ennis, R. P.,** & Lane, K. L. (2018, January). *Empowering teachers with low-intensity strategies to support instruction: Increasing engagement in 3rd grade classrooms using instructional choice.* A paper presented at Institute of Education Sciences Principal Investigators Meeting. Arlington, VA.

107 **Ennis, R. P.** (2017, November). *Supporting students for improved academic outcomes.* A paper presented at the Hope (Hematology and Oncology Psychosocial and Education) and Cope Conference, Birmingham, AL.

106 Cook, B. G., Cooper, J., Gage, N. A., **Ennis, R. P.,** & Maggin, D. (2017, October). *Reviewing manuscripts for professional journals.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

105 **Ennis, R. P.,** (2017, October). *Ci3T training experiences and outcomes from a novice trainer perspective.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

104 **Ennis, R. P.,** Lane, K. L., & Oakes, W. P. (2017, October). *Empowering teachers with low-intensity strategies: Implementing and evaluating instructional choice in 3rd grade classrooms.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

103 Jolivette, K., **Ennis, R. P.,** & Swoszowski, N. C. (2017, October). *Measuring fidelity across the tiers in residential and juvenile facilities: FW-TFI for 24/7 delivery settings.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

102 Losinski, M. L., Sanders, S. Wiseman, N., & **Ennis, R. P.** (2017, October). *Investigating the use of the TWA reading strategy to improve reading comprehension in students with disabilities.* A paper

presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

101 MacSuga-Gage, A. S., **Ennis, R. P.**, Hirsch, S. E. (2017, October). *PBIS in pictures: Using film to support school-wide PBIS implementation.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

100 **Ennis, R. P.,** Lane, K. L., & Oakes, W. P. (2017, April). *Empowering teachers with low intensity strategies to support instruction.* A paper presented at Council for Exceptional Children. Boston, MA.

99 **Ennis, R. P.**, Royer, D. J.*, Dunlap, K.*, & Lane, K. L. (2017, April). *A systematic review of behavior-specific praise in K-12 settings: Applying CEC's quality indicators for evidence-based practices.* A paper presented at Council for Exceptional Children. Boston, MA.

98 Lane, K. L., Oakes, W. P., **Ennis, R. P.,** Royer, D. J.*, & Common, E. A.* (2017, April). *Practical strategies to support student success in school: Keeping students engaged.* A demonstration presentation presented at the 2016 Council for Exceptional Children Convention and Expo. Boston, MA.

97 MacSuga-Gage, A. S., Hirsch, S. E., & **Ennis, R. P.** (2017, April). *PBIS in pictures: Using film to support school-wide PBIS implementation.* A paper presented at Council for Exceptional Children. Boston, MA.

96 Evanovich, L. A. & **Ennis, R. P.** (2017, April). *Practical strategies to support student success in school: Keeping students engaged.* A paper presented at Council for Exceptional Children. Boston, MA.

95 **Ennis, R. P.,** Lane, K. L., & Oakes, W. P. (2017, March). *Empowering teachers with low intensity strategies: A professional development model.* A paper presented at the Fourteenth International Conference on Positive Behavior Support. Denver, CO.

94 **Ennis, R. P.,** Lane, K. L., & Oakes, W. P. (2017, March). *Precorrection: A Summary of the literature and steps for success.* A paper presented at the Fourteenth International Conference on Positive Behavior Support. Denver, CO.

93 Hirsch, S. E., MacSuga-Gage, A. S., & **Ennis, R. P.** (2017, March). *The 8th Annual PBIS Film Festival.* A paper presented at the Fourteenth International Conference on Positive Behavior Support. Denver, CO.

92 Jolivette, K., Swoszowski, N. C., **Ennis, R. P.** (2017, March). *The MTSS framework in restrictive settings: Behavioral literacy and academic literacy.* A paper presented at the Fourteenth International Conference on Positive Behavior Support. Denver, CO.

91 MacSuga-Gage, A. S., **Ennis, R. P.** & Hirsch, S. E. (2017, March). *So you want to be in pictures? PBS Film Festival Learning Lunch.* A paper presented at the Fourteenth International Conference on Positive Behavior Support. Denver, CO.

90 Royer, D. J.*, Lane, K. L., Dunlap, K.*, & **Ennis, R. P.** (February, 2017). *Systematic review of teacher-delivered behavior-specific praise in K-12 settings.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

89 Wiseman, N.*, Losinski, M., & **Ennis, R. P.** (February, 2017). *Examining the effects of PALS on the oral reading fluency of students with or at-risk for EBD*. A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

88 **Ennis, R. P.** (2016, October). *Persuading students with emotional and behavioral disorders to write persuasively*. A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

87 **Ennis, R. P.**, Royer, D. J., Lane, K. L., & Oakes, W. P. (2016, October). *A look at precorrection: A summary of the literature and steps for success.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

86 Royer, D. J.*, Dunlap, K. D.*, **Ennis, R. P.**, Lane, K. L., & Oakes, W. P. (2016, October). *A look at behavior specific praise (BSP): A summary of the literature and steps for success.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

85 Swoszowski, N. C., **Ennis, R. P.,** Evanovich, L., Boden, L., & Jolivette, K. (2016, October). *Increasing intensity of intervention within Tier 2.* A paper presented at Teacher Educators for Children with Behavioral Disorders 40th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

84 **Ennis, R. P.**, & Read, K.* (2016, April). *Using self-regulated strategy development to improve the writing skills of students with E/BD served in restrictive settings.* A paper presented at Council for Exceptional Children. St. Louis, MO.

83 Oakes, W. P., **Ennis, R. P.,** & Lane, K. L. (2016, April). *Empowering teachers will low intensity strategies: Three illustrations for increasing academic engagement.* A paper presented at Council for Exceptional Children. St. Louis, MO.

82 Swoszowski, N. C., **Ennis, R. P.**, Evanovich, L.* & Jolivette, K. (2016, April). *Educators' perceptions of the utility of check-in/check-out in alternative settings.* A paper presented at Council for Exceptional Children. St. Louis, MO.

81 **Ennis, R. P.,** Oakes, W. P., Lane, K. L., & Menzies, H. M. (2016, March). *Empowering teachers with low intensity strategies: Choice, opportunities to respond, and self-monitoring.* A paper presented at the Thirteenth International Conference on Positive Behavior Support. San Francisco, CA.

80 Hirsch, S. E., MacSuga-Gage, A. S., & **Ennis, R. P.** (2016, March). *The 6th Annual PBIS Film Festival.* A paper presented at the Thirteenth International Conference on Positive Behavior Support. San Francisco, CA.

79 MacSuga-Gage, A. S., **Ennis, R. P.** & Hirsch, S. E. (2016, March). *So you want to be in pictures? PBIS Film Festival learning lunch.* A paper presented at the Thirteenth International Conference on Positive Behavior Support. San Francisco, CA.

78 Common, E. A.*, Cantwell, E.*, & Lane, K. L., Messenger, M.*, Oakes, W. P., & **Ennis, R. P.** (2016, February). *The effects of increased opportunities to respond during math for two elementary students with internalizing behavior patterns.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

77 Evanovich, L.*, **Ennis, R. P**., & Swoszowski, N. (2016, February). *Implementing check-in/check-out on a truncated schedule.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

76 **Ennis, R. P.** (2015, October). *Writing in the content areas with students with EBD.* A paper presented at Teacher Educators for Children with Behavioral Disorders 39th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

75 Lane, K. L., Menzies, H. M., **Ennis, R. P.,** & Oakes, W. P. (2015, October). *Supporting behavior for school success: A step-by-step guide to key strategies.* A paper presented at Teacher Educators for Children with Behavioral Disorders 39th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

74 Oakes, W. P., Common, E. A.*, Lane, K. L., Menzies, H. M., Messenger, M.*, & **Ennis, R. P.** (2015, October). *Increasing opportunities to respond for elementary students with internalizing behaviors during math instruction to support engagement*. A paper presented at Teacher Educators for Children with Behavioral Disorders 39th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

73 Gehrt, K. J.*, Craft, A. L.*, & **Ennis, R. P.** (2015, September). *Using self-regulated strategy development to support the academics and behavior of students with challenging behavior*. A paper presented at Council for Children with Behavioral Disorders International Conference. Atlanta, GA.

72 Messenger, M.*, Lane, K. L., Oakes, W. P., **Ennis, R. P.**, Royer, D. J.*, Common, E. A.*, & Cantwell, E. D.* (2015, September). *The effects of instructional choice for elementary students in inclusive settings.* A paper presented at Council for Children with Behavioral Disorders International Conference. Atlanta, GA.

71 Lane, K. L., **Ennis, R. P.,** & Oakes, W. P., (2015, April). *Empowering teachers with low-intensity strategies to support instruction.* A paper presented at Council for Exceptional Children. San Diego, CA.

70 Swoszowski, N. C., **Ennis, R. P.,** Jolivette, K., & Evanovich, L.* (2015, April). *Evaluating the effect of adapted check-in/check-out.* A paper presented at Council for Exceptional Children. San Diego, CA.

69 **Ennis, R. P**., Oakes, W. P., Menzies, H. M., & Lane, K. L. (2015, March). *Strategies for managing challenging behavior in schools to support instruction.* A paper presented at the Twelfth International Conference on Positive Behavior Support. Boston, MA.

68 Hirsch, S. E.*, MacSuga-Gage, A. S., Ennis, R. P. (2015, March). *The 6th Annual PBIS Film Festival*. A paper presented at the Twelfth International Conference on Positive Behavior Support. Boston, MA.

67 Evanovich, L.*, **Ennis, R. P.,** & Jolivette, K. (2015, February). *Function-based choice making: A classroom-based intervention to improve the behavior of students with EBD*. A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

66 Lane, K. L., Oakes, W. P., **Ennis, R. P.** (2015, February). *Empowering teachers with low-intensity supports to improve students' academic engagement: Choice and self-monitoring.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

65 **Ennis, R. P.,** Lane, K. L., & Oakes, W. P. (2014, October). *Using self-monitoring to improve academic engaged time in an elementary resource classroom.* A paper presented at Teacher Educators for Children with Behavioral Disorders 38th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

64 Evanovich, L., Swoszowski, N. C., & **Ennis, R. P.** (2014, October). *Implementing check-in/check-out within a truncate schedule: A feasibility study.* A paper presented at Teacher Educators for Children with Behavioral Disorders 38th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

63 Lane, K. L., Oakes, W. P., **Ennis, R. P.,** Messenger, M., Royer, D., Common, E., & Swogger, E. (2014, October). *Instructional choice to support academic engagement during writing instruction.* A paper presented at Teacher Educators for Children with Behavioral Disorders 38th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

62 **Ennis, R. P.,** Seeling, A., Egan, C., Farmer, S., Wilson, E., Morrison, C., Mize, C., & Zambak, V. S. (2014, April). *Empowering teachers with low-intensity strategies to support instruction: A self-monitoring illustration.* A paper presented at the HEHD Spring Research Forum. Clemson, SC.

61 **Ennis, R. P.** (2014, April). *Using self-regulated strategy development to help students with E/BD write about history.* A paper presented at Council for Exceptional Children. Philadelphia, PA.

60 **Ennis, R. P.** (2014, April). *Using self-regulated strategy development to improve the persuasive writing skills of students with E/BD served in restrictive settings.* A paper presented at Council for Exceptional Children. Philadelphia, PA.

59 Swoszowski, N. C., **Ennis, R. P.,** Jolivette, K. (2014, April). *Adapting Tier 2 evidence-based practices for use in alternative education settings.* A paper presented at Council for Exceptional Children. Philadelphia, PA.

58 **Ennis, R. P.** (2014, March). *Simultaneously addressing the academic and behavioral needs of students.* A paper presented at the Eleventh International Conference on Positive Behavior Support. Chicago, IL (invited presentation).

57 Jolivette, K., **Ennis, R. P.,** & Swoszowski, N. C. (2014, March). *Choice-making at tier II: Linking and adapting choice by type and function.* A paper presented at the Eleventh International Conference on Positive Behavior Support. Chicago, IL (invited presentation).

56 **Ennis, R. P**. (2014, February). *Self-regulated strategy development for writing in history and health: Improving academic outcomes for students with E/BD.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

55 **Ennis, R. P**. & Jolivette, K. (2014, February). *Social validity measurement: The status of intervention research with students with E/BD.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

54 Lane, K. L., **Ennis, R. P.,** & Oakes, W. P. (2014, February). *Building teachers' capacity to implement low-intensity strategies to improve academic engagement*. A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

53 Lane, K. L., Oakes, W. P., & **Ennis, R. P**. (2014, February). *Effective Tier 2 practices.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

52 **Ennis, R. P.,** & Jolivette, K. (2013, October). *Improving the writing skills of students with E/BD using self-regulated strategy development at Tier 2.* A paper presented at Teacher Educators for Children with Behavioral Disorders 37th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

51 Lane, K. L., Oakes, W. P., **Ennis, R. P.,** Caldarella, P., & Satter, A. (2013, October). *Meeting the needs of students with EBD within and beyond three-tiered models of support: considerations and concerns - Panel discussion.* A paper presented at Teacher Educators for Children with Behavioral Disorders 37th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

50 **Ennis, R. P.** (2013, September). *Implementing self-regulated strategy development in a residential setting for students with E/BD.* A paper presented at Council for Children with Behavioral Disorders. Chicago, IL.

49 **Ennis, R. P.,** & Hirsch, S. E. (2013, September). *Using self graphing to increase student motivation* A paper presented at Council for Children with Behavioral Disorders. Chicago, IL.

48 **Ennis, R. P.,** Stuckey, A. A., Boden, L. J., & Jolivette, K. (2013, April). *Social validity measures in research for students with emotional and behavioral disorders.* A paper presented at Council for Exceptional Children. San Antonio, TX.

47 Swoszowski, N. C., McDaniel, S. M., Jolivette, K., & **Ennis, R. P.** (2013, April). *Check-in/check-out including an adaptation for non-responders in a residential setting.* A paper presented at Council for Exceptional Children. San Antonio, TX.

46 **Ennis, R. P.,** & Jolivette, K. (2013, March). *Implementing self-regulated strategy development within a three-tiered model of PBIS.* A paper presented at the Tenth International Conference on Positive Behavior Support. San Diego, CA (**research poster award winner**).

45 Jolivette, K., **Ennis, R. P**., & Swoszowski, N. C. (2013, March). *Effective three-tiered interventions for students with E/BD in alternative education settings.* A paper presented at the Tenth International Conference on Positive Behavior Support. San Diego, CA (invited presentation).

44 Jolivette, K., Armistad, A.+, Fernandez, M.+, **Ennis, R. P.,** & Boden, L. J. (2013, March). *Integrating positive behavior support (PBIS) in juvenile justice settings.* 8th Annual Summit on Substance Abuse, Mental Health and School Safety/Discipline Best Practices for Working with Youth, Pine Mountain, GA (invited presentation).

43 **Ennis, R. P.,** & Jolivette, K. (2013, February). *Self-regulated strategy development for use with students with E/BD: research findings and practical considerations.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

42 Jolivette, K., **Ennis, R. P.,** & Swoszowski, N. C. (2013, February). *A decision-making process for alternative education settings to embed PBIS as a means to organize their practices.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

41 Swoszowski, N. C., **Ennis, R. P.,** & Jolivette, K. (2013, February). *Referral of students for check-in/check-out in traditional and alternative education settings.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

40 Boden, L. J., & **Ennis, R. P**. (2012, December). *Check in check out for students with intellectual disabilities.* A paper presented at the Georgia Association for Positive Behavior Support Conference, Atlanta, GA (invited presentation).

39 **Ennis, R. P.,** Boden, L. J., & Stuckey, A. A. (2012, December). *Self-regulated strategy development: An academic intervention for use within three-tiered models of PBIS.* A paper presented at the Georgia Association for Positive Behavior Support Conference, Atlanta, GA (invited presentation).

38 **Ennis, R. P.**, Boden, L., & Jolivette, K. (2012, October). *Using self-regulated strategy development to improve the persuasive writing skills of elementary students served in a residential school.* A paper presented at Teacher Educators for Children with Behavioral Disorders 36th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

37 **Ennis, R. P.,** Harris, K. R., Lane, K. L., & Mason, L. H. (2012, October). *Implementing self-regulated strategy development in alternative education settings: Identifying students and overcoming potential barriers.* A paper presented at Teacher Educators for Children with Behavioral Disorders 36th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

36 **Ennis, R. P.,** Jolivette, K., & Losinski, M. (2012, October). *Precorrection: An effective secondary-tier intervention for reducing problem behaviors in instructional and non-instructional settings.* A paper presented at Teacher Educators for Children with Behavioral Disorders 36th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

35 Gilkey-Hirn, R. G., **Ennis, R. P.,** Scott, T., & Jolivette, K. (2012, October). *Defining "effectiveness" for students with E/BD: An introduction to the special issue of Beyond Behavior.* A paper presented at Teacher Educators for Children with Behavioral Disorders 36th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

34 Hirsch, S. E., **Ennis, R. P.,** & McDaniel, S. C. (2012, October). *Student graphing: A strategy for increasing teacher effectiveness and academic motivation.* A paper presented at Teacher Educators for Children with Behavioral Disorders 36th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

33 **Ennis, R. P,** & Jolivette, K. (2012, October). *Implementing self-regulated strategy development within a three-tiered model of PBIS with elementary students with E/BD in a residential school.* A paper presented at the National PBIS Leadership Forum. Rosemont, IL.

32 **Ennis, R. P.**, & Jolivette, K. (2012, October). *SWPBIS and secondary-tier check-in check-out within an alternative education facility for students with E/BD.* A paper presented at the National PBIS Leadership Forum. Rosemont, IL (invited presentation).

31 **Ennis, R. P.**, Jolivette, K., & McDaniel, S. C. (April, 2012). *Group and classwide secondary-tier interventions for students with emotional and behavioral disorders.* A paper presented at Council for Exceptional Children. Denver, CO.

30 **Ennis, R. P.**, Jolivette, K., & Swoszowski, N. C. (April, 2012). *Check-in, check-out within a residential facility for students with emotional and behavioral disorders.* A paper presented at Council for Exceptional Children. Denver, CO.

29 Swoszowski, N. C., McDaniel, S. M., & **Ennis, R. P.** (April, 2012). *Evaluating a secondary-tier intervention: Check in/check out in an alternative setting.* A paper presented at Council for Exceptional Children. Denver, CO.

28 **Ennis, R. P.** Johnson, J., & Jolivette, K. (2012, March). *Enhancing PBIS to meet the needs of students served in self-contained settings.* A paper presented at the Ninth International Conference on Positive Behavior Support. Atlanta, GA.

27 **Ennis, R. P.**, Hadi, S., & Carmouche, M. (2012, March). *Secondary-tier interventions at the classroom level: increasing engagement and decreasing problem behaviors.* A paper presented at the Ninth International Conference on Positive Behavior Support. Atlanta, GA.

26 **Ennis, R. P.**, Jolivette, K., & Swoszowski, N. C. (2012, February). *Function-based responding of students with E/BD: Check-in, check-out within a residential facility.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

25 **Ennis, R. P.**, Jolivette, K., & McDaniel, S. C. (2012, February). *Meeting the needs of students with E/BD using secondary-tier interventions at the classroom level.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

24 McDaniel, S., & **Ennis, R. P.** (2011, December). *Classroom-wide fidelity of implementation: What and Why?* A paper presented at Georgia Association of Positive Behavior Support, Atlanta, GA (invited presentation).

23 **Ennis, R. P.** (2011, December). *Self-regulated strategy development: An evidence-based writing intervention for use within three-tiered models of PBIS.* A paper presented at Georgia Association of Positive Behavior Support, Atlanta, GA (invited presentation).

22 **Ennis, R. P.** (2011, December). *Using effective instructional strategies as secondary-tier interventions for increasing academic engagement and decreasing problem behaviors.* A paper presented at Georgia Association of Positive Behavior Support, Atlanta, GA (invited presentation).

21 **Ennis, R. P.** & Johnson, J. (2011, December). *Using instructional strategies as classr0om-based secondary-tier interventions.* A paper presented at Georgia Association of Positive Behavior Support, Atlanta, GA (invited presentation).

20 Johnson, J., & **Ennis, R. P.** (2011, December). *Enhancing PBIS to meet the needs of students served in self-contained and resource settings.* A paper presented at Georgia Association of Positive Behavior Support, Atlanta, GA (invited presentation).

19 **Ennis, R. P.**, Jolivette, K., Swoszowski, N. C., & McDaniel, S. C. (2011, October). *Check-in, check-out: function-based responding of students with E/BD at a residential facility.* A paper presented at Teacher Educators for Children with Behavioral Disorders 35th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

18 Jolivette, K., Swoszowski, N. C., McDaniel, S. C., & **Ennis, R. P** (2011, October). *Secondary-tier interventions in alternative settings: A research model.* A paper presented at Teacher Educators for Children with Behavioral Disorders 35th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

17 McDaniel, S., Jolivette, K., Swoszowski, N. C., & **Ennis, R. P** (2011, October). *Lessons learned and future directions: Secondary tier PBIS interventions tin alternative education settings.* A paper

presented at Teacher Educators for Children with Behavioral Disorders 35th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

16 Swoszowski, N. C., McDaniel, S. C., & **Ennis, R. P**. (2011, October). *Evaluating the effect of choice of mentor within check-in/check-out and implications for practice in JJ settings.* A paper presented at Teacher Educators for Children with Behavioral Disorders 35th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

15 **Ennis, R. P.**, Carmouche, M., & Jolivette, K. (2011, September). *Using evidence-based secondary-tier behavioral interventions in juvenile justice and alternative education classrooms.* A paper presented at Council for Children with Behavioral Disorders, New Orleans, LA (invited presentation).

14 **Ennis, R. P.**, Capizzi, A. M., Fisher, M. H., & Lane, K. L. (2011, March). *Secondary prevention efforts at the middle school level: behavior education program.* A paper presented at the Eight International Conference on Positive Behavior Support. Denver, CO.

13 McDaniel, S. M., Swoszowski, N. C. & **Ennis, R. P.** (2011, February). *Implementing PBIS with existing school-wide and classroom-wide behavior change programs.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

12 **Ennis, R. P.** (2010, December). *Secondary-tier intervention at middle school level: Application of the check-in check-out program.* A paper presented at Georgia Association of Positive Behavior Support, Atlanta, GA (invited presentation).

11 Cox, M.*, Oakes, W. P., **Ennis, R. P.**, & Lane, K .L. (2010, October). *Systematic screening in middle and high schools.* A paper presented at Teacher Educators for Children with Behavioral Disorders 34th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

10 Hankins, K.*, Oakes, W. P., **Ennis, R. P.**, & Lane, K .L. (2010, October). *Systematic screening in urban elementary schools.* A paper presented at Teacher Educators for Children with Behavioral Disorders 34th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

9 Lane, K .L., **Ennis, R. P.**, Bruhn, A., Cox, M.*, & Crnobori, M., (2010, April) *Implementing PBS programs in middle and high schools: Conducting systematic screenings.* A paper presented at Council for Exceptional Children. Nashville, TN.

8 **Ennis, R. P.,** & Johnson, J. (2009. November) *Challenging behavior: What's the function? Managing problem behavior in your classroom.* A symposium presented at the Hoover High School Best Practices Symposium. Hoover, AL.

7 Fox, J., Blevins, L., Lane, K. L., **Parks, R. J.**, & Wehby, J. (2007, April). *Positive behavior support for secondary level students: Interventions, outcomes, and issues.* A symposium presented at Council for Exceptional Children. Louisville, KY.

6 Lane, K. L., & **Parks, R. J.** (2007, March). *Using school-wide data to identify students for targeted interventions across the K-12 grade span: Illustrations and recommendations.* A paper presented at the Fourth International Conference on Positive Behavior Support. Boston, MA.

5 Lane, K. L., **Parks, R. J.**, & Wehby, J. (2007, February). *Outcomes of positive behavior support programs at the high school level.* A paper presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

4 Lane, K. L., **Parks, R. J.**, Bergman, W., Merwin, M. T., & Little, A. (2006, November). *Outcomes of function-based interventions for middle and elementary age students who were nonresponsive to primary intervention efforts.* A paper presented at Teacher Educators for Children with Behavioral Disorders 30th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

3 Lane, K. L., Robertson, E. J., **Parks, R. J.**, & Edwards, C. (2006, November). *Strategies for using school-wide data to identify students for secondary interventions: Illustrations at the elementary, middle, and high school levels.* A paper presented at Teacher Educators for Children with Behavioral Disorders 30th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ.

2 Rogers, L., A., **Parks, R. J.**, Mau, A. C., Bergman, W. A., & Lane, K. L. (2006, November). *Using a function-based assessment to design an effective tertiary intervention for a nonresponsive middle school student.* A paper presented at the Tennessee Association of Applied Behavior Analysis. Nashville, TN.

1 Lane, K. L, & **Parks, R. J.** (2006, November). *Strategies for using school-wide data to identify students for targeted Interventions: Illustrations at the elementary, middle, and high school levels.* A paper presented at the Tennessee Association of Applied Behavior Analysis. Nashville, TN.


## WORKSHOPS

33 **Ennis. R. P.** (2023, February). *Bringing the science into the classroom: Evidence-based practices for reading and writing.* A half-day workshop accepted for the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

32 **Ennis, R. P.** (2021, April). *Self-regulated strategy development: An evidence-based practice for writing.* A workshop presented at the Ohio Valley Education Cooperative.

31 **Ennis, R. P.** (2021, April). *Simultaneously addressing academics and behavior using self-regulated strategy development.* A workshop presented at the Ohio Valley Education Cooperative.

30 Landrum & **Ennis, R. P.** (2020, February). *An ounce of prevention: Antecedent strategies that really work.* A workshop presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

29 Ennis, R. P. (2019, June). *Behavior 101: Getting back to basics to increase engagement in the classroom.* A half-day workshop presented at the Montana Summer Institute. Bozeman, MT.

28 Ennis, R. P. (2019, June). *Making fractions easy with self-regulated strategy development.* A half-day workshop presented at the Montana Summer Institute. Bozeman, MT.

27 **Ennis, R. P.** (2019, June). *Supporting the whole student: Considering students' academic, behavioral, and social/emotional needs.* A one-day workshop presented at the Montana Summer Institute. Bozeman, MT.

26 **Ennis, R. P.** (2019, June). *Wouldn't it be nice if students didn't misbehave? Using precorrection to prevention problem behaviors.* A half-day workshop presented at the Montana Summer Institute. Bozeman, MT.

25 **Ennis, R. P.** (2018, July). *Using self-regulated strategy development to make fractions easy.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

24 **Ennis, R. P.** (2018, July). *Varying types of instructional choices to improve student success.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

23 **Ennis, R. P.** (2018, July). *Precorrection: An evidence-based practice for improving student behavior.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

22 **Ennis, R. P.** (2018, July). *Using low-intensity strategies in the classroom to support student behavior.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

21 **Ennis, R. P,** & Sanders, S. (2018, February). *Self-regulated strategy development: An evidence-based practice for improving reading and writing outcomes for students with EBD.* A workshop presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

20 **Ennis, R. P.** (2017, July). *Teaching reading and writing across the content areas using self-regulated strategy development.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

19 **Ennis, R. P.** (2017, July). *Increasing student engagement by offering instructional choices.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

18 **Ennis, R. P.** (2017, July). *Preventing problem behaviors from ever occurring by developing a precorrection plan.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

17 **Ennis, R. P.** (2017, July). *A step-by-step guide to implementing low-intensity behavioral strategies.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

16 **Ennis, R. P.** (2016, July). *Instructional choice: A strategy for increasing engagement by offering within and between task choices.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

15 **Ennis, R. P.** (2016, July). *Precorrection: A strategy for preventing problem behaviors in classroom and non-classroom settings.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

14 **Ennis, R. P.** (2015, July). *Precorrection: A systematic strategy for managing inappropriate classroom and nonclassroom behavior.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

13 **Ennis, R. P.** (2015, July). *Self-regulated strategy development: Teaching reading and writing across the content areas.* A two-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

12 **Ennis, R. P.** (2015, July). *Using function-based choice making to improve the behavior of your students.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

11 **Ennis, R. P.** (2015, July). *Using self-monitoring to improve academic engaged time in the classroom.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

10 **Ennis, R. P.** (2014, July). *Using self-regulated strategy development to teach writing across the content areas.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

9 **Ennis, R. P.** (2014, July). *Function-based choice making: A classroom intervention.* A half-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

8 **Ennis, R. P.** (2014, July). *Precorrection: A systematic strategy for managing inappropriate classroom behavior.* A half-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

7 **Ennis, R. P.** (2014, July). *Simultaneously addressing the academic and behavioral needs of students using self-regulated strategy development.* A one-day workshop presented at the South Carolina Department of Education Research to Practice. Lexington, SC.

6 **Ennis, R. P.** (2014, June). *Furthering your school's PBIS program: Guidelines for success.* A workshop presented for the Spartanburg School District Two PBIS Leadership Teams. Spartanburg, SC.

5 Lane, K. L., Oakes, W. P., & **Ennis, R. P.** (2014, February). *Meeting the academic needs of students with and at-risk for E/BD: A look at reading and writing interventions.* A workshop presented at the Midwest Symposium for Leadership in Behavior Disorders, Kansas City, MO.

4 **Ennis, R. P.**, Jolivette, K., Wolfe, A. M., Lyons, C. A., & Scott, T. M. (2013, October). *PBIS as prevention for high-risk youth in alternative education, residential, and juvenile justice settings.* A workshop presented at the Teacher Educators for Children with Behavioral Disorders 37th Annual Conference on Severe Behavior Disorders of Children and Youth, Tempe, AZ (invited presentation).

3 **Ennis, R. P.** (2013, August). *Implementing three-tiered models of positive behavioral interventions and supports.* A four-day workshop presented for the Cherokee County School Leadership Teams. Cherokee County, GA.

2 **Ennis, R. P.** (2013, July). *Using self-regulated strategy development to improve the skills of struggling writers.* A two-day workshop presented at the South Carolina Department of Education Research to Practice. Lugoff, SC.

1 **Ennis, R. P.**, & Swoszowski, N. C. (2012, December). *Meeting the needs of YOUR students through check-in/check-out (CICO).* A workshop presented at the Georgia Association for Positive Behavior Support Conference, Atlanta, GA (invited presentation).

**PROFESSIONAL ORGANIZATIONS**

| 2022 – Present | Southeast Regional Education Laboratory, Institute of Education Sciences Governing Board Member |

| 2006 – Present | Council for Exceptional Children |

2013-2015 Student Representative to the Representative Assembly (Elected)
2013-2015 Student Committee Member (Appointed)

Division for Emotional and Behavioral Health
2023-2024 President (Elected)
2022-2023 President Elect (Elected)
2021-2022 Vice President (Elected)
Council for Children with Behavioral Disorders
2014-2021 Professional Development Committee Co-Chair (Appointed)

Division of Learning Disabilities

Division of Research
2014-2019 Newsletter Co-Editor (Appointed)
2022-Present Advocacy and Government Relations Committee

| 2009 – 2018 | Association for Positive Behavior Support |
| 2005 – 2007 | 2011-2013 Student Network Committee |

2011-2012 Education/Training Committee

| 2016 – 2018 | Alabama Association for Behavior Analysis |
| 2009 – 2011 | |

## SERVICE

**Editorial/Reviewer Activities**

| 2022 | Guest Editor for *Preventing School Failure* – Special Issue on Assessment for Effective Strategy Instruction: Supporting Academic and Behavioral Needs (with Kristine Jolivette, Elizabeth Michael, and Sara Sanders) |
| 2021 | Guest Editor for *Learning Disabilities Research and Practice* – Special Issue on Using Self-Regulated Strategy Development Across the Content Areas (with Debra McKeown, Erin Fitzpatrick, and Sara Sanders) |
| 2018 | Guest Editor for *Beyond Behavior* – Special Issue on Effective Low-Intensity Strategies to Enhance School Success: What Every Educator Needs to Know (with Kathleen Lane, Holly Menzies, and Wendy Oakes) |
| 2016 | Guest Editor for *Beyond Behavior* – Special Issue of the 2015 CCBD International Conference - Supporting the Behavior of All (with Kimberly Vannest and Ashley S. MacSuga-Gage) |
| 2015 | Guest Editor for *Residential Treatment for Children and Youth* – Special Issue on Multi-Tiered Systems of Support within Secure Residential Juvenile Facilities (with Kristine Jolivette and Brenda Scheuermann) |
| 2014 | Guest Editor for *Behavioral Disorders* –Special Issue on Improving Writing Outcomes for Students with E/BD Using Self-Regulated Strategy Development (with Kristine Jolivette). |
| 2013 | Guest Editor for *Education and Treatment of Children* –Special Issue on PBIS as Prevention for High-Risk Youth for Students Served in Alternative Education, Residential, and Juvenile Justice Settings (with Kristine Jolivette and Nicole Cain Swoszowski) |

| 2012 | Guest Editor for *Beyond Behavior* – Special Issue on Effective Teaching Practices (with Regina Gilkey-Hirn) |

| 2019-Present | Associate Editor of *Behavioral Disorders* |
| 2015-Present | Associate Editor of *Remedial and Special Education* |

| 2019-Present | Editorial Board of *Education and Treatment of Children* |
| 2019-Present | Consulting Editor of *Preventing School Failure* |
| 2015-Present | Consulting Editor of *Journal of Positive Behavior Interventions* |
| 2013-Present | Editorial Board of *Beyond Behavior* |

| 2014-2023 | Editorial Board of *Intervention in School and Clinic* |
| 2014-2019 | Editorial Board of *Behavioral Disorders* |
| 2014-2019 | Editorial Board of Journal *of Disability Policy Studies* |
| 2014 | Editorial Board of *Remedial and Special Education* |

| 2023 | Guest Reviewer for *Journal of Learning Disabilities* |
| 2022 | Guest Reviewer for *Assessment for Effective Intervention* |
| 2022 | Guest Reviewer for *Journal of Early Intervention* |
| 2022 | Guest Reviewer for *Journal Educational Psychology* |
| 2020 | Guest Reviewer for *Teacher Education and Special Education* |
| 2016- Present | Guest Reviewer for *Exceptional Children* |
| 2014 | Guest Reviewer for *Journal of Special Education* |
| 2014 | Guest Reviewer for *Preventing School Failure* |
| 2013 | Guest Reviewer for *Assessment for Effective Intervention* |
| 2013 | Guest Reviewer for *Journal of Behavioral Education* |
| 2013 | Guest Reviewer for *Journal of Curriculum and Instruction* |
| 2013, 2015 | Guest Reviewer for *Journal of Emotional and Behavioral Disorders* |
| 2012-2017 | Guest Reviewer for *Education and Treatment of Children* |

**Conference Activities**

| 2013- Present | Proposal Reviewer for the **Council for Exceptional Children** Convention, Division for Emotional and Behavioral Health (formerly Council for Children with Behavioral Disorders), Division for Research |
| 2013-2019 | Strand Leader for **Teacher Educators for Children with Behavioral Disorders**, Tempe, AZ – Strand on Targeted Interventions (Secondary-Tier Interventions; with Nicole Cain Swoszowski) |
| 2014-2016 | Proposal Reviewer for **Association for Positive Behavior Support** Conference |
| 2015 | Co-chair (with Ashley MacSuga Gage) for the **Council for Children with Behavioral Disorders** Conference |
| 2013, 2015 | Proposal Reviewer for **Council for Children with Behavioral Disorders** Conference |
| 2012-2014 | Proposal Reviewer for the **Council for Exceptional Children** Convention, Council for Exceptional Children - Division of Research |
| 2012 | Strand Leader for **Teacher Educators for Children with Behavioral Disorders**, Tempe, AZ – Strand on Effective Teaching Practices (with Regina Gilkey-Hirn) |
| 2012 | Proposal Reviewer for **The National Youth-At-Risk Conference** |

**Committee Membership/Leadership – Service to the Profession**

| 2023-Present | President, **Division for Emotional and Behavioral Health** |
| 2022-Present | Governing Board Member, Southeast Regional Education Laboratory, Institute of Education |

| | Sciences |
|---|---|
| 2021-Present | Member, **Council for Exceptional Children – Division for Research**, Advocacy and Governmental Relations Committee |
| 2022-2023 | President Elect, **Division for Emotional and Behavioral Health** |
| 2021-2022 | Vice President, **Division for Emotional and Behavioral Health** (formerly the Council for Children with Behavioral Disorders) |
| 2019-2022 | Member, Program Committee of **The Bell Center** for Early Intervention Programs |
| 2015-2019 | Treasurer, **Alabama Subdivision of the Council for Children with Behavioral Disorders** (Appointed Position) |
| 2014-2021 | Co-Chair (with Ashley MacSuga-Gage 2014-2017; Brian Barber 2017-2019; Kristin Murphy 2019-2021), **Council for Children with Behavioral Disorders, Professional Development Committee** (International Appointed Position) |
| 2014-2017 | Co-Editor (with Melissa Sreckovic), Quarterly **Newsletter of the Council for Exceptional Children Division of Research**, (International Appointed Position) |
| 2013-2015 | Student Representative, **Representative Assembly of the Council for Exceptional Children**, (International Elected Position) |
| 2013-2015 | Member, **Student Leadership Committee of the Council for Exceptional Children** (International Elected Position) |
| 2011-2013 | Member, **Student Network Committee of the Association for Positive Behavior Support**, (International Appointed Position) |
| 2011-2012 | Member, **Education and Training Committee of the Association for Positive Behavior Support** (International Appointed Position) |
| 2006-2007 | Student Representative, **Tennessee Association for Applied Behavior Analysis** (Appointed Position) |

**Committee Membership – Service to the University**

| | |
|---|---|
| 2023-Prsent | Chair, **Faculty Affairs Committee,** UAB School of Education (Elected Position) |
| 2018-Present | Member, **Curriculum Planning Committee**, UAB School of Education (Appointed Position) |
| 2020-Present | Member, **Faculty Professional Development Committee**, UAB School of Education (Appointed Position) |
| 2021 | Chair, **Faculty Affairs Committee,** UAB School of Education |
| 2019-2022 | Member, **Faculty Affairs Committee,** UAB School of Education (Elected Position) |
| 2018-2022 | **Program Coordinator**/Director, Special Education Program (Master's in Collaborative Teaching) |
| 2019-2020 | Faculty Development Committee, **UAB Faculty Senate** (Appointed Position) |
| 2018-2020 | Alternate Senator, **UAB Faculty Senate** (Elected Position) |
| 2017-2020 | Member, **Ellen Gregg Ingalls UAB National Alumni Society Award Committee**, UAB (Appointed Position) |
| 2016-2018 | Member, **Student Advocacy and Awards Committee**, UAB School of Education (Elected Position) |
| 2016-2017 | Member, **Strategic Planning: Research, Innovation, and Economic Development** Workgroup |
| 2014-2015 | Member, **Community and Diversity Committee**, Clemson University (Appointed Position) |
| 2012-2013 | President, **Doctoral Student Association** of Educational Psychology and Special Education, Georgia State University (Elected Position) |
| 2012-2013 | Treasurer, **Doctoral Student Association** of Educational Psychology and Special Education, Georgia State University (Elected Position) |
| 2011-2013 | Student Representative, **Field Experience Committee**, Georgia State University (Appointed Position) |

**TEACHING**

**UNIVERSITY OF ALABAMA AT BIRMINGHAM**
NOTE: Courses without IDEA Scores had an insufficient number of responses for reporting.

**SUMMER 2023**

**ECT 530 Effective Teaching and Learning**
This course focuses on the effective teaching and learning of students with disabilities. Course work will focus on planning appropriate lessons that support the student, ways to engage all learners and analyze teaching effectiveness. Candidates will also learn ways of using feedback to guide further learning and ways of using assessment to inform instruction.

**FALL 2022**

**ECT 524 Sensory, Health, and Physical Methods**
This course introduces research-based assessment and instructional strategies for equipping students with sensory, health, and physical disabilities with the skills and knowledge that will help them thrive in the classroom and beyond the school day. Students will incorporate data-based decision making, IEP development and lesson planning to teach students with disabilities.

**SUMMER 2022**

**ECT 524 Sensory, Health, and Physical Methods**

**ECT 530 Effective Teaching and Learning**

**EDC780 Expanding Literature on Responsive Methodologies**
This course is designed to help candidates be scholars in their fields. Candidates will learn the steps to explore, build on, and write about the literature on a topic in their discipline. In this way, they will understand how to create new areas of scholarship to extend knowledge on a topic in their discipline. Finally, candidates will learn the steps to successfully write, edit, and submit an IRB for their dissertation and future research articles.

**SPRING 2022**

**ECT531 Internship in Collaborative Teaching K-12.**
The purpose of ECT531 is to prepare teachers to use Best Practices for teaching within their content area. As stipulated by the ALSDE Administrative Code, determining readiness to serve as a certified teacher shall require competence to teach as demonstrated in an internship of 15 weeks of full-time student teaching.

**ECT 631 Practicum in Collaborative Teaching K-12.**
The purpose of  ECT 631 is to prepare teachers to use Best Practices for teaching within their content area. As stipulated by the ALSDE Administrative Code, determining readiness to serve as a certified teacher shall require competence to teach as demonstrated in a focused practicum experience.

**EDC770  Professional Preparation of College Educators**
The professional preparation of college educators for area of specialization in teaching K-12. Registration for this course requires admission to Pedagogical Studies Concentration or instructor permission.

**EEC415/515 Learning Environments and Positive Behavior Supports**
Theoretical approaches that focus on child centered curriculum, classroom management, discipline strategies and cultural, linguistic, and developmentally appropriate instruction. Field experience required.
IDEA Summary Evaluation 4.5/5.0; Excellent Teacher 4.7/5.0.


**FALL 2021**

**ECT531 Internship in Collaborative Teaching K-12.**

**ECT 631 Practicum in Collaborative Teaching K-12.**

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.5/5.0; Excellent Teacher 4.7/5.0.


**SUMMER 2021**

**ECT 525/625 Positive Behavior Supports**
This course presents definition and measurement of behavior, reinforcement strategies, systematic program development, basic formats for classroom instruction, and techniques for monitoring student progress. There is an emphasis on procedures for increasing academic and socially appropriate behavior through simulations and practice exercises. Students will incorporate data-based decision making, IEP development and lesson planning to teach students with disabilities.
IDEA Summary Evaluation 4.3/5.0; Excellent Teacher 4.2/5.0.

**ECT 530 Effective Teaching and Learning**

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.5/5.0; Excellent Teacher 4.5/5.0.


**University of Alabama at Birmingham SPRING 2021**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 4.2/5.0; Excellent Teacher 4.2/5.0.

**ECT531 Internship in Collaborative Teaching K-12..**

**ECT 631 Practicum in Collaborative Teaching K-12. 3-9 Hours.**

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.8/5.0; Excellent Teacher 4.9/5.0.


**FALL 2020**

**ECT 525/625 Positive Behavior Supports**

IDEA Summary Evaluation 4.7/5.0; Excellent Teacher 4.7/5.0.

**ECT527/627 Collaborative Processes**
This course provides a variety of collaborative options for supporting students with disabilities. These include collaborating with families, agencies, paraprofessionals as well as other professionals.
IDEA Summary Evaluation 4.0/5.0; Excellent Teacher 4.7/5.0.

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.9/5.0; Excellent Teacher 4.9/5.0.

**SUMMER 2020**

**EDC780 Expanding Literature on Responsive Methodologies**

**EEC415/515 Learning Environments and Positive Behavior Supports**

**SPRING 2020**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 4.7/5.0; Excellent Teacher 4.6/5.0.

**FALL 2019**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 4.9/5.0; Excellent Teacher 5.0/5.0.

**SUMMER 2019**

**ECT 525/625 Positive Behavior Supports**
ECT525: IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 5.0/5.0.
ECT625: IDEA Summary Evaluation 4.3/5.0; Excellent Teacher 4.3/5.0.

**ECT527/627 Collaborative Processes**

**EDC780 Expanding Literature on Responsive Methodologies**

**SPRING 2019**

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.6/5.0; Excellent Teacher 4.5/5.0.

**FALL 2018**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 5.0/5.0.

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 5.0/5.0.


**SUMMER 2018**

**EDC780 Expanding Literature on Responsive Methodologies**
IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 5.0/5.0.

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.7/5.0; Excellent Teacher 4.8/5.0.


**SPRING 2018**

**EEC415/515 Learning Environments and Positive Behavior Supports**
IDEA Summary Evaluation 4.8/5.0; Excellent Teacher 4.7/5.0.


**FALL 2017**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 5.0/5.0.

**EEC415 Learning Environments and Positive Behavior Supports**
**Co-taught with Charles Calhoun**
Section 2E IDEA Summary Evaluation 4.6/5.0; Excellent Teacher 5.0/5.0.
Section 2EA IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 5.0/5.0.


**SUMMER 2017**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 4.6/5.0; Excellent Teacher 4.8/5.0.

**EEC415/515 Learning Environments and Positive Behavior Supports**
**Co-taught with Charles Calhoun**
Section MA IDEA Summary Evaluation 4.9/5.0; Excellent Teacher 5.0/5.0.
Section O9 IDEA Summary Evaluation 4.9/5.0; Excellent Teacher 5.0/5.0.


**SPRING 2017**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 4.6/5.0; Excellent Teacher 4.5/5.0.

**EEC415/515 Learning Environments (Co-taught with Charles Calhoun)**
Section 2E IDEA Summary Evaluation 4.9/5.0; Excellent Teacher 5.0/5.0.
Section 2EA IDEA Summary Evaluation 4.8/5.0; Excellent Teacher 4.9/5.0.


**FALL 2016**

Revised 4 January 2024
**ED 000654**

**ECT 525/625 Positive Behavior Supports**
IDEA Summary Evaluation 4.0/5.0; Excellent Teacher 3.5/5.0.

**SUMMER 2016**

**ECT521/621 Program and Lesson Planning**
This course focuses on the diagnosis and evaluation of students with disabilities using a variety of developmentally appropriate curriculum-based assessments, criterion referenced, and norm-referenced tests. Emphasis is on the interpretation of information from assessments into Individualized Education Program annual goals and objectives, transition planning, and Response to Intervention planning. Students will incorporate data-based decision making, IEP development and lesson planning to teach students with disabilities.
**IDEA Summary Evaluation 4.7/5.0; Excellent Teacher 4.8/5.0.**

**SPRING 2016**

**ECT523/623 Instructional Methods**
This course provides information on research-based instructional strategies for equipping students with disabilities with the skills and knowledge that will help them thrive in the classroom and beyond the school day. Particular emphasis will be placed on general instructional strategies for the acquisition and generalization of skills. In addition, strategies for implementing individualized and effective programming will be addressed. Students will incorporate data-based decision making, IEP development and lesson planning to teach students with disabilities.
**IDEA Summary Evaluation 3.3/5.0; Excellent Teacher 3.3/5.0.**

**ECY300 Introduction to Learners with Exceptionalities**
The purpose of this course is to provide an overview of exceptionality as it pertains to students. The processes of IEP development, least restrictive environment decisions, assistive technology applications, RTI, and Universal Design for Learning will be studied. Both high and low incidence populations will be examined. Each area of exceptionality will be reviewed in terms of etiology, diagnosis, prevalence, remediation, and educational strategies.
**IDEA Summary Evaluation 5.0/5.0; Excellent Teacher 4.7/5.0.**

**FALL 2015**

**ECT523/623 Instructional Methods**
**IDEA Summary Evaluation 4.8/5.0; Excellent Teacher 4.8/5.0.**

**ECY600 Introduction to Learners with Exceptionalities**
**IDEA Summary Evaluation 4.8/5.0; Excellent Teacher 4.7/5.0.**

**CLEMSON UNIVERSITY**
**FALL 2014**

**EDSP 370: Introduction to Special Education**

Survey of students with disabilities and with gifts/talents. Individuals with Disabilities Education Act (IDEA) is emphasized, including general educator's role in serving students with special needs. Characteristics, assessment, and effective instructional procedures for students of varying exceptionalities are addressed.
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 4.91/5.0; Standard Deviation = 0.30.**

**EDSP 374: Characteristics and Strategies for Individuals with Emotional/Behavioral Disorders**
In-depth coverage of characteristics and identification procedures for individuals with emotional or behavioral disorders. Effective instructional strategies and behavior management are addressed. Students participate in field experiences throughout the semester.
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 4.73/5.0; Standard Deviation = 0.65.**

**ED397: Creative Inquiry in Education**
An undergraduate seminar designed to engage students in research. The topic of this creative inquiry project is Empowering Teachers with Low-Intensity Strategies to Support Instruction.  The purpose is to enable university students to design, implemented, and evaluate low-intensity strategies to support instruction in local schools to better serve students with and at-risk for learning and behavior problems,
Function-based Choice Making, 4 Students: **Maggie Boorman, Emily Hamilton, Hunter Martin, Carly Mize.**
REWARDS – Reading Excellence: Word Attack and Rate Development Strategies, 1 Student: **Abby Seelig**

**EDSP813: Characteristics of Individuals with Emotional and Behavioral Disorders**
Addresses the characteristics of individuals with emotional and behavioral disorders. Consideration is given to historical and legal aspects, definitions, comprehensive assessment and the impact of school, home, culture and society. Research findings in the field of emotional and behavioral disorders are emphasized.
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 5.0/5.0**


**SUMMER 2014**

**ED397: Creative Inquiry in Education**
Empowering Teachers with Low-Intensity Strategies to Support Instruction
2 Students: **Sarah Farmer, Abby Seelig.**

**EDSP 823: Teaching Individuals with Disabilities in Integrated Settings**
The course will address strategies for teaching individuals with disabilities in integrated settings. The focus will be on appropriate instruction, accommodations, natural supports, collaboration and consultation.
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 4.75/5.0; Standard Deviation = 0.46.**


**SPRING 2014**

**EDSP 370: Introduction to Special Education**
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 4.86/5.0; Standard Deviation = 0.47.**

**ED397: Creative Inquiry in Education**
Empowering Teachers with Low-Intensity Strategies to Support Instruction, 6 Students: **Christopher Egan, Sarah Farmer Carly Mize, Catrina Morrison, Abby Seelig, Elizabeth Wilson.**

**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 5.0/5.0.**

**EDSP 823: Teaching Individuals with Disabilities in Integrated Settings**
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 5.0/5.0.**

**FALL 2013**

**EDSP 370: Introduction to Special Education**
**Evaluation:** *Overall, the instructor is an effective teacher.*
**Mean = 4.85/5.0; Standard Deviation = 0.38.**

**Developed BCBA Certificate** – Effective Summer 2015.

**GEORGIA STATE UNIVERSITY**
**SUMMER 2013**

**EXC4020: Characteristics and Instructional Strategies for Students with Disabilities**.
This course is designed to provide the student with an overview of the identification, classification, eligibility, and the unique characteristics of individuals with disabilities who require accommodations and adaptations throughout their life cycle. The course will focus on basic instructional strategies used to teach these individuals. The course includes an analysis of individuals across classification categories as well as an in depth review of all areas of exceptionalities per Georgia House Bill 671. **100% Online Course.**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.5/5.0; Standard Deviation = 0.70.**

**EXC7160: Strategies for Social and Emotional Behavior** *(assisted in course redesign)*
This course examines techniques for individual and group behavior management as well as curricula and teaching strategies for promoting the social and emotional development of students with behavior and learning exceptionalities. Both reactive and proactive strategies for working with students will be discussed and analyzed.
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.8/5.0; Standard Deviation = 0.41.**

**EXC7190: Alternative Approaches to Literacy Instruction for Students with Disabilities.**
This course focuses on the design, implementation, and evaluation of reading and writing instruction for students with mild to moderate high-incidence disabilities, including individuals from diverse cultural, linguistic, and socioeconomic backgrounds. Specifically, students will study explicit instructional methods and strategies used to support the development of emergent literacy, phonological awareness, decoding, word reading, vocabulary, reading fluency, reading comprehension, written expression, and spelling skills. In addition, students will demonstrate their knowledge and usage of these methods and strategies by: (a) participating in class activities and assignments that support lectures and assigned readings, (b) evaluating the effectiveness of literacy curricula and technology tools for students with reading and writing disabilities, and (c) designing and implementing a sequence of lessons that target specific literacy skill areas while reflecting on one's delivery of instruction.
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.8/5.0; Standard Deviation = 0.41.**

## SPRING 2013

### EXC 6560: Educational Evaluation of Disabilities
This course is the study of the process of gathering information regarding the individual strengths and needs of students with disabilities. It introduces both formal and informal evaluation procedures used in special education settings. Students select and administer both formal and informal assessment instruments and use the data from these assessments for eligibility decision making, instructional planning, and progress monitoring. Limitations of assessment tools related to test bias and cultural and linguistic concerns are addressed in the areas of test selection, administration, and interpretation of test results. Technology that facilitates the assessment process is used throughout the course.
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 5.0/5.0.**

### EXC6661: Practicum I: Special Education General Education Curriculum: Consultative.
This practicum provides students with an opportunity to develop and practice skills in delivering instruction and assessment with students who have mild disabilities. The placement requires 15-20 hours per week in classroom settings working with students with mild disabilities and monthly seminar sessions and activities.
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 5.0/5.0; Standard Deviation = 0.**

### EXC6671: Educational Partnerships and Practicum II.
This course includes the study of family systems and parenting perspectives, effective communication, and models of collaboration. Students are placed in public school settings for the entire school day during the semester of their practicum working with students with mild disabilities. Various means of collaboration within the school setting are discussed as well as roles and responsibilities of school personnel in consultation, collaboration, and teamwork during the required seminars. Learners demonstrate an understanding of the importance of collaboration in specific special education activities such as pre-referral teams, assessment, IEP/ITP meetings, and consultation with general education teachers regarding strategies for working with students with disabilities.

## FALL 2012

### EXC4020: Characteristics and Instructional Strategies for Students with Disabilities.
**100% Online Course.**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.8/5.0; Standard Deviation = 0.93.**

### EXC6570: Individual and Classroom Management
The course is designed to promote skill development in the use of scientifically based methodologies in the formation of interventions and effective management strategies for individuals and groups of pupils across a variety of learning environments. Participants will develop an ability to discern individual and group dynamics to create a learning environment that encourages positive social interactions, active engagement in learning, and self-management. A case study approach will be used to promote reflection, evaluation, synthesis, and application of principles learned.
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 5.0/5.0; Standard Deviation = 0.**

### EXC6671: Educational Partnerships and Practicum II.

## SUMMER 2012

**EXC6570: Individual and Classroom Management**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 5.0/5.0; Standard Deviation = 0.**

**EXC7160: Strategies for Social and Emotional Behavior** *(assisted in course redesign)*
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 5.0/5.0; Standard Deviation = 0.**

**SPRING 2012**

**EXC 6560: Educational Evaluation of Disabilities**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Midterm: Mean = 4.5/5.0; Standard Deviation = 1.0.**
**Final: Mean = 4.54/5.0; Standard Deviation = 0.78.**

**EXC6661: Practicum I: Special Education General Education Curriculum: Consultative.**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Midterm: Mean = 4.14/5.0; Standard Deviation = 0.90.**
**Final: Mean = 4.5/5.0; Standard Deviation = 0.73.**

**EXC6671: Educational Partnerships and Practicum II**.

**FALL 2011**

**EXC6570: Individual and Classroom Management (Double Section)**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Midterm: Mean = 4.5/5.0; Standard Deviation = 0.64.**
**Final: Mean = 4.68/5.0; Standard Deviation = 0.72.**

**EXC6661: Practicum I: Special Education General Education Curriculum: Consultative.**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.83/5.0; Standard Deviation = 0.39.**

**EXC7190: Alternative Approaches to Literacy Instruction for Students with Disabilities.**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Midterm: Mean = 4.21/5.0; Standard Deviation = 0.70.**
**Final: Mean = 4.42/5.0; Standard Deviation = 1.0.**

**SUMMER 2011**

**EXC6570: Individual and Classroom Management** *(assisted in course redesign)*
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.33/5.0; Standard Deviation = 1.23.**

**EXC7160: Strategies for Social and Emotional Behavior**
**Evaluation:** *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.94/5.0; Standard Deviation = 0.25.**

**SPRING 2011**

**EXC4020: Characteristics and Instructional Strategies for Students with Disabilities**.
*Evaluation:* *How would you rate the overall teaching effectiveness of this instructor?*
**Midterm: Mean = 4.73/5.0; Standard Deviation = 0.53.**
**Final: Mean = 4.92/5.0; Standard Deviation = 0.28.**

**EXC6661: Practicum I: Special Education General Education Curriculum: Consultative.**
*Evaluation:* *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.71/5.0; Standard Deviation = 0.49.**

**EXC6671: Educational Partnerships and Practicum II**.

**Course Intern with Dr. Nicole Patton-Terry**
**EXC7190: Alternative Approaches to Literacy Instruction for Students with Disabilities.**
*Intern Evaluation:* *How would you rate the overall teaching effectiveness of this **course intern**?*
**Midterm: Mean = 4.72/5.0; Standard Deviation = 0.46.**
**Final: Mean = 4.83/5.0; Standard Deviation = 0.38.**

**FALL 2010**

**EXC4020: Characteristics and Instructional Strategies for Students with Disabilities**.
*Evaluation:* *How would you rate the overall teaching effectiveness of this instructor?*
**Midterm: Mean = 4.55/5.0; Standard Deviation = 0.51.**
**Final: Mean = 4.8/5.0; Standard Deviation = 0.40.**

**EXC6661: Practicum I: Special Education General Education Curriculum: Consultative.**
*Evaluation:* *How would you rate the overall teaching effectiveness of this instructor?*
**Mean = 4.8/5.0; Standard Deviation = 0.67.**

**EXC6671: Educational Partnerships and Practicum II**.

**GUEST LECTURES**

**Doctoral Seminar**
Professor: Chad Rose, Ph.D.
School: University of Missouri
Lecture: Balancing it All: Research, Teaching, Service, Family, Friends, Self
Term: Spring 2023

**Grant Writing**
Professor: Terrarnce Scott, Ph.D.
School: University of Louisville
Lecture: IES Early Career Research Grant Writing
Term: Fall 2022

**Grant Writing**
Professor: Joseph Ryan, Ph.D.

School: Clemson University
Lecture: IES Early Career Research Grant Writing
Term: Summer 2022

**Single Case Research Design**
Professor: David J. Royer, Ph.D.
School: University of Louisville
Lecture: Systematic Reviews and Meta-Analyses in Single-Case Research Design
Term: Spring 2022

**Language Arts Strategies: Students with Mild/Moderate Disabilities**
Professor: David J. Royer, Ph.D.
School: University of Hawaii
Lecture Title: Self-Regulated Strategy Development: An Evidence-Based Practice
Term: Spring 2021

**Language Arts Strategies: Students with Mild/Moderate Disabilities**
Professor: David J. Royer, Ph.D.
School: University of Hawaii
Lecture Title: Self-Regulated Strategy Development: An Evidence-Based Practice
Term: Spring 2019

**SPED 760 Grant Development and Procurement**
Professor: David J. Royer, Ph.D.
School: University of Hawaii
Lecture Title: Approaches to Grant Writing: Early Career Research Grant
Term: Fall 2018

**Core Teaching Strategies**
Professor: Ashley S. MacSuga-Gage, Ph.D.
School: University of Florida
Lecture Title: Self-Regulated Strategy Development: An Evidence-Based Practice
Term: Fall 2017

**E\Applied Behavior Analysis: Applications**
Professor: Kristy Park, Ph.D., BCBA-D
School: George Mason University
Lecture Title: Applied Behavior Analysis in Alternative Education Settings
Term: Spring 2016

**Special Education in Secondary Schools**
Professor: Mickey Losinski, Ph.D.
School: Kansas State University
Lecture Title: Self-Regulated Strategy Development: An Evidence-Based Practice for Students with E/BD
Term: Spring 2015


**DOCTORAL ADVISING**

**Dissertation Chair**
Erica Lee (UAB, Ph.D., Fall 2020)

**Dissertation Committee Member**
Jessica Rose (UAB, Ph.D., anticipated Fall 2024)
Alecia Mercier (UAB Developmental Psychology, Ph.D., anticipated Spring 2025)

Simone Adams (Clemson, Ph.D., Spring 2020)
Lauren Anson (UAB, Ph.D., Fall 2020)
Fredeisha Darrington (UAB, Ph.D., Spring 2022)
Christopher Emerling (University of Illinois at Chicago, Ph.D., Spring 2022)
Aimee Hackney (University of Alabama, Ph.D., Spring 2023)
Elizabeth Michael (University of Alabama, Ph.D., Spring 2022)
Hannah Stevens Kennedy (UAB, Ph.D., Spring 2020)
Matthias Maunsell (UAB, Ph.D., Fall 2021)
Kimberly Odom (University of Alabama, Ph.D., Fall 2020)
Lauren Rollins (University of Alabama, Ph.D., Spring 2020)
Sara Sanders (Kansas State, Ed.D., Spring 2018)
Ashley Shaw (Kansas State, Ed.D., Summer 2019)
Ashley Virgin (University of Alabama, Ph.D., Summer 2023)

## MASTER'S ADVISING

**Thesis Committee Member**
Destiny Kelly (UAB Developmental Psychology MA, anticipated Spring 2024)
Jaylon Williams (UAB Developmental Psychology MA, anticipated Spring 2024)
Jeong-heun Kim (UAB Developmental Psychology MA, anticipated Fall 2024)

Abigail Anderson (UAB Developmental Psychology MA, Fall 2022)
Sarah Cole (UAB Health Education, MA, Fall 2019)
Alecia Mercier (UAB Developmental Psychology MA, Spring 2023)
Lyndsey Scott (Clemson, M.Ed. Fall 2015)
Eileen Pape (Clemson, M.Ed. Fall 2015)

**Capstone Chair**
Lauren Fishbaucher (UAB, M.Ed., Spring 2019)

**Capstone Committee Member**
Dee Wingate (UAB, M.A., anticipated Spring 2024)

Revised 4 January 2024
**ED 000662**



5/13/2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. RMC Research has strong relationships in the states in this region and has assembled a quality team of staff members and partners who have the skills, attitudes, and attributes needed to support these states and their partners.

Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. I stand ready to offer my experience and expertise to future Region 6 (Gulf Center) Comprehensive Center work in the areas of return on investment and resource allocation reviews. In my current work as a consultant to local and state educational agencies and non-profit organizations, I work with clients to examine their investments' impact. Additionally, in my previous role as Senior Fellow at the Edunomics Lab at Georgetown University, I frequently provided technical assistance, including high-touch support implementing resource allocation reviews with several state educational agencies. I also advised a nationwide network of state educational agency leaders on the resource allocation review requirements and shared suggested tools to implement the reviews.

I wish you success with your proposal.

Sincerely,

███████████

Jessica Swanson
Founder, Jessica Swanson Consulting, LLC

**Jessica M. Swanson**

jessica@jessicaswansonconsulting.com

---

**EXPERIENCE**

**Jessica Swanson Consulting, LLC** | *February 2024-Present*
**Founder** | *Falls Church, VA*
- Lead woman-owned consulting practice focused on organizational strategy. (SAM code ZWWBS3HMPL23)
- Provide training on education finance, analysis of system data to establish priorities that support students, recommendations on resource reallocation, and support implementing strategic shifts.
- Sample clients: West Virginia Department of Education, School Board Partners, Education Reform Now DC, Opportunity Labs, Salem City Public Schools, Knoxville CUSD 202

**EDUNOMICS LAB AT GEORGETOWN UNIVERSITY** | *March 2021-January 2024*
**Senior Fellow (Full-time non-tenure line research faculty member)** | Washington, DC
- Led monthly finance network calls with 120 staff from 60 large districts and quarterly state education agency finance network calls with 450 members from 50 states, DC, and PR; advise on strategic resource use.
- Developed and facilitated trainings and presentations for education finance and policy professionals, including presenting at national conferences for organizations such as AASA, ASBO, and NALEO.
- Recruited Georgetown students to work for Lab (>165 recruited since 2021); selected and supported 28 to date.
- Managed team of 2 data scientists in developing the National Education Resource Database on Schools (NERD$).

**DC PUBLIC SCHOOLS** | *August 2013-March 2021*
**Deputy Chief, Finance, Office of Resource Strategy** | Washington, DC | October 2019 - March 2021
- Oversaw development and management of DC Public Schools' $1.1 billion budget.
- Led taskforce on revising the district's school resource allocation model.
- Oversaw management of district's federal grants.
- Led team of 21, directly managing 4 Director-level staff.

**Director, Budget Strategy, Office of Resource Strategy** | Washington, DC | June 2016 - October 2019
- Led resource allocation for DC Public Schools' $1 billion budget.
- Led development of new budget analytics that informed budget decisions, in alignment with district strategic plan.
- Managed 2 staff members who provide strategic budget support to team of ~55.

**Director, Strategy, Office of Teaching and Learning** | Washington, DC | October 2015-June 2016
- Oversaw development and management of a $79 million office budget.
- Managed 4 staff members who provided strategic and operational support to team of ~500.
- Managed special projects, such as leading logistics planning for district-wide professional development.

**Manager, Teaching and Learning Strategies, Office of Teaching and Learning** | Washington, DC | August 2013-September 2015
- Managed development of a strategic plan of DC Public Schools' teaching and learning initiatives for SY 14-15.
- Oversaw RTTT-funded Teacher Lead program of 109 teachers who lead data cycles at their schools.
- Managed 1 staff member who provided operational support to team of ~80.

**THE NEW TEACHER PROJECT** | *July 2010-August 2013*
**Site Manager, DC Charter Talent Management** | Washington, DC | *May 2012-August 2013*
- Provided talent management coaching and professional development to charter school leaders and staff; led school leaders to meet contract goals, including >80% of teachers receiving 12 or more observations for the year.
- Launched administration of TNTP's national Student Surveys pilot that provided feedback to more than 700 teachers.
- Managed Teach DC Charters, a staffing service that generated more than 5,000 teaching applications, provided more than 1,000 screened candidates to schools, and directly staffed nearly 150 teaching vacancies in DC charters.

**Operations Manager, TNTP Academy – DC** | Washington, DC | *July 2010-May 2012*
- Coordinated the operations functions of alternative-route teacher certification program of more than 250 participants.
- Oversaw recruitment and selection of 50 master teachers who delivered licensure seminars to new teachers.
- Developed strategies that enabled site to achieve 90% tuition payment rate (goal = 85%).

**DC PREPARATORY ACADEMY PUBLIC CHARTER SCHOOL** | Washington, DC | *August 2006-July 2010*
**Operations Manager, Edgewood Middle Campus and Benning Elementary Campus** | *July 2009-July 2010*
**Founding Operations Manager, Benning Elementary Campus** | *July 2008-July 2009*

ED 000664

- Oversaw all business functions, including human resources, daily operations, purchasing and facilities management, and supervision of Administrative Assistant and Day Porter for two campuses.
- Managed two budgets totaling $6 million.

**Teach For America Corps Member/ Social Studies Teacher** | *August 2006-June 2008*
- Selected as one of 3,300 applicants from a pool of 19,000 to join national teacher corps of recent college graduates who commit to teach two years in under-resourced public schools.
- Chaired 7-teacher Grade Level Team and 5-teacher Social Studies department.
- Served as Faculty Adviser to 14 students, directing them to create DC Prep's first yearbook and sell 150 copies.
- Developed 7th and 8th grade Social Studies curriculum for Teach For America - DC Region.

## EDUCATION

**GEORGETOWN UNIVERSITY** | *2018* | Washington, DC
**Certificate in Education Finance.**

**UNIVERSITY OF VIRGINIA** | *2013-2016* | Charlottesville, VA
**Doctor of Education, Educational Leadership.**
- Dissertation: *Organizational Routines Adopted by District of Columbia Elementary Schools in Response to Common Core State Standards*

**AMERICAN UNIVERSITY** | *2006-2008* | Washington, DC
**Master of Arts, Teaching.**

**OLIVET NAZARENE UNIVERSITY** | *2002-2006* | Bourbonnais, IL
**Bachelor of Arts, Political Science.** Minors in English and Spanish.
- Honors Thesis: *Responding to an Immigrant Influx: The City of Kankakee*

## PROFESSIONAL LICENSES

Postgraduate Professional Teaching Licenses (Elementary, History and Social Studies), Virginia, Expire June 2030

## PEER-REVIEWED PUBLICATIONS

O'Donnell, K. & Swanson, J. (2016). Trade-offs at Ella Baker Public Charter School. *Journal of Cases in Educational Leadership, 19*(2), 31-42.

## SELECTED PUBLICATIONS

Anderson, L., Dhammani, A., Silberstein, K., Swanson, J. & Roza, M. (2023). Recipe for high impact research. Retrieved from: https://ies.ed.gov/blogs/research/post/recipe-for-high-impact-research

Swanson, J. & Roza, M. (2022). Opinion: Pause HISD's plan to centralize school funding. *Houston Chronicle, 19*(2), 31-42.

Anderson, L., Jarmolowski, H., Roza, M., & Swanson. J. (2022). Leading thoughtful conversations on resource equity using school-by-school spending data. Retrieved from: https://edunomicslab.org/2022/02/04/leading-thoughtful-conversations-on-resource-equity/

Roza, M. & Swanson, J. (2021). Let schools, not district offices, decide how to spend some federal aid. Retrieved from: https://www.educationnext.org/let-schools-not-district-offices-decide-how-to-spend-some-federal-aid/

## HONORS

**YOUNG ALUMNI AWARD, OLIVET NAZARENE UNIVERSITY** | *November 2011*
- Selected by Alumni Board as honoree for an award given annually to two alumni who have graduated within in the last 10 years.

## COMMUNITY SERVICE

**MASON DISTRICT LITTLE LEAGUE** | *April 2024-Present*
**Coach** | Falls Church, IL
- Coach team of youth tee ball baseball players.

**OLIVET NAZARENE UNIVERSITY** | *October 2019-Present*
**Alumni Board** | Bourbonnais, IL
- Elected to serve as member of college's Alumni Board.

ED 000665

**FAIRFAX COUNTY PUBLIC SCHOOLS** | *July 2014-June 2016*
**Human Relations Advisory Committee** | Fairfax County, VA
- Appointed by Mason District School Board Member to serve as a representative who advises the School Board.

**GIRLS ON THE RUN-DC** | *August 2007-July 2010*
**Board Member/Program Director and Coach** | Washington, DC
- Managed program implementation for 27 sites with ~400 student participants and 80 adult coaches.
- Coached more than 65 students during 6 seasons of coaching and recruited and trained ~200 volunteers for 4 races.

SELECTED PRESENTATIONS

"Protecting What Matters for Students in the FY25 Budget." School Board Partners Cohort 6 Convening, March 2024

"Budgeting for FY25: A Complicated Year." Virginia Association of School Superintendents and Virginia Association of School Business Officials Joint Conference, January 2024

"Preparing for the Perfect Storm: A Better Budget Workshop Agenda." Association of School Business Officers International Conference, October 2023

"Budgeting for FY25: A Complicated Year." Massachusetts Association of School Business Officers, October 2023

"Upcoming Funding Challenges." National Healthy Schools Collaborative, September 2023

"Here's how the new school-by-school spending data is changing the landscape of financial decisions." Stats DC Conference, August 2023

"The Nuts and Bolts of School District Budgets." National Association of Latino Elected Officials Annual Conference, July 2023

"Workshop: Fiscal Planning Using Tools from the NCC EBI | ARP CoP: Planning LEA Support for Spending and Outcomes." National Association of ESEA State Program Administrators Summer Conference, July 2023

"School Board Finance 201." School Board Partners Our Collective Power Convening, July 2023.

"Building Financial Decision-Making to Increase Student Outcomes." Blaque KC School Board Bootcamp, May 2023

"12 Issues to Raise in This Spring's Budget Hearings." School Board Partners Spring Convening, May 2023

"The financial forecast is in! School district budgets are headed for a wild ride…" Connecticut Association of Public School Superintendents, March 2023

"Building Financial Decision-Making to Increase Student Outcomes." Blaque KC School Board Fellows, February 2023

"The financial forecast is in! School district budgets are headed for a wild ride…" AASA, The School Superintendents Association National Education Conference, February 2023

"Using Data to Strengthen Conversations on Finance and Equity." ESEA Conference, January 2023

"The Buck Stops with You – Budgeting, Finance, and Fiscal Responsibility." National Association of Latino Elected Officials National Institute, November 2022

"Strategic Financial Decision-Making: Where School Boards Have Invested to Catch Students Up and Improve Academic Outcomes." School Board Partners Our Collective Power Convening, November 2022

"A Perfect Storm: Leading Districts During Times of Financial Disruption." Virginia Association of School Business Officers Conference, October 2022

"Ed Finance is Having a Moment." AASA, The School Superintendents Association and Association of Educational Service Agencies Educators Call to Action Conference, September 2022

"Optimizing Relief Funds to Improve Outcomes for Students with Disabilities." Association of School Business Officers International Conference, September 2022

"A Perfect Storm: Leading districts during times of financial disruption." Association of School Business Officers International Webinar, August 2022

"5 Analyses States and Districts Can Run on ESSER." Stats DC Conference, August 2022

ED 000666

"Building Financial Decision-Making to Increase Student Outcomes." School Board Partners Summer Convening, July 2022

"Pennsylvania School-by-School Spending-and-Outcomes." Pennsylvania Coalition of Public Charter Schools, June 2022

"ESSER: 6 Mistakes to Avoid." Kentucky Education Law & Finance Institute, March 2022

"Taking Stock: Trends We're Seeing in ESSER Spending." National Association of Elementary School Principals, February 2022

"Blending and Braiding: Getting the Most From Your Funding." Illinois State Board of Education Community of Practice, January 2022

"ESSER: 6 Mistakes to Avoid." AASA, The School Superintendents Association, "Running the Store" Conference, December 2021

"No Playbook For This Moment: How Districts Can Navigate The Tumultuous Financial Landscape." Association of School Business Officers International Conference, October 2021

"What We're Learning About How Districts Use School-By-School Financials. And What It Means For ARP." Stats DC Conference, August 2021

"Districts Have Decisions To Make: How To Spend Federal Aid To Help Students While Avoiding A Fiscal Cliff." Association of School Business Officers International Webinar, April 2021

"Using School-by-School Spending Data in District Financial Decision Making (Including Budget Cutting)." Association of School Business Officers International Envision 2020 Conference, September 2020

"The Changing Role of Finance Leadership." Future of Education Finance Conference, October 2019

ED 000667



**RPR**CONSULTING

Rocco P. Russo

May 22, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I am writing to express my commitment to serve as a national expert in the areas of educational research and evaluation practices for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. I have been extensively involved in local, state, and federal research efforts relevant to Career and Technical Education (CTE) policies and practices targeted to student access and improvement of programs that meet the CTE needs of learners and employers. My activities have included a focus on technical mathematics instruction and curriculum development, studies of student access to courses and programs, and factors related to retention and completion. Overall, I have been involved in the technical design of studies that assess the improvement of academic and technical advancement of CTE students as well as building the needed links between secondary and postsecondary education/employment. As such, I have undertaken studies at LEA (Arlington, VA) and SEA (Maryland) levels related to student participation in mathematics, ESL, and STEM programs.

These professional efforts relate directly to RMC's needs-sensing studies with regional, state, and local stakeholders in the Region 6 Comprehensive Center that identified the need for and is proposing technical assistance projects focused on school and curriculum design features that enhance school effectiveness and outcomes.

I look forward to the opportunity to offer my expertise to the highly qualified team RMC Research has assembled for the Gulf Comprehensive Center and their state, regional, and local clients, and recipients as they design and deliver these proposed projects.

I wish you success with your proposal.

Sincerely,



Rocco P. Russo, Ph.D.
President – RPR Consulting

---

RPR Consulting · 200 First Street, #505 · Dover, NH 03820 · 609-658-2733

**ED 000668**

# Rocco P. Russo, Ph.D.

## Senior Program Manager ✦ Research/Evaluation Expert ✦ Consultant

**Dr. Rocco P. Russo, Ph.D.** has experience managing research studies for federal and state government agencies, academic institutions at all levels, charities, foundations, and for-profit organizations. Dr. Russo has proven skills in project management, design of educational program and policy studies, questionnaire design, survey data collection operations, data management and reporting systems, and longitudinal and multi-mode survey designs.

Dr. Russo has managed education-related studies that address secondary and postsecondary student access to and participation in academic and technical courses and programs, program linkages to postsecondary/employment activities, as well as learner outcomes. In these roles, Dr. Russo was responsible for the implementation and technical quality of research efforts and timely submission of deliverables. He led a variety of technical staff and research work groups responsible for the ongoing assessment of the quality and reliability of results and deliverables. In addition, these experiences are complemented by the successful development and submission of research proposals and grants.

## Education

**Ph.D.,** Educational Research and Evaluation, University of Minnesota, Minneapolis, MN
**M.S.,** Mathematical and Applied Statistics, Rochester Institute of Technology, Rochester, NY
**B.S.,** Mathematics Education, Concord University, Athens, WV

## Professional Experience

| | | |
|---|---|---|
| **RPR Consulting**<br>*Dover, NH* | President | 2004 – Present |
| **IMPAQ International, LLC**<br>*Columbia, MD* | Managing Director | 2015 – 2018 |
| **Sanametrix, LLC**<br>*Washington, DC* | VP, Research and Analysis | 2014 – 2015 |
| **ICF International**<br>*Fairfax, VA* | Corporate Officer and Vice President | 2011 – 2014 |
| **Woodrow Wilson National Fellowship Foundation**<br>*Princeton NJ* | Director, Evaluation & Research Program | 2008 – 2009 |
| **Arlington Public Schools**<br>*Arlington, VA* | Evaluation Specialist | 2006 – 2008 |
| **Peterson's,** then a part of the **Thomson Corporation**<br>*Princeton, NJ* | Senior Core Management Team & Vice President | 1998 – 2004 |
| **Educational Testing Service**<br>*Princeton, NJ* | Program Administrator | 1993 – 1998 |
| **University of Rochester**<br>*Rochester, NY* | Senior Research Associate | 1989 – 1993 |
| **Westat, Inc.**<br>*Rockville, MD* | Senior Research Associate | 1986 – 1989 |

**ED 000669**

**InterAmerica Research Associates**          Senior Research Associate                    1980 – 1986
*Washington, DC*

## Selected Project Experience

### Independent Evaluation of the Systematic Alien Verification for          2015 – 2019
### Entitlements (SAVE) Program
*US Department of Homeland Security, United States Citizenship and Immigration Services*
The Systematic Alien Verification for Entitlements (SAVE) Program is a verification system designed to confirm the immigration status of individuals applying for certain federally funded public benefits. On behalf of the Department of Homeland Security, this project effort is conducting an independent evaluation of SAVE to inform: (1) understanding how the SAVE program is implemented by user agencies in terms of business processes, staff training, and staff perceptions of SAVE's value, and (2) the experience of benefit applicants such as refugees/asylees in terms of interaction between agency staff and applicants, and case resolution when applicant records require correction. [**Project Role**: *Project Director/Technical Consultant]*

### National Implementation of the Medicare CAHPS Fee for Service Survey          2015 -- 2018
*Centers for Medicare & Medicaid Services, U.S. Department of Health and Human Services*
In support of the Centers for Medicare and Medicaid Services (CMS) the *Medicare Consumer Assessment of Healthcare Providers and Systems* (CAHPS) survey of beneficiaries enrolled in the fee-for-service (FFS) Medicare program was conducted. The survey was conducted via mail with telephone follow-up with 275,000 Medicare beneficiaries annually. [**Project Role**: Corporate Officer]

### Civil Rights Data Collection (CRDC)          2014 -- 2015
*U.S. Department of Education (ED)*
The CRDC is a valuable source of information about access to educational opportunities in our nation's public schools. The CRDC collects a variety of information including, student enrollment and educational programs and services, most of which is disaggregated by race/ethnicity, sex, limited English proficiency and disability. Data are required to be collected from every public school and school district in the country to respond to both the 2013-14 CRDC and the 2015-16 CRDC. [**Project Role**: Project Director]

### National Youth Risk Behavior Survey (YRBS)          2011 -- 2014
*Centers for Disease Control and Prevention*
The National Youth Risk Behavior Survey (YRBS) is a biennial school-based survey of health risk behavior in nationally representative, cross-sectional samples of 12,000–16,000 male and female students in grades 9–12. Separate estimates are developed for white, black non-Hispanic and Hispanic students by grade/gender. The YRBS has been conducted for more than 20 years and is considered the premiere comprehensive survey for measuring health risk behavior among high school students. [**Project Role**: *Corporate Officer]*

### National Youth Tobacco Survey (NYTS)          2011 -- 2014
*Centers for Disease Control and Prevention*
Since its inception in 1999, the National Youth Tobacco Survey (NYTS) was designed to provide baseline and progress measurement toward meeting the *Healthy People 2010* goals for reducing tobacco use among youth and for evaluating certain national initiatives related to tobacco use reduction by youth. The NYTS is a biennial school-based survey of tobacco use behavior, attitudes, and knowledge in nationally representative, cross-sectional samples of 20,000–35,000 male and female students in grades 6–12. Separate estimates are developed for white, black non-Hispanic and Hispanic students by grade/gender. [**Project Role***: Corporate Officer]*

### Association of American Universities/Association of Graduate Schools Project for Research on Doctoral Education
*Association of American Universities (AAU)*          1989 – 1998
While employed at the University of Rochester and the Educational Testing Service (ETS), Dr. Russo directed a national research program funded by 55+ prominent research institutions. The program focused on the development of a multi-institutional, multi-year longitudinal database that facilitated policy analyses and research on graduate education.

Research themes included studies of time-to-degree, retention and completion rates, and participation levels of women and minorities in doctoral degree programs. [**Project Role**: *Project Director*]

**Council of Graduate School/Graduate Record Examination Annual Survey of Graduate Enrollment**          1996 – 1998
*Graduate Record Examination (GRE) Board*
This program conducted an annual survey of graduate enrollment and degrees of approximately 680 higher education institutions who are members of the Council of Graduate School (CGS). The survey resulted in an annual report that documented trends in national and international graduate student enrollments and degrees by field. [**Project Role**: *Project Director*]

**The National Education Longitudinal Study (NELS) of 1988**          1988 – 1989
*U.S. Department of Education*
As a subcontractor, Westat, Inc. conducted the school survey of 1,250 principals and teacher survey of 5,800 eighth grade teachers for this national longitudinal study of 28,000 eighth grade students. [**Project Role**: *Westat Project Director*]

**Evaluation of Home-Based Option in Head Start**          1987 – 1989
*U.S. Department of Education*
This project encompassed the design and collection of questionnaire data from 500 Head Start programs and interview data acquired through eight site visits, as well as the analysis and reporting of results. [**Project Role**: *Senior Technical Advisor*]

**Strategies for Assessing Bilingual Vocational Training Programs**          1985 – 1986
*U.S. Department of Education*
This evaluation was designed to complete a series of site visits and develop an evaluation handbook. [**Project Role**: *Senior Technical advisor*]

**Redesign of an Integrated Postsecondary Data Collection System**          1982 – 1984
*U.S. Department of Education*
This project encompassed the redesign and consolidation of the Department's postsecondary data reporting systems that encompassed the Non-Colligate Postsecondary Education Survey, the Higher Educational General Information System, and the Vocational Education Data System. *[**Project Role**: Project Director]*

**A National Assessment of State Methodology and Data Quality in Reporting Vocational Education Data System Mandated by Public Law 94-482**          1980 – 1981
*U.S. Department of Education*
This project designed and implemented a national assessment of State data collection and reporting systems developed by States to provide vocational education data required by Federal law. [**Project Role**: *Project Director*]


## Academic Teaching Appointments

| | | |
|---|---|---|
| **Rider University** | Adjunct Professor | *Lawrenceville, NJ* |
| **Virginia Polytechnic Institute<br> & State University** | Adjunct Professor | *Blacksburg, VA* |
| **George Washington University &<br>Marymount University** | Adjunct Professor | *Washington, DC* |
| **Rochester Institute of Technology<br>National Technical Institute for the Deaf** | Instructor | *Rochester, NY* |

ED 000671

## Technical & Language Skills

American Sign Language (Intermediate proficiency)
Microsoft Office Products
SPSS/SAS Statistical Packages (Intermediate proficiency)

## Honors and Awards

Vocational Education Leadership Development Award (National Fellowship)
Phi Delta Kappa

## Education Research & Consulting, Inc.

May 16, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I am writing to express my commitment to serve as a national expert in the area of K-4 mathematics for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. Alarmingly, there are often large discrepancies between the prevailing practices among math teachers promoted in math education training and professional development programs and the scientific bases of learning. My work is primarily focused on equipping and assisting systems to implement evidence-based practices to teach mathematics more effectively grades K-12. My scholarly and applied work has been primarily in the area of elementary math and especially developing the structures of multi-tiered systems of support (MTSS) in mathematics as a framework for improving math performance systemwide. I have built, evaluated, and scaled screening measures, classwide math intervention, diagnostic assessments and individual interventions, program evaluation, and implementation science related to math MTSS.

In their needs-sensing with regional, state, and local stakeholders in the region, RMC Research has identified the need for and is proposing technical assistance projects focused on K-4 mathematics.

I look forward to the opportunity to offer my expertise to the highly qualified team RMC Research has assembled for the Gulf Comprehensive Center and their state, regional, and local clients and recipients as they design and deliver these proposed projects.

I wish you success with your proposal.

Sincerely,

Amanda M. VanDerHeyden, Ph.D.
President, Education Research & Consulting, Inc.
Founder, SpringMath (www.springmath.com)
Faculty Affiliate Wheelock College of Education, Boston University
amandavande@gmail.com
251-300-0690

ED 000673

## Amanda M. VanDerHeyden (BRIEF VITA)

**EDUCATION**
Ph.D., Louisiana State University, 2001. Psychology.
      Specialization in School Psychology and Applied Behavior Analysis. Major Professor, Joe Witt, Ph.D

**CURRENT POSITION**
**Education Research and Consulting, Inc.**, President. Daphne, AL
Founder/Developer of www.interventionadviser.com now SpringMath www.springmath.com. Holder of copyright and pending patent on IP driving SpringMath.

Web Profiles
https://www.springmath.org/amanda-vanderheyden
https://scholar.google.com/citations?user=hQ21cDoAAAAJ&hl=en
https://www.researchgate.net/profile/Amanda-Vanderheyden

**SELECTED CURRENT BOARD SERVICE**
- Scientific Advisor to "Collaborative Research: A Multi-Lab Investigation of the Conceptual Foundations of Early Number Development" funded by National Science Foundation, Division of Research in Learning, 4-year project beginning 2022.
- Scientific Advisor to University of Arizona, Chandler. *Addressing Learning Loss and the Social Emotional Needs of Arizona Students Through Multi-Tier Systems of Supports.* 4-year project beginning Fall 2022.

**SELECTED HONORS**
- Honorable mention for article of the year, *School Psychology*, 2022.
- Invited to present to Gates K-12 Mathematics team. November 1, 2018. Seattle, WA.
- Kirk Award Article of the Year, *Learning Disabilities Research & Practice*, 2016
- 2013 Recipient of the *Midwest Instructional Leadership Consortium Discovery Award for Distinction in Educational Research.* September 30, 2013, Minneapolis, MN.
- Article of the Year for *Journal of School Psychology*, 2007
- Lightner-Witmer Division 16 American Psychological Association Early Career Award Winner in 2006.
- Honorable Mention Article of the Year, *Journal of School Psychology*, 2006

**ASSOCIATE EDITOR**
*School Psychology Review*, 2010 – 2015 (guest AE 2020)
*School Psychology*, guest AE 2020
*Assessment for Effective Intervention*, 2008-2010
*Journal of Behavioral Education*, 2005-2008

**GUEST EDITOR**
*Communique* (National Association of School Psychologists), Math series, 2021-2022
*School Psychology Review,* Special issue on Return on Investment, volume 49 (4) Fall 2020
*Assessment for Effective Intervention,* Special issue on Response to Intervention, volume 35 (4) Fall 2006
*School Psychology Review*, Special issue on Early Childhood/Early Intervention, volume 32 (4) Fall 2006

**CURRENT EDITORIAL BOARD SERVICE for 7 JOURNALS**

**AD HOC REVIEWER and PAST BOARD SERVICE for 13 JOURNALS**

**SELECTED PUBLICATIONS (from more than 100 publications)**
1. Barrett, C. A., Johnson, L. J., Truckenmiller, A. J., & **VanDerHeyden, A. M.** (2023). Comparing the Cost–Accuracy Ratios of Multiple Approaches to Reading Screening in Elementary Schools. *Remedial and Special Education*, *0*(0). https://doi.org/10.1177/07419325231190809

2. Codding, R. S., **VanDerHeyden, A. M.,** & Chehayeb, R. (2023). Comparing the impact of aligned and misaligned instructional tactics on appropriate & challenging instructional targets. Manuscript accepted for publication at *Remedial and Special Education*. https://doi.org/10.1177/07419325231194354

3.  **VanDerHeyden, A. M.,** & Solomon, B. (2023). The limits of accuracy and why fluency is a superior metric. *School Psychology,* 38(3), 160-172. https://doi.org/10.1037/spq0000528

4.  Hollins-Sims, N. Y., Codding, R. S., & **VanDerHeyden, A. M.** (2022). The Science of Math -- Inclusion, Opportunity, and Social Responsibility. *Communique, 50(6),* 1, 31-34.

5.  **VanDerHeyden, A. M.,** Codding, R., & Solomon, B. G. (2022). Reliability of Computer-Based CBMs Versus Paper/Pencil Administration for Fact and Complex Operations in Mathematics. *Remedial and Special Education.* https://doi.org/10.1177/07419325221079851

6.  Peltier, C., **VanDerHeyden, A. M.,** & Hott, B. L. (2022). Strategies to help students solve addition and subtraction word problems. *Beyond Behavior, 31,* 29-41. https://doi.org/10.1177/10742956211072260

7.  Solomon, B., G., **VanDerHeyden, A. M.,** Solomon, E. C., Korzeniewski, E. R., Payne, L. L., Campaña, K. V., & Dillon, C. R. (2022). Mastery Measurement in Mathematics and the Goldilocks Effect. *School Psychology, 37,*213-224. https://doi.org/10.1037/spq0000496. Honorable mention article of the year 2022.

8.  **VanDerHeyden, A. M.,** Codding, R. S., Martin, R., Desai, S., Maki, E., & McKevett, N. (in submission). Use of a web-based mathematics intervention tool to promote implementation and student learning. Manuscript submitted for publication. Under Revision.

9.  **VanDerHeyden, A. M.,** Burns, M. K., Peltier, C., & Codding, R. S. (2021). The Science of Math – The Importance of Mastery Measures and the Quest for a General Outcome Measure. *Communique, 50* (5), p. 1.

10. **VanDerHeyden, A. M.,** Hughes, E., & Codding, R. S. (2021). The science of math and classwide math intervention. *Communique, 50* (4), p. 1.

11. Barrett, C. A., Gadke, D., & **VanDerHeyden, A. M.** (2020). At What Cost? Introduction to the Special Issue Return on Investment for Academic and Behavioral Assessment and Intervention. *School Psychology Review, 49,* 1-12.

12. Barrett, C. A., & **VanDerHeyden, A. M.** (2020). A cost-effectiveness analysis of classwide math intervention. *Journal of School Psychology, 80,* 54-65. https://doi.org/10.1016/j.jsp.2020.04.002

13. **VanDerHeyden, A. M.,** & Codding, R. S. (2020). Belief-Based Versus Evidence-Based Math Assessment and Instruction: What School Psychologists Need to Know to Improve Student Outcomes. Research-Based Practice; *Communique, 48 (5),* p. 1, 20-25. Selected for the Marshall Memo.

14. **VanDerHeyden, A. M.,** Broussard, C., & Burns, M. K. (2019). Classification agreement for gated screening in mathematics: Subskill mastery measurement and classwide intervention. *Assessment for Effective Intervention.* https://doi.org/10.1177/1534508419882484

15. **VanDerHeyden, A. M.,** & Broussard, C. (2019). Construction and Examination of Math Subskill Mastery Measures. *Assessment for Effective Intervention.* https://doi.org/10.1177/1534508419883947

16. **VanDerHeyden, A. M.,** & Burns, M. K., (2019). Commentary: Improving decision making in school psychology: Making a difference in the lives of students, not just a prediction about their lives. *School Psychology Review, 47,* 385-395. https://doi.org/10.17105/SPR-2018-0042.V47-4

17. **VanDerHeyden, A. M.,** Codding, R., Martin, R. (2017). Relative value of common screening measures in mathematics. *School Psychology Review, 46,* 65-87. https://doi.org/10.17105/SPR46-1.65-87

18. Codding, R., **VanDerHeyden,** Martin, R. J., & Perrault, L. (2016). Manipulating Treatment Dose: Evaluating the Frequency of a Small Group Intervention Targeting Whole Number Operations. *Learning Disabilities Research & Practice, 31,* 208-220. https://doi.org/10.1111/ldrp.12120. Kirk Award for Best Research Article of the Year from the Division of Learning Disabilities of the Council for Exceptional Children.

19. Burns, M. K., Peterson-Brown, S., Haegele, K., Rodriguez, M., Schmitt, B., Braum, M., Clayton, K., Hutcheson, S., Conner, C., Hosp, J., & **VanDerHeyden, A. M.** (2016). Meta-analysis of academic interventions derived from neuropsychological data, *School Psychology Quarterly, 31,* 28-42. https://doi.org/10.1037/spq0000117

20. **VanDerHeyden, A. M.,** Burns, Brown, Shinn, Kukic, Gibbons, Batsche, & Tilly (2016). Four steps to implement RTI correctly. *Education Week*, January 6, 2016. Selected for the Marshall Memo.

21. **VanDerHeyden, A. M.** & Codding, R. (2015). Practical effects of classwide mathematics intervention. *School Psychology Review, 44,* 169-190. http://dx.doi.org/10.17105/spr-13-0087.1

22. **VanDerHeyden, A. M.** (2013). Universal screening may not be for everyone: Using a threshold model as a smarter way to determine risk. *School Psychology Review, 42*, 402-414.

23. **VanDerHeyden, A. M.,** McLaughlin, T., Algina, J., & Snyder, P. (2012). Randomized evaluation of a supplemental grade-wide mathematics intervention. *American Education Research Journal*, 49, 1251-1284. https://doi.org/10.3102/0002831212462736

24. **VanDerHeyden, A. M.,** Broussard, C., Snyder, P., George, J., LaFleur, S. M., Williams, C. (2011). Measurement of kindergartners' understanding of early mathematical concepts. *School Psychology Review, 40*, 296-305.

25. **VanDerHeyden, A. M.** (2011). Technical adequacy of RtI decisions. *Exceptional Children, 77,* 335-350. https://doi.org/10.1177/001440291107700305

26. **VanDerHeyden, A. M.** (2010). Determining early mathematical risk: Ideas for extending the research. Invited commentary in *School Psychology Review, 39*, 196-202.

27. **VanDerHeyden, A. M.,** & Burns, M. K. (2009). Performance indicators in math: Implications for brief experimental analysis of academic performance. *Journal of Behavioral Education, 18,* 71-91. https://doi.org/10.1007/s10864-009-9081-x

28. **VanDerHeyden, A. M.,** & Burns, M. K. (2008). Examination of the utility of various measures of mathematics proficiency. *Assessment for Effective Intervention, 33*, 215-224. https://doi.org/10.1177/1534508407313482

29. **VanDerHeyden, A. M.,** Witt, J. C., & Gilbertson, D. A (2007). Multi-Year Evaluation of the Effects of a Response to Intervention (RTI) Model on Identification of Children for Special Education. *Journal of School Psychology, 45,* 225-256. http://dx.doi.org/10.1016/j.jsp.2006.11.004 . Article of the year 2007.

30. **VanDerHeyden, A. M.,** Broussard, C. & Cooley, A. (2006). Further development of measures of early math performance for preschoolers. *Journal of School Psychology, 44,* 533-553. Honorable mention for article of the year in 2006. https://doi.org/10.1016/j.jsp.2006.07.003

31. Burns, M. K., **VanDerHeyden, A. M.,** & Jiban, C. (2006). Assessing the instructional level for mathematics: A comparison of methods. *School Psychology Review, 35*, 401-418.

32. **VanDerHeyden, A. M.** & Witt, J. C. (2005). Quantifying the context of assessment: Capturing the effect of base rates on teacher referral and a problem-solving model of identification. *School Psychology Review, 34*, 161-183.

33. **VanDerHeyden, A. M.,** & Burns, M. K. (2005). Using curriculum-based assessment and curriculum-based measurement to guide elementary mathematics instruction: Effect on individual and group accountability scores. *Assessment for Effective Intervention*, 30, 15-31. https://doi.org/10.1177/073724770503000302

34. **VanDerHeyden, A. M.,** Broussard, C., Fabre, M., Stanley, J., Legendre, J., & Creppel, R. (2004). Development and validation of curriculum-based measures of math performance for four-year old children. *Journal of Early Intervention, 27*, 27-41. https://doi.org/10.1177/105381510402700103

**ED 000676**

35. **VanDerHeyden, A. M.**, Witt, J. C., & Naquin, G. (2003). Development and validation of a process for screening referrals to special education. *School Psychology Review, 32*, 204-227.

## SELECTED BOOK CHAPTERS

36. **VanDerHeyden, A. M.,** & Peltier, C. J. (2023). Best practices in school applications of the science of math. In P. Harrison, S. Proctor, & J. Grimes (Eds.). *Best Practices in School Psychology, 7th Edition, Volume 2* (pp. 253-264). Bethesda, MD: National Association of School Psychologists.

37. Miciak, J., Farmer, R. L., **VanDerHeyden, A**. (in press). Academic assessment. In M. Axelrod & S. Hupp (Eds.), *Investigating school psychology: Pseudoscience, Fringe Concepts, and Controversies.* New York: Routledge.

## SELECTED POLICY GUIDANCE

38. **VanDerHeyden, A. M.,** & von der Embse, N. (2021). Update to Considerations for Academic and Mental Health Supports Upon the Return to School. National Association of School Psychologists, Ask the Experts Series.

39. **VanDerHeyden, A. M.** (2020). Considerations for Math Intervention Upon the Return to School. National Association of School Psychologists, Ask the Experts Series. https://www.nasponline.org/resources-and-publications/resources-and-podcasts/covid-19-resource-center/return-to-school/considerations-for-math-intervention-upon-the-return-to-school

40. **VanDerHeyden, A. M.** (2020). Considerations for Academic Screening Upon the Return to School. National Association of School Psychologists, Ask the Experts Series. https://www.nasponline.org/resources-and-publications/resources-and-podcasts/covid-19-resource-center/return-to-school/considerations-for-academic-screening-upon-the-return-to-school

41. **VanDerHeyden, A. M.** (2020). Considerations for Academic Assessments and Interventions Upon the Return to School, Ask the Experts Series. National Association of School Psychologists. https://www.nasponline.org/return-to-school-academic

## SELECTED EDITED HANDBOOKS and AUTHORED BOOKS from 10 Books

42. VanDerHeyden, A. M., & Muyskens, P. (2023). Supporting Math MTSS through SpringMath. Your Guide to Driving Math Mastery. https://www.springmath.org/sites/default/files/2023-04/Supporting_Math_MTSS_through_SpringMath_Guide_0223_Final_Web.pdf

43. Ysseldyke, J., Chaparro, E., & **VanDerHeyden, A. M.** (2022). *Assessment in Special and Inclusive Education, 14th edition*. Pro-Ed.

44. Kovaleski, J., **VanDerHeyden, A. M.,** Runge, T., Zirkel, P., & Shapiro, E. (2022). *The RtI Approach to Evaluating Learning Disabilities, 2nd Edition*. NY: Guilford.

45. Jimerson, S. Burns, M., & **VanDerHeyden, A. M.** (2016). *Handbook of Response to Intervention, 2nd Edition.* New York, NY: Springer. (740 pp.)

## SELECTED PODCASTS
VanDerHeyden, A. M. (2023). The science of math with Amanda VanDerHeyden. A. Stokke's Chalk & Talk, Episode 3. March 25, 2023. https://podtail.com/en/podcast/chalk-talk-2/ep-3-the-science-of-math-with-amanda-vanderheyden/

VanDerHeyden, A. M. (2022). Curriculum-based measures for math calculations for ed diagnosticians. May 6, 2022. Hosted by M. Pater-rov.
**https://www.clubhouse.com/room/maWble2K?utm_medium=ch_room_xerc&utm_campaign=o2gqup145d-S3J2Qbv7M6g-180878**

ED 000677

**VanDerHeyden, A. M.** ( 2022). The Science of Math. G. Ashman's podcast, March 7, 2002.
https://www.podbean.com/ew/pb-cangs-11c637c

**VanDerHeyden, A. M.** & Burns, M. K. (2022). School Psyched Podcast, Episode 151: Progress Monitoring, Data, and Expected Growth. https://www.youtube.com/live/6EQIcLDeDIs?feature=share

**VanDerHeyden, A. M.** (2022). Practice Update: How to Use MTSS for Better Results. Podcast recorded at NASP, February 27, 2022. https://apps.nasponline.org/resources-and-publications/podcasts/player.aspx?id=335

**VanDerHeyden, A. M.** (2021). The passion and science of math with Amanda VanDerHeyden. Homework is Stupid podcast. February 7, 2021. https://www.homeworkisstupid.com/blog/the-passionandscienceofmath

**VanDerHeyden, A. M.** (2021). SPP 110: Hitting the Ground Running Next School Year with Dr. VanDerHeyden. Episode 110 of the School Psyched Podcast. Recorded: August 16, 2020. https://youtu.be/uvsoKMT8T0o

**VanDerHeyden, A. M.** (2020). SPP 106: The Science of Math. Episode 106 of the School Psyched Podcast. Recorded: June 7, 2020. https://youtu.be/3IuCyDlgqtA

**VanDerHeyden, A. M.,** & Codding, R. S. (2020). Belief-based versus Evidence-based practices in math assessment and intervention: What School Psychologists Need to Know to Improve Student Outcomes. Research-Based Practice. Episode 13, 5 parts, on PaTTANpod. Produced by the PA DOE. Released: March 2, 2020. https://www.youtube.com/watch?v=XCe0JXKeQIg

**VanDerHeyden, A. M.** (2019). Matching intervention to Students' needs. Episode 24 on PaTTANpod. Produced by the PA DOE. Released: August 12, 2019. https://youtu.be/5p2zR4nkbs4

**VanDerHeyden, A. M.**  SPP 81: Why Do School Psychologists Cling to Ineffective Practices? Let's Do What Works. Episode 81 of the School Psyched Podcast. Recorded: March 17, 2019.
https://youtu.be/NuHBZ2i68_E

## RECENT INVITED KEYNOTES AND FEATURED PRESENTATIONS

Stollar, S., & **VanDerHeyden, A. M.** Focusing on the core: Key features of MTSS for reading and math. Fargo, ND June 12, 2023.

**VanDerHeyden, A. M.** PaTTAN Science of Math conference. Two sessions: Core instruction in mathematics. Math assessment. June 14, 2023.

**VanDerHeyden, A. M.** EdWeek K-12 Essentials Forum: Math. May 25, 2023.

**VanDerHeyden, A.M.** University of Arizona at Chandler, two live guest lectures to school psychology graduate students. Eight presentations to local school districts using SpringMath as part of University of Arizona grant.

**VanDerHeyden, A. M.** (2021-2022) 3-part series for VT Association of School Psychology (Oct 2022, Jan 2023; March 2023): Screening with VanDerHeyden & Stollar; Classwide intervention with VanDerHeyden & Burns; Individual intervention and determining eligibility using RTI with VanDerHeyden & Runge.

**VanDerHeyden, A. M.** The RTI Approach to Evaluating Learning Disabilities. Keynote for Washington Administrators Improving Multi-Tiered Systems (AIMS). Tacoma, Washington, March 1, 2023.

**VanDerHeyden, A. M.,** Burns, M. K., & Runge, T. Tier 1.5: Class-Wide Intervention in Reading, Writing, and Math. NASP, Denver, CO, 2023.

Solomon, B., **VanDerHeyden, A. M.,** & Payne, L. Mastering Math: Innovations in Assessment to Inform Instruction. NASP, Denver, CO, 2023.

Speaker series & research week keynotes in 2023: Vanderbilt University, Tulane University, Mississippi State University

Guest lectures in 2022-2023: University of Minnesota, Appalachian State University, University of Arizona at Chandler, University of Oregon.

**VanDerHeyden, A. M.** (2022). Scientific Bases of Mathematics Instruction: Avoiding Myths, Embracing Evidence, & Advancing Student Learning. Think Forward Educators Australia.

**VanDerHeyden, A. M.** (2022). Working in Math MTSS: The opportunities and the challenges. Keynote to participants in Spencer, M. Addressing Learning Loss and the Social Emotional Needs of Arizona Title 1 Schools: Use of a School Psychology Graduate Student Training Model to Implement Multi-Tier Systems of Supports. University of Arizona at Chander. Chandler, Arizona, September 28, 2022.

Guest lectures in 2020-2021: New York State University at Albany, University of Oklahoma, University of Arkansas, University of Alabama, Kent State University.

**VanDerHeyden, A. M.** (2021). Lessons learned in 15 years of MTSS. Keynote at Branching Minds MTSS Summit.

**VanDerHeyden, A. M.** (2022). The science of math: MTSS & eligibility. Breakout session to Dyslexia Beyond Awareness: Focusing on the Science of Reading, May 13, 2022.

**VanDerHeyden, A. M.,** & Hasbrouk, J. (2021). The Science of Reading, Science of Math, MTSS, and Equity (LS013). Live session at Annual Meeting of National Association of School Psychologists. February 25, 2021.

**VanDerHeyden, A. M.** (2021). Lessons learned from 15 years of RtI/MTSS: Meeting the needs of all learners. AASA (The School Superintendent's Association). February 18, 2021.

**VanDerHeyden, A. M.** (2020). Adoption of new technologies in schools. China Annual Conference for International Education. October 27, 2020.

**VanDerHeyden, A. M.** (2020). New York State RTI Leaders. Approaches to instruction to handle the new normal: Preparing teachers for back to school. November 18, 2020.

**VanDerHeyden, A. M.** (2020-2021). International MTSS Online Forum Series. Three dates (October, January, April). Data-Based Decision Making in MTSS. How to Set Your Own Cutscores for Reading Screening. How to Set Your Own Cutscores for Math Screening. Live Data Consults to School Systems.

**VanDerHeyden, A. M.** (2020-2021). National Association of School Psychologists "Ask the Experts" Series (4 sessions): Screening, Classwide Intervention, Back-to-School interview and updates.

**VanDerHeyden, A. M.** (2019). Making the Case for RtI in International Schools: Understanding Core Philosophy and Science Challenges. Opening Keynote at the RtI for International Schools Summit, Inaugural conference. Singapore. October 24, 2019.

Ysseldyke, J., Reschly, D., & **VanDerHeyden, A. M.** (2019). Stop and think: Why do what doesn't work? National Association of School Psychologists. Atlanta, GA. February 28, 2019.

**VanDerHeyden, A. M.** (2018). What might artificially intelligent mathematics intervention look like in schools? Gates Foundation, K-12 math team. Seattle, WA. November 1, 2018.

**VanDerHeyden, A. M.** (2017). Multi-Tiered Systems of Support: Considerations & Adaptive Leadership. Keynote to State Personnel Development Grant Annual Meeting (SPDG). Washington, DC.

**SCHOOL OF EDUCATION AND HUMAN SCIENCES**

The University of Alabama at Birmingham

June 15, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

It is my pleasure to offer the highest level of endorsement for the application submitted by the RMC Research Corporation to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For over a decade, RMC Research has been providing quality support to educational services in this region. Through their work at various levels, RMC has established strong relationships with numerous clients. Furthermore, to meet the diverse needs inherent within any given project, RMC has assembled an extraordinary team of talented staff and partners who have skills, attitudes, and attributes needed to implement small- and large-scale projects.

Although I realize that RMC has led efforts across a wide spectrum of professional fields, I will speak only to their work in my field, which is teaching English to speakers of other languages (TESOL) and preparing teachers for effectively teaching multilingual learners in P-12 schools. My work in Alabama over the past two decades has placed me in an opportune position to endorse RMC. After a long overseas career, I repatriated in 2003 to direct a federal ESL grant at the University of Alabama at Birmingham (UAB). Shortly thereafter, I entered UAB's first tenure-track position in English Learner Education and began coordinating UAB's new master's degree for ESOL certification—the second such program in Alabama. We added tracks to the MAEd-ESL, created graduate certificates, and started an EdS-TESOL. Of our 891 alumni, many received tuition support through national professional development grants. Of nine grants awarded by the Office of English Language Acquisition, I was PI on five and Co-PI on four.

As director of the state's largest producer of ESOL-certified teachers, I have frequently been invited by the Alabama State Department of Education (ALSDE) to participate on task forces and collaborate in other endeavors. I was pleased and impressed when RMC began leading much-needed efforts across Alabama. Following are recent experiences that I have had with RMC staff and partners and that I believe can serve as positive models for future opportunities:

- From 2020-22, I participated on the Stakeholder Work Group for developing the ALSDE's *Framework for English Learner Success*, which targets improving the academic achievement of multilingual learners. During regularly scheduled meetings, I had the pleasure of working with several RMC staff and partners. I was impressed with how RMC team members interacted with SEA and LEA educators in answering questions and building capacity for them to reach the goals identified through this process.
- Following the roll-out of the *Framework for English Learner Success*, I have been impressed with how RMC has continued to provide guidance to the SEA Administrator of English Language Education, the SEA Education Specialist in English Language Education, and the SEA's team of 12 regional English Learner Specialists (on loan from LEAs across the state). With 12 of these 14 educators being UAB alumni, I am in a privileged position of often hearing firsthand about the wonderful work being implemented under the guidance from RMC staff and partners. I also keep updated on this progress by reading the SEA's quarterly English Learner newsletter, which,

**Department of Curriculum & Instruction**
**Education-Engineering Complex (EEC)**

Physical Address:    Mailing Address:
1150 10ᵗʰ Avenue South    1720 2nd Avenue South–EEC 206-B
Birmingham, AL 35233    Birmingham, AL 35294-4460
Tel 205-934-8357    www.uab.edu/ehs

**SCHOOL OF EDUCATION
AND HUMAN SCIENCES**

The University of Alabama at Birmingham

undoubtedly, is an outgrowth of positive self-directed advancements initiated by the SEA through ongoing support and guidance received from RMC.

- During the past two years, I have witnessed how the RMC has been guiding the ALSDE with applying ideas from research to make a difference. Of even greater importance is how RMC has guided the ALSDE in designing and conducting their own research on preparing teachers for effectively teaching multilingual learners through their internally developed model called High Quality Instruction and Assessment (HQIA). Though prepared for all school settings, the research settings for piloting this HQIA model are primarily in rural settings served by school districts unprepared for effectively teaching multilingual learners. The RMC's role in guiding the ALSDE with implementing and evaluating HQIA will undoubtedly have a long-lasting effect. From my perspective, this is evidence of how RMC *walks their talk*, that of using evidence to create positive change in education and, also, of helping clients generate and apply their own research for making a difference.

- As a university researcher, I have also reached out to RMC staff but, here, for their input on a study that I was conducting with a colleague who had worked for over 20 years at the University of Florida's College of Education. We were examining how English learner expertise has been (or not been) infused in initial elementary teacher preparation in our two states—Alabama and Florida. My Florida colleague and I were very pleased with the collaborative support provided by RMC, this being yet another example of how RMC promotes research for making a difference. These collaborative efforts led to the following publication:

  o De Jong, E., & Spezzini, S. (in press). Infusing ELL expertise in initial elementary teacher preparation: Alabama and Florida. In E. de Jong, E. Dwyer, and E. Wilson-Patton (Eds.), *English language learners in the Southeastern United States*. Lexington Books.

As with any endeavor, it is people that make a difference. Consequently, given the strong working relationship already established between RMC and the ALSDE as well as unparalleled outcomes from projects initiated and implemented during the most recent five-year period, I feel it is imperative to continue this relationship. Such continuity will ensure ongoing advancement with preparing Alabama teachers to provide effective instruction for multilingual P-12 learners and with promoting new innovative avenues in educator preparation. With RMC leading the reconfigured Region 6, the P-12 administrators and teachers across this tri-state region can be assured of receiving optimal support for implementing evidence-based practices in their classrooms and for working effectively with the school community. This will necessarily include guidance for administrators at school, district, and state levels for making data-based decisions to enhance the language development and academic achievement of multilingual learners.

For the reasons outlined above, I strongly endorse RMC's application.

Sincerely,

*Susan Spezzini*

Susan Spezzini, Ph.D.
Professor in English Learner Education
Director (2005-23), ESL Teacher Education Program

**Department of Curriculum & Instruction**
**Education-Engineering Complex (EEC)**

| Physical Address: | Mailing Address: |
| --- | --- |
| 1150 10th Avenue South—EEC 206-B | 1150 10th Avenue South—EEC 206-B |
| Birmingham, AL 35294 | Birmingham, AL 35294–4460 |
| Tel 205-934-8357 | www.uab.edu/education |

ED 000681

# Dr. Susan Kathriner Spezzini

1900 11th Street South; Birmingham, AL 35205
http://www.uab.edu/education/esl/susan-spezzini-phd
205-934-8357 spezzini@uab.edu

## EDUCATION

**Doctor of Philosophy** *(2002)*
University of Alabama, Tuscaloosa
Major: Curriculum and Instruction for English as a Second Language (ESL)
Minor: Educational Leadership
Advisors: Drs. Rebecca Oxford and Joyce Stallworth
Dissertation: *Students' bilingual voice at an American overseas school: Individual and sociocultural dimensions in the process of learning English and patterns of language use*

**Master of Arts in Teaching: German** *(1975)*
University of California, Berkeley

**Bachelor of Arts: Linguistics** *(1973)*
University of California, San Diego

**Teacher Certification**
Spanish, German, and ESOL: Alabama State Department of Education (ALSDE) *(2013-2024)*
Spanish, German, and Math: California Division of Teacher Credentialing *(1974-2019)*

## CURRENT ACADEMIC APPOINTMENT

**University of Alabama at Birmingham** *(2003-present)*
School of Education (SOE), Department of Curriculum and Instruction
Professor (tenured) of English Language Learner (ELL) Education *(2018-present)*
Teaching Responsibilities (course load): 6 graduate courses per academic year
Sabbatical: Spring 2021
Program Coordinator: Arts Education (2012-present) & Educational Studies (2018-present)
Single-Subject K-12 certification (Music and Visual Arts)
MAEd (traditional and alternative), and undergraduate degree (music only)
Educational Studies MAEd (Non-certification)
Program Coordinator of Pedagogical Studies Concentration (2016-24)
PhD *Ed. Studies in Diverse Populations*
Program Director of ESL Teacher Education (2006-23)
MAEd cert (traditional & alt.), dual cert (ESL w/Sp/Fr), & non-cert (TESOL)
EdS in TESOL: certification track and professional track
Associate Professor (tenured) of English Language Learner (ELL) Education *(2011-18)*
Teaching Responsibilities: Initial course load of 6 graduate courses per academic year
Program Director: Secondary Education 6-12 and Single-Subject K-12 *(2012-18)*
EdS, MAEd (traditional and alternative), and undergraduate degrees
Program Director: ESL Teacher Education *(2012-18)*
EdS, certification MAEd (traditional, alternative), and non-certification MA-TESOL
Program Coordinator (inaugural): Pedagogical Studies Concentration *(2016-18)*
PhD program *Educational Studies in Diverse Populations*
Program Coordinator: Teacher Leader EdS *(from 2012 until teach-out in 2017-18)*
Assistant Professor of English Language Learner (ELL) Education *(2005-2011)*
Teaching Responsibilities: Initial course load of 6 graduate courses per academic year
Program Coordination: ESL Teacher Education (certification and master's degree)
Director of Project EQUAL, USDE National Professional Development Grant *(2003-2005)*
Promoted ELL partnership with Shelby County Schools and provided EL prof. development
Delivered seminars to SOE faculty for infusing syllabi with ELL best practices

ED 000682

## FORMER POSITIONS

**American School of Asunción; Paraguay *(1988-2002)***

    Curriculum & Staff Development Coordinator *(1998-2002);* Assistant to Superintendent *(1993-98)*

        Participated on steering committee for SACS re-accreditation

        Introduced, promoted, and coordinated the Advanced Placement (AP) Program

        Represented school at events in Bolivia, Brazil, Chile, Paraguay, Uruguay, and U.S.

    Teacher *(1988-93):* Taught AP Spanish Language/Literature, Host Country Culture (grades 2-12),

        Spanish as Second Language (grades 2-12), English (grade 8), and Mathematics (grade 6)

**Centro Anglo-Paraguayo; Asunción, Paraguay *(1985-88)***

    Instructor and Assistant Director

        Taught beginning, intermediate, and advanced classes of English as a Foreign Language

        Conceptualized, implemented, and supervised the summer program and intensive courses

        Served as oral examiner for examinations from the University of Cambridge

**Peace Corps Volunteer; Paraguay *(1976-79)***

    Technical Coordinator *(1979).* Developed training modules for Peace Corps volunteers; San Lorenzo.

    Extension Agent/Teacher *(1977-78).* Organized/implemented 4-C Clubs and taught English; Itapúa.

    Linguist *(1976).* Studied Spanish/Guarani bilingualism in rural 1st grade classrooms; Guairá.


## OTHER PROFESSIONAL EXPERIENCES

**University of Alabama, Tuscaloosa *(2006-12)***

    Adjunct Instructor. College of Education's Overseas Master's Program

**University of Alabama at Birmingham *(2003-05)***

    Adjunct Instructor. School of Education and the Graduate School

**Catholic University of Asunción, Paraguay *(1998-2001)***

    Adjunct Instructor. Master's Program in Applied Linguistics

**University of Alabama, Tuscaloosa *(1996 & 1999)***

    Graduate Research Assistant for Dr. Liza Wilson

    Graduate Teaching Assistant, Foreign Language methods, for Dr. Jill Shearin

**University of Alabama, Tuscaloosa *(1994-2002)***

    Site Coordinator for Office of International Programs. Asunción, Paraguay

**California State University, Northridge *(1990)***

    Adjunct Instructor. Overseas Program, Paraguay

**National University of Asunción, Paraguay *(1980-2002)***

    Adjunct Instructor. School of Philosophy, Department of English

**University of California, Berkeley *(1974-75)***

    ESL Instructor. English Language Institute

    Graduate Teaching Assistant. German Department


## GRANTS

**U.S. Fulbright Scholar Award (Summer 2023):** $15,505 (includes $3,360 monthly stipend for 3 months plus funds for lodging, food, and other expenses) and round-trip airfare at about $1500.


**OTHER FEDERAL GRANTS (awarded): Principal Investigator (PI) and Author**

| Roles | Titles, Dates, and Topics | Funding Source | Amount |
|---|---|---|---|
| PI<br>(Jan. – Sept. 2022) | **IMPACT-PD** (2016-22)<br>Prepare pre-school educators statewide with effectively teaching emergent bilinguals | USDE Office of English Language Acquisition (OELA) | $2,568,726 |
| PI and Author<br>*[Co-PIs = J. Prado and K. Hill]* | **Project CREST** (2016-22)<br>Train educators in Etowah County, Gadsden, Attalla and St. James Catholic School to provide sheltered instruction to ELLs and promote family and community engagement. | OELA | $2,611,041 |

ED 000683

| PI and Author<br>*[Co-PI = J. Austin]* | **Etowah EDGE** (2012-18)<br>Training Etowah County educators to provide sheltered instruction to ELLs, especially STEM | USDE/OELA | $1,699,678 |
| PI and Author<br>*[Co-PI = J. Austin]* | **Southeast ECHO** (2012-18)<br>Training Enterprise City educators to provide sheltered instruction to ELLs, especially STEM | USDE/OELA | $1,699,909 |
| PI and Author<br>*[Co-PI = J. Austin]* | **Project HEART** (2007-13)<br>Training Homewood City teachers to provide sheltered instruction to ELLs | USDE/OELA | $1,124,291 |
| | **Total Awarded in Federal Grants as PI and Author** | | **$9,703,645** |

**FEDERAL GRANTS: Other Roles**

| Roles | Titles, Dates, and Topics | Funding Source | Amount |
| --- | --- | --- | --- |
| Co-PI & Co-Author<br>*[PI = J. Prado]* | **EMPOWER** (2022-2027)<br>Preparing educators in six partnering districts for effectively teaching ELLs and engaging families | USDE/OELA | $2,985,871 |
| Co-PI & Co-Author<br>*[PI = J. Austin]* | **Project SPEAK** (2012-18)<br>Training Jefferson County educators to provide sheltered instruction to ELLs, especially in STEM | USDE/OELA | $1,696,832 |
| Co-PI & Co-Author<br>*[PI = J. Austin]* | **Shelby STARS** (2007-13)<br>Training Shelby County educators to provide sheltered instruction to ELLs | USDE/OELA | $1,305,820 |
| Program Director<br>[PI = J. Austin] | **Project EQUAL** (2003-08)<br>Supporting language acquisition and academic achievement of ELLs in Shelby County | USDE/OELA | $1,347,654 |
| | **Total in Federal Grants with other Roles** | | **$7,336,177** |

**GRANTS AWARDED FROM NON-FEDERAL SOURCES**

| Roles | Titles, Dates, and Topics | Funding Source | Amount |
| --- | --- | --- | --- |
| PI and Author | **Bridging from Known to Unknown** (2009-10).<br>A comparison of learner outcomes before and after the incorporation of visual analogies | UAB Faculty Development: Scholarship of Teaching | **$ 4,956** |
| | **Total in Grants from non-federal sources** | | **$ 4,956** |

**GRANT APPLICATIONS (unfunded)**

PI and author: Submitted application to USDE/OELA for an NPD grant (April 2021) – TRANSCEND, proposed for $2,987,474: unfunded.

Co-PI and co-author (PI = J. Prado): Submitted application to USDE/OELA for an NPD grant (April 2021) – BLAZE, proposed for $2,980,801: unfunded.

PI and author: Submitted application to USDE/OELA for an NPD grant (April 2017) – EP-FACTOR, proposed for $2,748,034: unfunded.

Co-PI and co-author: Mentored and supported junior faculty (Dr. Kelly Hill and Dr. Josie Prado) in preparing and submitting grant applications to USDE/OELA for NPD grants (April 2017) - ACHIEVE, BLAZE, and CONNECT, proposed for a total of $8,015,833: unfunded.

PI and author: Submitted application to USDE/OELA for an NPD grant (February 2016) - Project COMET, proposed for $2,659,258: unfunded.

Co-PI and co-author: Mentored and supported junior faculty (Dr. Kelly Hill and Dr. Josie Prado) in preparing and submitting grant applications to USDE/OELA for NPD grants (February 2016) - Projects BLAZE, INSPIRE, PREPARE, and SUCCESS, proposed for a total of $10,385,098: unfunded.

PI and author: Submitted application to UAB Faculty Senate's Research Committee for a faculty development grant (February 2015) - *Oral English Intelligibility and Comprehensibility of Non-Native English Speaking Teachers,* targeted for $5,000: unfunded.

Co-PI and co-author: Submitted applications to USDE/OELA for NPD grants (May 2011) - Baldwin BUILD and Shelby FORGE, proposed jointly for $3,231,292: unfunded.

Co-PI and co-author: Submitted applications to USDE/OELA for NPD grants (2007) - Project CLIMBS and Project EXCELL, proposed for a total of $3,079,968: unfunded.


## RESEARCH AND SCHOLARSHIP

### Editing

Canese, V., & **Spezzini**, S. (Eds.). (2023). *Teaching English in global contexts: Language, learners, and learning.* Editorial de la Facultad de Filosofía, Universidad Nacional de Asuncion (UNA). 55 chapters written by 61 authors from 9 countries [Fulbright project]. Released by Creative Commons in November 2023 at https://books.google.com.py/books/about?id=D8rhEAAAQBAJ&redir_esc=y and published online in January 2024 at https://bit.ly/TEGC2023Website.


### Peer-reviewed Publications

Canese, V., & **Spezzini**, S. (forthcoming). Three decades of supporting English teachers in Paraguay: PARATESOL's new advocacy response. In K. M. Reynolds, G. Mendoza, D. Suarez, O. Effiong, & G. Kormpas, G. (forthcoming). *Decentering advocacy in English language teaching: Global perspectives and local practices* (pp. xx – xx). University of Michigan Press.

De Jong, E., & **Spezzini**, S. (in press). Infusing ELL expertise in initial elementary teacher preparation: Alabama and Florida. In E. de Jong, E. Dwyer, and E. Wilson-Patton (Eds.), *English language learners in the Southeastern United States*. Lexington Books.

**Spezzini**, S. (2023). Overview. In V. Canese & S. Spezzini (Eds.), *Teaching English in global contexts: Language, learners, and learning* (pp. 19-30). Editorial de la Facultad de Filosofía, Universidad Nacional de Asuncion. https://doi.org/10.47133/tegc_overview24

**Spezzini, S.** (2023). Strategies to teach speaking. In V. Canese & S. Spezzini (Eds.). *Teaching English in Global Contexts: Language, learners, and learning* (pp. 477-494). Editorial Facultad de Filosofía: UNA. https://doi.org/10.47133/tegc_ch40

**Spezzini**, S. (2023). Strategies to teach pronunciation. In V. Canese & S. Spezzini (Eds.), *Teaching English in global contexts, Language, learners, and learning* (pp. 525-551). Editorial Facultad de Filosofía, UNA. https://doi.org/10.47133/tegc_ch44

Prado, J., LaChenaye, J., Hodges, J., **Spezzini, S.,** & Austin, J. (2022). Relational mentoring and teacher motivation in an ESL master's program: A 5-year study in the context of cohorts and PLCs. *Mentoring & Tutoring: Partnership in Learning, 30*(4), 479-498. https://www.tandfonline.com/doi/full/10.1080/13611267.2022.2095118

Olmstead, S., Prado, J., & **Spezzini**, S. (2021). 10 years of reciprocal support: Teaching adult English learners and training MA-TESOL students. *MinneTESOL Journal*, 37*(2).*

**Spezzini, S.** (2021). Teaching applied phonology in a virtual classroom: Reimagining kinesthetic activities. *Nemityra Research Journal, 2*(2). 10-19.

Prado, J., **Spezzini, S.,** Harrison, M., Fraser Thompson, S., Ponder, J., & Merritt, P. (2020, June). Teacher educator and preservice teacher construct virtual internship through online writing class for post-secondary English learners. In R. E. Ferdig, E. Baumgartner, R. Hartshorne, R. Kaplan-Rakowski, & C. Mouza. (Eds.), *Teaching, technology, and teacher education during the COVID-19 pandemic: Stories from the field* (pp. 323-327). Association for the Advancement of Computing in Education (AACE). https://www.learntechlib.org/p/216903/.

Acar, S., & **Spezzini, S.** (2020, March). Pronouncing words in English that exist as loan words in Turkish: Preliminary findings from four Turkish-speaking English learners. *As We Speak*. TESOL International Association.

**Spezzini, S., &** Oxford, R. (2019, August). Oral L2 comprehensibility among English immersion learners when giving school speeches. *Nemityra Research Journal,* 1(1), 37-64.

ED 000685

**Spezzini, S.,** Franks, S., & Carter, D. (2018). Accent reduction vs. intelligibility. In M. Christison & C. Broady (Eds.), *Teaching Speaking and Pronunciation, Volume 3* (pp. 1597-1602), in J. I. Liontas (Editor-in-Chief), *The TESOL Encyclopedia of English Language Teaching*. Hoboken, NJ: John Wiley & Sons.

Franks, S., **Spezzini, S.,** & Prado, J. (2018). The Role of Speaking in Academic Language. In M. Christison & C. Broady (Eds.), *Teaching Speaking and Pronunciation, Volume 3* (pp. 1789-1794), in J. I. Liontas (Editor in Chief), *The TESOL Encyclopedia of English Language Teaching*. John Wiley & Sons.

**Spezzini, S.,** Barratt, L., & Carter, D. (2018). Pronunciation assessment. In C. Coombes (Ed.), *Assessment and evaluation, Volume 8* (pp. 5174-5180), in J. I. Liontas (Editor-in-Chief), *The TESOL Encyclopedia of English Language Teaching*. Hoboken, NJ: John Wiley & Sons.

**Spezzini, S.,** Austin, J., & Prado, J. (2015). "Why didn't anyone tell me this before?" In D. Freeman and Y. Freeman (Eds.), *Research on preparing inservice teachers to work effectively with emergent bilinguals*, (pp. 205-232), Volume 24 in S. Pinnegar (Series Editor), *Advances in Research on Teaching.* Bingley, UK: Emerald Group Publishing Limited.

**Spezzini, S.,** La Cross, L, & Austin, J. (2013). A doctoral student's shift from modified AAVE to Standard English: Evidence for taking a Language for Specific Purposes (LSP) approach. In L. Sanchez-Lopez (Ed.), *Scholarship and Teaching of Languages for Specific Purposes,* (pp. 99-108). ISBN 978-0-9860107-0-5.

Seay, S., **Spezzini, S.,** & Austin, J. (2013). Enhancing languages for specific purposes through interactive peer-to-peer oral techniques. In L. Sanchez-Lopez (Ed.), *Scholarship and Teaching of Languages for Specific Purposes,* (pp. 121-128). ISBN 978-0-9860107-0-5.

**Spezzini, S.,** & Becker, A. (2012). Summer book clubs for ELLs: Teacher collaboration for promoting academic achievement. In A. Honigsfeld & M. Dove (Eds.), *Co-Teaching and other collaborative practices: Rationale, research, reflections, and recommendations* (pp. 175-184). Information Age Publishing.

**Spezzini, S.,** & Austin, J. (2011). New teachers for new students: A teacher education program for the linguistically diverse. *Childhood Education 87*(5), 318-322.

**Spezzini, S.** (2010). Effects of visual analogies on learner outcomes: Bridging from the known to the unknown. *International Journal on the Scholarship of Teaching and Learning, 4*(2), 1-30. https://digitalcommons.georgiasouthern.edu/ij-sotl/vol4/iss2/11/

**Spezzini, S.** (2010). Children were punished: Not for what they said but for what their teachers heard. *Childhood Education, 86*(3), 130-131. http://images.magnetmail.net/images/clients/ACEI/attach/issues.pdf

**Spezzini, S.,** & Austin, J. (2010). Collaborative mentoring among K-12 teachers: Professional development on the effective instruction of English language learners. *AccELLerate! National Clearinghouse for English Language Acquisition, 2*(2), 11-13. http://www.ncela.us/files/uploads/17/Accellerate_2_2.pdf

**Spezzini, S.,** Austin, J., Abbott, G. & Littleton, R. (2009). Role reversal within the mentoring dyad: Collaborative mentoring on the effective instruction of English language learners. *Mentoring & Tutoring: Partnership in Learning, 17*(4), 297-315.

**Spezzini, S.** (2009). Fostering language in English language learners through grammaring and IPOTs. *Focus on Teacher Education, 9*(3). 5-6.

**Spezzini, S.** (2006). Helping English language learners with pronunciation. *Focus on Teacher Education, 7*(1). 3-4.

**Spezzini, S.** (2005). English immersion in Paraguay: Individual and sociocultural dimensions of language learning and use. In A. de Mejia (Ed.), *Bilingual Education in South America* (pp. 79-98). Clevedon UK: Multilingual Matters.

**Spezzini, S.** (2004). English immersion in Paraguay: Individual and sociocultural dimensions of language learning and use. *International Journal of Bilingual Education and Bilingualism, 7*(5). 412-31. http://www.tandfonline.com/toc/rbeb20/7/5

**Spezzini, S.,** & Oxford, R. (1998). Perspectives of pre-service foreign language teachers. *System, 26*(1), 65-76.

**Kathriner, S.** (1976). Teaching German through science, math and art. *Die Unterrichtspraxis, 9*(2). 100-108.

## Contributions in Monographs

ED 000686

Project Names: Shelby STARS and Project HEART. (2010). In C. Casteel & K.G. Ballantyne. (Eds.). *Professional Development in Action: Improving Teaching for English Learners,* (p. 111). Washington, DC: National Clearinghouse for English Language Acquisition. http://www.ncela.us/files/uploads/3/PD_in_Action.pdf

**Spezzini, S.,** & Austin, J. (2010). Collaborative mentoring among K-12 teachers: Professional development on the effective instruction of English language learners. In C. Casteel & K.G. Ballantyne. (Eds.). *Professional Development in Action: Improving Teaching for English Learners,* (pp. 29-31). Washington, DC: National Clearinghouse for English Language Acquisition. Available at http://www.ncela.us/files/uploads/3/PD_in_Action.pdf

**Book Reviews**

**Spezzini, S.** (2004, November). Review of Essential Linguistics: What you need to know to teach reading, ESL, spelling, phonics, and grammar, by D. E. Freeman & Y. S. Freeman, Portsmouth, NH: Heinemann, 2004. *Education Reviews.* http://edrev.asu.edu/index.php/ER/issue/view/82

**Manuscripts in Progress**

Canese, V., & **Spezzini, S**. (in progress). An open-access collaborative textbook experience: A duoethnographic study of teaching English in global contexts (Chapter 14). In R. A. Mora & L. J. Penton Herrera (Eds.), *Latin American chronicles: Autoethnographic insights into innovative English language teacher education.* [This edited volume is being prepared for the **Critical Approaches and Innovations in Language Teacher Education** series by Bloomsbury with Bedrettin Yazan as Series Editor.]

Sexton, B., & **Spezzini, S**. (in progress). Partnering hands-on realia and graphic organizers with the 9-1-1 paragraph in science classrooms: Key for English learners to improve their writing.

**Spezzini, S.,** Franks, S., & Prado, J. (in progress). Featuring NNEST fluency through phonological and acoustic analyses.

**Conference Proceedings**

**Spezzini, S.,** & Austin, J. (2013, March). SOTL implications from a longitudinal study of a site-based teacher certification program. Paper presented at 7th Scholarship of Teaching & Learning Commons. Savannah, GA. https://digitalcommons.georgiasouthern.edu/sotlcommons/SoTL/2013/49/

**Spezzini, S.** (2010). *Visual analogies in a graduate course: Student perceived learning outcomes.* 3rd Scholarship of Teaching and Learning Commons. Statesboro, GA. https://digitalcommons.georgiasouthern.edu/sotlcommons/SoTL/2010/39/

**Spezzini, S.** (2009). *Visual analogies for enhancing the scholarship of teaching and learning.* 2nd Scholarship of Teaching and Learning Commons. Statesboro, GA. https://digitalcommons.georgiasouthern.edu/sotlcommons/SoTL/2009/51/

**Technical Reports as Author**

*Submitted to the UAB Graduate School for submission to the Alabama Council of Graduate Deans*

Proposal for the SOE's *Teaching English as an Additional Language* (TEAL) graduate certificate to receive the Alabama Advanced, Specialized Skills, Education, and Training (AL-ASSET) designation; presented on October 25, 2023 at a meeting of the Alabama Council of Graduate Deans and approved as responding to the Governor's mandate to offer specialized training for the workforce.

*Submitted to the U.S. Peace Corps*

Proposal for a Peace Corps Coverdell Fellows program at the School of Education in conjunction with the Sparkman Center for Global Health (submitted 2014 and 2019, approved 2015 and reapproved 2019.

Proposal for a Peace Corps Master's International program at the School of Education (submitted 2012, approved Spring 2013).

*Submitted to the U.S. Department of Education Office of English Language Acquisition (OELA)*

Annual Performance Report for ESL grant – Project CREST (2017, 2018, 2019, 2020, 2021, 2022).

ED 000687

Application for 12-month No Cost Extension for CREST and IMPACT—approved (2022).
Application for 12-month No Cost Extension for Southeast ECHO and Etowah EDGE—approved (2017).
Annual Performance Reports and Complete Data Reports for the ESL grants - Southeast ECHO and Etowah
     EDGE (2013, 2014, 2015, 2016).
Final Report for the ESL grants - Project HEART and Shelby STARS (2013).
Annual Performance Reports for ESL grants - Project HEART and Shelby STARS (2008, 2009, 2010, 2011).
Final Report for the Project EQUAL grant (2008).
Annual Performance Reports for Project EQUAL grant (2003, 2004, 2005, 2006).

*Submitted to Alabama Commission on Higher Education (ACHE) and UA Board of Trustees (all approved)*

Information Items for EdS MAEd-ESL to be fully online program (2022).
Bill for Alabama's Seal of Biliteracy, signed by Governor Kay Ivey (April 6, 2022)
Proposal (author) of Graduate Certificate "Teaching English as an Additional Language" (2022).
Alteration to EdS-TESOL for fully online and for name change of non-cert track (2021-22).
Proposal (co-author) of Graduate Certificate "Teaching Multilingual Learners" (2018-19).
Proposal for non-cert MAEd in Educational Studies with five concentrations (2018).
Proposal for EdS in TESOL with two concentrations: non-certification (online) and certification (2017-18).
Notification of Intent to Submit Proposal (NISP) for creating an EdS degree program in TESOL (2017).
Notification of Intent to Submit Proposal (NISP) for non-certification MAEd in Educational Studies (2017).
Information Item for changing name of the International Track to TESOL in the MAEd/ESL program (2017).
Post-Implementation Report to ACHE highlighting accomplishments during the five years since the ESL
     Master's program had been implemented (submitted 2016 and approved 2016).
Proposal for a New Graduate Degree Program—Master of Arts in Education for Teaching English as a
     Second Language, with three tracks (submitted 2009-10 and approved March 2011).

*Submitted to the Alabama State Department of Education (ALSDE)*

Application for UAB and AMTESOL to jointly offer a Professional Learning Unit (PLU) for school
     administrators on effectively serving English Learners (submitted 2015 and 2019; approved and
     reapproved).
Proposal for a new major in the Educational Specialist degree: Class AA certification in English as a Second
     Language (submitted June 2011 and approved 2012).
Proposal for dual-certification majors (ESL/Spanish and ESL/French) within the traditional and alternative
     MAEd/ESL program (submitted June 2011 and approved 2012).

*Prepared for use by UAB School of Education*

Documents for seeking reaccreditation from CAEP relative to the state's CIEP process for initial teacher
     certification in Spanish and French (Fall 2021)
Application for National Recognition of the MAEd/ESL program's initial ESL teacher certification, from the
     Commission for the Accreditation of Educator Preparation (CAE) programs, through the Specialized
     Professional Association (SPA) process with TESOL; prepared and submitted in March 2018 and
     September 2019, and awarded in February 2020.
Information Packet for prospective applicants to the Pedagogical Studies concentration of the Educational
     Studies in Diverse Populations (ESDP) PhD program (2017).
edTPA Assessment Plan in ESL, to serve as model for other programs in UAB's SOE (2015).
Continuous Improvement Educator Preparation (CIEP) report for ESL certification, to serve as model for
     other teaching programs in UAB's SOE (2015).
Information Packets for applicants to C&I programs - Alternative Master's, Traditional Master's, and
     Educational Specialist (initially prepared in Fall 2012 and updated annually).
Selected sections on the UAB SOE Institutional Report for reaccreditation from NCATE (2013).
Operations Manual for ESL Teacher Education program, including grants from USDE/OELA (2010).
ESL Teacher Education Program: Self-study report for Site Visit Review by the National Council for
     Accreditation of Teacher Education (2005).

*Prepared for use by INTO UAB and by UAB's former English Language Institute (ELI)*

ED 000688

Pathway Programs (Standard and Accelerated) for non-certification master's degree in TESOL, Early
Childhood Education, and Special Education (2016).
Teachers-in-Training section on the ELI's application for initial accreditation from the Commission on
English Language Program Accreditation (2013 and 2018).


**Service Publications (non-refereed)**

**Spezzini, S**. (2020, August). Letter from the Past Chair. *SPLIS Newsletter, TESOL International.*
**Spezzini, S**. (2020, March). Letter from the Chair. *SPLIS Newsletter, TESOL International.*
**Spezzini, S**. (2019, August). Letter from the Chair. *SPLIS Newsletter, TESOL International.*
**Spezzini, S**. (2019, February). Letter from the Chair-Elect. *SPLIS Newsletter, TESOL International.*
**Spezzini, S**. (2009, Spring). SETESOL conference: A glance. *AMTESOL News, 27*(1). 7.
**Spezzini, S**. (2009, February). Southeast regional TESOL draws attendees from 25 states. *TESOL Affiliate
News*.
**Spezzini, S.** (2005, Fall). Thinking ahead to graduate student research days, *UAB Graduate School
Newsletter*.
**Spezzini, S.** (2002). The rainbow as a metaphor for language learning. *Paraguay TESOL Newsletter*. 14-16.
**Spezzini, S.** (1995, September). Stamp my card, please. *TESOL Affiliate News, 4*(2). 8.
**Spezzini, S.** (1993, December). Graduate courses in education from the University of Alabama. *Guarani
News*. Asunción, Paraguay.
**Spezzini, S.** (1991, April). No passports needed. *International Schools Services NewsLinks, 10*(5).


## INVITED PRESENTATIONS AT PROFESSIONAL CONFERENCES

**Keynote**

**Spezzini, S.** (2019, October). Helping English learners overcome pronunciation difficulties. Keynote
presented at the annual Louisiana TESOL conference's PACE Day for K-12 educators.
**Spezzini, S.** (2011, February). Reflections on the past, gateways to the future. Keynote presented at the
annual conference for the Alabama Association of Foreign Language Teachers; Montevallo, AL.
**Spezzini, S.** (2010, October). Promoting oral interaction among language learners. Closing keynote
presented at the Literacy Council's 2nd annual conference for volunteer ESOL instructors;
Birmingham, AL.
**Spezzini, S.** (2009, October). Welcome to the world of ESOL! Opening keynote presented at the Literacy
Council's inaugural conference for volunteer ESOL instructors; Birmingham, AL.
**Spezzini, S.** (2001, July). Student perspectives on second language learning at a bilingual school. Keynote
(in Spanish) presented at the International Symposium on Bilingualism and Bilingual Education;
Asunción, Paraguay.


**National and International Level**

**Spezzini, S**. (2021, May). Lessons learned from Pandemic-inspired hybrid teaching. Participated on panel
presented during Paratesol Town Hall. Asuncion, Paraguay.
**Spezzini, S**. (2019, March). Nexus for career advancement: The education specialist degree. Organized panel
(12 panelists) at the 53rd annual TESOL International Association convention. Atlanta, GA.
**Spezzini, S.** (2013, March). Interactive peer-to-peer oral techniques. Panel presented at the Special Interest
Section on Elementary Education at the 47th annual Teachers of English to Speakers of Other
Languages (TESOL) International Convention. Dallas, TX.
**Spezzini, S.** (2012, March). Teacher education for pronunciation teaching in intensive English programs.
Panel session presented in the InterSection (Special Interest Sections on Teacher Education,
Intensive English Programs, and Speech/Pronunciation/Listening) roundtable, at the 46th annual
International TESOL Convention. Philadelphia, PA.
**Spezzini, S.,** & Austin, J. (2012, March). Using interactive techniques to enhance educators' cultural
competencies. Paper presented at the K-12 Dream Day pre-conference institute at the 46th annual
International TESOL Convention. Philadelphia, PA.

Spezzini, S. (2011, March). Cross-cultural interaction styles and teacher education. Panel session presented in the InterSection (Teacher Education and Intercultural Communication Interest Sections) roundtable, Effectively working with the "intercultural" in the ESOL classroom, at the 45th annual TESOL Convention. New Orleans, LA.

Spezzini, S. (2010, March). One-on-one professional development. Session presented in the Teacher Education-led InterSection roundtable, Features and application of successful professional development and post-certification programs, at the 44th annual TESOL convention. Boston, MA.

Austin, J., Cate, J., Metheny, A., Platt, H., & Spezzini, S. (2009, March). ESL and mainstream teachers collaborating effectively for ELL academic success. Panel session in the Teacher Education Interest Section-led InterSection (Teacher Education, Secondary Schools, and Elementary Education) at the 43rd annual TESOL convention. Denver, CO.

Spezzini, S. (2008, September). Faculty professional development in ESL best practices at IHEs. Panel organized and chaired as part of the USDE/OELA National Professional Development strand at the annual Southeast TESOL (SETESOL) regional conference. Birmingham, AL.

## Regional Level

Edmonds, L., Prado, J., & Spezzini, S. (2023, January). Write grants to help fulfill your critical mission in ESL. Pre-conference institute at the annual Alabama-Mississippi TESOL (AMTESOL) conference, Huntsville, AL.

Spezzini, S. (2020, January). Bringing the Seal of Biliteracy to Mississippi and Alabama. Organizer and Lead Presenter of a 7-member national panel. Pre-conference institute at the annual AMTESOL conference. Auburn, AL.

Spezzini, S. (2019, October). Using interactive techniques to enhance educators' cultural competencies. Paper presented at the annual Louisiana TESOL conference's PACE Day for K-12 educators.

Spezzini, S. (2019, October). Circles and Lines: Keep 'em Talking. Paper presented at the annual Louisiana TESOL conference's PACE Day for K-12 educators.

Spezzini, S., & Earley, M. (2015, October). Do you hear what I hear? Paper presented at K-12 Dream Day at the annual SETESOL conference. New Orleans, LA.

Spezzini, S. (2009, September). Strategies for effective oral interaction in the classroom. Pre-Conference Institute presented at the annual SETESOL conference. Atlanta, GA.

Spezzini, S. (2009, September). A mouthful of vowels. Paper presented at the annual conference of the Tennessee Association of Professional Interpreters and Translators (TAPIT). Nashville, TN.

Spezzini, S. (2008, September). It's not what you say, but how you say it! Paper presented at the annual TAPIT conference. Nashville, TN.

Snyder, K., & Spezzini, S. (2008, September). Rx for treating persistent pronunciation ailments. Pre-Conference Institute presented at the annual SETESOL conference. Birmingham, AL.

Spezzini, S. (2008, September). Strategies for effective oral interaction in the classroom. Pre-Conference Institute presented at the annual SETESOL conference. Birmingham, AL.

Spezzini, S. (2007, June). Helping ELLs overcome difficulties in perceiving and producing English phonemes. Paper presented at the annual Mid-South Reading conference. Birmingham, AL.

Spezzini, S. (2006, June). Helping ELLs overcome difficulties in perceiving and producing English phonemes. Paper presented at the annual Mid-South Reading conference. Birmingham, AL.

## Local and State Level

Spezzini, S. (2022, September). Panel: Where are we going with the Alabama Seal of Biliteracy? Language Study Rising Workshop sponsored by the American Association of Teachers of Spanish and Portuguese and Birmingham Southern College

Spezzini, S. (2021, January). Do you Hear What I Hear? Alabama Leaders Advocating for English Learners, 2nd annual conference. Tuscaloosa, AL.

Spezzini, S. (2020, January). Seal of Biliteracy. Alabama Leaders Advocating for English Learners, inaugural conference. Pelham, AL.

Spezzini, S. (2017, January). Interactive peer-to-peer oral techniques (IPOTs). Pre-conference workshop presented at the annual Alabama-Mississippi TESOL (AMTESOL) conference. Hattiesburg, MS.

**Spezzini, S.,** (2016, February). Introduction to second language acquisition. *School Administrators' Strand*. Paper presented at the annual AMTESOL conference. Orange Beach, AL.

Earley, M., & **Spezzini, S.** (2015, January). Do you hear what I hear? Pre-conference institute presented at the annual AMTESOL conference. Tuscaloosa, AL.

**Spezzini, S**. (2014, October). *Grammaring* and IPOTs: A dynamic duo. Presented at The Literacy Council's ESOL Educators' Conference. Birmingham, AL.

**Spezzini, S**. (2013, October). Going on a language learning journey. Presented at The Literacy Council's ESOL Educators' Conference. Birmingham, AL.

**Spezzini, S.** (2010, January). Strategies for effective oral interaction in the classroom. Pre-Conference Institute presented at the annual AMTESOL conference. Oxford, MS.

**Spezzini, S.** (2010, January). Strategies for success. Paper presented at the annual Alabama-Mississippi TESOL (AMTESOL) conference. Oxford, MS.

**Spezzini, S.** (2010, January). Welcome to the world of ESL. Paper presented at the annual AMTESOL conference. Oxford, MS.

**Spezzini, S.** (2009, July). Interactive peer-to-peer oral techniques. Paper presented at the annual Adult Educators Conference sponsored by the Post-secondary Division of the Alabama State Department of Education. Birmingham, AL.

**Spezzini, S.** (2006, November). Guiding ELLs to school success. Paper presented at the Alabama State Association for Physical Education, Health, Recreation, and Dance conference. Birmingham, AL.

**Spezzini, S.,** Harvey, J., Elechi, O., & Dutton, K. (2006, February). Helping ELLs overcome difficulties in perceiving and producing English phonemes. Paper presented at the Alabama Federation of the Council for Exceptional Children conference. Birmingham, AL.

**Spezzini, S.** (2004, March). Learning and interactional styles across cultures. Paper presented at the Alabama Educators' Association conference. Birmingham, AL.


## PEER-REVIEWED PRESENTATIONS AT PROFESSIONAL CONFERENCES

### National and International Level

**Spezzini, S.,** Canese, V., Prado, J., & Mendoza, G. (2024, March). Global collaboration of creative commons book for EFL teacher preparation. 57th annual TESOL International Association convention. Tampa.

Canese, V., **Spezzini, S.,** Diaz Maggioli, G., & Dean-Fastnacht, G. (2024, March). Strategies for using online open textbooks in EFL teacher education. 57th annual TESOL International Association convention. Tampa.

**Spezzini, S**. (2023, November). Perspectives of ESL resource teachers about using this book to support in-service teachers in Alabama and Georgia (USA). Paraguayan Congress of Applied Linguistics (virtual). Asuncion, Paraguay.

Canese, V., & **Spezzini, S.** (2023, November). Preparation of language teachers for global contexts: Publishing an open access textbook. Paraguayan Congress of Applied Linguistics (virtual).

**Spezzini, S**. Canese, V., Ortiz, C., Roca, A., & Dean-Fastnacht, G. (2023, November). Organizer and moderator of Panel 18—Using chapters from the book, *Teaching English in Global Contexts: Language, Learners and Learning.* Paraguayan Congress of Applied Linguistics (virtual).

Canese, V., & **Spezzini, S.** (2023, September). Becoming a global teacher: Creating communities to learn about language. Paraguay TESOL Conference (virtual). Asuncion, Paraguay.

Canese, V., & **Spezzini, S.** (2023, June). Teaching English in global contexts: Language, learners, and learning. AR-TESOL Conference (hosting Latin America/Caribbean Group). Salta, Argentina.

Canese, V., **Spezzini, S.,** Diaz Maggioli, G., Barratt, L., Mendoza, G., & Algren, M. (2023, March). Organizer and Panelist: Open-Access ELT College Textbooks for Preservice EFL Teacher Preparation. 56th annual TESOL International Association convention. Portland.

**Spezzini, S.,** Prado, J., & Edmonds, L. (2022, March). Write grants to inspire your teaching and empower your classroom. 55th annual TESOL International Association convention. Pittsburgh.

**Spezzini, S.**, (2022, March). Pronunciation teaching goes virtual: Kinesthetic activities to empower your English learners. 55th annual TESOL International Association convention. Pittsburgh.

Spezzini, S., Sardegna, V., & Hegelheimer, S. (2021, November). Preparing teachers to teach English pronunciation skills. Panel presented online at the 2nd Paraguayan Applied Linguistics Congress. Asuncion, Paraguay.

Hill, K., **Spezzini, S.,** Weber, M., Burchett, J., & Rose, P. (2021, March). Enhancing Oral Language in PK-8. Paper presented online as part of the *EEIS/SPLIS Intersection*. 55th annual TESOL International Association convention.

**Spezzini, S**. (2020, November). Redesigning the applied phonology course for a virtual classroom: Kinesthetic activities to enhance learning. Paper presented online at the 1st National Applied Linguistics Congress. Asuncion, Paraguay.

Prado, J., Earley, M., & **Spezzini, S.** (2020, April-virtual). Learning Design to Design Learning: An Exploratory Study of Teacher Educators Developing their Online Teaching Presence. Society for Information Technology and Teacher Education (SITE).

**Spezzini, S**. (2019, March). Collaboration across nine TESOL affiliates. Participated in the Affiliate Colloquium: The influence of collaboration initiatives on TESOL communities. 53rd annual TESOL International Association convention. Atlanta, GA.

**Spezzini, S**. (2019, March). It's not what English Learners said but what others heard. Paper presented within Intersection *Helping Young Learners Overcome English Pronunciation Challenges* at the 53rd annual TESOL International Association convention. Atlanta, GA.

Franks, S., **Spezzini, S.,** & Prado, J. (2018, March). Sustaining linking words in dialogue: Linking theory and practice. Paper presented at the 52nd annual International TESOL Convention. Chicago, IL.

**Spezzini, S.,** & Prado, J. (2017, November). Promoting parent, family engagement in an English learner consortium project. Poster presented at the National Professional Development Directors' Meeting, Office of English Language Acquisition, U.S. Department of Education. Washington, D.C.

**Spezzini, S**. (2017, March). Equal partners – equal opportunities: Alabama-Mississippi TESOL affiliate partnership. TESOL International Affiliate Leadership Colloquium at the 51st International TESOL Convention. Seattle, WA.

Franks, S., Prado, J., & **Spezzini, S.** (2017, March). Phonological processes and fluency of NNESTs. Paper presented at the 51st International TESOL Convention. Seattle, WA.

**Spezzini, S.,** Prado, J., Hill, K., & Earley, M. (2016, October). Serving English learners across Alabama: Making a difference! Poster presented at the National Professional Development Directors' Meeting, Office of English Language Acquisition, U.S. Department of Education. Washington, D.C.

Earley, M., **Spezzini, S.,** & Prado, J. (2016, April). Empowering K-12 administrators to become EL advocates. Paper presented at 50th annual International TESOL Convention. Baltimore, MD.

Franks, S., **Spezzini, S.,** & Prado, J. (2016, April). Prosodic syllable lengthening of NNESTs and their L2 experiences. Paper presented at 50th annual International TESOL Convention. Baltimore, MD.

Prado, J., Franks, S., & **Spezzini, S.**, (2016, April). Reflections of NNESTs: Linking languages, cultures, and identities. Paper presented at 50th annual International TESOL Convention. Baltimore, MD.

**Spezzini, S.,** Prado, J., & DeRocher, L. (2016, April). Collaborative initiative by three institutions: Preparing ELLs for community college. Paper presented at 50th annual International TESOL Convention. Baltimore, MD.

**Spezzini, S.,** Seay, S., & Prado, J. (2015, March). Redesigning programs and clinical experiences: Bridging theory to practice. Paper presented at 49th annual International TESOL Convention. Toronto, ON, Canada.

DeRocher, L., **Spezzini, S.,** & Prado, J. (2015, March). Adult learners in community-based ESL classes: *Keep 'em comin'*. Paper presented at 49th annual International TESOL Convention. Toronto, ON, Canada.

**Spezzini, S.,** & Austin, J. (2014, March). Exploring development of a new track within ELT master's program. Paper presented at 48th annual International TESOL Convention. Portland, OR.

**Spezzini, S.,** & Austin, J. (2013, March). SOTL implications from a longitudinal study of a site-based teacher certification program. Paper presented at 7th annual Scholarship of Teaching & Learning (SoTL) Commons. Savannah, GA.

**Spezzini, S.,** & Austin, J. (2013, March). Longitudinal effects of a site-based ESL teacher certification program. Paper presented at 47th annual International TESOL Convention. Dallas, TX.

ED 000692

**Spezzini, S.**, Austin, J., & Seay, S. (2012, April). Enhancing language for specific purposes (LSP) through interactive peer-to-peer oral techniques (IPOTs). Workshop presented at the first International Symposium on Languages for Specific Purposes (ISLSP). Birmingham, AL.

**Spezzini, S.,** Anderson, L., & Austin, J. (2012, April). A doctoral student's shift from modified AAVE to Standard English: Evidence for taking an LSP approach. Paper presented at the first ISLSP. Birmingham, AL.

**Spezzini, S.** (2012, March). A SIOP tale: From experiencing to implementing. Paper presented at the 46th annual International TESOL Convention. Philadelphia, PA.

**Spezzini, S.,** & Austin, J. (2011, March). SOTL outcomes in a distance-delivery master's degree program. Paper accepted for the 4th annual SOTL Commons. Statesboro, GA. [accepted but unable to attend]

**Spezzini, S.** (2010, March). Visual analogies: Student perceptions of learning outcomes. Paper presented at the 3rd annual SOTL Commons. Statesboro, GA.

**Spezzini, S.,** & Anderson, L. (2010, March). A doctoral student's journey from modified AAVE to standard English when giving an academic presentation. Paper presented at the annual conference of the American Association for Applied Linguistics (AAAL). Atlanta, GA.

**Spezzini, S.,** Austin, J., & Abbot, G. (2009, April). Collaborative mentoring for the effective instruction of ELLs: Mainstream teachers mentoring mainstream teachers. Paper presented at the annual meeting of the American Education Research Association. San Diego, CA.

**Spezzini, S.** (2009, April). Visual analogies for enhancing the scholarship of teaching and learning. Paper presented at the 2nd annual SOTL Commons. Statesboro, GA.

**Spezzini, S.** (2008, May). Using symbols to bridge from the known to the unknown. Paper accepted for The Teaching Professor Conference. Kissimmee, FL. [could not attend]

**Spezzini, S.,** & Austin, J. (2008, April). Awakening cross-cultural awareness. Paper presented at the 42nd annual TESOL convention. New York, NY.

**Spezzini, S.** (2008, April). Pre-service teacher education in ESL best practices. Paper presented at the national conference on Teaching Science to Hispanic ELLs in the Southeast. Tuscaloosa, AL.

Snyder, K., & **Spezzini, S.** (2008, March). Remedies for ELLs' persistent pronunciation ailments. Poster session presented at the annual Association of Children Education International (ACEI) conference. Atlanta, GA.

**Spezzini, S.,** & Austin, J. (2006, January). Transformation of mainstream teachers into ESL mentors. Paper presented at the 35th annual conference of the National Association of Bilingual Education (NABE). Phoenix, AZ.

**Spezzini, S.,** & Austin, J. (2005, April). From mainstream teacher to ESL mentor. Paper presented at the 39th annual TESOL convention. San Antonio, TX.

Austin, J., & **Spezzini, S.** (2005, January). Interactive strategies for fostering linguistic and academic growth of 6th–12th grade ELLs. Paper presented at the 34th annual NABE conference. San Antonio, TX.

Smith, J., & **Spezzini, S.** (2004, February). Spanish-speaking students challenged through AP's vertical approach. Paper presented at the 33rd annual NABE conference. Albuquerque, NM.

**Spezzini, S.**, & Oxford, R. (2003, May). Immersion learners' dual language use at an American overseas school. Paper presented at the 4th International Symposium on Bilingualism. Tempe, AZ.

**Spezzini, S.** (2003, March). Immersion students' voice regarding dual language use. Paper presented at the 37th annual TESOL convention. Baltimore, MD.

**Spezzini, S.** (2003, March). Activities for fostering students' bilingual self-awareness. Post-Conference Institute presented at the 37th annual TESOL Convention. Baltimore, MD.

**Spezzini, S.,** & Oxford, R. (2003, March). Immersion L2 usage: Issues of identity, gender, and ethnicity. Paper presented at the annual AAAL conference. Arlington, VA.

**Spezzini, S.** (2002, November). Activities for fostering students' bilingual self-awareness. Paper presented at the annual conference of the European Council of International Schools (ECIS). Berlin, Germany.

**Spezzini, S.** (2002, November). Designing and implementing a school-wide advanced placement program. Paper presented at the annual ECIS conference. Berlin, Germany.

**Spezzini, S.** (2002, November). Student perspectives on language learning at the American School of Asunción. Paper presented at the annual ECIS conference. Berlin, Germany.

**Spezzini, S.** (2002, April). Activities for fostering students' bilingual self-awareness. Paper presented at the 36th annual TESOL convention. Salt Lake City, UT.

**Spezzini, S.** (2000, October). Enhanced acquisition of language skills: Fostering students' self-awareness of their bilingualism. Paper presented at the annual conference of the American Schools in South America (AASSA). Sao Paulo, Brazil.

**Spezzini, S.** (1995, August). Reinforcing grammatical structures through creative writing. Paper presented at the 1st biennial Southern Cone Regional TESOL convention. Montevideo, Uruguay.

**Spezzini, S.** (1995, August). Bilingualism and the bilingual individual. Paper presented at the 1st biennial Southern Cone Regional TESOL convention. Montevideo, Uruguay.

**Spezzini, S.** (1995, April). A real life formula for writing compositions. Paper presented at the 28th annual TESOL convention. Long Beach, CA.

**Spezzini, S.** (1995, March). Difficulties encountered by Spanish speakers when learning English. Paper presented at the annual AASSA conference. Montevideo, Uruguay.

**Spezzini, S.** (1994, July). The bilingual individual. Paper presented at the 4th annual Brazil TESOL conference. Riberao Preto, Sao Paulo, Brazil.

**Spezzini, S,** (1994, July). A 1-2-3 formula for writing exam compositions. Paper presented at the 4th annual Brazil TESOL Conference. Riberao Preto, Sao Paulo, Brazil.

**Spezzini, S.** (1987, July). A 1-2-3 real life formula for teaching composition. Paper presented at the 2nd biennial conference of the Latin American British Cultural Institutes. Rio de Janeiro, Brazil.

## Regional Level

**Spezzini, S.** (2023, November). Fulbright and Creative Commons: Preparing preservice EFL teachers in global contexts. Paper presented at the annual Regional Southeast TESOL (SETESOL) conference. Myrtle Beach, SC.

**Spezzini, S.,** Prado, J., & Edmonds, L. (2022, October). Funding to promote equity: A grant workshop. Paper presented at the annual SETESOL conference. Richmond, VA.

**Spezzini, S.** (2021, October). Using kinesthetic activities online for helping ELs overcome pronunciation difficulties. Paper presented at the annual SETESOL conference. Atlanta, GA.

**Spezzini, S.** (2019, November). Writing Grants: A Time of Empowerment for TESOL Educators. Round table presented at the annual SETESOL conference. Orlando, FL.

**Spezzini, S.** (2019, November). Interactive peer-to-peer oral techniques: Strategies for effective classroom interaction. Paper presented at the annual Louisiana TESOL conference.

**Spezzini, S.** (2019, November). Tips on helping English learners with their pronunciation challenges. Paper presented at the annual Louisiana TESOL conference.

Franks, S., **Spezzini, S.,** & Prado, J. (2017, October). Transforming lives through connected speech: Linking theory and practice. Paper presented at the annual SETESOL conference. Birmingham, AL.

**Spezzini, S.** (2017, October). Preparing all educators for effectively serving English learners. Moderator of panel with 11 education faculty members at the annual SETESOL conference. Birmingham, AL.

**Spezzini, S.,** (2017, March). Bridging communities: School administrators taking action for ELs. Paper presented at the annual Tennessee TESOL conference. Memphis, TN.

**Spezzini, S.,** & Earley, M. (2016, October). Introduction to phonology and ELL pronunciation errors. Paper presented at the annual SETESOL conference. Louisville, KY.

**Spezzini, S.,** DeRocher, L., & Prado, J. (2015, October). Tri-institutional college prep writing course for generation 1.5 students. Paper presented at the annual SETESOL conference. New Orleans, LA.

Prado, J., Franks, S., & **Spezzini, S.** (2015, October). NNEST voices: Empowerment through languages, cultures, and identities. Paper presented at the annual SETESOL conference. New Orleans, LA.

Earley, M., & **Spezzini, S.** (2014, October). Do you hear what I hear? Paper presented at the annual SETESOL conference. Rogers, AR.

**Spezzini, S.,** & Olmstead-Wang, S. (2013, November). Developing a new track within an existing ESL master's program. Paper presented at the annual SETESOL conference. Myrtle Beach, SC.

**Spezzini, S.,** & Austin, J. (2012, September). Ten years later: Ongoing effects from an ESL teacher certification program. Paper presented at the annual SETESOL conference. Knoxville, TN.

**Spezzini, S.** (2011, October). A SIOP tale: First as a learner, then as a teacher. Paper presented at the annual SETESOL conference. Richmond, VA.

**Spezzini, S.,** & Austin, J. (2010, September). Creating conditions for one-on-one professional development. Paper presented at the annual SETESOL conference. Miami, FL.

Austin, J., & **Spezzini, S.** (2007, November). Building bridges among cultures. Paper presented at the annual SETESOL conference. Louisville, KY.

**Spezzini, S.,** & Austin, J. (2006, November). Transforming teachers into ESL mentors through a school/university partnership. Paper presented at the annual conference of the MidSouth Educational Research Association (MSERA). Birmingham, AL.

**Spezzini, S** (2005, September). The transformation of mainstream teachers into ESL mentors. Paper accepted for the annual MSERA Conference; Baton Rouge, LA. [canceled: Hurricane Katrina].

**Spezzini, S.,** & Austin, J (2005, September). Using interactive strategies to promote comprehensible output. Paper presented at the annual SETESOL conference. Myrtle Beach, SC.

Smith, J., & **Spezzini, S.** (2004, March). Spanish-speaking students challenged through AP's vertical approach. Paper presented at the annual conference of the Southern Council on Language Teaching. Mobile, AL.

Austin, J., **Spezzini, S.,** & Smith, J. (2003, September). School-university partnership for system-wide support of ELLs. Paper presented at the annual SETESOL conference. New Orleans, LA.

**Spezzini, S.** (1999, November). Student talk and group identity at an overseas bilingual school. Paper presented at the annual SETESOL conference. Birmingham, AL.

**Spezzini, S.** (1999, November). Lines and circles: Communicative activities embedded within action research. Paper presented at the annual SETESOL conference. Birmingham, AL.

**Local and State Level**

**Spezzini, S.,** Montiel, S., Valtierra, L., & Hatley, M. (2024, July: accepted). Seal of biliteracy for supporting college, career, and workforce readiness: Voices from the field. Paper accepted for MEGA. Mobile.

**Spezzini, S.** (2024, January). Teaching English in global contexts. Paper presented at the annual Alabama-Mississippi TESOL (AMTESOL) conference, Tupelo, MS.

**Spezzini, S.** (2023, January). Promoting and implementing the Seal of Biliteracy. Paper presented at the annual AMTESOL conference, Huntsville, AL.

**Spezzini, S.,** & Prado, J. (2022, January). Reach out and across for grants that empower your teaching. Paper presented at the annual AMTESOL conference. Jackson, MS.

**Spezzini, S.** (2021, January). Redesigning pronunciation teaching for a virtual classroom: Reimagining kinesthetic activities. Paper presented at virtual AMTESOL conference.

**Spezzini, S.,** & H. Grimes. (2020, January). Alabama leaders advocating for English learners. Paper presented at the annual AMTESOL conference, Auburn, AL.

**Spezzini, S.,** Chou, A., & Maunsell, M. (2019, July). Seal of Biliteracy: Celebrating bilingualism and enhancing career options. ALSDE's annual MEGA conference. Mobile, AL.

**Spezzini, S.** (2018, October). Advocating for English learners in Alabama's Black Belt. Poster presented at the annual AMTESOL conference. Oxford, MS.

**Spezzini, S.** (2018, October). Promoting English Learners' Language Development through Interactive Peer-to-peer Oral Techniques (IPOTs). Paper presented at the annual MEGA conference. Mobile, AL.

Oxford, R. & **Spezzini, S.** (2017, January). Promoting peace in ESL teaching: Insights and classroom activities. Paper presented at the annual AMTESOL conference. Hattiesburg, MS.

**Spezzini, S.** (2016, July). Do you hear what I hear? Paper presented at the ALSDE's annual MEGA conference. Mobile, AL.

Franks, S., **Spezzini, S.,** & Prado, J. (2016, February). Length of English vowels produced by nonnative English speaking teachers. Paper presented at the annual AMTESOL conference. Orange Beach, AL.

**Spezzini, S.,** Prado, J., & Seay, S. (2015, January). Enhancing teacher preparation through clinical experiences: Developing a culture of learning. Paper presented at the annual AMTESOL conference. Tuscaloosa, AL.

Dobbs-Black, L., & **Spezzini, S.** (2014, January). Heritage language instruction for academic and career success. Paper presented at the annual AMTESOL conference. Oxford, MS.

Nightenhelser, B., & **Spezzini, S.** (2013, January). From Alabama to Paraguay: Overseas practicum for culminating the master's. Paper presented at the annual AMTESOL conference. Huntsville, AL.

**Spezzini, S.** (2012, January). A SIOP tale for training teachers. Paper presented at the annual AMTESOL conference. Oxford, MS.

**Spezzini, S**. (2011, January). Helping ELLs catch and tame the pronunciation beast. Paper presented at the annual AMTESOL conference. Auburn, AL.

Snyder, K., & **Spezzini, S**. (2008, January). Rx for treating persistent pronunciation ailments. Paper presented at the annual AMTESOL conference. Meridian, MS.

**Spezzini, S**. (2008, January). Embracing cultural diversity. Paper presented at the annual AMTESOL conference. Meridian, MS.

**Spezzini, S**. (2007, January). Punishable pronunciation errors. Paper presented at the annual AMTESOL conference. Mobile, AL.

**Spezzini, S**. (2006, January). Tips for coaching colleagues on ESL best practices. Paper presented at the annual AMTESOL conference. Jackson, MS.

**Spezzini, S,** (2005, January). Challenges facing ELLs based on their L1 writing systems. Paper presented at the annual AMTESOL conference; Florence, AL.

**Spezzini, S.** (2004, January). Introduction to learning styles. Paper presented at the annual AMTESOL conference. Starkville, MS.

**Spezzini, S.** (2003, January). Activities for fostering students' bilingual self-awareness. Paper presented at the annual AMTESOL conference. Birmingham, AL.

**Spezzini, S.** (2002, July). Phonological features associated with high and low comprehensibility. Paper presented at the 13th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (2001, July). Instructional strategies for enhancing student learning. Paper presented at the 12th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (2001, July). Student perspectives on language learning at a bilingual immersion school. Paper presented at the 12th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (2000, July). Fostering students' self-awareness of their bilingualism. Paper presented at the 11th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1999, July). Increasing student interaction by using parallel lines and concentric circles. Paper presented at the 10th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1998, July). Phonological difficulties encountered by Spanish speakers when learning English. Paper presented at the 9th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1995, September). Reinforcing grammatical structures through creative writing. Paper presented at the 7th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1994, September). "Keep talking!" Paper presented at the 6th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1993, August). Difficulties of Spanish speakers learning English. Paper presented at the 5th annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1991, October). Preparing students for exam essays. Paper presented at the 3rd annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1990, December). The bilingual student. Paper presented at the 2nd annual Paraguay TESOL conference. Asunción, Paraguay.

**Spezzini, S.** (1990, November). Teaching at an American overseas school. Paper presented at the Southern California TESOL conference. Northridge, CA.

**Spezzini, S**. (1989, December). A 1-2-3 real life formula for teaching composition. Paper presented at the 1st annual Paraguay TESOL conference. Asunción, Paraguay.

**Kathriner, S.** (1975, October). German in the secondary classroom: "Use it! Don't abuse it!" Paper [in German] presented at the annual conference of the Foreign Language Association of Northern California in conjunction with the American Association of Teachers of German. Oakland, CA.


## Review of Scholarly Work

Editorial Board

    V. Canese (Ed.), *Nemityra; A multilingual research journal on Language, Society, and Education.* ISSN: 2707-1642. National University of Asuncion, Paraguay. (2019 – present)

    L. Sanchez-Lopez (Ed.), *Scholarship and Teaching of Languages for Specific Purposes.* ISBN 978-0-9860107-0-5. UAB Digital Collections.

Manuscript submissions

ED 000696

    *World Englishes (2014)*
    *Mentoring & Tutoring: Partnership in Learning* (2010)
Book Chapters
    Freeman, D., & Freeman, Y. (reviewed in 2013). *Essential Linguistics*; Chapter 4 Phonology.
    De Mejia, A. (reviewed in 2008). Enrichment bilingual education in South America. In N.
        Hornberger & J. Cummins (Eds.). *Encyclopedia of language and education* (2nd ed.);
        Springer Editorial.
    Garcia, O., Torres-Guzman, M., & Beardsmore, H. B. (reviewed in 2004). *Multilingual and*
        *multicultural children and youths in schools: A 21st century bilingual education perspective.*
        Blackwell.


## <u>SERVICE</u>

*Served as:*

### TESOL International Association

- Lead author and organizer of letter nominating Dr. Veronica Sardegna for the D. Scott Enright Service
    Award for Interest Sections (Selected and awarded, March 2021)
- Past Chair of TESOL's Speech-Pronunciation-Listening Interest Section (SPLIS) (April 2020-March 2021)
- Chair of TESOL's Speech-Pronunciation-Listening Interest Section (SPLIS) (2019- March 2020)
- Chair-Elect of TESOL's Speech-Pronunciation-Listening Interest Section (SPLIS) (2018-19)
- Community Manager for SPLIS and member of the SPLIS Board (2016-18)
- Team Lead for reviewing programs submitted to CAEP for national TESOL recognition (2017-2019)
- Reviewer of programs submitted to CAEP for national TESOL recognition (2014-15)
- Volunteer: International TESOL Convention: Affiliate Booth (2017), SPLIS Interest Section (2015, 2018-19)
- Reviewer of presentation proposals for TESOL: Teacher Education IS (2012-13) and SPLIS (2018-19)
- Coordinator of volunteers at the K-12 Dream Day, pre-conference institute at the 46th annual
    TESOL convention, Philadelphia, PA (March 2012)
- Team leader on the committee for organizing and implementing the 45th annual TESOL convention,
    New Orleans, LA (March 2011)
- Member of organizing committee for the K-12 Dream Day, pre-conference institute of the 45th annual
    TESOL convention, New Orleans, LA (March 2011)
- Affiliate representative on TESOL's International Affiliate Council:
    2008-09 in representation of the Alabama/Mississippi affiliate
    1995 in representation of the Paraguay affiliate


### Other Entities at the National/International Level

- Chaired and coordinated a conference strand at the Paraguayan Applied Linguistics Congress (virtual),
    November 14-16, 2022. This strand consisted of seven panels about the book "Teaching English in
    Global Contexts: Language, Learners, and Learning" that I edited as a Fulbright Scholar. Each panel
    consisted of six authors of different book chapters, which was a total of 42 authors from nine
    countries.
- Served as reviewer of applications for English Teaching Awards. Fulbright (2019-21).
- Presented "Journey of Learning Languages and Cultures: Peace Corps, ESL, and Teaching" as part of a
    series for Jefferson Community College (AL) and the Peralta Community Colleges (CA). (2021)
- Provided access to UAB subjects for doctoral student's research from The Ohio State University (2017-18):
    Ms. Hyoseon Lee
- External Reviewer for Tenure and Promotion: University of Arizona (2016)
- Member of the organizing committee for the first International Symposium of Languages for Specific
    Purposes, Birmingham, AL (April 2012)
- Guest speaker for professional development:
    *Individual & social dimensions in language learning and use*, American School of Asunción (2012)
- Session moderator at conferences:
    American Association of Applied Linguistics, Atlanta, GA (March 2010)

AERA Research on Women and Education, Birmingham, AL (October 2009)
American Association of Applied Linguistics, Salt Lake City, UT (April 2002)
- External reviewer for faculty promotion:
Molloy College, Rockville Centre, NY (2010)
- Reviewer of presentation proposals:
TESOL: Teacher Education IS (2004-13)
AERA: Mentoring SIG (2009)
SoTL: Commons (2011)
- Reviewer for Episode #506 "First Day of School" of "Dora, the Explorer" for the Nicolodean (Nick Jr.)
Broadcasting Company (May 2009).
- Guest speaker for professional development
Individual and social dimensions in language learning and use, American School of Asunción (2012)
Strategies for teaching ELLs. Asunción Christian Academy, Paraguay (March 2008)
Oral interactive techniques (in Spanish). American School of Asunción, Paraguay (March 2008)
Strategies for helping ELLs reach success. Alliance Academy, Quito, Ecuador (May 2006)
Strategies for helping ELLs reach success. Escuela Americana, Quito, Ecuador (May 2006)
Keep talking. The British School, Montevideo, Uruguay (March 1995)
- Board member for the Paraguayan-American Cultural Center (1995-96 and 2001-02)
- Member of the Academic Committee for the Paraguayan-American Cultural Center (1997-2002)
- Board member for the Paraguay TESOL Affiliate (President 1994-95; Newsletter editor 1989-95)
- Inaugural member of the Paraguay TESOL Affiliate (1989)
- Chair of the Women in Development Committee and co-chair of the Youth Development Committee,
Paraguay-Kansas Partners (1982-88):
Visited counterparts at Kansas State University and The University of Kansas (1982 and 1986)
Represented Paraguay at Partners of the Americas education conference in Cali, Colombia (1983)
Wrote 35 travel grants (95% funded) for professional exchanges between Kansas and Paraguay
Wrote $500,000 grant awarded by W. K. Kellogg Foundation to Paraguay's 4-C Clubs
Received American Express outstanding program award

**Regional Southeast TESOL (SETESOL)**

- Affiliate representative for Alabama-Mississippi on the Regional SETESOL Council (Fall 2013-Fall 2023)
- Mentor for Virginia TESOL representative on planning and implementing SETESOL Conference (2020)
- Chair, SETESOL Conference (Oct. 4-7, 2017), hosted by Alabama-Mississippi TESOL:
212 presentations, of which 72 were by UAB faculty, instructors, staff, students, and alumni
301 presenters, of which 101 were UAB faculty, instructors, staff, students and alumni
944 attendees: 622 from Alabama and 322 from 23 other states and 6 countries
*This conference is planned/implemented by volunteers; it usually averages 400-500 attendees.*
- Chair of the Regional Council of Southeast TESOL affiliates (2016-17)
- Secretary for the Regional Council of Southeast TESOL Affiliates (2013-16)
- Alternate affiliate representative on the SETESOL Council (2004-2012)
- Associate chair and program chair, Southeast TESOL Regional Conference (2008):
970 attendees from 25 states [organized and implemented entirely by volunteers]
- Secretary for the Regional Council of Southeast TESOL Affiliates (2007-08)

**Other Entities at the Regional Level**

- Member of Founders' Council for Southeastern Colloquy for Scholarship of Teaching and Learning (2010)
- Session Presider at the MidSouth Education Research Association, Birmingham, AL (November 2006)

**Alabama-Mississippi TESOL (AMTESOL)**

- Co-chair of the AMTESOL conference, Montgomery AL, January 16-18, 2025.
- Board member (2005-present)

- Immediate Past-President, AMTESOL (2017)
- President, AMTESOL (2016): *[AMTESOL membership rose from 377 in 2015 to 905 in 2017.]*
- Chair, Annual Conference of the AMTESOL Affiliate (2016, Orange Beach, AL)
- Vice-President for membership on Executive Board, AMTESOL (2014)
- Presentation review subcommittee for annual AMTESOL Conferences (2012-14)
- Member-at-large on the Executive Board for AMTESOL Affiliate (2012-13)
- Member-at-large on the Executive Board for Alabama-Mississippi TESOL Affiliate (2005-13)


**Other Entities at the State Level**

- Guest speaker at the Alabama International Economic and Educational Partnership board meeting (Dec. 12, 2023) on the progress statewide by schools in awarding the State Seal of Biliteracy, per invitation by Dr. Jim Purcell, Executive Director of the Alabama Commission of Higher Education.
- In representation of UAB and AMTESOL, supported statewide movement for Seal of Biliteracy (since February 2019), promoted Seal of Biliteracy at MEGA Conference and AMTESOL conference (2019-20), and, per request from ACHE, sought input to Bill from 20 LEA and SEA stakeholders and fully edited Bill (2020), reviewed Bill (2021), and witnessed Gov. Ivey signing Bill (2022).
- Invited Participant on the Stakeholder Work Group for developing the ALSDE's Framework for English Learner Success for improving EL student academic achievement (2020-21)
- Guest presenter, multicultural issues, Judson College (March 2020)
- Board member, Alabama Literacy Alliance (2017- Fall 2019)
- Guest Speaker *Interactive peer-to-peer oral techniques* at the English Language Center, Auburn University Montgomery (2016)
- Dissertation committee member at other universities:
    University of Alabama, Tuscaloosa, AL (Holly Hubbard, 2017-defended spring 2021)
    Alabama State University, Montgomery, AL (Stephanie Reynolds, 2015-defended 2019)
- Organized and chaired the Session "HB 56 and Public Education" at the Immigration Forum hosted by the Birmingham Area Council on Higher Education-BACHE (2012)
- Invited member on committees and task forces with Alabama State Department of Education (ALSDE):
    Revising standards for ESL teacher certification (December 1, 2008)
    Identifying solutions for closing ELL achievement gap, Task Force (May 25-27, 2006)
    Assessing ESL comprehensive needs (Sept. 2005, Nov. 2005, Dec., 2005, Jan. 2006, Feb. 2006)
- Invited participant for working with Praxis II #0360 English to Speakers of Other Languages:
    Determining ESOL knowledge of test takers (Spring and Fall 2009)
    Setting standards in seminars offered by Educational Testing Service (2/06/06, 12/12/06)


**Local/Community Level**

- Guest Speaker for Professional Development:
    *Challenges of being a language learner* presented to each grade level team at Bumpus Middle School, Hoover (February 18, 2014)
    *Interactive peer-to-peer oral techniques (IPOTs)* presented as a professional development workshop for foreign language teachers in Jefferson County (August 2013)
- Panel member for the symposium "Raising your child to be multilingual"
    The Birmingham International Center (2012)
- Guest speaker at The Literacy Council in Birmingham
    Participated in a presentation to the United Way's Visiting Allocation Team (October 27, 2010)
        Explained UAB's collaboration for literacy development of adult ELLs
    Provided training to volunteer ESL instructors at St. Francis Xavier Church (July 10, 2010)
        Presented *Promoting oral interaction among language learners*
    Attended Board of Directors meeting (June 30, 2010)
        Presented *The power of reciprocal support*
        Established partnership between UAB and Literacy Council
- Member of ESL Advisory Councils
    Homewood City Schools (2007-present)

ED 000699

Birmingham City Schools (2006-2014)
Jefferson County Schools (2007-2014)
Shelby County Schools (2005-2013)
- Volunteer for the Paraguay booth (setting up and staffing) in the Cultural Village FIESTA Latina (2004-07)
- Support for the Hispanic Interest Coalition of Alabama (HICA!) by providing letters for grant proposals
- Link to potential teacher applicants for ESL summer program at Indian Springs School (2010)


## University Level: UAB

- Professional development workshop *Interactive peer-to-peer oral techniques (IPOTs)* for the faculty of the
    Department of World Languages and Literature (January 2024)
- SOE representative on campus-wide Curriculum Committee (2019-20)
- Chair of the Undergraduate Curriculum Committee (2017-August 2019)
- Co-Chair of the Signature Core Curriculum Team (2018)
- Member of the Faculty Senate Executive Council (2015-16 and 2017-19)
- Member of the Faculty Senate
    Senator (2013-19) and Alternate Senator (2011-13)
    Faculty Senate interviews with Provost candidates (2017)
    Faculty Senate's Curriculum Committee (2011-18)
    Undergraduate Curriculum Committee (2015-17)
- Member of Search Committees:
    Tenure Track Assistant Professor in Spanish (2018-19)
    Executive Director of the INTO-UAB Center (2016)
    Director of the English Language Institute (2014, 2015, and 2016)
    Vice President of Diversity, Equity, and Inclusion (2015)
    Dean of the Graduate School (2015)
    Inaugural Dean of the Honors College (2014)
- Inaugural member of Vice Provost's Academic Council for International Student Success (2016-2021)
- Member of the Community Engagement Task Force (2016-17)
- Participant in Kick-off visit by worldwide INTO representatives (2016)
- Member of the Blaze Leadership Academy (2013-14)
    Campus Tour Project: Designed and prepared Walking Tour for New Employees
- Member of the organization committee for the Immigration Forum hosted by BACHE (February 2012)
- Collegial supporter for UAB's English Language Institute (ELI):
    Teacher preparation section in the ELI's accreditation application to the Commission on
        Educational Accreditation of English language centers (2012-13)
    Letter of support for the ELI's proposal to ACHE for becoming a center (2011)
- Committee member
    Retention and Graduation Committee (2014-20)
    Technology use in classes (2016)
    Academic Programs Review Committee-APRC (2012-15)
    Academic Advisory Council of the Center for Teaching and Learning (2011-2013)
    Undergraduate Program Council (2009-11)
    Instructional Environment Committee (2009-11)
- Collaborator with the Foreign Language Department
    Evaluating the teaching of communicative lessons by two instructors (Fall 2011)
    Serving as guest speaker for the FLL 210 class (almost every semester since 2011)
    Proposing draft for a merged Foreign Language/ESL teacher certification checklist (2010)
    Providing contact for a guest speaker from Paraguay (2006)
- Faculty marshal, UAB Commencement (Fall 2012, Spring 2013, Fall 2014, Spring 2016, Fall 2017, 2018)
    Faculty marshal, UAB Commencement (Spring 2006)
- Guest speaker
    *Journeying with new languages and cultures:* Faculty development on teaching internationals
        UAB Center for Teaching and Learning (August 3, 2017)

ED 000700

*Tips for writing grant proposals*
> English Department's Writing Retreat for CAS faculty members (May 17, 2012)

*Tips for raising bilingual children*
> UAB's Childcare Center (January 21, 2010)

*Visual analogies in college courses: Bridging from the known to the unknown*
> GRD 705 Teaching at the College Level and Beyond (Feb. 11, 2008; March 16, 2009)

*Tips for writing grant proposals*
> Writing Retreat for Faculty members (May 18, 2011)

*Yes, you can! Effective teaching practices to help English language learners*
> English Department's articulation conference for high school teachers
> 32nd Annual John J. Haggerty Articulation Conference (March 3, 2006)

- Faculty host for meeting with visitors
> Brazilian ESL teacher from the Rotary Club's International Exchange (May 2009)
> High school students for job shadowing hosted by Junior Achievement (Spring 2009)

- Seminar presenter on teaching international students (September 13 and 27, 2010)
> Faculty participants from Art History, Biology, English, Foreign Languages, and Government


**Unit Level: School of Education**

- Member of school-wide Search Committees:
> Academic advisor for elementary education and music (Fall 2023)
> SOE Dean (Fall 2022)
> Associate Dean (2016)

- Coordinator for all initiatives in partnership with the Peace Corps (since 2013): Coverdell Fellows and formerly the Peace Corps Master's International. Coordinated communication with Peace Corps to discontinue UAB's partnership for hosting Peace Corps Coverdell Fellows (April 2024).

- Chair of dissertation committees in the Educational Studies in Diverse Populations PhD
> James Nunez, ESDP Pedagogical Studies-Social Science (graduated April 2021)
>> Teaching historical skills using monuments, markers, and online museums
> Matthias Maunsell, ESDP Pedagogical Studies-TESOL (graduated December 2021)
>> Intra-university collaboration between an English language center and a disability resource office to support international students with disabilities: A bridge toward inclusive excellence
> Melissa Hawkins, ESDP Pedagogical Studies-TESOL (graduated December 2022)
>> The role of international faculty in comprehensive campus internationalization
> Melinda Harrison, ESDP Pedagogical Studies-TESOL (graduated August 2023)
>> International graduate students in a Master of Public Health program: A mixed methods study to identify challenges and needed supports
> Desmond Parker, ESDP Pedagogical Studies-Science (graduation projected for Dec. 2024)
>> *Hang on King, I've got you*: A critical antideficit phenomenological analysis of Black male STEM educators in Alabama
> Jennifer Gilbert, ESDP Pedagogical Studies (IRB and proposal stage)
>> Perspective of parents regarding their engagement with students' mathematics learning at an urban magnet middle school
> Tandy Petrov, ESDP Pedagogical Studies (comps stage)
>> Exploring the Food-Master curriculum at an alternative urban high school: Perspectives from parents and educators


- Co-chair of dissertation committees in the Educational Studies in Diverse Populations PhD
> Khalilah Smith, ESDP Pedagogical Studies (comps stage)
>> Constructing a *Gesamtwerk*-infomed framework for understanding the homeschooling perspective: a convergent mixed-methods study
> Jacqueline Nicholas, ESDP Pedagogical Studies (comps stage)
>> Exploring family math night in urban middle schools through a $4.5M grant from the Gates Foundation
> Erica Littleton, ESDP Pedagogical Studies-Teacher Leadership (graduated April 2023)

The urban pedagogue to principal pipeline: Elementary school teacher leaders' perceptions of mentorship and its impact on their school leadership preparation

- Member on PhD dissertation committees
    Carl Floyd (graduation projected for Spring/Summer 2025)
        Newcomer programs for students with limited formal education at high schools in three school districts
    Lise Falconer (graduation projected for Spring/Summer 2025)
        Exploring teaching practices of science and social studies teachers with teaching environmental social justice issues
    Tricia Merritt (graduation projected for 2025-26)
        Creating equitable and inclusive engagement practices for the Central American family
    Emily Duley (graduation projected for 2025-26)
        How we can *be* the change as educators: White, anti-racist educators learning about Black language and secondary English language arts education
    Rebecca Bidwell, ESDP Pedagogical Studies-Social Science (graduated 2021)
        The marriage of public issues and civic action: A case study on integrating public issues into the C-3 framework
    Nefertari Yancie, ESDP Pedagogical Studies-Social Science (graduated 2020)
        Using historical dialogues as perspective writing to foster historical empathy: A bounded case study
    Paulette Evans, ESDP Pedagogical Studies-Science (graduated 2019)
        *We never considered teaching*: A critical narrative of African American stem majors' identity as stem educators
    Allison Newton, Early Childhood Education (graduated 2016)
    Kellie Carter, Educational Leadership (graduated 2012)

- Committee Chair
    Committee to plan and implement ESL program's 25-year Celebration, 4/30/24 (Chair 2023-24): about 20 hours monthly for 3 months –includes updating alumni list and emailing alumni.
    Student Awards and Advocacy Committee (Chair 2023-24): about 20 hours monthly for 5 months. Led SAAC in revamping and implementing the Awards Ceremony on 4/24/24
    Faculty Affairs Committee (Chair 2021-22 and Co-Chair 2022-23)
    Curriculum & Programs Committee (CPC): Chair (2010-11 and 2014-2019) and Co-Chair (2019-20)
    Nominating Committee for Excellence in Teaching Award (Chair 2014, 2015, 2019, 2020)
    ESL program's 20-year Celebration (Chair 2019)
    Program Review Subcommittee (Chair 2015-17)
- Committee member
    Assessment Committee (2023-present): about 2 hours monthly
    Professional Development Advisory Council (2019-20)
    Faculty Issues and Concerns (FIC) Committee, renamed Faculty Affairs (2018-23)
    Program Review Subcommittee: inaugural member (2014) and until it became inactive (2017)
    Nominating Committee for Excellence in Teaching Award: member (2012-14 and 2018 and 2023)
    NCATE Assessment Committee (2013-14)
    NCATE Steering Committee (2011-13)
    Curriculum & Programs Committee (2005-23): Secretary (2008-10)
    Teacher Leader EdS Subcommittee (2010)
    Recent Experiences Subcommittee (2009)
    Mentoring/Advising Subcommittee (2010)
    Redesign Committee (2008-2010)
    Diversity Committee (2006-2009)
    Secondary Advisors Committee (2005-06)
- Member on Task Force
    Transition Faculty Handbook (2021-23)

ED 000702

SOE Student Handbook, led by Bradley Barnes (2021-22)
Faculty salaries for teaching summer courses (2021)
Designing proposal to create a PhD program: Educational Studies in Diverse Populations (2014-16)
Designing EdS Teacher Leader program and its implementation plan (2011-12)
- Presenter at faculty professional development sessions
*What's it all about?* Seminar on preparing educators to teach ELs (Aug. & Sept., 2017, Oct. 2014)
*Linguistic diversity in Alabama* (November, 2007)
*Providing support to ELLs for school success* (November, 2006)
- Guest speaker
Undergraduate and graduate courses (approximately twice a year), e.g., UAB Teach (since 2015)
Visits by Future Teachers of America from local high schools (2009 and 2010)
- Search committees
Research Assistant Professor (2010)
Director of Student Teaching (2006)


**Department Level: Curriculum and Instruction**

- "Susan K. Spezzini Endowed Scholarship"
Collaborated with SOE Advancement Officer in creating this endowment (Spring 2024)
- "Julia S. Austin Endowed Scholarship"
Organized selection committee (Spring 2022 and 2023)
Oversight of Alumni Game Night to finish meeting goal of $25,000 (August 2021)
Conceptualization and launching (2019)

- Program Coordinator P-12 certification (art, music, Spanish, French) & Educational Studies (2018-present)
Provide leadership (e.g., information packets and meetings with CAS Dept Chairs and faculty)
Design course schedule and oversee adjunct instructors
Advise graduate students in art, music, and world languages (about 12 per year)
Provide oversight and expansion of websites and catalog
Coordinate and represent program internally and externally

- Program Director Single Subject P-12 (ESL, art, music, Spanish, French) & Ed. Studies (2018-2023)
Provide leadership (e.g., program meetings, new courses, information packets)
Design course schedule, approximately 20 courses per term (fall, spring, summer)
Oversee adjunct instructors, average of 5 per term
Promote and maintain outreach to the art, music, and foreign language departments
Advise graduate students in music and world languages (about 8 per year)
Coordinate all aspects of ESL teacher education and represent program internally and externally
Advise and mentor EdS-TESOL students: both tracks (15 per year)
Advise and mentor MAEd/ESL students: Alternative Track (15 per year)
Arrange ESL student teacher placements (average: 5 per year)
Arrange adult ESL apprenticeship internships (average: 5 per year)
Maintain contact with MAEd/ESL alumni

- Program Director for Secondary Education, grades 6-12 (English language arts, math, science, and social science) and Single Subjects, grades P-12 (art, music, Spanish, French, and ESL) (2012-2018)
Provide leadership (e.g., program meetings, new courses, information packets)
Design course schedule, approximately 30 courses per term (fall, spring, summer)
Oversee adjunct instructors, average of 10 per term
Promote and maintain outreach to the art, music, and foreign language departments
Coordinate all aspects of ESL teacher education and represent program internally and externally
Advise and mentor MAEd/ESL students: Alternative Track (15 per year)
Arrange ESL student teacher placements (average: 10 per year)
Arrange adult ESL apprenticeship internships (average: 10 per year)
Maintain contact with MAEd/ESL alumni

- Program Coordinator for ESL Teacher Education (2005-11)
    Represent program internally and externally
    Provide leadership (e.g., program meetings, syllabi, new courses)
    Create and lead ESL Advisory Council with representatives from 20 entities
    Conceptualize, design, and promote new track for teaching ESL to adult language learners
    Monitor courses (about 10 per term) and oversee adjunct instructors (about 7 per term)
    Arrange and monitor student teaching placements (average: 10 per year)
    Arrange summer internship placements (average: 30 per summer)
    Organize and oversee comprehensive exams (average: 40 per year)
    Plan and implement annual alumni reunions (2009-11)
    Advise and mentor all students pursuing MAEd/ESL (average: 100 per year)
    Oversee comprehensive exams (average: 35 per year, 2005-2011)

- Faculty search committees
    Early Childhood Assistant Professor/Accreditation Coordinator – non-tenure, Chair (Summer 2021)
    IDT Assistant Professor - tenure-track, Chair (Spring 2020 and again Fall 2020)
    ELL Assistant Professor - tenure-track, Chair (2016)
    ELL Assistant Professor - two non-tenure positions, Chair (2013)
    ELL Assistant Professor - tenure-track (unsuccessful), Chair (2012)
    ELL Assistant Prof. –non-tenure position shared with Graduate School (unsuccessful), Chair (2010)

- EdS thesis committee member
    Susan Goggins, Secondary ELA (2015)
    Stephanie Dillard-McClain, Secondary Mathematics (2014)
    DeAnna Buhl, Elementary Education (2013)
    Cindy Hunt, Secondary Science (2012)
    Mary Earley, Secondary English (2011)

- Author of ESL Teacher Education website, managed by ESL grants www.uab.edu/esl
    Provided annual oversight of program website, with expansion as needed (2012-2024)
    Authored early phase of ESL Teacher Education website (2007-11)

## CONSULTING ACTIVITIES
### Colleges and Universities
Workshop *Interactive peer-to-peer oral techniques (IPOTs)* at the English Language Program, Kansas State
    University (May 2015)
Workshop *Phonological Differences* for school-based speech and language pathologists:
    Project SELL (Servicing English Language Learners), University of West Georgia (October 2010)
Guest Speaker presentations in undergraduate education courses at Birmingham Southern College
    (12/05/06, 11/12/07, 12/03/07, 4/10/08, 10/29/08, 4/07/09)

### American Overseas Schools
Professional development on the Sheltered Instruction Observation Protocol (SIOP): American School in
    Salvador, Bahia, Brazil (January 2012)
Professional development, ESL best practices: Cotopaxi Academy in Quito, Ecuador (Oct. 2006, Feb. 2007)
Diagnostic for restructuring the English Language Institute hosted by the American-Nicaraguan School:
    Managua, Nicaragua (May 2007 and December 2007)

### School Systems in other states
Professional development workshop: *Strategies for helping ELLs succeed in school*
    For principals and central office administrators in the Columbus City Schools, MS (2011)

### School Systems in Alabama
Professional development workshop: *Strategies for helping ELLs succeed in school*
    For principals:  Tuscaloosa County Schools (7/17/08)
    For teachers:    Attalla City Schools (1/03/08)

DeKalb County Schools (1/04/16)
Eufaula City Schools (5/22/07)
Greene County Schools (1/06/09)
Homewood City Schools (10/11/04, 11/21/06)
Hoover City Schools (1/17/08)
Huntsville City Schools (8/04/09, 8/05/09)
Marion County Schools (3/14/07)
Morgan County Schools (11/14/06, 03/13/07)
Sumter County Schools (10/16/06)
Tuscaloosa City Schools (1/05/04, 9/8/05, 10/17/06, 9/05/07)
Tuscaloosa County Schools (2/26/04, 8/24/04, 8/26/04, 12/1/04, 3/1/05, 9/11/07,
                10/15/08, 1/14/09, 9/30/09, 11/04/09)

## PROFESSIONAL ORGANIZATION MEMBERSHIPS

TESOL International Association (Teachers of English to Speakers of Other Languages)
Regional Southeast TESOL (SETESOL)
Alabama-Mississippi TESOL (AMTESOL)
Paraguay TESOL (PARATESOL)
American Association of Applied Linguistics (AAAL)
Association for Childhood Education International (ACEI)
American Educational Research Association (AERA)
Mid-South Educational Research Association (MSERA)

## AWARDS, ACHIEVEMENTS, AND SPECIAL RECOGNITION

### Awards and Achievements

AMTESOL's inaugural Lifetime Achievement Award (awarded in January 2024)
AMTESOL's Susan Spezzini travel award (announced in January 2024)
Fulbright Scholar in Paraguay in summer 2023 (selected 2020 with flex grant: summers 2022 and 2023).
Nominated for TESOL Int'l Association's Virginia French Allen Award for Scholarship & Service (2018)
Nominated by the Department of Curriculum & Instruction for UAB's Shared Governance Award (2017)
Faculty Diversity Award. UAB (2013)
Outstanding Faculty Mentor. UAB Graduate School (2012)
Partner in Literacy Award. The Literacy Council, Birmingham, AL (2010)
President's Award for Excellence in Teaching, School of Education, UAB (2009)
        http://images.main.uab.edu/uabreporter/032309color.pdf
M. Ray Loree dissertation research award. College of Education, University of Alabama (2002)
Paul G. Orr Fellowship at Honors Day. College of Education, University of Alabama (1999)
Outstanding doctoral student from overseas school. College of Education, University of Alabama (1999)
Highest honors at graduation. University of California, San Diego (1973)

### Special Recognition

An MAEd/ESL student was selected to speak at the Commencement Ceremony in representation of all
        graduate students graduating from UAB's College of Arts and Sciences (May 2012)
*Children were punished: Not for what they said, but for what their teachers heard* was highlighted in the
        ACEI Newsletter (VII Resources, March 2010): "Read this compelling article regarding children's
        pronunciation errors and the misunderstandings it can cause"
        http://www.magnetmail.net/actions/email_web_version.cfm?recipient_id=148702524&message_id=
        948473&user_id=ACEI&group_id=195532
*The fun-analogy train* was featured as exemplary of a big picture diagram in Harvey Brightman's master
        teacher seminar (Fall 2007 binder, slide #9).
*Immersion students' voice regarding dual language use* was selected among the best ten presentations for a
        mini-conference on bilingual education; 2003 TESOL convention (audio-taped, placed on sale).
        http://www.eslminiconf.net/mar2003/tesoltop10bilingualed.htm
Articles about Dr. Spezzini:

UAB partners with Shelby, Homewood schools to beef up ESL education. *UAB Reporter*, *32*(1).
Project EQUAL: Local schools target cross-cultural disparity. *Education Outlook, 6* (2), p. 6.

## LANGUAGES AND INTERNATIONAL TRAINING

### Languages

English (native)
Spanish (near-native)
German (good)
Guarani (fair)

### International Training

Administration of development projects: Kibbutz Sheffayim, Israel (1980)
Peace Corps training: Asunción, Paraguay (1976) and Paraná, Brazil (1978)
Education abroad program: Göttingen, Germany (1971-72)
Spanish language and Hispanic culture: Tepic, Mexico (1967) and Guadalajara, Mexico (1970)

## TEACHING AND COURSE DESIGN

### Quality Matters Review: Refined online UAB course per QM criteria and submitted

EESL 625 Phonology for Second Language Teachers
Internal UAB review (initial submission Sept. 2021, resubmissions Oct'21 & Jan'22)
External review: submitted May 2022 and received 100 points (100%) in August 2022

### Converting F2F courses to online

University of Alabama at Birmingham
EESL 625 Phonology for Second Language Teachers (Dec. 2019 - Oct. 2020)
Created and filmed 80 mini-lectures at the e-learning filming studio

### Created new courses

University of Alabama at Birmingham
EDC 760 *Engaging Glocal Communities* (2016)
EDC 791 *Field Studies* (2016)
EDC 793 *Directed Readings* (2016)
EDC 795 *Selected Topics* (2016)
EDC 797 *Dissertation Seminar* (2016)
EDC 799 *Dissertation* (2016)
EDC 732 *Culturally and Linguistically Responsive Instruction (Fall 2011)*
EESL 680 *Research in ESL* (2019)
EESL 560/660 *Effective Teaching and Learning* (2017)
EESL 625 *Phonology for ESL Teachers* [formerly *Discourse Analysis ESL Teachers*] (2004)
EESL 615 *Grammar and Linguistics for ESL Teachers (2003)*
Catholic University; Asunción, Paraguay
*Phonology of the English Language (2001)*
*Phonology of the Spanish Language* [taught in Spanish] *(1999)*
*Psycholinguistics* [taught in Spanish] *(1998)*

### Directed development of new courses

University of Alabama at Birmingham
EESL 743 *Promoting World Peace through TESOL (2016)*
EESL 763 *Facilitating Intercultural Communicative Competence (2016)*
EHS 692 *Field Studies: Heritage Language Instruction (2015)*
EESL 617 *Teaching English in a Global Context (2011)*
EESL 657 *Instruction and Assessment: Listening and Speaking (2011)*
EESL 637 *Methods for Teaching English as an International Language (2010)*
EESL 647 *Instruction and Assessment: Reading and Writing (2010)*
EESL 650 *Strategies for Teaching Math and Science to ELLs (2010)*
EESL 660 *Research in ESL* (2013)

ED 000706

EESL 687 *Practicum Seminar in Adult English Language Teaching (2010)*
EESL 627 *Teaching Adult Language Learners (2008)*
EESL 697 *ESL Practicum, Adult ELLs (2007)*

**Taught courses**

University of Alabama at Birmingham

EDC 760 *Engaging Glocal Communities* (Fall 2023; Sum. 2017, 2018, 2019, 2021)
EDC 732 *Culturally & Linguistically Responsive Instruction:*
    ONLINE (Fall 2016, 2018, 2020, 2022); formerly F2F (Fall 2011, 2012, 2014)
EESL 697 *Practicum/Apprenticeship Teaching* (2011-12 and 2019)
EESL 690 *Internship ESL, N-12:* ONLINE (Summer 2020, 2021); F2F (Sum. 2003-2007)
EESL 680 *Research in ESL:* ONLINE (Fall 2023; Spring and/or Fall, from 2019 to 2022)
EESL 660/560 *Effective Teaching & Learning:* ONLINE (Fall 2023, 2022, 2021, 2020;
    Spring 2017, 2018); F2F—only EESL 560 (Fall 2019)
EESL 657 *Instruction and Assessment: Listening and Speaking:* ONLINE (Spring 2024)
EESL 625/525 *Phonology for ESL Teachers:* ONLINE (Spring 2024, Fall 2023, Spring 2023,
    Fall 2022); F2F (fall and/or spring from 2004 to 2014 and from 2016 to Spr. 2020)
EESL 615 *Grammar and Linguistics for ESL Teachers:* ONLINE (summer 2024);
    formerly F2F (fall and/or summer, from 2003 to 2011)
EESL 612/512 *Curriculum, Programs & Policies:* ONLINE (Sum. 2024, 2021, 2020, 2019)
EESL 610 *Second Language Acquisition* (2007)
EEC 573 *Teaching in a Multicultural Society* (2006)
EDU 500 *Education as a Profession* (2014: spring, summer & fall)
EDU 600/700 *Education as a Profession:* ONLINE (2014)
GRD 701 *Presentation and Discussion Skills* (2003-2006)

University of Alabama, Tuscaloosa

CIE 579 *Methods for Teaching ESL* (2006, in Ecuador)
CIE 577 *Second Language Acquisition* (2008, in Paraguay)
CIE 576 *Second Language Literacy* (2012, in Paraguay)

California State University, Northridge

SED 516 *Teaching the Bilingual/Bicultural Student* (1990, in Paraguay)

Catholic University (master's degree program); Asunción, Paraguay

*Phonology of the English Language* (2001)
*Phonology of the Spanish Language* [taught in Spanish] (1999, 2000)
*Psycholinguistics* [taught in Spanish] (1998)

National University (undergraduate); Asunción, Paraguay

*Introductory Linguistics and Phonology* (1982-88, 1993-94, 1998-2002)
*Morphology and Syntax* (1982-88), *British/American Literature* (1980-83)



# FLORIDA STATE UNIVERSITY
## FLORIDA CENTER FOR READING RESEARCH

May 17, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the REL Southeast I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. The REL Southeast and RMC's Region 7 Comprehensive Center (2019-2024) (R7CC) have partnered closely since 2019 to serve the education stakeholders in Alabama, Mississippi, and Florida. I am especially proud of the work we have done together to support the development and implementation of the Alabama's Framework for English Learner Success and High-Quality Instruction and Assessment Guidance for English Learners during that time. Additionally, we have supported your R7CC work to strengthen evidence-based Tier 1 instruction and your team is currently supporting our Mississippi Adolescent Literacy Partnership work.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. We look forward to continuing to partner with RMC as the Gulf Comprehensive Center in your service plan, especially in projects related to improving chronic absenteeism and student engagement, implementing evidence-based Tier 1 and 2 reading and math instruction, and increasing the use of evidence-based practices to improve outcomes for English learners and students with disabilities.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support our shared states and their partners. We look forward to engagement with RMC Research as you lead the Gulf Region Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,



Nicole Patton Terry, Ph. D.
Olive & Manuel Bordas Professor of Education, School of Teacher Education
Director, Florida Center for Reading Research
Director, Regional Educational Laboratory- Southeast



4646 40th Street NW   Washington DC 20016-1859
phone 202-362-0700   fax 202-362-3740   www.cal.org

May 16, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Center for Applied Linguistics (CAL) I'm writing to offer our strong
endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive
Center for the U.S. Department of Education, Office of Elementary and Secondary Education.
We appreciate the success that RMC Research has experienced  in providing  capacity-building
technical assistance to state, regional and local education agencies and schools in Alabama,
Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, we have witnessed how RMC Research has been a valuable source of support in
states' efforts to improve educational outcomes, close achievement gaps, and improve the quality
of instruction for all students, particularly for student groups with the greatest need. Moreover,
CAL has successfully collaborated with you in contributing to the success of these students and
looks forward to a continuing collaboration. A specific  example of a successful past
collaboration between RMC and CAL is the Alignment Study on Career-Readiness Standards in
English Language Arts, Mathematics, and Science and Mississippi English Language Proficiency
(ELP) Standards. We anticipate collaborating on similar and related efforts in areas such
formative assessment, communities of practice, literacy instruction, and dual language education
in the states served by the Region 6 Comprehensive Center.

We congratulate you on the expertise and experience of the your staff, who have consistently
demonstrated the skills, attitudes, and attributes needed to support states and their partners. We
look forward to engagement with RMC Research as they lead the Region 6 (Gulf Region)
Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Joel Gómez
President and CEO
Center for Applied Linguistics



**CEEDAR Center**
**College of Education**
School of Special Education, School Psychology & Early Childhood Studies
1801 Norman Hall, PO Box 117050                                    352-273-4275 Phone
Gainesville, FL 32611-7050                                          352-392-2655 Fax

May 15, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the CEEDAR Center, I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. Members of the Gulf Comprehensive Center team might benefit from engaging with our TA partner teams which include state education agencies, educator preparation providers, local education agencies, and professional organizations. Our CEEDAR Cross-State Convenings have become a signature program that allows various constituents to come together around persistent challenges to generate solutions and you would be welcome to participate.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to partnering with RMC Research as you lead the Gulf Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Erica D. McCray, PhD
CEEDAR Center, Director

*The Foundation for The Gator Nation*
An Equal Opportunity Institution



Southern Regional Education Board
592 10th St. N.W.
Atlanta, GA 30318
Phone: (404) 875-9211
SREB.org

May 21, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Southern Regional Education Board (SREB), I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education (Competition #84.283b). We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center. We also work with RMC on the evaluation of our federal Supporting Effective Educator Development grant supporting novice teachers in Oklahoma and have appreciated their insight and support.

SREB was created in 1948 by Southern governors and legislators to support education in a 16-state region that includes all three states in Region 6. Our staff provide ongoing support to states and districts in areas such as school improvement and policy development, as well as professional learning to support academic achievement and teacher development. As RMC serves the states in Region 6, SREB will collaborate with RMC to reduce duplication of services, align our work to the extent practicable, and help ensure Federal resources are used efficiently and effectively in the region. SREB currently has 64 projects partnering with LEAs and state agencies across these three states, providing various levels of support. We will be happy to communicate with RMC regularly, as our projects potentially overlap during the 5-year Comprehensive Center cycle. In addition, should both RMC and SREB be successful in our applications to serve adjacent regions in the CC network, we would be interested in collaborating on a community of practice or other collaborative on a cross-regional topic of interest, such as English learners or chronic absenteeism, based on the high-priority needs identified in our respective regions.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engagement with RMC Research as they lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Dale Winkler, Ed.D.
Senior Vice President

**◆AIR**®

Advancing Evidence.
Improving Lives.

May 24, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Headquarters
1400 Crystal Drive, 10th Floor
Arlington, VA 22202-3289
+1.202.403.5000
AIR.ORG

Dear Dr. Jarvis,

On behalf of the National Center on Intensive Intervention (NCII), I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. NCII looks forward to opportunities to partner with the Comprehensive Center grantees, to support joint priorities, disseminate resources, and expand the reach of our respective centers .

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to partnering with RMC Research as you lead the Gulf Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,



Rebecca Zumeta Edmonds
Director, NCII

ED 000712



**The Equity Assistance Center - South**
**at the Southern Education Foundation**

SERVING REGION II: ALABAMA, ARKANSAS, FLORIDA, GEORGIA, LOUISIANA, MISSISSIPPI, NORTH CAROLINA, SOUTH CAROLINA, TENNESSEE, TEXAS, VIRGINIA, AND THE DISTRICT OF COLUMBIA

• eacsouth@southerneducation.org • southerneducation.org/eac-south

May 28, 2024

Robin Jarvis, PhD
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis:

On behalf of the Region II, Equity Assistance Center – South, I am writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. As the Equity Assistance Center-South at the Southern Education Foundation, we advise, assists, and serves public schools and districts in their work to provide more equitable opportunities for students in the areas of race, national origin, sex and religion, as required by law. Although these four critical areas define our work, we receive a variety of requests from school districts. As the Region II Equity Assistance Center, supporting eleven states in the South and Washington, D.C., the Gulf Comprehensive Center is within our region and partnership is necessary to fully serve our school districts. For technical assistance requests that may fall outside of our key areas, our collaboration with RMC Research is essential to provide as much support to school districts as possible. We understand that we cannot do this work alone, and RMC Research is a solid partner. As we grow as the Region II Equity Assistance Center, we look forward to the opportunity to continue to collaborate with RMC Research as the Gulf Comprehensive Center.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to partnering with RMC Research as you lead the Gulf Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Eshé P. Collins, Esq.
Director, The Equity Assistance Center – South

**The Equity Assistance Center-South at the Southern Education Foundation (SEF)** advises, assists, and serves our public education system in the areas of race, national origin, sex, and religion equity to promote educational justice for all students.

The contents of this letter were developed under a grant from the U.S. Department of Education (Grant #S004D220011).



*Peabody College*
VANDERBILT UNIVERSITY
NASHVILLE, TENNESSEE 37203

May 28, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the IRIS Center, I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. We have a common goal in these areas. As you may know, IRIS has been funded by OSEP since 2001 and is widely regarded as a reliable and trusted source of information about evidence-based practices (EBPs) (Hitt et al., 2022; Sayeski, Hamilton-Jones & Oh, 2015; Test et al., 2015). We work with national experts as we translate their research to create online, challenge-based interactive modules and other instructional resources. These materials provide information about the implementation of EBPs with cultural and linguistic competence for use with all students, particularly struggling learners, students with disabilities, and those from underserved populations. More, our resources are accessed well over 4 million times per year for use in college courses and in professional development (PD) activities to help prepare current and future school personnel. As you continue your excellent work, we are excited to offer free training to RMC staff on the different instructional resources that IRIS has available on evidence-based practices so that RMC staff, in turn, can share those materials with states and districts who are working to improve the knowledge and skills of their educators in those areas.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to partnering with RMC Research as you lead the Gulf Comprehensive Center for the next five years.

We wish you success with your proposal and look forward to collaborating on this important work. Please keep us posted on the outcome of the review process.

Sincerely,

Naomi Tyler, Ph.D.
Director, IRIS Center
Vanderbilt University

**ED 000714**

FLORIDA DEPARTMENT OF
EDUCATION
fldoe.org

**State Board of Education**

Ben Gibson, *Chair*
Ryan Petty, *Vice Chair*
*Members*
Esther Byrd
Grazie Pozo Christie
Kelly Garcia
MaryLynn Magar

**Manny Diaz, Jr.**
**Commissioner of Education**

June 7, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Drive, Suite 270
Tampa, Florida 33618

Dear Dr. Jarvis:

As Florida's Commissioner of Education, I have placed a strong focus on increasing the rigor of Tier 1 instruction, supporting the use of evidence-based programs to support all learners, and ensuring high-quality programs for future school teachers and leaders. Our collaboration with RMC Research Corporation over the last 5 years (2019-2024) has led to great progress and success in all of these areas.

Based on our positive experience and improved outcomes, I am writing to offer my full support for RMC Research Corporation's application to lead the Region 6 Comprehensive Center for the next 5-year period (2024-2029). My leadership team and I have reviewed the five-year proposal and are eager to tackle issues such as chronic absenteeism, implementing evidence-based instruction and intervention in reading and math, and strengthening professional learning and improving outcomes for English language learners and students with disabilities.

We look forward to working with you and ensuring we continue to focus on great outcomes for Florida students.



Manny Diaz, Jr.



# MISSISSIPPI DEPARTMENT OF EDUCATION

Raymond C. Morgigno, Ph.D.
*Interim State Superintendent*

May 21, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of Mississippi Department of Education (MDE), I am writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In its role as the Region 7 Comprehensive Center (2019-2024), RMC has been a valuable source of support to MDE in improving outcomes for our educators, students, and their families. As an outcome of our work with RMC since 2019, we have developed new training modules for our Professional Growth System and trained a cadre of regional staff to redeliver this training to principals and others who serve on teacher evaluation teams in the state, expanding our training capacity statewide and increasing principal/evaluator understanding of the Professional Growth System expectations. Additionally, with RMC's support, we are developing new modules for the Orientation for School Leaders program which builds the knowledge of new school leaders in Mississippi's current initiatives. RMC has also assisted us in developing professional learning modules for the Mississippi K-3 Literacy Learning Walk used in classrooms across the state to identify strengths and areas of improvement for literacy learning. These modules build the capacity of school leaders to identify and support evidence-based literacy instruction in their schools. In the area of school improvement, we have partnered with RMC to strengthen our guidance for Community Engagement Councils required D and F designated schools with the goal of increasing community engagement in the improvement work of these schools and to offer a community of practice on high-leverage practices for students with disabilities to support schools elevated to CSI based on the performance of this subgroup. Finally, RMC assisted us in completing a correspondence study of the Mississippi English language proficiency and the state academic standards to fulfill requirements for ESSA peer review. In each of these partnerships, RMC has supported our team with evidence-based research and seamlessly facilitated stakeholder workgroups and task forces to ensure the highest quality products and services.

Furthermore, we appreciate the time that RMC has taken to gather stakeholder input on needs in Mississippi and across the Gulf region. Being able to meet with RMC's leadership to discuss how those identified needs aligned with state needs and priorities enabled us to identify four areas to focus our work together over the next five years. My leadership team and I have reviewed the 5-year plans included in RMC's Gulf Comprehensive Center proposal and are committed to partnering with them on these projects upon funding of the center. The 5-year service plan aligns to our state priorities outlined in the Mississippi State Board of Education's Strategic Plan 2023 and our current ESSA State Plan.

We look forward to partnering with RMC in the next five years to focus on chronic absenteeism and improving student engagement, preparing effective leaders to support teacher retention, implementing high leverage practices for students with disabilities in CSI schools, and improving English learner outcomes.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as they lead the Gulf Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Raymond C. Morgigno, Ph.D.
Interim State Superintendent of Education

ED 000717

STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

**Eric G. Mackey, Ed.D.**
**State Superintendent of Education**

Alabama
State Board
of Education

Governor Kay Ivey
President

Jackie Zeigler
District I

Tracie West
District II
Vice President

Stephanie Bell
District III

Yvette M. Richardson, Ed.D.
District IV

Tonya S. Chestnut, Ed.D.
District V
President Pro Tem

Marie Manning
District VI

Belinda McRae
District VII

Wayne Reynolds, Ed.D.
District VIII

Eric G. Mackey, Ed.D.
Secretary and
Executive Officer

5/22/2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dr. Jarvis:

On behalf of the Alabama Regional Inservice Centers, I am pleased to offer our endorsement of RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. RMC Research has been a vital partner in supporting educational agencies and schools in Alabama, Florida, and Mississippi since 2019 through their work with the Region 7 Comprehensive Center.

RMC Research has played a role in our mission to enhance educational outcomes, close achievement gaps, and improve instructional quality for all students, especially those with the greatest needs. Their technical assistance and capacity-building efforts have been a welcome aid in advancing our goals.

We have confidence in the team RMC Research has assembled, as they consistently demonstrate the expertise and dedication required to support their educational partners. We eagerly anticipate collaborating with RMC Research as they take on the leadership of the Region 6 (Gulf Region) Comprehensive Center over the next five years.

We envision several areas of collaboration between the Alabama Regional Inservice Centers and RMC Research:

- Professional Development Initiatives: Jointly design and deliver professional development programs aimed at enhancing educators' instructional practices and addressing regional educational challenges.

- Data Collaboration: Partner in collecting, sharing, and analyzing data to identify trends, evaluate progress, and implement evidence-based interventions.

- Resource Development and Distribution: Collaborate on the creation and dissemination of instructional materials and best practice guides tailored to the needs of our region.

- Joint Research and Evaluation: Conduct collaborative research and evaluation projects to assess the effectiveness of educational programs and identify opportunities for improvement.

We are excited about the potential for this partnership and confident that RMC Research will continue to make substantial contributions to the advancement of education in the Gulf Region.

Sincerely,

J. Mark Coleman
Education Specialist
Alabama Department of Education



May 21, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Laurel School District and our Campaign for Grade-Level Reading, "Golden Pages," I am writing to express our enthusiastic support for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We greatly value the capacity-building technical assistance RMC Research has provided to state, regional, and local education agencies and schools in Alabama, Florida, and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a steadfast partner in supporting states' efforts to improve educational outcomes, close achievement gaps, and enhance the quality of instruction for all students, especially those with the greatest needs. We believe RMC could be an invaluable ally to our district, particularly in the areas of family engagement, literacy improvement, and chronic absenteeism tracking. Potential collaborative activities include developing strategies for learning walk modules, enhancing literacy plans, training on professional growth rubrics, and providing guidance for community education councils.

We are confident that your team possesses the expertise, dedication, and attributes necessary to support states and their partners effectively. We eagerly anticipate the opportunity to work with RMC Research as they lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you the best of luck with your proposal.

Regards,

Allison Temple, Ed.S.
Director of Family Engagement
Assistant Director of Federal Programs

ED 000720

# Bessemer Board Of Education

**1621 Fifth Avenue North**
**Post Office Box 1230**
**Bessemer, Alabama 35021**
**Phone: (205) 432-3000    Fax: (205) 432-3085**



**SUPERINTENDENT**
Dana Arreola, Ed.D.

**BOARD MEMBERS**
Lee Jones, President
Terry Dawson, Vice President
Samuel Morris
Renea Soles-Scott
Remeka Thompson
Anthony Williams
Margie Varner

June 3, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Bessemer City Schools, I'm writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In its role as the Region 7 Comprehensive Center (R7CC) since 2019, RMC has been a valuable source of support to Bessemer City Schools in improving outcomes for our educators, students, and their families. R7CC has provided us with a systematic approach to look at our coaching practices and its impact on student achievement.

We are excited about the work that RMC has planned as the Region 6 (Gulf Region) Comprehensive Center and are committed to partnering with them to continue supporting improved outcomes for all educators and students in our system. We look forward to the opportunity to partner with RMC and the Alabama Department of Education as they work in the next five years focus on projects that address reducing chronic absenteeism and improving student engagement, redesigning high schools, strengthening continuous improvement through a return on investment lens, and developing effective school leaders.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as they lead the Region 6 Comprehensive Center for the next five years.
We wish you success with your proposal.

Sincerely,

Jameka Thomas, PhD
Director of Curriculum and Instruction

ED 000721



**CULLMAN COUNTY SCHOOLS**
*EXCEPTIONAL EDUCATIONAL EXPERIENCES FOR*
*EVERYONE EVERY DAY*

May 13, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of Cullman County Schools, I'm writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In its role as the Region 7 Comprehensive Center (R7CC) since 2019, RMC has been a valuable source of support to Cullman County Schools in improving outcomes for our educators, students, and their families. This process has been extremely successful in our system, as teachers, local reading specialists, administrators and district staff have deepened our understanding of student centered coaching and the tremendous impact on student achievement. Through trainings and collaboration with RMC and ARI Regional Staff, we have developed a common understanding of expectations of coaching and we now have next steps for our district. This process has unified our team and I am confident that we will be able to sustain these high impact practices for years to come.

We are excited about the work that RMC has planned as the Region 6 (Gulf Region) Comprehensive Center and are committed to partnering with them to continue supporting improved outcomes for all educators and students in our district. We look forward to the opportunity to partner with RMC and the Alabama Department of Education as they work in the next five years to focus on projects that address reducing chronic absenteeism and improving student engagement, redesigning high schools, strengthening continuous improvement through a return on investment lens, and developing effective school leaders.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as they lead the Region 6 Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Tonya Cupp
Director of Instructional Programs

ED 000722



June 2, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Florida Grade-Level Reading Campaign, an initiative of the Florida Alliance of Children's Councils & Trusts, I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. As an R7CC advisory board member for the past 5 years, the research and conversation opportunities presented have helped improve and align elements of our campaign work to this strategically guided work. Additionally, the networking and learning exchange between states has proved quite valuable.

We believe you have assembled a quality team who consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engagement with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,



Jenn Faber
Florida Grade-Level Reading Campaign Director
Florida Alliance of Children's Councils & Trusts

*Florida Alliance of Children's Councils & Trusts*
*1203 Governors Square Blvd, Suite 102 * Tallahassee * FL * 32301*



5/27/24

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL 33618

Dear Dr. Jarvis,

On behalf of the Institute for School-Community Partnerships, Integrated Services, and Child Mental Health and Educational Policy at the University of South Florida, I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. Our Institute has partnered with RMC Research to support the Florida Department of Education's efforts to use implementation science to promote evidence-based practices in Florida schools. RMC Research's leadership contributed to the development of practice profiles to support evidence-based instruction in literacy and math as well as the use of transformation zones to support scaling-up of the practices.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to partnering with RMC Research as you lead the Gulf Comprehensive Center for the next five years.

Sincerely,

Jose M. Castillo, Ph.D., NCSP
Associate Professor and Director
Institute for School-Community Partnerships, Integrated Services, and Child Mental Health and Educational Policy
College of Education
University of South Florida
Office Phone: 813-974-5507
Email: jmcastil@usf.edu

DEPARTMENT OF EDUCATIONAL AND PSYCHOLOGICAL STUDIES • COLLEGE OF EDUCATION
University of South Florida • 4202 East Fowler Avenue, EDU 105 • Tampa, Florida  33620-5650
(813) 974-3246 • Fax: (813) 974-5814
Page e327

ED 000724

# NORTH EAST FLORIDA EDUCATIONAL CONSORTIUM

3841 Reid Street • Palatka, Florida 32177 • Phone: (386) 329-3800 • Fax: (386) 329-2547



**NEFEC**

**nefec.org**

● ● ●

BOARD OF DIRECTORS:

Sherrie Raulerson
*Baker*

Will Hartley
*Bradford*

Alex L. Carswell, Jr.
*Columbia*

Mike Thomas
*Dixie*

LaShakia Moore
*Flagler*

Tracie Snow
*FSDB*

Dr. James A. Surrency
*Gilchrist*

Lee Wetherington-Zamora
*Hamilton*

Robert Edwards
*Lafayette*

Christopher Cowart
*Levy*

Dr. Kathy K. Burns
*Nassau*

Brian K. Marchman, Ph. D.
*P.K. Yonge*

Dr. Richard M. Surrency, Sr.
*Putnam*

Ted L. Roush
*Suwannee*

Mike Ripplinger
*Union*

Dr. Patrick J. Wnek
*Executive Director*

May 22, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the North East Florida Educational Consortium (NEFEC), I'm writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education Programs. In its role as the Region 7 Comprehensive Center (R7CC) since 2019, RMC has been a valuable source of support to NEFEC in improving outcomes for educators and students in NEFEC's member districts. Since 2021, NEFEC has participated in Florida's Implementation Zone as part of R7CC's partnership with the Florida Department of Education to build capacity to implement evidence-based instructional strategies to support standards-aligned instruction in reading and math. Our team has learned the principles of implementation science and has gained deep knowledge of evidence-based instructional strategies. As a result of the work we have done with RMC's R7CC, NEFEC has been able to support our districts in using implementation science principles and tools to support school leadership teams in helping teachers understand and increasingly use evidence-based instructional strategies in their classrooms on a daily basis.

We are excited about the work that RMC has planned as the Region 6 (Gulf Region) Comprehensive Center and are committed to partnering with them to continue supporting improved outcomes for all educators and students in our consortia districts. We look forward to the opportunity to partner with RMC and the Florida Department of Education as they work in the next five years to address projects that focus on increasing the use of evidence-based instructional practices for English learners and students with disabilities, continuing to improve Tier 1 instruction for all students and providing interventions for students who are at-risk for reading and/or math difficulties, reducing chronic absenteeism, and improving teacher development and retention through high-quality mentoring.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next 5 years.

We wish you success with your proposal.

Sincerely,

Dr. Patrick J. Wnek,
Executive Director



May 13, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Mississippi Campaign for Grade-Level Reading, I'm writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In its role as the Region 7 Comprehensive Center (R7CC) since 2019, RMC has been a valuable source of support to the Mississippi Campaign for Grade-Level Reading in improving outcomes for our educators, students, and their families. The R7CC has been instrumental as we continue to refine our family engagement and support systems. In partnership with MDE and R7CC, community engagement councils across the state have been equipped with the guidance and resources they need to thrive. We were able to recognize and award the first "Council of Promise" to one of our community engagement councils at the April 2024 Mississippi Board of Education meeting. Partnering with the R7CC provides our state with a collaborative process to strategically enhance our efforts and gauge our progress.

We are excited about the work that RMC has planned as the Region 6 (Gulf Region) Comprehensive Center and are committed to partnering with them to continue supporting improved outcomes for all educators and students in our state. We look forward to the opportunity to partner with RMC and the Mississippi Department of Education as they work in the next five years on projects that address reducing chronic absenteeism and improving student engagement, preparing effective leaders to support teacher retention, implementing high leverage practices for students with disabilities, and improving English learner outcomes.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as they lead the Region 6 Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

*Alissa Hobart*
Alissa Hobart
Director, Mississippi Campaign for Grade-Level Reading

ED 000726



May 13, 2024


Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year as a building principal, I have had the opportunity to work with RMC Research's team through the Region 7 Comprehensive Center. The focus of the work is building district and school leaders, and improving teaching and learning through implementation of the Alabama Structured Student-Centered Coaching Practice Profile.

With RMC's technical assistance and guidance, a collaborative effort with leaders at the Alabama State Department of Education has prepared our district to improve student learning outcomes.  Through the study of  implementation science, drafting a strategic plan, and using research-based practices to improve student achievement, our school district is poised to achieve our goals.

It is my opinion that RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my experience with RMC Research, future opportunities to collaborate with and learn from their team are vital to our continued growth.

I look forward to the opportunity to partner with RMC and the Alabama Department of Education as they work over the next five years to reduce chronic absenteeism through improved student engagement, redesign high schools, strengthen continuous improvement through a return on investment lens, and develop effective school leaders.

I wish you success with your proposal.

Sincerely,

Jeff Hatfield
Principal


500 Avenue of Learning
Pike Road, AL 36064


500 Avenue of Learning
Pike Road, AL 36064

334-420-5310


PRES.School

ED 000727



**John T. Selover**
**Executive Director**

753 West Boulevard
Chipley, FL 32428
Phone: (850) 638-6131
Fax: (850) 638-6134
paec.org

May 21, 2024

Dr. Robin Jarvis, Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Panhandle Area Educational Consortium (PAEC), I'm writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education Programs. In its role as the Region 7 Comprehensive Center (R7CC) since 2019, RMC has been a valuable source of support to PAEC in improving outcomes for educators and students in PAEC's member districts. Over the past two years, PAEC has participated in Florida's Implementation Zone as part of R7CC's partnership with the Florida Department of Education to build capacity to implement evidence-based instructional strategies to support standards-aligned instruction in reading and math. Our team has learned the principles of implementation science and has gained deep knowledge of evidence-based instructional practices for literacy and math. As a result of the work we have done with RMC's R7CC, PAEC has increased our capacity to support our districts in using implementation science principles and tools to support school leadership teams in helping teachers understand and increasingly use evidence-based instructional strategies in their classrooms on a daily basis.

We are excited about the work that RMC has planned as the Region 6 (Gulf Region) Comprehensive Center and are committed to partnering with them to continue supporting improved outcomes for all educators and students in our consortia districts.  We look forward to the opportunity to partner with RMC and the Florida Department of Education as they work in the next five years to address projects that focus on increasing the use of evidence-based instructional practices for English learners and students with disabilities, continuing to improve Tier 1 instruction for all students and providing interventions for students who are at-risk for reading and/or math difficulties, reducing chronic absenteeism, and improving teacher development and retention through high-quality professional learning.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next 5 years.

We wish you success with your proposal.

John T. Selover
Executive Director

JTS/lsa

*Advancing Schools & Communities for Student Success*

 POARCH BAND *of* CREEK INDIANS

May 16, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Poarch Band of Creek Indians I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engagement with RMC Research as they lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

*Sandra Hiebert*

Sandra Hiebert
Education Director
Poarch Band of Creek Indians

5811 Jack Springs Road
Atmore, Alabama, 36502
TRIBAL OFFICES  251.368.9136
FAX  251.368.0809
www.pci-nsn.gov

**ED 000729**



**THE SCHOOL BOARD OF UNION COUNTY**
55 SW 6ᵗʰ Street
Lake Butler, FL 32054
(352) 448-5051   union.k12.fl.us   FAX (386) 496-4819
Mike Ripplinger, Superintendent

Board Members:   Chris Hodgson   Russell Gordon   Curtis Clyatt   Becky Raulerson   Terra Johnson
                District 1        District 2       District 3      District 4       District 5

May 19, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Union County School District, I'm writing to offer our strong endorsement for RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education Programs. Since 2021, NEFEC has participated in Florida's Implementation Zone as part of R7CC's partnership with the Florida Department of Education to build capacity to implement evidence-based instructional strategies to support standards-aligned instruction in reading and math. Our team has learned the principles of implementation science and has gained deep knowledge of evidence-based instructional strategies. As a result of the work we have done with RMC's R7CC, Union County School District teachers have increased their understanding and use of evidence-based instructional strategies in their classrooms. Using the Observation Tool for Instruction Supports and Systems to assess fidelity of use of these practices in classrooms districtwide, we have been able to provide the supports, including training and coaching, to support high-quality instruction across the district.

We are excited about the work that RMC has planned as the Region 6 (Gulf Region) Comprehensive Center and are committed to partnering with them to continue supporting improved outcomes for all educators and students in our consortia districts.  We look forward to the opportunity to partner with RMC and the Florida Department of Education as they work in the next five years to address projects that focus on increasing the use of evidence-based instructional practices for English learners and students with disabilities, continuing to improve Tier 1 instruction for all students and providing interventions for students who are at-risk for reading and/or math difficulties, reducing chronic absenteeism, and improving teacher development and retention through high-quality mentoring.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states in this region and their partners. We look forward to continued engagement with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next 5 years.

We wish you success with your proposal.

Sincerely,

Stacey Rimes
Director of Curriculum and Accountability

ED 000730



**Dr. MARIA J. LONGA
DIRECTOR**


**SEMINOLE COUNTY
PUBLIC SCHOOLS**

**400 East Lake Mary Blvd.
Sanford, Florida
32773**


**TELEPHONE
(407) 320-0244
(407) 320-0302**

**CELL
(239) 246-9574**

**FAX
(407) 320-0293**

**www.ectacfl.net**

**Serita D. Beamon
Superintendent**

June 11, 2024

Dr. Robin Jarvis
Vice President, RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the East Coast Technical Assistance Center, ECTAC, I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. As a member of the Advisory Board of the Region 7 Comprehensive Center I have observed your center's unwavering commitment to fostering educational excellence and equity across the region. The dedicated team of professionals and strategic, customized initiatives has allowed the Center to play a pivotal role in advancing educational outcomes and opportunities for all students, educators, and communities alike.

ECTAC is a professional organization that serves 55 Local Educational Agencies in Florida. Our purpose is to support federal education program administrators in closing the K-12 achievement gaps in Florida. Our capacity building mission is closely aligned to the Comprehensive Center work as we routinely partner and collaborate with state and local agencies to address the pressing educational needs of our students, educators, families, and communities. Continuing the collaboration between ECTAC and the Region 6 (Gulf Region) Comprehensive Center will allow us to achieve our collective goal of improved student and educator outcomes. Specific areas of collaboration are capacity building around evidenced based practices to support our students and prioritizing ESEA funding for maximum impact.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engagement with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

For these reasons I wish you success with your proposal.

Sincerely,

*Maria Longa*

Maria J. Longa
Director, ECTAC    PR/Award # S283B240029

ED 000731

**Heartland Educational Consortium**
Donna Garcia, *Executive Director*

1096 US 27 North
Lake Placid, FL 33852
Phone (863) 531-0444  |  Fax (863) 531-0405
www.heartlanded.org



May 15, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the Heartland Educational Consortium (HEC), I'm writing to strongly endorse RMC Research Corporation's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In its role as the Region 7 Comprehensive Center (R7CC) since 2019, RMC has supported the state of Florida in improving outcomes for our educators, students, and their families. In the past year, RMC has supported our small and rural region with specific math instruction techniques that impact teacher practice. RMC has worked closely with our Math specialist to ground our member districts in sound math instruction. Engaging in collaborative professional learning sessions, intentional learning walks, and numerous follow-up discussions, our work has only been enhanced with this partnership.

We are thrilled about the prospect of working with RMC as the Region 6 (Gulf Region) Comprehensive Center and are fully committed to continuing our partnership. We eagerly anticipate the opportunity to collaborate with RMC and the Florida Department of Education over the next five years, focusing on projects that aim to increase the use of evidence-based instructional practices for English learners and students with disabilities, enhance Tier 1 instruction for all students, provide interventions for at-risk students, reduce chronic absenteeism, and improve teacher development and retention through high-quality mentoring.

We commend the quality of the team that RMC has assembled, whose members have consistently demonstrated the skills, attitudes, and attributes necessary to support states in this region and their partners. We are eager to maintain our engagement with RMC Research as they lead the Region 6 Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,



Donna Garcia
Executive Director









ED 000732



School of Education
1100 College St., MUW-1637
Columbus, MS 39701
Phone:662-329-7191

20 May 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the School of Education at Mississippi University for Women, I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. Our shared interests in improving literacy skills throughout the region, the foundation of education, is critical to the mission of the School of Education. We expect to continue in our collaboration to serve the needs of our communities not only to improve the lives of those we serve but to increase opportunity and raise the quality of living for all Mississippians.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engagement with RMC Research as they lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Dean, School of Education



**COLLEGE OF EDUCATION AND HUMAN DEVELOPMENT**

May 22, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In 2021, I had the pleasure of serving on the Professional Growth System (PGS) workgroup co-led by the Mississippi Department of Education and the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, the workgroup provided feedback on PGS training, tested a new Canvas module, and gave input into the future state of training. RMC has since supported the Mississippi Department of Education with creating training resources needed to successfully scale the PGS training across the state through the Regional Education Service Agencies.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences, I look forward to future opportunities to collaborate with and learn from RMC Research as they work in the next five years on projects that address reducing chronic absenteeism and improving student engagement, preparing effective leaders to support teacher retention, implementing high leverage practices for students with disabilities, and improving English learner outcomes.

Sincerely,

**Albert W. Carter, Ph.D.**
Interim Chair
Coordinator of Masters & Specialist Programs and Leadership Academy
Department of Educational Administration, Foundations, and Research
College of Education and Human Development
Jackson State University
Phone: 601-979-1140

Department of Educational Administration, Foundations and Research
1400 John R. Lynch St. | PO Box 17175 | Jackson, MS 39217 | 601.979.2351 | jsums.edu

ED 000734

STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

Eric G. Mackey, Ed.D.
State Superintendent of Education

Alabama
State Board
of Education

Governor Kay Ivey
President

Jackie Zeigler
District I

Tracie West
District II
Vice President

Stephanie Bell
District III

Yvette M. Richardson, Ed.D.
District IV

Tonya S. Chestnut, Ed.D.
District V
President Pro Tem

Marie Manning
District VI

Belinda McRae
District VII

Wayne Reynolds, Ed.D,
District VIII

Eric G. Mackey, Ed.D.
Secretary and
Executive Officer

June 7, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I am writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past 5 months, I have had the opportunity to work with RMC Research's team on the Alabama Principal Leadership Framework through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have been able to better support the Design Team which is the group appointed to develop the framework in accordance with Alabama's new School Principal Leadership and Mentoring Act. RMC Research's team has served as an invaluable partner by recommending organizational structures and processes for accomplishing project-related tasks, planning for and facilitating meetings with the Design Team, and helping to develop content based on research and evidence-based practices. My own professional knowledge, skills, and capacity have expanded and deepened as a result of our collaboration with RMC Research's team. The team is always quick to respond and offer their expertise and guidance when I reach out for advice about how to lead an aspect of the project. Because of their technical assistance and guidance, all of the principals and assistant principals in the state of Alabama will have access to a resource that will support their leadership development, ultimately resulting in improved outcomes for all students.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. Our partnership with their team will be critical to the development and implementation of a school administrator evaluation system as well as resources for schools that have difficulty recruiting and retaining effective administrators. It is difficult for me to envision how to accomplish these important projects without their guidance and support. I look forward to the opportunity to partner with RMC as we work over the next five years to develop effective school leaders.

I wish you success with your proposal.

Sincerely,

Dr. Anna Shepherd-Jones
Education Specialist
Alabama State Department of Education

GORDON PERSONS BUILDING • P.O. BOX 302101 • MONTGOMERY, ALABAMA 36130-2101 • TELEPHONE (334) 694-4900 • WEBSITE: www.alabamaachieves.org

PR/Award # S283B240029
Page e338

ED 000735

***Kim S. Benton, Ed.D.***
***1270 Edwards Road   Hickory, Mississippi 39332***
***Kbenton1270@gmail.com  OR  kbenton@wmcarey.edu***
***Phone: 601.527.3774***

May 16, 2024

Dr. Robin Jarvis, Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. While serving as Deputy Superintendent and then Interim State Superintendent of the Mississippi Department of Education (MDE), I had the opportunity to work with RMC Region 7 research team on a project for *Ensuring Equitable Access to Effective Teachers*. Throughout the project, MDE staff were provided with high quality technical assistance as we worked to strengthen our systems to improve educator effectiveness.

In addition, I collaborated with the Region 7 CC and the MDE Office of School Improvement in my role as a project lead with the National Comprehensive Center.  For this project, the focus was two-fold with an emphasis on the provision of high impact instruction for students in poverty and alignment to MDE priorities such as teacher effectiveness and inclusive leadership.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. They are collaborative partners who have enhanced the capacity of the MDE staff to accomplish one of our key Strategic Plan Goals: To ensure that all schools in Mississippi have effective teachers and leaders.

Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with their team.

Sincerely,

Kim S. Benton, Ed.D.
*William Carey University, Assistant Professor*
*Educational Consultant*



ED 000736



**NEFEC**

**nefec.org**

• • •

BOARD OF DIRECTORS:

Sherrie Raulerson
*Baker*

Will Hartley
*Bradford*

Alex L. Carswell, Jr.
*Columbia*

Mike Thomas
*Dixie*

LaShakia Moore
*Flagler*

Tracie Snow
*FSDB*

Dr. James A. Surrency
*Gilchrist*

Lee Wetherington-Zamora
*Hamilton*

Robert Edwards
*Lafayette*

Christopher Cowart
*Levy*

Dr. Kathy K. Burns
*Nassau*

Brian K. Marchman, Ph. D.
*P.K. Yonge*

Dr. Richard M. Surrency, Sr.
*Putnam*

Ted L. Roush
*Suwannee*

Mike Ripplinger
*Union*

Dr. Patrick J. Wnek
*Executive Director*

**NORTH EAST FLORIDA EDUCATIONAL CONSORTIUM**

3841 Reid Street • Palatka, Florida 32177 • Phone: (386) 329-3800 • Fax: (386) 329-2547

May 15, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past 4 years, I have had the opportunity to work with RMC Research's team on the Implementation Zone through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have collaborated to develop and implement practice profiles for both ELA and Mathematics from Kindergarten through 12th grade. Through this work, I have witnessed growth in teaching practices and student outcomes in the districts served by the Northeast Florida Education Consortium (NEFEC).

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. Our collaboration with RMC Research has significantly enhanced teacher competency and student proficiency. This partnership has facilitated numerous opportunities and meaningful conversations that drive educational growth. As we continue to support educators in the NEFEC region, I am committed to refining the Implementation Zone work and expanding these effective practices to more schools and districts.

I wish you success with your proposal.

Sincerely,



Jacob Massey
Program Development and Training Specialist



STATE OF ALABAMA
# DEPARTMENT OF EDUCATION



Eric G. Mackey, Ed.D.
State Superintendent of Education

Alabama
State Board
of Education

Governor Kay Ivey
President

Jackie Zeigler
District I

Tracie West
District II
Vice President

Stephanie Bell
District III

Yvette M. Richardson, Ed.D.
District IV

Tonya S. Chestnut, Ed.D.
District V
President Pro Tem

Marie Manning
District VI

Belinda McRae
District VII

Wayne Reynolds, Ed.D.
District VIII

Eric G. Mackey, Ed.
Secretary and/
Executive Offic

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL 33618
May 2024

Dear Dr. Jarvis,

I hope this message finds you well. Please accept this letter as my strong endorsement for RMC Research's application to lead the Region 6 Comprehensive Center (Gulf Region) for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past two years, I have had the opportunity to work with RMC Research's team on the Alabama Improving K-5 Evidence-Based Practices in Mathematics project through the Region 7 Comprehensive Center. With RMC Research's technical assistance and guidance, I have been consistently supported in the implementation of the Alabama Numeracy Act, development of the newly formed Office of Mathematics Improvement's vision and mission, creation of a structure for a strategic plan, and design of a data inquiry protocol. Through this partnership, my team and I have strengthened our use of resources and processes to identify evidence-based practices for high-quality mathematics, guided data-based decision making using an inquiry process and provided models for engaging full and limited support schools across our state.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. They have been true and trusted collaborators. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. For example, over the next three years, we will be releasing evidence-based mathematics practices. We would like to collaborate with RMC Research to support our efforts to strengthen teachers' use of evidence-based mathematics practices at all levels of instruction, shore up Tier 1 mathematics instruction and guide interventions aligned with the Alabama Numeracy Act, and strengthen our alignment efforts across offices within the Alabama State Department of Education.

I wish you success with your proposal and look forward to continuing our collaboration.

kanderson1@alsde.edu
334.694.4967



**Contact Person:** First Last
(850) 638-6131 Ext.
1-877-873-7232
Fax (850) 638-6109
first.last@paec.org

**John T. Selover**
**Executive Director**

753 West Boulevard
Chipley, FL 32428
Phone: (850) 638-6131
Fax: (850) 638-6134
paec.org

May 23, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year, I have had the opportunity to work with RMC Research's team on the Regional Implementation Zone through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have engaged with R7CC as we pilot the implementation of Florida's Math Practice Profile. As a result of our work together, PAEC has gained better insight that has allowed us to create a better plan to implement these practices in our member districts.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team as we continue this partnership that will ensure we implement Florida's Math Practice Profile with fidelity in our member districts through professional learnings, classroom walkthroughs, district/consortia collaboration, and on-going data collection that will drive our way if work, ensuring our organization meets the needs of our member districts.

I wish you success with your proposal.

Sincerely,

*Kysha Hopkins*

Kysha Hopkins
Math Consultant



*Advancing Schools & Communities for Student Success*

PR/Award # S283B240029
Page e242

ED_000739

# DIXIE DISTRICT SCHOOLS

**16077 SE Highway 19**
**Cross City, Florida 32628-0890**
**Phone (352) 541-6231**
**FAX (352) 541-6334**
**Mike Thomas, Superintendent**
**www.dixie.k12.fl.us**

*Our schools will provide a quality learning environment by providing opportunities through educational planning and community partnerships that ensures student success.*

**Chair of Board**
*Timothy Alexander*
**Vice Chair of Board**
*Cheryl Pridgeon*



**Board Members**
*Paul Gainey*
*Amanda NesSmith*
*Lucas Rollison*

May 28, 2024

Dr. Robin Jarvis, Vice-President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year, I have had the opportunity to work with RMC Research's team on Math Implementation Zone through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have seen growth in the knowledge and expertise of our grades 5 – 7 middle school teachers pertaining to the high leverage evidence-based strategies as depicted in the Math Practice Profiles, which led to an increase in math scores in those grade levels.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team  We are excited at the opportunity to partner with RMC Research as they develop a screener designed to catch students before they struggle to learn to read, and hope that through our participation, we will have better opportunities to provide early intervention that is critical for the reading development of our youngest learners.

I wish you success with your proposal.

Sincerely,



Mike Thomas
Superintendent of Schools

*No person shall on the basis of race, color, religion, gender, age, marital status, sexual orientation, disability, political or religious beliefs, national or ethnic origin, or genetic information, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity, or in any employment conditions or practices conducted by the School District, except as provided by law.*

Lisa White, EdD
1936 Chivers Street
Benton, Arkansas 72019

May 21, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. In 2021, I had the pleasure of serving on the Professional Growth System (PGS) workgroup co-led by the Mississippi Department of Education and the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, the workgroup provided feedback on PGS training, tested a new Canvas module, and gave input into the future state of training. RMC has since supported the Mississippi Department of Education with creating training resources needed to successfully scale the PGS training across the state through the Regional Education Service Agencies.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences, I am confident Mississippi will be well-served by RMC Research as they work in the next five years on projects that address reducing chronic absenteeism and improving student engagement, preparing effective leaders to support teacher retention, implementing high leverage practices for students with disabilities, and improving English learner outcomes.

Sincerely,

Lisa White
Education Consultant

ED 000741



**Mississippi College**

A CHRISTIAN UNIVERSITY

*School of Education*

June 4, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. RMC Research has strong relationships in the states in this region and has assembled a quality team of staff members and partners who have the skills, attitudes, and attributes needed to support these states and their partners.

Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. We are always looking for ways to promote the profession of teaching, specifically in elementary and secondary education.

I wish you success with your proposal.

Sincerely,

Cindy Melton, Ph.D.
Dean, School of Education
Mississippi College

ED 000742

**MISSISSIPPI**
**DEPARTMENT OF**
**EDUCATION**
Ensuring a bright future for every child

**Office of the Chief Accountability Officer**
**Paula A. Vanderford, Ph.D., Chief**

June 12, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL 33618

Dear Dr. Jarvis,

I'm writing to offer my support for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past four (4) years, my staff and I have had the opportunity to work with RMC Research's team on multiple projects focused on teacher recruitment and equitable access to effective educators through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, the Mississippi Department of Education (MDE) has expanded access to training statewide for the Professional Growth System (PGS) through the Mississippi Regional Education Service Agencies (RESA).

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities for MDE staff to collaborate. I look forward to the opportunity to partner with RMC as we work over the next several years on MDE priorities such as reducing chronic absenteeism and improving student engagement, preparing effective leaders to support teacher retention, implementing high leverage practices for students with disabilities, and improving English learner outcomes.

I wish you success with your proposal.



Chief Accountability Officer
Mississippi Department of Education

Central High School Building
359 North West Street
P.O. Box 771
Jackson, MS 39205-0771

Phone (601) 359-1763
**www.mdek12.org**
**ED 000743**

**Heartland Educational Consortium**
Donna Garcia, *Executive Director*

1096 US 27 North
Lake Placid, FL 33852
Phone (863) 531-0444  |  Fax (863) 531-0405
www.heartlanded.org

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year, I have had the opportunity to work with RMC Research's team on Math Practice Profile Implementation Zone through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I

- Understand the role of the implementation zone within the implementation of the B.E.S.T. Math Standards,
- Deepen understanding of the "what" and "why" of implementation science,
- Understand the Practice Profile for High-Quality Math Instruction and its purpose,
- Created our implementation team and identified key members who trust the process
- Learn to use the Observation Tool for Instructional Supports and Systems to collect classroom observations data.

Through our partnership with R7CC, we have co-created:
- Supports for educators to continually improve their use of evidence-based practices to effectively teach the B.E.S.T Standards,
- Working to improve math outcomes for all students,
- Sustainable processes aligned to organizational structures that will last through changes in staff and adminstration.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team Please provide a few sentences speaking to ways you see collaborating with RMC Research as the Region 6 (Gulf Region) Comprehensive Center.
I wish you success with your proposal.

Sincerely,

*Stacey Hinson*

Stacey Hinson
Math Content Specialist

      

# NORTH EAST FLORIDA EDUCATIONAL CONSORTIUM

3841 Reid Street • Palatka, Florida 32177 • Phone: (386) 329-3800 • Fax: (386) 329-2547

## NEFEC

**nefec.org**

• • •

BOARD OF DIRECTORS:

Sherrie Raulerson
*Baker*

Will Hartley
*Bradford*

Alex L. Carswell, Jr.
*Columbia*

Mike Thomas
*Dixie*

LaShakia Moore
*Flagler*

Tracie Snow
*FSDB*

Dr. James A. Surrency
*Gilchrist*

Lee Wetherington-Zamora
*Hamilton*

Robert Edwards
*Lafayette*

Christopher Cowart
*Levy*

Dr. Kathy K. Burns
*Nassau*

Brian K. Marchman, Ph. D.
*P.K. Yonge*

Dr. Richard M. Surrency, Sr.
*Putnam*

Ted L. Roush
*Suwannee*

Mike Ripplinger
*Union*

Dr. Patrick J. Wnek
*Executive Director*

May 15, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past 4 years, I have had the opportunity to work with RMC Research's team on Implementation Zone/Practice Profile through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have attended multiple meetings to collaborate and support NEFEC districts.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. We are excited to continue this work in both the content areas of math and ELA. We appreciate the opportunities to collaborate around the practice profile and the data collected which ultimately impacts student achievement in NEFEC districts.

I wish you success with your proposal.

Sincerely,

Rhonda K. Clyatt
Director of Curriculum and Instruction



# Hamilton County School District

Superintendent of Schools
5686 US Highway 129 South, Suite 1
Jasper, Florida 32052

Phone: 386.792.7800 – Fax: 386.792.3681

**School Board Members**
Cheryl McCall – District 1
Gary Godwin – District 2
Saul Speights – District 3
Johnny Bullard – District 4
Sammy McCoy – District 5

**Lee Wetherington-Zamora, Superintendent**

**Christopher B. Combass, Director of Teaching & Learning**

May 22, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year, I have had the opportunity to work with RMC Research's team with regards to the Math Instruction Practice Profile Training through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, our team has developed a better understanding of how to implement high quality math instruction by identifying barriers, improving infrastructure, and adapting policies and procedures to better meet our students' needs.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. As the Region 6 (Gulf Region) Comprehensive Center lead, RMC Research would be able to continue providing small districts like us with professional learning frameworks and support needed to close achievement gaps and improve academic proficiency.

I wish you success with your proposal.

Sincerely,

Christopher B. Combass
Director of Teaching & Learning
Hamilton County School District

**"Ensuring a Successful Future for Every Student"**
www.hamiltonfl.com

ED 000746

**GLADES COUNTY SCHOOL DISTRICT**

Moore Haven, FL 33471

(863) 946-2083
Fax: (863) 946-1549

**Glades County School District**

*Joanna Sozio*
Director of School Improvement

*Building Academic Excellence*

**Dr. Alice E. Barfield**
*Superintendent*

**Ronald Boils**
Director of
Administrative Services

**Rhonda Boils**
Director of
Exceptional Student
Education

**Brian Greseth**
Director of
Safety & Facilities

**Gabrielle
Ibietatorremendia**
Director of
Human Resources

**Dawn Martin**
Director of
Finance

**Doreen Sabella**
Director of
Student Services

**Joanna Sozio**
Director of
School Improvement

**School Board Members**

**Crystal Drake**
District 1

**Jenny Allen**
District 2

**Jean Prowant**
District 3

**Kimberly Clement**
District 4

**Patricia Pearce**
District 5

May 21, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,
I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year, I have had the opportunity to work with RMC Research's team as part of the implementation zone of the Math Practice Profiles and using the OTISS tool through the Region 7 Comprehensive Center.

With RMC's technical assistance and guidance, my team and I have worked with the R7CC on training our teachers, coaches and administrators on the Math Practice Profiles. We also learned how to use the OTISS tool to walk classrooms and look for evidence of the Math Practice Profiles along with building IOA. As a result of this training our teachers now have a common language around research based classroom practices that support planning in our PLCs.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team. This collaboration, for a small rural district, is an important piece to start building capacity within our schools and across our district. This work and collaboration brings relevance to our state standards as well as supports teacher practice and how those standards are planned for and delivered. The work with Region 6 and the collaboration with RMC added value to the work the coaches had already started to engage in with each grade level.

I wish you success with your proposal.

Director of School Improvement
Glades County Schools

 




May 28, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL 33618

Dear Dr. Jarvis,

I am writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past 3 years, I have had the opportunity to work with RMC Research's team on supporting students with disabilities through high leverage practices and implementation science. With RMC's technical assistance and guidance, our team has been afforded a thought partner and collaborator in the state's school improvement efforts. One such effort has been to develop and provide support for schools identified for support and improvement based on the students with disabilities student group through a community of practice model. This work has proved beneficial as it provided school and district personnel with the opportunity to learn with one another as they focused on building capacity for supporting strengthened instruction for this student group.

As a result of this partnership, we have been able to strengthen cross-agency engagement with the Mississippi Department of Education's special education team and model what it could look like for school districts. We have also been able to provide a narrower focus on specific practices around which school teams could center their learning to support instruction.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from your team. As our aim is to expand our focus on this support to our schools and districts, the Region 6 (Gulf Region) Comprehensive Center would continue to provide our team with access to a quality partner and critical friend. RMC Research, through guidance and other support, would also continue to be a key collaborator in advancing our efforts to support identified school teams in gaining greater understanding of the high leverage practices to support students with disabilities and leveraging the power of strong implementation. I wish you success with your proposal.

Sincerely,

Sonja J. Robertson

Sonja J. Robertson
Executive Director of School Improvement

Central High School Building
359 North West Street
P.O. Box 771
Jackson, MS 39205-0771

Phone (601) 359-1003
Fax (601) 576-2180

**ED 000748**
www.mde.k12.ms.us



**John T. Selover**
**Executive Director**

753 West Boulevard
Chipley, FL 32428
Phone: (850) 638-6131
Fax: (850) 638-6134
paec.org

Yvette Lerner
(850) 638-6131 Ext. 2313
Yvette.lerner@paec.org

May 20, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education.

For the past 2 years, I have had the opportunity to work with RMC Research's team as a member of both the English Language Arts Implementation Zone as well as the newly added Math Implementation Zone through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have engaged in new and collaborative learning that has supported not only the design and implementation work for this project but increased my ability to engage collaboratively with other workgroups. The tools and analysis of data that we have been provided have increased our work productivity. These tools provide structure and common conversations that are essential as we build a systematic approach to instructional change in our classrooms.

The RMC Research team has consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. I look forward to future opportunities to collaborate with and learn from the RMC team, through continued conversations grounded in evidence-based instructional practices and driven by multiple data collection samples.

The training and insight that this team provides has been invaluable as we collectively move from perceptions to data driven decision making and implement evidence-based instructional practices throughout the State of Florida.

I wish you success with your proposal.

Sincerely,

Yvette Lerner
Literacy Specialist



*Advancing Schools & Communities for Student Success*

CALHOUN – FAMU D.R.S – FRANKLIN – GADSDEN – GULF – HOLMES – JACKSON –
JEFFERSON – LIBERTY – MADISON – TAYLOR – WAKULLA – WALTON - WASHINGTON

ED 000749




# Moore Haven Elementary School

401 Terrier Pride Drive SW
Moore Haven, FL 33471

(863) 946-0737

Christopher Doty, *Principal*
Rita Story, *Assistant Principal*

**#terrierpride**

May 16, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

I'm writing to offer my strong endorsement for RMC Research's application to lead the Region 6 (Gulf Region) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. For the past year, I have had the opportunity to work with RMC Research's team on Math Practice Profile Implementation through the Region 7 Comprehensive Center. With RMC's technical assistance and guidance, I have

- Understand the role of the implementation zone within the implementation of the B.E.S.T. Math Standards,
- Deepen understanding of the "what" and "why" of implementation science,
- Understand the Practice Profile for High-Quality Math Instruction and its purpose,
- Created our implementation team and identified key members who trust the process
- Learn to use the Observation Tool for Instructional Supports and Systems to collect classroom observations data.

Through our partnership with R7CC, we have co-created:

- Supports for educators to continually improve their use of evidence-based practices to effectively teach the B.E.S.T Standards,
- Working to improve math outcomes for all students,
- Sustainable processes aligned to organizational structures that will last through changes in staff and adminstration.

RMC Research has assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. Based on my past experiences with RMC Research, I look forward to future opportunities to collaborate with and learn from their team

I wish you success with your proposal.

Sincerely,

Chris Doty          Rita Story
Principal           Assistant Principal

The School District of Glades County does not discriminate on the basis of race, color, national origin, gender, age, disability, marital status or genetic information in its educational programs, services or activities, or in its hiring or employment practices. Questions, complaints, or requests for additional information regarding discrimination or harassment may be sent to: Gabrielle Ibietatorremendia
P.O. Box 459, Moore Haven, FL 33471 or emailed to gabrielle.ibietatorremendia@glades-schools.org

 www.gladesedu.org     @GladesSchools     @GladesSchools    



**Alabama-Mississippi Teachers**
**of English to Speakers of Other Languages**
*AMTESOL serves the needs of intensive program teachers, administrators, graduate*
*students, and K-12 teachers in the field of ESL.*

June 16, 2024

Dr. Robin Jarvis, Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

As a professional organization whose prime directive is to serve the needs of programs and organizations that provide support for English Learners across our region, Alabama-Mississippi TESOL (AMTESOL) fully recognizes the challenges inherent in meeting the needs of these students and their communities. RMC's application to continue leading the Region 6 Comprehensive Center (Florida, Alabama, Mississippi) for the Office of Elementary and Secondary Education, U.S. Department of Education comes at a time when both the SEAs and LEAs in Alabama and Mississippi need ongoing support of the type that RMC has undertaken and is poised to continue.

Our AMTESOL membership consists of teachers and administrators across both states who guide P-12 multilingual learners for reaching success in learning content and language. Based on what AMTESOL members have consistently shared, their schools would truly benefit from the types of projects being proposed by RMC. In this region, educators at all levels continue to need help with planning and implementing evidence-based practices in classrooms as well as with data-informed decision-making that will enhance multilingual learners' ability to access the curriculum fully.

AMTESOL especially welcomes the opportunity to collaborate with RMC and to support RMC-led projects that enhance the language development of multilingual learners and increase their academic achievement.

Wishing you the best of luck with your proposal.

Sincerely,

Andrea Word, Ed.D.
Immediate Past President, Alabama-Mississippi TESOL

 National Center on Improving Literacy

May 24, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the National Center on Improving Literacy (NCIL), I'm writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida, and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. RMC Research holds a lead role in coordinating technical assistance, family engagement, and evaluation efforts for the NCIL. RMC Research's leadership and expert outreach through the NCIL highlights how RMC Research would support the Region 6 (Gulf) Comprehensive Center with high quality implementation and innovative collaborative efforts.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engagement with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you success with your proposal.

Sincerely,

Lana Edwards Santoro, Ph.D.
Director, National Center on Improving Literacy



**National Center on Safe Supportive Learning Environments**

Engagement • Safety • Environment

June 11, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

As the Director of the National Center on Safe Supportive Learning Environments (NCSSLE), a U.S. Department of Education funded technical assistance center, I am writing to offer our support in partnering with RMC Research should they be awarded the grant to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education.

As comprehensive centers partner with state education agencies (SEAs), many SEAs are contending with and need support on issues related to school climate and conditions for learning, the focus of NCSSLE's work.

Partnering together is mutually beneficial. On one hand, NCSSLE can help comprehensive centers when their SEAs need deeper topical expertise (e.g., facilitate training). On the other hand, working with comprehensive centers can help NCSSLE understand the needs of SEAs and the regional education agencies and local education agencies they serve (e.g., inform NCSSLE product development).

Partnering together can also prevent a duplication of effort. If both NCSSLE and a comprehensive center are addressing a similar topic, we can jointly develop a resource or plan an event, or we can coordinate who will develop or plan what, maintaining communication over the course of development/planning to ensure we are meeting the needs of both centers.

We have seen the benefits of partnering with comprehensive centers over many years. Thus, we fully support partnering with RMC Research as they lead the Region 6 Comprehensive Center should RMC Research be awarded this grant.

ED 000753

Sincerely,



Greta Colombi
Director, NCSSLE
gcolombi@air.org
(773) 426-7784

ED 000754



SERVE at UNC Greensboro
5900 Summit Avenue, Suite #201, Browns Summit, NC 27214
336-315-7400 | https://serve.org

May 21, 2024

Dr. Robin Jarvis
Vice President
RMC Research Corporation
3350 Buschwood Park Dr., Suite 270
Tampa, FL. 33618

Dear Dr. Jarvis,

On behalf of the National Center for Homeless Education (NCHE), we are writing to offer our strong endorsement for RMC Research's application to lead the Region 6 (Gulf) Comprehensive Center for the U.S. Department of Education, Office of Elementary and Secondary Education. We appreciate that RMC Research has provided capacity-building technical assistance to state, regional and local education agencies and schools in Alabama, Florida and Mississippi since 2019 while operating the Region 7 Comprehensive Center.

Over the years, RMC Research has been a valuable source of support in states' efforts to improve educational outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly for student groups with the greatest need. The Region 7 Comprehensive Center provided high-quality resources during Covid and we envision collaborating with Region 6 (Gulf Region) to improve the outcomes for students experiencing homelessness. More specifically, we can see ourselves collaborating with Region 6 on evidence-based programs and practices related to rural students and families, and English learners experiencing homelessness.

We believe you have assembled a quality team of staff members who have consistently demonstrated the skills, attitudes, and attributes needed to support states and their partners. We look forward to engaging with RMC Research as you lead the Region 6 (Gulf Region) Comprehensive Center for the next five years.

We wish you success with your proposal.

Co-Director, National Center for Homeless Education

Karla Lewis Strong, Ph.D.
Co-Director, National Center for Homeless Education

**Budget Narrative File(s)**

* **Mandatory Budget Narrative Filename:** `1241-Part 5 Budget Narrative.pdf`

[ Add Mandatory Budget Narrative ]  [ Delete Mandatory Budget Narrative ]  [ View Mandatory Budget Narrative ]

To add more Budget Narrative attachments, please use the attachment buttons below.

[ Add Optional Budget Narrative ]  [ Delete Optional Budget Narrative ]  [ View Optional Budget Narrative ]

**ED 000756**

**PART 5**
**BUDGET NARRATIVE – DETAIL**
**RMC Research Corporation**

**Budget Information and Budget Narrative for the Region 6 Comprehensive Center (Gulf CC)**

This section of the proposal contains the following information:
- **5 Year Budget Summary**
- **5 Year Budget Narrative**
- **Year One – Budget Summary**
- **Year One – Budget Detail**
  - Schedule A – Direct Labor
  - Schedule B – Travel & Per Diem
  - Schedule C – Subcontractors, Consultants, Subject Matter Experts
  - Schedule D – Other Direct Costs
- **Year Two – Budget Summary**
- **Year Two –Budget Detail**
  - Schedule E – Direct Labor
  - Schedule F – Travel & Per Diem
  - Schedule G – Subcontractors, Consultants, Subject Matter Experts
  - Schedule H – Other Direct Costs
- **Year Three – Budget Summary**
- **Year Three – Budget Detail**
  - Schedule I – Direct Labor
  - Schedule J – Travel & Per Diem
  - Schedule K – Subcontractors, Consultants, Subject Matter Experts
  - Schedule L – Other Direct Costs
- **Year Four – Budget Summary**
- **Year Four – Budget Detail**
  - Schedule M – Direct Labor
  - Schedule N – Travel & Per Diem
  - Schedule O – Subcontractors, Consultants, Subject Matter Experts
  - Schedule P – Other Direct Costs
- **Year Five – Budget Summary**
- **Year Five – Budget Detail**

ED 000757

Schedule Q – Direct Labor

Schedule R – Travel & Per Diem

Schedule S – Subcontractors, Consultants, Subject Matter

Schedule T – Other Direct Costs

- **RMC Research Corporation's Most Recent Provisional Indirect Cost Rate Agreement** (See PART 6: Other Attachments, section of this Application)

ED 000758

RMC Research Corporation – Gulf CC

## Five Year – Budget Summary

The Five-Year Budget Summary for the Gulf CC represents the total costs, both direct costs and indirect costs, for the grant beginning on October 1, 2024, and concluding on September 30, 2029. As required in the Notice Inviting Applications (NIA), RMC will set aside 5 percent of each year's budget to support Emerging Needs consistent with intended outcomes, as identified in consultation with, and approved by, the OESE program officer.

This Five-Year Budget Summary and Five-Year Budget Narrative is followed by a Budget Summary and Detailed Budget Schedules, for each of the five performance years.

As per the instructions, RMC Research has made sure that the Total Budget in each year does not exceed the total allocation represented for the Region as published in the NIA.

ED 000759

## Budget Narrative for Year One – Year Five

**Personnel** – The Direct Labor Schedule presents the name/title of the individual RMC staff person proposed along with the estimated percentage of time they are expected to work on the project. This percentage is translated into estimated days and estimated hours. RMC Research uses 1880 hrs./235 days as its Full Time Equivalent (FTE). The total number of hours/days available in any given year (excluding weekends) that a person might have available to charge to a project is 2080 hrs. or 260 days. RMC Research does not use 2080 hrs. or 260 days in calculating an FTE since most staff will use vacation, paid holiday, and sick leave at some point over the period of the year. That time is charged to Overhead rather than being a direct charge to a client. RMC Research has calculated an average estimated salary/cost of living adjustment of 3% in Year Two. Beyond Year Two, RMC Research has not modified the annual budgets further since those budgets will be dictated by Congressional appropriations and Departmental allocations as well as by the Annual Service Delivery Plan.

**Fringe Benefits** – Due to its Cost Pricing Structure and the requirements of USED's Office of Grants Administration (OGA)/Indirect Cost Division (ICD), RMC Research does not maintain a separate Fringe Benefits indirect charge. Fringe Benefits, such as vacation, holidays, sick leave, jury duty, funeral leave, etc., and medical, dental, vision insurance, life insurance, retirement plans, tuition reimbursement, etc. are all included in RMC's Provisional Overhead Rate (described later) which is calculated against RMC Direct Labor.

**Travel and Per Diem** – In this Schedule, RMC's estimated costs for Travel are divided into two (2) categories, Airfare and Ground Travel. Airfare is computed as an average, coach, roundtrip fare. Ground travel includes costs of getting to and from the airport such as taxi, bus, personal auto, parking, etc. Ground travel also includes the cost of on-site car rental or the mileage

ED 000760

reimbursement (currently at 67¢/mile) for personal auto to and from the Client/Recipient site. All travel originates and ends at the RMC office site in the Region.

Per Diem includes Subsistence (meals) and Lodging (as required). RMC Research reimburses up to the allowable FTR allowance for the area. Any expense in excess of fifteen dollars ($15.00) must be accompanied by a receipt. Alcoholic beverages are excluded from all expense reimbursement claims.

Trips for this grant include: trips to and from Washington, DC for meetings with USED; meetings with the National Center and/or other Regional Comprehensive Centers at yet to be determined locations; meetings with Clients and Recipients for service delivery; and meetings of the Regional Advisory Board.

**Equipment** – RMC has budgeted no funds for equipment.

**Supplies** – RMC has budgeted no funds for supplies.

**Contractual** – In this Schedule, RMC Research has budgeted a pool of funds under Subcontractors and nationally recognized Consultants/Subject Matter Experts. At this time, RMC Research proposes entering into a subcontractor relationship with three (3) entities. These include:

- University of Mississippi, Center for Excellence in Literacy Instruction (CELI) is a leader in the region in research evidence-based early reading, school turnaround and equity and cultural diversity in the classroom. Their director will serve as the Gulf CC's Mississippi State Service Liaison. They will also support Gulf CC service teams focusing on literacy, school turnaround, recruitment, development, and retention of educators and leaders.

- Applied Engineering and Management Corporation (AEM) is nationally recognized for

its work in premier technical assistance and data management partnerships. AEM

provides extensive technical skills and subject matter expertise such as equitable access,

talent management, teacher retention, role of school leaders, and rural access issues.

They will support Gulf CC service teams focusing on mathematics, school turnaround,

assessment, educator, and leadership effectiveness.

- The National Implementation Research Network (NIRN) at the University of North

  Carolina – Chapel Hill is nationally recognized for its resources, tools and professional

  development related to implementation science and evidence-based programs.

  Resources include: the Phases of Implementation; State Capacity Assessment; Regional

  Capacity Assessment; and District Capacity Assessment. They will support Gulf CC

  service teams focusing on capacity building, readiness to implement and sustainable

  project initiatives.

RMC Research also has set aside funds for nationally recognized subject matter expert

consultants at an average estimated rate of $500/day. The following nationally recognized subject

matter experts have committed to supporting projects in the Gulf CC service plan.

- Hedy Nai-Lin Chang – national expert in evidence-based strategies for addressing

  chronic absenteeism, working with students from low-income families,

  family/community engagement.

- Barbara Crock – national expert in high school redesign, career technical education,

  early college/dual enrollment programing, transforming the instructional core for

  more equitable student experiences and outcomes.

- Robin Ennis – national expert in positive behavioral interventions and support, three

  tiered models of prevention

ED 000762

- Scott Marion – national expert in assessment and accountability

- Rocco Russo – national expert in career technical education, technical mathematics instruction and curriculum development,

- Jessica Swanson – national expert on return on investment, resource allocation reviews

- Amanda Vanderheyden – national expert in K-4 mathematics, evidence-based practices for teaching mathematics, multi-tiered systems of support in mathematics, class wide math intervention

- Inika Williams – national expert in evidence-based strategies for addressing chronic absenteeism, mental health, college access for underserved students K-4

**Section 6: Contractual** – Procedures for Procurement 2 CFR 200.317-200.326

Under Section 6, the applicant is asked to provide a brief statement that they have followed the procedures for procurement under: 2 CFR 200.317-200.326. This CFR citation appears to be directed to States.

As a follow-up to the Pre-Application Webinar conducted by ED on May 23, 2024, the Department issued a "Questions and Answers" document. On page 5 of that document, in response to a question about competition exemptions in 34 CFR 75.135, the Department suggested using the small-purchase procurement procedures in 2 CFR & 200.320 (b), including the definition of "simplified acquisition threshold" in 2 CFR & 200.88.

RMC Research Corporation is following the Department's guidance and is proposing to apply the simplified acquisition threshold to the three subcontractor entities included in our proposal.

RMC Research further certifies that: 1) any employee, officer or agent participating in the

selection, award or administration of a contract is free of any real or apparent conflict of interest, and 2) that it used small purchase procedures to obtain the product or service.

**Construction** – Not Applicable

**Other** – In this Schedule, RMC Research has included costs for Communication, Postage and Printing/Reproduction including the basis for the cost.

**Total Direct Costs** – This cost is presented on the Budget Summary for the year.

**Indirect Costs** – RMC Research uses two (2) Indirect Cost Rates. The first, Overhead, includes all the costs that are customarily not charged as Direct Costs to clients. These include such items as medical/life insurance, vacation, holiday, sick leave and similar employee benefits, retirement, rent, utilities, liability insurance, base lease amounts for copiers, servers/computers, phone systems, etc. Overhead is applied only to RMC Direct Labor. RMC Research also has a General & Administrative (G&A) indirect rate which is calculated on Total Labor and Other Direct Costs. G&A indirect costs cover finance, accounting, and human resources support, audits, legal services, etc.

The most current approved provisional indirect cost rate agreement for RMC Research can be found in the PART 6: Other Attachments section of this Application.

ED 000764

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Total 5 Year Budget**
**October 1, 2024 - September 30, 2029**

**<u>Direct Labor</u>**

| | | |
|---|---|---:|
| Direct Labor Subtotal (Schedules A-E) | $ | 4,547,720 |
| Overhead (including fringe benefits) | $ | 3,656,367 |
| **Total Direct Labor** | **$** | **8,204,087** |

**<u>Other Direct Costs</u>**

| | | |
|---|---|---:|
| **Airfare (Schedules B-R)** | $ | 167,500 |
| **Ground Travel (Schedules B-R)** | $ | 55,535 |
| **Subsistence (Schedules B-R)** | $ | 33,375 |
| **Lodging (Schedules B-R)** | $ | 31,800 |
| **Subcontractors & Consultants (Schedules C-S)** | $ | 2,325,000 |
| **Communication (Schedules D-T)** | $ | 16,810 |
| **Postage (Schedules D-T)** | $ | 3,644 |
| **Printing/Reproduction (Schedules D-T)** | $ | 6,000 |
| **Total Other Direct Costs - 5 Year** | **$** | **2,639,664** |
| **Total Direct Labor and Other Direct Costs - 5 Year** | **$** | **10,843,751** |
| **General and Administration (G&A) on RMC Direct Labor & ODC** | **$** | **1,409,689** |
| **Total Cost of Contract - 5 Year** | **$** | **12,253,440** |

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Budget Summary - Base Year**
**October 1, 2024 - September 30, 2025**

<u>**Direct Labor**</u>

| | | |
|---|---|---:|
| Direct Labor Subtotal (Schedule A) | $ | 909,620 |
| Overhead (including fringe benefits) | $ | 731,334 |
| **Total Direct Labor** | **$** | **1,640,954** |

<u>**Other Direct Costs**</u>

| | | |
|---|---|---:|
| **Airfare (Schedule B)** | $ | 33,500 |
| **Ground Travel (Schedule B)** | $ | 11,107 |
| **Subsistence (Schedule B)** | $ | 6,675 |
| **Lodging (Schedule B)** | $ | 6,360 |
| **Subcontractors & Consultants (Schedule C)** | $ | 465,000 |
| **Communication (Schedule D)** | $ | 3,202 |
| **Postage (Schedule D)** | $ | 752 |
| **Printing/Reproduction (Schedule D)** | $ | 1,200 |
| **Total Other Direct Costs - Base Year** | **$** | **527,796** |
| **Total Direct Labor and Other Direct Costs - Base Year** | **$** | **2,168,750** |
| **General and Administration (G&A) on RMC Direct Labor & ODC** | **$** | **281,938** |
| **Total Cost of Contract - Base Year** | **$** | **2,450,688** |

ED 000766

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule A - Direct Labor**
**Base Year**
**October 1, 2024 - September 30, 2025**

| Name/Title | Percentage of Time | Est. Days | Est. Hours | Rate/ Hour | Est. Cost |
|---|---|---|---|---|---|
| Dr. Everett Barnes Principal Investigator/Officer-in-Charge Region 6 Liaison to National Center, ESSA Administration, Systems of Support, Educator Preparation | 30% | 70.5 | 564 | $ 148.29 | $ 83,636 |
| Dr. Robin Jarvis Project Director/Director - Evidence-Based Programs, ESSA Administration, Sustainability, Literacy | 75% | 176.25 | 1410 | $ 107.72 | $ 151,885 |
| Dr. Heidi Goertzen Co-Deputy Director/Senior Research Associate - ESSA Administration, Professional Developer, ESL | 50% | 117.5 | 940 | $ 52.12 | $ 48,993 |
| Mr. Jack Schwarz Co-Deputy Director/Senior Research Associate Evidence Based, Improvement, Standards | 50% | 117.5 | 940 | $ 50.54 | $ 47,508 |
| Dr. Shannon Lasserre-Cortez Senior Research Associate - Lead Internal Evaluator | 25% | 58.75 | 470 | $ 50.87 | $ 23,909 |
| Dr. Archie Hill Research Associate – School Turnaround, Rural Education, Cultural Diversity, Educational Technology | 50% | 117.5 | 940 | $ 44.58 | $ 41,905 |
| Dr. Veronica Ruiz de Castilla Internal Evaluator/Research Associate – Evaluation, School Choice, STEM | 25% | 58.75 | 470 | $ 46.20 | $ 21,714 |
| Dr. Guillermo Farfan Research Associate, Mathematics | 30% | 70.5 | 564 | $ 39.75 | $ 22,419 |
| Dr. Steven Dick Internal Evaluator | 30% | 70.5 | 564 | $ 43.27 | $ 24,404 |
| Dr. Diana Sharp Senior Research Associate - Literacy, Instructional Technology | 20% | 47 | 376 | $ 58.93 | $ 22,158 |
| Heidi Piatek Research Associate - Early Learning, English Learners | 75% | 176.25 | 1410 | $ 38.85 | $ 54,779 |
| Dr. Melinda Mollette Senior Research Associate – School Improvement, STEM | 30% | 70.5 | 564 | $ 48.16 | $ 27,162 |
| Dr. Jessica Folsom Senior Research Associate – Literacy | 50% | 117.5 | 940 | $ 48.75 | $ 45,825 |
| Mr. Sam Glickman Research Associate | 75% | 176.25 | 1410 | $ 42.64 | $ 60,122 |
| Ms. Patricia Cox Research Associate – Literacy, Effective Educators, Coaching, Rural Education, Professional Developer, Assessments | 50% | 117.5 | 940 | $ 42.36 | $ 39,818 |
| Mr. Daniel Mangialomini Associate Communications/Operations/Office Manager | 50% | 117.5 | 940 | $ 30.03 | $ 28,228 |
| Ms. Kimilee Norman-Goins Publishing Editor, Social Media Specialist | 50% | 117.5 | 940 | $ 32.99 | $ 31,011 |
| Ms. Darlyne Truitt Secretarial/Web-Social Media II | 60% | 141 | 1128 | $ 27.72 | $ 31,268 |
| Social Media Lead | 50% | 117.5 | 940 | $ 33.77 | $ 31,744 |
| IT/Technology Support | 20% | 47 | 376 | $ 44.18 | $ 16,612 |
| Secretarial/Logistical Support I | 50% | 117.5 | 940 | $ 34.00 | $ 31,960 |
| TBD Admin Assistant | 40% | 94 | 752 | $ 30.00 | $ 22,560 |

|  |  |
|---|---|
| **Direct Labor** | **$ 909,620** |
| **Subtotal Direct Labor - Base Year** | **$ 909,620** |

ED 000767

**Guld Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule B - Travel and Per Diem**
**Base Year**
**October 1, 2024 - September 30, 2025**

<u>Airfare</u>

Project Director Meetings
From Tampa, FL to Washington, DC and return
2 RMC Staff Members @ $500/trip x 2 trips                                    $         2,000

Provide TA to Clients in Region 6
From Tampa, FL to various client sites in Region 6 and return
30 person trips @ $450/trip                                                  $        13,500

Participate in Activities with National Center, Content Center and Other
TA Centers From Tampa, FL to various locations and return
30 person trips @ $600/trip                                                  $        18,000

| | **Subtotal Airfare** | **$** | **33,500** |

<u>Ground Travel</u>

Ground travel to and from airport, including mileage, tolls, parking,
taxi/bus, etc.
Est. $100/person/trip x 50 trips                                             $         5,000

Ground travel to deliver Technical Assistance in Region 6 including rental
car Est. $125/trip x 3 trips                                                 $           375

Est. 300 miles/person/month (round trip) @ .58/mile x 3 persons x 6
months                                                                       $         3,132

Ground Travel for Activities with National Center, Content Center and
Other TA Centers
Est. $100/person/trips x 26 trips                                            $         2,600

| | **Subtotal Ground Travel** | **$** | **11,107** |
| | **Total Transportation** | **$** | **44,607** |

<u>Subsistence</u>

Trips to DC for Project Directors meetings
Est. $75/day x 8 person days                                                 $           600

Field days delivering Technical Assistance in Region 6
Est. $75 @ ave. 2 days/month/person x 3 persons x 6 months                   $         2,700

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $75/day x 45 person days                                               $         3,375

| | **Subtotal Subsistence** | **$** | **6,675** |

<u>Lodging</u>

Trips to DC for Project Director meetings
Est. $225/night x 2 person x 2 nights x 2 meeting                            $         1,800

Field days delivering Technical Assistance in Region 6
Est. $120/night @ ave. 1 night/month/persons x 3 persons x 6 months          $         2,160

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $120/night x 20 person nights                                          $         2,400

| | **Subtotal Lodging** | **$** | **6,360** |
| | **Total Per Diem** | **$** | **13,035** |
| | **Total Transportation & Per Diem - Base Year** | **$** | **57,642** |

ED 000768

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule C - Subcontractors and Consultants**
**Base Year**
**October 1, 2024 - September 30, 2025**

**Subcontractors**

| | | |
|---|---|---|
| University of Mississippi - Center for Excellence in Literacy Instruction | $ | 130,000 |
| Applied Engineering Management Corporation (AEM) | $ | 215,000 |
| University of North Carolina at Chapel Hill  (NIRN) | $ | 100,000 |
| **Subtotal Subcontractors** | **$** | **445,000** |

**Consultants and Subject Matter Experts (SMEs)**

| | | |
|---|---|---|
| Consultants and SMEs | | |
| $500/day (ave.) x 40 days | $ | 20,000 |
| **Subtotal Subcontractors** | $ | 20,000 |
| **Total Subcontractors and Consultants  - Base Year** | **$** | **465,000** |

ED 000769

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule D - Other Direct Costs**
**Base Year**
**October 1, 2024 - September 30, 2025**

**<u>Communication</u>**

| | | |
|---|---|---|
| Toll free, national incoming WATS line (Band 1) and support line | $ | 1,000 |
| Outgoing long distance calls est. $93.50/month x 12 months | $ | 1,122 |
| Fractional high speed T-1* internet communication line, point to point 128 KBS- 24 hour access. Est. $100/month x 12 months | $ | 1,080 |
| **Subtotal Communication** | **$** | **3,202** |

**<u>Postage</u>**

| | | |
|---|---|---|
| General mailing costs est. $40/month x 12 months | $ | 480 |
| Overnight/Next Day postage | $ | 272 |
| **Subtotal Postage** | **$** | **752** |

**<u>Printing/Reproduction</u>**

| | | |
|---|---|---|
| General Xerox copying (correspondence, reports, mail-outs, workshop materials, etc.) est. $100/month x 12 months | $ | 1,200 |
| **Subtotal Printing/Reproduction** | **$** | **1,200** |

| | | |
|---|---|---|
| **Subtotal Other Direct Costs - Base Year** | **$** | **5,154** |

ED 000770

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Budget Summary - Year Two**
**October 1, 2025 - September 30, 2026**

<u>**Direct Labor**</u>

| | | |
|---|---|---:|
| Direct Labor Subtotal (Schedule E) | $ | 909,525 |
| Overhead (including fringe benefits) | $ | 731,258 |
| **Total Direct Labor** | **$** | **1,640,783** |

<u>**Other Direct Costs**</u>

| | | |
|---|---|---:|
| **Airfare (Schedule F)** | $ | 33,500 |
| **Ground Travel (Schedule F )** | $ | 11,107 |
| **Subsistence (Schedule F)** | $ | 6,675 |
| **Lodging (Schedule F)** | $ | 6,360 |
| **Subcontractors & Consultants (Schedule G)** | $ | 465,000 |
| **Communication (Schedule  H)** | $ | 3,402 |
| **Postage (Schedule H)** | $ | 723 |
| **Printing/Reproduction (Schedule H)** | $ | 1,200 |
| **Total Other Direct Costs - Year Two** | **$** | **527,967** |
| **Total Direct Labor and Other Direct Costs - Year two** | **$** | **2,168,750** |
| **General and Administration (G&A) on RMC Direct Labor & ODC** | **$** | **281,938** |
| **Total Cost of Contract - Year Two** | **$** | **2,450,688** |

ED 000771

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule E - Direct Labor**
**Year Two**
**October 1, 2025 - September 30, 2026**

| Name/Title | Percentage of Time | Est. Days | Est. Hours | Rate/ Hour | Est. Cost |
|---|---|---|---|---|---|
| Dr. Everett Barnes<br>Principal Investigator/Officer-in-Charge<br>Region 6 Liaison to National Center, ESSA Administration, Systems of Support, Educator Preparation | 30% | 70.5 | 564 | $ 152.74 | $ 86,145 |
| Dr. Robin Jarvis<br>Project Director/Director - Evidence-Based Programs, ESSA Administration, Sustainability, Literacy | 75% | 176.25 | 1410 | $ 110.95 | $ 156,442 |
| Dr. Heidi Goertzen<br>Co-Deputy Director/Senior Research Associate - ESSA Administration, Professional Developer, ESL | 50% | 117.5 | 940 | $ 53.68 | $ 50,463 |
| Mr. Jack Schwarz<br>Co-Deputy Director/Senior Research Associate<br>Evidence Based, Improvement, Standards | 50% | 117.5 | 940 | $ 52.06 | $ 48,933 |
| Dr. Shannon Lasserre-Cortez<br>Senior Research Associate -  Lead Internal Evaluator | 25% | 58.75 | 470 | $ 52.40 | $ 24,626 |
| Dr. Archie Hill<br>Research Associate – School Turnaround, Rural Education, Cultural Diversity, Educational Technology | 47% | 110.45 | 883.6 | $ 45.92 | $ 40,573 |
| Dr. Veronica Ruiz de Castilla<br>Internal Evaluator/Research Associate – Evaluation, School Choice, STEM | 25% | 58.75 | 470 | $ 47.59 | $ 22,365 |
| Dr. Guillermo Farfan<br>Research Associate, Mathematics | 30% | 70.5 | 564 | $ 40.94 | $ 23,092 |
| Dr. Steven Dick<br>Internal Evaluator | 25% | 58.75 | 470 | $ 44.57 | $ 20,947 |
| Dr. Diana Sharp<br>Senior Research Associate - Literacy, Instructional Technology | 20% | 47 | 376 | $ 60.70 | $ 22,822 |
| Heidi Piatek<br> Research Associate - Early Learning, English Learners | 70% | 164.5 | 1316 | $ 40.02 | $ 52,660 |
| Dr. Melinda Mollette<br> Senior Research Associate  –  School Improvement, STEM | 25% | 58.75 | 470 | $ 49.60 | $ 23,314 |
| Dr. Jessica Folsom<br>Senior Research Associate – Literacy | 50% | 117.5 | 940 | $ 50.21 | $ 47,200 |
| Mr. Sam Glickman<br>Research Associate | 70% | 164.5 | 1316 | $ 43.92 | $ 57,798 |
| Ms. Patricia Cox<br>Research Associate – Literacy, Effective Educators, Coaching, Rural Education, Professional Developer, Assessments | 47% | 110.45 | 883.6 | $ 43.63 | $ 38,552 |
| Mr. Daniel Mangialomini<br>Associate Communications/Operations/Office Manager | 45% | 105.75 | 846 | $ 30.93 | $ 26,168 |
| Ms. Kimilee Norman-Goins<br>Publishing Editor, Social Media Specialist | 50% | 117.5 | 940 | $ 33.98 | $ 31,941 |
| Ms. Darlyne Truitt<br>Secretarial/Web-Social Media II | 55% | 129.25 | 1034 | $ 28.55 | $ 29,522 |
| Social Media Lead | 50% | 117.5 | 940 | $ 34.78 | $ 32,696 |
| IT/Technology Support | 20% | 47 | 376 | $ 45.51 | $ 17,110 |
| Secretarial/Logistical Support I | 50% | 117.5 | 940 | $ 35.02 | $ 32,919 |
| TBD<br>Admin Assistant | 40% | 94 | 752 | $ 30.90 | $ 23,237 |

|  |  |
|---|---|
| **Direct Labor** | **$ 909,525** |
| **Subtotal Direct Labor - Year Two** | **$ 909,525** |

ED 000772

**Guld Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule F - Travel and Per Diem**
**Year Two**
**October 1, 2025 - September 30, 2026**

**Airfare**

| | | |
|---|---|---:|
| Project Director Meetings | | |
| From Tampa, FL to Washington, DC and return | | |
| 2 RMC Staff Members @ $500/trip x 2 trips | $ | 2,000 |
| Provide TA to Clients in Region 6 | | |
| From Tampa, FL to various client sites in Region 6 and return | | |
| 30 person trips @ $450/trip | $ | 13,500 |
| Participate in Activities with National Center, Content Center and Other TA Centers From Tampa, FL to various locations and return | | |
| 30 person trips @ $600/trip | $ | 18,000 |
| **Subtotal Airfare** | **$** | **33,500** |

**Ground Travel**

| | | |
|---|---|---:|
| Ground travel to and from airport, including mileage, tolls, parking, taxi/bus, etc. | | |
| Est. $100/person/trip x 50 trips | $ | 5,000 |
| Ground travel to deliver Technical Assistance in Region 6 including rental car Est. $125/trip x 3 trips | $ | 375 |
| Est. 300 miles/person/month (round trip) @ .58/mile x 3 persons x 6 months | $ | 3,132 |
| Ground Travel for Activities with National Center, Content Center and Other TA Centers | | |
| Est. $100/person/trips x 26 trips | $ | 2,600 |
| **Subtotal Ground Travel** | **$** | **11,107** |
| **Total Transportation** | **$** | **44,607** |

**Subsistence**

| | | |
|---|---|---:|
| Trips to DC for Project Directors meetings | | |
| Est. $75/day x 8 person days | $ | 600 |
| Field days delivering Technical Assistance in Region 6 | | |
| Est. $75 @ ave. 2 days/month/person x 3 persons x 6 months | $ | 2,700 |
| Participate in Activities with National Center, Content Center and Other TA Centers | | |
| Est. $75/day x 45 person days | $ | 3,375 |
| **Subtotal Subsistence** | **$** | **6,675** |

**Lodging**

| | | |
|---|---|---:|
| Trips to DC for Project Director meetings | | |
| Est. $225/night x 2 person x 2 nights x 2 meeting | $ | 1,800 |
| Field days delivering Technical Assistance in Region 6 | | |
| Est. $120/night @ ave. 1 night/month/persons x 3 persons x 6 months | $ | 2,160 |
| Participate in Activities with National Center, Content Center and Other TA Centers | | |
| Est. $120/night x 20 person nights | $ | 2,400 |
| **Subtotal Lodging** | **$** | **6,360** |
| **Total Per Diem** | **$** | **13,035** |
| **Total Transportation & Per Diem -Year Two** | **$** | **57,642** |

ED 000773

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule G - Subcontractors and Consultants**
**Year Two**
**October 1, 2025 - September 30, 2026**

**<u>Subcontractors</u>**

| | | |
|---|---|---|
| University of Mississippi - Center for Excellence in Literacy Instruction | $ | 130,000 |
| Applied Engineering Management Corporation (AEM) | $ | 215,000 |
| University of North Carolina at Chapel Hill  (NIRN) | $ | 100,000 |
| **Subtotal Subcontractors** | **$** | **445,000** |

**<u>Consultants and Subject Matter Experts (SMEs)</u>**

| | | |
|---|---|---|
| Consultants and SMEs $500/day (ave.) x 40 days | $ | 20,000 |
| **Subtotal Subcontractors** | $ | 20,000 |
| **Total Subcontractors and Consultants  - Year Two** | **$** | **465,000** |

ED 000774

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule H - Other Direct Costs**
**Year Two**
**October 1, 2025- September 30, 2026**

## Communication

| | | |
|---|---|---|
| Toll free, national incoming WATS line (Band 1) and support line | $ | 1,200 |
| Outgoing long distance calls est. $93.50/month x 12 months | $ | 1,122 |
| Fractional high speed T-1* internet communication line, point to point 128 KBS- 24 hour access. Est. $100/month x 12 months | $ | 1,080 |
| **Subtotal Communication** | **$** | **3,402** |

## Postage

| | | |
|---|---|---|
| General mailing costs est. $40/month x 12 months | $ | 480 |
| Overnight/Next Day postage | $ | 243 |
| **Subtotal Postage** | **$** | **723** |

## Printing/Reproduction

| | | |
|---|---|---|
| General Xerox copying (correspondence, reports, mail-outs, workshop materials, etc.) est. $100/month x 12 months | $ | 1,200 |
| **Subtotal Printing/Reproduction** | **$** | **1,200** |
| **Subtotal Other Direct Costs - Year Two** | **$** | **5,325** |

ED 000775

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Budget Summary - Year Three**
**October 1, 2026 - September 30, 2027**

<u>**Direct Labor**</u>

| | | |
|---|---|---|
| Direct Labor Subtotal (Schedule I) | $ | 909,525 |
| Overhead (including fringe benefits) | $ | 731,258 |
| **Total Direct Labor** | **$** | **1,640,783** |

<u>**Other Direct Costs**</u>

| | | |
|---|---|---|
| **Airfare (Schedule J)** | $ | 33,500 |
| **Ground Travel (Schedule J)** | $ | 11,107 |
| **Subsistence (Schedule J)** | $ | 6,675 |
| **Lodging (Schedule J)** | $ | 6,360 |
| **Subcontractors & Consultants (Schedule K)** | $ | 465,000 |
| **Communication (Schedule  L)** | $ | 3,402 |
| **Postage (Schedule L)** | $ | 723 |
| **Printing/Reproduction (Schedule L)** | $ | 1,200 |
| **Total Other Direct Costs - Year Three** | **$** | **527,967** |
| **Total Direct Labor and Other Direct Costs - Year Three** | **$** | **2,168,750** |
| **General and Administration (G&A) on RMC Direct Labor & ODC** | **$** | **281,938** |
| **Total Cost of Contract - Year Three** | **$** | **2,450,688** |

ED 000776

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule I - Direct Labor**
**Year Three**
**October 1, 2026 - September 30, 2027**

| Name/Title | Percentage of Time | Est. Days | Est. Hours | Rate/ Hour | Est. Cost |
|---|---|---|---|---|---|
| Dr. Everett Barnes<br>Principal Investigator/Officer-in-Charge<br>Region 6 Liaison to National Center, ESSA Administration, Systems of Support, Educator Preparation | 30% | 70.5 | 564 | $ 152.74 | $ 86,145 |
| Dr. Robin Jarvis<br>Project Director/Co-Director - Evidence-Based Programs, ESSA Administration, Sustainability, Literacy | 75% | 176.25 | 1410 | $ 110.95 | $ 156,442 |
| Dr. Heidi Goertzen<br>Co-Director/Senior Research Associate - ESSA Administration, Professional Developer, ESL | 50% | 117.5 | 940 | $ 53.68 | $ 50,463 |
| Mr. Jack Schwarz<br>Deputy Director/Senior Research Associate<br>Evidence Based, Improvement, Standards | 50% | 117.5 | 940 | $ 52.06 | $ 48,933 |
| Dr. Shannon Lasserre-Cortez<br>Senior Research Associate - Lead Internal Evaluator | 25% | 58.75 | 470 | $ 52.40 | $ 24,626 |
| Dr. Archie Hill<br>Research Associate – School Turnaround, Rural Education, Cultural Diversity, Educational Technology | 47% | 110.45 | 883.6 | $ 45.92 | $ 40,573 |
| Dr. Veronica Ruiz de Castilla<br>Internal Evaluator/Research Associate – Evaluation, School Choice, STEM | 25% | 58.75 | 470 | $ 47.59 | $ 22,365 |
| Dr. Guillermo Farfan<br>Research Associate, Mathematics | 30% | 70.5 | 564 | $ 40.94 | $ 23,092 |
| Dr. Steven Dick<br>Internal Evaluator | 25% | 58.75 | 470 | $ 44.57 | $ 20,947 |
| Dr. Diana Sharp<br>Senior Research Associate - Literacy, Instructional Technology | 20% | 47 | 376 | $ 60.70 | $ 22,822 |
| Heidi Piatek<br> Research Associate - Early Learning, English Learners | 70% | 164.5 | 1316 | $ 40.02 | $ 52,660 |
| Dr. Melinda Mollette<br> Senior Research Associate  –  School Improvement, STEM | 25% | 58.75 | 470 | $ 49.60 | $ 23,314 |
| Dr. Jessica Folsom<br>Senior Research Associate – Literacy | 50% | 117.5 | 940 | $ 50.21 | $ 47,200 |
| Mr. Sam Glickman<br>Research Associate | 70% | 164.5 | 1316 | $ 43.92 | $ 57,798 |
| Ms. Patricia Cox<br>Research Associate – Literacy, Effective Educators, Coaching, Rural Education, Professional Developer, Assessments | 47% | 110.45 | 883.6 | $ 43.63 | $ 38,552 |
| Mr. Daniel Mangialomini<br>Associate Communications/Operations/Office Manager | 45% | 105.75 | 846 | $ 30.93 | $ 26,168 |
| Ms. Kimilee Norman-Goins<br>Publishing Editor, Social Media Specialist | 50% | 117.5 | 940 | $ 33.98 | $ 31,941 |
| Ms. Darlyne Truitt<br>Secretarial/Web-Social Media II | 55% | 129.25 | 1034 | $ 28.55 | $ 29,522 |
| Social Media Lead | 50% | 117.5 | 940 | $ 34.78 | $ 32,696 |
| IT/Technology Support | 20% | 47 | 376 | $ 45.51 | $ 17,110 |
| Secretarial/Logistical Support I | 50% | 117.5 | 940 | $ 35.02 | $ 32,919 |
| TBD<br>Admin Assistant | 40% | 94 | 752 | $ 30.90 | $ 23,237 |

|  |  |
|---|---|
| **Direct Labor** | **$  909,525** |
| **Subtotal Direct Labor - Year Three** | **$  909,525** |

ED 000777

**Guld Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule J - Travel and Per Diem**
**Year Three**
**October 1, 2026 - September 30, 2027**

**Airfare**

Project Director Meetings
From Tampa, FL to Washington, DC and return
2 RMC Staff Members @ $500/trip x 2 trips $ 2,000

Provide TA to Clients in Region 6
From Tampa, FL to various client sites in Region 6 and return
30 person trips @ $450/trip $ 13,500

Participate in Activities with National Center, Content Center and Other
TA Centers From Tampa, FL to various locations and return
30 person trips @ $600/trip $ 18,000

| | | **Subtotal Airfare** | $ | **33,500** |

**Ground Travel**

Ground travel to and from airport, including mileage, tolls, parking,
taxi/bus, etc.
Est. $100/person/trip x 50 trips $ 5,000

Ground travel to deliver Technical Assistance in Region 6 including rental
car Est. $125/trip x 3 trips $ 375

Est. 300 miles/person/month (round trip) @ .58/mile x 3 persons x 6
months $ 3,132

Ground Travel for Activities with National Center, Content Center and
Other TA Centers
Est. $100/person/trips x 26 trips $ 2,600

| | | **Subtotal Ground Travel** | $ | **11,107** |
| | | **Total Transportation** | $ | **44,607** |

**Subsistence**

Trips to DC for Project Directors meetings
Est. $75/day x 8 person days $ 600

Field days delivering Technical Assistance in Region 6
Est. $75 @ ave. 2 days/month/person x 3 persons x 6 months $ 2,700

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $75/day x 45 person days $ 3,375

| | | **Subtotal Subsistence** | $ | **6,675** |

**Lodging**

Trips to DC for Project Director meetings
Est. $225/night x 2 person x 2 nights x 2 meeting $ 1,800

Field days delivering Technical Assistance in Region 6
Est. $120/night @ ave. 1 night/month/persons x 3 persons x 6 months $ 2,160

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $120/night x 20 person nights $ 2,400

| | | **Subtotal Lodging** | $ | **6,360** |
| | | **Total Per Diem** | $ | **13,035** |
| | | **Total Transportation & Per Diem - Year Three** | $ | **57,642** |

ED 000778

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule K - Subcontractors and Consultants**
**Year Three**
**October 1, 2026- September 30, 2027**

**Subcontractors**

| | | |
|---|---|---|
| University of Mississippi - Center for Excellence in Literacy Instruction | $ | 130,000 |
| Applied Engineering Management Corporation (AEM) | $ | 215,000 |
| University of North Carolina at Chapel Hill  (NIRN) | $ | 100,000 |
| **Subtotal Subcontractors** | **$** | **445,000** |

**Consultants and Subject Matter Experts (SMEs)**

| | | |
|---|---|---|
| Consultants and SMEs $500/day (ave.) x 40 days | $ | 20,000 |
| **Subtotal Subcontractors** | $ | 20,000 |
| **Total Subcontractors and Consultants - Year Three** | **$** | **465,000** |

ED 000779

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule L - Other Direct Costs**
**Year Three**
**October 1, 2026 - September 30, 2027**

**Communication**

| | | |
|---|---|---|
| Toll free, national incoming WATS line (Band 1) and support line | $ | 1,200 |
| Outgoing long distance calls est. $93.50/month x 12 months | $ | 1,122 |
| Fractional high speed T-1* internet communication line, point to point 128 KBS- 24 hour access. Est. $100/month x 12 months | $ | 1,080 |
| **Subtotal Communication** | **$** | **3,402** |

**Postage**

| | | |
|---|---|---|
| General mailing costs est. $40/month x 12 months | $ | 480 |
| Overnight/Next Day postage | $ | 243 |
| **Subtotal Postage** | **$** | **723** |

**Printing/Reproduction**

| | | |
|---|---|---|
| General Xerox copying (correspondence, reports, mail-outs, workshop materials, etc.) est. $100/month x 12 months | $ | 1,200 |
| **Subtotal Printing/Reproduction** | **$** | **1,200** |
| **Subtotal Other Direct Costs - Year Three** | **$** | **5,325** |

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Budget Summary - Year Four**
**October 1, 2027 - September 30, 2028**

<u>**Direct Labor**</u>

| | | |
|---|---|---:|
| Direct Labor Subtotal (Schedule M) | $ | 909,525 |
| Overhead (including fringe benefits) | $ | 731,258 |
| **Total Direct Labor** | **$** | **1,640,783** |

<u>**Other Direct Costs**</u>

| | | |
|---|---|---:|
| **Airfare (Schedule N)** | $ | 33,500 |
| **Ground Travel (Schedule N)** | $ | 11,107 |
| **Subsistence (Schedule N)** | $ | 6,675 |
| **Lodging (Schedule N)** | $ | 6,360 |
| **Subcontractors & Consultants (Schedule O)** | $ | 465,000 |
| **Communication (Schedule P)** | $ | 3,402 |
| **Postage (Schedule P)** | $ | 723 |
| **Printing/Reproduction (Schedule P)** | $ | 1,200 |
| **Total Other Direct Costs - Year Four** | **$** | **527,967** |
| **Total Direct Labor and Other Direct Costs - Year Four** | **$** | **2,168,750** |
| **General and Administration (G&A) on RMC Direct Labor & ODC** | **$** | **281,938** |
| **Total Cost of Contract - Year Four** | **$** | **2,450,688** |

**ED 000781**

Gulf Region 6 - FL, MS, AL
RMC Research Corporation
Schedule M - Direct Labor
Year Four
October 1, 2027- September 30, 2028

| Name/Title | Percentage of Time | Est. Days | Est. Hours | Rate/ Hour | Est. Cost |
|---|---|---|---|---|---|
| Dr. Everett Barnes<br>Principal Investigator/Officer-in-Charge<br>Region 6 Liaison to National Center, ESSA Administration, Systems of Support, Educator Preparation | 30% | 70.5 | 564 | $ 152.74 | $ 86,145 |
| Dr. Robin Jarvis<br>Project Director/Co-Director - Evidence-Based Programs, ESSA Administration, Sustainability, Literacy | 75% | 176.25 | 1410 | $ 110.95 | $ 156,442 |
| Dr. Heidi Goertzen<br>Co-Director/Senior Research Associate - ESSA Administration, Professional Developer, ESL | 50% | 117.5 | 940 | $ 53.68 | $ 50,463 |
| Mr. Jack Schwarz<br>Deputy Director/Senior Research Associate<br>Evidence Based, Improvement, Standards | 50% | 117.5 | 940 | $ 52.06 | $ 48,933 |
| Dr. Shannon Lasserre-Cortez<br>Senior Research Associate - Lead Internal Evaluator | 25% | 58.75 | 470 | $ 52.40 | $ 24,626 |
| Dr. Archie Hill<br>Research Associate – School Turnaround, Rural Education, Cultural Diversity, Educational Technology | 47% | 110.45 | 883.6 | $ 45.92 | $ 40,573 |
| Dr. Veronica Ruiz de Castilla<br>Internal Evaluator/Research Associate – Evaluation, School Choice, STEM | 25% | 58.75 | 470 | $ 47.59 | $ 22,365 |
| Dr. Guillermo Farfan<br>Research Associate, Mathematics | 30% | 70.5 | 564 | $ 40.94 | $ 23,092 |
| Dr. Steven Dick<br>Internal Evaluator | 25% | 58.75 | 470 | $ 44.57 | $ 20,947 |
| Dr. Diana Sharp<br>Senior Research Associate - Literacy, Instructional Technology | 20% | 47 | 376 | $ 60.70 | $ 22,822 |
| Heidi Piatek<br>Research Associate - Early Learning, English Learners | 70% | 164.5 | 1316 | $ 40.02 | $ 52,660 |
| Dr. Melinda Mollette<br>Senior Research Associate – School Improvement, STEM | 25% | 58.75 | 470 | $ 49.60 | $ 23,314 |
| Dr. Jessica Folsom<br>Senior Research Associate – Literacy | 50% | 117.5 | 940 | $ 50.21 | $ 47,200 |
| Mr. Sam Glickman<br>Research Associate | 70% | 164.5 | 1316 | $ 43.92 | $ 57,798 |
| Ms. Patricia Cox<br>Research Associate – Literacy, Effective Educators, Coaching, Rural Education, Professional Developer, Assessments | 47% | 110.45 | 883.6 | $ 43.63 | $ 38,552 |
| Mr. Daniel Mangialomini<br>Associate Communications/Operations/Office Manager | 45% | 105.75 | 846 | $ 30.93 | $ 26,168 |
| Ms. Kimilee Norman-Goins<br>Publishing Editor, Social Media Specialist | 50% | 117.5 | 940 | $ 33.98 | $ 31,941 |
| Ms. Darlyne Truitt<br>Secretarial/Web-Social Media II | 55% | 129.25 | 1034 | $ 28.55 | $ 29,522 |
| Social Media Lead | 50% | 117.5 | 940 | $ 34.78 | $ 32,696 |
| IT/Technology Support | 20% | 47 | 376 | $ 45.51 | $ 17,110 |
| Secretarial/Logistical Support I | 50% | 117.5 | 940 | $ 35.02 | $ 32,919 |
| TBD<br>Admin Assistant | 40% | 94 | 752 | $ 30.90 | $ 23,237 |

|  |  |
|---|---|
| Direct Labor | $ 909,525 |
| Subtotal Direct Labor - Year Four | $ 909,525 |

ED 000782

**Guld Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule N - Travel and Per Diem**
**Year Four**
**October 1, 2027 - September 30, 2028**

<u>Airfare</u>

Project Director Meetings
From Tampa, FL to Washington, DC and return
2 RMC Staff Members @ $500/trip x 2 trips                                    $         2,000

Provide TA to Clients in Region 6
From Tampa, FL to various client sites in Region 6 and return
30 person trips @ $450/trip                                                  $        13,500

Participate in Activities with National Center, Content Center and Other
TA Centers From Tampa, FL to various locations and return
30 person trips @ $600/trip                                                  $        18,000

                                          **Subtotal Airfare**    **$        33,500**

<u>Ground Travel</u>

Ground travel to and from airport, including mileage, tolls, parking,
taxi/bus, etc.
Est. $100/person/trip x 50 trips                                             $         5,000

Ground travel to deliver Technical Assistance in Region 6 including rental
car Est. $125/trip x 3 trips                                                 $           375

Est. 300 miles/person/month (round trip) @ .58/mile x 3 persons x 6
months                                                                       $         3,132

Ground Travel for Activities with National Center, Content Center and
Other TA Centers
Est. $100/person/trips x 26 trips                                            $         2,600

                                    **Subtotal Ground Travel**    **$        11,107**

                                    **Total Transportation**      **$        44,607**

<u>Subsistence</u>

Trips to DC for Project Directors meetings
Est. $75/day x 8 person days                                                 $           600

Field days delivering Technical Assistance in Region 6
Est. $75 @ ave. 2 days/month/person x 3 persons x 6 months                   $         2,700

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $75/day x 45 person days                                               $         3,375

                                    **Subtotal Subsistence**      **$         6,675**

<u>Lodging</u>

Trips to DC for Project Director meetings
Est. $225/night x 2 person x 2 nights x 2 meeting                            $         1,800

Field days delivering Technical Assistance in Region 6
Est. $120/night @ ave. 1 night/month/persons x 3 persons x 6 months          $         2,160

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $120/night x 20 person nights                                          $         2,400

                                         **Subtotal Lodging**     **$         6,360**

                                         **Total Per Diem**       **$        13,035**

                    **Total Transportation & Per Diem -Year Four**  **$        57,642**

**ED 000783**

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule O - Subcontractors and Consultants**
**Year Four**
**October 1, 2027 - September 30, 2028**

**Subcontractors**

| | | |
|---|---|---|
| University of Mississippi - Center for Excellence in Literacy Instruction | $ | 130,000 |
| Applied Engineering Management Corporation (AEM) | $ | 215,000 |
| University of North Carolina at Chapel Hill  (NIRN) | $ | 100,000 |
| **Subtotal Subcontractors** | **$** | **445,000** |

**Consultants and Subject Matter Experts (SMEs)**

| | | |
|---|---|---|
| Consultants and SMEs | | |
| $500/day (ave.) x 40 days | $ | 20,000 |
| **Subtotal Subcontractors** | $ | 20,000 |
| **Total Subcontractors and Consultants  - Year Four** | **$** | **465,000** |

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule P - Other Direct Costs**
**Year Four**
**October 1, 2028 - September 30, 2029**

<u>**Communication**</u>

| | | |
|---|---|---|
| Toll free, national incoming WATS line (Band 1) and support line | $ | 1,200 |
| Outgoing long distance calls est. $93.50/month x 12 months | $ | 1,122 |
| Fractional high speed T-1* internet communication line, point to point 128 KBS- 24 hour access. Est. $100/month x 12 months | $ | 1,080 |
| **Subtotal Communication** | **$** | **3,402** |

<u>**Postage**</u>

| | | |
|---|---|---|
| General mailing costs est. $40/month x 12 months | $ | 480 |
| Overnight/Next Day postage | $ | 243 |
| **Subtotal Postage** | **$** | **723** |

<u>**Printing/Reproduction**</u>

| | | |
|---|---|---|
| General Xerox copying (correspondence, reports, mail-outs, workshop materials, etc.) est. $100/month x 12 months | $ | 1,200 |
| **Subtotal Printing/Reproduction** | **$** | **1,200** |

| | | |
|---|---|---|
| **Subtotal Other Direct Costs - Year Four** | **$** | **5,325** |

ED 000785

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Budget Summary - Year Five**
**October 1, 2028 - September 30, 2029**

<u>**Direct Labor**</u>

| | | |
|---|---|---:|
| Direct Labor Subtotal (Schedule Q) | $ | 909,525 |
| Overhead (including fringe benefits) | $ | 731,258 |
| **Total Direct Labor** | **$** | **1,640,783** |

<u>**Other Direct Costs**</u>

| | | |
|---|---|---:|
| **Airfare (Schedule R)** | $ | 33,500 |
| **Ground Travel (Schedule R)** | $ | 11,107 |
| **Subsistence (Schedule R)** | $ | 6,675 |
| **Lodging (Schedule R)** | $ | 6,360 |
| **Subcontractors & Consultants (Schedule S)** | $ | 465,000 |
| **Communication (Schedule T)** | $ | 3,402 |
| **Postage (Schedule T)** | $ | 723 |
| **Printing/Reproduction (Schedule T)** | $ | 1,200 |
| **Total Other Direct Costs - Year Five** | **$** | **527,967** |
| **Total Direct Labor and Other Direct Costs - Year Five** | **$** | **2,168,750** |
| **General and Administration (G&A) on RMC Direct Labor & ODC** | **$** | **281,938** |
| **Total Cost of Contract - Year Five** | **$** | **2,450,688** |

**ED 000786**

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule Q - Direct Labor**
**Year Five**
**October 1, 2028 - September 30, 2029**

| Name/Title | Percentage of Time | Est. Days | Est. Hours | Rate/ Hour | Est. Cost |
|---|---|---|---|---|---|
| Dr. Everett Barnes<br>Principal Investigator/Officer-in-Charge<br>Region 6 Liaison to National Center, ESSA Administration, Systems of Support, Educator Preparation | 30% | 70.5 | 564 | $ 152.74 | $ 86,145 |
| Dr. Robin Jarvis<br>Project Director/C0-Director - Evidence-Based Programs, ESSA Administration, Sustainability, Literacy | 75% | 176.25 | 1410 | $ 110.95 | $ 156,442 |
| Dr. Heidi Goertzen<br>Co-Director/Senior Research Associate - ESSA Administration, Professional Developer, ESL | 50% | 117.5 | 940 | $ 53.68 | $ 50,463 |
| Mr. Jack Schwarz<br>Deputy Director/Senior Research Associate<br>Evidence Based, Improvement, Standards | 50% | 117.5 | 940 | $ 52.06 | $ 48,933 |
| Dr. Shannon Lasserre-Cortez<br>Senior Research Associate - Lead Internal Evaluator | 25% | 58.75 | 470 | $ 52.40 | $ 24,626 |
| Dr. Archie Hill<br>Research Associate – School Turnaround, Rural Education, Cultural Diversity, Educational Technology | 47% | 110.45 | 883.6 | $ 45.92 | $ 40,573 |
| Dr. Veronica Ruiz de Castilla<br>Internal Evaluator/Research Associate – Evaluation, School Choice, STEM | 25% | 58.75 | 470 | $ 47.59 | $ 22,365 |
| Dr. Guillermo Farfan<br>Research Associate, Mathematics | 30% | 70.5 | 564 | $ 40.94 | $ 23,092 |
| Dr. Steven Dick<br>Internal Evaluator | 25% | 58.75 | 470 | $ 44.57 | $ 20,947 |
| Dr. Diana Sharp<br>Senior Research Associate - Literacy, Instructional Technology | 20% | 47 | 376 | $ 60.70 | $ 22,822 |
| Heidi Piatek<br> Research Associate - Early Learning, English Learners | 70% | 164.5 | 1316 | $ 40.02 | $ 52,660 |
| Dr. Melinda Mollette<br> Senior Research Associate  –  School Improvement, STEM | 25% | 58.75 | 470 | $ 49.60 | $ 23,314 |
| Dr. Jessica Folsom<br>Senior Research Associate – Literacy | 50% | 117.5 | 940 | $ 50.21 | $ 47,200 |
| Mr. Sam Glickman<br>Research Associate | 70% | 164.5 | 1316 | $ 43.92 | $ 57,798 |
| Ms. Patricia Cox<br>Research Associate – Literacy, Effective Educators, Coaching, Rural Education, Professional Developer, Assessments | 47% | 110.45 | 883.6 | $ 43.63 | $ 38,552 |
| Mr. Daniel Mangialomini<br>Associate Communications/Operations/Office Manager | 45% | 105.75 | 846 | $ 30.93 | $ 26,168 |
| Ms. Kimilee Norman-Goins<br>Publishing Editor, Social Media Specialist | 50% | 117.5 | 940 | $ 33.98 | $ 31,941 |
| Ms. Darlyne Truitt<br>Secretarial/Web-Social Media II | 55% | 129.25 | 1034 | $ 28.55 | $ 29,522 |
| Social Media Lead | 50% | 117.5 | 940 | $ 34.78 | $ 32,696 |
| IT/Technology Support | 20% | 47 | 376 | $ 45.51 | $ 17,110 |
| Secretarial/Logistical Support I | 50% | 117.5 | 940 | $ 35.02 | $ 32,919 |
| TBD<br>Admin Assistant | 40% | 94 | 752 | $ 30.90 | $ 23,237 |

| | | |
|---|---|---|
| **Direct Labor** | **$** | **909,525** |
| **Subtotal Direct Labor - Year Five** | **$** | **909,525** |

ED 000787

**Guld Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule R - Travel and Per Diem**
**Year Five**
**October 1, 2028 - September 30, 2029**

**Airfare**

Project Director Meetings
From Tampa, FL to Washington, DC and return
2 RMC Staff Members @ $500/trip x 2 trips $ 2,000

Provide TA to Clients in Region 6
From Tampa, FL to various client sites in Region 6 and return
30 person trips @ $450/trip $ 13,500

Participate in Activities with National Center, Content Center and Other
TA Centers From Tampa, FL to various locations and return
30 person trips @ $600/trip $ 18,000

| | **Subtotal Airfare** | **$** | **33,500** |
|---|---|---|---|

**Ground Travel**

Ground travel to and from airport, including mileage, tolls, parking,
taxi/bus, etc.
Est. $100/person/trip x 50 trips $ 5,000

Ground travel to deliver Technical Assistance in Region 6 including rental
car Est. $125/trip x 3 trips $ 375

Est. 300 miles/person/month (round trip) @ .58/mile x 3 persons x 6
months $ 3,132

Ground Travel for Activities with National Center, Content Center and
Other TA Centers
Est. $100/person/trips x 26 trips $ 2,600

| | **Subtotal Ground Travel** | **$** | **11,107** |
|---|---|---|---|
| | **Total Transportation** | **$** | **44,607** |

**Subsistence**

Trips to DC for Project Directors meetings
Est. $75/day x 8 person days $ 600

Field days delivering Technical Assistance in Region 6
Est. $75 @ ave. 2 days/month/person x 3 persons x 6 months $ 2,700

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $75/day x 45 person days $ 3,375

| | **Subtotal Subsistence** | **$** | **6,675** |
|---|---|---|---|

**Lodging**

Trips to DC for Project Director meetings
Est. $225/night x 2 person x 2 nights x 2 meeting $ 1,800

Field days delivering Technical Assistance in Region 6
Est. $120/night @ ave. 1 night/month/persons x 3 persons x 6 months $ 2,160

Participate in Activities with National Center, Content Center and Other
TA Centers
Est. $120/night x 20 person nights $ 2,400

| | **Subtotal Lodging** | **$** | **6,360** |
|---|---|---|---|
| | **Total Per Diem** | **$** | **13,035** |
| | **Total Transportation & Per Diem -Year Five** | **$** | **57,642** |

**Gulf Region 6 - FL, MS, AL**
**RMC Research Corporation**
**Schedule S - Subcontractors and Consultants**
**Year Five**
**October 1, 2028 - September 30, 2029**

**Subcontractors**

| | | |
|---|---|---|
| University of Mississippi - Center for Excellence in Literacy Instruction | $ | 130,000 |
| Applied Engineering Management Corporation (AEM) | $ | 215,000 |
| University of North Carolina at Chapel Hill  (NIRN) | $ | 100,000 |
| **Subtotal Subcontractors** | **$** | **445,000** |

**Consultants and Subject Matter Experts (SMEs)**

| | | |
|---|---|---|
| Consultants and SMEs | | |
| $500/day (ave.) x 40 days | $ | 20,000 |
| **Subtotal Subcontractors** | $ | 20,000 |
| **Total Subcontractors and Consultants  -  Year Five** | **$** | **465,000** |

ED 000789

**Gulf Region 6 - FL, MS, AL**
**Schedule T- Other Direct Costs**
**Year Five**
**October 1, 2028 - September 30, 2029**

**Communication**

| | | |
|---|---|---|
| Toll free, national incoming WATS line (Band 1) and support line | $ | 1,200 |
| Outgoing long distance calls est. $93.50/month x 12 months | $ | 1,122 |
| Fractional high speed T-1* internet communication line, point to point 128 KBS- 24 hour access. Est. $100/month x 12 months | $ | 1,080 |
| **Subtotal Communication** | **$** | **3,402** |

**Postage**

| | | |
|---|---|---|
| General mailing costs est. $40/month x 12 months | $ | 480 |
| Overnight/Next Day postage | $ | 243 |
| **Subtotal Postage** | **$** | **723** |

**Printing/Reproduction**

| | | |
|---|---|---|
| General Xerox copying (correspondence, reports, mail-outs, workshop materials, etc.) est. $120/month x 12 months | $ | 1,200 |
| **Subtotal Printing/Reproduction** | **$** | **1,200** |
| **Subtotal Other Direct Costs - Year Five** | **$** | **5,325** |

ED 000790



## U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
## NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 08/31/2026

Name of Institution/Organization

RMC Research Corporation

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A – BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 909,620.00 | 909,525.00 | 909,525.00 | 909,525.00 | 909,525.00 | | | 4,547,720.00 |
| 2. Fringe Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 3. Travel | 57,642.00 | 57,642.00 | 57,642.00 | 57,642.00 | 57,642.00 | | | 288,210.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 5. Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 6. Contractual | 465,000.00 | 465,000.00 | 465,000.00 | 465,000.00 | 465,000.00 | | | 2,325,000.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 8. Other | 5,154.00 | 5,325.00 | 5,325.00 | 5,325.00 | 5,325.00 | | | 26,454.00 |
| 9. Total Direct Costs (lines 1-8) | 1,437,416.00 | 1,437,492.00 | 1,437,492.00 | 1,437,492.00 | 1,437,492.00 | | | 7,187,384.00 |
| 10. Indirect Costs* | 1,013,272.00 | 1,013,196.00 | 1,013,196.00 | 1,013,196.00 | 1,013,196.00 | | | 5,066,056.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 12. Total Costs (lines 9-11) | 2,450,688.00 | 2,450,688.00 | 2,450,688.00 | 2,450,688.00 | 2,450,688.00 | | | 12,253,440.00 |

*Indirect Cost Information *(To Be Completed by Your Business Office):* If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government?   ☒ Yes   ☐ No

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: 01/01/2024   To: 12/31/2024   (mm/dd/yyyy)

Approving Federal agency:   ☒ ED   ☐ Other (please specify): 

The Indirect Cost Rate is   80.40 %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?   ☐ Yes   ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes   ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) – Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is   %.

(6) For Training Rate Programs (check one) – Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ Is included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. | |
|---|---|---|
| RMC Research Corporation | | |

### SECTION B - BUDGET SUMMARY
### NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | | | | | | | | |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | | | | | | | | |

### SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

| Name of Institution/Organization | Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form. |
|---|---|
| RMC Research Corporation | |

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%): [        ]

(2)  What does your administrative cost cap apply to?    ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract<br>☒ b. grant<br>☐ c. cooperative agreement<br>☐ d. loan<br>☐ e. loan guarantee<br>☐ f. loan insurance | ☐ a. bid/offer/application<br>☒ b. initial award<br>☐ c. post-award | ☒ a. initial filing<br>☐ b. material change |

**4. Name and Address of Reporting Entity:**

☒ Prime   ☐ SubAwardee

* Name: N/A

* Street 1: N/A     Street 2:

* City: N/A     State:     Zip:

Congressional District, if known:

**5. If Reporting Entity in No.4 is Subawardee, Enter Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| N/A | Comprehensive Centers<br><br>CFDA Number, *if applicable:* 84.283 |

| 8. Federal Action Number, *if known:* | 9. Award Amount, *if known:* |
|---|---|
| | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:     * First Name: N/A     Middle Name:

* Last Name: N/A     Suffix:

* Street 1: N/A     Street 2:

* City: N/A     State:     Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:     * First Name: N/A     Middle Name:

* Last Name: N/A     Suffix:

* Street 1: N/A     Street 2:

* City: N/A     State:     Zip:

**11.** Information requested through this form is authorized by title 31 U.S.C. section 1352. This disclosure of lobbying activities is a material representation of fact upon which reliance was placed by the tier above when the transaction was made or entered into. This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection. Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Robin Jarvis

*Name: Prefix:     * First Name: Everett     Middle Name:

* Last Name: Barnes     Suffix:

Title:     Telephone No.:     Date: 06/21/2024

Federal Use Only:

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

ED 000794

OMB Number: 1894-0007
Expiration Date: 04/30/2026

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director and Applicable Entity Identification Numbers:**

| Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix: |
|---|---|---|---|---|
| Dr. | Robin | | Jarvis | |

* Project Director Level of Effort (percentage of time devoted to grant): 75

Address:

* Street1: 3550 Buschwood Park Drive

Street2: Suite 270

* City: Tampa

County: Hillsborough

* State: FL: Florida

* Zip Code: 33618-4453

* Country: USA: UNITED STATES

* Phone Number (give area code): 813-915-0010

Fax Number (give area code):

* Email Address: jarvis@rmcres.com

Alternate Email Address:

OPE ID(s) (if applicable)

NCES School ID(s) (if applicable)

NCES LEA/School District ID(s) (if applicable)

**2. New Potential Grantee or Novice Applicant:**

☒ N/A. This item is not applicable because the program competition's notice inviting applications (NIA) does not include a definition of either "New Potential Grantee" or "Novice Applicant." This item is not applicable when the program competition's NIA does not include either definition.

For NIA's that include a definition of "New Potential Grantee" or "Novice Applicant," complete the following:

a. Are you either a new potential grantee or novice applicant as defined in the program competition's NIA?

☐ Yes    ☐ No

**ED 000795**

**3.** <u>Human Subjects Research</u>:

a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

☐ Yes  ☒ No

b. Are ALL the research activities proposed designated to be exempt from the regulations?

☐ Yes  Provide Exemption(s) #(s):    ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

☐ No  Provide Federal Wide Assurance #(s), if available:

c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as indicated in the definitions page in the attached instructions.

| | Add Attachment | Delete Attachment | View Attachment |

**4.** <u>Infrastructure Programs and Build America, Buy America Act Applicability</u>:

If the competition Notice Inviting Applications (NIA) in section III. 4. "Other" states that the program under which this application is submitted is subject to the Build America, Buy America Act (Pub. L. 117-58) (BABAA) domestic sourcing requirements, complete the following:

☐ This application does not include any infrastructure projects or activities and therefore **IS NOT** subject the BABAA domestic sourcing requirements.

☐ This application **IS** subject to the BABAA domestic sourcing requirements, because the proposed grant project described in this application includes the following infrastructure projects or activities:

☐ Construction

☐ Remodeling

☐ Broadband Infrastructure

If this application **IS** subject to the BABAA domestic sourcing requirements, please list the page numbers from within the application narrative where the proposed infrastructure project or activities are described:

ED 000796

OMB Number: 1894-0005
Expiration Date: 02/28/2026

# NOTICE TO ALL APPLICANTS:
# EQUITY FOR STUDENTS, EDUCATORS, AND OTHER PROGRAM BENEFICIARIES

Section 427 of the General Education Provisions Act (GEPA) (20 U.S.C. 1228a) applies to applicants for grant awards under this program.

**ALL APPLICANTS FOR NEW GRANT AWARDS MUST INCLUDE THE FOLLOWING INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

Please respond to the following requests for information. Responses are limited to 4,000 characters.

**1.** Describe how your entity's existing mission, policies, or commitments ensure equitable access to, and equitable participation in, the proposed project or activity.

RMC Research Corporation is proposing to operate the Region 6 (Gulf Region) Comprehensive Center in response to CFDA 84.283B, Application for New Grants Under the Comprehensive Centers Program. As an Equal Employment Opportunity and Affirmative Action Employer, it is RMC's policy to provide equal employment opportunity to all employees and applicants for employment without regard to race, color, creed, religion, gender, sexual preference or orientation, national origin, age, marital status, pregnancy, handicap or other disability, genetic information, or states as a veteran in accordance with all applicable federal laws. This policy applies to all terms and conditions of employment, including, but not limited to hiring, placement, promotion, termination, layoff, recall, transfer, leave of absence, compensation, and training.

Additionally, RMC's Equity and Diversity Committee adopted a Statement of Commitment to Equity that commits to recruiting and retaining a diverse staff across all offices and holds all staff responsible for ensuring that our work environments are free from discrimination and unlawful harassment. Each supervisor, project director, human resource representative, and corporate officer is responsible for creating and maintaining an atmosphere free of discrimination and harassment, sexual or otherwise. Employees are responsible for respecting the rights of their co-workers. All incidents relating to employment discrimination or any unlawful or sexual harassment, whether experienced or witnessed, must be reported to the officer-in-charge of the office location and the Human Resource Director.

Furthermore, RMC is committed to ensuring that all materials produced through this grant and other funding are  culturally relevant and sensitive, written in easy to understand language with minimal jargon, and provided in multiple 508 compliant formats that support access to all persons. Meetings, trainings, convenings, and other activities held in-person for this grant will be held in facilities that comply with Americans with Disabilities Act requirements to ensure that all persons are able to fully participate. Virtual meetings, trainings, convenings, and other activities will be conducted using technology that is fully accessible and allows for full participation of all persons.

**2.** Based on your proposed project or activity, what barriers may impede equitable access and participation of students, educators, or other beneficiaries?

a. 508 Compliance - 508 compliance requirements are frequently changing and increasingly require staff with more technical expertise to meet these requirements. RMC Research has limited internal capacity for ensuring that

PR/Award # S283b240029

**ED 000797**

the website and all materials, including print, audio, and video, are fully 508 compliant which could impede equitable access and participation of students, educators or other beneficiaries.

b. Cultural responsiveness and sensitivity – Not all RMC and subcontractor staff have the same level of expertise in creating culturally responsive and sensitive materials for use in technical assistance work under the grant which may impeded all participants in grant activities from feeling that that have equitable access and participation in these activities.

**3.** Based on the barriers identified, what steps will you take to address such barriers to equitable access and participation in the proposed project or activity?

a. 508 Compliance – RMC will continue to provide training to the communication team for this grant in 508 compliance. Additionally, RMC will subcontract with an experience website, graphic design, and communications minority woman-owned small business for website, graphic design, and 508 compliance services to ensure that we are able to meet all 508 compliance requirements and ensure accessibility and participation for all educators, students, and others who could be beneficiaries of the grant activities.

b. Cultural responsiveness and sensitivity – RMC will provide training to all staff on the preparation of culturally relevant and sensitive presentations and materials as well as using culturally sensitive and relevant language in oral and written communications.

c. Quality assurance procedures – RMC will implement quality assurance procedures to ensure that all print, audio, and video presentations and materials are 508 compliant and culturally relevant and sensitive.

**4.** What is your timeline, including targeted milestones, for addressing these identified barriers?

a. 508 Compliance subcontractor– RMC will subcontract with the minority woman-owned small business that will work with our communications and dissemination lead to provide 508 compliance services for our website and all print, video, and audio materials. This subcontract will be in place no later than 60 days following grant award.

b. Cultural responsiveness and sensitivity training – RMC will provide an initial training to all staff on the preparation of culturally relevant and sensitive presentations and materials as well as using culturally sensitive and relevant language in oral and written communications within 90 days following grant award with follow-up trainings annually.

c. Quality Assurance procedures – RMC's quality assurance procedures including reviews for both 508 compliance and cultural relevance and sensitivity will be written and implemented within 30 days following grant award.

**Notes:**

1. Applicants are not required to have mission statements or policies that align with equity in order to submit an application.

2. Applicants may identify any barriers that may impede equitable access and participation in the proposed project or activity, including, but not limited to, barriers based on economic disadvantage, gender, race, ethnicity, color, national origin, disability, age, language, migrant status, rural status, homeless status or housing insecurity, pregnancy, parenting, or caregiving status, and sexual orientation.

3. Applicants may have already included some or all of this required information in the narrative sections of their applications or their State Plans.  In responding to this requirement, for each question, applicants may provide a cross-reference to the section(s) and page number(s) in their applications or State Plans that includes the information responsive to that question on this form or may restate that information on this form.

**Paperwork Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1894-0005. Public reporting burden for this collection of information is estimated to average 3 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit. If you have any comments concerning the accuracy of the time estimate or suggestions for improving this individual collection, send your comments to ICDocketMgr@ed.gov and reference OMB Control Number 1894-0005.  All other comments or concerns regarding the status of your individual form may be addressed to either (a) the person listed in the FOR FURTHER INFORMATION CONTACT section in the competition Notice Inviting Applications, or (b) your assigned program officer.

PR/Award # S283B240029

Page e402

ED 000799

Tracking Number:GRANT14192939          Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 12:53:51 PM EDT