# Appendix A: Resumes

### JOE H. SIMPSON
Program Director
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
303-632-5261 | jsimpson@mcrel.org

## EDUCATION

Ed.S.    Education Specialist, University of Wyoming, Laramie, WY, 2003

M.Ed.    Curriculum Instruction (Emphasis in Microcomputer Technology), Lesley College, Cambridge, MA, 1984

B.S.    Special Education (K–12), Elementary Education, and Reading Specialist, Montana State University, Billings, MT, 1975

***Additional Education and Training***

♦ Completion of Administrative Credentials and Graduate Coursework, University of Wyoming, Laramie, WY, 1986

♦ Completion of Graduate Coursework in Special Education, Montana State University, Billings, MT, 1982

## SPECIFIC AREAS OF EXPERTISE

♦ Building capacity for state and local education agencies (SEAs and LEAs)

♦ Working with rural populations

♦ School improvement planning, deployment, and evaluation

♦ Organizational strategic planning

♦ Leadership mentoring and coaching

♦ Organizational system design and process management

## PROFESSIONAL EXPERIENCE

2019–present    **Program Director/Director of the Region 11 Comprehensive Center (R11CC)**
***McREL International, Denver, CO***
Collaborates with McREL's Large Programs and Learning Services teams to provide strategic vision, direction, and leadership as it relates to developing, planning, and implementing technical assistance endeavors. Serves as director for the federally funded R11CC, which builds the capacity of SEAs and LEAs in Nebraska, North Dakota, South Dakota, and Wyoming through resource dissemination, building infrastructure and networking, planning and needs assessment, developing solutions that are part of statewide systems of support, and revising tools and templates that support schools in need of improvement.

2011–2017    **Administrator**
***Wyoming Department of Health – Behavioral Health, Cheyenne, WY***
Managed Medicaid Waiver programs for developmentally disabled and acquired brain injury citizens; supervised a 40-person staff and managed a $350M budget.

Managed the Part B and C preschool education disability programs with an annual budget of $78M.

**2006–2011**   **Deputy State Superintendent of Public Instruction**
*Wyoming Department of Education (WDE), Cheyenne, WY*
Served as deputy superintendent and education liaison to the Wyoming State Board of Education. Developed, presented, and implemented a biennium $1.6B budget. Facilitated talent management, professional learning, and supervised 150 professional and classified personnel.

**2002–2006**   **Deputy Executive Director of Leadership and Professional Development**
*Council of Chief State School Officers (CCSSO), Washington, DC*
Led leadership and professional development efforts for CCSSO's membership of state and deputy superintendents of public instruction in 49 states, six territories, and U.S. Department of Defense schools. Developed and managed the virtual National Educator Training and Leadership Center.

**1995–2002**   **Deputy State Superintendent of Public Instruction**
*WDE, Cheyenne, WY*
Served as deputy superintendent and education liaison to the Wyoming State Board of Education. Developed, presented, and implemented a biennium $1B budget. Directed and supervised a staff of 130 professional and classified personnel. Served as an educational liaison to Wyoming's legislature and as the Governor's education policy liaison.

**1988–1995**   **High School Principal**
*Natrona County School District #1, Casper, WY*
Served as principal of Kelly Walsh High School, a school covering grades 10–12 with 1,500 students and 150 certified and classified staff.

**1986–1989**   **Adjunct Faculty Member**
*Lesley College, Cambridge, MA*
Provided instruction on microcomputers in education.

**1986–1988**   **Director of Pupil Personnel and Evaluation Services**
*Natrona County School District #1, Casper, WY*
Directed all special education and support services for 1,600 students.

**1985–1986**   **Assistant High School Principal**
*Natrona County School District #1, Casper, WY*
Directed the national North Central Accreditation process, special education, curriculum and instruction, budget, and counseling office operations.

**1984–1985**   **Education Resource Specialist**
*Natrona County School District #1, Casper, WY*
Served as a teacher trainer, mentor, and coach.

1975–1984    **Classroom Teacher**
*Roosevelt Center Alternative High School, Casper, WY (1980–1984)*
*Woods School, Casper, WY (1979–1980)*
*Garfield Elementary School, Billings, MT (1977–1979)*
*Taft Elementary School, Billings, MT (1975–1977)*

## SELECTED PROJECT EXPERIENCE

**Region 11 Comprehensive Center (R11CC)** (October 2019–September 2024)
*U.S. Department of Education*
Leading the R11CC's work with SEAs and LEAs in providing high-quality technical assistance, building collaborative relationships, supporting them in making systemic changes, and implementing and scaling evidence-based programs and practices. Projects within the region have included developing systems to improve outcomes for students in schools receiving targeted support (Nebraska), supporting effective and durable change to reduce achievement gaps among students (North Dakota), using bright spots to increase Native American student achievement (South Dakota), implementing a comprehensive K–3 reading program (Wyoming), and supporting tailored learning acceleration approaches (regionwide).

**Certified Professional Evaluation System (CPES) for Leaders and Teachers** (May 2018–June 2019)
*WDE, Cheyenne, WY*
Facilitated the CPES Advisory Panel and national consultants in designing an evaluation system for teachers and leaders. Assisted the advisory panel in updating the state statute governing the evaluation of school personnel.

**Wyoming District Accreditation and Peer Review** (January 2018–June 2019)
*WDE, Cheyenne, WY*
Participated as a member of the state's accreditation and peer review process. Assisted with development, implementation, and evaluation of the process and was the team lead for four district pilot reviews. The on-site team visits included reviewing curriculum, assessment systems, instructional frameworks, school improvement plans, and district operations.

**Mapping the District Employment and Hiring Process** (August–October 2018)
*Albany County School District, Laramie, WY*
Assisted human resource and finance staff in identifying the problems in their hiring and employment process, and developed, implemented, evaluated a new approach. Conducted ongoing coaching of district staff to fully implement and evaluate the new process.

**District Service Leadership/Customer Service** (January–April 2018)
*Albany County School District, Laramie, WY*
Provided training for the leadership team and support staff related to service leadership and customer service. Training was provided for 30 staff based on the 10 dimensions of customer service.

## SELECTED PUBLICATIONS AND CONTRIBUTIONS

Simpson J. H., & Flanary, D. (2008). *Educational Leadership Policy Standards: Interstate School Leaders Licensure Consortium (ISLLC) 2008* (as adopted by the National Policy Board for Educational Administration on December 12, 2007). CCSSO.

Simpson J. H., & Sanders, N. (2005). *State policy framework to develop highly qualified educational administrators*. CCSSO.

Simpson, J. H., Phillipo, J., & Mann, D. (2004). *Data, data everywhere: The case for a data architecture to support state decision-making about schooling.* CCSSO, Deputy's Conference Publication.

Simpson, J. H., & Wyoming Department of Education (WDE). (2001). *The Wyoming school reform manual*. WDE.

Simpson, J. H. (1998). *Strategic planning guide for Wyoming school districts*. WDE.

Simpson, J. H. (1996, Spring). The journey of North Central outcomes accreditation for a Wyoming high school. *The Wyoming North Central Newsletter.*

## SELECTED PRESENTATIONS

Baesler, K., Matzke, L., Peterson, A., Shebby, S. M., & Simpson, J. (2024, March 5). *Creating a blueprint for enhancing school supports in North Dakota* [Presentation]. Comprehensive Center Network, Meeting the Moment: How State Leaders are Using Innovation for Impact, Washington, DC.

Simpson, J. H. (2015, February). *Moving a state to conflict free case management* [Conference presentation]. National Home and Community Based Settings Conference, Washington, DC.

Simpson, J. H. (2010, September). *Principal practice standards and the link to the national ISLLC Policy Standards* [Presentation]. Wallace Foundation, New City, NY.

Simpson, J. H. (2010, June). *Senior Congressional Education Staff Network Presentation: A rural state's approach to state system of support for low performing schools* [Presentation]*.* Aspen Institute Education Society, Washington, DC.

Simpson, J. H. (2006, July). *School leadership in rural settings* [Conference presentation]. China-U.S. Conference on Education and The First International Conference on Education Leadership, Beijing, China.

Simpson, J. H. (2005, June). *Building a K-20 education advisory council* [Presentation]. Oklahoma Board of Regents, Oklahoma City, OK.

Simpson, J. H. (2004, July). *Systems and the Baldrige Quality Award* [Presentation]. National State Deputies Academy, Washington, DC.

Simpson, J. H. (2002, October). *The Malcolm Baldrige Quality Award for Schools* [Conference presentation]. Wyoming Education Association, Cheyenne, WY.

Simpson, J. H. (2001, October). *Wyoming district accreditation* [Conference presentation]. Wear Law Conference, University of Wyoming, Laramie, WY.

Simpson, J. H. (2000, June). *Rural education* [Presentation]. National Governors Association, Washington, DC.

Simpson, J. H. & WDE staff. (2000, June). *Wyoming school reform* [Conference presentation]. International Center for Leadership in Education, Washington, DC.

Simpson, J. H. (1999, January). *The Malcolm Baldrige Quality Award for Schools* [Conference presentation]. Wyoming North Central, Casper, WY.

## PROFESSIONAL AFFILIATIONS

- ♦ American Productivity and Quality Council (APQC), member (2000–current)
- ♦ National American Society of Quality, member (2000–current)
- ♦ North Central Association, Commission on Accreditation and School Improvement, board member (1990–2018)
- ♦ National Association of Directors of Developmental Disabilities Services, member (2010–2016)
- ♦ National Association for Supervision and Curriculum Development, member (2000–2016)
- ♦ National Policy Board for Educational Administration, board member (2002–2006)
- ♦ American Association of School Administrators, member (1989–2005)
- ♦ Wyoming Association of School Administrators, member (1990–2002)
- ♦ Wyoming Secondary School Principals, member (1990–2000)
- ♦ Wyoming Association for Supervision Curriculum Development, member (1988–1998)
- ♦ Wyoming Association of Special Education Administrators, member (1988–1990)

<div align="center">

**KATIE ALLEN**
Associate Program Director
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
303-632-5596 | kallen@mcrel.org

</div>

## EDUCATION

| | |
|---|---|
| Ed.D. | Educational Leadership and Policy, Kansas State University, Manhattan, KS, 2019 |
| Fellowship | Frédéric Bastiat Public Policy Fellowship, Mercatus Center, George Mason University, 2018–2019 |
| M.P.A. | Policy and Personnel Management, Kansas State University, Manhattan, KS, 2012 |
| B.A. | History, University of Kansas, Lawrence, KS, 2001 |

*Additional Education and Training*

♦ What Works Clearinghouse (WWC) Group Design Certification, Institute of Education Sciences (IES), 2019
♦ Sponsored Project Administration, National Council of University Research Administrators, 2019
♦ Lean Six Sigma Yellow Belt, Crimson Corporation, 2019
♦ Responsible Conduct in Research, Collaborative Institute Training Initiative, 2013–Current

## SPECIFIC AREAS OF EXPERTISE

♦ Education research group design and methodology
♦ Program evaluation theory and applied mixed-methods research
♦ Theory of change and logic models
♦ Strategic planning and group facilitation
♦ Qualitative research methods (NVivo for data management and coding), survey research, and policy analysis
♦ Continuous improvement processes
♦ Policy, systems, and environment change
♦ Research development and project management

## PROFESSIONAL EXPERIENCE

2024–present **Board of Education Member**
*Unified School District (USD) 383, Manhattan-Ogden Schools, Manhattan, KS*
Primary responsibilities include establishing the vision and advocating for the district, hiring and evaluating the superintendent, adopting policies, and monitoring district finances.

2021–present **Graduate Faculty Associate**
*College of Education, Kansas State University, Manhattan, KS*
Developed and teach the master's level course, *Research for School Leaders,* aligned with the National Educational Leadership Preparation Program Standards for students working to achieve building licensure. The course prepares students with the knowledge and skills needed to undertake school improvement processes; identify practical methods for collecting, analyzing, and interpreting

data; and to make equitable decisions regarding resource allocation based upon results of improvement processes.

2020–present    **Associate Program Director & Co-Director of the Region 12 Comprehensive Center (R12CC)** (2023–present); **Co-Lead for Kansas** (2022–present); **Managing Consultant/Deputy Director of the R12CC** (2020–2022)
*McREL International*
Provides leadership, guidance, and support critical to the success of the R12CC (Colorado, Kansas, and Missouri). This includes developing operational procedures to help the R12CC team adhere to the terms of the cooperative agreement, as well as project-level tasks to carry out the work described in annual service plans. Provides support to state project leads in designing and implementing intensive technical assistance and capacity building, as well as to the evaluation and communications team.

2013–2020    **Research and Evaluation Strategist** (2019–2020);
**Senior Project Development Specialist, Team Lead** (2017–2018);
**Project Development Specialist** (2013–2016)
*College of Education, Office of Educational Innovation and Evaluation, Kansas State University, Manhattan, KS*
Collaborated with approximately 80 external clients annually in K–12 and higher education institutions on research development and evaluation design to meet a variety of federal, state, and private funding agency guidelines. Facilitated strategic planning and Strategic Doing™ for external clients. Led evaluation and managed teams to conduct surveys, interviews, focus groups, and document reviews, and then subsequently analyze such data to write technical reports. Created a client satisfaction survey process for continuous improvement of a client-based online program reporting system. Wrote proposals for sponsored research including scope of work and budget development, drafted contracts for funded projects, and maintained internal database. Supervised the development team including prospecting leads, building relationships with university partners and research development professionals, and the pre-awards processes.

2008–2013    **Executive Director**
*United Way of Dickinson County, Abilene, KS*
Conducted an annual fundraising campaign to support 20 local agencies. Assessed affiliate agency needs to recommend appropriate funding allocations. Coordinated county-level projects (e.g., Homeless Count, Emergency Food and Shelter Program, Day of Service) and led United Way's local response to disaster recovery. Provided regular media engagement through local radio and television programs. Developed relationships with worksite campaign managers, cultivated major donors, and engaged new donors. Responsible for administrative and financial management.

2008–2013    **Executive Director**
*Quality of Life Coalition, Abilene, KS*
Organized local advocacy efforts of a 100+ member coalition serving Dickinson County, achieving over $2.75 million in funding from private and government agencies. Conducted needs assessments (e.g., Community Health Assessment Process) and led community-based, participatory strategic planning processes (e.g., Mobilizing Action through Planning and Partnerships). Managed programs in human services, school and community-based substance abuse prevention, and early childhood education and development. Coordinated an annual community Back-to-School Fair to connect families to service providers and provide free school supplies. Engaged local leaders and developed partnerships to reduce duplication of services. Led community health improvement initiatives including efforts to improve active transportation. Responsible for administrative and financial management, grant writing and fundraising, and personnel management.

2005–2008    **Executive Director**
*Arts Council Dickinson County, Abilene, KS*
Developed community arts programming including hands-on classes in visual arts and music. Managed and facilitated afterschool programs for middle school students. Initiated public art mural projects for the city of Abilene. Responsible for administrative and financial management, grant writing and fundraising, and volunteer coordination.

2001–2005    **Finance and Operations Administrator**
*Salina Art Center, Salina, KS*
Managed operating and project budgets, human resources, payroll, and accounting, as well as program reports for a nonprofit contemporary art gallery and cinema with an annual attendance of over 44,000. Maintained donor database and communications. Coordinated volunteers and scheduled school tours. Assisted the executive director with curatorial duties. Served as a liaison for the external auditor.

**SELECTED PROJECT EXPERIENCE**

**Evaluation of Wyoming's Project AWARE (Advancing Wellness and Resiliency in Education) Grant** (2023–present)
*Wyoming Department of Education*
Serve as the evaluation liaison to a consortia of five school districts with responsibility for building deep contextual knowledge of their assigned district and working with their assigned mental health aide, and community project manager to provide identify opportunities for evaluation support. This includes supporting the district teams in meeting reporting requirements and Wyoming Project AWARE objectives.

**Kansans Can** (2021–present)
*Kansas State Department of Education*
Provide technical assistance and capacity building services that support the organization's mission and vision. Project work has included: program evaluation planning for the Registered

Teacher Apprenticeship Pilot program, increasing knowledge of competency-based education amongst education professionals across the state, collecting and analyzing data to support continuous improvement of the state's accreditation process, and supporting implementation of superintendent leadership development programs.

**USD 383 Manhattan–Ogden Schools Strategic Planning** (2019–2020)
*USD 383 School Foundation*
Supported the superintendent as a thought partner to develop strategic plan objectives. Gathered district staff and teacher input and feedback to identify themes and refine the draft document. Aligned the district's strategic plan to the Kansas State Department of Education's Accreditation Standards. Developed a standard annual performance reporting tool to document school-level data on indicators of success.

**4-H Military Evaluation Planning** (2020)
*Kansas State University, College of Health and Human Sciences, with funding from the U.S. Department of Agriculture's (USDA's) Military Partnership Program*
Consulted with 4-H Military Partnership staff to develop common outcome metrics across military branches, identified existing partnership data to be utilized for evaluation, and educated them on the feasibility of human subject data collection in project-specific contexts. Developed the FY19 Geospatial Impact Evaluation utilizing program data and geographic information system (GIS) mapping. Analyzed program data to summarize professional development initiatives.

**Information Technology Services (ITS) Strategic Doing (SD)** (2020)
*Kansas State University*
Co-facilitated a Strategic Doing™ workshop for ITS personnel from central and distributed offices. The SD process utilized appreciative questions and asset mapping to create action plans and customized systems of collaboration for committee work. The purpose of this session was to identify a path forward for staff to increase cross-campus collaboration to solve complex IT issues including improving end-user security experiences, curating data collections for improved institutional reporting, and streamlining responses for technical assistance.

**GeoCAT Workshop: Geoscience Careers Ambassador Training Workshop** (2019–2020)
*Kansas State University, College of Arts and Sciences with funding from a National Science Foundation (NSF), Improving Undergraduate STEM Education Grant*
Developed the logic model and led the evaluation planning for the GeoCAT Workshop project, which focused on broadening participation in geosciences careers through teacher and community college instructor summer workshops and an ambassador program. Provided ongoing advice and consultation to the principal investigator (PI) on developing assessment questions and methods aligned to the logic model.

**Interdisciplinary Research Development** (2019)
*Kansas State University, Office of Research and College of Engineering*
Designed and facilitated a series of Strategic Doing™ sessions for research faculty across the university to develop research aligned with the NSF's Smart and Connected Communities program. The process resulted in over 60 participants, development of seven interdisciplinary research teams, six proposals submitted to NSF, and one NSF grant award.

**4-H Military Work Group Strategic Planning** (2019)
*Kansas State University, College of Health and Human Sciences with funding from the USDA's Military Partnership Program*
Designed a 2 ½-day in-person planning session for 4-H Military partners representing the Air Force, Army, Navy, and land-grant university partners. The purpose of the session was to strengthen collaboration and develop common language regarding impact through co-creating a vision, mission, and objectives. Led a team of facilitators to conduct activities that encouraged collaboration and consensus-building, synthesized data to create draft materials, and developed committees and partner buy-in for action.

**Technology for Trade: New Tools and New Rules for Water Use Efficiency in Agriculture and Beyond** (2018–2020)
*Washington State University, School of Economic Sciences with funding from the USDA's Agriculture and Food Research Initiative, Water for Food Production Systems Program*
Led the external evaluation for an integrated research, extension, and education project conducted by a multi-institution, multi-disciplinary team. Developed the project's logic model and provided advice regarding data collection with human subjects for multiple Institutional Review Board (IRB) submissions. This external evaluation focused on progress with support for an internal evaluation of outcomes. Methods included an annual survey of collaborators for feedback, document reviews, group facilitation for annual timeline and milestone planning, and focus groups with Advisory Board members.

**Mentoring Agriculture Students through Training, Experiential Learning, and Research Skills for the Future Agricultural Workforce** (2018–2020)
*Texas Tech University, College of Agricultural Sciences and Natural Resources with funding from a USDA Capacity Building Grant for Non-Land-Grant Colleges of Agriculture*
Led the external evaluation for a project designed to increase the diversity of a qualified workforce for citrus production. Responsibilities included developing the evaluation plan with internal evaluation tasks, creating feedback and documentation instruments for student participants (i.e., digital diaries and photovoice), and developing interview protocols for Advisory Board members.

**Investigating the Role of Social Responsibility on Veteran Student Retention** (2017–2020)
*Kansas State University, College of Engineering with funding from NSF's Professional Formation of Engineers Lead Institution Program*
Led the external evaluation for a research project focused on understanding the impact of social responsibility on the recruitment, retention, and success of veterans in university engineering programs, and increasing civil engineering faculty members' capacity to conduct education research. The formative assessment focused on progress toward objectives and feedback on faculty implementation of education research methods, and summative evaluation reporting. Methods included focus groups, observations, checklists, and document reviews.

**Kansas Math – Education Partnership** (2017–2020)
*Kansas State University, College of Education with funding from an NSF Robert Noyce Scholarship Grant*
Led the external evaluation for a project focused on assisting college mathematics majors in becoming certified teachers, with a focus on their placement in high needs rural schools in

Southwest Kansas. Designed the evaluation plan with both internal and external components, assisted the internal evaluator with instrument development, and conducted quarterly progress reviews and annual focus groups with research team members.

**Erodibility of Claypan Soils: Identifying Erosion Mechanisms for Sustainable Reduction of Sediment Loss** (2017–2020)
*Kansas State University, College of Agriculture with funding from NSF's Environmental Sustainability Program*
This research project was designed to identify erosion controls and engage farmers in Southeast Kansas through extension outreach. Developed the evaluation plan and data collection instruments for the PI to implement, providing consultation as needed; also provided a document review to produce the summative evaluation report to meet the project's reporting requirements.

**Building the National Cyber Workforce: New Scholarship for Service (SFS) Program** (2016–2019)
*Kansas State University, College of Engineering with funding from NSF's SFS Program*
This project focused on recruiting and training students to prepare the next generation of a cybersecurity workforce for government service. Served on the external evaluation team with responsibility for tracking participant progress, conducting annual student interviews to provide formative feedback for project improvement, and drafting the annual evaluation report for NSF.

**Partnership for Achieving the Vision of Excellent Mathematics Teaching and Learning** (2016–2019)
*Kansas State University, College of Education with funding from the Kansas State Department of Education, Math-Science Partnerships Program*
Led the external evaluation for a project focused on providing professional development for mathematics teachers in Kansas. Completed quarterly progress updates and evaluation reports.

**External Evaluation of the FY14 Farmers Market and Local Food Promotion Program** (2017–2018)
*USDA, Agriculture Marketing Services (AMS)*
This cooperative agreement focused on evaluating approximately 400 grants implemented across the U.S. to increase access to and availability of locally and regionally produced agricultural products. The evaluation utilized document reviews to describe the program's reach, common implementation strategies, successes, and challenges, as well as a summary of outputs and outcomes. Focus groups were conducted with AMS staff to gather input on grant management. Data were utilized to develop and conduct a national survey of project managers. The evaluation utilized a team-based approach for instrument development, data analyses, and reporting. Specific responsibilities included collaborating with AMS staff and reporting to AMS leadership.

**Bridging Conceptual Understanding and Procedural Fluency in Mathematics** (2016–2018)
*Kansas State University, College of Education with funding from the Kansas Board of Regents, Improving Teacher Quality Program*
Led the external evaluation for a project focused on providing professional development for mathematics teachers in Kansas. Analyzed survey data to triangulate findings across multiple workshops with different audiences. Completed quarterly progress updates and evaluation reports.

**Beyond the Summer Science Institute: Using Corn in the Curriculum to Advance Inquiry-Based Learning** (2016–2018)
*Kansas State University, College of Agriculture with funding from the Kansas Corn Commission*
Led the external evaluation for a Research Experiences for Teachers project that included a summer workshop, teacher peer professional development planning and implementation within schools, and classroom implementation. Completed document reviews of teacher artifacts including lesson plans and samples of student work, exit interviews with participating teachers to document successes and challenges, and interviews with peer teachers to assess teacher-led professional development. Provided summative reporting to meet funding agency requirements.

**Project Pathways – Building Integrated Pathways to Independence for Diverse Biomedical Researchers** (2014–2018)
*Xavier University of Louisiana with funding from the National Institutes of Health's Building Infrastructure Leading to Diversity (BUILD) Initiative*
Participated in the external evaluation for an initiative to increase the number of African American Ph.Ds. that enter the biomedical research workforce. Project components included stipends and support for students, funds for curriculum and research laboratory improvements, training for faculty, experiences in conducting and presenting research, career guidance, and networking. Responsible for developing the project's logic model development, creating the impact evaluation design in collaboration with the internal evaluator and national evaluation center, and writing the formative evaluation reports. The external evaluation focused on formative assessment through site visits for focus groups and interviews with students, faculty, and administrators, document reviews to gather evidence of progress, and to provide advice and consultation for the internal evaluation.

**Sustaining Agriculture through Adaptive Management Resilient to Preserve the Ogallala Aquifer under a Changing Climate** (2016–2017)
*Colorado State University, College of Agricultural Sciences with funding through the USDA's Agriculture and Food Research Initiative, Water for Agriculture Challenge Area*
Served on the external evaluation team for an integrated research, extension, and education project conducted by a multi-institution, multi-disciplinary team. Developed the project's logic model and provided both a formative and summative evaluation related to the project's progress, collaboration, and outcomes. Methods included an annual survey of collaborators for feedback, social network analyses, document reviews, interviews with project leaders, and focus groups with Advisory Board members.

**Food Science Institute (FSI) Strategic Planning** (2016)
*Kansas State University, College of Agriculture*
The purpose of this planning project was to provide external assistance to FSI staff charged by the University President to develop an updated vision for leadership succession. Designed and implemented the planning process to include facilitated meetings with FSI leadership and gathered input through focus groups with FSI-affiliated faculty and students. Produced report including common themes, recommendations, and next steps.

**Strategic Planning** (2015)
*Kansas State University, Department of Horticulture, Forestry and Recreation Resources*
Designed and led a one-day facilitated session with faculty and departmental staff to define a new vision for newly merged programs, conduct a SWOT analysis, and provided recommendations for ongoing planning to ensure integration and communication across academic degree programs.

**Air Force Youth Programs Teen Program Evaluation** (2014–2016)
*Kansas State University, College of Health and Human Services with funding from the USDA's Military Partnership Program*
Served on the external evaluation team, having responsibility for client engagement, evaluation planning, logic model development, and participation in the implementation of the evaluation. This evaluation included site visits to Air Force installations to conduct interviews with Teen Programs staff, focus groups with teens and parents, program observations, and facility tours. Data were used to develop a national survey of Teen Programs staff, including operations support. The evaluation utilized a team-based approach for instrument development, data analyses, and reporting.

**Smart Start Dickinson County – Improving Early Childhood Education** (2008–2013)
*Kansas Children's Cabinet*
Responsible for the overall project management designed to increase kindergarten readiness. Administered a competitive grant fund for childcare licensure, improvement, and early literacy opportunities. Coordinated professional development opportunities for childcare providers. Collaborated with professional and health service providers on a variety of projects serving parents, children, preschool teachers, and care providers.

**Early Childhood Social and Emotional Development** (2013)
*United Methodist Health Ministries*
Led a stakeholder initiative for development and strategic action plans for the implementation of programs for parents and childcare providers to foster social-emotional development for children ages 0–5.

**Strategic Prevention Framework to Reduce Underage Drinking in Dickinson County** (2008–2012)
*Kansas Department of Aging and Disability with funding from the Substance Abuse and Mental Health Services Administration*
Led a coalition consisting of five school districts, law enforcement agencies, mental health professionals, faith organizations, parents, and others to assess local indicators, select and implement evidence-based strategies (e.g., youth prevention education, saturation patrols, and policy advocacy). Collaborated with statewide marketing and evaluation initiatives. Provided frequent local radio and television interviews to increase community awareness. Served as the official representative for efforts related to policy advocacy.

**Communities Mobilizing for Change on Alcohol – Youth Participatory Research**
(2008–2011)
*Kansas Department of Social and Rehabilitation Services*
Served as the project coordinator for a five-school district, youth-led initiative to understand local laws, enforcement practices, and community social norms. Worked in collaboration with youth, youth-serving agencies, and school staff to develop and implement strategies that influenced policies, practices, and attitudes regarding underage drinking.

## SELECTED PUBLICATIONS

Allen, K. (2024, April 12). *Program evaluation to strengthen Kansas' registered teacher apprenticeship.* Region 12 Comprehensive Center. https://region12cc.org/program-evaluation-to-strengthen-kansas-registered-teacher-apprenticeship/

Allen, K. (2021, May 10). *7 evidence-based practices for creating summer learning opportunities.* Region 12 Comprehensive Center. https://region12cc.org/7-evidence-based-practices-for-creating-summer-learning-opportunities/

Lewis, D., Porter, T., & Allen, K. (2021, March 16). *What's next? Exploring innovation configurations to support teacher wellbeing.* Region 12 Comprehensive Center. https://region12cc.org/whats-next-exploring-innovation-configurations-to-support-teacher-wellbeing/

Lewis, D., Porter, T., & Allen, K. (2021, February 9). *How is it going? Exploring levels of use to support teacher wellbeing.* Region 12 Comprehensive Center. https://region12cc.org/how-is-it-going-exploring-levels-of-use-to-support-teacher-wellbeing/

Lewis, D., Porter, T., & Allen, K. (2020, November 24). *How is it going? Is this working? Navigating the stages of concern to support teacher wellbeing.* Region 12 Comprehensive Center. https://region12cc.org/navigating-the-stages-of-concern-to-support-teacher-wellbeing/

Allen, K. (2019). *An analysis of K–12 education reform in Kansas: A case study of state-level policy actors and neoliberal policies.* [Doctoral dissertation, Kansas State University]. Connecting Repositories. https://core.ac.uk/download/239040007.pdf

Shuman, C., Allen, K., & Miller, M. (2018). *Farmers Market and Local Food Promotion Program 2014 Grant program evaluation.* https://krex.k- https://krex.k-state.edu/dspace/bitstream/handle/2097/39626/FMLFPPEvaluationFinalReport_2018.pdf?sequence=1&isAllowed=y

## SELECTED PRESENTATIONS

Allen, K., Carter, S., Gillaspie, J., & Resendez, R. (2024, March 5). *Registered teacher apprenticeship: Using program evaluation planning to support continuous improvement and scaling* [Conference presentation]. U.S. Department of Education, Comprehensive Center Network, Meeting the Moment Convening, Washington, DC.

Allen, K. (2019, November 21–24). *How special interest groups influence K–12 education policy* [Conference presentation]. University Council for Educational Administration Annual Convention, New Orleans, LA.

Allen, K., Wills, M., & Ruder, K. (2019, April 29–May 1). *Building the research development professional's toolbox and skills for developing project evaluation plans for grant proposals* [Conference presentation]. National Organization of Research Development Professionals Annual Conference, Providence, RI.

Allen, K. (2019, April 5–9). *An analysis of K–12 education reform in Kansas: A case study of state-level policy actors and neoliberal policies* [Roundtable session]. American Educational Research Association Annual Meeting, Toronto, Canada.

Allen, K., & Shuman, C. (2019, March). *Evaluation 101* [Conference presentation]. National Council of University Research Administrators Annual Meeting, Las Vegas, NV.

Shuman, C., Allen, K., & Miller, M. (2019, March). *Farmers Market and Local Food Promotion Program 2014 grant program evaluation* [Poster presentation]. Kansas State University Global Food Systems Focus Day, Manhattan, KS.

Allen, K., & Shuman, C. (2018, May). *Incorporating evaluation into the research development process* [Poster presentation]. National Organization of Research Development Professionals Annual Conference, Washington, D.C.

Allen, K., & Holloway, J. (2018, April). *Merit-based pay in Kansas: Competing Actors and motives* [Roundtable session]. American Educational Research Association Annual Meeting, New York City, NY.

Allen, K. (2017, April). *Contemporary Kansas school consolidation: A critical discourse analysis on state policy development* [Roundtable session]. American Educational Research Association Annual Meeting, San Antonio, TX.

York, V. K., Teeter, A. M., Allen, K. A., & Brosius, L. M. (2016, October). *Logic model design and use* [Conference session]. Military and Veteran Evaluation Topical Interest Group at the American Evaluation Association Annual Conference, Atlanta, GA.

Teeter, A. M., York, V. K., Brosius, L. M., & Allen, K. A. (2016, October). *Teen focus group design and implementation* [Conference session]. Youth Focused Evaluation Topical Interest Group at the American Evaluation Association, Atlanta, GA.

## PROFESSIONAL AFFILIATIONS
- American Educational Research Association (2016–present), member
- American Evaluation Association (2016–present), member

## PROFESSIONAL SERVICE
- U.S. Department of Education, panel reviewer for multiple programs under the Office of Elementary and Secondary Education, 2020–2023
- U.S. Department of Agriculture, panel reviewer for Supplemental Nutrition Assistance Program and Expanded Food and Nutrition Education Program (2014–2015) and Agricultural Marketing Services Program, 2020
- National Organization of Research Development Professionals, conference evaluation committee member, 2020
- Kansas State University, college-university research development partnership, 2019–2020

- American Educational Research Association, peer reviewer for annual meeting presentations, 2017–2019
- NSF, panel reviewer for multiple funding programs, 2016–2019
- National Organization of Research Development Professionals, conference planning committee member, 2018
- Prairie Journal of Education Research, reviewer, 2016
- Kansas State University Center for Child Development, Parent-Teacher Organization, member, 2015 and vice president, 2016
- Kansas State University Research and Extension, Dickinson County Community Development Committee member, 2011–2015
- Community Action of Topeka (KS), board member, 2011–2013
- City of Abilene (KS) Planning Commission, member, 2010–2013
- Dickinson County (KS) Health and Wellness Coalition, chairman, 2010–2013
- Dickinson County (KS) Emergency Food and Shelter Program, board chair, 2010–2011
- Dickinson County (KS) Task Force to Reduce Underage Drinking, chairman, 2008–2013
- Dickinson County (KS) Early Childhood Task Force, member, 2005–2013
- Arts Council of Dickinson County (KS), board member, 2004–2005, 2008–2010
- Heart of America, board member, 2008–2010
- Kansas Health Foundation Summer Leadership, community representative, 2006–2007

# RICHARD RESENDEZ

Associate Director
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
303-632-5632 | rresendez@mcrel.org

## EDUCATION

Ph.D.   Educational Policy, Michigan State University, East Lansing, MI, 2012
M.A.    Education Foundations and Policy, University of Michigan, Ann Arbor, MI, 2002
B.A.    History, University of Michigan, Ann Arbor, MI, 2000

## SPECIFIC AREAS OF EXPERTISE

- Research design and data analytical skills
- Instrument design
- Interview facilitation
- Qualitative data collection and analysis
- Quantitative data collection and analysis
- Strategy development
- Improvement science/design thinking
- Change leadership and management development
- School leadership coaching
- Learning facilitation
- Program management

## PROFESSIONAL EXPERIENCE

2023–present   **Associate Director & Co-Director of the Region 12 Comprehensive Center (R12CC)**
*McREL International, Denver, CO*
Assists with coordination, development, and oversight of a portfolio of project and annual work plans for the states being served by the R12CC (Colorado, Kansas, and Missouri). Provides support to state project leads in designing and implementing intensive technical assistance and capacity building to help solve high-leverage problems for education professionals and the students they serve. Performs quality assurance activities and assists with performance and budget reporting.

2021–2023   **Manager for Tiered School Supports**
*Denver Public Schools (DPS)/School Improvement Office, Denver, CO*
Led the annual Tiered Support Framework process to identify and tier high risk and struggling schools. Implemented processes to ensure that comprehensive needs analyses and school diagnostic reviews were conducted and that appropriate supports were aligned to schools in the Intensive and Strategic tiers. Supported the development of policies and practices that establish DPS' conditions for success in supporting the highest needs schools. Successfully supervised the district's grant applications processes, and led quality control and progress monitoring measures of improvement supports and implementation.

2020–2021  **Director of Programs & Interim Director of Intermediate Education**
*Aspen Academy, Greenwood Village, CO*
Collaboratively developed and implemented an instructional framework that
aligned curricula with state standards, effective instructional practices, student
learning needs, and assessments. Conducted teacher observations and reviewed
learning materials to evaluate and standardize the curricula and teaching
techniques, and determine areas where improvement was required. Supervised the
redesign of visual arts, performing arts, Spanish, and fitness program curricula.
Managed training, mentoring, and instructional development for Essentials
teachers, grade 3–5 teachers, and permanent substitute staff. Analyzed operating
practices and budgetary and personnel requirements.

2019–2020  **Program Manager, Innovation and Improvement**
*Denver Public Schools (DPS)/Impact Office, Denver, CO*
Launched district-wide improvement science initiatives to meet DPS' priorities.
Facilitated high-quality Improvement Science Network Improvement Community
learning with 10 groups of school leaders to meet individual school needs.
Collaborated with DPS senior leaders and managers to evaluate the district's
innovation and improvement initiatives with the aim of identifying innovative
action steps to drive continuous improvement. Collaborated in development of the
DPS Strategic Plan.

2015–2019  **Innovation Partner**
*Denver Public Schools (DPS)/Imaginarium Lab, Denver, CO*
Developed district-wide innovation initiatives at DPS schools through action
research and human-centered strategies with the aim of collecting and reflecting
on quantitative and qualitative data to determine effectiveness, identify action
steps to drive continuous improvement and ongoing innovation, and strategically
scale and sustain innovations. Provided design thinking and research supports to
meet clients' needs, including work session facilitation at all phases of the
innovation process, collaborating with research partners to support action
research, and managing all aspects of the client engagement to ensure attainment
of the project milestones and goals. Designed and facilitated continuous meetings
with client design teams, instructional superintendents, and district-level leaders
to monitor progress against the partnership project plan, milestones, and goals.
Coordinated professional learning to build knowledge of pilot innovations in
client organizations, particularly as it pertained to personalized learning.

2013–2015  **Elementary Academic Dean (Principal)**
*Lotus School for Excellence, Aurora, CO*
Managed the K–5 academic and instructional, discipline, legal, and financial
facets of school operations for a school of 450 learners. Hired, managed, and
trained 30 teachers, paraprofessionals, and office staff. Collaborated with
secondary administrators and support staff to reinforce curriculum development,
implementation, and teacher evaluation.

| | |
|---|---|
| 2012–2013 | **Research Associate** |
| | ***RMC Research, Denver, CO*** |

Prepared materials for and delivered professional development and presentations related to STEM disciplines, specifically in mathematics and science, teaching and learning, coaching, and standards-based education. Designed quantitative and qualitative school evaluations and studies using appropriate techniques to ensure reliability and validity. Identified and designed instruments for responding to research and evaluation questions. Conceptualized and developed proposals, research and evaluation plans and reports, literature reviews and papers, presentations, and articles for various audiences.

| | |
|---|---|
| 2008–2012 | **International Teacher Trainer/Consultant** |
| | ***UNICEF-Miske Witt and Associates, Shoreview, MN*** |

Independently conducted a research-based analysis of North Macedonia's National Early Elementary Literacy Curriculum, co-presented the analysis and provided consultation to the Ministry of Education on the newly developed curriculum. Conducted school evaluations and classroom observations to confirm literacy instructional effectiveness by the teacher trainers for 10 schools. Worked collaboratively with the Miske Witt team to develop and implement the Teaching Reading for Comprehension in the Early Grades: Literacy Local Provider Training workshop manuals and guides for 75 educators.

## SELECTED PROJECT EXPERIENCE

**Jefferson County Public Schools' Division of Student Success Evaluation** (2024)
*Jefferson County Public School, Golden, CO*
Served as the Organizational Effectiveness Lead, overseeing development of the evaluation process for the Organizational Effectiveness team. Designed interview, shadowing, and survey protocols for district central office data collection. Supervised a team through the process of data collection, analysis and report writing.

**Diversity, Equity, and Belonging** (2023–2024)
*Kansas State Department of Education (KSDE), Topeka, KS via the R12CC*
Collaborated with KSDE staff to manage the design and implementation of organization improvements in human resource practices based on diversity, equity, and belonging principles. Facilitated strategic planning and understanding by design principles to guide redesign efforts.

**Kansas Executive Leadership Development Systems** (2023–2024)
*KSDE, Topeka, KS via the R12CC*
Facilitated strategic planning and Kansas meetings with McREL leaders and external technical assistance partners. Led the evaluation and managed teams to conduct surveys, interviews, focus groups, and document reviews, and then subsequently analyze such data to write technical reports.

**Northeast Colorado Leader Development Training** (2023–2024)
*Northeast Colorado Boards of Cooperative Educational Services (BOCES), Haxtun, CO*
Designed and facilitated a blended learning school leadership training based on the Balanced
Leadership framework. Leaders focused on school improvement through change management
and staff coaching.

**Colorado Empowering Action for School Improvement (EASI) Grant Application**
(2021–2022)
*Denver Public Schools (DPS), Denver, CO*
Developed relationships with the Colorado Department of Education, DPS Central Office
partners and school leaders to identify, obtain, and coordinate EASI grant funding
(supplementary funding) to support school-level initiatives, primarily through grant matching,
grant writing, grants administration, and monitoring of expenditures. Successfully acquired
approximately $8M dollars of additional funding for DPS' most in need schools in 2 years.

## SELECTED PUBLICATIONS

Youngs, P., Holdgreve-Resendez, R. T., & Qian, H. (2011). The role of instructional program
coherence in beginning elementary teachers' induction experience. *Elementary School
Journal, 111*(3), 455–476. https://eric.ed.gov/?id=EJ963690

Youngs, P., Qian, H., & Holdgreve-Resendez, R. T. (2010). Teacher induction for diverse, urban
contexts. In Wang, J.; Odell, S. J., & Clift, R. T. (Eds.), *Past, present, and future
research on teacher induction: An anthology for researchers, policy makers, and
practitioners, A collaborative work of the Commission on Teacher Induction and
Mentoring.* Rowman & Littlefield Education.

Fung, G., Holdgreve-Resendez. R. T, Marten, R. M., Vallem, C., & Park, L. (2007). *Residence
hall satisfaction results (RDS)*. University Housing, University of Michigan.

## SELECTED PRESENTATIONS

McCormick, M. & Resendez, R. T. (2018, June). *Cultural relevance and relationships in K–12
classrooms* [Workshop presentation]. Global Mind ED Annual Conference, Denver, CO.

Resendez, R. T. (2018, February). *Personalized learning for ALL learners* [Presentation]. iLearn
Collaborative Annual Conference, Denver, CO.

Holdgreve-Resendez, R. T. (2013, March). *New republic, new vision* [Paper presentation].
Literacy Research Association Annual Meeting, Dallas, TX.

Holdgreve-Resendez, R. T. (2010, March). *Re-imagining early literacy outcomes in Macedonia:
Context* [Paper presentation]. Comparative and International Education Society Annual
Meeting, Chicago, IL.

Holdgreve-Resendez, R. T. (2009, December). *Survey of early elementary school comprehension
instruction (SEES-CI) development and pilot study* [Paper presentation]. National
Reading Conference/Literacy Research Association Annual Meeting, Albuquerque, NM.

Holdgreve-Resendez, R. T. (2009, December). *Curriculum reform in the Republic of Macedonia*
[Paper presentation]. National Reading Conference/Literacy Research Association
Annual Meeting, Albuquerque, NM.

Holdgreve-Resendez, R. T., Youngs, P., & Qian, H. (2009, April). *The role of person-organization fit in early elementary teachers' literacy instruction* [Paper presentation]. American Educational Research Association Annual Meeting, San Diego, CA.

Holdgreve-Resendez, R. T. (2009, April). *Can you tell me more?: A close examination of comprehension instruction in early elementary classrooms* [Paper presentation]. Expanding Literacy Studies Conference, Columbus, OH.

Fung, G., Holdgreve-Resendez. R. T, Marten, R. M., Vallem, C., & Park, L. (2007). *Residence hall satisfaction results (RDS)* [Presentation]. University Housing, University of Michigan.

Karlson, J. L., Jewkes, A. M., Holdgreve-Resendez, R. T., & Tharp, J. (2006). *Girls on a tear: The origins of gender differences in early academic achievement* [Paper presentation]. American Educational Research Association Annual Meeting, San Francisco, CA.

## PROFESSIONAL AFFILIATIONS

♦ Generation Schools Network, Board of Directors Member
♦ TEDx Mile High, Ambassador Board Committee Member

**CHRISTINA LEMON**
Consultant
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
303-632-5575| clemon@mcrel.org

## EDUCATION

Ed.D.   Educational Leadership, American College of Education, 2023
M.Ed.   Educational Leadership, American College of Education, 2012
M.A.    Curriculum, Instruction, and Assessment, Regis University, 2010
B.A.    Social Sciences Education, Regis University, 2008

## SPECIFIC AREAS OF EXPERTISE

- Professional development design and implementation
- Student-centered, inquiry, personalized, and interdisciplinary learning
- Research-based best practices and school reform
- Classroom observations and teacher coaching
- Competency-based assessment
- Performance assessment design, implementation, and training
- Curriculum design
- High school redesign and pathways design and implementation
- High school capstone development and implementation

## PROFESSIONAL EXPERIENCE

2022–present   **Consultant & Colorado Co-Lead for the Region 12 Comprehensive Center (R12CC)**
*McREL International*
Serves as the R12CC's co-lead for Colorado, supporting the provision of high-quality technical assistance to state and local education agencies and other stakeholders to solve high-leverage problems for education professionals and the students they serve. Supporting professional learning and capacity building for clients in the field.

2021–2022   **Instructional Coach**
*Spark Online Academy, Colorado Springs, CO*
Co-designer of an innovation secondary school and during the first year of operations, serving as a leadership team member tasked with collaboratively establishing and implementing the vision, mission, strategic plan, policy and procedures, and staff culture. Also, served as an elementary literacy coach with responsibility for identifying and providing support for intervention programs; designed and led implementation of a schoolwide multi-tiered systems of support (MTSS) program; and coordinated professional development.

| 2015–2021 | **Capstone Coordinator, Teacher, Instructional Coach** |
|---|---|
| | ***Doherty High School, Colorado Springs, CO*** |

Building leader of evidence-based redesign efforts and organizational change through the High School Redesign and Colorado Education Initiative. Building leader of a Great Schools Partnership initiative to build performance assessment criteria and learning showcase events. Teacher coach providing mentoring in student-centered learning, classroom management, lesson planning, the PDSA (plan-do-study-act) short-cycle of innovation, and technology in the classroom.

| 2012–2015 | **Teacher, Lead Innovator** |
|---|---|
| | ***Castle View High School, Castle Rock, CO*** |

Innovation team member in developing an interdisciplinary, inquiry-based program in collaboration with leading education experts (Yong Zhao, Dr. Gary Stagger, Will Richardson, and Tony Wagner). Conducted research-based site visits to schools in California and Texas.

| 2008–2012 | **Professional Learning Community (PLC) Team Leader, Teacher** |
|---|---|
| | ***Fountain Middle School, Fountain, CO*** |

Team leader in data collection for targeted instruction, and curriculum adoption. Mentored new teachers.

## SELECTED PROJECT EXPERIENCE

**Strengthening the Educator Workforce Pipeline and Updating the Dropout Prevention Framework** (2022–present)
*R12CC, funded by the U.S. Department of Education (ED)*
Serving as the co-lead for Colorado, providing technical assistance in revising the Colorado Dropout Prevention Framework and strengthening the state's workforce pipeline. Participating in the National Comprehensive Center's Grow Your Own project, which is focused on strengthening the educator workforce pipeline.

**Reimagining College Access** (2020)
*Colorado Department of Education*
Workgroup member focused on supporting at-risk student populations in attending college. Project design was the focus of a research study conducted by the University of Colorado–Boulder in 2020.

## SELECTED PRESENTATIONS

Haug, C., Lemon, C., & Recendez, R., (2024, March 5). *How State Leaders are Using Innovation for Impact– Strengthening the CO Educator Workforce Pipeline with GIS Mapping* [Conference presentation]. Meeting the Moment Conference, Washington, D.C.

Haug, C., Lemon, C., & Lewis, D. (2023, August 10). *Managing the Data Highway–Strengthening the CO Education Workforce with GIS Mapping* [Conference presentation]. NCES STATS-DC Data Conference, Washington, D.C.

Lemon, C., & Battan, S. (2020, July 13-16). *Student voice and choice for deeper engagement* [Conference presentation]. Colorado Education Initiative Conference, Denver, CO.

## DYLAN KRIESCHER
Researcher
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
720-726-9792 | dkriescher@mcrel.org

## EDUCATION

Ph.D.   Educational Psychology–Applied Statistics and Research Methods, University of
          Northern Colorado (UNC), Greeley, CO, 2022
M.S.    Experimental Psychology, Indiana State University, Terre Haute, IN, 2017
B.A.    Psychology and Sociology, University of Wyoming, Laramie, WY, 2014

## SPECIFIC AREAS OF EXPERTISE

♦  Student motivation, engagement, and self-efficacy
♦  Formative assessment
♦  Mixed-methods research and analysis
♦  Curriculum, instruction, and assessment alignment

## PROFESSIONAL EXPERIENCE

2022–present   **Researcher**
               *McREL International*
               Performs educational research and program evaluation for federal, state, and local
               education agencies, as well as educational technology clients. Conducts planning,
               data collection, analysis, and reporting procedures. Collaborates with internal and
               external clients on design-based and capacity-building research to improve
               procedures designed to benefit student education at all levels. Supports projects
               through McREL's Region 11 and 12 Comprehensive Centers (R11CC and
               R12CC), as well as the Regional Educational Laboratory for the Pacific Region
               (REL Pacific).

2017–2022      **Researcher**
               *UNC College of Education and Behavioral Sciences, Greeley, CO*
               Conducted quantitative and qualitative data collection for design-based program
               evaluation. Researched educational, motivational, and career value for
               underrepresented communities and first-generation students in science fields.
               Collaborated with stakeholders and conducted local school outreach. Developed
               and evaluated metrics for motivation and learning outcomes.

2019           **Program Evaluation Consultant**
               *UNC Office of Assessment, Greeley, CO*
               Made hiring recommendations to improve undergraduate student success and
               retention as part of a data-based decision-making program evaluation. Supported
               effects improving diversity, equity, and inclusion for students. Developed data
               visualizations and metrics through tools such as SQL and Tableau.

2019–2021    **Instructor and Student Support**
*UNC, Greeley, CO*
Worked with a support program for at-risk first-year students, which included collaborating with students and connecting to resources, advising, and mentoring. Implemented summer and fall community-building initiatives incorporating peer mentorship. Implemented motivational and educational strategies through first-year seminar. Developed and implemented course materials for courses on educational psychology to both first-year students and pre-service elementary teachers.

## SELECTED PROJECT EXPERIENCE

**Supporting Kansas School Improvement Plans** (2022–present)
*Kansas State Department of Education (KSDE) – R12CC*
Assisting in the developmental support of KSDE's registered teacher apprenticeship program and systems accreditation process, including logic model development, instrument creation and data collection, reporting, and capacity building for sustainable self-evaluation practices.

**Evaluation of Wyoming's Project AWARE (Advancing Wellness and Resiliency in Education) Grants** (2022–present)
*U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration (SAMHSA), Project AWARE Grant (Award #SM083658-01)*
Supporting the external evaluation of the state's Project AWARE grants, which are being conducted through a collaborative comprised of the Wyoming Department of Education, Wyoming Department of Health, and three local education agencies (LEAs). The goal of these grants are to improve student access to culturally competent and developmentally appropriate school and community-based mental health services. Responsibilities include qualitative coding and reporting.

**Evaluation of Planetary Resources and Content Heroes (Planetary ReaCH)** (2022–present)
*NASA, Science Activation Grant (Award #80NSSC21M0003)*
Supporting an external evaluation of the Universities Space Research Association–Lunar and Planetary Institute's Planetary ReaCH, a new project within NASA's Science Activation (SciAct) portfolio. McREL's evaluation will help the Planetary ReaCH team develop an evidence-based model for preparing planetary scientists to engage underserved audiences (e.g., Black and Latino/a student populations). Responsibilities include qualitative thematic analyses from focus groups and reporting.

**Federal Relief Fund Program Evaluation for the Rochester City School District (RCSD)** (2022–present)
*Gibson Consulting Group*
Serving as an evaluation partner with Gibson, wherein the Gibson/McREL team is helping develop and implement evaluation plans for RCSD's American Rescue Plan-funded initiatives that are focused on increasing student success and teacher retention. Specifically, the evaluation team is assessing progress toward RCSD's implementation goals, their continuous improvement efforts, and desired outcomes. Responsibilities include evaluation design planning, designing and deploying data collection efforts (e.g., program tracking measures, focus groups, and interviews),

analyzing qualitative and quantitative data, and synthesizing the results to provide staff with meaningful and actionable information.

**Educational Technology Platform Program Evaluations** (2022–present)
*Various Clients, including Sirius Education Solutions, Phonics Shed, and Imagine Learning*
Conducting evaluations of educational technology platforms and curriculum packages that have been designed to meet the What Works Clearinghouse's (WWC's) Every Student Succeeds Act (ESSA) Tiers of Evidence requirements. This work includes developing logic models, research bases, and evaluation plans for implementation and efficacy. Specific responsibilities have included evaluation design planning, data analyses, and reporting.

**Exploring State Strategies for Accelerated Instruction for Pandemic Learning Loss** (2023)
*Nebraska, North Dakota, South Dakota, and Wyoming SEAs – R11CC*
Developed, implemented, and reported from a survey of individual schools across Nebraska, North Dakota, South Dakota, and Wyoming regarding strategies and use of federal funds to support accelerated learning to address learning loss related to the COVID-19 pandemic.

**Facilitating Development of System-Wide Formative Assessment Implementation** (2023)
*Commonwealth of the Mariana Islands Public School System (CNMI PSS) – REL Pacific*
Co-designed sessions for leadership of the CNMI PSS leadership to facilitate locally driven plans to implement a system-wide formative assessment structure including resources, training, and policies.

**Self-Assessment Tool Development for Funding Requirements** (2022–2023)
*Colorado Department of Education (CDE) – R12CC*
Assisted in the development of an LEA self-assessment tool. Conducted a crosswalk review of the self-assessment items with the funding requirements to ensure alignment and the provision of user-based feedback.

**Transformative Experience in Education Lab** (2018–2022)
*UNC – Thompson School District, Loveland CO*
Served as a researcher implementing repeated, year-long transformative science education interventions in local high school science courses for learning and motivational outcomes.

**University101 Research Lab** (2019–2022)
*UNC*
Served as a researcher conducting an implementation evaluation of first-year educational support programs for improved student outcomes, including retention and success.

**Motivation and Addiction Research Lab** (2017–2018)
*UNC*
Served as a researcher targeting the relationship between problematic marijuana use and academic behaviors, as well as innovative educational strategies and motivation.

## SELECTED PUBLICATIONS

West, K., Wayne, I., Agboola, O., Olson, C., Landreau, C., Kriescher, D., & Vaughan, A. L. (2024). The impact of peer mentors on first-time college student self-efficacy and academic achievement. *Journal of The First-Year Experience & Students in Transition* [in press].

Pugh, K. J., Kriescher, D. P., Tocco, A. J., Olson, C., Bergstrom, C. M., Younis, M., & BenSalem, M. (2023). The Seeing Science Project: Using design-based research to develop a transformative experience intervention. *Journal of Science Education and Technology, 32*(3), 338–354. doi: 10.1007/s10956-023-10031-6

Cropp, S., Pugh, K., Bergstrom, C., & Kriescher, D. (2022). Seeing science: Using mobile technology to make learning transformative. *Journal of Computers in Mathematics and Science Teaching, 41*(2), 85–108.

Kriescher, D. P. J. (2022). *Exploring Formative Versus Summative Assessment Models on Creative Mindset Development* [Doctoral dissertation]. University of Northern Colorado. https://digscholarship.unco.edu/dissertations/903/

Pugh, K. J., Bergstrom, C. M., Olson, C., & Kriescher, D. (2021). Transformative experience: A motivational perspective on transfer. In C. Hohensee & J. Lobato (Eds.), *Transfer of learning: Progressive perspectives for mathematics education and related fields* (pp. 297–314)*.* Springer.

Pugh, K., Kriescher, D., Cropp, S., & Younis, M. (2020). Philosophical groundings for a theory of transformative experience. *Educational Theory, 70*(5), 539–560. doi: 10.1111/edth.12443

Pugh, K. J., Bergstrom, C. M., Wilson, L., Geiger, S., Goldman, J., Heddy, B. C., Cropp, S., & Kriescher, D. (2019). Transformative experience: A critical review and investigation of individual factors. In J. M. Spector, B. B. Lockee, & M. D. Childress (Eds.), *Learning, design, and technology: An International compendium of theory, research, practice, and policy* (pp. 1–36). Springer. doi: 10.1007/978-3-319-17727-4_155-1

## SELECTED PRESENTATIONS

Tarano, A. M., Shaner, A. J., Shupla, C. B., Buxner, S., Rivera-Valentin, E. G., Clark, J., ... & Valdes, Y. (2023). *Extending the Planetary ReaCH towards Miami with SCoPE: Embracing local assets for informal education of NASA-based Planetary Science.* American Geophysical Union National Conference (AGU23), San Francisco, CA.

Kriescher, D. P. J.. (2022, April 21–26) *Influence of formative assessment on mindset development* [Poster presentation]. American Educational Research Association Meeting, San Diego, CA.

Kriescher, D., Miller, C., Martell., J. & Vaughan, A. (2022, February 3–6). *Aligning FYS curriculum, instruction, and assessment for combatting learned helplessness* [Paper presentation]. Annual Conference on the First-Year Experience, Orlando, FL.

Sands, H., Hauck, A., Kriescher, D., & Vaughan, A. (2022, February 3–6). *Trauma-informed positive education strategies for an FYE classroom* [Paper presentation]. Annual Conference on the First-Year Experience, Orlando, FL.

West, K., Lawrence, S., Kriescher, D., & Vaughan, A. (2022, February 3–6). *Quasi-experimental design: Peer mentors and first-year academic self-efficacy and achievement* [Paper presentation]. Annual Conference on the First-Year Experience, Orlando, FL.

Pugh, K. J., Kriescher, D. P. J., Tocco, A. J., Olson, C., Bergstrom, C. M., Younis, M., & BenSalem, M. (2021, April 8–12). *The seeing science project: Using design-based research to develop a transformative learning intervention* [Poster presentation]. American Educational Research Association Annual Meeting, Online.

Bailey, N., Kriescher, D., Law, R., & Tontarski, S. (2020). *Teacher Perceptions of Growth Mindset During the COVID-19 Pandemic* [presentation]. University of Northern Colorado Research Evening.

Cropp, S., Pugh, K. J., Bergstrom, C. M., Kriescher, D., & Wilson, L. (2019, April 5–9). *Seeing science: Using mobile technology to make learning transformative* [Paper presentation]. American Educational Research Association Annual Meeting, Toronto, CA.

## DOUG MOECKEL

Leadership Consultant
Kansas Association of School Boards (KASB)
1420 SW Arrowhead Road | Topeka, KS 66614
785-806-8322 | dmoeckel@kasb.org

## EDUCATION

Ed.D.  Educational Administration, Kansas State University, Manhattan, KS, 1999
M.S.   Physical Education, Fort Hays State University, Hays, KS, 1983
B.S.   Science, Kansas State University, Manhattan, KS, 1977

## AREAS OF EXPERTISE

♦ Specializes in collaboration with state and local educational agencies (SEAs and LEAs),
  school boards, and superintendents to leverage resources and provide intensive technical
  assistance
♦ Assisted in building the capacity of educational leaders to support public education
♦ Trained and served school boards and administrators for 12 years
♦ Served as a K–12 administrator for 10 years
♦ Served as a curriculum director for 5 years
♦ Taught as a secondary teacher for 19 years
♦ Assisted in leading buildings and districts through the Kansas accreditation process
♦ Certified as a McREL Balanced Leadership Trainer for 12 years
♦ Teacher and coach in multiple Unified School Districts in Kansas

## PROFESSIONAL HISTORY

2019–2024    **Kansas Co-Lead**
             *Region 12 Comprehensive Center (R12CC)*
             Provides leadership supports for Kansas SEAs and the Kansas Can Redesign
             Initiative.

2010–2019    **Deputy Executive Director**
             *KASB, Topeka, KS*
             Led KASB's leadership services for school boards and school administrators.

2007–2010    **Leadership Specialist**
             *KASB, Topeka, KS*
             Led Kansas school board development, planning, teambuilding, and community
             engagement.

2002–2007    **Superintendent of Schools**
             *USD 327 Ellsworth, Ellsworth, Kansas*
             Responsible for all aspects of programs, personnel, facilities, finance.

1997–2002    **High School Principal**
             *Ellsworth High School, Ellsworth, Kansas*
             Supervised and supported all aspects of a comprehensive rural high school.

## RELEVANT PROFESSIONAL EXPERIENCE

2007–2019    **Senior Board Leadership Development**
*KASB*
Developed and delivered content and curriculum focused on school board governance.

2007–2019    **Senior Board Leadership Development**
*Kansas Association of School Superintendents*
Provided support in areas of boardsmanship, teamwork, key works of boards, long-range planning, and change leadership.

2007–2019    **McREL's Balanced Leadership Training for District and Building Leaders**
*Kansas Association of School Superintendents, Kansas Association of Secondary Principals, and Kansas Association of Elementary Principals*
Supported the training of McREL's research in building leadership that works, including Purposeful Community, Managing Change, and Focus of Instruction.

*Working with Rural Populations*

2007–2019    **Board Governance and Leadership – Multiple Board Workshops**
*285 Member Districts of KASB*
Designed instructional lessons for a wide range of school boards across Kansas related to roles and responsibilities, boardsmanship, team building, change management, superintendent evaluation, long range planning. School districts range from under 100 students to 45,000 students. Most districts in Kansas are rural in nature.

*Assisting with Strategic Planning*

2010        **Long Range Planning**
*KASB Board of Directors*
Lead KASB Board of Directors through planning process, SWOT analysis and development of vision, mission, and goals for the association.

2012        **Long Range Planning**
*Greenbush Educational Service Center (ESC)*
Lead the ESC executive staff and directors through the planning process to develop a process to best utilize staff and help align resources and financial efficiency.

2014-2019   **Long Range Planning/Strategic Planning**
*Multiple Unified School Districts (USDs) in Kansas: USD 443 Dodge City, USD 475 Junction City, USD 255 South Barber, USD 267 Renwick, USD 268 Cheney, USD 306 Southeast of Saline, USD 312 Haven, USD 353 Wellington, USD 358 Oxford, USD 388 Ellis, USD 394 Rosehill, USD 397 Centre, USD 445 Coffeyville, USD 456 Maris des Cygnes Valley, USD 357 Belle Plaine, USD 458 Basehor Linwood, USD 465 Winfield, USD 503 Parsons, USD  206 Remington Whitewater, USD 208 Trego, USD 253 Emporia, USD 322 Onaga, USD 343*

*Perry Lecompton, USD 392 Osborne, USD 411 Goessel, USD 418 McPherson, USD 469 Lansing, USD 498 Valley Heights*
Lead district administration and school board through long range planning process included discussions on strengths, challenges, future changes, culture and communications process. Helped develop SMART goals and helped the districts analyze vision, mission, beliefs focused on student success.

## SELECTED PUBLICATIONS

Moeckel, D. (2007–2010). *KASB Clerks News, Monthly Issue.* Group Project Newsletter.

Moeckel, D. (2007) Many skills required to be a successful leader: strong mentor can lead the way. *Kansas School Board Journal*, *46*(2), 15–18

Moeckel, D. (1994). Help Make a Difference. *KAHPERD [Kansas Association for Health, Physical Education, Recreation and Dance] Journal.*

Moeckel, D. (1994). Lessons in Life. *KAHPERD Journal.*

Moeckel, D. (1994). The principalship: A selected biography. *KAHPERD Journal, 64*(2), 21.

Moeckel, D. (1994). Lessons in Life. *KSHSAA [Kansas State High School Activities Association] Journal.*

## SELECTED PRESENTATIONS

Moeckel, D. (2019). *Boardsmanship/Teambuilding* [Presentation]. Kansas State Board of Education, Topeka, KS.

Moeckel, D. (2018). *Change leadership* [Presentation]. Kansas Redesign Districts, KS.

Moeckel, D. (2018). *Kansas redesign* [Presentation]. Mercury and Gemini School Redesign Project Schools, KS.

Moeckel, D. (2018). *Leading change* [Presentation]. Kansas Department of Education Fall Conference, Topeka, KS.

Moeckel, D. (2018). *New superintendent onboarding* [Presentation]. Kansas Educational Leadership Institute (KELI), Manhattan, KS.

Moeckel, D. (2018). *What Matters Most* [Presentation]. United School Administrators of Kansas (USA-KS).

Moeckel, D. (2012–2018). *Board leadership* [Workshop]. KASB local presidents, Topeka, KS.

Moeckel, D. (2009–2018). *McREL's Balanced Leadership.* Presentations for over 40 USDs.

Moeckel, D. (2008–2018). *New board member workshop* [Workshop]. KASB Members, Topeka, KS.

Moeckel, D. (2007–2018). *School board foundations* [Presentation]. KASB Members, Topeka, KS.

Moeckel, D. (2017). *Board superintendent partnership* [Presentation]. National School Boards Association National Convention, Denver CO.

Moeckel, D. (2017). *School board candidate forum* [Presentation]. Wichita Community Members, Wichita, KS.

Moeckel, D. (2016). *Understanding change leadership* [Presentation]. Leadership for Tomorrow.

Moeckel, D. (2015). *District level leadership* [Presentation]. KASB Members, Topeka, KS.

Moeckel, D. (2015). *McREL's District Leadership that Works* [Presentation]. Kansas School Superintendents' Association, Topeka, KS.

Moeckel, D. (2014). *What Matters Most* [Presentation]. BoardDocs National Convention.

**JEANETTE KING**
Senior Researcher
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
303-632-5551 | jjoyce@mcrel.org

## EDUCATION

Ph.D.    Learning, Cognition, Instruction, and Development/Educational Psychology,
         Rutgers Graduate School of Education, New Brunswick, NJ, 2017
M.A.     Teaching, Rutgers University Graduate School, New Brunswick, NJ, 2016
Ed.M.    Language and Learning Disabilities, Bank Street College of Education, NY, 1989
M.S.     Communication Science and Disorders, University of Vermont, Burlington, VT, 1985
B.A.     Speech Pathology/Audiology, George Washington University, Washington, D.C., 1983

### Additional Education and Training

♦ What Works Clearinghouse (WWC) Certified Reviewer: Group Design Standards (Ver. 4.1)
  and Single Case Study Design Standards
♦ Collaborative Institutional Training Initiative (CITI) Certification: Social, Behavioral,
  Epidemiologic Research

## SPECIFIC AREAS OF EXPERTISE

♦ Experimental and quasi-experimental design
♦ Program evaluation
♦ Mixed methodology research
♦ Instrument design and validation
♦ Inclusive education
♦ Special education
♦ Literacy and language acquisition/English language arts
♦ Spanish
♦ Professional development
♦ Technical assistance

## PROFESSIONAL EXPERIENCE

2021–present    **Senior Researcher** (2022–present); **Researcher** (2021–2022)
                ***McREL International, Denver, CO***
                Supporting evaluation and research projects, including those funded by the
                U.S. Department of Education (ED), through data collection, analyses, and
                reporting.

2017–2021       **Senior Researcher** (2020–2021); **Researcher** (2017–2020)
                ***Marzano Research, Denver, CO***
                Led or supported evaluation and research projects from the proposal phase
                through dissemination of findings. Also supported technical assistance projects.

2015–2021    **Item Writer for Teacher Certification and Student Assessment**
*Educational Testing Service, Princeton, NJ*
Created valid test items for teacher licensure and student achievement tests.

2018–2019    **Instructor**
*Community College of Aurora, Aurora, CO*
Contributed to curriculum design and taught classes in Psychology and Human Growth and Development.

2013–2017    **Instructor** (2013–2017); **Research Assistant** (2014–2017); and **Seminar Assistant** (2016)
*Rutgers Graduate School of Education, New Brunswick, NJ*
As an instructor, contributed to curriculum design and taught classes in Educational Psychology and Special Education. As a research assistant, supported a grant project funded by the National Science Foundation (NSF) through data collection, analysis, and reporting. Finally, as a seminar assistant, helped prepare teachers to gain their certification as Learning Disabilities Teacher Consultants.

2009–2017    **Adjunct Assistant Profession**
*Mercer County Community College, Trenton/West Windsor, NJ*
Contributed to curriculum development and taught foundational courses in College Reading and Writing.

1992–2000    **Classroom Teacher**
*Princeton Area Schools, Princeton, NJ*
Taught PreK–8 in a variety of curriculum areas, including Spanish and English Language Arts.

1989–1994    **Speech Pathologist, Classroom Teacher, and Curriculum Consultant**
*Mary McDowell Center for Learning, Brooklyn, NY*
Participated in one-on-one therapy, classroom instruction, and curriculum design for students with learning disabilities.

1986–1988    **Bilingual Education Evaluator**
*New York City Department of Education, New York, NY*
Provided assessment of language skills in English and Spanish and made instructional recommendations throughout NYC's five boroughs.

1984–1985    **Research Associate**
*North Shore Children's Hospital, Salem, MA*
Designed and implemented a large-scale study of five language groups to inform differential diagnoses.

1980–1983    **Research Associate**
*National Institute of Neurological and Communicative Disorders and Stroke, Bethesda, MD*
Supported research in various aspects of speech and language disorders.

## SELECTED PROJECT EXPERIENCE

**Evaluation of the SHIELD DRIVE Science Center** (2024–present)
*Boston University*
Evaluating a NASA-funded DRIVE center, focusing on inclusion, diversity, and equity within the national heliophysics community.

**Regional Educational Laboratory for the Pacific Region** (**REL Pacific**; 2023–present)
*ED/Institute of Education Sciences (IES)*
Supporting work and facilitating sessions with American Samoa Department of Education staff on understanding teacher attrition. Led a project on using data to inform math instruction for teachers, coaches, and leaders in Guam.

**Region 11 Comprehensive Center** (**R11CC**; 2021–present)
*ED, Office of Elementary and Secondary Education, Regional Comprehensive Centers (Award #S283B190011)*
Internal evaluator for the R11CC's projects in Nebraska, North Dakota, South Dakota, and Wyoming to ensure high quality data collection and documentation of interventions that address high-leverage problems of instructional practice (2021–2022). Liaison for Nebraska's multilingual projects (2022–present).

**Evaluation of Planetary Resources and Content Heroes (Planetary ReaCH)** (2021–present)
*NASA, Science Activation (SciAct) Grant (Award #80NSSC21M0003)*
Co-lead for an external evaluation of the Universities Space Research Association–Lunar and Planetary Institute's Planetary ReaCH, a project within NASA's SciAct portfolio. McREL's evaluation aims to help the Planetary ReaCH team develop an evidence-based model for preparing planetary scientists to engage underserved audiences, particularly Black and Latinx students, in planetary science.

**Evaluation of Wyoming's Project AWARE (Advancing Wellness and Resiliency in Education) Grant** (2021–2024)
*U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration (Award #SM083658-01)*
Researcher for an external evaluation of the state's Project AWARE grant, which is being conducted through a collaborative comprised of the Wyoming Department of Education, Wyoming Department of Health, and three local education agencies. The goal of this grant is to improve student access to culturally competent and developmentally appropriate school and community-based mental health services through remote mental health services.

**Supporting the Evaluation of North Dakota Communities in Schools Programs** (2019–2021)
*ED/IES through the Regional Educational Laboratory for the Central Region (REL Central) (Contract # ED-IES-17-C-0005)*
Researcher, working collaboratively with the North Dakota Department of Public Instruction and the state's regional education units, to design an evaluation of the Communities in Schools programs, which support students' nonacademic needs (e.g., social and emotional skills) to help them stay in school and succeed academically.

**Technical Support for the Colorado Preschool Development Grant (PDG)** (2019–2021)
*Colorado Department of Human Services*
Project team member who contributed to multiple technical support efforts to improve the birth-to-five system in Colorado as part of the federally funded PDG. Projects included an update of the Colorado Early Learning and Development Guidelines, development of a statewide early learning strategic plan, and development of a communications strategy to improve access to services for parents and caregivers.

**Examination of the Reliability and Validity of the Kansas Clinical Assessment Tool (K-CAT)** (2019–2021)
*ED/IES through the REL Central (Contract # ED-IES-17-C-0005), in partnership with the Kansas Department of Education*
Research team lead, contributing to a study that examined the extent to which the K-CAT generates valid and reliable data about teacher candidates' performance.

**Data Review Protocol for Colorado Early Educators** (2017–2021)
*ED/IES through the REL Central (Contract # ED-IES-17-C-0005)*
Research team member, working collaboratively with the Colorado Department of Education's Early Learning and School Readiness staff to develop tools designed to help educators use early childhood formative assessment data to shape instruction.

**Evaluation of the Region IV Equity Assistance Center Program** (2017–2021)
*Metropolitan State University of Denver*
Evaluation lead, providing formative and outcome feedback for the Center's equity projects, using stakeholder surveys and case studies with site visits, document analyses, and stakeholder interviews. Provided support to ensure compliance on all federal reporting requirements.

**Nebraska Department of Education Reading Strategies and Interventions** (2018–2020)
*ED/IES through the REL Central (Contract # ED-IES-17-C-0005)*
Research team member, summarizing the WWC Practice Guide recommendations and developing an inventory of evidence-based instructional interventions and strategies for reading.

**Use of Flexible Time (Flex-Time) in Competency-Based Education** (2017–2020)
*ED/IES through the REL Central (Contract # ED-IES-17-C-0005)*
Research team member, contributing to a study that examined how students use flex-time and how use varied for students with different academic achievement levels and different demographic characteristics.

**Evaluation of a Gamified Instruction Program** (2017–2019)
*ED/IES, Education Research Grant (Award #R305L170006)*
Research team member, working on a study that used a randomized controlled trial (RCT) design to meet the WWC Standards to evaluate a personalized, gamified learning program (iPersonalize).

**Development of an Early Childhood Educator Evaluation System** (2017–2019)
*ED/IES through the REL Central (Contract # ED-IES-17-C-0005)*
Research team member, working collaboratively with the Colorado Department of Education to develop a model educator evaluation system for early childhood educators that aligned with the existing educator evaluation system for K–12 teachers.

**SELECTED PUBLICATIONS** *(as J. King and J. Joyce)*

Hubbell, A., Gebers, B, & King, J. (2024, May 9). *Academic language: Four practical concepts for Tier 1 Core Part 4: Language output.* Medium. https://www.youtube.com/watch?v=VpoiQoHLm_Y

Hubbell, A., Gebers, B, & King, J. (2024, March 27). *Academic language: Four practical concepts for Tier 1 Core Part 3: Comprehensible output.* Medium. https://www.youtube.com/watch?v=6Cvuexk3Sd4

Hubbell, A., Gebers, B, & King, J. (2024, February 20). *Academic language: Four practical concepts for Tier 1 Core Part 2: Collaboration.* Medium. https://www.youtube.com/watch?v=YuhI1c44bxI

Hubbell, A., Gebers, B, & King, J. (2024, January 19). *Academic language: Four practical concepts for Tier 1 Core Part 1: High expectations.* Medium. https://www.youtube.com/watch?v=WmOu3od2UzM

Joyce, J., Brodersen, R.M., Meyer, S., Haines, M., & Weston-Sementelli, J. (2021). *Examination of the validity and reliability of the Kansas Clinical Assessment Tool* (REL 2021-095). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Central. http://ies.ed.gov/ncee/edlabs

Germeroth, C., Joyce J., Kelleman, B., & Bopp, L. (2021). *Early Childhood Data Use Assessment Tool* (REL 2021-067). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Central.

Joyce, J. (2021, July 30). *Four considerations for developing an effective peer tutoring program.* Marzano Research. https://www.marzanoresearch.com/peer-tutoring/

Joyce, J. & Bower, T. (2021, July 19). *Simple activities to support joyful, personalized learning this summer*. Marzano Research. https://www.marzanoresearch.com/summer-personalized-learning/

Brodersen, R. M., Joyce, J., Yanoski, D., & Underwood, K. (2020). *How Legacy High School students use their flexible time* (REL 2020-031). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Central.

Joyce, J. (2020, July 9) *Teaching career technical education remotely: It starts with choice.* Marzano Research. https://www.marzanoresearch.com/teaching-career-technical-education-remotely-it-starts-with-choice/

Harrison, J., & Joyce, J. (2018). Accommodations. In B. Frey (Ed.), *The SAGE Encyclopedia of Educational Research, Measurement, and Evaluation.* doi: 10.4135/9781506326139.n13

Harrison, J. R., Soares, D. A., & Joyce, J. (2018). Inclusion of students with emotional and behavioural disorders in general education settings: A scoping review of research in the U.S. *International Journal of Inclusive Education, 23*(12), 1209–1231. doi: 10.1080/13603116.2018.1444107

Joyce, J., Harrison, J. R., & Gitomer, D. H. (2018). Modifications and accommodations: A preliminary investigation into changes in classroom artifact quality. *International Journal of Inclusive Education, 24*(2), 181–201. doi: 10.1080/13603116.2018.1453876

**SELECTED PRESENTATIONS** *(as J. King and J. Joyce)*

DenBeste, A., Vargas, S., Shebby, S., & King, J. (2024, March 5–6). *Improving schools for multilingual learners: A team approach* [Conference presentation]. Meeting the Moment, Washington, DC.

Goertzen, H., King, J., Parker, C., & Wilson, M. (2024, February 7–10). *Supporting multilingual learners through regional comprehensive centers* [Conference presentation]. National ESEA Conference, Portland, OR.

King, J., Buxner, S., Shebby, S, Shupla, C.B, & Shaner, A.J. (2023, December 11–15). *Evaluating a developing planetary science workshop model: The value of formative feedback* [Conference presentation]. American Geophysical Union National Conference (AGU23), San Francisco, CA.

Timony, D. & King, J.(2023, October 12–13). *Advancing applied educational psychology* [Conference presentation]. The Scholarly Consortium for Innovative Psychology in Education, Portland, OR.

King, J., Renbarger, R., Roehrig, A, Timony, D., Turner, J., Williams-Johnson, M., & Wineland, T. (2023, August 4–6). *Writing research briefs for practitioner audiences* [Conference presentation]. American Psychological Association Annual Event, Washington, DC.

King, J., Peterson, A., Lundh, P., Simpson, J., & Beesley, A. (2023, April 13–17). *Accomplishing effective systems change to improve student achievement in North Dakota schools* [Conference presentation]. American Education Research Association Annual Conference, Chicago, IL.

Joyce, J., Buxner, S., Shaner, A., & Shebby, S. (2022, December 8–10). *Incorporating DEIA pillars in informal engagement activities: Lessons learned from Planetary ReaCH* [Virtual conference presentation]. Astronomical Society of the Pacific Conference: Communicating Science with Students and the Public.

Joyce, J., Buxner, S., Shaner, A., & Shebby, S. (2022, November 7–12). *Evaluating for inclusion, diversity, equity, and accessibility: The Planetary ReaCH framework* [Conference presentation]. American Evaluation Association Annual Conference, New Orleans, LA.

Shebby, S., Joyce, J., Shaner, A., & Buxner S. (2022, April 27–29). *Early lessons learned from evaluating workshops for planetary scientists and informal educators in engaging diverse audiences* [Virtual conference presentation]. Advancing IDEA in Planetary Science.

State, T.; Joyce, J.; Harrison, J.; Peletier, C; & Syed, M.(2022, April 22–24). *Accommodations for students with emotional and behavioral disorders: What teachers believe* [Conference presentation]. American Education Research Association Annual Conference, San Diego, CA.

Joyce, J., Jantz, A., Kirchner, S. & Brodersen, R.M. (2021, October 11–12). *Getting the complete picture: Adding a clinical assessment tool to teacher candidate evaluation* [Conference presentation]. Consortium for Research on Educational Assessment and Teaching Effectiveness Annual Conference, Asheville, NC.

Germeroth, C., Joyce, J., & Rhodes, T. (2021, February 3–4 and 11–12). *Professionalizing early childhood education: A tool to increase data use* [Conference presentation]. Rocky Mountain Early Childhood Conference, Denver, CO.

Schmidt, T., Johnson, B., Brodersen, M., & Joyce, J. (2020, October 26–28). *Choice in learning: Examination of students' use of flex-time at Legacy High School* [Virtual pre-symposium webinar]. Aurora Institute Symposium.

Haines, M., Anderson, N., Hubach, S., Joyce, J., Simpson, B., & Engstrom, L. (2020, March 8–11). *Building an ecosystem of support: An evaluation of North Dakota's community school programs* [Conference presentation]. Annual National Youth-at-Risk Conference, Savannah, GA.

Harrison, J., State, T., & Joyce, J. (2020, February). *Educator and parent perspectives of instructional strategies for students with ADHD/EBD* [Conference presentation]. Council for Exceptional Children Annual Conference, Portland, OR.

Mohajeri-Nelson, N., Joyce, J., Stewart, J., Haines, M., Negley, T., & Meredith, J. (2019, November 11–19). *Building evaluation capacity through research partnerships* [Conference presentation]. American Evaluation Association Annual Conference, Minneapolis, MN.

Stewart, J., Cabrera, C., Joyce, J., O'Brien, J., & Bopp, L. (2019, June 2–5). *Interpreting student learning in the early childhood setting: Colorado's model to support educators and their evaluators* [Conference workshop]. National Association for the Education of Young Children Professional Learning Institute, Long Beach, CA.

## PROFESSIONAL AFFILIATIONS

♦ American Psychology Association, Division 15 (Educational Psychology) coordinator
♦ American Educational Research Association, member

**TARA ISAACS**
Executive Director, Learning Services
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
808-664-8182 | tisaacs@mcrel.org

## EDUCATION

Ed.D.   Educational Leadership & Policy Studies, Eastern Kentucky University, Richmond, KY, 2016
M.A.   Education Administration, Eastern Kentucky University, Richmond, KY, 2008
M.S.   Curriculum and Instruction, University of Tennessee, Knoxville, TN, 1995
B.A.   Sociology (Minor in Elementary Education), University of Tennessee, Knoxville, TN, 1995

### Additional Education and Certifications

Superintendent Certification, University of Kentucky, Lexington, KY, 2009
Supervisor of Instruction Certification, Eastern Kentucky University, Richmond, KY, 2008
Principal Level I/II Certification, Eastern Kentucky University, Richmond, KY 2008

## SPECIFIC AREAS OF EXPERTISE

- Assessment
- Professional learning
- Language arts/literacy
- Data-driven decision making
- District and school leadership
- Systems design and alignment
- Principal and teacher evaluation
- Leadership coaching and adult learning
- Strategic planning and closing achievement gaps
- School and district leadership and improvement
- Curriculum and instructional framework development, implementation, and monitoring

## PROFESSIONAL EXPERIENCE

2024–present   **Executive Director, Learning Services**
*McREL International*
Collaborates with leadership to establish long-term strategic plans and creates alignment across the team from development to action in implementing those plans. Builds a positive, high-performing, value-driven team. Provides oversight and guidance to ensure high quality consulting and technical assistance is provided to McREL's clients. Supports directors in managing departmental project resources. Develops an extensive understanding of challenges and emerging trends in designing and providing customed and contextualized services for our clients that help to address their needs.

2022–2023    **Senior Consultant Lead, State Professional Learning (PL) Team**
*Northwest Education Association (NWEA), Portland, OR*
Led and designed state PL programs of varying complexity including scalable frameworks. Collaborated with internal/external subject-matter experts to develop topics and materials. Built relationships and created materials for state education agency partners. Determined measures of success for each aspect of PL including evaluations of impact reporting. Collaborated to personalize PL in alignment with MAP® assessment products using state requirements. Conducted strategic planning, implementation, and progressing monitoring.

2016–2022    **Director of Professional Development (PD) and Learning;**
**Coordinator of Core Academics and Deeper Learning**
*Jefferson County Public Schools, Louisville, KY*
Supervised large-scale curriculum design, innovation, pedagogy, and assessment for 155+ schools. Conducted PD for schools based on subject requests and streamlined communication processes for district-wide PD planning. Launched and expanded a learning management system, as well as provided training and tiered support for 450+ districtwide PD contacts. Established standards framework and high-quality models for sessions, with ongoing feedback, coaching, and monitoring. Coached building and district leaders on how to leverage learning and drove multiple large-scale programs. Launched a 5-year PD planning unit for districtwide programming.

2017–2018    **Adjunct Professor**
*Bellarmine University College of Education, Louisville, KY*
Planned and executed an online self-paced course for master's degree-seeking students and provided support for a broad range of initiatives covering content, instruction, and school improvement planning.

2010–2015    **Principal, Dixie Magnet Elementary**
*Fayette County Public Schools, Lexington, KY*
Advanced the school from a "Needs Assistance" to "High-Performing/ Distinguished" rating, moving from the 43rd to 93rd percentile in 2 years. Also, received a National Blue-Ribbon Award for high achievement and closing learning gaps. Became an early adopter of NWEA's assessment for fluid student learning skill groups; PL communities; student work analyses; multi-tiered systems of support; and use of a learning continuum for targeted interventions with checkpoints, watchlists, and celebrations.

2008–2010    **Highly Skilled Educator**
*Kentucky Department of Education (KDE), Frankfort, KY*
Leveraged instructional growth, design, and alignment of curriculum and assessments in high-need districts and schools. Assisted school and district leaders in backward planning, creating common assessments, and increasing rigor. Analyzed statewide AdvancED (Cognia) diagnostic district/school reviews and trained audit teams.

| | |
|---|---|
| 2006–2007 | **Assistant Principal, Tates Creek Elementary** |
| | ***Fayette County Public Schools, Lexington, KY*** |

Facilitated the Student Assistance Team's academic and behavioral interventions and mentored students who were placed on the Student Success Committee's truancy watchlist. Overall, the school gained 6.5 percentage points from the previous year's Academic Index on the Kentucky Core Content Tests (KCCT) and saw gains of 43.0%, 16.4%, 10.3%, and 8.6% in students scoring as proficient or distinguished in writing, math, arts/humanities, and reading, respectively.

| | |
|---|---|
| 2006–2007 | **K-8 English/Language Arts Specialist** |
| | ***Fayette County Public Schools, Lexington, KY*** |

Provided training and best practice strategies for tackling Kentucky's On-Demand Writing for K–8 cohorts including one 9–12 high school. Facilitated training on curriculum maps, district formative/common assessments, and best practices in reading/writing.

| | |
|---|---|
| 1994–2006 | **Classroom Teacher** |
| | ***Fayette County Schools, Lexington, KY* and** |
| | ***Madison County Schools, Richmond, KY*** |

Achieved high levels of student learning in grades 2–5 by prioritizing differentiated and personalized learning. Taught in various settings, including straight-grade and multi-age environments, both departmentalized and self-contained, to enhance educational experiences.

## SELECTED PROJECT EXPERIENCE

**Resource Audit Analysis Project Co-Leader** (2024)
*Jefferson County Public Schools, Colorado*
Facilitated team meetings to design and implement a resource audit analysis protocol and system for gathering information on complex department division. Coordinated training, calibration, and quality control for audit resource review analysis. Developed focus group discussion questions. Provided technical support for organizational effectiveness and leadership teams.

**Kansas Executive Leadership Development System Designer** (2024)
*Region 12 Comprehensive Center (R12CC)*
Co-designed leadership modules including facilitator notes, slides, scenarios, and content. Facilitated sessions as part of series a of workshops designed to engage new superintendents in identifying key competencies and learnings required for success at progressing stages of an executive leader's career. Development of curriculum and learning experiences for instructional and change leadership.

**Back-to-School PL Planning Co-Leader** (2024)
*Wyoming Department of Education (WDE), Wyoming*
Designed an informational survey to gather feedback on understanding of common language used across the WDE. Provided technical support by sharing a PL framework, evaluation, best practices for learning, content-specific resources, and organization for back-to-school training.

**Comprehensive Needs Assessment** (2024)
*Mount View Elementary, Ka'u-Kea'au-Pahoa Complex, Hawai'i*
Conducted onsite focus groups for staff, students, and family. Prepared quality assurance and technical support for writing in final report of findings. Categorized color-coded data collection into five *What Matters Most* categories.

**Large-Scale Assessment, Literacy, and Leadership Coaching** (2022–2023)
*Georgia School Principals; Maine Department of Education; Nebraska Department of Education; Nevada Department of Education*
Developed content and facilitation guides for innovative assessment strategies and student goal setting with Georgia's administrators. Conducted statewide training for Maine partners to prepare for student, teacher, leader, and parent information sessions for the statewide Through Year Assessment launch. Provided Nebraska's certified facilitators and the Formative Assessment Support Network (FASN) cohort with updates and training contributing to strategic planning. Supported Nevada's Read by Grade 3 literacy cohort, which was rooted in best practices from the Science of Reading and included tailored support exercises to meet partners' unique needs, while also focusing on sustainability and replicability. Additionally, collaborated with the state literacy project management conference team, and presented and facilitated literacy conference sessions.

## SELECTED PRESENTATIONS

Isaacs, T. (2022, December 4–7). *Establishing a culture of high-quality professional learning* [Conference presentation]. Learning Forward Annual Conference, Nashville, TN.

Isaacs, T. (2022, April). *Getting to know the standards for professional learning* [Webinar]. Learning Forward Standards Week.

Isaacs, T. (2021). *Innovation learning network travel grant: An analysis of high-performing learning systems, professional learning models/frameworks, and learning management systems used by other states* [Virtual presentation]. KDE Innovation Division, Frankfort, KY.

Isaacs, T. (2021). *Ramping up professional learning systems* [Virtual presentation]. KDE, Frankfort, KY.

Isaacs, T. (2020, July). *Welcoming your team to a new school year: Engaging all educators* [Webinar]. Learning Forward, Oxford, OH.

Isaacs, T. (2017, September 19). *Deeper learning moves* [Session presentation]. KDE Continuous Improvement Summit, Lexington, KY.

## PROFESSIONAL AFFILIATIONS

♦ Learning Forward, Member
♦ Learning Forward Academy Graduate
♦ Learning Forward Florida State Affiliate, Executive Director
♦ Learning Forward Florida State Affiliate, Member
♦ Executive Leadership Institute for School Principals Graduate
♦ Harvard Graduate School of Continuing Education

# AVALLOY MCCARTHY

Researcher

McREL International

745 Fort Street, Suite 1915 | Honolulu, HI 96813

303-632-5518 | amccarthy@mcrel.org

## EDUCATION

Ph.D.   Mathematics Education, The University of the West Indies, Kingston, Jamaica, 2021
M.Ed.   Mathematics Education, The University of the West Indies, Kingston, Jamaica, 2011
B.Ed.   Mathematics Education, Shortwood Teachers' College, Kingston, Jamaica, 2008

## SPECIFIC AREAS OF EXPERTISE

- Quantitative data analysis
- Qualitative data analysis
- Mixed-methods data analysis
- SPSS
- QDA Miner

## PROFESSIONAL EXPERIENCE

2023–present   **Researcher**
*McREL International*
Contributes to research and evaluation projects by collecting and analyzing qualitative and quantitative data and producing reports and presentations to share the findings with diverse audiences. Develops and maintains client relationships.

2015–2023   **Mixed-Methods Researcher and Lecturer**
*The University of the West Indies (Jamaica)*
Prepare student-teachers to teach mathematics at the high school level. Worked on research committees to address global issues, such as the impact of the COVID-19 pandemic on workers. Supervised research of master's and Ph.D. degree-seeking students. Conducted qualitative, quantitative, and mixed-methods research and contributed to the publication of research papers and conference presentations.

2011–2015   **Mathematics Lecturer**
*St. Joseph's Teachers College*
Prepare student-teachers to teach mathematics at the elementary and middle school levels. Supervised student-teachers action research and experimental studies to identify best practices for teaching mathematics at the elementary and middle school levels.

## SELECTED PROJECT EXPERIENCE

**Mathematics Achievement Academies (MAAs) Evaluation** (December 2023–present)
*Region 13 Education Service Center*
Serves as one of the lead researchers, exploring the impact of the MAAs on teachers' pedagogical content knowledge. Additionally, the evaluation explores how the MAAs impact students' knowledge of mathematics.

**Adapting Measures of Student Engagement in Math: Designing Self-Report Measures of Mathematics Engagement for Black and Latina/o Middle School Students** (July 2023–present**)**
*Child Trends, via a National Science Foundation (NSF), Discovery Research K–12 Grant*
Serving as a research team member for a mixed-methods project that is developing an Adapted Measure of Math Engagement, a culturally sustaining self-report measure of Black and Latina/o middle school students' math engagement. By prioritizing and uplifting the voices of Black and Latina/o students through collaborative meaning-making and using rigorous strategies from modern measurement theory, this project advances knowledge and strategies for creating more equitable math learning experiences for Black and Latina/o middle-school students.

**Federal Relief Fund Program Evaluation for the Rochester City School District (RCSD)** (June 2023–present)
*Gibson Consulting Group*
Serving as an evaluation team member with Gibson, wherein the Gibson/McREL team is helping develop and implement evaluation plans for RCSD's American Rescue Plan-funded initiatives that are focused on increasing student success and teacher retention. The evaluation team is assessing progress toward RCSD's implementation goals, their continuous improvement efforts, and desired outcomes. Specific initiatives include the i-Read reading and math assessment and instructional platform. A mixed-methods research approach is being utilized for this work.

**Evaluation of the *Reach to Teach! Project*** (July 2023–present)
*Reach University, via a U.S. Department of Education (ED) Supporting Effective Educator Development (SEED) Grant (Award #S423A22008)*
Serving as a research team member for a process (implementation) and outcome evaluation with the goal of identifying key components of the program, as well as assessing fidelity of implementation and impact on mid-term and long-term outcomes. This work uses a mixed-methods research approach.

**Investigating the Effects of a Massive Open Online Course (MOOC) on Teachers' Professional Learning** (2021–2023)
*Caribbean Center for Educational Planning*
Served as a research team member exploring the extent to which teachers who participated in a MOOC professional development training learned from it and implemented the practices in their classroom. The project aimed to understand whether MOOCs could be used as an effective source of professional development for teachers.

**Explored Factors Influencing High Levels of Teacher Migration in Jamaica** (2021–2023)
*Caribbean Center for Educational Planning*
Explored the factors impacting high rates of teacher migration in STEM-related areas. The study was geared toward data to drive government policies to increase teacher retention.

**Examining Initial Engagement and Experiences of Caribbean Educators with the Reality of the COVID-19 Pandemic** (2021–2022)
*Caribbean Center for Educational Planning*
Served as a research team member exploring Caribbean school leaders' initial reactions to the COVID-19 pandemic. This project aimed to identify lessons learned and best practices for coping with the pandemic by gaining an understanding of the measures that school leaders put in place to cope with the realities of the pandemic and their struggles in meeting students' learning needs.

**Examining the Effects of COVID-19 on Workers' Mental Health** (2021–2022)
*Manpower & Maintenance Service Limited*
Served as a research team member investigating the effects of the COVID-19 pandemic on workers. This project involved conducting a survey to understand how workers were coping during the pandemic. Ultimately, the research team made recommendations on how employers can better support the psycho-emotional needs of their employees.

## SELECTED PUBLICATIONS

Thompson, C., Ferguson, T., Knight, V., Bailey, D., Cole, S., Davis, N., Henry-Wilson, M., Johnson, V., McCarthy-Curvin, A., Montgomery, A., & Moore, S. (2022). The initial engagement and experiences of Caribbean educators with the reality of COVID-19: Exploring the educational planning implications. *Educational Planning Journal, 29*(2), 7–25. https://eric.ed.gov/?id=EJ1356897

Berry, C., McCarthy-Curvin, A., Newman, M., Bramwell-Lalor, S., Moore, S., & Lambert, C. (2021). Massive open online courses: A source of effective professional development for in-service teachers. *Journal of Education and Development in the Caribbean (JEDIC)*, *19*(2), 122–144. https://doi.org/10.46425/j419028671

McCarthy-Curvin, A. (2021). An evaluation of the instructional system for primary mathematics teachers in selected teachers' colleges in Jamaica. *Caribbean Journal of Mixed Methods Research, 2*(1), 380–381.

McCarthy-Curvin, A., George, L., & Buddo, C. (2021). Problem-solving within the mathematics classrooms: Challenges and recommendations. *JEDIC, 19*(2), 75–144. https://doi.org/10.46425/j319021548

## SELECTED PRESENTATIONS

McCarthy-Curvin, A. (2018). *Evaluating the instructional system for primary mathematics at Teachers' Colleges in Jamaica* [Fishbowl presentation]. Regional Mixed-Methods Research Conference in the Caribbean, Trinidad and Tobago.

Cook, L., Moore, S., Haynes-Brown, T., McCalla, R., Thwaites, K., Thomas, O., Weaver, L., Williams, C., Weaver, S., & McCarthy-Curvin, A. (2017). *A methodological review of mixed-methods studies from selected journals in the Caribbean* [Presentation]. Regional Mixed-Methods Research Conference in the Caribbean, Jamaica.

Newman, M., Berry, C., Bramwell-Lalor, S., Moore, S., McCarthy-Curvin, A., & Lambert, C. (2017, June 20–23). *Do teachers transfer MOOC learning to classroom practice? Results from an online survey of a teacher development activity* [Presentation]. SOE Biennial Conference, Montego Bay, Jamaica.

Cook, L., Moore, S., Haynes-Brown, T., McCalla, R., Thwaites, K., Thomas, O., Weaver, L., Williams, C., Weaver, S., & McCarthy-Curvin, A. (2016, Aug 3–5). *Evolution of mixed-methods research in a developing region* [Presentation]. Mixed Methods International Research Association Conference, Durham, United Kingdom.

## PROFESSIONAL AFFILIATIONS

- ♦ Caribbean Chapter of the Mixed Methods International Research Association, co-founder
- ♦ Caribbean Center for Educational Planning, member

## KATHLEEN DEMPSEY
Managing Member
Outer Banks Education Consulting
210 Mariners Way | Moyock, NC 27958
757-323-9196 | kdempsey@obxeduconsulting.com

**EDUCATION**

M.Ed.  Educational Supervision, The College of William and Mary, Williamsburg, VA
B.S.    Elementary Education – Grades 4-7, Old Dominion University, Norfolk, VA

Endorsement in Mathematics – Algebra I
Endorsement in Gifted Education
Endorsement in Middle School Education – Grades 6-8

**SPECIFIC AREAS OF EXPERTISE**

♦  Alignment of standards, assessment, and instruction
♦  Mathematics teaching and learning
♦  Formative assessment
♦  Rapid improvement cycles
♦  Systems coaching

**PROFESSIONAL EXPERIENCE**

2020–present   **Managing Member, Outer Banks Education Consulting LLC**
Provides technical assistance, training, and coaching services to state education agencies, local education agencies, and schools designed to help educators engage in disciplined improvement processes to enhance teaching and learning. Specializes in mathematics and formative assessment strategies.

2007–2020   **Senior Director, Research, Evaluation, and Technical Assistance**
(2015–2020); **Consultant** (2007–2015)
*McREL International, Denver, CO*
Responsible for providing strategic vision, direction, and leadership in developing, planning, and implementing consulting endeavors involving curriculum and instruction. Recruits, supervises, and develops staff. Planned and delivered high-impact consulting initiatives.

2010–2019   **Director, North Central Comprehensive Center (NCCC)**
*McREL International, Denver, CO*
Served as director of a federal grant program focused on building the capacity of state education agencies through resource dissemination, development of necessary infrastructure and networking, planning and needs assessment, developing solutions for inclusion in statewide systems of support, and revising tools and templates to support schools in need of improvement. The NCCC served the states of Nebraska, North Dakota, South Dakota, and Wyoming.

2002–2007    **Secondary Mathematics Coordinator**
             ***Virginia Beach City Public Schools, Virginia Beach, VA***
             Supervised the implementation of secondary mathematics curricula for Virginia
             Beach City Public Schools. Developed and implemented the professional
             development program for mathematics teachers and special education teachers
             assigned to mathematics courses. Collaborated to devise continuous improvement
             plans and intensive assistance plans at identified middle and high schools.
             Provided staff development for administrators. Led the textbook adoption and
             curriculum development process for secondary mathematics. Served as a teacher
             and computer specialist prior to joining district leadership in 2000.

## SELECTED PROJECT EXPERIENCE

**Mathematics Subject-Matter Expert** (2022–2023)
*Regional Educational Laboratory for the Pacific Region (REL Pacific), McREL International*
Served as a content and instructional expert on REL Pacific's project in Guam: *Math Teaching
Strategies Training*. The training included five in-person workshops for teachers and
instructional coaches as well as visits to participating schools by REL Pacific staff. Reviewed all
training materials and provided written feedback on the review form as well as comments within
the draft workshop materials.

**Technical Assistance for Implementation of Virginia House Bill 938** (2022)
*Virginia Department of Education (VDOE), Richmond, VA*
Coordinated with the VDOE and Region 5 Comprehensive Center to plan and facilitate four
virtual stakeholder meetings to gather input on implementation of H.B. 938. Served as the point
of contact for stakeholders, collected and organized input for stakeholder discussions, and
prepared a draft report for submission to the Virginia General Assembly.

**Podcast: Guaranteed and Viable Curriculum, Collaboration for Equitable Student
Outcomes** (2022)
*McREL International, Denver, CO*
Discussed guaranteed and viable curriculum, what it means, and collaboration strategies to help
teachers and school leaders clarify what all students should know, understand, and be able to do.

**Technical Assistance for Developing Math Resources** (2021)
*Mathspace, New York, NY*
Conducted an alignment review of Mathspace's high school digital math content with newly
adopted Florida state math standards. Developed professional learning resources for educators
adopting Mathspace resources.

**K–5 Community Math Night Toolkit** (2020–2021)
*REL Appalachia via U.S. Department of Education (ED)/Institute of Education Sciences (IES)
Contract #ED-IES-17-C-0004*
Co-developed a K–5 community math night toolkit designed to engage families and the broader
community in understanding the importance of math and applying evidence-based strategies for
supporting math learning. The toolkit includes a facilitator guide, K–5 activities, and supporting
materials.

**Implementation of Evidence-Based Practices to Strengthen Non-Academic Supports for Transitioning to College** (2018–2021)
*REL Appalachia via ED/IES Contract #ED-IES-17-C-0004*
Worked as a team member assisting  selected high school leaders in Kentucky to implement and monitor an evidence-based practice to improve student readiness for college and career. Coaching activities included implementation of rapid-improvement cycles involving face-to-face and virtual sessions (2019–2021). Also, provided in-person, engaging, and interactive training events to southwest Virginia school divisions, supported networking with higher education providers and non-profit agencies, and provided interested educators with follow-up coaching to support implementation of evidence-based practices in schools (2018–2019).

**Moving Toward Student-Owned, Teacher-Guided Learning** (2017–2018)
*Liberty Union High School District, Brentwood, CA*
Developed and conducted professional learning sessions for teacher leaders, school administrators, and district staff to implement selected evidence-based improvement strategies. Sessions focused on implementing formative assessment practices and included site visits to document progress.

**Efficacy Study of a Pre-Algebra Supplemental Program in Rural Mississippi Schools** (2012–2016)
*IES (Grant #84-305A2012-1)*
Conducted monthly online training sessions for participating teachers who were implementing the pre-algebra supplemental program, which was funded through a Goal 3 (Efficacy) Education Research Grant focused on Mathematics and Science. Maintained the study's website, uploading resources to help teachers implement the program with fidelity.

**Designing Effective Mathematics Instruction Using Technology** (2013–2015)
*Victorian Space and Science Education Center, Melbourne, Australia*
Developed and conducted professional development designed to increase the knowledge and skill of secondary mathematics teachers to deliver highly engaging mathematics instruction by developing their content knowledge, emphasizing instructional strategies that build students' conceptual understanding, and by providing techniques to help teachers build a positive classroom culture for learning.

**Learning to Use Formative Assessment in Mathematics with the Assessment Work Sample Method (AWSM)** (2011–2015)
*IES (Grant #84-305A2011-2)*
Served as a co-principal investigator for an IES-funded Education Research Grant focused on teacher quality in mathematics and science. Developed, piloted, and scaled up a job-embedded formative assessment professional development program designed for middle-level mathematics teachers. The program incorporated authentic student work samples in a professional learning community setting to help mathematics teachers learn about and implement formative assessment practices.

**What, Why, and How of Leadership for Implementing the Common Core State Standards (CCSS)** (2013–2014)
*Campbell County School District #1, Gillette, WY*
Provided professional development and technical assistance to district and school leaders to build their knowledge, skills, processes, and structures to implement the CCSS with fidelity.

**Conducted Professional Development: Developing Mathematical Thinking** (August 2010)
*Commonwealth of Northern Mariana Islands (CNMI) Public School System*
Conducted professional development for K–12 mathematics teachers of CNMI. The workshop, Developing Mathematical Thinking, addressed strategies for developing student reasoning and thinking by using planned strategic questioning, mathematical discourse, and reading and writing skills in mathematics. Participants extended their own content knowledge by investigating and solving rich mathematical tasks.

**Conducted Professional Development: Using Communication Skills to Increase Mathematical Understanding** (February–July 2010)
*Alexandria City Public Schools (VA)*
Conducted professional development workshops for elementary teachers focusing on using communication skills (reading, writing, listening, speaking) to increase mathematical understanding for all students. Participants investigated strategies that help students make sense of mathematics and that help teachers better understand their students' thinking. Topics included vocabulary development strategies in mathematics, incorporating writing in mathematics, incorporating technology resources, and strategies for developing positive student attitudes towards mathematics.

## SELECTED PUBLICATIONS AND CONTRIBUTIONS

Friedman, K., Kassner, L., Araoz, C., & Dempsey, K. (2021). Community Math Night facilitators' toolkit (REL 2022–120). U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Appalachia. https://ies.ed.gov/ncee/rel/regions/appalachia/pdf/REL_2022120.pdf

Beesley, A. D., Clark, T. F., Dempsey, K., & Tweed, A. (2018). Enhancing formative assessment practice and encouraging middle school mathematics engagement and persistence. *School Science and Mathematics*, 118, 4–16. doi:10.1111/ssm.12255.

Dempsey, K., Beesley, A. D., Clark, T. F., & Tweed, A. (2016). Empowering students as partners in learning. In M. Murphy, S. Redding, & J. Twyman (Eds.), *Handbook on personalized learning for states, districts, and schools* (pp. 89–97). Information Age Publishing and Center on Innovations in Learning, Temple University.

Dempsey, K., Beesley, A., Clark, T. F., & Tweed, A. (2015). Authentic student work samples support formative assessment in middle school. In C. Suurtamm & A. R. McDuffie (Eds.), *Assessment to enhance learning and teaching* (pp. 157–166). National Council of Teachers of Mathematics.

Schwols, A., & Dempsey, K. (2013). *Common Core Standards for middle school: A quick start guide.* McREL/ASCD.

Schwols, A., & Dempsey, K. (2012). *Common Core Standards for high school: A quick start guide.* McREL/ASCD.

Dempsey, K., & Kuhn, M. (2011). End the math wars. *Learning and Leading with Technology, 39*(3), 18–21.

Dempsey, K., Frazee, D., Frunzi, K., & Martindill, H. (2008). *Math in afterschool: An instructor's guide to the afterschool training toolkit.* SEDL.

Mid-continent Research for Education and Learning. (2010). *What we know about mathematics teaching and learning* (3rd ed.). Solution Tree Press.

Mid-continent Research for Education and Learning. (2008). *Edthoughts: What we know about mathematics teaching and learning.* (2nd ed.). Author.

## SELECTED PRESENTATIONS

Dempsey, K. (2019, September). *Resources for Fostering Culturally Responsive Instruction.* A presentation at the South Dakota Indian Education Summit, Pierre, SD.

Dempsey, K. & Stone, B. (2017, March). *Inside-out coaching: Helping teachers flourish.* A presentation at ASCD Empower 2017, Anaheim, CA.

Dempsey, K. (2016, July). *Using student work to improve formative assessment lessons in mathematics.* A presentation at the Southern Regional Education Board's High Schools that Work Conference, Louisville, KY.

Dempsey, K. (2014, April). *An innovative and practical approach to formative assessment using student work*. A presentation at the National Council of Supervisors of Mathematics, New Orleans, LA.

Dempsey, K. (2009, April). *Doing the right things right in mathematics – Creating enriched environments for all learners*. A presentation at the National Council of Teachers of Mathematics, Washington D.C.

Dempsey, K. (2008, September). *Using literacy strategies to increase mathematical understanding.* A presentation at the Colorado Council Teachers of Mathematics, Denver, CO.

## DOROTHY E. AGUILERA-BLACK BEAR, PH.D.

Leadership ~ Research/Evaluation ~ Professional Development
Culture-Based Education ~ Project Management

### QUALIFICATIONS/PROFILE

✓ Expertise in collaborations with school/community leaders for community-based action projects that effectively improve student outcomes.

✓ Expertise in leading collaborative projects that resulted in innovative Indigenous best practices for large and small systems of education.

✓ Success with facilitated Professional Development for Culturally Sustaining Indigenous Pedagogies/Practices to improve education outcomes.

✓ Delivered valuable insights from specific research projects, synthesis of insights, syndicated studies, and system-wide studies.

✓ Proven track record of success in acquiring funding, managing and completing projects and delivering results on time and on target.

✓ Equipped with research and teaching appointments with various organizations and faculties, including awarded grants.

✓ Author and editor of scholarly books, published research papers, national, international conferences and journals.

## EDUCATION

Ph.D.   Educational Foundation, Policy & Practice with emphasis in Anthropology& Sociology, University of Colorado, School of EducationBoulder, CO, December 2003

M.A    Multicultural and Bilingual Foundations in Education, University of Colorado, School of Education, Boulder, CO, May 1995

B.A.    Communications minor in Ethnic Studies, *Magna cum Laude*, University of Colorado, Department of Ethnic Studies, Boulder, CO, December 1991

## PROFESSIONAL EXPERIENCE

**Research/Consultant/Project Management** (2021–present)
*International Consultants, LLC*

- Indigenous research/evaluation, culturally sustaining Indigenous pedagogies and practices, community-based collaboration, project management, curriculum development, holistic Indigenous child-centered education, leadership, grant writing, professional development, and coaching

- Collaborations with the Region 11 Comprehensive Center (R11CC) – Bright Spots Project; Portland State University (PSU) Indigenous First Steps Project; Hahanna Consulting; Red Cloud Schools; AmeriCorps; Our Lady of Lourdes; Oceti Wakan Life Skills for the Young Lakota Wellness Project (2020-23)

**Accountability Specialist/Project Manager** (2017–present)
*South Dakota Department of Education, Pierre, SD*
- Accountability project manager, accountability systems, evaluation projects – Native American Achievement Pilot School Redesign Project, Teacher Pipeline Project in Tribal Nation communities in South Dakota; and the Educator Preparation Program Effectiveness Project

**Deputy Director** (2016–2017)
*Wisdom of the Elders, Inc., Portland, OR*
- Accountable for development, implementation, leadership, and management in financial and leadership succession; community development; culturally sustaining Indigenous pedagogies and practices; Indigenizing workforce development programming; program evaluation; grant writing for multiple foundation grants (approximately $375,000)

**Vice President, Office of Research and Sponsored Programs** (2013–2015)
*American Indian College Fund, Denver, CO*
- Oversaw 20-plus research and sponsored programs and projects with approximately $15M budget; program development; Indigenous research design and methods professional development and trainings; strategic planning with leadership team; reports and budget management
- Developed cornerstone programming informed by best practices research with higher education systems targeting student success
- Built partnerships with funding foundations for programing and research projects

**Director, Office of Institutional Research** (2011–2013)
*Northwest Indian College, Bellingham, WA*
- Supported institution's research and reports and led ATD DataTeam; led Indigenous community action research projects; created student success reports-longitudinal data

**TEACHING EXPERIENCE**

**Assistant Professor** (2011)
*School of Education and Leadership, Argosy University, Denver, CO*
- Courses: R7040 Advanced Qualitative Analysis; IO6535 Research Methods; Dissertation Course; Blended Courses
- Chairman for Educational Leadership Summit; Dissertation Committee for Business Students

**Assistant Professor (Temporary/Contract Position)** (2009–2010)
*College of Education, Department of Educational Management, New Mexico State University*
- Funded for approximately $5,000 with a Faculty Research Grant
- Courses: EMD 350, Introduction to Educational Leadership in a Global Society; EMD 566, Internship I in Higher Education Administration; EMD 567, Internship II in Higher Education Administration; EMD 700, MO1, Doctoral Dissertation; EMD 700, M70, Doctoral Dissertation; Pedagogy of Participatory Action Research (PAR) Course
- Affiliations: College of Education Faculty Research Committee; College of Education Dean's Research Committee; Grant Writing Team for Youth PAR Proposal with

Las Cruces Public School District; Educational Leadership Professional Development Grant Proposal.

**Assistant Professor** (2006–2009)
*Graduate School of Education, Educational Leadership, Lewis and Clark College, Portland, OR*
- Courses: EDLL 741, Action Research: Qualitative and Quantitative Methods; EDLL 728, Dissertation Proposal Development Seminar I; EDLL 729, Dissertation Proposal Seminar II

**Faculty Instructor** (2004–2005)
*Department of Ethnic Studies, Denver, CO*
- Course: Ethnic Diversity in American Literature

**Substitute Teacher** (2001–2006)
*Boulder Valley Schools and Denver Public Schools*
- Substitute Teacher certificate, Colorado Department of Education; PLACE Exam completed in 2006 for Elementary Endorsement
- PreK–12 schools, taught primarily in English as a Second Language (ESL) classrooms with culturally and linguistically diverse students and special needs student populations

**Graduate Teaching Assistant** (1996–1997)
*Department of Continuing Education, University of Colorado, Boulder, CO*
- Courses: Introduction to Chicano Studies, History of the Southwest, Chicano Theater, Mythology of the Southwest, Statistics Lab for Undergraduates and Graduate Students: Research Design and Field Research

**RESEARCH AND EVALUATION EXPERIENCE**

**Principal Investigator**
*The Wisdom of the Elders, Inc., Portland, OR*
- Investigated student outcome impacts in a culturally responsive STEAM field environmental science camp using mixed methods, community-based action research, and survey research.

**Principal Investigator for Multiple Projects**
*American Indian College Fund, Denver, CO*
- Provided mixed methods, case study, Indigenous research methodology, survey research, community- based action research with multiple projects and reports for sponsored programs.
- Utilized best practice analytic tool and internal research tool to examine sponsored program data.
- Conducted a student impact study, created and administered surveys, and prepared an internal summary report.
- Prepared a feasibility study examining access point programming at Tribal colleges and universities (TCUs). Created and administered a survey and prepared an internal report.
- Conducted a TCU Environmental Sustainability Study examining student internship program models, current and proposed programs and community identified environmental and sustainability issues and needs, including public report.

- TCU study on institutional priorities, which included creating and administering surveys and preparing an internal report.

**Lead Evaluator/Researcher**
*Northwest Indian College, Bellingham, WA*
- Sacred Little Ones Early Childhood Education Project (2013)
- Coast Salish and Plateau Tribes Cultural Preservation Project (2011–2013)
- Longitudinal Student Success Story
- Achieving the Dream, Rethinking Math, NSF Native American Environmental Resource Project, Data Warehouse Management

**Lead Evaluator** (2010–2012)
*Native Wellness Institute, Portland, OR*
- Worked with the Native Wellness Institute, providing professional development for bullying, healthy relationships, wellness, and leadership curricular programs with Bureau of Indian Education (BIE) clients and staff nationwide including behavioral health fields of study.
- All Native training project, curriculum development, and implementation project with five Tribal communities nationwide.

**Principal Investigator – Leadership for Equity** (2008–2010)
*Independent Consultant, Portland, OR*
- Examining youth PAR in Oregon high schools, funded by the Oregon Department of Education, three studies of high schools in three districts; one study was conducted in a high school that is structured as a smaller learning community and Education and Behavioral Health fields of study.

**Principal Investigator** (2008–2009)
- Oregon Leadership Network Project on PAR School Research in Oregon Schools; funded by the Wallace Foundation and the Oregon Department of Education

**Principal Investigator – Indigenous Leadership: Native Perspectives about Leadership, International Research Project** (2008–2009)
- Funded for $5,000 to explore Native perspectives about educational leadership

**Principal Investigator: Oregon Professors of Educational Administration (ORPEA) Research Team** (2007–2009)
- Oregon Leadership Network Projects exploring educational leadership in Oregon and the licensing programs, funded by the Wallace Foundation and Oregon Department of Education

**Peer Review Panel Leader** (2008)
**U.S. Department of Education, Washington DC**
- Led the 21st Century Community Learning Centers (21stCCLC) Grant proposal reviews

**Peer Review Panel Facilitator** (2007–2008)
- Case study, funded by Lewis & Clark Graduate School for $3,000, to explore educational leadership in Indigenous immersion schools, particularly with a Hawaiian medium education system and smaller learning communities.

**Principal Investigator: TRENS (Teaching Risk-Reduction Education for Native School Age Youth** (2006–2007)
- Longitudinal evaluation funded by the Lewis & Clark Graduate School and the Oregon Department of Education.
- Training and development support for Native graduate research assistants in school counseling and teacher education.

**Principal Investigator** (2006–2007)
- Native charter school research and case study of Beacon High School, funded by the Lewis & Clark Graduate School; as well as training and development support for a Native graduate research assistant.

**Lead Researcher** (2003–2005)
- Involved with the case study research project examining language immersion models in four Indigenous communities for publication.
- Co-editor for special issue concerning culturally responsive practices in schools serving American Indian and Alaska Native Students.

**Consultant/Evaluator, McNair Postbaccalaureate Achievement** (2004)
*University of Colorado-Boulder, Boulder, CO*
- Conducted an evaluation of the Ronald McNair Postbaccalaureate Achievement program.

**Graduate Research Assistant** (2003–2005)
**National Center for Culturally Responsive Educational Systems, University of Colorado-Denver | Denver, CO**
- Literature reviews, research team member, identified research topics and potential journals for publication.

**Visiting Scholar/Consultant** (2002, 6 weeks)
*Mid-Continent Regional Education Laboratory (McREL), Aurora, CO*
- Review of literature for effective practices in schools serving American Indian and Alaska Native student populations.

**Consultant/Evaluator** (2001)
*Southern Ute and Ignacio Public School District, Ignacio, CO*
- Examined students who did not complete their education to facilitate greater achievement in the future.

**Consultant/Evaluator/Auditor** (2001)
*Kentucky Department of Education, Lexington, KY*
- Conducted an evaluation of Kentucky's Migrant Education Program.

**Consultant/Evaluator** (2000–2001)

*McREL (Aurora, CO); Southwest Education Development Laboratory (SEDL; Austin, TX); and WestEd (San Franciso, CA)*
- Served as a consultant/evaluator for Comprehensive School Reform Demonstration (CSRD) study; authored multiple reports focused on Native American communities.

**Consultant/Evaluator** (2000)

*Pierre Indian Learning Center, Pierre, SD*
- Provided consultant/evaluator services for an academic program being conducted by the Pierre Indian Learning Center.

## PRACTITIONER/PAR, WORKSHOPS, MATERIALS, AND REPORTS EXPERIENCE

**Research Associate** (1999)

*Omaha Nation, Nebraska*
- Traveled with 150 students, administrators, families, as well as Public Broadcasting System (PBS) documentary film producers/directors for the school's historical re-enactment of the Tribe's Last Successful Buffalo Hunt in 1876.

## SELECTED PUBLICATIONS

LeCompte, M. D., & Aguilera-Black Bear, D. E. (2017). Revisiting reliability and validity in higher education research and program evaluation. In C. S. Secolsky (Ed.), *Handbook of measurement, evaluation and assessment in higher education* (2nd ed.). Jossey-Bass Publishers.

Aguilera-Black Bear, D. E. & Tippeconnic III, J. (2015). *Voices of resistance and renewal: Indigenous leadership in education.* University of Oklahoma Press.

Aguilera-Black Bear, D. E. (2013). *Examining environmental sustainability issues and programming models with Tribal colleges and universities* [Research findings report]. American Indian College Fund.

LeCompte, M. D., & Aguilera-Black Bear, D. E. (2012). Revisiting reliability and validity in higher education research and program evaluation. In C. S. Secolsky (Ed.), *Handbook of measurement, evaluation and assessment in higher education.* Jossey-Bass Publishers.

Aguilera-Black Bear, D. E. (2011). Expanding notions of culturally responsive education with urban Native youth: Culturally relevant pedagogy for equity and social justice. In L. Scherr & K. Spector (Eds.), *Culture, relevance, and schooling: Exploring uncommon ground.* Rowman and Littlefield.

Aguilera-Black Bear, D. E., & Bogard, T. (2010). *All Native training evaluation report.* Report to NWI and the Administration of Native Americans, Washington, DC.

Aguilera-Black Bear, D. E., Figueira, A., Gelman, C., & Ryan-Fear, A. (2010). *Participatory action research as pedagogy for equity and social justice in education: Intersections of youth voice, reflection, action at Lake High School* [Research report]. Oregon Department of Education.

Aguilera, D. E. (2009). *Participatory action research as pedagogy for equity and social justice in education: Intersections of youth voice, reflection, action at Prestige High School* [Research report]. Oregon Department of Education.

Aguilera, D. E. (2009). [Review of the book *American Indian higher educational experiences: Cultural visions and personal journeys,* by T. Huffman]. *Anthropology & Education Quarterly, 40*(3), 319–320. https://doi.org/10.1111/j.1548-1492.2009.01048.x

Aguilera, D. E., Ryan, A., & Figueira, A. (2009). *Participatory action research as pedagogy for equity and social justice in education: Intersections of youth voice, reflection, action at River Valley High School* [Research report]. Oregon Department of Education.

Carr, C. S., Aguilera, D., Shelton, M., Flad, B., Howser, M., & Cathers, S. (2009). *The landscape of leader preparation, evaluation and development in Oregon's schools* [Research study in 5 parts prepared for the Oregon Department of Education]. Oregon Leadership Network Project.

Carr, C., Shelton, M. McCullum, P., Weitzel, B., Aguilera, D., & Plinski, C. (2009). *The measure of student proficiency and cultural competence in Oregon Leadership Preparation Programs* [Research study prepared for the Oregon Department of Education]. Oregon Leadership Network Project.

Aguilera, D. E. (2008). *Academic success and cultural resiliency: Language immersion education among Indigenous communities* [Special issue]. *II Congreso Internacional Etnografia.* https://ddd.uab.cat/pub/emigrawp/emigrawp_a2007n48/emigrawp_a2007n48p1.pdf

Aguilera, D. E. & LeCompte, M. D. (2008). Restore my language and treat me justly: Indigenous students' rights to their tribal languages. In J. C. Scott, D. Y. Straker, and L. Katz (Eds.), *Affirming students' right to their own language: Bridging educational policies to language/language arts teaching practices* (pp. 130–172). Routledge and Taylor & France Group.

Aguilera, D. E., Tenorio, M., Bogard, T., & Iyall, D. (2008). *TRENS Longitudinal Study and Report*. Native Wellness Institute and Oregon Department of Education.

Aguilera, D. E. & LeCompte, M. D., (2007). Resiliency in Native languages: The tale of three Indigenous communities' experiences with language immersion. *Journal of American Indian Education, 46*(3), 11–36.

Aguilera, D. E., Lipka, J., Demmert, W. & Tippeconnic, J. III. (Eds.). (2007). Culturally responsive schools serving American Indian, Alaska Native and Native Hawaiian students [Special issue]. *Journal of American Indian Education 46*(3), 4–10.

Aguilera, D. E. (2004). *McNair Postbaccalaureate Achievement Program evaluation report for 1999-2003*. University of Colorado-Boulder, U.S. Department of Education.

Aguilera, D. E. (2003). *Who defines success: An analysis of competing models of education for American Indian and Alaskan Native students* (Publication No. 3113057) [Doctoral dissertation, University of Colorado-Boulder]. ProQuest Dissertations Publishing.

Aguilera, D. E. (2001). *Comprehensive examination of non-completion of education report: Building on commitment and collaboration to facilitate greater achievement* [Evaluation report on the state of public education for Southern Ute students]. Southern Public Education Office and the Ignacio Public School District.

Aguilera, D. E. (2001). *CSRD implementation in Native American sites: Cross-site lessons learned*. WestED and U.S. Department of Education Office of Educational Research and Improvement. http://www.WestEd.org/csrd/report.pdf

Aguilera, D. E. (2001). *Evaluation, technical support, and professional development progress report* [Report on an academic program]. Pierre Indian Learning Center.

Aguilera, D. E., Roberson, M., Gomez, A., & Tille, E. (2001). *Kentucky Migrant Education Program evaluation* [Evaluation report of the Migrant Education Program's quality control system]. Kentucky Department of Education.

Aguilera, D. E. (2000). *Examining comprehensive school reform in schools serving Native American communities: Case study report*. McREL and U.S. Department of Education Office of Educational Research and Improvement. https://web.archive.org/web/20060301185124/http://www.mcrel.org:80/PDF/SchoolImprovementReform/5002IR_ExaminingCSR.pdf

Aguilera, D. E. (2000). *Examining comprehensive school reform in schools serving Native American communities: Plan and progress report*. Southwest Education Development Laboratory (SEDL) and U.S. Department of Education Office of Educational Research and Improvement.

**PRESENTATION EXPERIENCE**

Aguilera-Black Bear, D. E. (2017). *South Dakota data driven decision making roadshow* [Presentation]. Vermillion, Rapid City, Pierre, SD.

Aguilera-Black Bear, D. E. (2017). *Title I data analysis findings; Special schools data findings; statewide data analysis findings; Focus & priority schools data analysis findings; English learner student proficiency data analysis findings* [Presentations]. Internal Data Discussions at DOE, Accountability and Assessment Teams, Leadership Teams.

Aguilera-Black Bear, D. E. (2017). *Building capacity for research with Tribal colleges and universities (TCUs)* [Presentation]. National Indian Education Association Annual Convention, Billings, MT.

Aguilera-Black Bear, D. E. (2014). *Genetic research pertaining to Native peoples* [Panel member]. National Congress of American Indians, Washington, DC.

Aguilera-Black Bear, D. E. (2014). *Historical perspectives of Woksape capacity building project with TCUs*. American Indian Higher Education Consortium Research Conference, Albuquerque, NM.

Aguilera-Black Bear, D. E. (2011, April). *Critical research perspectives on the gaps between education policy in schools serving Native students and the self-determination goals of Tribal nation communities*. Society for Applied Anthropology Conference, Seattle, WA.

Aguilera-Black Bear, D. E. (2010, April 30–May 4). *Indigenous peoples of the Americas* [Panel chairman]. American Educational Research Association, Denver, CO.

Aguilera, D. E. (2009, December 2). *Workshop for educational leaders in Oregon schools, youth PAR for equity and social justice in high schools* [Chairman]. Oregon Leadership Network, Portland, OR.

Aguilera, D. E. (2009, December 2–6). *What counts as knowledge? Conflicting ends of schooling* [Panel chairman and discussant]. Council of Anthropology and Education, American Anthropological Association, Philadelphia, PA.

Aguilera, D. E. (2009, December 2–6). *Research in the era of self-determination and revitalization: Who writes the story? schooling* [Panel chairman and discussant]. Council of Anthropology and Education, American Anthropological Association, Philadelphia, PA.

Aguilera, D. E. (2009, December 2). *Workshop for educational leaders in Oregon schools, youth PAR for equity and social justice in high schools.* Oregon Leadership Network, Portland, OR.

Aguilera, D. E. (2009, October 23–26). *Indigenous leadership forum: Conversations about Indigenous leadership and educational leadership programs in higher education* [Facilitator]. National Indian Education Convention, Milwaukee, WI.

Aguilera, D. E. (2008, November 19–23). *Beating to the urban drum: Participatory action research with Native youth* [Paper presentation]. American Anthropological Association Conference, San Francisco, CA.

Aguilera, D. E. (2008, October 23–25). *Critical perspectives and pedagogies on educational leadership programs serving Indigenous communities* [Paper presentation]. National Indian Education Convention, Seattle, WA.

Aguilera, D. E. (2008, March 25–26). *Restoring and preserving Indigenous languages: Three Indigenous communities' successes with language immersion models* [Presentation]. American Educational Research Association Conference, New York City, NY.

Aguilera, D. E. (2007, November 15–17). *Restore my language and treat me justly: Indigenous students' rights to their Tribal languages* [Presentation]. National Conference for Teacher Education, New York City, NY.

Aguilera, D. E. (2007, October 24–29). *Academically sound, culturally resilient: Native students' educational success through Native Hawaiian, Alaska Native, and American Indian immersion education* [Presentation]. National Indian Education Convention, Honolulu, HI.

Aguilera, D. E. (2007, September 5–9). *Resiliency in Indigenous languages: Three Indigenous communities' successes with language immersion models* [Presentation]. II International Conference on Ethnography and Education, Barcelona, Spain.

Aguilera, D. E. (2007, April 10). *Who defines success? An analysis of competing models of education for American Indian and Alaska Native students* [Paper presentation]. American Educational Research Association, Chicago, IL.

Aguilera, D. E. (2007, February 1). *Who defines success? Examining competing models of education in schools serving Indigenous students* [Presentation]. Multicultural Symposium, I, Too, Sing for America, Lewis & Clark College, Portland, OR.

Aguilera, D. E. (2006, November 15–18). *Defining success: A comparison of case studies of school reform in 14 school communities serving Native American students* [Presentation]. American Anthropological Association Conference, San Jose, CA.

LeCompte, M. D., & Aguilera, D. E. (2006, November 15–18). *My story: Identify formation of a multi-ethnic doctorate student* [Panel discussion]. Whatever It Takes: Discussion on Mentoring Non-Traditional and Minority PhD Students, American Anthropological Association Conference, San Jose, CA.

Aguilera, D. E. (2006, April 28). *Resiliency in Native languages: A comparison of Indigenous communities' successes with language revitalization and preservation* [Presentation]. Indigenous Issues and Voices in Educational Research & Assessment Conference, Arizona State University-Tempe, Phoenix, AZ.

Aguilera, D. E. (2003). *Who defines success: Analysis of competing models of education in schools serving American Indian and Alaskan Native students* [Research presentation]. National Indian Education Association Convention, Greensboro, NC.

## JOURNAL & SERVICE EDITOR EXPERIENCES

- **Co-Editor** for a Special Issue on *Culturally Responsive Education for American Indian, Alaska Native, and Native Hawaiian Students*. Sponsored by National Center for Culturally Responsive Educational Systems (NCCRESt), Journal of American Indian Education (JAIE), and NIEA, 2003–2007.
- **Listserv Editor and Manager, Council on Anthropology and Education** (a section of the American Anthropological Association), 2008.

## SCHOLARLY ACTIVITY AND SERVICE EXPERIENCE

- Dissertation Committee Chairman, 2008–2012 (five individuals, two at doctorate level)
- Dissertation Committee Member, 2010–2012 & 2024 (four individuals)
- Tribal Voices, New Mexico State University, 2009–2010
- College of Education Dean's Research Project and College Council Sub-Committee on Research, New Mexico State University, 2009–2010
- Reviewer, Corwin Press, 2009
- Steering Committee Member, Early College Academy, NAYA (Native American Youth Association and Family Center), 2008–2009
- Editorial Review Board, *Ethnicity and Race in a Changing World: A Review Journal*, 2008–2009
- Reviewer, Alta Mira & Rowman and Littlefield Publishing Companies; *Ethnographer's Toolkit (2nd Ed.)*, Margaret D. LeCompte and Jean Schensul, 2007
- Reviewer, Council of Anthropology of Education and American Anthropology Association, 2007
- Reviewer, *Journal of American Indian Education*, 2007
- Reviewer, *Multicultural Perspectives in Education Journal*, 2007
- Diversity Council, President's Task Force, Lewis & Clark College, 2007

- Panel Co-Chair, *Native Education: From a Formal Policy of Assimilation to Self-Determination*, at the Multicultural Symposium, I, Too, Sing for America, Lewis & Clark College, 2007
- Strategic Planning Committee Member, Early College Academy, NAYA, 2006–2007
- Curriculum Development Committee Member, Early College Academy, NAYA, 2006–2007
- Reviewer, Sage Publications, 2006
- Reviewer, *AERA Educational Research Journal*, 2003–2004
- Grant Writer/Consultant, Native Peoples Program, International Habitat for Humanity, Denver, CO, Grassroots Community Programs Utilizing Service-Learning Design in K-12 Schools

## PROFESSIONAL ASSOCIATIONS

- Core planning member, REL Central American Indian Regional Education Alliance, 2018–present
- SDDOE member, Council of Chief State School Officers (CCSSO), 2017–present
- Professional member, National Indian Education Association, 1997–present
- Graduate student, associate, and professional member, American Education Research Association (AERA), 1996–present
- Associate member, American Anthropological Association, Council on Anthropology and Education, 1996–present
- Special Interest Group (SIG) Board member, AERA, 2009–2010
- Member, Oregon Leadership Network, Oregon Department of Education, 2006-2010
- Member, Oregon Professors of Educational Administration, 2007–2009
- Board of Directors, Institute for Culture and Ecology (IFCAE), 2006–2009

# MICHELLE ASKELAND
Communications Specialist
McREL International
4601 DTC Boulevard, Suite 500 | Denver, CO 80237
303-359-8020 | maskeland@mcrel.org

## EDUCATION

B.A.    Technical Journalism, Colorado State University, Fort Collins, CO, 2008

## SPECIFIC AREAS OF EXPERTISE

♦ Writing, editing, and proofreading
♦ APA and AP Style
♦ Social media and website management
♦ Microsoft Office, Adobe, InDesign, and WordPress

## PROFESSIONAL EXPERIENCE

2022–present    **Communications Specialist**
*McREL International, Denver, CO*
Writes, edits, and proofreads McREL publications to ensure they are of
high quality, delivered on time, and written in a way that engages and informs
educators, policymakers, and other readers or stakeholders. Also serves in a
project management capacity for certain communications projects.

2014–2022    **Editor**
*Colorado Real Estate Journal, Denver, CO*
Editor for five publications: *Property Management Quarterly*, *Office & Industrial
Quarterly*, *Health Care & Life Sciences Quarterly*, *Multifamily Properties
Quarterly,* and *Retail Properties Quarterly*. Curated, tracked, and managed
content for all five publications. Researched and wrote feature articles and
editorials.

2011–2014    **Managing Editor**
*RadioResource Media Group, Centennial, CO*
Managed content for domestic and international magazines. Tracked all editorials
and completed first edits of editorial content. Wrote news, online and magazine
features, columns, and headlines. Worked with graphic artists for magazine
design.

2008–2011    **Web Editor and Associate Print Editor**
*RadioResource Media Group, Centennial, CO*
Created and sent weekly and monthly e-newsletters. Edited and posted daily news
and all other content on website. Wrote product briefs and edited articles for
magazine. Created and managed social media accounts.

## SELECTED PROJECT EXPERIENCE

**Region 11 Comprehensive Center (R11CC)** (September 2022–present)
*U.S. Department of Education*
As communications lead, manages communications projects for the center, including state one-pagers, brochures, infographics, newsletters, blog posts, and impact stories. Provides support with document and presentation editing as well as assistance with the R11CC's quality assurance processes. Serves as a member of the National Comprehensive Center's Communication and Dissemination Working Group.

**Changing Schools** (September 2022–present)
*McREL International*
Project lead for McREL's monthly newsletter, which features a message from the CEO, McREL/CC/REL-produced resources, a roundup of pertinent research from the community, upcoming grants, and other information. Duties include collecting the information, writing the draft, editing, then uploading and testing, before scheduling to mail to more than 8,500 people.

## SELECTED PUBLICATIONS

McREL International. (2024, January 17). *Creating a blueprint for enhancing school supports in North Dakota*. Author. https://www.mcrel.org/blueprint-for-school-improvement-north-dakota/

Region 11 Comprehensive Center (R11CC). (2024, January 12). *Voices from the region: An interview with Barney Lacock*. McREL International and the U.S. Department of Education. https://region11cc.org/voices-from-the-region-an-interview-with-barney-lacock/

Region 11 Comprehensive Center (R11CC). (2023, April 24). *Impact story: Improving school attendance in a rural North Dakota community*. McREL International and the U.S. Department of Education. https://region11cc.org/impact-story-improving-school-attendance-in-a-rural-north-dakota-community/

Region 11 Comprehensive Center (R11CC). (2023, April 24). *Impact story: Relighting the fires for standards implementation in South Dakota*. McREL International and the U.S. Department of Education. https://region11cc.org/impact-story-relighting-the-fires-for-standards-implementation-in-south-dakota/

# Appendix B: Indirect Cost Rate (ICR) Agreement

INDIRECT COST RATE AGREEMENT
NONPROFIT ORGANIZATION

**Organization:**

McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237

**Date:** May 15, 2024

**Agreement No:** 2023-105

**Filing Reference:** This replaces previous
Agreement No. 2022-116
Dated: 4/28/2023

The approved indirect cost rates herein are for use on grants, contracts, and other agreements with the
Federal Government. The rates are subject to the conditions included in Section II of this Agreement and
regulations issued by the Office of Management and Budget (OMB) Uniform Administrative
Requirements, Cost Principles, and Audit Requirements for Federal Awards under 2 CFR 200.

**Section I - Rates and Bases**

| Type | From | To | Rate | Base | Applicable To |
|------|------|-----|------|------|---------------|
| Final | 12/1/2021 | 11/30/2022 | 28.7% | MTDC | Unrestricted |
| Final | 12/1/2021 | 11/30/2022 | 16.8% | MTDC | Restricted |
| Provisional | 12/1/2022 | 11/30/2023 | 29.4% | MTDC | Unrestricted |
| Provisional | 12/1/2022 | 11/30/2023 | 19.7% | MTDC | Restricted |
| Provisional | 12/1/2023 | 11/30/2024 | 28.7% | MTDC | Unrestricted |
| Provisional | 12/1/2023 | 11/30/2024 | 16.8% | MTDC | Restricted |

Distribution Base:

MTDC        Modified Total Direct Cost - Total direct costs excluding equipment, capital expenditures,
            participant support costs, pass-through funds and the portion of each subaward
            (subcontract or subgrant) above $25,000 (each award; each year).

Applicable To:

Unrestricted       Unrestricted rates apply to programs that do not require a restricted rate per 34 CFR 75.563
                   and 34 CFR 76.563.

Restricted         Restricted rates apply to programs that require a restricted rate per 34 CFR 75.563 and
                   34 CFR 76.563.

Treatment of Fringe Benefits:
Fringe benefits applicable to salaries and wages are treated appropriately as direct or indirect costs.
Vacation, holiday, sick leave, and other paid absences are included in salaries claimed on awards.
Separate claims for paid absences are not made.

Capitalization Policy: Items of equipment are capitalized and depreciated if the initial acquisition cost is
equal to or greater than $5,000.

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

**Section II – Particulars**

Limitations: Application of the rates contained in this Agreement is subject to all statutory or administrative limitations on the use of funds, and payments of costs hereunder are subject to the availability of appropriations applicable to a given grant or contract. Acceptance of the rates agreed to herein is predicated on the following conditions: (A) that no costs other than those incurred by the Organization were included in the indirect cost pools as finally accepted, and that such costs are legal obligations of the Organization and allowable under the governing cost principles; (B) the same costs that have been treated as indirect costs are not claimed as direct costs; (C) that similar types of information which are provided by the Organization, and which were used as a basis for acceptance of rates agreed to herein, are not subsequently found to be materially incomplete or inaccurate; and (D) that similar types of costs have been accorded consistent accounting treatment.

Accounting Changes: The rates contained in this agreement are based on the organizational structure and the accounting systems in effect at the time the proposal was submitted. Changes in organizational structure or changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rates in this agreement, require the prior approval of the responsible negotiation agency. Failure to obtain such approval may result in subsequent audit disallowance.

Provisional/Final/Predetermined Rates: A proposal to establish a final rate must be submitted. The awarding office should be notified if the final rate is different from the provisional rate so that appropriate adjustments to billings and charges may be made. Predetermined rates are not subject to adjustment.

Fixed Rate: The negotiated fixed rate is based on an estimate of the costs that will be incurred during the period to which the rate applies. When the actual costs for such period have been determined, an adjustment will be made to a subsequent rate calculation to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

Notification to Other Federal Agencies: Copies of this document may be provided to other Federal agencies as a means of notifying them of the agreement contained herein.

Audit: All costs (direct and indirect, federal and non-federal) are subject to audit. Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based may be compensated for in a subsequent negotiation.

Reimbursement Ceilings/Limitations on Rates: Awards that include ceiling provisions and statutory/ regulatory requirements on indirect cost rates or reimbursement amounts are subject to the stipulations in the grant or contract agreements. If a ceiling is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

ORGANIZATION: McREL International                                      Page 2

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

**Section III - Special Remarks**

Alternative Reimbursement Methods: If any federal programs are reimbursing indirect costs by a methodology other than the approved rates in this agreement, such costs should be credited to the programs and the approved rates should be used to identify the maximum amount of indirect costs allocable.

Submission of Proposals: New indirect cost proposals are necessary to obtain approved indirect cost rates for future fiscal years. **The next indirect cost rate proposal is due six months prior to expiration dates of the rates in this agreement.**

**Section IV – Approvals**

For the Organization:                          For the Federal Government:

McREL International                             U.S. Department of Education
4601 DTC Boulevard, Suite 500                   OFO / OAGRM / ICD
Denver, CO 80237                                400 Maryland Avenue, SW
                                                Washington, DC 20202-4500

*Susan Desch*                                   *Andre Hylton*
_____                         _____
Signature                                       Signature

Susan Desch                                     Andre Hylton
_____                         _____
Name                                            Name

Chief Financial Officer                         Director, Indirect Cost Division
_____                         _____
Title                                           Title

May 15, 2024                                    May 15, 2024
_____                         _____
Date                                            Date

                                                Negotiator: Lucia Van Gieson
                                                Telephone Number: (202) 987-0990

ORGANIZATION: McREL International                                    Page 3

## Appendix C: References

Active Implementation Review Network (AIRN). (2019). *Implementation stages*. Author. https://www.activeimplementation.org/frameworks/implementation-stages/

Adams, A. E., Nnawulezi, N. A., & Vandenburg, L. (2015). Expectations to change (E2C): A participatory method for facilitating stakeholder engagement with evaluation findings. *American Journal of Evaluation*, *36(2)*, 243–255. https://doi.org/10.1177/ 1098214014553787

Adams, D. W. (1995). *Education for extinction: American Indians and the boarding school experience, 1875–1928*. University Press of Kansas.

Ahmedi, V. (2019). Teachers' attitudes and practices towards formative assessment in primary schools. *Journal of Social Studies Education Research*, *10*(3), 161–175. https://jsser.org/ index.php/jsser/article/view/1233%A0

Allensworth, E., Ponisciak, S., & Mazzeo, C. (2009). *The schools teachers leave: Teacher mobility in Chicago Public Schools*. University of Chicago Consortium on Chicago School Research. https://consortium.uchicago.edu/publications/schools-teachers-leave-teacher-mobility-chicago-public-schools

Alonzo, D., Davison, C., & Salhberg, P. (2023). Assessment for equity: The role of formative assessment. In C. Harrison, C. Leung, & D. Pepper (Eds.), *Educational Assessment: The Influence of Paul Black on Research, Pedagogy and Practice* (pp. 143–162). Bloomsbury Academic.

Alyahyan, E., & Düştegör, D. (2020). Predicting academic success in higher education: literature review and best practices. *International Journal of Educational Technology in Higher Education*, *17*(3), 1–21. https://doi.org/10.1186/s41239-020-0177-7

American Evaluation Association (AEA) (2018). *Guiding principles for evaluators*. Author.

   https://www.eval.org/p/cm/ld/fid=51

American Psychological Association (APA). (2014). *Substance abuse/addiction in Native*

   *American youth.* Author. https://www.apa.org/pi/oema/resources/ethnicity-health/native-

   american/substance-use

Anderson, K. (2023). *Evidence-based mathematics practices rubric*. Author.

   https://www.thescienceofmath.com/s/Textbook-Effective-Math-Instruction-Scoring-

   Rubric.pdf

Azzam, T., Evergreen, S., Germuth, A. A., & Kistler, S. J. (2013). Data visualization and

   evaluation. *New Directions for Evaluation*, *2013*(139), 7–32. https://doi.org/10.1002/

   ev.20065

Barana, A., & Marchisio Conte, M. (2023). Promoting socioeconomic equity through automatic

   formative assessment. *Journal on Mathematics Education*, *15*(1), 227–252.

   https://files.eric.ed.gov/fulltext/EJ1413543.pdf

Barnett, J. H. (2024). *Unleashing teacher leadership: A toolkit for ensuring effective instruction*

   *in every classroom.* ASCD.

Bautista, T. G., Roman, G., Khan, M., Lee, M., Sahbaz, S., Duthely, L. M., Knippenberg, A.,

   Macias-Burgos, M. A., Davidson, A., Scaramutti, C., Gabrilove, J., Pusek, S., Mehta, D., &

   Bredella, M. A. (2023). What is well-being? A scoping review of the conceptual and

   operational definitions of occupational well-being. *Journal of Clinical and Translational*

   *Science*, *7*(227), 1–12. https://doi.org/10.1017/cts.2023.648

Black, P., & Wiliam, D. (2009). Developing the theory of formative assessment. *Educational Assessment, Evaluation, and Accountability*, *21*(1), 5–31. https://doi.org/10.1007/s11092-008-9068-5

Blake, S. (2024, January 9). America has a school attendance crisis. *Newsweek*. https://www.newsweek.com/absentee-student-problem-pandemic-america-falling-behind-1859222

Blase, K. A., Fixsen, D. L., & Van Dyke, M. (2018). *Developing usable innovations.* Active Implementation Research Network (AIRN). www.activeimplementation.org/resources

Blase, K., Van Dyke, M., & Fixsen, D. (2013). *Stages of implementation analysis: Where are we?* National Implementation Research Network (NIRN), University of North Carolina at Chapel Hill. https://www.iirp.edu/images/conf_downloads/WxsLfD_NIRN-StagesOf ImplementationAnalysisWhereAreWe.pdf

Boyd, D., Grossman, P., Ing, M., Lankford, H., Loeb, S., & Wyckoff, J. (2011). The influence of school administrators on teacher retention decisions. *American Educational Research Journal*, *48*(2), 303–333. https://doi.org/10.3102/0002831210380788

Bryk, A. S. (2016, March 17). Fidelity of implementation: Is it the right concept? [Blog post]. Carnegie Foundation for the Advancement of Teaching. https://www.carnegiefoundation.org/ blog/fidelity-of-implementation-is-it-the-right-concept/

Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. G. (2015). *Learning to improve: How America's schools can get better at getting better*. Harvard Education Press.

Bussey, L. H., Welch, J. C., & Mohammed, M. B. (2014) Effective consultants: a conceptual framework for helping school systems achieve systemic reform. *School Leadership & Management, 34*(2), 156–178. https://doi.org/10.1080/13632434.2013.849684

Capacity Building Center for States. (2018). *Change and implementation in practice: Readiness brief.* Children's Bureau, Administration for Children and Families, U.S. Department of Health and Human Services. https://capacity.childwelfare.gov/states/focus-areas/cqi/change-implementation/readiness/

Carver-Thomas, D., & Darling-Hammond, L. (2017). *Teacher turnover: Why it matters and what we can do about it.* Learning Policy Institute. https://learningpolicyinstitute.org/product/teacher-turnover

Cauley, K. M., & McMillan, J. H. (2010). Formative assessment techniques to support student motivation and achievement. *The Clearinghouse: A Journal of Educational Strategies, Issues and Ideas*, *83*(1), 1–6. https://doi.org/10.1080/00098650903267784

Chapman, C. H. (1997). *Becoming a superintendent: Challenges of school district leadership.* Prentice-Hall.

Chetty, R. Friedman, J. N., & Rockoff, J. E. (2014). Measuring the impacts of teachers II: Teacher value-added and student outcomes in adulthood. *American Economic Review*, *104*(9), 2633–2679. https://doi.org/10.1257/aer.104.9.2633

Chikoko, V., Naicker, I., & Mthiyane, S. (2015). School leadership practices that work in areas of multiple deprivation in South Africa. *Educational Management Administration & Leadership*, *43*(3), 452–467. https://eric.ed.gov/?id=EJ1061412

Chitrakar, N. & Nisanth, P. M. (2023). Frustration and its influences on student motivation and academic performance. *International Journal of Scientific Research in Modern Science and Technology*, *2*(11), p. 1–9.

Clark, I. (2012). Formative assessment: Assessment is for self-regulated learning. *Educational Psychology Review*, 24, 205–249. https://doi.org/10.1007/s10648-011-9191-6

Coalition for Evidence-Based Policy. (2003). *Identifying and implementing educational practices supported by rigorous evidence: A user friendly guide.* National Center for Education Evaluation and Regional Assistance, Institute of Education Sciences, U.S. Department of Education. https://www2.ed.gov/rschstat/research/pubs/rigorousevid/rigorousevid.pdf

Codding, R. S., Peltier, C., & Campbell, J. (2023). Introducing the science of math. Teaching *Exceptional Children*, *56*(1), 6–11. https://doi.org/10.1177/00400599221121721

Colorado Department of Education (CDE) (2021). *Graduation guidelines menu of options*. Author. https://www.cde.state.co.us/postsecondary/graduationguidelinesmenuofoptions09-21-22pdf

Colorado Department of Education (CDE). (2023). *Multiple pathways: Dropout prevention framework research synthesis*. Author. https://www.cde.state.co.us/dropoutprevention/dpframeworkpathwaysresearch

Colorado Department of Education (CDE). (2024a). *Dropout prevention framework.* Author. https://www.cde.state.co.us/dropoutprevention/dpframework

Colorado Department of Education (CDE). (2024b). *Summary of 2022-23 graduation and completion data release*. Author. https://www.cde.state.co.us/cdereval/2023graduation_release_summary_final

Colorado Department of Education (CDE). (2024c). *Work-based learning continuum*. Author. https://www.cde.state.co.us/postsecondary/workbasedlearning

Comprehensive Centers Program Notice Inviting Applications, 84 F.R. 13270 (2024, May 13). https://www.federalregister.gov/documents/2024/05/13/2024-09876/applications-for-new-awards-comprehensive-centers-program

Crane, J. (2023). *North Dakota Educator Survey emphasizes practical strategies for enhancing teacher retention.* North Dakota United. https://ndunited.org/news-media-center/press-releases/north-dakota-educator-survey-emphasizes-practical-strategies

Cuiccio, C. & Husby-Slater, M. (2018). *Needs assessment guidebook.* State Support Network. https://statesupportnetwork.ed.gov/system/files/needsassessmentguidebook-508_003.pdf

Dapice, A. (2006). The Medicine Wheel. *Journal of Transcultural Nursing*, *17*(3), 251–260. https://doi.org/10.1177/1043659606288383

Darling-Hammond, L., & Podolsky, A. (2019). Breaking the cycle of teacher shortages: What kind of policies can make a difference? *Education Policy Analysis Archives*, *27*, 34. https://doi.org/10.14507/epaa.27.4633

Daugherty, L., Herman, R., & Unlu, F. (2017). *Logic models for selecting, designing, and implementing evidence-based school leadership interventions.* RAND Corporation. https://www.wallacefoundation.org/knowledge-center/Documents/Logic-Model-Evidence-Based-School-Leadership-Interventions.pdf

Davidson, S. & Morgan, M. (2018). *Systems change framework.* Sax Institute. https://preventioncentre.org.au/wp-content/uploads/2021/10/Systems-Change-Overview-w-Practices.pdf

Denton, C. A., Hall, C., Cho, E., Cannon, G., Scammacca, N., & Wanzek, J. (2022). A meta-analysis of the effects of foundational skills and multicomponent reading interventions on reading comprehension for primary-grade students. *Learning and Individual Differences*, *93*(1). https://doi.org/10.1016/j.lindif.2021.102062.

DFM Research. (2023, November 7-14). *North Dakota United Educator Retention Survey, #3*.

   Author. https://ndunited.org/news-media-center/press-releases/north-dakota-educator-survey-

   emphasizes-practical-strategies

Dixson, D. D., & Worrell, F. C. (2016). Formative and summative assessment in the classroom.

   *Theory Into Practice*, *55*(2), 153–159. https://doi.org/10.1080/00405841.2016.1148989

Dougherty, S. M. (2021). The effect of career and technical education on human capital

   accumulation: Causal evidence from Massachusetts. *Education Finance and Policy*, *13*(2),

   119–148. https://eric.ed.gov/?id=EJ1175151

Driscoll, A. (2008, January/February). Carnegie's Community-Engagement Classification:

   Intentions and insights. *Change: The Magazine of Higher Learning*, 40(1), 38–41.

   https://eric.ed.gov/?id=EJ782158

Dunphy, E. (2010). Assessing early learning through formative assessment: Key issues and

   considerations. *Irish Educational Studies*, *29*(1), 41–56. https://doi.org/10.1080/

   03323310903522685

Edinger, M. J. (2017). Online teacher professional development for gifted education: Examining

   the impact of a new pedagogical model. *Gifted Child Quarterly*, *61*(4), 300–312.

   https://doi.org/10.1177/0016986217722616

Every Student Succeeds Act (ESSA), 20 U.S.C. § 6301 (2015). https://congress.gov/114/

   plaws/publ95/PLAW-114publ95.pdf congress.gov/114/plaws/publ95/PLAW-114publ95.pdf

Feir, R. & Liu, E. (2024). *Solutions for the teacher shortage in North Dakota* [Policy brief].

   Sheila and Robert Challey Institute for Global Innovation and Growth, North Dakota State

   University. https://www.ndsu.edu/fileadmin/challeyinstitute/Solutions_for_the_Teacher_

   Shortage_in_North_Dakota.pdf

Fixsen, D., Blase, K., Horner, R., Sims, B., & Sugai, G. (2013). *Scaling-up brief*. University of North Carolina at Chapel Hill, FPG Child Development Institute, State Implementation and Scaling-Up of Evidence-Based Practices Center. https://sisep.fpg.unc.edu/sites/ sisep.fpg.unc.edu/files/resources/SISEP-Brief3-ReadinessForChange.pdf

Fixsen, D. L., Blase, K. A., Timbers, G. D., & Wolf, M. M. (2001). In search of program implementation: 792 replications of the Teaching-Family Model. In G. A. Bernfeld, D. P. Farrington, & A. W. Leschied (Eds.), *Offender rehabilitation in practice: Implementing and evaluating effective programs* (pp. 149–166). Wiley.

Fixsen, D. L., Blase, K. A., & Van Dyke, M. K. (2019). *Implementation quotient*. Active Implementation Research Network (AIRN). https://www.activeimplementation.org/wp-content/uploads/2019/05/ImplementationQuotientforOrganizations.pdf

Fixsen, D. L., Naoom, S. F., Blasé, K. A., Friedman, R. M., & Wallace, F. (2005). *Implementation research: A synthesis of the literature* (FMHI Publication #231). University of South Florida, Louis de la Parte Florida Mental Health Institute, National Implementation Research Network. https://nirn.fpg.unc.edu/resources/implementation-research-synthesis-literature

Fixsen, D. L., Ward, C., Blase, K., Naoom, S., Metz, A., & Louison, L. (2018). *Assessing drivers best practices*. Active Implementation Research Network (AIRN). https://www.activeimplementation.org/wp-content/uploads/2019/05/AssessingDriversBest Practices.pdf

Foorman, B., Beyler, N., Borradaile, K., Coyne, M., Denton, C. A., Dimino, J., Furgeson, J., Hayes, L., Henke, J., Justice, L., Keating, B., Lewis, W., Sattar, S., Streke, A., Wagner, R., & Wissel, S. (2016). *Foundational skills to support reading for understanding in kindergarten*

*through 3rd grade* (NCEE 2016-4008). National Center for Education Evaluation and

Regional Assistance (NCEE), Institute of Education Sciences, U.S. Department of Education.

https://ies.ed.gov/ncee/WWC/Docs/PracticeGuide/wwc_foundationalreading_040717.pdf#pa

ge=38

Frost, D. (2016, April 26). *Increase opportunity for student success through multiple pathways to*

*graduation*. Aurora Institute. https://aurora-institute.org/blog/increase-opportunity-for-

student-success-through-multiple-pathways-to-graduation/

Fruchter, N., Cahill, M., & Wahl, E. (1998). *Building to capacity: A review of technical*

*assistance strategies*. Institute for Education and Social Policy.

Fuchs, L. S., Newman-Gonchar, R., Schumacher, R., Dougherty, B., Bucka, N., Karp, K. S.,

Woodward, J., Clarke, B., Jordan, N. C., Gersten, R., Jayanthi, M., Keating, B., &

Morgan, S. (2021). *Assisting students struggling with mathematics: Intervention in the*

*elementary grades* (WWC 2021006). National Center for Education Evaluation and Regional

Assistance (NCEE), Institute of Education Sciences, U.S. Department of Education.

https://ies.ed.gov/ncee/WWC/PracticeGuide/26

Fullan, M. (2016). The elusive nature of whole system improvement in education. *Journal of*

*Educational Change*, *17*(4), 539–544. https://eric.ed.gov/?id=EJ1122754

Garet, M. S., Cronen, S., Eaton, M., Kurki, A., Ludwig, M., Jones, W., Uekawa, K., Falk, A.,

Bloom, H., Doolittle, F., Zhu, P., Sztejnberg, L., & Silverberg, M. (2011). *The impact of two*

*professional development interventions on early reading instruction and achievement*

(NCEE 2008-4030). National Center for Education Evaluation and Regional Assistance,

Institute of Education Sciences, U.S. Department of Education. https://ies.ed.gov/ncee/pdf/

20084030.pdf

Garrett, R., Zhang, Q., Citkowicz, M., & Burr, L. (2021). *How Learning Forward's Standards for Professional Learning are associated with teacher instruction and student achievement: A meta-analysis.* Center on Great Teachers and Leaders at the American Institutes for Research. https://www.air.org/sites/default/files/2022-02/Learning-Forward-Standards-for-Professional-Learning-Meta-Analysis-Report-December-2021_0.pdf

Gibson, C. L. (2016). *Increasing superintendent longevity in Kansas* [Graduate thesis and dissertation]. University of Arkansas, Fayetteville. https://scholarworks.uark.edu/etd/1762

Godfrey, A. (2020, December 5). *5 facts about life on the Native American reservations* [blog post]. https://borgenproject.org/native-american-reservations/

Goodwin, B., & Rouleau, K. (2024). *Designing better professional learning with the brain in mind* [white paper]. McREL International.

Guskey, T. R., & Yoon, K. S. (2009). What works in professional development? *Phi Delta Kappan, 90*(7), 495–500. https://doi.org/10.1177/003172170909000709

Gustafson, S., Nordström, T., Andersson, U. B., Fälth, L., & Ingvar, M. (2019). Effects of a formative assessment system on early reading development. *Education*, *140*(1), 17–27. https://www.diva-portal.org/smash/get/diva2:1366700/FULLTEXT01.pdf

Hale, S., Dunn, L., Filby, N, Rice, J., & Van Houten, L. (2017). *Evidence-based improvement: A guide for states to strengthen their frameworks and supports aligned to the evidence requirements of ESSA*. WestEd. https://www.wested.org/wp-content/uploads/2016/12/Evidence-Based-Improvement-Guide-FINAL-122116.pdf

Hargreaves, M. B. (2010). *Evaluating system change: A planning guide.* Mathematica Policy Research. https://www.mathematica.org/publications/evaluating-system-change-a-planning-guide

Hart, S. C., DiPerna, J. C., Lei, P. & Cheng, W. (2019). Nothing lost, something gained? Impact of a universal social-emotional learning program on future state test performance. *Educational Researcher*, *49*(1), 5–19. https://doi.org/10.3102/0013189X19898721

Hart, W. H., Schramm-Possinger, M., & Hoyle, S. (2019). Superintendent longevity and student achievement in North Carolina public schools. *AASA Journal of Scholarship & Practice*, *15*(4), 4–14. https://www.aasa.org/docs/default-source/publications/journal-of-scholarship-and-practice/2019-jsp/jspwinter2019.final.pdf

Heifetz, R., Grashow, A., & Linsky, M. (2009). *The practice of adaptive leadership: Tools and tactics for changing your organization and the world.* Harvard Business Press. https://resources.equityinitiative.org/bitstream/handle/ei/76/The-practice-of-adaptive-leadership-tools-and-tactics.pdf?sequence=1&isAllowed=y

Hoggarth, L. & Comfort, H. (2010). *A practical guide to outcome evaluation*. Jessica Kingsley Publishers.

Holt, D. T., Armenakis, A. A., Feild, H. S., & Harris, S. G. (2007). Readiness for organizational change: The systematic development of a scale. *The Journal of Applied Behavioral Science*, *43*(2), 232–255. https://doi.org/10.1177/0021886306295295

Hood, P. (2002). *Perspectives of knowledge utilization in education*. WestEd. https://www2.wested.org/www-static/online_pubs/perspectives.pdf

Hott B. L., Dibbs R.-A., Naizer G., Raymond L., Reid C. C., & Martin A. (2019). Practitioner perceptions of algebra strategy and intervention use to support students with math difficulty or disability in rural Texas. *Rural Special Education Quarterly*, *38*(1), 3–14. https://doi.org/10.1177%2F8756870518795494

Howard, T. C. (2019). *Why race and culture matter in schools: Closing the achievement gap in America's classrooms*. Teachers College Press.

Hubbell, A., Gebers, B, & King, J. (2024a, January 19). *Academic language: Four practical concepts for Tier 1 core, Part 1: High expectations* [Webinar series]. Medium. https://www.youtube.com/watch?v=WmOu3od2UzM

Hubbell, A., Gebers, B, & King, J. (2024b, February 20). *Academic language: Four practical concepts for Tier 1 core, Part 2: Collaboration* [Webinar series]. Medium. https://www.youtube.com/watch?v=YuhI1c44bxI

Hubbell, A., Gebers, B, & King, J. (2024c, March 27). *Academic language: Four practical concepts for Tier 1 core, Part 3: Comprehensible output* [Webinar series]. Medium. https://www.youtube.com/watch?v=6Cvuexk3Sd4

Hubbell, A., Gebers, B, & King, J. (2024d, May 9). *Academic language: Four practical concepts for Tier 1 core, Part 4: Language output* [Webinar series]. Medium. https://www.youtube.com/watch?v=VpoiQoHLm_Y

Husman, J., Brem, S., & Duggan, M. A. (2005). Student goal orientation and formative assessment. *Academic Exchange Quarterly*, *9*(3), 355–359. https://www.rapidintellect.com/AEQweb/5oct3047l5.htm

Institute of Education Sciences (IES). (2024). *What Works Clearinghouse* [website]. National Center for Education Evaluation and Regional Assistance, IES. https://ies.ed.gov/ncee/WWC

Jacob, A., & McGovern, K. (2015). *The mirage: Confronting the hard truth about our quest for teacher development.* TNTP. https://eric.ed.gov/?id=ED558206

Jacobson, L. (2024, January 31). *Report: Schools won't recover from COVID absenteeism Crisis until at least 2030*. The 74. https://www.the74million.org/article/report-schools-wont-recover-from-covid-absenteeism-crisis-until-at-least-2030/

Jones, L. M., Corner, T., Nardi, C., Taken Alive, J., Shebby, S., & Simpson, J. (2020) *Approaches associated with positive outcomes in schools serving Native American students: Annotated bibliography.* Region 11 Comprehensive Center, U.S. Department of Education. https://www.compcenternetwork.org/resources/resource/6358/approaches-associated-positive-outcomes-schools-serving-native-american

Kaminski, R., Cummings, K. D., Powell-Smith, K. A., & Good, R. H. (2008). Best practices in using Dynamic Indicators of Basic Early Literacy Skills for formative assessment and evaluation. *Best Practices in School Psychology V*, 4, 1181–1204.

Kania, J., Kramer, M., & Senge, P. (2018). *The water of systems change.* FSG. https://www.fsg.org/wp-content/uploads/2021/08/The-Water-of-Systems-Change_rc.pdf

Kansas Legislature Reg. Sess. 2023–2024 (2024). *S.B. 438 – Establishing the Kansas blueprint for literacy….* https://legiscan.com/KS/text/SB438/id/2981131/Kansas-2023-SB438-Enrolled.pdf

Kansas State Board of Education (KSBE). (2016). *Kansans Can: Vision and definition of a successful Kansas high school graduate*. Author. https://www.ksde.org/Board/Kansas-State-Board-of-Education/Board-Goals-and-Outcomes

Kansas State Department of Education (KSDE). (2023). *Kansas K–12 report generator: Graduation rate, 4-year cohort*. Author. https://datacentral.ksde.org/report_gen.aspx

Kao, G. & Thompson, J. S. (2003). Racial and ethnic stratification in educational achievement

and attainment. *Annual Review of Sociology*, *29*(1), 417–442. https://doi.org/10.1146/

annurev.soc.29.010202.100019

Katzenbach, J. R., & Smith, D. K. (2008). *The discipline of teams*. Harvard Business Press.

Kemppainen, D., Kopera-Frye, K. & Woodard, J. (2008). The Medicine Wheel: A versatile tool

for promoting positive change in diverse contexts. *Collected Essays on Teaching and

Learning*, *1*(1), 80–84. http://dx.doi.org/10.22329/celt.v1i0.3183

Knowles, M. S., Holton, E. F., & Swanson, R. A. (2015). *The adult learner: The definitive

classic in adult education and human resource development* (8th ed.). Routledge.

Kretlow, A. G., & Bartholomew, C. C. (2010). Using coaching to improve the fidelity of

evidence-based practices: A review of studies. *Teacher Education and Special Education,

33*(4), 279–299. https://doi.org/10.1177/0888406410371643

Ladson-Billings, G. (2006). From the achievement gap to the education debt: Understanding

achievement in U.S. schools. *Educational Researcher*, *35*(7), 3–12. http://www.jstor.org/

stable/3876731.

Larimore (Comanche), J. A. & McClellan, G. S. (2005). Native American student retention in

U.S. postsecondary education. *New Directions for Student Services Special Issue – Serving

Native American Students*, *109*(1), 17–32. https://doi.org/10.1002/ss.150

Lee, S. J., Altschul, I., & Mowbray, C. T. (2008). Using planned adaptation to implement

evidence-based programs with new populations. *American Journal of Community

Psychology*, *41*(3-4), 290–303. https://doi.org/10.1007/s10464-008-9160-5

Leeman, J., Rohweder, C., Lee, M., Brenner, A., Dwyer, A., Ko, L. K., O'Leary, M. C., Ryan, G., Vu, T. & Ramanadhan, S. (2021). Aligning implementation science with improvement practice: A call to action. *Implementation Science Communications*, *2*(99), 1–11. https://doi.org/10.1186/s43058-021-00201-1

Leonhardt, D. (2023, September 5). Where are the students? Attendance at school has come to feel more optional than it did before the pandemic. *The New York Times*. https://www.nytimes.com/2023/09/05/briefing/covid-school-absence.html

Lepola, J., Lynch, J., Kiuru, N., Laakkonen, E., & Niemi, P. (2016). Early oral language comprehension, task orientation, and foundational reading skills as predictors of grade 3 reading comprehension. *Reading Research Quarterly*, *51*(4), 373–390. https://doi.org/10.1002/rrq.145

MacDonald, G. (2018). *Checklist of key considerations for development of program logic models* [webpage]. Western Michigan University. https://wmich.edu/evaluation/checklists

MacDonald, M. (2007). Toward formative assessment: The use of pedagogical documentation in early elementary classrooms. *Early Childhood Research Quarterly*, *22*(2), 232–242. https://doi.org/10.1016/j.ecresq.2006.12.001

MacNeil, A. J., Prater, D. L., & Busch, S. (2009). The effects of school culture and climate on student achievement. *International Journal of Leadership in Education*, *12*(1), 73–84. https://doi.org/10.1080/13603120701576241

Mann, M. J., Smith, M. L., & Kristjansson, A. L. (2015). Improving academic self-efficacy, school connectedness, and identity in struggling middle school girls: A preliminary study of the REAL Girls Program. *Health Education and Behavior*, *42*(1), 117–126. https://doi.org/10.1177/1090198114543005

Mashford-Pringle, A. & Shawanda, A. (2023). Using the Medicine Wheel as theory, conceptual

framework, analysis, and evaluation tool in health research. *SSM-Qualitative Research in

Health, 3*(2). https://doi.org/10.1016/j.ssmqr.2023.100251

Mass General Brigham-McLean Hospital. (2024). *The mental health impact of bullying on kids

and teens.* Author. https://www.mcleanhospital.org/essential/bullying-kids-teens

Mattson, H., Zoffel, J., & McCormick, M. (2023). *Systems reviews: An approach to building

coherence, increasing efficiency, and improving workflow at state education agencies*.

Region 15 Comprehensive Center, U.S. Department of Education. https://files.eric.ed.gov/

fulltext/ED628329.pdf

McKinsey & Company. (2024). *Spark and sustain: How all the world's school systems can

improve learning at scal*e. Author. https://www.mckinsey.com/industries/education/our-

insights/spark-and-sustain-how-school-systems-can-improve-learning-at-scale

McMahon, T., Bruggeman, B., & Kyei, M. (2023). *The state of South Dakota children's well-

being: 2023 report.* Center for the Prevention of Child Maltreatment. https://sdcpcm.com/

wp-content/uploads/2023/12/OurWork_2023StateSDChildWell-being_Download.pdf

McREL International. (2019). *Assessing state education agency (SEA) readiness for change.*

Unpublished internal company document.

Merriam, S. B. (2018). Adult learning theory: Evolution and future directions. In K. Illeris (Ed.),

*Contemporary theories of learning: Learning theorists…in their own words* (pp. 83–96).

Routledge.

Mervosh, S. (2024, March 29). A crisis of school absences: Fewer children are attending school,

across rich and poor districts. *The New York Times*. https://www.nytimes.com/2024/03/29/

briefing/school-absences.html

Myers, S. (2011). Superintendent length of tenure and student achievement. *Administrative Issues Journal*, *1*(2), 43–53. https://dc.swosu.edu/cgi/viewcontent.cgi?article=1019& context=aij

Miles, M. B. & Huberman, A. M. (1994). *Qualitative data analysis* (2nd ed.). Sage Publications.

Miller, D., & Lavin, F. (2007). 'But now I feel I want to give it a try': Formative assessment, self-esteem and a sense of competence. *The Curriculum Journal*, *18*(1), 3–25. https://doi.org/ 10.1080/09585170701292109

Missouri Department of Elementary and Secondary Education (DESE). (n.d.a.) *Missouri learning standards.* Author. https://dese.mo.gov/college-career-readiness/curriculum/ missouri-learning-standards

Missouri Department of Elementary and Secondary Education (DESE). (n.d.b.). Show me success. DESE and the Missouri State Board of Education. https://dese.mo.gov/ communications/show-me-success

Missouri Department of Elementary and Secondary Education (DESE). (2022). *Missouri Comprehensive Data System, At-a-glance information.* Author. https://apps.dese.mo.gov/MCDS/home.aspx

Missouri Department of Elementary and Secondary Education (DESE). (2024). *Missouri Read, Lead, Exceed.* Author. https://dese.mo.gov/college-career-readiness/literacy

Missouri Legislature, 101st General Assembly. (2022). *S.B. 681 – Modifies provisions relating to elementary and secondary education.* https://www.senate.mo.gov/22info/pdf- bill/intro/SB681.pdf

Monk, D. H. (2007). Recruiting and retaining high-quality teachers in rural areas. *The Future of Children*, *17*(1), 155–174. http://www.jstor.org/stable/4150024

Moursched, M., Chijioke, C., & Barber, M. (2010). *How the world's most improved school systems keep getting better.* McKinsey and Company. https://www.mckinsey.com/industries/education/our-insights/how-the-worlds-most-improved-school-systems-keep-getting-better

Munby, S. & Fullan, M. (2016). *Inside-out and downside up.* Education Development Trust. https://edtlive.b-cdn.net/live/media/u4dmq4hi/inside-out-and-downside-up.pdf

Myers, C. A., & Cowie, H. (Eds.). (2017). *School bullying and mental health: Risks, intervention and prevention*. Taylor & Francis.

Myers, S. (2011). Superintendent length of tenure and student achievement. *Administrative Issues Journal*, *1*(2), 6. https://dc.swosu.edu/cgi/viewcontent.cgi?article=1019&context=aij

National Academies of Sciences, Engineering, and Medicine (NASEM). (2019). *Fostering healthy mental, emotional, and behavioral development in children and youth: A national agenda.* The National Academies Press. https://doi.org/10.17226/25201

National Academies of Sciences, Engineering, and Medicine (NASEM). (2021). *School-based strategies for addressing the mental health and well-being of youth in the wake of COVID-19*. The National Academies Press. https://doi.org/10.17226/26262

National Academies of Sciences, Engineering, and Medicine (NASEM). (2022). *Education research at IES: Advancing and equity-oriented science.* The National Academies Press. https://doi.org/10.17226/26428

National American Indian and Alaska Native Mental Health Technology Transfer Center Network (NAI/AN Network). (2021). *Bullying & Native youth* [Fact sheet]. University of Iowa College of Public Health. https://mhttcnetwork.org/wp-content/uploads/2021/11/Bullying-fact-sheet.pdf

National Center for Education Statistics (NCES). (2017). *Selected statistics from the public elementary and secondary education universe: School year 2015–16.* Author. https://nces.ed.gov/pubs2018/2018052/tables/table_04.asp

National Center for Education Statistics (NCES). (2022a). *The Nation's Report Card: 2022 Mathematics state snapshot report, South Dakota, Grade 4, Public schools.* Author. https://nces.ed.gov/nationsreportcard/subject/publications/stt2022/pdf/2023011SD4.pdf

National Center for Education Statistics (NCES). (2022b). *The Nation's Report Card: 2022 Mathematics state snapshot report, South Dakota, Grade 8, Public schools.* Author. https://nces.ed.gov/nationsreportcard/subject/publications/stt2022/pdf/2023011SD8.pdf

National Center for Education Statistics (NCES). (2022c). *The Nation's Report Card: 2022 Reading state snapshot report, Missouri, Grade 4, Public schools.* Author. https://nces.ed.gov/nationsreportcard/subject/publications/stt2022/pdf/2023010MO4.pdf

National Center for Education Statistics (NCES). (2022d). *The Nation's Report Card: NAEP Data Explorer.* Author. https://www.nationsreportcard.gov/ndecore/landing

National School Climate Center. (n.d.). *What is school climate and why is it important?* https://schoolclimate.org/school-climate/

Native American Aid. (2015). *Living conditions* [webpage]. Author. http://www.nativepartnership.org/site/PageServer?pagename=naa_livingconditions

Nebraska Department of Education (NDE). (2023a). *Nebraska public schools state snapshot.* Author. https://nep.education.ne.gov/statedata.html

Nebraska Department of Education (NDE). (2023b). *Nebraska schools show growth on statewide assessment and accountability* [News release]. Author. https://www.education.ne.gov/static/pdf/press_release/nebraska-schools-show-growth-on-statewide-assessment-and-accountability_11_22_2023.pdf

Nebraska Educational Service Units (ESU) Coordinating Council. (2024). *SIMPL service offerings.* Author https://simpl.esucc.org/#tenet

Nebraska Legislature. (2018). *L.B. 1081 – Nebraska Reading Improvement Act.* https://nebraskalegislature.gov/laws/display_html.php?begin_section=79-2601&end_section=79-2607

Nebraska Legislature. (2023). *L.B. 298 – Adopt the Interstate Teacher Mobility Compact and require school districts and the State Department of Education to collect and report information regarding dyslexia and other learning disabilities and to establish dress code and grooming policies.* https://nebraskalegislature.gov/bills/view_bill.php?DocumentID=50239

Niehaus, K., Irvin, M. J., & Rogelberg, S. (2016). School connectedness and valuing as predictors of high school completion and postsecondary attendance among Latino youth. *Contemporary Educational Psychology*, 44-45, 54–67. https://doi.org/10.1016/j.cedpsych.2016.02.003

North Dakota Department of Public Instruction (NDDPI). (2024). *Statement of need: Expanding access to teacher registered apprenticeship programs in North Dakota – SAEF2 Base Renewal Project*. NDDPI to the U.S. Department of Labor, Employment and Training Administration, State Apprenticeship Expansion Formula Grant Program.

North Dakota Governor's Office. (2023). *Executive Order 2023-08: Teacher Retention and Recruitment Task Force*. https://www.governor.nd.gov/sites/www/files/documents/ Executive%20Order%202023-08%20Teacher%20Retention%20and%20Recruitment%20 Task%20Force.pdf

North Dakota Legislature. (2021). *North Dakota Century Code, Title 15, Chapter 15, 1-21 (Curriculum and Testing)*. https://ndlegis.gov/cencode/t15-1c21.pdf

North Dakota Regional Education Association (NDREA). (2023). *NDREA brochure.* Author. https://ndrea.org/index.php?id=99

O'Connor, M., Cloney, D., Kvalsvig, A., & Goldfeld, S. (2019). Positive mental health and academic achievement in elementary schools: New evidence from a matching analysis. *Educational Researcher*, *48*(4), 205–216. https://doi.org/10.3102/0013189X19848724

Opper, I. M. (2019) *Teachers matter: Understanding teachers' impact on student achievement.* Rand Corporation. https://www.rand.org/pubs/research_reports/RR4312.html

Organisation for Economic Cooperation and Development (OECD). (2021). *Beyond academic learning: First results from the Survey of Social and Emotional Skills*. OECD Publishing. https://doi.org/10.1787/92a11084-en

Paek, P. L. (2008, January). *Practices worthy of attention case study: Asset-based instruction: Boston Public Schools.* Charles A. Dana Center at the University of Texas at Austin. https://www.researchgate.net/publication/245024320_Practices_Worthy_of_Attention_Case_ Study_Asset-Based_Instruction_Boston_Public_Schools

Panayiotou, M., Humphrey, N., & Wigelsworth, M. (2019). An empirical basis for linking social and emotional learning to academic performance. *Contemporary Educational Psychology*, *56*(1), 193–204. https://doi.org/10.106/j.cedpsych.2019.01.009

Park, S., Hironaka, S., Carver, P., & Nordstrum, L. (2013). *Continuous improvement in education: Advancing teaching--improving learning* [white paper]. Carnegie Foundation for the Advancement of Teaching.

Parker-Chenaille, R. (2012). *The impact of superintendent turnover on student achievement in rural districts* [Doctoral dissertation]. St. John Fisher College. https://fisherpub.sjf.edu/education_etd/157/

Peltier C., Peltier T., Werthen T., & Heuer A. (2020). "State standards and IEP goals. A lot of TPT products": What resources early childhood educators report using to plan math instruction. *Learning Disabilities – A Contemporary Journal*, *18*(2), 153–166. https://eric.ed.gov/?id=EJ1281051

Pryor, J. (2010). Pedagogies of in/equity: Formative assessment/assessment for learning. In H. H. Krüger, U. Rabe-Kleberg, R. T. Kramer, & J. Budde (Eds.), *Bildungsungleichheit [Educational inequality] revisited* (pp. 145–160). VS Verlag für Sozialwissenschaften. https://doi.org/10.1007/978-3-531-92201-0_8

Region 12 Comprehensive Center (R12CC). (2022, November 9). An interview with Carolyn Haug from CDE. *Voices from the Field*. https://region12cc.org/voices-from-the-field-an-interview-with-carolyn-haug-cde/

Region 12 Comprehensive Center (R12CC). (2023). *Impact story: Executive Leadership Forum in Kansas & Missouri – guiding leaders, guiding change.* McREL International & U.S. Department of Education. https://region12cc.org/impact-story-executive-leadership-forum-guiding-leaders-guiding-change/

Regional Educational Laboratory (REL) Northwest. (2023). *Addressing working conditions to improve teacher retention: An exploration of the research* [Fact sheet]. National Center for Education Evaluation and Regional Assistance, Institute of Education Sciences, U.S. Department of Education. https://www.wested.org/wp-content/uploads/2023/05/230307_Fact_Sheet_Addressing_Teacher_Working_Conditions-508.pdf

Reschly, A. L. (2010). Reading and school completion: Critical connections and Matthew effects. *Reading & Writing Quarterly*, *26*(1), 67–90, https://doi.org/10.1080/10573560903397023

Results for America. (2017). *Leverage points: Thirteen opportunities for state education agencies to use their ESSA state plans to build and use evidence to improve student outcomes.* Author. http://results4america.org/wp-content/uploads/2017/05/R4A_LP_REV_May-2017.pdf

Rix, K. (2022, December 27). The benefits of career and technical education programs for high schoolers. *U.S. News & World Report*. https://www.usnews.com/education/k12/articles/the-benefits-of-career-and-technical-education-programs-for-high-schoolers

Robin C. S., Peltier, C., & Campbell, J., (2023). Introducing the science of math. *SAGE Journals*, *56*(1). https://doi.org/10.1177/00400599221121721

Romney, S., Israel, N., & Zlatevski, D. (2014). Exploration-stage implementation variation: Its effect on the cost-effectiveness of an evidence-based parenting program. *Journal of Psychology (Zeitschrift für Psychologie)*, *222*(1), 37–48. https://psycnet.apa.org/doi/10.1027/2151-2604/a000164

Ryan Jackson, K., Fixsen, D., & Ward, C. (2018). *Four domains for rapid school improvement and implementation framework.* National Implementation Research Network (NIRN), University of North Carolina at Chapel Hill. https://nirn.fpg.unc.edu/resources/four-domains-rapid-school-improvement-implementation-framework

Scaccia, J. P., Cook, B. S., Lamont, A., Wandersman, A., Castellow, J., Katz, J., & Beidas, R. S. (2015). A practical implementation science heuristic for organizational readiness: R=MC2. *Journal of Community Psychology*, *43*(4), 484–501. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4676714/

Schwartz, H. L. & Diliberti, M. K. (2022). *Flux in the educator labor market: Acute staff shortages and projected superintendent departures: Selected findings from the fourth American School District Panel Survey.* RAND Corporation. https://www.rand.org/pubs/research_reports/RRA956-9.html

Schwartz, S. (2023, August 9). 7 states now require math support for struggling students. Here's what's in the new laws. *EdWeek*. https://www.edweek.org/teaching-learning/7-states-now-require-math-support-for-struggling-students-heres-whats-in-the-new-laws/2023/08

Shakman, K., & Rodriguez, S. M. (2015). *Logic models for program design, implementation, and evaluation: Workshop toolkit* (REL 2015–057). Regional Educational Laboratory Northeast & Islands, National Center for Education Evaluation and Regional Assistance, Institute of Education Sciences, U.S. Department of Education. https://ies.ed.gov/ncee/edlabs/regions/northeast/pdf/REL_2015057.pdf

Shakman, K., Wogan, D., Rodriguez, S., Boyce, J., & Shaver, D. (2020). Continuous

improvement in education: A toolkit for schools and districts (REL 2021–014).

U.S. Department of Education, Institute of Education Sciences, National Center for

Education Evaluation and Regional Assistance, Regional Educational Laboratory Northeast

& Islands. https://ies.ed.gov/ncee/rel/regions/northeast/pdf/REL_2021014.pdf

Simpson, J. (2016). Superintendent tenure and student achievement. *AASA Journal of

Scholarship & Practice*, *9*(4), 10–23. https://eric.ed.gov/?id=EJ1003863

Sims, S., Fletcher-Wood, H., O'Mara-Eves, A., Cottingham, S., Stansfield, C., Van Herwegen, J.,

& Anders, J. (2021). What are the characteristics of effective teacher professional

development? A systematic review and meta-analysis. *Education Endowment Foundation*.

https://files.eric.ed.gov/fulltext/ED615914.pdf

Smoker Broaddus, M. (2017). *Building and sustaining culturally responsive learning

communities* [PowerPoint presentation]. Education Northwest.

Smoker Broaddus, M., & Bitterman, A. (2023). *Circles of Reflection: A toolkit for SEAs*.

National Comprehensive Center at Westat, U.S. Department of Education.

https://compcenternetwork.org/ccn-products/cor-toolkit/

Sotero, M. (2006). A conceptual model of historical trauma: Implications for public health

practice and research. *Journal of Health Disparities Research and Practice*, *1*(1), 93–108.

https://papers.ssrn.com/sol3/papers.cfm?abstract_id=1350062

Soto, C., West, A. E., Ramos, G. G., & Unger, J. B. (2022). Substance and behavioral addictions

among American Indian and Alaska Native populations. *International Journal of

Environmental Research and Public Health*, *19*(5), 2974. https://doi.org/10.3390%2

Fijerph19052974

South Dakota Administrative Rule, Title 24–Education, Article 24:55–Public School
    Accountability System, Chapter 24:55:05–Academic Progress (S.D. Admin. R. 24:55:05:02).
    *Student achievement progress goals and targets*. https://www.law.cornell.edu/regulations/
    south-dakota/ARSD-24-55-05-02

South Dakota Department of Education (SDDOE). (2024). *State report card 2022-2023.* Author.
    https://sdschoolreportcard.sd.gov/Studio/servlet/mstrWeb

South Dakota Legislature, 99th Legis. Session. (2024). *H.B. 1022 – An Act to make an
    appropriation to the Department of Education to provide professional development in
    literacy to teachers, and to declare an emergency.* https://mylrc.sdlegislature.gov/api/
    Documents/267139.pdf

State Support Network at the American Institutes for Research (AIR) (2020a). *Leveraging
    education data systems for continuous improvement* [website]. U.S. Department of
    Education, Office of State Support. https://oese.ed.gov/resources/oese-technical-assistance-
    centers/state-support-network/resources/leveraging-education-data-systems-continuous-
    improvement/

State Support Network at the American Institutes for Research (AIR). (2020b). *Resources to
    support EBP Step 2: Select relevant EBPs* [website]. U.S. Department of Education, Office
    of State Support. https://oese.ed.gov/resources/oese-technical-assistance-centers/state-
    support-network/resources/resources-support-ebp-step-2-select-relevant-ebps/

State Support Network at the American Institutes for Research (AIR). (2020c). *Selecting EBPs
    for Tiers 1, 2, and 3: Navigating clearinghouses and databases* [website]. U.S. Department
    of Education, Office of State Support. https://oese.ed.gov/resources/oese-technical-

assistance-centers/state-support-network/resources/selecting-evidence-based-practices-tiers-

1-2-3-navigating-clearinghouses-databases/

Sternin, J. (2017). Positive deviance: A new paradigm for addressing today's problems today.

In M. McIntosh (Ed.), *Globalization and Corporate Citizenship: The Alternative Gaze*

(pp. 10–15). Routledge.

Stiggins, R. (2005). From formative assessment to assessment for learning: A path to success in

standards-based schools. *Phi Delta Kappan*, *87*(4), 324–328. https://www.jstor.org/stable/

20441998

Substance Abuse and Mental Health Services Administration (SAMHSA). (2022). *Adapting*

*evidence-based practices for under-resourced populations* (Publication #PEP22-06-02-004).

National Mental Health and Substance Use Policy Laboratory, SAMHSA.

https://store.samhsa.gov/sites/default/files/pep22-06-02-004.pdf

Systems in Evaluation Topical Interest Group of the American Evaluation Association.

(2018, September). *Principles for effective use of systems thinking in evaluation*.

https://www.systemsinevaluation.com/wp-content/uploads/2018/10/SETIG-Principles-

FINAL-DRAFT-2018-9-9.pdf

Taylor, R. D., Oberle, E., Durlak, J. A., & Weissberg, R. (2017). Promoting positive youth

development through school-based social and emotional learning interventions: A meta-

analysis of follow-up effects. *Child Development*, *88*(4), 1156–1171. https://doi.org/10.1111/

cdev.12864/full

Ulferts, J. (2016). A brief summary of teacher recruitment and retention in the smallest Illinois

rural schools. *The Rural Educator*, *37*(1), 14–24. https://doi.org/10.35608/ruraled.v37i1.292

University of Connecticut. (2014). *Project PRIME (Planning realistic implementation and maintenance by educators): How to select an evidence-based intervention: A guide.* U.S. Department of Education, Institute of Education Sciences.

U.S. Department of Education (ED). (2016). *Non-regulatory guidance: Using evidence to strengthen education investments.* Author. https://www2.ed.gov/policy/elsec/leg/essa/guidanceuseseinvestment.pdf

U.S. Department of Education (ED). (2021, January 21). *CCNetwork monthly collaboration call* [CCNetwork communication]. Office of Elementary and Secondary Education: Program Grantee and Support Services, ED.

U.S. Department of Education (ED). (2023). *Non-regulatory guidance: Using evidence to strengthen education investments.* Author. https://www2.ed.gov/fund/grant/about/discretionary/2023-non-regulatory-guidance-evidence.pdf

U.S. Department of Education (ED), Central Regional Advisory Committee (RAC). (2023, December). *Identifying and addressing priority education needs*. Author. https://oese.ed.gov/files/2023/12/Central-RAC-20231220-ED-508.pdf

Van Dyke, M., Kiser, L., & Blase, K. (2019). *Heptagon Tool.* Active Implementation Research Network (AIRN). www.activeimplementation.org/resources

Van Orman, D. S., Gotch, C. M., & Carbonneau, K. J. (2024). Preparing teacher candidates to assess for learning: A systematic review. *Review of Educational Research*. https://doi.org/10.3102/00346543241233015

Vaught, S. E., & Castagno, A. E. (2008). "I don't think I'm a racist": Critical race theory, teacher attitudes, and structural racism. *Race Ethnicity and Education*, *11*(2), 95–113. https://doi.org/10.1080/13613320802110217

Wallace, F., Blase, K., Fixsen, D., & Naoom, S. (2008). *Implementing the findings of research: Bridging the gap between knowledge and practice.* Educational Research Service.

White, R. (2022). *Superintendent attrition rate, by state, 2023-24*. National Longitudinal Superintendent Database Data Visualization Platform. https://thesuperintendentlab.com/communicating-our-work/nlsd-data-visualizations/

Witmer, S. E., Duke, N. K., Billman, A. K., & Betts, J. (2014). Using assessment to improve early elementary students' knowledge and skills for comprehending informational text. *Journal of Applied School Psychology*, *30*(3), 223–253. https://doi.org/10.1080/15377903.2014.924454

Woodward, J., Beckmann, S., Driscoll, M., Franke, M., Herzig, P., Jitendra, A., Koedinger, K. R., & Ogbuehi, P. (2012). *Improving mathematical problem solving in grades 4 through 8: A practice guide* (NCEE 2012-4055). National Center for Education Evaluation and Regional Assistance, Institute of Education Sciences, U.S. Department of Education. https://ies.ed.gov/ncee/WWC/PracticeGuide/16.

Wyoming Department of Education (WDE). (2023). *WDE strategic plan 2023–2027, Wyoming education reform: Establishing the most transparent, efficient, and excellent education system in the nation.* Author. https://edu.wyoming.gov/wp-content/uploads/2023/05/Strategic-Plan-2023-2027.pdf

Wyoming Department of Education (WDE). (2024). *Wyoming measures up: 2022-23 report card.* Author. https://wyomingmeasuresup.com/

Yarbrough, D. B., Shulha, L. M., Hopson, R. K., & Caruthers, F. A. (2010). *The program evaluation standards* (3rd ed.). Sage & Joint Committee on Standards for Educational Evaluation.

Yosso, T. (2005). Whose culture has capital? A critical race theory discussion of community

cultural wealth. *Race, Ethnicity, and Education, 8*(1), 69–91. https://doi.org/10.1080/

1361332052000341006

## Appendix D: Executive Order (EO) 12372 Transmittal Letter



curiosity for better learning

June 7, 2024

Sara VanderFeltz
Federal Assistance Clearinghouse
Office of Administration
Commissioner's Office
Capitol Building, Room 125
Jefferson City, MO 65102

RE: Executive Order 12372 Intergovernmental Review Request

Dear Ms. VanderFeltz,

McREL International is planning to submit a proposal for the U.S. Department of Education (ED) under ALN #84.283B, Comprehensive Centers (CC) Program, to continue operations of the Regional CC that serves Missouri, as well as Colorado, Kansas, Nebraska, North Dakota, South Dakota, and Wyoming (now referred to as the Region 8 CC). Since 2019, we have operated the Region 12 CC (https://region12cc.org/) serving Colorado, Kansas, and Missouri under a cooperative agreement with ED.

The focus of the Region 8 CC program being proposed is on providing high-quality technical assistance and capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction. Specifically, the high-leverage priority being reflected in our proposal for Missouri has been collaboratively identified with the Missouri Department of Elementary and Secondary Education and will be reviewed to finalize the annual service plan within 90 days of award as required by the Notice Inviting Applications.

If you have additional questions or concerns about this notice, please feel free to contact me at ntaylor@mcrel.org or 304-347-1863.

Respectfully submitted,

Nancy Taylor
Senior Development Manager

---

McREL is a nonprofit organization that provides schools and education systems with research, analysis, and professional learning services that spark curiosity, promote equity, and help teachers, leaders, and students flourish.

www.mcrel.org    800.858.6830    info@mcrel.org

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

# Appendix E: Letters of Support

## Colorado

- Dr. Susana Córdova, Commissioner of Education, Colorado Department of Education

- Jessica Morrison, Executive Director, Southwest Colorado Education Cooperative

- Leigh Nansel, Executive Director, Western Slope Schools Career Collaborative

- Jessica Counts, Executive Director, Yampa Valley Partnership for Students, Stewardship, and Sustainability

- L. Carlos Jimenez, Chief Executive Officer, Peak Education

## Kansas

- Dr. Randy Watson, Commissioner of Education, Kansas State Department of Education (KSDE)

- Dr. Ben Proctor, Deputy Commissioner of Learning Services, KSDE

- Dr. Brian Jordan, Executive Director, Kansas Association of School Boards (KASB)

- Dr. Mischel Miller, Executive Director, Kansas Educational Leadership Institute, Kansas State University

- G.A. Buie, Executive Director, United School Administrators of Kansas

- Blake Vargas, Superintendent, Caney Valley Unified School District (USD) 436

- Dr. Stu Moeckel, Superintendent, Eudora Public Schools, USD 491

- Dr. Jessica Dain, Superintendent, Piper USD 2023

- Justin Coup, Superintendent, Solomon USD 393

- Dr. Tiffany Anderson, Superintendent, Topeka Public Schools, USD 501

## Missouri

- Dr. Margie Vandeven, Commissioner of Education, Missouri Department of Elementary and Secondary Education

## Nebraska

- Dr. Bill Heimann, Administrator, Education Service Unit (ESU) 1

- Dr. Dan Schnoes, Chief Administrator, ESU 3

- Dr. Larianne Polk, Chief Administrator, ESU 7

- Dr. Janice Garnett, Educational Leadership Instructor, University of Nebraska at Omaha, College of Education, Health, and Human Services

## North Dakota

- Kristen Baesler, State Superintendent, North Dakota Department of Public Instruction

## South Dakota[1]

- Dave Flute, Secretary of Tribal Relations, South Dakota Department of Tribal Relations

## Wyoming

- Dicky Shanor, Chief of Staff, on behalf of Megan Degenfelder, State Superintendent of Public Instruction, Wyoming Department of Education

## Project Subcontractors and National Organization Support Partners[2]

- Dr. Sharon deMonsabert, President, AEM Corporation

- Dr. Dorothy Aguilera-Black Bear, President, International Consultants, LLC

---

[1] While we have been unable to obtain a letter from Dr. Joseph Graves, Secretary of Education for the South Dakota Department of Education due to a desire within the state to "maintain a strong degree of neutrality" related to applications of this nature, Dr. Graves does serve on McREL's current R11CC Advisory Board and has been verbally supportive of the R8CC's proposed project for South Dakota as noted via personal communications in our proposal.
[2] Refer to the letter from the Kansas Association of School Boards (KASB) above for reference to Dr. Doug Moeckel's commitment to the R8CC.

- Kandace Jones, Vice President of Education Systems and Policy, American Institutes for Research

- Natalia Pane, President, Child Trends

- William Slotnick, Chief Executive Officer, Community Training and Assistance Center

- Shazia Miller, Senior Vice President, Mathematica

- Dr. Kathleen Dempsey, Managing Member, Outer Banks Education Consulting, LLC

- Dr. Kathleen King Thorius, Professor and Executive Director, Great Lakes Equity Center & Dr. Seena Skelton, Director, Midwest & Plains Equity Assistance Center and Director of Operations, Great Lakes Equity Center

- Dr. Niki Sandoval, Co-Director, Western Educational Equity Assistance Center at WestEd



**COLORADO**
**Department of Education**

201 East Colfax Avenue
Denver, CO 80203-1799

June 6, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. Through our recent conversations, we understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

As the Chief State School Officer, I fully support the capacity-building service plan you are proposing which has been created in collaboration with my office. I also agree to serve on the CC Advisory Board or will designate a representative to serve and will aid in your dissemination efforts by sharing relevant information with our stakeholders through our digital newsletters to superintendents, educators, and district leaders; on our departments website; and through social and traditional media as appropriate. Further, I commit to devoting the time, leadership, and personnel needed to implement the annual service plans to achieve the project's goals and objectives. The high-leverage priority reflected in your proposal, which has been collaboratively identified with CDE's Office of Postsecondary and Workforce Readiness, is focused on helping Colorado schools and districts develop place-based innovations for student career connected learning opportunities.

To ensure the annual service plan stays on track to achieve the project's goals and objectives, we will work with you and your staff to identify a comprehensive timeline and benchmarks.

Thank you for your thoughtful response to the education concerns in Colorado in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

Susana Córdova, EdD
Commissioner of Education

201 East Colfax Avenue, Room 500, Denver, CO 80203-1799   303-866-6646
Dr. Susana Córdova, Commissioner of Education | www.cde.state.co.us



Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International



**Southwest Colorado Education Collaborative**

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state, regional, district, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

As the Executive Director for the Southwest Colorado Education Collaborative, our rural intermediary is the logical point of contact to support rural school districts within this grant application. Serving nine school districts in the isolated rural Southwest, our organization supports existing and new infrastructure within our schools to build strong student engagement in career and college readiness. Facilitation of multiple school stakeholders including but not limited to: superintendents, principals, CTE directors, educators, parents, and students has demonstrated  early success in being the one-stop-shop for education initiatives for rural communities.

After being informed of your capacity-building service plan for Colorado, I want to share my full support of your proposal. If requested, I also agree to serve on the CC Advisory Board or will designate a representative to serve, and will aid in your dissemination efforts by sharing relevant information with our stakeholders through our steering committee meetings, professional learning communities, website, social media channels, and monthly newsletters.

Further, as requested, I will commit the time and leadership needed to support the implementation of the annual service plans. The priorities reflected in your proposal are:
1. Implementation of graduation and ICAP revised guidelines
2. Support and infrastructure for capstone and career-connected learning relevance for career and college readiness

Thank you for your thoughtful response to the education concerns in your Colorado proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,
Jessica Morrison
Executive Director, Southwest Colorado Education Collaborative



**Western Slope Schools**
Career Collaborative

Expansive in Distance,
United in Mission

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN
#84.283B. We understand that the focus of the CC program is on high quality capacity-building services
that will support the implementation of state, regional, district, and school-level initiatives to improve
the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

As the Executive Director of the Western Slope Schools Career Collaborative, our rural intermediary
organization is the ideal contact for supporting rural school districts in this grant application. Serving
four districts in the isolated West Central region, we enhance both existing and new infrastructure to
strengthen student engagement in career and college readiness. By facilitating collaboration among key
stakeholders—superintendents, principals, CTE directors, educators, parents, and students—we have
had early success establishing ourselves as the go-to resource for career connected learning initiatives in
rural communities.

After being informed of your capacity-building service plan for Colorado, I want to share my full support
of your proposal. If requested, I also agree to serve on the CC Advisory Board or will designate a
representative to serve, and will aid in your dissemination efforts by sharing relevant information with
our stakeholders through our steering committee meetings, professional learning communities, website,
social media channels, and monthly newsletters.

Further, as requested, I will commit the time and leadership needed to support the implementation of the
annual service plans. The priorities reflected in your proposal are:
1. Implementation of graduation and ICAP revised guidelines
2. Support and infrastructure for capstone and career-connected learning relevance for career and
   college readiness

Thank you for your thoughtful response to the education concerns in your Colorado proposal to the U.S.
Department of Education. If I can provide any further information, please contact me.

Sincerely,

Leigh Nansel
Executive Director
Western Slope Schools Career Collaborative



Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under
ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building
services that will support the implementation of state, regional, district, and school-level initiatives to
improve the educational outcomes for all students, close achievement gaps, and improve the quality of
instruction.

As the Executive Director for the Yampa Valley Partnership for Students, Stewardship, &
Sustainability (YVPS3), our rural intermediary is the logical point of contact to support rural school
districts within this grant application. Serving four school districts in the coal-impacted, rural
Northwest corner of Colorado, our organization supports existing and new infrastructure within our
schools to build strong student engagement in career and college readiness. Facilitation of multiple
school stakeholders including but not limited to: superintendents, principals, CTE directors, educators,
parents, and students has demonstrated  early success in being the one-stop-shop for education
initiatives for rural communities.

After being informed of your capacity-building service plan for Colorado, I want to share my full
support of your proposal. If requested, I also agree to serve on the CC Advisory Board or will
designate a representative to serve, and will aid in your dissemination efforts by sharing relevant
information with our stakeholders through our steering committee meetings, professional learning
communities, website, social media channels, and monthly newsletters.

Further, as requested, I will commit the time and leadership needed to support the implementation of
the annual service plans. The priorities reflected in your proposal are:
1. Implementation of graduation and ICAP revised guidelines
2. Support and infrastructure for capstone and career-connected learning relevance for career and
   college readiness

Thank you for your thoughtful response to the education concerns in your Colorado proposal to the
U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

**Jessica Counts**
Executive Director, YVPS3
email: jessica@yvps3.org
voice/text: (970) 629-1621
*"Empowering a Connected Future"*

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International



Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state, regional, district, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

Peak Education provides mentorship and support to help students achieve their educational and career goals. The Peak Education Signature Program serves 400 youth across 4 school districts in the Pikes Peak Region. We work closely with youth and their families to complete ICAP-related activities and ensure that our students are college- and career-ready upon graduation from high school. With a reputation for producing strong postsecondary outcomes, Peak Education has assumed a regional intermediary role through our Innovate COS project, which brings school districts, business/industry, education and higher education together to build regional infrastructure around career pathways for our region. This project has the potential to transform our region in many positive ways by strengthening relationships between schools and businesses, sharing resources, and making recommendations that benefit the entire community.

After being informed of your capacity-building service plan for Colorado, I want to share my full support of your proposal. If requested, I also agree to serve on the CC Advisory Board or will designate a representative to serve, and will aid in your dissemination efforts by sharing relevant information with our stakeholders through our steering committee meetings, professional learning communities, website, social media channels, and monthly newsletters.

Further, as requested, I will commit the time and leadership needed to support the implementation of the annual service plans. The priorities reflected in your proposal are:
1. Implementation of graduation and ICAP revised guidelines
2. Support and infrastructure for capstone and career-connected learning relevance for career and college readiness

Thank you for your thoughtful response to the education concerns in your Colorado proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

L. Carlos Jimenez
CEO
Peak Education
carlos@peakedu.org | 719-232-3218

Appendix E: Letters of Support, E8
ED 001147



900 S.W. Jackson Street, Suite 102
Topeka, Kansas 66612-1212
(785) 296-3201
www.ksde.org

May 22, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education
under ALN #84.283B. Through our recent conversations, we understand that the focus of
the CC program is on high quality capacity-building services that will support the
implementation of state-, regional-, district-, and school-level initiatives to improve the
educational outcomes for all students, close achievement gaps, and improve the quality of
instruction.

As the Chief State School Officer, I fully support the capacity-building service plan you are
proposing which has been created in collaboration with my office. I also agree to serve on
the CC Advisory Board or will designate a representative to serve, and will aid in your
dissemination efforts by sharing relevant information with our stakeholders through our
newsletters, website and social media. Further, I commit to devoting the time, leadership,
and personnel needed to implement the annual service plans to achieve the project's goals
and objectives. The high-leverage priority reflected in your proposal, which has been
collaboratively identified, is focused on **improving educational opportunities and outcomes
in Kansas schools through superintendent leadership development**. To address this priority,
I understand that McREL is proposing to provide technical assistance/capacity building
support for the KSDE and our partners in developing, implementing, and evaluating a
research-based Kansas Executive Leadership Development System (KELDS).

To ensure the annual service plan stays on track to achieve the project's goals and
objectives, we will work with you and your staff to identify a comprehensive timeline and
benchmarks.

Thank you for your thoughtful response to the education concerns in Kansas in your
proposal to the U.S. Department of Education. If I can provide any further information,
please contact me.

Sincerely,

Dr. Randy Watson

Commissioner of Education

*Kansas leads the world in the success of each student.*

900 S.W. Jackson Street, Suite 102
Topeka, Kansas 66612-1212
(785) 296-3201
www.ksde.org

May 21, 2022

Bryan Goodwin

President & CEO

McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full support of your proposal. Additionally, where requested, I will commit the time and leadership needed to support the implementation of the annual service plans. The high-leverage priority reflected in your proposal, which has been collaboratively identified, is focused on **improving educational opportunities and outcomes in Kansas schools through superintendent leadership development**. To address this priority, I understand that McREL is proposing to provide technical assistance/capacity building support for the Kansas State Department of Education (KSDE) and its partners, like my organization, in developing, implementing, and evaluating a research-based Kansas Executive Leadership Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

Ben Proctor
Deputy Commissioner of Learning Services

*Kansas leads the world in the success of each student.*



May 21, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8
Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B.
We understand that the CC program focuses on high-quality capacity-building services that will support
the implementation of state-, regional-, district-, and school-level initiatives to improve the educational
outcomes for all students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full support
of your proposal. I also agree to aid your dissemination efforts by sharing relevant information with our
stakeholders through our website, social media, and other communications outlets. Additionally, where
requested, I will commit the time and leadership needed to support the implementation of the annual
service plans. The collaboratively identified high-leverage priority reflected in your proposal is focused
on improving educational opportunities and outcomes in Kansas schools through superintendent
leadership development. To address this priority, I understand that McREL is proposing to provide
technical assistance/capacity-building support for the Kansas State Department of Education (KSDE)
and its partners, like my organization, in developing, implementing, and evaluating a research-based
Kansas Executive Leadership Development System (KELDS).

KASB supports this initiative and will partner with McREL through co-leadership with Dr. Doug Moeckel,
our Leadership Field Specialist, will help the KSDE and its districts and schools as we develop,
implement, and assess the effectiveness of KELDS. We have a strong historical relationship with McREL
and KSDE and will use it to actively support the project in our member districts.

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the
U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

Dr. Brian Jordan
Executive Director

**Kansas Association of School Boards**
1420 SW Arrowhead Road, Topeka, KS, 66604 • 785-273-3600



**College of Education**
**Department of Educational Leadership**

May 21, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under
ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building
services that will support the implementation of state-, regional-, district-, and school-level initiatives
to improve the educational outcomes for all students, close achievement gaps, and improve the quality
of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full
support of your proposal. I also agree to aid in your dissemination efforts by sharing relevant
information with our stakeholders through our website and social media. Additionally, where
requested, I will commit the time and leadership needed to support the implementation of the annual
service plans, and support the work moving forward in Kansas.

The high-leverage priority reflected in your proposal, which has been collaboratively identified, is
focused on **improving educational opportunities and outcomes in Kansas schools through
superintendent leadership development**. To address this priority, I understand that McREL is
proposing to provide technical assistance/capacity building support for the Kansas State Department
of Education (KSDE) and its partners, like my organization, in developing, implementing, and
evaluating a research-based Kansas Executive Leadership Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the
U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,



Dr. Mischel D. Miller
Executive Director
Kansas Educational Leadership Institute (KELI)



May 22, 2024


Bryan Goodwin
President &amp; CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education
under ALN #84.283B. We understand that the focus of the CC program is on high quality
capacity-building services that will support the implementation of state-, regional-, district-,
and school-level initiatives to improve the educational outcomes for all students, close
achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my
full support of your proposal. I also agree to aid in your dissemination efforts by sharing
relevant information with our stakeholders through our newsletters, website, and social media.
Additionally, where requested, I will commit the time and leadership needed to support the
implementation of the annual service plans.

The high-leverage priority reflected in your proposal, which has been collaboratively
identified, is focused on improving educational opportunities and outcomes in Kansas
schools through superintendent leadership development. To address this priority, I
understand that McREL is proposing to provide technical assistance/capacity building support
for the Kansas State Department of Education and its partners, like my organization, in
developing, implementing, and evaluating a research-based Kansas Executive Leadership
Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal
to the U.S. Department of Education. If I can provide any further information, please contact
me.

Sincerely,


G.A. Buie
Executive Director

1420 SW Arrowhead Rd. Suite 100 • Topeka, KS 66604 • 785-232-6566 www.usakansas.org



**Caney Valley Unified School District #436**

*Office of the Superintendent*

700 East Bullpup Blvd
Caney, KS 67333
Phone: (620)879-9200
Fax: (620)879-9209

Blake A. Vargas **Superintendent**

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin,

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on providing high-quality capacity-building services to support the implementation of state-, regional-, district-, and school-level initiatives aimed at improving educational outcomes for all students, closing achievement gaps, and enhancing the quality of instruction.

Having reviewed your capacity-building service plan for Kansas, I want to express my full support for your proposal. Additionally, I am committed to providing the necessary time and leadership to support the implementation of the annual service plans where requested. The high-leverage priority reflected in your proposal, collaboratively identified, focuses on enhancing educational opportunities and outcomes in Kansas schools through superintendent leadership development. To address this priority, I understand that McREL is proposing to offer technical assistance and capacity-building support for the Kansas State Department of Education (KSDE) and its partners, such as my organization, in developing, implementing, and evaluating a research-based Kansas Executive Leadership Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the U.S. Department of Education. If I can provide any further information, please feel free to contact me.

Sincerely,

**Blake A. Vargas**
Superintendent of Schools
USD#436-Caney Valley

*Building Up Life Long Passion Under Proven Success*



**Eudora Public Schools**
1310 Winchester Road, P.O. Box 500
Eudora, KS 66025-0500
785-542-4910
785-542-4909 (fax)
www.eudoraschools.org

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN
#84.283B. We understand that the focus of the CC program is on high quality capacity-building services
that will support the implementation of state-, regional-, district-, and school-level initiatives to improve
the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full support of
your proposal. Additionally, where requested, I will commit the time and leadership needed to support the
implementation of the annual service plans. The high-leverage priority reflected in your proposal, which
has been collaboratively identified, is focused on **improving educational opportunities and outcomes
in Kansas schools through superintendent leadership development**. To address this priority, I
understand that McREL is proposing to provide technical assistance/capacity building support for the
Kansas State Department of Education (KSDE) and its partners, like my organization, in developing,
implementing, and evaluating a research-based Kansas Executive Leadership Development System
(KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the U.S.
Department of Education. If I can provide any further information, please contact me.

Sincerely,

Stu Moeckel
Superintendent of Schools
USD #491 Eudora
#EUDORAPROUD

# PIPER USD 203

3130 N. 122nd St. | Kansas City, KS 66109
p. 913.721.2088 | f. 913.721.3573 | www.piperschools.com



Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full support of your proposal. Additionally, where requested, I will commit the time and leadership needed to support the implementation of the annual service plans. The high-leverage priority reflected in your proposal, which has been collaboratively identified, is focused on **improving educational opportunities and outcomes in Kansas schools through superintendent leadership development**. To address this priority, I understand that McREL is proposing to provide technical assistance/capacity building support for the Kansas State Department of Education (KSDE) and its partners, like my organization, in developing, implementing, and evaluating a research-based Kansas Executive Leadership Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.



Dr. Jessica R. Dain, Ed.D.
Superintendent of Schools

Allison Armstrong ~ John Bakarich, III ~ Larry Beashore ~ Ashley Biondi ~ Desiree' Fergus ~ Jeb Vader ~ Julian Wells
Dr. Jessica Dain, Superintendent of Schools



# USD 393 Solomon

*Home of the Gorillas*

May 24, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN
#84.283B. We understand that the focus of the CC program is on high quality capacity-building
services that will support the implementation of state-, regional-, district-, and school-level initiatives
to improve the educational outcomes for all students, close achievement gaps, and improve the
quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full support
of your proposal. Additionally, where requested, I will commit the time and leadership needed to
support the implementation of the annual service plans. The high-leverage priority reflected in your
proposal, which has been collaboratively identified, is focused on improving educational opportunities
and outcomes in Kansas schools through superintendent leadership development. To address this
priority, I understand that McREL is proposing to provide technical assistance/capacity-building
support for the Kansas State Department of Education (KSDE) and its partners, like my organization, in
developing, implementing, and evaluating a research-based Kansas Executive Leadership
Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the
U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,



Justin Coup
Superintendent, USD 393 Solomon

---

**Justin Coup**
Superintendent

785-655-2541 📞   ***USD 393 BOARD OF EDUCATION***

www.usd393.net
@SolomonSchools 🌐

113 East 7th Street
Solomon, KS 67480 📍

| **Andrea McCook** | **Brad Homman** | **Leanitta Heller** | **Denise Miller** | **Rob VanDeCreek** | **Wade Walker** | **Justin Zerbe** |
|---|---|---|---|---|---|---|
| BOE President | BOE Vice-President | Board of Education | Board of Education | Board of Education | Board of Education | Board of Education |

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International



OFFICE OF THE SUPERINTENDENT

Tiffany Anderson, Ed. D
Superintendent of Schools

May 21, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Kansas, I want to share my full support of your proposal. Additionally, where requested, I will commit the time and leadership needed to support the implementation of the annual service plans. The high-leverage priority reflected in your proposal, which has been collaboratively identified, is focused on **improving educational opportunities and outcomes in Kansas schools through superintendent leadership development**. To address this priority, I understand that McREL is proposing to provide technical assistance/capacity building support for the Kansas State Department of Education (KSDE) and its partners, like my organization, in developing, implementing, and evaluating a research-based Kansas Executive Leadership Development System (KELDS).

Thank you for your thoughtful response to the education concerns in Kansas in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

Dr. Tiffany Anderson
Superintendent
Topeka Public Schools

CENTRAL ADMINISTRATION & BOARD OF EDUCATION     624 SW 24ᵗʰ STREET     TOPEKA, KANSAS 66611 PHONE (785) 295-3059



**Missouri**
DEPARTMENT OF ELEMENTARY & SECONDARY
**EDUCATION**™

Margaret M. Vandeven, Ph.D. • Commissioner of Education

205 Jefferson Street, P.O. Box 480 • Jefferson City, MO 65102-0480 • dese.mo.gov

May 14, 2024

Mr. Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

The Missouri Department of Elementary and Secondary Education (DESE) is pleased with the capacity building and technical assistance services that McREL has provided for Missouri educators over the past five years of the 2019–2024 Comprehensive Centers Program. This support has closely aligned with Missouri's *Show-Me Success Plan* with the overarching goal to improve lives through education by providing access to opportunity.

Through the high-quality technical assistance provided by McREL and its partners, specifically the Community Training and Assistance Center, DESE has increased its capacity to support effective leaders who can ensure equitable access to education for all students through the Missouri Leadership Development System. As a result of these capacity-building services, school leaders across the state increased their knowledge and ability to engage in effective leadership practices, and DESE staff improved supports to advance the development of principals and superintendents.

Additionally, the technical assistance provided over the past five years successfully engaged and built the capacity of local literacy experts and facilitated DESE's development of a statewide formative assessment system focused on providing teachers in grade 2 with tools to improve instruction in early literacy.

DESE has always been pleased to collaborate with McREL and its partners, knowing that the results will be meaningful and impactful for Missouri's teachers, leaders, and students.

Sincerely,

Margie Vandeven, Ph.D.
Commissioner, Missouri Department of Elementary and Secondary Education

Phone 573-751-4446 • Fax 573-751-1179 • commissioner@dese.mo.gov

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International



# Educational Service Unit #1
*"Providing Innovation, Leadership and Service"*
211 Tenth Street • Wakefield, NE 68784-5014
402.287.2061 • Fax 402.287.2065
www.esu1.org
Dr. Bill Heimann, Administrator

SERVING:   CEDAR  •  DAKOTA  •  DIXON  •  KNOX  •  THURSTON  •  WAYNE  COUNTIES

May 23, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

It is with pleasure that I write this letter to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. The focus of the CC program on high quality capacity-building services that will support the implementation of state, regional, district, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction aligns with the mission of Educational Service Unit (ESU) #1. Our agency serves 23 school districts throughout our six-county region in northeast Nebraska. We partner with the Nebraska Department of Education on many initiatives that support local education agencies, including early childhood literacy.

After being informed of your capacity-building service plan for Nebraska, I want to express my full support of your proposal. ESU #1 will enhance your dissemination efforts by sharing relevant information with our stakeholders through direct communication to regional partners, school personnel, as well as through our website, social media, and newsletters. Additionally, where requested, I pledge to commit the time and leadership to support the implementation of the annual service plans. The high-leverage priority reflected in your proposal, which has been collaboratively identified, is focused on increasing early childhood student literacy (K–3). To address this priority, I understand that McREL is proposing to support teacher capacity to provide high quality, evidence-based early literacy instruction to all learners in coherence with Nebraska's Multi-Tiered System of Supports (NeMTSS) Framework and other Nebraska Department of Education initiatives.

A partnership with McREL, NDE, and ESU's through the Comprehensive Center Program will be an outstanding resource to enhance the capacity of educators. Thank you for responding to the education concerns in Nebraska in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

*Bill Heimann*

Dr. Bill Heimann, Administrator
Educational Service Unit #1




efficiency • excellence • effectiveness

**6949 South 110th St LaVista, NE 68128-5721 | ph • 402.597.4800 | fax • 402.597.4808 | www.esu3.org**

May 21, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Nebraska, I want to share my full support of your proposal. I also agree to aid in your dissemination efforts by sharing relevant information with our stakeholders through our website and social media to include facebook and twitter. Additionally, where requested, I will commit the time and leadership needed to support the implementation of the annual service plans. The high-leverage priority reflected in your proposal, which has been collaboratively identified, is focused on **increasing early childhood student literacy (K–3)**. To address this priority, I understand that McREL is proposing to support teacher capacity to provide high quality, evidence-based early literacy instruction to all learners in coherence with Nebraska's Multi-Tiered System of Supports (NeMTSS) Framework and other Nebraska Department of Education initiatives.

Thank you for your thoughtful response to the education concerns in Nebraska in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

Dan Schnoes
Chief Administrator

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

**North Building**
2657 44th Ave.
Columbus, NE 68601
O: 402.564.5753
F. 402.563.1121
@ESU7_NE
www.esu7.org



**Educational Service Unit 7**
Lead Customize
Support Innovate

**South Building**
2563 44th Ave.
Columbus, NE 68601
O: 402.564.0815
F: 402.563.1121
@ESU7_NE
www.esu7.org

*Serving the schools of Boone, Butler, Colfax, Merrick, Nance, Platte, and Polk counties.*

**Dr. Larianne Polk**
Chief Administrator
E: lpolk@esu7.org

**Dir. Marci Ostmeyer**
Professional Development
E: mostmeyer@esu7.org

**Dir. Tami Clay**
Special Education
E: tclay@esu7.org

**Dir. Dan Ellsworth**
Network Operations
E: ellsworth@esu7.org

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B.
We understand that the focus of the CC program is on high quality capacity-building services that will support the
implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all
students, close achievement gaps, and improve the quality of instruction.

After being informed of your capacity-building service plan for Nebraska, I want to share my full support of your
proposal. I also agree to aid in your dissemination efforts by sharing relevant information with our stakeholders
through our website and social media platforms. Additionally, where requested, I will commit the time and
leadership needed to support the implementation of the annual service plans. The high-leverage priority reflected in
your proposal, which has been collaboratively identified, is focused on **increasing early childhood student literacy
(K–3)**. To address this priority, I understand that McREL is proposing to support teacher capacity to provide high
quality, evidence-based early literacy instruction to all learners in coherence with Nebraska's Multi-Tiered System of
Supports (NeMTSS) Framework and other Nebraska Department of Education initiatives.

Thank you for your thoughtful response to the education concerns in Nebraska in your proposal to the U.S.
Department of Education. If I can provide any further information, please contact me.

Sincerely,

Dr. Larianne Polk
Chief Administrator

Appendix E: Letters of Support, E22
**ED 001161**



May 29, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN
#84.283B. We understand that the focus of the CC program is on high quality capacity-building services
that will support the implementation of state-, regional-, district-, and school-level initiatives to improve
the educational outcomes for all students, close achievement gaps, and improve the quality of
instruction.

After being informed of your capacity-building service plan for Nebraska, I want to share my full
support of your proposal. I also agree to aid in your dissemination efforts by sharing relevant
information with our stakeholders through our EDL website, Instagram, and LinkedIn page.
Additionally, where requested, I or an university representative will commit the time and leadership
needed to support the implementation of the annual service plans. The high-leverage priority reflected in
your proposal, which has been collaboratively identified, is focused on **increasing early childhood
student literacy (K–3)**. To address this priority, I understand that McREL is proposing to support
teacher capacity to provide high quality, evidence-based early literacy instruction to all learners in
coherence with Nebraska's Multi-Tiered System of Supports (NeMTSS) Framework and other Nebraska
Department of Education initiatives.

Thank you for your thoughtful response to the education concerns in Nebraska in your proposal to the
U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

*Janice Garnett*

Dr. Janice Garnett
Educational Leadership, Distinguished Senior Lecturer, Lecturer
College of Education, Health, and Human Services

 6001 Dodge Street, Omaha, NE 68182

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

**Kirsten Baesler**
State Superintendent

**Dr. Donna Fishbeck**
Chief of Staff

**Laurie Matzke**
Assistant Superintendent

NORTH DAKOTA DEPARTMENT OF
**PUBLIC INSTRUCTION**

600 E. Boulevard Ave, Dept. 201
Bismarck, ND 58501-0440

Phone: (701) 328-2260
Fax: (701) 328-2461

nd.gov/dpi

May 21, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. Through our recent conversations, we understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

As the Chief State School Officer, I fully support the capacity-building service plan you are proposing which has been created in collaboration with my office. I also agree to serve on the CC Advisory Board or will designate a representative to serve and will aid in your dissemination efforts by sharing relevant information with our stakeholders through social media and our weekly blasts. Further, I commit to devoting the time, leadership, and personnel needed to implement the annual service plans to achieve the project's goals and objectives. The high-leverage priority reflected in your proposal, which has been collaboratively identified, is focused on **improving working conditions to attract and retain qualified teachers to support student learning**. To address this priority, I understand that McREL is proposing to provide technical assistance/capacity building to assist the North Dakota Department of Public Instruction and its partners in attracting and retaining qualified teachers by improving the working conditions in districts and schools to better support student learning.

To ensure the annual service plan stays on track to achieve the project's goals and objectives, we will work with you and your staff to identify a comprehensive timeline and benchmarks.

Thank you for your thoughtful response to the education concerns in North Dakota in your proposal to the U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,

Kirsten Baesler
State Superintendent

| ND Center for Distance Education Fargo, ND (701) 298-4830 | ND School for the Deaf / RCDHH Devils Lake, ND (701) 665-4400 | ND State Library Bismarck, ND (701) 328-2492 | ND Vision Services / School for the Blind Grand Forks, ND (701) 795-2700 |

Appendix E: Letters of Support, E24
**ED 001163**



**DEPARTMENT OF TRIBAL RELATIONS**
711 East Wells Ave., Pierre, SD 57501 ● 605.773.3415

June 5, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to support the proposal that McREL International is submitting for the
Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN
#84.283B. Through our recent conversations, we understand that the focus of the CC program is on high
quality capacity-building services that will support the implementation of state-, regional-, district-, and
school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and
improve the quality of instruction.

As the Secretary for Tribal Relations, I fully support the capacity-building service plan you are proposing
which has been created in collaboration with my office. I also agree to serve on the CC Advisory Board or
will designate a representative to serve and will aid in your dissemination efforts by sharing relevant
information with our stakeholders through our website, social media, newsletters, and Buffalo Nation
News Videos. Further, I commit to devoting the time, leadership, and personnel needed to implement the
annual service plans to achieve the project's goals and objectives. The high-leverage priority reflected in
your proposal, which has been collaboratively identified, focuses on **using the Circles of Reflection to
meet the needs of Native American student wellbeing**. To address this priority, I understand that
McREL is proposing to utilize the Circles of Reflection process with the South Dakota Department of
Education and the South Dakota Department of Tribal Relations' Office of Indian Education and the
Tribal Education Directors to understand and improve supports for Native American student wellness.

To ensure the annual service plan stays on track to achieve the project's goals and objectives, we will
work with you and your staff to identify a comprehensive timeline and benchmarks.

Thank you for your thoughtful response to the education concerns in South Dakota in your proposal to the
U.S. Department of Education. If I can provide any further information, please contact me.

Sincerely,



David Flute (Jun 5, 2024 10:24 CDT)

**David Flute ● *Cabinet Secretary***
**SD DEPARTMENT OF TRIBAL RELATIONS**
david.flute@state.sd.us
Office: 605.773.5722 ● Cell: 605.295.1013

    **sdtribalrelations.sd.gov**



Opportunity Through Education

Wyoming Department of Education
122 W. 25th St., Ste. E200
Cheyenne, WY 82002
307-777-7675

Megan Degenfelder – *Superintendent of Public Instruction*
Dicky Shanor – *Chief of Staff*

June 5, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

I am pleased to learn that McREL International is submitting for the Region 8 Comprehensive Center (CC) Program funded by the U.S. Department of Education under ALN #84.283B. Through our recent conversations, we understand that the focus of the CC program is on high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

As Chief of Staff for the Wyoming Department of Education, I have personal knowledge of the great work McREL has done with our team through the current Region 11 CC work. That is how I know the proposed capacity-building service plan will also be successful. We will be active participants on the CC Advisory Board and aid in highlighting our collaborative efforts through our robust communications apparatus at the Department.

One of our most important strategic plan priorities is attracting and retaining high-quality staff at the Department of Education so we can keep up with ever-growing demands. The high-leverage proposal you have put together will help us accomplish this important goal.

Sincerely,



Dicky Shanor
Chief of Staff
Wyoming Department of Education

Wanda Maloney – *Chief Policy Officer* | Trent Carroll – *Chief Operations Officer*
Shelley Hamel – *Chief Academic Officer* | Linda Finnerty – *Chief Communications Officer*

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International



11951 Freedom Drive, Suite 1100
Reston, Virginia 20190

June 3, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Re:    Letter of Commitment to Participate with McREL to Support Response to Assistance
       Listing Number 84.283B for Region 8 Comprehensive Center

Dear Mr. Goodwin:

On behalf of the Applied Enterprise Management Corporation (AEM), I am pleased to confirm our commitment to support the work of McREL International as proposed for the Region 8 Comprehensive Center (CC) to be funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on providing high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

AEM has a broad range of expertise working nationally and internationally, as well as specifically with the Region 8 states of Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, and Wyoming. AEM has staff located within the region and has conducted numerous projects and technical assistance activities with state and local educators in the region. I expect our collaboration during the five-year period of performance to be mutually productive and valuable. Specifically, we understand that the Missouri Department of Elementary and Secondary Education (DESE) has requested the Region 8 CC's assistance in **improving early literacy instruction through the use of formative assessment.** We also know that DESE is about to experience a significant leadership transition with the arrival of a new commissioner of education, Dr. Karla Eslinger, this summer. To support the R8CC, AEM is particularly excited to offer the expertise of two, Missouri-based senior technical assistance specialists who previously held executive leadership positions at DESE, Dr. Chris Nicastro, former Commissioner of Education, and Dr. Kathy Thornburg, former Assistant Commissioner of Early and Extended Learning. Providing content expertise and deep knowledge of the Missouri education landscape, Drs. Nicastro and Thornburg will advise R8CC on the technical assistance project and provide insights and guidance with respect to state education agency leadership transitions. Drs. Nicastro and Thornburg's expertise are supplemented by support from an AEM Executive to ensure they have ready access to necessary AEM staff and resources.

Your professionalism and efforts to link research, policy, and practice in meaningful and effective ways have solidly established McREL's reputation for conducting quality, evidence-based work that is used by your constituents to improve the lives and work of educators, students, and their families. As such, AEM and its staff look forward to leveraging our expertise, experience, and regional knowledge with that of McREL's in working on this very important project to ensure that students and families throughout Region 8 have access to high-quality opportunities and equitable outcomes.

(703) 464-7030 main | (703) 464-7035 fax | aemcorp.com



11951 Freedom Drive, Suite 1100
Reston, Virginia 20190

We look forward to a productive working relationship with you and our client. Please feel free to contact Maggie Pabustan, maggie.pabustan@aemcorp.com, 703-464-7030 x8017, with any questions concerning our technical and cost submissions, as well as any contractual questions.

Sincerely,

Digitally signed by Sharon
deMonsabert
Date: 2024.06.04 15:20:53
-04'00'

Sharon deMonsabert
President

**International Consultants, LLC**
Dorothy Aguilera-Black Bear
President
3441 13th Avenue SW
Watertown, SD 57201

June 20, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

Thank you for inviting me to support the work of McREL International as proposed for the
Region 8 Comprehensive Center (CC) to be funded by the U.S. Department of Education
under ALN #84.283B. Having been involved with the Region 11 CC during this past cycle
(2019–2024), I understand that the focus of the CC program is on providing high quality
capacity-building services that will support the implementation of state-, regional-, district-,
and school-level initiatives to improve the educational outcomes for all students, close
achievement gaps, and improve the quality of instruction. I enthusiastically support the
proposed work in South Dakota and am willing to serve as a consultant.

As described in your proposal, I am fully capable of performing the assigned tasks and will be
working under the effective control of McREL during the length of the contract. My specific
tasks include serving as a Co-Lead for the South Dakota Department of Tribal Relations
project, as well as commit to support other future contracted projects occurring within the
state that are focused on Native American student populations, including providing feedback
through an Indigenous cultural lens.

I expect our collaboration during the five-year period of performance to be mutually
productive and valuable. Your professionalism and efforts to link research, policy, and
practice in meaningful and effective ways have solidly established McREL's reputation for
conducting quality, evidence-based work that is used by your constituents to improve the lives
and work of educators, students, and their families. As such, I look forward to leveraging my
expertise, experience, and regional knowledge with that of McREL's in working on this very
important project to ensure that students and families in South Dakota have access to high-
quality opportunities and equitable outcomes.

If I can provide any further information, please contact me.
Sincerely,

Dorothy Aguilera Black Bear



Advancing Evidence.
Improving Lives.

June 3, 2024

Headquarters
1400 Crystal Drive, 10th Floor
Arlington, VA 22202-3289
+1.202.403.5000
AIR.ORG

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

**Re: Region 8 Comprehensive Center**

Dear Mr. Goodwin,

On behalf of the American Institutes for Research (AIR), I am pleased to confirm our commitment to support the work of McREL International as proposed for the Region 8 Comprehensive Center (CC) to be funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on providing high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

AIR has a broad range of expertise working nationally and internationally, as well as specifically with the Region 8 states of Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, and Wyoming. AIR has staff located within the region and has conducted numerous projects and technical assistance activities with state and local educators in the region. I expect our collaboration during the five-year period of performance to be mutually productive and valuable. Your professionalism and efforts to link research, policy, and practice in meaningful and effective ways have solidly established McREL's reputation for conducting quality, evidence-based work that is used by your constituents to improve the lives and work of educators, students, and their families.

AIR and its staff look forward to leveraging our expertise, experience, and regional knowledge with that of McREL's in working on this very important project to ensure that students and families throughout Region 8 have access to high-quality opportunities and equitable outcomes.

If I can provide any further information, please contact me.

Sincerely,

Kandace Jones
Vice President, Education Systems and Policy

**Child** Trends

May 30, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

On behalf of Child Trends, I am pleased to confirm our commitment to support the work of
McREL International as proposed for the Region 8 Comprehensive Center (CC) to be funded
by the U.S. Department of Education under ALN #84.283B. We understand that the focus of
the CC program is on providing high quality capacity-building services that will support the
implementation of state-, regional-, district-, and school-level initiatives to improve the
educational outcomes for all students, close achievement gaps, and improve the quality of
instruction.

Child Trends has a broad range of expertise working nationally and internationally, as well as
specifically with the Region 8 states of Colorado, Kansas, Missouri, Nebraska, North Dakota,
South Dakota, and Wyoming. Child Trends has staff located within the region and has
conducted numerous projects and technical assistance activities with state and local educators
in the region. I expect our collaboration during the five-year period of performance to be
mutually productive and valuable. Your professionalism and efforts to link research, policy,
and practice in meaningful and effective ways have solidly established McREL's reputation
for conducting quality, evidence-based work that is used by your constituents to improve the
lives and work of educators, students, and their families.

Child Trends and its staff look forward to leveraging our expertise, experience, and regional
knowledge with that of McREL's in working on this very important project to ensure that
students and families throughout Region 8 have access to high-quality opportunities and
equitable outcomes.

If I can provide any further information, please contact me.

Sincerely,

Natalia Pane
President

12300 Twinbrook Parkway, Suite 235
Rockville, MD 20852
240.223.9200 | childtrends.org

 COMMUNITY TRAINING AND ASSISTANCE CENTER

One Boston Place
Suite 2606
Boston, MA 02108
617.423.1444

www.ctacusa.com

June 7, 2024

Bryan Goodwin, CEO & President
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237

Re: Letter of Commitment for Region 8 Comprehensive Center CFDA 84.283B

Dear Bryan,

The Community Training and Assistance Center (CTAC) is pleased to submit this letter to McREL International (McREL) to confirm CTAC's availability and commitment to McREL's Region 8 Comprehensive Center bid. CTAC is eager to work with McREL to provide technical assistance capacity building services and subject matter expertise that address high-leverage problems in Region 8, if awarded this contract.

Based on our current relationship and Region 12 Comprehensive Center partnership, we know that McREL offers a full range of technical assistance services that are designed to effectively build the capacity of public and private service providers and agencies to support the populations they serve. McREL is committed to excellence with a focus on outcomes leading to positive impact for students.

CTAC's experience at local, state, and national levels supporting significant long-term improvements in student academic growth, teacher and administrator effectiveness, and organizational capacity aligns well with this initiative. CTAC has provided impactful capacity building assistance to 45 states, hundreds of school districts, and multiple federal departments.

We believe the proposed team has the vision, leadership, and subject matter expertise to successfully carry out all requirements under this effort. We are not aware of any potential conflicts of interest related to supporting this contract opportunity. We look forward to working closely with McREL to support the states within Region 8.

Should you have any questions, please do not hesitate to contact me at 617-423-1444 or bslotnik@ctacusa.com.

Sincerely,

William J. Slotnik
Chief Executive Officer



Shazia Miller
*Senior Vice President*
(312) 780-2151

**May 29, 2024**

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

**RE: Letter of Support**

Dear Mr. Goodwin:

On behalf of Mathematica, I am pleased to confirm our commitment to support the work of McREL
International as proposed for the Region 8 Comprehensive Center (CC) to be funded by the U.S.
Department of Education under ALN #84.283B. We understand that the focus of the CC program is on
providing high quality capacity-building services that will support the implementation of state-, regional-,
district-, and school-level initiatives to improve the educational outcomes for all students, close
achievement gaps, and improve the quality of instruction.

Mathematica has a broad range of expertise working nationally and internationally, as well as specifically
with the Region 8 states of Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, and
Wyoming as the Regional Educational Laboratory for the Central Region (REL Central). Mathematica
has staff located within the region and has conducted numerous projects and technical assistance activities
with state and local educators in the region. I expect our collaboration during the five-year period of
performance to be mutually productive and valuable. Your professionalism and efforts to link research,
policy, and practice in meaningful and effective ways have solidly established McREL's reputation for
conducting quality, evidence-based work that is used by your constituents to improve the lives and work
of educators, students, and their families.

Mathematica and its staff look forward to leveraging our expertise, experience, and regional knowledge,
including with assistance from the REL Central where needed and approved by the Institute of Education
Sciences, with that of McREL's in working on this very important project to ensure that students and
families throughout Region 8 have access to high-quality opportunities and equitable outcomes.

If I can provide any further information, please contact me.

Sincerely,



P.O. Box 2393, Princeton, NJ 08543-2393  •  (609) 799-3535 phone  (609) 799-0005 fax  •  mathematica.org
An Affirmative Action/Equal Opportunity Employer

PR/Award # S283B240050                    Appendix E: Letters of Support, E33
Page e282                                  **ED 001172**

OUTER BANKS EDUCATION CONSULTING LLC

May 31, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

Thank you for inviting me to support the work of McREL International as proposed for the
Region 8 Comprehensive Center (CC) to be funded by the U.S. Department of Education under
ALN #84.283B. Having been involved with the North Central CC (2012–2019) and Region 11
CC during this past cycle (2019–2024), I understand that the focus of the CC program is on
providing high quality capacity-building services that will support the implementation of state-,
regional-, district-, and school-level initiatives to improve the educational outcomes for all
students, close achievement gaps, and improve the quality of instruction. I enthusiastically
support the proposed work in South Dakota and am willing to serve as a consultant.

As described in your proposal, I am fully capable of performing the assigned tasks and will be
working under the effective control of McREL during the length of the contract. My specific
tasks include serving as a Co-Lead for the South Dakota Department of Education project,
as well as commit to support other future projects occurring within the state where necessary.

I expect our collaboration during the five-year period of performance to be mutually productive
and valuable. Your professionalism and efforts to link research, policy, and practice in
meaningful and effective ways have solidly established McREL's reputation for conducting
quality, evidence-based work that is used by your constituents to improve the lives and work of
educators, students, and their families. As such, I look forward to leveraging my expertise,
experience, and regional knowledge with that of McREL's in working on this very important
project to ensure that students and families in South Dakota have access to high-quality
opportunities and equitable outcomes.

If I can provide any further information, please contact me.

Sincerely,



Kathleen Dempsey
Outer Banks Education Consulting LLC

210 Mariners Way
Moyock, NC 27958




June 7, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

On behalf of the Midwest and Plains Equity Assistance Center (MAP) at Indiana University's
Great Lakes Equity Center, I am pleased to confirm our commitment to support the work of
McREL International as proposed for the Region 8 Comprehensive Center (CC) to be funded
by the U.S. Department of Education under ALN #84.283B. We understand that the focus of
the CC program is on providing high quality capacity-building services that support the
implementation of state, regional, district, and school initiatives to improve the educational
outcomes for all students, close opportunity and outcome gaps, and improve instruction.

With the MAP Center's service to Kansas, Missouri, Nebraska, North Dakota, and South
Dakota, we expect our collaboration during the five-year period of performance to be
mutually productive and valuable. Based on McREL's reputation for linking research, policy,
and evidence-based practices in meaningful and effective ways and past collaborations, we
know the work you will provide to your constituents, with MAP Center partnership along the
way, will aim to improve the lives and work of educators, students, and their families.

The MAP Center and our staff look forward to leveraging our expertise, experience, and
regional knowledge with that of McREL's in working on this very important project to ensure
that students and families within Kansas, Missouri, Nebraska, North Dakota, and South
Dakota have access to high-quality opportunities and equitable outcomes. If we can provide
any further information, please do not hesitate to contact us.

Sincerely,

Kathleen King Thorius, Ph.D.
Professor and Executive Director, Great Lakes Equity Center

Seena M. Skelton, Ph.D.
Director of Operations, Great Lakes Equity Center
Director, Midwest & Plains Equity Assistance Center



May 29, 2024

Bryan Goodwin
President & CEO
McREL International
4601 DTC Boulevard, Suite 500
Denver, CO 80237-2596

Dear Mr. Goodwin:

On behalf of the Western Educational Equity Assistance Center (WEEAC) at WestEd, I am pleased to express our commitment to support the work of McREL International as proposed for the Region 8 Comprehensive Center (CC) to be funded by the U.S. Department of Education under ALN #84.283B. We understand that the focus of the CC program is on providing high quality capacity-building services that will support the implementation of state-, regional-, district-, and school-level initiatives to improve the educational outcomes for all students, close achievement gaps, and improve the quality of instruction.

The WEEAC provides technical assistance and professional learning upon request from school boards and governmental agencies through equity-centered capacity-building to better serve students who have experienced ongoing inequities in our educational system because of their race, national origin, sex, or religion. As WEEAC's service area includes Colorado and Wyoming, I expect that our collaboration during the five-year period of performance will be productive. I worked with members of the McREL team to produce a webinar series in 2023. I found their contributions to be of the highest quality. McREL's approach to linking research, policy, and evidence-based practices is aligned with ours.

We look forward to working with you to improve the learning, lives, and work of educators, students, and their families. Our collaboration will leverage our expertise, experience, and regional knowledge McREL's to ensure that students and families within Colorado and Wyoming have access to high-quality opportunities and equitable outcomes.

Sincerely,

Niki Sandoval, Ph.D.
Co-Director
Western Educational Equity Assistance Center (WEEAC) at WestEd

**730 Harrison Street San Francisco, California 94107**

**Budget Narrative File(s)**

* **Mandatory Budget Narrative Filename:** | 1239-McREL_Region8CC_BudgetJustification.pdf |

| Add Mandatory Budget Narrative | | Delete Mandatory Budget Narrative | | View Mandatory Budget Narrative |

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | | Delete Optional Budget Narrative | | View Optional Budget Narrative |

PR/Award # S283B240050

Page e286

ED 001176

Tracking Number:GRANT14193676    Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 11:50:00 PM EDT

### BUDGET NARRATIVE
*For the period: 10/1/2024 to 9/30/2029 (using McREL fiscal year 2023 as baseline)*

## A. SENIOR PERSONNEL

Salaries are budgeted with daily rates, based on a 1,800-hour year and include average vacation and other leave costs. Actual daily rates are calculated each month based upon a percentage of effort in each cost center worked. Salary rates subsequent to 2024 are calculated with a 4% escalation which allows for annual merit increase.

- ***Joe Simpson, Ed.S.***, a McREL program director and current co-director for the Region 11 Comprehensive Center (R11CC), will serve as the proposed **Region 8 CC (R8CC) Director and High-Leverage Problem (HLP) Co-Lead for North Dakota and Wyoming**. As the Project Director, Mr. Simpson will be responsible and accountable for all aspects of the R8CC's operation, serving as the primary point-of-contact with the U.S. Department of Education (ED), the region's seven chief state school officers (CSSOs), and CCNetwork partners. He will lead monthly meetings with R8CC staff and partners to discuss national, state, and regional updates and manage communication and dissemination activities in coordination with the communications team. Mr. Simpson will also work with McREL leaders and its Business Services office, the R8CC co-deputy directors, and the evaluation team to ensure timely, effective, and cost-efficient delivery of services and reporting required by ED. As a HLP co-lead, he will provide capacity-building services in North Dakota and Wyoming to assess needs and support efforts to improve teacher working conditions and strengthen state education agency (SEA) systems to support district and school improvement.

| | Year 1 (Y1) | Year 2 (Y2) | Year 3 (Y3) | Year 4 (Y4) | Year 5 (Y5) |
|---|---|---|---|---|---|
| Annual Salary | $163,599 | $170,143 | $176,948 | $184,029 | $191,387 |
| %FTE | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Project Salary | $122,699 | $127,607 | $132,711 | $138,022 | $143,540 |

- ***Katie Allen, Ed.D.***, an associate director at McREL and current Region 12 CC (R12CC) co-director and Kansas co-lead, will serve as the **R8CC's Co-Deputy Director and HLP Co-Lead for Kansas and the South Dakota Department of Tribal Relations (SDDTR) project**. In her role as co-deputy director, Dr. Allen will serve as part of the R8CC's leadership team, providing strategic leadership, mentoring and leading staff, building relationships with clients and non-CCNetwork partner organizations, and managing all aspects of projects, including timelines and budgets. As a co-lead, she will provide capacity-building services in Kansas and with the SDDTR, working with educators and SEA and local education agency (LEA) staff to assess needs and support school improvement efforts in areas such as executive leadership and participatory processes that engage stakeholders in addressing gaps to improve Native American student outcomes. She will also align the support services being provided by Dr. Doug Moeckel in Kansas and Dr. Dorothy Aguilera-Black Bear in South Dakota.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $135,402 | $140,818 | $146,450 | $152,312 | $158,402 |
| %FTE | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Project Salary | $81,241 | $84,491 | $87,870 | $91,387 | $95,041 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.  PR/Award # S283B240050
ED 001177

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

- *Richard "Rich" Resendez, Ph.D.*, an associate director at McREL and current R12CC co-director, will serve as the **R8CC's Co-Deputy Director and HLP Co-Lead for Colorado and Nebraska**. In his role as co-deputy director, Dr. Resendez will serve as part of the R8CC's leadership team, contributing to the development of project logic models, formative evaluation, communications, and quality assurance (QA) processes. He will also be responsible for providing strategic leadership, subcontractor management, mentoring and leading staff, building relationships with clients, and managing all aspects of projects, including timelines and budgets. As co-lead for Colorado and Nebraska, he will lead capacity-building projects, working with educators and SEA and LEA staff to assess needs and support school improvement efforts in areas such as literacy development and instruction, graduation pathways, and educational leadership.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $135,402 | $140,818 | $146,450 | $152,312 | $158,402 |
| %FTE | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Project Salary | $81,241 | $84,491 | $87,870 | $91,387 | $95,041 |

- *Christina Lemon, Ed.D.*, a McREL consultant and current R12CC co-lead for Colorado, will serve as **HLP Co-Lead for Colorado and Missouri** for the proposed R8CC. As a co-lead, Dr. Lemon will contribute her expertise in personalized, inquiry-based, and competency-based learning to help improve early literacy outcomes in Missouri and, leveraging her expertise in secondary education and learning pathways help guide the Colorado team to develop and strengthen pathways to postsecondary for all students in Colorado.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $105,885 | $110,120 | $114,525 | $119,107 | $123,870 |
| %FTE | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Project Salary | $63,531 | $66,072 | $68,715 | $71,464 | $74,322 |

- *Dylan Kriescher, Ph.D.*, a McREL researcher and current project staff for the R12CC, will serve as **HLP Co-Lead for Missouri** for the proposed R8CC. As a co-lead, Dr. Kriescher will use their expertise in research design and formative assessment to help Missouri further address their literacy formative assessment HLP.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $92,063 | $95,743 | $99,573 | $103,560 | $107,700 |
| %FTE | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Project Salary | $27,619 | $28,723 | $29,872 | $31,068 | $32,310 |

- *Jeanette King, Ph.D.*, a senior researcher at McREL and current project staff for the R11CC, will serve as **HLP Co-Lead for Nebraska** for the proposed R8CC. As a co-lead, Dr. King will use her expertise in evidence-based literacy instruction and equity to help Nebraska address its HLP: Increasing early childhood literacy (K–3).

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $118,463 | $123,203 | $128,130 | $133,260 | $138,587 |
| %FTE | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Project Salary | $35,539 | $36,961 | $38,439 | $39,978 | $41,576 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.  PR/Award # S283B240050

ED 001178

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

- *Tara Isaacs, Ed.D.*, Executive Director of Learning Services at McREL, will serve as **HLP Co-Lead for North Dakota and Wyoming**, alongside Director Simpson, for the proposed R8CC. As a co-lead, Dr. Isaacs will contribute her expertise in educational leadership and professional learning to help both North Dakota and Wyoming address their HLPs focused on improving teacher working conditions and strengthening SEA systems to support district and school improvement.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $175,272 | $182,282 | $189,573 | $197,160 | $205,042 |
| %FTE | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Project Salary | $105,163 | $109,369 | $113,744 | $118,296 | $123,025 |

- *Avalloy McCarthy, Ph.D.*, a McREL researcher, will serve as **HLP Co-Lead for the South Dakota Department of Education (SDDOE) project**, for the proposed R8CC. As a co-lead, Dr. McCarthy will contribute her expertise in evidence-based mathematics instruction and mathematics teacher professional learning to help the SDDOE address its mathematics HLP.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $92,517 | $96,217 | $100,063 | $104,070 | $108,230 |
| %FTE | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Project Salary | $27,755 | $28,865 | $30,019 | $31,221 | $32,469 |

- *Michelle Askeland, B.A.*, a McREL communications specialist and current communications lead for the R11CC, will serve as the **Communications Lead** for the proposed R8CC. As the Communications Lead, Ms. Askeland will coordinate with the communications departments at each Region 8 SEA to align services, gain approval for media releases, manage social media activities, and promote two-way communication with education stakeholders in the region. She will also support research, edits, and writing for R8CC publications, manage content for the R8CC website, and serve as the point-of-contact for CCNetwork communication and dissemination efforts.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $96,874 | $100,749 | $104,777 | $108,971 | $113,329 |
| %FTE | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 |
| Project Salary | $33,906 | $35,262 | $36,672 | $38,140 | $39,665 |

- *Tracie Crowl, M.A.*, a McREL research associate, will serve as the **Internal Evaluator** for the proposed R8CC. In this evaluation role, Ms. Crowl will assist HLP teams with continuous improvement processes; for example, monitoring HLP teams' progress toward service plan milestones, outputs, and outcomes; developing and administering stakeholder surveys for formative feedback; developing interview protocols and conducting interviews with internal staff and clients; analyzing qualitative and quantitative data; and creating user-friendly data displays.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $81,612 | $84,876 | $88,272 | $91,804 | $95,476 |
| %FTE | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Project Salary | $20,403 | $21,219 | $22,068 | $22,951 | $23,869 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.  PR/Award # S283B240050
ED 001179

## B. OTHER PERSONNEL

- ***Kimberly Jones, M.A.***, an administrative specialist for McREL, will serve as the **Project Manager** for the proposed R8CC. In this capacity, Ms. Jones will create workflow and collaboration structures, monitor staffing and the budget alongside Director Simpson, as well as provide support critical to the success of the HLP teams, including logistics and operational support. She will also capture decision making and action items during live notetaking; schedule meetings with both internal and external teams; coordinate travel, plan in-person meetings; develop and coordinate the QA responsibilities for ED reports and other deliverables.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $69,397 | $72,173 | $75,060 | $78,064 | $81,185 |
| %FTE | 73.6 | 73.6 | 73.6 | 73.6 | 73.6 |
| Project Salary | $51,076 | $53,119 | $55,244 | $57,455 | $59,752 |

- ***Judy Counley, B.F.A.***, McREL's Media Development Lead and current communications/ media support for the R11CC, R12CC, and the Regional Educational Laboratory for the Pacific Region (REL Pacific), will provide **Website/Media Development** for the proposed R8CC. In this capacity, Ms. Counley will support graphic design for R8CC publications and manage content for the R8CC website.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $106,340 | $110,590 | $115,010 | $119,620 | $124,400 |
| %FTE | 20.0 | 10.0 | 10.0 | 10.0 | 10.0 |
| Project Salary | $21,268 | $11,059 | $11,501 | $11,962 | $12,440 |

- ***Kent Davis, Ed.D.***, a McREL consulting director, will provide **Leadership Development Support** for the initial year of the proposed R8CC's project in North Dakota. In this capacity, Dr. Davis will provide subject-matter expertise related to district and school leadership and strengthening leadership capacities to improve working conditions.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $146,333 | -- | -- | -- | -- |
| %FTE | 0.6 | -- | -- | -- | -- |
| Project Salary | $878 | -- | -- | -- | -- |

- ***Meghan Kandel, B.S.***, Senior Director of People & Culture at McREL, will provide **Human Resources Support** for the initial year of the proposed R8CC's project in Wyoming. In this capacity, Ms. Kandel will provide subject-matter expertise related to the lifecycle of employment to help improve job satisfaction and retention of high-quality staff.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $149,167 | -- | -- | -- | -- |
| %FTE | 0.6 | -- | -- | -- | -- |
| Project Salary | $895 | -- | -- | -- | -- |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.    PR/Award # S283B240050

ED 001180

- *Natasha Saelua, Ph.D.*, a McREL researcher, will serve as the **External Evaluator** for the proposed R8CC. In this evaluation role, Dr. Saelua will provide an independent, objective assessment of the R8CC by evaluating progress toward, and achievement of, identified HLP project outcomes and reporting on the Government Performance Reporting Act (GPRA) measures identified for the CC Program in annual progress and evaluation reports. Evaluation methods and instruments will be developed collaboratively with the each R8CC HLP team to ensure they accurately and comprehensively capture intended and unintended outcomes, and provide meaningful information to ED, team members, clients, and partners, thereby complementing the capacity building and continuous improvement supports provided by the R8CC internal evaluation.

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual Salary | $100,560 | $104,585 | $108,765 | $113,120 | $117,640 |
| %FTE | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Project Salary | $20,112 | $20,917 | $21,753 | $22,624 | $23,528 |

## C. FRINGE BENEFITS

Fringe benefits are charged at actual rates but are budgeted as a percentage of salaries at an expected average rate of 32% of wages and salaries based on the following approximate allocations:

| Benefit & Rate | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| FICA (7%) | $ 48,533 | $ 49,571 | $ 51,553 | $ 53,617 | $ 55,760 |
| Health Insurance (10%) | $ 69,333 | $ 70,816 | $ 73,648 | $ 76,596 | $ 79,658 |
| Dental Insurance (1%) | $ 6,933 | $ 7,082 | $ 7,365 | $ 7,660 | $ 7,966 |
| Employer's Annuity Contribution (9%) | $ 62,399 | $ 63,734 | $ 66,283 | $ 68,936 | $ 71,692 |
| Other* (5%) | $ 34,665 | $ 35,406 | $ 36,825 | $ 38,296 | $ 39,829 |

*Note:* "Other" includes travel insurance, worker's compensation, unemployment insurance, long-term disability and term life insurance.

## D. TRAVEL

All travel rates are based on experience rate usage in prior fiscal periods and current market rates with a 4% inflation rate for ongoing years depending on the origin and destination locations. Travel rates for FY2024: Airfare ($784), lodging per night ($170), meals and incidentals ($75), ground transportation ($95). McREL does reimburse for mileage costs at the approved IRS rate of $0.655/mile. Adjustments are also made for travel to high-price locations (e.g., Washington, DC). Two items to note: (1) The same rates are used to determine travel for staff, consultants, and participants in events; and (2) these are budgeted travel costs; actual costs will be used for invoicing.

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.  PR/Award # S283B240050

ED 001181

<u>Year 1</u>

- **Project Director Meeting** (Participation in required ED meetings for the R8CC cooperative agreement)

| Origin: | Cheyenne, WY; Manhattan, KS; & Denver, CO | # of Trips: | 1 trip per year x 3 staff members (Director & Co-Deputy Directors) |
|---|---|---|---|
| Destination: | Washington, DC | # of Nights per Trip: | 2 |
| Staff Members: | J. Simpson, Project Director; K. Allen, Co-Deputy Director; R. Resendez, Co-Deputy Director | Cost per Trip: | $1,513 |
| | | Total Cost: | $4,539 |

**How will these trips help the project succeed?** The R8CC Project Director and Co-Deputy Directors need to stay informed about information being provided by ED and the National Center, Content Centers, and federally funded TA centers. To effectively manage the R8CC cooperative agreement, the Project Director and/or Co-Deputy Directors need to participate in all relevant meetings sponsored by ED that relate to the CC program.

- **Project Initiation Meetings** (Additional needs-sensing with education leaders and stakeholders to finalize the annual service plans within 90 days of award)

| Origin: | Cheyenne, WY; Manhattan, KS; & Denver, CO | # of Trips: | 10 trips (Simpson to KS, MO, NE, ND, & SD; Allen to MO & SD; Resendez to KS, NE, & ND) |
|---|---|---|---|
| Destination: | Various locations within CO, KS, MO, NE, ND, SD, & WY | # of Nights per Trip: | 2 |
| Staff Members: | J. Simpson, Project Director; K. Allen, Co-Deputy Director; R. Resendez, Co-Deputy Director | Cost per Trip: | ~$1,513 |
| | | Total Cost: | $15,129 |

**How will these trips help the project succeed?** The R8CC Project Director and Co-Deputy Directors will lead additional needs-sensing with the CSSOs/designees, other education leaders, and community members to update and finalize the annual service plans. To effectively manage the R8CC cooperative agreement, the Project Director and Co-Deputy Directors need to maintain collaborative, productive relationships with clients and recipients.

- **HLP Co-Lead Trips** (Provision of face-to-face, intensive capacity-building services)

| Origin: | Denver, CO; Pace, FL; Freeport, FL; Manhattan, KS; Hempstead, NY; Cheyenne, WY | # of Trips: | 24 trips |
|---|---|---|---|
| Destination: | Various locations within CO, KS, MO, NE, ND, SD, & WY | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, J. King, D. Kriescher, C. Lemon, A. McCarthy, R. Resendez & J. Simpson | Cost per Trip: | ~$1,548 |
| | | Total Cost: | $37,147 |

**How will these trips help the project succeed?** Regular trips to Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, and Wyoming will provide the respective state, regional, tribal, and local education agencies (SEAs, REAs, TEAs, and LEAs) with intensive capacity-building services that will be instrumental in moving the projects forward to address each state's HLPs. These visits will also provide an opportunity for the HLP leads to build relationships and rapport with various SEA, REA, and LEA staff, including the CSSOs. Travel for McREL HLP co-leads residing within CO, KS, & WY will involve a combination of local travel and air travel.

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.    PR/Award # S283B240050

ED 001182

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

- **Advisory Board (AB) Meeting** (in-person)

| Origin: | TBD | # of Trips: | 1 trip per year x 13 AB members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| AB Members: | 13 out-of-town members | Cost per Trip: | ~$1,513 |
| | | Total Cost: | $19,668 |

| Origin: | Pace, FL; Freeport, FL; Honolulu, HI; Manhattan, KS; Hempstead, NY | # of Trips: | 1 trip per year x 5 staff members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 3 |
| Staff Members: | K. Allen, T. Isaacs, C. Lemon, A. McCarthy, & N. Saelua | Cost per Trip: | ~$1,864 |
| | | Total Cost: | $9,321 |

| **How will these trips help the project succeed?** The annual, in-person Advisory Board meetings will be used to discuss the annual service plans, engage in needs sensing to inform the plans, review progress on the state HLPs, solicit feedback to guide implementation, discuss lessons learned, and advise on next-step activities. |
|---|

## Year 2
*(For Year 2 and subsequent years, refer to the Year 1 explanations as to how each trip will help the R8CC succeed.)*

- **Project Director Meeting** (Participation in required ED meetings for the R8CC cooperative agreement)

| Origin: | Cheyenne, WY; Manhattan, KS; & Denver, CO | # of Trips: | 1 trip per year x 3 staff members (Director & Co-Deputy Directors) |
|---|---|---|---|
| Destination: | Washington, DC | # of Nights per Trip: | 2 |
| Staff Members: | J. Simpson, Project Director; K. Allen, Co-Deputy Director; R. Resendez, Co-Deputy Director | Cost per Trip: | ~$1,573 |
| | | Total Cost: | $4,720 |

- **HLP Co-Lead Trips** (Provision of face-to-face, intensive capacity-building services)

| Origin: | Denver, CO; Pace, FL; Freeport, FL; Manhattan, KS; Hempstead, NY; Cheyenne, WY | # of Trips: | 45 trips |
|---|---|---|---|
| Destination: | Various locations within CO, KS, MO, NE, ND, SD, & WY | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, J. King, D. Kriescher, C. Lemon, A. McCarthy, R. Resendez, & J. Simpson | Cost per Trip: | ~$1,598 |
| | | Total Cost: | $71,909 |

- **Advisory Board (AB) Meeting** (in-person)

| Origin: | TBD | # of Trips: | 1 trip per year x 13 AB members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| AB Members: | 13 out-of-town members | Cost per Trip: | ~$1,573 |
| | | Total Cost: | $20,455 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.    PR/Award # S283B240050

ED 001183

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

| Origin: | Pace, FL; Freeport, FL; Honolulu, HI; Manhattan, KS; Hempstead, NY | # of Trips: | 1 trip per year x 5 staff members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, C. Lemon, A. McCarthy, & N. Saelua | Cost per Trip: | ~$1,573 |
| | | Total Cost: | $7,867 |

## Year 3

- **Project Director Meeting** (Participation in required ED meetings for the R8CC cooperative agreement)

| Origin: | Cheyenne, WY; Manhattan, KS; & Denver, CO | # of Trips: | 1 trip per year x 3 staff members (Director & Co-Deputy Directors) |
|---|---|---|---|
| Destination: | Washington, DC | # of Nights per Trip: | 2 |
| Staff Members: | J. Simpson, Project Director; K. Allen, Co-Deputy Director; R. Resendez, Co-Deputy Director | Cost per Trip: | ~$1,636 |
| | | Total Cost: | $4,909 |

- **HLP Co-Lead Trips** (Provision of face-to-face, intensive capacity-building services)

| Origin: | Denver, CO; Pace, FL; Freeport, FL; Manhattan, KS; Hempstead, NY; Cheyenne, WY | # of Trips: | 34 trips |
|---|---|---|---|
| Destination: | Various locations within CO, KS, MO, NE, ND, SD, & WY | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, J. King, D. Kriescher, C. Lemon, A. McCarthy, R. Resendez, & J. Simpson | Cost per Trip: | ~$1,672 |
| | | Total Cost: | $56,852 |

- **Advisory Board (AB) Meeting** (in-person)

| Origin: | TBD | # of Trips: | 1 trip per year x 13 AB members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| AB Members: | 13 out-of-town members | Cost per Trip: | ~$1,636 |
| | | Total Cost: | $21,273 |

| Origin: | Pace, FL; Freeport, FL; Honolulu, HI; Manhattan, KS; Hempstead, NY | # of Trips: | 1 trip per year x 5 staff members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, C. Lemon, A. McCarthy, & N. Saelua | Cost per Trip: | ~$1,636 |
| | | Total Cost: | $8,182 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.  PR/Award # S283B240050

ED 001184

## Year 4

- **Project Director Meeting** (Participation in required ED meetings for the R8CC cooperative agreement)

| | | | |
|---|---|---|---|
| **Origin:** | Cheyenne, WY; Manhattan, KS; & Denver, CO | **# of Trips:** | 1 trip per year x 3 staff members (Director & Co-Deputy Directors) |
| **Destination:** | Washington, DC | **# of Nights per Trip:** | 2 |
| **Staff Members:** | J. Simpson, Project Director; K. Allen, Co-Deputy Director; R. Resendez, Co-Deputy Director | **Cost per Trip:** | $1,702 |
| | | **Total Cost:** | $5,106 |

- **HLP Co-Lead Trips** (Provision of face-to-face, intensive capacity-building services)

| | | | |
|---|---|---|---|
| **Origin:** | Denver, CO; Pace, FL; Freeport, FL; Manhattan, KS; Hempstead, NY; Cheyenne, WY | **# of Trips:** | 24 trips |
| **Destination:** | Various locations within CO, KS, MO, NE, ND, SD, & WY | **# of Nights per Trip:** | 2 |
| **Staff Members:** | K. Allen, T. Isaacs, J. King, D. Kriescher, C. Lemon, A. McCarthy, R. Resendez, & J. Simpson | **Cost per Trip:** | ~$1,755 |
| | | **Total Cost:** | $42,122 |

- **Advisory Board (AB) Meeting** (in-person)

| | | | |
|---|---|---|---|
| **Origin:** | TBD | **# of Trips:** | 1 trip per year x 13 AB members |
| **Destination:** | Denver, CO | **# of Nights per Trip:** | 2 |
| **AB Members:** | 13 out-of-town members | **Cost per Trip:** | ~$1,702 |
| | | **Total Cost:** | $22,124 |

| | | | |
|---|---|---|---|
| **Origin:** | Pace, FL; Freeport, FL; Honolulu, HI; Manhattan, KS; Hempstead, NY | **# of Trips:** | 1 trip per year x 5 staff members |
| **Destination:** | Denver, CO | **# of Nights per Trip:** | 2 |
| **Staff Members:** | K. Allen, T. Isaacs, C. Lemon, A. McCarthy, & N. Saelua | **Cost per Trip:** | ~$1,702 |
| | | **Total Cost:** | $8,509 |

## Year 5

- **Project Director Meeting** (Participation in required ED meetings for the R8CC cooperative agreement)

| | | | |
|---|---|---|---|
| **Origin:** | Cheyenne, WY; Manhattan, KS; & Denver, CO | **# of Trips:** | 1 trip per year x 3 staff members (Director & Co-Deputy Directors) |
| **Destination:** | Washington, DC | **# of Nights per Trip:** | 2 |
| **Staff Members:** | J. Simpson, Project Director; K. Allen, Co-Deputy Director; R. Resendez, Co-Deputy Director | **Cost per Trip:** | $1,770 |
| | | **Total Cost:** | $5,310 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.    PR/Award # S283B240050

ED 001185

Region 8 Comprehensive Center (Central: CO, KS, MO, NE, ND, SD, and WY) – McREL International

- **HLP Co-Lead Trips** (Provision of face-to-face, intensive capacity-building services)

| Origin: | Denver, CO; Pace, FL; Freeport, FL; Manhattan, KS; Hempstead, NY; Cheyenne, WY | # of Trips: | 23 trips |
|---|---|---|---|
| Destination: | Various locations within CO, KS, MO, NE, ND, SD, & WY | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, J. King, D. Kriescher, C. Lemon, A. McCarthy, R. Resendez, & J. Simpson | Cost per Trip: | ~$1,811 |
| | | Total Cost: | $41,661 |

- **Advisory Board Meeting** (in-person)

| Origin: | TBD | # of Trips: | 1 trip per year x 13 AB members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| AB Members: | 13 out-of-town members | Cost per Trip: | ~$1,770 |
| | | Total Cost: | $23,009 |

| Origin: | Pace, FL; Freeport, FL; Honolulu, HI; Manhattan, KS; Hempstead, NY | # of Trips: | 1 trip per year x 5 staff members |
|---|---|---|---|
| Destination: | Denver, CO | # of Nights per Trip: | 2 |
| Staff Members: | K. Allen, T. Isaacs, C. Lemon, A. McCarthy, & N. Saelua | Cost per Trip: | $1,770 |
| | | Total Cost: | $8,850 |

## E. EQUIPMENT
Not Applicable

## F. SUPPLIES
- Printing, postage, books, and general resources: Year 1 = $1,750; Year 2 = $1,100; Year 3 = $1,300; Year 4 = $2,000; and Year 5 = $1,400, for a total of $7,550.

## G. CONTRACTUAL

- ***Doug Moeckel, Ed.D.***, Deputy Executive Director at the Kansas Association of School Boards (KASB) and current R12CC Kansas co-lead, will serve as **HLP Co-Lead for Kansas**. In his role as co-lead, Dr. Moeckel will use his expertise in educational executive leadership, adult training, and school leadership to provide capacity-building services in Kansas, working with educators and SEA and LEA staff to help Kansas address its executive leader HLP. Through KASB, he works with all 285 districts in the state, conducting superintendent searches and working with school boards, superintendents, and building-level principals through KASB's Leadership Services program, which develops leadership capacity at all LEA levels.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Daily Rate | $600/day | $600/day | $600/day | $600/day | $600/day |
| %FTE | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Days Required | 68 | 68 | 68 | 68 | 68 |
| Total | $40,800 | $40,800 | $40,800 | $40,800 | $40,800 |

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.    PR/Award # S283B240050

ED 001186

- ***Kathleen Dempsey, Ed.D.***, Managing Member of Outer Banks Consulting and prior North Central CC Project Director (2010–2019), will serve as **HLP Co-Lead for the SDDOE project**. In her co-lead role, Dr. Dempsey will use her expertise in evidence-based mathematics instruction, math curriculum design, instructional leadership, and school improvement to help South Dakota address its mathematics HLP.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Daily Rate | $850/day | $850/day | $850/day | $850/day | $850/day |
| %FTE | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Days Required | 68 | 68 | 68 | 68 | 68 |
| Total | $57,800 | $57,800 | $57,800 | $57,800 | $57,800 |

- ***Dorothy Aguilera-Black Bear, Ph.D.***, current state lead for the South Dakota Bright Spots Project for the R11CC, will serve as **HLP Co-Lead for the SDDTR project**. In her co-lead role, Dr. Aguilera-Black Bear will contribute her expertise in Indigenous communities, Indigenous language, leadership, and culturally relevant pedagogies to provide guidance for the SDDTR's HLP focused on Native American students.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Daily Rate | $800/day | $800/day | $800/day | $800/day | $800/day |
| %FTE | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Days Required | 68 | 68 | 68 | 68 | 68 |
| Total | $54,400 | $54,400 | $54,400 | $54,400 | $54,400 |

- **AEM Corporation** will provide subject-matter and technical expertise for the Missouri HLP Team. Specifically, Dr. Chris Nicastro, a former Missouri DESE Commissioner, and Dr. Kathy Thornburg, a former Assistant Commissioner, who are both located in the state, will provide up to 20 days of advisory support in Year 1 as a new CSSO assumes leadership of MO DESE.

| | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| AEM Corp Costs | $31,500 | -- | -- | -- | -- |

- **Pool of Technical Expertise – AEM Corporation, American Institutes for Research (AIR), Child Trends, Community Training and Assistance Center (CTAC), and Mathematica** will be available to provide a host of subject-matter and technical experts (refer to Table 35, Year 1 National and Regional Subject-Matter and Technical Experts, p. 129) in the proposal narrative for a listing of available experts) depending on the needs expressed by the Region 8 states during preparation of the annual service plans.

The hiring and contracting of subject-matter and technical experts from our subcontract organizations will occur via a bidding process. For subcontracts at or above the simplified acquisition threshold (SAT; $250,000) a public, competitive procurement process will be utilized. Services for scopes of work less than the SAT will be procured through small purchase procedures and a request for quote from the R8CC's pool of subcontracting organizations. In all cases, whether above or below the SAT, contracts will be awarded to the subcontractor(s) whose quote(s) best supports the scope of work, with price, and other factors, such as qualifications and ability to provide specialized services, considered to help ensure high-quality services and maximize the use of federal funds.

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.    PR/Award # S283B240050

ED 001187

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Subject-Matter and Technical Expertise Costs | $278,000 | $258,000 | $210,500 | $160,000 | $93,000 |

*Note:* Travel necessary for our experts will be included within these budgeted costs.

- **Recipient Working Groups** will work with the R8CC HLP teams and subject-matter and technical experts to share their knowledge and provide feedback related to HLP projects. For example, in Kansas, the Recipient Working Groups will identify, outline, and draft content and professional learning experiences, grounded in research, for the executive leadership domains; and in Colorado, they will make recommendations for updating and expanding the Graduation Guidelines Menu of Options.

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Recipient Working Groups | $2,000 | $3,000 | $2,800 | $2,000 | $500 |

- **Annual Set-Aside** (5%) for unanticipated needs by the R8CC states.

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Annual 5% Set-Aside | $118,979 | $118,979 | $118,979 | $118,979 | $118,979 |

## H. OTHER DIRECT COSTS

- **Service Centers:** McREL uses the direct allocation method allowed under OMB 2 CFR Part 200, Uniform Administrative Requirements. The costs for each center are budgeted through a cost-per-staff-hour allocation. Actual costs are allocated to all final cost objectives based on a percentage of effort basis. Costs allocated to other direct costs are not included in the approved indirect rate. The inflation rate for other direct cost categories is approximately 4% annually.

| Service Center | Rate/ Staff Hour | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|---|
| Headquarters[1] | $13.19 | $ 142,239 | $ 145,092 | $ 150,895 | $ 156,935 | $ 163,209 |
| Technology[2] | $ 9.48 | $ 102,230 | $ 104,282 | $ 108,453 | $ 112,793 | $ 117,303 |
| Resource Center & General Materials[3] | $ 1.52 | $ 16,391 | $ 16,720 | $ 17,389 | $ 18,085 | $ 18,808 |
| Editorial/Production Staffing[4] | $ 2.08 | $ 22,430 | $ 22,880 | $ 23,796 | $ 24,748 | $ 25,737 |
| General Supervision[5] | $ 3.85 | $ 41,518 | $ 42,351 | $ 44,045 | $ 45,807 | $ 47,639 |

*Notes:*
[1]Headquarters Service Center represents the cost of maintaining various facilities which includes rent, insurance premiums, office security, recycling, business license fees, property tax, general postage, telephone, temporary labor, copying documents, materials, supplies, and other miscellaneous expense.
[2]Technology Service Center includes depreciation, operating leases, maintenance, supplies, repairs and other costs associated with the use of computers and other office equipment.
[3]Resource Center and General Materials includes costs for general printing and purchase of research publications and subscriptions to support project work
[4]Editorial/Production Staffing Support includes communications staff to maintain the onsite resource center, support internal communication, and provide basic editorial and production services to staff.
[5]General Supervision includes time for supervisors to conduct activities directly related to supervision, including monitoring staff work plans, providing guidance and feedback, and conducting formal reviews twice annually.

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.     PR/Award # S283B240050

ED 001188

## I.  TOTAL DIRECT COSTS

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Direct Costs | $1,911,029 | $1,905,120 | $1,894,527 | $1,883,266 | $1,869,886 |

Total direct costs across the life of the *R8CC* = $9,463,828.

## J.  INDIRECT COSTS

McREL's Indirect Cost Rate is established annually with the U.S. Department of Education. The budgeted rate for the project period is McREL's recently approved provisional indirect cost rate of 28.7% for the period December 1, 2023 – November 30, 2024. The indirect rate is applied to all costs except equipment purchases, participant stipends, and portions of subcontracts in excess of $25,000.

**Cognizant Agency**: Catherine Hull, U. S. Department of Education, 202.453.6355

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Indirect Costs | $468,542 | $474,451 | $485,044 | $496,305 | $509,685 |

Total indirect costs across the life of the *R8CC* = $2,434,027.

## K.  TRAINING STIPENDS

Not Applicable

## L.  TOTAL DIRECT AND INDIRECT COSTS

|  | Y1 | Y2 | Y3 | Y4 | Y5 |
|---|---|---|---|---|---|
| Total Direct and Indirect Costs | $2,379,571 | $2,379,571 | $2,379,571 | $2,379,571 | $2,379,571 |

Total direct and indirect costs across the life of the *R8CC*, and the amount being requested for federal funding = $11,897,855.

This sheet contains proprietary/privileged information that McREL requests not be released to persons outside the Government, except for the purposes of review and evaluation.   PR/Award # S283B240050

# U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION
### NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 08/31/2026

**Name of Institution/Organization**
McREL International

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A – BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 693,324.00 | 708,155.00 | 736,480.00 | 765,953.00 | 796,577.00 | 0.00 | 0.00 | 3,700,489.00 |
| 2. Fringe Benefits | 221,863.00 | 226,609.00 | 235,674.00 | 245,105.00 | 254,905.00 | 0.00 | 0.00 | 1,184,156.00 |
| 3. Travel | 85,805.00 | 104,952.00 | 91,216.00 | 77,861.00 | 78,829.00 | 0.00 | 0.00 | 438,663.00 |
| 4. Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Supplies | 1,750.00 | 1,100.00 | 1,300.00 | 2,000.00 | 1,400.00 | 0.00 | 0.00 | 7,550.00 |
| 6. Contractual | 583,479.00 | 532,979.00 | 485,279.00 | 433,979.00 | 365,479.00 | 0.00 | 0.00 | 2,401,195.00 |
| 7. Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Other | 324,808.00 | 331,325.00 | 344,578.00 | 358,368.00 | 372,696.00 | 0.00 | 0.00 | 1,731,775.00 |
| 9. Total Direct Costs (lines 1-8) | 1,911,029.00 | 1,905,120.00 | 1,894,527.00 | 1,883,266.00 | 1,869,886.00 | 0.00 | 0.00 | 9,463,828.00 |
| 10. Indirect Costs* | 468,542.00 | 474,451.00 | 485,044.00 | 496,305.00 | 509,685.00 | 0.00 | 0.00 | 2,434,027.00 |
| 11. Training Stipends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Total Costs (lines 9-11) | 2,379,571.00 | 2,379,571.00 | 2,379,571.00 | 2,379,571.00 | 2,379,571.00 | 0.00 | 0.00 | 11,897,855.00 |

**\*Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government?  ☒ Yes  ☐ No

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:  From: 12/01/2023  To: 11/30/2024  (mm/dd/yyyy)

Approving Federal agency:  ☒ ED  ☐ Other (please specify): _____

The Indirect Cost Rate is 28.70 %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC?  ☐ Yes  ☐ No   If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No   If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) — Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement?  Or,  ☐ Complies with 34 CFR 76.564(c)(2)?   The Restricted Indirect Cost Rate is _____ %.

(6) For Training Rate Programs (check one) — Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?  Or,  ☐ Is based on the training rate of 8 percent of MTDC included in your approved Indirect Cost Rate Agreement, because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524

ED 001190

**Name of Institution/Organization**

McREL International

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION B - BUDGET SUMMARY
### NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | | | | | | | | |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | | | | | | | | |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

PR/Award # S283B240050
Page e301
Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 11:50:00 PM EDT

**ED 001191**

**Name of Institution/Organization**

McREL International

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1) List administrative cost cap (x%): _____

(2) What does your administrative cost cap apply to?   [ ] (a) indirect and direct costs  or,  [ ] (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 11:50:00 PM EDT

Tracking Number:GRANT14193876

ED 001192

OMB Number: 1894-0007
Expiration Date: 04/30/2026

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director and Applicable Entity Identification Numbers:**

Prefix: | * First Name: Joe | Middle Name: | * Last Name: Simpson | Suffix:

* Project Director Level of Effort (percentage of time devoted to grant): 75

Address:

* Street1: 4601 DTC Boulevard, Suite 500

Street2:

* City: Denver

County:

* State: CO: Colorado

* Zip Code: 80237-2596

* Country: USA: UNITED STATES

* Phone Number (give area code): 3072869653

Fax Number (give area code):

* Email Address: jsimpson@mcrel.org

Alternate Email Address: dlewis@mcrel.org

OPE ID(s) (if applicable)

NCES School ID(s) (if applicable)

NCES LEA/School District ID(s) (if applicable)

**2. New Potential Grantee or Novice Applicant:**

☐ N/A. This item is not applicable because the program competition's notice inviting applications (NIA) does not include a definition of either "New Potential Grantee" or "Novice Applicant." This item is not applicable when the program competition's NIA does not include either definition.

For NIA's that include a definition of "New Potential Grantee" or "Novice Applicant," complete the following:

a. Are you either a new potential grantee or novice applicant as defined in the program competition's NIA?

☐ Yes    ☒ No

**ED 001193**

**3. Human Subjects Research:**

a. Are any research activities involving human subjects planned at any time during the proposed Project Period?

☒ Yes     ☐ No

b. Are ALL the research activities proposed designated to be exempt from the regulations?

☐ Yes   Provide Exemption(s) #(s):     ☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☐ 6   ☐ 7   ☐ 8

☒ No   Provide Federal Wide Assurance #(s), if available:

> 00011896

c. If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as indicated in the definitions page in the attached instructions.

| 1238-McREL_Region8CC_HumanSubjectsNarrative.pdf | Add Attachment | Delete Attachment | View Attachment |

**4. Infrastructure Programs and Build America, Buy America Act Applicability:**

If the competition Notice Inviting Applications (NIA) in section III. 4. "Other" states that the program under which this application is submitted is subject to the Build America, Buy America Act (Pub. L. 117-58) (BABAA) domestic sourcing requirements, complete the following:

☒ This application does not include any infrastructure projects or activities and therefore **IS NOT** subject the BABAA domestic sourcing requirements.

☐ This application **IS** subject to the BABAA domestic sourcing requirements, because the proposed grant project described in this application includes the following infrastructure projects or activities:

☐ Construction

☐ Remodeling

☐ Broadband Infrastructure

If this application **IS** subject to the BABAA domestic sourcing requirements, please list the page numbers from within the application narrative where the proposed infrastructure project or activities are described:

**ED 001194**

OMB Number: 1894-0005
Expiration Date: 02/28/2026

# NOTICE TO ALL APPLICANTS:
# EQUITY FOR STUDENTS, EDUCATORS, AND OTHER PROGRAM BENEFICIARIES

Section 427 of the General Education Provisions Act (GEPA) (20 U.S.C. 1228a) applies to applicants for grant awards under this program.

**ALL APPLICANTS FOR NEW GRANT AWARDS MUST INCLUDE THE FOLLOWING INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

Please respond to the following requests for information. Responses are limited to 4,000 characters.

**1.** Describe how your entity's existing mission, policies, or commitments ensure equitable access to, and equitable participation in, the proposed project or activity.

McREL staff regularly work "to ensure equitable access to, and participation in, federally assisted programs for students, teachers, and other beneficiaries with special needs." McREL is an equal opportunity employer, with specific procedures for encouraging applications from members of under-represented groups, including persons with disabilities. Because of these established procedures, McREL's staff reflects diversity in race/ethnicity, national origin, gender, age, color, and disability. McREL is also housed in barrier-free facilities with our headquarters in Denver, Colorado and a secondary office in Cheyenne, Wyoming. While stakeholders being served by the Region 8 Comprehensive Center (R8CC) may visit those physical locations for convenings such as technical assistance work sessions and advisory board meetings, McREL staff will also take all necessary steps to assure that all facilities, resources, and activities are fully accessible to R8CC clients and recipients. In addition, we are committed to ensuring that all materials and resources are accessible in terms of language and that the websites managed by McREL conform to universal accessibility standards to accommodate users needing to access those sites with assistive technologies such as screen readers; these provisions will be extended to the work of the R8CC as well.

**2.** Based on your proposed project or activity, what barriers may impede equitable access and participation of students, educators, or other beneficiaries?

The provisions to ensure equitable access and participation described above will be extended to the work of our partners and will be designed to ensure "equitable access and participation of all students, educators, or other beneficiaries" that will be served by the R8CC. The primary purpose of the R8CC is to provide capacity-building services to support the state education agencies in Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, and Wyoming, as well as regional, tribal, and local education agencies (i.e., education service agencies, tribal councils, districts, and schools) across these states as they face an array of challenges in implementing, scaling, and sustaining evidence-based programs, practices, and interventions (EBPPIs); growing the capacity of educators and their systems to solve high-leverage problems (HLPs); and supporting districts and schools in their efforts to improve educational opportunities and outcomes, close achievement gaps, and improve the quality of instruction for all students, particularly students with the greatest needs. Capacity-building services will include services to develop needs assessments and logic models; select EBPPIs; plan for the implementation of EBPPIs; implement

**ED 001195**

EBPPIs; and evaluate the EBPPIs. Communication methods will be driven by R8CC's varied and situationally determined (e.g., in-person, e-mail, web-based videoconferences, print) communications and dissemination plan.

The programmatic activities offered by McREL have always given consideration and attention to increasing educational opportunities, participation, and close achievement gaps among under-represented groups of students, educators, and other stakeholders, including, among others, racial/ethnic minorities, multilingual learners, migrant students, students from low-income families, students with disabilities, and students attending schools implementing comprehensive or targeted support and improvement activities. While specific information regarding these activities is included in the Approach to Capacity Building section of this proposal's Project Narrative, it should be noted that access to R8CC services will be available regardless of race, ethnicity, or language-learner, migrant, socioeconomic, and disability status.

Even with the opportunity to access R8CC services being extended to all eligible stakeholders, potential barriers they may face include difficulty accessing some facilities for coaching or professional learning (e.g., transportation or mobility needs); conflicts with out-of-school time responsibilities (e.g., child care or other family needs); difficulty accessing materials or resources (e.g., using computer-assisted devices); or having the availability of interpreters (if needed).

**3.** Based on the barriers identified, what steps will you take to address such barriers to equitable access and participation in the proposed project or activity?

The following steps will be implemented to reduce access barriers based on gender, race, national origin, color, disability, and age to maximize participation, as necessary:

1. For any events or activities being hosted by the R8CC, develop and administer a pre-participation survey with registration materials to identify and plan for special access requirements, such as wheelchair access or other mobility needs and interpreters (including sign language). McREL will provide any needed accommodations as appropriate.

2. Hire, recruit, and involve individuals from ethnic minority groups, multilingual individuals, and individuals with disabilities in the project. Additionally, R8CC staff will include personnel based in the R8CC states who will be able to readily assist with events and activities because they are local to the region/state and have deep knowledge of local contexts and available resources to ensure equitable access and participation as specific, individual needs arise.

3. Develop and disseminate culturally sensitive and relevant information and materials that are accessible to all potential participants, regardless of their unique challenges.

4. Work with the R8CC clients to assess needs and provide accommodations such as transportation vouchers and childcare, if required for participation.

5. Post information, materials, and schedules of events on the internet, as this will enable assistive computer devices to interpret the materials for

users.

4. What is your timeline, including targeted milestones, for addressing these identified barriers?

```
The pre-participation survey for events or activities will be provided to
all relevant stakeholders at least 30 business days prior to the event or
activity. Then, as planning for the event or activity progresses, we will
ensure accommodations are made for participants based upon their survey
responses. This will include arranging for transportation and access to
mobility aids (if needed); preparing and posting information, materials, and
event schedules in advance of each event or activity to ensure accessibility
with computer-assisted devices, as well as providing translated versions
where needed; and arranging for childcare if that is a barrier participants
face. Once the R8CC is underway and relationships are established,
stakeholders will be encouraged to contact the R8CC team, particularly their
state HLP lead, by email if they encounter additional barriers that need to
be addressed.
```

**Notes:**

1. Applicants are not required to have mission statements or policies that align with equity in order to submit an application.

2. Applicants may identify any barriers that may impede equitable access and participation in the proposed project or activity, including, but not limited to, barriers based on economic disadvantage, gender, race, ethnicity, color, national origin, disability, age, language, migrant status, rural status, homeless status or housing insecurity, pregnancy, parenting, or caregiving status, and sexual orientation.

3. Applicants may have already included some or all of this required information in the narrative sections of their applications or their State Plans. In responding to this requirement, for each question, applicants may provide a cross-reference to the section(s) and page number(s) in their applications or State Plans that includes the information responsive to that question on this form or may restate that information on this form.

**Paperwork Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1894-0005. Public reporting burden for this collection of information is estimated to average 3 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit. If you have any comments concerning the accuracy of the time estimate or suggestions for improving this individual collection, send your comments to ICDocketMgr@ed.gov and reference OMB Control Number 1894-0005. All other comments or concerns regarding the status of your individual form may be addressed to either (a) the person listed in the FOR FURTHER INFORMATION CONTACT section in the competition Notice Inviting Applications, or (b) your assigned program officer.

ED 001197

## Non-Exempt Human Subjects Research Narrative

McREL International has an approved Federalwide Assurance (FWA #00011896) and an approved and active Institutional Review Board (IRB). Upon funding, we will obtain and send IRB approval to the U.S. Department of Education. The following narrative describes the non-exempt human subjects research activities for the proposed Region 8 Comprehensive Center (R8CC) to which McREL will ensure compliance to IRB policies.

### A.  Human Subjects Involvement and Characteristics

R8CC will collect data as part of our continuous improvement implementation process, as well as for formative and summative evaluation purposes. This will involve ~100 state, regional, tribal, and local education agencies (SEAs, REAs, TEAs, and LEAs) and school staff from the seven R8CC states (Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, and Wyoming), as well as ~70 R8CC high leverage problem (HLP) clients and recipients in each of the five years. It will also include ~1,000 constituents, representing educators, students, caregivers, and community members. All participants will be invited to participate because of their involvement or interest in HLP work or because they are impacted by HLP work. This represents an overall total of ~5,500 anticipated participants.

### B.  Sources of Materials

Data collection will occur throughout the five-year grant period. Data collection will include surveys and interviews, content pre- and post-tests, classroom observations, extant school data (e.g., accreditation data), and student academic and other outcome measures (e.g., education opportunities, graduation rates, and behavior incidences).

All data will be de-identified by the researchers (coded so names are not associated with the data) and strict guidelines will be followed to ensure confidentiality. There will be no sensitive

questions contained within the pre- and post-tests, surveys, or interview protocols. Data will primarily be used to assess the implementation and impact of the R8CC on the SEAs, REAs, TEAs, LEAs, and schools being served as well as their respective impact on student outcomes.

## C.  Recruitment and Informed Consent

R8CC staff will adhere to all state, local, and tribal IRB policies and procedures. As required by the IRB, written or verbal consent will be secured from all participants for data collection associated with formative and summative evaluation efforts prior to any data collection. Participants in data collection efforts will include SEA, REA, TEA, LEA, and school staff; R8CC and HLP partners; students and family members; and community stakeholders. Data collection instruments will be developed and/or identified and reviewed by McREL's IRB. Informed consent letters will be written at an eighth-grade reading level and be provided in other languages, as necessary and requested. Memorandums of Understanding (MOUs) will be established with SEAs and LEAs as appropriate for obtaining student-level outcome data. McREL's IRB has not authorized a modification or waiver of the elements of consent or the requirement for documentation of consent.

## D.  Potential Risks

There are no known risks to individuals participating in the R8CC evaluation that are greater than those experienced in daily life. The principal risk is a threat to confidentiality if any individually identifiable data are inadvertently disclosed. Data security processes, including secure file transfer protocols (SFTP) will be used for transferring extant educator and student data from SEAs and LEAs (e.g., data on absenteeism, standardized assessments) and will be de-identified prior to reporting. Additional security processes include restricted-access project folders on a secure network; password-protected laptops; and physical security measures, such as

limited-access, guarded offices, and server rooms. No illegal or embarrassing behaviors will be assessed.

All data will be stored in a separate location from identifying information (e.g., email addresses, consent forms). No evaluation information collected is of a sensitive nature. All data collection events will be designed to be as unobtrusive as possible.

## E.  Protection Against Risk

McREL has a serious and rigorous commitment to the safety and integrity of sensitive data. Specific procedures used at McREL to ensure the privacy, confidentiality, and security of data are in accordance with the guidelines established by the U.S. Department of Education's Privacy Technical Assistance Center. This includes storing personally identifiable data in a secure location (assigned identification codes are kept separate from individual data), ensuring confidential data are physically unavailable to unauthorized users, and employing firewalls and secure configurations to ensure data on the network are secure from external threats. Given this, the risk of a breach of confidentiality is minimal.

For secure data storage and analysis, McREL owns a NIST 800-171 fully compliant server that runs a hardened version of the Red Hat Enterprise Linux operating system. This analysis server is housed in a secure data center that uses multiple layers of physical access control. Login access requires connecting to McREL's Palo Alto GlobalProtect VPN, which utilizes multifactor authentication. All data used for the R8CC evaluation will be stored on this analysis server in isolated virtual storage vaults that are encrypted using FIPS 140-3 certified encryption algorithms both at rest and in motion. Access to the data will be strictly limited to R8CC staff and McREL's firewalled evaluators who have a need for access. Additionally, to ensure data are maintained intact in the event of a catastrophic event, restricted-use data included on the analysis

server are stored on a RAID-6 storage array that has multiple redundant local storage in case of hard drive failures. Non-sensitive data are backed-up on a nightly basis using UniTrends and the full backup of data is sent offsite once per week. McREL senior staff monitor compliance with all data security procedures and report the status of compliance annually to McREL's IRB.

## F. Importance of the Knowledge to be Gained

The primary uses of the data collected from the R8CC will be to support the continuous improvement process (e.g., needs assessment, fidelity of implementation) and to document the impact of the capacity-building services on individuals and organizations (short-term outcomes); SEAs, REAs, TEAs, REAs, and LEAs (mid-term outcomes); and students (long-term outcomes). Additionally, formative evaluation findings will be used to improve service delivery. Ultimately, the evaluation findings have the potential to inform the larger education research community about approaches and strategies to address HLPs in the education sector and improve student outcomes.

## G. Collaborating Sites

Data collection may occur on-site at SEAs, REAs, TEAs, LEAs, and schools and in public locations (e.g., town halls) within each of the states served by R8CC, as well as virtually.