# U.S. Department of Education
### Washington, D.C. 20202-5335

# APPLICATION FOR GRANTS
# UNDER THE

**84-283B-1 FY24 Comprehensive Centers Program**

**CFDA # 84.283B**

**PR/Award # S283B240036**

**Gramts.gov Tracking#: GRANT14193181**

OMB No. , Expiration Date:

Closing Date: Jun 24, 2024

PR/Award # S283B240036

ED 001881

# **Table of Contents**

| Form | Page |
|---|---|
| *1. Application for Federal Assistance SF-424* | e3 |
| *Attachment - 1 (1238-16b. Congressional Districts)* | e6 |
| *2. Grants.gov Lobbying Form* | e7 |
| *3. ED Abstract Narrative Form* | e8 |
| *Attachment - 1 (1234-Project Abstract)* | e9 |
| *4. Project Narrative Form* | e10 |
| *Attachment - 1 (1244-Application Narrative)* | e11 |
| *5. Other Narrative Form* | e119 |
| *Attachment - 1 (1239-A. Curricula Vitae)* | e120 |
| *Attachment - 2 (1240-B. Copy of Indirect Cost Rate)* | e191 |
| *Attachment - 3 (1241-C. Letters of Support)* | e203 |
| *Attachment - 4 (1242-D. References)* | e223 |
| *Attachment - 5 (1243-E. Transmittal Letter)* | e230 |
| *6. Budget Narrative Form* | e231 |
| *Attachment - 1 (1235-Child Trends Budget Narrative)* | e232 |
| *Attachment - 2 (1236-PAF Budget and Budget Narrative)* | e239 |
| *Attachment - 3 (1237-Ed NW Budget and Budget Narrative)* | e244 |
| *7. Form ED_524_Budget_1_4-V1.4.pdf* | e248 |
| *8. Form SFLLL_2_0-V2.0.pdf* | e251 |
| *9. Form ED_SF424_Supplement_4_0-V4.0.pdf* | e252 |
| *10. Form ED_GEPA427_2_0-V2.0.pdf* | e254 |

This application was generated using the PDF functionality. The PDF functionality automatically numbers the pages in this application. Some pages/sections of this application may contain 2 sets of page numbers, one set created by the applicant and the other set created by e-Application's PDF functionality. Page numbers created by the e-Application PDF functionality will be preceded by the letter e (for example, e1, e2, e3, etc.).

ED 001882

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

| * 1. Type of Submission: | * 2. Type of Application: | * If Revision, select appropriate letter(s): |
|---|---|---|
| ☐ Preapplication | ☒ New | |
| ☒ Application | ☐ Continuation | * Other (Specify): |
| ☐ Changed/Corrected Application | ☐ Revision | |

| * 3. Date Received: | 4. Applicant Identifier: |
|---|---|
| 06/21/2024 | |

| 5a. Federal Entity Identifier: | 5b. Federal Award Identifier: |
|---|---|
| | |

**State Use Only:**

| 6. Date Received by State: | 7. State Application Identifier: |
|---|---|
| | |

**8. APPLICANT INFORMATION:**

* a. Legal Name: Child Trends, Incorporated

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | * c. UEI: |
|---|---|
| 13-2982969 | GKL3GR9NQ3W5 |

**d. Address:**

* Street1: 12300 Twinbrook Parkway
Street2: Suite 235
* City: Rockville
County/Parish:
* State: MD: Maryland
Province:
* Country: USA: UNITED STATES
* Zip / Postal Code: 20852-1609

**e. Organizational Unit:**

| Department Name: | Division Name: |
|---|---|
| | |

**f. Name and contact information of person to be contacted on matters involving this application:**

Prefix:                          * First Name: Ben
Middle Name:
* Last Name: Cronkright
Suffix:

Title: Senior Technical Assistance Specialist I

Organizational Affiliation: Child Trends, Incorporated

| * Telephone Number: (240) 223-9203 | Fax Number: |
|---|---|

* Email: bcronkright@childtrends.org

ED 001883

## Application for Federal Assistance SF-424

**\* 9. Type of Applicant 1: Select Applicant Type:**

M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

**\* Other (specify):**

**\* 10. Name of Federal Agency:**

Department of Education

**11. Catalog of Federal Domestic Assistance Number:**

84.283

CFDA Title:

Comprehensive Centers

**\* 12. Funding Opportunity Number:**

ED-GRANTS-051324-001

**\* Title:**

Office of Elementary and Secondary Education  (OESE): Program and Grantee Support Services: Comprehensive Centers Program, Assistance Listing Number 84.283B

**13. Competition Identification Number:**

84-283B2024-1

Title:

84-283B-1 FY24 Comprehensive Centers Program

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

| Add Attachment | Delete Attachment | View Attachment |

**\* 15. Descriptive Title of Applicant's Project:**

Comprehensive Centers Program, Absolute Priority 2 - Region 12 (Pacific 1)

Attach supporting documents as specified in agency instructions.

| Add Attachments | Delete Attachments | View Attachments |

**ED 001884**

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant `MD-008`    * b. Program/Project `00-000`

Attach an additional list of Program/Project Congressional Districts if needed.

`1238-16b. Congressional Districts.pdf`    [Add Attachment] [Delete Attachment] [View Attachment]

**17. Proposed Project:**

* a. Start Date: `10/01/2024`    * b. End Date: `09/30/2029`

**18. Estimated Funding ($):**

| | |
|---|---:|
| * a. Federal | `1,250,000.00` |
| * b. Applicant | `0.00` |
| * c. State | `0.00` |
| * d. Local | `0.00` |
| * e. Other | `0.00` |
| * f. Program Income | `0.00` |
| * g. TOTAL | `1,250,000.00` |

**\* 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

☒ a. This application was made available to the State under the Executive Order 12372 Process for review on `06/24/2024`.

☐ b. Program is subject to E.O. 12372 but has not been selected by the State for review.

☐ c. Program is not covered by E.O. 12372.

**\* 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

☐ Yes ☒ No

If "Yes", provide explanation and attach

` `    [Add Attachment] [Delete Attachment] [View Attachment]

**21. \*By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

☒ ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

| | |
|---|---|
| Prefix: | * First Name: `Natalia` |
| Middle Name: | |
| * Last Name: `Pane` | |
| Suffix: | |

* Title: `President`

* Telephone Number: `(240) 223-9200`    Fax Number: `(240) 235-8632`

* Email: `ctpresadmin@childtrends.org`

* Signature of Authorized Representative: `Natalia Pane`    * Date Signed: `06/21/2024`

**ED 001885**

# Congressional Districts

The proposed project will serve Hawai'i (HI), American Samoa (AS), and the Republic of Marshall Islands (RMI).

12300 Twinbrook Parkway, Suite 235
Rockville, MD 20852
240-223.9200 | childtrends.org

PR/Award # S283B240036

Page e6

ED 001886

OMB Number: 4040-0013
Expiration Date: 02/28/2025

## CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION

Child Trends, Incorporated

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: | * First Name: Natalia | Middle Name:

* Last Name: Pane | Suffix:

* Title: President

* SIGNATURE: Natalia  Pane | * DATE: 06/21/2024

ED 001887

**Abstract**

An abstract is to be submitted in accordance with the following:

1. Abstract Requirements

- Abstracts must not exceed one page and should use language that will be understood by a range of audiences.

- Abstracts must include the project title, goals, and expected outcomes and contributions related to research, policy, and practice.

- Abstracts must include the population(s) to be served.

- Abstracts must include primary activities to be performed by the recipient.

- Abstracts must include subrecipient activities that are known or specified at the time of application submission.

For research applications, abstracts also include the following:

- Theoretical and conceptual background of the study (i.e., prior research that the investigation builds upon and that provides a compelling rationale for this study).

- Research issues, hypotheses and questions being addressed.

- Study design including a brief description of the sample including sample size, methods, principals, and dependent, independent, and control variables, as well as the approach to data analysis.

[Note: For a non-electronic submission, include the name and address of your organization and the name, phone number and e-mail address of the contact person for this project.]

---

## You may now Close the Form

**You have attached 1 file to this page, no more files may be added. To add a different file, you must first delete the existing file.**

* Attachment: | 1234-Project Abstract.pdf | | Add Attachment | | Delete Attachment | | View Attachment |

**ED 001888**

**Project Abstract**

Child Trends, the Pacific American Foundation, and Education Northwest, propose to serve Hawai'i (HI), American Samoa (AS), and the Republic of Marshall Islands (RMI) as the **Region 12 Comprehensive Center**, addressing **Absolute Priority 2**. Although Child Trends has considerable experience implementing education-related technical assistance, as a new applicant to the Comprehensive Center program, Child Trends qualifies for the **Competitive Preference Priority.** Region 12's unique geographical and cultural diversity significantly impacts its educational landscape and PK-12 education systems. Our team's extensive needs sensing and ongoing conversations with system leaders across Region 12 revealed that there is need for a more coordinated, collaborative, and responsive approach to initiate and sustain systemic education change. We propose a comprehensive, high-quality, and context specific capacity-building approach that uses implementation science, improvement science, and adult learning principles to support Region 12 states—including the SEAs and other recipients therein—to solve their most significant, complex, and vexing high-leverage problems (HLPs). Engaging stakeholders from SEAs, schools, and classrooms in networked improvement communities, we will support Region 12 education systems in building their human, organizational, policy, and resource capacity for implementing evidence-based programs and practices (EBPs) that improve student outcomes. We propose to support the following HLPs across the region:

- **HI:** Support Comprehensive Support and Improvement (CSI) schools in identifying, implementing, evaluating, and sustaining EBPs to increase students' math outcomes.

- **AS:** Support ASDOE staff in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up early literacy EBPs across their schools, particularly in targeted support and improvement and CSI schools.

- **RMI:** Support RMI MOE in identifying, implementing, refining, and sustaining EBPs to strengthen their college preparedness education track with a particular focus on improving literacy and math outcomes for secondary students.

- **Regional:** Support HIDOE, ASDOE, and RMI MOE in collectively identifying and implementing EBPs to Increase Literacy & Math Outcomes for Multilingual Learners in the Pacific Region.

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:**  `1244-Application Narrative.pdf`

| Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File |

To add more Project Narrative File attachments, please use the attachment buttons below.

| Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File |

# U.S. Department of Education Office of Elementary and Secondary Education Comprehensive Centers Program
# Fiscal Year 2024

Response to Notice Inviting Applications: ED-GRANTS- 051324-00
Absolute Priority 2: Regional Centers

**June 21, 2024**

**Submitted by:**



12300 Twinbrook Parkway, Suite 235
Rockville, MD 20852

**Proposed Co-Director**
Ben Cronkright, MA
Senior Technical Assistance Specialist I, Child Trends
Telephone: ███████
Email: bcronkright@childtrends.org

**Proposed Co-Director**
Kapono Ciotti, PhD
CEO, Pacific American Foundation
Phone: ███████████
Email: ███████@me.com

**Authorized Signatory**
Natalia Pane, MBA
President, Child Trends
Phone: ██████
Email: proposals@childtrends.org

This volume includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed –in whole or in part–for any purpose other than to evaluate this volume. Data contained in this volume is confidential, proprietary, and may be exempt from disclosure through FOIA requests. If, however, a contract is awarded to this offeror as a result of – or in connection with –the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in all sheets.

**Introduction** ........................................................................................................................ 1

**Approach to Capacity Building** ......................................................................................... 3

   Interplays Among Geography, Cultural Contexts, & Education Systems ......................... 4

   Our Approach Prompts Sustainable Systems Change in Region 12 ................................. 7

   R12CC Logic Model ....................................................................................................... 18

   Region 12 Service Plans: Needs-Driven & Context-Specific ........................................ 21

      HI State Service Plan: Kaiāulu (Community) to Accomplish Effective and Durable Change to Reduce Math Achievement Gaps in CSI Schools. ................................................. 25

      AS State Service Plan: Nuu (Village) for Enhancing the Effectiveness and Sustainability of EBPs to Increase Early Literacy Outcomes. ............................................................. 31

      RMI State Service Plan: Community for Improving Secondary Literacy & Math Outcomes by Implementing and Scaling EBPs. ................................................................................... 36

**Quality of Project Design** ................................................................................................ 42

   Performance Management and Evaluation System ........................................................ 43

      Internal Evaluation ................................................................................................... 44

      External Evaluation .................................................................................................. 46

      Annual reports .......................................................................................................... 56

   Stakeholder Engagement System .................................................................................. 57

      R12CC Advisory Board. ........................................................................................... 60

      Annual formal needs assessment .............................................................................. 61

      Comprehensive communications and dissemination plan. ....................................... 69

   Personnel Management System ..................................................................................... 71

   Partnership ...................................................................................................................... 74

      Developing clear partnership agreements. ............................................................... 76

**Subject Matter and Technical Expertise** ...................................................................... 77

   Organizational capacity. ................................................................................................ 77

   Quality of proposed project personnel. ......................................................................... 82

   Center Management Structure. ...................................................................................... 84

   Comprehensive Quality Assurance Processes. .............................................................. 97

   Developing new and ongoing partnerships. .................................................................. 97

**Attachment A.** High-Level Five-Year Plan for the Region 12 Center ........................... 106

**Attachment B.** Subject Matter Experts ......................................................................... 107

Child Trends' Response to ED-GRANTS-051324-001             **i**

**Child Trends**

# Introduction

Child Trends (CT) in partnership with its technical assistance (TA) partner, Pacific American Foundation (PAF), and its evaluation partner, Education Northwest, ("The R12CC team") are pleased to submit this proposal to serve Hawai'i (HI), American Samoa (AS), and the Republic of Marshall Islands (RMI) as the **Region 12 Comprehensive Center** (R12CC), addressing **Absolute Priority 2**. **CT and PAF have offices in HI**, and our team has demonstrated capacity to provide high-quality, useful, and relevant intensive capacity-building services to state education agencies (SEAs) and other technical assistance (TA) recipients to solve their most significant, complex, and vexing high-leverage problems (HLPs). Our diverse team includes subject matter and TA experts from historically underrepresented groups who bring a wealth of knowledge, strong ties to the region's key stakeholders,[i] and a deep commitment to equity and excellence in education. **CT meets the criteria for the FY 2024 Competitive Preference Priority of new potential grantee as we have never received a grant under the CC Program** (34 CFR 75.105(c)(2)(i)). While we seek to join the Comprehensive Center (CC) Program for the first time, CT has a long history of providing evidence-based TA and capacity-building support to various SEAs, LEAs, and Indigenous communities.

Our proposed team's demonstrated success in building and sustaining the capacity of education systems to use research and evidence-based programs, practices, and interventions (EBPs), coupled with our deep understanding of and ties to the cultural contexts, will ensure successful accomplishments of the purpose of the CC program. Below are the key strengths and innovative approaches that set our team apart and drive the effectiveness of our efforts:

- **Deep understanding of the unitary education systems in the Pacific:** We have a unique and in-depth understanding of the unitary context of SEAs in the Pacific. This nuanced awareness allows us to provide tailored support and strategies that enhance intertwined governance and operational

---

[i] While we understand the violent connotations that the term "stakeholder" can have, particularly for Indigenous communities, we use the term "stakeholder" throughout the narrative to align with the requirements within the Notice Inviting Applications.

structures, leading to more effective and cohesive educational improvements.

- **Leaders who live in Region 12.** At least one member of our leadership team or HLP project leads resides in Hawaiʻi, American Samoa, or the Republic of the Marshall Islands. Our leads are fluent in Native Hawaiian, Samoan, and Marshallese, allowing them to connect effectively with stakeholders who are not traditionally served by the CCs. They possess deep lived experience working within the education systems in each of these locations and are trusted members of their communities, bringing invaluable local knowledge and cultural insights to their roles.

- **TA rooted in innovative Networked Improvement Communities (NICs):** By fostering collaboration and continuous improvement among educators and stakeholders, our NIC approach to TA allows for seamless sharing of EBPs and data-driven decision-making, specifically designed to address the HLPs unique to our region.

- **Culturally sustaining and impactful TA:** Our team integrates culturally sustaining practices, advanced implementation and improvement science principles, and adult learning theories into every aspect of our services. This ensures that EBPs are effectively adopted and scaled within Region 12, resonating with the unique cultural backgrounds of our diverse student populations and providing practical, impactful professional development for educators and leaders.

- **Robust stakeholder engagement system:** Our comprehensive stakeholder engagement system builds trust and facilitates meaningful two-way communication. We ensure that the voices of diverse stakeholders are continuously heard and incorporated into our activities, enhancing the relevance and effectiveness of our support in ways that truly make a difference.

- **Proven track record of TA:** CT has a robust history of providing high-quality TA through various federal funded ED centers, such as the National Center for Safe Supportive Learning Environments (NCSSLE) and the National Evaluation and Technical Assistance Center for the Education of Children and Youth Who Are Neglected, Delinquent, or At Risk (NDTAC). This extensive experience ensures that we bring a wealth of knowledge, effective practices, and successful strategies to the R12CC.

- **Extensive network of technical and content experts:** Our team is backed by a vast network of national, regional, and local experts with deep knowledge and experience specific to Region 12. This specialized network enhances our ability to deliver high-quality, evidence-based support across a range of educational areas, ensuring that our services are comprehensive and precisely tailored to meet the unique needs of Region 12.

# Approach to Capacity Building

The R12CC will serve HI, which is a United States (U.S.) state, AS, which is a U.S. territory, and RMI, which is a freely associated sovereign nation of the U.S. Throughout this proposal, we will use the terms "state" and "SEA" to refer to HI, AS, and RMI and their education systems for the purposes of clarity and ease of reading. This section delves into Region 12's unique geographical and cultural context and its impact on the educational landscape. The context calls for innovative approaches to providing high-quality, useful, and relevant capacity-building TA services that are evidence-based and aligned with the region's ongoing efforts to revitalize and preserve culture and Indigenous languages.

Specifically, we highlight the importance of "reimagining" conventional TA approaches in this region and integrating adult learning theories, networked improvement communities (NICs), implementation science, and improvement science into R12CC's approach to improve educational opportunities and outcomes, close achievement gaps, and improve the quality of instruction for all students. Our proposed projects (see **Region 12 Annual Service Plans**) will address the region's high-priority, high-leverage topics to stimulate impacts in a deeper way and improve the collective capacity of the three states to sustain progress and impacts. By focusing on the key HLPs addressing persistent challenges faced by these systems rather than numerous stand-alone projects to problem-solve, our team will serve as an integrative "hub" of continuous improvement and systems transformation that facilitates greater connections within the region and with the National and Content Centers. This approach is especially beneficial in Region 12, where human, organizational, and

financial resources are limited.

## INTERPLAYS AMONG GEOGRAPHY, CULTURAL CONTEXTS, & EDUCATION SYSTEMS

Region 12's unique geographical and cultural diversity significantly impacts its educational landscape and PK-12 education systems. In this section, we discuss the unique context of the region and common education challenges across the three states that our proposed projects aim to address. With key personnel and staff deeply rooted and at home in the region, our team embraces cultural humility and respect in delivering the intensive capacity-building TA (**see Subject Matter and Technical Expertise**).

**The Region is geographically expansive.** The educational landscape across this vast Pacific region reflects the diverse and dispersed nature of its islands, which span the international dateline and encompass three vastly different time zones.

- HI is an archipelago of eight major islands in the middle of the Pacific Ocean, making it the most isolated chain of islands in the world.[1] Approximately 174,000 students attend schools in HI's 15 complex areas and 37 charter schools across the chain of islands—nine complex areas are in Oahu, three in Big Island, two in Maui, and one in Kauai—that span more than 1,700 miles (about half the width of the United States).[2]

- AS is the southernmost U.S. territory and comprises five islands and two coral atolls expanding across 76.1 square miles (about twice the area of Manhattan). Nineteen of the 23 public elementary schools are located on the island of Tutuila, three in the Manu'a Islands, and one in Aunu'u. Five of six high schools are in Tutuila, and the remaining high school is in Manu'a, serving approximately 12,000 students in public elementary and secondary schools.[3]

- RMI comprises 23 inhabited atolls and five islands and is approximately 2,300 miles from HI. RMI manages 94 public and private elementary schools and 18 public and private secondary schools serving 13,628 students. Nearly 70 percent of the students live on the two urban atolls of Majuro and Kwajalein, and the remaining students are spread across the other atolls.[4]

The region's geographic context calls for innovative approaches to implementing capacity-

building services. Based on our deep understanding of the needs and regional context, we know that employing flexible and differentiated TA delivery modes (e.g., in-person, hybrid, virtual) will be key to accomplishing intended outcomes across the continuum of TA.

**The region serves students with distinctive and diverse cultural, linguistic, and racial/ethnic backgrounds.** Native Hawaiian, Samoan, and Marshallese students comprise most students in this region.[5,6] Hawaiian, Samoan, and Marshallese are official languages, respectively, alongside English. As part of language revitalization efforts in HI, Hawaiian is taught in immersion schools and programs in HI (e.g., Nāwahīokalaniʻōpuʻu and Pūnana Leo Schools).[7] Samoan and Marshallese are widely spoken in daily communication, while English is used in government and business.

Striving to preserve and strengthen their unique cultures and languages, HI, AS, and RMI each exhibit notable strengths in fostering multilingualism and cultural diversity within their educational systems. For example, RMI is integrating Marshallese Ways of Knowing into education policy and classroom learning.[8] Both Marshallese and English are used as languages of instruction; Marshallese is typically used in the lower grades to build foundational literacy and cultural knowledge, whereas English is gradually introduced and used more extensively in higher grades to prepare students for college and career.

Therefore, R12CC's TA in selecting and implementing EBPs concerning English language acquisition should be aligned with frameworks for revitalizing and preserving Indigenous languages. Moreover, as families from AS and RMI often migrate to and from HI, there is a growing need for providing additional support to these students and to the educators who teach them to better engage these families. Roughly 5 percent of students in HI identified as Micronesian, and HIDOE data shows that Micronesian students in high school have one of the highest achievement gaps in the state.[9]

**States in the region operate a unitary education system.** HI Department of Education (HIDOE), AS Department of Education (ASDOE), and RMI Ministry of Education (MOE) serve the functions of both SEAs and LEAs. This unique structure combines SEAs and LEAs into a single entity. It allows for more centralized control and uniformity in educational standards, curriculum development,

and resource allocation, ensuring that even the most remote areas receive consistent support and attention. While this may be efficient in setting an overarching policy framework and state plans, the SEAs are also responsible for implementing policies and accountability measures at the local level, leading improvement efforts of low-performing schools, managing the day-to-day operational aspects of schools, and directly serving students. The challenge for the region's SEA leaders is that something often gets lost in translation from policy to implementation in schools and classrooms, as there are no separate entities of LEAs that would carry out those initiatives.

Our capacity building approach will support education leaders within Region 12 in navigating their dual SEA and LEA roles by helping them structure processes that create a feedback loop between the SEA and LEA functions. In this feedback loop, the SEA function will build their capacity to create a vision, set ambitious goals to generate urgency, and provide an overall direction for improvement efforts. The LEA functions will build the capacity to support school leaders and teachers in implementing and evaluating improvement efforts (e.g., implementing EBPs) in their schools and classrooms, and provide feedback to SEA functions on progress. The SEA functions will then use this feedback to set policy and direct resources to sustain and enhance improvement.

**Educational challenges are persistent in the region.** For over a decade, all three states in the region have been unable to achieve significant statewide performance gains. Despite numerous policy changes, substantial investments of the U.S. Department of Education (ED) resources through CCs, RELs, and other TA centers, and a focus on school improvement, student outcomes highlight further opportunities for improvement (see **Exhibit 1**).[ii]

**Exhibit 1.** Student outcomes in HI, AS, and RMI

| State | Math Proficiency | | Literacy Proficiency | | Graduation Rates |
|---|---|---|---|---|---|
| | 3rd Grade | 8th Grade | 3rd Grade | 8th Grade | |
| Hawai'i | 52% | 31% | 49% | 50% | 86% |
| American Samoa | 6% | 10% | 5% | 39% | 94% |
| Republic of the Marshall Islands | - | 15% | - | 43% | 45% |

*Source.* HIDOE, 2023[10]; ASDOE, 2021[11]; RMI MOE, 2020[12]

---

[ii] Student outcomes data reflect the most recent data available in each state.

These opportunities for improvement do not reflect a lack of commitment, effort, or resources devoted by HI, AS, or RMI to school and student performance. Instead, they reveal flaws in conventional, implicit, and often unexamined assumptions about how to drive school performance effectively to the classroom level and improve student learning that do not consider the distinctive structure of a unitary education system.

To move past this performance variability/declines, SEAs in Region 12 cannot rely on the same approaches and expect different results. Instead, they must learn how to do what they have largely been unable to do: deeply embed EBPs and ensure they spread reliably and at scale to improve student learning. To accomplish this, SEAs need a better understanding of their strengths, challenges, and renewed capacities to apply the critical and varied SEA and LEA functions to promote and sustain systemic change in the region's schools and classrooms. Developing these capacities requires leaders at all levels of the education system to rethink how they approach change and apply new insights and better strategies drawn from research on implementation science, improvement science, and adult learning principles. In the pages that follow, we describe how we will help the states of Region 12 address their HLPs by applying more effective approaches to guide systemic change.

## OUR APPROACH PROMPTS SUSTAINABLE SYSTEMS CHANGE IN REGION 12

Our team's numerous needs sensing and ongoing conversations with system leaders across Region 12 revealed that there is need for a more coordinated, collaborative, and responsive approach to initiate and sustain systemic education change across SEAs, schools, and classrooms. To meet this need, we propose a **comprehensive and context-specific capacity-building approach** that integrates the principles of (1) networked improvement communities, (2) adult learning, and (3) implementation science.

In the field of improvement science, **networked improvement communities** (NICs) are collaborative groups that bring together diverse stakeholders, such as educators, researchers, and policymakers, to address common problems and achieve shared goals.[13] NICs operate on the premise that collective efforts, guided by a shared theory of improvement and driven by data, can lead to more

effective and sustainable solutions. They use structured methods to test changes, share insights, and build capacity across the network. We use NICs to foster a culture of collaboration and continuous learning that enhances the ability of SEAs to implement and sustain EBPs effectively.

**Adult learning principles**, often referred to as andragogy, emphasize the unique characteristics and needs of adult learners, including self-direction, leveraging experience, ensuring relevance, readiness to learn, a task-centered orientation, and internal motivation.[14] By integrating these principles, we make the learning process engaging, meaningful, and applicable to real-world challenges faced by practitioners throughout the region. We apply adult learning principles to support the development of individuals by enhancing human capacity through skills training, strengthening organizational structures and processes, informing policy decisions with data-based insights, and optimizing resource allocation and utilization.

**Implementation science** promotes the systematic uptake of EBPs into routine processes.[15] It focuses on ensuring that EBPs are adopted and used effectively across all levels of the education system, addressing barriers to implementation, and leveraging facilitators to enhance the integration of these practices. Furthermore, implementation science aims to improve quality and outcomes through continuous and iterative testing and refinement of processes and practices. Leveraging implementation science, we support SEAs in identifying specific challenges, developing and testing interventions on a small scale, and using data to inform decisions and scale up successful practices.

By integrating these three principles into our robust approach to TA development and delivery, the R12CC team empowers SEAs to effectively implement EBPs addressing HLPs and fostering sustainable systems change across the region. Our tailored TA is both evidence-based and iterative, designed to meet the unique needs of adult learners, thereby enhancing educational outcomes significantly. Unlike current CC approaches, we prioritize systemic change and networked learning, utilizing NICs to facilitate collaborative problem-solving, continuous improvement, and efficient knowledge mobilization, ensuring successful EBPs are effectively scaled.[16]

Moreover, our approach integrates adult learning principles, ensuring TA is engaging, relevant, and immediately applicable for sustained implementation. This focus on systemic change, coupled with capacity-building through networked learning, uniquely positions us to drive enduring improvements in student and educator outcomes. By tackling the underlying causes of stagnation in student performance, our approach offers a transformative pathway, promising dynamic, effective, and scalable educational advancements. This approach is graphically detailed in **Exhibit 2** (on the following page). The implementation methods for this approach are further detailed below and illustrated in the Logic Model (see **Exhibit 5**).

**Exhibit 2.** Our approach to capacity building in Region 12



**Our capacity building approach uses networked improvement communities to identify, adapt, and test changes to address HLPs.** The use of NICs within our work enables us to effectively and efficiently develop the human, organizational, policy, and resource capacity of decision-makers and educators served by the R12CC to address HLPs. The structured approach of forming NICs

emphasizes the importance of tailored networks for specific problems in education, leveraging diverse expertise to foster comprehensive solutions.[17] NICs are particularly helpful for smaller education systems, such as those in Region 12, as they foster clear structures for collective problem-solving, resource sharing, professional development, data-driven decision making, and scalable solutions. Further, the NIC will provide a place for states in the region to collaboratively discuss and delineate the roles and responsibilities within their unified SEA and LEA functions.

Our proposed **NIC teams** structure comprises two tiers: (1) core team members (i.e., HLP team) and (2) active team members—and includes diverse expertise from all levels of the K–12 ecosystem to address the challenges related to each HLP in a coherent and comprehensive way. The **core team**, also known as the **HLP team**, will consist of key personnel from the R12CC, key leaders from the SEAs with decision-making authority, and key leaders from schools. These members are crucial for developing and achieving HLP goals and objectives. **Active team** members include other relevant SEA leaders, school-level leaders, instructional coaches, counselors, and teachers, and they will support the core team's initiatives. This NIC structure will ensure continuous improvement and alignment from SEA level vision to LEA capacity building to classroom practice.

Different terms are used throughout this proposal to describe TA clients and recipients. **For the remainder of this proposal, we will mainly use HLP teams to describe clients and recipients** as these individuals are our primary TA audience. However, as decisions made by the HLP teams will be implemented by the active team members, these individuals also will engage in our TA indirectly or directly at key points in time.

**Our capacity building approach focuses on using adult learning principles to develop HLP team's capacity to address HLPs**. Our approach is rooted in the six characteristics of andragogy, or adult learning: a) understanding adults' self-concept as learners; b) understanding how their experiences shape their engagement; c) their readiness to learn; d) intrinsic motivation to learn; e) how their needs shape what they want to learn; and f) how the context of the challenges they are facing shape what they want to learn.[18] Our implementation of these principles is evident in our ongoing need sensing, thoughtful engagement of stakeholders, and use of readiness assessments (see **Stakeholder Engagement System**) to ensure our TA is aligned and situated within the context of

stakeholders' needs, challenges, experiences, motivation, self-concepts, and readiness. By leveraging these foundational adult learning principles, we can effectively target our efforts across the four dimensions of capacity building (see **Exhibit 3**). In the following, we provide an overview of how we will build each of these capacities.

**Exhibit 3.** Using adult learning principles to target the four dimensions of capacity building

| Dimension | Our approach to the dimension |
|---|---|
| **Human Capacity** | We build leaders' and educators' knowledge, skills, technical expertise, and ability to design, implement, and sustain education change efforts. |
| **Organizational Capacity** | We enable leaders and educators to create structures that support clear communication and a shared understanding of the SEA's visions and goals, and delineated roles and responsibilities in functional areas. |
| **Policy Capacity** | We support leaders and educators to create policies that support alignment, differentiation, or enactment of change. |
| **Resource Capacity** | We help leaders and educators to effectively identify and allocate materials and assets to sustain improvement. |

*Building human capacity to drive change.* The key to systemic change is improving classroom practice. When organizational policy and resource changes inform and support changes in classroom practice, significant changes in student learning occur. Conversely, without changes in classroom practice, improvement efforts rarely increase student learning or school performance.[19,20] One of the most important and immediate ways to "improve educator practice and student outcomes in math and literacy" (CC FY2024 Goal) is to build the skills of education leaders to ensure greater consistency in the implementation of change efforts across classrooms.

Therefore, our work begins by supporting human capacity as the foundation for change. Improvement science views improvement as a collaborative learning process, not a top-down effort led by a formal leader.[21] Improvement is inherently relational, fostered by respectful and reciprocal relationships and a shared goal for improvement. Therefore, our capacity building goals focus on building the capacity of education leaders and educators using a NIC approach to strengthen relationships among the different individuals and across roles on their teams and in their organization. Ultimately, our goal is to collaboratively build the human capacity of SEA leaders to lead change

within their systems while building the human capacity of school leaders and educators to enact change in their schools and classrooms.

*Enhancing organizational capacity to support change.* A key takeaway from improvement science is that organizational capacity is needed to support human capacity.[22] Improvement science emphasizes the need to embed change mechanisms (e.g., continuous improvement processes) into organizational structures to support decision-makers and their teams in enacting change. Hence, our approach to organizational capacity building is focused on helping SEA leaders in embedding change mechanisms into their structures. In addition, we will also rely on the following guiding principles from implementation science to build the organizational capacity of education agencies in Region 12:

- Focusing on one HLP at a time, which makes it easier to stay the course, especially when encountering the inevitable "implementation dip."[23]

- Monitoring to maintain focus and a sense of urgency, make course corrections, and guard against reverting to inferior practices.[24]

- Identifying teams to support change from various levels of the education system to focus on the implementation effort, making clear *who* is expected to do *what, why,* and by *when*.[25]

- Creating a culture committed to using data to guide change by encouraging professional reflection, creating a sense of shared responsibility, and modeling norms for non-judgmental data conversations.[26]

*Improving policy capacity to coordinate change.* R12CC states have three main policy levers at their disposal: *legislation*, *regulation*, and *inspiration*. To promote systemic change, SEAs must effectively use all three levers to focus schools on the right opportunities for improvement, guide change efforts in schools, and build a constituency for their vision of change.[27] Designing effective policy also requires building feedback loops with schools to surface challenges and provide insights into obstacles hindering improved classroom practice. In this regard, human and organizational capacity building should inform policy capacity, helping states identify, develop, and align policy levers to support change and remove or revise policies that impede change.[28] To this end, we will

support R12CC states in ensuring that policies and functions at all levels of the education system, including SEAs, schools, and classrooms, align to enable facilitate and accelerate system-wide learning and improvement.

*Strengthening resource capacity to sustain change.* A traditional SEA-only approach views resources narrowly, focusing on allocation and distribution, often leading to a zero-sum game. In contrast, a unified SEA and LEA approach considers both tangible and intangible resources within the system, leveraging the expertise and capabilities of decision-makers and educators through asset-based thinking. By employing NICs to address challenges collaboratively, various groups can work in coordination on different aspects of HLPs to advance solutions more effectively.[29] Our approach transforms SEAs from mere *compliance checkers* to *resource connectors*, ensuring that innovations and successes are shared across the system to support systemic change.[30] Additionally, we will support SEAs in accessing a myriad of other resources, such as federal TA resources, to address the needs of their schools, thereby maximizing the system's overall resource capacity.

**Our approach uses implementation science to promote the systematic uptake of EBPs to address HLPs.** As defined in the CC Program Notice, HLPs are those that, if solved, will result in substantial improvements for groups of students with the greatest need, reflect top priorities for state policymakers, and require intensive capacity-building services to address. Thus, by definition, HLPs are defined as **adaptive challenges** within the implementation science research base.[31] The HLPs in Region 12 cannot be solved with mere technical fixes. Rather, they require systemic and sophisticated responses and intensive capacity building of educators and decision-makers at all levels to select and apply EBPs to address unmet student needs.

We use a six-phase implementation process to support HLP teams in addressing HLPs as adaptive challenges and, ultimately, improve classroom practice and student learning.[iii] Our approach (shown in **Exhibit 4**) is grounded in several evidence-based continuous improvement processes commonly

---

[iii] HLP teams are the key personnel from the R12CC, key leaders from the SEAs, and key leaders from schools who are the core team members of the NIC teams.

used in the education sector, including the Active Implementation Research Network's (AIRN) implementation stages[32] and the five-step process included in the Department of Education's non-regulatory guidance for strengthening the effectiveness of ESEA investments.[33] By aligning our process to these evidence-based frameworks, we demonstrate a rationale that TA activities to address HLPs will result in desired short-, mid-, and long-term outcomes. In the following, we outline how we will leverage the six-phase implementation process in our TA activities.

**Exhibit 4.** Alignment of R12CC Implementation Phases to Evidence-Based Implementation Processes

| R12CC Phases of Implementation | Alignment to Other Implementation Processes | |
| --- | --- | --- |
| | **Strengthening the Effectiveness of ESEA Investments** | **AIRN Implementation Stages** |
| 1) Conduct needs sensing | Identify local needs | Exploration |
| 2) Develop a logic model | Plan for implementation | Exploration |
| 3) Select EBPs | Select relevant, evidence-based interventions | Installation |
| 4) Plan for the implementation of EBPs | Plan for implementation | Installation |
| 5) Support the implementation of an EBP | Implement | Initial implementation, full implementation |
| 6) Evaluate and refine EBPs | Examine and reflect | Initial implementation, full implementation |

*Conduct needs sensing to identify HLPs.* Implementation science shows that devoting adequate time to needs sensing—sometimes called the "exploration phase"—is critical.[34,35] Needs assessments are necessary for understanding the contexts in which EBPs will be implemented to ensure "contextual fit"—an alignment between the intervention and the "needs, skills, and resources available in a setting."[36] Therefore, needs sensing is not an annual event but an ongoing feedback loop.

We will conduct an annual needs sensing in partnership with REL Pacific to collaboratively "identify, understand, and prioritize the needs that [state education agencies] and schools must address to improve performance."[37] This annual needs sensing is further detailed in **Stakeholder Engagement System**. The needs of each state and the region as a whole and Region 12's unique

context will drive the Annual Service Plan; therefore, it is critical that the needs sensing process be ongoing, wide-reaching, and transparent.

Outside of R12CC's annual needs sensing activities, we will support HLP teams in building the skills to conduct their own needs sensing to further understand HLPs in their schools and classrooms. We will show HLP teams how to 1) use comprehensive inventory tools to assess the current EBPs implemented within their schools and classrooms, 2) develop and use needs assessment tools to further capture the needs of educators, families, and students, and 3) host needs sensing events (such as through roundtables or townhalls) to conduct needs sensing. We will support HLP teams in analyzing this data and using it to further inform logic models and plans.

*Develop logic model to inform how HLPs are addressed.* Logic models are critical to change planning, implementation, and evaluation.[38] We use logic models to clarify and focus thinking during planning efforts by "back-mapping" from desired outcomes to frame improvement efforts as testable hypotheses. Logic models will form the foundation of our Annual State Service plans, which will also include an associated project management plan to help guide the implementation process. One critique of logic models is that if they are developed without (or with limited) input from stakeholders and are not regularly revisited, they do little to inform and guide improvement efforts.[39] Rather than creating logic models for HLP teams, we will build the capacity of HLP teams to construct their own logic models, ensuring their understandings and vision are represented and that key elements are included.[40] These logic models will be living documents, and we regularly revisit them with stakeholders to re-examine assumptions and make course corrections.

*Select and refine EBPs to address HLPs.* We will help HLP teams in reviewing resources available on the What Works Clearinghouse (WWC) and other repositories and understanding the relationship between WWC's evidence standards and ESSA's four evidence levels: strong, moderate, promising, or demonstrates a rationale.[41] We will also encourage stakeholders to select the most rigorous intervention that aligns with the logic model and is feasible in the given circumstances (e.g., in light of readiness, cost, implementation capacity, and potential implementation barriers) using

resources such as the Heptagon Tool.[42] Further, we will support stakeholders in refining the EBP to reflect the unique cultural and linguistic diversity of their various student populations. Several tools exist to support this refinement, such as the Ecological Validity Model which is commonly used to adapt EBPs in the public health field.[43]

This systematic approach will help prevent the tendency to rush to a solution without thoroughly understanding the underlying problem and create conditions where practitioners are more likely to implement interventions effectively.[44] Finally, we will revisit the logic models with HLP teams, supporting them as they integrate the selected EBP and revisit and revise (as necessary) existing assumptions and relationships.

*Plan for implementation of EBPs.* Implementing an EBP is more than a matter of applying a new practice in a SEA, school, or classroom. Research suggests that when three key "implementation drivers"—(1) supporting professional learning with training and coaching, (2) providing a supportive environment, and (3) ensuring effective leadership—are in place, nearly 80% of EBPs reach "full implementation" (i.e., more than half of educators using the practice as intended with positive student outcomes) within three years.[45] Conversely, when any of these drivers are missing or deficient, only 14 percent of interventions reach full implementation.

Thus, planning for implementation is a critical step in the implementation process. As such, we will facilitate reflective conversations with the HLP teams to ensure the key implementation drivers are present. We will also revisit the logic models and Annual State Service Plans with the HLP teams, ensuring assumptions and relationships are accurate, and that implementation resources, roles, responsibilities, and timelines are specified. A final, imperative task during the planning process will be developing an evaluation plan, ensuring that HLP teams are prepared to monitor performance and conduct continuous improvement.[46]

*Build capacity for educators to implement EBPs.* When implementing an EBP to address an HLP, the focus should be on scientific "trial and learning," such as Plan-Do-Study-Act (PDSA) cycles, an iterative process which supports reflection about how to apply EBPs more effectively.[47] PDSA cycles

support learning about innovations—when they work and why, and how to deliver them with increasing precision. While the strength of the theoretical and/or experimental evidence that supports an EBP is critical, equally important is understanding the context—for example, educator, student, and community beliefs, behaviors, and values—and ensuring the implementation drivers are in place.

To support successful implementation, we will work with the HLP teams to ensure the availability and quality of key drivers. This may include "vertical" coaching from those with more expertise, as well as "lateral," peer-to- peer coaching opportunities with structured protocols and non-evaluative rubrics, such as Innovation Configuration Maps.[48] We will also facilitate data-based, reflective conversations about fidelity and preliminary outcomes, encouraging the HLP teams to revisit their assumptions considering their successes and any unanticipated barriers, and revise the logic models and annual service plans as necessary.

*Evaluate EBPs.* Although presented as a distinct process, planning for evaluation begins during the needs assessment phase and continue throughout the implementation process, examining factors such as barriers and facilitators, performance fidelity and implementation variations (i.e., performance monitoring), and the perspectives of implementers and stakeholders. This is because evaluation is not the *final* phase of implementation, but rather, part of a continuous improvement process that helps stakeholders monitor implementation, test and re-test hypotheses expressed in logic models, make informed mid-course corrections, and determine if the effort is having its desired impact.

We will support the HLP teams in using the elements in the Data Systems Matrix, a planning tool to help SEAs and LEAs consider ways to improve their data systems to align with ESEA requirements. To support monitoring and evaluation, we will work with the HLP teams to design and implement evaluation plans of EBPs; facilitate data-based, reflective conversations; and revise the logic models and Annual State Service plans to reflect next steps (e.g., discontinue, revise, or scale up).

# R12CC Logic Model

Our R12CC logic model (see **Exhibit 5**) is rooted in the underlying concepts, expectations, beliefs, theories, and practices outlined in our capacity building approach (see **Exhibit 2**). Our logic model is a visual representation that outlines the sequence of actions for how we will put our capacity building approach into practice to achieve proposed short-term outcomes, mid-term outcomes, and long-term outcomes.[49]

The logic model begins with an overview of the ***inputs***, which are the resources available to support the R12CC. Then, it highlights the ***activities***, or the actions, processes, techniques, tools, and services our staff will implement to reach the proposed outcomes. Next, it outlines the ***outputs***, or the direct products of our activities. Finally, it concludes with the ***outcomes***, which are the specific changes to behavior, knowledge, skills, and operations. Short-term outcomes are immediate effects after one-year, mid-term outcomes are changes that occur after two to three years, and long-term outcomes are those that occur after four years of service. The logic model is aligned with our evaluation plans (outlined in **Performance Management and Evaluation System**) and will be updated annually based on needs sensing and modifications to Annual Service Plans.

**Exhibit 5.** The R12CC Logic Model

| Inputs | Activities | Outputs | Short-Term Outcomes | Mid-Term Outcomes | Long-Term Outcomes |
|---|---|---|---|---|---|
| **Funding and Budget**<br>• State education funds<br>• Federal (e.g., CLSD, Head Start) education funds<br><br>**Policy**<br>• Federal regulations, statues, and guidance<br>• State regulations, statues, and guidance<br><br>**Human Resources**<br>• SEA staff<br>• School level staff<br>• Families and students<br>• Business and community organizations<br>• R12CC staff<br>• R12 advisory board<br>• Subject matter experts<br>• Federal staff<br><br>**Materials and Tools**<br>• Annual Service Plans<br>• NIC protocols<br>• Existing EBPs<br>• Implementation protocols and tools<br>• Evaluation and assessment protocols and tools<br>• Professional development resource and training materials | **Operational Services**<br>• Conduct annual needs sensing<br>• Facilitate advisory board<br>• Routine interaction, communications, and knowledge sharing between R12CC and stakeholders<br>• Disseminate learnings<br>• Conduct annual evaluation<br><br>**Capacity Building Services**<br>To address HLPs, we will build the capacity of the NIC teams in each state to:<br>• Develop and sustain NIC teams<br>• Develop ongoing and consistent needs assessment<br>• Develop and/or refine logic models<br>• Select and adapt relevant EBPs to fit cultural, regional, and socio-economic contexts of student populations<br>• Plan for the implementation of EBPs<br>• Support implementation | **Operational Services**<br>• Annual needs sensing reports<br>• Annual Service Plans<br>• Trusting relationships between R12CC and stakeholders that supports continuous feedback on R12CC services and awareness of needs<br>• Dissemination products<br>• Summary evaluation reports<br><br>**Capacity Building Services**<br>• NIC infrastructure established<br>• Needs assessment developed<br>• Logic models developed<br>• EBPs selected and adapted<br>• EBP implementation created<br>• Customized implementation materials and resources that reflect the cultural and linguistic diversity of various student populations<br>• Developed professional development training to support implementation | **Operational Services**<br>• At least 85% of TA recipients self-reported satisfaction with the quality, relevance, and usefulness of TA services<br>• Summative evaluation demonstrates the Center's ability to adapt to emerging needs<br><br>**Human Capacity**<br>Increased capacity to:<br>• Identify HLPs within their education system<br>• Capture the needs of educators, families, and students<br>• Coordinate change initiative to address HLPs within their education system.<br>• Understand current EBPs used in their education system<br><br>**Organizational Capacity**<br>Increased capacity to:<br>• Understand vision and goals to address HLPs<br>• Role in achieving vision and goals<br>• Roles and responsibilities aligned to job descriptions | **Operational Services**<br>• At least 85% of TA recipients self-reported satisfaction with the quality, relevance, and usefulness of TA services<br>• Summative evaluation demonstrates the Center's ability to support states in addressing HLPs<br><br>**Human Capacity**<br>Increased capacity to:<br>• Use continuous improvement processes to address HLPs<br>• Support implementation of EBPs across schools and classrooms<br>• Use EBPs in schools and classrooms<br>• Use data to refine EBPs<br><br>**Organizational Capacity**<br>Increased capacity to:<br>• Coordinate professional development for educators | **Operational Services**<br>• At least 85% of TA recipients self-reported satisfaction with the quality, relevance, and usefulness of TA services<br>• Summative evaluation demonstrates the Center supported states in addressing HLPs<br><br>**Student Outcomes**<br>• Improved educational outcomes for targeted student populations<br><br>**Human Capacity**<br>Increased capacity to:<br>• Develop strategies to sustain EBPs use in schools and classrooms<br><br>**Organizational Capacity**<br>Increased capacity to:<br>• Coordinate the scaling of EBPs across schools and classrooms<br><br>**Policy Capacity**<br>Increased capacity to:<br>• Institutionalize EBPs through changes to policy and standard operating procedures |

| Inputs | Activities | Outputs | Short-Term Outcomes | Mid-Term Outcomes | Long-Term Outcomes |
|---|---|---|---|---|---|
| **Technology**<br>• State Longitudinal Data Systems<br>• K-12 data management systems<br>• Virtual communication platforms<br><br>**Partnerships**<br>• Federally Funded TA Centers | of EBPs<br>• Use data to evaluate and refine EBPs<br>• Scale EBPs<br>• Build sustainable strategies (i.e., organizational, policy, resource) for implementation of EBPs | • Monitoring and evaluation plan created<br>• Long-term strategic plan for sustaining EBPs is created. | **Policy Capacity**<br>Increased capacity to:<br>• Understand state and/or federal policies and initiatives<br><br>**Resource Capacity**<br>Increased capacity to:<br>• Understand resources and how to effectively use them | • Coordinate implementation of EBPs across schools and classrooms<br>• Develop a robust data system to support continuous improvement<br>• Build clear structures to communicate changes across schools, classrooms, and the broader community<br><br>**Policy Capacity**<br>Increased capacity to:<br>• Collaborate with partners to develop or enact state and/or federal policies and initiatives<br><br>**Resource Capacity**<br>Increased capacity to:<br>• Use resources to support implementation of EBPs | • Embed the NIC model into the broader education system to address other HLPs<br><br>**Resource Capacity**<br>Increased capacity to identify<br>• Use assert-based approach to identify and allocate materials and assets to sustain EBPs |

Child Trends' Response to ED-GRANTS-051324-001<br>PR/Award # S283B240036<br>Page e32

## REGION 12 SERVICE PLANS: NEEDS-DRIVEN & CONTEXT-SPECIFIC

Leveraging our capacity building approach, we will develop and deliver high-quality, useful, and relevant intensive capacity-building activities to build, increase, and sustain the capacity of state and school leaders and staff via NIC teams to (a) identify HLPs and understand their root causes through comprehensive needs sensing; (b) continuously develop and refine project logic models and service plans that guide the design, selection, and implementation of EBPs to address the HLP; (c) select and refine EBPs to address HLPs; (d) plan, implement and evaluate the fidelity, rigor, effectiveness, and sustainability of these EBPs across schools and classrooms; and (d) enhance sustainability by integrating EBPs into state policy and resources. This iterative process that meaningfully engages stakeholders in planning, executing, and assessing the outcomes of R12CC's TA services will ensure that R12CC's services are closely aligned with the current and emerging needs and priorities of the states in Region 12.

**Identifying Region 12 HLPs Specific to State and Regional Needs and of National Importance.** Through document reviews, data analyses, and rich and abundant conversations with all stakeholders, including education system leaders, parents, and community members across HI, AS, and RMI, we collaboratively identified each state's most pressing HLP. Specifically, we conducted detailed reviews of each state's ESSA and/or strategic plans, reviewed findings and recommendations from the Regional Advisory Committee, analyzed multiple longitudinal measures of student performance in each state, and engaged in dialogue with the state leadership teams, parent organizations, students, and community groups (see **Exhibit 6**). These HLPs will be further refined after the award to ensure continued alignment with the needs and priorities of the states in the region and to identify any new emerging needs. Detailed description of these proposed projects follow (see **Exhibit 8, 9,** and **10**):

- **HI:** We propose to support Comprehensive Support for Improvement (CSI) schools identifying, implementing, evaluating, and sustaining EBPs to increase students' math outcomes.

- **AS:** Our proposed work is designed to support ASDOE staff in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up early literacy EBPs across their schools, particularly in TSI and CSI schools.

- **RMI:** We propose to support RMI MOE in identifying, implementing, refining, and sustaining EBPs to strengthen their college preparedness education track with a particular focus on improving literacy and math outcomes for secondary students.

**Exhibit 6.** Key education leaders and stakeholders in Region 12 engaged in needs sensing

| State | Key Education Leaders and Stakeholders |
|-------|----------------------------------------|
| Hawai'i | - HIDOE leaders, including the Office of Curriculum, Instruction, and Student Support, Office of School Transformation, and Complex Areas Superintendents<br>- HI Public Charter School Commission leaders<br>- School leaders at Waiahole Elementary School, Mokulele Elementary School, Radford High School, Po'o Kumu Malama Honua Public Charter School, and Kamaile Academy Public Charter School<br>- Community leaders, including HI State Early Learning Board, Hawai'i Afterschool Alliance, University of Hawai'i Windward Community College, and University of Hawai'i- West Oahu, and University of Hawai'i-Manoa's Department of Curriculum Studies |
| American Samoa | - ASDOE leaders, including the Division of Administration, Division of Curriculum and Instruction, and Early Childhood Education<br>- Community leaders, including American Samoa Cancer Coalitions and Ku'uipo Consulting |
| Republic of the Marshall Islands | - RMI MOE leaders, including the Public School System Division and the Office of Secondary School and Career Education<br>- Community leaders, including Atoll Blueprint Project and MarTina Corporation |
| Regional | - Organizational leaders serving Region 12 through capacity building services, including Regional Educational Laboratory Pacific (REL Pacific), National Clearinghouse for English Language Acquisition (NCELA), FHI360, What School Could Be, Center for Reimaging Education, Learning Policy Institute, Edunomics Lab, and Washington State University-Institute for Research and Education to Advance Community Health, and Children's Healthy Living Program |

We received written letters of support (see **Appendix C**) from HIDOE and RMI MOE to pursue these proposed projects and verbal confirmation from Christine Leiato, ASDOE Program Director of the Office of Accountability and School Improvement Systems (see **Exhibit 7** for project overviews and **Exhibit 8, 9,** and **10** for the proposed 5-year service plans).

In addition to these three projects, we will develop a cross-regional project focused on supporting multilingual learners' outcomes in HI, AS, and RMI in collaboration with English

Learners and Multilingualism CC Content Center, National CC Center, REL Pacific (operated by one of our partner organizations), and NCELA (operated by one of our partner organizations). Further, supporting multilingual learners' outcomes is embedded within each of the proposed HLP projects, and we will also proactively utilize resources and tools developed by ED-funded projects such as What Works Clearinghouse (WWC). As Region 12 states have striven to preserve heritage languages and support multilingual learners, we believe that this is an HLP that the region can provide national leadership on to support education systems in other regions.

**Exhibit 7.** Proposed projects are aligned with the ESSA and other state plans and CC goals

| State | Primary HLP | Priority Areas[iv] | | | | | | | Target Population[v] | | | | | Capacity Building Type | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Implementing and scaling up EBPs | Improve instruction and outcomes in literacy and/or math | Use of scientifically valid teaching methods & assessment tools | Increase English Language acquisition | Carrying out Consolidated State Plans/Other State Plans | CSI, TSI, and other low-performing schools | Supporting resource allocation reviews to sustain EBPs | Low-income families | Rural populations | Students of color | Multilingual learners | Students in special education | Human | Organizational | Policy | Resource |
| Hawaiʻi | Reducing Math Achievement Gaps in CSI Schools | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| American Samoa | Enhancing EBPs to Increase Early Literacy Outcomes | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |

---

[iv] As a sovereign nation, RMI does not follow ESSA guidance
[v] Due to the geographic makeup of HI, AS, and RMI, a vast majority of students live in rural communities. Additionally, according to population databases (e.g., U.S. Census, World Bank), many students in HI, AS, and RMI are experiencing poverty. We chose not to highlight these statistics in the background section as these numbers are rooted in Western traditions, which do not always translate to the traditions in HI, AS and RMI.

| State | Primary HLP | Priority Areas[iv] | | | | | | | Target Population[v] | | | | | Capacity Building Type | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Implementing and scaling up EBPs | Improve instruction and outcomes in literacy and/or math | Use of scientifically valid teaching methods &assessment tools | Increase English Language acquisition | Carrying out Consolidated State Plans/Other State Plans | CSI, TSI, and other low-performing schools | Supporting resource allocation reviews to sustain EBPs | Low-income families | Rural populations | Students of color | Multilingual learners | Students in special education | Human | Organizational | Policy | Resource |
| Republic of the Marshall Islands | Improving Secondary Literacy & Math Outcomes by Implementing & Scaling EBPs | X | X | X | X | | | X | X | X | X | X | | X | X | X | X |
| Regional | Identify EBPs to Increase Literacy & Math Outcomes for Multilingual Learners in the Pacific Region | X | X | X | X | | | X | X | X | X | X | | X | X | X | X |

**Developing Annual Service Plans.** The following sections detail the draft 5-year service plans for each project proposed. By focusing on one primary HLP per state, we provide capacity building services that address the breadth and depth of the opportunity for improvement. This focus ensures that capacity building services increase human, organizational, policy, and resource capacity for participants as well as student outcomes for targeted student populations. In alignment with our capacity building approach, activities within each annual service plan follow similar processes. Similarities across service plans enable us to effectively and efficiently support each state while adapting to different HLPs and local needs.

Our proposed R12CC co-directors, state leads, and staff have the demonstrated knowledge and experience necessary to realize these initiatives (see **Subject Matter and Technical Expertise**). Our team's close ties and trusting relationship with key stakeholders and **physical presence in each state** plays a vital role in the success of any and all projects undertaken in Region 12.

If our team is selected to operate the R12CC, we will meet with SEA leadership to refine the proposed project objectives, goals, outcomes, and milestones to ensure that they accurately reflect **current readiness** and needs. Additionally, readiness will be assessed yearly during annual needs sensing (see **Stakeholder Engagement System**). The R12CC team will submit revised Annual Service Plans to ED within 90 days post-award. The Annual Service Plans will be updated annually based on changing client needs and readiness to address HLPs, which will be captured during annual needs sensing activities.

**HI State Service Plan: Kaiāulu (Community) to Accomplish Effective and Durable Change to Reduce Math Achievement Gaps in CSI Schools.** This proposed project (see **Exhibit 8**) aims to support and build the capacity of CSI schools in identifying, implementing, evaluating, and sustaining EBPs to increase students' math and literacy outcomes. It aligns with a top HLP of HIDOE, builds on the foundations of other previous ED-funded projects, including those of REL Pacific, and has the potential to improve educational outcomes for many students.

**Exhibit 8-a.** HI Annual Service Plan to address HLP of math achievement gaps in CSI schools

| Context and Background |
| --- |
| HI's 2023-2029 strategic plan emphasizes delivering high-quality learning to all students, focusing on equitable outcomes, safe environments, and culturally responsive practices.[50] Our team's needs sensing activities, reviewing key policy documents and discussions with education system leaders, identified two key HLPs that this plan aims to address: (1) disparities in student achievement in math among specific student groups, and (2) strengthen support for CSI schools.<br><br>• **Disparities in student math outcomes**: Addressing disparities in math student achievement, particularly among Pacific Islanders and Native Hawaiians, English Learners, and students with disabilities is a critical priority to ensuring all students graduate from high school ready for college, careers, and active community involvement. These groups of students consistently lag behind their peers across various academic measures.<br><br>For example, while 32% of 8th grade students achieved proficiency in math for the 2022-2023 school year, Pacific Islanders (13%) and Native Hawaiians (15%) students significantly underperformed. Similarly, students receiving special education services (7%) and English Learners (12%) exhibit the lowest proficiency rates, |

highlighting the urgent need for targeted interventions. Furthermore, economically disadvantaged students demonstrate a proficiency rate of only 21%, underscoring the intersection of socioeconomic factors and educational outcomes.[51]

- **Increasing support for CSI schools**: During the initial needs-sensing, education leaders in HI noted that supports to CSI schools lack coordination, as they focus on short-term solutions rather than systemic change. From the push to embrace high impact tutoring to adopting schoolwide multi-tiered systems of support (MTSS), efforts to support CSI schools have shown that changes spread rapidly without sufficient knowledge on how to achieve the state's envisioned improvements. As a result, progress toward increasing math achievement is typically modest, with a high degree of variance from school to school. In some classrooms, an innovative change idea might work; in many other classrooms, it does not.

## Purpose and Goals

HIDOE has requested R12CC assistance to support HIDOE Complex Area and school level teams with coordinating the implementation, refinement, and sustainability of math EBPs across schools. Building on HIDOE's work through their School Transformation Branch, this project will support Complex Area and school level teams in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up math EBPs across their schools, particularly in CSI schools, addressing systemic issues to ensure equitable educational outcomes.

## Capacity-Building Services to Be Delivered

From October 2024 to September 2029, the R12CC team will use a NIC approach to partner with HIDOE staff, Complex Area teams, and CSI schools to engineer conditions to support practical and durable changes in classroom and schoolwide practices to advance long-term systemic change and increase math outcomes for students from low-income families. R12CC will develop a NIC to support HIDOE administrative staff and school teams in engaging in collective learning and problem solving to implement, refine, and sustain and culturally sound math EBPs.

The R12CC team will provide facilitation, professional learning, relationship brokering, and research synthesis support to enable HIDOE CSI schools to implement prioritized EBPs for reducing achievement gaps in CSI schools and develop tools, resources, and professional learning to strengthen and support HIDOE with continuous improvement coaching to support CSI schools. The activities described in this plan reflect a five-year project.

**Year 1:**

- **October 2024—December 2025**: Collaborate with HIDOE and CSI schools to establish a NIC to support HIDOE Complex Area staff, and school teams in implementing, refining, and sustaining math EBPs across schools. NIC members will meet once monthly in-person for strategy sessions throughout Year 1.

- **January 2025—March 2025**: Support NIC members in conducting a comprehensive inventory of existing math EBPs and interventions in CSI schools. Findings from comprehensive inventory will guide and inform tools developed for a needs assessment of practitioner, family, and student needs.

- **April 2025—June 2025**: Support NIC members in conducting a needs assessment of practitioner, family, and student needs. Findings from needs assessment will be combined with comprehensive inventory findings to inform the development of a logic model.

- **July 2025—September 2025**: Develop a logic model bringing together HIDOE's current recommended EBPs for CSI schools to create a cohesive and sustainable implementation plan to improve learning outcomes in math. The logic model will guide and inform coaching and implementation plans to reliably implement and scale up such EBPs across CSI school contexts.

**Years 2-5**: Timelines and activities will be further specified when annual State service plans are developed. At a minimum, R12CC will continue to collaborate with HIDOE, Complex Areas, CSI schools, partners, experts, and relevant stakeholders to:

- Sustain the NIC.

- Support the implementation, refinement, and scaling up of math EBPs across CSI schools using continuous improvement processes.

- Develop a robust and practical data collection and analysis system to support continuous improvement processes.

- Develop long-term strategies for embedding and sustaining effective EBPs, such as institutionalizing EBPs in policy changes and standard operating procedures.

## Dimensions of Capacity-Building

This project will provide capacity-building services across all four dimensions (i.e., human, organizational, policy, and resource):

- **Human capacity:** Throughout Years 1 to 5, NIC members will improve their individual knowledge and skills: 1) to identify EBPs that meet the needs of HIDOE teachers, families, and students, 2) to better align and coordinate school improvement initiatives across Complex Areas and CSI schools, 3) to use continuous improvement processes to identify and address challenges when implementing math EBPs, and 4) to support teachers and leaders in using EBPs in their classrooms and schools. This improved knowledge and skill building will strengthen commitments and the ability of NIC members to use implementation and improvement science to address HLPs in HI public schools. In addition, Complex Area and school level teams will learn how to use improvement science to implement, refine, and sustain math EBPs. Ideally, it will translate into other content areas (e.g., reading and science) within HIDOE, schools, and classrooms.

- **Organizational capacity:** Throughout Years 1 to 5, HIDOE will strengthen and align their structures for 1) providing coordinated professional learning to CSI school leaders and teachers to support them in learning how to use improvement science to implement, refine, and sustain EBPs in their schools, and classrooms, 2) creating process for increasing collaboration across CSI schools for implementing and refining EBPs, 3) providing data to support practitioner continuous improvement efforts, and 4) communicating SEA led initiatives across CSI schools, and the broader community. These improved structures will support HIDOE in enhancing their capacity to provide support to underperforming schools.

- **Policy capacity:** In Years 4 and 5, HIDOE will focus on growing their policy capacity by 1) developing long-term strategies for sustaining effective EBPs, such as institutionalizing EBPs in policy changes and standard operating procedures, and 2) embedding the model into the broader HIDOE system to support ongoing learning and growth. These changes will ensure that learnings from this work are sustained long after the 5 years.

- **Resource capacity:** As part of building their policy capacity in Years 4 and 5, HIDOE will learn how to use asset-based processes to review tangible and intangible resources (e.g., financial, personnel, material) that are available to sustain the work. This will support HIDOE in understanding how to effectively incorporate changes into policy change and standard operating procedures without further straining resources

## HLP Team

### Key Clients/Recipients of TA

- **State:** Heidi Armstrong, Deputy Superintendent, HIDOE; Educational Specialists within the School Transformation Branch; Ed H. Noh, Executive Director, Complex Area Specialists and Coaches
- **Schools:** Principals from CSI schools; Instructional coaches and teachers from CSI schools

### R12CC Team

- **Cindy Henry, HI State Lead:** NIC lead, state strategic planning, professional learning delivery, meeting facilitation, relationship brokering
- **Kapono Ciotti, HI State Co-Lead:** NIC co-lead, professional learning delivery, meeting facilitation, relationship

brokering

- **Cherry Yamane, Math TA Specialist:** professional learning development, research synthesis, needs sensing, tool and resource development, note taking

- **Tameka Porter, Multilingual and Evaluation TA Specialist:** professional learning development, research synthesis, needs sensing, tool and resource development specific to support multilingual learners, support formative evaluation of activities

### Collaboration and Leveraging Other TA Provider Partners

We will actively collaborate and coordinate with existing ED-funded TA partners. Leveraging the existing network, dissemination venues, and available resources and tools developed by other TA providers would expedite the material development process for projects and allow reaching broader stakeholders. This will also help ensure more CC resources will be available to provide direct TA services to the states in the region. Key partners will include National Comprehensive Center; Center for Early School Success Center; The Center on English Learners and Multilingualism; Center for Fiscal Equity; REL Pacific, and the National Clearinghouse for English Language Acquisition.

### Dissemination Plans

Each year dissemination products will be produced to share the story of the work with the local community and larger CC Network. These stories will highlight how major milestones in the project were accomplished as well as key learnings. Products will include: 1) 2 blog posts per year, 2) 1 data visualization per year, 3) project updates posted in the monthly Region 12 CC newsletter, and 4) project updates posted on the Region 12 social media platforms. Dissemination plans are further outlined in **Stakeholder Engagement System**.

**Fidelity measures** will be developed in collaboration with the HLP team and with the external evaluation partner, as part of Year 1 planning. These fidelity measures will be incorporated into the logic model developed during Year 1 and will capture progress towards meeting the short-term, mid-term, and long-term outcomes identified. Measures will be divided across the four dimensions of capacity building. **Exhibit 8-b** provides details of the anticipated outputs, outcomes, and associated measures.

**Exhibit 8-b.** Milestone and outcomes to measure project progress and impact

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| **Year 1** | | |
| **Establish the NIC** <br><br> • NIC vision and goals developed (Q1). <br><br> • Collaborative infrastructure created (Q1). <br><br> • NIC established (Q1). | **Establish the NIC** <br><br> • NIC members are engaged in NIC meetings and activities. <br><br> **Conduct Comprehensive Inventory** <br><br> • NIC members are trained in how to | **Short-term (After 1 year):** <br><br> • 85% of NIC members report increased knowledge of current math EBPs being implemented in their CSI schools. <br><br> • 85% of NIC members report increased understanding of how to coordinate school improvement |

| Outputs | Milestones | Time-Bound Outcomes |
|---------|------------|---------------------|
| • Consistent NIC participation (Q1-Q4)<br><br>**Conduct Comprehensive Inventory**<br><br>• Content-specific trainings on creating a comprehensive inventory are delivered (Q2).<br><br>• Comprehensive inventory tools developed (Q2).<br><br>• Comprehensive inventory created (Q2).<br><br>**Conduct Needs Assessment**<br><br>• Content-specific trainings on needs assessments are delivered (Q3).<br><br>• Needs assessment tools developed (Q3).<br><br>• Needs identified (Q3).<br><br>**Develop Logic Model**<br><br>• Content-specific trainings on logic models are delivered (Q4).<br><br>• Logic model developed (Q4).<br><br>• CSI math EBPs are improved to better meet practitioner, family, and student needs (Q4). | conduct a comprehensive inventory of math EBPs.<br><br>**Conduct Needs Assessment**<br><br>• NIC members are trained in how to conduct a needs assessment of practitioner, family, and students' needs.<br><br>**Develop Logic Model**<br><br>• NIC members are trained in how HIDOE's math EBPs cohesively support students' outcomes in CSI schools.<br><br>• NIC members are trained in how math EBPs meet practitioner, family, and student needs. | initiatives across CSI schools.<br><br>• 85% of NIC members report increased knowledge of teacher and leader needs to support math learning outcomes in CSI schools.<br><br>• 85% of NIC members report increased knowledge of student and family needs. |
| **Years 2-5** | | |
| **Years 2-5: Sustain NIC**<br><br>• NIC participation sustained (Y2Q1-Y5Q4).<br><br>**Year 2: Professional Development and EBP Refinement**<br><br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br>• Implementation tools are created (Q1-Q3).<br>• Math EBPs are tested in 3 Complex Areas and 7 schools (Q1-Q3). | **Years 2-5: Sustain NIC**<br><br>• NIC members are engaged in NIC meetings and activities.<br><br>• Improved collaboration across HIDOE, Complex Areas, and CSI schools.<br><br>**Year 2: Professional Development and EBP Refinement**<br><br>• NIC members are trained in how to use EBPs implementation tools to capture implementation fidelity across Complex Areas and CSI schools.<br>• NIC members are trained in how to | **Mid-term (after 2-3 years):**<br><br>• 85% of NIC members report applying knowledge of improvement science tools and methods to develop policies, practices, and systems for improving the effectiveness of HIDOE's recommended math EBPs for CSI schools.<br><br>• 85% of NIC members report enhanced capacity for teachers and leaders to use continuous improvement processes to identify and address challenges when |

| Outputs | Milestones | Time-Bound Outcomes |
|---------|-----------|---------------------|
| • Lessons learned from Year 2 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4).<br>• Targeted trainings are created and delivered to Year 2 participating practitioners implementing EBPs (Q3-Q4).<br><br>**Year 3: Data Utilization**<br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br>• Data collection and analysis system created to support implementation (Q1-Q4).<br>• Math EBPs are scaled in 5 Complex Areas and 10 CSI schools (Q1-Q3)<br>• Lessons learned from Year 3 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4).<br><br>**Year 4: Scaling**<br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br>• Math EBPs are scaled in 6 Complex Areas and in 4 additional targeted support and improvement (TSI) schools (Q1-Q3).<br>• Lessons learned from Year 4 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4).<br><br>**Year 5: Sustainability and Systemic Change**<br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br>• Long-term strategic plan for sustaining EBPs is created (Q2- | use continuous improvement processes to test and refine EBPs.<br>• NIC members are trained in how to develop and deliver high-quality adult-learning opportunities to support practitioners in understanding how to implement EBPs.<br><br>**Year 3: Data Utilization**<br>• NIC members are trained in how to create an effective schoolwide data collection and analysis system rooted in continuous improvement practices.<br>• NIC members are trained in how to use data to adjust EBPs.<br><br>**Year 4: Scaling**<br>• NIC members are trained in how to scale up EBPs across Complex Areas and schools.<br><br>**Year 5: Sustainability and Systemic Change**<br>• NIC members are trained in how to create a strategic plan to sustain EBPs implementation.<br>• NIC members feel confident to apply their learnings from this work to other high-leverage problems in HIDOE. | implementing EBPs.<br>• 85% of NIC members report improved collaboration across CSI schools for implementing and refining EBPs.<br>• 85% of NIC members report demonstrated increased effectiveness of data management systems to support teachers' and leaders' continuous improvement efforts.<br>• 15% increase in the number of students from low-income families who are proficient in math based on Standards Based Assessment in 3 CSI elementary schools.<br><br>**Long-term (After 4 years):**<br>• 85% of NIC members report increased use of EBPs in support of improving student math outcomes in CSI schools (specific practices and targets will be identified during needs assessment processes).<br>• 20% increase in the number of students from low-income families who are proficient in math based on Standards Based Assessment from 6 CSI elementary schools. |

| Outputs | Milestones | Time-Bound Outcomes |
|---------|-----------|---------------------|
| Q4).<br>• Recommended policy and operating procedure changes and identified and implemented (Q2-Q4).<br>• NIC model is embedded into HIDOE processes (Q2-Q4). | | |

**AS State Service Plan: Nuu (Village) for Enhancing the Effectiveness and Sustainability of EBPs to Increase Early Literacy Outcomes.** This proposed project plan (see **Exhibit 9**) is to support ASDOE staff in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up early literacy EBPs across their schools, particularly in TSI and CSI schools. It aligns with a top HLP of ASDOE and builds upon the existing work of their Comprehensive Literacy State Development grant, REL Pacific project, and CC projects. The project aims to enhance educational outcomes for pre-kindergarten to 3rd grade students.

**Exhibit 9-a.** AS Annual Service Plan to Address Early Literacy HLP

| Context and Background |
|------------------------|
| A priority of ASDOE is enhancing students' reading and literacy skills while preserving and promoting their proficiency in the Samoan language.[52] Our team's needs sensing activities of reviewing key policy documents and discussions with education system leaders identified two key HLPs this plan aims to address: (1) improving student early literacy outcomes, and (2) increasing coordination of EBPs across Head Start/Early Childhood Education (ECE) centers and elementary schools.<br><br>• **Improving student early literacy outcomes**: In AS, 66% of 3rd grade students score below basic on the English Language Arts (ELA) Standards Based Assessment for SY 2020-21; 29% scored basic, 5% scored proficient, and none scored advanced.[53] There are no significant differences across gender or race/ethnicity. According to the U.S. Census, 96% of students aged 5 to 17 speak a language other than English at home.[54] Of this group, 63% speak English less than "very well" and 94% speak Samoan.<br><br>• **Increasing coordination of EBPs across ECE and elementary schools**: ASDOE leaders shared that American Samoa has implemented several EBPs to enhance early literacy in their 22 Head Start/Early Childhood Education (ECE) centers and 23 elementary schools, particularly in TSI and CSI schools. In SY 2021-22, the K-3 Early Literacy Initiative was launched to support ELA teachers in learning and implementing culturally sound EBPs for providing ELA instruction to kindergarten through 3rd grade students. This initiative was developed in SY 2021-22, piloted in SY 2022-23, and fully implemented in SY 2023-24. Further, ASDOE, through their Early Childhood Education and Head Start Division, has developed a comprehensive, culturally sound system of services to support preschool children and families in gaining early access to literacy instruction that will support their transition to kindergarten.<br><br>Coordinating implementation, refinement, and sustainability of these early literacy EBPs across ECEs and schools is essential to increase student early literacy outcomes. Without coordination between classrooms and schools in the implementation of EBPs, significant variability in the implementation, evaluation, and |

sustainability of EBPs may arise. Consequently, progress towards goals becomes limited. Some schools and classrooms may find an EBP effective, whereas many others do not.

## Purpose and Goals

ASDOE has requested R12CC assistance to support ASDOE teams with coordinating the implementation, refinement, and sustainability of the early literacy EBPs across centers and schools. This project will support ASDOE staff in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up early literacy EBPs across their centers and schools, particularly in TSI and CSI schools.

## Capacity-Building Services to Be Delivered

From October 2023 to September 2029, the R12CC team will use a NIC approach to support ASDOE administrative staff and school teams (such as principals and teachers) in implementing, refining, and sustaining early literacy EBPs across schools to advance long-term, cohesive change and increase kindergarten through 3rd grade students' literacy outcomes. R12CC will develop a NIC to support ASDOE administrative staff and school teams in engaging in collective learning and problem solving to implement, refine, and sustain culturally sound early literacy EBPs.

The R12CC team will provide facilitation, professional learning, relationship brokering, and research synthesis support to enable ASDOE to implement culturally sustaining early literacy EBPs and develop tools, resources, and professional learning to strengthen and support ASDOE with continuous improvement coaching to support ECE centers and schools. The activities described in this plan reflect a five-year project.

**Year 1:**

- **October 2024—December 2025:** Collaborate with ASDOE to establish a NIC to support ASDOE administrative staff and school teams in implementing, refining, and sustaining early literacy EBPs across schools. NIC members will meet once monthly in-person for a one to two day-long facilitated meeting throughout Year 1.

- **January 2025—March 2025:** Support NIC members in conducting a comprehensive inventory of existing early literacy EBPs in schools. Findings from comprehensive inventory will guide and inform tools developed for a needs assessment of practitioner, family, and student needs around early literacy.

- **April 2025—June 2025:** Support NIC members in conducting a needs assessment of practitioner, family, and student needs around early literacy. Findings from the needs assessment will be combined with comprehensive inventory findings to inform the development of a logic model.

- **July 2025—September 2025:** Develop a logic model bringing together ASDOE's current early literacy EBPs to create a cohesive and sustainable implementation plan to improve students' early literacy outcomes. The logic model will guide and inform coaching and implementation plans to reliably implement and scale up early literacy EBPs across ECE centers and schools.

**Years 2-5**: Timelines and activities will be further specified when annual State service plans are developed. At a minimum, R12CC will collaborate with ASDOE, partners, experts, and relevant stakeholders to:

- Sustain the NIC.

- Support the implementation, refinement, and scaling up of early literacy EBPs across ECE centers and schools using continuous improvement processes.

- Develop a robust and practical data collection and analysis system to support continuous improvement processes.

- Develop long-term strategies for embedding and sustaining effective EBPs, such as institutionalizing EBPs in policy changes and standard operating procedures.

## Dimensions of Capacity-Building

This project will provide capacity-building services across all four dimensions (i.e., human, organizational, policy, and resource):

- **Human capacity:** Throughout Years 1 to 5, NIC members will improve their individual knowledge and skills: 1) to identify early literacy EBPs that meet the needs of AS teachers, families, and students, 2) to coordinate early literacy initiatives across ECE centers and schools, 3) to use continuous improvement processes to identify and address challenges when implementing early literacy EBPs, and 4) to support teachers in using early literacy EBPs in their classrooms. This improved knowledge and skills will lead to strengthened commitment and ability of NIC members to use implementation and improvement science to address HLPs in AS. In addition, ECE center and school administrators and teachers will learn how to use improvement science to implement, refine, and sustain early literacy EBPs. This improved knowledge and skills will ideally translate into other content areas (e.g., math and science) within ECE centers, schools, and classrooms.

- **Organizational capacity:** Throughout Years 1 to 5, ASDOE will strengthen their structures for 1) providing coordinated professional development to school administrators and teachers to support them in learning how to use improvement science to implement, refine, and sustain early literacy EBPs in their ECE centers, schools, and classrooms, 2) creating process for increasing collaboration across ECE centers and schools for implementing and refining early literacy EBPs, 3) providing data to support practitioner continuous improvement efforts, and 4) communicating early literacy initiatives across ECE centers, schools, and the broader community. These improved structures will support ASDOE in enhancing their capacity to provide support to ECE centers and schools.

- **Policy capacity:** In Years 4 and 5, ASDOE will focus on growing their policy capacity by 1) developing long-term strategies for sustaining effective EBPs, such as institutionalizing EBPs in policy changes and standard operating procedures, and 2) embedding the model into the broader ASDOE system to support ongoing learning and growth. These changes will ensure that learnings from this work are sustained long after the 5 years.

- **Resource capacity:** As part of building their policy capacity in Years 4 and 5, ASDOE will learn how to use asset-based processes to review tangible and intangible resources (e.g., financial, personnel, material) that are available to sustain the work. This will support ASDOE in understanding how to effectively incorporate changes into policy change and standard operating procedures without further straining resources.

## HLP Team

### Key Clients/Recipients of TA

- **State:** Talauega Dr. Samasoni Asaeli, Director of Education, ASDOE; Educational Specialists within the Early Childhood Education and Elementary Schools Divisions
- **Schools:** Principals and teachers from ECE centers and elementary schools

### R12CC Team

- **Spencer Scanlan, AS State Lead:** NIC lead, state strategic planning, professional learning delivery, meeting facilitation, relationship brokering
- **Samantha Holquist, AS State Co-Lead:** NIC co-lead, professional learning delivery, meeting facilitation, relationship brokering
- **Lorena Aceves, Early Literacy TA Specialist:** professional learning development, research synthesis, needs sensing, tool and resource development, note taking
- **Tameka Porter, Multilingual and Evaluation TA Specialist:** professional learning development, research synthesis, needs sensing, tool and resource development specific to support multilingual learners, support formative evaluation of activities

### Collaboration and Leveraging Other TA Provider Partners

We will actively collaborate and coordinate with existing ED-funded TA partners. Leveraging the existing network, dissemination venues, and available resources and tools developed by other TA providers would expedite the material development process for projects and allow reaching broader stakeholders. This will also help ensure more CC resources will be available to provide direct TA services to the states in the region. Key partners will include National Comprehensive Center; Center for Early School Success Center; The Center on English Learners and Multilingualism; Center for Fiscal Equity; REL Pacific, Comprehensive Literacy State Development Center, and the National Clearinghouse for English Language Acquisition.

### Dissemination Plans

Each year dissemination products will be produced to share the story of the work to the local community and the larger CC Network. These stories will highlight how major milestones in the project were accomplished as well as key learnings. Products will include: 1) 2 blog posts per year, 2) 1 data visualization per year, 3) project updates posted in the monthly Region 12 CC newsletter, and 4) project updates posted on the Region 12 social media platforms. Dissemination plans are further outlined in the **Stakeholder Engagement System**.

**Fidelity measures** will be developed in collaboration with the HLP team and with the external evaluation partner, as part of Year 1 planning. These fidelity measures will be incorporated into the logic model developed during Year 1 and will capture progress towards meeting the short-term, mid-term, and long-term outcomes identified. Measures will be divided across the four dimensions of capacity building. **Exhibit 9-b** provides details of the anticipated outputs, outcomes, and associated measures.

**Exhibit 9-b.** Milestone and outcomes to measure project progress and impact

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| **Year 1** | | |
| **Establish the NIC** <br>• NIC vision and goals developed (Q1). <br>• Collaborative infrastructure created (Q1). <br>• NIC established (Q1). <br>• Consistent NIC participation (Q1-Q4). <br><br>**Conduct Comprehensive Inventory** <br>• Content-specific trainings on creating a comprehensive inventory are delivered (Q2). <br>• Comprehensive inventory tools developed (Q2). | **Establish the NIC** <br>• NIC members are engaged in NIC meetings and activities. <br><br>**Conduct Comprehensive Inventory** <br>• NIC members are trained in how to conduct a comprehensive inventory of early literacy EBPs. <br><br>**Conduct Needs Assessment** <br>• NIC members are trained in how to conduct a needs | **Short-term (After 1 year):** <br>• 85% of NIC members report increased knowledge of current early literacy EBPs being implemented in their 22 Head Start/Early Childhood Education (ECE) centers and 23 elementary schools. <br>• 85% of NIC members report increased understanding of how to coordinate early literacy initiatives across ECE centers and schools. |

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| • Comprehensive inventory created (Q2).<br><br>**Conduct Needs Assessment**<br><br>• Content-specific trainings on needs assessments are delivered (Q3).<br>• Needs assessment tools developed (Q3).<br>• Needs identified (Q3).<br><br>**Develop Logic Model**<br><br>• Content-specific trainings on logic models are delivered (Q4).<br><br>• Logic model developed (Q4).<br><br>• Early literacy EBPs are improved to better meet practitioner, family, and student needs (Q4). | assessment of practitioner, family, and students needs around early literacy.<br><br>**Develop Logic Model**<br><br>• NIC members are trained in how ASDOE's early literacy EBPs cohesively support students' outcomes.<br><br>• NIC members are trained in how early literacy EBPs meet practitioner, family, and student needs. | • 85% of NIC members report increased knowledge of teacher needs to support early literacy in ECE centers and elementary schools.<br><br>• 85% of NIC members report increased knowledge of student and family early literacy learning needs. |
| **Years 2-5** | | |
| **Years 2-5: Sustain NIC**<br><br>• NIC participation sustained (Y2Q1-Y5Q4).<br><br>**Year 2: Professional Development and EBP Refinement**<br><br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br><br>• Implementation tools are created (Q1-Q3).<br><br>• Early literacy EBPs are tested in 7 ECE centers and 7 schools (Q1-Q3)<br><br>• Lessons learned from Year 2 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4).<br><br>• Targeted trainings are created and delivered to Year 2 participating practitioners implementing EBPs (Q3-Q4).<br><br>**Year 3: Data Utilization**<br><br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br><br>• Early literacy data collection and analysis system created to support implementation (Q1-Q4).<br><br>• Early literacy EBPs are scaled in 14 ECE centers and 14 schools (Q1-Q3) | **Years 2-5: Sustain NIC**<br><br>• NIC members are engaged in NIC meetings and activities.<br><br>• Improved collaboration across ASDOE, ECE centers, and elementary schools.<br><br>**Year 2: Professional Development and EBP Refinement**<br><br>• NIC members are trained in how to use EBPs implementation tools to capture implementation fidelity across ECE centers and elementary schools.<br><br>• NIC members are trained in how to use continuous improvement processes to test and refine EBPs.<br><br>• NIC members are trained in how to develop and deliver high-quality adult-learning opportunities to support practitioners in understanding how to implement EBPs.<br><br>**Year 3: Data Utilization** | **Mid-term (after 2-3 years):**<br><br>• 85% of NIC members report applying knowledge of improvement science tools and methods to develop policies, practices, and systems for improving the effectiveness of ASODE's early literacy practices.<br><br>• 85% of NIC members report enhanced capacity for teachers to use continuous improvement processes to identify and address challenges when implementing early literacy EBPs.<br><br>• 85% of NIC members report improved collaboration across ECE centers and schools for implementing and refining early literacy EBPs.<br><br>• 85% of NIC members report demonstrated increased effectiveness of early literacy data management systems to support teachers' continuous improvement |

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| • Lessons learned from Year 3 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4).<br><br>**Year 4: Scaling**<br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br>• Early literacy EBPs are scaled in 22 ECE centers and 23 schools (Q1-Q3)<br>• Lessons learned from Year 4 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4).<br><br>**Year 5: Sustainability and Systemic Change**<br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br>• Long-term strategic plan for sustaining EBPs is created (Q2-Q4).<br>• Recommended policy and operating procedure changes and identified and implemented (Q2-Q4).<br>• NIC model is embedded into ASDOE processes (Q2-Q4). | • NIC members are trained in how to create an effective early literacy data collection and analysis system rooted in continuous improvement practices.<br>• NIC members are trained in how to use data to adjust EBPs.<br><br>**Year 4: Scaling**<br>• NIC members are trained in how to scale up EBPs across ECE centers and schools.<br><br>**Year 5: Sustainability and Systemic Change**<br>• NIC members are trained in how to create a strategic plan to sustain EBPs implementation.<br>• NIC members feel confident to apply their learnings from this work to other high-leverage problems in AS. | efforts.<br>• Decrease in the number of students who score below basic on the ELA Standards Based Assessment from 66% to 60% in 7 elementary schools.<br><br>**Long-term (After 4 years):**<br>• 85% of NIC members report increased use of early literacy EBPs in support of improved student outcomes in ECE centers and elementary schools (specific practices and targets will be identified during needs assessment processes).<br>• Decrease in the number of students who score below basic on the ELA Standards Based Assessment from 66% to 55% across 23 elementary schools. |

**RMI State Service Plan: Community for Improving Secondary Literacy & Math Outcomes by Implementing and Scaling EBPs.** This proposed project plan (see **Exhibit 10**) is to support RMI MOE staff in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up literacy and math EBPs within their secondary schools. It aligns with a top HLP of RMIs MOE to prepare graduating high school students for immediate entry into credit-level programs at the College of the Marshall Islands, the University of the South Pacific, or any U.S. college or university for which students qualify. Further, it builds on the foundations of other previous ED-funded projects, including those of REL Pacific, and has the potential to improve educational outcomes for secondary students in RMI.

**Exhibit 10-a.** RMI Annual Service Plan to improving secondary literacy & math outcomes

| Context and Background |
| --- |

The RMI MOE's, which oversees the Public School System (PSS), strategic plan emphasizes a multi-track system that includes college preparation, vocational, and life skills tracks.[55] The purpose of the College Preparedness Track is to prepare graduating high school students for immediate entry into credit-level programs at the College of the Marshall Islands, the University of the South Pacific, or any U.S. college or university for which students qualify. Our team's needs sensing activities of reviewing key policy documents and discussions with education system leaders identified two key HLPs that this plan aims to address: (1) improving secondary students' literacy and math outcomes, and (2) scaling up of EBPs across secondary schools.

- **Increasing secondary students' literacy and math outcomes:** Completion rates of PSS high school students has been persistently low since 2019, hovering near 50%, until 2023, when completion rates rose to 65%.[56] However, it is important to note a disparity by gender, with nearly 71% of female students completing upper secondary school compared to 61% of male students in 2023. Despite the recent improvement in PSS high school completion rates, the percentage of students who achieved proficiency on the Marshall Islands Standards Assessment (MISAT) has remained low for more than a decade.[57]

  For example, among 10th graders, the percentage of students achieving proficiency in literacy has only risen from 22% in 2013 to 25% in 2022. Math scores have also been low among 10th graders, with 10% achieving proficiency in 2013 and only 7% in 2022. Literacy performance among 12th graders has generally been higher, but it is also more variable. In 2013, 32% of 12th graders achieved proficiency; performance dropped drastically in 2021 to 14% proficiency only to recover to a high of 37% in 2022. Math performance among 12th graders was generally much lower than literacy performance, but also quite variable. Performance was low from 2013 to 2017 hovering around 11% proficiency except for 2018, when 18%; however, that high was followed by a steep decline to a low of only 7% proficiency in 2022.

- **Scaling up EBPs across secondary schools:** MOE leaders shared that PSS had previously received support from REL Pacific over five years ago in developing and selecting systemwide EBPs to support the College Preparedness Track. Although these EBPs have been implemented in schools since the conclusion of the REL Pacific project, their application varies inconsistently across different schools. Further, there are not clear structures to support the scaling up of these EBPs effectively across PSS high schools. Aligning the implementation, enhancement, and sustainability of these EBPs across high schools is crucial for improving math and literacy outcomes for students.

| Purpose and Goals |
| --- |

MOE has requested support with implementing scaling up EBPs related to the strengthening the college preparedness education track within PSS's multi-track system dedicated to preparing all Marshallese students for a future that benefits themselves and their Marshallese Community. Building on MOE's previous work with REL Pacific, this project will support MOE staff in developing the knowledge, tools, and resources necessary to implement, monitor, and scale up literacy and math EBPs across their secondary schools.

| Capacity-Building Services to Be Delivered |
| --- |

From October 2024 to September 2029, the R12CC team will use a NIC approach to partner with RMI MOE and PSS staff to develop processes to support practical and durable changes in the implementation and scaling of EBPs to increase literacy and math outcomes for PSS high school students as part of the College Preparedness Track within MOE's multi-track system. R12CC will create a NIC to assist RMI MOE administrative staff and PSS high school teams in collective learning and problem-solving activities to deploy, enhance, and maintain culturally relevant EBPs, with the goal of boosting literacy and math learning outcomes for PSS high school students.

The R12CC team will provide facilitation, professional learning, relationship brokering, and research synthesis support to enable RMI MOE to support the scaling up of prioritized EBPs for improving literacy and math instruction in PSS high schools and develop tools, resources, and professional learning to strengthen and support RMI MOE and PSS with continuous improvement coaching to support PSS high schools. The activities described in this plan reflect a five-year project.

**Year 1:**

- **October 2024—December 2025:** Collaborate with RMI MOE to establish a NIC to support RMI MOE staff and PSS high school teams in implementing, refining, and sustaining EBPs across upper secondary schools. NIC members will meet monthly in-person for strategy sessions throughout Year 1.

- **January 2025—March 2025:** Support NIC members in conducting a comprehensive inventory of existing literacy and math EBPs in upper secondary schools. Findings from the comprehensive inventory will guide and inform tools developed for a needs assessment of practitioner, family, and student needs around literacy and math. Development of these tools will also be informed by the RMI Partnership to Support Foundational Teaching and Learning being conducted by REL Pacific.

- **April 2025—June 2025:** Support NIC members in conducting a needs assessment of practitioner, family, and student needs around literacy and math. Findings from the needs assessment will be combined with the comprehensive inventory findings to inform the development of a logic model.

- **July 2025—September 2025:** Develop a logic model bringing together RMI's current recommended EBPs to create a cohesive and sustainable implementation plan to improve secondary learning outcomes in literacy and math. The logic model will guide and inform coaching and implementation plans to reliably implement and scale up such EBPs across PSS high school contexts.

**Years 2-5**: Timelines and activities will be further specified when the annual State service plans are developed. At a minimum, R12CC will collaborate with RMI MOE, partners, experts, and relevant stakeholders to:

- Sustain the NIC.

- Support the implementation, refinement, and scaling up of literacy and math EBPs across PSS high schools using continuous improvement processes.

- Develop a robust and practical data collection and analysis system to support continuous improvement processes.

- Develop long-term strategies for embedding and sustaining effective EBPs, such as institutionalizing EBPs in policy changes and standard operating procedures.

## Dimensions of Capacity-Building

This project will provide capacity-building services across all four dimensions (i.e., human, organizational, policy, and resource):

- **Human capacity:** Throughout Years 1 to 5, NIC members will improve their individual knowledge and skills: 1) to identify EBPs that meet the needs of PSS high school teachers, families, and students, 2) to better align and coordinate literacy and math EBPs across PSS high schools, 3) to use continuous improvement processes to identify and address challenges when implementing literacy and math EBPs, and 4) to support PSS high school teachers and leaders in using EBPs in their classrooms and schoolwide. This improved knowledge and skill building will strengthen the commitment and ability of NIC members to use implementation and improvement science to address HLPs in PSS high schools. In addition, PSS high school teams will learn how to use improvement science to implement, refine, and sustain literacy and math EBPs. This improved knowledge and skills will ideally translate into other content areas (e.g., social studies and science)—including the vocational and life skills tracks—within PSS high schools, and classrooms.

- **Organizational capacity**: Throughout Years 1 to 5, RMI MOE will strengthen and align their structures for 1) providing coordinated professional learning to PSS high school leaders and teachers to support them in learning how to use improvement science to implement, refine, and sustain EBPs in their schools and classrooms, 2) creating process for increasing collaboration across PSS high schools for implementing and refining EBPs, 3) providing data to support practitioner continuous improvement efforts, and 4) communicating MOE led initiatives across PSS high schools, and the broader community. These improved structures will support RMI MOE in enhancing their capacity to provide support to PSS high schools.

- **Policy capacity**: In Years 4 and 5, RMI MOE will focus on growing their policy capacity by 1) developing long-term strategies for sustaining effective EBPs, such as institutionalizing EBPs in policy changes and standard operating procedures, and 2) embedding the model into the broader RMI MOE system to support ongoing learning and growth across the multi-track system. These changes will ensure that the learnings from this work are sustained long after the 5 years.

- **Resource capacity**: As part of building their policy capacity in Years 4 and 5, RMI MOE will learn how to use asset-based processes to review tangible and intangible resources (e.g., financial, personnel, material) that are available to sustain the work. This will support RMI MOE in understanding how to effectively incorporate changes into policy change and standard operating procedures without further straining resources.

## HLP Team

### Key Clients/Recipients of TA

- **State:** Natalie Nimmer, PSS Commissioner; Junior Paul, PSS Associate Commissioner
- **Schools:** Principals and teachers from PSS high schools

### R12CC Team

- **Mark Stege, RMI State Lead:** NIC lead, state strategic planning, professional learning delivery, meeting facilitation, relationship brokering
- **Biram Stege, RMI State Co-Lead:** NIC co-lead, professional learning delivery, meeting facilitation, relationship brokering
- **Kalina Mead, Curriculum & Instruction TA Specialist:** professional learning development, research synthesis, needs sensing, tool and resource development, note taking
- **Tameka Porter, Multilingual and Evaluation TA Specialist:** professional learning development, research synthesis, needs sensing, tool and resource development specific to support multilingual learners, support formative evaluation of activities

## Collaboration and Leveraging Other TA Provider Partners

We will actively collaborate and coordinate with existing ED-funded TA partners. Leveraging the existing network, dissemination venues, and available resources and tools developed by other TA providers would expedite the material development process for projects and allow reaching broader stakeholders. This will also help ensure more CC resources will be available to provide direct TA services to the states in the region. Key partners will include National Comprehensive Center; The Center on English Learners and Multilingualism; Center for Fiscal Equity; REL Pacific, and the National Clearinghouse for English Language Acquisition.

## Dissemination Plans

Each year dissemination products will be produced to share the story of the work to the local community and the larger CC Network. These stories will highlight how major milestones in the project were accomplished as well as key learnings. Products will include: 1) 2 blog posts per year, 2) 1 data visualization per year, 3) project updates posted in the monthly Region 12 CC newsletter, and 4) project updates posted on the Region 12 social media platforms. Dissemination plans are further outlined in **Stakeholder Engagement System**.

**Fidelity measures** will be developed in collaboration with the HLP team and with the

external evaluation partner, as part of Year 1 planning. These fidelity measures will be



incorporated into the logic model developed during Year 1 and will capture progress towards meeting the short-term, mid-term, and long-term outcomes identified. Measures will be divided across the four dimensions of capacity building. **Exhibit 10-b** provides details of the anticipated outputs, outcomes, and associated measures.

**Exhibit 10-b.** Milestone and outcomes to measure project progress and impact

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| **Year 1** | | |
| **Establish the NIC** | **Establish the NIC** | **Short-term (After 1 year):** |
| • NIC vision and goals developed (Q1). | • NIC members are engaged in NIC meetings and activities. | • 85% of NIC members report increased knowledge of current literacy and math EBPs being implemented in PSS high schools. |
| • Collaborative infrastructure created (Q1). | **Conduct Comprehensive Inventory** | |
| • NIC established (Q1). | • NIC members are trained in how to conduct a comprehensive inventory of literacy and math EBPs. | • 85% of NIC members report increased understanding of how to coordinate literacy and math EBPs across PSS high schools. |
| • Consistent NIC participation (Q1-Q4) | | |
| **Conduct Comprehensive Inventory** | **Conduct Needs Assessment** | • 85% of NIC members report increased knowledge of teacher needs to support literacy and math outcomes in PSS high schools. |
| • Content-specific trainings on creating a comprehensive inventory are delivered (Q2). | • NIC members are trained in how to conduct a needs assessment of practitioner, family, and students needs around literacy and math. | |
| • Comprehensive inventory tools developed (Q2). | **Develop Logic Model** | • 85% of NIC members report increased knowledge of student and family needs. |
| • Comprehensive inventory created (Q2). | • NIC members are trained in how RMI MOE's literacy and math EBPs cohesively support students' outcomes in PSS high schools. | |
| **Conduct Needs Assessment** | | |
| • Content-specific trainings on needs assessments are delivered (Q3). | | |
| • Needs assessment tools developed (Q3). | • NIC members are trained in how school improvement EBPs meet practitioner, family, and student needs. | |
| • Needs identified (Q3). | | |
| **Develop Logic Model** | | |
| • Content-specific trainings on logic models are delivered (Q4). | | |
| • Logic model developed (Q4). | | |
| • Literacy and math EBPs are improved to better meet practitioner, family, and student needs (Q4). | | |

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| **Years 2-5** | | |
| **Years 2-5: Sustain NIC** | **Years 2-5: Sustain NIC** | **Mid-term (after 2-3 years):** |
| • NIC participation sustained (Y2Q1-Y5Q4). | • NIC members are engaged in NIC meetings and activities. | • 85% of NIC members report applying knowledge of improvement science tools and methods to develop policies, practices, and systems for improving the effectiveness of RMI MOE's recommended literacy and math EBPs for PSS high schools. |
| **Year 2: Professional Development and EBP Refinement** | • Improved collaboration across RMI MOE and PSS high schools. | |
| • Content-specific trainings are delivered to NIC participants (Q1-Q4). | **Year 2: Professional Development and EBP Refinement** | |
| • Implementation tools are created (Q1-Q3). | • NIC members are trained in how to use EBPs implementation tools to capture implementation fidelity across PSS high schools. | • 85% of NIC members report enhanced capacity for teachers and leaders to use continuous improvement processes to identify and address challenges when implementing EBPs. |
| • Math and literacy EBPs are tested in 2 PSS high schools (Q1-Q3) | | |
| • Lessons learned from Year 2 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4). | • NIC members are trained in how to use continuous improvement processes to test and refine EBPs. | • 85% of NIC members report improved collaboration across PSS high schools for implementing and refining EBPs. |
| • Targeted trainings are created and delivered to Year 2 participating practitioners implementing EBPs (Q3-Q4). | • NIC members are trained in how to develop and deliver high-quality adult-learning opportunities to support practitioners in understanding how to implement EBPs. | |
| **Year 3: Data Utilization** | **Year 3: Data Utilization** | • 85% of NIC members report increased effectiveness of data management systems to support teachers' and leaders' continuous improvement efforts. |
| • Content-specific trainings are delivered to NIC participants (Q1-Q4). | • NIC members are trained in how to create an effective schoolwide data collection and analysis system rooted in continuous improvement practices. | |
| • Data collection and analysis system created to support implementation (Q1-Q4). | | |
| • Literacy and math EBPs are scaled in 4 PSS high schools (Q1-Q3). | • NIC members are trained in how to use data to adjust EBPs. | • 15% increase in the number of 10th and 12th grade students who are proficient in literacy and/or math based on MISAT in all PSS high schools. |
| • Lessons learned from Year 3 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4). | **Year 4: Scaling** | |
| **Year 4: Scaling** | • NIC members are trained in how to scale up EBPs across PSS high schools. | **Long-term (After 4 years):** |
| • Content-specific trainings are delivered to NIC participants (Q1-Q4). | | • 85% of NIC members report increased use of EBPs in support of improving student outcomes in PSS high schools (specific practices and targets will be |
| • Literacy and math EBPs are scaled to all 6 PSS high schools (Q1-Q3). | **Year 5: Sustainability and Systemic Change** | |
| • Lessons learned from Year 4 are summarized and EBPs, and associated implementation protocols and trainings, are refined (Q3-Q4). | • NIC members are trained in how to create a strategic plan to sustain EBPs implementation. | |

| Outputs | Milestones | Time-Bound Outcomes |
|---|---|---|
| **Year 5: Sustainability and Systemic Change**<br><br>• Content-specific trainings are delivered to NIC participants (Q1-Q4).<br><br>• Long-term strategic plan for sustaining EBPs is created (Q2-Q4).<br><br>• Recommended policy and operating procedure changes and identified and implemented (Q2-Q4).<br><br>• NIC model is embedded into RMI MOE processes (Q2-Q4). | • NIC members feel confident to apply their learnings from this work to other high-leverage problems in RMI MOE. | identified during needs assessment processes).<br><br>• 20% increase in the number of PSS high school students who are proficient in literacy and/or math based on MISAT from all PSS high schools. |

# Quality of Project Design

Successful implementation of our approach to capacity building relies on a high-quality project design for the R12CC. A high-quality project design will enable the R12CC team to effectively and efficiently deliver capacity-building services that support HI, AS, and RMI in addressing HLPs in ways that support classroom- and school-level change while using SEA organizational, policy, and resource levers to create the right conditions for educators to embed EBPs deeply, reliably, and at scale.

To ensure a high-quality project design, our R12CC will be guided by the following **Management Plan**: 1) a performance management and evaluation system to track progress towards achieving outcomes, 2) a stakeholder engagement system to ensure diverse perspectives of HLPs are reflected in our project design and service plan and R12CC has a feedback loop to support our own continuous improvement, 3) a personnel management system to hire, develop, supervise, and retain a team of experts, and 4) partnerships with other federal-funded resources to reduce client burden and increase efficiency and effectiveness of use. This section outlines each aspect of this management plan. **Attachment A** includes a timeline of R12CC activities.

## PERFORMANCE MANAGEMENT AND EVALUATION SYSTEM

The R12CC will conduct both internal and external evaluations to support and assess the success of the R12CC. Conducting both internal and external evaluations are vital for comprehensive assessment and improvement. Internal evaluations foster continuous improvement and capacity building within the R12CC and the HLP teams, while external evaluations ensure objectivity and credibility in assessing performance and monitoring progress toward achieving intended outcomes. Internal evaluation will be led by Child Trends, who will serve as internal evaluators and analytic partners supporting clients and recipients in their continuous improvement cycles. To align with ED guidance, we use clients and recipients throughout this section to represent the stakeholders who may be served by R12CC. These stakeholders include, but may not be limited to, SEA leaders and staff, school leaders and staff, educators, students, families, and other community members.

The external evaluation is led by an experienced team of researchers from Education Northwest. The external evaluation team provides an objective assessment of the R12CC, measuring performance and monitoring progress toward the short-, mid-, and long-term outcomes detailed in the R12CC logic model and Annual Service Plans. As detailed in the following, the external evaluation will provide data to ensure the R12CC team meets CC performance measures reporting requirements. **Exhibit 11** depicts the complementary roles of the internal and external evaluation.

**Exhibit 11.** Complementary roles of external and internal evaluation



## Internal Evaluation

*Integrating evaluation into capacity building services.* The R12CC team includes an internal evaluator that supports HLP teams in using data within their continuous improvement cycles. The internal evaluator has expertise in instrument development, primary data collection, quantitative and qualitative data analysis and interpretation, and data visualization. The internal evaluator also has extensive experience translating research for a practitioner audience and facilitating reflective, data-based conversations that lead to improved implementation.

Including this expertise on the R12CC team has several benefits. An internal evaluator with an in-depth understanding of the work supports timely data collection and reporting, which in turn is used to inform decisions about the work (i.e., a developmental evaluation approach).[58] This is beyond the scope of traditional evaluation, which typically occurs after the work. An internal evaluator also helps ensure that key stakeholder perspectives are represented, and that data are presented in a way that is perceived as useful by various audiences. Additionally, by adhering to a developmental evaluation approach, evaluation capacity is built by NIC team members while they

also grow their implementation capacity. Finally, the internal evaluator serves as the liaison between the external evaluator, HLP teams, SEAs, and other partners ensuring that the external evaluator has the necessary data to fully report on all performance measures and outcomes.

*Leveraging evaluation to instigate systems change.* Beyond providing discrete capacity-building services to effect change in one area of a system, the R12CC team serves as a mediator for change at multiple levels by 1) helping SEAs identify the underlying system dynamics, structures, and conditions associated with the HLP;[59] and 2) collaborating with SEAs and schools to build their capacity to achieve intended outcomes. Given this, our internal evaluation supports also use a systems approach; the internal evaluator helps HLP teams reflect on the dynamic influence of interrelationships, perspectives, boundaries, and dynamics on HLPs.[60] We have and will use instruments and resources, either as is or with modifications, from AIRN, ED, The Evaluation Center at Western Michigan University, Harvard University, and the Organization for Economic Co-operation and Development. We will also develop tools, as needed, to enhance capacity-building approaches.

*Using continuous improvement cycles to adjust services.* Within our capacity-building approach, the internal evaluation uses several strategies to help the R12CC team continuously improve. These include brief feedback surveys after capacity building events, meeting debriefs, and reviewing and adjusting the Annual Service Plan. Data collection protocols will be collaboratively created by the internal evaluation, the R12CC co-directors, state co-leads, and the external evaluators. Data will be reviewed and used by Center co-directors and state co-leads to adjust capacity building services to better meet state needs. By consistently incorporating short-cycle continuous improvement data, R12CC staff members model a culture of continuous improvement. In Year 5, the internal evaluator will continue working with state co-leads to develop and implement continuous improvement activities as needed, with a focus on concluding HLP projects and ensuring proper measurement of long-term outcomes.

## External Evaluation

*Measuring performance.* The R12CC team works with an independent external evaluator to maintain objectivity and clearly distinguish the multiple purposes of the external evaluation. The external evaluation team from Education Northwest brings deep experience managing and evaluating Regional CCs. As current leads and internal evaluators for the current Region 17 CC serving Idaho and Montana, the Education Northwest team has unique insight into how to design an effective evaluation for Regional CCs. Team members routinely collect and report on data relative to the four Government Performance and Results Act (GPRA) performance measures used to evaluate the effectiveness of the CC Program. Education Northwest also has an extensive history leading and evaluating federally funded, large-scale projects including leading the OESE-funded Washington State Family Engagement Center and serving as the external evaluator for the Alaska State Family Engagement Center.

The external evaluators will use an outside lens to interpret data, provide formative feedback, and determine whether short-, mid-, and long-term outcomes have been achieved. The team, Shannon Davidson and Elizabeth Ghandi, have deep lived experience in Region 12 and are committed to integrating rigorous research methods with culturally responsive approaches to learning. The evaluation team will co-create the instruments and data collection plan along with R12CC partners at CT and PAF to ensure that the evaluation tools and methods are culturally responsive and designed to amplify the voices of a multitude of stakeholders. The evaluation will be designed to emphasize meaningful engagement with partners and communities throughout HI, AS, and RMI. Examples of engagement may include:

- Collecting and responding to feedback on data collection protocols before finalizing them.

- Conducting member checks to make meaning of preliminary findings from data collection.[61]

- Facilitating a participatory design process for deliverables with the Center's co-directors and state leads to ensure that products are accessible and reflect the priorities of the community.

The external evaluation conforms to all guidance provided by ED as it relates to GPRA performance measures. The following sections introduce the evaluation team's proposed strategy to address the four defined GPRA performance measures, along with a series of indicators within each performance measure that are specific to R12CC. Subsequent sections go into further detail about the data collection and analysis plan for each performance measure, and how the performance measures map onto the short-, mid-, and long-term outcomes in the R12CC logic model (see **Exhibit 5**).

- **Performance Measure 1** assesses the extent to which R12CC clients and recipients are satisfied with the quality, relevance, and usefulness of the services provided. Twice a year and after key capacity-building services, the evaluation team will administer surveys and conduct interviews with R12CC clients and recipients to gather satisfaction data related to the three constructs (quality, relevance, and usefulness). The external evaluators will analyze the percentage of respondents who indicate that R12CC services are of high quality, highly relevant to educational policy or practice, and highly useful to educational policy or practice. These data are included in annual R12CC performance reports (i.e., ED 524B). The R12CC target for GPRA Measure 1, consistent with the guidance provided by ED, is 85 percent of clients report they are satisfied or very satisfied with R12CC capacity-building services (i.e., indicating a "4" or "5" on a 5-point survey scale).

> **Indicators for Performance Measure 1:**
>
> **1a.** At least 85 percent of clients and recipients will rate the TA services as high quality.
>
> **1b.** At least 85 percent of clients and recipients will rate the TA services as highly relevant to educational policy or practice.
>
> **1c.** At least 85 percent of clients and recipients will rate the TA services as highly useful to educational policy or practice.

- **Performance Measure 2** assesses the extent to which the R12CC provides services and products to a wide range of recipients. Recipient groups may include, per federal guidelines,

SEA staff, educators, community members, legislators, and other roles. At the midpoint and end of each project year, the R12CC team will identify the clients and recipients who received intensive and targeted capacity-building services and products. The evaluation team will build capacity among the R12CC team to track and monitor participation using tools developed in collaboration with R12CC, along with artifacts from each project. Teams will share data and artifacts at mid-year and at the end of the fiscal year for the evaluation team to analyze for evaluation reporting and to inform continuous improvement. Evaluators will also collect qualitative information on GPRA Measure 2 during annual interviews with both clients and recipients, including descriptions of services and products. Consistent with the guidance provided by ED for GPRA Measure 2, the target for Year 2 was serving three recipient types across the R12CC. The target will increase by one recipient group in each subsequent year (e.g., the Year 3 target will be four recipient types).

**Indicators for Performance Measure 2:**

**2a.** TA services reach the number of intended recipients indicated in the Annual Service Plan.

**2b.** Based on the Annual Service Plan, TA services reach the intended number of recipients serving students and communities with the highest needs, including clients and recipients that 1) have high percentages or numbers of students from low-income families, 2) are implementing comprehensive support and improvement activities or targeted or additional targeted support and improvement activities in rural areas, and 3) are serving student populations with demonstrated needs unmet or under-met through other Federal, State, or local interventions.

- **Performance Measure 3** assesses the extent to which the R12CC demonstrates the capacity-building services proposed in the Annual Service Plans are implemented as intended (i.e., fidelity of implementation). For this measure, fidelity of implementation is defined as adherence, responsiveness, and quality. The evaluation team will collect implementation data using a monthly capacity-building monitoring report submitted each month by the R12CC team with updates and relevant evidence. The evaluation team will work with clients and internal TA teams to develop the template for each report at the start of the project, so that the report will be appropriately tailored to capture the extent to which capacity-building services proposed in

Annual Service Plans are being implemented as intended in each project. The evaluation team will perform an in-depth analysis of the monthly report data across projects at mid-year and at the end of the fiscal year for evaluation reporting and to inform continuous improvement.

**Indicators for Performance Measure 3:**

**3a.** Percent of projects that have project-specific logic models.

**3b.** Percent of clients reporting that tools are in place to support implementation, including needs assessments, project management plans, communications plans, implementation guides, and templates for monitoring and reporting on implementation progress.

**3c.** Percent of clients reporting that they understand the roles and responsibilities of their job as relates to achieving shared vision and goals.

**3f.** Percent of clients reporting that they feel supported in implementing changes to practices and systems that will lead to intended outputs and outcomes.

**3d.** Percent of clients reporting increased understanding of local, state, and/or federal policies and initiatives.

**3e.** Percent of clients reporting that processes, procedures, guidance, and/or supports are in place to interpret local, state, and/or federal policies and initiatives.

**3f.** Percent of clients who report collaborating with partners to develop or enact local, state, and/or federal policies and initiatives.

**3g.** Percent of clients and recipients reporting access to materials and/or assets (e.g., professional development materials, instructional guides) and understanding how to effectively use the resources.

**3h.** Percent of clients and recipients reporting use of resources (e.g., guidance documents) to support the implementation and evaluation of school improvement programs.

- **Performance Measure 4** assesses the extent to which the R12CC demonstrates that recipient outcomes have been met. The evaluation team will measure outcomes related to changes in capacity using client and recipient surveys and interviews and review the monthly capacity-building reports. Evaluators will measure outcomes related to student performance and achievement by conducting an annual synthesis of publicly available data to identify patterns and trends in intended student outcomes throughout the states and within schools receiving targeted or intensive TA services.

**Indicators for Performance Measure 4:**

**4a.** Percent of TA recipients and clients reporting changes in individual knowledge, skills, expertise, and resiliency.



**4b.** Patterns or trends in intended outcomes for students (attendance, graduation rates, dropout rates, test scores) based on review of statewide administrative data.

**4c.** Percent of clients reporting changes in individual capacity to plan, implement, and evaluate school improvement programs.

**4d.** Percent of clients reporting new or revised policies (i.e., codified change) to support the creation or implementation of school improvement programs.

**4e.** Percent of recipients and clients reporting sustained availability of and access to high-quality resources.

*Collecting data and monitoring outcomes.* The external evaluation team applies performance measures to address progress toward short-, mid-, and long-term outcomes. The mixed-methods evaluation will use a variety of data collection protocols and tools, including surveys, interviews, reviews of existing data, and a capacity-building monthly reporting tool (see **pp. 53**). Those outcomes affected by capacity-building services after one year are defined as short-term outcomes, which will be measured in Year 1. Mid-term outcomes are operationalized as an increased ability to apply the knowledge and skills in the targeted capacity dimension. Consistent with the ED and R12CC logic models, the team will examine mid-term outcomes annually, beginning in Year 2. The cumulative effects of the capacity-building that started at the individual and organizational levels should ultimately affect long-term outcomes. In Year 1, the external evaluation team will collect extant baseline data for all HLP project long-term outcomes. The team will continue to collect data annually to monitor progress toward the outcomes, and a comprehensive analysis of the data will be reported in the final annual evaluation report.

**Exhibit 12** presents an overview of how data will be collected to assess short-, mid-, and long-term outcomes within each of the four capacity types: human capacity, organizational capacity, policy capacity, and resource capacity.

PR/Award # S283B240036
Page e62

**Exhibit 12.** Outcome measures by capacity types and data collection procedures

| | Example Outcomes by Capacity | Performance Measures (GPRA) | Data Sources | Timing |
|---|---|---|---|---|
| **Human capacity** means development or improvement of individual and collective knowledge, skills, technical expertise, and the ability to adapt and be resilient to policy and leadership changes. | | | | |
| Short-Term Outcomes | • Self-reported satisfaction with the quality, relevance, and usefulness of TA services related to human capacity<br><br>• Self-reported changes among TA recipients in individual knowledge, skills, expertise, and resiliency<br><br>• Needs assessments, project management plan, communications plan, etc. are used to plan for implementation of school improvement programs | Performance Measures 1, 3, and 4 | • Client and recipient surveys<br><br>• Interviews with clients and recipients | • Semi-annual, before and after key capacity-building services<br><br>• Annual (interviews) |
| Mid-Term Outcomes | • Self-reported changes in individual capacity to plan, implement, and evaluate EBPs<br><br>• Implementation guides, etc. to support implementation of EBPs<br><br>• Evaluation plan, data collection instruments and methods (e.g., teacher observations), etc. are used to evaluate EBPs implementation and outcomes | Performance Measures 2, 3, and 4 | • Interviews with clients and recipients<br><br>• Review of existing data and artifacts<br><br>• Monthly capacity-building report | • Annual (interviews)<br><br>• Semi-annual (review of data)<br><br>• Monthly (capacity-building report) |
| Long-Term Outcomes | • Changes in student attendance, graduation rates, or dropout rates, especially for targeted student populations<br><br>• Changes in student test scores, especially for targeted student populations | Performance Measure 4 | • Interviews with clients and recipients<br><br>• Review of statewide administrative data | • Annual (interviews)<br><br>• Annual (review of administrative data) |
| **Organizational capacity** means an agency's structures that support clear communication, a shared understanding of its vision and goals, and delineated individual roles and responsibilities in functional areas. | | | | |
| Short-Term Outcomes | • Self-reported satisfaction with the quality, relevance, and usefulness of TA services related to organizational capacity<br><br>• Self-reported understanding of vision and goals/role in achieving vision and goals | Performance Measures 1, 3, and 4 | • Client and recipient surveys<br><br>• Interviews with clients and recipients | • Semi-annual, before and after key capacity-building services<br><br>• Annual (interviews) |

| | Example Outcomes by Capacity | Performance Measures (GPRA) | Data Sources | Timing |
|---|---|---|---|---|
| | • Self-reported understanding of roles and responsibilities aligned to job descriptions | | | |
| Mid-Term Outcomes | • Changes to practices (e.g., professional development trainings) that support implementation and evaluation of EBPs<br>• Changes to systems (e.g., organizational structures) to support implementation and evaluation of EBPs | Performance Measures 2, 3 and 4 | • Interviews with clients and recipients<br>• Review of existing data and artifacts<br>• Monthly capacity-building report | • Annual (interviews)<br>• Semi-annual (review of data)<br>• Monthly (capacity-building report) |
| Long-Term Outcomes | • Changes in educational opportunities (e.g., literacy interventions, math interventions), especially for targeted student populations | Performance Measure 4 | • Interviews with clients and recipients | • Annual (interviews) |
| ***Policy capacity** means structures that support alignment, differentiation, or enactment of local, state, and federal policies and initiatives.* | | | | |
| Short-Term Outcomes | • Self-reported satisfaction with the quality, relevance, and usefulness of TA services related to policy capacity<br>• Self-reported understanding of state and/or federal policies and initiatives<br>• Processes, procedures, guidance, and/or supports are used to interpret state and/or federal policies and initiatives | Performance Measures 1, 3 and 4 | • Client and recipient surveys<br>• Interviews with clients and recipients | • Semi-annual, before and after key capacity-building services<br>• Annual (interviews) |
| Mid-Term Outcomes | • Collaboration with partners to develop or enact state and/or federal policies and initiatives | Performance Measures 2, 3, and 4 | • Interviews with clients and recipients<br>• Review of existing data and artifacts<br>• Monthly capacity-building report | • Annual (interviews)<br>• Semi-annual (review of data)<br>• Monthly (capacity-building report) |

PR/Award # S283B240036
Page e64

| | Example Outcomes by Capacity | Performance Measures (GPRA) | Data Sources | Timing |
|---|---|---|---|---|
| Long-Term Outcomes | • New or revised policies (i.e., codified change) to support the creation or implementation of EBPs | Performance Measure 4 | • Interviews with clients and recipients | • Annual (interviews) |
| **Resource capacity** means tangible materials and assets that support the alignment and use of federal, state, private, and local funds. | | | | |
| Short-Term Outcomes | • Self-reported satisfaction with the quality, relevance, and usefulness of TA services related to resource capacity<br><br>• Self-reported understanding of resources and how to effectively use the resources | Performance Measures 1 and 3 | • Client and recipient surveys<br><br>• Interviews with clients and recipients | • Semi-annual, before and after key capacity-building services<br><br>• Annual (interviews) |
| Mid-Term Outcomes | • Use of resources (e.g., guidance documents) to support the implementation and evaluation of EBPs | Performance Measures 2, 3, and 4 | • Interviews with clients and recipients<br><br>• Review of existing data and artifacts<br><br>• Monthly capacity-building report | • Annual (interviews)<br><br>• Semi-annual (review of data)<br><br>• Monthly (capacity-building report) |
| Long-Term Outcomes | • Use assert-based approach to identify and allocate materials and assets to sustain EBPs | Performance Measure 4 | • Interviews with clients and recipients | • Annual (interviews) |

The current data collection plan will be finalized at the project's launch to ensure that it is comprehensive, culturally responsive, and reflects the community's priorities. As outlined in **Exhibit 12**, we will use several data sources, both extant and new. An overview of the types of data are:

- **Recipient and client surveys:** Semi-annual web-based surveys.

- **Interviews with clients and recipients:** Annual interviews that take place virtually. Translators will be provided as needed.

PR/Award # S283B240036
Page e65
ED 001945

- **Review of existing data and artifacts:** The R12CC team will collaborate with the external evaluation team to develop protocols to collect HLP project data and artifacts (e.g., documenting changes in practices, monitoring participation and services/resource utilization data, and tracking content delivery with TA materials). The R12CC team will share these data and artifacts to include in the monthly capacity-building report when relevant. The evaluation team will also analyze the data semi-annually for annual performance reporting and annual evaluation reporting.

- **Monthly capacity-building report:** An internal monthly report will track updates on the implementation of project-specific TA services. In Year 1, the evaluators will meet with the R12CC team to co-design a report template that allows the evaluation team to assess ongoing progress toward agreed-upon milestones, outputs, and outcomes described in Annual Service Plans and project-specific logic models. The R12CC team will also use the report to drive the TA provided to the client and inform the continuous improvement cycle. At least semi-annually, the evaluation team will meet with the R12CC team to synthesize and discuss findings from the monthly reports, assessing each project's implementation fidelity and progress toward its capacity-building goals. The R12CC team will share learnings with the Advisory Board and SEA leaders.

- **Review of statewide administrative data:** The evaluation team will access publicly available state administrative records in Years 1, 3, and 5 to review trends and patterns in outcomes of interest to the program. Outcomes may include student attendance, graduation rates, dropout rates, and changes in student test scores, especially for targeted student populations.

*Data analysis.* The evaluation team will use coding software (Stata, R, or Excel) and employ descriptive statistics to present and interpret quantitative data from surveys and existing data records. The quantitative analysis will include both narrative text and data visualization (e.g., tables and figures) that summarize the numerical data collected (e.g., sample sizes; counts and

frequencies; measures of central tendency such as averages, and measures of variability and change over time).

To analyze qualitative data from interviews and document reviews, the evaluation team will use a coding software (e.g., Atlas ti) to code documents, notes, and (when possible) transcripts of audio recordings to identify themes and patterns addressing each relevant performance measure. The team will develop and apply an analysis process that combines a priori codes with emergent coding. When appropriate, the evaluation team will pull out relevant quotes that provide rich contextual support to the collective themes from the qualitative data and the findings from the quantitative data analysis.

Throughout the data analysis, evaluators will conduct ongoing data quality checks by verifying the accuracy and reliability of the data collected, entered, and coded. This may include having two qualitative coders compare their methods to approach greater inter-rater reliability or, when feasible, conducting member checks with clients and recipients to ensure that the interpretations align with their intended meaning.[62]

*Implementing findings.* The evaluation design is rooted in R12CC's commitment to accountability and continuous improvement. The evaluation team will ensure that findings from the data analysis are interpreted in accessible language that highlights important and actionable results that can be used, shared with stakeholders to inform continuous improvement, and summarized for reporting each project's progress towards meeting its objectives and intended outcomes.

The evaluation team is committed to engaging R12CC staff, partners, and stakeholders at important points throughout the different phases of programming and evaluation. For instance, as described in earlier sections, the evaluation team will work with the R12CC team to co-create data collection instruments. The team will analyze the capacity-building data semi-annually along with survey data to not only support evaluation reporting, but also to share back with project teams to

facilitate reflection on the quality, relevance, and usefulness of ongoing TA for helping teams achieve their capacity-building objectives.

**Annual reports** will provide summative data for tracking progress. The reports will include an executive summary of the findings from surveys, interviews, existing data, and monthly reports. Additionally, they will provide a summary of the Center's activities during the preceding year as well as a list of all states, schools, and other stakeholders served by the Center during the preceding year. Finally, the reports will include examples of successes to celebrate, areas for improvement, and recommendations for future work.

The evaluation team will work with the R12CC team to develop a communication plan that includes regularly scheduled planning meetings with staff and partners and preferred protocols for sharing regular updates and reflections. The evaluation team will facilitate an annual evaluation meeting for structured meaning-making of evaluation findings and what they can teach us about progress toward milestones, outcomes, and performance measures. Evaluators will also engage in their own continuous improvement cycle by seeking feedback on ways to enhance evaluation data collection and use in subsequent years.

All the evaluation deliverables, as well as the data collection methods, protocols, and procedures that inform them, are consistent with the highest industry standards for quality. Both the external and internal evaluations adhere to the American Evaluation Association's *Guiding Principles for Evaluators* and the *Program Evaluation Standards*.[63,64]

*Sharing evaluation findings with clients, recipients, and the community.* Partnership and community engagement are central to the evaluation plan. To ensure accountability and to be culturally responsive to the greater community served by the projects, the external evaluation team will create a series of brief, accessible, multi-media deliverables, such as infographics or multilingual videos, to share with clients, recipients, and the wider community via the R12CC website or social media. Additionally, the full report will be accessible in digital format online so

that community members can engage with it and provide feedback to contribute to R12CC's continuous improvement.

## STAKEHOLDER ENGAGEMENT SYSTEM

**Overarching approach and guiding principles**. Our stakeholder engagement system will support the work of R12CC leaders, Advisory Board members, and NIC teams to engage in two-way communication with the broad range of stakeholders that must be engaged to achieve the agreed-upon outcomes, outputs, and milestones in the logic model. Our stakeholder engagement system draws upon three concepts from research literature—two organizational leadership concepts (i.e., trust and adaptive leadership), and knowledge translation science—to support the open knowledge sharing, close collaboration and relationship-building, and feedback loops necessary to address the HLPs as adaptive challenges.[65]

**Our approach is designed to build relationships of trust between stakeholders and the R12CC partners.** Trust is particularly key when serving stakeholders in the Pacific, given a history of colonization within HI, AS, and RMI, historic tensions with the U.S. mainland (e.g., denial of birthright citizenship to AS; nuclear tests in the RMI), and ongoing hardships within the three states attributed to U.S. mainland policy.[66] Communications from R12CC partners to communities must be mindful of the differences in relationship between each of the states—one a state, one a territory, and one a sovereign nation—and the U.S. mainland.

Research has affirmed the role of trust, grounded in the three pillars of perceived ability, integrity, and benevolence, in fostering open communication and knowledge-sharing between individuals and organizations; Svare, 2019; Chen et al, 2014), and particularly between entities collaborating as project partners (Park and Lee, 2014).[67,68,69] Routine engagement opportunities and regular communications are one of the basic processes for developing trust.

We provide such opportunities, and ground our stakeholder engagement system in the three pillars of trust, by: 1) building **trust in our ability** by adapting our communications to local

contexts and conditions, our practice of using plain language and clear communications in our research translation, and our close adherence to research and evidence in our products and services; 2) building **trust in our integrity** with our commitment to transparency and equitable communications; and 3) building **trust in our benevolence** with our insistence on broad inclusion in our decision-making, our responsiveness to their needs, and our continued commitment to expanding our knowledge of and respect for their language, values, and cultures.

**Our approach is designed to support the broad stakeholder engagement necessary to address adaptive challenges.** A key characteristic that distinguishes adaptive challenges from technical challenges is the people involved in the solution. For technical challenges, leaders in positions of authority can shift procedures and policies, or task individuals with new responsibilities, based on known data and expertise.[70] However, the work of solving adaptive challenges must be undertaken by the wide range of people experiencing the problem, as solutions often require systemic shifts enacted by multiple people.

Within a state, those experiencing adaptive education challenges are most often students, parents, educators, and school leaders. For SEA leaders, addressing adaptive challenges involves creating conditions where those with problems can engage in the work of solving them—by supporting innovation, and lifting up the benefits of change while also acknowledging and managing the discomfort of change.[71] However, simply gathering voices together is not sufficient, there must be trust between individuals and organizations to support the knowledge sharing and collaboration necessary for problem-solving – hence the importance of the guiding principles we propose above.

**Our approach leverages knowledge brokering to support clear and effective knowledge sharing between the R12CC partners and stakeholders.** Knowledge brokering has been long recognized as a component of research-to-practice and research-to-policy translation and the use of research evidence.[72,73] Knowledge brokers—also referred to as intermediaries or boundary

ED 001950

spanners—are individuals and organizations deeply familiar with the priorities and cultures of researchers and decisionmakers, who are trusted to find, filter, and clearly communicate research produced by experts to decisionmakers.[74]

**Key elements of the stakeholder engagement system.** Drawing on these concepts, our stakeholder engagement system uses four strategies to achieve three objectives specified in the NIA (as described in **Exhibit 13**): 1) the **R12CC Advisory Board**, which will serve as the R12CC's most powerful source of stakeholder input as well as advising the R12CC's formal needs sensing process; 2) a **Community Mapping** process, as the project's foundational outreach and data collection to identify key audiences, individuals, and organizations and understand their priorities and potential contributions to addressing the HLPs; 3) **Narrowcasting** (i.e., heavily tailored messaging delivered to narrowly tailored groups) to support trust building, knowledge sharing, and regular feedback on the R12CC's work; and 4) **Broadcasting** (i.e., product delivery to broadly defined groups) to support powerful information dissemination to large number of stakeholders. We will create a **Comprehensive Communication and Dissemination Plan**—including a region-wide plan, a tailored plan for each state, and product-level plans—to support the implementation of the stakeholder engagement system in a manner consistent with the four guiding principles.

**Exhibit 13.** Engagement strategies focus on reaching targeted and broad audiences

| Stakeholder Engagement Objectives | Advisory Board Role | Community Mapping | Narrowcasting Strategies | Broadcast Strategies | Comprehensive Communications & Dissemination Plan |
|---|---|---|---|---|---|
| **Strong tie between services and needs** | Annual formal needs assessment | Community mapping to identify key individuals to participate in formal and informal needs sensing | N/A | N/A | N/A |
| **Service delivery is relevant and useful** | Review and input on the quality of | N/A | Roundtables and townhalls to support routine interaction with | N/A | • Contextualized communications by state context |

| Stakeholder Engagement Objectives | Advisory Board Role | Community Mapping | Narrowcasting Strategies | Broadcast Strategies | Comprehensive Communications & Dissemination Plan |
|---|---|---|---|---|---|
| | annual services | | stakeholders and continuous feedback on the Center's work | | and culture (HI, AS, RMI)<br>• Product- & service-level communication plans<br>• Progress monitoring and continuous improvement activities<br>• Workplan |
| **Reaches largest number of recipients possible** | Member dissemination of products and services | N/A | Engaging knowledge brokers with powerful in-state and national communications networks | • Website<br>• Newsletters<br>• Social media | • Product-level communication plans |

*R12CC Advisory Board.* Consistent with the requirements of 20 USC 9602, we will collaborate with the Chief State School Officers of HI, AS, and RMI to establish an Advisory Board for the R12CC. Members of the board will have the following advisory roles and responsibilities: 1) participate in and support the R12CC's annual formal needs assessment; 2) providing review and input on the quality of **Annual Service Plans**; and 3) support dissemination and public awareness of R12CC products, services, and activities. As current regulations limit the number of Advisory Board members beyond the Chief State School Officers to 15, we provide **Exhibit 14** to illustrate how we have allocated these seats to each of the positions required by statute.

**Exhibit 14.** R12CC Advisory Board members

| Advisory Board Members required under 20 USC 9602 | Proposed Advisory Board Members |
|---|---|
| Chief State School Officers or their designees | All necessary chief state school officers from the states under the R12CC's purview. |
| Representatives of local educational agencies and regional educational agencies, including | • 1 representative from the SEA serving urban schools (e.g., HI's Complex Area on Oahu)<br>• 2 representatives from the SEA serving rural schools (e.g., AS and RMI) |

| Advisory Board Members required under 20 USC 9602 | Proposed Advisory Board Members |
|---|---|
| representatives of local educational agencies serving urban and rural areas[vi] | |
| Representatives of institutions of higher education | • 1 representative from an institution of higher education |
| Parents | • 1 parent with at least 1 student currently within the school system |
| Practicing educators, including classroom teachers, principals, and administrators | • 1 principal<br>• 1 practicing teacher |
| Representatives of business | • 1 business representative |
| Policymakers, expert practitioners, and researchers with knowledge of, and experience using, the results of research, evaluation, and statistics | • 1 state policymaker, ideally a state legislator or state board member<br>• 1 researcher<br>• 2 local cultural leaders and education experts |

Members of the board will convene six times each year—monthly for one quarter of the year for the annual needs sensing, and quarterly for the remainder of the year. The Advisory Board will meet in-person once each year for the launch of the formal needs sensing. We will strive to ensure Advisory Board meetings occur before or after REL Pacific Advisory Board meetings to increase efficient use of resources.

**Annual formal needs assessment.** We will actively engage our proposed Advisory Board and collaborate with REL Pacific to ensure that the needs of all stakeholders—especially underserved populations—are identified and addressed in R12CC Annual Service Plans. More importantly, considering the dispersed geography, time zone differences among the three states, and the small size of SEAs where a small group of key stakeholders are responsible for multiple policy and program areas, annual joint needs sensing with REL Pacific scheduled at the most convenient time for the stakeholders would lessen the burden on the key stakeholders.

The R12CC team will use an adaptation of the National Implementation Research Network's three implementing site indicators—need (e.g., stakeholder perceptions of need, target populations, data on population needs), fit (e.g., state priorities, current initiatives), and capacity (e.g., buy-in,

---

[vi] As noted throughout the proposal, each state has a unitary SEA and LEA system meaning there are not local or regional education agencies.

staffing)—to develop the core domains of the needs assessment.[75] The three domains will be broadened to incorporate specific areas of needs sensing required under 20 USC 9602(d): 1) the assessment of need will include trends in the proportion of economically disadvantaged students in the state, based on how the state defines these populations under the ESSA; 2) the assessment of fit will probe for special state initiatives underway; and 3) assessment of state capacity will include an examination of challenge of delivering capacity building services in areas with sparse populations, along with an assessment of the proportion of students in remote rural areas, as defined by the U.S. Census Bureau. Further, to strengthen alignment with the R12CC's overall TA approach, we will focus the "capacity" component of the needs assessment to also touch upon **the readiness for SEAs to develop along the four dimensions of capacity-building services**: human capacity, organizational capacity, resource capacity, and policy capacity.

Exhibit 15 presents our four-step method for conducting needs sensing activities, adapted from the State Support Network's locally focused needs sensing framework and elements of implementing a successful needs assessment.[76]

**Exhibit 15.** Our comprehensive and ongoing needs sensing strategies will prioritize equity and inclusion and identify current and emerging needs.

| Steps | Description of Activities |
|---|---|
| **Step 1:** Engage Advisory Board and collaborate with REL Pacific in designing and planning for systematic and comprehensive needs sensing. | • Solicit and incorporate guidance and input from Advisory Board members on the approach, process, and protocols for needs sensing, jointly developed with REL Pacific.<br>• Develop protocols and tools for annual needs sensing in partnership with REL Pacific. |

| Steps | Description of Activities |
|---|---|
| **Step 2:** Collect, organize, and synthesize the data from multiple sources. | • Using protocols, conduct annual joint needs sensing using multiple resources.<br>• Data sources will include primary data collection (e.g., structured interviews and informal needs sensing activities) and reviews of extant data (e.g., standardized assessment results and other publicly available student and educator outcomes, such as school climate data, graduation rates, retention rates) from a diversity of stakeholders and sources. Primary data collection will also occur during routine stakeholder engagement over the course of the year.<br>• In the first year of the project period, the Community Mapping activity will support primary data collection for the needs assessment.<br>• Data from multiple stakeholders and multiple sources will be triangulated, analyzed, and synthesized to create meaningful information to inform priority and HLP identification. |
| **Step 3**: Determine priorities and collaboratively develop Annual Service Plans | • Results and findings from needs sensing will be presented to the Advisory Board for feedback and to ensure the needs sensing captures the needs of all stakeholders and is thus comprehensive. We will collaborate with the Advisory Board members to determine a key set of priorities (i.e., HLPs) to address in the Annual Service Plan.<br>• SEA leaders of three states will be members of the Advisory Board, which will ensure that identified needs are authentic and specific to the local context.<br>• We will develop the following year's Annual Service Plan with guidance from the Advisory Board to be shared with stakeholders. |
| **Step 4:** Assess the effectiveness of needs sensing processes | • Through internal and external evaluation, as well as ongoing stakeholder engagement, we will assess the effectiveness of the needs sensing strategies and processes. Based on the findings, the needs sensing strategies and processes will be modified or adjusted. |

Although our five-year service plans reflect information from multiple sources, R12CC partners recognize that needs sensing is not a one-time event. We will use annual need sensing cycles as part of our capacity-building process—collecting and reflecting on the perspectives and feedback from a broad range of stakeholders that includes families, students, educators, SEAs, and community partners—while also relying on informal needs sensing during townhalls and roundtables to continuously gather information.

*Community Mapping to identify key individuals & organizations.* In Year 1 of the project, we will collaborate with the OSSE program officer and with the Chief State School Officers to create a map of the critical stakeholders—the beneficiaries or participants likely to be involved in, impacted by, or have influence over the proposed capacity building activities and HLPs—within each state. The Community Map provides the foundation for R12CC's stakeholder engagement

system and needs sensing, and will serve four purposes: 1) to gather and research potential candidates for R12CC's Advisory Board, 2) to provide the foundational stakeholder input for R12CC's first formal needs sensing, 3) to identify individuals and organizations key to the HLPs for needs sensing activities and content development, and 4) to establish routine communications with key stakeholders that will serve as feedback loops and knowledge brokers for R12CC.

We will employ a snowball sampling method to complete the mapping process. We will present an initial list of 10 stakeholders representing key education voices active within each of the states—education policy leaders (e.g., state agency leaders, legislators, state boards of education), school leaders, teacher leader groups (e.g., unions), parent and student leadership groups, advocacy groups, business leaders, and others—to the OSSE program officer and Chief State School Officers for input. We will coordinate closely with REL Pacific in the Community Mapping process—sharing our lists of people to interview and core domains driving data collection—to engage a broader range of stakeholders and limit the burden on communities by ensuring that stakeholders are not contacted multiple times for needs sensing. We will freely exchange information on each state's needs that can advance both entities' work. Center staff will conduct structured one-hour interviews for each of the 10 stakeholders, requesting that each participant recommend additional stakeholders.

Within each state, we will gather data aligned with six domains, adapted from an established stakeholder analysis framework designed to help leaders to strategize how best to support and leverage stakeholders in solving adaptive challenges.[77] The Community Map will capture the following information for each stakeholder: 1) stake in the HLPs, including potential losses or pain points associated with the HLPs or work to address them; 2) desired outcomes; 3) level of engagement and commitment to the HLPs; 4) degree of power, influence, and resources; 5) values guiding their decision-making; and 6) alliances, shared interests, and obligations vis-à-vis other stakeholders. Further, as the Community Mapping activity will serve as Year 1 needs sensing (to

limit the burden on participants and ease coordination with REL Pacific), interview protocols will incorporate the six stakeholder analysis domains as well as the three primary needs assessment domains (i.e., capacity, fit, and need).

*Narrowcasting strategies.* R12CC will support various narrowcasting strategies to support routine interaction and bi-directional engagement between R12CC staff and targeted, narrowly defined groups of stakeholders. These strategies will provide the R12CC with continuous input and feedback from the field regarding the relevance and utility of service delivery. For each activity, R12CC notetakers will capture participant statements, suggestions, concerns, and reflections on R12CC work. Notetakers will prepare a summary of each event, flagging any content aligned with the three needs assessment domains, to be used in the following needs assessment cycle.

- **Practitioner roundtables.** State education administrators comprise the core stakeholders involved in and impacted by the capacity building activities led by the HLP teams, particularly activities focused on building human capacity and organizational capacity. As such, we propose that the stakeholder engagement system support teams in developing relationships and lines with communication with practitioners with topically focused roundtable discussions. The primary objective of the roundtable is to hear practitioner perspectives on a very narrowly defined challenge related to the HLP. Integrated into each Annual Service Plan as part of project-specific needs sensing, roundtables will be conducted twice a year, in-person for each state. Roundtables will be organized based on each HLP teams' stakeholder engagement needs. That is, roundtables may convene a standing body of 10-15 practitioners representing the whole of the state, who receive communications in between roundtables and discuss a different topic at each meeting. Conversely, roundtables are designed to allow a deep dive into a school community, requiring HLP teams to recruit a different community and practitioners from that community for each roundtable and organize discussion to focus on an HLP challenge relevant to the community.

- **Student and parent townhall meetings.** We will convene in-person townhall meetings for students and parents in each state twice a year, which will also be integrated into each Annual Service Plan as part of project-specific needs sensing. These gatherings will serve as platforms for students, parents, educators, and policymakers to engage in open dialogue, sharing insights and opportunities for advancing efforts to address the HLPs. HLP teams will engage student and parent leadership organizations (including, as appropriate, the two organizations on the proposed Advisory Board) to provide input on the overall design of the event and to market the event. Townhalls held in HI will be held in English, while townhalls held in AS and the RMI will be held in Samoan and Marshallese, respectively.

- **Engaging knowledge brokers with state and national networks.** Our system prioritizes relationship building and established networks of trust to enhance the reputation of R12CC and its resources with local audiences. R12CC will work with SEA staff, the REL Pacific, the CC Network, NIC teams, the Advisory Board, and other interested parties to harness their communication networks and to determine reach, and engage with trusted messengers, community partners, and intermediary and professional organizations. We will leverage the Community Mapping activity to identify additional knowledge brokers, with a strong emphasis on professional associations and networks serving school and state personnel and entities with established and powerful linkages to a broad range of stakeholders (e.g., by means of listservs, regular events, and close relationships). Once identified, we will establish monthly 1-on-1 calls with knowledge brokers to 1) support timely dissemination of R12CC products through trusted, well-connected brokers; 2) solicit continuous input on R12CC's products, services, and operations; and 3) receive updates on stakeholder needs and priorities. By doing so, we will provide each audience with trained, respected, and trusted messengers who can deliver and explain our resources. R12CC staff will prepare a summary of each discussion, flagging any

content relevant to the needs assessments' three domains, to be used during the next needs assessment cycle.

*Broadcasting strategies.* In addition to our narrowcasting strategies, which will support relationship development and close knowledge sharing between the R12CC partners and stakeholders, we will adopt a multi-channel, multi-media broadcasting approach to broadly communicate information and disseminate R12CC materials in a manner that tailors the platforms, content, and messaging to our audiences' contexts and needs (e.g., time differences, language diversity). This approach integrates content across four types of channels—website, newsletters, social media, and blogging—to drive audience awareness, engagement, and use, and it ensures that audiences are provided with materials that will enhance uptake in places where they are most likely to search and engage with CC content.

- **Comprehensive center website**. The R12CC communications team will ensure that CC website is maintained to serve as a strong resource hub and content marketing platform, featuring HLP project pages, publications, events, news, and links to other TA providers. This website will be the central point for the R12CC integrated broadcasting strategy and house all content and links offered across digital communications channels.

- **Newsletters and alerts.** Newsletters will consist of a monthly regional newsletter; periodic alerts to announce important updates, events, or resources; and staggered quarterly newsletters to individual states. The newsletters and alerts will keep stakeholders well-informed about ongoing work and available resources while offering content specific to individual and community interests. To this effect, audiences will have opportunities to join segmented lists to enhance newsletter personalization and relevancy. Across all newsletters, links to relevant resources on the website will be provided and opportunities to share the newsletter and its content across other platforms will be strongly promoted. R12CC will monitor link clicks to determine individual, state, and regional interest in products and sharing platforms and build

this into its continuous learning model in updates to newsletter design as well as communications channel use. Newsletter design will follow current best practices, will be 508 compliant, and contextually and culturally reflective of the communities it serves. As RMI is 22 hours ahead of Hawai'i, we will prioritize Monday-Thursday for newsletters to avoid weekend deliveries for RMI readers.

- **Social Media**. Social media platforms, including X, LinkedIn, and Facebook will be used to communicate resources, update stakeholders on R12CC's activities, and facilitate real-time interaction and feedback. In developing these platforms, each R12CC's platform pages and feeds will adhere to CC Network standards and brand while using messaging and imagery familiar and important to the context of the communities within the region. Further, messaging and content will be shaped to match each platform's perceived purpose with users, and specifically how R12CC users are likely to use it. This strategy sees X (formerly Twitter) to provide regular timely updates to a research and policy community, LinkedIn to develop groups and provide resource training to administrators and practitioners, and Facebook to reach a broader community of parents and other interested groups. Due to regional differences between the islands and mainland, and dependent on local input, Facebook may be used in place of or in addition to a LinkedIn presence. Under this model, Facebook will be used to provide community building, group discussions, and enhanced educational communications. Using this tactical approach, R12CC will ensure that posts are paired with imagery, video, and design to support enhanced user visibility and use. R12CC will gather and use feedback from specific regional partners, REL Pacific, CC Network, and current research data to better understand unique platform use within the region. R12CC partners envision that each social site will be used to build the R12CC community and will leverage local and national influencers and brand champions to improve reach through reciprocal sharing of content as permitted. Additionally,

it will host and create closed groups for different community partner segments to foster targeted discussions and feedback and build ownership for its products.

- **Blogging.** Blogging will be R12CC's most direct and enduring strategy for supporting communities in sharing their stories, in their own voices, about their experiences working with R12CC to address the HLPs. We will support two blogs a year from each state. Blogs may be translated into either Marshallese or Samoan depending on the target audience.

**Comprehensive communications and dissemination plan.** Our comprehensive communications and dissemination plan is grounded in our guiding principles for stakeholder engagement and our goal of earning the trust of our audience and R12CC stakeholders. This plan, which we will review and update in each year of the project period, features the following: 1) state-specific and contextualized communications; 2) building work plans and calendars for all stakeholder engagement activities, including community mapping, narrowcasting, and broadcasting; 3) progress monitoring and continuous improvement activities; and 4) product- and service-level communications and dissemination plans that incorporate quality assurance processes and operationalize the comprehensive plan.

*State-specific and contextualized communications.* In general, communications are most powerful when they are tailored to account for their intended audience and the context in which the audience will receive it. However, Region 12 is a unique context requiring an additional layer of attention to ensure that products and communications align with audience and partner needs.

- **Contextualizing communications by state context and culture.** Region 12 is diverse in its languages, internet coverage, and time zone differences. HI has broad internet penetration,[78] AS stood at 78 percent in 2021,[79] and RMI stands at 73 percent.[80] While we know from on-the-ground experience that state partners have internet access, R12CC will provide, as needed, printed materials and talking points for trusted community messengers to use when speaking to groups that may not have immediate access to online resources. In HI, nearly all

communications will be accessible to the public in English. However, while English is an official language in both places, communications to families in AS may need to be available in Samoan, and in RMI, communications may need to be accessible to families in Marshallese, to support their participation in stakeholder activities.

- **Contextualizing communications by audience type.** R12CC will develop tools and resources that convey the information best for the audience type. Policymakers with limited time, for example, may be best engaged through short, concise communications, while those implementing school improvement may need a more detailed report or practice guide. Parents and community members, meanwhile, may benefit best from FAQ formats and opportunities for in-person engagement. R12CC branded channels will also be tailored for its audiences, adhering to the CC Network's overarching brand but using messaging, language (e.g., English, Marshallese, and Samoan), and images that are contextual to the regional entities and communities. The channels used for specific products will be chosen in consultation with the HLP team, and may include newsletters and alerts, social media, and blogs.

*Work plan and calendars for all stakeholder engagement activities.* The comprehensive communications and dissemination plan will include a work plan encompassing all stakeholder engagement activities, including an editorial calendar for each state. The work plan will clearly outline decision-making processes, timelines, platforms to support R12CC planning and partner communications, deliverables, and the necessity of follow-ups related to R12CC communications, and provide support for partner and audience engagement. It will further clarify R12CC communications support and reliance on the CC Network as an integral part of it. For R12CC planning and partner communications, R12CC will utilize common technology platforms such as SharePoint, Box, and Microsoft Teams to foster dynamic two-way communication and resource sharing with all education partners in Region 12, ensuring that every interaction is aligned with our strategic goals of building trust.

*Progress monitoring and continuous improvement activities.* A continuous feedback loop will be implemented across all communication channels to ensure our materials and services are relevant, effectively build capacity, and impact educational practice and outcomes. In addition to the needs sensing and feedback gathered directly from individuals as part of our narrowcasting activities, R12CC will institute data collection based on classic content marketing funnel metrics and key performance indicators that correlate to stages of customer awareness, interest, and use of resources for each of the CC's channels. These include social media metrics (e.g., impressions, likes, clicks); newsletter metrics (e.g., open rates, click-through rate, conversion rates), website metrics (e.g., page views, engagement rate, downloads, user survey), virtual meeting metrics (e.g., attendance, retention, engagements, end survey), and resource utilization metrics (e.g., download, citations) among others. For the website, continuous stakeholder feedback will be solicited to ensure the website meets users' needs effectively.

*Product- and service-level communications and dissemination planning that incorporates quality assurance processes and operationalizes the comprehensive plan.* To embed the above elements of R12CC's comprehensive communications and dissemination plan into our work, we will prepare a tailored plan for each product and service, including blogs, roundtables, town halls, and others. Plans will clarify the goals, identify the audience, and ensure the product format and messaging are appropriate. Plans will also account for the continuous improvement processes. Each product, and materials related to services, will be reviewed for quality assurance, packaged appropriately, disseminated with support from knowledge brokers, and then evaluated for reach and impact. Our quality assurance processes are further detailed in **Comprehensive Quality Assurance Processes.**

## PERSONNEL MANAGEMENT SYSTEM

The R12CC personnel management system is designed to provide high-quality, relevant, responsive, and useful capacity-building services to SEAs, schools, and other stakeholders within

Region 12 in a timely and cost-efficient manner. As the lead organization for the R12CC, CT will oversee the personnel management system. The personnel management system leverages the extensive experience, networks, and resources we have gained from coordinating services across multiple federally funded TA centers. When a need arises, our recruiting network will access our primary staffing resources, which include associations, universities, and organizations. Our team has offices in the Pacific region and on the mainland, which further supports our ability to quickly identify and recruit experts when a specific need arises that cannot be met within the current team.

**Leveraging a network of experts with relevant expertise.** The R12CC will be led and managed by directors and staff with deep content, technical, and contextual expertise from both CT and PAF. In addition to this expertise, CT and PAF have a network of experts who can provide targeted services and resources in key areas. In collaboration with the SEAs and the Advisory Board, we will develop an internal repository of experts who can support our work in the region as needed. This repository will contain contact information for internal and external experts, along with the following details:

- Technical experience delivering capacity-building services to SEAs in the region.
- Nationally, regionally, or locally recognized content expertise in identified HLP areas.

The repository will first be populated with staff from CT and PAF as well as external experts within our networks. Examples of already identified experts are included in **Subject Matter and Technical Expertise**. In Year 1, our team will work with SEA leaders and Advisory Board members to add additional external experts to the repository.

**Identifying, recruiting, and vetting experts to meet the region's needs.** The repository will be used to identify experts—subject matter and TA experts, consultants, and professional staff— to provide high-quality, relevant, responsive, and useful capacity-building services in Region 12. When a need arises for an additional expert to serve R12CC, the project manager, in consultation with the co-directors, will develop a clear job description, which will include skills, roles,

responsibilities, and level of effort required. The job description will emphasize CT's and PAF's commitment to recruiting and retaining experts who bring a rich diversity of experience, especially those made most vulnerable by the effects of historical and ongoing systemic discrimination.

Based on the job description, the co-directors will identify experts from the repository. The project manager will reach out to identified experts via email, sharing the job description and providing guidance on how to apply. Once applications are received, a recruitment team of R12CC staff will vet applicants based on the following criteria:

- **Expertise:** Shows proficiency in essential technical and content area needs.
- **Established Trust:** Maintains strong, trusted relationships with SEAs in the region.
- **Regional Presence:** Resides within the region.
- **Readiness:** Is available to deliver the required level of capacity-building services.
- **Client Satisfaction:** Has consistently received positive reviews from past clients.

If desired, the recruitment team may decide to conduct interviews with candidates to gain deeper insights into their expertise. The expert that best meets the criteria will be selected. Selected internal experts to CT and PAF will be added to the R12CC team as employees while external experts will be added as consultants.

**Orienting and retaining experts to serve the region's needs.** Experts will be assigned a supervisor who will assist them in becoming familiar with current projects and relationships, as well as future activities and connections. Additionally, R12CC will provide quarterly professional development trainings to support experts in learning and understanding the cultural norms of diverse communities in the region. For example, a recent training focused on demonstrating appropriate respect for leaders and understanding unspoken rules of interaction when engaging with communities, which will be an asset to maintaining the momentum of project activities.

We endeavor to retain all qualified experts subject to the needs and interests of R12CC and the projects. To retain experts, we strive to create a great work environment where all experts can

achieve their full potential. We have detailed protocols to guide team meetings and check-ins between supervisors and experts. The protocols provide opportunities for the R12CC team members to collectively and individually debrief their work, discuss challenges, and celebrate opportunities. Further, our commitment to scientific rigor, our concern for quality, and our desire to serve the client in an exemplary manner contribute to our ability to attract well-qualified and motivated experts.

When experts transition, the project manager, in partnership with the co-directors, will create transparent succession plans, so experts are ready to step up when needed. In addition, the project manager will ensure that project management systems, such as Basecamp, retain all the documents and project information in case a team member is away unexpectedly. It is not uncommon for us to have two or more months of notice before transitions. To help smooth the transitions, we often pair departing experts with new experts for months in preparation.

**Supporting continuous improvement of experts.** As detailed in **Performance Management and Evaluation System**, we will use surveys, interviews, document reviews, and other evaluation activities to collect feedback on the performance of our experts. These tools will provide insights into the quality, relevance, usefulness, and impact of R12CC's work and support the continuous improvement of our experts. The co-directors will continuously review evaluation findings and provide professional feedback to experts to support them in effectively executing their work.

## PARTNERSHIP

Our proposed R12CC partnerships represent a strategic and intentional approach to collaboration, aimed at maximizing the efficiency and effectiveness of federal resources while minimizing the burden on the recipients we serve. These partnerships are designed to reduce duplication of services, increase efficient use of resources, establish a strong presence in the regions served, and build meaningful connections within the community. For example, by collaborating with REL Pacific, various CC Program Centers (e.g., National Center, Early School

Success, Fiscal Equity, and Multilingual Learning), and other federally funded TA centers, we ensure that our services complement and enhance existing efforts within the region.

**Evolving partnerships along a continuum to meet local needs.** Our R12CC partnerships are designed to evolve along a continuum. This continuum involves several phases outlined in **Exhibit 16**. This structured approach ensures that our partnerships are dynamic and responsive, capable of evolving to meet the changing local needs and effectively advancing program goals.

**Exhibit 16.** Continuum of developing partnerships in Region 12

| Phase | Activities |
|---|---|
| **Initial Collaboration** | • Establish formal partnership agreements within the first 90 days.<br>• Define roles, responsibilities, and processes for coordination.<br>• Begin initial alignment of resources and activities to avoid duplication. |
| **Integrated Planning and Implementation** | • Conduct joint planning sessions to integrate services and develop a cohesive annual service plan.<br>• Align TA efforts to support comprehensive, systemic changes within the states we serve.<br>• Share data to monitor progress and adjust strategies as needed. |
| **Continuous Improvement and Scaling** | • Use continuous improvement processes to refine and enhance collaborative efforts.<br>• Scale successful strategies and practices across the region to maximize impact.<br>• Document and disseminate best practices and lessons learned to inform ongoing and future initiatives. |
| **Sustainability and Long-term Impact** | • Establish mechanisms for ongoing collaboration and support beyond the initial grant period.<br>• Foster a culture of continuous learning and adaptation among all partners.<br>• Evaluate the long-term impact of partnership activities on program and client outcomes. |

**Avoiding duplication and establishing presence**. We will establish and maintain productive working agreements with federal partners (as noted below), as well as community and international partners, ensuring that our capacity-building services are aligned rather than duplicative. Given our deep knowledge and experience in serving the region we recognize the need to avoid duplication of efforts not only with other Federal TA providers in the region, but

with international TA providers in the region. This will enable us to fill gaps in services and provide targeted support where it is most needed. Our strong presence in the states we serve will be reinforced through regular engagement with local stakeholders, including educational leaders, community organizations, and families. This local engagement ensures that we are aware of and responsive to the specific contexts and needs of the communities.

**Establishing and maintaining a strong presence in the regions served**. Our team members bring a deep awareness of the regions we serve as 6 out of our 8 key leads live in the region and all our key personnel have worked extensively with and/or as leaders within the SEAs, schools, and community groups (see Subject Matter and Technical Expertise for more details). This knowledge allows us to build genuine connections and trust with local stakeholders, facilitating more effective collaboration and support. By establishing an Advisory Board and conducting regular consultations with local stakeholders in each state, we ensure that our activities are informed by and responsive to the experiences and needs of those we serve.

**Minimizing costs and resources related to travel**. To support clients in geographically distant locations, we will leverage local personnel coupled with virtual engagement strategies. This includes virtual meetings, webinars, and online collaborative platforms that minimize travel costs and resources while maintaining high levels of support and engagement through our local presence in the region. Our partnership agreements will include provisions for utilizing these technologies and infrastructure to ensure that all locations receive equitable support.

**Developing clear partnership agreements.** Within 90 days of receiving funding, we will formalize partnership agreements that define clear processes for coordination and support. These agreements will define processes for coordination and collaboration, how we will share resources, align our activities, and avoid duplicating efforts, thereby reducing the administrative burden on clients and ensuring efficient use of federal resources. We will provide ED with copies of our partnership agreement with REL Pacific and other relevant ED-funded TA providers. We

have a strong relationship with REL Pacific, which is highlighted in their letter of support for our R12CC bid (see **Appendix C**).

# Subject Matter and Technical Expertise

**Organizational capacity.** Both CT and PAF have offices in HI, and our team has proven capable of delivering high-quality, practical, and relevant intensive capacity-building services to SEAs, schools, and other stakeholders in the region. We specialize in addressing their most significant, complex, and challenging HLPs. Our diverse team, which includes subject matter and TA experts from historically underrepresented groups, brings extensive knowledge, strong connections with the region's key stakeholders, and a deep commitment to equity and excellence in education.

*Child Trends.* Child Trends is the nation's leading research and TA nonprofit focused exclusively on improving the lives and prospects of children, youth, and their families. For more than 40 years, decisionmakers have relied on our rigorous research, unbiased analyses, and clear communications to improve public policies and interventions that serve youth and families. Our work shapes the nation's understanding of children and families by evaluating programs, conducting policy and program assessments and analyses, and providing TA. We have a long history of providing TA to advance the capacity of SEAs to implement policies, programs, and practices that improve outcomes for all students. **Exhibit 17** highlights an example of CT's expertise in supporting SEA's in addressing HLPs.

- **Extensive experience leading federal TA centers.** A notable example of our work is our role as a core partner on the ED's National Center for Safe Supportive Learning Environments (NCSSLE), delivering federal TA services to enhance school climates. Further, CT has served as a partner on several additional ED TA centers, including the Title-IV Technical Assistance

Center (T4TAC), and co-leads the National Evaluation and Technical Assistance Center for the Education of Children and Youth Who Are Neglected, Delinquent, or At Risk (NDTAC).

- **Proficient in providing highly relevant and effective TA.** CT excels in delivering tailored TA by understanding the needs of students, families, and school staff, and collaborating with SEA leaders to assess strengths and identify needs. Our experts are adept in education policies and address implementation barriers to enhance policy effectiveness. We also apply adult learning principles to ensure our TA is engaging and practical for adult learners, leading to better retention and immediate application. This comprehensive approach ensures our TA meets immediate needs and builds long-term capacity for sustained improvement.

- **Strong track record of providing TA that supports clients in achieving desired goals.** CT leverages both implementation science and improvement science to provide TA that helps clients achieve their desired goals. Through implementation science, we ensure that evidence-based practices are effectively adopted and integrated into clients' systems by identifying and addressing barriers and facilitators to successful implementation. Meanwhile, our application of improvement science involves using iterative cycles of testing and refinement, engaging frontline practitioners in the process to continuously enhance practices and outcomes. This dual approach allows us to deliver tailored, practical solutions that are sustainable and impactful, thereby driving significant improvements for students, families, and school staff.

- **Committed to hiring, retaining, and promoting staff from groups that have historically been underrepresented based on race, color, national origin, gender, age, or disability.** CT has a strong commitment to recruiting and retaining experts who bring a rich diversity of experience, especially those made most vulnerable by the effects of historical and ongoing

systemic discrimination.[vii] Job descriptions emphasize that Child Trends is committed to hiring, retaining, and promoting staff who bring a rich diversity of experience to support our mission of improving the lives and prospects of children and youth, especially those made most vulnerable by the effects of historical and ongoing systemic discrimination. Hiring teams are formed of staff from all levels so that decisions are made through an inclusive and collaborative process. The recruitment team reaches out to identify potential staff through connections to institutions, including minority serving colleges and universities.

**Exhibit 17.** R12CC Team Capacity Building Technical Assistance in Action, Child Trends

**High-leverage problem:** Formative assessments utilized in the early school years allow educators to understand more about where their children are developmentally by collecting multiple pieces of evidence to identify where along a developmental spectrum a child may be. By relying on more than one piece of evidence, educators are gaining a more comprehensive picture of a child's development. Additionally, for children where summative assessments may not meet their cultural or developmental needs, formative assessments provide more information for educators to improve their instructional practices that are tailored to a child's needs. Finally, formative assessments look at whole child development rather than one aspect, which allows educators to see strengths and areas of growth across developmental domains.

**What we did:** From 2014-2019, CT provided implementation support to a ten-state consortium, with four states receiving more direct implementation support to pilot a formative assessment process in kindergarten through third grade. Iowa was one of these four states where we provided TA to understand the types of implementation supports they would need to ensure successful implementation of the formative assessment process in the early school years as well as identify the types of implementation challenges they might face to share with other states in the consortium if they were to implement the same assessment in their state.

**What resulted:** The resulting TA partnership in multiple implementation evaluations of the formative assessment process in these four target states. These evaluations focused on understanding building administrator supports for the formative assessment process and teacher implementation of the formative assessment process in their classrooms. Evaluations in other pilot states also included information from state leaders, regional consultants, and district administrators. Additionally, the CT team developed multiple TA products and materials that were utilized by the pilot states and adapted for other states to use if they wanted to implement a similar formative assessment process in K-3. These materials included an implementation toolkit with worksheets designed to walk state administrators through the process of implementing this at the state level, as well as professional development planning documents for educators to use when implementing the assessment in their classrooms.

---

[vii] As an equal opportunity employer, Child Trends seeks to prevent discrimination against applicants or employees because of race, color, sex, religion, national origin, age, disability or veteran status, or any other status protected by state or local law, and has developed a comprehensive affirmative action program. To carry out these guidelines, Child Trends (1) encourages employment applications from persons who are members of traditionally underrepresented groups; (2) administers other personnel actions, such as pay, benefits, transfers, layoffs, and training without regard to race, religion, color, national origin, sex, age, or disability or veteran status, other protected statuses; and (3) awards subcontracts only to organizations that comply with a similar policy of maintaining an environment of equal opportunity employment.

*Pacific American Foundation.* PAF has been one of the leading TA and research non-profits in HI in developing culturally relevant and rigorous curricula aligned to changing education standards since 2000. PAF has received numerous grants from ED, the Native Hawaiian Education Program, the National Oceanic and Atmospheric Administration (NOAA), the U.S. Fish and Wildlife Service, the Environmental Protection Agency, and the Department of Housing and Urban Development. PAF provides TA to local and state leaders by offering expert guidance, tailored capacity-building services, and support in implementing evidence-based practices to address their most significant educational and environmental challenges. **Exhibit 18** highlights an example of PAF's expertise in supporting SEAs in addressing HLPs.

- **Delivering culturally sustaining technical assistance.** PAF provides comprehensive training programs that integrate Native Hawaiian cultural practices into educational practice. To date, PAF has trained over 7,000 school leaders and teachers statewide in grades K-12. Our approach involves close collaboration with the HIDOE, the HI Institute of Marine Biology, the Smithsonian Institute, Chaminade University, the University of Hawai'i (UH), and over 200 community partners. Through workshops, hands-on learning experiences, and ongoing support, PAF ensures that educators are equipped with the skills and knowledge to effectively engage their students and foster a culturally responsive learning environment. This collaborative effort not only enhances educational outcomes but also strengthens the cultural identity and heritage of the community.

- **Expertise in adapting EBPs to be culturally sustaining interventions using implementation science.** Through NOAA-funded programs, PAF has trained teachers in underwater robotics, engaging students in engineering, and scientific research in aquatic environments. These programs employ systematic planning, execution, and evaluation to ensure practical application and sustainability. Partnering with the UH Pre-STEM Academy, PAF has taught the Engineering Design Process (EDP) to local schools, fostering students'

practical engineering skills through iterative improvement cycles. Additionally, PAF leads the NALU Studies program, which has received multiple NOAA awards, in developing hands-on STEM learning for high-risk Native Hawaiian youth by integrating Indigenous cultural practices with modern scientific techniques. This approach addresses potential barriers and leverages facilitators to ensure long-term success. These initiatives exemplify PAF's ability to apply implementation science principles to blend cultural relevance with scientific rigor, resulting in effective and sustainable educational interventions.

- **Dedicated to nondiscrimination.** PAF shall not discriminate against any persons on the grounds of race, sex, social standing, place of origin, religion, creed or sexual orientation regarding membership and/or employment or as a client or recipient of services rendered under the provisions of Section 501 (c)(3) of the Internal Revenue Service Code of 1986 or its current equivalent.

## Exhibit 18. R12CC Team Capacity Building Technical Assistance in Action

**High-leverage problem:** PAF has been at the forefront of education in Hawai'i, serving thousands of Native Hawaiian and non-Hawaiian students since 2000. Despite significant strides, there is an ongoing need to integrate culture and place-based education into the curriculum to enhance student engagement, achievement, and cultural awareness. Traditional curricula often fail to reflect the rich cultural heritage and unique environmental context of Hawai'i, which can lead to disengagement and lower academic performance among students. To address this, PAF recognized the need to develop culturally relevant educational resources and provide robust support to educators through targeted training programs.

**What we did**

- **Curriculum Development:** From its inception, PAF has focused on creating culture and place-based educational resources. The organization has developed nine curricula series encompassing 21 titles, designed to resonate with the diverse student population of Hawai'i. These curricula are used in K-12 public, charter, Hawaiian immersion, and private schools across the state, promoting a more inclusive and engaging educational experience. Recognized for their cultural significance, these resources have been published online by prestigious institutions such as the University of Hawai'i at Hilo, Ka Haka 'Ula O Ke'elikōlani College of Hawaiian Language, ALU LIKE, Inc., and Ulukau – The Hawaiian Digital Library.

- **Teacher Training:** Understanding that the successful implementation of these curricula depends heavily on educator preparedness, PAF has also been a leader in teacher training. The foundation has conducted numerous training sessions to equip teachers with the skills and knowledge necessary to effectively deliver culture and place-based education. These training programs have been integral to ensuring that teachers can confidently integrate these resources into their classrooms, thereby enhancing the educational experience for their students.

- **Adapting to the Pandemic:** In response to the COVID-19 pandemic, PAF demonstrated remarkable adaptability by converting many of its curricula, videos, and learning tools for online access. The foundation's website became a crucial hub for these resources, facilitating seamless transitions to virtual and hybrid learning



environments. This initiative ensured that students and educators could continue to access high-quality educational materials despite the disruptions caused by the pandemic.

**What resulted**

- **Enhanced Access and Engagement:** By making its resources available online, PAF significantly increased access to its culture and place-based curricula. This move not only supported the continuity of education during the pandemic but also expanded the reach of these valuable resources to a broader audience. The online availability of these materials has facilitated greater engagement among students who can now interact with culturally relevant content in a digital format.

- **Recognition and Utilization:** The widespread recognition and utilization of PAF's curricula by educational institutions underscore the quality and relevance of these resources. Schools across Hawaiʻi, including public, charter, Hawaiian immersion, and private institutions, have adopted these materials, reflecting their effectiveness in enriching the educational experience.

- **Ongoing Impact:** Today, PAF's efforts continue to bear fruit as schools across Hawaiʻi integrate its culture and place-based curricula into their programs. The foundation's commitment to professional development ensures that educators remain well-equipped to deliver these resources effectively. As a result, students benefit from an education that not only meets academic standards but also fosters a deep connection to their cultural heritage and environment.

**Quality of proposed project personnel.** R12CC directors and staff were selected for their expertise in technical areas (e.g., organizational development, communications, outreach, and program evaluation), as well as their content knowledge (e.g., improvement science, teaching and learning, and multilingual learning). The R12CC team has strong personal and professional connections to the region and a deep understanding of the challenges to be confronted and the assets to be leveraged to improve student outcomes, which positions our team well to deliver impactful, culturally relevant support to states. Many team members were raised in the region and/or have worked as or with SEA leaders in the region to promote positive student outcomes, including several members who are Native Hawaiian or Pacific Islander. Additionally, our team members have expertise and valuable experience in serving as key personnel on both regional CC projects, as well as REL Pacific projects, and therefore have a deep understanding of how to align and coordinate other federally funded mechanisms to support HLP projects. **Appendix A** includes curricula vitae for R12CC staff.

- **Our team roots capacity building in content knowledge and relationship building.** Our experts understand that capacity building must be both content-driven and relationship-

based.[81] As detailed throughout this proposal, our approach is built upon ongoing efforts to build and maintain trust with communities.[82] Our approach is also grounded in the recognition that our experts have a responsibility to examine their own backgrounds and biases, engage communities as partners, and acknowledge the impact their efforts have on communities, including the potential for unintended, negative consequences.

- **Our team leverages implementation and improvement science** to ensure that clients are equipped with the knowledge and skills they need to collect data to identify assets and problems, select evidence-based interventions, monitor implementation of those interventions, and make adjustments. We also focus on equipping them to conduct root cause analyses and engage with marginalized communities to ensure that their efforts make a difference in reducing gaps in outcomes.

- **Our team understands that adults learn best when the knowledge and skills to be learned are perceived as practical and action-oriented.** We develop plans with a scope and sequence that includes opportunities to learn, practice, and receive meaningful feedback. We recognize that even capacity-building services that are aligned with adult learning principles may be ineffective, or even harmful, if they are not also culturally grounded.

- **We ensure sustainability is considered from the beginning.** Our team ensures that every aspect of TA delivered emphasizes building capacity and tending to key long-term implementation drivers relative to policy and resource allocation. We understand that strategies to sustain efforts may shift across the life of an initiative, which is why we support clients in regularly revisiting their plans for sustainability to encourage a sustainability mindset. For some initiatives, building strong cross-sector collaboration is critical to sustainability. For others, the intentional braiding of funding sources is critical for long-term sustainability; and for many, a critical component of sustainability is ensuring that effective practices are built into policies and protocols.



*Center Management Structure.* As detailed in this section and shown in **Exhibit 19**, we propose a well-organized and adaptable management structure to guarantee the effective and efficient delivery of capacity-building services to Region 12.

**Exhibit 19.** R12CC Management Structure



PR/Award # S283B240036
Page e96

*Center Leadership Team.* The center leadership team, comprising two co-directors, Ben Cronkright and Kapono Ciotti, and senior advisor Herb Lee, serves as the nucleus for relationship management and decision-making while also providing direct client services. The **co-directors** oversee the center and hold authority over all operational decisions. The co-directors will divide their operational responsibilities to enhance efficiency and ensure clear role delineation. Co-directors will meet weekly to collaboratively monitor CC activities. **Exhibit 20** outlines the division of labor between the co-directors. **Exhibits 21** and **22** highlight the co-directors' technical and subject matter qualifications to lead the R12CC.

**Exhibit 20.** Co-directors roles and responsibilities

| Ben Cronkright | Kapono Ciotti |
|---|---|
| • Acting as primary point of contact for ED program office, SEAs in AS, and the CC Network (i.e., National Center, Content Centers, Regional Centers)<br>• Overseeing the AS HLP projects (i.e., ensuring projects have the necessary personnel and resources, providing quality assurance reviews for deliverables and products)<br>• Monitoring the performance management and evaluation system<br>• Developing and managing partnerships with other Federal TA providers (e.g., REL Pacific), international TA providers, and community organizations<br>• Leading bi-weekly R12CC team meetings<br>• Participating in TA activities, as needed | • Acting as primary point of contact for SEAs in HI and RMI<br>• Overseeing the HI and RMI HLP projects (i.e., ensuring projects have the necessary personnel and resources, providing quality assurance reviews for deliverables and products)<br>• Managing the stakeholder engagement system<br>• Co-leading HI HLP project<br>• Participating in TA activities, as needed |

**Exhibit 21.** Ben Cronkright's qualifications

**Role and FTE**: Co-Director (52% FTE) overseeing R12CC and holding authority over all operational decisions.

**Background:** Cronkright has over 21 years of experience working in education systems and eight years providing TA for SEA and LEA leaders to support positive academic outcomes for underserved communities. Cronkright has been a resident and SEA leader in HI and comes to this role with a robust list of accomplishments. With practitioner experience at the local and state levels, and seven years of leadership experience within regional CC and REL Pacific primary tasks, he has a vast professional network and a deep understanding of the challenges affecting education in the region. His commitment to helping all students achieve positive outcomes is demonstrated through his years of work as a classroom teacher and school principal. The schoolwide Title I elementary school that he led earned a *Beating the Odds* recognition from the state of Michigan during his tenure as principal. After his work in schools and LEAs, he served at the SEA level in the state of HI. Cronkright identifies as White and splits his time between Holland, Michigan and Kaneohe, HI, which will enable him to easily connect to Region 12 and the National CC.

**Current Position and Responsibilities**: As a Senior Technical Assistance Specialist at CT, Cronkright is responsible for planning and leading TA projects to support SEA and LEA leaders. He designs and executes TA approaches, uses continuous improvement processes to monitor project progress, writes and delivers TA products, develops partnerships with external stakeholders, and supervises large project teams. Cronkright has specific expertise in school improvement, implementation science, networked improvement communities, strategic planning, educator workforce, family and community engagement, school and district leadership, research-practice partnerships, and addressing complex challenges to develop equitable education systems. Cronkright's current work focuses on supporting SEAs and LEAs in improving outcomes in CSI and TSI schools.

**Past Roles and Contributions**

- Cronkright has served as a task and partnership lead for the REL Pacific program as well as the 2019-2024 Region 11 CC, where he engaged in high-leverage problem-solving across various rural landscapes throughout the US and Pacific territories. While in this role, he has worked directly with stakeholders at all levels of the education system, including board of education members, SEA staff, state and complex area superintendents, and school-level staff. Through these interactions, he has provided research-based insights in understandable and meaningful ways on a variety of topics, including college and career readiness, family and community engagement, school leadership, teacher effectiveness, and systems improvement.

- Cronkright served as an Academic Officer and Federal Programs Manager for the HI State Charter School Commission. During his service, he oversaw multi-million-dollar budgets and school improvement programs implemented by over 20 different public charter school organizations throughout the state.

**Evidence of Capacity Building and Content Expertise**: Cronkright leads a TA project aimed at enhancing SEA leadership in North Dakota (ND) to support chronically underperforming schools. This three-phase project assists ND SEA leaders in developing, designing, and delivering a comprehensive statewide intervention. The goal is to improve student outcomes by implementing targeted strategies tailored to ND's most underperforming public schools. The first phase focuses on analysis and planning, ensuring interventions are data-driven and locally relevant. The second phase involves developing intervention frameworks based on EBPs and stakeholder input. In the final phase, support is provided to the SEA in implementing and monitoring these strategies, with ongoing feedback to maximize effectiveness.

## Exhibit 22. Kapono Ciotti's qualifications

**Role and FTE**: Co-Director (50% FTE) overseeing R12CC and holding authority over all operational decisions.

**Background:** Ciotti is a Native Hawaiian education leader, who lives and works in HI, delivering TA to SEAs, LEAs, school leaders, and teachers locally, regionally, nationally, and internationally. Ciotti has 30 years of formal education experience, including nearly 15 years as a classroom teacher; 20 years as an administrator, project manager, and education consultant; and 10 years at a senior executive level. Ciotti has taught from elementary through university. He served as the Head of School at Waianae Public Charter School. Ciotti is an adjunct professor at the University of Hawai'i-Manoa, in the culture-based STEMS^2 Master's in Education program. Ciotti has been a sought-after keynoter and facilitator, being a lead contributor to the High Quality PBL effort, and the Deeper Learning movement. Ciotto lives in Honolulu, HI.

**Current Position and Responsibilities:** Ciotti is the incoming CEO of PAF where he oversees projects, budgets, programming, and internal and external relationships of PAF. In this role, Ciotti is also the lead facilitator for PAF's Anima-Based Learning initiative and works directly with the CFO, COO, and Board to direct the foundation strategically and operationally. Ciotti has specific expertise in school and district leadership, teaching and learning, educator workforce, culturally sustaining education, STEM, curriculum, assessment, place-based learning, implementation science, improvement science, design thinking, and strategic planning.

**Past Roles and Contributions**

- Ciotti has taught from elementary through university.

- He has served as the Head of School several times over, in the US and abroad.



- As Executive Director of the international non-profit What School Could Be, and as recognized author, researcher, and thought leader, Ciotti has been a sought-after keynoter and facilitator.

- As a Native Hawaiian education practitioner, Ciotti keynotes, and facilitates national and international conferences on place, culture, and diversity/equity-based learning.

**Evidence of Capacity Building and Content Expertise**: Ciotti's work through the National Association of Independent Schools (NAIS) and the Mediterranean Association of International Schools (MAIS) has had a global impact on capacity building, specifically through his 18-year tenure with NAIS as lead faculty on the Diversity Leadership Institute. With MAIS, Ciotti's contribution to deeper learning capacity building at the international level has been celebrated publicly in Rome, Washington DC, and Dubai.

As a **senior advisor**, Herb Lee Jr. will support the co-directors in overseeing R12CC. Lee is a highly esteemed leader in the fields of education, community development, and cultural preservation in Region 12. Lee will support the co-directors in implementing the stakeholder engagement system and developing meaningful partnerships within the region. As needed, Lee will act as an SME on HLP projects. **Exhibit 23** outlines Lee's role and technical and subject matter qualifications.

**Exhibit 23.** Herb Lee Jr.'s qualifications

**Role and FTE**: Senior Advisor (8% FTE) supporting the co-directors in implementing the stakeholder engagement system and developing and maintaining partnerships within the region; serving as a SME on HLP projects, as needed.

**Background:** Lee is a Native Hawaiian education leader, who lives and works in HI. With over three decades of dedicated service, Lee has been instrumental in integrating Native Hawaiian culture and values into modern educational frameworks. He currently serves as the President & CEO of the Pacific American Foundation, where he has led numerous initiatives to improve educational outcomes for Native Hawaiian students and other underserved populations. Herb's innovative programs focus on blending traditional Hawaiian knowledge with contemporary educational practices, fostering a sense of cultural identity and pride among students. Lee lives in Kailua, HI.

**Current Position and Responsibilities**: Lee currently serves as the President & CEO of the PAF, where he has led numerous initiatives to restore an ancient Hawaiian fishpond while creating one of the largest "community classrooms" on Oʻahu bridging Indigenous wisdom with contemporary science and technology for both Hawaiian and non-Hawaiian learners of all ages. Herb's innovative programs have helped to foster a sense of cultural identity and responsibility (kuleana) among students. Lee has specific expertise in place-based strategies, culturally sustaining teaching and learning, STEM, and stakeholder engagement.

**Past Roles and Contributions**

- Lee has led multiple, highly successful youth leadership programs, career planning and development opportunities, environmental education, and culture-based curriculum projects including the award winning "Kāhea Loko and the Aloha ʻĀina" projects.

- He is one of the founders of the Waikalua Loko Fishpond Preservation Society in Kaneohe, Oʻahu, a non-profit organization whose mission is education through the protection, preservation, restoration, and perpetual stewardship of an ancient cultural resource.

- Lee received the Cesar E. Chavez Champions of Change award from the White House under President Obama.



- He served on a committee that developed the Na Hopena A'o framework, a guidance document for all public schools that integrates Native Hawaiian values and concepts into the mainstream education strategies, adopted by the HI Board of Education in 2015.

**Evidence of Capacity Building and Content Expertise**: Lee is the founder of the Waikalua Loko Fishpond Preservation Society in 1995 and successfully led the acquisition of this 400-year-old ancient Hawaiian fishpond into Hawaiian hands in 2014, the first to do so in HI. The Pond has become a hub of "piko" for innovative culture (Hawaiian) based curriculum, career planning and development, research, employment, and the basis for over 200 community, government, and business partnerships throughout HI and the world. As PAF CEO, his organizations have trained over 7,000 teachers and continues to build bridges between Indigenous and contemporary knowledge to help underserved and economically disadvantaged communities thrive in areas of education, culture preservation, stewardship, and food sustainability from an island perspective.

*HLP Project Leads.* Each HLP project is assigned a lead and a co-lead. The leads provide leadership over the design and implementation of all capacity-building services in support of the overall project goals and objectives. This entails collaborating with R12CC leaders on translating state needs into feasible and effective Annual Service Plans and designing and implementing capacity-building services with recipients. The lead will also ensure that R12CC products (e.g., meeting materials) and deliverables (e.g., Annual State Service plans, blogs) are consistent with ED's requirements and expectations and are responsive to reviewer feedback. The lead will be the primary point of contact with stakeholders and will lead the NIC teams. The co-lead will support the lead.

All leads are experienced in implementation science, improvement science, and adult learning. They have deep experience developing and sustaining NICs, assessing and adapting to TA recipients' levels of readiness, and facilitating data teams and decision-making groups. The leads will work closely with the R12CC team and NIC teams to coordinate project activities, collect and archive fidelity and use of EBPs data, and collaborate with the external evaluator. The leads will be the on-the-ground people best situated to identify emergent needs. **Exhibits 24** to **28** overview the leads' roles and technical and subject matter qualifications.

**Exhibit 24.** Cindy Henry's qualifications

**Role and FTE**: HI HLP Project and NIC Team Lead (17% FTE) managing the design and implementation of HI capacity-building services to achieve the project's overall goals and objectives. Henry will be supported by co-director Ciotti.

**Background:** Henry brings 26 years of multifaceted experience in education, including as a teacher, school level principal, district level superintendent, and school improvement specialist. Currently, Henry is a School Improvement Administrator with HIDOE. This role is pivotal for enhancing education outcomes across schools, particularly focusing on those that are struggling. She collaborates closely with school sites and complex area leadership teams, serving as a resource for innovative solutions and strategic planning. Her problem-solving skills and thought partnership support addressing the challenges that schools face, whether they pertain to academic achievement, family and community engagement, or resource allocation. Henry identifies as White and lives on Kauai in HI, which is largely rural in comparison to Oahu.

**Upcoming Position and Responsibilities**: If awarded the R12CC, Henry will join CT as a Senior Technical Assistance Specialist. In this role, she is responsible for planning and leading TA projects to support SEA and LEA leaders. Leveraging her expertise, she will use improvement science to drive continuous quality improvement and implementation science to effectively integrate EBPs into education settings. Henry will apply adult learning principles to design and deliver training sessions and capacity-building activities, enhancing the skills and knowledge of educators.

**Past Roles and Contributions**

- Henry served as a teacher, regional program director, principal, and superintendent in three school districts in California. This educational background and work experience provided her with valuable firsthand insights into the challenges and opportunities within the classroom setting and have equipped her with a deep understanding of instructional practices, curriculum, development, and the day-to-day realities of teaching.

- Henry worked as a site and district administrator to further broaden her perspective and skill set in educational leadership. In these roles, she had the opportunity to work closely with teachers to develop instructional practices aligned with the Common Core State Standards. Another key focus of Henry's work as an administrator was increasing student engagement through competency-based learning. By implementing competency-based learning approaches, she aimed to personalize instruction and provide students with a deeper understanding and application of concepts.

**Evidence of Capacity Building and Content Expertise**: Within HIDOE, Henry leads and oversees service projects and is responsible for supervising staff delivering school improvement services, including the management of school improvement funding processes and procurement for federal Title I Section 1003 School Improvement Grants at HIDOE.

## Exhibit 25. Spencer Scanlan's qualifications

**Role and FTE**: AS HLP Project and NIC Team Lead (17% FTE) managing the design and implementation of AS capacity-building services to achieve the project's overall goals and objectives.

**Background:** Scanlan has dedicated his career to advancing educational research and evaluation among underserved communities across the United States, especially in the Pacific region. From 2019 to the present, he has served as an Associate Director and Assistant Professor at Brigham Young University Hawaiʻi, where he facilitates research fellowships, teaches statistics, and mentors students. Prior to that, he was a Senior Research Associate at Kamehameha Schools, leading a study on the long-term impact of Hawaiian Culture-Based Education on Native Hawaiian students and designing evaluation methods for educational programs across the Hawaiian Islands. Scanlan has also worked extensively with the National Aeronautics and Space Administration (NASA) Office of STEM Engagement, providing research and evaluation design technical assistance to examine the impact of student experiential learning through NASA-funded initiatives. Additionally, he served as a Research Specialist for the REL Pacific at McREL International from 2014 to 2017, conducting data analysis and providing technical assistance to researchers and practitioners in the Pacific region. Spencer is Samoan and splits his time between American Samoa and Laie, HI.

**Current Position and Responsibilities**: As a Senior Research Fellow at Child Trends, Scanlan is responsible for planning and executing major technical assistance, research, and evaluation projects in consultation with colleagues and external organizations. Scanlan has specific expertise in education policy development, implementation, and evaluation to support educational practices and outcomes, particularly among underserved and Indigenous communities in the Pacific region.



**Past Roles and Contributions**

- He serves as an evaluation consultant for NASA's Office of STEM Engagement, providing technical assistance in designing and implementing evaluation studies to understand the impact of NASA-funded initiatives in strengthening the nation's STEM workforce.

- Scanlan led a study on the long-term impact of Hawaiian Culture-Based Education on Native Hawaiian students and designed evaluation methods for educational programs across the Hawaiian Islands.

- As a Research Specialist for the Institute of Education Sciences (IES) Pacific Regional Education Laboratory, he oversaw the management of large-scale datasets and provided technical assistance to researchers and practitioners in the Pacific region, helping to improve student educational outcomes.

**Evidence of Capacity Building and Content Expertise**: Scanlan has a strong background in research and evaluation, particularly in designing and implementing culturally relevant evaluation studies to assess the impact of educational initiatives. He has extensive experience in data management, including data collection, analyses, storage, and reporting. Scanlan has also provided TA to researchers and educational practitioners, helping to increase their capacity to use data to address problems of practice. His work has involved designing and implementing data dashboards to improve the quality and timeliness of program outcome reports and providing TA on data literacy to program staff and school-level practitioners.

## Exhibit 26. Samantha Holquist's qualifications

**Role and FTE**: AS HLP Project and NIC Team co-Lead (17% FTE) supporting the design and implementation of AS capacity-building services to achieve the project's overall goals and objectives.

**Background:** Holquist brings 10 years of experience using improvement science and implementation science to support state and local education administrators in creating systemic change to increase student outcomes. As part of REL Pacific, she has led capacity-building efforts in HI, AS, and RMI, supporting strategic planning and large-scale continuous improvement initiatives. She has overseen numerous high-impact projects, such as the Chan Zuckerberg Initiative funded *Innovation to Evidence Network* and the National Science Foundation funded *Adapted Measure of Math Engagement*, demonstrating her ability to lead complex research and technical assistance initiatives effectively. She identifies as White.

**Current Position and Responsibilities**: As a Senior Research Scientist as CT, Holquist leads and manages large-scale TA and research projects focused on improving educational student outcomes. She partners with administrators, educators, students, families, communities, and policymakers to develop more equitable and just education systems that better meet educator, student, and community needs. Her recent work helps education systems address challenges and refine EBPs to enhance student success, particularly for traditionally underserved but historically resilient populations. In addition to her technical expertise, Holquist has content expertise in math, assessments, state longitudinal data systems, federal statutes and regulations, educator workforce, and social and emotional learning.

**Current and Past Contributions**

- Holquist is a What Works Clearing House Group Design (Standards Version 4.1) certified reviewer.

- Holquist serves as a senior advisor for the national resource and technical assistance center that provides direct assistance to states, schools, communities, and parents seeking information on the education of children and youth who are considered neglected, delinquent, or at-risk.

- She led applied research and technical assistance projects focusing on social and emotional learning, data use, systems change, and community engagement for REL Pacific.

- Holquist worked at and with multiple SEAs to support LEAs in understanding how to effectively, efficiently, and appropriately utilize federal Title funds. She created capacity-building tools that are still in use at SEAs today.

**Evidence of Capacity Building and Content Expertise**: As part of REL Pacific, Holquist used a NIC approach to provide TA to state and school-level administrators in HI to develop a strategic statewide plan for supporting schools in using continuous improvement practices to design, implement, and evaluate culturally relevant



schoolwide social and emotional learning practices. Over three years, this TA resulted in a statewide plan being implemented in schools across each state to support educators in implementing social and emotional learning practices.

## Exhibit 27. Biram Stege's qualifications

**Role and FTE:** RMI HLP Project and NIC Team Lead (20% FTE) managing the design and implementation of RMI capacity-building services to achieve the project's overall goals and objectives.

**Background:** Stege has over 35 years of relevant experience in education in her home country of the RMI. Her expert knowledge and deep understanding of the State and local education systems in the RMI are rooted in her lifelong experiences as a classroom teacher, consequent advancement to elementary and secondary school principal, later management of tertiary education programs, and finally 10 years' operating and administering the RMI State education system as Secretary of Education. She is a respected member of a network of education practitioners in the RMI committed to community engagement and teacher professional development to achieve effective student learning. Stege is Marshallese and lives on Majuro in RMI.

**Current Position and Responsibilities:** Stege is the founding Owner and lead education consultant of MarTina Corporation, supporting educational initiatives in service to the communities of the Marshall Islands. She also is the School Board Chairperson of Assumption School, spearheading the revision of school policies and fundraising with focus on community engagement towards improving student learning conditions in areas of teacher salaries and qualifications, overcrowded facilities, and updating curriculum and instructional resources. Finally, Stege is a substitute English classroom teacher at the Assumption School.

**Past Roles and Contributions**

- Stege served as the Secretary of Education at the RMI MOE (2001-2011), where she oversaw public education system including administrative, finance, human resources, policy and planning, information and technology, management, curriculum, instruction and assessment, and property management for early childhood, elementary, secondary, vocational, and special education. She also spearheaded the successful WASC accreditation process for Marshall Island High School.

- She served as classroom teacher at Kwajalein Queen of Peace School (1978-1980), CNMI Mount Carmel School (1976-1977), and Marshall Islands High School (1973-1974). She still serves as a substitute English teacher at Assumption School. Her effectiveness and commitment to student learning led to her consequent advancement to the role of school principal.

- Stege served as Principal at Assumption School (2012-2018 & 1984-1990), where she administered and oversaw the day-to-day operation of the school to ensure that the ultimate objective of student learning is addressed, monitored, evaluated, and reported to stakeholders. She also spearheaded successful efforts to gain and retain WASC accreditation for the school.

- Stege administered and oversaw the day-to-day operation of Continuing and Adult Basic Education programs at College of the Marshall Islands from 1994-2000. In the role of Director, she developed and implemented the RMI equivalency diploma in line with the GED diploma and oversaw smooth operation of the federally funded GED program in the RMI.

**Evidence of Capacity Building and Content Expertise:** Stege developed professional development programs and resources for RMI teachers including the Curriculum, Instruction, and Assessment's Summer Institute Program 2006-2010 and the Instructional Services Center 2007-present. She also coordinated teacher-training program with the University of Guam for the College of the Marshall Islands in 1994-2000 to offer courses towards a BA in Education for Marshallese teachers. This program is presently offered as a 4-year BA in Elementary Education degree at CNMI.

## Exhibit 28. Mark Stege's qualifications

**Role and FTE:** RMI HLP Project and NIC Team co-Lead (20% FTE) supporting the design and implementation of RMI capacity-building services to achieve the project's overall goals and objectives.

Child Trends' Response to ED-GRANTS-051324-001

ED 001983

**Background:** Stege has five years' experience across different roles in State and local education systems in the RMI and 17 years providing TA focused on the environmental, social, and historical contexts of the RMI. He also recently concluded his fourth term as an elected official of one of the LEAs in the RMI, and still maintains an extensive network expressly appropriate to the RMI context. Stege identifies as mixed-race Pacific Islander and White, and lives on Majuro in RMI.

**Current Position and Responsibilities:** Stege is currently serving as the National Framework for Climate Services Specialist and Traditional Knowledge Expert for the RMI National Weather Service. His responsibilities include stakeholder engagement and organizational capacity development to improve data gathering methodologies, data gathering instrumentation, data analysis, and data governance surrounding weather, water, and climate information services. Mark is also the Chief Research Advisor for the Marshall Islands Conservation Society, where he leads research in long-term community monitoring of islandscape health and community wellbeing in the face of incrementally greater climate risks.

**Past Roles and Contributions:**

- Stege served as task and partnership lead on program evaluation teams for multi-year projects, including an evaluation of all water-related projects in the RMI (2011-2021) with field visit to the $17 million ADB Water Supply and Sanitation Project on Ebeye, and the $36 million World Bank Pacific Resilience Project (2014-2023).

- He was the College and Career Counselor (2005-2006) for Marshall Islands High School.

- He has served co-lead roles on numerous international research teams with the aim to ensure locally relevant approaches. Noteworthy project teams include the University of Hawaiʻi Sea Grant Program Homeowners Hazards Handbook Project and the University of Hawaiʻi Law School Marshall Islands Climate Migration Project.

- Stege has contributed place-based instructional materials including on assignment from PREL for the first ever Marshallese history textbook and for the College of the Marshall Islands.

**Example of Capacity Building and Content Expertise:** Stege led innovative initiatives during 2011-2013 as "Climatizing the Curriculum" UNESCO grant Project Coordinator, including piloting cross-curricular material in Earth Science and Marshallese Language Arts as classroom teacher at the Marshall Islands High School, and designing and facilitating 2-week climate education training course for public and private high school science teachers in the RMI. This project also supported multi-track student preparatory and community engagement activities.

*Support Staff.* The R12CC leadership team and HLP project leads will be supported by experts in capacity building, content, communications, and project management. Support staff include:

- **Four capacity-building and content specialists** who support the HLP project and NIC teams in designing capacity-building services; reviewing and synthesizing research; and developing products, tools, and other resources to support capacity-building.

- A **project manager** who assists R12 CC leaders and HLP leads by overseeing work breakdown structures and Gantt charts, and ensuring the Center and projects are completed meeting budget and timeline expectations. The project manager will also oversee the personnel management system. The project manager coordinates meetings and travel for the R12 CC

leaders and the HLP leads.

- A **communications and outreach specialist** who provides strategic planning and oversight of dissemination and communication efforts for R12CC. This includes developing the R12CC communications plan; communications calendar; management of R12CC's webpage edits, social media, email outreach, and blogs; and data collection for continuous improvement among communications tasks. The specialist will also support stakeholder engagement, as needed.

**Exhibits 29** to **34** highlight the leads' roles and technical and subject matter qualifications.

**Exhibit 29.** Tameka Porter's qualifications

**Role and FTE**: Multilingual Learner & Internal Evaluation Specialist (17% FTE) who provides expertise in making sure EBPs are appropriate for multilingual learners and as the EBPs are implemented, that they are evaluated in a culturally responsive manner, using continuous improvement processes and integrated data systems.

**Background:** Porter has over 15 years of experience conducting research, developing and implementing policy, and providing TA for SEAs and LEAs to support positive academic outcomes for underserved communities. She has a proven track record of leading TA projects that utilize data to inform program design and implementation. Porter identifies as Black.

**Current Position and Responsibilities**: As a Senior Research Fellow at Child Trends, Porter is responsible for planning and executing major research projects or evaluations in consultation with colleagues and external organizations. Porter has specific expertise in education policy development, implementation, and evaluation to support multilingual learners, assessment development and evaluation, and providing TA to improve chronic absenteeism and academic outcomes for students attending Title I, CSI, and TSI schools.

**Past Roles and Contributions**

- Porter served as the Executive Director, Division of Assessment, Accountability and Performance Reporting for the Maryland State Department of Education, which entailed the successful implementation of the state's comprehensive and focused strategy to measure and support student learning across Maryland's 24 LEAs and 7,000 child-care providers.

- She served as the State Lead for Nebraska (Region 11 CC) and Kansas (Region 12 CC), providing TA to the SEA to improve proximal and distal student learning outcomes.

- In a previous role as the Research Partnership Lead with REL Pacific, Porter led research and evaluation activities to support positive academic achievement outcomes for multilingual learners in HI.

**Evidence of Capacity Building and Content Expertise**: Through the 5-year OSEP-funded *Using Data to Improve Outcomes for Hawai'i's Asian American and Pacific Islander English Learners* project, Porter provided intensive training and coaching to 400 multilingual educators and leaders on evidence-based curriculum and instruction strategies for exiting and reclassifying AAPI multilingual learners from English language programs.



**Exhibit 30.** Cherry Yamane's qualifications

**Role and FTE**: Math TA Specialist (19% FTE) who provides expertise in developing and implementing math instruction and interventions that respect and incorporate students' cultural backgrounds, while providing support and training to educators to enhance culturally responsive teaching practices.

**Background:** Yamane has nearly a decade worth of experience as a scholar-practitioner working with Indigenous communities. They have experience in non-profit, academic, and private sectors around various culturally grounded interventions for mental and behavioral health, substance use, harm-reduction, trauma-informed care, youth development, climate justice, cultural humility, diabetes, child welfare, precision medicine, racial equity, maternal and child health, COVID-19 and cancer research. Their work is primarily within their home community, but they have worked throughout the Pacific and Turtle Island with Indigenous Native Hawaiian, Pacific Islander, Native American and Alaska Native youth. Yamane identifies as Kanaka Maoli (Native Hawaiian), is from Waianae, HI.

**Current Position and Responsibilities:** Yamane is a Senior Research Analyst at CT, where they focus on scholarship from the Pacific to Turtle Island centers around land-based, community-based, and culturally-driven research, evaluation, and TA. Their training in Indigenous public health centers community-based participatory research and mixed methods approaches that prioritizes Indigenous cultural sovereignty. Yamane's work draws on ancestral wisdom as a source of healing and thriving.

**Past Roles and Contributions**

- Yamane led the needs assessment of the the Ka Mana I Loko program focused on Hawaiian health and well-being using cultural practices, land-based healing, stories, and Indigenous identity as strengths-based sources of healing which informed the community-based and culturally driven pilot program.

- They supported the Puni Ke Ola Program where they lead in the development of an Indigenous Culture-as-Health model from a systematized literature review that privileges ancestral Indigenous Knowledges, land-based/sacred sites, cultural practices and spirituality in Indigenous research development and implementation with Hawaiian communities throughout the Hawaiian island chain.

- Yamane served as the Project Facilitator/Research Assistant for the Waianae Coast Comprehensive Health Center's Hoolokahi Research Department where they served on the community-based IRB and managed the Precision Medicine initiatives to enhance digital literacy and telehealth care access for patients.

**Example of Capacity Building and Content Expertise**: Yamane provides TA to the Wilderness Society through their expertise in land-based healing and culturally grounded initiatives. They support the *Conservation Curriculum Development and Design* project through intentional collaboration with Indigenous researchers, evaluators, educators, and conservation experts to develop a curriculum to meet the needs of Indigenous communities throughout Turtle Island.

**Exhibit 31.** Lorena Aceves's qualifications

**Role and FTE**: Early Literacy TA Specialist (15% FTE) who provides expertise in developing, implementing, and evaluating programs and strategies to enhance reading and writing skills in young children, providing support and training to educators and engaging with families to foster early literacy development.

**Background:** Aceves has led transformative early literacy initiatives, focusing on integrating equity and developmental appropriateness into Head Start programs. She has conducted research to enhance early literacy outcomes and supported student transitions from early childhood programs to kindergarten to 3rd grade, ensuring a strong foundation for academic success. Aceves has also promoted the adoption of EBPs and Diversity, Equity, Inclusion, and Accessibility principles to meet the diverse needs of all children. Aceves identifies as Latina.

**Current Position and Responsibilities**: Aceves is a Research Scientist at CT, where she focuses on advancing early literacy through rigorous research and TA. She specializes in understanding the multifaceted influences on children's literacy development, including cultural, familial, and individual factors. Aceves leads initiatives to

develop and implement EBPs, ensuring they are both effective and equitable. Her content expertise spans early childhood education, developmental science, and systems change.

**Current and Past Contributions**

- Aceves serves as a Head Start expert consultant for The National Early Care and Education Workforce Center. The Center, supported by CT and core partners, focuses on equity and justice for the early care and education workforce.

- Aceves serves as task lead on a competitive task order focused on conducting research and supporting activities identified by the Office of Planning, Research, and Evaluation (OPRE) that inform the activities of programs providing services to low-income, at-risk children and families.

- She served as a Society for Research on Child Development Federal Policy Postdoctoral Fellow at the Office of Head Start. At Head Start, she was actively involved in the office's Diversity, Equity, Inclusion, and Accessibility (DEIA) commission and helped lead DEIA initiatives across Head Start policy and training and technical assistance efforts.

**Evidence of Capacity Building and Content Expertise**: For the Office of Head Start, Aceves reviewed all TA training materials created by the National Center for Behavioral Health and Safety for Head Start programs. She ensured that TA materials were appropriate, equitable, and useful for adult learners, and that they represented the families served by the program. As the deputy director for a TA network that provides services to seven LEAs who are implementing innovative interventions to advance student success, Aceves leads a team of TA providers to (a) conduct needs sensing to capture progress and understand needs, (b) facilitate a NIC to enable LEAs to connect and learn from one another, and (c) provide coaching and training using improvement and implementation science practices to support LEAs in addressing their unique needs.

## Exhibit 32. Kalina Mead's qualifications

**Role and FTE**: Curriculum and Instruction TA Specialist (67% FTE) offering expertise in data analysis, instructional strategy development, professional development for teachers and school leaders, and the adaptation and implementation of culturally sustaining evidence-based practices in classroom learning.

**Background:** Mead has over 10 years of experience working in the education system as a classroom teacher, curriculum developer, and academic coach. She has become an outstanding teacher in the classroom and very adept in covering all core academic areas with a keen ability to incorporate cultural relevance. She has subsequently been recruited to utilize her skills as Academic Coach to help teachers at all grade levels achieve the same success she accomplished in her in-classroom and out-of-classroom experience. Mead specializes in coaching educators to enhance their literacy, math, and science curriculum and instruction, incorporating culturally sustaining practices into learning experiences, and supporting educators in utilizing continuous improvement methods to refine their teaching. Mead identifies as Native American and Filipino, and lives in Oahu, HI.

**Position and Responsibilities**: Mead currently serves as a school-wide Academic Coach at Waimanalo Elementary and Intermediate Schools, located in a predominantly Native Hawaiian community on the island of Oahu. If awarded the R12CC, Mead will join the PAF team as a Curriculum and Instruction TA Specialist. In this role, she will support NIC teams in adapting and refining identified literacy, math, and science EBPs to be more culturally sustaining. Additionally, she will apply adult learning principles to help NIC teams develop professional development materials, aiding school leaders and teachers in implementing EBPs effectively.

**Past Roles and Contributions**

- Mead worked as an academic coach for multiple school systems, managing, designing, and implementing professional learning for teacher, school, and district level teams.

- She led 21st Century afterschool programs in which the focus was utilizing the broader community as a resource for learning while maintaining relationships, rigor, and cultural relevance to the learning experience.

**Evidence of Capacity Building and Content Expertise**: Mead developed one of the most successful 21st Century Community Learning Center programs at Keolu school as the Site Coordinator and has a unique ability

to develop long-lasting relationships with community partners to enhance the learning experiences for students of all ages. She has successfully guided her schools as an overarching academic coach including helping Waimanalo school in 2024 successfully go through WASC accreditation for the school.

## Exhibit 33. Jennifer Widstrand's qualifications

**Role and FTE**: Project Manager (21% FTE) who assists R12 CC leaders and HLP leads by overseeing work breakdown structures and Gantt charts, and ensuring projects are completed meeting budget and timeline expectations. She also will oversee the Personnel Management System.

**Background:** Widstrand specializes in managing education and youth development federal grants. As a former school-based educator, she brings a deep understanding of educational needs, curriculum development, and assessment strategies to her role as a project manager, ensuring grant-funded programs are both effective and impactful. Her expertise in stakeholder communication, budget management, and regulatory compliance further guarantees the successful implementation and achievement of educational goals. Widstrand identifies as White.

**Current Position and Responsibilities**: Widstrand is currently a Senior Project Manager at Child Trends and serves as the project manager for the National Research Center on Hispanic Children and Families. In this role, she monitors and forecasts the budget across four funding streams, coordinates the Non-Compete Continuation development and submission, and communicates regarding subrecipient agreement requirements. She is also the Project Director for NSF and NIJ grants, ensuring all products are completed on time and in budget through applicable QC processes, fulfilling all reporting requirements, and ensuring systems and structures are in place for effective internal/external communication.

**Past Roles and Contributions:** Widstrand has managed federal grants for CT since December 2022. Prior to joining CT, she managed large-scale non-profit development projects for five years.

**Evidence of Capacity Building and Content Expertise**: Widstrand is licensed in K-12 Reading and has 11 years of focused cognitive coaching experience using research-based methods. Her strategic coaching resulted in three consecutive years of above-expected growth scores in literacy, and #2 growth scores in the district. She has a Mastery Certification in LETRS.

## Exhibit 34. Joseph Boven's qualifications

**Role and FTE**: Communications and outreach specialist (15% FTE) provides strategic planning and oversight of dissemination and communication efforts for R12CC.

**Background:** Boven has over 20 years of experience in strategic communications leadership and in media. He leads and advises on digital and traditional media efforts and provides strategic communication guidance for projects and organizational needs. Boven previously served as the communications lead for the Regional Educational Laboratory Central where he worked with education agencies across seven-state region to build education agency capacity for high-priority challenges. His work has included, and often prioritized, efforts with Indigenous representatives, communities of color, and groups that have been traditionally marginalized to support them in bringing their voices to the forefront of conversations through shared consultation and training.

**Current Position and Responsibilities**: As a Research Communications Specialist at CT, Boven leads communications efforts for the OPRE Website and Strategic Communications, National Research Center for Hispanic Children & Families, and PREP Local Evaluation Support and Dissemination projects, guiding communications efforts with his expertise in strategic communications, stakeholder and community engagement, messaging, and content creation. Boven has conducted trainings and provided resources to support federal grantees and employees to develop skills centered on organizational messaging and brand reputation, SEO and plain language, 508 remediation, digital outreach, social media usage, and data visualization, among other supports.

**Past Roles and Contributions**

- Boven served as the head of communications for a Denver City Council Office and provided consultation and services in communications and marketing roles for Denver Public Schools.

- Boven provided crisis communications; media relations; brand/reputation management; video production; user interface and user experience; web design; digital and content marketing; and strategic communications campaign planning while working as head of communications for Marzano Research and as dissemination lead for the Regional Educational Laboratory Central.

**Evidence of Capacity Building and Content Expertise**: While working as the communications lead for REL Central, Joseph helped numerous states build their capacity to develop communications campaigns and outreach, while also supporting multiple capacity building workshops and products designed to enhance LEA and SEAs, this includes in areas such as educator pipelines, career pathways, and in the communication of information to differing communities.

*Subject Matter Experts.* We have an extensive network of SMEs who will play a crucial role by providing specialized knowledge and insights in their field of expertise. As needed for HLP projects, they will contribute to the development and implementation of project activities, ensuring that all technical and content-related aspects are accurate and aligned with the research field and local needs. The center management structure in **Exhibit 19** outlines several of our organizational experts. Their expertise is further detailed in **Attachment B**.

*External Evaluators.* Shannon Davidson and Elizabeth Ghandi from Education Northwest serve as the R12CC external evaluators. Qualifications of Davidson and Ghandi are detailed in **Performance Management and Evaluation System** and in their curricula vitae in **Appendix A**.

**Comprehensive Quality Assurance Processes.** All project materials, including agendas, presentations, and reports, go through a comprehensive quality assurance process focusing on four dimensions of quality: 1) relevance, 2) significance of content, 3) clarity and focus of presentation, and 4) utility of information for the target audience. All team members providing service-based deliverables, such as presentations or in-person trainings, have also been fully trained in high-quality presentation and group facilitation methodologies. Team members providing services will develop methodologies and scripts collaboratively to ensure all presentations and trainings reliably adhere to high standards of quality, regardless of which team member is providing the service.

**Developing new and ongoing partnerships.** Developing new and ongoing partnerships with leading experts and nationwide organizations is essential for providing high-quality TA and subject matter expertise. As shown by our SMEs in **Attachment B** and letters of support in

**Appendix C**, CT and PAF have an extensive network of experts who are prepared to support the R12CC. We also have a plan for identifying new experts as needed, as detailed in **Personnel Management System**. As outlined in **Partnerships**, the R12CC team has a comprehensive plan for how we will develop and maintain partnerships with organizations locally, regionally, and nationally to support our work.

# Attachment A. High-Level Five-Year Plan for the Region 12 Center

| Activity | Year 1 Q1 | Q2 | Q3 | Q4 | Year 2 Q1 | Q2 | Q3 | Q4 | Year 3 Q1 | Q2 | Q3 | Q4 | Year 4 Q1 | Q2 | Q3 | Q4 | Year 5 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capacity Building Services** | | | | | | | | | | | | | | | | | | | | |
| Establish NIC | X | | | | | | | | | | | | | | | | | | | |
| Conduct local needs sensing | | X | | | X | | | | | | | | X | | | | X | | | |
| Develop and revise logic models | | X | X | | X | | X | | | | | | | | | | | | | |
| Select and refine EBPs | | | X | X | | | | | | | | | | | | | | | | |
| Plan for EBP implementation | | | | X | | X | | X | | | | X | | | | X | | | | X |
| Implement EBPs | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Evaluate EBPs | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Performance Management and Evaluation System** | | | | | | | | | | | | | | | | | | | | |
| Internal Evaluation | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| External Evaluation | | X | X | | X | | X | | | X | | | X | | X | | X | X | | X |
| Surveys | | | | | X | | X | | X | | | | X | | | | X | | X | |
| Interviews | | X | | | | X | | | | X | | | | X | | | | X | | |
| Administrative data review | X | | | X | | | | X | | | | X | | | | X | | | | X |
| Monthly reports | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Annual report | | | | X | | | | X | | | | X | | | | X | | | | X |
| **Stakeholder Engagement System** | | | | | | | | | | | | | | | | | | | | |
| Annual needs sensing report | | X | | | | X | | | | X | | | | X | | | | X | | |
| Advisory board meetings | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Community mapping | X | | | | | | | | | | | | | | | | | | | |
| Narrowcasting strategies | | | | | | | | | | | | | | | | | | | | |
| 1-1 VIP calls | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Virtual roundtables | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Student/parent town hall | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | |
| Broadcasting strategies | | | | | | | | | | | | | | | | | | | | |
| Website | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Newsletters and alerts | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Social media | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Blogging | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Personnel Management System** | | | | | | | | | | | | | | | | | | | | |
| Recruit, orient, and retain experts | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Professional learning | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Partnerships** | | | | | | | | | | | | | | | | | | | | |
| Develop and sustain partnerships | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

ED 00199


ED 001992

# Attachment B. Subject Matter Experts

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| **Mavis Sanders, PhD**<br>Senior Research Scholar<br>*Child Trends* | • Family and community engagement<br>• Student well-being<br>• Chronic absenteeism<br>• Early childhood education | • Has authored over 60 publications, including five books, on family and community engagement in schools and the effects of home, school, and community collaboration on African American students' school success.<br>• Served as the inaugural director of UMBC's Sherman Center for Early Learning in Urban Communities, working closely with families, educators, and community partners to develop best practices for early childhood education in urban contexts.<br>• Founding director of the Leadership for School, Family, and Community Collaboration (now Urban Education) graduate certificate program at Johns Hopkins University. |
| **Felix Fernandez, PhD**<br>Principal Research Scientist<br>*FHI 360* | • STEM<br>• Educator workforce development<br>• Continuous improvement<br>• Education technology<br>• At-risk populations<br>• Evaluation research | • Conducts evaluation research in elementary, secondary, and post-secondary settings, with specific interest in at-risk populations, on a variety of topics including technology integration, education technologies, teacher professional development, dropout prevention, and student access.<br>• Has led continuous improvement cycles and sustainability efforts for a wide range of audiences, including federal/state agencies, program grantees, school districts and schools, and community-based organizations. |
| **Ying Wang, PhD**<br>Research Associate<br>*FHI 360* | • STEM<br>• Multilingual learners<br>• Learning interventions<br>• Education technology | • Has developed in-depth knowledge of student comprehension, particularly in STEM, and educational technology innovations to promote students' learning through their research work at FHI 360 as well as at multiple universities.<br>• Author of multiple peer-reviewed journal articles, including those published in *International Journal of Education; Frontiers in Education; Metacognition and Learning;* and *Contemporary Educational Psychology.* |
| **Fern R. Lehman, MS**<br>National Consultant<br>*PAF* | • STEM<br>• Culturally responsive education practices | • Is a Science instructor, with classroom experience in Biology, Chemistry, and associated Lab subjects at the College of the Marshall Islands over 4 years, and most recently as a high school Science teacher at Majuro Cooperative School.<br>• Is the National Coordinator for a regional development bank project that has mapped national capacities |

ED 001993

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| | • Place-based learning models in RMI | and gaps in the Marshall Islands fisheries, waste management, tourism, coastal development, and marine transportation sectors.<br><br>• Is a youth mentor, facilitating youth engagement in further learning and promoting of the local aqua-food systems and sustainable fisheries management in the RMI. |
| **Tatyana Vdovina, MA**<br>Managing Consultant<br>*Manhattan Strategy Group* | • Multilingual learners<br>• Curriculum development<br>• Educator workforce development<br>• Instructional strategies for the educators of multilingual learners | • Is an applied linguist, professional development manager, educator supporter, instructor, language assessment expert, and instructional designer with over 20 years of diverse and progressive experience supporting high-impact educational and linguistics programs.<br><br>• Serves as the Managing Consultant of the National Clearinghouse for English Language Acquisition and Advancing Innovation.<br><br>• Has designed courses, training materials, and instructional strategies that supported educators who worked with English and less commonly taught language learners where they conceptualized, created, and led a host of professional development materials and workshops to further learner outcomes. |
| **Jennifer Himmel, PhD**<br>Project Director<br>*Manhattan Strategy Group* | • Multilingual learners<br>• Literacy<br>• Curriculum development | • Project director who has overseen multimillion-dollar projects funded by ED, SEAs, and LEAs.<br><br>• Developed and delivered TA tools and resources for multiple stakeholders (SEAs, LEAs, institutions of higher education) across a variety of topics, such as early literacy development, English learner education, teacher preparation, integration of content and language instruction, newcomers and refugees, adolescent and adult literacy, multi-tiered systems of support, professional learning communities, and data-driven practices implementation.<br><br>• Previous director of the Center for Applied Linguistics overseeing PK-12 ELL Professional Development Programs. |
| **Edit Khachatryan, PhD**<br>Carnegie National Faculty<br>*Carnegie Foundation for the Advancement of Teaching* | • Networked improvement communities<br>• Improvement science | • Leads Carnegie staff in teaching and coaching networked improvement science.<br><br>• Previous director of the Networked Improvement Fellowship Program where they designed, developed, and executed the learning agenda for the Fellowship program.<br><br>• Was a teacher and teacher leader where they designed and executed school-wide improvement projects; coordinated student assessments; advised various student clubs; and taught courses on history and economics. |
| **Joy Thompson, PhD**<br>Research Scientist | • Innovative assessments<br>• Out-of-school time | • Manages multi-site, multi-year policy and program evaluations related to curricula, school start time change, and school climate improvement. |

PR/Award # S283B240036<br>Page e113

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| *Child Trends* | • STEM<br>• P-3 alignment<br>• School climate | • Led projects related to integrating STEM into afterschool youth development programs and examining achievement gaps in public Montessori and other early childhood programs. |
| **Brandon Stratford, PhD**<br>Deputy Project Area Director, Education Research<br>*Child Trends* | • Mental health and well-being<br>• Homeless youth<br>• Chronic absenteeism | • Leads a team of Child Trends researchers working on a CDC-funded project led by the National Association of Chronic Disease Directors to promote the emotional well-being of students and school staff through increasing the capacity of SEAs to support the work of LEAs.<br>• Served as the Co-PI of the Leadership Exchange for Adolescent Health Promotion, a CDC-funded capacity building effort that focuses on bringing state education and health agencies together to develop and implement action plans to promote adolescent health in schools.<br>• Provided TA to educators in a rural region of Paraguay for two years as a Peace Corps volunteer. |
| **Marlene Zeug, PhD**<br>Manager and Director<br>*Pewa Project* | • Early learning<br>• Culturally responsive education practices<br>• Educator workforce development<br>• ʻāina-based education in public schools in Hawaiʻi | • Leads HIDOE initiative to "normalize" ʻāina-based education in public schools, including developing localized programs for teacher and academic leader supports, building community organizational capacity to partner with schools, and developing aligned student activities.<br>• Oversaw the operationalization of the nation's first Academic Health Center at Waipahu High School in HI.<br>• Previous Director of Community Engagement at the HIDOE, leading eight statewide programs. |
| **Adrian Larbi-Cherif, PhD**<br>Senior Program Associate<br>*Manhattan Strategy Group* | • Rural education<br>• Social emotional learning<br>• Continuous improvement | • Provides TA and research support to the National Center for Education Statistics on releasing and analyzing data from the National Assessment of Educational Progress assessment, which is the nation's only longitudinal national assessment of K–12 students.<br>• Led the National Charter School Resource Center to provide TA to grantees and disseminate best practices to the charter school sector on a variety of high-priority focus areas, including grants management, facilities, authorizing, accountability, replication and expansion, students with disabilities, English learners, Native American charter schools, and others.<br>• Author of multiple peer-reviewed journal articles, including those published in *American Journal of Education*; *Teachers College Record*; and *Educational Administration Quarterly*. |

ED 001994

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| **Bonnie Solomon, PhD** Research Scientist I *Child Trends* | • Teacher effectiveness<br>• Social-emotional learning<br>• School climate<br>• College readiness | • Examined implementation of two Maryland state policy restrictions on suspension and expulsion in early childhood settings to explore the resources and workforce supports needed to successfully change discipline practices.<br>• Served as lead evaluator for several college-community partnerships that supported first-generation students during the transition to college, with a focus on the role of non-academic competencies (e.g., sense of belonging, academic self-efficacy, motivation, and self-regulated learning) in both college readiness and completion. |
| **Alyssa Scott, MPH, MPP** Senior Research Analyst *Child Trends* | • Deeper learning<br>• Math<br>• School climate<br>• Improvement science | • Leads a Deeper Learning initiative within the Innovation to Evidence Network Experience to support a LEA in developing students' competencies.<br>• Serves as a lead for a math engagement project utilizing an innovative process for developing person-centered, community-based measures to capture the many unique and important ways math can be engaging for Black and Latina/o students.<br>• Has led NICs, providing TA to LEAs and community-based organization partners, and engaging young people and practitioners in research and TA work. |
| **Deana Around Him, DrPH** Research Scholar *Child Trends* | • Indigenous students<br>• Early learning<br>• Social emotional learning | • Oversees strategic dissemination for the Tribal Early Childhood Research Center, which provides leadership and collaboration to promote excellence in community-based participatory research and evaluation of ACF early childhood and family economic well-being initiatives that serve tribal communities.<br>• Served as Director of the Culture, Science, and Bioethics Core for a partnership between the Collaborative Research Center for American Indian Health and the National Congress of American Indians Policy Research Center, where she led delivery of a research capacity building curriculum to Tribal communities and provided technical assistance to Tribal partners and researchers engaged in work on the social determinants of health.<br>• A 2022 Ascend Fellow of the Aspen Institute. |

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| **Kristine Chan, PhD**<br>Research Scientist I<br>*Child Trends* | • Foster youth<br>• Incarcerated youth<br>• Stakeholder engagement | • Provides web support to the Children's Law Center (CLC) of California, which provides legal representation and specialized services for youth in the dependency court in Los Angeles and Sacramento County, to develop data collection forms in the case management system to track educational outcomes (such as school improvement), educational advocacy (e.g., educational rights holder, IEP meetings), housing stability, and youth well-being.<br>• Supports the National Technical Assistance Center for the Education of Neglected or Delinquent Children and Youth where she develops written resources and webinars on Title I Part D funding for stakeholders dedicated to serving students in the neglected and/or delinquent community. |
| **Laura Anderson, BA**<br>Associate Director<br>*Edunomics Lab,*<br>*Georgetown*<br>*University* | • Fiscal allocation and strategy<br>• Education finance<br>• Data systems and tools | • Leads and co-leads national and local scale research projects, manages teams exploring and modeling fiscal and economic aspects of public education policy, productivity in education, financial data and cost modeling for strategy, policy analysis, and economics of education.<br>• Co-leads two practitioner and policymaker networks: the District Finance Network and the Financial Decision-Making Working Group.<br>• Provides trainings for state legislators, district leaders, school board members, practitioner associations, and others at all levels of the education system to equip them with practical skills in strategic fiscal management, policy analysis, and leadership. |
| **Marguerite Roza, PhD**<br>Director<br>*Edunomics Lab,*<br>*Georgetown*<br>*University* | • Fiscal allocation and strategy<br>• Education finance<br>• Data systems and tools | • Research professor and director of leading education finance center, conducts research and analysis exploring and modeling fiscal and economic aspects of public education policy, productivity in education, financial data and cost modeling for strategy, policy analysis, and economics of education.<br>• Provides capacity-building and TA support to national organizations and state and local school systems, improving their ability to use data in financial decision-making to promote equity, productivity, and innovation to benefit students.<br>• Launched and leads the Certificate in Education Finance at Georgetown University's McCourt School of Public Policy, with two annual cohorts plus custom placed-based cohorts. |
| **Kristen Harper, EdM**<br>Vice President for Public Policy and Engagement<br>*Child Trends* | • Strategic communication<br>• Stakeholder engagement<br>• Student well-being | • Is a nationally recognized expert on education policy, racial and ethnic disparities in education, school discipline policy, and school health and climate, and has been cited and quoted by *The Wall Street Journal, The Associated Press, Politico, Education Week, U.S. News & World Report,* and *The 74,* among other publications.<br>• Serves as a senior advisor for multiple projects—funded by ED, the Centers for Disease Control and Prevention, and the Robert Wood Johnson Foundation—dedicated to improving school health, school |

ED 001997

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| | • Equity-focused education policy | safety, and adolescent health. |
| | | • Served for seven years in the U.S. Department of Education, where she was a chief architect of the agency's efforts to improve conditions for learning. |
| | | • Served as a senior policy advisor for the Office of Special Education and Rehabilitative Services where she authored federal regulations to reduce racial and ethnic disparities in the identification, placement, and discipline of children with disabilities. |
| **Obioma Okogbue, MEd** Technical Assistance Specialist *Child Trends* | • Implementation science • School improvement • School climate | • Project director and TA provider for the CDC-funded Leadership Exchange for Adolescent Health Promotion and in this role, she manages the project designs and provides capacity building supports to SEAs and state health departments to develop and implement strategic plans to advance adolescent health in schools, with a focus on health education, health services, and safe and supportive environments. |
| | | • Project co-director and TA lead for The National Technical Assistance Center for the Education of Children and Youth who are neglected, delinquent, or at-risk, which is a national resource and TA center that provides direct assistance to states, schools, communities, and parents seeking information on the education of children and youth who are considered neglected, delinquent, or at-risk. |
| **Sarah Daily, PhD** Senior Research Scientist II *Child Trends* | • Improvement science • Math and literacy • P-3 alignment | • Co-author on the Research Base for a *Birth through Eight State Policy Framework for the Alliance for Early Success.* |
| | | • Previous program director of the National Governors Association Center for Best Practices Early Childhood Policy project and led a portfolio of activities designed to support gubernatorial policy agendas for children ages birth to five who have been marginalized by systemic inequities. |
| **Deborah Temkin Cahill, PhD** Chief Research Officer *Child Trends* | • Federal regulation • Student well-being • Bullying | • Co-led the policy analysis and development arm of the Robert Wood Johnson Foundation's Together for Healthy and Successful Schools Initiative, which documented and informed state policy across all components of the Whole School, Whole Community, Whole Child framework developed by the Centers for Disease Control and Prevention which helps inform the National Association of State Boards of Education's State Policy Database on School Health. |
| | | • Serves as senior advisor to Child Trends' work on the U.S. Department of Education's National Center for Safe Supportive Learning Environments, the Title IV Part-A Technical Assistance Center, and the CDC's Leadership Exchange for Adolescent Health Promotion. |
| | | • Is frequently called upon to provide her expertise, including through testimony to the Senate Homeland Security and Government Affairs Committee and through media interviews with *The Washington* |

| Experts | Area(s) of Expertise | Evidence of Experience and Expertise |
|---|---|---|
| | | *Post, Politico, CNN, Education Week, U.S. News and World Report, USA Today, the 74 Million,* and other publications.<br><br>• Led the U.S. Department of Education's Federal Initiative on Bullying Prevention, played a significant role in creating stopbullying.gov, and coordinated the 2011 White House Conference on Bullying, among other initiatives. |

ED 001998

## Other Attachment File(s)

* **Mandatory Other Attachment Filename:** | 1239-A. Curricula Vitae.pdf |

| Add Mandatory Other Attachment | | Delete Mandatory Other Attachment | | View Mandatory Other Attachment |

To add more "Other Attachment" attachments, please use the attachment buttons below.

| Add Optional Other Attachment | | Delete Optional Other Attachment | | View Optional Other Attachment |

**ED 001999**



# Ben Cronkright
## Senior Technical Assistance Specialist

### Qualifications Highlights

- Led intensive capacity-building TA in the Pacific
- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Led intensive capacity-building training and coaching to use and sustain EBPs
- Managed and provided oversight of federally funded projects of similar scope
- Expert in school improvement, implementation science, and strategic planning

### Education

- MA, Educational Leadership, Saginaw Valley State University, 2008
- BA, Secondary Education (History, English), Saginaw Valley State University, 2003

### SUMMARY OF EXPERIENCE

Ben Cronkright, M.A., has worked directly with stakeholders at all levels of the education system for nearly a decade, including board of education members, state education agency staff, state and district superintendents, and school faculty. He has expertise on various topics, including strengthening teacher pipelines, family and community engagement, school and district leadership, and systems improvement. In his technical assistance, Cronkright provides easy-to-understand research-based insights to develop more equitable and just education systems that better meet school community needs. He led K-12 research-practice partnerships to address complex, high-priority challenges in schools within the Regional Education Laboratory in Hawai'i, Palau, and the Federated States of Micronesia—and in the Central Plains states—through the U.S. Department of Education Comprehensive Center Program. Cronkright also served as the federal programs manager/academic officer for the Hawaii State Charter School Commission, as an elementary school principal, and as a high school vice principal in Michigan.

### DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

#### Experience delivering high-quality, relevant, and useful capacity-building TA to SEAs, LEAs, and other education stakeholders

**Innovation to Evidence Network Experience, Chan Zuckerberg Initiative, United States, 2023–Present**
*Senior Advisor.* Cronkright is a advising a three-year technical assistance network that provides services to seven local education agencies and their implementation and research partners (i.e., innovation teams) who are designing, implementing, and evaluating an innovative intervention to advance student success. He leads planning to support (a) needs sensing to capture innovation teams' progress and understand their needs, (b) facilitate a networked improvement community to enable innovation teams to connect and learn from one another, and (c) provide coaching and training to address the unique needs of innovation teams. Findings from this project demonstrate the efficacy of a collaborative network model, utilizing improvement and implementation science practices, in supporting innovation teams to design, implement, and evaluate innovative interventions aimed at enhancing student success. Dissemination products thus far include four published practice guides.

**North Dakota Support for Low-Performing Schools, North Dakota Department of Education, Bismark, ND, 2023–Present**
*Project lead.* Cronkright serves as the project lead for a technical assistance project aimed at enhancing the capabilities of State Education Agency (SEA) leadership in North Dakota to effectively support and uplift chronically underperforming schools. This is a three-phase project designed to assist ND SEA leaders in the development, design, and delivery of a comprehensive statewide intervention. The primary objective is to facilitate marked improvements in student outcomes by implementing targeted strategies tailored to the specific challenges faced by North Dakota's most underperforming public schools. The first phase focuses on in-depth analysis and planning, ensuring that the intervention strategies are based on robust data and tailored to local needs. The second phase involves the development and refinement of intervention frameworks, guided by evidence-based practices and collaborative stakeholder engagement. In the final phase, provide support to the SEA in the implementation and monitoring of these strategies, providing ongoing feedback and adjustments to maximize their effectiveness.

**Palau Partnership for the Improvement of Teaching, Koror, Palau, 2018–2023**
*Project lead.* Cronkright led regional strategic planning processes through root cause and analysis to support improved effectiveness and student learning outcomes throughout K–12 and higher education institutions. He coached chief executives through gap analysis and assessments and accelerated systemic improvement through Networked Improvement Communities. Cronkright solidified stakeholder capacities using continuous improvement processes to collect and sharpen data to support systemwide, high quality professional learning for teachers, coaches, and school leaders in the implementation of evidence-based instructional programs and practices and used disciplined inquiries to drive improvement including the PDSA process. Finally, he prepared reports, plans, and presentations for US Department of Education's Institute of Education Sciences.

**Building Capacity to Engage in Culturally Responsive Evaluation and Research in RMI, Majuro, RMI, 2016**
*Project lead.* Cronkright brought together education stakeholders throughout RMI, including the RMI Public School System, College of the Marshall Islands, private school representatives, and school principals, to strengthen local capacity to conduct in- depth research and evaluation. He provided support to increase stakeholders' understanding of the use of data, research, and evaluation in examining and affecting the implementation, assessment, and ongoing improvement of a variety of educational initiatives, including the development and implementation of a teacher evaluation system.

**Hawaii Department of Education (HIDOE)/Hawaii State Charter School Commission, Honolulu, HI, 2014–2015**
*Federal Programs Manager/Academic Officer.* Cronkright guided instructional leadership coaching activities to support continuous improvement cycles within a portfolio of low-performing public charter schools across the state. He led the implementation of schoolwide turnaround support initiatives for English language learners (ELLs). Cronkright also designed and developed progress monitoring to assess academic plans within 34 public schools across Hawai'i and made recommendations for changes; this resulted in changes to classroom practices

and routines to facilitate the needs of student subgroups (i.e., ELLs, Native Hawaiian, those coming from low-socioeconomic backgrounds, etc.) to improve student engagement.

**Experience supporting SEAs and LEAs to select, use, and sustain EBPs**

**Mapping and Spreading the Reading Now Network (RNN) Improvement Process, Grand Rapids, MI, 2018–2020**

*Project lead*. Cronkright generated a productive collaboration from school, district, and regional education center leaders to identify and remove barriers related to early literacy achievement for all students and scaling the use of best practices/ programs through NICs. He guided mission and vision planning by serving the partnership of business, education, labor, philanthropy, civic, and parent leaders in designing a statewide education innovation center to increase education outcomes in Michigan. Cronkright led a team of 55–60 teachers, principals, and superintendents in the design and implementation of a developmental evaluation study to learn quickly about the spread and use of essential literacy practices in K–8 classrooms.

**Palau Partnership for the Improvement of Teaching, Koror, Palau, 2018–2023**

*Description provided above.*

**Hawaii Department of Education (HIDOE)/Hawaii State Charter School Commission, Honolulu, HI, 2014–2015**

*Description provided above.*

**Building Capacity to Engage in Culturally Responsive Evaluation and Research in RMI, Majuro, RMI, 2016**

*Description provided above.*

**Identifying and Implementing Promising Practices in Family and Community Engagement in Guam, 2016**

*Project lead*. Cronkright brought together education stakeholders throughout Guam, including members from the Guam Department of Education, Guam Community College, University of Guam, and other government and community stakeholders, to strengthen local capacity to better align district activities to support family engagement in school, with the goal of supporting a more cohesive, consistent, and standardized set of approaches to family and community engagement in Guam.

**Experience supporting SEAs and LEAs with strategic planning, implementing ESSA plans, or carrying out systems-level school improvement efforts to improve student outcomes and close achievement gaps**

**Accomplishing Effective and Durable Change to Reduce Student Achievement Gaps in North Dakota Targeted Support and Improvement Schools, Bismark, ND, 2019–Present**

*Project lead.* Cronkright manages research projects and program development for state, school, and district-level systems improvement and leadership development, resulting in changes in state policy for K–12 schools. He conducts vision and mission planning to support the North Dakota Department of Public Instruction's teams and local school districts in the use of improvement science methods and tools to guide and inform equitable outcomes for traditionally marginalized students and communities in North Dakota.

**North Dakota Statewide Content Standards Development, Bismark, ND, 2017–2019**
*Project Lead.* Facilitated the design and redesign of statewide content standards through increased engagement and shared understanding in North Dakota, engaging in cross-sector working groups that include representatives from K–12 higher education, nonprofit, business, and health organizations; generated stakeholder engagement through community members within the industry, tribal councils, and nonprofit organizations. Led the development of professional learning in support of the implementation of statewide standards.

**Experience supporting the states in Region 12 and other Pacific region**

**The Hui for All to Benefit from Hawaiian Education, Honolulu, HI, 2021–2023**
*Partnership Lead.* Cronkright led statewide strategic planning processes through a research-practice partnership (RPP). Through cross-sector partnership structure and activities, he led systemic change efforts to promote equity and the need to support each student to meet their full potential. The partnerships action seeks to promote, place-based,  and project-based pedagogy by grounding instruction and assessment in shared ways of being, knowing, and doing to respond to the needs of each and every learner in Hawaiʻi schools.

**Using Data to Improve Education Management Information Systems in Kosrae and Pohnpei, FSM, 2016**
*Project co-lead.* Cronkright brought together education stakeholders throughout Pohnpei and Kosrae within the Federated States of Micronesia (FSM; including the FSM National Department of Education, Kosrae and Pohnpei Public School Systems, private school representatives, and school principals) to strengthen local capacity in understanding the use of data in improving student outcomes.

**Evaluation of the Hawaii Innovative Learners Network (HILN), Honolulu, HI, 2016**
*Project lead.* Cronkright conducted a comprehensive, mixed- methods evaluation of the HILN program to understand the program's impact on important school, classroom, and student outcomes. He provided all stakeholders with useful and timely information to help guide the strategies and continuous improvement efforts of the HILN initiative throughout Hawaiʻi schools.

**Palau Partnership for the Improvement of Teaching, Koror, Palau, 2018–2023**
*Description provided above.*

**Hawaii Department of Education (HIDOE)/Hawaii State Charter School Commission, Honolulu, HI, 2014–2015**
*Description provided above.*

**Building Capacity to Engage in Culturally Responsive Evaluation and Research in RMI, Majuro, RMI, 2016**
*Description provided above.*

**Identifying and Implementing Promising Practices in Family and Community Engagement in Guam, 2016**
*Description provided above.*

**Experience managing performance and resources, including human capital**

**Hawaii Department of Education (HIDOE)/Hawaii State Charter School Commission, Honolulu, HI, 2014–2015**
*Federal Programs Manager/Academic Officer*. Cronkright fostered growth and development in school performance and accountability with multiple schools across the state of Hawaiʻi; engaged teachers, principals, and university professors to develop key performance indicators to meet student needs; developed assessments for students to demonstrate learning. He oversaw Title I, Title II, and Title III statewide grant programs with multimillion-dollar budgets. Cronkright led the federal programs team in strategy, action, and resource mobilization related to multiple federal grant programs.

**Midland Public Schools, Midland, MI, 2011–2015**
*Principal*. Cronkright was responsible for overseeing the school's operations and ensuring a conducive environment for education. In this capacity, he was responsible for leadership and management; staff supervision and development; student affairs; curriculum and instructions; budget and resources; community engagement; and policy implementation. Cronkright ensured the smooth operation of the school, aiming to provide high-quality education for all students.

## DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS

*Publications*

Aceves, L., Ball, J., Cronkright, B., & Holquist, S.E. (2024). *How to use practical measures to transform school systems*. Child Trends. DOI: 10.56417/3083y3092q

*Presentations*

Cronkright, B., C. Keehne (2023, April) *ʻĀina-based and Place-based Education in Hawaiʻi schools: Charting an NIC's Journey to Equitable Practice* [Conference presentation]. Carnegie Summit on Improvement in Education, San Diego, CA.

Cronkright, B., K. Ahuna (2022, December) *Measuring What Matters: Analytics to Support Networked Improvement Communities and Place-Based Education* [Webinar presentation]. REL Pacific.

Cronkright, B., C. Sandoval (2022, October) *Power and Positioning in Researcher-Practitioner Partnerships: Developing a Theory of Practice Improvement* [Webinar]. REL Pacific.

Cronkright, B. (2022, October) *Hui for All to Benefit from Hawaiian Education* [Conference presentation]. Schools of the Future Conference, Honolulu, HI.

Cronkright, B. (2021, March). *Teacher professional learning policies in Palau* [Online conference presentation]. Association for Education Finance and Policy Annual Conference.

Cronkright, B., & Peterson, A. (2021, February). *U.S. Department of Education: School improvement in a challenging context* [Online conference presentation]. National Elementary and Secondary Education Act (ESEA) Conference.

Cronkright, B. (2019, October). *The Reading Now Network: A collective mission to provide students a clear pathway to early literacy success* [Conference presentation]. Michigan Association of Superintendents Fall Summit, Traverse City, MI.

Cronkright, B., Haines, P., Cooperman N., & Guaseferro, L. (2018, April). *Variation in performance is the problem to be solved: The use of data in improving literacy outcomes* [Conference presentation]. Carnegie Foundation Education Summit on Improvement in Education, San Francisco, CA.

## EMPLOYMENT HISTORY

Child Trends. Senior Technical Assistance Specialist. 2023–Present
Global Exchange Academies at Mid Pacific Institute. Senior Consultant. 2023
McREL International. Senior Manager. 2022–2023
McREL International. Managing Consultant. 2016–2022
Hawaii Department of Education/Hawaii State Charter School Commission. Federal Programs Manager/Academic Officer. 2014–2015
Midland Public Schools. Principal. 2011–2014
Midland Public Schools. Assistant Principal. 2009–2011
Midland Public Schools. Teacher. 2004–2009
Williamson County Schools. Teacher. 2003–2004



# Cindy Henry
**School Improvement Administrator**

## Qualifications Highlights

- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Led intensive capacity-building TA in HI
- Led intensive capacity-building training and coaching to use and sustain EBPs
- Expert in continuous improvement, competency-based learning, and instructional practices

## Education

- MA, Education, Grand Canyon University, 2001
- BA, Sociology, Chico State University, 1997

## Certifications and Trainings

- Professional Clear Administrative Services Credential, Commission on Teaching Credentialing
- Professional Clear Multiple Subject Credential, Commission on Teaching Credentialing

## Awards

- APLUS+ Innovative Leadership Award, 2012
- Plumas County Teacher of the Year, 2005

## SUMMARY OF EXPERIENCE

Cindy Henry, M.A., brings 26 years of multifaceted experience in education, including as a teacher, school level principal, district level superintendent, and school improvement specialist. In her current role as School Improvement Administrator with the Hawaii State Department of Education, Henry enhances educational outcomes across schools, particularly focusing on those that are struggling. Throughout her career, she has utilized a systems approach to improving teaching and learning in every classroom and for every student. Henry uses data-driven practices that support ensuring decisions are informed by evidence, and that progress can be effectively monitored and evaluated. She has an unwavering commitment to system improvement that creates sustainable changes that benefit students.

## DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

**Experience delivering high-quality, relevant, and useful capacity-building TA to SEAs, LEAs, and other education stakeholders**

**Hawaii State Department of Education, Honolulu, HI, 2016–Present**

*School Improvement Administrator.* Henry collaborates with state, complex area, and school leadership teams to facilitate the improvement efforts of all schools, with a focus on persistently low-performing schools. She develops the capacity of school and complex leadership teams in utilizing continuous improvement practices to learn to improve with a focus on equity. Henry offers targeted, customized supports to improve outcomes for all students. She provides professional development and coaching on systems-focused needs assessments, short-cycle planning, guaranteed, viable curriculum, and the community school model strategy. She conducts monthly on-site support and monitors school visits. Henry leads and oversees service projects and is responsible for supervising staff delivering improvement services. She manages school improvement funding processes and procurement for federal Title I Section 1003 School Improvement Grants. Finally, Henry collaborates to develop, solicit, receive, and evaluate RFPs that support school improvement and the full-service community school model.

**Hawaii State Public Charter School Commission, Honolulu, HI, 2014–2016**
*Charter Academic Officer.* Henry led school improvement efforts for charter schools identified for improvement under NCLB. She collaboratively led and facilitated school improvement process planning, the analysis of data, determined root causes and priorities, and developed and implemented a school improvement plan and budget. Henry collaborated with the State Department to ensure compliance with required Title I, Part A reporting and regulations. She provided technical assistance and professional development on organizational and instructional best practices with school leadership teams.

**Long Valley Charter School, Lassen and Plumas Counties, CA, 2010–2014**
*Executive Director and Superintendent.* Henry successfully led a State Board of Education sponsored charter renewal. She collaboratively developed and implemented a shared vision and mission for the school and articulated expectations for teaching and learning to all stakeholders. Henry involved the school's board of education, staff, parents, students, and community to collect and use data to identify goals, assess organizational effectiveness, and promote organizational learning. Henry collaboratively wrote and implemented school improvement plans to achieve the school's goals, promoting continuous and sustainable improvements, monitoring, evaluating, and revising the plan with stakeholders. She provided leadership, encouragement, opportunities, and structure for all staff to design a student-centered curricular program with effective teaching and rigorous learning experiences for all students. Henry evaluated staff, provided written feedback and ongoing coaching on effective teaching for continuous improvement. She developed the instructional and leadership capacity of staff by providing relevant professional learning opportunities. She allocated and aligned human, physical, instructional, and technological resources responsibly, efficiently, and effectively. Henry promoted and supported a structure that engages family and community involvement in the educational system.

**Chester Elementary School, Janesville School, Long Valley Charter School, Lassen and Plumas Counties, CA, 1998–2010**
*Teacher.* Henry taught multiple grade levels at the elementary and middle school levels. She planned and facilitated new and experienced teacher's professional development.

**Experience supporting SEAs and LEAs to select, use, and sustain EBPs**

**Hawaii State Department of Education, Honolulu, HI, 2016–Present**
*Description provided above.*

**Hawaii State Public Charter School Commission, Honolulu, HI, 2014–2016**
*Description provided above.*

**Long Valley Charter School, Lassen and Plumas Counties, CA, 2010–2014**
*Description provided above.*

**Experience supporting the states in Region 12 and other Pacific regions**

**Hawaii State Department of Education, Honolulu, HI, 2016–Present**
*Description provided above.*

**Hawaii State Public Charter School Commission, Honolulu, HI, 2014–2016**
*Description provided above.*

**DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS**

*Presentations*

Henry, C. (2024, February). *Comprehensive and Targeted Support and Improvement* [Presentation]. Leilehua-Mililani-Waialua Complex Area Meeting, Honolulu, HI.

Henry, C. (2024, January). *Comprehensive School Improvement – Introduction and Connections* [Presentation]. West Hawaii Complex Area Principal's Meeting, Kailua Kona, HI.

Henry, C., Fukumoto, A., & Pang, B. (2023, July). *30-60-90: Plan, Implement, Monitor, Celebrate!* [Presentation]. Hawaii Educational Leadership Institute, Honolulu, HI.

Henry, C., & Wilkinson, L. (2022, July). *Pathway to Student-DCentered Improvement: Action-Oriented Data Decision-Making* [Presentation]. Hawaii Educational Leadership Institute, Honolulu, HI.

Henry, C. (2021, October). *Data Story Telling* [Presentation]. Honolulu District Meeting, Honolulu, HI.

Henry, C. (2019, November). *Balancing Teaching & Learning Core with Innovating in Support of the Core* [Presentation]. Complex Area School Improvement Team Meeting, Honolulu, HI.

**EMPLOYMENT HISTORY**

Hawaii State Department of Education. School Improvement Administrator 2016–Present
Hawaii State Public Charter School Commission. Charter Academic Officer. 2014–2016
Long Valley Charter School. Executive Director and Superintendent. 2010–2014
Chester Elementary School. Teacher. 1998–2004
Janesville School. Teacher. 2004–2005
Long Valley Charter School. 2005–2010



# Spencer Scanlan
## Senior Research Fellow II

### Qualifications Highlights

- Led intensive capacity-building TA in Region 12 state of HI
- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Led intensive capacity-building training and coaching to use and sustain EBPs
- Expert in improvement science, school improvement, and intercultural learning

### Education

- PhD, Educational Psychology, University of Hawai'i, 2018
- MEd, Educational Psychology, University of Hawai'i, 2013
- BA, Psychology, Brigham Young University, 2010

### Certifications and Trainings

- Qualtrics Insight Professional Certification, Qualtrics, 2017
- What Works Clearing House Group Design, Institute of Education Sciences, 2016
- Improvement Science in Practice Workshop, Carnegie Foundation for the Advancement of Teaching, 2015
- US Army Active Duty Service, 2002-2005

### SUMMARY OF EXPERIENCE

Spencer Scanlan, Ph.D., has dedicated his career to advancing educational research and evaluation among underserved communities across the United States, with a particular focus on the Pacific region. Dr. Scanlan has a robust background in educational research and evaluation, particularly in designing and implementing culturally relevant evaluation studies. His extensive experience in data management includes overseeing data collection, analysis, storage, and reporting processes. He has also been instrumental in providing technical assistance to researchers and educational practitioners, enhancing their capacity to utilize data to address practical challenges.

Throughout his career, Dr. Scanlan has designed and implemented data dashboards to improve the quality and timeliness of program outcome reports. He has also provided critical technical assistance on data literacy to program staff and school-level practitioners, helping to build a data-informed culture within educational institutions. His work continues to have a significant impact on educational practices and outcomes, particularly among underserved and Indigenous communities in the Pacific region.

### DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

#### Experience delivering high-quality, relevant, and useful capacity-building TA to SEAs, LEAs, and other education stakeholders

#### NASA, Office of STEM Engagement (OSTEM), United States, 2021–Present

*Research and Evaluation Consultant.* Scanlan supports the OSTEM leadership by designing evaluation studies to examine the impact of student experiential learning through NASA-funded initiatives. He leads evaluation projects to inform the process and outcome of educational initiatives supported by OSTEM funds. As task lead, he analyzed large-scale student-level data to gather actionable insights for improvements. Scanlan coordinated the acquisition of college enrollment data from the National Student Clearinghouse to support evaluation projects aimed at examining the impact of NASA-funded initiatives on student enrollment and persistence in post-secondary education.

**Center for Learning and Teaching, Brigham Young University-Hawaii, Honolulu, HI, 2019–Present**
*Associate Director and Assistant Professor.* Scanlan facilitates the Educational Research Fellowship program to support faculty scholarship. He facilitates faculty development workshops and teaches introductory and advanced statistic courses. Additionally, Scanlan mentors undergraduate students on designing and implementing quantitative research studies.

**Kamehameha Schools, Honolulu, HI 2017–2018**
*Senior Research Associate.* Scanlan was the lead researcher for a study examining the long-term impact of Hawaiian Culture-Based Education (HCBE) on Native Hawaiian students. He designed the evaluation methods for educational programs serving over 3,000 K-12 students across the Hawaiian Islands. In this capacity, he oversaw the collection, storage, management, and analyses of data. Scanlan also serves as a task lead on the design and implementation of data dashboards to improve the quality and timeliness of program outcome reports to inform program improvements. Finally, he provided technical assistance on data literacy to program staff and school-level practitioners.

**Regional Education Laboratory Pacific, Honolulu, HI, 2014–2017**
*Research Specialist.* Scanlan conducted data cleaning, merging, and analysis of large, international datasets using SPSS software. He wrote research and technical assistance reports and designed and provided technical assistance to researchers and practitioners to increase their capacity to use data to address problems of practice. Scanlan assisted in the development of research proposals and training materials to assist practitioners to improve educator and student outcomes in the Pacific region.

**Experience supporting SEAs and LEAs to select, use, and sustain EBPs**

**Kamehameha Schools, Honolulu, HI 2017–2018**
*Description provided above.*

**Regional Education Laboratory Pacific, Honolulu, HI, 2014–2017**
*Description provided above.*

**Experience supporting the states in Region 12 and other Pacific regions**

**Center for Learning and Teaching, Brigham Young University-Hawaii, Honolulu, HI, 2019–Present**
*Description provided above.*

**Kamehameha Schools, Honolulu, HI 2017–2018**
*Description provided above.*

**Regional Education Laboratory Pacific, Honolulu, HI, 2014–2017**
*Description provided above.*

## DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS

Trevorrow, T., Scanlan, S., Aumer, K., Kim, B., Tsushima, T., & Harris, S. (2023) *Sleep during the COVID-19 Pandemic. Journal of American College Health.*

Springer, S., Springer A., & Scanlan, S. (2021). Comparing Improvements in Cover Letter Writing of Native English-Speaking and Nonnative English-Speaking Business Communication Students. *The Western ABC Bulletin*.

Herman, P., Carreon, D., Scanlan, S., & Dandapani, N. (2018). *Using high school data to understand college readiness in the Northern Mariana Islands*. Washington, DC: U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Pacific.

Herman, P., Carreon, D., Scanlan, S., & Dandapani, N. (2017). *College and career readiness profiles of high school graduates in American Samoa and the Commonwealth of the Northern Mariana Islands.* Washington, DC: U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Pacific.

Herman, P., Scanlan, S., & Carreon, D. (2017). *Comparing Enrollment, Characteristics, and Academic Outcomes of Students in Developmental Courses and Those in Credit-Bearing Courses at Northern Marianas College*. REL 2017-269. Regional Educational Laboratory Pacific.

*Presentations*

Feinauer, E., & Scanlan S. (2024, January). *NHPI College Students Identify Institutional Barriers to school Belonging* [Conference presentation]. Hawaii International Conference on Education, Honolulu, HI.

Scanlan S., Black, A., Jarosewich, T., Skeeles-Worley, A., & Scanlan, T. (2023, October). *Connecting disparate data sources to understand access, engagement and collaboration in Community of Practice in STEM* [Conference presentation]. American Evaluation Association, Indianapolis, IN.

Scanlan, S., & Scanlan, T. (2023, April). *Examining Factors that Contribute to College Success in American Samoa using Cross-classified Multilevel Logistic Regression* [Conference presentation]. American Educational Research Association Annual Meeting, Chicago, IL.

Hernandez, C., & Scanlan, S. (2023, March). *COVID-19 impact on mental health of college students in Hawaii* [Conference presentation]. Brigham Young University Hawaii Undergraduate Research Conference, Honolulu, HI.

Lesuma, C, Akanoa, C., DeMartini, B., & Scanlan, S. (2023, February). *Supporting Pacific Island Students in Advanced Composition* [Conference presentation]. Conference on College Composition and Communication, Chicago, IL.

Scanlan S., Feinauer, E., Fonoimoana, M., & Ono, K. (2023, January). *Faculty Perceptions of School Belonging Among Pacific Islander High School Students in Hawaii* [Conference presentation]. Hawaii International Conference on Education, Honolulu, HI.

Feinauer, E., Scanlan S., & Ono, K. (2023, January). *Faculty Perceptions of Ethnic Identity Among Pacific Islander High School Students in Hawaii* [Conference presentation]. Hawaii International Conference on Education, Honolulu, HI.

Trevorrow, T., Scanlan, S., Aumer, K., Kim, B., Tsushima, T., & Harris, S. (2022, April) *Sleep during the COVID-19 Pandemic* [Panel presentation]. Society of Behavioral Medicine Annual Conference, Baltimore, MD.

Wesley, H., Scanlan, S., & Scanlan, T. (2021, September). *Bridging the gap of discontinuity between the pacific cultural identifiers and academic indicators in the classroom for greater academic success for Pacific Islanders* [Conference presentation]. Tonga Research Association, Laie, HI.

Genz, J., Tamaira, M., Evensen, S., & Scanlan, S. (2021, September). *Surveying the Pathway: Examining Psychosocial Measures and STEM Persistence and Success across the Islands of Opportunity* [Virtual presentation]. Hawai'i-Pacific Evaluation Association.

Scanlan, S., & Scanlan, T. (2021, April). *A Multilevel Exploration of College Readiness in American Samoa* [Virtual presentation]. American Educational Research Association Annual Meeting.

Genz, J., Tamaira, M., Evensen, S., & Scanlan, S. (2020, October). *Strategies and Challenges in Developing a System of Tracking Persistence for a Pacific STEM Program* [Virtual presentation]. Hawai'i-Pacific Evaluation Association.

Scanlan, S., & Im, S. (2020). *A Multilevel Exploration of High School Algebra and English Grades: College Readiness in American Samoa* [Conference presentation]. American Educational Research Association Annual Meeting San Francisco, CA.

Springer, S., Springer, A., & Scanlan, S. (2020, March). *Who improves more in cover letter writing after a business communication course: Native English speakers or non-native English speakers?* [Conference presentation]. Association for Business Communication Western U.S. Regional Conference, Long Beach, CA

Scanlan, S. (2019, January). *Examining student- and teacher-level factors that predict high school algebra 2 and senior year English course grades in American Samoa* [Conference presentation]. Hawaii Educational Research Association, Honolulu, HI.

Herman, P., Carreon, D., Scanlan, S., Hacskaylo, L., Pangelinan, L., Che, J., Merfalen, B., & Sablan, R. (2017, April). *Academic outcomes of students in developmental versus credit-bearing courses at Northern Marianas College in the Northern Mariana Island* [Paper presentation] American Educational Research Association Annual Meeting, San Antonio, TX.

Carreon, D., Herman, P., Scanlan, S., Sang, k., Lupenui, C., & Worchel, J. (2016, September). *Evaluating the Na Hopena A'o (HA) Program: How can HA be evaluated using a*

*culturally responsive framework* [Rountable]. Hawai'i Pacific Evaluation Association Conference, Oahu, HI.

Scanlan, S. (2016, July). *Using education data to improve student outcomes* [Conference presentation]. Pohnpei Department of Education Teacher Summit, Pohnpei, Federated States of Micronesia

Scanlan, S. (2016, July). *Understanding the quality of education management information systems in the Federated States of Micronesia* [Conference presentation]. Micronesian Teacher Education Conference, Kosrae, Federated States of Micronesia.

Scanlan, S. (2016, July). *Making small, incremental changes through formative assessment* [Keynote address]. Micronesian Teacher Education Conference, Kosrae, Federated States of Micronesia.

Herman, P., Carreon, D., Scanlan, S., Sablan, R., Merfalen, B., Pangelinan, L., Che, J., & Hacskaylo, L. (2016, April). *Using longitudinal data to research college and career readiness and success in the Northern Mariana Islands* [Poster session]. The American Educational Research Association Annual Meeting, Washington, DC.

Sablan, R., Staffer, L., Pangelinan, L., Che, J., Hacskaylo, L., Herman, P., Carreon, D., & Scanlan, S. (2016, March). *Seeing the system: College and career readiness in the Commonwealth of the Northern Mariana Islands* [Poster session]. The Carnegie Foundation Summit on Improvement in Education, San Francisco, CA.

Herman, P., & Scanlan, S. (2014, July). *Supporting K-12 and college collaborations to improve students' college and career readiness in the Republic of the Marshall Islands* [Conference presentation]. Republic of the Marshall Islands, Ministry of Education Annual Education Conference, Majuro, Republic of the Marshall Islands.

## EMPLOYMENT HISTORY

NASA Office of STEM Engagement. Research and Evaluation Consultant. 2021–Present
Center for Learning and Teaching. Associate Director. 2019–Present
Brigham Young University Hawai'i. Assistant Professor, Psychology. 2019–Present
Kamehameha Schools. Senior Research Associate. 2017–2018
McREL International. Research Specialist. 2014–2017



# Samantha Holquist
**Senior Research Scientist II**

## Qualifications Highlights

- Led intensive capacity-building TA in HI, AS, and RMI
- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Led intensive capacity-building training and coaching to use and sustain EBPs
- Expert in improvement science, implementation science, and K-12 accountability

## Education

- PhD, Organizational Leadership, Policy, and Development, University of Minnesota-Twin Cities, 2019
- MPA, Public Administration, The George Washington University, 2014
- BA, Political Science and Religious Studies, Wake Forest University, 2011

## Certifications and Trainings

- What Works Clearing House Group Design (Standards Version 4.1), Institute of Education Sciences, 2021

## Professional Affiliations

- National Network of Education Research Practice Partnerships, 2023-Present
- American Evaluation Association, 2023-Present
- American Education Research Association, 2018-Present

## SUMMARY OF EXPERIENCE

Samantha "Sammy" Holquist, Ph.D., is an expert in using improvement science and implementation science, to support state and local education administrators in creating systemic change to increase student outcomes. She partners with administrators, educators, students, families, communities, and policymakers to develop more equitable and just education systems that better meet educator, student, and community needs. Her recent work helps education systems address challenges and refine interventions to enhance student success, particularly for traditionally underserved but historically resilient populations. Samantha uses adult learning principles to support administrators and educators in creating transformative education change; integrates valid and reliable data to guide improvement efforts; and partners with administrators and educators to create strength-based approaches address high-leverage problems of practice.

## DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

### Experience delivering high-quality, relevant, and useful capacity-building TA to SEAs, LEAs, and other education stakeholders

**Innovation to Evidence Network Experience, Chan Zuckerberg Initiative, United States, 2023–Present**
*Principal Investigator.* Holquist serves as the PI for a three-year technical assistance network that provides services to seven local education agencies and their implementation and research partners (i.e., innovation teams) who are designing, implementing, and evaluating an innovative intervention to advance student success. She oversees a nine-person team that (a) conducts needs sensing to capture innovation teams' progress and understand their needs, (b) facilitates a networked improvement community to enable innovation teams to connect and learn from one another, and (c) provides coaching and training to address the unique needs of innovation teams. She also oversees dissemination activities to share learnings from innovation teams with national audiences. Findings from this project demonstrate the efficacy of a collaborative network model, utilizing improvement and implementation science practices, in supporting innovation teams to design, implement, and evaluate innovative interventions aimed at enhancing student success. Dissemination products thus far include four published practice guides.

**North Dakota Support for Low-Performing Schools, North Dakota Department of Education, Bismark, ND, 2023–Present**
*Senior Advisor.* Holquist serves as the PI for a three-year technical assistance network that provides services to seven local education agencies and their implementation and research partners (i.e., innovation teams) who are designing, implementing, and evaluating an innovative intervention to advance student success. She oversees a nine-person team that (a) conducts needs sensing to capture innovation teams' progress and understand their needs, (b) facilitates a networked improvement community to enable innovation teams to connect and learn from one another, and (c) provides coaching and training to address the unique needs of innovation teams. She also oversees dissemination activities to share learnings from innovation teams with national audiences. Findings from this project demonstrate the efficacy of a collaborative network model, utilizing improvement and implementation science practices, in supporting innovation teams to design, implement, and evaluate innovative interventions aimed at enhancing student success.

**Adapted Measure of Math Engagement: Designing Self-Report Measures of Mathematics Engagement for Black and Latina/o Students, National Science Foundation, Bloomington, MN, 2022–Present**
*Principal Investigator.* Holquist serves as the PI for a three-year, mixed-methods, Critical Participatory Action Research (cPAR) project to develop a culturally sustaining self-report measure of Black and Latina/o student math engagement, called the Adapted Measure of Math Engagement (AM-ME). She oversees all aspects of the project. She serves as the lead for the cPAR research team (consisting of four researchers, five teachers, and five students) and supports the team in developing measures, collecting data, analyzing data, and disseminating findings. Findings from this project highlight an innovative process for developing person-centered, community-based measures to capture the many unique and important ways that math can be engaging for Black and Latina/o students. Dissemination products thus far include four blogs, an infographic, professional development tools for math educators, and three conference presentations. This project is being conducted in partnership with Bloomington Public Schools (Bloomington, MN).

**The National Technical Assistance Center for the Education of Neglected or Delinquent Children and Youth, Department of Education, Washington, DC, 2022–Present**
*Senior Advisor.* Holquist serves as a senior advisor for the national resource and technical assistance center that provides direct assistance to states, schools, communities, and parents seeking information on the education of children and youth who are considered neglected, delinquent, or at-risk. NDTAC focuses on helping states improve the educational achievement and post-secondary outcomes of youth involved in the juvenile justice and child welfare systems. As a senior advisor, Holquist supports NDTAC staff in providing direct technical assistance to SEAs. Learnings from this project provide insights into how SEAs can develop sustainable policies and practices to improve outcomes for at-risk youth. This project is being conducted in partnership with Longevity.

**Student Voice to Student Outcomes, Bill and Melinda Gates Foundation, Washoe, Nevada, 2021–2023**
*Co-Principal Investigator.* Holquist served as the co-PI of a three-year mixed methods research project to build evidence of the value of student voice practices in moving the needle on academic and socio-emotional student outcomes. She led the development and administration of

quantitative data collection tools (i.e., student self-report measures and educator practical measures) and oversaw data analysis. She supported the development and administration of qualitative data collection tools (i.e., focus group and interview protocol) and data analysis. She led efforts to disseminate findings to academic scholars, practitioners, and youth. Findings from this project highlight the ways in which student voice practices are associated with increased student outcomes. Findings are published in academic journal articles and an online toolkit. Dissemination products thus far include one toolkit, two blogs, three journal articles, and three conference presentations. This project was conducted in partnership with Washoe County Public Schools (Reno, NV) and Minneapolis Public Schools (Minneapolis, MN).

**Coping with COVID-19 Student-to-Student Study, Woodrow Wilson Foundation, Kentucky, 2020**

*Adult Researcher.* Holquist served as an adult researcher on a youth participatory action research study to investigate how student social, emotional, and academic development shifted because of the COVID-19 pandemic in Kentucky. She supported the research team in conducting a qualitative and quantitative study consisting of over 50 student interviews and over 9,000 student survey responses. Holquist also served as lead evaluator to capture how study participation influenced perceptions of youth civic engagement. The team published a written report that was featured in over 50 state and national media outlets. This project was conducted in partnership with the Kentucky Student Voice Team and the University of Kentucky.

**Kūlia & Ka Lama Education Academy Evaluation, Native Hawaiian Education Program, Hawaii, 2020**

*Principal Investigator.* Holquist served as lead evaluator on a three-year mixed-methods evaluation to examine a "Grow Your Own" educator program. She led the development of data collection tools, including participant and community surveys, interviews with community members, analyses of data, and dissemination of findings. Holquist also published a summative report.

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Pacific Region, 2019–2021**

*Technical Assistance and Research Specialist.* Holquist led and supported applied research and technical assistance projects focusing on social and emotional learning, data use, systems change, and community engagement. Served as project lead or co-PI for the following selected projects:

- *Building capacity of American Samoa, Republic of the Marshall Islands, Commonwealth of the Northern Mariana, Chuuk, Palau, and Pohnpei to use data in education decision-making:* Provided technical assistance to school and state-level administrators to build their capacity to use improvement and implementation science practices to identify, implement, evaluate, and refine evidence-based practices to support students' math learning. Resulted in school, district, and state-level administrators understanding improvement and implementation science practices, creating a strategic plan for integrating these practices into math classrooms, and developing more aligned data systems across schools and the state.

- *Supporting Hawaii and Commonwealth of the Northern Mariana Islands in developing strategies for schoolwide social and emotional learning initiatives:* Provided technical assistance to state and school-level administrators in Hawaii and the Commonwealth of

the Northern Mariana Islands to develop a strategic statewide plan for supporting schools in using continuous improvement practices to design, implement, and evaluate culturally relevant schoolwide social and emotional learning practices. Resulted in a statewide plan being implemented in schools across each state to support educators in implementing social and emotional learning practices.

**Building Evaluation Capacity of 21st Century Community Learning Center Grantees, Minnesota Department of Education, Roseville, MN, 2014–2016**
*Technical Assistance Specialist.* Holquist provided capacity building support to enhance the evaluation readiness and needs for 21st Century Community Learning Center grantees in Minnesota. She reviewed grantee plans and provided support for incorporating the Youth Program Quality Assessment. She assisted grantees in analyzing qualitative and quantitative data sources and constructing an annual report on program effectiveness for the Minnesota Department of Education and the communities served.

### Experience supporting SEAs and LEAs to select, use, and sustain EBPs

**Innovation to Evidence Network Experience, Chan Zuckerberg Initiative, United States, 2023–Present**
*Description provided above.*

**North Dakota Support for Low-Performing Schools, North Dakota Department of Education, Bismark, ND, 2023–Present**
*Description provided above.*

**Adapted Measure of Math Engagement: Designing Self-Report Measures of Mathematics Engagement for Black and Latina/o Students, National Science Foundation, Bloomington, MN, 2022–Present**
*Description provided above.*

**The National Technical Assistance Center for the Education of Neglected or Delinquent Children and Youth, Department of Education, Washington, DC, 2022–Present**
*Description provided above.*

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Pacific Region, 2019–2021**
*Description provided above.*

**Building Evaluation Capacity of 21st Century Community Learning Center Grantees, Minnesota Department of Education, Roseville, MN, 2014–2016**
*Description provided above.*

### Experience supporting the states in Region 12 and other Pacific regions

**Kūlia & Ka Lama Education Academy Evaluation, Native Hawaiian Education Program, Hawaii, 2020**
*Description provided above.*

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Pacific Region, 2019–2021**
*Description provided above.*

### Experience managing projects of similar scope

**Innovation to Evidence Network Experience, Chan Zuckerberg Initiative, United States, 2023–Present**
*Description provided above.*

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Pacific Region, 2019–2021**
*Description provided above.*

## DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS

*Publications*

Aceves, L., Ball, J., Cronkright, B., & Holquist, S.E. (2024). *How to use practical measures to transform school systems*. Child Trends. DOI: 10.56417/3083y3092q

Holquist, S. E., Mitra, D. L., Conner, J., & Wright, N. L. (2023). What is student voice anyway? The intersection of student voice practices and shared leadership. *Educational Administration Quarterly, 59*(4), 703-743.

Crowder, M.K., Holquist, S.E., Rentz, B., & Arens, S.A. (2021). *Examining the associations between high school students' social-emotional competencies and their high school and college academic and behavioral outcomes in the Commonwealth of the Northern Mariana Islands* [Report]. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Pacific.

Rentz, B., Holquist, S.E., Arens, S.A., Stuit, D., Rhinesmith, E., Nicotera, A., & Plotz, M. (2021). *Using high school data to predict college success in Palau* [Report]. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Pacific.

Rentz, B., Holquist, S.E., Nardi, C.L., Simion, K., Martin, P, & Arens, S.A. (2021). *Using high school data to explore early college success on Pohnpei, Federated States of Micronesia* [Report]. U.S. Department of Education, Institute of Education Sciences, National Center for Education Evaluation and Regional Assistance, Regional Educational Laboratory Pacific.

Holquist, S.E., & Porter, T. (2020). *Culturally responsive leading and learning: Addressing equity through student and family voice* [Blog post]. Regional Educational Laboratory Pacific. Retrieved from https://ies.ed.gov/ncee/edlabs/regions/pacific/blogs/blog27_culturally-responsive-leading-and-learning_addressing-equity.asp

*Presentations*

Holquist, S.E., Rashawn, R., Monterrosa, A., & Glasgow T. (2023, December). *Regaining Safety in Public Spaces* [Panelist]. Community Safety as a Social Determinant of Health:

Proceedings of a Workshop–in Brief. Washington, DC: The National Academies Press. https://doi.org/10.17226/27741.

Kentucky Student Voice Team, & Holquist, S.E. (2023, October). *Youth-Led Research, Policy, and Advocacy in State-Level Education Policy Ch*ange [Webinar]. Leadership Exchange for Adolescent Health Promotion.

Holquist, S.E., Mitra, D., Conner, J., & Cohron, N. (2023, April). Stud*ent Voice in School Improvement: Understanding How Student Voice Practices Foster Equitable Learning Environments* [Conference presentation]. American Education Research Association Convention, Chicago, I.L.

Holquist, S.E. (2021, July). *Five Steps for Structuring Data Informed Conversations and Action in Education* [Video]. Regional Educational Laboratory Pacific.

Holquist, S.E., Crowder, M.K., Pierce, S., & Gillet Hooper, J. (2020, August). *Leveraging teacher voice to promote teachers' social and emotional learning* [Webinar]. Regional Educational Laboratory Pacific.

## EMPLOYMENT HISTORY

Child Trends. Senior Research Scientist II. 2022–Present
Child Trends. Senior Research Scientist I. 2022
Search Institute. Research Scientist. 2021–2022
McREL International. Researcher. 2019–2021
Oregon Student Voice. Chief Operating Officer. 2018–2019
Chalkboard Project. Special Projects Manager. 2016–2019
The University of Minnesota-Twin Cities. Research Assistant. 2014–2017
The University of Minnesota-Twin Cities. Instructor. 2014–2017
Minnesota Department of Education. Evaluation Capacity Building Consultant. 2014–2016
District of Columbia Public Schools. Urban Education Leaders Internship Program Associate. 2013–2014



# Tameka Porter
## Senior Research Fellow II

### Qualifications Highlights
- Led intensive capacity-building TA in the Pacific
- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Led intensive capacity-building training and coaching to use and sustain EBPs
- Expert in multilingual learners, improvement science, and culturally responsive educations practices

### Education
- PhD, Public Policy, George Mason University, 2015
- MA, Teaching English to Speakers of Other Languages, American University, 2009
- BS, Business Administration, University of South Carolina, 2007

### Professional Affiliations
- American Educational Research Association, 2015–Present

### Awards
- Bureau of Labor Statistics Instant Recognition Award, 2012

## SUMMARY OF EXPERIENCE

Tameka Porter, Ph.D., is an expert in applying improvement science and implementation science to support state education agencies in enhancing their educational systems, with a particular focus on improving outcomes for multilingual learners. She has a proven track record of leading technical assistance projects that utilize data to inform program design and implementation. Tameka leverages improvement science cycles to measure effectiveness and refine interventions, ensuring continuous progress.

For example, in collaboration with the Hawai'i Department of Education and the University of Hawai'i-Manoa, Tameka developed data-driven strategies aligned with local practices focused on improvement academic achievement for multilingual learners. This work led to measurable gains in both academic performance and postsecondary access for multilingual students. Tameka fosters collaboration between state agencies, universities, and educators to implement evidence-based practices and improve educational opportunities for all students.

## DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

### Experience delivering high-quality, relevant, and useful capacity-building TA to SEAs, LEAs, and other education stakeholders

**Project Postsecondary Opportunities in Special Education (POSE), Coppin State University, Baltimore, MD, 2023–Present**
*Evaluator.* Porter conducts artifact reviews, provides feedback on project activities, serves as member of advisory board, and measures program results along the four specific project objectives. Project POSE is funded through the U.S. Department of Education's Office of Special Education Programs (OSEP) to recruit and retain diverse 20 students and educators with an Associate's degree to continue and complete their special education training at Coppin State University. In year one of the project, Project POSE successfully developed scholar selection criteria and has recruited 26 applicants for potential admission into the program.

**Scholarships in Science, Technology, Engineering, and Mathematics (S-STEM), National Science Foundation, Washington, DC, 2022–2023**
*Project Director.* Porter worked with the PI to provide administrative and budget development and management support, and she led a team of six that developed faculty and student surveys to examine the efficacy of S-STEM program activities on persistence and retention in STEM majors at HBCUs. The S-STEM Program supports institutions of higher education to fund scholarships for academically talented low-income undergraduate and graduate students and to study and implement a program of activities that support their recruitment, retention and graduation in STEM.

**COVID-19 and Equity in Education, Fallsburg Junior/Senior High School, Fallsburg, NY, 2022–2023**
*Project Director.* Porter directed a team of four to examine postsecondary interest rates and needed supports for college success for students in grades 7-12 before, during, and after COVID-19. Half (50%) of the student population responded to the survey (N=325); students across all racial groups reported high postsecondary interest (80-90%) and noted study skills (71%) as the most needed support to be successful in college.

**Region 11 Comprehensive Center, Nebraska Department of Education, Omaha, NE, 2019–2022**
*State Lead.* Porter developed project work plans, timelines, and staffing resources with partners, subcontractors, and consultants, and she evaluated implementation efficacy and effectiveness. She partnered with the Nebraska Department of Education (NDE) to develop an equity framework for continuous school improvement for 274 Additional Targeted Support and Improvement (ATSI) schools to ensure data equity and serve as a baseline for assessing data quality in Nebraska's schools, districts, and colleges.

**Region 12 Comprehensive Center, Kansas State Department of Education, Topeka, KS, 2019–2022**
*State Lead.* Porter developed logic models, project timelines, and evaluated program effectiveness. In this capacity, she partnered with Kansas State University, the Kansas Association of School Boards, and the United School Administrators of Kansas to implement school redesign that incorporates personalized and project-based learning experiences. Porter conducted surveys to evaluate the efficacy of state, university, and school policies on school climate, postsecondary access, and academic and social-emotional outcomes.

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Honolulu, HI, 2019–2022**
*Research Partnership Lead.* Porter led research and evaluation activities to support academic achievement for multilingual learners in Hawai'i. She directed programs with the University of Hawai'i- Manoa and the Hawai'i Department of Education on data use and monitoring strategies to support improving academic achievement and postsecondary outcomes that align with local culturally responsive practices.

**Using Data to Improve Outcomes for Hawai'i's Asian American and Pacific Island (AAPI) English Learners, Hawai'i Department of Education, Honolulu, HI, 2015–2019**
*Evaluator.* Porter led a team of three to evaluate assessment data tools to improve academic achievement outcomes for AAPI students. She provided training and coaching for 400 teachers and leaders on evidence-based curriculum and instruction strategies for exiting and reclassifying AAPI multilingual learners from English language programs.

**Experience supporting SEAs and LEAs to select, use, and sustain EBPs**

**Region 11 Comprehensive Center, Nebraska Department of Education, Omaha, NE, 2019–2022**
*Description provided above.*

**Region 12 Comprehensive Center, Kansas State Department of Education, Topeka, KS, 2019–2022**
*Description provided above.*

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Honolulu, HI, 2019–2022**
*Description provided above.*

**Using Data to Improve Outcomes for Hawai'i's Asian American and Pacific Island (AAPI) English Learners, Hawai'i Department of Education, Honolulu, HI, 2015–2019**
*Description provided above.*

**Experience supporting the states in Region 12 and other Pacific regions**

**Regional Educational Laboratory Pacific, Institute of Education Sciences, Honolulu, HI, 2019–2022**
*Description provided above.*

**Using Data to Improve Outcomes for Hawai'i's Asian American and Pacific Island (AAPI) English Learners, Hawai'i Department of Education, Honolulu, HI, 2015–2019**
*Description provided above.*

## DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS

*Publications*

Porter, T., & Shebby, S. (2021, September 1). Step by step: 3 steps to reconnect with disengaged students. *ASCD*. https://www.ascd.org/el/articles/step-by-step-3-steps-to-reconnect-with-disengaged-students

Porter, T., Good, K., & Shebby, S. (2021, May 3). Using the three "D's" of data with educators: Demystify, democratize, and demonstrate. *American Evaluation Association (AEA) 365: A Tip-A-Day By and For Evaluators.* https://aea365.org/blog/prek-12-ed- eval-tig-week-using-the-three-ds-of-data-with-educators-demystify-democratize-and- demonstrate-by-tameka-porter-kim-good-susan-shebby/

Porter, T., & Holquist, S. E. (2021). Come and talk to me: An exploration of culturally responsive communication and decision-making practices at predominantly white institutions

and historically Black colleges and universities during the COVID-19 pandemic. *The Journal of Higher Education Management, 36*(1), 175–188. https://issuu.com/aaua10/docs/twin_pandemics

Shebby, S., & Porter, T. (2021). Moving from absent to present. *Educational Leadership*, *78*(6), 76–77.

Vargas, S., & Porter, T. (2021, February 23). Columbus who? Uprooting anti-Blackness through decolonizing Black history curriculum. *Forum of the American Journal of Education.* https://www.ajeforum.com/columbus-who-uprooting-anti-blackness- through-decolonizing-black-history-curriculum-by-shirley-vargas-and-tameka-porter/

Porter, T., Harris, D., Rembert, K., & Batista, S. B. (2021, January 14). Tackling the 'taboo' of talking about race and privilege. In L. Ferlazzo (Ed.), *Classroom Q&A with Larry Ferlazzo.* Education Week. https://www.edweek.org/leadership/opinion- tackling-the-taboo-of-talking-about-race-privilege/2021/01

Porter, T. (2020, June 22). Reflecting on teacher wellbeing during the COVID-19 pandemic. *Institute of Education Sciences.* https://ies.ed.gov/ncee/edlabs/regions/pacific/blogs/blog28_reflecting-on-teacher-wellbeing-during-COVID-19-pandemic.asp/

Holquist, S. E., & Porter, T. (2020, June 3). Culturally responsive leading and learning: Addressing equity through student and family voice. *Institute of Education Sciences*. https://ies.ed.gov/ncee/edlabs/regions/pacific/blogs/blog27_culturally-responsive- leading-and-learning_addressing-equity.asp/

Porter, T., Cook, H. G., & Sahakyan, N. (2019). *Less than four domains: Creating an overall composite score for English learners with individualized education plans* (WCER Working Paper 2019-3). https://wcer.wisc.edu/docs/working-papers/Working_Paper_No_2019_3.pdf

*Presentations*

Porter, T. (2023, November 13–15). *Making assessment matter: Exploring three key ideas that guide assessment literacy* [Keynote address]. Maryland Assessment Group, Ocean City, MD, United States.

Ariovich, L., & Porter, T. (2023, November 13–15). *Navigating the Maryland report card* [Conference presentation]. Maryland Assessment Group, Ocean City, MD, United States.

Holquist, S., & Porter, T. (2022, April 21–26). *Nite and day: Students' divergent experiences with culturally response communication and decision-making at historically Black colleges and universities and predominately white institutions during the COVID-19 pandemic* [Conference presentation]. American Educational Research Association, San Diego, CA, United States.

Spinelli, H., Porter, T., & Tedrow, M. (2022, January 29). *Alternative ways to evaluate the success of students, teachers, and schools* [Audio podcast]. https://larryferlazzo.edublogs.org/2022/01/29/my-latest-bam-radio-show-is-on-alternatives-to-standardized-testing/

Rembert, K., Harris, D., & Porter, T. (2020, December 4). *Racism in the classroom: What white educators can do to help* [Audio podcast]. https://larryferlazzo.edublogs.org/2020/12/04/my-latest-bam-radio-show-is-on-racism- what-white-educators-should-do-about-it/

Porter, T., Sato, E., Stewart, K., & Farley, D. (2019, June 24–26). *Approaches to the peer review process: Perspectives from two English Language Proficiency Assessment Consortia* [Panel presentation]. National Conference on Student Assessment, Orlando, FL, United States.

Porter, T. (2019, April 5–9). *The truth about affirmative action: What it is, what it means, and how it helps* [Conference presentation]. American Educational Research Association, Toronto, ON, Canada.

Porter, T. (2019, February 25–26). *Supporting states in establishing reclassification and exit criteria for attaining English language proficiency* [Conference presentation]. Academic Research in Education Annual Meeting, Las Vegas, NV, United States.

Porter, T. & Wilde, J. A. (2018, October). *So you want to be a university president* [Conference presentation]. Harvard Faculty Club National Women in Leadership Conference, Cambridge, MA, United States.

Porter, T. (2018, April 13–17). *The mismatch myth and other affirmative action considerations* [Conference presentation]. American Educational Research Association, New York, NY, United States.

## EMPLOYMENT HISTORY

Child Trends. Senior Research Fellow. 2024–Present
Towson University. Special Assistant to the President. 2024–Present
Maryland State Department of Education. Executive Director. 2023–2024
American Institutes for Research. Senior Researcher. 2022–2023
McREL International. Managing Consultant. 2019–2022
WIDA at the University of Wisconsin-Madison. Researcher. 2015–2019
Beta Group Consulting. Consultant. 2012–2015



# Jennifer Widstrand
**Senior Project Manager**

## Qualifications Highlights
- Budget monitoring
- Project compliance
- Stakeholder management

## Education
- BS, Elementary Education, University of South Florida, 2006

## Certifications and Trainings
- Google Project Management, 2022
- Reading K-12 and Elementary Education (K-6), State of North Carolina, 2020-2025

## SUMMARY OF EXPERIENCE

Jennifer Widstrand, B.S., has extensive experience managing projects, focusing on equity-related topics in education, community well-being, and justice involved youth. Prior to joining Child Trends, she was a public elementary school teacher and literacy coach for 16 years. Widstrand's commitment to positive youth development can also be found in her volunteer work managing projects with other non-profit organizations focusing on fundraising to develop the potential of women and improve childhood well-being in her local community.

## DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

### Experience managing projects of similar scope

**Center for Research on Hispanic Children and Families, Administration for Children and Families, United States, 2023–Present**
*Project Manager.* The Center is a hub, conducting, translating, and providing research-based information across three priority areas—poverty reduction and self-sufficiency, healthy marriage and responsible fatherhood, and early care and education. Widstrand manages and monitors the Center's budget, semi-annual reporting, and subrecipient monitoring and reporting. Through her management, she supports the Center's three primary goals: 1) to advance an innovative research agenda, 2) build research capacity, and 3) to implement an innovative communication and dissemination approach.

**Innovation to Evidence Network Experience, Chan Zuckerberg Initiative, United States, 2023–Present**
*Project Manager.* Widstrand serves as the Project Manager for a three-year technical assistance network that provides services to seven local education agencies and their implementation and research partners (i.e., innovation teams) who are designing, implementing, and evaluating an innovative intervention to advance student success. Widstrand established systems for internal and external team communication and collaboration and tracking project tasks and deliverables using project management software. Widstrand is responsible for budget monitoring, project compliance and reporting, and ensuring adherence to Quality Assurance plans.

**Adapted Measure of Math Engagement: Designing Self-Report Measures of Mathematics Engagement for Black and Latina/o Students, National Science Foundation, Bloomington, MN, 2022–Present**

*Project Director.* Widstrand serves as the project director for a three-year, mixed-methods, Critical Participatory Action Research (cPAR) project to develop a culturally sustaining self-report measure of Black and Latina/o student math engagement, called the Adapted Measure of Math Engagement. She is responsible for all project management tasks. Findings from this project highlight an innovative process for developing person-centered, community-based measures to capture the many unique and important ways that math can be engaging for Black and Latina/o students. Dissemination products thus far include four blogs, an infographic, professional development tools for math educators, and three conference presentations. This project is being conducted in partnership with Bloomington Public Schools (Bloomington, MN).

**Centering Youth Experiences to Address Community Violence: A Youth Participatory Action Research Project, National Institute of Justice, Washington, DC, 2022–Present**

*Project Director.* Widstrand serves as the project director of a three-year, mixed methods, Youth Participatory Action Research project to deepen our understanding of youths' experiences of community violence in Washington, DC. She leads all management tasks, including timeline for tasks and milestones in a work plan; internal communications with accounting and contracts; budget allocation and tracking; creating virtual collaborative spaces; organizing project materials; scheduling meetings; documenting the communication plan; monitoring and communicating with subrecipients; and initiating and monitoring products with a quality control plan. Widstrand handles communications and all management of budget, scope, and timeline; purchasing gift cards; scheduling meetings; processing and tracking payments for study participants and community partners; and general copyediting. Findings from this project contribute novel insights into the compounding injustices that have led to disproportionate rates of community violence in The District and provide key decision makers with research-based recommendations for advancing racial justice in DC. This project is being conducted in partnership with Sasha Bruce Youthwork.

**Evaluation of DC Expansion of School Behavioral Health Services, DC Department of Behavioral Health, Washington, DC, 2022–Present**

*Project Manager.* Widstrand serves as the project manager for a five-year contract to evaluate the outcomes and implementation of an expansion of school behavioral health services in the District of Columbia. Widstrand serves as the project manager and is responsible for all project management tasks, including budget tracking and forecasting, QC processes, and communication with external partners.

**Beyond the Black Box: Understanding the Use of Algorithmic Risk Assessments, National Science Foundation, VA, 2023–Present**

*Project Manager.* This research examines how juvenile court judges use algorithmically biased risk assessment tools in their decision making. Importantly, the research team are examining how different contextual factors affect the use of the tool as well as how the use of the tool affects youth outcomes. A key goal of this study is to develop policy and practice guidance to promote more effective and equitable use of risk assessments. Widstrand serves as the project manager and is responsible for all project management tasks.

**North Dakota Support for Low-Performing Schools, North Dakota Department of Education, Bismark, ND, 2023–2024**
*Project manager.* Widstrand serves as the project manager for a technical assistance project aimed at enhancing the capabilities of State Education Agency (SEA) leadership in North Dakota to effectively support and uplift chronically underperforming schools. This is a three-phase project designed to assist ND SEA leaders in the development, design, and delivery of a comprehensive statewide intervention. The primary objective is to facilitate marked improvements in student outcomes by implementing targeted strategies tailored to the specific challenges faced by North Dakota's most underperforming public schools. Widstrand was responsible for all project management tasks, including budget tracking and forecasting, QC processes, and communication with external partners regarding project compliance.

## EMPLOYMENT HISTORY

Child Trends. Senior Project Manager. 2023–Present
Child Trends. Project Manager. 2022–2023
Wake County Public Schools. Instructional Coach/Interventionist. 2014–2022
Hillsborough County Public Schools. Literary Coach/Classroom Teacher. 2006–2014



## Joseph Boven
**Research Communications Specialist II**

### Qualifications Highlights
- Strategic communications
- Research dissemination
- Digital design

### Education
- BA, Psychology, University of Colorado, 2004
- BA, English, University of Colorado, 1999

### Professional Affiliations
- Colorado Press Association, 2009-2012
- Colorado Capitol Press Association, 2009-2010
- Denver Press Club, 2008-Present

### SUMMARY OF EXPERIENCE

Joseph Boven, B.A., is a Research Communications Specialist II at Child Trends. Boven is dedicated to planning, guiding, and implementing strategic communications efforts that help stakeholders understand and use research to improve outcomes for kids, families, and communities. Joseph currently provides communications expertise and support across a range of communications areas, including strategic communications, research dissemination, web design, brand and organization reputation management, digital marketing, and community engagement. He has worked extensively in the fields of education, research, health care, politics, and cultural and family-related supports. Joseph's previous leadership positions include head of communications for Marzano Research and the Regional Educational Laboratory Central, Denver City Council District 1, the Colorado Progressive Coalition, and deputy head of communications for the Colorado Health Foundation, in addition to consulting on major projects for Denver Public Schools. Joseph is the project director for the OPRE Strategic Communications and Website contract for the Office of Planning Research and Evaluation, among other lead communications roles.

### DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

#### Experience managing projects of similar scope

**Personal Responsibility Education Program (PREP) Local Evaluation Support and Dissemination, Administration for Children and Families, United States, 2022–Present**
*Dissemination Lead.* Boven leads the development of innovative communication products to dissemination information about the effective and promising practices that PREP grantees identify. The purpose of this project is to build and expand the adolescent pregnancy prevention knowledge base by supporting grantees to conduct rigorous program evaluations to improve programming and youth outcomes.

**OPRE Website, Strategic Communications, and Digital Engagement Strategy Support, Administration for Children and Families, United States, 2021–Present**
*Project Director.* Boven provides ongoing OPRE website maintenance and updating and support for OPRE strategic communications and digital outreach. He and his team are (1) maintaining and continuously improving the office's website; (2) developing and implementing communications and digital engagement strategies; (3) planning and executing expert and

stakeholder consultations; and (4) providing expert advice on best practices and innovative approaches to make the full breadth of OPRE's research and evaluation findings accessible to a broad audience.

**National Research Center for Hispanic Children and Families, Administration for Children and Families, United States, 2021–Present**
*Communications Lead.* The Center is a hub, conducting, translating, and providing research-based information across three priority areas—poverty reduction and self-sufficiency, healthy marriage and responsible fatherhood, and early care and education. Boven supports the Center's three primary goals: 1) to advance an innovative research agenda, 2) to build research capacity, and 3) to implement an innovative communication and dissemination approach. Boven leads the development and implementation of a website to act as a centralized hub for the centers research and resources, develop and strengthen digital channels of communications, including newsletters, social media channels, and other areas to reach audiences where they are at, and the building of a strong emerging scholar and veteran researcher community that will work to enhance each other's learning and support the sharing and use of the Center's work. This work includes the sharing of content to support Latino researchers in the development of their career to enhance the future of the field.

## EMPLOYMENT HISTORY

Child Trends. Research Communications Specialist II. 2021–Present
Regional Educational Laboratory Central. Communications Manager/Dissemination. 2017–Present
Joseph Boven Communications Consulting. Communications Consultant. 2015–Present
Colorado Health Foundation. Senior Content Manager. 2014–2015
Colorado Progressive Coalition/Action. Communications Director. 2011–2014
The Colorado Independent. Reporter. 2009–2011
Colorado Media Matters. Researcher II. 2006–2009
Twenty3 Magazine. Editor in Chief. 2005–2007
Mania TV. Floor Director and Writer. 2005–2006
High Noon Entertainment. Transcriber. 2005–2006



# Lorena Aceves
**Research Scientist II**

## Qualifications Highlights

- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Led intensive capacity-building training and coaching to use and sustain EBPs
- Expert in early literacy, educator workforce development, and school climate.

## Education

- PhD, Human Development and Family Studies, Pennsylvania State University, 2020
- MS, Human Development and Family Studies, Pennsylvania State University, 2017
- BS, Family Studies and Human Development, University of Arizona, 2015

## Awards

- President for the Day Award, National Council on Family Relations, 2022
- Outstanding Dissertation Award, Society for Research on Child Development, 2021

## SUMMARY OF EXPERIENCE

Lorena Aceves, Ph.D., has extensive experience utilizing developmental science to empower communities and transform educational systems to be more equitable at the intersection of research, policy, and practice. Dr. Aceves' work focuses on understanding how cultural, educational, familial, and individual-level factors contribute to Latinx adolescent's academic achievement and educational attainment. At Child Trends, Dr. Aceves is a Senior Research Scientist where she focuses on advancing early literacy through rigorous research and TA.

Prior to joining Child Trends, Dr. Aceves served as a Society for Research on Child Development Federal Policy Postdoctoral Fellow at the Office of Head Start. At Head Start, she was actively involved in the office's Diversity, Equity, Inclusion, and Accessibility (DEIA) commission and helped lead DEIA initiatives across Head Start policy and training and technical assistance efforts. Dr. Aceves also recently published a Social Policy Report titled Transforming Policy Standards to Promote Equity and Developmental Success Among Latinx Children and Youth. This report focuses on how to apply an equity lens on the developmental experiences of Latinx children and youth.

## DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

### Experience managing projects of similar scope

**The National Research Center on Hispanic Children and Families, Administration of Children and Families, United States, 2023–Present**
*Researcher.* Aceves serves as a Head Start expert consultant for The National Early Care and Education Workforce Center. The Center, supported by Child Trends and core partners, focuses on equity and justice for the early care and education workforce. Through engagement, research, technical assistance, and communications, Aceves supports the Center's aims to disrupt current practices, strengthen system-wide coordination and policies, identify innovative solutions for supporting compensation and career advancement, advance workforce well-being, and improve equitable access to highly qualified early childhood educators. The Center builds on broader efforts of the Administration for Children and

Families (ACF) of the U.S. Department of Health and Human Services (HHS) to support the early childhood workforce.

**Innovation to Evidence Network Experience, Chan Zuckerberg Initiative, United States, 2023–Present**
*Co-Principal Investigator.* Aceves serves as the co-PI for a three-year technical assistance network that provides services to seven local education agencies and their implementation and research partners (i.e., innovation teams) who are designing, implementing, and evaluating an innovative intervention to advance student success. She co-leads a nine-person team that (a) conducts needs sensing to capture innovation teams' progress and understand their needs, (b) facilitates a networked improvement community to enable innovation teams to connect and learn from one another, and (c) provides coaching and training using improvement and implementation science practices to support innovation team in addressing their unique needs. She leads dissemination activities to share learnings from innovation teams with national audiences. Findings from this project demonstrate the efficacy of a collaborative network model, utilizing improvement and implementation science practices, in supporting innovation teams to design, implement, and evaluate innovative interventions aimed at enhancing student success. Dissemination products thus far include four published practice guides. This project is being conducted in partnership with Project Evident.

**Adapted Measure of Math Engagement: Designing Self-Report Measures of Mathematics Engagement for Black and Latina/o Students, National Science Foundation, Bloomington, MN, 2022–Present**
*Expert Advisor.* Aceves serves as an expert advisor for a three-year, mixed-methods, Critical Participatory Action Research (cPAR) project to develop a culturally sustaining self-report measure of Black and Latina/o student math engagement, called the Adapted Measure of Math Engagement (AM-ME). Findings from this project highlight an innovative process for developing person-centered, community-based measures to capture the many unique and important ways that math can be engaging for Black and Latina/o students. Dissemination products thus far include four blogs, an infographic, professional development tools for math educators, and three conference presentations. This project is being conducted in partnership with Bloomington Public Schools (Bloomington, MN).

**The National Technical Assistance Center for the Education of Neglected or Delinquent Children and Youth, US Department of Education, United States, 2022–Present**
*External Evaluator.* Aceves serves as the external evaluator for the national resource and technical assistance center that provides direct assistance to states, schools, communities, and parents seeking information on the education of children and youth who are considered neglected, delinquent, or at-risk. NDTAC focuses on helping states improve the educational achievement and post-secondary outcomes of youth involved in the juvenile justice and child welfare systems. As an external evaluator, Holquist supports NDTAC staff in understanding the technical assistance needs of the SEAs. Examples of technical assistance projects recommended by the evaluation include supporting stakeholders in collecting and using data in decision making, engaging families and communities in decision making, implementing high-quality teaching and learning practices, promoting staff wellness, improving collaboration within SEAs to provide wraparound supports for students, and creating safe and supportive learning environments. Learnings from this project provide insights into how SEAs can develop

sustainable policies and practices to improve outcomes for at-risk youth. This project is being conducted in partnership with Longevity.

**The National Early Care and Education Workforce Center, Administration of Children and Families, United States, 2022–Present**

*External Evaluator.* Aceves serves as a Head Start expert consultant for The National Early Care and Education Workforce Center. The Center, supported by Child Trends and core partners, focuses on equity and justice for the early care and education workforce. Through engagement, research, technical assistance, and communications, Aceves supports the Center's aims to disrupt current practices, strengthen system-wide coordination and policies, identify innovative solutions for supporting compensation and career advancement, advance workforce well-being, and improve equitable access to highly qualified early childhood educators. The Center builds on broader efforts of the Administration for Children and Families of the U.S. Department of Health and Human Services to support the early childhood workforce.

**Child Care and Early Education Policy and Research Analyses, Office of Planning, Research, and Evaluation, United States, 2022–2024**

*Task Lead.* Aceves serves as task lead on a competitive task order focused on conducting research and supporting activities identified by the Office of Planning, Research, and Evaluation that inform the activities of programs providing services to low-income, at-risk children and families. The activities include providing expert advice, assistance, and consultation; improving the measurement and collection of data related to program policies, practices, and outcomes; providing technical assistance and expertise in the preparation of written materials; and convening of experts and stakeholders on childcare issues of relevance to the Child Care and Development Fund and other early childhood programs in states, territories, and tribes.

**Chronic Absenteeism Reduction Effort, United Health Foundation, United States, 2022–2024**

*Co-Principal Investigator.* Aceves served as the co-PI of a three-year evaluation to conduct a process and implementation evaluation of District of Columbia Public Schools' and Children's National's Chronic Absenteeism Reduction Effort, which bridges schools and healthcare practices by embedding student absenteeism data into health records via a regional health record exchange (CRISP). Child Trends is working with John Hopkins University and Healthy Schools campaign to conduct surveys, interviews, and focus groups to understand how providers are using the data and perceptions of the value of the system.

## DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS

*Publications*

Aceves, L., Ball, J., Angeles-Figueroa, J., & Holquist, S. E. (2024). Students and communities can be better served via partnerships between community organizations and schools. Child Trends. DOI: 10.56417/1174q8224i

Holquist, S. E., Kelley, C., Scott, A., Hsieh, D., Crowder, M., Yu, M., & Aceves, L. (2024). Teachers must be equipped to guide students' growing use of AI to learn math. Child Trends. DOI: 10.56417/3810j2584q

Aceves, L., Ball, J., Cronkright, & Holquist, S. (2024). How to use practical measures to transform school systems. Child Trends. DOI: 10.56417/3083y3092q

Ball, J. Guros, C., Scott, A., Aceves, L., & Holquist, S. E. (2024). Establishing Trusting Relationships to Transform School Systems. Retrieved from https://www.childtrends.org/publications/trusting-relationships-transform-school-systems

Aceves, L., Crowley, M. D., Rincon, B., & Bravo, D. (2022). Transforming Policy Standards to Promote Equity and Developmental Success Among Latinx Youth. *Social Policy Report.* https://doi.org/10.1002/sop2.18

Aceves, L., Griffin, A. M., Sulkowski, M., Martinez, G., Bámaca-Colbert, M. Y., & Cleveland, H. H. (2020). Latinx Homeless Youth's Daily School Experiences: The Role of Familism, Ethnic-Identity, and Daily Affect. *Psychology in the Schools.* https://doi.org/10.1002/pits.22391

Aceves, L., Bámaca-Colbert, M. Y., & Robins, R. W. (2020). Longitudinal Linkages among Parents 'Educational Expectations, Youth's Educational Expectations, and Competence in Mexican-origin Families. *Journal of youth and adolescence*, *49*(1), 32-48. https://doi.org/10.1007/s10964-019-01161-5

Cooper, D. K., Bachem, R., Meentken, M. G., Aceves, L., & Perez Barrios, A. G. (2019). Cumulative lifetime adversity and depression among a national sample of US Latinx immigrants: Within-group differences in risk and protective factors using data from the HCHS/SOL sociocultural ancillary study. *Journal of Latinx Psychology.* https://doi.org/10.1037/lat0000145

Bámaca-Colbert, M. Y., Martinez, G., Kim. S. Y., Aceves, L., Castillo, J. E., Witherspoon, D. P. & Gonzales-Backen, M. A. (2019) Discrimination-distress link among adolescent girls of Mexican origin: Do dimensions of ethnic-racial identity mediate this association longitudinally? In D. J. Johnson, S. S. Chuang, & J. Glosman (Eds.), *Re/formation and Identity: The intersectionality of development, culture, and immigration.*

Aceves, L., & Milem, J. (2014). The long-term significance of family for underrepresented students in medicine. *UROC Student Research Journal*, Summer 2014, Volume 1, The University of Arizona, Tucson, AZ.

*Presentations*

Aceves, L., Crowley, M. D., Rincon, B., & Bravo, D., (2023, March). *The Role of Policy: Shining a Light on the Experiences of Latinx Children, Youth, and Families* [Presentation]. The 2023 Society for Research in Child Development Biennial Meeting, Salt Lake City, UT.

Aceves, L. (Organizer & Moderator). Bravo, D., Ferreira van Leer, K., Villegas, E., Martinez Pedraza, F, & Negrete, A. (Panelists) (2023, March). *Discovering the Right Fit: Diverse Academic and Non-Academic Career Paths* [Panel]. The 2023 Society for Research in Child Development Biennial Meeting, Salt Lake City, UT.

Arellanes, J., Aceves, L., & Miller, K., (2022, November). *Latina Mothers' Educational Support Positively Influences Adolescent Academic Resilience* [Presentation] The National Council on Family Relations Annual Meeting, Minneapolis, MN.

Aceves, L. (Organizer & Moderator). Lopez, M., Ebanks, C., La Barrie, D., & Negrete, A. (Panelists) (2022, May). *Shattering the Ivory Illusion: Empowering Diverse Voices, Experiences, and Agenda* [Panel]. The 2022 Construction of the Other Society for Research in Child Development Special Topics Meeting, Rio Mar, PR.

Aceves, L., & Lopez, M., (Organizers). Zhang, C., Ebanks, C., Mayfield, K., & Tsethlikai, M. (Panelists) (2021, April). *Diversifying and Unifying Developmental Science: Supporting the Professional Development and Inclusion of Diverse Scholars* [Professional development session]. The 2021 Society for Research in Child Development Biennial Meeting. Virtual Meeting.

Aceves, L., Crowley, M.D., Rincon, B., & Bravo, D. (2021, April). *Transforming Policy Standards to Promote Equity and Developmental Success Among Latinx Youth* [Poster presentation]. The 2021 Society for Research in Child Development Virtual Biennial Conference.

## EMPLOYMENT HISTORY

Child Trends. Research Scientist II. 2022–Present
National Center for Education Research/Institute of Education Sciences. AAAS/SRCD Federal Policy Postdoctoral Fellow. 2021–2022
Administration for Children and Families/Office of Head Start. AAAS/SRCD Federal Policy Postdoctoral Fellow. 2021–2022
US Department of Education, The Office of Planning, Evaluation, and Policy Development. Graduate Intern. 2019
US Department of Education, White House Initiative on Educational Excellence for Hispanics. Graduate Intern. 2019
Society for Research on Child Development, Child and Family Policy Consortium. Columnist. 2018–2020
National Center for Education Research. Graduate Intern. 2018
Pennsylvania State University. Instructor. 2016
Pennsylvania State University. Teaching Assistant. 2015–2016

# Cherry Y.E.W. Yamane
**Senior Research Analyst**

## Qualifications Highlights

- Experience supporting strategic planning and implementation of large-scale continuous improvement in SEAs and LEAs, particularly those serving diverse and Indigenous students
- Expert in student wellbeing, implementation science, and culturally responsive practices

## Education

- MPH, Community-Oriented Public Health Practice, University of Washington, 2022
- BA, Public Health, University of Hawaii-Manoa, 2018

## Certifications and Trainings

- Culture as Prevention: Indigenous Knowledge and Tribal-Based Practices Certification, US Department of Justice, National Indian Country Training Institute, 2023
- Indigenized Motivational Interviewing Certificate, Urban Indian Health Institute, 2021

## Professional Affiliations

- LIME Network Leaders in Indigenous Medical Education
- George Wright Society's Indigenous Involvement Working Group
- Indigenous Data Sovereignty Collective
- Native Research Network
- National Research Mentorship Network
- Mentoring Enrichment and Leadership Development Institute University of Washington
- Native American Women's Dialogue on Infant Mortality
- Native Hawaiian Substance Use Working Group
- Hawaii Opioid Initiative Workgroup

## Awards

- IREACH Tribal Communities Internship
- BIG HART Fellow, University of Washington – Indigenous Wellness Research Institute

## SUMMARY OF EXPERIENCE

Cherry Y.E.W. Yamane, M.P.H., is a scholar-practitioner with over eight years of experience working with Indigenous communities. Their experience is grounded in land-based, cultural practices, and drawing on ancestral wisdom as a source of healing and thriving. Their scope of public health practice ranges from community-based participatory research, mixed methods, mental and behavioral health, substance use, harm reduction, trauma-informed care, and positive youth development to traditional ecological knowledge and climate justice. They have dedicated themselves to the creation of a community-based, culturally driven intervention aimed at addressing mental and behavioral health concerns amongst Hawaiian youth, adolescents, and families. Their work hopes to connect Indigenous youth with the land and cultural practices as a deliberate act of cultural sovereignty, self-determination, and resistance.

## DIRECTLY RELEVANT PROJECT AND PROFESSIONAL EXPERIENCE

### Experience managing projects of similar scope

**Society of American Indian Dentists Strategic Planning: Vision for Action, Society of American Indian Dentists, United States, 2024**
*Program Evaluation Consultant.* Yamane leads the strategic planning collaboration which involves facilitating a strategic plan to support the mission and goals of the Society of American Indian Dentists (SAID). They facilitate the Society of American Indian Dentists' convening meetings to assess objectives, values, and mission and to produce a technical report for strengthening and supporting Indigenous dentists.

**Conservation Curriculum Development and Design, The Wilderness Society, United States, 2024**
*Indigenous Reviewer – Contract.* Yamane collaborated with Indigenous researchers, evaluators, educators, and experts on the review and adaptation of the Wilderness Society's conservation curriculum to meet the needs of Indigenous communities throughout Turtle Island. Their expertise was brought on for land-based healing and culturally grounded initiatives and is the first time that the Pacific is being considered in this curriculum process.

**IIREACH Tribal Communities Internship, Washington State University, United States, 2021–2022**
*Co-Principal Investigator.* Cherry developed and implemented a community needs assessment to inform a community-based,

culturally driven intervention for Native Hawaiian and Pacific Islander youth, adolescents, and families in Waianae. The community needs assessment included a systematized literature review of cultural protective factors and cultural connectedness. The systematized literature review was used as the foundation for the community needs assessment, informed the topic guides for qualitative key informant interviews, qualitative content analysis, and findings dissemination that informed the Ka Mana I Loko pilot program to address mental and behavioral health concerns.

## DIRECTLY RELEVANT PUBLICATIONS AND PROFESSIONAL PRESENTATIONS

### Publications

Jacobs, LA., Grenz, J., & Yamane, CYEW. (2024 – Abstract Submission Accepted, Manuscript In-Prep). Reclaiming the "Angry Native": Reflexive Dialogues of Indigenous Women in Academia. *Counterstories From the Reservation: Indigenous Storytelling as Critical Praxis – Edited Collection.*

Agajanian, T., Carbajal, I., Duncan, C., La Torre, J., Lefthand-Begay, C., McCarty, M., Rose, J., Ruhm, R., Sheban, C., Yamane, CYEW., & Williams, M. (2024). Prioritizing Indigenous People's Knowledge in federal decision-making: insights from faculty, graduate students, and tribal leaders. *AlterNative: An International Journal of Indigenous Peoples, 0*(0). https://doi.org/10.1177/11771801241235279.

Jacobs, LA., Yamane, CYEW, Hernandez, J., McAllister, T., Carlson, A.K., Fisk, J., Milligan-McClellan, K., Gazing Wolf, Sparks, J., Grenz, J., Avery, C. (2024 - In Press). A Critical Declaration of Decolonization and Indigenization for Scientific Research and the Academy. In L.A. Jacobs (Ed.), *Indigenous Voices: Critical Reflections on Traditional Ecological Knowledge*. Oregon State University Press.

Yamane, CYEW., & Baumhofer-Merritt, N.K. (2024 – In Press). Multilevel Racism, Historical Trauma, Resilience and Native Hawaiian Health. In Ford C., Griffith D.M. (Eds.) *Racism: Science and Tools for the Public Health Professional*, 2nd Edition. APHA Press.

Avery, C., Azama, K., Duncan, A., GoingSnake, A., Mingo, R., Morales, K., Nakai, G., Panek, B., Parfait, D., Ropati, C., Santry, J., Thompson, B., & Yamane, CYEW. (2024 – In Press). Chapter 5: Seventh Generation: Youth Leaders in Climate Action. *Status of Tribes and Climate Change.* Institute for Tribal Environment Professionals 2.

Yamane, CYEW, Jake, L., Treinan, M., & Around Him, D. (2023). *PIP WT Grant Virtual Experiences & Administrative Data Access Memo* [Memo]. Child Trends.

Gordon, H., Around Him, D., Martinez, D., & Yamane, CYEW. (2023). *Understanding Indigenous Children, Youth, and Families to Conduct Research, Evaluation, and Technical Assistance that Benefits Indigenous Peoples* [Fact sheet]. Child Trends.

Yamane, CYEW, Chang, K.K., Garcia, B.K., Dueñas, G., & Spencer, M. (2022). *Hawaiian Cultural Practices to Enhance Health and Well-being: A Waiʻanae Community Needs Assessment* [Report]. Waianae Coast Comprehensive Health Center.

Caudill, A., Chowattukunnel, N., Deerwater, L., Yamane, CYEW, Farris, M., Johnson, S., Bevis, B., Scordamaglia, L., & Dinardo, M. (2022). *Increase Washington State Prototypical Funding for School Nurse Staffing and Professional Development* [Policy Memo]. Washington State Legislature.

Yamane, CYEW., & Helm, S. (2022). Indigenous Culture-as-Health: A Systematized Literature Review. *Journal of Prevention, 43*(2), 167 – 190. DOI 10.1007/s10935-022-00666-3.

Bevis, B., Yamane, CYEW., Caudill, A., Chowattukunnel, N., Deerwater, L., Johnson, S., Dinardo, M., Farris, M., & Scordamaglia, L. (2022). *Health Impact Review of Increasing the Prototypical School Funding Formula for Nurses: Considering the Washington Office of Public Instruction Staffing Enrichment Workgroup Recommendations for Social-Emotional Health and Safety Staff Ratios*. [Report]. Washington State Legislature Health Impact Review.

Yamane, CYEW., Wong, E., Wilson, K., Sarju, M., & Moua, M. (2021). *Advancing Towards Racial Equity and Beyond: A Working Conceptual Model for a Maternal Health Program*. [Report]. Family Ways, King County Public Health.

Yamane, CYEW. (2020). E ʻike pono kākou i ka huakaʻi. *American Journal of Community Psychology - Prevention and Promotion Column*.

Rattiliff, B., Chowattukunnel, N., Dean T., Nguyen, E., Pugh D., Scordamaglia, L., Suman, S., Umali, C., & Yamane, CYEW. (2020). *Evaluation of Action Health Partner's Phone Distribution Program* [Report]. Action Health Partners.

Baumhofer, NK., Yamane, CYEW., & Hermosura, A.N. (2019). Multilevel Racism and Native Hawaiian Health. In Ford C., Bruce M., Griffith D. (Eds.). *Racism: State of the Science and Tools for the Public Health Professional*, 1st Edition. APHA Press.

*Presentations*

Yamane, CYEW. (2024, June). *Community-Based and Culturally-Driven Interventions for Native Hawaiian Health*. Brown Bags. Child Trends, virtual.

Hull, K., Rackers, H., & Yamane, CYEW. (2024). Approaching Youth Mental Health Holistically. Elevate Youth Programming Podcast. Podcast.

Yamane, CYEW., Garcia, B.K., & Chang, KK. (2024). *Ka Mana I Loko: A Community-Based, Culturally Driven Behavioral Health Intervention for Native Hawaiian Youth* [Invited keynote]. SAMHSA – Division of Suicide Prevention and Community Supports, Center for Mental Health Services – Black Youth Suicide Prevention Learning Collaborative, virtual.

Yamane, CYEW. (2024). *Culture as Prevention* [Invited panel]. SAMHSA – Division of Suicide Prevention and Community Supports, Center for Mental Health Services, virtual.

Yamane, CYEW. (2023). *Multilevel Racism and Native Hawaiian Health.* DEI Workgroup [Internal Presentation]. Child Trends, virtual.

Jacobs, L.A., Yamane, CYEW., Carlson, K., Gazing Wolf, J., Fisk, J. (2023). *A Critical Declaration of Decolonization and Indigenization for Scientific Research and the Academy: Chapter Panel Discussion* [Invited panel]. STEM Ed PaCER Program, Michigan State University, virtual confernece.

Helm, S. & Yamane, CYEW. (2023, February). *Expanding the culture continuum to Indigenous Culture-as-Health. Examples from substance use prevention with Native Hawaiian youth and communities* [Invited plenary]. 1st Annual Palau Health Summit, Palau Department of Health, virtual conference.

Helm, S., & Yamane, CYEW. (2022, September). *Indigenous Culture-as-Health: A Strengths-Based Approach to Health Justice in the Pacific* [Plenary]. 2022 Guam's Third Annual Conference on Substance Use Disorders Among Pacific Islanders, virtual conference.

Yamane, CYEW, Chang, K. K., Garcia, B. K., Dueñas, G., & Spencer, M. (2022, May). *Hawaiian Cultural Practices to Enhance Health and Well-being: A Waiʻanae Community Needs Assessment* [Presentation]. The 2022 Graduate Capstone Presentation, Seattle, WA.

Yamane, CYEW, & Helm, S. (2022, June). *Indigenous Culture-as-Health Advancing Towards Equity and Beyond to Sovereignty & Liberation to Close Gaps and Enhance Health & Well-being* [Presentation]. The 2022 Society for Prevention Research Conference, Seattle, WA.

Yamane, CYEW, Chang, K. K., & Garcia, B. K. (2022, March) *(Re)connecting Indigenous Cultural Identities with Behavioural Health Interventions: A Community Needs Assessment* [Presentation]. 19th Annual Indigenous Graduate Student Symposium Indigenous Empowerment & Resurgence, virtual conference.

Helm, S., Yamane, CYEW, & Davis, K. (2019, October). *Methodological Workshop Photovoice on conflict/hate to hope/healing in our own lives* [Presentation]. Conflict and Hate to Healing and Hope, Psychological perspectives on Community and Wellness, Naples, Italy.

Helm, S., Davis, K., Ng-Osorio, J., Antonio, M., Burrage, R., & Yamane, CYEW. (2019, September). *Evaluating the Puni Ke Ola Intervention: Drug Prevention and Intergenerational Healing using Culture-as-Intervention* [Presentation]. The 2019 HPEA Conference, Honolulu, HI.

Helm, S., Davis, K., Haumāna, Tanqueco, R., & Yamane, CYEW. (2017, February). *Visual methods in youth health. Photography with adolescent community health leaders* [Presentation]. Cross Cultural Health Care Conference, Honolulu, HI.

Yamane, CYEW, & Helm, S. (2017, April). *Evaluating Culture-As-Intervention Approaches to Reduce Substance Use Amongst Indigenous Adolescents: A Systematic Literature Review* [Presentation]. The Office of Public Health Studies Undergraduate Summit, Honolulu, HI.

Yamane, CYEW, Helm, S., Davis, K., Tanqueco, R., Acosta-Perez, E., Guanio, T., & Haumāna. (2017, April). *Hoʻomana as a potential protective factor against substance use for Native Hawaiian youth* [Presentation]. The Biomedical Sciences & Health Disparities Symposium, Honolulu, HI.

## EMPLOYMENT HISTORY

Michigan State University. Research Contractor. 2024–Present
Society of American Indian Dentists. Program Evaluator Consultant. 2024–Present
The Wilderness Society. Program Reviewer Contractor. 2024–Present
Child Trends. Senior Research Analyst. 2023–Present
PADS Lake County. Healthcare Coordinator/Healthcare Case Manager. 2022–2023
Greenwood Senior Center. Program Evaluator Consultant. 2022
Waianae Coast Comprehensive Health Center, Pacific Alliance Against COVID-19. Research Assistant. 2021
Waianae Coast Comprehensive Health Center, Hoolokahi Research Department, All of Us Research Program. Project Facilitator/Research Assistant. 2021
King County Public Health Department – Family Ways Program. Program Evaluator Consultant. 2020–2021
Research Center for Policy and Advocacy and Governance. Research Consultant. 2020–2021
Action Health Partners. Program Evaluator Consultant. 2020
Land-Based Healing, LLC. Founder and Principal Consultant. 2020–Present
Center for Disease Control and Prevention, Honolulu Quarantine Station. Public Health Analyst Contractor. 2020
John A. Burns School of Medicine, Department of Psychiatry, ADAD Special Populations. Junior Research Assistant. 2016–2022
John A. Burns School of Medicine, Department of Psychiatry, Puni Ke Ola. Junior Research Associate. 2019–2022
Waianae Coast Comprehensive Health Center, Hoolokahi Research Department, Advancing Precision Medicine. Advanced Precision Medicine (APM) Project Facilitator/Research Assistant. 2019–2022
Waianae Coast Comprehensive Health Center, Behavioral Health Department, Ka Mana I Loko. Co-Principal Investigator/Traditional Cultural Apprentice. 2019–Present
John A. Burns School of Medicine, Department of Psychiatry, Hoouna Pono Substance Use Prevention Curriculum. Student Research Associate. 2018–2019
John A. Burns School of Medicine, Department of Psychiatry, Puni Ke Ola. Student Research Associate. 2016–2018
University of Hawaii at Manoa, University Health Services. Pharmacy Assistant. 2016–2018
University of Hawaii at Manoa, Children's Healthy Living Program. Undergraduate Student Assistant. 2015–2016

# Dr. Kapono Ciotti

Executive Director

## Education

### Ph.D., International Education Leadership (Indigenous Education)

Graduated - 2018

Northcentral University, San Diego, CA

PhD in Education with a Dissertation in Education Leadership in Indigenous Education in Hawaii.

### Program on Negotiation

Certificate - June 2017

Harvard Law School, Boston, MA

"The Program on Negotiation is an interdisciplinary multi-university consortium based at Harvard Law School. Since its founding in 1983, PON has established itself as one of the world's outstanding executive education negotiation training institutions."- Harvard Law School

### M.A., Social Change and Development (International Education)

Graduated - 2007

Newcastle University, NSW, Australia

Dissertation on Inernational Education

### B.A., Language, Culture, and Education

Graduated - 1999

The Evergreen State College, Olympia, WA

B.A. with a concentration in Language, Culture, and Education

### TESOL Certification

Certificate - 1997

Halafax, Canada

Teaching English to Speakers of Other Languages (TESOL)

## Employment

### Executive Director

August 2021 - present

What School Could Be

Leading one of the world's preeminent non-profits serving education transformation.

- Impacting all 50 States
- Working in over a dozen countries
- Co-administering Masters in Teaching and Learning and Masters in Educational Leadership
- Lead the design and implementation of micro-credentials for teacher re-licensure
- Develop and lead long-term funding strategy

### Director / Head of School

2018 - 2023

American International School in Egypt, Main Campus

Leading Excellence and Innovation -

- **AISE Main and West campuses together** are the world's second-largest international schools with a combined total of 3,800 students and 800 employees.
- **Main Campus:** 2000+ Students from over 20 Nationalities; PreK-12th Grade. 250 Teaching Staff; 500+ Total Employee
- Approx. 40+ million dollars combined budget
- IB Three-Year average of 99% IB Diploma Passing Rate
- 100% University Matriculation

- Leading the transformation of teaching and learning practices to reflect a student-centered and deeper learning approach to education, including the cultural shift in faculty, parents, and students

### Professor
University of Hawaii                                                                                2018 - Present

Professor for Masters in Education - Teacher Preparation, Online.

- STEMS^2 Teaching and Learning program
- Grounding learning in place and culture
- Curriculum design and implementation

### Head of School / CEO
Waialae School                                                                                    2014 - 2018

- Well-established Social-Constructivist Progressive Education School
- Led increased excellence of Teachers College Readers and Writers Project
- 500+ students PreK – 5th grade; approx.. 70% students of color
- Approx. 100 faculty and staff; approx. 80% faculty of color
- Founded annual giving campaign; established endowment; preschool construction project
- Increased school's standing in community: From no waitlist to only 1 out of 12 applicants offered enrollment

### Chief Consultant
Kapono Ciotti inc                                                                                 2012 - present

- Strategic planning
- Curriculum mapping
- Professional development in STEM, Interdisciplinary learning, Engineering Design Process, Culturally-responsive teaching and learning, Design Thinking

### Executive Director of P20 Initiatives
Living Life Source Foundation                                                                     2012 - 2014

Leading educational initiatives from early childhood to graduate school Directed Federal grant programs aimed at creating educational pipelines from PreK to graduate schools responsible for budgeting, supervision, strategic planning, and implementation of grant activities.

### Emeritus Design Thinking Trainer
HIFusionED                                                                                        2010 - present

- Professional Development in schools and districts
- Design Thinking training for educators
- STEM training for educators

### Emeritus Director, Hawaii Institute of Knowledge and Innovation
The Pacific American Foundation                                                                    2007 - present

Curriculum Writer and Professional Development Coach and Facilitator (place and culture-based learning Kindergarten-12th grade

- Professional development training in 50+ schools and districts
- Culture-based and culturally responsive teaching and learning
- Culturally Responsive Evaluation and Assessment
- Curriculum development for schools and training for teachers

### National Faculty: Diversity, Equity, and Inclusion
National Association of Independent Schools (NAIS)                                                 2003 - 2018

National Faculty for NAIS Diversity Leadership Institute (DLI) and Student Diversity Leadership Conference (SDLC)

- Training for faculty, administrators, and board members on diversity, inclusion, and equity
- Approximately 720 educators trained
- Approximately 10,000 students trained

### Dean of Faculty and Academics; Teacher                                            2000 - 2012

Maryknoll School, High School Division - a member of the Coalition of Essential Schools

- Direct supervisor for approx. 40 high school faculty
- In charge of hiring, development, discipline, and dismissal of faculty
- A program of 500+ students in grade 9-12
- Developed and implemented Rigor, Relevance, Relationship framework for Coalition of Essential Schools program
- Developed and implemented teacher evaluation framework
- Developed and implemented Student-Led Conferring program, and refine graduation portfolio requirements
- Responsible for registration and guidance for approx. 150 students
- Developed and implemented 9th-grade guidance and advisory programs for freshman focusing on social-emotional learning and leadership
- Teacher: World History, Conversational French, AP Psychology, Math (middle school), Guidance
- Technology Faculty Liaison

### Faculty Member                                            1997 - 1998

Ecole International Bilingue, The West African College of the Atlantic

English Teacher - Grades 6-8. Dakar, Senegal

## Boards and Leadership

- **Mediterranean Association of International School, Board President,** International, 2021 - Present
- **Teacher Horizons teacher recruiting Board Member,** International, 2021 - Present
- **International Schools Advisory Committee (ISAC) on Accreditation to the Middle States Association,** International 2019- Present
- **Mediterranean Association of International School Directors Group,** International, 2018 - Present
- **Hualani Foundation (Accreditation) – Board Executive Co-Chair** Hawaii, 2013 – present
- **Ted Dintersmith Hawaii Education Transformation Work Facilitator,** Hawaii, 2015 - 2018
- **Hawaii Innovative Leaders Network – Founding Cohort Participant,** Hawaii, 2015 – 2018
- **EdLeader21 National 4-C's - Diversity, Equity, & Inclusion Steering Committee,** Arizona, 2017 – 2018
- **Buck Institute National** High-Quality PBL Steering Committee, California, 2017 – 2018 (https://hqpbl.org/)
- **Diversity, Inclusion, Social Justice Network Hawaii – Founding Member,** Hawaii, 2015 – 2018
- **Deeper Learning Network Hawaii – Founding Member,** Hawaii, 2015 – 2018
- **Waialae Elementary PCS – Board Member,** Hawaii, 2014 –2018
- **Waialae School Foundation – Board Member,** Hawaii, 2014 – 2018
- **Culturally Responsive Evaluation & Assessment, The Consuelo Foundation - Facilitator,** Hawaii, 2014 – 2018
- **COSEE Traditional Knowledge Board - Advisor,** Hawaii, 2012 – 2016
- **Hawaii Maoli – Board Member and past Treasurer,** Hawaii, 2013 – 2016

## Conference Presentations

- **2022 Mediterranean Association of International Schools, DEI Practices for Schools.** Faciiltator.
- **2022 Best Schools in Europe. Distributive Leadership. Worldwide.** Facilitator.
- **2021 Best Schools in the Middle East. Distributive Leadership. Worldwide.** Facilitator.
- **2021 African Leadership Education Roundtable,** DEI And Teacher Recruiting, Presentor.
- **2021 STEM / DRONE PD. Hawaii Department of Education. Nanakuli / Waianae, Hawaii.** Facilitator.
- **2021 Forum. Whole Schools Leader Forum. Mexico / International.** Speaker.
- **2020 Master Class 30 School Leaders from 30 Countries. Future School Leaders, India.** Speaker.
- **2020 People of Color Conference. National Association of Independent  Schools. Worldwide.** Opening Session.
- **2018 Directors Conference. Mediterranean Association of International Schools. Rome, Italy.** Director.
- **2018 Annual Conference. Mediterranean Association of International Schools. Dubai, UAE.** Presenter.
- **2018 Diversity Leadership Institute. National Association of Independent Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2017 Diversity Leadership Institute. National Association of Independent Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2017 People of Color Conference. National Association of Independent  Schools. Anaheim, CA.** Presenter.
- **2017 ISACS Diversity Summit. Independent Schools Association of the Central States. Chicago, Illinois.** Presenter.
- **2016 People of Color Conference. National Association of Independent  Schools. Atlanta, Georgia.** Presenter.
- **2016 Wai'anae Complex Professional Development Day School-Community Partnership Training.** Honolulu Hawaii. Facilitator.
- **2016 Schools of the Future Conference. Honolulu, HI.** Presenter / Facilitator.
- **2016 Culturally Responsive Evaluation Conference, *Culturally Responsive Evaluation Practices.* Chicago, Illinois.** Presenter.
- **2016 Diversity Leadership Institute. National Association of Independent Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2016 Kupu Hou. Deeper Learning Network and MidPacific Institute.** Honolulu Hawaii. Facilitator.
- **2015 Wai'anae Complex Professional Development Day Design Thinking Training.** Honolulu Hawaii. Facilitator.
- **2015 The Learning Coalition School-Community Partnership Series.** Honolulu Hawaii. Facilitator.
- **2015 A Gathering of Leaders, The Robert Wood Johnson Foundation New Orleans, Louisiana.** Cohort Participant.
- **2015 Schools of the Future Conference. Honolulu, HI.** Presenter / Facilitator.
- **2015 People of Color Conference. National Association of Independent  Schools. Tampa, Florida.** Presenter.
- **2015 Kupu Hou. Deeper Learning Network and MidPacific Institute.** Honolulu Hawaii. Facilitator.
- **2015 Diversity Leadership Institute. National Association of Independent Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2014 People of Color Conference. National Association of Independent  Schools. Indianapolis, Indiana.** Presenter.
- **2014 Diversity Leadership Institute. National Association of Independent Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2014 Kupu Hou. Deeper Learning Network and MidPacific Institute.** Honolulu Hawaii. Facilitator.
- **2013 1st Annual Culturally Responsive Evaluation Conference, Hawaii Educational Research Association: *Culturally Responsive Evaluation Practices- Ipu Waiwai.* Chicago, Illinois.** Presenter.
- **2013 Diversity Leadership Institute. National Association of Independent Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2013 35th Annual HERA Conference, Hawaii Educational Research Association: *Culture-Based Education Ipu Waiwai.* Honolulu, Hawaii.** Presenter.
- **2012 National Indian Education Association: *Staying Centered: Pehea Kou Piko, Rigor, Relevance, and Relationships.* Oklahoma City, Oklahoma.** Presenter.
- **2012 Hawaii Science Teachers Association: *Culturally Responsive STEM and Aquaponics*, Honolulu, Hawaii.** Presenter.
- **2012 Professional Development Workshop. Assumption School. Majuro, The Republic of the Marshall Islands.** Author and Lead Facilitator.PR/Award # S283B240036

ED 002043

- **2012 Summer Diversity Institute. National Association of Independent  Schools. Watertown, Connecticut.** Faculty, and Diversity Specialist.
- **2012 Annual Conference: *Professional Development*, National Association of Independent Schools. Seattle, Washington.** Presenter.
- **2011 Student Diversity Leadership Conference, National Association of Independent Schools. Philadelphia, Pennsylvania.** Faculty, and Diversity Specialist.
- **2011 Summer Diversity Institute. National Association of Independent  Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2010 Professional Development Seminar. Assumption School. Majuro, The Republic of the Marshall Islands.** Author and Lead Facilitator.
- **2010 Summer Diversity Institute. National Association of Independent  Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2009 Summer Diversity Institute. National Association of Independent  Schools. Alexandria Virginia.** Faculty, and Diversity Specialist.
- **2009 Student Diversity Leadership Conference, National Association of Independent Schools. Denver Colorado.** Faculty, and Diversity Specialist.
- **2008 Summer Diversity Institute. National Association of Independent  Schools. Colorado Springs, Colorado.** Faculty, and Diversity Specialist.
- **2007 Student Diversity Leadership Conference, National Association of Independent Schools. Boston, Massachusetts.** Faculty, and Diversity Specialist.
- **2007 Fall Forum, Coalition of Essential Schools. Denver, Colorado.** Presenter.
- **2006 Student Diversity Leadership Conference, National Association of Independent Schools. Seattle, Washington.** Faculty, and Diversity Specialist.
- **2005 Student Diversity Leadership Conference, National Association of Independent Schools. Dallas, Texas.** Faculty, and Diversity Specialist.
- **2004 Student Diversity Leadership Conference, National Association of Independent Schools. Miami, Florida.** Faculty, and Diversity Specialist.
- **2003 Student Diversity Leadership Conference, National Association of Independent Schools. Honolulu, Hawaii.** Faculty, and Diversity Specialist.

## Professional Development Facilitation, Training, and School Needs Assessment

**This is a partial list:**

- **Teacher Horizons (recruiting firm),** *Worldwide*
- **Mediterranean Association of International Schools,** *Rome, Italy*
- **Esol Schools,** *Worldwide*
- **Waiahole School,** *Waiahole, HI USA*
- **Wai'anae Complex Area,** *Honolulu, HI USA*
- **Farrington High School,** *Honolulu, HI USA*
- **Sacred Hearts Academy,** *Honolulu, HI USA*
- **Hawaii Deeper Learning Network,** *Honolulu, HI USA*
- **Honolulu District STEM,** *Honolulu, HI USA*
- **Voyager PCS,** *Honolulu, Hawaii USA*
- **Ho'oulu 'Aina,** *Kalihi, Hawaii, USA*
- **Kawaikini Public Charter School,** *Honolulu, Hawaii, USA*
- **St Andrew's Priory / The Prep,** *Honolulu, Hawaii, USA*
- **Nanakuli Elementary,** *Nanakuli, Hawaii, USA*
- **Nanakuli Intermediate and High School,** *Nanakuli, Hawaii, USA*
- **Teach For America,** Honolulu, *Hawaii, USA*
- **Malama Honua Learning Center Charter School,** *Waimanalo, Hawaii, USA*
- **Keolu Elementary,** *Kailua, Hawaii, USA*
- **Ethnomathematics Cohort,** *Honolulu, Hawaii, USA*
- **A'o Hawaii, UH College of Education,** *Honolulu, Hawaii, USA*
- **Kalani High School,** *Honolulu, Hawaii, USA*
- **Castle Complex,** *Kaneohe, Hawaii, USA*
- **Wai'alae Public Charter School,** *Honolulu, Hawaii, USA*
- **Anuenue Elementary School,** *Honolulu, Hawaii, USA*
- **Assumption School,** *Majuro, Republic of the Marshall Islands*
- **Halau Ku Mana,** *Honolulu, Hawaii, USA*
- **Palolo Elementary School,** *Honolulu, Hawaii, USA*
- **St Anthony Kalihi, K-8 School,** *Honolulu, Hawaii, USA*
- **St. John the Baptists, K-8,** *Honolulu, Hawaii, USA*
- **Nanaikapono Elementary School,** *Honolulu, Hawaii, USA*
- **Wai'anae Elementary School,** *Honolulu, Hawaii, USA*
- **Wai'anae High School,** *Honolulu, Hawaii, USA*
- **Makaha Elementary School,** *Honolulu, Hawaii, USA*

## Curricula Authored

- Esol Education. *American Common Core Math. 2021.* Esol Education and Century Teach.
- Ciotti, Kapono. *HIKI NO: Middle School and High School, A Media / Journalism. 2015.* The Pacific American Foundation.
- Ciotti, Kapono. *Waltah the Worm: Grade 2-5 Triple Bottom Line Sustainability. 2015.* Palaka Moon Farms.
- Ciotti, Kapono. *Malama Honua: Grade K-2 A Comprehensive K-2 Curriculum for the Malama Honua Learning Center, Charter Schools. 2014.* The Pacific American Foundation.
- Ciotti, Kapono. *NSF Research Grant: Climate Change Physical Sciences. 2032.* The University of Alaska Fairbanks.
- Ciotti, Kapono. *Kai E'e: Tsunami Grade 9 Physics. 2012.* The Pacific American Foundation.
- Ciotti, Kapono. *A Teachers Guide to the Waikiki Ahupua'a: Grade 3 Wetlands. 2009.* The Pacific American Foundation.
- Ciotti, Kapono. *A Teachers Guide to the Waikiki Ahupua'a: Grade 4 Ahupua'a. 2009.* The Pacific American Foundation.
- Ciotti, Kapono. *A Teachers Guide to the Waikiki Ahupua'a: Grade 5 Streamlife. 2009.* The Pacific American Foundation.
- Ciotti, Kapono. *A Teachers Guide to the Waikiki Ahupua'a: Grade 6 Conservation. 2009.* The Pacific American Foundation.
- Ciotti, Kapono. *Malama Kaho'olawe: Grade 8-9 Biological Science. 2008.* The Pacific American Foundation.

## Publications and Research

**Research:**

Senior Researcher, *The Gewel Tradition Project, Boston, MA, USA* (2005-Present)

**Academic Presentations:**

Hawaiian Colonization and Neoliberalsim, *Universidad Nacional de San Juan, San Juan, Argentina* (2006)

The Gewel of Senegal: Sabar as a living and Modern Art, *Suffolk University, Boston, MA, USA* (2009)

**Publications:**

Klein, J., Ciotti, K., (2022). The Landscape Model of Learning. Solution Tree.

Ciotti, K., Shriner, M., Shirner, B., (2019). *Leadership for Indigenous Education: Culture-Based Communication and the Impact On Student Achievement in Hawaii.* Journal of International Education and Leadership. Volume 9 Issue 2.

Ciotti, Kapono. (2018). Dissertation: *Leadership for Indigenous Education.* Northcentral University, San Diego, CA.

Ciotti, Kapono. (2009). *Sabar as a Living and Modern Art,* Gewel Tradition Blog, Suffolk University. www.gewel.wordress.com Pending print publication.

Ciotti, K. and White, I. (2001). *Botanical Survey and Mapping of Moku O Lo'e,* The Hawaii Botanical Society 40 (1-3).

## Service Leadership

**Founder: Senegal Exchange.** Cultural education and service trip to Senegal, West Africa – A Partnership with the Wo International Center, Punahou School, HI. (2010)

**Director: Majuro Mission.** Service trip to the Marshall Islands, staffing a youth summer program, and conducting professional development for teachers. (2005- 2012)

**Founder / Coordinator: The Kaho'olawe Experience.** Cultural education and service trip to restore the Island of Kaho'olawe, HI. (2002 – 2010)

Trained in:

- **WASC and MSA accreditation visiting committee chair and member**
- **Accreditation Self-Study Coordinator**
- **Culturally Responsive Evaluation and Assessment**
- **Design Thinking For Educators - Facilitator**
- **Common Core Leader II Black Belt Training**
- **Atlas Curriculum Mapping**
- **International Baccalaureate (IB) certified**
- **Advanced Placement (AP) teacher experience**
- **Understanding by Design** curriculum creation, planning, and evaluation, backward mapping
- **Rigor, Relevance Relationship Framework and Model Schools Pedagogy**
- **"Next Generation Assessments",** CWRA and Performance Task  Assessment trained
- **Grant Writing and Implementation**: Successfully writing and implementation of several Multi-million dollar grants
- **Head Coach, Canoe Paddling**: Knowledge of Hawaii's Interscholastic League and other Athletic Programs
- **Collaboratively designed and implemented Maryknoll School's Essential Skills** – Freshman summer school program, and Freshman Seminar – Transition to High School

**Language Fluency:**

> **Native:** English

> **Fluent:** Wolof

> **Moderately Proficient:** French

> **Background in:** Spanish, Hawaiian, Arabic

See KaponoCiotti.com for Vlog and Blog entries

## Video Portfolio

Most Recent Work Featuring Kapono Ciotti



**Celebrating Childhood**



**Creating Success**



**Ka Helena A'o**



**A Conversation with Ted**



**Waialae's Mural**



**High Quality PBL Framework (St...**



**Whole School: From Access to Su..**



**Master Class for School Leaders**



**The Innovation Playlist**





Created with **VisualCV**

# *Resume*

**HERB LEE, JR.**
Pacific American Foundation

---

| | |
|---|---|
| EDUCATION: | M.A., Political Science, University of Hawaii - Mānoa (1980)<br>B.A., Political Science, University of Hawaii - Mānoa (1977)<br>B.A., Psychology, University of Hawaii - Mānoa (1977) |
| AFFILIATIONS: | International Association of Public Participation Practitioners (IAP3)<br>Charter Member, 1990<br>Hawaii Alliance of Non-profit Organizations – 2005<br>CREA Hawaii 2018 |
| EXPERTISE: | Community & public participation strategies/processes in private, public and non-profit sector; Meeting facilitation; Issues & conflict management, mitigation; Emphasis on identification, consultation and resolution of Hawaiian cultural issues and related concerns; Communication planning and implementation; Community networking, building and assessments; Media relations. |
| AWARDS: | Koʻolaupoko Hawaiian Civic club, distinguished Kamaʻaina Award 2022<br>Native Hawaiian Chamber of Commerce, OʻO Award 2017<br>White House,President Obama, Cesar Chavez, Champions of Change, 2014<br>Ka Mana O Ke Kanaka, Association of Hawaiian Civic Clubs 2014<br>Jerry Chang Peacemaker Award Honolulu Rotary Club 2014<br>Historic Preservation, Historic Hawaii Foundation 2011, 2022<br>Partners in Excellence, Hawaii Department of Education 2007 |

## *Private Sector / Government Experience:*

| | |
|---|---|
| *President / Owner*<br>*1987 to Present* | **LEE COMMUNICATIONS, INC**. Kailua, Oʻahu, Hawaii<br>Advise and assist private business, community organizations and government agencies in developing and coordinating a comprehensive public participation plan/process; **Mālama Waiwai LLC**, *from 2012*<br>Community involvement, conflict resolution, meeting facilitation with a specific focus on the caring and nurturing of Hawaiian cultural places, things and resources. |
| *Senior Advisor,*<br>*Honolulu City Council*<br>*Chair, Patsy T. Mink*<br>*1983-1987* | Served as Chief of Staff/aide to Council member Mink on all matters relating to the legislative branch of City government; research, write and represent Council Chair as needed on matters relating to Federal, State and City government, Hawaii State Association of Counties, Neighborhood Boards, community organizations, constituents and business sector. |

## *Non-Profit Sector Experience:*

**President & CEO, Pacific American Foundation/Pacific American Foundation Hawaii Inc** 2018 to present. Executive Director 2005 – 2018; contractor 2000-2004; Non-profit 501c3, established in 1993; annual operating budget $2- 3 million; manage approximately 100 employees and independent contractors statewide on five islands; manage over thirty projects annually.

Principal Investigator, Lōkahi, 21st Century Community Learning Center grant, Hawaii Department of Education/U.S. Dept. of Education $3.0 million, 2021-2026. Mālama Ko'olaupoko, Mālama Honua, 21st Century Community Learning Center grant, Hawaii Department of Education/U.S. Dept. of Education $ 5.0 million 2018-2023

Project Director, E Kulia, Windward District schools, Natural resources and marine sciences management, grade 6-12, USDOE, $2.4 million, 2014-2017

Project Director/Fiscal Sponsor, Castle Complex Re-design and Implementation process, PAF as anchor agency, August 2011 to present.

Pacific American Foundation – Director, Imi Na'auao, STEM mentoring grant, grades 6 - 8 USDOE, $1.5 million; 2009-2012

Pacific American Foundation – Project Director, Mālama Kaho'olawe: Administer Federal US Department of Education Grant, Native Hawaiian Education Act ($1.7 million) for Curricula Development in Hawaii Schools 2006 – 2009

Pacific American Foundation – Project Director, Aloha 'Āina (Hawaiian Ahupua'a): Administer Federal US Department of Education Grant, Native Hawaiian Education Act ($1.7 million) for Curricula Development in Hawaii Schools 2004 – 2007

Pacific American Foundation, Deputy Project Director, Ke Kumu Alaka'i: Gifted & Talented Native Hawaiian program K – 12; U.S. Department of Education Grant ($2.1 million) 2003-2006

Pacific American Foundation, Project Director, Kamalama:  Administer US Department of Education Grant ($1.6 million) for Gifted & Talented Native Hawaiian Emerging Youth Leaders.  2002 – 2005

Pacific American Foundation – Project Director, Kāhea Loko (Hawaiian fishponds): Administer Federal US Department of Education Grant, Native Hawaiian Education Act ($1.2 million) for Curricula Development in Hawaii Schools 2000 – 2003

### *Community/Cultural Interests:*

Indigenous Education Institute (IEI) Member 2020 -2022; Education Incubator Non- profit, Board Chair, 2018-2021; Mālama Honua Public Charter School Governing Board Chair, Oct 2016 to 2022;  Pacific Growth Associates 2013-2021; Founder, Waikalua Loko Fishpond Preservation Society (Non-profit 501c3) Kāne'ohe Business Group - President 1999-2001; Kāne'ohe Rotary Club –Member since 1995; President 1997-98; Pohai Nani Good Samaritan Kauhale Advisory Board, Chair 1999 – 2017 Pohai Nani Foundation, President, 2017- 2024; Ko'olaupoko Hawaiian Civic Club, Board member;   First Baptist Church of Waimanalo – Trustee, Deacon; Hawaii Academy of Recording Arts, Na Hoku winner 1986; Culturally Responsive Evaluation & Assessment (CREA) Hawaii, founding member; Co-Chair, Curriculum Development Committee, Na Lau Lama Statewide Initiative in Hawaiian Education 2006 to present; Na Hopena A'o Advisory Committee to Hawaii Board of Education 2014-15; University of Hawaii Manoa Ethnomathematics Advisory Board, UH Windward Community College Ambassador 2021 to present; EPA – National Environmental Justice Advisory Committee – Indigenous People Working Group – 2011-2014.



# KALINA MEAD

*Seeking to support, serve and teach people of my communities through excellent and equitable education models, mentorship, innovation and culture.*

## EDUCATION

MASTER OF EDUCATION, CURRICULUM STUDIES, STEMS^2
Universitv of Hawaii at Manoa
Honolulu, June 2019

BACHELOR OF EDUCATION, GENERAL EDUCATION K-6
University of Hawaii at Manoa
Honolulu, June 2016

## SKILLS

Team management
Coaching
WASC Coordination
Community Engagement
Early Childhood Education
Program Management
School culture
Curriculum design
STEM
Sense of place
Literacy
Sustainability
Integration of culture
Place based learning

## EXPERIENCE

**4TH GRADE TEACHER**
**FAIRVIEW ELEMENTARY | DENVER | 2022-2023**

**SUMMER CONNECTIONS SENIOR TEAM LEAD, GRADE 2**
**CHELTENHAM ELEMENTARY | DENVER | SUMMER 2022**
- Math and Science STL

**SCIENCE TEACHER, GRADES 4-6, 7-8**
**DENVER GREEN SCHOOL | DENVER | SEPT 2020 - OCT 2021**
- Design and implement unit, Weather and Climate
- Climate Change Advocacy Projects
- Virtual Excursion Day with Senator Micahel Bennet

**LITERACY COACH / 4TH GRADE TEACHER**
**WAIALAE SCHOOL | HONOLULU | 2019-2020**
- General education teacher for core content areas: language arts, mathematics, science, social studies
- Integrated thematic units designed by teachers
- Lucy Calkins and Bridges curriculums

**21ST CENTURY GRANT PROGRAM DEVELOPER**
**PACIFIC AMERICAN FOUNDATION | KANEOHE, HI | 2018-2019**
- Develop, implement, assess a place and culture based after school program for kindergarten-6th grade students under the 21st century federal grant

**ACADEMIC COACH / 4TH GRADE TEACHER**
**KEOLU SCHOOL | KAILUA, HI | 2015-2019**
- Manage articulation for school teams: data, instructional leadership, upper data, lower data, early learning
- Manage, design, implement professional learning for teachers, school and district level teams
- WASC Self Study Coordinator
- New Teacher Mentor, Student Council Advisor, Fitness Team Coach
- School Level Curriculum Coach: Wonders ELA, Stepping Stones Math, iReady Reading and Math, Lucy Calkins

**PEER MENTOR & MATH TUTOR**
**KAPI'OLANI COMMUNITY COLLEGE | HONOLULU | 2013**
- College level math tutor

# M. Biram Stege

## EDUCATION

**San Diego State University**                                    San Diego, CA

*Master in Educational Leadership*                                2003-2006

**Maryville College**                                             St. Louis, MO

*Bachelor in English with a Missouri Teaching Certificate*        1969-1973

## EXPERIENCE

**Principal**                                                     Majuro, MH

Assumption School                                                 2012-Present

- Administer and oversee the day-to-day operation of the school to ensure that the ultimate objective of student learning is addressed, monitored, evaluated, and reported to stakeholders

**Secretary of Education**                                        Majuro, MH

*Ministry of Education*                                           2001-2011

- Oversaw public education system including administrative, finance, human resources, policy and planning, information and technology, management, curriculum, instruction and assessment, and property management for early childhood, elementary, secondary and vocational, and special education.

- Oversaw development and coordinator of American volunteer teaching programs for WorldTeach and Darthmouth programs.

- Developed and implemented teacher professional development programs and resources, including the Curriculum, instruction, and Assessment's Summer Institute Program and the Instructional Services Center.

- Developed and implemented School Enrichment Program for student extracurricular education. Spearheaded the WASC accreditation process for Marshall Is. High School. The school was accredited for the first time.

- Prepared and submitted MOE Annual Reports to the Nitijela and other stakeholders.

**Director, Adult and Continuing Education**                      Majuro, MH

*College of the Marshall Islands*                                 1994-2000

- Directed and responsible for the smooth operation of the Adult Basic Education and GED program

- Developed and implemented the Republic of the Marshall Islands High School Equivalency Program

- Created and supervised professional development courses for the community

- Coordinated a teacher-training program with the University of Guam, offering courses towards a BA in Education

- Promoted learning through technology with the introduction of a computer lab and relevant classes

**Owner and General Manager**                                           Majuro, MH

*Martina Enterprises*                                                   1990-1994

- Started family-owned car rental and repair business

- Expanded business to include house rentals, small retail outlet, and bakery

**Delegate**                                                            Majuro, MH

*2nd Constitutional Convention*                                         1990-1991

- Represented the people of Maloelap Atoll in Republic of Marshall Islands 2nd National Constitutional Convention

**Principal**                                                           Majuro, MH

*Assumption Elementary School*                                          1984-1990

- Developed reading program tailored to individual student's needs and abilities

- Spearheaded successful effort to gain accreditation from the Western Association for Schools and Colleges

- Initiated smaller class sizes for grades one through eight

- Raised teacher salaries to be commensurate with public schools at the time

- Introduced standardized testing at all grade levels

- Spearheaded fundraising effort for new school building

**Teacher**                                                             Ebeye, MH

*Queen of Peace*                                                        1978-1980

- Taught 8th grade, covering all subjects

**Teacher**                                                             Saipan, CNMI

*Mount Carmel School*                                                   1976-1977

- Taught 5th grade, covering all subjects

**Staff Writer and Production Assistant**                               Saipan, CNMI

*Trust Territory Public Affairs Office*                                 1974-1975

- Assisted in writing and producing *Education for Self-Government Notes* newsletter

**Teacher**                                                             Majuro, MH

*Marshall Islands High School*                                          1973-1974

- Taught advanced English classes

## COMMUNITY ACTIVITIES

**Member**                                                              Majuro, MH

*Our Lady of Assumption Women's Club*                                   2016-Present

- Participate and help with church and school related activities, events, and fundraising to help the school and parish meet their needs

**Coordinator**                                                         Majuro, MH

*Mojel Group*                                                           2011-Present

- Founded grassroots women's support group focusing on self support, child development, and education

| | |
|---|---|
| **Board Member** | Majuro, MH |
| *National Teacher Licensing & Certificate Board* | 2011-Present |

- Review and evaluate teacher credentials for licensing to teach in the RMI

| | |
|---|---|
| **Board Member** | Majuro, MH |
| *College of the Marshall Islands* | 2001-2005 |
| *MI Social Security System* | 2000-2004 |
| **Co-chairperson** | Majuro, MH |
| *Assumption Parish Peace and Justice – Development Committee* | 1994-1998 |
| **Chairperson** | Majuro, MH |
| *Fr. Hacker Hall Building Committee* | 1987 |

- Oversaw development and financing of six new classrooms for Assumption Elementary School

ED 002054

# MARK H. STEGE

## EDUCATION

| | | |
|---|---|---|
| MA, Climate and Society | Columbia University | 2013-2014 |
| MBA | Gonzaga University | 2006-2009 |
| BA, Asian Pacific History | Santa Clara University | 1996-2000 |

## EXPERIENCE

Over 17 years professional experience in project design and management across public, private and civil positions, with focus on climate science, assets management, and economic resilience in the Pacific region.

| | | |
|---|---|---|
| Government | Traditional Knowledge Officer, National Weather Service | 2023-present |
| | National Framework for Climate Services Coordinator, National Weather Service | 2023-present |
| | Finance Executive, Maloelap Atoll Local Government | 2015-2023 |
| | Academic & Vocational Counselor, Marshall Islands High School | 2006-2007 |
| | Researcher Assistant, Marshall Islands History Textbook Project | 2003-2006 |
| | General Manager, Marshall Islands Visitors Authority | 2001-2004 |
| Private Sector | Director and Principal Consultant, MarTina Corporation | 2009-present |
| | North Pacific Member, Pacific Is. Private Sector Organization Board of Directors | 2019-present |
| | President, Marshall Islands Chamber of Commerce | 2020-2022 |
| | Private Sector Envoy, RMI-US Compact Economic & Trust Fund Steering Committee | 2020 |
| NGO | Chief Research Advisor, Marshall Islands Conservation Society | 2017-2023 |
| | Executive Director, Marshall Islands Conservation Society | 2015-2017 |
| | Grant Writer, Various Community-based Organizations | 2005-2024 |
| Consultancies | ADB | *Regional Capacity Development Specialist, Atoll Blueprint Project* | 2023-present |
| National and | UUSC | *Atoll Habitability Thresholds: Insights and Experiences of Climate Drivers on Migration* | 2016-2022 |
| *International* | FAO | *FISH4ACP Marshall Islands Purse Seine Tuna Value Chain Sustainability* | 2022-2023 |
| | UNDP | *ACWA National Drought Contingency Plan, SOP, and Water Safety Plan* | 2022-2023 |
| | ADB | *Preparing Urban Services Improvement Project, waste management component* | 2022 |
| | PIFS | *PREP II Regional Knowledge Product* | 2022 |
| | ADB | *Assessment of RMI's Anticipatory Action Potential with a focus on the WASH Sector* | 2021 |
| | FAO | *Marshall Islands Purse Seine Tuna Value Chain Analysis* | 2020-2021 |
| | RMI | *COVID-19 Economic Impact Assessment Consultant* | 2020 |
| | WB | Building Resilience in Pacific Atoll Countries Study | 2019-2020 |
| | UNDP | *Marshall Islands Ridge-to-Reef Project Inception Consultant* | 2019 |
| | UDNP | *UNDP Community Vulnerability Mapping Project Cartographer and Trainer* | 2018-2019 |
| | OXFAM | Raising Pacific Voices Project, Resource Consultant | 2018-2019 |
| | UNDP | Marshall Islands Ridge-to-Reef Project Design Consultant | 2016-2017 |
| | MCT | Vulnerability and Adaptation Planner for German Climate Initiative | 2018 |
| | CMI | US-DOI National Spatial Analytics Facility Project Grant Writer & Coordinator | 2016 |
| | CMI | Homeowner's Handbook to Prepare for Natural Hazards Co-Author | 2015 |
| | UNDP | Nitijela (Parliament) Climate Change Governance Advisor | 2013-2014 |
| | SPREP & UNESCO | Marshall Is. High School Ethno-Science Curriculum Coordinator | 2009-2013 |
| | UNDP | Preparation of SIDS National Report in preparation for the SDGs | 2013 |
| | UNDP | Transport Sector Energy Survey for Greenhouse Gas Abatement, Researcher | 2013 |
| | ADB & SPREP | Majuro Water Sector Climate Vulnerability & Adaptation Assessment | 2010-2012 |
| | ADB | National solid waste management assessment and project design | 2012 |
| | MCT | *Micronesia Challenge Sustainable Finance Planning Consultant* | 2009-2010 |
| | RMI | National Energy Policy and Planning Survey Administrator | 2009 |

## PERSONAL

| | |
|---|---|
| Nationality: | USA and RMI |
| Languages: | Fluent in English and Marshallese. |
| Proficiencies: | Microsoft Office Suite, ArcGIS, SCUBA Diving |

**MARK H. STEGE: DETAILED EMPLOYMENT HISTORY, PUBLICATIONS, AND OTHER BACKGROUND**

A six-page summary of educational and professional experience follows.

**EDUCATION**

| | | | |
|---|---|---|---|
| MA, Climate and Society | Columbia University | New York, New York | 2013-2014 |
| MBA | Gonzaga University | Spokane, Washington | 2006-2009 |
| BA, Asian Pacific History | Santa Clara University | Santa Clara, California | 1996-2000 |
| Diploma | Maryknoll High School | Honolulu, Hawaii | 1996 |
| Certificate of Completion | Assumption Elementary School | Majuro, Marshall Islands | 1992 |

**SELECTED TRAINING WORKSHOPS AND CERTIFICATIONS**

| | |
|---|---|
| December 2023 | Climate Service Communications Training Certificate, Bureau of Meteorology, Government of Australia |
| June 2022 | Asset Management CC 101: Introduction to Climate Adaptation in Asset Management |
| October 2020 | Asset Management 101 Introduction to Asset Management micro-credential, IPWEA New Zealand |
| December 2020 | Asset Management 202 Understanding Requirements micro-credential, IPWEA New Zealand |
| March 2021 | Asset Management 203 Lifecycle Planning micro-credential, IPWEA New Zealand |
| April 2021 | Asset Management 204 Enablers micro-credential, IPWEA New Zealand |
| April 2018 | GIS Digital Shoreline Analysis Systems Training Workshop, College of the Marshall Islands |
| Mar & Aug 2018 | GIS/RiskScape Modelling Drought for Atolls National Training Workshop, NIWA New Zealand |
| April 2013 | Climate Change Diplomacy: Negotiating Effectively under the UNFCCC, United Nations Institute for Training and Research, UNITAR Virtual Learning Environment |
| November 2012 | Climate Adaptation Planning: Cost-Benefit Analysis Training Workshop, SPREP |
| June 2009 | Reimaanlok Coastal Resources Management Certificate of Completion, Coastal Management Advisory Council, RMI |
| July 2008 | Fiduciaries of Investment Funds Training Workshop, Asia Pacific Association for Fiduciary Studies, Majuro, RMI |
| 2002 | PADI Open Water Level 2 SCUBA diving certification |
| 1996 | NAUI Open Water Level 1 SCUBA diving certification |

**EMPLOYMENT HISTORY**

**August 2023 – present**

Position: *National Framework for Climate Services and Traditional Knowledge Specialist*
Organization: Republic of the Marshall Islands Government (funded by GCF and United Nations Environmental Program)
Assignments: Support development of national framework for climate services including developing and validating with key stakeholders a supplement to the national framework for climate investment planning at subnational and sectoral levels; Support United Nations Environmental Program Pacific Office in monitoring progress on the GCF-funded 'Enhancing Climate Information and Knowledge Services for Resilience in 5 Island Countries of the Pacific Ocean Project' (CIS-Pac5; Support development of national meteorological strategy and draft Meteorological Act to mainstream demand-driven climate information services into public finance systems, and mainstreaming climate risk knowledge into sectors including the development of climate sector action and communication plans with associated sector specific climate training programme with focus on the Marshall Islands; Coordinate with SPREP and Australia Bureau of Meteorology to support the Marshall Islands National Weather Service Office to strengthen its science-based forecasting and warning services integration with indigenous and traditional knowledge.

**January 2009 – present**

Position: *Director and Principal Consultant*
Organization: MarTina Corporation (under contract to various clients as identified below)
Assignments: Support ADB TA-6628 Atoll Blueprint Project to assess readiness and gaps for the Blue Economy in four atoll countries including Kiribati, Maldives, Marshall Islands and Tuvalu, organize regional knowledge sharing and policy dialogue events, design concept project for investment, and prepare knowledge product (ADB, Regional, 2023-present); Carry out baseline environmental and infrastructure information survey and support organizational capacity needs assessment for feasibility study of the Majuro Atoll Waste Company component of TA-6028-RMI Preparing Integrated Urban Services Improvement Project (ADB, Majuro: 2022-present); Provide capacity support to national disaster managers in the area of drought contingency, procedures, and water safety planning including desktop literature review, facilitating two vulnerability and mitigation planning workshops at national and community levels, and conducting key informant interviews towards formulation of National Drought Contingency Plan, SOP and Water Safety Plan for the Marshall Islands (UNDP ACWA Project, Kwajalein, Majuro, Neighboring Islands: 2022); Develop and carry out workplan and methodology including interviews, literature review, and draft reports and present key findings for PREP II Knowledge Product on hard structure coastal resilience on Ebeye, resilience integration/mainstreaming within the National Adaptation ('Survival') Plan, and sustainability of project impacts (Pacific Islands Forum Secretariat, Kwajalein and Majuro: 2022); Carry out case study on the potential for anticipatory action in the Marshall Islands WASH sector as part of TA-9464 REG: Pacific Disaster Resilience Program, with key inputs including conducting desktop research, developing and implementing a stakeholder engagement, following up with stakeholders on key data requirements, and co-writing the case study report (ADB, Majuro: 2021); Support development of communications strategy, data collection plan, and budget plan

for the EU-funded FISH4ACP Marshall Islands Purse Seine Tuna Value Chain Analysis to be conducted in 2020-2014 (Food and Agricultural Organization, Majuro 2020-present); Design Atoll Ground Water Monitoring Project and demonstrate GIS applications using smart-phones and citizen science for disaster risk management (Jodrikdrik in Jipan ene eo e Kutok Maroro, Majuro 2020-present); Collation, desk review and synthesis of existing and new data and information on RMI COVID-19 economic impacts for COVID-19 Economic Impact Assessment Report (RMI National Disaster Committee, 2020); Carry out land use study in Laura Village, with focus on ground water as a common-pool resource management and culturally-led enforcement arrangements (UNDP, Majuro 2019-2020); Carry out assessment of the opportunities and challenges for local-level engagement and implementation of adaptation and resilience strategies that can enable long-term habitability in atoll countries including island elevation and population consolidation (World Bank Building Resilience in the Pacific Atolls Study Analytical and Advisory Services, Majuro 2019-2020); Coordinate Raising Pacific Voices Project organizational capacity development over 12 months for nascent NGO group funded by the European Union (Oxfam in the Pacific, Majuro 2018-2019); Develop pedagogical content knowledge resource guide for how to teach Marshallese students about sea level variability and wind-driven wave hydrology as part of RMI National Spatial Analytics Facility project funded by the Department of Interior (Waan Aelon in Majol/College of the Marshall Islands, Majuro 2017); Design and implement GIS hazards risk analysis of flood risk on Majuro and tropical cyclone frequency of occurrence across the RMI EEZ, support assessment of infrastructural capacity on Majuro for local evacuation and sheltering, relief operations during the onslaught of disasters, and immediate post-disaster operations, and co-author Homeowner's Handbook to Prepare for Natural Hazards: Marshall Islands (UH SeaGrant Program and College of the Marshall Islands, Majuro: 2015); Contribute climate policy, plan and guideline for policy formulation and conduct climate change education seminars for 33-member Nitijela Parliament as part of AUSAID-funded Project Supporting Pacific Parliaments to Tackle Climate Change to enhance the Marshall Islands' capacity for disaster risk reduction, preparedness, and effective emergency response with links to longer-term sustainable development in the face of climate change (UNDP, Majuro. 2013-2014); Team leader to facilitate national consultations with governmental and civil society stakeholders and develop the Marshall Islands SIDS national report as part of preparations for the post-2015 international development agenda (UNDP, Majuro. 2013); Lead development of advocacy briefs using print, social or other media to the RMI Ministry of Education based on curricular research design, bibliographic survey, and piloted study laboratory and coursework as part of community and school partnership and ethnoscience curriculum project at Marshall Islands High School (UNESCO and SPREP, Majuro: 2009-2013); Carry out data collection for island land, sea and air transport on RMI national transport sector under Pacific Islands Greenhouse Gas Abatement through Renewable Energy Project (UNDP, Majuro: 2013); Carry out VA assessment of and support cost–benefit analysis to identify the best options for Australian DFAT investment into Majuro's airport reservoir infrastructure under the GEF-Pacific Adaptation to Climate Change project (SPREP, Majuro: 2012); Conduct baseline assessment of national solid waste sector and develop investment options under TA 7910-REG: Solid Waste Management in the Pacific (ADB, Majuro: 2012); Team leader in 5-person VA assessment of the Majuro water sector and develop costed adaptation options including infrastructure improvements surrounding the Majuro airport water reticulation system and written guidance for the legislative reform of the Majuro Planning and Zoning Act 1987 to enhance climate change resilience mechanisms including vulnerability zoning, development controls, and building codes particularly for public buildings and evacuation centers; work conducted under TA 7394-REG: Strengthening the Capacity of Pacific Island Member Countries to Respond to Climate Change (ADB, Majuro: 2010-2012); Formulate and ground-truth the Micronesia Challenge Business Plan, including the planning and managing of technical regional co-operation strategies as part of a $54 million endowment investment framework for CNMI, Guam, FSM, RMI, Palau (Micronesia Conservation Trust, Pohnpei: 2009-2010); Carry out development of multimedia teacher training tools for Marshallese ELLs (Spokane Public Schools, Spokane: 2010); Undertake diagnostic study to help determine areas requiring institutional strengthening and capacity building support, and carry out consultation with key stakeholders at national and subnational level and also at the regional level, and provide guidance and support to the Micronesia Challenge Regional Organization in terms of communications, institutional, and operational arrangements for the development of a sustainable finance and investment plan (The Nature Conservancy, Guam: 2009); Co-author 450-household energy survey and analysis to inform demand-side national energy planning (RMI Ministry of Resources and Development, Majuro: 2009); Conduct research for national fuel imports and sales, national retail capacity for energy products, and local liaison for international consulting team tasked to develop EU-funded national RMI Energy Policy and Action Plan (Environment & Energy Consultants, Ltd, Fiji: 2009); Conduct product development for energy savings company resulting in $50,000+ in sales (iLand Energy Savings Company, Majuro: 2009-2010); Conduct literature review and diagnostic study for RMI National Capacity Self-Assessment under the UNFCCC, UNCBD and UNCCD; Carry out gap analysis of past, current and planned activities to identify the RMI's remaining obligations under international conventions (OEPPC: 2008).

**January 2012 – December 2023**
Position:          Finance Executive
Organization:      Maloelap Atoll Local Government
Assignments:       Upon being elected as a member of the 17-person Maloelap Atoll Council, selected by the Mayor of Maloelap Atoll to assume oversee executive financial duties including managing budgets, grant writing, the processing of all accounting transactions and countersign expenditures and receipts, including billings, accounts payable and receivable, payroll, collections, and cash receipts for the Local Government.

**March 2017 – May 2022** (project-specific focus on Atoll Habitability Thresholds in Majuro Maloelap and Wotho atolls)
Position:          Consultant, Atoll Habitability Thresholds: Insights and Experiences of Climate Drivers on Migration Project

Organization: United Universalist Services Committee (UUSC) in support of Jodrikdrik in Jipan eo e Kutok Maroro (Jo Jikum) and Marshall Islands Conservation Society (MICS) in partnership with the respective atoll local governments of the project sites along with project partners including University of Hawaii Law School (UH), University of Pacific Department of Geological and Environmental Sciences (UOP), Micronesia Conservation Trust (MCT), International Union for Conservation of Nature Oceania (IUCN), Marshall Is. Marine Resource Authority (MIMRA), Ministry of Natural Resources and Commerce (NRC), Ministry of Cultural and Internal Affairs Lands & Survey Division (CIA), Marshall Is. Epidemiology & Prevention Initiatives (MIEPI), Department of Interior (DOI) Coral Reef Initiative.

Assignments: *General*: Improve upon national Reimaanlok guidelines surrounding flood risk and water security, with the aim to enable the more effective and efficient execution of disaster/emergency management in the RMI through enhanced use of technology and improved governance of atoll resources through community empowerment.

*Detailed*: Pilot community-based adaptation pathway planning program surrounding degrading atoll ecosystem services due to increasing flood risk, salination of groundwater, and increasingly variable rainwater supplies with the aim to improve governance of atoll resources through community empowerment over questions including 'how much flood risk is too much?' and 'what amount of groundwater and rainwater is adequate?' and 'what constitutes potable water?' (Majuro, Maloelap, and Mejit: 2017-2018); Conduct diagnostic of the Ebeye fish industry including market characteristics and a value chain analysis of the Kabin Meto fishery, in support of the subnational governments, civil society and the private sector to enable strengthened participation by these groups in fisheries governance to alleviate social-ecological challenges, with the aim to support the design of integrated legal and policy instruments including protected areas and sustainable use regulations of ecosystem goods and services. (Wotho, Kwajalein: 2018); Carry out a vulnerability and adaptation (VA) assessment of the coral reef, shoreline ecosystems and associated coastal infrastructure, vegetation and food crops, and community health in Mejit, and support cost–benefit analysis to identify the best options for Australia DFAT investment under the German BMU project 'Building the Resilience of Communities and their Ecosystems to the Impacts of Climate Change in Micronesia and Melanesia' (Mejit, 2017); Carry out a VA assessment of the marine and terrestrial resources including households in Wotho, and support cost–benefit analysis to identify the best options for investment under the German BMU project 'Building the Resilience of Communities and their Ecosystems to the Impacts of Climate Change in Micronesia and Melanesia'. This included mapping the island of Wotho based on flood risk from sea level rise under conservative emission scenarios into 2030, 2050, and 2090. (Wotho: 2017); Carry out Ridge-to-Reef Project Preparation Grant for the design of a GEF $3.9 million project including the development and implementation of a methodology for rationalizing ongoing GEF performance reviews and implementation of project M&D arrangements, and providing communication briefs and advisories for multi-stakeholder input into project design (Aur, Ebon, Likiep, Mejit, Wotho: 2017); Provide geospatial and GIS mapping expertise to the Ridge-to-Reef Project Preparation Grant team (Aur, Ebon, Likiep, Mejit, Wotho: 2017); GIS and community engagement adviser to the RMI EPA Coastal Protection Guide project, compiling spatial data on Majuro and Kwajalein and advising gaps requiring additional data gathering (Majuro and Kwajalein: 2016); Manage national spatial analytics capacity building project, including designing 100-meter depth boundary for near-shore marine areas, establish and coordinate national GIS organisational network and partnership including identifying and maintaining contact with agency focal points in the CMAC GIS User Group, lead efforts to compile existing spatial data in the RMI, establish the first ever publicly accessible national GIS portal for the RMI, and collating and quality-checking incoming GIS data (All atolls and islands in the Marshall Islands: 2016)

**January 2015 – July 2017**

Position: *Executive Director*
Organization: Marshall Islands Conservation Society
Duties: Develop annual work programs and budgets with a focus on implementing the Reimaanlok process with an understanding of the cultures and traditions of the Marshall Islands, inclusive of tasks, milestones, and timeline for each project work program within national operational and local social and cultural settings; develop new project proposals, liaise with donors, and apply for grant funding for these proposals.

**2005-2012**

Position: *Freelance Grant Writer and Journalist*
Duties: Developed second draft of the College of the Marshall Islands Master Plan (College of the Marshall Islands: 2005); commissioned to develop over 15 investigative reports on a wide variety of current issues in the Republic of the Marshall Islands (Marshall Islands Journal: 2006); led submission to the Upward Bound Math and Science Program (College of the Marshall Islands: 2012); led submission to the National Science Foundation Discovery Research K-12 Program (College of the Marshall Islands: 2012).

**Summer 2008**

Position: *Graduate Intern*
Organization: Office of Environmental Policy and Planning Coordination, RMI
Duties: Supervision/preparation of Short-Term Climate Change Communications Strategy, country water assessment reporting to the UN Office of Statistics, and organizational capacity development

**Spring 2008**

Position: *Teaching Assistant*
Organization: Dr. Holly Barker, Climate Change in the Marshall Islands Course, Department of Anthropology, University of Washington
Duties: Co-taught course on the socio-economic implications of climate change in the Marshall Islands, with a focus on community engagement and information technology.

**2005-2006**

Position: *Academic and Career Counselor*
Organization: Marshall Islands High School

Duties:          Provided administrative assistance and academic and career counseling services for grades pre-nine through twelve students within local social and cultural settings. Developed and managed the school "College Prep" program, including parent outreach. Developed student database for school counseling department. Created a 4-week career awareness curriculum for the school and arranged for student standardized testing services

**2003-2006**
Position:        *Research Assistant, Marshall Islands History Textbook*
Organization:    Contacted by Dr. Julie Walsh for Pacific Resources for Education and Learning, in service to RMI Ministry of Education
Duties:          Co-authored first comprehensive historical account of the people of the Marshall Islands from prehistory to modern day for secondary school social studies curriculum.

**2001-2004**
Position:        *General Manager*
Organization:    Marshall Islands Visitors Authority, Republic of the Marshall Islands
Duties:          Formulated and implemented annual work plans, budget, and year-end reports. Oversaw daily operations and affairs of tourism development in the Marshall Islands, including product development, marketing, and environmental protection. Served as secretary and chief executive officer of Board of Directors. Supervised 7 employees output, recruitment, training, compensation and attendance.

**2001**
Position:        *Presidential Aid, Office of the President, Republic of the Marshall Islands*
Duties:          Drafting speeches, position papers, and correspondence; representing the Office of the President in meetings.

**2000**
Position:        *Classroom Teacher, Queen of Peace High School, Republic of the Marshall Islands*
Duties:          Taught 9th grade Ancient History and 10th grade Geography.

**1999**
Position:        *Undergraduate Intern*
Organization:    RMI Ministry of Resources, Development, and Works
Duties:          Project design for *Outer Island Renewable Energy Electrification* proposal included in the RMI Public Service Improvement Program.

## PUBLICATIONS

Van der Geest, K., Burkett, M., Fitzpatrick, J., Stege, M. and Wheeler, B. (2020). Climate change, ecosystem services and migration in the Marshall Islands: Are they related? Climatic Change 161.1: 109-127.

Stege M.H.N. (2018) Atoll Habitability Thresholds. In: Leal Filho W., Nalau J. (eds) *Limits to Climate Change Adaptation*. Climate Change Management. Springer, Cham.

Sterling, E. J., Filardi, C., Toomey, A., Sigouin, A., Betley, E., Gazit, N., ... Stege, M. ... & Blair, M. (2017). Biocultural approaches to well-being and sustainability indicators across scales. Nature ecology & evolution, 1(12), 1798.

Hess, D., Hwang, D., Fellenius, K., Robertson, I., Stege, M., Chutaro, B. (2015). Homeowner's Handbook to Prepare for Natural Hazards. UH Sea Grant.

Walsh, Julianne. (2012). *A Marshall Islands history: Etto nan Raan Kein* / Julianne M. Walsh, in collaboration with Hilda Heine ; with the assistance of Carmen Bigler and Mark Stege. Bess Press: Honolulu.

## PRESENTATIONS AND POSTERS

2020      Statement to the Forum Economic Ministers, Private Sector Dialog. August 11, 2020. Co-Presenter.

2020      Course lecture on "The politics-to-science-to-policy spectrum" at UC-Irvine Department of Public Health, April 27, 2020. Lecturer.

2019      Localizing Adaptation in the Marshall Islands. 3rd RMI National Climate Change Dialog, May 22-23, 2019. Presenter.

2019      Understanding issues of localising adaptation and how it can contribute to the RMI NAP activity. Internal Dialogue Workshop on the RMI National Adaptation Plan (NAP), April 16, 2019. Presenter.

2018      The Role of Climate Change and Ecosystem Services in the Migration Decisions of Marshallese Islanders. 2nd RMI National Climate Change Dialog, February 21-23, 2018. Co-Presenter with J. Fitzpatrick, M. Burkett, and K. van der Geest.

2018      Human Rights Based Investigation into Atoll Habitability and Potential Climate Drivers on Migration in the Marshall Islands: Final Report. Marshall Islands Conservation Society, October 30, 2018.

2018      Precision Agroforestry Mapping in the Marshall Islands. Pacific GIS/RS Conference, November 26-30, 2018.

2017      Reimaanlok Socioeconomic and Flood Risk Monitoring. Reimaanlok Workshop. CMAC, October 13, 2017.

2017      Reimaanlok Case Studies. National Oceans Summit. CMAC, February 15, 2017.

2016      Reimaanlok and Disaster Risk Management in the Marshall Islands. Symposium on Climate Displacement, Migration, and Relocation, University of Hawaii School of Law, December 13-14, 2016.

2016      Local Perspectives: Mejit Story Mapping. Symposium on Climate Displacement, Migration, and Relocation, University of Hawaii School of Law, December 13-14, 2016.

| | |
|---|---|
| 2015 | Expert Group Meeting on "Integrated Approaches for the Implementation of the SAMOA Pathway and the post-2015 development agenda: Focus on Linkages between SIDS, Climate Change, and Ocean and Seas, September 2-3, 2015. |
| 2015 | Governance Ideas from an NGO. UNDP Forum on Governance for Sustainable Human Development, May 12-13, 2015. |
| 2015 | Validation of DEM data derived from World View 3 stereo imagery for low elevation Majuro Atoll, Marshall Islands, ASPRS Annual Conference, May 4-8, 2015. Co-Presenter with R. Lunetta and D. Davis. |
| 2012 | Harnessing Climate Change for Cultural Preservation in the Marshall Islands. European Society of Oceanists Conference Panel on Appropriating Climate Change, December 5-8, 2012. |
| 2012 | *Jaññōr* Windward Forest Project:  Marshall Islands High School Update on Past 2 Years, Pacific Islands Bilingual and Bicultural Association International Conference, June 25-28, 2012. |
| 2011 | High Resolution DEM Creation for the Majuro Airport, Pacific GIS Users Conference, November 28-December 2, 2011. |
| 2011 | Strengthening Water Resilience to Climate Change in Majuro Atoll, Columbia Center for Climate Change Law and the Republic of the Marshall Islands -- Threatened Island Nations: Legal Implications of Rising Seas and a Changing Climate, May 23-25, 2011. Poster. |
| 2009 | Changing Atolls, Changing Lives: Climate Change in the Marshall Islands. Assumption Symposium on Climate Change, June 24, 2009. |
| 2009 | Recent Movements of the ITCZ in the Tropical Pacific and Ramifications for the Marshall Islands, University of Copenhagen Climate Congress, March 10-12, 2009. Co-Presenter with Dr. Julian Sachs and Terry Keju. |
| 2008 | Climate Change in Coral Atoll Nations: The Marshall Islands. University of Washington Burke Museum of History and Culture Focus the Nation – Climate Change Impacts on Indigenous Populations, January 31, 2008. |
| 2007 | Marshall Islands: What Life is Like on the Ground. Climate Change in the RMI Workshop, University of Washington, Seattle, Washington, March 3, 2007. |

## CONSULTANCY REPORTS AND OTHER NOTABLE WORKS

Samuai, J., Singh, K., Stege, M., et al. (2022). Resilient Development Financing in the Pacific: the PREP Experience / Pacific Islands Forum Secretariat (PIFS). Suva, Fiji: Pacific Islands Forum Secretariat, 2022. Available at https://www.resilientpacific.org/sites/default/files/2023-03/Resilient%20Development%20Financing%20in%20the%20PREP%20Experience_Final_20221027.pdf

Wilkinson, E. and Stege, M. (2022). Case Study Assessment of RMI's Anticipatory Action Potential with a Focus on the WASH Sector. Prepared for the Asian Development Bank. https://www.adb.org/projects/documents/rmi-50028-001-tacr

Stege, M. et al. (2021). Marshall Islands Chamber of Commerce Position Paper on the RMI-US Compact of Free Association. Prepared for the Ministry of Foreign Affairs.

Stege, M. (2020). Impact of COVID-19 on the RMI Economy. Prepared for the National Disaster Committee Ad hoc SubCommittee.

Van der Geest, K., Burkett, M., Fitzpatrick, J., Stege M. & Wheeler, B. (2019). Marshallese perspectives on migration in the context of climate change. IOM Policy Brief 5 (1): 1-12. https://environmentalmigration.iom.int/policy-brief-series-issue-1-vol-5-marshallese-perspectives-migration-context-climate-change

Van der Geest, K., M. Burkett, J. Fitzpatrick, M. Stege and B. Wheeler. (2019). Marshallese migration: The role of climate change and ecosystem services. Case study report of the Marshall Islands Climate and Migration Project. Available at www.rmi-migration.com

Stege, M., van der Geest, K., Burkett, M., Ervin, D. (2019). Fact sheet on atoll habitability and Marshallese migration. University of Hawaii Environmental Law Program.

Stege, M. (2018). Ebeye Fish Market & Kabin Meto Value Chain Analysis. MCT and MICS.

Stege, M. (2017). Wind-driven sea surface displacement and ocean currents in the Marshall Islands. Prepared for Waan Aelon in Majol as part of subgrant for the CMI National Spatial Analytics Facility Project, Department of Interior Coral Reef Initiative Program.

Stege, M., Stege, T., Newell, J. (2017). Coming Together and Looking Forward in the Marshall Islands: Case Study on How Do We Build Culturally-Grounded Indicators of Resilience and Adaptation, and Address the Disconnect Between Local and Global Indicators? *Environment & Society: Advances in Research*, Volume 8.

Lenoci, J., Stege, M., and Barton, J. (2017). GEF-5 Marshall Islands Ridge-to-Reef Project Document. UNDP.

Stege, M. and Muhlhausen, J. (2016). Mapping the Island of Wotto: Evaluating Flood Risk from Sea Level Rise. IUCN and MICS.

White, R., Stege, M. and Fellenius, K. (2015). Republic of the Marshall Islands Oceans and Tides Capacity Mapping Report. COSPPac. 22 pp.

Stege, M. & Stege, K. (2015). Republic of the Marshall Islands: SIDS National Report. UNDP.

Stege, M. (2014). Analysis of tropical cyclones in the Marshall Islands and implications for Disaster Risk Management. Prepared in fulfillment of master's degree requirements at Columbia University.

Stege, M. (2014). Nitijela Climate Change Briefing Packet, including provision of policy advice and support to the Government through the Parliament on options for revising the governance and institutional arrangements across RMI Acts, Regulations, Policies, and Action Plans relevant to disaster and climate change management. UNDP.

Serrona, K. and Stege, M. (2014). Solid Waste Management in the Pacific: The Marshall Islands Country Snapshot. ADB.

Stege, M. and Stege, T. (2013). Republic of the Marshall Islands: SIDS National Report by the RMI Ministry of Foreign Affairs in preparation for the Third International Conference on Small Islands States in Apia, Samoa 2014.

Stege, M. (2013) PACC vulnerability and adaptation (VA) assessment for the Majuro water sector, Republic of the Marshall Islands. SPREP.

Stege, M. (2012). Evaluation and Financial Report: UNESCO Project 5652021005 MAS - Planting Resilience to Climate Change at MIHS. RMI Ministry of Education.

Stege, Mark. (2012). "When It Hits Home…" Huffington Post. April 22, 2012. http://www.huffingtonpost.com/mark-stege/climate-change-marshall-islands_b_1443075.html.

Stege, M., Stege T., Muller, R., Ishoda, A. (2010). Marshall Islands Climate Impact Assessment Report. ADB and OEPPC.

Stege, M., Stege T., Muller, R., Ishoda, A. (2011). Marshall Islands Climate Vulnerability and Adaptation Report. ADB and OEPPC.

Walsh, S. and Stege, M. (2010) Sustainable Finance Plan for the Micronesia Challenge. Micronesia Challenge Regional Office, Micronesia Conservation Trust, and The Nature Conservancy.

Walsh, S. and Stege, M. (2010) Fundraising Analysis for the Micronesia Challenge, with S. Walsh. Micronesia Challenge Regional Office, Micronesia Conservation Trust, and The Nature Conservancy.

Stege, M. (2010) Sustainable Finance Analysis of the Micronesia Challenge. Prepared in fulfillment of MBA degree requirements at the University of Hawaii Business School.

Stege, M. and Wade, H. (2009) RMI 2009 Household Energy Survey Report, with H. Wade. Prepared for RMI Ministry of Resources and Development.

Stege, M. (2009). Planting Resilience: Measuring Youth Climate Change Perceptions Report. Prepared for Micronesia Challenge, Marshall Islands Conservation Society, and RMI Ministry of Education School Enrichment Program.

Stege. M. (2008). Solar Energy Industry Analysis: Vertical Integration or Bust. Prepared in fulfillment of MBA degree requirements at Seattle University Business School.

## PROFESSIONAL ASSOCIATIONS

| | | |
|---|---|---|
| 2019-present | Pacific GIS and Remote Sensing Council | National Focal Point, Marshall Islands |
| 2016-present | Marshall Islands GIS User Group | Co-Founder/Secretary |
| 2018-present | Marshall Islands Chamber of Commerce | Member |
| 2001-2005 | Pacific Asia Travel Association, Micronesia | Board of Directors |

## COMMUNITY SERVICE

| | | |
|---|---|---|
| 2019-present | Pacific Islands Private Sector Organization | Board of Directors, Micronesia subregion representative |
| 2020-2023 | Majuro Water & Sewage Company Board of Directors | Vice Chairman |
| 2020-2021 | Marshall Islands Chamber of Commerce | President |
| 2018 | Marshall Islands Chamber of Commerce | Vice President |
| 2012-2020 | *Jodrikdrik in Jipan ene eo e Kutok Maroro* (JO JIKUM) | Board of Directors |
| 2020-2021 | College of the Marshall Islands Board of Regents | Member, and Academic Committee Chairperson |
| 2020 | RMI Compact Economic Steering Committee | Private Sector Envoy |
| 2018-2019 | Marshall Islands Chamber of Commerce | Vice President |
| 2017-2020 | Assumption Schools Board of Director | Member, and Secretary/Treasurer |
| 2011-2015 | *Djarrot Reimaanlok* Community Action Group | Founding Member |
| | Established inter-organisational network and partnership across community, local government, and national levels to develop and implement climate awareness/adaptation initiatives in Rita and Jenrok villages in the Marshall Islands. | |
| 2016 | 2016 Post Disaster Needs Assessment (PDNA) | Reimaanlok Socioeconomic Data Analyst |
| 2013 | National Water and Sanitation Policy Writing Group | Lead Author on the Climate Change Section |
| 2002-2006 | RMI Environmental Protection Authority, Majuro, MH | Board of Directors |
| 2003-2006 | Marshall Islands Basketball Federation | Secretary |

# Shannon L. Davidson, Ph.D

Leader, Applied Research and Equitable
Evaluation



## Primary areas of expertise

- Program Evaluation
- Technical Assistance
- Partnerships
- Trauma-informed Practice
- Family engagement
- Social Determinants of Health
- Culturally Responsive Education

## Education

Ph.D., Education, Department of International & Comparative Education (ICE), Graduate School of
Education, Stanford University, Stanford, CA                                               2015

M.A., Education, Department of International & Comparative Education (ICE), Graduate School of
Education, Stanford University, Stanford, CA                                               2006

B.A., English, Pomona College, Claremont, CA                                              2001

## Professional experience

**Education Northwest, Portland, OR**                                        **2021 - Present**
*Leader – Applied Research and Evaluation*

- Serve as a core member of the Research and Evaluation leadership and supervisory teams
- Lead partnership efforts to support policy makers, practitioners, and other education stakeholders in
  using research and evidence to improve equitable educational outcomes for all learners.
- Design, oversee, and lead a portfolio of mixed-methods research projects including scoping and
  budgeting, negotiating with clients, managing project teams, and mentoring project staff.
- Conduct quality assurance reviews at all phases of the applied research, writing, and product
  development process to ensure data collection protocols, procedures, reports and other products are
  of the highest quality.

**NPC Research, Portland, OR**                                                   **2019-2021**
*Evaluation Project Director & Research Associate*

- Directed a portfolio of evaluation studies pertaining to community and public health issues such as
  education, child welfare, and civil legal aid services.
- Facilitated learning networks and provided TA in trauma-informed practices for practitioners
- Supervised research teams.

- Directed and conducted data analysis that promotes empowerment and maximizes utility for clients, supporting partners to translate data into meaningful action.

**Education Northwest, Portland, OR**                                    **2015-2019**
*Senior Advisor-Postsecondary Readiness, Youth Development and Evaluation*
- Led research and evaluation projects for a diverse portfolio of clients from state agencies, foundations, and local districts.
- Specialized in projects related to youth development, social & emotional learning (SEL), trauma-informed practices, and social determinants of health.
- Led a federally funded Institute for Education Sciences research partnership with the Affiliated Tribes of Northwest Indians.
- Created research-based technical assistance resources such as a trauma-informed practice guide for postsecondary educators, materials on SEL for K-12 educators, and a data improvement guide for Washington's state education agency.
- Collected and analyzed data to produce reports on education topics of regional and national interest.

## Related project experience

**Alaska State Family Engagement Center**                               **2022-present**
*U.S. Department of Education* | External Evaluation Lead
Education Northwest is partnering with the Association of Alaska School Boards (AASB), the State of Alaska Department of Education and Early Development (DEED), and more than 30 partners to implement and evaluate the Alaskan State Family Engagement Center (AFEC). AFEC is funded by a 5-year Statewide Family Engagement Centers Program (SFEC) grant, issued under the U.S. Department of Education, Office of Elementary and Secondary Education. AFEC works with community, state, local education agencies, student, tribal and family partners to build capacity for effective school/family partnerships that support equity, student opportunities and achievement, and students' and families' social and emotional needs. AFEC provides evidence-based professional learning and support to meet the needs of nearly 60,000 predominantly rural or Alaska Native students and families spanning fourteen school districts and 203 schools. As the External Evaluation Lead, I work closely with AFEC program staff and a team of analysts to design and conduct evaluation activities that assess implementation and impact of the programming on on academic outcomes, family-school relationships, and school climate outcomes across the state.

**National Process, Outcomes, and Impact Evaluation of Public Health AmeriCorps**    **2022-present**
*Americorps* | Task 2 Lead
Education Northwest is subcontracting with JBS International to conduct a national process, outcomes, and impact evaluation of Public Health Americorps (PHA). AmeriCorps wants to understand how PHA advances toward its goals and how national service can develop a new generation of public health leaders ready to respond to the public health needs in their communities, particularly those that are underserved. The evaluation will also document how PHA helps communities respond to and recover

from the pandemic. As Task 2 Lead, I work with a team of analysts to conduct an annual scan of source documents from funded PHA programs. Based on the annual scan, our team will conduct an annual meta-synthesis to assess the factors associated with progress toward implementation goals. The annual scan and meta-synthesis allow AmeriCorps and the CDC to interpret information across the funded PHA programs, helping to develop an overarching classification of PHA-funded program types while measuring progress toward shared goals within and across the program types.

**Evaluation of African American / Black Student Success Plan**                    **2019-2021**
*Oregon Department of Education*| Project Co-lead
As part of a shared contract with NPC Research, Education Northwest led the external evaluation of program initiatives for the African American/Black Student Success (AABSS) Plan, funded by House Bill 2016 and implemented by the Oregon Department of Education's Office of Equity, Diversity, and Inclusion. The AABSS Plan awards grants to early learning service providers, school districts, postsecondary institutions, and community-based organizations to design, implement, improve, expand, or revise programs and services for African/African American/Black/African diaspora students and families. I shared responsibility with the other project co-lead in all aspects of study design, data collection, client communication, project management, analysis, and reporting.

**Evaluation of Kaiser Permanente Northwest (KPNW) Reducing Barriers to Attendance**    **2018-2020**
*Kaiser Permanente NW*| Project Lead
Education Northwest evaluated a grant funding seven community-based organizations and their partners to implement innovative approaches to reducing chronic absenteeism in Oregon and southwest Washington. The grantees implemented a variety of initiatives including trauma-informed practices, family education, and culturally specific youth development programming to address social determinants of health that impact attendance. I took the lead on writing the proposal, designing the methods, scoping the budget, leading a five-person team to conduct a mixed-methods implementation study, and designing interactive deliverables to support partners in building capacity to use data for their own continuous improvement processes over time.

**Tribal Educators' Alliance**                                                 **2017-2020**
*REL Northwest*| Lead
Through its role as the host organization of IES-funded REL Northwest, Education Northwest facilitated the Tribal Educators Alliance (TEA) in partnership with the Affiliated Tribes of Northwest Indians (ATNI). The TEA brought indigenous education leaders together from state and local education agencies as well as Tribal government leaders and elders to share knowledge, develop resources and support local efforts to promote Tribal sovereignty through education initiatives.

## Publications

Conner, J., Goldstein. M., Mammen, J., Phillippo, K., Pope, D., Hernandez, J., & Davidson, S. (forthcoming). The Power of Student-Teacher Relationships: What Students and Teachers Do to Build Positive Reciprocal Relationships. *American Journal of Education.*

Phillippo, K., Davidson, S., Pope, D., & Conner, J. (2017). A Systematic Review of Student Self-Report Instruments That Assess Student-Teacher Relationships. *Teachers College Record,* 119(9).

Davidson, S. (2017). Trauma-Informed Practices for Postsecondary Education: A Guide. *Education Northwest and Oregon Community College Association's Student Success Center*.

Davidson, S., & Adams, J. (2013). Adversity and internalizing problems among rural Chinese adolescents: the roles of parents and teachers. *International Journal of Behavioral Development*, 37(6).

## Presentations

Davidson, S.; Tate-Woodson, T. (April 2021) Trauma-Informed Practices for Tennessee Reconnect Initiative. Tennessee Higher Education Commission. (Nashville, TN)

Conner, J.; Davidson, S.; Goldstein, M.; Hernandez, J.; Manmen, J.; Phillippo, K.; Pope, D. (April 2021) Research with Rather Than on Youth: Centering Youth in Student-Teacher Relationship Research. AERA National Annual Meeting (Virtual)

Davidson, S. (2020) Equity in Trauma-Informed Practices for Postsecondary Education. National Academy of Sciences, Engineering, and Medicine Committee on Supporting the Whole Student: Mental Health, Substance Abuse, and Well-being in Higher Education. (Washington, D.C.)

Davidson, S.; Pittman, K.; Tollefson, S. (2017) Sense of Belonging and Youth Success: Research and Promising Strategies. Ready by 21 National Meeting (Austin, TX)

Davidson, S.; Tollefson, S.; Lewis, K.; Bates, L. (2016) Social Belonging: Why it Matters and How to Promote it. Oregon GED Summit (Tigard, OR); Oregon School Counselors Association (Portland, OR), Oregon Afterschool Conference (Salem, OR) and Reach Higher Summit (Bend, OR), Oregon's 21st Century Community Learning Centers Spring Conference (Monmouth, OR)

## Service

- Regional Advisory Board member, Playworks Pacific Northwest. Portland, OR, 2016-present

# Elizabeth Vale Gandhi

Managing Researcher, Applied Research and Evaluation
Applied Research and Equitable Evaluation



## Primary areas of expertise

- Pre-K-12 Applied Program Evaluation
- Project Leadership
- Mixed Methods Data Collection, Analysis, and Reporting

## Education

Ph.D., Applied Developmental Psychology and Systems Science, Portland State University, Portland, Oregon                                                                2006

M.S., Human Development and Family Studies, Oregon State University, Corvallis, Oregon          1999

B.S., Psychology, Lewis and Clark College, Portland, Oregon          1996

## Professional experience

**Education Northwest, Portland, Oregon**                                    **2014-present**
*Managing Researcher, Applied Research and Evaluation*
- Leads and manages evaluation projects, designs evaluation plans, collects and analyzes data, researches and writes reports on regional and national topics of interest
- Conducts interviews, focus groups, and surveys; analyzes data; and summarizes findings for evaluations
- Employs quantitative and qualitative methods to conduct research and formative and summative program evaluations

**RMC Research Corporation, Portland, Oregon**                                    **2006-2013**
*Research Associate*

**Education Northwest (Formerly the Regional Education Laboratory)**                **2004-2006**
*Evaluation Associate*

**Regional Research Institute, Portland, Oregon**                                    **2001**
*Research Assistant*

**NPC Research, Portland, Oregon**                                    **2000-2001**
*Research Assistant*

**Portland State University, Portland, Oregon**                                    **1999-2006**
*Research Assistant*

**Child Development Center, Corvallis, Oregon**                                    **1997-1999**
*Head Start Family Outreach Coordinator*

## Directly related project experience

**Children's Institute Early School Success Evaluation**                    **2024-present**
*Children's Institute* | Role: Project Lead
Leading an evaluation to examine how the Early School Success initiative is implemented in districts and schools. This includes consideration of how key informants view the initiative's benefits for student engagement, systemic change, coordinated district efforts, and alignment of instruction and classroom strategies. The evaluation uses mixed methods, drew on available quantitative data, and incorporated newly collected data to answer questions about Early School Success' implementation and scaling strategies.

**Seattle Preschool Program Process Evaluation**                    **2024-present**
*Seattle Department of Education and Early Learning* | Role: Co-project Lead
Co-leading an evaluation with the subcontractor American Institutes for Research to examine how programs differentiate best practices to meet the cultural, linguistic, and learning needs of children enrolled in Seattle Preschool Program's (SPP) Dual Language Initiative and inclusive special education classrooms and family childcare programs. The mixed-methods evaluation uses a case study approach to describe and compare implementation and practices in nine classrooms with different levels of implementation fidelity. We will prepare a technical report, community-facing brief, and four presentation slide decks to report findings and recommendations to department staff members, providers, families, and the broader community.

**California Learning Acceleration System Grant Evaluation**                    **2022-present**
*California Collaborative for Educational Excellence* | Role: Project Lead
Leading an evaluation of the California Learning Acceleration System Grant program with the subcontractor Social Policy Research Associates. The evaluation will support the California Collaborative for Educational Excellence in evaluating and making system-wide recommendations regarding professional learning opportunities to support learning acceleration for the state's diverse student population, particularly in math, literacy, and language development. Our mixed-methods evaluation includes three phases: planning, formative, and summative. Over five years, we will develop a logic model, survey instructional leaders, conduct interviews with program participants, review documents, conduct professional development observations, and analyze administrative data.

**Counties for Career Success Evaluation**                    **2022-present**
*National Association of Counties Research Foundation* | Role: Project Lead
Leading a project partnering with The National Association of Counties Research Foundation (NACoRF), the education, technical assistance, and research arm of the National Association of Counties, which is a bipartisan, non-profit membership association that brings together and elevates the leadership of county governments to achieve healthy, vibrant and safe communities across the nation. Education Northwest has been engaged to develop a logic model that will outline a set of interventions and strategies for promoting cross-systems collaboration and postsecondary education attainment among older youth and adults and help NACoRF assess the progress of each county team in promoting the postsecondary education attainment among low-income and underserved students.

**Understanding Noyce Scholar Career Trajectories**                     **2022-present**

National Science Foundation| Role: Project Co-Lead

Co-leading a research practice partnership with Pacific University on the National Science Foundation-funded project Understanding Noyce Scholar Career Trajectories: What Keeps Noyce Scholars Going? This project is designed to generate knowledge about the effectiveness and retention of Oregon Noyce scholars who entered STEM teaching by surveying 100 Noyce scholar alumni, conducting in-depth interviews with 40 alumni, and engaging a sample of Noyce scholars in year-long narrative inquiry groups. We will also use journals, other archival data, and participant observations.

**Reynolds School District Program Review**                     **2022-2023**

*Reynolds School District*| Role: Evaluator

Part of a team conducting a program review to help Reynolds School District leadership understand how to scale or improve early learning programs to address gaps in service, meet quality standards, streamline and coordinate service delivery, and position the district to access or apply for additional funding to support preschool expansion. In partnership with district leadership, we are collecting existing documents, conducting literature and document reviews, key informant interviews, focus groups, and analyses of new and existing pre-K program data. Based on evaluation findings and advisory committee feedback, we will share recommendations in a final report and a presentation to the school board.

**Language, Culture, and Knowledge-building through Science (LaCuKnoS) Evaluation**    **2021-present**

*Oregon State University*| Role: Project Lead

Education Northwest is partnering with Oregon State University (OSU) to support the Language, culture, and knowledge-building through science (LaCuKnoS) project, funded by the National Science Foundation through ongoing technical assistance and evaluation services. Throughout the grant, Education Northwest will provide ongoing formative feedback to the project team and create annual memos summarizing findings and recommendations for project leadership. A summative evaluation report will be provided near the end of the project reviewing evaluation findings and highlighting impact findings.

**Wyoming Preschool Development Grant Evaluation**                     **2020-2024**

*Align*| Role: Project Lead

Leading an evaluation of Wyoming's Preschool Development Birth Through Five Grant (PDG B-5) from the federal Department of Health and Human Services (DHHS). Education Northwest is supporting Align, the lead agency implementing the grant, as an evaluation partner for the duration of its grant, working closely with Align staff members to ensure the evaluation meets the state's needs and addresses grant priorities. The evaluation provides valuable information throughout the grant for the Wyoming PDG B-5 team regarding progress towards project goals to help the team make program and policy decisions regarding expanding high-quality ECE in the state.

**Region 17 Comprehensive Center Evaluation**                     **2020-present**

*U.S. Department of Education*| Role: Lead Internal Evaluator

Serving as the lead internal evaluator of the Region 17 Comprehensive Center which is providing intensive, targeted, and universal technical assistance to stakeholders in Idaho and Montana over five years to build their capacity to implement evidence-based practices and use data to inform decision-making on projects. We are conducting a formative and summative evaluation over the life of the

cooperative agreement to help internal technical assistance staff utilize data and evidence in their ongoing work, and to report on progress toward performance measures and outcomes to the U.S. Department of Education.

**Seattle Preschool Program Evaluation**                                                          2021-2024
*Seattle Department of Education and Early Learning* | Role: Qualitative Lead
Serving as the qualitative lead on a three-phase mixed-methods evaluation of the Seattle Preschool Program. Key activities include collecting and analyzing data from family, teacher, and director surveys, observations, and interviews, as well as data from administrative sources such as child-level assessments. Additionally, we are engaging providers and families through an advisory committee and listening sessions and working with the advisory committee to draft a logic model to ground the evaluation.

## Publications

Gandhi, E.V., Roccograndi, A., Brey, L., & Maller, R. (2024). Wyoming Preschool Development Grant Birth Through Five (PDG B–5) Renewal Grant: Program Performance Evaluation Plan Year 3 Report. Portland, OR: Education Northwest.

Paulsen, C.A. & Gandhi, E.V. (2023). Region 17 Comprehensive Center: Year 4 Annual Evaluation Report. Portland, OR: Education Northwest.

Andersson, J., Sitzman, D., Arneson, A., & Gandhi, E. (2021). *With New Science Standards, Coaching is Key.* The Learning Professional: The Learning Forward Journal.

Gandhi, E. V., & Roccograndi, A. (2021). Wyoming Preschool Development Grant Birth Through Five (PDG B–5) Initial Grant: Evaluation Report. Portland, OR: Education Northwest.

Gandhi, E.V., Helsel, F.I., Klute, M., Bates, L., Nagel, A., Van Dine, D., & Tedeschi, S. (2018). Oregon Learning Hubs System Evaluation: Final Report. Portland, OR: Education Northwest.

## Presentations

Gandhi, E.V., Scott, C., & Dillman, L.M. (2017). *Making the most of professional development: How teacher-led professional development influences teaching practices*. Paper presented at the 84th Annual Educational Research Association Meeting, San Antonio, TX.

Helsel, F. K., & Gandhi, E. V. (2015, December). *What do elementary school administrators need to know to ready their schools for incoming kindergarteners?* Roundtable presented at the annual conference of the Washington Educational Research Association, Seattle, WA.

Gandhi, E., Speth, T., Nishioka, V., & Copland, C. (2020, September). *Oregon Association of Relief Nurseries (OARN) training: Using logic models and the plan-do-study-act cycle of continuous improvement*. REL Northwest virtual training, Portland, OR.

Gandhi, E., Speth, T., Nishioka, V., & Copland, C. (2020, September). *Oregon Association of Relief Nurseries (OARN) training on using data policies and procedures to promote quality services: Data quality, informed consent, and data security*. REL Northwest virtual training, Portland, OR.

**Child** Trends.

## Appendix B. Copies of Indirect Cost Rate Agreements

i. Child Trends Indirect Cost Rate Agreement.............................................................................. 2

ii. Pacific American Foundation Indirect Cost Rate Agreement .................................................... 6

iii. Education Northwest Indirect Cost Rate Agreement ............................................................10

**i. Child Trends Indirect Cost Rate Agreement**

## NONPROFIT RATE AGREEMENT

EIN: 1132982969A1                          Date: 02/08/2024
ORGANIZATION:                             FILING REF.: The preceding
Child Trends, Inc.                          agreement was dated
7315 Wisconsin Ave, Suite 1200 W            02/02/2023
Bethesda, MD 20814

The rates approved in this agreement are for use on grants, contracts and other agreements
with the Federal Government, subject to the conditions in Section III.

## SECTION I: INDIRECT COST RATES

RATE TYPES:       FIXED     FINAL    PROV. (PROVISIONAL)       PRED. (PREDETERMINED)

|      | EFFECTIVE PERIOD | | | | |
| TYPE | FROM | TO | RATE(%) | LOCATION | APPLICABLE TO |
| --- | --- | --- | --- | --- | --- |
| FINAL | 01/01/2022 | 12/31/2022 | 62.80 | On Site | All Programs |
| PROV. | 01/01/2023 | 12/31/2025 | 63.00 | On Site | All Programs |

*BASE

Total direct costs excluding capital expenditures (buildings, individual items of equipment; alterations
and renovations), that portion of each subaward in excess of $25,000 and flow-through funds.

ORGANIZATION: Child Trends, Inc.
AGREEMENT DATE: 02/08/2024

## SECTION I: FRINGE BENEFIT RATES**

| TYPE | FROM | TO | RATE(%) | LOCATION | APPLICABLE TO |
|------|------|-----|---------|----------|---------------|
| FINAL | 1/1/2022 | 12/31/2022 | 53.90 | All | Full-Time Employees |
| FINAL | 1/1/2022 | 12/31/2022 | 21.40 | All | Part-Time Employees |
| PROV. | 1/1/2023 | 12/31/2025 | 53.90 | All | Full-Time Employees |
| PROV. | 1/1/2023 | 12/31/2025 | 21.40 | All | Part-Time Employees |

** DESCRIPTION OF FRINGE BENEFITS RATE BASE:

Salaries and wages.

ED 002073

ORGANIZATION: Child Trends, Inc.
AGREEMENT DATE: 02/08/2024

## SECTION II: SPECIAL REMARKS

TREATMENT OF FRINGE BENEFITS:
The fringe benefits are charged using the rate(s) listed in the Fringe Benefits Section of this Agreement. The fringe benefits included in the rate(s) are listed below.

TREATMENT OF PAID ABSENCES:
Vacation, holiday, sick leave pay and other paid absences are included in salaries and wages and are claimed on grants, contracts and other agreements as part of the normal cost for salaries and wages. Separate claims are not made for the cost of these paid absences.

Fringe Benefits –

FICA, Pension, Health Insurance, Life and Disability Insurance, Employee Assistance Program, Worker's Compensation, and Education Benefits.

Your next proposal, based on actual costs for the fiscal year ending.
12/31/2023, is due no later than 06/30/2024.

Equipment means tangible personal property (including information technology systems) having a useful life of more than one year and a per-unit acquisition cost which equals or exceeds $5,000.

ORGANIZATION: Child Trends, Inc.
AGREEMENT DATE: 02/08/2024

# SECTION III: GENERAL

A.   <u>LIMITATIONS:</u>

The rates in this Agreement are subject to any statutory or administrative limitations and apply to a given grant, contract or other agreement only to the extent that funds are available. Acceptance of the rates is subject to the following conditions: (1) Only costs incurred by the organization were included in its indirect cost pool as finally accepted: such costs are legal obligations of the organization and are allowable under the governing cost principles; (2) The same costs that have been treated as indirect costs are not claimed as direct costs; (3) Similar types of costs have been accorded consistent accounting treatment; and (4) The information provided by the organization which was used to establish the rates is not later found to be materially incomplete or inaccurate by the Federal Government. In such situations the rate(s) would be subject to renegotiation at the discretion of the Federal Government.

B.   <u>ACCOUNTING CHANGES:</u>

This Agreement is based on the accounting system purported by the organization to be in effect during the Agreement period. Changes to the method of accounting for costs which affect the amount of reimbursement resulting from the use of this Agreement require prior approval of the authorized representative of the cognizant agency. Such changes include, but are not limited to, changes in the charging of a particular type of cost from indirect to direct. Failure to obtain approval may result in cost disallowances.

C.   <u>FIXED RATES:</u>

If a fixed rate is in this Agreement, it is based on an estimate of the costs for the period covered by the rate. When the actual costs for this period are determined, an adjustment will be made to a rate of a future year(s) to compensate for the difference between the costs used to establish the fixed rate and actual costs.

D.   <u>USE BY OTHER FEDERAL AGENCIES:</u>

The rates in this Agreement were approved in accordance with the authority in Title 2 of the Code of Federal Regulations, Part 200 (2 CFR 200), and should be applied to grants, contracts and other agreements covered by 2 CFR 200, subject to any limitations in A above. The organization may provide copies of the Agreement to other Federal Agencies to give them early notification of the Agreement.

E.   <u>OTHER:</u>

If any Federal contract, grant or other agreement is reimbursing indirect costs by a means other than the approved rate(s) in this Agreement, the organization should (1) credit such costs to the affected programs, and (2) apply the approved rate(s) to the appropriate base to identify the proper amount of indirect costs allocable to these programs.

## BY THE INSTITUTION:

Child Trends, Inc.
_____
(INSTITUTION)

_____
Digitally signed by Natalia E Pane
DN: cn=Natalia E Pane, o=Child Trends, ou=COO,
email=npane@childtrends.org, c=US
Date: 2024.04.08 18:37:24 -04'00'
(SIGNATURE)

_____
(NAME)

_____
(TITLE)

_____
(DATE)

## ON BEHALF OF THE GOVERNMENT:

DEPARTMENT OF HEALTH AND HUMAN SERVICES
(AGENCY)

Darryl W. Mayes -S    Digitally signed by Darryl W. Mayes -S
Date: 2024.02.22 08:08:13 -05'00'
(SIGNATURE)

Darryl W. Mayes
(NAME)

Deputy Director, Cost Allocation Services
(TITLE)

02/08/2024
(DATE)

HHS REPRESENTATIVE:   Wheatford Ashby

TELEPHONE:   (301) 492-4855

N120093

DocuSign Envelope ID: A092CEED-353D-4DD7-9306-9C847D42F23F

## ii. Pacific American Foundation Indirect Cost Rate Agreement



# United States Department of the Interior

### OFFICE OF THE SECRETARY
#### Washington, DC 20240

**Nonprofit Organization**
**Indirect Cost Negotiation Agreement**

**EIN:** 54-1696134

**Date:** 08/16/2022

**Organization:**

The Pacific American Foundation
111 Hekili Street, Suite A 170
Kailua, HI 96734

**Report Number:** 2022-0508

**Filing Ref.:**
Last Negotiation Agreement
dated: 02/08/2019

The indirect cost rates contained herein are for use on grants, contracts, and other agreements with the Federal Government to which Public Law 93-638 and/or 2 CFR Part 200 apply subject to the limitations contained in Section II.A. of this agreement.  The rates were negotiated by the U.S. Department of the Interior, Interior Business Center, and the subject organization in accordance with the authority contained in applicable regulations.

**Section I:  Rate**

| Start Date | End Date | Rate Type | | | | | |
|---|---|---|---|---|---|---|---|
| 01/01/2020 | 12/31/2020 | Final | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 14.80 % | (A) | All | All Programs |
| 01/01/2021 | 12/31/2021 | Final | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 12.37 % | (A) | All | All Programs |
| 01/01/2022 | 12/31/2022 | Provisional | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 12.37 % | (A) | All | All Programs |
| 01/01/2023 | 12/31/2023 | Provisional | **Name** | **Rate** | **Base** | **Location** | **Applicable To** |
| | | | Indirect | 12.37 % | (A) | All | All Programs |

**(A) Base:** Total direct costs, less capital expenditures, participant support costs, donations and the portion of subawards in excess of the first $25,000.

**Treatment of fringe benefits**:  Fringe benefits applicable to direct salaries and wages are treated as direct costs; fringe benefits applicable to indirect salaries and wages are treated as indirect costs.

**Treatment of paid absences**:  Vacation, holiday, sick leave, and other paid absences are included in salaries and wages and are claimed on grants, contracts, and other agreements as part of the normal cost for the salaries and wages. Separate claims  for the costs of these paid absences are not made.

## Section II: General

A. **Limitations:** Use of the rate(s) contained in this agreement is subject to any applicable statutory limitations. Acceptance of the rate(s) agreed to herein is predicated upon these conditions: (1) no costs other than those incurred by the subject organization were included in its indirect cost rate proposal, (2) all such costs are the legal obligations of the grantee/contractor, (3) similar types of costs have been accorded consistent treatment, and (4) the same costs that have been treated as indirect costs have not been claimed as direct costs (for example, supplies can be charged directly to a program or activity as long as these costs are not part of the supply costs included in the indirect cost pool for central administration).

B. **Audit:** All costs (direct and indirect, federal and non-federal) are subject to audit. Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based will be compensated for in a subsequent negotiation.

C. **Changes:** The rate(s) contained in this agreement are based on the accounting system in effect at the time the proposal was submitted. Changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rate(s) in this agreement may require the prior approval of the cognizant agency. Failure to obtain such approval may result in subsequent audit disallowance.

D. **Rate Type:**
  1. Fixed Carryforward Rate: The fixed carryforward rate is based on an estimate of the costs that will be incurred during the period for which the rate applies. When the actual costs for such period have been determined, an adjustment will be made to the rate for a future period, if necessary, to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

  2. Provisional/Final Rate: Within six (6) months after year end, a final indirect cost rate proposal must be submitted based on actual costs. Billings and charges to contracts and grants must be adjusted if the final rate varies from the provisional rate. If the final rate is greater than the provisional rate and there are no funds available to cover the additional indirect costs, the organization may not recover all indirect costs. Conversely, if the final rate is less than the provisional rate, the organization will be required to pay back the difference to the funding agency.

  3. Predetermined Rate: A predetermined rate is an indirect cost rate applicable to a specified current or future period, usually the organization's fiscal year. The rate is based on an estimate of the costs to be incurred during the period. A predetermined rate is not subject to adjustment.

E. **Rate Extension:** Only final and predetermined rates may be eligible for consideration of rate extensions. Requests for rate extensions of a <u>current</u> rate will be reviewed on a case-by-case basis. If an extension is granted, the non-Federal entity may not request a rate review until the extension period ends. In the last year of a rate extension period, the non-Federal entity must submit a new rate proposal for the next fiscal period.

F. **Agency Notification:** Copies of this document may be provided to other federal offices as a means of notifying them of the agreement contained herein.

G. **Record Keeping:** Organizations must maintain accounting records that demonstrate that each type of cost has been treated consistently either as a direct cost or an indirect cost. Records pertaining to the costs of program administration, such as salaries, travel, and related costs, should be kept on an annual basis.

H. **Reimbursement Ceilings:** Grantee/contractor program agreements providing for ceilings on indirect cost rates or reimbursement amounts are subject to the ceilings stipulated in the contract or grant agreements. If the ceiling rate is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

I. **Use of Other Rates:** If any federal programs are reimbursing indirect costs to this grantee/contractor by a measure other than the approved rate(s) in this agreement, the grantee/contractor should credit such costs to the

**Section II:  General** (continued)

affected programs, and the approved rate(s) should be used to identify the maximum  amount of indirect cost allocable to these programs.

J.   **Other:**

1.   The purpose of an indirect cost rate is to facilitate the allocation and billing  of indirect costs.  Approval of the indirect cost rate does not mean that an organization can recover more  than the actual costs of a particular program or activity.

2.   Programs received or initiated by the organization subsequent to the negotiation of this agreement are subject to the approved indirect cost rate(s) if the programs receive administrative support from the indirect cost pool.  It should be noted that this could result in an adjustment to a future rate.

3.   This Negotiation Agreement is entered into under the terms of an Interagency Agreement between the U.S. Department of the Interior and the cognizant agency.  No presumption of federal cognizance over audits or indirect cost negotiations arises as a result of this Agreement.

4.   Organizations that have previously established indirect cost rates—exclusive of the 10% *de minimis* rate—must submit a new indirect cost proposal to the cognizant agency for indirect costs within six (6) months after the close of each fiscal year.

**Section III:  Acceptance**

Listed below are the signatures of acceptance for this agreement:

By the Nonprofit Organization                    By the Cognizant Federal Government Agency

The Pacific American Foundation                  US Department of Commerce  - NOAA



| Signature | Signature |

Louis F. Perez III                               Craig Wills

Name:                                            Name:
                                                 Division Chief
                                                 Indirect Cost & Contract Audit Division
                                                 Interior Business Center
CFO

Title:                                           Title:

8/16/2022                                        8/16/2022

Date                                             Date

Negotiated by: Kasi Upchurch
Telephone: (916) 930-3809

Next Proposal Due Date:  06/30/2023

INDIRECT COST RATE AGREEMENT
NONPROFIT ORGANIZATION

### iii. Education Northwest Indirect Cost Rate Agreement

| | |
|---|---|
| **Organization:** | **Date:** December 21, 2023 |
| Education Northwest | **Agreement No**: 2023-123 |
| 1417 NW Everett Street, Suite 310 | |
| Portland, OR 97204 | **Filing Reference:** This replaces previous |
| | Agreement No. 2022-124 |
| | Dated: 10/18/2022 |

The approved indirect cost rates herein are for use on grants, contracts, and other agreements with the Federal Government. The rates are subject to the conditions included in Section II of this Agreement and regulations issued by the Office of Management and Budget (OMB) Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards under 2 CFR 200.

### Section I - Rates and Bases

| **Type** | **From** | **To** | **Rate** | **Base** | **Applicable To** |
|---|---|---|---|---|---|
| Final | 1/1/2022 | 12/31/2022 | 39.8% | MTDC | Unrestricted |
| Final | 1/1/2022 | 12/31/2022 | 31.5% | MTDC | Restricted |
| | | | | | |
| Provisional | 1/1/2023 | 12/31/2023 | 33.0% | MTDC | Unrestricted |
| Provisional | 1/1/2023 | 12/31/2023 | 24.0% | MTDC | Restricted |
| | | | | | |
| Provisional | 1/1/2024 | 12/31/2024 | 33.0% | MTDC | Unrestricted |
| Provisional | 1/1/2024 | 12/31/2024 | 24.0% | MTDC | Restricted |

Distribution Base:

| | |
|---|---|
| MTDC | Modified Total Direct Costs – Total direct costs excluding equipment, capital expenditures, participant support costs, pass-through funds, and the portion of each subaward (subcontract or subgrant), above $25,000 (each award; each year). |

Applicable To:

| | |
|---|---|
| Unrestricted | Unrestricted rates apply to programs that do not require a restricted rate per 34 CFR 75.563 and 34 CFR 76.563. |
| Restricted | Restricted rates apply to programs that require a restricted rate per 34 CFR 75.563 and 34 CFR 76.563. |

Treatment of Fringe Benefits:
Fringe benefits applicable to salaries and wages are treated appropriately as direct or indirect costs. Vacation, holiday, sick leave and other paid absences are included in salaries claimed on awards. Separate claims for paid absences are not made.

Capitalization Policy: Items of equipment are capitalized and depreciated if the initial acquisition cost is equal to or greater than $1,000.

## Section II – Particulars

Limitations:  Application of the rates contained in this Agreement is subject to all statutory or administrative limitations on the use of funds, and payments of costs hereunder are subject to the availability of appropriations applicable to a given grant or contract. Acceptance of the rates agreed to herein is predicated on the following conditions: (A) that no costs other than those incurred by the Organization were included in the indirect cost pools as finally accepted, and that such costs are legal obligations of the Organization and allowable under the governing cost principles; (B) the same costs that have been treated as indirect costs are not claimed as direct costs; (C) that similar types of information which are provided by the Organization, and which were used as a basis for acceptance of rates agreed to herein, are not subsequently found to be materially incomplete or inaccurate; and (D) that similar types of costs have been accorded consistent accounting treatment.

Accounting Changes:  The rates contained in this agreement are based on the organizational structure and the accounting systems in effect at the time the proposal was submitted. Changes in organizational structure or changes in the method of accounting for costs which affect the amount of reimbursement resulting from use of the rates in this agreement, require the prior approval of the responsible negotiation agency. Failure to obtain such approval may result in subsequent audit disallowance.

Provisional/Final/Predetermined Rates:  A proposal to establish a final rate must be submitted. The awarding office should be notified if the final rate is different from the provisional rate so that appropriate adjustments to billings and charges may be made. Predetermined rates are not subject to adjustment.

Fixed Rate:  The negotiated fixed rate is based on an estimate of the costs that will be incurred during the period to which the rate applies. When the actual costs for such period have been determined, an adjustment will be made to a subsequent rate calculation to compensate for the difference between the costs used to establish the fixed rate and the actual costs.

Notification to Other Federal Agencies:  Copies of this document may be provided to other Federal agencies as a means of notifying them of the agreement contained herein.

Audit: All costs (direct and indirect, federal and non-federal) are subject to audit. Adjustments to amounts resulting from audit of the cost allocation plan or indirect cost rate proposal upon which the negotiation of this agreement was based may be compensated for in a subsequent negotiation.

Reimbursement Ceilings/Limitations on Rates: Awards that include ceiling provisions and statutory/ regulatory requirements on indirect cost rates or reimbursement amounts are subject to the stipulations in the grant or contract agreements. If a ceiling is higher than the negotiated rate in Section I of this agreement, the negotiated rate will be used to determine the maximum allowable indirect cost.

## Section III - Special Remarks

Alternative Reimbursement Methods: If any federal programs are reimbursing indirect costs by a methodology other than the approved rates in this agreement, such costs should be credited to the programs and the approved rates should be used to identify the maximum amount of indirect costs allocable.

Submission of Proposals: New indirect cost proposals are necessary to obtain approved indirect cost rates for future fiscal years. **The next indirect cost rate proposal is due six months prior to expiration dates of the rates in this agreement.**

## Section IV – Approvals

For the Organization:

Education Northwest
1417 NW Everett Street, Suite 310
Portland, OR 97204

For the Federal Government:

U.S. Department of Education
OFO / OAGRM / ICD
400 Maryland Avenue, SW
Washington, DC 20202-4500

Stuart Ferguson
Name

Chief Financial Officer
Title

December 21, 2023
Date

Andre Hylton
Name

Director, Indirect Cost Division
Title

December 21, 2023
Date

Negotiator: Kayon Graham
Telephone Number: (202) 453-7902

ORGANIZATION: Education Northwest                                    Page 3



## PAF ʻOHANA

May 24, 2024

Natalia Pane, President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: Docket ID ED-GRANTS-051324-00, ALN 84.283B – ED Comprehensive Centers Region 12 (Pacific 1)**

Dear Ms. Pane,

This letter serves to establish the Pacific American Foundation's commitment, if awarded, to enter into an agreement as a subrecipient to Child Trends for the U.S. Department of Education (ED) solicitation: Docket ID ED-GRANTS-051324-001, ALN 84.283B – *ED Comprehensive Center Region 12 (Pacific 1).*

The proposed comprehensive center for Region 12 (Hawaii, the Republic of the Marshall Islands, and American Samoa), which is a partnership between Child Trends and the Pacific American Foundation, aims to build the capacity of the education systems of this region to solve their most significant high-leverage problems (HLPs).

Should Child Trends be awarded the grant, the Pacific American Foundation will commit to:
- Collaborate with Child Trends to lead and deliver capacity building technical assistance for Region 12 during the period of performance, particularly in Hawaii.
- Provide organizational and personnel expertise to the center through staff including Co-Director and TA specialists/expert consultants.
- Engage in TA delivery and collaboration.
- Collaborate with center staff to conduct internal evaluation of HLPs.
- Collaborate with other regional CCs through National Center and Content Center activities to create a functional CC Network.

The Pacific American Foundation has significant experience in designing, training teachers and implementing culturally relevant curricula that also incorporates over 30 years of restoring and stewarding an ancient Hawaiian fishpond as a cultural practice.

We appreciate the opportunity to participate in the proposed comprehensive center. Should you have any questions of an administrative or contractual nature, please feel free to contact, Kapono Ciotti at kapono@thepaf.org or cell 808753-1143. Questions concerning programmatic _____ ed to Herb Lee at herblee@thepaf.org or cell 808 927-5646.



President & CEO
Pacific American Foundation

**ED 002083**

DocuSign Envelope ID: 86F71F93-D4C9-4A02-AD6C-9255D98BA912





1417 NW Everett St, Suite 310   **p** 503.275.9500   **educationnorthwest.org**
Portland, Oregon 97209   **f** 503.224.0264

May 24, 2024

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ALN 84.283B – ED Comprehensive Centers Region 12 (Pacific 1)**

Dear Ms. Pane,

This letter serves to establish Education Northwest's commitment, if awarded, to enter into an agreement as a subrecipient to Child Trends for the U.S. Department of Education (ED) solicitation: Docket ID ED-GRANTS-051324-001, ALN 84.283B – *ED Comprehensive Center Region 12 (Pacific 1).*

The proposed comprehensive center for Region 12 (Hawaii, the Republic of the Marshall Islands, and American Samoa), which is a partnership between Child Trends, the Pacific American Foundation, and Education Northwest, aims to build the capacity of the education systems of this region to solve their most significant high-leverage problems (HLPs).

Should Child Trends be awarded the grant, Education Northwest will commit to:
- Collaborate with Child Trends and the Pacific American Foundation to lead and deliver the external evaluation of the Region 12 Comprehensive Center.
- Provide organizational and personnel expertise to the center through staff including at least a subcontractor manager and evaluators.
- Collaborate with center staff to utilize meaningful indicators to the region in the evaluations.

Education Northwest has significant experience managing and evaluating Comprehensive Centers. As current leads and internal evaluators for the Region 17 Comprehensive Center serving Idaho and Montana, the Education Northwest team has unique insight into how to design an effective evaluation. Education Northwest also has an extensive history leading and evaluating federally funded, large-scale projects including leading OESE-funded Washington

ED 002084

DocuSign Envelope ID: 86F71F93-D4C9-4A02-AD6C-9255D98BA912

State Family Engagement Center and serving as the external evaluator for the Alaska State Family Engagement Center. Education Northwest has also supported Region 16 Comprehensive Center with research to inform Indigenous school improvement projects in Washington state. Team members routinely collect and report on data relative to the four Government Performance and Results Act (GPRA) performance measures used to evaluate the effectiveness of the Comprehensive Center Program.

We appreciate the opportunity to participate in the proposed comprehensive center. Should you have any questions of an administrative or contractual nature, please feel free to contact Suzanne Hay at suzanne.hay@ednw.org. Questions concerning programmatic issues should be addressed to Shannon Davidson at shannon.davidson@ednw.org.

Sincerely,

7A842ADF31014D6...

Jessica Johnson
Chief Executive Officer

**JOSH GREEN, M.D.**
GOVERNOR



**KEITH T. HAYASHI**
SUPERINTENDENT

**MATTHEW C.W. HO**
INTERIM COMPLEX AREA
SUPERINTENDENT

**LANELLE HIBBS**
COMPLEX AREA
SUPERINTENDENT

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
**WINDWARD OAHU DISTRICT**
46-169 KAMEHAMEHA HIGHWAY
KANEOHE, HAWAII 96744

May 31, 2024

President Natalia Pane
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

RE: Program number 84.283 – ED Comprehensive Center Region 12 (Pacific 1)

Dear Ms. Pane:

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

With seven out of ten schools in the Castle Complex qualifying as Title I schools, the added support from the Comprehensive Center and the Pacific American Foundation will greatly benefit our most disadvantaged students, helping them achieve their educational goals and bridge the achievement gap. Under the leadership of CEO and President Herb Lee Jr., the Pacific American Foundation has been a longstanding partner and resource for our complex area, supporting our students, educators, and leaders through place-based education and programs.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are excited to express our full support for Child Trends, the Pacific American Foundation, and Education Northwest in the Comprehensive Center competition. We eagerly await news of the project award and look forward to commencing this vital work.

Sincerely,

Matthew C.W. Ho
Complex Area Superintendent
Castle-Kahuku Complex Area



# Republic of the Marshall Islands
## Public School Systems
### P.O. Box 3
### Majuro, Marshall Islands 96960

*Tel: 625-3656/5261/5262 · Fax: (692) 625-3861 · Email: info@pss.edu.mh*

17 June 2024

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

The Ministry of Education, Sports and Training's Public School System serves the children of the Marshall Islands. Our goal is to provide a comprehensive education that allows all children to thrive in safe, climate resistant learning environments, to meet the challenges they will face in an uncertain future. While the PSS does not have prior experience with the three organizations in this joint proposal, we have strong confidence in the expertise of the national team. In particular, we believe Biram Stege's decades of experience working in the RMI's educational system will provide meaningful insights, and the necessary wisdom to make the RC12 initiatives relevant for this context. In addition, while the Pacific American Foundation (PAF) has not worked directly with the PSS, I am familiar with and deeply respect PAF's work in Hawaii, and believe it can make a positive impact in the Marshall Islands.

The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the award of the project and beginning this important work.

Dr. Natalie Nimmer
Commissioner of Education

ED 002087

DocuSign Envelope ID: 6AD997A1-A53C-4FA8-9B06-74C19BEBF6A8



Marshall Islands

Accredited by the Accrediting Commission for Community and Junior Colleges

P.O. Box 1258
Majuro, MH 96960
(692) 625-3394/3291/4931

June 17, 2024

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

RE: ED-GRANTS-051324-001, ALN 84.283B–ED Comprehensive Center Region 12 (Pacific 1)

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends' proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12), in partnership with the Pacific American Foundation and Education Northwest, to build the capacity of the education systems to solve their most significant high-leverage problems.

The College of the Marshall Islands is a single entity postsecondary education agency offering adult basic education, vocational certificates and training, five associate degree programs, and a Bachelor of Arts in Elementary Education. The College can assist in this grant by providing existing data and research, along with the expertise of faculty and other personnel.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the award of the project and beginning this important work.

Sincerely,



Interim President, CMI

ED 002088

 

*curiosity for better learning*

June 8, 2024

Natalia Pane, President
Child Trends
12300 Twinbrook Parkway, Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends, in partnership with the Pacific American Foundation and Education Northwest, to operate the proposed Region 12 Comprehensive Center, which will build the capacity of the education systems in American Samoa, Hawai'i, and the Republic of the Marshall Islands (RMI) to solve their most significant high-leverage problems.

As the Regional Educational Laboratory for the Pacific Region (REL Pacific), McREL International is pleased to partner with the Child Trends team. Together, we bring extensive experience working with the Region 12 jurisdictions of Hawai'i, American Samoa, and RMI. I expect our collaboration during the five-year period of performance to be mutually productive and valuable.

We support the proposed Region 12 Comprehensive Center plans to provide technical assistance and capacity-building services focused on expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models tailored to the local culture and environment. We appreciate that Child Trends understands that the Region 12 Comprehensive Center, like the REL Pacific, can and should be flexible in responding to additional and emerging educational priorities. As such, we look forward to working with the Child Trends team to address these priorities.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition and commitment to partner with them to coordinate REL Pacific and CC projects should they be awarded the grant.



President & CEO

McREL is a nonprofit organization that provides schools and education systems with research, analysis, and professional learning services that spark curiosity, promote equity, and help teachers, leaders, and students flourish.

www.mcrel.org    800.858.6830    info@mcrel.org

ED 002089

New York Area
420 Lexington Ave Suite 300
New York, NY 10170

Washington, DC Area
4747 Bethesda Ave, Suite 1210
Bethesda, MD 20814

June 5, 2024

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: Docket ID ED-GRANTS-051324-00, ALN 84.283B – ED Comprehensive Centers Region 12 (Pacific 1)**

Dear Ms. Pane,

The Manhattan Strategy Group is pleased to provide this Letter of Support for Child Trends' proposal response to the U.S. Department of Education (ED) solicitation: Docket ID ED-GRANTS-051324-001, ALN 84.283B – *ED Comprehensive Center Region 12 (Pacific 1).*

The proposed comprehensive center for Region 12 (Hawaii, the Republic of the Marshall Islands, and American Samoa), which is a partnership between Child Trends, Education Northwest, and the Pacific American Foundation, aims to build the capacity of the education systems of this region to solve their most significant high-leverage problems (HLPs).

Should Child Trends be awarded the grant, the Manhattan Strategy Group may:
- Provide personnel expertise to the center through subject matter experts related to the HLPs.
- Advise center staff on emerging challenges and opportunities in rural education and multilingual learners.

The Manhattan Strategy Group has significant experience providing technical assistance to states and school districts through several contracts with the U.S. Department of Education such as the National Clearinghouse for English Language Acquisition (NCELA), the National Rural Dropout Prevention Technical Assistance Center (NRDPC), and the National Charter Schools Resource Center (NCSRC). Our staff have content expertise in many areas directly relevant to the Pacific Comprehensive Center including English learning and rural education service delivery

We appreciate the opportunity to participate in the proposed comprehensive center. Should you have any questions of an administrative or contractual nature, please feel free to contact, Mrs. Monika Deja at mdeja@manhattanstrategy.com. Questions concerning programmatic issues should be addressed to Dr. Marty Orland at morland@manhattanstrategy.com or 240-449-7866.

Monika Deja
Sr. Contracts Manager



359 Blackwell Street
Suite 200
Durham, NC 27701
fhi360.org

May 31, 2024

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: Docket ID ED-GRANTS-051324-00, ALN 84.283B – ED Comprehensive Centers Region 12 (Pacific 1)**

Dear Ms. Pane,

FHI 360 is pleased to provide this Letter of Support for Child Trends' proposal response to the U.S. Department of Education (ED) solicitation: Docket ID ED-GRANTS-051324-001, ALN 84.283B – *ED Comprehensive Center Region 12 (Pacific 1).*

The proposed comprehensive center (CC) for Region 12 (Hawaii, the Republic of the Marshall Islands, and American Samoa), which is a partnership between Child Trends, Education Northwest, and the Pacific American Foundation, aims to build the capacity of the education systems of this region to solve their most significant high-leverage problems (HLPs).

Should Child Trends be awarded the grant, FHI 360 may:
• Provide personnel expertise to the center through subject matter experts related to the HLPs.
• Advise center staff on emerging challenges and opportunities in Science, Technology, Engineering, Arts, & Mathematics (STEAM) Education.

FHI 360 brings national and regional experience and expertise directly relevant to the work of CCs. As a national organization providing services to and supported by federal agencies, we have led many large-scale projects with multiple partners to deliver capacity-building services and tools. We have worked in every state, with more than 400 local education agencies, nearly 100 tribal communities, and with more than 60 institutions of higher education. With an Asia-Pacific regional office and deep experience working in locally led development, we are well positioned to support the Region 12, in the following ways:

• *Contribute to capacity-building services* – We have ready-to-use resources to help build capacity, and our staff can serve as state liaisons and capacity experts, connect with stakeholders, and conduct needs assessments.



- *Promote interest in Carrer and Technical Education (CTE) and STEAM workforce development* – We can build capacity to reduce barriers to participation.
- *Strengthen teachers' abilities to integrate social emotional learning (SEL) strategies* – Our approaches, programs, and resources help support mental and emotional health.
- *Create professional development programs for educators focusing on career and college readiness* – We can help systems support specific student populations.

We appreciate the opportunity to participate in the proposed comprehensive center. Should you have any questions of an administrative or contractual nature, please feel free to contact, Krystle Ward at kward@fhi360.org. Questions concerning programmatic issues should be addressed to Felix Fernandez at ffernandez@fhi360.org.

Bradi Newsome
Acting VP Business Development and Partnerships

WINDWARD COMMUNITY COLLEGE

**Office of the Chancellor**

Ke Kulanui Kaiāulu o ke Koʻolau

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001 – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawaiʻi, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

We have been a partner with PAF for many years as part of the restoration and revitalization of the Waikalua Loko Iʻa, a 400-year native Hawaiian fishpond in the southern end of Kāneʻohe Bay, island of Oʻahu. We have helped in the acquisition of part of the property, conducting research and participating in service learning projects. We have also collaborated in federal and local grant projects.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the award of the project and beginning this important work.

Respectfully,

Ardis Eschenberg, PhD
Chancellor

45-720 Keaʻahala Rd.
Kāneʻohe, HI 96744
Telephone: (808) 235-7402
Fax: (808) 247-5362
windward.hawaii.edu

An Equal Opportunity / Affirmative Action Institution

ED 002093



June 6, 2024

Natalia Pane, President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawaiʻi, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

I am Professor and Chair of the Department of Curriculum Studies at the College of Education and Co-Director of the Center for Philippine Studies at the University of Hawaiʻi at Mānoa. My experience in public education spans nearly three decades, and my scholarship focuses on multicultural education and policy. I served on the Hawaiʻi State Board of Education, where I chaired the Student Achievement Committee and spearheaded the adoption of two policies: Seal of Biliteracy and Multilingualism for Equitable Education. I've partnered with the Pacific American Foundation as an educator working to design curriculum as part of the Malama Honua Worldwide Voyage. And I've brought educators to their Waikaloa Loko Fishponds to show a model of community responsive education and partnerships.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center will be flexible to respond to additional or different educational priorities as they arise.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the award of the project and beginning this important work.

Chair, Department of Curriculum Studies

1776 University Avenue, Everly Hall 224  Honolulu, Hawaiʻi 96822-2463
Telephone: (808) 956-4401  Facsimile: (808) 956-9905
An Equal Opportunity/Affirmative Action Institution

PR/Award # S283B240098
Page e214

ED 002094

**UNIVERSITY OF HAWAIʻI AT MĀNOA**

College of Education
**Department of Curriculum Studies**

June 7, 2024

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawaiʻi, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

I am a professor in the College of Education at the Univerity of Hawaiʻi - Mānoa, developer of the STEMS[2] (Science, Technology, Engineering, Mathematics, Social Sciences, and Sense of Place) Framework and collected Master's program. The University of Hawaii's College of Education (COE) is dedicated to preparing future educators, administrators, and researchers. The STEMS[2] Framework aims to transform education systems by promoting interdisciplinary learning and leadership skills. It focuses on real-world applications and project-based learning, encouraging students to emulate professionals in various fields to design and meet community needs. The STEMS[2] Master's program structure supports educators in becoming leaders in public, private, and charter schools and community and informal education settings. Graduates of the program often take on leadership roles and contribute to systemic changes in education. I have been fortunate to work with the Pacific American Foundation (PAF) as a community pattern since the inception of the STEMS[2] Framework (2010) and the Master's program (2015). The University of Hawaii's College of Education, STEMS[2] program is committed to advancing education through innovative, interdisciplinary approaches and strong community partnerships, such as with the Pacific American Foundation. These efforts aim to create a more inclusive and effective educational system that prepares students for success in a diverse and interconnected world.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs, especially in schools that need targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student

1776 University Avenue, Everly 223, Honolulu, Hawaiʻi 96822-2463
Facsimile: (808) 956-7191

An Equal Opportunity/ Affirmative Action Institution

**UNIVERSITY OF HAWAIʻI AT MĀNOA**

College of Education
**Department of Curriculum Studies**

performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the award of the project and beginning this important work.

Dr. Tara O'Neill
Professor, Science, and STEMS$^2$ Education
Director, STEMS$^2$ Masters Concentration
College of Education
University of Hawaiʻi at Mānoa

1776 University Avenue, Everly 223, Honolulu, Hawaiʻi 96822-2463
Facsimile: (808) 956-7191

An Equal Opportunity/ Affirmative Action Institution

ED 002096



May 31, 2024

Natalia E. Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001 – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

My name is Paula Adams, and I am the executive director of the Hawaiʻi Afterschool Alliance. Through this letter, I am supporting Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawaiʻi, and the Republic of the Marshall Islands (Region 12). As key partners, they aim to build the capacity of the education systems to solve their most significant high-level problems.

The Hawaiʻi Afterschool Alliance is a network of individuals and organizations dedicated to supporting and advancing sustainable, quality afterschool, summer learning, and community schools that result in improved academic, social, emotional, and physical outcomes for children and families in Hawaiʻi. We do this by aligning and energizing a diverse field of organizations to advance practices and policies that ensure meaningful impacts for youth and their families across our island communities.

For the last ten years, we have partnered with our Department of Education and the Pacific American Foundation to support them in providing out-of-school time programs and leading the community schools' efforts.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. Its priorities within the region include expanding successful educational programs, especially in schools that need targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the project award and beginning this critical work.

Sincerely,

Executive Director
Hawaiʻi Afterschool Alliance
unamuno@hawaii.edu

Hawaiʻi Afterschool Alliance                    **ED 002097**                    www.hawaiiafterschoolalliance.org

Elizabeth Johnston
Director of Programs
What School Could Be

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends, in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

What School Could Be is an education-focused non-profit dedicated to reimagining education through innovative practices and deeper learning. Our work centers on building caring and connected communities, fostering student agency, and promoting equity-based pedagogical frameworks. We have extensive experience in teacher and system development, leveraging our expertise to support educators in creating student-centered learning environments that honor the diverse identities and aspirations of all students. Our initiatives include the Future Teachers of Hawai'i Club, which inspires and prepares the next generation of educators by engaging them in meaningful conversations about the future of education and social justice. Additionally, our Landscape Model of Learning provides a robust framework for schools to develop equity-based pedagogical practices, emphasizing the importance of understanding students' experiences, co-constructing personalized goals, and utilizing instructional practices that leverage students' strengths and interests.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs, especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models tailored to the local culture and environment.

We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.We are pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition. We look forward to hearing about the award of the project and beginning this important work.



**ED 002098**

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

As the past chair of the Hawaii State Early Learning Board, the governing board for the Executive Office on Early Learning (EOEL) in our State, I have become intimately acquainted with needs across our Islands for access to quality early learning experiences for our keiki (children) and have been engaged in the work of the EOEL in developing an early learning system that recognizes the holistic nature of child development. Knowing the long-term positive effect of early learning opportunities, particularly in underserved communities, all efforts to support early childhood development with an emphasis upon multilingual learners, such as this one, are worthy of support. Capacity-building in our communities will support the State's current effort to expand access and help to ensure that family engagement will be an integral part.

I am also involved, as president of a local family foundation, in supporting development of the early childhood workforce and am critically aware of the need for professional development for teachers and administrators to best serve our young children and set them on the path to success in life. Equally important is work I have done to help educate teachers about the critical value of place-based education and successful educational practices that engage children as learners and lay a foundation for life-long learning. While I have not worked directly with Pacific American Foundation, I am well-acquainted with its leadership and the work it has done in local schools to promote positive education outcomes for all children. I am excited to consider being a part of this effort and to contribute what I can to this work that recognizes the critical importance of early childhood learning as the foundation for school success.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. Clearly understand is that the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

I am pleased to give Child Trends, the Pacific American Foundation, and Education Northwest my enthusiastic support in the Comprehensive Center competition. I look forward to hearing about the award of the project and beginning this important work.

███████████████████████

Robert G. Peters, EdD

Early Childhood Advocate/Consultant

ED 002099

## Barnett Berry & Associates

Natalia Pane, President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

 Dear Ms. Pane:

I am pleased to offer this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems. Over my career I have worked at the intersection of policy, research, and advocacy in efforts to better understand and advance more equitable systems of public education. Of late I have been working with the Learning Policy Institute on whole child education policy as well as working with several school districts, universities, and non-profits advancing community schooling and deeper learning, developing new technologies to uplift students' durable skills, and new tools and processes to spread teaching expertise.

The need to reinvent education so *every student* has the learning experiences they need to thrive in a rapidly changing world has never been greater. Consider now that schools must:

> Re-create themselves as learning hubs of their community where they can simultaneously address the academic, social, mental, and physical needs of children;
>
> Prepare young people for a world where knowledge is now doubling every 12 hours and up to 85% of the jobs that will exist in 2030 haven't been created yet; and
>
> Capitalize on the opportunities of how generative artificial intelligence can close achievement gaps and enhance more equitable student outcomes.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), and schools with systemic supports. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise. That is the only way the transformation of schooling will take place.

I am very pleased to offer Child Trends, the Pacific American Foundation, and Education Northwest my enthusiastic support in the Comprehensive Center competition. My team and I look forward to hearing about the award of the project and beginning this important work.

Sincerely,



Barnett Berry, PhD
Senior Advisor, What School Could Be
Senior Research Fellow, Learning Policy Institute
Senior Advisor, University of Kansas, Center for Reimaging Education



**GEORGETOWN UNIVERSITY**
McCourt School *of* Public Policy

Natalia Pane
President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends', in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve their most significant high-leverage problems.

Edunomics Lab is a Georgetown University-based research center focused on exploring and modeling complex education finance decisions. As such, Edunomics Lab focuses on training, education and research. These core pillars of work enable us to assist states and districts in their own efforts to create a system that uses financial data and tools to improve schooling and best supports student outcomes. Edunomics Lab has brought nationally recognized school-finance expertise and leadership to the U.S. Department of Education's Comprehensive Center Program since 2012.

The Comprehensive Center will provide technical assistance and capacity building to state education agencies (SEAs), regional educational agencies (REAs), local educational agencies (LEAs), schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to additional or different educational priorities as they arise.

We are eager to support Child Trends, the Pacific American Foundation, and Education Northwest our support in the Comprehensive Center work with evidence-based, practical, actionable professional learning, and resources so they can make thoughtful resource decisions on behalf of students. We look forward to hearing about the award of the project and serving as subject matter experts in this important work.



Director, Edunomics Lab
Research Professor
Georgetown University

ED 002101



**Kirsten Baesler**
State Superintendent
**Donna Fishbeck**
Chief of Staff
**Laurie Matzke**
Assistant Superintendent

**NORTH DAKOTA DEPARTMENT OF**
**PUBLIC INSTRUCTION**

600 E Boulevard Ave., Dept. 201
Bismarck, ND 58505-0440
Phone (701) 328-2260
Fax (701) 328-2461
www.nd.gov/dpi

June 11, 2024

Natalia Pane, President
Child Trends
12300 Twinbrook Parkway Suite 235
Rockville, MD 20852

**RE: ED-GRANTS-051324-001, ALN 84.283B – ED Comprehensive Center Region 12 (Pacific 1)**

Dear Ms. Pane,

I am pleased to provide this letter of support for Child Trends, in partnership with the Pacific American Foundation and Education Northwest, proposed Comprehensive Center for American Samoa, Hawai'i, and the Republic of the Marshall Islands (Region 12) to build the capacity of the education systems to solve high-leverage problems.

As the Director of Educational Improvement and Support, I support and lead multiple portfolios and projects within the North Dakota Department of Public Instruction (NDDPI). Over the past several years, I have had the support from key personnel on the Child Trends team to develop, improve, and lead efforts for ND's low-performing schools. Child Trends has been providing targeted technical assistance that builds on North Dakota's cross-agency partnerships and existing capacities and resources. This work facilitates the development and refinement of an evaluation method for program outcomes and streamlines the support process for schools identified under the Comprehensive Support and Improvement program during their second cycle of identification in order to fortify the efficacy of NDDPI's ESSA state plan. Additionally, this support has aided our team in effectively communicating and scaling state-wide efforts.

As I understand it, the Comprehensive Center will help strengthen and build capacity in state education agencies, regional educational agencies, local educational agencies, schools, and partner staff. The priorities within the region include expanding successful educational programs especially in schools needing targeted support, promoting initiatives that advance early childhood development, developing innovative ways to assess student performance, and creating education models that are tailored to the local culture and environment. We understand the Comprehensive Center can and should be flexible to respond to different educational priorities as they arise, which has always been the cornerstone of our partnership; I am continually impressed with their ability to provide just-in-time support that is incredibly responsive to our needs.

Thank you for the opportunity to highlight the successful partnership between the NDDPI and Child Trends. On behalf of NDDPI, I am pleased to give Child Trends, the Pacific American Foundation, and Education Northwest our enthusiastic support in the Comprehensive Center competition.

Sincerely,

Amanda Peterson
Director, Educational Improvement and Support
(701) 328-3545

ND School for the Deaf/RCDHH
Devils Lake, ND
(701) 665-4400

ND State Library
Bismarck, ND
(701) 328-2492

ND Vision Services/School for the Blind
Grand Forks, ND
(701)795-2700

**ED 002102**

Appendix D. References

# References

1. Okihiro, G. Y. (2008). *Island world: A history of Hawai'i and the United States* (Vol. 8). University of California Press.

2. Hawai'i State Department of Education. (n.d.). *School finder* [Database]. Retrieved June 17, 2024 from https://www.hawaiipublicschools.org/ParentsAndStudents/EnrollingInSchool/SchoolFinder/Pages/home.aspx

3. American Samoa Department of Education (n.d.). *ASDOE elementary.* https://www.amsamoadoe.com/elementaryschools

4. Republic of the Marshall Islands (n.d.). *Ministry of Education, Sports, & Training: Public school system.* https://pss.edu.mh/documents/reports/

5. Hawai'i State Department of Education. (n.d.). *School data and reports*. https://www.hawaiipublicschools.org/VisionForSuccess/SchoolDataAndReports/Pages/home.aspx

6. Republic of the Marshall Islands (n.d.). *Ministry of Education, Sports, & Training: Public school system.* https://pss.edu.mh/documents/reports/

7. Hawai'i State Department of Education. (n.d.). *Kaiapuni schools — Hawaiian language immersion*. https://www.hawaiipublicschools.org/TeachingAndLearning/StudentLearning/HawaiianEducation/Pages/Hawaiian-language-immersion-schools.aspx

8. Regional Educational Laboratory Program. (2023, December). Institute of Education Sciences, Regional Educational Laboratory Program. https://ies.ed.gov/ncee/rel/region/pacific/partnerships/100054

9. Ordonio, C. (2022, November 2). *Struggles of Micronesian students point to 'significant issues' in Hawaii school system.* Honolulu Civil Beat. https://www.civilbeat.org/2022/11/struggles-of-micronesian-students-point-to-significant-issues-in-hawaii-school-system/

10. Hawai'i State Department of Education. (n.d.). *Smarter balanced assessment.* https://www.hawaiipublicschools.org/TeachingAndLearning/Testing/StateAssessment/Pages/home.aspx

11. Asaeli, S. (2021). *Territorial report card SY2020-21*. American Samoa Department of Education. https://www.amsamoadoe.com/_files/ugd/bcdca0_0bd3bf3b9ade4525ac6ce0b15f25437d.pdf

12. Ministry of Education. (2020). *Marshall Islands Education Management Information System publication: Education statistics digest.* Ministry of Education, Public School System, Government of the Republic of the Marshall Islands. https://spccfpstore1.blob.core.windows.net/digitallibrary-docs/files/8e/8ee73441f0c0ecf0fc3f9284377adace.pdf?sv=2015-12-

11&sr=b&sig=zZXeh7dyQ68XSc2bpBv4MZO9%2BQ9uaS6oCvqelRqXw%2BA%3D&
se=2024-11-10T20%3A34%3A12Z&sp=r&rscc=public%2C%20max-
age%3D864000%2C%20max-
stale%3D86400&rsct=application%2Fpdf&rscd=inline%3B%20filename%3D%22RMI_
Education_Digest_2020.pdf%22

13. Bryk, A. S., Gomez, L. M., & Grunow, A. (2011). Getting ideas into action: Building networked improvement communities in education. In M. T. Hallinan (Ed.) *Frontiers in sociology of education* (pp. 127-162). Springer.

14. Gravani, M. N. (2012). Adult learning principles in designing learning activities for teacher development. *International Journal of Lifelong Education, 31*(4), 419-432. https://doi.org/10.1080/02601370.2012.663804

15. Moir, T. (2018). Why is implementation science important for intervention design and evaluation within educational settings? *Frontiers in Education, 3.* https://doi.org/10.3389/feduc.2018.00061

16. LeMahieu, P. G., Grunow, A., Baker, L., Nordstrum, L. E., & Gomez, L. M. (2017). Networked improvement communities: The discipline of improvement science meets the power of networks. *Quality Assurance in Education, 25*(1), 5-25. https://doi.org/10.1108/QAE-12-2016-0084

17. Bryk, A. S., Gomez, L. M., & Grunow, A. (2011). Getting ideas into action: Building networked improvement communities in education. In M. T. Hallinan (Ed.), *Frontiers in sociology of education* (pp. 127-162). Springer.

18. Purwati, D., Mardhiah, A., Nurhasanah, E., & Ramli, R. (2022). The six characteristics of andragogy and future research directions in EFL: A Literature Review. *Elsya: Journal of English Language Studies, 4*(1), 86-95. https://doi.org/10.31849/elsya.v4i1.7473

19. Hattie, J. (2009). The black box of tertiary assessment: An impending revolution. In L. H. Meyer, S. Davidson, H. Anderson, R. Fletcher, P.M. Johnston, & M. Rees (Eds.), *Tertiary assessment & higher education student outcomes: policy, practice & research* (pp. 259-275). Ako Aotearoa

20. Stringfield, S., Reynolds, D., & Schaffer, E. (2011). Toward highly reliable, high-quality public schooling. In J. Eck (Ed.), *Noteworthy perspectives: High reliability organizations in education* (pp. 6-23). McREL.

21. Daily, S., Tout, K., Douglass, A., Miranda, B., Halle, T., Agosti, J., Partika, A, & Doyle, S. (2018). *Culture of continuous learning project: A literature review of the breakthrough series collaborative (BSC)* (OPRE Report 2018-28). Office of Planning, Research, and Evaluation, Administration for Children & Families, U.S. Department of Health and Human Services.

22. Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. G. (2015). *Learning to improve: How America's schools can get better at getting better*. Harvard Education Press.

23. Fullan, M. (2002). The change. *Educational Leadership, 59*(8), 16-20.

24. Barber, M., Kihn, P., & Moffit, A. (2011). Deliverology: From idea to implementation. *McKinsey on Government, 6*, 32-39.

25. Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. G. (2015). *Learning to improve: How America's schools can get better at getting better*. Harvard Education Press.

26. Datnow, A., Park, V., & Kennedy-Lewis, B. (2012). High school teachers' use of data to inform instruction. *Journal of Education for Students Placed at Risk (JESPAR), 17*(4), 247-265. https://doi.org/10.1080/10824669.2012.718944

27. Lubienski, C., Scott, J., & DeBray, E. (2014). The politics of research production, promotion, and utilization in educational policy. *Educational Policy, 28*(2), 131-144. https://doi.org/10.1177/0895904813515329

28. Baker, A., Weisgrau, J., & Brister Philyaw, K. (2022). *Feedback loops: Mapping transformative interactions in education innovation.* Digital Promise. https://digitalpromise.org/dspace/feedback-loops-mapping-transformative-interactions-in-education-innovation/

29. Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. G. (2015). *Learning to improve: How America's schools can get better at getting better*. Harvard Education Press.

30. Fixsen, D., Blase, K., Horner, R., Sims, B., & Sugai, G. (2013). *Scaling-up brief*. State Implementation and Scaling-up of Evidence-based Practices Center.

31. Heifetz, R. A., Grashow, A., & Linsky, M. (2009). *The practice of adaptive leadership: Tools and tactics for changing your organization and the world*. Harvard Business Press.

32. Active Implementation Research Network. (n.d.). *Implementation stages.* https://www.activeimplementation.org/frameworks/implementation-stages/

33. U.S. Department of Education. (2023). *Non-regulatory guidance: Using evidence to strengthen education investments* https://www2.ed.gov/fund/grant/about/discretionary/2023-non-regulatory-guidance-evidence.pdf#:~:text=To%20do%20so%2C%20the%20Department%20recommends%20a%20process,reflecting%20upon%20how%20the%20project%20components%20are%20working

34. Fixsen, D., Blase, K., Metz, A., & Van Dyke, M. (2013). Statewide implementation of evidence-based programs. *Exceptional Children, 79*(2), 213-230. https://doi.org/10.1177/001440291307900206

35. Romney, S., Israel, N., & Zlatevski, D. (2015). Exploration-stage implementation variation. *Zeitschrift für Psychologie, 222*(1), 37–48. https://psycnet.apa.org/doi/10.1027/2151-2604/a000164

36. Horner, R., Blitz, C., Ross, S. (2014). *The importance of contextual fit when implementing evidence-based interventions* (ASPE Issue Brief). Office of the Assistant Secretary for Planning and Evaluation, Office of Human Services Policy, U.S. Department of Health and Human Services.

37. Cuiccio, C. & Husby-Slater, M. (2018). *Needs assessment guidebook: Supporting the development of district and school needs assessments.* State Support Network. http://files.eric.ed.gov/fulltext/ED606124.pdf

38. MacDonald, G. (2018). *Checklist of key considerations for development of program logic models.* Western Michigan University, The Evaluation Center. https://wmich.edu/sites/default/files/attachments/u350/2018/logic-models-macdonald_0.pdf

39. Hoggarth, L., & Comfort, H. (2010). *A practical guide to outcome evaluation.* Jessica Kingsley Publishers.

40. MacDonald, G. (2018). *Checklist of key considerations for development of program logic models.* Western Michigan University, The Evaluation Center. https://wmich.edu/sites/default/files/attachments/u350/2018/logic-models-macdonald_0.pdf

41. U.S. Department of Education. (2023). *Non-regulatory guidance: Using evidence to strengthen education investments.* https://www2.ed.gov/fund/grant/about/discretionary/2023-non-regulatory-guidance-evidence.pdf#:~:text=To%20do%20so%2C%20the%20Department%20recommends%20a%20process,reflecting%20upon%20how%20the%20project%20components%20are%20working

42. Metz, A. & Louison, L. (2019) *The hexagon tool: Exploring context.* National Implementation Research Network, Frank Porter Graham Child Development Institute, University of North Carolina at Chapel Hill. Based on Kiser, Zabel, Zachik, & Smith (2007) and Blase, Kiser & Van Dyke (2013). https://nirn.fpg.unc.edu/sites/nirn.fpg.unc.edu/files/imce/documents/NIRN%20Hexagon%20Discussion%20Analysis%20Tool%20v2.2.pdf

43. O'Connor, T. M., Perez, O., Beltran, A., Colón García, I., Arredondo, E., Parra Cardona, R., Cabrera, N., Thompson, D., Baranowski, T. & Morgan, P. J. (2020). Cultural adaptation of 'Healthy Dads, Healthy Kids' for Hispanic families: Applying the ecological validity model. *International Journal of Behavioral Nutrition and Physical Activity, 17*, 1-18. https://doi.org/10.1186/s12966-020-00949-0

44. Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. G. (2015). *Learning to improve: How America's schools can get better at getting better.* Harvard Education Press.

45. Fixsen, D., Blasé, K., & Fixsen, D. L. (2002). *The evidence bases for the teaching-family model.* Louis de la Parte Florida Mental Health Institute, University of South Florida.

46. Bryk, A. S., Gomez, L. M., Grunow, A., & LeMahieu, P. G. (2015). *Learning to improve: How America's schools can get better at getting better.* Harvard Education Press.

47. Ryan Jackson, K., Fixsen, D., & Ward, C. (2018). *Four domains for rapid school improvement: An implementation framework.* Center on School Turnaround, WestEd. https://files.eric.ed.gov/fulltext/ED583980.pdf

48. Kistler, H. & Wilkerson, S. B. (2018). *Innovation configuration maps: A valuable journey and destination.* REL Appalachia. https://ies.ed.gov/ncee/edlabs/regions/appalachia/blogs/blog8_innovation-configuration-maps.asp

49. Knowlton, L. W., & Phillips, C. C. (2012). *The logic model guidebook: Better strategies for great results* (2nd ed.). Sage.

50. Hawaiʻi State Department of Education. (2023). *Strategic plan: 2023-2029 plan.* https://www.hawaiipublicschools.org/VisionForSuccess/AdvancingEducation/StrategicPlan/Pages/home.aspx#:~:text=2023%2D2029%20Plan&text=In%20Feb.,K%2D12%20public%20education%20system

51. Hawaiʻi State Department of Education. (n.d.). *School data and reports*. https://www.hawaiipublicschools.org/VisionForSuccess/SchoolDataAndReports/Pages/home.aspx

52. Valladares, S. (2024). *Ala (pathway) for all learners in American Samoa.* Regional Educational Laboratory Program, Institute of Education Services. https://ies.ed.gov/ncee/rel/Products/Region/pacific/Blog/107925

53. Asaeli, S. (2021). *Territorial report card SY2020-21*. American Samoa Department of Education. https://www.amsamoadoe.com/_files/ugd/bcdca0_0bd3bf3b9ade4525ac6ce0b15f25437d.pdf

54. United States Census Bureau. (2024, February 15). *Census Bureau releases 2020 island areas censuses detailed cross-tabulations data for American Samoa* [Press release]. https://www.census.gov/newsroom/press-releases/2024/2020-island-areas-cross-tabulation-american-samoa.html

55. The Republic of the Marshall Islands. (n.d.). *Education sector plan – Republic of the Marshall Islands: 2020-2023.* https://planipolis.iiep.unesco.org/sites/default/files/ressources/marshall_islands_Education%20sector%20plan%202020-2023.%20Republic%20of%20the%20Marshall%20Islands.pdf

56. Ministry of Education (2023). *Education statistics.* Ministry of Education, Public School System, Government of the Republic of the Marshall Islands.https://drive.google.com/file/d/10DLvB8561H8TzyC3d5VT0GvMoo5cwzUn/view

57. Marshall Islands Public School System. (2022). *Marshall Islands Standards Assessment Test (MISAT): 2022 annual report.* https://drive.google.com/file/d/1pVFocuMOEPSM7w_a4wM-N5NG52JPHjLL/view

58. Patton, M. Q. (2010). *Developmental evaluation: Applying complexity concepts to enhance innovation and use*. Guilford Press.

59. Hargreaves, M. B. (2010). *Evaluating system change: A planning guide*. Mathematica. https://www.mathematica.org/publications/evaluating-system-change-a-planning-guide

60. Systems in Evaluation Topical Interest Group of the American Evaluation Association. (2018). *Principles for effective use of systems thinking in evaluation*. https://higherlogicdownload.s3.amazonaws.com/EVAL/57b604b1-50d6-4a74-812d-822f794e0e6a/UploadedImages/SETIG-Principles-FINAL-DRAFT-2018-9-9.pdf

61. Candela, A. G. (2019). Exploring the function of member checking. *The Qualitative Report*, *24*(3), 619-628. https://doi.org/10.46743/2160-3715/2019.3726

62. Candela, A. G. (2019). Exploring the function of member checking. *The Qualitative Report*, *24*(3), 619-628. https://doi.org/10.46743/2160-3715/2019.3726

63. American Evaluation Association. (2018). *Guiding principles*. https://www.eval.org/Portals/0/Docs/AEA_289398-18_GuidingPrinciples_Brochure_2.pdf

64. Yarbrough, D. B., Shulha, L. M., Hopson, R. K., & Caruthers, F. A. (2010). *The program evaluation standards: A guide for evaluators and evaluation users* (3rd ed.). Corwin Press.

65. Lavis, J. N. (2006). Research, public policymaking, and knowledge-translation processes: Canadian efforts to build bridges. *The Journal of Continuing Education in the Health Professions, 26*(1), 37-45. https://doi.org/10.1002/chp.49

66. Congressional Research Service. (2024). *The compacts of free association.* https://crsreports.congress.gov/product/pdf/IF/IF12194

67. Park, J., Lee, J. (2014). Knowledge sharing in information systems development projects: Explicating the role of dependence and trust. *International Journal of Project Management, 32*(1), 153-165. https://doi.org/10.1016/j.ijproman.2013.02.004

68. Chen, Y., Lin, T., Yen, D. (2014). How to facilitate inter-organizational knowledge sharing: The impact of trust. *Information and Management, 51*(5), 568-578. https://doi.org/10.1016/j.im.2014.03.007

69. Svare, H. (2019). The function of ability, benevolence and integrity-based trust in innovation networks. *Industry and Innovation, 27*(6), 585-604. https://doi.org/10.1080/13662716.2019.1632695

70. Heifetz, R., & Linsky, M. (2017). *Leadership on the line, with a new preface: Staying alive through the dangers of change*. Harvard Business Press.

71. Heifetz, R., & Linsky, M. (2017). *Leadership on the line, with a new preface: Staying alive through the dangers of change*. Harvard Business Press.

72. Bednarek, A., Wyborn, C., Cvitanovic, C., Meyer, R., Colvin, R., Addison, P., Close, S., Curran, K., Farooque, M., Goldman, E., Hart, D., Mannix, H., McGreavy, B., Parris, A., Posner, S., Robinson, C., Ryan, M., & Leith, P. (2018). Boundary spanning at the

science-policy interface: the practitioners' perspectives. *Sustainability Science, 13*(4), 1175-1183. https://doi.org/10.1007/s11625-018-0550-9

73. Rycroft-Smith, L. (2022). Knowledge brokering to bridge the research-practice gap in education: Where are we now? *Review of Education, 10*(1). https://doi.org/10.1002/rev3.3341

74. Lomas, J. (2007) The in-between world of knowledge brokering. *BMJ* 2007*, 334, 129. https://doi.org/10.1136/bmj.39038.593380.AE

75. Metz, A. & Louison, L. (2019) *The hexagon tool: Exploring context.* National Implementation Research Network, Frank Porter Graham Child Development Institute, University of North Carolina at Chapel Hill. Based on Kiser, Zabel, Zachik, & Smith (2007) and Blase, Kiser & Van Dyke (2013). https://nirn.fpg.unc.edu/sites/nirn.fpg.unc.edu/files/imce/documents/NIRN%20Hexagon%20Discussion%20Analysis%20Tool%20v2.2.pdf

76. Cuiccio, C. & Husby-Slater, M. (2018). *Needs assessment guidebook: Supporting the development of district and school needs assessments.* State Support Network. https://oese.ed.gov/files/2020/10/needsassessmentguidebook-508_003.pdf

77. Heifetz, R., & Linsky, M. (2017). *Leadership on the line, with a new preface: Staying alive through the dangers of change*. Harvard Business Press.

78. BroadbandNow. (2024). *Hawaii internet coverage & availability in 2024.* https://broadbandnow.com/Hawaii

79. Trading Economics. (n.d.). *Samoa - Individuals using the Internet (% of population).* https://tradingeconomics.com/samoa/individuals-using-the-internet-percent-of-population-wb-data.html

80. Kemp, S. (2024, February 23). *Digital 2024: The Marshall Islands.* DataReportal. https://datareportal.com/reports/digital-2024-marshall-islands#:~:text=The%20state%20of%20digital%20in,percent%20of%20the%20total%20population.

81. Le, L. T., Anthony, B. J., Bronheim, S. M., Holland, C. M., & Perry, D. F. (2016). A technical assistance model for guiding service and systems change. *The Journal of Behavioral Health Services & Research*, *43*, 380-395. https://doi.org/10.1007/s11414-014-9439-2

82. Andrews, K., Parekh, J., & Peckoo, S. (2019). *How to embed a racial and ethnic equity perspective in research* [Working paper]. Child Trends. https://cms.childtrends.org/wp-content/uploads/2019/09/RacialEthnicEquityPerspective_ChildTrends_October2019.pdf



**Appendix E. E.O. 12372 Transmittal Letter**

June 20, 2024

Jason Dubow, Manager
Resource Conversation & Management
Maryland Department of Planning
301 West Preston St., Ste. 1101
Baltimore, MD 21201-2305

**RE: ED-GRANTS- 051324-001 – ED Comprehensive Centers Region 12 (Pacific 1)**

Dear Mr. Dubow:

Child Trends would like to notify the Maryland Department of Planning that it has submitted an application in response to the U.S. Department of Education, Office of Elementary and Secondary Education's notice inviting applications: *ED-GRANTS- 051324-001: Comprehensive Centers Program*. Specifically, we have responded to Absolute Priority 2: Regional Centers, Center 12 (Pacific 1).

If you should need further information or clarification on our response, Ben Cronkright, Child Trends' proposed Co-Director for this proposal, may be reached by telephone at (240) 223-9203 or by email at bcronkright@childtrends.org.

Natalia Pane
President

---

12300 Twinbrook Parkway, Suite 235
Rockville, MD 20852
240-223.9200 | childtrends.org

ED 002110

**Budget Narrative File(s)**

---

**\* Mandatory Budget Narrative Filename:** | 1235-Child Trends Budget Narrative.pdf |

| Add Mandatory Budget Narrative | | Delete Mandatory Budget Narrative | | View Mandatory Budget Narrative |

---

To add more Budget Narrative attachments, please use the attachment buttons below.

| Add Optional Budget Narrative | | Delete Optional Budget Narrative | | View Optional Budget Narrative |

**ED 002111**

**Child Trends' Budget Narrative**
**Region 12 Comprehensive Center**
**Period of Performance:** 10/01/2024 to 9/30/2029
**Contract Type:** Cooperative Agreement

*Our detailed budget includes an annual set-aside of 5% of the grant amount (equivalent to $62,500 per year), earmarked to support emerging needs consistent with the proposed project's intended outcomes. Details and staffing adjustments will be made in consultation with, and approved by, the U.S. Department of Education (ED)/Office of Elementary and Secondary Education (OESE) program officer.*

*At the beginning of each budget year, our Project Co-Directors will provide a plan about how set-aside funds could be used based on needs sensing for the OESE program officer to approve. Our Project Manager will track the use of these funds throughout the year. Our Project Co-Directors will create a plan to seek approval from the OESE program officer for the project to reallocate any remaining funds from this annual set-aside no later than the end of the third quarter of each budget period.*

**Personnel**
Personnel costs are based on annual salary multiplied by the percent of effort. A 5% annual salary increase has been applied. Personnel costs are $1,543,045; $287,708 for Year 1, $314,492 for Year 2, $314,269 for Year 3, $313,624 for Year 4, $312,952 for Year 5. A description of the role of each staff member is provided below.

Ben Cronkright, MA, Senior Technical Assistance (TA) Specialist *(Year 1: Annual Salary: $146,400, Grant Salary $77,018, 52.61% effort, 6.31 person months; Year 2: Annual Salary: $153,720, Grant Salary $80,861, 52.60% effort, 6.31 person months; Year 3: Annual Salary: $161,406, Grant Salary $84,816, 52.55% effort, 6.31 person months; Year 4: Annual Salary: $169,476, Grant Salary $89,058, 52.55% effort, 6.31 person months; Year 5: Annual Salary: $177,950, Grant Salary $93,429, 52.50% effort, 6.30 person months)*. Mr. Cronkright will serve as the Region 12 (R12) Comprehensive Center (CC) Co-Director, overseeing and directing all activities and ensuring the project team fulfills all financial and administrative requirements. Cronkright will also lead Stakeholder Engagement activities including needs sensing, relationship building, and capacity building activities throughout the region. He will be the main point of contact in collaborating with the National Center, Content Centers, and the Regional Education Laboratory (REL) serving the Pacific region. Cronkright will also provide subject matter expertise in areas such as strengthening teacher pipelines, family and community engagement, school and district leadership, and systems improvement.

Cindy Henry, MA, Senior TA Specialist *(Year 1: Annual Salary: $146,000, Grant Salary $26,239, 17.97% effort, 2.16 person months; Year 2: Annual Salary: $153,300, Grant Salary $28,974, 18.90% effort, 2.27 person months; Year 3: Annual Salary: $160,965, Grant Salary $28,188, 17.51% effort, 2.10 person months; Year 4: Annual Salary: $169,013, Grant Salary $27,562, 16.31% effort, 1.96 person months; Year 5: Annual Salary: $177,464, Grant Salary $26,085, 14.70% effort, 1.76 person months)*. Ms. Henry will serve as the Hawai'i (HI) High-Leverage Problem (HLP) Lead. In close collaboration with R12 CC leadership and Co-Director

ED 002112

Ciotti, Ms. Henry will develop annual service plans and design and implement all capacity-building services in HI, based on state needs including emergent needs and in support of the overall project goals and objectives. She will ensure that all products and deliverables are consistent with ED's requirements and expectations and are responsive to reviewer feedback. She will also oversee the collection and archiving of data related to the implementation of evidence-based practice (EBP), collaborate with the external evaluator, and provide subject matter expertise in areas such as school and system improvement, student engagement, and instructional practice.

Spencer Scanlan, PhD, Senior Policy Fellow II *(Year 1: Annual Salary: $164,990, Grant Salary $29,651, 17.97% effort, 2.16 person months; Year 2: Annual Salary: $173,240, Grant Salary $32,742, 18.90% effort, 2.27 person months; Year 3: Annual Salary: $181,902, Grant Salary $31,854, 17.51% effort, 2.10 person months; Year 4: Annual Salary: $190,997, Grant Salary $31,146, 16.31% effort, 1.96 person months; Year 5: Annual Salary: $200,546, Grant Salary $29,510, 14.70% effort, 1.76 person months)*. Dr. Scanlan will serve as the AS HLP Co-Lead. In close collaboration with R12 CC leadership and Co-Lead Holquist, Dr. Scanlan will develop annual service plans and design and implement all capacity-building services in AS, based on state needs including emergent needs and in support of the overall project goals and objectives. He will ensure that all products and deliverables are consistent with ED's requirements and expectations and are responsive to reviewer feedback. He will also oversee the collection and archiving of data related to the implementation of EBPs, collaborate with the external evaluator, and provide subject matter expertise in the areas of improvement science, implementation science, and teaching and learning.

Samantha Holquist, PhD, Senior Research Scientist *(Year 1: Annual Salary: $166,600, Grant Salary $29,942, 17.97% effort, 2.16 person months; Year 2: Annual Salary: $174,930, Grant Salary $33,063, 18.90% effort, 2.27 person months; Year 3: Annual Salary: $183,677, Grant Salary $32,166, 17.51% effort, 2.10 person months; Year 4: Annual Salary: $192,860, Grant Salary $31,452, 16.31% effort, 1.96 person months; Year 5: Annual Salary: $202,503, Grant Salary $29,767, 14.70% effort, 1.76 person months)*. Dr. Holquist will serve as the American Samoa (AS) HLP Co-Lead. In close collaboration with R12 CC leadership and Co-Lead Scanlan, Holquist will develop annual service plans and design and implement all capacity-building services in AS, based on state needs including emergent needs and in support of the overall project goals and objectives. She will ensure that all products and deliverables are consistent with ED's requirements and expectations and are responsive to reviewer feedback. She will also oversee the collection and archiving of data related to the implementation of EBPs, collaborate with the external evaluator, and provide subject matter expertise in areas such as improvement science, supporting systems change, improving the educator workforce, improving school climate, math instruction and learning, and student well-being.

Tameka Porter, PhD, Senior Research Fellow II *(Year 1: Annual Salary: $164,990, Grant Salary $29,675, 17.99% effort, 2.16 person months; Year 2: Annual Salary: $173,240, Grant Salary $32,416, 18.71% effort, 2.25 person months; Year 3: Annual Salary: $181,902, Grant Salary $32,410, 17.82% effort, 2.14 person months; Year 4: Annual Salary: $190,997, Grant Salary $30,535, 15.99% effort, 1.92 person months; Year 5: Annual Salary: $200,546, Grant Salary $29,510, 14.71% effort, 1.77 person months)*. Dr. Porter will serve as the Internal Evaluation

Lead and Multilingual Learning Lead to support HLP teams. In close collaboration with R12 CC leadership, Porter will support professional learning development, research synthesis, needs sensing, and the development of tools and resources for supporting multilingual learners. She will also lead internal evaluation planning and continuous improvement activities, collaborate with the external evaluator, and support R12 CC leadership in completing and/or compiling surveys, interviews, activity reports, or other documents requested as part of the national evaluation.

Jennifer Widstrand, BS, Senior Project Manager *(Year 1: Annual Salary: $87,600, Grant Salary $19,799, 22.60% effort, 2.71 person months; Year 2: Annual Salary: $91,980, Grant Salary $21,744, 23.64% effort, 2.84 person months; Year 3: Annual Salary: $96,579, Grant Salary $22,314, 23.10% effort, 2.77 person months; Year 4: Annual Salary: $101,408, Grant Salary $21,385, 21.09% effort, 2.53 person months; Year 5: Annual Salary: $106,478, Grant Salary $22,360, 21.00% effort, 2.52 person months)*. Ms. Widstrand will serve as the Project Manager for R12 CC. She will assist R12 CC leaders and HLP leads by overseeing work breakdown structures and Gantt charts, and ensuring projects are completed on budget and on time. She will also coordinate with the communications team and serve as the primary point of contact with Pacific American Foundation (PAF) and Education Northwest. Widstrand will also provide subject matter expertise in improving literacy.

Joseph Boven, BA, Research Communications Specialist II *(Year 1: Annual Salary: $134,000, Grant Salary $21,177, 15.80% effort, 1.90 person months; Year 2: Annual Salary: $140,700, Grant Salary $23,069, 16.40% effort, 1.97 person months; Year 3: Annual Salary: $147,735, Grant Salary $23,268, 15.75% effort, 1.89 person months; Year 4: Annual Salary: $155,122, Grant Salary $24,432, 15.75% effort, 1.89 person months; Year 5: Annual Salary: $162,878, Grant Salary $25,653, 15.75% effort, 1.89 person months)*. Mr. Boven will serve as the Communications and Outreach Lead, directing all communication and dissemination activities in close collaboration with R12 CC leadership, including developing and maintaining the R12 CC webpage.

Lorena Aceves, PhD, Research Scientist II *(Year 1: Annual Salary: $132,500, Grant Salary $21,616, 16.31% effort, 1.96 person months; Year 2: Annual Salary: $139,125, Grant Salary $26,061, 18.73% effort, 2.25 person months; Year 3: Annual Salary: $146,081, Grant Salary $26,532, 18.16% effort, 2.18 person months; Year 4: Annual Salary: $153,385, Grant Salary $24,179, 15.76% effort, 1.89 person months; Year 5: Annual Salary: $161,055, Grant Salary $23,671, 14.70% effort, 1.76 person months)*. Dr. Aceves will serve as a TA provider, who provides expertise in developing, implementing, and evaluating programs and strategies to enhance reading and writing skills in young children, providing support and training to educators and engaging with families to foster early literacy development. She will also provide subject matter expertise in early literacy among other areas.

Cherry Yamane, MPH, Senior Research Analyst *(Year 1: Annual Salary: $87,600, Grant Salary $17,737, 20.25% effort, 2.43 person months; Year 2: Annual Salary: $91,980, Grant Salary $19,336, 21.02% effort, 2.52 person months; Year 3: Annual Salary: $96,579, Grant Salary $19,264, 19.95% effort, 2.39 person months; Year 4: Annual Salary: $101,408, Grant Salary $19,008, 18.74% effort, 2.25 person months; Year 5: Annual Salary: $106,478, Grant Salary*

*$19,009, 17.85% effort, 2.14 person months).* Yamane will serve as a TA provider, who provides expertise in developing and implementing math instruction and interventions that respect and incorporate students' cultural backgrounds, while providing support and training to educators to enhance culturally responsive teaching practices. They will also provide subject matter expertise in the areas of working with Indigenous populations and improving literacy, school climate, and student well-being.

<u>Subject Matter Experts Pool</u> *(Year 1: Annual Salary: $201,300, Grant Salary $14,854, 7.38% effort, 0.89 person months; Year 2: Annual Salary: $211,364, Grant Salary $16,226, 7.68% effort, 0.92 person months; Year 3: Annual Salary: $221,932, Grant Salary $13,457, 6.06% effort, 0.73 person months; Year 4: Annual Salary: $233,029, Grant Salary $14,867, 6.38% effort, 0.77 person months; Year 5: Annual Salary: $244,680, Grant Salary $13,990, 5.72% effort, 0.69 person months)* will serve as Senior Advisors for this project. They will leverage their experience, expertise, and relationships to provide consultation on TA activities, tools, and products, and connections to their existing contacts in the region and associated fields. Our expert pool includes Brandon Stratford, PhD, Kristen Harper, EdM, and Doré LaForett, PhD. Dr. Stratford has expertise in areas such as TA provision and adult learning, systems change, improving the educator workforce, teacher and leader support and development, and supporting student groups including Indigenous students and LGBTQIA+ students. Ms. Harper has considerable experience engaging and consulting with stakeholders, an extensive network of policy and state education agency (SEA) contacts, and expertise in the areas of education policy, disparities in educational opportunity by race and disability, school discipline policy, and school health and climate. Dr. LaForett has experience with low-income populations and with culturally and linguistically diverse children and families, with a heavy emphasis on children who are dual language learners.

**Fringe Benefits**

Fringe benefits are calculated using Child Trends Federally approved rate of 52.6% as approved by the U.S. Department of Health and Human Services, the organization's cognizant audit agency. Fringe benefits include Pension (11.07%), Payroll Taxes (7.89%), Health Insurance (11.50%), Life & Extended Disability Insurance (1.06%), Workmen's Compensation Insurance (0.27%), Education Benefits (0.16%), Annual Leave (9.17%), Holiday Leave (4.10%), Sick Leave (5.17%), Other Leave (1.69%), and Other Fringe Benefits (0.52%).

Fringe Benefits Costs are $693,750; $128,731 for Year 1, $140,597 for Year 2, $140,820 for Year 3, $141,465 for Year 4, $142,137 for Year 5.

**Travel**

All travel will be conducted in accordance with the Federal Travel Regulations. Travel rates will be consistent with those established by the Federal Government. *Please note as Cronkright and Scanlan split their time between Michigan (MI) and HI and HI and AS, respectively, we are only requesting travel expenses for when Cronkright and Scanlan are conducting official R12 CC business. As much as possible, we will strive to limit travel to and within the region by aligning R12 CC business with times when Cronkright and Scanlan are already on island.* The following travel has been budgeted annually:

- One roundtrip from Holland, MI, to Washington, DC, for Dr. Cronkright to attend the annual director's meeting.

| Washington, DC | | | |
|---|---|---|---|
| | Cost Per Unit | Units Per Trip | Total Cost |
| Airfare | $500 | 1 | $500.00 |
| Per Diem | $79 | 3.5 | $276.50 |
| Ground * | $50 | 4 | $200.00 |
| Local * | $50 | 4 | $200.00 |
| Lodging | $261 | 3 | $783.00 |

*"Ground transportation" reflects costs associated with a car rental or taxi/Uber/Lyft/public transportation while traveling. "Local travel" reflects mileage or transportation to/from the airport before traveling and upon return, and includes costs associated with parking at the airport while traveling.*

- One roundtrip each from Holland, MI, to Honolulu, HI, Pago Pago, AS, and Majuro, The Republic of the Marshall Islands (RMI) for Dr. Cronkright to engage in needs sensing and relationship-building activities throughout the region.

| Honolulu, HI | | | |
|---|---|---|---|
| | Cost Per Unit | Units Per Trip | Total Cost |
| Airfare | $900 | 1 | $900.00 |
| Per Diem | $157 | 7.5 | $1,177.50 |
| Ground | $50 | 8 | $400.00 |
| Local | $50 | 8 | $400.00 |
| Lodging | $202 | 7 | $1,414.00 |

| Pago Pago, AS | | | |
|---|---|---|---|
| | Cost Per Unit | Units Per Trip | Total Cost |
| Airfare | $5,000 | 1 | $5,000.00 |
| Per Diem | $103 | 7.5 | $772.50 |
| Ground | $50 | 8 | $400.00 |
| Local | $50 | 8 | $400.00 |
| Lodging | $149 | 7 | $1,043.00 |

| Majuro, RMI | | | |
|---|---|---|---|
| | Cost Per Unit | Units Per Trip | Total Cost |
| Airfare | $2,750 | 1 | $2,750.00 |
| Per Diem | $92 | 7.5 | $690.00 |
| Ground | $50 | 8 | $400.00 |
| Local | $50 | 8 | $400.00 |
| Lodging | $152 | 7 | $1,064.00 |

- Four roundtrips from Laie, HI, to Pago Pago, AS, for project staff to engage in needs sensing and relationship-building activities in the territory.

| Pago Pago, AS | | | | |
|---|---|---|---|---|
| | Cost Per Unit | Trips | Units Per Trip | Total Cost |

| | | | | |
|---|---|---|---|---|
| Airfare | $1,000 | 4 | 1 | $4,000.00 |
| Per Diem | $103 | 4 | 3.5 | $1,442.00 |
| Ground | $50 | 4 | 4 | $800.00 |
| Local | $50 | 4 | 4 | $800.00 |
| Lodging | $149 | 4 | 3 | $1,788.00 |

- Travel within HI for project staff to engage in needs sensing, relationship-building, and capacity-building activities throughout the state.

| | Cost Per Unit | Trips | Units Per Trip | Total Cost |
|---|---|---|---|---|
| Airfare | $150 | 24 | 1 | $3,600.00 |
| Per Diem | n/a | n/a | n/a | n/a |
| Ground | $50 | 24 | 1 | $1,200.00 |
| Local | $50 | 24 | 1 | $1,200.00 |
| Lodging | n/a | n/a | n/a | n/a |

Travel costs are $170,005; $34,001 for Years 1-5.


**Other Direct Costs**

Specialized Software

Costs for specialized software are included in the budget. We have budgeted for: one license of Nimble, a customer relationship management software, at $29.90 per month; one license of Metricool Advanced, a social media management tool, at $45.00 per month; two licenses of Zoom Workplace Pro, for hosting virtual meetings and TA trainings, at $13.32 per license per month; and two months per year of Zoom Webinars, for hosting large virtual events, at $79.00 per month.

Software costs are $6,880; $1,376 for Years 1-5.


Translation Services

We have budgeted for interpretation and translation services for events, materials, and products that will target students, parents, and/or practitioners in AS and RMI. Live interpretation and translated captioning are estimated to cost $200 per hour for events, and translation of written materials/products is estimated to cost $0.28 per word. We have budgeted for an estimated total of $8,000 per year in interpretation and translation services.

Translation Services costs are $40,000; $8,000 for Years 1-5.


Subrecipients

We will partner with PAF and Education Northwest.

PAF will have a substantial role in managing the R12 CC and delivering capacity building TA for the region in partnership with Child Trends staff during all five years of the project. PAF will provide organizational and personnel expertise to the center through staff including Kapono Ciotti, who will serve as Project Co-Director, working closely with Cronkright to oversee and direct all R12 CC activities, and will also serve as HI HLP Co-Lead with Ms. Henry; Mark Stege and Biram Stege, who will serve as RMI HLP Co-Leads; Herb Lee Jr., who will serve as a senior advisor to the R12 CC, and other TA specialists/expert consultants as needed. In addition, PAF

staff will collaborate with Child Trends staff to conduct internal evaluation of HLPs and collaborate with other regional CCs through National Center and Content Center activities to create a functional CC Network. Please see attached for PAF's ED-524 Form and detailed Budget Narrative.

PAF costs are $1,562,500; $312,500 for Years 1-5.

Education Northwest will be responsible for conducting the external evaluation of the R12 CC, in collaboration with Child Trends and PAF during all five years of the project. Please see attached for Education Northwest's ED-524 Form and detailed Budget Narrative.

Education Northwest costs are $625,000; $125,000 for Years 1-5.

Contractual costs are $2,187,500; $437,500 for Years 1-5.

*Child Trends followed all policies and procedures under 2 CFR 200.317-200.326 for procurement of the subcontractors named above.*

508 Compliance Review
All public products will undergo 508 compliance review to ensure adherence to Section 508 of the Rehabilitation Act of 1973.

Total Other Direct Costs budgeted for the project period are $2,234,380; $446,876 for Years 1-5.

**Total Direct Costs**
Total Direct Costs are $4,641,180; $897,316 for Year 1, $935,966 for Years 2-5.

**Indirect Costs**
Indirect costs are budgeted at Child Trends' federally approved indirect rate of 63%, which is applied to all direct costs excluding subrecipients costs over $50,000. Please see Appendix B for Child Trends' Negotiated Indirect Cost Rate Agreement (NICRA).

Indirect costs are $1,608,820; $352,684 for Year 1, $314,034 for Years 2-5.

**Total Costs**
Total costs for the project are $6,250,000; $1,250,000 for Years 1-5.

| | OMB Control Number: 1894-0008 |
|---|---|
| | Expiration Date: 8/31/2026 |

## U.S. DEPARTMENT OF EDUCATION
## BUDGET INFORMATION NON-CONSTRUCTION PROGRAMS

Name of Institution/Organization: **Pacific American Foundation**

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

### SECTION A – BUDGET SUMMARY U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Total (f) |
|---|---|---|---|---|---|---|
| 1. Personnel | $120,904 | $121,466 | $121,238 | $123,134 | $122,853 | $609,595 |
| 2. Fringe Benefits | $61,697 | $61,135 | $61,363 | $61,967 | $62,198 | $308,360 |
| 3. Travel | $16,246 | $16,246 | $16,246 | $16,246 | $16,246 | $81,230 |
| 4. Equipment | | | | | | |
| 5. Supplies | $5,000 | $5,000 | $5,000 | $2,500 | $2,000 | $19,500 |
| 6. Contractual | $70,923 | $70,923 | $70,923 | $70,923 | $70,923 | $354,615 |
| 7. Construction | | | | | | |
| 8. Other | $4,430 | $4,430 | $4,430 | $4,430 | $4,980 | $22,700 |
| 9. Total Direct Costs (lines 1-8) | $279,200 | $279,200 | $279,200 | $279,200 | $279,200 | $1,396,000 |
| 10. Indirect Costs* | $33,300 | $33,300 | $33,300 | $33,300 | $33,300 | $166,500 |
| 11. Training Stipends | | | | | | |
| 12. Total Costs (lines 9-11) | $312,500 | $312,500 | $312,500 | $312,500 | $312,500 | $1,562,500 |

***Indirect Cost Information (To Be Completed by Your Business Office):***

If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? __✓__Yes ____ No.

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: _1_/_1_/_2023_ To: _12_/_31_/_2023_ (mm/dd/yyyy)

Approving Federal agency: ____ED  __✓__Other (please specify): _U.S. Department of Commerce - NOAA_The Indirect Cost Rate is ___12.37_%

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ____Yes ____No. If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages? ____Yes ____No. If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) – Are you using a restricted indirect cost rate that:
____Is included in your approved Indirect Cost Rate Agreement? Or ____ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is _____%

ED 524

**ED 002119**

Name of Institution/Organization

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Total (f) |
|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | |
| 2. Fringe Benefits | | | | | | |
| 3. Travel | | | | | | |
| 4. Equipment | | | | | | |
| 5. Supplies | | | | | | |
| 6. Contractual | | | | | | |
| 7. Construction | | | | | | |
| 8. Other | | | | | | |
| 9. Total Direct Costs (Lines 1-8) | | | | | | |
| 10. Indirect Costs | | | | | | |
| 11. Training Stipends | | | | | | |
| 12. Total Costs (Lines 9-11) | | | | | | |

## SECTION C – BUDGET NARRATIVE (see instructions)

ED 524

ED 002120

**Pacific American Foundation's Budget Narrative**
**Region 12 Comprehensive Center**
**Period of Performance:** 10/1/2024 to 9/30/2029
**Contract Type:** Cost Reimbursement

**Personnel**
Personnel Costs are based on annual salary multiplied by the percent of effort. A 2% annual salary increase has been applied for year 3-5.  Personnel costs are $609,595; $120,904 for Year 1, $121,466 for Year 2, $121,238 for Year 3 $123,134 for Year 4 and $122,853 for Year 5. A description of the role of each staff member is provided below.

Kapono Ciotti, PhD, will serve as the Project Co-Director *(Annual salary $60,000, Year 1 grant salary $120,000, 50% effort, 6 person months; Year 2 grant salary $60,000 at 50% effort, 6 person months; Year 3 grant salary $61,200 at 50% effort, 6 person months; Year 4 grant salary $62,425 at 50% effort, 6 person months; and Year 5 grant salary $63,675 at 50 % effort, 6 person months).* Dr. Ciotti will oversee the project for the Pacific American Foundation (PAF). In collaboration with Co-Director Ben Cronkright, Ciotti will oversee the Region 12 (R12) Comprehensive Center (CC) and hold authority over all operational decisions. As detailed in the technical narrative, Ciotti and Cronkright will divide their operational responsibilities to enhance efficiency and ensure clear role delineation.

Herb Lee Jr., will serve as Senior Advisor *(Annual salary $10,650, Year 1 grant salary $142,000 at 8% effort, .96 person months; Year 2 grant salary $10,650 at 8 % effort, .96 person months; Year 3 grant salary $10.650 at 8% effort, .96 person months; Year 4 grant salary $10,650 at 8 % effort, .96 person months; and Year 5 grant salary $10,650 at 8% effort, .96 person months).* Lee will support the Co-Directors in overseeing the R12 CC. Lee is a highly esteemed leader in the fields of education, community development, and cultural preservation in Region 12. Lee will support the Co-Directors in implementing the stakeholder engagement system and developing meaning partnerships within the region. As needed, Lee will act as a subject matter expert on high-level practice (HLP) projects.

Kalina Mead, will serve as Curriculum and Instruction Technical Assistance (TA) Specialist *(Annual salary $50,253.61 Year 1 grant salary at 67% effort, 8.04 person months, Year 2 grant salary $50,816.50 at 68% effort, 8.16 person months, Year 3 grant salary $49,387.58 at 65% effort, 7.8 person months; Year 4 grant salary $50,059.49 at 64% effort, 7.68 person months; and Year 5 $48,528.42 at 61% effort, 7.32 person months).* Mead will assist all HLP project teams. Mead will offer expertise in data analysis, instructional strategy development, professional development for teachers and school leaders, and the adaptation and implementation of culturally sustaining evidence-based practices in classroom learning.

**Fringe Benefits**
Fringe benefits are calculated using state and federally approved rates as approved by the organization's cognizant audit agency.

Fringe Benefits Costs are $308,360; $61,697 for Year 1, $61,135 for Year 2, $61,363 for Year 3, $61,967 for Year 4 and $62,198 for Year 5.

**Travel**

All travel will be conducted in accordance with the Federal Travel Regulations. Travel rates will be consistent with those established by the Federal Government. Includes cost of airfare, hotel, ground transport and meals 3 trips @ $3,000 per person /trip including one to Washington, DC, one to the Republic of the Marshall Islands, and one to American Samoa. In addition, 8 trips @ $400/trip including air, hotel, car and meals for Hawaii interisland travel.

Travel costs are $81,230; $16,246 for Years 1-5.

**Supplies**

We will use supplies (e.g., printing blogs, data visualizations, newsletters) to support dissemination of products.

Supplies costs are $19,500; $5,000 for Year 1, $5,000 for Year 2, $5,000 for Year 3, $2,500 for Year 4 and $2,000 for Year 5.

**Contractual**

Two positions for the Republic of the Marshall Islands (RMI) including Biram Stege at $32,000/year as RMI's HLP team lead and Mark Stege as RMI's HLP team co-lead at $28,000/year. Biram Stege and Mark Stege will provide leadership over the design and implementation of all capacity-building services in RMI to support the overall project goals and objectives. This entails collaborating with R12 CC leaders on translating RMI needs into feasible and effective Annual State Service Plans and designing and implementing capacity-building services with recipients. Biram Stege will also ensure that R12 CC products (e.g., meeting materials) and deliverables (e.g., Annual State Service plans, blogs) are consistent with the U.S. Department of Education's (ED) requirements and expectations and are responsive to reviewer feedback. Biram Stege will be the primary point of contact with stakeholders and will lead the networked improvement community teams. Mark Stege will support the lead.

Dr. Marlene Zeug, The Pewa Project, at $10,000/year will serve as consultant for early childhood, culture-based curriculum development, and training and career planning and development.

Contractual costs are $354,615; $70,923 for Years 1-5.

**Other Direct Costs**

3rd-Party PEO Fees - $50 per employee per month = $50 x 3 EE's x 12 months.

Workshop cost to support up to 4 teachers for 10 days at $2,450.00 /year for Years 1-4 and $3000.00 for year 5.

Total Other Costs budgeted for the project period are $22,700; $4,430 for Year 1, $4,430 for Year 2, $4,430 for Year 3, $4,430 for Year 4 and $4,980 for Year 5.

**Total Direct Costs** are $1,396,000; $279,200 for Years 1-5.

**Indirect Costs**

Indirect costs are budgeted at PAF's federally approved indirect rate of 12.4%, which is applied to all direct costs excluding subcontractor costs over $50,000. Please see Appendix B for PAF's Negotiated Indirect Cost Rate Agreement (NICRA).

Indirect Costs are budgeted at 12.4%. Indirect costs are $166,500; $33,300 for Years 1-5.

**TOTAL Costs** for the project are $1,562,500; $312,500 for Years 1-5.

| | | OMB Control Number: 1894-0008 |
|---|---|---|
| | **U.S. DEPARTMENT OF EDUCATION** **BUDGET INFORMATION NON-CONSTRUCTION PROGRAMS** | Expiration Date: 8/31/2026 |

Name of Institution/Organization    Education Northwest

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

**SECTION A – BUDGET SUMMARY U.S. DEPARTMENT OF EDUCATION FUNDS**

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Total (f) |
|---|---|---|---|---|---|---|
| 1. Personnel | $44,943 | $45,303 | $45,613 | $45,902 | $46,182 | $227,943 |
| 2. Fringe Benefits | $15,057 | $15,177 | $15,282 | $15,377 | $15,472 | $76,365 |
| 3. Travel | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $75,000 |
| 4. Equipment | | | | | | |
| 5. Supplies | | | | | | |
| 6. Contractual | | | | | | |
| 7. Construction | | | | | | |
| 8. Other | $18,984 | $18,505 | $18,090 | $17,706 | $17,331 | $90,616 |
| 9. Total Direct Costs (lines 1-8) | $93,984 | $93,985 | $93,985 | $93,985 | $93,985 | $469,924 |
| 10. Indirect Costs* | $31,016 | $31,015 | $31,015 | $31,015 | $31,015 | $155,076 |
| 11. Training Stipends | | | | | | |
| 12. Total Costs (lines 9-11) | $125,000 | $125,000 | $125,000 | $125,000 | $125,000 | $625,000 |

***Indirect Cost Information (To Be Completed by Your Business Office):***

If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1)   Do you have an Indirect Cost Rate Agreement approved by the Federal government?   ✓ Yes _____ No.

(2)   If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement:  From: _1_/_1_/_2024_  To: _12_/_31_/_2024_  (mm/dd/yyyy)

Approving Federal agency:  ✓ ED  _____ Other (please specify): _____   The Indirect Cost Rate is _____ 33.0 _ %

(3)   If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? _____ Yes _____ No. If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4)   If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages? _____ Yes _____ No. If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5)   For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:

_____ Is included in your approved Indirect Cost Rate Agreement? Or  _____ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is _____ %

ED 524

**ED 002124**

Name of Institution/Organization

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

**SECTION B - BUDGET SUMMARY**
**NON-FEDERAL FUNDS**

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Total (f) |
|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | |
| 2. Fringe Benefits | | | | | | |
| 3. Travel | | | | | | |
| 4. Equipment | | | | | | |
| 5. Supplies | | | | | | |
| 6. Contractual | | | | | | |
| 7. Construction | | | | | | |
| 8. Other | | | | | | |
| 9. Total Direct Costs (Lines 1-8) | | | | | | |
| 10. Indirect Costs | | | | | | |
| 11. Training Stipends | | | | | | |
| 12. Total Costs (Lines 9-11) | | | | | | |

**SECTION C – BUDGET NARRATIVE** (see instructions)

ED 524

**ED 002125**

**Sub Budget Narrative**
**Comprehensive Center Proposal:** Region 12 (Pacific 1)
**Period of Performance:** 10/1/2024 to 9/30/2029
**Contract Type:** Cost Reimbursement

## Key Personnel

Personnel Costs are based on annual salary multiplied by the percent of effort. A 3% annual salary increase has been applied. Personnel costs are $227,943; $44,943 for Year 1, $45,303 for Year 2, $45,613 for Year 3, $45,902 for Year 4 and $46,182 for Year 5. A description of the role of each staff member is provided below.

Shannon Davidson, Ph.D., Principal Investigator *(Annual salary $127,391, Year 1 grant salary $25,745, .20% effort, 2.40 person months, Year 2 grant salary $27,213, .21% effort, 2.52 person months, Year 3 grant salary $26,536, .20% effort 2.40 person months, Year 4 grant salary $27,391, .19% effort, 2.28 person months, Year 5 grant salary $26,759, .18 % effort, 2.28 person months)* Dr. Davidson will serve as the main point of contact for Education Northwest, providing project management and overseeing data collection, analysis and reporting.

Elizabeth Gandhi, Ph.D., *(Annual salary $114,833, Year 1 grant salary $4,176, .04 % effort, .44 person months, Year 2 grant salary $4,099, .03 % effort, .42 person months, Year 3 grant salary $4,153, .03 % effort .41 person months, Year 4 grant salary $4,349, .03 % effort, .42 person months Year 5 grant salary $4,039, .03 % effort, .38 person months)* Dr. Gandhi will advise on research design, provide quality assurance reviews for all data collection instruments and reports, and support communication with partners.

## Other Personnel

Professional, Communications, Finance, and Administrative Personnel**:** [6] staff members at Education Northwest will serve on the project team and provide qualitative data collection and analysis, quantitative data support, professional, logistical, financial, and administrative support. *Year 1 grant salaries $15,023, .19% effort, 2.32 person months, Year 2 grant salaries $13,992 .18% effort, 2.14 person months, Year 3 grant salaries $14,924, .18% effort, 2.16 person months, Year 4 grant salaries $14,161 .17% effort 2.04 person months, Year 5 grant salaries $15,385, .17% effort, 2.09 person months*

## Salaries

The calculation of full-time equivalents (FTE) is based on actual working days in the contractual period. There are typically 260 week days in each year. One FTE equals 260 working days per year, or 2,080 hours for exempt professional staff (8 hours per day). These total annual hours are then adjusted for average paid time off (PTO), such as holidays, vacation, and personal time off resulting in 1,760 productive hours.

These total productive hours are used to calculate the annual FTE requirements of this proposal. For example, if a staff person is required to be 0.5 FTE, then the total number of hours proposed are 880 (1,760 hours x 0.5 FTE).

Labor costs are derived by multiplying direct labor hours by effective rates. Education Northwest employs an effective rate as a means of calculating base hourly rates used in this proposal. Effective

rates are calculated by dividing staff's base annual salary by the total annual productive hours. For example, an employee making $85,000 per year has a base effective hourly rate of $48.30: $85,000/1,760 = $48.30 per hour budgeted

This proposal contains an average annual increase of 3%, which is established based on policy set annually by the Board of Directors.

The level of effort provided in the proposal reflects highly qualified staff employed to efficiently carry out the work within the budget we have proposed.

**Fringe Benefits**
Fringe benefits are calculated using federally approved rate of 33.5% as approved by the organization's cognizant audit agency.

Fringe Benefits Costs are $76,365; $15,057 for Year 1, $15,177 for Year 2, $15,282 for Year 3, $15,377 for Year 4, $15,472 for Year 5.

**Travel**
All travel will be conducted in accordance with the Federal Travel Regulations. Travel rates will be consistent with those established by the Federal Government using OCONUS rates.

Two staff will travel once per year to three locations to conduct evaluation activities, as needed – Hawaii, Marshall Islands and American Samoa. We've budgeted for seven nights total.

Travel costs are $75,000; $15,000 for each year.

**Other Direct Costs**
Occupancy
Education Northwest directly allocates the costs of rent, facilities maintenance and services, information technology equipment, software, services, and telecommunications, as well as other miscellaneous overhead costs. These costs are considered directly associated with the scope of work for this project and are pooled, calculated, and applied as a factor of total organizational direct labor costs.

Occupancy costs are $90,616; $18,984 for Year 1, $18,505 for Year 2, $18,090 for Year 3, $17,706 for Year 4, $17,331 for Year 5.

**Total Direct Costs** are $469,924; $93,984 for Year 1; $93,985 for Years 2 – 5.

**Indirect Costs**
Indirect Costs are budgeted at 33%.

Indirect costs are $155,076; $31,016 for Year 1, $31,015 for Year 2, $31,015 for Year 3, $31,015 for Year 4, $31,015 for Year 5

**TOTAL Costs** for the project are $625,000; $125,000 for each year.

# U.S. DEPARTMENT OF EDUCATION
# BUDGET INFORMATION
# NON-CONSTRUCTION PROGRAMS

OMB Number: 1894-0008
Expiration Date: 08/31/2026

Name of Institution/Organization

Child Trends, Incorporated

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION A - BUDGET SUMMARY
## U.S. DEPARTMENT OF EDUCATION FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | 287,708.00 | 314,492.00 | 314,269.00 | 313,624.00 | 312,952.00 | | | 1,543,045.00 |
| 2. Fringe Benefits | 128,731.00 | 140,597.00 | 140,820.00 | 141,465.00 | 142,137.00 | | | 693,750.00 |
| 3. Travel | 34,001.00 | 34,001.00 | 34,001.00 | 34,001.00 | 34,001.00 | | | 170,005.00 |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | 446,876.00 | 446,876.00 | 446,876.00 | 446,876.00 | 446,876.00 | | | 2,234,380.00 |
| 9. Total Direct Costs (lines 1-8) | 897,316.00 | 935,966.00 | 935,966.00 | 935,966.00 | 935,966.00 | | | 4,641,180.00 |
| 10. Indirect Costs* | 352,684.00 | 314,034.00 | 314,034.00 | 314,034.00 | 314,034.00 | | | 1,608,820.00 |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | 1,250,000.00 | 1,250,000.00 | 1,250,000.00 | 1,250,000.00 | 1,250,000.00 | | | 6,250,000.00 |

**Indirect Cost Information (To Be Completed by Your Business Office):** If you are requesting reimbursement for indirect costs on line 10, please answer the following questions:

(1) Do you have an Indirect Cost Rate Agreement approved by the Federal government? ☒ Yes   ☐ No

(2) If yes, please provide the following information:

Period Covered by the Indirect Cost Rate Agreement: From: 01/01/2022  To: 12/31/2024  (mm/dd/yyyy)

Approving Federal agency: ☐ ED  ☒ Other (please specify): U.S. Department of Health and Human Services (HHS)

The Indirect Cost Rate is 63.00 %.

(3) If this is your first Federal grant, and you do not have an approved indirect cost rate agreement, are not a State, Local government or Indian Tribe, and are not funded under a training rate program or a restricted rate program, do you want to use the de minimis rate of 10% of MTDC? ☐ Yes  ☐ No  If yes, you must comply with the requirements of 2 CFR § 200.414(f).

(4) If you do not have an approved indirect cost rate agreement, do you want to use the temporary rate of 10% of budgeted salaries and wages?
☐ Yes  ☐ No  If yes, you must submit a proposed indirect cost rate agreement within 90 days after the date your grant is awarded, as required by 34 CFR § 75.560.

(5) For Restricted Rate Programs (check one) -- Are you using a restricted indirect cost rate that:
☐ Is included in your approved Indirect Cost Rate Agreement? Or, ☐ Complies with 34 CFR 76.564(c)(2)? The Restricted Indirect Cost Rate is _____ %.

(6) For Training Rate Programs (check one) -- Are you using a rate that:
☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))? Or, ☐ Is based on the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4)), because it is lower than the training rate of 8 percent of MTDC (See EDGAR § 75.562(c)(4))?

ED 524
Tracking Number:GRANT14193181

PR/Award # S283B240006
Page e248

Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 03:13:40 PM EDT

ED 002128

Name of Institution/Organization

Child Trends, Incorporated

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## SECTION B - BUDGET SUMMARY
## NON-FEDERAL FUNDS

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel | | | | | | | | |
| 2. Fringe Benefits | | | | | | | | |
| 3. Travel | | | | | | | | |
| 4. Equipment | | | | | | | | |
| 5. Supplies | | | | | | | | |
| 6. Contractual | | | | | | | | |
| 7. Construction | | | | | | | | |
| 8. Other | | | | | | | | |
| 9. Total Direct Costs (lines 1-8) | | | | | | | | |
| 10. Indirect Costs | | | | | | | | |
| 11. Training Stipends | | | | | | | | |
| 12. Total Costs (lines 9-11) | | | | | | | | |

## SECTION C - BUDGET NARRATIVE (see instructions)

ED 524

PR/Award # S283B240036
Page e249

Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 03:13:40 PM EDT

ED 002129

Name of Institution/Organization

Child Trends, Incorporated

Applicants requesting funding for only one year should complete the column under "Project Year 1." Applicants requesting funding for multi-year grants should complete all applicable columns. Please read all instructions before completing form.

## IF APPLICABLE: SECTION D - LIMITATION ON ADMINISTRATIVE EXPENSES

(1)  List administrative cost cap (x%):

(2)  What does your administrative cost cap apply to?  ☐ (a) indirect and direct costs  or,  ☐ (b) only direct costs

| Budget Categories | Project Year 1 (a) | Project Year 2 (b) | Project Year 3 (c) | Project Year 4 (d) | Project Year 5 (e) | Project Year 6 (f) | Project Year 7 (g) | Total (h) |
|---|---|---|---|---|---|---|---|---|
| 1. Personnel Administrative | | | | | | | | |
| 2. Fringe Benefits Administrative | | | | | | | | |
| 3. Travel Administrative | | | | | | | | |
| 4. Contractual Administrative | | | | | | | | |
| 5. Construction Administrative | | | | | | | | |
| 6. Other Administrative | | | | | | | | |
| 7. Total Direct Administrative Costs (lines 1-6) | | | | | | | | |
| 8. Indirect Costs | | | | | | | | |
| 9. Total Administrative Costs | | | | | | | | |
| 10. Total Percentage of Administrative Costs | | | | | | | | |

ED 524

Tracking Number:GRANT14193181    Funding Opportunity Number:ED-GRANTS-051324-001 Received Date:Jun 21, 2024 03:13:40 PM EDT

ED 002130

# DISCLOSURE OF LOBBYING ACTIVITIES

**Complete this form to disclose lobbying activities pursuant to 31 U.S.C.1352**

OMB Number: 4040-0013
Expiration Date: 02/28/2025

| 1. * Type of Federal Action: | 2. * Status of Federal Action: | 3. * Report Type: |
|---|---|---|
| ☐ a. contract | ☐ a. bid/offer/application | ☒ a. initial filing |
| ☐ b. grant | ☒ b. initial award | ☐ b. material change |
| ☒ c. cooperative agreement | ☐ c. post-award | |
| ☐ d. loan | | |
| ☐ e. loan guarantee | | |
| ☐ f. loan insurance | | |

**4.  Name and Address of Reporting Entity:**

☒ Prime   ☐ SubAwardee

* Name: Child Trends, Incorporated

* Street 1: 12300 Twinbrook Parkway      Street 2: Suite 235

* City: Rockville    State: MD: Maryland      Zip: 20852-1609

Congressional District, if known: MD-008

**5. If Reporting Entity in No.4 is Subawardee, Enter  Name and Address of Prime:**

| 6. * Federal Department/Agency: | 7. * Federal Program Name/Description: |
|---|---|
| U.S. Department of Education | Comprehensive Centers |
| | CFDA Number, *if applicable:* 84.283 |

| 8. Federal Action Number, *if known:* | 9. Award Amount, *if known:* |
|---|---|
| | $ |

**10. a. Name and Address of Lobbying Registrant:**

Prefix:     * First Name: N/A     Middle Name:

* Last Name: N/A     Suffix:

* Street 1: N/A      Street 2:

* City: N/A    State:      Zip:

**b. Individual Performing Services** (including address if different from No. 10a)

Prefix:     * First Name: N/A     Middle Name:

* Last Name: N/A     Suffix:

* Street 1: N/A      Street 2:

* City: N/A    State:      Zip:

**11.** Information requested through this form is authorized by title 31 U.S.C. section  1352.  This disclosure of lobbying activities is a material representation of fact  upon which reliance was placed by the tier above when the transaction was made or entered into.  This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semi-annually and will be available for public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* Signature: Natalia  Pane

*Name:   Prefix:     * First Name: Natalia     Middle Name:

* Last Name: Pane     Suffix:

Title: President     Telephone No.: (240) 223-9200     Date: 06/21/2024

Federal Use Only:

Authorized for Local Reproduction
Standard Form - LLL (Rev. 7-97)

ED 002131

OMB Number: 1894-0007
Expiration Date: 04/30/2026

**U.S. Department of Education Supplemental Information for the SF-424**
**Application for Federal Assistance**

**1. Project Director and Applicable Entity Identification Numbers:**

Prefix: | * First Name: | Middle Name: | * Last Name: | Suffix:
| Ben | | Cronkright |

* Project Director Level of Effort (percentage of time devoted to grant): `52`

Address:

* Street1: `12300 Twinbrook Parkway`

Street2: `Suite 235`

* City: `Rockville`

County:

* State: `MD: Maryland`

* Zip Code: `20852-1609`

* Country: `USA: UNITED STATES`

* Phone Number (give area code) | Fax Number (give area code)

`(240) 223-9203` | `+1 (240) 235-8632`

* Email Address:

`bcronkright@childtrends.org`

Alternate Email Address:

`proposals@childtrends.org`

OPE ID(s) (if applicable)

NCES School ID(s) (if applicable)

NCES LEA/School District ID(s) (if applicable)

**2. New Potential Grantee or Novice Applicant:**

☐ N/A. This item is not applicable because the program competition's notice inviting applications (NIA) does not include a definition of either "New Potential Grantee" or "Novice Applicant." This item is not applicable when the program competition's NIA does not include either definition.

For NIA's that include a definition of "New Potential Grantee" or "Novice Applicant," complete the following:

a. Are you either a new potential grantee or novice applicant as defined in the program competition's NIA?

☒ Yes   ☐ No

b. If the program competition NIA is giving <u>competitive</u> preference points for a new potential grantee or novice applicant, how many points are you claiming for your application? (the NIA will indicate how many are available)

`3`

**3.** <u>**Human Subjects Research:**</u>

   a.  Are any research activities involving human subjects planned at any time during the proposed Project Period?

     ☐ Yes   ☒ No

   b.  Are ALL the research activities proposed designated to be exempt from the regulations?

     ☐ Yes  Provide Exemption(s) #(s):   ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8

     ☐ No   Provide Federal Wide Assurance #(s), if available:

   c.  If applicable, please attach your "Exempt Research" or "Nonexempt Research" narrative to this form as
indicated in the definitions page in the attached instructions.

| | | | |
|---|---|---|---|
| | Add Attachment | Delete Attachment | View Attachment |

**4.** <u>**Infrastructure Programs and Build America, Buy America Act Applicability:**</u>

If the competition Notice Inviting Applications (NIA) in section III. 4. "Other" states that the program under which this application is submitted is subject to the Build America, Buy America Act (Pub. L. 117-58) (BABAA) domestic sourcing requirements, complete the following:

☒ This application does not include any infrastructure projects or activities and therefore **IS NOT** subject the BABAA domestic sourcing requirements.

☐ This application **IS** subject to the BABAA domestic sourcing requirements, because the proposed grant project described in this application includes the following infrastructure projects or activities:

    ☐ Construction

    ☐ Remodeling

    ☐ Broadband Infrastructure

If this application **IS** subject to the BABAA domestic sourcing requirements, please list the page numbers from within the application narrative where the proposed infrastructure project or activities are described:

**ED 002133**

OMB Number: 1894-0005
Expiration Date: 02/28/2026

# NOTICE TO ALL APPLICANTS:
# EQUITY FOR STUDENTS, EDUCATORS, AND OTHER PROGRAM BENEFICIARIES

Section 427 of the General Education Provisions Act (GEPA) (20 U.S.C. 1228a) applies to applicants for grant awards under this program.

**ALL APPLICANTS FOR NEW GRANT AWARDS MUST INCLUDE THE FOLLOWING INFORMATION IN THEIR APPLICATIONS TO ADDRESS THIS PROVISION IN ORDER TO RECEIVE FUNDING UNDER THIS PROGRAM.**

Please respond to the following requests for information. Responses are limited to 4,000 characters.

**1.** Describe how your entity's existing mission, policies, or commitments ensure equitable access to, and equitable participation in, the proposed project or activity.

```
Equity plays a central role throughout Child Trends' operations, including
throughout our internal practices as well as the implementation of our research and
technical assistance projects. Our policies and procedures are designed to ensure
equitable access to our services by teachers, students, families, school leaders,
and others as guaranteed under section 427 of the General Education Provision Act.

Child Trends' mission is to improve the lives of children, youth, and their
families through rigorous research that focuses on identifying and promoting the
factors that help children thrive despite systemic barriers. Child Trends maintains
comprehensive equity policies related to hiring, promotions, and accommodations.
Moreover, Child Trends is an industry leader in applying an equity lens to
research-based activities including leading the guide, "How to Embed a Racial and
Ethnic Equity Perspective in Research: Practical Guidance for the Research
Process," in 2019. We host an internal institutional review board to review all
human subjects research activities and maintain a research ethics policy governing
equal access to all data collection activities; for example, we require translation
of material into languages reflective of our target populations and ensure the use
of locations accessible to individuals with disabilities. Throughout our projects,
we prioritize centering the voices of those with lived experience and ensuring our
project teams reflect the communities we are serving. All staff working on the
proposed project receive ongoing professional development on education-related
civil rights laws including Title VI of the Civil Rights Act and Title IX.

Our project partners, the Pacific American Foundation, and Education Northwest are
similarly committed to equity and equitable access in their work. In particular,
PAF is a native Hawaiian serving organization committed to serving the needs of
Pacific Americans through programs that embed the culture and history of the
Indigenous communities of the Pacific.
```

**2.** Based on your proposed project or activity, what barriers may impede equitable access and participation of students, educators, or other beneficiaries?

```
Region 12 (R12) is diverse in its languages, internet coverage, and time
zone differences. We recognize that this diversity poses key potential
barriers to equitable access. These barriers include:

•     Although English is an official language of both America Samoa (AS)
and the Republic of Marshall Islands (RMI), many families may have
difficulties accessing materials if only available in English.
```

ED 002134

•    Around 25% of residents in AS and RMI lack Internet access, limiting their access to online-only materials.
•    Clients in geographically diverse regions may have difficulty reaching in-person services.
•    Students and parents from cultures not traditionally represented in education materials may feel less prepared to engage in R12 activities (e.g., student/parent townhalls).

**3.** Based on the barriers identified, what steps will you take to address such barriers to equitable access and participation in the proposed project or activity?

Although English is an official language of both AS and RMI, many families may have difficulties accessing materials if only available in English. Communications to families in AS will be available in Samoan, and in RMI, communications will be accessible to families in Marshallese, to support their participation in stakeholder activities (see Stakeholder Engagement System). The R12CC may further translate materials into these and other languages as needed based on ongoing monitoring of participation in R12 activities.

Around 25% of residents in AS and RMI lack high-speed Internet access, limiting their access to online-only materials.
In each community, R12CC will identify trusted community messengers to help disseminate materials to those without Internet access. R12CC will provide, as needed, printed materials and talking points for these community messengers to use when speaking to groups that may not have immediate access to online resources. These activities are further detailed in Stakeholder Engagement System.

Clients in geographically diverse regions may have difficulty reaching in-person services.
To support clients in geographically distant locations, we will leverage local R12CC team staff (see Quality of Proposed Project Personnel) coupled with virtual engagement strategies. This includes virtual meetings, webinars, and online collaborative platforms that minimize travel costs and resources while maintaining high levels of support and engagement through our local presence in the region. Our partnership agreements will include provisions for utilizing these technologies and infrastructure to ensure that all locations receive equitable support.

Students and parents from cultures not traditionally represented in education materials may feel less prepared to engage in R12 activities (e.g., student/parent townhalls).
R12CC's approach is centered around allowing communities to self-determine their needs and drive their process (see Approach to Capacity Building and Stakeholder Engagement System). Our staff includes individuals from these communities to help provide lived experience and create a culturally responsive, safe setting for authentic participation across R12CC activities (see Quality of Proposed Project Personnel). At least one member of our RC12CC team speaks Samoan, Marshallese, and/or Native Hawaiian, and will lead in-person meetings with individuals who prefer to speak one of these languages. We recognize the critical need to engage Indigenous Pacific Americans in this work.

**4.** What is your timeline, including targeted milestones, for addressing these identified barriers?

ED 002135

```
Our identified barriers and solutions are applicable throughout the
implementation of the R12CC. As detailed in our evaluation plan, we will
continuously monitor participation to ensure equitable representation. A
more detailed timeline with milestones is available in Attachment A of our
application package.
```

**Notes:**

1. Applicants are not required to have mission statements or policies that align with equity in order to submit an application.

2. Applicants may identify any barriers that may impede equitable access and participation in the proposed project or activity, including, but not limited to, barriers based on economic disadvantage, gender, race, ethnicity, color, national origin, disability, age, language, migrant status, rural status, homeless status or housing insecurity, pregnancy, parenting, or caregiving status, and sexual orientation.

3. Applicants may have already included some or all of this required information in the narrative sections of their applications or their State Plans.  In responding to this requirement, for each question, applicants may provide a cross-reference to the section(s) and page number(s) in their applications or State Plans that includes the information responsive to that question on this form or may restate that information on this form.

**Paperwork Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1894-0005. Public reporting burden for this collection of information is estimated to average 3 hours per response, including time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit. If you have any comments concerning the accuracy of the time estimate or suggestions for improving this individual collection, send your comments to ICDocketMgr@ed.gov and reference OMB Control Number 1894-0005.  All other comments or concerns regarding the status of your individual form may be addressed to either (a) the person listed in the FOR FURTHER INFORMATION CONTACT section in the competition Notice Inviting Applications, or (b) your assigned program officer.

S283B240036

Ben Cronkright

Child Trends, Incorporated

12300 Twinbrook Parkway

Suite 235

Rockville, MD 20852

ED 002137

S283B240036

Natalia Pane
Child Trends, Incorporated
12300 Twinbrook Parkway
Suite 235
Rockville, MD 20852

ED 002138

S283B240036



### US Department of Education
### Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Child Trends, Incorporated<br>12300 Twinbrook Parkway<br>Suite 235<br>Rockville, MD 20852 | PR/AWARD NUMBER    S283B240036<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Ben Cronkright          (240) 223-9203
bcronkright@childtrends.org
EDUCATION PROGRAM CONTACT
Elisabeth Lembo          (202) 453-5823
elisabeth.lembo@ed.gov
EDUCATION PAYMENT HOTLINE
G5 PAYEE HELPDESK          888-336-8930
obssed@servicenowservices.com

**4** PROJECT TITLE

84.283B
Comprehensive Centers Program, Absolute Priority 2 -
Region 12 (Pacific 1)

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Ben Cronkright | Project Director | 50 % |
| Kapono Ciotti | Co- Director | 50 % |

**6** AWARD PERIODS

BUDGET PERIOD          10/01/2024 - 09/30/2025
PERFORMANCE PERIOD          10/01/2024 - 09/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 10/01/2025 - 09/30/2026 | $1,250,000.00 |
| 3 | 10/01/2026 - 09/30/2027 | $1,250,000.00 |
| 4 | 10/01/2027 - 09/30/2028 | $1,250,000.00 |
| 5 | 10/01/2028 - 09/30/2029 | $1,250,000.00 |

**7** AUTHORIZED FUNDING

THIS ACTION          $1,250,000.00
BUDGET PERIOD          $1,250,000.00
PERFORMANCE PERIOD          $1,250,000.00

**8** ADMINISTRATIVE INFORMATION

UEI          GKL3GR9NQ3W5
REGULATIONS          CFR PART x
          EDGAR AS APPLICABLE
          2 CFR AS APPLICABLE
ATTACHMENTS          2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , B OESE , GE1 , GE2 , GE3 , GE4 , GE5

**9** LEGISLATIVE AND FISCAL DATA

AUTHORITY:          PL X X X
PROGRAM TITLE:          COMPREHENSIVE REGIONAL ASSISTANCE CENTERS
CFDA/SUBPROGRAM NO:          84.283B

**ED 002139**

S283B240036

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000A | 2024 | 2024 | ES000000 | B | Q2J | 000 | 283 | 4101C | $1,250,000.00 |

**10**

PR/AWARD NUMBER:       S283B240036

RECIPIENT NAME:       Child Trends, Incorporated

GRANTEE NAME:       CHILD TRENDS, INCORPORATED

                   12300 TWINBROOK PKWY STE 235,

                   ROCKVILLE, MD 20852 – 1609

PROGRAM INDIRECT COST TYPE:       Unrestricted

PROJECT INDIRECT COST RATE:       63%

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND
6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 1 IS THE FAIN.

ED 002140



S283B240036

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:

1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a))

2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").

3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(3)  Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)  In accordance with 34 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the education program contact identified in Block 3. This award is made with the condition that the recipient and the U.S. Department of Education (Department) establish within 60 days of award, and successfully maintain, a cooperative agreement, which delineates the special provisions between the Department and the recipient, signed by both parties.

If you wish to request reconsideration of these specific conditions, please send written notification describing why such conditions should not be imposed on this grant to your Department program officer.

(5)  Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

ED 002141

S283B240036



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(6) In accordance with 35 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the education program contact identified in block 3. This award is made with the condition that the recipient and the U.S. Department of Education successfully maintain its current cooperative agreement, which delineates the special provisions between the U.S. Department of Education and the recipient, signed by both parties.

If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

JEAN MARCHOWSKY

Digitally signed by JEAN MARCHOWSKY
Date: 2024.09.26 16:36:10 -04'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

ED 002142

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**          (See Block 2 of the Notification)

**1. RECIPIENT NAME –** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION –**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER –**   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER –**   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE –**   The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE –**   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF –**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR –**   The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT –**   The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT –**   The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER –**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL –** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS –**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD –**   A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD –**   The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS –**   The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING –**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION –** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD –** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD –** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE –**   The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT –** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION –**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI –**      The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS –** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS –** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA –** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS –** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.

**AMOUNT –** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS –** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER –** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE –** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE –** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL –** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF –** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT –** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE –** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED 002144

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Ben Cronkright
Child Trends, Incorporated
12300 Twinbrook Parkway
Suite 235

Rockville, MD 20852

SUBJECT: Payee Verification for Grant Award S283B240036

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: GKL3GR9NQ3W5
Grantee Name: CHILD TRENDS, INCORPORATED

Payee UEI: GKL3GR9NQ3W5
Payee Name: CHILD TRENDS, INCORPORATED

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED 002145

## SPECIFIC GRANT TERMS AND CONDITIONS FOR
## FINANCIAL AND PERFORMANCE REPORTS

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, and 34 CFR § 75.720.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation.

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in items 2, 5 and 10 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple award, multiple grant, and FFR attachment references found in items 2, 5, 6, before 10(a), in item 10(b), before 10(d), before 10(i) and before 10(l) of the Line Item Instructions for the FFR are not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

2

ED 002147

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 10% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate.  The de minimis rate of 10% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $25,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items, including contract costs in excess of $25,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (see definition of MTDC at 2 CFR § 200.1).

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with EDGAR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate.  The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a).  A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.  If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a).  Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.
[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED 002148

**GAN ATTACHMENT 2**
**Revised 03/2021**

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

4

**ED 002149**

## AN OVERVIEW OF SINGLE AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Single Audit Requirements for States, Local Governments and Nonprofit Organizations:**

1.  Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $750,000 or more during the non-Federal entity's fiscal year in Federal awards must have a single audit conducted in accordance with 2 CFR 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2.  Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program–specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3.  Exemption when Federal awards expended are less than $750,000.  A non-Federal entity that expends less than $750,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4.  Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity.

5.  Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR 200.512, including Form SF-SAC: Data Collection Form electronically to the Federal Audit Clearinghouse at:

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED 002150

GAN ATTACHMENT 3
Revised 03/2021

https://facides.census.gov/Account/Login.aspx.

The audit must be completed, and the data collection form and reporting package must be submitted within the earlier of 30 calendar days after receipt of the auditor's report(s), or nine months after the end of the audit period.  If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day.  Unless restricted by Federal statutes or regulations, the auditee must make copies available for public inspection.  Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information. (2 CFR 200.512)

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient."  Grantees should obtain a copy of the OMB Compliance supplement.  This supplement will be instructive to both grantees and their auditors.  Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov.  Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html.  For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on single audits from:

The OMB website at www.omb.gov.  Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain OMB Compliance Supplement).  The SF-SAC: Data Collection Form can be found at the Federal Audit Clearinghouse at: https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff at www.aicpa.org.

ED 002151

GAN ATTACHMENT 6
Revised 03/2021

## REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307.

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

_____ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

_____ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

_____ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

ED 002152

**GAN ATTACHMENT 8**
**Revised 03/2021**

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements in the Code of Federal Regulations at 2 CFR 175 and incorporates those requirements into this grant through this condition. The grant condition specified in 2 CFR 175.15(b) is incorporated into this grant with the following changes. Paragraphs a.2.ii.B and b.2. ii. are revised to read as follows:

> "a.2.ii.B. Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 34 CFR part 85."

> "b.2. ii. Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 34 CFR part 85."

Under this condition, the Secretary may terminate this grant without penalty for any violation of these provisions by the grantee, its employees, or its subrecipients.

ED 002153

FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT
REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information. To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
3. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1. *Reporting of First-tier Subawards -*

a. *Applicability and what to report.*

   Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

   You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b. *Where and when to report.*

   The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

   Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2020, the obligation must be reported by no later than December 31, 2020.

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

ED 002154

a.  *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.  80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and**,

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at SEC Investor.gov Executive Compensation.)

b.  *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at SAM.gov.

ii.    By the end of the month following the month in which this award is made (for example, if the obligation was made on November 7, 2020 the executive compensation must be reported by no later than December 31, 2020), and annually thereafter.

**3.  *Reporting of Total Compensation of Subrecipient Executives –***

a.  *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

i.    In the subrecipient's preceding fiscal year, the subrecipient received—

    A.   80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.   $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and,**

    C.   The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at SEC Investor.gov Executive Compensation.)

b.   *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.   In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.   By the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2020 the subrecipient's executive compensation must be reported by no later than December 31, 2020.

**4.**  *Exemptions –*

a.   If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.   Subawards, and

    ii.   The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.**  *Definitions -*

a.   For purposes of this award term:

    i.   Federal *Agency* means a Federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552(f).

    ii.   Non-Federal *Entity* means all of the following, as defined in 2 CFR part 25:

A Governmental organization, which is a State, local government, or Indian tribe;

ED 002156

A foreign public entity;

A domestic or foreign nonprofit organization; and,

A domestic or foreign for-profit organization

iii.    *Executive* means officers, managing partners, or any other employees in management positions.

iv.    *Obligation*, when used in connection with a non-Federal entity's utilization of funds under a Federal award, means orders placed for property and services, contracts and subawards made, and similar transactions during a given period that require payment by the non-Federal entity during the same or a future period.

v.    *Subaward:*

This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

The term does not include your procurement of property and services (such as payments to a contractor, small purchase agreements, vendor agreements, and consultant agreements) that are needed for the benefit of the prime awardee to carry out the project or program (for further explanation, see 2 CFR 200.331).  For example, the following are not considered subawards:

*Cleaning Vendors:* Vendors that are hired by a grantee to clean its facility.
*Payroll Services Vendors:* Vendors that carryout payroll functions for the grantee.
*Information Technology Vendors:* Vendors that provide IT support to grant staff.

Payments to individuals that are beneficiaries of Federal programs are not considered subawards.

A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

v.    *Subrecipient* means a non-Federal entity or Federal agency that:

Receives a subaward from you (the recipient) under this award; and

Is accountable to you for the use of the Federal funds provided by the subaward.

In accordance with its subaward, uses the Federal funds to carry out a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the Department prime awardee.

ED 002157

vii.    *Recipient* means a non-Federal entity that receives a Federal award directly from a Federal awarding agency to carry out an activity under a Federal program. The term recipient does not include subrecipients.  See also §200.69 Non-Federal entity.

viii.    *Total compensation* means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

Salary and bonus.

Awards of stock, stock options, and stock appreciation rights.  Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

Earnings for services under non-equity incentive plans.  This does not include group life, health, hospitalization, or medical reimbursement plans that do not discriminate in favor of executives and are available generally to all salaried employees.

Change in pension value.  This is the change in present value of defined benefit and actuarial pension plans.

Above-market earnings on deferred compensation which is not tax-qualified.

Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites, or property) for the executive exceeds $10,000.

ED 002158

**GAN ATTACHMENT 11**
**Revised 03/2021**

**SPECIFIC CONDITIONS FOR DISCLOSING**
**FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS**

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

Recipients must comply with these conditions under Division H, Title V, Section 505 of Public Law 116-260, Consolidated Appropriations Act, 2021.

1

ED 002159

**GAN ATTACHMENT 12**
**Revised 03/2021**

**PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
DURING OFFICIAL FEDERAL GRANT BUSINESS**

Federal grant recipients, sub recipients and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED 002160

**GAN ATTACMENT 13**
**Revised 03/2021**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM)

The U.S. Department of Education (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, in order to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number with the SAM, the U.S. Federal Government's primary registrant database.  If the payee UEI number is different than your grantee UEI number, both numbers must be registered in the SAM. Failure to do so will delay the receipt of payments from the Department.

A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with the SAM, you can easily register by going to www.sam.gov.  Please allow 3-5 business days to complete the registration process.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the SAM Federal Service Desk at 866-606-8220.

If you are currently registered with SAM, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

ED 002161

### SYSTEM FOR AWARD MANAGEMENT AND UNIVERSAL IDENTIFIER REQUIREMENTS

**1.    Requirement for System for Award Management (SAM)**

Unless you are exempted from this requirement under 2 CFR 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in the SAM database after your initial registration, you are required to review and update your information in the SAM database on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Requirement for Unique Entity Identifier (UEI) Numbers**

If you are authorized to make subawards under this award, you:

1.    Must notify potential subrecipients that they may not receive a subaward from you unless they provided their UEI  number to you.
2.    May not make a subaward to a subrecipient when the subrecipient fails to provide its UEI number to you.

**3.    Definitions**

For purposes of this award term:

1.    System for Award Management (SAM) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient.  Additional information about registration procedures may be found at the SAM internet site (currently at https://www.sam.gov).

2.    Unique Entity Identifier (UEI) means the identifier assigned by SAM registration to uniquely identify business entities.

3.    Recipient means a non-Federal entity that receives a Federal award directly from a Federal awarding agency to carry out an activity under a Federal program.  The term recipient does not include subrecipients.  See 2 CFR 200.86.

4.    Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to carry out part of a Federal award received by the pass-through entity.  It does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program.  A subaward may be provided through any form of legal agreement, including an agreement that the pass-through entity considers a contract. See 2 CFR 200.92.

ED 002162

5.  Subrecipient means a non-Federal entity that receives a subaward from a pass-through entity to carry out part of a Federal program; but does not include an individual that is a beneficiary of such program.  A subrecipient may also be a recipient of other Federal awards directly from a Federal awarding agency. See 2 CFR 200.93.

ED 002163

**PARTICIPATION OF FAITH-BASED ORGANIZATIONS**

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3. If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

**ATTACHMENT B**
**SPECIAL GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**ALL RECIPIENTS** are required to submit a final performance report within 90 days after the expiration or termination of grant support.

**ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report.   The report should contain current performance and financial expenditure information for this grant. (34 CFR 75.118)

**\*\*\* IF YOU HAVE RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY, THE ITEMS BELOW WILL NOT BE CHECKED.  YOUR EDUCATION PROGRAM CONTACT WILL PROVIDE YOU WITH INFORMATION ABOUT YOUR PERFORMANCE REPORT SUBMISSIONS, INCLUDING THE DUE DATE, AS A GRANT TERM OR CONDITION IN BOX 10 ON THE GRANT AWARD NOTIFICATION, OR THROUGH ANOTHER NOTIFICATION AT A LATER TIME. \*\*\***

Refer to the item(s) checked below for other reporting requirements that may apply to this grant:

_____1. A performance report is due before the next budget period begins.  The report should contain current performance and financial expenditure information for this grant. (34 CFR 75.118)

_____The continuation report is due on _____.

_____The Department will provide recipients with additional information about this report, including due date, at a later time.

_____2. An interim performance report is required because of the nature of this award or because of statutory or regulatory provisions governing the program under which this award is made.  The report is due more frequently than annually as indicated:

_____Quarterly  Submit within 30 days after the end of each quarter.

_____Semiannually  Submit within 30 days after the end of each 6-month period.

_____3. Other Required Reports:

**\*\*\* IF YOU HAVE RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY, THE ITEMS BELOW WILL NOT BE CHECKED.  IF A FINANCIAL REPORT IS REQUIRED, YOUR EDUCATION PROGRAM CONTACT WILL PROVIDE YOU WITH INFORMATION ABOUT YOUR FINANCIAL REPORT SUBMISSION, INCLUDING THE DUE DATE, AS A GRANT TERM OR CONDITION IN BOX 10 ON THE GRANT AWARD NOTIFICATION, OR THROUGH ANOTHER NOTIFICATION AT A LATER TIME. \*\*\***

**FINANCIAL REPORTS:**

Unless an item down below is checked, a Standard Form 425 Federal Financial Report (FFR) is not required for this grant.  The Department will rely on the drawdown of funds by grant award and record such drawdowns as expenditures by grantees. (34 CFR 75.720)

_____Quarterly FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 45 days after each reporting period.

ED 002166

_____Semi-annual FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 45 days after each reporting period.

_____An annual FFR is required for reporting period ending 09/30, and is due within 45 days after the reporting period.

_____A final FFR is due within 90 days after the project or grant period end date.

A quarterly, semi-annual, annual, and/or final FFR as noted hereinabove is due for this grant because:

_____(34 CFR 74.14 or 80.12) Special Award Conditions or Special grant or subgrant conditions for "high-risk" grantees:

_____Statutory Requirement or Other Special Condition

**When completing an FFR for submission in accordance with the above referenced selection, the following must be noted:**

1.  While the FFR is a government wide form that is designed for single grant and multiple grant award reporting, the U.S. Department of Education's (EDs) policy is that multiple grant award reporting is not permitted for ED grants. Thus, an ED grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. The FFR attachment (Standard Form 425A), which is available for reporting multiple grants, is not to be used for ED grants. As such, references to multiple grant reporting and to the FFR attachment in items 2, 5 and 10 of the FFR are not applicable to ED grantees. With regards to item 1 of the note found in the Federal Financial Report Instructions, it is EDs policy that a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple award, multiple grant, and FFR attachment references found in items 2, 5, 6, before 10(a), in item 10(b), before 10(d), before 10(i) and before 10(l) of the Line Item Instructions for the Federal Financial Report are not applicable to ED grants.

2.  Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 34 CFR 74.24(a)-(h) and 34 CFR 80.25(a)-(h). A grantee is permitted, in accordance with 34 CFR 74.24(a)-(h) and 34 CFR 80.25(a)-(h), to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3.  A grantee will complete item 11(a) by listing the rate type identified in its indirect cost rate agreement, as approved by its cognizant agency. An ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency, and that is using the ED approved temporary rate of 10% of budgeted direct salaries and wages, must list its rate in 11(a) as an ED Temporary Rate. A training program grantee whose recovery of indirect cost is limited to 8% of a modified total direct cost base in accordance with EDGAR § 75.562 (c), must list its rate as an ED Training Grant Rate. A restricted rate program grantee (such as one with a supplement-not-supplant grant provision) that has not negotiated an indirect cost rate agreement with its cognizant agency and that has limited the recovery of indirect costs in accordance with 34 CFR 75.563 and 76.564 (c), must list its rate as an ED Restricted Rate.

4.  Quarterly, semi-annual, and annual interim reports shall be due within 45 days after the end of the reporting period. Although the Office of Management and Budget (OMB) published in its December 7, 2007 Federal Register Notice (72 FR 69236) that interim reports are due within 45 days of the interim reporting end dates instead of within 30 days as originally identified, OMB has not revised the FFR instructions to reflect this change. Grantees are, nevertheless, permitted to exercise the 45 day period as published by OMB

ED 002167

within the Federal Register.   Final reports shall be due no later than 90 days after the project or grant period end date.   Extensions of reporting due dates may be approved by the program office upon request by the grantee.

5.   If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.   These additional pages must indicate the following information at the top of each page: Federal Grant or other identifying number, recipient organization, Data Universal Number System (DUNS) number, Employer Identification Number (EIN), and period covered by the report.

**One original and one copy of all reports should be mailed to:**

U.S. Department of Education
Executive Director
Office of Elementary and Secondary Education
400 Maryland Avenue, SW, FB6, Room 3W342
Washington, DC 20202-6100

12/2012

ED 002168

GAN ENCLOSURE 1
Revised 03/2021

**KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION**

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment so as to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations in 34 CFR (EDGAR) 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

The Education Department General Administrative Regulations (EDGAR)

 2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics discuss requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics discussed are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well, because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to assure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding  the topics discussed on page 2, "Selected Topics in Administering Department Discretionary Grants,"or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED 002169

GAN ENCLOSURE 1
Revised 03/2021

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

**I.     Financial Management Systems (2 CFR Part 200.302)**

In general, grantees are required to have financial management systems that:

* provide for accurate, current, and complete disclosure of results regarding the use of funds under grant projects;
* provide adequate source documentation for Federal and non-Federal funds used under grant projects;
* contain procedures to determine the allowability, allocability, and reasonableness of obligations and expenditures made by the grantee; and
* enable the grantee to maintain effective internal control and fund accountability procedures, e.g., requiring separation of functions so that the person who makes obligations for the grantee is not the same person who signs the checks to disburse the funds for those obligations.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and cost-type contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.    Federal Payment (2 CFR Part 200.305)**

Under this part --

* the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
* grantees repay to the Federal government interest earned on advances; and
* grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.

ED 002170

The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### III.    Personnel (EDGAR §§ 75.511-75.519 and 2 CFR Part 200 Subpart D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR Part 200.308 (c)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the cost principles in 2 CFR Part 200 Subpart D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

### IV.    Cost Principles (2 CFR Part 200 Subpart E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide lists of selected items of allowable and unallowable costs, and must be used in determining the allowable costs of work performed under the grant.

### V.    Procurement Standards (2 CFR Part 200.317-327)

Under 2 CFR Part 200.317, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

### VI.    Indirect Costs (EDGAR §§75.560-564 and 2 CFR Part 200.414)

In addition to the information presented beslow, see GAN ATTACHMENT 4 for addional information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates.

A.    Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate, a grantee must have an indirect cost agreement with its cognizant agency, submit an indirect cost rate proposal to its cognizant agency for indirect

ED 002171

costs (cognizant agency) within 90 days after the award of this grant or elect to utilize the de minimis rate under 2 CFR § 200.414(f) or the temporary indirect cost rate (subject to limitations described below).

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

B.    Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR § 75.560(c)); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.    De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally-recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis indirect cost rate of 10% of modified total direct costs (MTDC). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $25,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items, including contract costs in excess of $25,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (see definition of MTDC at 2 CFR § 200.1).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost rate. The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED 002172

D.   Programs with a Supplement-not-supplant requirement (restricted indirect cost rate)

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[3], the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of modified total direct costs or the grantees negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

   i.   The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
   ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
   iii.   Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
   iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

## VII.   Audit Requirements (2 CFR Part 200 Subpart F)

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $750,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

ED 002173

audits done in connection with the law.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## VIII.    Other Considerations

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR Part 200.307), cost sharing or matching (2 CFR Part 200.306), property management requirements for equipment and other capital expenditures (2 CFR Parts 200.313, 200.439).

ED 002174

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

ED 002175

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED 002176

GAN ENCLOSURE 3
Revised 03/2021

## THE USE OF GRANT FUNDS FOR CONFERENCES AND MEETINGS

You are receiving this memorandum to remind you that grantees must take into account the following factors when considering the use of grant funds for conferences and meetings:

- Before deciding to use grant funds to attend or host a meeting or conference, a grantee should:
    - Ensure that attending or hosting a conference or meeting is consistent with its approved application and is reasonable and necessary to achieve the goals and objectives of the grant;
    - Ensure that the primary purpose of the meeting or conference is to disseminate technical information, (e.g., provide information on specific programmatic requirements, best practices in a particular field, or theoretical, empirical, or methodological advances made in a particular field; conduct training or professional development; plan/coordinate the work being done under the grant); and
    - Consider whether there are more effective or efficient alternatives that can accomplish the desired results at a lower cost, for example, using webinars or video conferencing.
- Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable and necessary, especially the Cost Principles for Federal grants set out at 2 CFR Part 200 Subpart E of the, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards." In particular, remember that:
    - Federal grant funds cannot be used to pay for alcoholic beverages; and
    - Federal grant funds cannot be used to pay for entertainment, which includes costs for amusement, diversion, and social activities.
- Grant funds may be used to pay for the costs of attending a conference. Specifically, Federal grant funds may be used to pay for conference fees and travel expenses (transportation, per diem, and lodging) of grantee employees, consultants, or experts to attend a conference or meeting if those expenses are reasonable and necessary to achieve the purposes of the grant.
    - When planning to use grant funds for attending a meeting or conference, grantees should consider how many people should attend the meeting or conference on their behalf. The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant.
- A grantee hosting a meeting or conference may not use grant funds to pay for food for conference attendees unless doing so is necessary to accomplish legitimate meeting or conference business.
    - A working lunch is an example of a cost for food that might be allowable under a Federal grant if attendance at the lunch is needed to ensure the full participation by conference attendees in essential discussions and speeches concerning the purpose of the conference and to achieve the goals and objectives of the project.
- A meeting or conference hosted by a grantee and charged to a Department grant must not be promoted as a U.S. Department of Education conference. This means that the seal of the U.S. Department of Education must not be used on conference materials or signage without Department approval.

ED 002177

**GAN ENCLOSURE 3**
**Revised 03/2021**

- o All meeting or conference materials paid for with grant funds must include appropriate disclaimers, such as the following:

  > The contents of this (insert type of publication; e.g., book, report, film) were developed under a grant from the Department of Education.  However, those contents do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the Federal Government.

- Grantees are strongly encouraged to contact their project officer with any questions or concerns about whether using grant funds for a meeting or conference is allowable prior to committing grant funds for such purposes.

  - o A short conversation could help avoid a costly and embarrassing mistake.

- Grantees are responsible for the proper use of their grant awards and may have to repay funds to the Department if they violate the rules on the use of grant funds, including the rules for meeting- and conference-related expenses.

ED 002178

GAN ENCLOSURE 4
Revised 03/2021

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.  A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.    Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.    Payments to States under programs that are not covered by a TSA; and

3.    Payments to other non-Federal entities, including nonprofit organizations and local governments.

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

---

[1] The Department adopted the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED 002179

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "payments methods must minimize the time elapsing between the transfer of funds from the United States Treasury or the pass-through entity and the disbursement by the non-Federal entity." 2 CFR § 200.305(b) introduction.

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the non-Federal entity, and financial management systems that meet the standards for fund control and accountability."  2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (4) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(8) for those conditions.  The requirements regarding interest accrual and remittance follow:

Grantees and subgrantees must annually remit interest earned on federal advance payments except that interest earned amounts up to $500 per year may be retained for administrative expense. Any additional interest earned on Federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment. 2 CFR § 200.305(b)(9)(i) and (ii).

1. When returning interest through ACH Direct Deposit or Fedwire, grantees must include the following in their return transaction:

    - PMS Account Number (PAN). NOTE: The PAN is the same series of alpha-numeric characters used for payment request purposes (e.g.: C1234G1).
    - PMS document number.
    - The reason for the return (e.g., interest, part interest part other, etc.).
    - An explanation stating that the refund is for interest payable to the Department of Health and Human Services, and the grant number(s) for which the interest was earned.

    a. U.S. Department of Education grantees are generally located and operate domestically and return interest domestically.  Below is PSC ACH account information for interest returned

ED 002180

domestically.  For international ACH interest returned, account information is available at: Returning Funds/Interest.

- PSC ACH Routing Number is: 051036706
- PSC DFI Accounting Number: 303000
- Bank Name: Credit Gateway - ACH Receiver
- Location: St. Paul, MN

b.  Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

2.  Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

a.  Interests returned by check are to be mailed (USPS only) to:

- HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

A brief statement explaining the nature of the return must be included.

b.  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

3.  For detailed information about how to return interest, visit the PSC Retuning Funds/Interest page at: Returning Funds/Interest

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

ED 002181

1. Evaluate each subrecipient's risk of noncompliance with Federal statutes, regulations, and the terms and conditions of the subaward for purposes of determining the appropriate subrecipient monitoring.

2. Monitor the performance and fiscal activities of the subrecipient to ensure that the subaward is used for authorized purposes, in compliance with Federal statutes, regulations, and the terms and conditions of the subaward; and that subaward performance goals are achieved.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED 002182

### RECIPIENTS OF DEPARTMENT OF EDUCATION GRANTS AND COOPERATIVE AGREEMENTS
### FREQUENTLY ASKED QUESTIONS ON CASH MANAGEMENT

**Q**    **What are the Federal Laws and Regulations Regarding Payments to the States?**

**A**    The *Cash Management Improvement Act of 1990* (*CMIA*) establishes interest liabilities for the Federal and State governments when the Federal Government makes payments to the States. See 31 U.S.C. 3335 and 6503.  The implementing regulations are in Title 31 of the Code of Federal Regulations (CFR), Part 205, https://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title31/31cfr205_main_02.tpl.  Non-Federal entities other than States follow the rules on Federal payments set out in 2 CFR 200.305.

**Q**    **What is a Treasury-State Agreement (TSA)?**

**A**    A TSA documents the accepted funding techniques and methods for calculating interest agreed upon by the U.S. Department of the Treasury (Treasury) and a State.  It identifies the Federal assistance programs that are subject to interest liabilities under the CMIA.  The CMIA regulations specify a number of different funding techniques that may be used by a State but a State can negotiate with the Treasury Department to establish a different funding technique for a particular program. A TSA is effective until terminated and, if a state does not have a TSA, payments to the State are subject to the default techniques in the regulations that Treasury determines are appropriate.

**Q**    **What are the CMIA requirements for a program subject to a Treasury-State Agreement?**

**A**    Payments to a State under a program of the Department are subject to the interest liability requirements of the CMIA if the program is included in the State's Treasury-State Agreement (TSA) with the Department of Treasury.  If the Federal government is late in making a payment to a State, it owes interest to the State from the time the State spent its funds to pay for expenditure until the time the Federal government deposits funds to the State's account to pay for the expenditure.  Conversely, if a State is late in making a payment under a program of the Department, the State owes interest to the Federal government from the time the Federal government deposited the funds to the State's account until the State uses those funds to make a payment.  For more information, GAN Enclosure 4.

**Q**    **What are the CMIA requirements for a program that is not subject to a Treasury-State Agreement?**

**A**    If a program is not included in the State's TSA, neither the State nor the Federal government are liable for interest for making late payments.  However, both the Federal government and the State must minimize the time elapsing between the date the State requests funds and the date that the funds are deposited to the State's accounts.  The State is also required to minimize the time elapsed between the date it receives funds from the Federal government and the date it makes a payment under the program,  Also, the Department must minimize the amount of funds transferred to a State to only that needed to meet the immediate cash needs of the State.  The timing and amount of funds transferred must be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.

**Q**    **What if there is no TSA?**

ED 002183

**A**    When a State does not have a TSA in effect, default procedures in 31 CFR, part 205 that the Treasury Department determines appropriate apply.  The default procedures will prescribe efficient funds transfer procedures consistent with State and Federal law and identify the covered Federal assistance programs and designated funding techniques.

**Q**    **Who is responsible for Cash Management?**
**A**    Grantees and subgrantees that receive grant funds under programs of the Department are responsible for maintaining internal controls regarding the management of Federal program funds under the Uniform Guidance in 2 CFR 200.302 and 200.303.  In addition, grantees are responsible for ensuring that subgrantees are aware of the cash management and requirements in 2 CFR part 200, subpart D.

**Q**    **Who is responsible for monitoring cash drawdowns to ensure compliance with cash management policies?**
**A**    Recipients must monitor their own cash drawdowns **and** those of their subrecipients to assure substantial compliance to the standards of timing and amount of advances.

**Q**    **How soon may I draw down funds from the G5 grants management system?**
**A**    Grantees are required to minimize the amount of time between the drawdown and the expenditure of funds from their bank accounts.  (See 2 CFR 200.305(b).)  Funds must be drawn only to meet a grantee's immediate cash needs for each individual grant.  The G5 screen displays the following message:

**By submitting this payment request, I certify to the best of my knowledge and belief that the request is based on true, complete, and accurate information. I further certify that the expenditures and disbursements made with these funds are for the purposes and objectives set forth in the applicable Federal award or program participation agreement, and that the organization on behalf of which this submission is being made is and will remain in compliance with the terms and conditions of that award or program participation agreement. I am aware that the provision of any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me, and the organization on behalf of which this submission is being made, to criminal, civil, or administrative penalties for fraud, false statements, false claims, or other violations. (U.S. Code Title 18, Section 1001; Title 20, Section 1097; and Title 31, Sections 3729-3730 and 3801-3812)**

**Q**    **How may I use Federal funds?**
**A**    Federal funds must be used as specified in the Grant Award Notification (GAN) and the approved application or State plan for allowable direct costs of the grant and an allocable portion of indirect costs, if authorized.

**Q**    **What are the consequences to recipients/subrecipients for not complying with terms of the grant award?**
**A**    If a recipient or subrecipient materially fails to comply with any term of an award, whether stated in a Federal statute or regulation, including those in 2 CFR part 200, an assurance, the GAN, or elsewhere, the awarding agency may in accordance with 2 CFR 200.339 take one or more of the following actions:

ED 002184

**GAN ATTACHMENT 5**
**Revised 03/2021**

1. Temporarily withhold cash payments pending correction of the deficiency by the non-Federal entity or more severe enforcement action by the Federal awarding agency or pass-through entity.
2. Disallow (that is, deny both use of funds and any applicable matching credit for) all or part of the cost of the activity not in compliance.
3. Wholly or partly suspend or terminate the Federal award.
4. Initiate suspension or debarment proceedings as authorized under 2 CFR part 180 and Federal award agency regulations (or in the case of a pass-through be initiated by a Federal awarding agency).
5. Withhold further Federal awards for the project or program.
6. Take other remedies that may be legally available.

**Q** **Who is responsible for determining the amount of interest owed to the Federal government?**

**A** As set forth in 31 CFR 205.9, the method used to calculate and document interest liabilities is included in the State's TSA. A non-State entity must maintain advances of Federal funds in interest-bearing accounts unless certain limited circumstance apply and remit interest earned on those funds to the Department of Health and Human Services, Payment Management System annually. See 2 CFR 200.305.

**Q** **What information should accompany my interest payment?**

**A** In accordance with 2 CFR 200.305(b)(9), interest in access of $500.00 earned on Federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment.

For returning interest on Federal awards paid through PMS, the refund should:
(a) Provide an explanation stating that the refund is for interest;
(b) List the PMS Payee Account Number(s) (PANs);
(c) List the Federal award number(s) for which the interest was earned; and
(d) Make returns payable to: Department of Health and Human Services.

For returning interest on Federal awards not paid through PMS, the refund should:
(a) Provide an explanation stating that the refund is for interest;
(b) Include the name of the awarding agency;
(c) List the Federal award number(s) for which the interest was earned; and
(d) Make returns payable to: Department of Health and Human Services.

For additional information about returning interest see GAN ATTACHMENT 4.

**Q** **Are grant recipients/subrecipients automatically permitted to draw funds in advance of the time they need to disburse funds in order to liquidate obligations?**

**A** The payment requirements in 2 CFR 200.305(b) authorize a grantee or subgrantee to request funds in advance of expenditures if certain conditions are met. However, if those conditions are not met, the Department and a pass-through agency may place a payee on reimbursement.

ED 002185

**Q**  **For formula grant programs such as ESEA Title I, for which States distribute funds to LEAs, may States choose to pay LEAs on a reimbursement basis?**

**A**   A subgrantee must be paid in advance if it meets the standards for advance payments in 2 CFR 200.305(b)(1) but if the subgrantee cannot meet those standards, the State may put the subgrantee on reimbursement payment.  See 2 CFR 200.305(b).


**Q**  **Will the Department issue special procedures in advance if G5 plans to shut down for 3 days or more?**

**A**  Yes, before any shutdown of G5 lasting three days or more, the Department issues special guidance for drawing down funds during the shut down.  The guidance will include cash management improvement act procedures for States and certain State institutions of higher education and procedures for grants (including Pell grants) that are not subject to CMIA.

ED 002186

**Appendix A. Grant Award Notification and Cooperative Agreement**

S283B240036

Ben Cronkright

Child Trends, Incorporated

12300 Twinbrook Parkway

Suite 235

Rockville, MD 20852

ED 002187

S283B240036

Natalia Pane
Child Trends, Incorporated
12300 Twinbrook Parkway
Suite 235
Rockville, MD 20852

ED 002188

S283B240036



## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Child Trends, Incorporated<br>12300 Twinbrook Parkway<br>Suite 235<br>Rockville, MD 20852 | PR/AWARD NUMBER    S283B240036<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>   Ben Cronkright    (240) 223-9203<br>   bcronkright@childtrends.org<br>EDUCATION PROGRAM CONTACT<br>   Elisabeth Lembo    (202) 453-5823<br>   elisabeth.lembo@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK   888-336-8930<br>   obssed@servicenowservices.com | 84.283B<br>Comprehensive Centers Program, Absolute Priority 2 -<br>Region 12 (Pacific 1) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Ben Cronkright | Project Director | 50 % |
| Kapono Ciotti | Co- Director | 50 % |

**6** AWARD PERIODS

          BUDGET PERIOD     10/01/2024 - 09/30/2025
     PERFORMANCE PERIOD     10/01/2024 - 09/30/2029

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 10/01/2025 - 09/30/2026 | $1,250,000.00 |
| 3 | 10/01/2026 - 09/30/2027 | $1,250,000.00 |
| 4 | 10/01/2027 - 09/30/2028 | $1,250,000.00 |
| 5 | 10/01/2028 - 09/30/2029 | $1,250,000.00 |

**7** AUTHORIZED FUNDING

             THIS ACTION    $1,250,000.00
          BUDGET PERIOD    $1,250,000.00
    PERFORMANCE PERIOD    $1,250,000.00

**8** ADMINISTRATIVE INFORMATION

          UEI    GKL3GR9NQ3W5
    REGULATIONS    CFR PART x
              EDGAR AS APPLICABLE
              2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , 17D , 18D , B OESE , GE1 , GE2 , GE3 , GE4 , GE5

**9** LEGISLATIVE AND FISCAL DATA

    AUTHORITY:    PL X X X
    PROGRAM TITLE:    COMPREHENSIVE REGIONAL ASSISTANCE CENTERS
    CFDA/SUBPROGRAM NO:    84.283B

**ED 002189**

S283B240036



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000A | 2024 | 2024 | ES000000 | B | Q2J | 000 | 283 | 4101C | $1,250,000.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S283B240036 |
| RECIPIENT NAME: | Child Trends, Incorporated |
| GRANTEE NAME: | CHILD TRENDS, INCORPORATED |
| | 12300 TWINBROOK PKWY STE 235, |
| | ROCKVILLE, MD 20852 - 1609 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 63% |

TERMS AND CONDITIONS

(1)   THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND
6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)   The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 1 is the FAIN.

ED 002190



S283B240036

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/ AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:

1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a))

2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").

3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) In accordance with 34 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the education program contact identified in Block 3. This award is made with the condition that the recipient and the U.S. Department of Education (Department) establish within 60 days of award, and successfully maintain, a cooperative agreement, which delineates the special provisions between the Department and the recipient, signed by both parties.

If you wish to request reconsideration of these specific conditions, please send written notification describing why such conditions should not be imposed on this grant to your Department program officer.

(5) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

ED 002191

S283B240036

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

(6)    In accordance with 35 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the education program contact identified in block 3. This award is made with the condition that the recipient and the U.S. Department of Education successfully maintain its current cooperative agreement, which delineates the special provisions between the U.S. Department of Education and the recipient, signed by both parties.

If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

JEAN MARCHOWSKY    Digitally signed by JEAN MARCHOWSKY
Date: 2024.09.26 16:36:10 -04'00'

_____    _____

**AUTHORIZING OFFICIAL**    **DATE**

Ver. 1

ED 002192

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME –** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION –**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER –**  A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER –**  A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE –**  The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE –**  The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF –**  This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR –**  The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT –**  The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT –**  The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER –**  Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL –** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS –**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD –**  A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD –**  The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS –**  The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING –**  The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION –** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD –** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD –** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE –**  The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT –** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION –**  This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI –**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS –** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS –** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA –** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS –** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.

**AMOUNT –** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS –** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER –** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE –** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE –** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL –** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF –** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT –** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE –** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

ED 002194

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF THE CHIEF FINANCIAL OFFICER
### & CHIEF INFORMATION OFFICER

Ben Cronkright
Child Trends, Incorporated
12300 Twinbrook Parkway
Suite 235

Rockville, MD 20852

SUBJECT: Payee Verification for Grant Award S283B240036

This is to inform you of the payee for the above listed grant award issued by the United States Department of Education

Grantee UEI: GKL3GR9NQ3W5
Grantee Name: CHILD TRENDS, INCORPORATED

Payee UEI: GKL3GR9NQ3W5
Payee Name: CHILD TRENDS, INCORPORATED

If any of the above information is not correct, please contact a Payee Customer Support Representative at 1-888-336-8930. Please send all the correspondence relating to the payee or bank information changes to the following address:

U.S. Department of Education
550 12th Street, SW
Room 6087
Washington, DC 20202

Attn: Stephanie Barnes
Phone: 202-245-8006

ED 002195

## SPECIFIC GRANT TERMS AND CONDITIONS FOR
## FINANCIAL AND PERFORMANCE REPORTS

**PERFORMANCE REPORTS:**

**(1) FINAL REPORTS - ALL RECIPIENTS** are required to submit a final performance report within 120 days after the expiration or termination of grant support in accordance with submission instructions provided in box 10 of the Grant Award Notification (GAN), or through another notification provided by the Department of Education (Department) (2 CFR § 200.329(c)).

**(2) ANNUAL, QUARTERLY, or SEMIANNUAL REPORTS - ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report (34 CFR § 75.118). The annual performance report shall provide the most current performance and financial expenditure information that is sufficient to meet the reporting requirements of 2 CFR §§ 200.328, 200.329, and 34 CFR § 75.720.

Your education program contact will provide you with information about your performance report submissions, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification provided by the Department. The grant term or condition in box 10 on the GAN or another notification may reflect any of the following:

1. That a performance report is due before the next budget period begins. The report should contain current performance and financial expenditure information for this grant. It will either identify the date the performance report is due or state that the Department will provide additional information about this report, including due date, at a later time.

2. That an interim performance report is required because of the nature of the award or because of statutory or regulatory provisions governing the program under which this award is made, and that the report is due more frequently than annually as indicated, e.g., due quarterly and submitted within 30 days after the end of each quarter, or due semiannually and submitted within 30 days after the end of each 6-month period (2 CFR § 200.329(c)(1)).

3. That other reports are required, e.g., program specific reports required in a program's statute or regulation.

**(3) FINANCIAL REPORTS – SOME RECIPIENTS:**

If a financial report is required, your education program contact will provide you with information about your financial report submission, including the due date, as a grant term or condition in box 10 on the GAN, or through another notification.

A Standard Form (SF) 425 Federal Financial Report (FFR) is required if:

1. A grant involves cost sharing, and the ED 524B, which collects cost sharing information, is not submitted or a program-specific report approved by U.S. Office of Management and Budget (OMB) does not collect cost sharing information;
2. Program income was earned;

1

ED 002196

3. Indirect cost information is to be reported and the ED 524B was not used or a program-specific report approved by OMB does not collect indirect cost information;
4. Program regulations or statute require the submission of the FFR; or
5. Specific Award Conditions, or specific grant or subgrant conditions for designation of "high risk," were imposed in accordance with 2 C.F.R. part 200.208 and part 3474.10 and required the submission of the FFR.

If the FFR is required, the notification may indicate one of the following (see the form and its instructions at Standard Form (SF) 425 Federal Financial Report (FFR)):

1. Quarterly - FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 30 days after each reporting period.

2. Semi-annual - FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 30 days after each reporting period.

3. Annual - FFRs are required for reporting period ending 09/30, and is due within 30 days after the reporting period.

4. Final - In coordination with the submission of final performance reports, FFRs are due within 120 days after the project or grant period end date (2 CFR 200.328).

When completing an FFR for submission, the following must be noted:

1. *Multiple Grant Reporting Using SF 425A Prohibited:* While the FFR is a governmentwide form that is designed for single grant and multiple grant award reporting, the Department's policy is that multiple grant award reporting is not permitted for Department grants. Thus, a Department grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. Do not use the FFR attachment (Standard Form 425A), which is available for reporting multiple grants, for reporting on Department grants. As such, references to multiple grant reporting and to the FFR attachment in items 2, 5 and 10 of the FFR are not applicable to Department grantees. With regards to item 1 of the note found in the FFR Instructions, a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple award, multiple grant, and FFR attachment references found in items 2, 5, 6, before 10(a), in item 10(b), before 10(d), before 10(i) and before 10(l) of the Line Item Instructions for the FFR are not applicable to Department grants.

2. *Program Income*: Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 2 CFR Part 200.307. A grantee is permitted, in accordance with 2 CFR Part 200.307, to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3. *Indirect Costs:* A grantee will complete item 11(a) by listing the indirect cost rate type identified on its indirect cost rate agreement, as approved by its cognizant agency for indirect costs.

ED 002197

A Department grantee that does not have an indirect cost rate agreement approved by its cognizant agency for indirect costs, and that is using the Department approved (beyond the 90-day temporary period) temporary indirect cost rate of 10% of budgeted direct salaries and wages, or the de minimis rate of 10% of modified total direct cost (MTDC) must list its indirect cost rate in 11(a) as a Department Temporary Rate or De Minimis Rate. The de minimis rate of 10% of MTDC consists of:

> All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $25,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items, including contract costs in excess of $25,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (see definition of MTDC at 2 CFR § 200.1).

A training program grantee whose recovery of indirect cost limits indirect cost recovery to 8% of MTDC or the grantees negotiated indirect cost rate, whichever is less in accordance with EDGAR § 75.562 (c), must list its rate in 11(a) as a Department Training Grant Rate. The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States[1] as defined in 2 CFR § 200.1

A restricted program grantee must list its rate as a Restricted Indirect Cost Rate in 11(a). A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC. A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate. Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated. If a restricted program grantee elects to utilize the temporary rate, it must list its rate as a Department Temporary Rate in 11(a).

Grantees with indirect cost rates prescribed in program statute or regulation must list their rate as a Rate Required in Program Statute or Regulation in 11(a). Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery.

For detailed information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates see GAN ATTACHMENT 4.

4. *Supplemental Pages:* If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages. These additional pages must indicate the following information at the top of each page: the PR/Award Number

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.
[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED 002198

also known as the Federal Identifying Number or FAIN, recipient organization, Unique Entity Identifier, Employer Identification Number (EIN), and period covered by the report.

**ED 002199**

## AN OVERVIEW OF SINGLE AUDIT REQUIREMENTS OF STATES, LOCAL GOVERNMENTS, AND NONPROFIT ORGANIZATIONS

This GAN ATTACHMENT is **not** applicable to for-profit organizations.  For-profit organizations comply with audit requirements specified in block 10 of their Grant Award Notification (GAN).

**Summary of Single Audit Requirements for States, Local Governments and Nonprofit Organizations:**

1. Single Audit.  A non-Federal entity (a State, local government, Indian tribe, Institution of Higher Education (IHE)[1], or nonprofit organization) that expends $750,000 or more during the non-Federal entity's fiscal year in Federal awards must have a single audit conducted in accordance with 2 CFR 200.501, "Audit Requirements," except when it elects to have a program specific audit conducted.

2. Program-specific audit election.  When an auditee expends Federal awards under only one Federal program (excluding research and development (R&D)), and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of the auditee, the auditee may elect to have a program–specific audit conducted.  A program–specific audit may not be elected for R&D unless all of the Federal awards expended were received from the same Federal agency, or the same Federal agency and the same pass-through entity, and that Federal agency, or pass-through entity in the case of a subrecipient, approves in advance a program-specific audit.

3. Exemption when Federal awards expended are less than $750,000.  A non-Federal entity that expends less than $750,000 during the non-Federal entity's fiscal year in Federal awards is exempt from Federal audit requirements for that year, except as noted in 2 CFR 200.503, but records must be available for review or audit by appropriate officials of the Federal agency, pass-through entity, and Government Accountability Office (GAO). Generally, grant records must be maintained for a period of three years after the date of the final expenditure report (2 CFR § 200.334)

4. Federally Funded Research and Development Centers (FFRDC).  Management of an auditee that owns or operates a FFRDC may elect to treat the FFRDC as a separate entity.

5. Report Submission.  To meet audit requirements of U.S. Office of Management and Budget (OMB) Uniform Guidance: Cost Principles, Audit, and Administrative Requirements for Federal Awards (Uniform Guidance), grantees must submit all audit documents required by Uniform Guidance 2 CFR 200.512, including Form SF-SAC: Data Collection Form electronically to the Federal Audit Clearinghouse at:

---

[1] As defined under the Higher Education Act of 1965, as amended (HEA) section 101.

ED 002200

**GAN ATTACHMENT 3**
Revised 03/2021

https://facides.census.gov/Account/Login.aspx.

The audit must be completed, and the data collection form and reporting package must be submitted within the earlier of 30 calendar days after receipt of the auditor's report(s), or nine months after the end of the audit period. If the due date falls on a Saturday, Sunday, or Federal holiday, the reporting package is due the next business day. Unless restricted by Federal statutes or regulations, the auditee must make copies available for public inspection. Auditees and auditors must ensure that their respective parts of the reporting package do not include protected personally identifiable information. (2 CFR 200.512)

Grantees are strongly urged to obtain the "OMB Compliance Supplement" and to contact their cognizant agency for single audit technical assistance.

The designated cognizant agency for single audit purposes is "the Federal awarding agency that provides the predominant amount of direct funding to the recipient." Grantees should obtain a copy of the OMB Compliance supplement. This supplement will be instructive to both grantees and their auditors. Appendix III of the supplement provides a list of Federal Agency Contacts for Single Audits, including addresses, phone numbers, fax numbers, and e-mail addresses for technical assistance.

For single audit-related questions, if the U.S. Department of Education is the cognizant agency, grantees should contact the Non-Federal Audit Team in the Department's Office of Inspector General, at oignon-federalaudit@ed.gov. Additional resources for single audits are also available on the Non-Federal Audit Team's website at https://www2.ed.gov/about/offices/list/oig/nonfed/index.html. For programmatic questions, grantees should contact the education program contact shown on the Department's GAN.

Grantees can obtain information on single audits from:

The OMB website at www.omb.gov. Look under Office of Management and Budget (in right column) then click Office of Federal Financial Management (to obtain OMB Compliance Supplement). The SF-SAC: Data Collection Form can be found at the Federal Audit Clearinghouse at: https://facides.census.gov/Files/2019-2021%20Checklist%20Instructions%20and%20Form.pdf.

The American Institute of Certified Public Accountants (AICPA) has illustrative OMB Single Audit report examples that might be of interest to accountants, auditors, or financial staff at www.aicpa.org.

ED 002201

**GAN ATTACHMENT 6**
**Revised 03/2021**

### REQUEST FOR APPROVAL OF PROGRAM INCOME

In projects that generate program income, the recipient calculates the amount of program income according to the guidance given in 2 CFR Part 200.307.

**\*\*\* IF YOU RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY AND YOU ARE SUBJECT TO ANY OF THE RESTRICTIONS IDENTIFIED BELOW, THE RESTRICTION(S) WILL APPEAR IN BOX 10 ON YOUR GRANT AWARD NOTIFICATION AS A GRANT TERM OR CONDITION OF THE AWARD. \*\*\***

Unless checked below as NOT ALLOWED, the recipient may exercise any of the options or combination of options, as provided in 2 CFR Part 200.307, for using program income generated in the course of the recipient's authorized project activities:

\_\_\_\_\_ Not Allowed  Adding program income to funds committed to the project by the Secretary and recipient and using it to further eligible project or program objectives;

\_\_\_\_\_ Not Allowed  Using program income to finance the non-Federal share of the project or program; and

\_\_\_\_\_ Not Allowed  Deducting program income from the total allowable cost to determine the net allowable costs.

1

ED 002202

**GAN ATTACHMENT 8**
**Revised 03/2021**

## TRAFFICKING IN PERSONS

The Department of Education adopts the requirements in the Code of Federal Regulations at 2 CFR 175 and incorporates those requirements into this grant through this condition. The grant condition specified in 2 CFR 175.15(b) is incorporated into this grant with the following changes. Paragraphs a.2.ii.B and b.2. ii. are revised to read as follows:

> "a.2.ii.B. Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 34 CFR part 85."

> "b.2. ii. Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 34 CFR part 85."

Under this condition, the Secretary may terminate this grant without penalty for any violation of these provisions by the grantee, its employees, or its subrecipients.

ED 002203

FEDERAL FUNDING ACCOUNTABILITY TRANSPARENCY ACT

REPORTING SUBAWARDS AND EXECUTIVE COMPENSATION

The Federal Funding Accountability and Transparency Act (FFATA) is designed to increase transparency and improve the public's access to Federal government information.  To this end, FFATA requires that Department of Education (Department) grant recipients:

1. Report **first-tier subawards** made under Federal grants that are funded at $30,000 or more that meet the reporting conditions as set forth in this grant award term;
2. Report their executives' compensation for all new Federal grants that are funded at $30,000 and that meet the reporting conditions as set forth in this grant award term; and
3. Report executive compensation data for their **first-tier subrecipients** that meet the reporting conditions as set forth in this grant award term.

For FFATA reporting purposes, the Department grant recipient is the entity listed in box 1 of the Grant Award Notification.

Only **first-tier subawards** made by the Department grant recipient to its **first-tier subrecipients** and the **first-tier subrecipients'** executive compensation are required to be reported in accordance with FFATA.

*Subaward, Subrecipient, Recipient, Total Compensation, Executives*, and other key terms, are defined within item 5, Definitions, of this grant award term.

This grant award term is issued in accordance with 2 CFR Part 170—Reporting Subaward And Executive Compensation Information.

1. *Reporting of First-tier Subawards -*

a. *Applicability and what to report.*

Unless you are exempt as provided item 4, Exemptions, of this grant award term, you must report each obligation that **equals or exceeds $30,000** in Federal funds for a first-tier subaward to a non-Federal entity or Federal agency.

You must report the information about each obligating action that are specified in the submission instructions posted at FSRS.

b. *Where and when to report.*

The Department grant recipient must report each obligating action described in paragraph **1.a.** of this award term to FSRS.

Report subaward information no later than the end of the month following the month in which the subaward obligation was made. For example, if the obligation was made on November 7, 2020, the obligation must be reported by no later than December 31, 2020.

2. *Reporting Total Compensation of the Department's Grant Recipients' Executives -*

ED 002204

a. *Applicability and what to report.*

You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if—

i    The total Federal funding authorized to date under this Federal award **equals or exceeds $30,000**;

ii    In the preceding fiscal year, you received—

    A.    80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.    $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and,**

    C.    The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at SEC Investor.gov Executive Compensation.)

b. *Where and when to report.*

You must report executive total compensation described in paragraph **2.a.** of this grant award term:

i.    As part of your registration profile at SAM.gov.

ii.    By the end of the month following the month in which this award is made (for example, if the obligation was made on November 7, 2020 the executive compensation must be reported by no later than December 31, 2020), and annually thereafter.

**3.   *Reporting of Total Compensation of Subrecipient Executives –***

a. *Applicability and what to report.*

Unless you are exempt as provided in item 4, Exemptions, of this award term, for each first-tier **non-Federal entity** subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

i.    In the subrecipient's preceding fiscal year, the subrecipient received—

ED 002205

    A.  80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards), **and**

    B.  $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); **and,**

    C.  The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.  (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at SEC Investor.gov Executive Compensation.)

b.  *Where and when to report.*

You must report subrecipient executive total compensation described in paragraph **3.a.** of this grant award term:

    i.  In FSRS.  You must include a condition on subawards that requires the subrecipients to timely report the information required under paragraph **3.a.** to you the prime awardee, or in the SAM.gov.  Subrecipient executive compensation entered in SAM.gov by the subrecipient will pre-populate in FSRS, so you do not have to report when subrecipients enter this information in SAM.gov. Subrecipient executive compensation not entered in SAM.gov by the subrecipient is reported in FSRS by you the Department grant recipient.

    ii.  By the end of the month following the month during which you make the subaward.  For example, if the subaward obligation was made on November 7, 2020 the subrecipient's executive compensation must be reported by no later than December 31, 2020.

**4.  *Exemptions –***

a.  If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

    i.  Subawards, and

    ii.  The total compensation of the five most highly compensated executives of any **subrecipient**.

**5.  *Definitions -***

a.  For purposes of this award term:

    i.  Federal *Agency* means a Federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552(f).

    ii.  Non-Federal *Entity* means all of the following, as defined in 2 CFR part 25:

    A Governmental organization, which is a State, local government, or Indian tribe;

ED 002206

A foreign public entity;

A domestic or foreign nonprofit organization; and,

A domestic or foreign for-profit organization

iii.    *Executive* means officers, managing partners, or any other employees in management positions.

iv.    *Obligation*, when used in connection with a non-Federal entity's utilization of funds under a Federal award, means orders placed for property and services, contracts and subawards made, and similar transactions during a given period that require payment by the non-Federal entity during the same or a future period.

v.    *Subaward:*

This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

The term does not include your procurement of property and services (such as payments to a contractor, small purchase agreements, vendor agreements, and consultant agreements) that are needed for the benefit of the prime awardee to carry out the project or program (for further explanation, see 2 CFR 200.331).  For example, the following are not considered subawards:

   *Cleaning Vendors:* Vendors that are hired by a grantee to clean its facility.
   *Payroll Services Vendors:* Vendors that carryout payroll functions for the grantee.
   *Information Technology Vendors:* Vendors that provide IT support to grant staff.

Payments to individuals that are beneficiaries of Federal programs are not considered subawards.

A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

v.    *Subrecipient* means a non-Federal entity or Federal agency that:

Receives a subaward from you (the recipient) under this award; and

Is accountable to you for the use of the Federal funds provided by the subaward.

In accordance with its subaward, uses the Federal funds to carry out a program for a public purpose specified in authorizing statute, as opposed to providing goods or services for the benefit of the Department prime awardee.

ED 002207

vii.  *Recipient* means a non-Federal entity that receives a Federal award directly from a Federal awarding agency to carry out an activity under a Federal program. The term recipient does not include subrecipients.  See also §200.69 Non-Federal entity.

viii.  *Total compensation* means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

Salary and bonus.

Awards of stock, stock options, and stock appreciation rights.  Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

Earnings for services under non-equity incentive plans.  This does not include group life, health, hospitalization, or medical reimbursement plans that do not discriminate in favor of executives and are available generally to all salaried employees.

Change in pension value.  This is the change in present value of defined benefit and actuarial pension plans.

Above-market earnings on deferred compensation which is not tax-qualified.

Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites, or property) for the executive exceeds $10,000.

**GAN ATTACHMENT 11**
**Revised 03/2021**

## SPECIFIC CONDITIONS FOR DISCLOSING
## FEDERAL FUNDING IN PUBLIC ANNOUNCEMENTS

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, U.S. Department of Education grantees shall clearly state:

1) the percentage of the total costs of the program or project which will be financed with Federal money;

2) the dollar amount of Federal funds for the project or program; and

3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

Recipients must comply with these conditions under Division H, Title V, Section 505 of Public Law 116-260, Consolidated Appropriations Act, 2021.

1

ED 002209

**GAN ATTACHMENT 12**
**Revised 03/2021**

## PROHIBITION OF TEXT MESSAGING AND EMAILING WHILE DRIVING
## DURING OFFICIAL FEDERAL GRANT BUSINESS

Federal grant recipients, sub recipients and their grant personnel are prohibited from text messaging while driving a government owned vehicle, or while driving their own privately-owned vehicle during official grant business, or from using government supplied electronic equipment to text message or email when driving.

Recipients must comply with these conditions under Executive Order 13513, "Federal Leadership on Reducing Text Messaging While Driving," October 1, 2009.

ED 002210

**GAN ATTACMENT 13**
**Revised 03/2021**

## REGISTRATION OF UNIQUE ENTITY IDENTIFIER (UEI) NUMBER AND TAXPAYER IDENTIFICATION NUMBER (TIN) IN THE SYSTEM FOR AWARD MANAGEMENT (SAM)

The U.S. Department of Education (Department) Grants Management System (G5) disburses payments via the U.S. Department of Treasury (Treasury).  The U.S. Treasury requires that we include your Tax Payer Identification Number (TIN) with each payment.   Therefore, in order to do business with the Department you must have a registered Unique Entity Identifier (UEI) and TIN number with the SAM, the U.S. Federal Government's primary registrant database.  If the payee UEI number is different than your grantee UEI number, both numbers must be registered in the SAM. Failure to do so will delay the receipt of payments from the Department.

A TIN is an identification number used by the Internal Revenue Service (IRS) in the administration of tax laws. It is issued either by the Social Security Administration (SSA) or by the IRS. A Social Security number (SSN) is issued by the SSA whereas all other TINs are issued by the IRS.

The following are all considered TINs according to the IRS.

- Social Security Number "SSN"
- Employer Identification Number "EIN"
- Individual Taxpayer Identification Number "ITIN"
- Taxpayer Identification Number for Pending U.S. Adoptions "ATIN"
- Preparer Taxpayer Identification Number "PTIN"

If your UEI number is not currently registered with the SAM, you can easily register by going to www.sam.gov.  Please allow 3-5 business days to complete the registration process.  If you need a new TIN, please allow 2-5 weeks for your TIN to become active.  If you need assistance during the registration process, you may contact the SAM Federal Service Desk at 866-606-8220.

If you are currently registered with SAM, you may not have to make any changes.  However, please take the time to validate that the TIN associated with your UEI is correct.

If you have any questions or concerns, please contact the G5 Hotline at 888-336-8930.

1

ED 002211

### SYSTEM FOR AWARD MANAGEMENT AND UNIVERSAL IDENTIFIER REQUIREMENTS

**1.    Requirement for System for Award Management (SAM)**

Unless you are exempted from this requirement under 2 CFR 25.110, you are, in accordance with your grant program's Notice Inviting Applications, required to maintain an active SAM registration with current information about your organization, including information on your immediate and highest level owner and subsidiaries, as well as on all predecessors that have been awarded a Federal contract or grant within the last three years, if applicable, at all times during which you have an active Federal award or an application or plan under consideration by a Federal awarding agency.  To remain registered in the SAM database after your initial registration, you are required to review and update your information in the SAM database on an annual basis from the date of initial registration or subsequent updates to ensure it is current, accurate and complete.

**2.    Requirement for Unique Entity Identifier (UEI) Numbers**

If you are authorized to make subawards under this award, you:

1.    Must notify potential subrecipients that they may not receive a subaward from you unless they provided their UEI  number to you.
2.    May not make a subaward to a subrecipient when the subrecipient fails to provide its UEI number to you.

**3.    Definitions**

For purposes of this award term:

1.    System for Award Management (SAM) means the Federal repository into which a recipient must provide information required for the conduct of business as a recipient.  Additional information about registration procedures may be found at the SAM internet site (currently at https://www.sam.gov).

2.    Unique Entity Identifier (UEI) means the identifier assigned by SAM registration to uniquely identify business entities.

3.    Recipient means a non-Federal entity that receives a Federal award directly from a Federal awarding agency to carry out an activity under a Federal program.  The term recipient does not include subrecipients.  See 2 CFR 200.86.

4.    Subaward means an award provided by a pass-through entity to a subrecipient for the subrecipient to carry out part of a Federal award received by the pass-through entity.  It does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program.  A subaward may be provided through any form of legal agreement, including an agreement that the pass-through entity considers a contract. See 2 CFR 200.92.

ED 002212

5. Subrecipient means a non-Federal entity that receives a subaward from a pass-through entity to carry out part of a Federal program; but does not include an individual that is a beneficiary of such program.  A subrecipient may also be a recipient of other Federal awards directly from a Federal awarding agency. See 2 CFR 200.93.

ED 002213

## PARTICIPATION OF FAITH-BASED ORGANIZATIONS

1. A faith-based organization that participates in this program retains its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

2. A faith-based organization may not use direct Federal financial assistance from the Department to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. Such an organization also may not, in providing services funded by the Department, or in outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

3. If a grantee under a discretionary grant program of the Department has the authority under the grant to select a private organization to provide services supported by direct Federal financial assistance under the program by subgrant, contract, or other agreement, the grantee must ensure compliance with applicable Federal requirements governing contracts, grants, and other agreements with faith-based organizations, including, as applicable, (Education Department General Administrative Regulations) EDGAR §§ 75.52 and 75.532, Appendices A and B to 34 C.F.R. Part 75, and 2 C.F.R. § 3474.15 (see EDGAR § 75.714).

ED 002214

**WRITTEN NOTICE OF BENEFICIARY PROTECTIONS**

In accordance with the Education Department General Administrative Regulations (EDGAR), 34 C.F.R. § 75.712, all grantees providing social services under a Department program supported by direct Federal financial assistance (e.g., programs that provide or support employment, independent living, education, or related services to individuals or groups of individuals) must give written notice to a beneficiary or prospective beneficiary of certain protections.

The written notice that an organization uses to notify beneficiaries or prospective beneficiaries of certain religious non-discrimination protections must include language substantially similar to that in Appendix C to 34 C.F.R. Part 75. Grantees have discretion regarding how to provide the notice, which may include providing the notice directly to each beneficiary, posting it on the grantee's website, or other means. A grantee or subgrantee that participates in multiple Department programs may provide a single notice covering all applicable programs. Additionally, grantees must ensure that the notice is accessible to individuals with disabilities and limited English proficient individuals as required by law. **Unless notified by the applicable program office, a grantee is not required to include in the notice the information in paragraph (5) of Appendix C to 34 C.F.R. Part 75 , i.e., the opportunity of a beneficiary to receive information about other similar providers.**

**Appendix C to 34 C.F.R. Part 75**

Name of Organization:

Name of Program:

Contact Information for Program Staff: [provide name, phone number, and email address, if appropriate]

Because this program is supported in whole or in part by financial assistance from the U.S. Department of Education, we are required to provide you the following information:

(1) We may not discriminate against you on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

(2) We may not require you to attend or participate in any explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) that may be offered by our organization, and any participation by you in such activities must be purely voluntary.

(3) We must separate in time or location any privately funded explicitly religious activities (including activities that involve overt religious content such as worship, religious instruction, or proselytization) from activities supported with direct Federal financial assistance.

(4) You may report violations of these protection, including any denials of services or benefits by an organization, by filing a written complaint with the U.S. Department of Education at BeneficiaryNoticeComplaints@ed.gov.

[When required by the Department, the notice must also state:] (5) If you would like information about whether there are any other federally funded organizations that provide the services available under this program in your area, please contact the awarding agency.

This written notice must be given to you before you enroll in the program or receive services from the program, unless the nature of the service provided, or exigent circumstances make it impracticable to provide such notice before we provide the actual service. In such an instance, this notice must be given to you at the earliest available opportunity.

**ATTACHMENT B**
**SPECIAL GRANT TERMS AND CONDITIONS FOR**
**FINANCIAL AND PERFORMANCE REPORTS**

**PERFORMANCE REPORTS:**

**ALL RECIPIENTS** are required to submit a final performance report within 90 days after the expiration or termination of grant support.

**ALL RECIPIENTS** of a multi-year discretionary award must submit an annual Grant Performance Report.  The report should contain current performance and financial expenditure information for this grant. (34 CFR 75.118)

**\*\*\* IF YOU HAVE RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY, THE ITEMS BELOW WILL NOT BE CHECKED.  YOUR EDUCATION PROGRAM CONTACT WILL PROVIDE YOU WITH INFORMATION ABOUT YOUR PERFORMANCE REPORT SUBMISSIONS, INCLUDING THE DUE DATE, AS A GRANT TERM OR CONDITION IN BOX 10 ON THE GRANT AWARD NOTIFICATION, OR THROUGH ANOTHER NOTIFICATION AT A LATER TIME. \*\*\***

Refer to the item(s) checked below for other reporting requirements that may apply to this grant:

_____1. A performance report is due before the next budget period begins.  The report should contain current performance and financial expenditure information for this grant. (34 CFR 75.118)

_____The continuation report is due on _____.

_____The Department will provide recipients with additional information about this report, including due date, at a later time.

_____2. An interim performance report is required because of the nature of this award or because of statutory or regulatory provisions governing the program under which this award is made.  The report is due more frequently than annually as indicated:

_____Quarterly  Submit within 30 days after the end of each quarter.

_____Semiannually  Submit within 30 days after the end of each 6-month period.

_____3. Other Required Reports:

**\*\*\* IF YOU HAVE RECEIVED YOUR GRANT AWARD NOTIFICATION ELECTRONICALLY, THE ITEMS BELOW WILL NOT BE CHECKED.  IF A FINANCIAL REPORT IS REQUIRED, YOUR EDUCATION PROGRAM CONTACT WILL PROVIDE YOU WITH INFORMATION ABOUT YOUR FINANCIAL REPORT SUBMISSION, INCLUDING THE DUE DATE, AS A GRANT TERM OR CONDITION IN BOX 10 ON THE GRANT AWARD NOTIFICATION, OR THROUGH ANOTHER NOTIFICATION AT A LATER TIME. \*\*\***

**FINANCIAL REPORTS:**

Unless an item down below is checked, a Standard Form 425 Federal Financial Report (FFR) is not required for this grant.  The Department will rely on the drawdown of funds by grant award and record such drawdowns as expenditures by grantees. (34 CFR 75.720)

_____Quarterly FFRs are required for reporting periods ending on 12/31, 03/31, 06/30, 09/30, and are due within 45 days after each reporting period.

_____Semi-annual FFRs are required for reporting periods ending on 03/31 and 09/30, and are due within 45 days after each reporting period.

_____An annual FFR is required for reporting period ending 09/30, and is due within 45 days after the reporting period.

_____A final FFR is due within 90 days after the project or grant period end date.

A quarterly, semi-annual, annual, and/or final FFR as noted hereinabove is due for this grant because:

_____(34 CFR 74.14 or 80.12) Special Award Conditions or Special grant or subgrant conditions for "high-risk" grantees:

_____Statutory Requirement or Other Special Condition

**When completing an FFR for submission in accordance with the above referenced selection, the following must be noted:**

1.  While the FFR is a government wide form that is designed for single grant and multiple grant award reporting, the U.S. Department of Education's (EDs) policy is that multiple grant award reporting is not permitted for ED grants. Thus, an ED grantee that is required to submit an FFR in accordance with any of the above referenced selections must complete and submit one FFR for each of its grants. The FFR attachment (Standard Form 425A), which is available for reporting multiple grants, is not to be used for ED grants. As such, references to multiple grant reporting and to the FFR attachment in items 2, 5 and 10 of the FFR are not applicable to ED grantees. With regards to item 1 of the note found in the Federal Financial Report Instructions, it is EDs policy that a grantee must complete items 10(a) through 10(o) for each of its grants. The multiple award, multiple grant, and FFR attachment references found in items 2, 5, 6, before 10(a), in item 10(b), before 10(d), before 10(i) and before 10(l) of the Line Item Instructions for the Federal Financial Report are not applicable to ED grants.

2.  Unless disallowed by statute or regulation, a grantee will complete item 10(m) or 10(n) in accordance with the options or combination of options as provided in 34 CFR 74.24(a)-(h) and 34 CFR 80.25(a)-(h). A grantee is permitted, in accordance with 34 CFR 74.24(a)-(h) and 34 CFR 80.25(a)-(h), to add program income to its Federal share to further eligible project or program objectives, use program income to finance the non-Federal share of the project or program; and deduct program income from the Federal share of the total project costs.

3.  A grantee will complete item 11(a) by listing the rate type identified in its indirect cost rate agreement, as approved by its cognizant agency. An ED grantee that does not have an indirect cost rate agreement approved by its cognizant agency, and that is using the ED approved temporary rate of 10% of budgeted direct salaries and wages, must list its rate in 11(a) as an ED Temporary Rate. A training program grantee whose recovery of indirect cost is limited to 8% of a modified total direct cost base in accordance with EDGAR § 75.562 (c), must list its rate as an ED Training Grant Rate. A restricted rate program grantee (such as one with a supplement-not-supplant grant provision) that has not negotiated an indirect cost agreement with its cognizant agency and that has limited the recovery of indirect costs in accordance with 34 CFR 75.563 and 76.564 (c), must list its rate as an ED Restricted Rate.

4.  Quarterly, semi-annual, and annual interim reports shall be due within 45 days after the end of the reporting period. Although the Office of Management and Budget (OMB) published in its December 7, 2007 Federal Register Notice (72 FR 69236) that interim reports are due within 45 days of the interim reporting end dates instead of within 30 days as originally identified, OMB has not revised the FFR instructions to reflect this change. Grantees are, nevertheless, permitted to exercise the 45 day period as published by OMB

ED 002217

within the Federal Register.   Final reports shall be due no later than 90 days after the project or grant period end date.   Extensions of reporting due dates may be approved by the program office upon request by the grantee.

5.   If grantees need additional space to report financial information, beyond what is available within the FFR, they should provide supplemental pages.   These additional pages must indicate the following information at the top of each page: Federal Grant or other identifying number, recipient organization, Data Universal Number System (DUNS) number, Employer Identification Number (EIN), and period covered by the report.

**One original and one copy of all reports should be mailed to:**

U.S. Department of Education
Executive Director
Office of Elementary and Secondary Education
400 Maryland Avenue, SW, FB6, Room 3W342
Washington, DC 20202-6100

12/2012

ED 002218

## KEY FINANCIAL MANAGEMENT REQUIREMENTS FOR DISCRETIONARY GRANTS AWARDED BY THE DEPARTMENT OF EDUCATION

The Department expects grantees to administer Department grants in accordance with generally accepted business practices, exercising prudent judgment so as to maintain proper stewardship of taxpayer dollars.  This includes using fiscal control and fund accounting procedures that insure proper disbursement of and accounting for Federal funds.  In addition, grantees may use grant funds only for obligations incurred during the funding period.

Title 2 of the Code of Federal Regulations Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards," establishes requirements for Federal awards made to non-Federal entities.  The Education Department General Administrative Regulations in 34 CFR (EDGAR) 75, 76, 77, 79, 81, 82, 84, 86, 97, 98, and 99 contain additional requirements for administering discretionary grants made by this Department.  The most recent version of these regulations may be accessed at the following URLs:

The Education Department General Administrative Regulations (EDGAR)

 2 CFR Part 200 Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards

The information on page 2, "Selected Topics in Administering Department Discretionary Grants," highlights major administrative requirements of 2 CFR Part 200.  In addition, a few of the topics discuss requirements that the Department imposes on its discretionary grantees under EDGAR, Part 75 (Direct Grants).  The specific sections of 2 CFR Part 200 and of EDGAR that address the topics discussed are shown in parentheses.  The Department urges grantees to read the full text of these and other topics in EDGAR and in 2 CFR Part 200.

Grantees are reminded that a particular grant might be subject to additional requirements of the authorizing statute for the program that awarded the grant and/or any regulations issued by the program office.  Grantees should become familiar with those requirements as well, because program-specific requirements might differ from those in 2 CFR Part 200 and in EDGAR.

The Department recommends that the project director and the fiscal management staff of a grantee organization communicate frequently with each other about the grant budget.  Doing so will help to assure that you use Federal funds only for those expenditures associated with activities that conform to the goals and objectives approved for the project.

Grantees may direct any questions regarding  the topics discussed on page 2, "Selected Topics in Administering Department Discretionary Grants,"or about any other aspect of administering your grant award to the Department program staff person named in Block 3 of the Grant Award Notification.

ED 002219

GAN ENCLOSURE 1
Revised 03/2021

**SELECTED TOPICS IN ADMINISTERING DEPARTMENT DISCRETIONARY GRANTS**

**I.    Financial Management Systems (2 CFR Part 200.302)**

In general, grantees are required to have financial management systems that:

* provide for accurate, current, and complete disclosure of results regarding the use of funds under grant projects;
* provide adequate source documentation for Federal and non-Federal funds used under grant projects;
* contain procedures to determine the allowability, allocability, and reasonableness of obligations and expenditures made by the grantee; and
* enable the grantee to maintain effective internal control and fund accountability procedures, e.g., requiring separation of functions so that the person who makes obligations for the grantee is not the same person who signs the checks to disburse the funds for those obligations.

State systems must account for funds in accordance with State laws and procedures that apply to the expenditure of and the accounting for a State's own funds. A State's procedures, as well as those of its subrecipients and cost-type contractors, must be sufficient to permit the preparation of reports that may be required under the award as well as provide the tracing of expenditures to a level adequate to establish that award funds have not been used in violation of any applicable statutory restrictions or prohibitions.

**II.    Federal Payment (2 CFR Part 200.305)**

Under this part --

* the Department pays grantees in advance of their expenditures if the grantee demonstrates a willingness and ability to minimize the time between the transfer of funds to the grantee and the disbursement of the funds by the grantee;
* grantees repay to the Federal government interest earned on advances; and
* grantees, generally, must maintain advance payments of Federal awards in interest bearing accounts.

In general, grantees should make payment requests frequently, only for small amounts sufficient to meet the cash needs of the immediate future.

The Department has recently encountered situations where grantees failed to request funds until long after the grantee actually expended its own funds for the costs of its grant.  Grantees need to be aware that, by law, Federal funds are available for grantees to draw down for only a limited period of time, after which the funds revert to the U.S. Treasury.  In some cases grantees have requested funds too late for the Department to be able to pay the grantees for legitimate costs incurred during their project periods.

ED 002220

The Department urges financial managers to regularly monitor requests for payment under their grants to assure that Federal funds are drawn from the Department G5 Payment System at the time those funds are needed for payments to vendors and employees.

### III.    Personnel (EDGAR §§ 75.511-75.519 and 2 CFR Part 200 Subpart D and E)

The rules governing personnel costs are located in EDGAR Part 75 and 2 CFR Part 200 Subparts D and E.  Part 75 covers issues such as paying consultants with grant funds, prohibiting dual compensation of staff, and waiving the requirement for a full-time project director.  The rules clarifying changes in key project staff are located in 2 CFR Part 200.308 (c)(2).  General rules governing reimbursement of salaries and compensation for staff working on grant projects are addressed in the cost principles in 2 CFR Part 200 Subpart D and E.  In all cases, payments of any type to personnel must be supported by complete and accurate records of employee time and effort.  For those employees that work on multiple functions or separately funded programs or projects, the grantee must also maintain time distribution records to support the allocation of employee salaries among each function and separately funded program or project.

### IV.    Cost Principles (2 CFR Part 200 Subpart E)

All costs incurred under any grant are subject to the cost principles found in 2 CFR Part 200 Subpart E.  The cost principles provide lists of selected items of allowable and unallowable costs, and must be used in determining the allowable costs of work performed under the grant.

### V.    Procurement Standards (2 CFR Part 200.317-327)

Under 2 CFR Part 200.317, States are required to follow the procurement rules the States have established for purchases funded by non-Federal sources.  When procuring goods and services for a grant's purposes, all other grantees may follow their own procurement procedures, but only to the extent that those procedures meet the minimum requirements for procurement specified in the regulations.  These requirements include written competition procedures and codes of conduct for grantee staff, as well as requirements for cost and price analysis, record-keeping and contractor compliance with certain Federal laws and regulations.  These regulations also require grantees to include certain conditions in contracts and subcontracts, as mandated by the regulations and statutes.

### VI.    Indirect Costs (EDGAR §§75.560-564 and 2 CFR Part 200.414)

In addition to the information presented beslow, see GAN ATTACHMENT 4 for addional information including restrictions related to temporary, de minimis, training, restricted, and program prescribed indirect cost rates.

A.   Unrestricted Indirect Cost Rate

To utilize an unrestricted indirect cost rate, a grantee must have an indirect cost agreement with its cognizant agency, submit an indirect cost rate proposal to its cognizant agency for indirect

3

costs (cognizant agency) within 90 days after the award of this grant or elect to utilize the de minimis rate under 2 CFR § 200.414(f) or the temporary indirect cost rate (subject to limitations described below).

The grantee must provide proof of its negotiated indirect cost rate agreement to the Department as soon as it has signed such an agreement with its cognizant agency.

B.   Temporary Indirect Cost Rate

A grantee that does not have a current negotiated indirect cost rate agreement may recover indirect costs at a temporary rate, which is limited to 10% of budgeted direct salaries and wages (See 34 CFR § 75.560(c)); or it may choose not to charge indirect costs to the grant. The temporary rate can only be used for 90 days unless the exceptional circumstances apply under 34 CFR § 75.560(d)(2).

If the grantee has not submitted its indirect cost proposal to its cognizant agency within the 90-day period, it may no longer recover indirect costs utilizing the temporary indirect cost rate until it has negotiated an indirect cost rate agreement with its cognizant agency. Once a grantee obtains a federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

C.   De minimis Indirect Cost Rate

Institutions of Higher Education (IHEs), federally-recognized Indian Tribes, State and Local Governments[1] receiving less than $35 million in direct federal funding, and nonprofit organizations, if they do not have a current negotiated (including provisional) rate, and are not subject to the Department's training rate or restricted rate (supplement-not-supplant provisions) may elect to charge a de minimis indirect cost rate of 10% of modified total direct costs (MTDC). This rate may be used indefinitely.

MTDC consists of all direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards and contracts up to the first $25,000 of each subaward (i.e., subgrant). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items, including contract costs in excess of $25,000, may be excluded when necessary to avoid a serious inequity in the distribution of indirect costs (see definition of MTDC at 2 CFR § 200.1).

Additionally, the de minimis rate may not be used by grantees that are subject to the Department's training indirect cost rate (34 CFR § 75.562) or restricted indirect cost rate. The de minimis rate may be used indefinitely. However, if a grantee chooses to use the de minimis rate to recover indirect costs, it must do so for all of its Federal awards until such time as the grantee negotiates an indirect cost rate with its cognizant agency. Once a grantee obtains a federally recognized indirect cost rate that is applicable to this grant, the grantee may use that indirect cost rate to claim indirect cost reimbursement.

---

[1] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.

ED 002222

GAN ENCLOSURE 1
Revised 03/2021

D.   Programs with a Supplement-not-supplant requirement (restricted indirect cost rate)

A restricted program (i.e., programs with statutory supplement-not-supplant requirements) grantee must utilize a restricted indirect cost rate negotiated with its cognizant agency for indirect costs, or may elect to utilize a restricted indirect cost rate of 8% MTDC if their negotiated restricted indirect cost rate calculated under 34 CFR 75.563 and 76.564 – 76.569, is not less than 8% MTDC.  A State or local government[2] that is a restricted program grantee may not elect to utilize the 8% MTDC rate.  Additionally, restricted program grantees may not utilize the de minimis rate, but may utilize the temporary rate until a restricted indirect cost rate is negotiated.

E.   Training Grant Indirect Cost Rate

If the grantee is a training grant recipient and is not a State, local, or Tribal government[3], the grantee must negotiate a rate under 34 CFR 75.562. This provision limits indirect cost recovery to 8% of modified total direct costs or the grantees negotiated indirect cost rate, whichever is less.

The recovery using the training grant indirect cost rate is subject to the following limitations:

i.   The lesser of the 8% indirect cost rate or negotiated indirect cost rate also applies to sub-awards that fund training.
ii.   The 8% limit does not apply to agencies of Indian tribal governments, local governments, and States as defined in 2 CFR § 200.1, respectively.
iii.   Indirect costs in excess of the 8% limit may not be charged directly, used to satisfy matching or cost-sharing requirements, or charged to another Federal award.
iv.   A grantee using the training rate of 8% is required to have documentation available for audit that shows that its negotiated indirect cost rate is at least 8%.

F.   Program-Specific Indirect Cost Rate

Grantees are required to follow program-specific statutory or regulatory requirements that mandate either indirect cost rate type or maximum administrative costs recovery instead of the general requirements described here.

**VII.   Audit Requirements (2 CFR Part 200 Subpart F)**

2 CFR 200 Subpart F requires that grantees that are non-Federal entities (a State, local government, Indian tribe, IHE, or nonprofit organization that carries out a Federal award as a recipient or subrecipient) obtain a non-Federal audit of their expenditures under their Federal grants if the grantee expends more than $750,000 in Federal funds in one fiscal year.  2 CFR Part 200 Subpart F contains the requirements imposed on grantees for

---

[2] Note that a State-funded institution of higher education is not considered a "State government" for these purposes.
[3] Note that a State-funded institution of higher education is not considered a "State government" for these purposes; and a Tribal college or university funded by a federally-recognized Tribe is not considered a Tribe for these purposes.

ED 002223

GAN ENCLOSURE 1
Revised 03/2021

audits done in connection with the law.

The Department recommends hiring auditors who have specific experience in auditing Federal awards under the regulations and the Compliance Supplement.

## VIII.    Other Considerations

Some other topics of financial management covered in 2 CFR Part 200 that might affect particular grants include program income (2 CFR Part 200.307), cost sharing or matching (2 CFR Part 200.306), property management requirements for equipment and other capital expenditures (2 CFR Parts 200.313, 200.439).

ED 002224

GAN  ENCLOSURE 2
Revised 03/2021

## MEMORANDUM TO ED DISCRETIONARY GRANTEES

You are receiving this memorandum to remind you of Federal requirements, found in 2 CFR Part 200, *Uniform Administrative Requirements, Cost Principles, and Audit Requirements,* regarding cash drawdowns under your grant account.

For any cash that you draw from your Department of Education (*the* Department) grant account, you must:

- draw down only as much cash as is necessary to meet the immediate needs of the grant project;
- keep to the minimum the time between drawing down the funds and paying them out for grant activities; and
- return to the Government the interest earned on grant funds deposited in interest-bearing bank accounts except for a small amount of interest earned each year that your entity is allowed to keep to reimburse itself for administrative expenses).

In order to meet these requirements, you are urged to:

- take into account the need to coordinate the timing of drawdowns with prior internal clearances (e.g., by boards, directors, or other officials) when projecting immediate cash needs so that funds drawn down from ED do not stay in a bank account for extended periods of time while waiting for approval;
- monitor the fiscal activity (drawdowns and payments) under your grant on a continuous basis;
- plan carefully for cash flow in your grant project during the budget period and review project cash requirements before each drawdown; and
- pay out grant funds for project activities as soon as it is practical to do so after receiving cash from the Department.

Keep in mind that the Department monitors cash drawdown activity for all grants. Department staff will contact grantees who appear to have drawn down excessive amounts of cash under one or more grants during the fiscal quarter to discuss the particular situation. For the purposes of drawdown monitoring, the Department will contact grantees who have drawn down 50% or more of the grant in the first quarter, 80% or more in the second quarter, and/or 100% of the cash in the third quarter of the budget period. However, even amounts less than these thresholds could still represent excessive drawdowns for your particular grant activities in any particular quarter. Grantees determined to have drawn down excessive cash will be required to return the excess funds to the Department, along with any associated earned interest, until such time as the money is legitimately needed to pay for grant activities.  If you need assistance with returning funds and interest, please contact the Department's G5 Hotline by calling 1-888-336-8930.

Grantees that do not follow Federal cash management requirements and/or consistently appear on the Department's reports of excessive drawdowns could be:

- subjected to specific award conditions or designated as a "high-risk" grantee [2 CFR Part 200.208 and 2 CFR 3474.10], which could mean being placed on a "cash-reimbursement" payment method (i.e., a grantee would experience the inconvenience of having to pay for grant activities with its own money and waiting to be reimbursed by the Department afterwards);

ED 002225

- subject to further corrective action;
- denied selection for funding on future ED grant applications [EDGAR 75.217(d)(3)(ii)]; and/or
- debarred or suspended from receiving future Federal awards from any executive agency of the Federal government.

You are urged to read 2 CFR Part 200.305 to learn more about Federal requirements related to grant payments and to determine how to apply these requirements to any subgrantees. You are urged to make copies of this memorandum and share it with all affected individuals within your organization.

ED 002226

GAN ENCLOSURE 3
Revised 03/2021

## THE USE OF GRANT FUNDS FOR CONFERENCES AND MEETINGS

You are receiving this memorandum to remind you that grantees must take into account the following factors when considering the use of grant funds for conferences and meetings:

- Before deciding to use grant funds to attend or host a meeting or conference, a grantee should:
    - o Ensure that attending or hosting a conference or meeting is consistent with its approved application and is reasonable and necessary to achieve the goals and objectives of the grant;
    - o Ensure that the primary purpose of the meeting or conference is to disseminate technical information, (e.g., provide information on specific programmatic requirements, best practices in a particular field, or theoretical, empirical, or methodological advances made in a particular field; conduct training or professional development; plan/coordinate the work being done under the grant); and
    - o Consider whether there are more effective or efficient alternatives that can accomplish the desired results at a lower cost, for example, using webinars or video conferencing.
- Grantees must follow all applicable statutory and regulatory requirements in determining whether costs are reasonable and necessary, especially the Cost Principles for Federal grants set out at 2 CFR Part 200 Subpart E of the, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards."  In particular, remember that:
    - o Federal grant funds cannot be used to pay for alcoholic beverages; and
    - o Federal grant funds cannot be used to pay for entertainment, which includes costs for amusement, diversion, and social activities.
- Grant funds may be used to pay for the costs of attending a conference.  Specifically, Federal grant funds may be used to pay for conference fees and travel expenses (transportation, per diem, and lodging) of grantee employees, consultants, or experts to attend a conference or meeting if those expenses are reasonable and necessary to achieve the purposes of the grant.
    - o When planning to use grant funds for attending a meeting or conference, grantees should consider how many people should attend the meeting or conference on their behalf.  The number of attendees should be reasonable and necessary to accomplish the goals and objectives of the grant.
- A grantee hosting a meeting or conference may not use grant funds to pay for food for conference attendees unless doing so is necessary to accomplish legitimate meeting or conference business.
    - o A working lunch is an example of a cost for food that might be allowable under a Federal grant if attendance at the lunch is needed to ensure the full participation by conference attendees in essential discussions and speeches concerning the purpose of the conference and to achieve the goals and objectives of the project.
- A meeting or conference hosted by a grantee and charged to a Department grant must not be promoted as a U.S. Department of Education conference.  This means that the seal of the U.S. Department of Education must not be used on conference materials or signage without Department approval.

ED 002227

- o All meeting or conference materials paid for with grant funds must include appropriate disclaimers, such as the following:

  > The contents of this (insert type of publication; e.g., book, report, film) were developed under a grant from the Department of Education.  However, those contents do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the Federal Government.

- Grantees are strongly encouraged to contact their project officer with any questions or concerns about whether using grant funds for a meeting or conference is allowable prior to committing grant funds for such purposes.
  - o A short conversation could help avoid a costly and embarrassing mistake.
- Grantees are responsible for the proper use of their grant awards and may have to repay funds to the Department if they violate the rules on the use of grant funds, including the rules for meeting- and conference-related expenses.

**ED 002228**

GAN ENCLOSURE 4
Revised 03/2021

## MEMORANDUM TO REMIND DEPARTMENT OF EDUCATION GRANTEES OF EXISTING CASH MANAGEMENT REQUIREMENTS CONCERNING PAYMENTS

The Department of Education (Department) requires that its grantees adhere to existing cash management requirements concerning payments and will ensure that their subgrantees are also aware of these policies by providing them relevant information.  A grantee's failure to comply with cash management requirements may result in an improper payment determination by the Department in accordance with the Payment Integrity Information Act (PIIA) of 2019.

There are three categories of payment requirements that apply to the drawdown of funds from grant accounts at the Department.  The first two types of payments are subject to the requirements in the Treasury Department regulations implementing the Cash Management Improvement Act (CMIA) of 1990, 31 U.S.C.6513, and the third is subject to the requirements in the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) at 2 CFR part 200,[1] as follows:

1.  Payments to a State under programs that are covered by a State's Treasury State Agreement (TSA);

2.  Payments to States under programs that are not covered by a TSA; and

3.  Payments to other non-Federal entities, including nonprofit organizations and local governments.

**CMIA Requirements Applicable to Programs included in a TSA**

Generally, under the Treasury Department regulations implementing the CMIA, only major assistance programs (large-dollar programs meeting thresholds in 31 CFR § 205.5) are included in a State's written TSA. See 31 CFR § 205, subpart A.  Programs included in a TSA must use approved funding techniques and both States and the Federal government are subject to interest liabilities for late payments. State interest liabilities accrue from the day federal funds are credited to a State account to the day the State pays out the federal funds for federal assistance program purposes. 31 CFR § 205.15.  If a State makes a payment under a Federal assistance program before funds for that payment have been transferred to the State, Federal Government interest liabilities accrue from the date of the State payment until the Federal funds for that payment have been deposited to the State account. 31 CFR § 205.14.

**CMIA Requirements Applicable to Programs Not Included in a TSA**

Payments to States under programs not covered by a State's TSA are subject to subpart B of Treasury's regulations in 31 CFR § 205.  These regulations provide that a State must minimize the time between the drawdown of funds from the federal government and their disbursement for approved program activities.  The timing and amount of funds transfers must be kept to a minimum and be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.  31 CFR § 205.33(a).  States should exercise sound cash management in funds transfers to subgrantees.

---

[1] The Department adopted the Uniform Guidance as regulations of the Department at 2 CFR part 3474.

ED 002229

Under subpart B, neither the States nor the Department owe interest to the other for late payments. 31 CFR § 205.33(b).  However, if a State or a Federal agency is consistently late in making payments, Treasury can require the program to be included in the State's TSA.  31 CFR § 205.35.

**Fund transfer requirements for grantees other than State governments and subgrantees**

The transfer of Federal program funds to grantees other than States and to subgrantees are subject to the payment and interest accrual requirements in the Uniform Guidance at 2 CFR § 200.305(b).  These requirements are like those in subpart B of the Treasury Department regulations in 31 CFR part 205, requiring that "payments methods must minimize the time elapsing between the transfer of funds from the United States Treasury or the pass-through entity and the disbursement by the non-Federal entity." 2 CFR § 200.305(b) introduction.

The Federal Government and pass-through entities must make payments in advance of expenditures by grantees and subgrantees if these non-Federal entities maintain, or demonstrate the willingness to maintain, written procedures "that minimize the time elapsing between the transfer of funds and disbursement by the non-Federal entity, and financial management systems that meet the standards for fund control and accountability."  2 CFR § 200.305(b)(1).  If a grantee or subgrantee cannot meet the criteria for advance payments, a Federal agency or pass-through entity can pay that entity through reimbursement.  See 2 CFR § 200.305(b)(1) and (4) for more detailed description of the payment requirements and the standards for requiring that payments be made by reimbursement.

Non-Federal entities must maintain advance payments in interest bearing accounts unless certain conditions exist.  See 2 CFR § 200.305(b)(8) for those conditions.  The requirements regarding interest accrual and remittance follow:

Grantees and subgrantees must annually remit interest earned on federal advance payments except that interest earned amounts up to $500 per year may be retained for administrative expense. Any additional interest earned on Federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment. 2 CFR § 200.305(b)(9)(i) and (ii).

1.  When returning interest through ACH Direct Deposit or Fedwire, grantees must include the following in their return transaction:

    - PMS Account Number (PAN). NOTE: The PAN is the same series of alpha-numeric characters used for payment request purposes (e.g.: C1234G1).
    - PMS document number.
    - The reason for the return (e.g., interest, part interest part other, etc.).
    - An explanation stating that the refund is for interest payable to the Department of Health and Human Services, and the grant number(s) for which the interest was earned.

    a. U.S. Department of Education grantees are generally located and operate domestically and return interest domestically.  Below is PSC ACH account information for interest returned

ED 002230

domestically.  For international ACH interest returned, account information is available at: Returning Funds/Interest.

- PSC ACH Routing Number is: 051036706
- PSC DFI Accounting Number: 303000
- Bank Name: Credit Gateway - ACH Receiver
- Location: St. Paul, MN

    b.  Service charges may be incurred from a grantee's financial institution when a Fedwire to return interest is initiated.  For FedWire returns, Fedwire account information is as follows:

- Fedwire Routing Number: 021030004
- Agency Location Code (ALC): 75010501
- Bank Name: Federal Reserve Bank
- Treas NYC/Funds Transfer Division
- Location: New York, NY

2.  Interest may be returned by check using only the U.S. Postal Service; however, returning interest via check may take 4-6 weeks for processing before a check payment may be applied to the appropriate PMS account.

    a.  Interests returned by check are to be mailed (USPS only) to:

- HHS Program Support Center
  PO Box 979132
  St. Louis, MO 63197

A brief statement explaining the nature of the return must be included.

    b.  To return interest on a grant not paid through the PMS, make the check payable to the Department of Health and Human Services, and include the following with the check:

- An explanation stating that the refund is for interest
- The name of the awarding agency
- The grant number(s) for which the interest was earned
- The return should be made payable to: Department of Health and Human Services.

3.  For detailed information about how to return interest, visit the PSC Retuning Funds/Interest page at: Returning Funds/Interest

Grantees, including grantees that act as pass-through entities and subgrantees have other responsibilities regarding the use of Federal funds.  For example, all grantees and subgrantees must have procedures for determining the allowability of costs for their awards.  We highlight the following practices related to the oversight of subgrantee compliance with the financial management requirements in the Uniform Guidance that will assist State grantees (pass-through entities) in meeting their monitoring responsibilities.  Under 2 CFR § 200.332, pass-through entities must –

ED 002231

1. Evaluate each subrecipient's risk of noncompliance with Federal statutes, regulations, and the terms and conditions of the subaward for purposes of determining the appropriate subrecipient monitoring.

2. Monitor the performance and fiscal activities of the subrecipient to ensure that the subaward is used for authorized purposes, in compliance with Federal statutes, regulations, and the terms and conditions of the subaward; and that subaward performance goals are achieved.

A small number of Department grant programs have program-specific cash management and payment requirements based on the authorizing legislation or program regulations.  These program-specific requirements may supplement or override general cash management or payment requirements.  If you have any questions about your specific grant, please contact the Education Program Contact listed in Block 3 of your Grant Award Notification.

ED 002232

**GAN ATTACHMENT 5**
Revised 03/2021

## RECIPIENTS OF DEPARTMENT OF EDUCATION GRANTS AND COOPERATIVE AGREEMENTS
## FREQUENTLY ASKED QUESTIONS ON CASH MANAGEMENT

**Q** **What are the Federal Laws and Regulations Regarding Payments to the States?**

**A** The *Cash Management Improvement Act of 1990* (*CMIA*) establishes interest liabilities for the Federal and State governments when the Federal Government makes payments to the States. See 31 U.S.C. 3335 and 6503. The implementing regulations are in Title 31 of the Code of Federal Regulations (CFR), Part 205, https://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title31/31cfr205_main_02.tpl. Non-Federal entities other than States follow the rules on Federal payments set out in 2 CFR 200.305.

**Q** **What is a Treasury-State Agreement (TSA)?**

**A** A TSA documents the accepted funding techniques and methods for calculating interest agreed upon by the U.S. Department of the Treasury (Treasury) and a State. It identifies the Federal assistance programs that are subject to interest liabilities under the CMIA. The CMIA regulations specify a number of different funding techniques that may be used by a State but a State can negotiate with the Treasury Department to establish a different funding technique for a particular program. A TSA is effective until terminated and, if a state does not have a TSA, payments to the State are subject to the default techniques in the regulations that Treasury determines are appropriate.

**Q** **What are the CMIA requirements for a program subject to a Treasury-State Agreement?**

**A** Payments to a State under a program of the Department are subject to the interest liability requirements of the CMIA if the program is included in the State's Treasury-State Agreement (TSA) with the Department of Treasury. If the Federal government is late in making a payment to a State, it owes interest to the State from the time the State spent its funds to pay for expenditure until the time the Federal government deposits funds to the State's account to pay for the expenditure. Conversely, if a State is late in making a payment under a program of the Department, the State owes interest to the Federal government from the time the Federal government deposited the funds to the State's account until the State uses those funds to make a payment. For more information, GAN Enclosure 4.

**Q** **What are the CMIA requirements for a program that is not subject to a Treasury-State Agreement?**

**A** If a program is not included in the State's TSA, neither the State nor the Federal government are liable for interest for making late payments. However, both the Federal government and the State must minimize the time elapsing between the date the State requests funds and the date that the funds are deposited to the State's accounts. The State is also required to minimize the time elapsed between the date it receives funds from the Federal government and the date it makes a payment under the program, Also, the Department must minimize the amount of funds transferred to a State to only that needed to meet the immediate cash needs of the State. The timing and amount of funds transferred must be as close as is administratively feasible to a State's actual cash outlay for direct program costs and the proportionate share of any allowable indirect costs.

**Q** **What if there is no TSA?**

ED 002233

**A**    When a State does not have a TSA in effect, default procedures in 31 CFR, part 205 that the Treasury Department determines appropriate apply.  The default procedures will prescribe efficient funds transfer procedures consistent with State and Federal law and identify the covered Federal assistance programs and designated funding techniques.

**Q**    **Who is responsible for Cash Management?**
**A**    Grantees and subgrantees that receive grant funds under programs of the Department are responsible for maintaining internal controls regarding the management of Federal program funds under the Uniform Guidance in 2 CFR 200.302 and 200.303.  In addition, grantees are responsible for ensuring that subgrantees are aware of the cash management and requirements in 2 CFR part 200, subpart D.

**Q**    **Who is responsible for monitoring cash drawdowns to ensure compliance with cash management policies?**
**A**    Recipients must monitor their own cash drawdowns **and** those of their subrecipients to assure substantial compliance to the standards of timing and amount of advances.

**Q**    **How soon may I draw down funds from the G5 grants management system?**
**A**    Grantees are required to minimize the amount of time between the drawdown and the expenditure of funds from their bank accounts.  (See 2 CFR 200.305(b).)  Funds must be drawn only to meet a grantee's immediate cash needs for each individual grant.  The G5 screen displays the following message:

**By submitting this payment request, I certify to the best of my knowledge and belief that the request is based on true, complete, and accurate information. I further certify that the expenditures and disbursements made with these funds are for the purposes and objectives set forth in the applicable Federal award or program participation agreement, and that the organization on behalf of which this submission is being made is and will remain in compliance with the terms and conditions of that award or program participation agreement. I am aware that the provision of any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me, and the organization on behalf of which this submission is being made, to criminal, civil, or administrative penalties for fraud, false statements, false claims, or other violations. (U.S. Code Title 18, Section 1001; Title 20, Section 1097; and Title 31, Sections 3729-3730 and 3801-3812)**

**Q**    **How may I use Federal funds?**
**A**    Federal funds must be used as specified in the Grant Award Notification (GAN) and the approved application or State plan for allowable direct costs of the grant and an allocable portion of indirect costs, if authorized.

**Q**    **What are the consequences to recipients/subrecipients for not complying with terms of the grant award?**
**A**    If a recipient or subrecipient materially fails to comply with any term of an award, whether stated in a Federal statute or regulation, including those in 2 CFR part 200, an assurance, the GAN, or elsewhere, the awarding agency may in accordance with 2 CFR 200.339 take one or more of the following actions:

ED 002234

1. Temporarily withhold cash payments pending correction of the deficiency by the non-Federal entity or more severe enforcement action by the Federal awarding agency or pass-through entity.
2. Disallow (that is, deny both use of funds and any applicable matching credit for) all or part of the cost of the activity not in compliance.
3. Wholly or partly suspend or terminate the Federal award.
4. Initiate suspension or debarment proceedings as authorized under 2 CFR part 180 and Federal award agency regulations (or in the case of a pass-through be initiated by a Federal awarding agency).
5. Withhold further Federal awards for the project or program.
6. Take other remedies that may be legally available.

**Q**   **Who is responsible for determining the amount of interest owed to the Federal government?**

**A**   As set forth in 31 CFR 205.9, the method used to calculate and document interest liabilities is included in the State's TSA.  A non-State entity must maintain advances of Federal funds in interest-bearing accounts unless certain limited circumstance apply and remit interest earned on those funds to the Department of Health and Human Services, Payment Management System annually.  See 2 CFR 200.305.

**Q**   **What information should accompany my interest payment?**

**A**   In accordance with 2 CFR 200.305(b)(9), interest in access of $500.00 earned on Federal advance payments deposited in interest-bearing accounts must be remitted annually to the Department of Health and Human Services Payment Management System (PMS) through an electronic medium using either Automated Clearing House (ACH) network or a Fedwire Funds Service payment.

For returning interest on Federal awards paid through PMS, the refund should:
(a) Provide an explanation stating that the refund is for interest;
(b) List the PMS Payee Account Number(s) (PANs);
(c) List the Federal award number(s) for which the interest was earned; and
(d) Make returns payable to: Department of Health and Human Services.

For returning interest on Federal awards not paid through PMS, the refund should:
(a) Provide an explanation stating that the refund is for interest;
(b) Include the name of the awarding agency;
(c) List the Federal award number(s) for which the interest was earned; and
(d) Make returns payable to: Department of Health and Human Services.

For additional information about returning interest see GAN ATTACHMENT 4.

**Q**   **Are grant recipients/subrecipients automatically permitted to draw funds in advance of the time they need to disburse funds in order to liquidate obligations?**

**A**    The payment requirements in 2 CFR 200.305(b) authorize a grantee or subgrantee to request funds in advance of expenditures if certain conditions are met.  However, if those conditions are not met, the Department and a pass-through agency may place a payee on reimbursement.

ED 002235

**Q**  **For formula grant programs such as ESEA Title I, for which States distribute funds to LEAs, may States choose to pay LEAs on a reimbursement basis?**

**A**   A subgrantee must be paid in advance if it meets the standards for advance payments in 2 CFR 200.305(b)(1) but if the subgrantee cannot meet those standards, the State may put the subgrantee on reimbursement payment.  See 2 CFR 200.305(b).

**Q**  **Will the Department issue special procedures in advance if G5 plans to shut down for 3 days or more?**

**A**  Yes, before any shutdown of G5 lasting three days or more, the Department issues special guidance for drawing down funds during the shut down.  The guidance will include cash management improvement act procedures for States and certain State institutions of higher education and procedures for grants (including Pell grants) that are not subject to CMIA.

4

ED 002236



*COOPERATIVE AGREEMENT*

*between the*

*U. S. DEPARTMENT OF EDUCATION*

and

Child Trends, Incorporated

PR/Award #S283B240036

PURPOSE

The purpose of this Cooperative Agreement (hereinafter "Agreement") is to establish and outline the substantial involvement between the U.S. Department of Education (hereinafter "Department") and Child Trends, Incorporated (hereinafter "Grantee") in the operation of the Region 12 (Pacific 1) Comprehensive Center (hereinafter "the project") that meets the requirements of Section 203 of the Educational Technical Assistance Act of 2002 (ETAA) (20 U.S.C. 9601 et seq.).

The project performance period shall begin on October 1, 2024, and end on September 30, 2029, unless extended. The project activities will be accomplished through the implementation of the Agreement between the Department and the Grantee as set forth in the Notice Inviting Applications (hereinafter "Notice") published in the *Federal Register* on May 13, 2024 (89 FR 41409), the scope and objectives of the Grantee's approved application, and any subsequent amendments to this Agreement.

The Secretary has determined that substantial involvement with the Grantee, as specified through this Agreement, is necessary to carry out the collaboration required by the Comprehensive Center (34 C.F.R. §75.200(c)). [1]

-1-

ED 002237

The terms used in this Agreement, unless otherwise noted, are defined in the Notice.

SCOPE

The work to be performed under this Agreement is described in:
- The approved application PR/Award # S283B240036 entitled *Child Trends, Incorporated/Region 12 (Pacific 1) Comprehensive Center*, submitted by the Grantee.
- The Notice published on May 13, 2024 (89 FR 41409).
- Notice of final priorities, requirements, definitions, and selection criteria (NFP) published in the *Federal Register* on May 13, 2024 ([89 FR 41498](#))
- The Grant Award Notification (GAN) issued to the Grantee on September 26, 2024.

The Comprehensive Centers program is administered by the Office of Program and Grantee Support Services (hereinafter "Program Office") within the Office of Elementary and Secondary Education (OESE) at the Department. The Department will assign a Program Officer for this grant who will serve as the primary point of contact at the Department concerning this grant award.

The project's onboarding with the Program Office may provide additional details on how tasks should be performed. The Grantee may propose amendments to its plans, as needed, and must submit these to the Program Officer for Department approval.

ARTICLE I. STATEMENT OF JOINT OBJECTIVES

**A.  Need for Project**

The Regional Center will provide high-quality, useful, and relevant capacity-building services that demonstrably assist clients and recipients in (1) Carrying out Consolidated State Plans approved under the ESEA; (2) Implementing, scaling up, and sustaining evidence-based programs, practices, or interventions that focus on key initiatives that lead to local educational agencies (LEAs) and schools improving student outcomes; (3) Addressing the unique educational obstacles faced by underserved populations; and (4) Improving implementation of Elementary and Secondary Education Act of 1965 (ESEA) programs including collecting and reporting program data and addressing corrective actions or results from audit findings and ESEA program monitoring, conducted by the Department, that are programmatic in nature, at the request of the client.

There will be a high degree of interaction between the Grantee and the Department during the project performance period with the substantial involvement of the Department in project activities to include, at a minimum, frequent communication regarding operation of the project, review of products, as appropriate, and significant input and support provided regarding coordination with the CCNetwork. The Department will support the continuing efficient operation of the work of the Grantee under this project.

ED 002238

### B. Objectives to be Achieved

The objectives to be achieved by the project in this agreement are outlined in the Absolute Priority 2 as stated in the Notice, the Program Requirements for All Centers as stated in the Notice, specific Program Requirements for Regional Centers as stated in the Notice, the ETAA, and, as applicable, other statutes, regulations, and/or specific conditions.

Each Regional Center must provide high-quality, useful, and relevant intensive capacity-building services to State and local clients and recipients to assist them in selecting, implementing, and sustaining evidence-based programs, practices, and interventions that will result in improved educator practice and student outcomes, especially in math and literacy. The approach must be driven by adult learning principles and incorporate implementation, improvement, and systems change frameworks.

Preference must be given to the implementation and scaling up of evidence-based programs, practices, and interventions that directly benefit recipients that have high percentages or numbers of students from low-income families as referenced in title I, part A of the ESEA (ESEA sec. 1113(a)(5)) and recipients that are implementing comprehensive support and improvement activities or targeted or additional targeted support and improvement activities as referenced in title I, part A of the ESEA (ESEA sec. 1111(d)), including the requirement for States to conduct resource allocation reviews required under ESEA section 1111(d)(3)(A)(ii).

### C. Results Expected

The Grantee will achieve capacity-building outcomes as proposed in the Notice and approved application, and short-, mid-, and long-term outcomes further described in the Grantee's Annual Service Plans, as described in Section II.A.1 below. Over the course of the five-year grant cycle, the Grantee, in collaboration with the Department, CCNetwork, and the Grantee's Advisory Board, will provide high-quality, useful, and relevant capacity-building services that demonstrably assist clients and recipients in carrying out Consolidated State Plans approved under the ESEA, implementing, scaling up, and sustaining evidence-based programs, practices, or interventions that focus on key initiatives that lead to LEAs and schools improving student outcomes, addressing the unique educational obstacles faced by underserved populations, and improving implementation of ESEA programs.

The Grantee will document and provide evidence of how it has prioritized services to address the topics enumerated in the Absolute Priority for this Center and as approved by the Department in the Annual Service Plan. The Grantee will develop cost-effective strategies to make their services available to as many SEAs, REAs, TEAs, LEAs, and schools within the region in need of support as possible.

ED 002239

ARTICLE II: PROJECT MANAGEMENT PLAN

This section describes the required activities of the Grantee and the Department under this Agreement.

The Grantee will create and carry out the work described in their approved application and Annual Service Plan (hereafter "Annual Service Plan") in direct consultation with a broad range of stakeholders, including chief State school officers and other SEA, TEA, and LEA leaders, educators, students, and parents, and integrate their feedback in developing the annual service plan to reflect the needs of all States (and to the extent practicable, of LEAs) within the region to be served. The Annual Service Plan is described in the Notice and below under "Responsibilities of the Grantee".

## A. Responsibilities of the Grantee

### 1. *Annual Service Plan*

The Grantee must develop an Annual Service Plan for carrying out the technical assistance and capacity-building activities delivered by the Center in response to educational challenges facing students, practitioners, and education system leaders. Plans must include high-leverage problems to be addressed, including identified client needs, capacity-building services to be delivered, time-based outcomes (i.e., short-term, mid-term, long-term), responsible personnel, key technical assistance partners, milestones, outputs, dissemination plans, fidelity measures, if appropriate, and any other elements specified by the Department. In developing the plans, the Grantee must ensure services are provided to support students and communities with the highest needs.

The Annual Service Plan must annually update the Center's service plan submitted as part of the approved application and must account for changes in client needs and input from the Center's Advisory Board, the Department, Chief State School Officers (CSSO) and other SEA, TEAs and LEAs leaders, educators, students, and parents. The Grantee will submit, on an annual basis, its plan to the Department for review and input, and will use an OMB-approved template, when provided, to submit its plan to the Department. Projects in the Annual Service Plan must be discussed with and approved by the Program Officer. Updates to the Annual Service Plan can be made at any time, however changes must be approved by the Program Officer before being executed.

### 2. *Joint Needs Sensing*

The Grantee must design and implement robust needs-sensing activities and processes to consult and integrate feedback from a broad range of stakeholders and its Advisory Board that surface high-leverage problems that could be effectively addressed in developing the Annual Service Plan. These processes should define timelines, stakeholders, and activities for identifying preliminary needs and priority areas. Additionally, the Grantee must engage with and gather input from relevant Department offices as it relates to the implementation of specific ESEA programs.

ED 002240

The Grantee, at a minimum, will conduct annual joint need sensing with the Regional Educational Laboratory (REL) serving their region in a manner designed to comprehensively inform service delivery across both programs while reducing burden on State agencies.

In addition, the Grantee will share information collected through its needs sensing activities with the Department, National Center, and Content Centers to identify needs that may be addressed by these Centers.

   3.  *Performance Management and Evaluation*

The Grantee agrees to implement its performance management and evaluation plan, as described in its approved application. The Grantee agrees to amend its plan to accommodate changes necessitated by Department requirements. Such changes will be submitted to the Program Officer for review and approval.

      a)  Program Performance Measures

The Grantee agrees to evaluate the effectiveness of the project, including all project services and to collect data to report, at least annually, on the established program performance measures, as described in the Notice:

- Measure 1: The extent to which Comprehensive Center clients are satisfied with the quality, usefulness, and relevance of services provided.
- Measure 2: The extent to which Comprehensive Centers provide services and products to a wide range of recipients.
- Measure 3: The extent to which Comprehensive Centers demonstrate that capacity-building services were implemented as intended.
- Measure 4: The extent to which Comprehensive Centers demonstrate recipient outcomes were met.

The Grantee agrees to work closely with the Department and its partners to apply consistent methodologies to assess all performance measures established by the Department for the purposes of reporting under 34 CFR 75.110. The Grantee will identify and report on all data used to support the appropriate measure. The Grantee agrees to collaborate with the Department to adopt standards for reporting performance on these measures and agrees to utilize required data collection instruments and methodologies to report progress to the Department.

      b)  Performance Management

The Grantee agrees to provide performance updates, at least quarterly, to the Department on the implementation status of service projects defined in the Annual Service Plan. These updates shall include the Grantee's progress on implementing the service project, including any relevant fidelity measures, and leading indicators of the grantee's progress to meeting defined project outcomes.

ED 002241

c) National Evaluation

The Grantee shall participate and collaborate with the Institute of Education Sciences (IES) and other relevant Department of Education offices and their contractors to support activities related to the conduct of the independent national evaluation of the Comprehensive Centers program required by Section 204 of the ETAA, and other relevant program evaluations.

*4. Stakeholder Engagement System*

The Grantee agrees to implement its stakeholder engagement system, as described in its approved application. The Grantee will document and provide evidence, as requested, of its efforts to communicate, engage, and coordinate with a broad range of stakeholders, including chief State school officers and other SEA leaders, LEAs, TEAs, educators, students, parents, and subject matter experts in a manner that promotes a high level of engagement with multiple potential beneficiaries or participants involved in or impacted by the proposed capacity-building activities to ensure that the proposed services reflect their needs, are relevant and useful, and reach the largest number of recipients possible.

*5. Personnel Management*

d) Key Personnel

The persons named below are considered key personnel whose work is essential to the performance of the work of the project. The list should include all personnel responsible for executing key tasks of the project, and any subject matter technical assistance experts, consultants, and professional staff personnel staffed at 0.2 full-time equivalent (FTE) or higher.

The Grantee shall notify the Department before: (1) removing any individual listed below from the project; (2) changing the level of participation of any personnel listed; or (3) allowing the project to continue without any of these staff for three months or longer. The Grantee shall provide names and qualifications of the persons proposed for substitution. Changes in key personnel may be made only with written authorization of the Program Officer (2 CFR §200.308). The Grantee shall ensure that it utilizes experienced staff and consultants with relevant and appropriate qualifications and expertise in the relevant fields for which services are requested.

Please include in the list the full name of each key personnel, their title or role in the project, and the percentage of FTE that the individual will dedicate to the project.

| Name | Title | Percent FTE on Project |
|---|---|---|
| Ben Cronkright | Co-Director | .5 |

ED 002242

| Kapono Ciotti | Co-Director; HI State Lead | .5 |
| Jennifer Widstrand | Project Manager | .2 |
| Sammy Holquist | HI State Lead | .2 |
| Cindy Henry | American Samoa State Lead | .2 |
| Spenser Scanlan | American Samoa State Lead | .1 |
| Biram Stege | RMI State Lead | .2 |
| Mark Stege | RMI State Lead | .3 |
| Joseph Boven | Communications Lead | .3 |
| Kalina Mead | Curriculum and Instruction Technical Assistance (TA) Specialist | .6 |

e)  Project Director(s)

The Project Director must be capable of managing all aspects of the Center and be either at a minimum of 0.75 FTE or there must be two Co-Project Directors each at a minimum of 0.5 FTE. The Project Director or Co-Project Directors and key personnel must also be able to provide on-site services at the intensity, duration, and modality appropriate to achieving agreed-upon milestones, outputs, and outcomes described in annual service plans.

f)  Sufficiency

The Grantee agrees to ensure availability of appropriate expertise and staffing at a level sufficient to effectively execute the responsibilities of key personnel to achieve the goals of the project. The Project Director or Co-Project Directors and all key personnel must be able to provide services at the intensity, duration, and modality appropriate to achieving agreed-upon milestones, outputs, and outcomes described in the Annual Service Plan.

g)  Subject Matter and Technical Assistance Expertise

The Grantee will cultivate personnel who possess subject matter expert knowledge of statutory requirements, regulations, and policies related to ESEA programs, current education issues, and policy initiatives for supporting the implementation and scaling up of evidence-based programs, practices, and interventions and who specialize in facilitating capacity-building for adult learners, implementation science, improvement science, and systems change frameworks.

The Regional Center will additionally obtain and retain the services of nationally recognized content experts through partnership with the National Center, Content Centers, or other federally funded providers as needed to support client needs identified in its Annual Service Plan.

6.  *Communication and Dissemination*

h)  Communication and Dissemination Plan

-7-

The Grantee is required to submit annually an updated communication and dissemination plan aligned with the strategies described in the approved application. The communication and dissemination plan must include all elements specified in the Program Requirements in the Notice.

The Grantee will include in its plan an overall strategy to disseminate information in multiple formats and mediums (e.g., evidence-based practice tool kits, briefs, informational webinars) in a manner likely to reach and be useful to the most recipients possible. The Grantee should prepare plans for disseminating all openly licensed products and resources that will be developed or created in whole, or in part, with grant funds. The Grantee will provide the Program Office with regular updates on the status of these activities and any changes to its strategies or plans based on continuous improvement information.

The Grantee shall include a list and description of all anticipated project products in the communication and dissemination plan, including anticipated production timelines. Additional products should be determined and listed on an annual basis at the beginning of each budget cycle and may be added to this list during the grant performance period as determined in consultation with the Program Officer.

The Grantee shall provide, upon request, a proposal describing the content and purposes of the project products prior to developing a full draft. Project products may include but are not limited to external publications or communications; website publications and content; and technical assistance and training materials.

 i) CCNetwork Branding

The Grantee will work in collaboration with the National and Content Centers to adopt business rules and branding guidelines to create a cohesive and consistent approach to product development, communication, and dissemination across the CCNetwork. The Grantee will support the National Center to establish and update these rules, as needed, throughout the cycle of the grant.

The Grantee will utilize CCNetwork branding on all websites, products, and materials produced under this grant.

 j) Individual Websites

The Grantee will maintain and update any individual websites proposed in their approved application.

The Grantee shall ensure that all websites are regularly maintained and updated, and adhere to industry best practices with content, information, and system architecture projections.  The Department must be immediately notified in the case of a system breach or unauthorized information disclosure.

ED 002244

k) Products and Materials

Subject to any specific requirements that apply to its grant, a Grantee may determine the format and content of project materials that it publishes or arranges to have published. The Grantee shall ensure that its website and all products and materials produced under this grant are accessible and compliant with section 504 of the Rehabilitation Act of 1973 (29 U.S.C. §794).

The Grantee shall ensure the quality and accuracy of all products and materials. This may include developing systems and processes for quality assurance. Additionally, the Grantee is responsible for consulting with the Department regarding the approved application of relevant Department laws and policies to services and materials provided through this project. The Grantee shall submit related project products or materials, as that term is defined at 34 C.F.R. 75.622, upon request for review and approval by the Program Officer prior to publication or dissemination.

The required disclaimer shall be included on all publications, brochures, and other written products.

Grant deliverables created in whole, or in part, with Department grant funds must be openly licensed to the public. A product output under this program would be considered a deliverable under the open licensing regulations at 2 CFR 3474.20. For additional information on the open licensing requirements please refer to 2 CFR 3474.20.

l) Required Disclaimer

As required by the Education Department General Administrative Regulations (EDGAR), (34 C.F.R. § 75.620(b)), any publication, including a website, that contains project materials also contains the following statement:

"The contents of this [insert type of publication; such as book, report, film, website, and web page] were developed under a grant from the U.S. Department of Education (Department). The Department does not mandate or prescribe practices, models, or other activities described or discussed in this document. The contents of this [insert type of publication] may contain examples of, adaptations of, and links to resources created and maintained by another public or private organization. The Department does not control or guarantee the accuracy, relevance, timeliness, or completeness of this outside information. The content of this [insert type of publication] does not necessarily represent the policy of the Department. This publication is not intended to represent the views or policy of, or be an endorsement of any views expressed, or materials provided by, any Federal agency."

7. *Partnership Agreements*

ED 002245

The Grantee shall provide, within 90 days of receiving funding for an award, copies of its partnership agreements or memoranda of understanding (MOUs) with agreements with the REL(s) in the region that the Center serves, and other organizations identified in the approved application.

The Grantee will provide copies of new, updated or amended agreements annually or as needed throughout the life of the grant. The Grantee will maintain detailed information and records of its collaboration with partners, including the nature of the partnership and each partner's contributions to the project.

    8. *Advisory Board*

The Grantee shall have an Advisory Board that shall support the priorities of the project.

    m) Purpose.

The purpose of the Advisory Board is to advise the Grantee concerning its activities and strategies for (1) monitoring and addressing the education needs of the region on an ongoing basis; (2) maintaining a high standard of quality; and (3) carrying out its activities in a manner that promotes improved student academic achievement.

    n) Consultation.

The Grantee shall seek recommendations from the chief state school officers (CSSOs) and chief executive officers (e.g. governors) in the region it serves to ensure appropriate representation of a wide range of stakeholders on the established Advisory Board.

When selecting Advisory Board members, the Grantee shall consider including a broad range of stakeholders in effort to represent the multiple and varied interests of all student populations served in the region.

    o) Composition.

As required in Sec. 203(g)(3) of the ETAA, each Advisory Board must include the chief State school officers, or such officers' designees or other State officials in each State served by Grantee, and not more than 15 other members who are representative of the educational interests in the region served by the Grantee.

These members should include:

ED 002246

Representatives of LEAs and REAs, including representatives of LEAs serving urban and rural areas.
Representatives of institutions of higher education.
Parents.
Practicing educators, including classroom teachers, principals, and administrators.
Representatives of business.
Policymakers, expert practitioners, and researchers with knowledge of, and experience using, the results of research, evaluation, and statistics.

p) Submission.

Within 90 days of award, the Grantee must submit a proposed list of Advisory Board members, including the stakeholder group each member represents, to the Department for review and approval by the Program Officer.

q) Establishment.

The Grantee shall establish the Advisory Board within 60 days of signing this agreement.

r) Amendments.

The Grantee will submit an updated list of Advisory Board members annually to the Department and shall submit proposed changes to the Advisory Board members, as needed, to the Program Officer for approval.

9. *Ongoing Collaboration*

The Grantee will engage in ongoing coordination, collaboration, and communication with the Department and the CCNetwork, including participating in routines established to support such collaboration.

s) Collaboration with the Department

The Grantee shall collaborate with the Program Office in the administration of the project and will be responsive in a timely manner to Department requests for materials and information. The Grantee shall maintain regular communication with the Department for the purposes of project planning and management, ongoing problem solving, and ongoing management of grant performance.

The Grantee shall collaborate with relevant Department program offices, as needed, to understand and develop plans to address corrective actions or results from audit findings and ESEA program monitoring; implementation challenges faced by States and LEAs related to implementing ESEA programs and carrying out Consolidated State Plans approved under the ESEA; needs of schools designated for improvement; needs related to key initiatives to improve student outcomes; needs related to the unique educational

-11-

ED 002247

obstacles faced by underserved populations; and emerging needs that are consistent with the proposed project's intended outcomes.

    t)   Collaboration with the National Center

The Grantee will participate in needs-sensing activities and processes to provide input and feedback to the National Center in developing the Annual Service Plan to surface high-leverage problems that could be effectively addressed through targeted and universal capacity-building services (e.g., communities of practice, working groups, cross-center collaboration, etc.).

The Grantee will participate in routines and processes for regular engagement and coordination with the National Center.

The Grantee will consult with the National Center and provide feedback in developing its routines to support its management approach to coordination, collaboration, and communication.

    u)   Collaboration with Content Centers

The Grantee shall collaborate with Content Centers to identify common high-leverage problems not already being addressed by other projects that may be addressed through capacity-building services in developing the Content Centers' Annual Service Plans.

The Grantee will share any specific request for assistance from a State within its region with the relevant Content Center and collaborate with the Center to respond appropriately to the request.

The Grantee will collaborate with Content Centers to support participation of States and LEAs in convenings to learn from each other about practical strategies for implementing ESEA provisions and programs related to the Center's area of focus.

The Grantee will collaborate with Content Centers to implement processes for outreach activities (e.g., regular promotion of services and products to clients and potential and current recipients). The Grantee will also provide feedback to regularly share and incorporate recipient experiences participating in Content Center services into service design and delivery.

    v)   Collaboration with other Federally funded TA Providers

The Grantee shall cooperate and collaborate with other Department-funded technical assistance initiatives, including, but not limited to, those funded by OESE and Office of Special Education and Rehabilitative Services, IES, including the RELs and the What Works Clearinghouse, and the Equity Assistance Centers. The Grantee is expected to develop strong, ongoing relationships and partnerships with the federally funded providers serving their region and with other providers with relevant expertise to make the best use of available knowledge and resources and avoid duplicating efforts.

ED 002248

w)  Peer Learning

The Grantee will participate in peer learning opportunities with CCNetwork staff (and other partners, as appropriate). CCNetwork learning opportunities will be designed to address implementation challenges, share information on and scale effective practices, establish quality standards for capacity-building service delivery, and demonstrate impact of service delivery across the CCNetwork. The Grantee will provide feedback to the National Center in developing its approach to peer learning opportunities. The Grantee will consult on the structures, approaches and topics for peer learning to inform the National Center Annual Service Plan.

*10. Sharing Information*

x)  Contribute to the CCNetwork Website

The Grantee shall contribute to the ongoing maintenance of the CCNetwork website, and is expected to share products, resources and tools developed under this grant via the CCNetwork website and shared media and contribute relevant tools, resources, and information to the CCNetwork portal (Dashboard) for the purpose of sharing with other grantees.

y)  Sharing with the Department

In addition to sharing products via the Comprehensive Center Network website, the Grantee additionally agrees to establish information-sharing agreement with Education Resources Information Center (ERIC), a division of IES, to post materials within ERIC's searchable database with the goal of reaching as many SEAs, REAs, LEAs, and schools in need of services possible.

*11. Meetings*

z)  Meetings with the Department

The Grantee shall cooperate in arranging and holding frequent progress monitoring calls with the Department Program Officer to discuss project work and fiscal management issues arising from the work. The Grantee shall cooperate in arranging and holding periodic site visits that the Department may undertake for monitoring purposes.

The Grantee shall participate in at least one Project Directors Meeting annually (up to two days) and shall budget for travel of at least two staff to travel to Washington, D.C.

aa) Meetings with the CCNetwork and Partners

ED 002249

The Grantee shall take part in at least quarterly meetings per year with other grantees, partners and Department staff.  Meetings may include collaboration calls, Center presentations, Department presentations, conferences, or other meetings for the purpose of peer learning. The Grantee will assist in planning and carrying out these meetings, as requested by the Department.

The Grantee shall participate, to the extent reasonable, in other meetings and conferences related to the work of the Comprehensive Centers that the Grantee is invited to by virtue of its status as a Comprehensive Center and shall provide updates to the Program Officer regarding its attendance at such meetings.

### 12. Special Issue Requirements

bb) The Grantee shall comply with any special conditions noted in its GAN.

cc) In regular written reports required by the terms of this cooperative agreement, but no less than quarterly, the Grantee must provide a chart detailing the percent of time key personnel have allocated across all Federal grants, including any applicable no-cost extensions.

dd) Should more than 70% of funds for the first budget period remain unobligated 90 days prior to the end of the first performance period, the Grantee must submit a plan for the first six months of the second performance period. The plan must include detailed information about (1) the activities unfinished during the first performance period to be accomplished in the first six months of the second performance period; and (2) the funds from the first budget period that will be expended in carrying out those activities.

OESE may reduce the continuation award for the second budget period by the amount of funding that cannot be used in the plan for the first six months of the second performance period.

Should more than 60% of the annual funding be unobligated at the end of any subsequent budget periods (except the final budget period), OESE will require the development of a plan for expending unobligated funds and may reduce continuation awards accordingly.

### 13. Transition

The Grantee must prepare to transition all project materials, final deliverables and content developed during the performance period, including system information, access information, passwords, data, and all other artifacts of performance to the Department. The goal of transition should be to ensure that the Department has custody of all information produced during performance. At the end of the grant, the Grantee shall deliver materials and relevant resources to the Department.

-14-

ED 002250

The Grantee shall additionally assist with transitioning work to a new grantee cohort at the end of the project period. The Grantee shall participate in meetings with its successor(s) and other new grantees and shall furnish information about the operation of the project, as needed or as directed by the Department.

### B. Responsibilities of the U.S. Department of Education

#### 14. The Program Office

The Department agrees to:

> ee) Work collaboratively with the Grantee to define issues to be addressed by the project, including identifying specific high-leverage problems in consultation with Department program offices.

> ff) Participate in scheduled meetings with the Project Director, and other project staff as appropriate, to review and define goals, objectives, and implementation of activities under this Agreement.

#### 15. The Program Officer

The Department will assign a Program Officer for this grant and will notify the Grantee of any changes to the Program Officer assigned. All questions related to the project should be addressed to the Program Officer. The Program Officer is responsible for the technical aspects of the project and is the technical liaison with the Grantee. The Program Officer will ensure project alignment with Department goals and objectives. Any Grantee requests for changes shall be submitted in writing directly to the Program Officer.

The following are authorized activities that may require the involvement of the Program Officer to exercise his or her responsibilities on behalf of the Department:

> gg) Provide leadership in defining issues to be addressed by the project through the review and approval of the Annual Service Plan.

> hh) Participate in scheduled meetings with the Project Director, and other key project staff as appropriate, to review and define goals, objectives, and implementation of activities under this Cooperative Agreement.

> ii) Participate in the review and approval of modifications to the design of activities proposed under this Cooperative Agreement.

> jj) Maintain substantial involvement in the project and review and recommend approval of any payments.

ED 002251

kk) Be involved in the selection of key project personnel. Approve key project personnel in a timely manner.

ll)  Review and approve substantive provisions of proposed subcontracts or, if authorized, subgrants by the Grantee.

mm)  Review and approve procedures, outcomes, and reports, inclusive of any Special Issue Requirements that may be detailed above, that are necessary to ensure the efficient and effective conduct of this project, to include reviewing and approving one stage of work before going to the next.

nn) Review and redirect Grantee activities as necessary.

oo) Stop or redirect proposed activities if the methodology proposed appears vague or requires further justification or the projected outcomes are inconsistent with the intended project outcomes.

pp) Ensure project consistency and alignment with program performance measures.

qq) Participate and serve as a member of any working groups, community of practices and additional advisory groups relating to this project.

rr)  Participate in reviewing drafts and evaluating products that are developed as part of project activities.

ss)  Identify Department-funded projects or other organizations with which the project must coordinate and foster linkages and cooperative relationships to support or augment the activities and outcomes of the project.


## ARTICLE III: FINANCIAL SUPPORT

### A.  Cost Figures

The yearly allocated funds for the work to be performed under this agreement is indicated in blocks 6 and 7 of the GAN.

### B.  Approved Budget

The work of the project during this budget period will be performed within the approved budget. The written authorization of the Program Officer is required for certain budget revisions described in 2 CFR §200.308.

*16. Budget Submissions*

-16-

ED 002252

The Grantee must perform the following actions when it submits its budget information on an annual basis to the Department.

Include in the budget a line item for an annual set-aside of five percent of the grant amount to support emerging needs that are consistent with the proposed project's intended outcomes, as those needs are identified in consultation with, and approved by, the Program Officer. With approval from the Program Officer, the project must reallocate any remaining funds from this annual set-aside no later than the end of the third quarter of each budget period.

### 17. Budget Revisions

The Grantee will submit a revised budget to be approved by the Program Officer that is aligned with the Annual Service Plan objectives and tasks and reflects the actual award amount for each performance period.

Further, while the Grantee has some discretion when transferring funds between budget categories, it is strongly encouraged that the Grantee submit revised budgets whenever revisions are necessary and seek input from and ask questions of their assigned Program Officer in advance of any changes. This will help ensure that the Department's grant files are accurate and up-to-date and that Grantee actions are allowable and within the scope of the project.

### 18. Approvals

The Grantee must seek approval from the Department for the program and budget-related reasons required by 2 CFR 200.308(f).

### 19. Fiduciary Requirements and Documentation

The Grantee is expected to adhere to the administrative and fiduciary requirements, as applicable, outlined in 2 C.F.R. Part 200, commonly referred to as the Uniform Guidance. Specifically, Subpart D—Post Federal Award Requirements, outlines the standards and expectations of a Department grantee, including those for financial management, internal controls, and budget and program plan modifications. Additionally, Subpart D also addresses in detail procurement requirements when using Federal funds (both subawards and subcontracts), regular reporting requirements (such annual performance reports noted in section 3.02 of this Agreement), and records retention requirements. Subpart E—Cost Principles addresses the allowability of grant costs as well as indirect costs, and Subpart F addresses audit requirements, including the requirement that all Federal grantees receiving $1,000,000 or more annual in Federal funds must conduct and submit an annual external audit. These examples are not exhaustive, and Grantees should become familiar with the Uniform Guidance and ask questions or elevate concerns to their assigned Program Officer when a topic may be unclear or further guidance is needed.

ED 002253

Accordingly, the Grantee must maintain supporting documentation for all business decisions, expenses, and obligations when utilizing Federal funds in accordance with the records retention requirements.

The Grantee must use the Department's online grants management system, G5, to access their funds for allowable grant activities. Additionally, G5 is the preferred vehicle for the submission of annual performance reports. G5 is also the official mechanism by which formal administrative changes are made to the grant in the form of GANs, e.g., changes in project director or key personnel, and contains important clauses and conditions about your grant award.

### C.  Program Income

The disposition of program income produced under this award, if any, is to be handled in accordance with 2 CFR §200.307.

## ARTICLE IV: RISK, REPORTS, AND PRODUCTS

### D.  Project Risk

OESE identifies and mitigates potential grantee risk prior to making awards and during the life of a grant. The Grantee is responsible for administering this award in compliance with Federal requirements and the terms and conditions of this Agreement and ensuring that subrecipients do likewise. The Grantee is also responsible for meeting performance goals and ensuring that all subrecipients meet their respective goals. Risk includes potentially failing to administer the grant and to meet fiscal requirements and performance goals. OESE may mitigate risk by placing specific conditions on the grant and increasing monitoring of fiscal management and project performance.

Prior to awarding the grant, OESE reviewed and assessed the stability and qualifications of the Grantee to determine grantee risk, including reviewing the Entity Risk Review. The assessment of the Grantee indicates low risk, and no risk-related conditions were applicable at the time of award.

OESE will assess Grantee risk throughout the life of the grant, particularly in response to the progress described in the Grantee's annual continuation (performance) report (see Reporting Requirements below).

### E.  Reporting Requirements

The Grantee shall submit required reports in the quantities and on the due dates shown in the table below. Guidance on reporting on program performance can be found in 2 CFR §200.329.

| Required Reports | Quantity | Due Dates |
|---|---|---|

-18-

| Annual Performance Report and the Federal Financial Report | Submitted electronically to the Department | Grantee will be notified by the Department of Education at least 30 days prior to report due dates |
| Annual Evaluation Report | Submitted electronically to the Department | Grantee will be notified by the Department of Education at least 30 days prior to report due dates |
| Final Performance Report | Submitted electronically to the Department | 120 days after project performance end date |

The Grantee bears responsibility for informing the Department of the progress of the project and for submitting the reports specified in the award attachments. In general, Annual and Final Performance Reports shall summarize the goals, objectives, and activities of the project, report progress on project and program performance measures, describe barriers and challenges if objectives have not been met, report expenditures, describe the planned activities for the upcoming year, and report other data as required under this cooperative agreement and by EDGAR and 2 CFR §200.

ARTICLE V: CHANGES TO THE COOPERATIVE AGREEMENT

Changes to activities to be conducted under this Agreement (consistent with the scope and objectives of the Grantee's approved application), or details on how existing tasks should be performed may be generated through meetings or conference calls. The Program Office may append documentation of decisions reached at these meetings to this Agreement, as necessary and as consistent with the scope of work and objectives of the Grantee's approved application and reserves the authority to negotiate the direction of projects and associated products and information, including but not limited to review of materials associated with Comprehensive Center projects.

Contact Information

For this Cooperative Agreement, Elisabeth Lembo will serve as the Program Officer for the U.S. Department of Education. They can be reached at:

Phone: (202) 453-5823
E-mail: elisabeth.lembo@ed.gov

All reports and plans submitted to the Department must contain the assigned Department of Education Grant Number, found on page one of this document.

ARTICLE VI: FAILURE TO ADDRESS OBJECTIVES

-19-

ED 002255

Failure to comply with the content of this agreement may result in the Secretary imposing special conditions on the award pursuant to 2 CFR §200.208, designating an entity as high-risk, pursuant to 2 C.F.R. § 3474.10, or taking other authorized enforcement actions, including partly suspending or terminating the award, pursuant to 2 CFR §200.339-343.

ARTICLE VIII: SIGNATURES

This agreement is executed on [DATE] by the undersigned parties.


*Ben Cronkright*
_____          _____
Dr. Michelle Daley                        Ben Cronkright
Group Leader, Comprehensive Centers       Co-Director Pacific East Comprehensive
Program and Grantee Support Services      Center, Region 12
Office of Elementary and Secretary        Child Trends, Inc.
Education


Deborah Temkin Cahill
                                          _____
_____          Deborah Temkin Cahill
Danielle Smith                            Chief Research Officer
Director                                  Child Trends, Inc.
Program and Grantee Support Services
Office of Elementary and Secretary
Education

-20-

ED 002256

**Appendix B. Grant Termination**

**Jennifer Widstrand**

| | |
|---|---|
| **From:** | Samantha Holquist |
| **Sent:** | Wednesday, February 19, 2025 4:46 PM |
| **To:** | Lynn Hennies; Jennifer Widstrand |
| **Subject:** | FW: GRANT AWARD TERMINATION: S283B240036_CHILD_TRENDS, _INCORPORATED.pdf |
| **Attachments:** | S283B240036_CHILD_TRENDS,_INCORPORATED.pdf |

**From:** Ben Cronkright <bcronkright@childtrends.org>
**Sent:** Wednesday, February 19, 2025 3:29 PM
**To:** Samantha Holquist <sholquist@childtrends.org>; Deborah Temkin Cahill <DTemkin@childtrends.org>
**Cc:** Federal Response <federalresponse@childtrends.org>
**Subject:** FW: GRANT AWARD TERMINATION: S283B240036_CHILD_TRENDS,_INCORPORATED.pdf

**From:** Washington, Mark <Mark.Washington@ed.gov>
**Sent:** Wednesday, February 19, 2025 4:13 PM
**To:** Ben Cronkright <bcronkright@childtrends.org>
**Cc:** Ryder, Ruth <Ruth.Ryder@ed.gov>; Hoffman, Amanda <Amanda.Hoffman@ed.gov>; Weems, Kia <Kia.Weems@ed.gov>; Williams, Damien <Damien.Williams@ed.gov>
**Subject:** GRANT AWARD TERMINATION: S283B240036_CHILD_TRENDS,_INCORPORATED.pdf

You don't often get email from mark.washington@ed.gov. Learn why this is important

**EXTERNAL MESSAGE ALERT:** Please check sender before responding or opening contents.

Dear Federal Grant Project Director,

Please see the attached letter, informing you of the U.S. Department of Education's decision to terminate your federal grant award, because the grant is now inconsistent with, and no longer effectuates, the Department's priorities.  You will receive an updated GAN notice following this email, confirming the decision and change.  You will also receive notification from the Department's G5 grants administration system.

Please also note the basis for challenge or appeal of this decision, as well as the deadline to respond, as noted in the language of the attached letter. Kindly contact my colleague, Dr. Amanda Hoffman, at Amanda.Hoffman@ed.gov, with any related questions or concerns about this information or the appeals process overall.

Respectfully,

Mark Washington

_____

ED 002257



**Mark Washington**
**Deputy Assistant Secretary**
United States Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW | Washington, D.C. 20202
Phone: (202) 205-0167 | Mobile: (202) 549-9956  |  Email: mark.washington@ed.gov

ED 002258



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF SECONDARY AND ELEMENTARY EDUCATION**
**OFFICE OF ADMINISTRATION**

2/19/2025

Ben  Cronkright
Project Director
CHILD TRENDS, INCORPORATED
12300 Twinbrook Parkway
Suite 235
Rockville, MD 20852

RE: Grant Award Termination

Dear  Ben  Cronkright :

This letter provides notice that the United States Department of Education is terminating your federal award, S283B240036 . *See* 2 C.F.R. § 200.340-43; *see also* 34 C.F.R. § 75.253.

It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Acting Secretary of Education has determined that, per the Department's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. In addition to complying with the civil rights laws, it is vital that the Department assess whether all grant payments are free from fraud, abuse, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4); *see also* 34 C.F.R. § 75.253. Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, 34 C.F.R. § 75.253, and the termination provisions in your grant award, the Department hereby terminates grant No. S283B240036 in its entirety effective 2/19/2025 .

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

ED 002259

If you wish to object to or challenge this termination decision, you must submit information and documentation supporting your position in writing within 30 calendar days of the date of this termination notice. Objections and challenges must be sent by email and first-class mail and addressed to the component head that oversees the grantmaking unit, which will typically be the Assistant Secretary of that unit. In this case, please address your objection or challenge to Ruth Ryder, Acting Assistant Secretary; Office of Elementary and Secondary Education; 400 Maryland Ave., SW; Washington, D.C. 20202; ruth.ryder@ed.gov.

Your appeal should contain the following:
1. a copy of the written notice of termination;
2. the date you received written notice of termination;
3. a brief statement of your argument and the disputed factual, legal, or other issues;
4. the amount of funds or costs in dispute, if any; and
5. any other relevant documents.

*See id.* § 200.342.

Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions. *See id.* § 200.344(i).

Finally, you are reminded of your duties under your agreement and Department of Education guidance regarding retention of grant records for at least three years.

Respectfully,

Mark Washington
Deputy Assistant Secretary for Management and Planning

cc: Ruth Ryder

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

ED 002260

S283B240036

Ben Cronkright

Child Trends, Incorporated

12300 Twinbrook Parkway

Suite 235

Rockville, MD 20852

ED 002261

S283B240036

Natalia Pane
Child Trends, Incorporated
12300 Twinbrook Parkway
Suite 235
Rockville, MD 20852

ED 002262

S283B240036



**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Child Trends, Incorporated<br>12300 Twinbrook Parkway<br>Suite 235<br>Rockville, MD 20852 | PR/AWARD NUMBER    S283B240036<br>ACTION NUMBER    2<br>ACTION TYPE    Administrative<br>AWARD TYPE    Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>   Ben Cronkright      (240) 223-9203<br>   bcronkright@childtrends.org<br>EDUCATION PROGRAM CONTACT<br>   Elisabeth Lembo      (202) 453-5823<br>   elisabeth.lembo@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | 84.283B<br>Comprehensive Centers Program, Absolute Priority 2 -<br>Region 12 (Pacific 1) |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Ben Cronkright | Project Director | 50 % |
| Kapono Ciotti | Co- Director | 50 % |

**6** AWARD PERIODS

       BUDGET PERIOD      10/01/2024 - 02/19/2025
   PERFORMANCE PERIOD      10/01/2024 - 02/19/2025

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

         THIS ACTION      N/A
         BUDGET PERIOD      $1,250,000.00
   PERFORMANCE PERIOD      $1,250,000.00

**8** ADMINISTRATIVE INFORMATION

         UEI      GKL3GR9NQ3W5
   REGULATIONS      CFR PART x
         EDGAR AS APPLICABLE
         2 CFR AS APPLICABLE
   ATTACHMENTS      N/A

**9** LEGISLATIVE AND FISCAL DATA

   AUTHORITY:      PL X X X
   PROGRAM TITLE:      COMPREHENSIVE REGIONAL ASSISTANCE CENTERS
   CFDA/SUBPROGRAM NO:      84.283B

ED 002263

S283B240036



# US Department of Education
# Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S283B240036 |
| RECIPIENT NAME: | Child Trends, Incorporated |
| GRANTEE NAME: | CHILD TRENDS, INCORPORATED |
| | 12300 TWINBROOK PKWY STE 235, |
| | ROCKVILLE, MD 20852 - 1609 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | 63% |

TERMS AND CONDITIONS

(1)  THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2)  The grant is deemed to be inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. 200.340(a)(4); see also 34 C.F.R. 75.253.

LAVANNA WEEMS    Digitally signed by LAVANNA WEEMS
Date: 2025.02.19 18:01:26 -05'00'

——————————————————————    ——————————

**AUTHORIZING OFFICIAL**    **DATE**

Ver. I

ED 002264

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**        (See Block 2 of the Notification)

**1. RECIPIENT NAME –** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION –**   Unique items of information that identify this notification.

    **PR/AWARD NUMBER –**   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

    **ACTION NUMBER –**   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

    **ACTION TYPE –**   The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

    **AWARD TYPE –**   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF –**   This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

    **\*RECIPIENT PROJECT DIRECTOR –**   The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

    **EDUCATION PROGRAM CONTACT –**   The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

    **EDUCATION PAYMENT CONTACT –**   The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER –**   Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL –** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS –**   Project activities and funding are approved with respect to three different time periods, described below:

    **BUDGET PERIOD –**   A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

    **PERFORMANCE PERIOD –**   The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

    **\*FUTURE BUDGET PERIODS –**   The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING –**   The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

    **\*THIS ACTION –** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

    **\*BUDGET PERIOD –** The total amount of funds available for use by the grantee during the stated budget period to this date.

    **\*PERFORMANCE PERIOD –** The amount of funds obligated from the start date of the first budget period to this date.

    **RECIPIENT COST SHARE –**   The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

    **RECIPIENT NON-FEDERAL AMOUNT –** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION –**   This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

    **UEI –**        The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

ED 002265

**\*REGULATIONS –** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS –** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA –** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS –**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT –** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS –** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER –** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE –** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE –** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL –** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF –** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT –** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE –** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

* This item differs or does not appear on formula and block grants.

ED 002266

**Appendix C: Relevant Communications**

## Jennifer Widstrand

| | |
|---|---|
| **From:** | Ben Cronkright |
| **Sent:** | Thursday, February 27, 2025 8:14 AM |
| **To:** | Samantha Holquist |
| **Subject:** | FW: PE/R12: Follow up from 12/16 Meeting |

**From:** Daley, Michelle <Michelle.Daley@ed.gov>
**Sent:** Thursday, December 19, 2024 10:10 AM
**To:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>; Kapono Coitti <kapono@thepaf.org>; Ben Cronkright (he/him/his) <bcronkright@childtrends.org>; Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Kelts, Erin <Erin.Kelts@ed.gov>; Zevin, Sarah <Sarah.Zevin@ed.gov>
**Subject:** RE: PE/R12: Follow up from 12/16 Meeting

> **EXTERNAL MESSAGE ALERT:** Please check sender before responding or opening contents.

Good morning,

I hope this email finds you well. Regarding the topics Liz referenced for more information or clarification. Please see the response below:

- **ASP and Other Report submission**
  - Updates on submission dates for materials: There are no further updates for the submission of materials. Please reference the 📄 FY24 Cohort CC Year 1 Reporting At-a-Glance-Final.pdf for due dates and deliverables.

- **Status of the FE Coop Agreement**
  - The cooperative agreements are being finalized and will be forwarding shortly. For questions about the agreement, please reach out to @Zevin, Sarah

- **Partnership Agreement Template**
  - Sample partnership agreements/MOUs were uploaded to the External SharePoint 🗀 Resources Folder.  If you experience difficulties accessing the resources, please reach out to Liz.

I hope this information is helpful. If there are additional questions, please reach out to Liz. Have a great day and a wonderful holiday!

Best,
Michelle

**From:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Sent:** Wednesday, December 18, 2024 5:22 PM
**To:** kapono@thepaf.org; bcronkright@childtrends.org; Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Daley, Michelle <Michelle.Daley@ed.gov>; Kelts, Erin <Erin.Kelts@ed.gov>; Zevin, Sarah <Sarah.Zevin@ed.gov>
**Subject:** PE/R12: Follow up from 12/16 Meeting

ED 002267

Hi all,

Hope you're doing well. Very nice chatting earlier this week! I'll be in touch re: setting up a meeting with ED's Insular Areas Team for our discussion re: support to American Samoa.
Please see my notes following my discussion with my colleagues on the CC Team.

**Comms – What is the approval proves?**
My answer Monday is consistent with my team's response – CCs should keep PO updated on materials they're looking to disseminate and POs will note the items that need extra scrutiny. Simple awareness for the PO of the majority of CC items will suffice - without need for deeper PO review. The more policy-heavy resources will have a higher level of review from the ED level.

**Grant Requirements**
- ASP end of January- date?

  - Program Office leadership will share if there are updates on submission dates for materials. @Daley, Michelle
  - The ASP Template will be coming out shortly. In the meantime, please reference the elements of the ASP (listed below), so that you can start to get a sense of what items will be asked for by project. These are pulled from the NIA. The ASP Template will include a description of each element, but if you're curious about any now just let me know and I'll pull the description and send your way!

- Dates for report submissions

  - Program Office leadership will share if there are updates on submission dates for materials. @Daley, Michelle

- Status of the FE Coop Agreement
  - This will be coming shortly from the Program Office to be signed. @Daley, Michelle @Zevin, Sarah

- Partnership Agreement Template
  - There is not an expectation for an extensively detailed agreement. My colleague @Zevin, Sarah who is the CC Program Team Co-Lead can answer additional questions we have on this.
  - My colleague @Kelts, Erin is going to share a template from her Comprehensive Center.
  - There is not a need to develop a Partnership Agreement for partners within the CCNetwork.

Please don't hesitate to keep me posted if you have follow up questions on any of these items!
Thanks and have a great night!
Liz

ASP Elements, from NIA:

**Proposed** ASP Template Elements –

- Region
- Last updated
- Status
- Phase
- Project ID
- Title

ED 002268

- State(s)
- Scope
- **High-Leverage Problem (includes needs addressed)**
- **Approach to capacity-building services**
- Constraints
- Sponsor
- Start Date
- **CC Partner**
- **Other Partner**
- Cost Estimate
- Program Priorities
- Secretary's Priorities?
- Dimensions of Capacity Building
- **Milestones (Q1-Q4)**
- **Expected Outputs**
- **Fidelity Measures**
- **Expected Capacity Building Outcomes (short-term, mid-term, long-term)**
- **Responsible Personnel**
- Web Topic
- Links
- Web Description
- Dissemination Plan

Elisabeth Lembo (she/her/hers)
Education Program Specialist, Program and Grantee Support Services
Office of Elementary and Secondary Education | United States Department of Education
400 Maryland Avenue SW | Washington, D.C. 20202
elisabeth.lembo@ed.gov

ED 002269

## Jennifer Widstrand

| | |
|---|---|
| **From:** | Ben Cronkright |
| **Sent:** | Thursday, February 27, 2025 8:22 AM |
| **To:** | Samantha Holquist |
| **Subject:** | FW: FY24 Region 12 (Pacific 1) Cooperative Agreement |

**From:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Sent:** Monday, December 23, 2024 11:49 AM
**To:** Lynn Hennies (she/her/hers) <lhennies@childtrends.org>; Daley, Michelle <Michelle.Daley@ed.gov>; Zevin, Sarah <Sarah.Zevin@ed.gov>
**Cc:** Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Ben Cronkright (he/him/his) <bcronkright@childtrends.org>
**Subject:** RE: FY24 Region 12 (Pacific 1) Cooperative Agreement

> **EXTERNAL MESSAGE ALERT:** Please check sender before responding or opening contents.

Good morning Lynn,

Thanks so much for sending over. Confirming receipt and that we've uploaded the R12 Cooperative Agreement to our team's internal drive so that Danielle Smith and Michelle Daley can now sign. Once they have signed those, we will return the completed version back to you for your records.

Please don't' hesitate to let us know if you have any questions, and we hope that you have a lovely holiday!
Liz

Elisabeth Lembo (she/her/hers)
Education Program Specialist, Program and Grantee Support Services
Office of Elementary and Secondary Education | United States Department of Education
400 Maryland Avenue SW | Washington, D.C. 20202
elisabeth.lembo@ed.gov

**From:** Lynn Hennies (she/her/hers) <lhennies@childtrends.org>
**Sent:** Monday, December 23, 2024 10:25 AM
**To:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>; Daley, Michelle <Michelle.Daley@ed.gov>; Zevin, Sarah <Sarah.Zevin@ed.gov>
**Cc:** Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Ben Cronkright (he/him/his) <bcronkright@childtrends.org>
**Subject:** FY24 Region 12 (Pacific 1) Cooperative Agreement

> **CAUTION:** This email originated from outside of the organization. **Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello,

Attached please find a signed copy of the Region 12 (Pacific 1) Cooperative Agreement executed on behalf of Child Trends. Please return a fully executed copy at your earliest convenience.

ED 002270

Thank you,
Lynn

**Lynn R. Hennies** *(she/hers)*
**Contracts and Grants Director**
(240) 223-9256 | lhennies@childtrends.org

ED 002271

## Jennifer Widstrand

| | |
|---|---|
| **From:** | Ben Cronkright |
| **Sent:** | Thursday, February 27, 2025 8:29 AM |
| **To:** | Samantha Holquist |
| **Subject:** | FW: Pacific East CC Partnership Agreements |

---

**From:** Ben Cronkright (he/him/his)
**Sent:** Friday, December 27, 2024 2:56 PM
**To:** elisabeth.lembo@ed.gov
**Cc:** Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Kapono Ciotti <kapono@thepaf.org>
**Subject:** FW: Pacific East CC Partnership Agreements

Hi Liz,

Just following up here on my previous message. We received the MOU from REL Pacific just now and I've uploaded to our SharePoint folder: REL Pacific Partnership Agreement_Pacific East CC.pdf. We will be sure to upload the other MOU once we have received it.

Thanks,

Ben

**Ben Cronkright**
**Co-Director,** Pacific East Comprehensive Center
(240)223-9203
bcronkright@childtrends.org



---

**From:** Ben Cronkright (he/him/his)
**Sent:** Friday, December 27, 2024 1:49 PM
**To:** elisabeth.lembo@ed.gov
**Cc:** Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Kapono Ciotti <kapono@thepaf.org>
**Subject:** Pacific East CC Partnership Agreements

Hi Liz,

I hope you are having a great holiday week! I just wanted to share a quick note to share our status with the Partnership Agreements. Upon receiving the templates, you shared with us last week we've customized the MOU's and shared with our REL PA partners, among others, to review and provide necessary signatures. We anticipate getting them back soon and will be sure to upload them to the SharePoint site—just wanted to make sure you were aware of this.

ED 002272

Thanks, and enjoy your weekend!

Ben

**Ben Cronkright**
**Co-Director,** Pacific East Comprehensive Center
(240)223-9203
bcronkright@childtrends.org



2

**ED 002273**

## Jennifer Widstrand

| | |
|---|---|
| **From:** | Lembo, Elisabeth <Elisabeth.Lembo@ed.gov> |
| **Sent:** | Friday, January 17, 2025 6:58 PM |
| **To:** | Ben Cronkright (he/him/his) |
| **Cc:** | Kapono Coitti; Jennifer Widstrand (She/Her/Hers); Kelts, Erin |
| **Subject:** | RE: ASP |

EXTERNAL MESSAGE ALERT: Please check sender before responding or opening contents.

Sounds great, Ben -- have a nice weekend!
Liz

**From:** Ben Cronkright (he/him/his) <bcronkright@childtrends.org>
**Sent:** Friday, January 17, 2025 4:00 PM
**To:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Cc:** Kapono Coitti <kapono@thepaf.org>; Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>; Kelts, Erin <Erin.Kelts@ed.gov>
**Subject:** Re: ASP

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Liz!  This is all very helpful guidance—really appreciate it.

Given this we will plan to move forward and submit our ASP drafts for the Friday 1/24 submission using the prior ASP template you shared, and we will reach out with any additional questions as they arise.

Thanks again, and have a great weekend!

Ben


Sent from my iPhone

> On Jan 17, 2025, at 3:08 PM, Lembo, Elisabeth <Elisabeth.Lembo@ed.gov> wrote:

EXTERNAL MESSAGE ALERT: Please check sender before responding or opening contents.

Hi Ben, Happy Friday!

Thanks for reaching out. Confirming that we just received notice that the new ASP template is slated to be published in the Federal Registrar next week (estimated by Wednesday). As soon as that is made available, our Program Office will let all Centers know.

For next Friday's draft, due to the delay in posting the new template on the Federal Registrar, please note that *you may send me your draft ASP inputs in any format you'd like.* (If you'd like to use the prior

ED 002274

ASP template which I attached earlier this week in the attached email, that works great - but is not needed.) The information we'll need are these ASP Template Elements are all listed in the NIA here (Federal Register :: Applications for New Awards; Comprehensive Centers Program). The new information not reflected in the prior ASP Template, but that will be included in this new one, are the Dissemination Plan and Fidelity Measures. Please see those descriptions below.

I definitely understand the concern and interest in having additional time for internal review before submitting your draft, and appreciate that this delay in template publication is tougher for new Centers. I am happy to connect with my Group Leader to see if there may be a few additional days granted.

In the meantime, I've copied my colleague @Kelts, Erin who has worked on the new ASP Template to work with us to support on any additional questions. I'm also more than happy to hop on a call anytime next week, if helpful, and please know like I said - whatever you have for Friday works just fine – you can put it into your External SP and even let me know that you're still spending a few more days for the draft to be looked at.  And of course, once you've told me that the draft is ready from your end to be reviewed, we'll work together to bring it to final from there!

Hope this is helpful,
Liz

<image002.png>

---

**From:** Ben Cronkright (he/him/his) <bcronkright@childtrends.org>
**Sent:** Friday, January 17, 2025 1:17 PM
**To:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>; Kapono Coitti <kapono@thepaf.org>; Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>
**Subject:** RE: ASP

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Liz,

We hope your Friday is going well!

Thank you again for providing the resources to support our draft ASP development. They have been incredibly helpful in guiding our efforts as we refine and strengthen our plans.  We wanted to check if there are any updates on the finalized ASP template. Additionally, we were wondering if it might be possible to allow some additional time to submit our ASP draft plans once we receive the finalized template. While we recognize these are initial drafts, we want to ensure that we deliver our best possible work, reflecting our thorough internal quality control.
If we were to receive the finalized template by Monday or Tuesday, would it be possible to extend the submission timeline for the first drafts? This additional time would allow us to conduct a more robust internal review.

We greatly appreciate your guidance and consideration.

Take care,

Ben

ED 002275

**Ben Cronkright**
**Co-Director,** Pacific East Comprehensive Center
(240)223-9203
bcronkright@childtrends.org
<image001.png>


Ben

---

**From:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Sent:** Monday, January 13, 2025 9:24 AM
**To:** Kapono Coitti <kapono@thepaf.org>; Ben Cronkright (he/him/his) <bcronkright@childtrends.org>; Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>
**Subject:** Re: ASP

> **EXTERNAL MESSAGE ALERT:** Please check sender before responding or opening contents.

Good morning Ben, Jennifer, and Kapono,

I hope you all enjoyed the weekend!

Sending a quick note as we approach the submission date for the draft ASP, due 1/24.

To assist with the draft ASP process, the consolidated files for the ASPs, including those from of the RCCs and the NCC  from the last cohort, have been uploaded to the Comprehensive Centers' External SharePoint  Resources  folder. These ASPs are also available on the NCC's Dashboard as a reference. If you experience issues accessing the dashboard, please reach out to Kay Gallagher at the NCC at kaygallagher@westat.com. If you experience difficulty accessing the Resource folder, just let me know!

Please know this 1/24 deadline is simply a draft, and I'll provide feedback for any necessary revisions (and as always, be available for phone call / email discussion on any elements of the ASP) before your final submission, which is due February 15th.

Finally, for reference, attached is a *previous* ASP Template. Please note that this is not the updated Template that will be shared in advance of 1/24 (which is finishing up in clearance), and I'll send more information as soon as we receive it, to pass along.

Best,
Liz


Elisabeth Lembo (she/her/hers)
Education Program Specialist, Program and Grantee Support Services
Office of Elementary and Secondary Education | United States Department of Education
400 Maryland Avenue SW | Washington, D.C. 20202
elisabeth.lembo@ed.gov


<mime-attachment>

ED 002276

## Jennifer Widstrand

| | |
|---|---|
| **From:** | Ben Cronkright |
| **Sent:** | Thursday, February 27, 2025 8:17 AM |
| **To:** | Samantha Holquist |
| **Subject:** | FW: Pacific East (R12CC) Questions |

**From:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Sent:** Monday, January 27, 2025 3:13 PM
**To:** Ben Cronkright (he/him/his) <bcronkright@childtrends.org>; Jennifer Widstrand (She/Her/Hers)
<jwidstrand@childtrends.org>
**Cc:** Kapono Coitti <kapono@thepaf.org>
**Subject:** RE: Pacific East (R12CC) Questions

EXTERNAL MESSAGE ALERT: Please check sender before responding or opening contents.

Ben,
Thanks for letting me know! Confirming receipt and that I'm working on second week Feb. for meeting with IAT.
Will keep you all posted.
Liz

**From:** Ben Cronkright (he/him/his) <bcronkright@childtrends.org>
**Sent:** Thursday, January 16, 2025 2:00 PM
**To:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>; Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>
**Cc:** Kapono Coitti <kapono@thepaf.org>
**Subject:** RE: Pacific East (R12CC) Questions

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Liz,

Thanks for sharing the update!  We would value the opportunity to meet with the IAT, and appreciate the guidance related to distinction of roles—very helpful.  It would be great to meet with the IAT after we submit our ASPs.  Ideally the second week of February if possible (2/10-2/14).

Thanks again, we are looking forward to it!

Ben


**Ben Cronkright**
**Co-Director,** Pacific East Comprehensive Center
(240)223-9203
bcronkright@childtrends.org



ED 002277

**From:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Sent:** Wednesday, January 15, 2025 3:21 PM
**To:** Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>
**Cc:** Ben Cronkright (he/him/his) <bcronkright@childtrends.org>; Kapono Coitti <kapono@thepaf.org>
**Subject:** RE: Pacific East (R12CC) Questions

EXTERNAL MESSAGE ALERT: Please check sender before responding or opening contents.

Good afternoon Jennifer,

Thanks so much for sharing these questions. Confirming receipt and that I am working with the Comprehensive Center team to get these answered.

Additionally, I wanted to let you know that our Program Office met with the leader of the Insular Areas Team (IAT) in the Rural, Insular, and Native Achievement Programs Office at ED this morning to discuss opportunities for introductions and connections with their team. I know we've discussed this particularly as you all begin service planning for support to American Samoa.

We discussed distinctions between the IAT's TA and CC support, and the Team's leader, Tiffany Forrester, said she'd be happy for us all to meet for introductions to their team.

Here are some high-level distinctions discussed:
*Support from ED (Insular Areas Team in Rural, Insular, and Native Achievement Programs Office):*
- Allowability of fund use
- Use of funds, broadly
- Grant management/requirements

*Support from CC:*
- Evidence-based practices
- Supporting how to address monitoring findings
- Improving systems, processes, practices
- Focus on building capacity (not doing inherently governmental work for the client)

I defer to you all at Pacific East if it would be more helpful to meet with the Insular Areas Team folks before or after submitting your Annual Service Plans.
IAT said they are flexible and happy to do either!
Best,
Liz

**From:** Jennifer Widstrand (She/Her/Hers) <jwidstrand@childtrends.org>
**Sent:** Tuesday, January 14, 2025 4:43 PM
**To:** Lembo, Elisabeth <Elisabeth.Lembo@ed.gov>
**Cc:** Ben Cronkright (he/him/his) <bcronkright@childtrends.org>; Kapono Coitti <kapono@thepaf.org>
**Subject:** Pacific East (R12CC) Questions

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Liz,

ED 002278

Hope all is well with you today! We have a few questions to share with you. We know sometimes it takes time to find responses and want to share prior to our meeting on January 27.

- Thank you for sharing the information regarding the 2025 updates, specifically related to CC's support of CSI/TSI schools (per Danielle's email). We are excited about this and wondering how best to weave it into our current ASP planning (e.g., HLP is supporting early literacy achievement with ASDOE coaches and central office staff as our primary recipient group, but being responsive to specifically supporting CSI school principals and teachers at a schoolwide and/or classroom level), and if this could potentially be supported with 5% emerging needs funding, depending on additional asks from our states/jurisdictions?
- Can you please confirm the timing of advisory board member commitments? We are currently generating our list and have some confirmed while others waiting to be confirmed.  Do you need final confirmations of all members by January 24th or with the final submission in February?
- As we lean into finalizing our plans and our commitment to continuous improvement as a Center we are wondering about the ability to disseminate public facing evaluation of the Centers activities. In future years, are we allowed to share our evaluation results with public SEA channels, post to our website to increase visibility and accountability for our work within the states/ jurisdictions?  Or is the expectation to share with Advisory Board members only?

Thank you for your support!

**Jennifer Widstrand, PMP** *(she/her/hers)*
Senior Project Manager, *Education Research*
1516 E Franklin St, Suite 205, Chapel Hill, NC 27514
Ph: (919) 869-1279 | jwidstrand@childtrends.org



*Independent research to help children & youth thrive.*

To get the latest research on children and youth, sign up for our newsletter here.

ED 002279

| | |
|---|---|
| **From:** | Washington, Mark |
| **To:** | bcronkright@childtrends.org |
| **Cc:** | Ryder, Ruth; Hoffman, Amanda; Weems, Kia; Williams, Damien |
| **Subject:** | GRANT AWARD TERMINATION: S283B240036_CHILD_TRENDS,_INCORPORATED.pdf |
| **Date:** | Wednesday, February 19, 2025 4:13:12 PM |
| **Attachments:** | S283B240036_CHILD_TRENDS,_INCORPORATED.pdf<br>image001.png |

Dear Federal Grant Project Director,

Please see the attached letter, informing you of the U.S. Department of Education's decision to terminate your federal grant award, because the grant is now inconsistent with, and no longer effectuates, the Department's priorities.  You will receive an updated GAN notice following this email, confirming the decision and change.  You will also receive notification from the Department's G5 grants administration system.

Please also note the basis for challenge or appeal of this decision, as well as the deadline to respond, as noted in the language of the attached letter. Kindly contact my colleague, Dr. Amanda Hoffman, at Amanda.Hoffman@ed.gov, with any related questions or concerns about this information or the appeals process overall.

Respectfully,


Mark Washington

_____



**Mark Washington**
**Deputy Assistant Secretary**
United States Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW | Washington, D.C. 20202
Phone: (202) 205-0167 | Mobile: (202) 549-9956  |  Email: mark.washington@ed.gov