determine whether follow-up supports are necessary. Follow-up supports may entail additional REL activities or referrals to other organizations.

IES expects that RELs will not use this service to generate additional business for their organization or their subcontractors. IES also expects that most, if not all, meetings with requestors will be done virtually. RELs may not invoice travel costs against this Subtask.

**Task 4 Deliverables**

Table 4 provides a list of deliverables for TCTS projects under this task, as well as their due dates. Projects may (and often do) involve multiple training or coaching sessions. In such cases, RELs shall submit agendas and presentation materials to IES at least two weeks prior to each session. RELs shall also administer a Stakeholder Feedback Survey at the end of the project to all individuals who attend TCTS activities and submit the results of the survey to the COR.

Table 4 provides a list of required deliverables for work conducted under Task 4, as well as their due dates. RELs and IES may negotiate on a project-by-project basis to add deliverables as appropriate.

**Table 4: Deliverables under Task 4**

| Subtask | Deliverables | Due Date |
|---------|--------------|----------|
| 4.1 | TCTS Projects | |
| | Concept paper for virtual or in-person training, coaching, or technical support project | As needed |
| | Proposal for virtual or in-person training, coaching, or technical support project | As needed |
| | Materials and agenda for TCTS session | 2 weeks before each session |
| | Stakeholder Feedback Survey results | 2 weeks after the end of the project (or included in the next monthly progress report), with follow up at 6 least months after the end of the project. |
| 4.2 | "Implement an Ask an Expert" Service | |
| | Memo outlining how the "Ask an Expert" service will be implemented | Within 8 weeks of the effective date of the contract |
| | Memo summarizing "Ask an Expert" meeting | 5 working days after each meeting with the requestor |

**Task 5: Applied Research and Peer Reviewed Research-based Development Projects**

The purpose of the Applied Research and Development task is to (1) conduct applied research and report relevant findings, and (2) to develop products, subject to peer review, that are based in rigorous research be it original or extant. For the

37

ED 002608

purposes of this task, "products" include reports, PowerPoint presentations under Subtasks 5.1 and 5.6 (not required), toolkits that support the instantiation of existing evidence-based practice under Subtask 5.2, documentation and materials for the design and testing of new programs under Subtask 5.3 (not required), and additional tools under Subtask 5.4 (also not required). At state and local partners' request, products may also include any materials that result from conducting assessments of research study quality under Subtask 5.5.

All REL work under this task shall be co-developed with partners to support change processes that address localized, high-leverage problems. RELs shall describe in concept papers (when required) and project proposals how all Task 5 projects will help facilitate the key partners' desired short-, medium-, and long-term outcomes. [32] As described in the *Expectations for the Implementation of the REL Program*, IES encourages RELs to propose Task 5 projects that have the explicit goal of addressing educational equity.

Although this work is listed as a separate task, it is essential that the REL work in partnership with stakeholders and collaborators to develop a cohesive set of activities. For example, the publication of a research report should never be a standalone event. Applied research, combined with dissemination, and TCTS supports before, during, and after report publication are more likely to lead to the fulfillment of the partnership's desired outcomes than a single applied research report without accompanying activities.

### Subtask 5.1 Conduct original applied research and report findings.

All research projects undertaken by RELs shall include a strong justification for the relevance and rigor of the proposed work. Applied research shall be designed to both inform short-term, high-leverage policy decisions and help build knowledge towards future decisions by practitioners or policymakers related to education policy or practice. The audience for all research projects must be clear, specific, and appropriate with respect to the intended outcomes of the project.

#### Develop Research Proposals

Applied research may be proposed on a rolling basis throughout the contract, provided there is sufficient time to complete the work before the end of the contract period of performance.

Proposals for research studies shall identify partners by organization/office, and the nature of their participation shall be described. All research projects shall include a realistic and feasible timeline for completion within the contract period. All applied research projects shall be completed in time to allow RELs to support partners' and stakeholders' understanding and application of findings by providing at least one briefing for key stakeholders. The briefing should be included as a Task 5 milestone. IES encourages RELs to propose a separate TCTS project if partners and key stakeholders need additional support related to the research

---

32 See Task 3 (Working in Partnership with Stakeholders) for a description of a concept paper.

38

ED 002609

project. Applied research proposals shall also include the proposed labor hours and costs for the project.

The REL shall develop concept papers and proposals, and once approved, conduct research projects leading to published products. All proposals will be reviewed by the COR, peer reviewed by the REL peer-review contractor, and approved by the NCEE Associate Commissioner.

*Documentation for Applied Research Projects*

REL research projects are subject to the IES Public Access Policy. [33] Causal studies that collect original outcome data are required to have Data Management Plans [34] that must be submitted with the proposal. Once this type of applied research proposal is approved by IES, it must be registered in the Registry of Efficacy and Effectiveness Studies. [35] All peer-reviewed work where the Special Rights and Data clause is waived [36], such as to allow RELs to publish in a journal, is subject to the IES Public Access Policy for Publications. [37]

Additionally, the REL is responsible for ensuring that each study has the appropriate Institutional Review Board (IRB) approval. The REL shall submit documentation of IRB approval to IES as soon as possible after IES has conditionally approved the study proposal. [38] The REL shall not begin data collection or analysis until IES confirms with the REL that all IRB requirements have been met.

In any case in which the REL plans to recruit or collect the same data from more than 9 sources, the REL shall prepare a clearance package for IES and OMB Information Collection Review that lists the potential study participants, describes the study design and data collection instruments, and includes the necessary forms required for OMB approval. The REL shall submit the OMB clearance package to IES within one week after IES has approved the study proposal. The REL may not begin recruitment or data collection until OMB has approved the package.

RELs shall submit all documentation for applied research projects to their COR for approval.

---

33 https://ies.ed.gov/funding/researchaccess.asp

34 https://ies.ed.gov/funding/datasharing_policy.asp (also applies to contracts)

35 https://sreereg.icpsr.umich.edu/

36 Please note that IES very rarely waives the Special Rights and Data clause; offerors should not assume this will be done for any proposed project.

37 https://ies.ed.gov/funding/datasharing_grants.asp

38 See figure E.1 in appendix E of the Instructions to Offerors for more information on conditional approval of research proposals.

39

ED 002610

*Reporting Applied Research Findings*

RELs shall propose a reporting format that will best meet the needs of stakeholders and partners. RELs may propose a traditional report format. In this case, RELs shall prepare a report of up to 15 pages and either a one-page or a four-page summary. Traditional research reports shall meet the description, requirements, and formats described in the REL Program Writers and Style Guide. Appendices shall be published in a separate document that will not count towards the 15-page limit. Research reports must be clear and engaging, with appropriate brevity.

RELs and their partners may also propose a PowerPoint slide deck, a single or series of infographics, or other non-traditional format for sharing study results with partners and decisionmakers. [39] In this instance, RELs shall submit the final product along with a supporting memo that provides detailed documentation of the research study's methodology, including data and limitations. All research products will be reviewed by the COR, peer reviewed by the REL peer-review contractor (RPR), and approved by the NCEE Associate Commissioner and NCEE Commissioner. All products will be submitted to the Office of the Secretary and then posted on the IES website as 508-compliant files. RELs must explain in the research proposal why a non-traditional format is optimal for reporting the findings of the proposed research.

***Optional White Paper Publications.*** In the event partners or key stakeholders need to use research study findings to make a high-leverage decision before a report can be published by IES through the typical publication process, IES may publish a white paper version of the report at the end of Phase I review. (See Figure E2 in Appendix E of the Instructions to Offerors for information on of Phase I and Phase II of review process.) White papers serve as interim reports, which will be submitted to the Office of the Secretary and then published on the REL website and indexed in ERIC. The REL is responsible for submitting a 508c version of the report to publish on the IES website. The report will also continue through Phase II review and both the final report and the white paper will be posted on the same publication page. RELs will need COR approval in advance to access the white paper publication option for a report.

***Subtask 5.2 Develop a toolkit based on WWC Practice Guides to support educators use of evidence-based practices***

IES is invested in developing practitioner-friendly toolkits to help educators use evidence-based practices in classrooms – from preschool through postsecondary settings. Some of the best evidence available is consolidated in the WWC Practice Guides, in which researchers and practitioners review the evidence from the most rigorous studies available, develop recommendations for practice, and create action steps for how to use the recommended practices.

---

39 One exception to this rule is the evaluation of a toolkit developed under Subtask 5.2 or an intervention developed under Subtask 5.3. Evaluations of these products must be shared through a traditional 15-page report and one-page summary.

40

To help get this evidence into the hands of stakeholders, RELs shall partner with educators and postsecondary instructors (if relevant) to develop one toolkit based on an assigned WWC Practice Guide, which shall include all materials necessary for effective implementation. [40] RELs may choose to include one or more recommendations from a WWC Practice Guide in the toolkit, but RELs may not change the language of the recommendation.

*Toolkit Components*

A toolkit must contain the following three parts:

1. **Initial Diagnostic and On-going Monitoring Instruments:** This should include at least two types of instruments that can be used for the collection of initial, diagnostic data and for the collection of ongoing monitoring data: (A) a comprehensive measurement tool such as an observation rubric or checklist that enables an educator or postsecondary instructor to assess their current/baseline practice and future practice against the practices recommended in the WWC Practice Guide; and (B) a comprehensive diagnostic that enables educators, postsecondary instructors and leaders to assess the extent to which their school and/or district support the implementation and on-going monitoring of the research-based Practice Guide recommendations included in the toolkit. RELs can use previously developed instruments or develop new ones as part of the toolkit.

2. **Professional Development Resources:** A comprehensive set of resources that help an educator or a community of educators to acquire the knowledge and skills associated with the WWC Practice Guide recommendations and to implement the Practice Guide recommendations with fidelity in a sustained fashion.

   Professional development resources might include guidebooks, workbooks, professional learning community guides, self-study guides, videos that demonstrate a practice being implemented with fidelity in a classroom, practice audits, rubrics, and more. Offerors are expected to take account of potential roadblocks and solutions identified in the Practice Guide when developing resources. Examples of Professional Development Resources can be found among tools that RELs have already developed such as the following Professional Learning Community (PLC) Facilitators Guides:

---

40 Some Practice Guides present a set of recommendations in which all recommendations should be implemented to achieve the intended outcomes while other Practice Guide recommendations may be implemented independently of the other recommendations. RELs must consider whether recommendations are a package of practices or a single recommendation can be implemented to achieve the intended goal when developing the toolkit.

41

ED 002612

o *Professional Learning Community: Improving Mathematical Problem Solving for Students in Grades 4 Through 8 Facilitator's Guide* (REL Southeast)

o *Professional learning communities facilitator's guide for the What Works Clearinghouse practice guide: Foundational skills to support reading for understanding in kindergarten through 3rd grade* (REL Southeast)

o *Professional Learning Communities Facilitator's Guide for the What Works Clearinghouse Practice Guide Teaching Academic Content and Literacy to English Learners in Elementary and Middle School* (REL Southwest)

3. **Steps for Institutionalizing Supports for Evidence-Based Practice:** In order for schools, districts, and postsecondary institutions to support educators and instructors in the implementation of evidence-based practices and to ensure that those practices are sustained over time, they will need to institutionalize support systems. These systems may include elements such as regular time for educators and postsecondary instructors (if relevant) to learn new practices, time for the monitoring of those practices by educators and leaders and the institutional structures, and resources to which educators and leaders can turn for implementation and monitoring activities and problem solving. The third part of the toolkit shall include implementation steps for institutionalizing such supports. Some of the WWC Practice Guides address the implementation of these supports in their section on implementation steps. This toolkit shall provide actionable guidance related to those steps in order to help whole schools and districts set up the necessary support systems. RELs may provide the supports needed for this step in the development and evaluation phase or they may consider partnering with another entity, such as a Comprehensive Center to provide technical support. Offerors are expected to take account of potential roadblocks and solutions identified in the Practice Guide when developing implementation steps, as appropriate.

*Toolkit Development and Review Process*

RELs shall develop the toolkit in consultation with partners and with the support of content experts to support the use of evidence-based practices at the classroom, school, or district level. Toolkits based on WWC Practice Guides focused on elementary or secondary learners shall be co-developed with at least one school-and/or district-level partner. Toolkits based on WWC Practice Guides focused on postsecondary learners shall be co-developed with at least one Institute of Higher Education. Other partners may be included as well.

The toolkit must focus on increasing educator (teachers and paraprofessionals if appropriate), or postsecondary instructor use of evidence-based practices. RELs may also include resources for other stakeholders (e.g., parents, school or district

42

ED 002613

leadership), but they are not required. To the extent possible, the toolkit shall be easily adapted to support the specific needs of a variety of audiences. The toolkit shall initially be developed in English and may be translated into another language after the English version has been published by IES.

Toolkits shall be developed in the format most appropriate for their audience; both print and digital options are allowable. If a REL gets approval to develop a web-based tool, the REL Website contractor will cover the programming and web development costs up to a predetermined amount. The REL Website Contract will include funds to cover a set amount of tool development costs for each REL. If a REL proposes to develop a tool (or tools) that will require more programming work than can be covered by the Website contract's budget for that REL, the REL contractor will pay for the additional required programming costs using REL funds. The REL will also be responsible for the costs of developing the content of the tool, as well as their own costs related to collaborating with the Website contractor to determine the technical requirements and test the programming. Once the toolkit proposal is submitted to IES, if it requires collaboration with the REL Website contractor, both entities along with the COR will meet for approximately one hour to discuss the scope of work and budget implications prior to the proposal being accepted.

The toolkit proposal will be submitted as part of the REL competition proposal materials. Upon award of the REL contract, successful offerors will submit the toolkit proposal to their SME for review, include the proposed labor hours and costs for the project, and then submit it to IES for COR, Associate Commissioner, and Commissioner review. The toolkit proposal will not receive RPR review. The actual toolkit will be reviewed by the COR, peer reviewed by the REL peer- review contractor (RPR), and approved by the NCEE Associate Commissioner and NCEE Commissioner.

### Toolkit Evaluation and Review Process

The toolkit in Subtask 5.2 also requires two forms of evaluation:

1. First, RELs must formatively evaluate the usability of the tool with its intended audience during development. Usability refers to the quality of a user's experience when interacting with the toolkit and includes at least the following two factors:

   o **Ease of use:** Whether a user can understand how to use the toolkit and can accomplish the tasks that the toolkit outlines without the assistance of the REL or another technical assistance provider.

   o **Subjective satisfaction:** The extent to which a toolkit user reports that they like using the toolkit, and would recommend the toolkit to others.

   The formative evaluation is a component of the toolkit development phase under Subtask 5.2.

43

ED 002614

2. Second, RELs must evaluate the efficacy and implementation of the finished toolkit's Professional Development Resources, either individually, in related subsets, or as a whole, under Subtask 5.1 prior to the toolkit's release by IES. Such an evaluation shall examine changes in teacher practice and may also include measures of teacher knowledge and/or teacher self-efficacy. The evaluation must also examine learner outcomes (e.g., academic or behavioral outcomes). The efficacy portion of the evaluation should be designed to meet What Works Clearinghouse Standards, version 4.1, to the extent practicable. IES acknowledges that these studies are exploratory in nature.

Note that partner K-12 schools or IHEs involved in the usability trials (above) may not be included in subsequent efficacy and implementation trials. For example, REL Mid-Atlantic may partner with one district and/or one school in Pennsylvania school to develop the toolkit and conduct the formative evaluation, and then partner with different schools in Pennsylvania or other states in the REL Mid-Atlantic region to evaluate the efficacy and implementation of the finished toolkit. In addition, RELs may provide implementation supports during the efficacy trial; however, these supports must be provided by individuals that are not involved in conducting the evaluation itself.

RELs and their partners need to plan creatively and strategically when designing the toolkit evaluation; in particular when examining the efficacy of the toolkit. For example, evaluations may not be able to use state assessments as an outcome measure because the assessment timeframe may not align with teachers use of the toolkit or may not be available in time for RELs to analyze the data to include in a report. Instead, RELs may consider relying on another type of assessment that will provide the necessary data in a timely fashion. RELs may consider all manner of evaluation methods and approaches (e.g., rapid cycle evaluations, traditional RCTs, interrupted time series, Bayesian analyses) as long as the REL sufficiently justifies the methods they propose to use.

RELs shall follow the review process guidelines for applied research proposals and reports described in Subtask 5.1 when designing and executing the evaluation of the toolkit. The toolkit evaluation proposal shall be submitted to IES as part of the REL competition proposal. After award, successful offerors will revise their proposals based on updated information about the proposed toolkit and the evaluation. Like all 5.1 research proposals and reports, the toolkit evaluation proposal and report will be reviewed by the COR, peer reviewed by RPR, and approved by the NCEE Associate Commissioner and NCEE Commissioner.

Both the toolkit, including usability testing, and evaluation of the toolkit must be completed within the five-year contract period. For that reason, the intended outcomes of the toolkit must include outcomes that the REL and its partners would expect to occur if the toolkit was implemented in a short time frame. The toolkit must be developed on a timeline that would allow for the draft evaluation report to be ***submitted*** to IES no later than September 2025.

44

As with all applied research reports under Subtask 5.1, the applied research report shall discuss the results of the evaluation of the toolkit with an informed lay audience in mind; in this case teachers, administrators, and parents. The final report should also indicate ways that the toolkit could be improved to be more usable or effective.

### Subtask 5.3 Design and test new programs or practices ("interventions") to improve student outcomes (not required).

When there are few or no effective interventions in a potentially high-leverage domain of work with partners, RELs are permitted, but not required to design new programs or practices to meet partner and stakeholder needs. [41] These interventions should be informed by extant evidence and applicable theory. Interventions must be "manualized" such that they can be readily replicated elsewhere with fidelity if shown to be efficacious. Further, while some components of an intervention may be similar to materials developed under the TCTS task, materials developed under this subtask should have broader applicability.

Interventions must be co-developed with at least one state, district, institution, or building-level partner. Other partners may be included as well to inform the intervention's design, to support the intervention's implementation, or to conduct some or all of the required evaluation.

Any new intervention developed under this task requires two forms of evaluation.

1. First, RELs must evaluate the usability, if applicable, of the intervention (usability in this Subtask is the same as defined under Subtask 5.2).

2. Second, RELs must evaluate the efficacy and implementation of the intervention under Subtask 5.1 prior to the intervention's release by IES. Such an evaluation should at a minimum examine relevant short-term outcomes on the individuals and/or systems an intervention is designed to affect. Said evaluation should also seek to identify ways in which the intervention might be improved to be more usable, efficient, or effective. To the extent feasible, individuals or schools involved in the design of the intervention should not be included in the implementation study or evaluation.

RELs shall follow the review process guidelines for applied research proposals and reports described in Subtask 5.1 when developing the intervention and designing and executing the efficacy and implementation evaluation of the intervention. As with all applied research reports under Subtask 5.1, the evaluation report shall discuss the results with an informed lay audience in mind.

If a REL decides to develop an online tool, the content shall be developed by the REL but the programming for the tool shall be developed and maintained by the REL Website contractor, similar to any online tool developed in Subtask 5.2. The REL COR will facilitate conversations between the REL and the REL Website

---

41 RELs wanting to rigorously evaluate extant interventions should propose that work under Subtask 5.1.

45

ED 002616

contractor to determine the scope, requirements, and timeline for each project under this task. The technical design of online tools should be as simple as possible to meet the intended goals.

All work under this Subtask must be completed within the five-year contract, including the review and publication of the intervention and study. For that reason, RELs must think carefully about: (1) the scope of the intervention design and evaluation work and resulting schedule, and (2) what can be learned from the design and testing of a new intervention irrespective of the results of its efficacy trial. The intervention must be developed on a timeline that allows the draft evaluation report to be ***submitted*** to IES no later than September 2025.

### Subtask 5.4 Develop tools to support research processes and research-based practices (not required).

If the need exists, RELs may, but are not required to, develop analytic tools that will support partners' and stakeholders' capacities to engage in the research process or tools that help educators implement research-based practices. Examples of analytic tools might include a self-study guide, a tool to support the development of a survey instrument, or a how-to-guide for conducting an analysis. Further, while some components of a tool may be similar to materials developed under the TCTS task, materials developed under this subtask should have broader applicability.

As noted above, RELs may also develop tools to help educators use research-based practices. A tool of this type may consist of one or a combination of the following components of the toolkits that were discussed above in Subtask 5.2: diagnostic instrument(s) for assessing baseline practice; professional development resources; and instrument(s) for assessing on-going practice. For example, during the 2017 REL cycle, REL Southeast created the *Guide and Checklist for a School Leader's Walkthrough During Literacy Instruction Grades 4-12*, designed to help school leaders observe specific research-based practices during literacy instruction in grade 4–12 classrooms and students' independent use or application of those practices.

RELs may not develop a new tool if a similar one already exists. Tools should be developed in partnership with key stakeholders in service of addressing a specific, high leverage need. Tools developed under Subtask 5.4 do not have to be based on WWC Practice Guides, and do not require implementation or efficacy evaluations. Tool proposals and the actual product developed under Subtask 5.4 shall be follow the traditional review process for proposals and tools. (See Appendix E of the Instructions to Offerors.)

If a REL wishes to develop an online tool, the content shall be developed by the REL but the programming for the tool shall be developed and maintained by the REL Website contractor, similar to any online tool developed in Subtask 5.2. The REL COR will facilitate conversations between the REL and the REL Website contractor to determine the scope, requirements, and timeline for each project

46

ED 002617

under this task. The technical design of online tools should be as simple as possible to meet the intended goals.

***Subtask 5.5 Conduct assessments of research study quality.***

At the request of state and local departments of education, the REL shall conduct reviews of research studies for quality using scientific standards (for example, WWC standards or SEA- or LEA-specific standards) to support agencies' implementation of evidence requirements in their Every Student Succeeds Act (ESSA) plans. These reviews shall assess existing studies related to a specific practice or intervention to help determine their tier of evidence as described by nonregulatory ESSA guidance. [42] If the partners decide to use the nonregulatory ESSA guidance or otherwise wish to incorporate WWC standards to review studies, the REL shall use only reviewers certified in the WWC Procedures and Standards version 4.1 (group design) for this task and conduct reviews using the most current WWC standards and materials, including the WWC Online Study Review Guide. Reviews for studies not already reviewed by the WWC that may potentially meet Tier 1 (Strong) or Tier 2 (Moderate) evidence requirements must be completed using the WWC's Online Study Review Guide and shall be peer reviewed by a WWC contractor.

The REL shall develop a proposal for COR review and approval that discusses the scope, purpose, search methodology, output, timeline and detailed budget, including labor hours. The REL shall prepare a summary memo that describes the study review procedures and results of the review; this memo will be reviewed and approved by the COR. The REL shall also brief requestors on the results and implications of this assessment. As with all meeting materials, any additional materials developed for this briefing shall also be reviewed and approved by the COR.

***Subtask 5.6 Conduct original applied research that involves students, parents, and other community members (not required).***

This subtask is for RELs to undertake applied research that involves a wider group of stakeholders than the typical REL research project. A REL may conduct a study under Subtask 5.6 when a REL and partners identify the need for an applied research study that will help address a high-leverage problem and the REL and the partners believe that the study would benefit from the on-going input of students, parents, or other community members. There is no requirement for the REL to do work under this Subtask during the contract period.

As with other research projects, projects under this subtask shall include a strong justification for the relevance and rigor of the proposed work. In addition, the work under this subtask shall also be designed to both inform policy decisions and help build knowledge towards future decisions by practitioners or policymakers related to education policy or practice.

---

42 https://www2.ed.gov/policy/elsec/leg/essa/guidanceuseseinvestment.pdf

47

ED 002618

The REL projects under this task shall involve students, parents, or other community members from very beginning. Students, parents or other community members shall be invited to help identify and refine the study questions and provide input on the study methods from the very beginning of the project. In addition, the study shall involve original collection of data from relevant students, parents, or other community members through such methods as a survey and/or interviews, focus groups and observations. The REL shall work with IES to obtain OMB approval for such data collection within the first two years of the contract. Typically, studies under this subtask involve mixed methods – both qualitative and quantitative data collection and analyses.

This subtask may be particularly appropriate for research that involves racial or socio-economic equity issues, but RELs can consider this Subtask for any work in which on-going involvement of students, parents and other community members is appropriate.

All the work of this Subtask shall be done as outlined under the following sections of Subtask 5.1:

- Develop Research Proposals

- Documentation for Applied Research Projects

- Reporting Applied Research Findings

## Task 5 Quality Assurance Procedures

The REL shall establish a process for ensuring that the work of the REL is of the highest quality and that all published products will meet IES review standards for rigor, relevance, quality, clarity, and plain language.[43] The REL shall ensure that personnel with appropriate cultural understanding, content knowledge, and methodological expertise to conduct careful reviews of research proposals and products before submission to the COR. In addition, the REL shall ensure that:

- RELs are encouraged to have at least one representative of the target audience co-develop or provide an internal review of Task 5 proposals and products before submission to IES in order to maximize relevance, usability, and actionability. All products receive extensive editorial attention with an emphasis on plain language. IES expects that each REL shall have authors of REL products invest extensively in drafting and editing their own products so that the writing is very clear and is succinct as possible. IES also expects RELs to invest extensively in the editing of products by an in-house editor before each product is submitted to IES.

In addition to the internal quality assurance procedures listed above, the REL shall propose an external SME whose roles within the project will be to review and provide feedback on draft proposals and end products, and act as an advisor to the project team on the design and content of applied research projects throughout the

---

43 For more information about writing about research in everyday language, see:
https://files.eric.ed.gov/fulltext/ED545224.pdf

48

ED 002619

life of the project (except projects under Subtask 5.5). The SME must be external to the project. That is, a SME cannot work on the project (or set of closely related projects) for which they act as a SME in any other capacity.

The REL may propose SMEs on a project-by-project basis, or submit a running list of experts, along with their affiliations, backgrounds, areas of expertise and a resume or CV for pre- approval. The SME must have content and design/methodological expertise related to the Task 5 project. The REL may decide to identify two SMEs for a project if someone with both content and methodological expertise is not available to serve in this role. Regardless, RELs must propose experts and provide documentation of their substantive expertise relevant to the project for approval before submitting a proposal for an applied research project. The REL shall also submit a memo along with proposal and product submissions outlining 1) the experts' feedback on proposals and products; and 2) the REL's response to the experts' feedback.

**Task 5 Deliverables**

Table 5 provides a list of required deliverables for work conducted under Task 5, as well as their due dates. RELs and IES may negotiate on a project-by-project basis to add deliverables as appropriate.

**Table 5: Deliverables under Task 5**

| Subtask | Deliverables | Due Date |
|---------|--------------|----------|
| 5.1 | Conduct original, empirical research and develop products | |
| | Concept paper | As needed |
| | Proposal | As proposed |
| | Notice of IRB approval or exemption | As proposed |
| | Data Management Plan (if applicable to the study) | As proposed |
| | OMB clearance package (if applicable to the study) | As proposed |
| | Data sharing agreement or memorandum of understanding (optional) | As proposed |
| | Applied research written product [44] | As proposed |
| 5.2 | Develop a toolkit based on WWC Practice Guides to support educators use of evidence- based practices | |
| | Concept paper | As needed |
| | Proposal for toolkit | As proposed |
| | Toolkit | As proposed |
| | Summary of revisions to toolkit based on efficacy evaluation results | As needed |
| 5.3 | Design and test new programs, policies, or practices ("intervention") to improve student outcomes (not required) | |
| | Concept paper | As needed |
| | Proposal for intervention | As proposed |
| | Periodic summary of development, usability testing, and modifications made to intervention | As proposed |

44 "Written Product" in this case denotes both traditional research reports as well as alternate formats such as power point slide decks and infographics.

49

ED 002620

| | Intervention | As proposed |
|---|---|---|
| | Summary of revisions to intervention based on efficacy evaluation results | As needed |
| 5.4 | Develop tools to support research (not required) | |
| | Concept paper | As needed |
| | Proposal for tool | As proposed |
| | Tool | As proposed |
| 5.5 | Conduct assessment of research study quality for ESSA compliance. | |
| | Concept paper | As needed |
| | Proposal | As proposed |
| | Study review(s), peer reviewed by WWC contractor if reviewed using WWC standards | As proposed |
| | Summary memo and/or associated materials for partners/stakeholders | As proposed |
| 5.6 | Conduct original applied research that involves students, parents, and other community members (not required) | |
| | Concept paper | As needed |
| | Proposal | As proposed |
| | Notice of IRB approval or exemption | As proposed |
| | Data Management Plan (if applicable to the study) | As proposed |
| | OMB clearance package (if applicable to the study) | As proposed |
| | Data sharing agreement or memorandum of understanding (optional) | As proposed |
| | Applied research written product [45] | As proposed |

## Task 6: Dissemination

The purpose of the Dissemination task is to enable education stakeholders to learn about and identify ways to apply the most up-to-date research in education to high leverage issues of policy and practice. Therefore, work under this task includes disseminating the results of REL work as well as the results of peer-reviewed research not conducted by the REL.

RELs shall craft dissemination strategies for their products based on their partners' needs and intended outcomes. The REL shall work with their partners to target their work to the specific audiences of interest, particularly those best positioned to help partnerships realize their intended outcomes. RELs shall also work with their partners to share dissemination products in the places or through the networks which these audiences are most likely to seek or receive information.

The REL shall disseminate the work in a way so that policymakers and educators can leverage it and apply it to their context. This involves crafting tailored messages and communication strategies to reach specific audiences. Products developed under this Task should be designed to provide engaging experiences that draw in new audiences and engage existing audiences. RELs are also expected to leverage the work of other RELs and Department grantees and contractors to help policymakers and educators benefit from the evidence and practices

---

45 "Written Product" in this case denotes both traditional research reports as well as alternate formats such as power point slide decks and infographics.

50

ED 002621

supported through the federal investment in education research and evaluation. All products developed under this Task will be reviewed and approved by the COR. For Subtasks that require an approved concept paper or proposal (that is, Subtasks 6.2, 6.3, and 6.7), concept papers and proposals shall include shall also include the proposed labor hours and costs for the project. [46]

### Subtask 6.1 Develop website content

The REL shall be responsible for updating information on their webpages using template forms developed by the external Website contractor. The Website contractor is responsible for the design and structure of the website and RELs are responsible for providing timely and accurate website content in the format specified by the website contractor. RELs are also responsible for ensuring that all updates posted by the REL Website contractor are complete and accurate.

Within four weeks of contract award, the REL is responsible for providing information through an initial set of website forms and submitting them to IES. The REL is expected to submit content as it is developed or conducted such as new blog posts, newsletters, videos, event and TCTS materials, and Applied Research and Peer Reviewed Research-based products once they are approved by IES.

### Subtask 6.2 Develop engaging dissemination materials based on scientifically valid research and evidence-based practices

The REL is responsible for creating supporting materials that present its work in succinct, visually engaging formats. Examples of supporting materials include, but are not limited to, short videos, infographics, fact sheets, or handouts.

IES expects that many Task 4 and all Task 5 projects will have supporting Dissemination activities or products. Such products shall be developed under this Subtask. [47] Dissemination materials based on Task 4 or Task 5 projects should be proposed in the concept paper and proposal for the Task 4 or Task 5 project. An updated proposal may be submitted, if necessary, with refined ideas for the materials after the Task 4 and Task 5 projects are underway. RELs will be required to submit a concept paper to the COR to propose developing dissemination materials under this Subtask that are not based on an existing Task 4 or Task 5 project.

RELs may also disseminate the findings from publicly available research that may be relevant and useful to a wide audience within their region. Whenever possible, the REL shall prioritize IES-funded work that is peer-reviewed and freely available. This includes the work of the WWC, evaluations from the National Center for Education Evaluation and Regional Assistance, and work produced by grantees

---

46 Additional guidance on the content of concept papers and proposals under these Subtasks will be provided post-award. Proposals under these Subtasks will typically require less information and effort than proposals under Tasks 4 and 5 given the smaller scopes of Task 6 projects.

47 Infographics, fact sheets, or any other products that are considered the final written product of applied research in lieu of a traditional research report under Task 5 should be developed under Subtask 5.1. Subtask 6.2 should only be used to develop supporting dissemination materials for Task 4 or 5 projects.

51

ED 002622

from the NCER and NCSER. RELs may choose to connect multiple pieces of research or focus on a single study and shall ensure the findings of the research are understandable and applicable to their partners and other audiences. Products that connect multiple pieces of research will require review by a SME. [48] RELs may disseminate research findings through videos, infographics, or other methods.

The REL is required to make all materials developed under this task 508 compliant. These products will be posted on the REL website by the external website contractor.

***Subtask 6.3 Host events and develop conference presentations to disseminate research.***

RELs are encouraged to present their work widely through events and conference presentations. Events can be designed to be virtual or in person. RELs are encouraged to collaborate with other federal technical assistance centers, such as the Comprehensive Centers on events and presentations whenever feasible. When RELs host a webinar to disseminate their work, RELs shall develop three supporting products to be submitted to the COR within one month of the webinar:

- A 508 compliant video of the event, including a list of keywords and a description of the event. The event archive will be uploaded to the IES YouTube page.

- A 508 compliant one- to two-page summary of the webinar. This summary should include a brief background on the webinar topic, key research-based takeaways, and quotes from presenters.

- A 508 compliant document that lists audience questions during or after the event along with responses from the presenters.

RELs are encouraged to present at both local and national conferences and convenings of educators and policymakers who are well-situated to apply the lessons learned from REL work to policy or practice, furthering their partners' outcomes. This may include presentations to specific professional associations, membership organizations, state or district-level professional development trainings, and educator-focused conferences. While the REL may present its work at researcher-focused conferences, this should not be the REL's primary focus. Materials for events that connect multiple pieces of research may require review by a SME.

***Subtask 6.4 Maintain a newsletter.***

The REL shall create a newsletter that includes general updates about the REL including announcements about publications or products that are released, and any upcoming events. Newsletters shall be produced at least four times a year but may be developed more frequently. RELs may also use their newsletter in an ad-hoc manner to announce events and publications. Newsletters may also be topic-

---

48 See Task 4 for additional discussion on external subject matter experts (SMEs).

52

ED 002623

or partnership-focused. RELs are encouraged to share blog posts in their newsletters as well. Each newsletter shall be archived on the REL website.

### Subtask 6.5 Maintain a blog (not required).

RELs may, but is not required to contribute to the REL Program blog. The blog posts may be newsletter articles (see Subtask 6.4) or unique articles. All blog posts shall tell a short story that explains how the REL's work is helping to advance their partners' outcomes and address high leverage problems in the region, and may share products and resources developed by the REL. If a REL chooses to blog, the blog posts shall appear on a regular schedule and shall be produced at least 4 times a year.

### Subtask 6.6 Maintain a social media presence.

RELs are responsible for maintaining a consistent social media presence. Currently, the only approved social media network for RELs is Twitter; each of the 10 RELs currently maintain their own account. It is possible that additional social media networks will be approved in the future. The REL is responsible for maintaining their REL's existing Twitter account and posting at least two times per week.

All social media posts must be approved by the COR in advance. RELs may submit periodic batches of posts for COR approval, submit posts to the COR on an ad hoc basis, or combine both strategies. As with all dissemination products, social media posts and follows should be strategic and use easy to understand, clear language.

### Subtask 6.7 Develop supporting communications and branding materials.

The REL shall create communications materials that inform policymakers and educators about the existence and purpose of the REL. Under this task the REL may create a brochure or handouts that explain the work of the REL. RELs also may create videos that explain how the REL operates or feature interviews with partners. This should represent a small fraction of the REL's dissemination work, as IES expects that these products will be developed in Year 1 or Year 2 of the five-year REL contract. The REL is expected to develop a proposal for the development of products under this Subtask with their COR as early as possible in the contract period to ensure that work is not duplicated across REL regions.

### Task 6 Deliverables

Table 6 provides a list of required deliverables for work conducted under Task 6, as well as their due dates. RELs and IES may negotiate on a project-by-project basis to add deliverables as appropriate.

**Table 6: Deliverables under Task 6**

| Subtask | Deliverables | Due Date |
|---|---|---|
| 6.1 | Develop website content | |
| | Complete initial website templates | 4 weeks after contract award |

53

|  | Quarterly website updates | As proposed |
|---|---|---|
|  | Website content templates | 2 weeks after the event or product is released and as proposed for blogs and newsletters |
| 6.2 | Develop visually engaging dissemination materials based on scientifically valid research and evidence-based practices | |
|  | Concept Paper | As needed |
|  | Video Storyboard and script | As proposed |
|  | Video | As proposed |
|  | Draft handout, infographic or fact sheet | As proposed |
|  | Final handout, infographic and fact sheet | As proposed |
| 6.3 | Host events and conference presentations | |
|  | Proposal for event or required proposal for conference presentation | As needed |
|  | Agenda and materials | 2 weeks before the event |
|  | Stakeholder Feedback Survey | 2 weeks after the event (or included in the next monthly progress report) |
|  | Webinar video, keywords and description for YouTube page | 4 weeks after the event |
|  | Webinar summary | 4 weeks after the event |
|  | Webinar questions and answers document | 4 weeks after the event |
| 6.4 | Maintain a newsletter | |
|  | Newsletter | At least quarterly; 4 weeks before scheduled release |
| 6.5 | Maintain a blog (not required) | |
|  | Blog | As proposed; at least 4 weeks before scheduled release |
| 6.6 | Maintain a social media presence. | |
|  | Social media posts | As proposed |
| 6.7 | Develop supporting communications and branding materials. | |
|  | Proposal | As proposed |
|  | Video storyboard and script | As proposed |
|  | Video | As proposed |
|  | Brochure or Handouts | |
|  | Brochure or handout | As proposed |

54

ED 002625

## Appendix A: The regional configuration for RELs

| Regional Educational Laboratory | States and Jurisdictions Included in Region |
|---|---|
| Appalachia | Kentucky, Tennessee, Virginia, West Virginia |
| Central | Colorado, Kansas, Missouri, Nebraska, North Dakota, South Dakota, Wyoming |
| Mid-Atlantic | Delaware, Maryland, New Jersey, Pennsylvania, Washington DC |
| Midwest | Illinois, Indiana, Iowa, Michigan, Minnesota, Ohio, Wisconsin |
| Northeast and Islands | Connecticut, Maine, Massachusetts, New Hampshire, New York, Puerto Rico, Rhode Island, Vermont, the U.S. Virgin Islands |
| Northwest | Alaska, Idaho, Montana, Oregon, Washington |
| Pacific | American Samoa, the Commonwealth of the Northern Mariana Islands, the Federated States of Micronesia (Chuuk, Kosrae, Pohnpei, and Yap), Guam, Hawaii, the Republic of the Marshall Islands, the Republic of Palau |
| Southeast | Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina |
| Southwest | Arkansas, Louisiana, New Mexico, Oklahoma, Texas |
| West | Arizona, California, Nevada, and Utah |

55

ED 002626

## Appendix B: Managing Controlled Unclassified Information (CUI)

### Requirements

#### Applicability

The contractor shall be responsible for handling sensitive and/or Controlled Unclassified Information (CUI) that is collected, stored, transmitted, or destroyed for the purposes of this contract in accordance with any applicable laws, regulations and government wide Policies (LRGWP) to include EO 13556, 32 CFR 2002 Part 2, The Department of Education Directive and NIST-800-171B when approved. These requirements apply to the Contractor, its subcontractors and teaming partners, and employees (hereafter referred to collectively as "Contractor"). These requirements are applicable to all Department information and data, regardless of medium, maintained by the Contractor for the performance of this contract.

#### Authorization to Handle CUI

No person may have access to CUI unless that person has a valid need for such access in connection with the accomplishment of a lawful and authorized US Government mission. The Authorized holder is an individual, agency, organization, or group of users that is permitted to designate or handle CUI, in accordance with 32 CFR Part 2002. The authorized holder who designates the CUI must make recipients aware of the information's CUI status in accordance with 32 CFR Part 2002.

#### Safeguarding

The contractor shall be responsible for safeguarding any CUI that is collected for the purposes of this contract. The Contractor shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, audio, video, documentary material, records and/or equipment is properly protected. The Contractor shall abide by and follow all LRGWP as it pertains to safeguarding of CUI. All electronically stored CUI shall be encrypted at rest and in motion as defined in the SOW. Contractors must take reasonable precautions to guard against unauthorized disclosure of CUI. Contractors must include the following measures among the reasonable precautions:

- Establish controlled environments in which to protect CUI from unauthorized access or disclosure and make use of those controlled environments;

56

- Reasonably ensure that unauthorized individuals cannot access or observe CUI, or overhear conversations discussing CUI;

- Keep CUI under the authorized holder's direct control or protect it with at least one physical barrier, and reasonably ensure that the authorized holder or the physical barrier protects the CUI from unauthorized access or observation when outside a controlled environment; and

- Protect the confidentiality of CUI that the Department or authorized holders process, store, or transmit on Federal information systems in accordance with the applicable security requirements and controls established in FIPS PUB 199, FIPS PUB 200, and NIST SP 800-53, (incorporated by reference, see § 2002.2), and paragraph (g) of Section 2002.14

- All Contractors must safeguard CUI using one of the following types of standards:

  o CUI Basic is the default set of standards authorized holders must apply to all CUI.

  o CUI Specified must be safeguarded in accordance with the requirements indicated in the NARA CUI Registry for the designated CUI Category.

- Safeguarding Information systems that process, store, or transmit CUI Basic, in accordance with FIPS PUB 199 (incorporated by reference, see § 2002.2), is categorized at no less than the moderate confidentiality impact level.

- Contractors must also apply the appropriate security requirements and controls from FIPS PUB 200 and NIST SP 800-53 to CUI in accordance with any risk-based tailoring decisions.


Physical Environments

CUI must be stored or handled in controlled environments that prevent or detect unauthorized access. Controlled environment and office spaces should include storing CUI in sealed envelopes, providing electronic locks and cabinets, locked doors, overhead bins and drawers.


Protecting Physical Equipment/Media that contains CUI

All electronic devices, storage media – i.e., video, audio, photographic images must be protected in accordance to the regulations defined in the NARA CUI Registry and mandatory CUI Training.


Protecting CUI when shipping or mailing.

57

When sending CUI, authorized holders:

- May use the United States Postal Service or any commercial delivery service when they need to transport or deliver CUI to another entity;

- Should use in-transit automated tracking and accountability tools when they send CUI;

- May use interoffice or interagency mail systems to transport CUI; and

- Must mark packages that contain CUI according to marking requirements contained in this part and in guidance published by the CUI EA. See § 2002.20 for more guidance on marking requirements.

Reproducing CUI

When reproducing CUI documents on equipment such as printers, copiers, scanners, or fax machines, ensure that the equipment does not retain data or the agency must otherwise sanitize it in accordance with NIST SP 800-53 (incorporated by reference, see § 2002.2).

Transporting

The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When traveling, contractors should ideally store material and equipment containing CUI in a locked vehicle, or in the trunk of a vehicle (weather conditions permitting) and out of plain sight.

Decontrolling

No contractor may decontrol CUI without approval by the CO/COR through the designated owner. Once the approval has been granted, the contractor may remove CUI markings.

Decontrolling does not mean that the information can be released to the public.

Destroying and Deleting CUI

When destroying and deleting CUI, including in electronic form, contractors must do so in a manner that makes it unreadable, indecipherable, and irrecoverable. Contractor must comply with the process - Return of data section documented in this SOW.

58

ED 002629

Marking

All CUI documents must be protected according to LRGWP as defined in 32 CFR 2002, Part 2, ED Directive and NIST 800-171B (when published). The Contractor will adhere to the procedures for marking CUI as outlined in the NARA CUI Registry. Authorized holders of CUI will be held accountable for knowing and following the marking procedures as defined in the NARA CUI Registry.

Training

The Contractor shall ensure that initial mandatory Handling Sensitive Information training is completed before handling sensitive and CUI. The contractor will complete Functional CUI Training when appropriate and complete annual thereafter. The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle CUI, or to design, develop, maintain, or operate a system of records unless the employee has completed training, as required by this clause. The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

Retention of Authorizing Documentation

The Contractor must maintain a current and complete file of all documentation authorizing handling of CUI during the period of performance of the contract, unless otherwise instructed by the Contracting Officer. Documentation will be made accessible during inspections or upon written request by the CO or the COR.

Transmitting

Upon completion of the contract, all CUI information, data, documentary material, records and/or equipment shall be returned to Department control or the Contractor must hold it until otherwise directed.

Self-Inspection

Contractors will be required to perform an annual self-inspection to demonstrate compliance to the CUI program. Self-Inspection Program Requirements include:

- Evaluate adherence to the principles and requirements of the ED Directive (#)

- Safeguarding

- Security Violations

59

ED 002630

- Education and Training

Compliance with Information Protection Requirements

The Chief Information Officer (CIO) or the Office of Inspector General (OIG), through the CO or COR, reserves the right to verify compliance with information security requirements established by this contract. Verification may include, but is not limited to, onsite or offsite inspections, audits, documentation reviews, process observation, network and IT system scanning. The Contractor will fully comply with all Department-initiated inspections as permissible by law.

Information Security Incidents (ISI)

Contractors must immediately report any and all suspected security incidents, breaches, and events involving Department information to the Department's Computer Incident Response Center (EDCIRC) and the Department's Security Operations Center (EDSOC); EDCIRC@ED.GOV; EDSOC voice: 202-243-6550. The EDSOC is available 24 hours per day, 365 days per year. Contractors must report any and all ISI involving information technology (IT) systems and CUI immediately upon becoming aware of the ISI but no later than 60 minutes after becoming aware of the ISI, regardless of day or time; regardless of internal investigation, evaluation, or confirmation of procedures or activities; and regardless of whether the ISI is suspected, known, or determined to involve IT systems operated in support of this contract.

Misuse of CUI / Incident Response and Access to Contractor Information Technology (IT) Systems

During the period of performance of the contract and throughout any contract close-out period, the Contractor must provide the Department, or its designate, with immediate access to all IT systems used by the Contractor to support the performance of the contract for the purpose of inspection and forensic analysis in the event of an ISI. The Contractor shall immediately notify the appropriate CO upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment that is CUI. Disclosure of CUI is limited to authorized personnel with a lawful need-to-know.

60

ED 002631

## Appendix C: IT Accessibility Requirements

Section 508 of the Rehabilitation Act, as amended by the Workforce Investment Act of 1998 (P.L. 105-220) requires that when Federal agencies develop, procure, maintain, or use information and communication technology (ICT), it shall be accessible to people with disabilities. Federal employees and members of the public who have disabilities must have access to, and use of, information and data that is comparable to people without disabilities. Products, platforms and services delivered as part of this work statement that are ICT, or contain ICT, must conform to the Revised 508 Standards, which are located at 36 C.F.R. § 1194.1 & Apps. A, C & D, and available at https://www.access-board.gov/guidelines-and-standards/communications-and-it/about-the-ict-refresh/final-rule/text-of-the-standards-and-guidelines.

Applicable Functional Performance Criteria: All functional performance criteria apply when using an alternative design or technology that achieves substantially equivalent or greater accessibility and usability by individuals with disabilities, than would be provided by conformance to one or more of the requirements in Chapters 4-6 of the Revised 508 Standards, or when Chapters 4-6 do not address one or more functions of ICT.

Applicable requirements for software features and components: All WCAG Level AA Success Criteria, 502 Interoperability with Assistive Technology, 503 Application Applicable requirements for hardware features and components: All requirements apply Applicable support services and documentation: All requirements apply.

Instructions: 1. Provide an Accessibility Conformance Report (ACR) for each commercially available Information and Communication Technology (ICT) item offered through this contract. Create the ACR using the Voluntary Product Accessibility Template Version 2.1 or later, located at https://www.itic.org/policy/accessibility/vpat. Complete each ACR in accordance with the instructions provided in the VPAT template. Each ACR must address the applicable Section 508 requirements referenced in the Work Statement. Each ACR shall state exactly how the ICT meets the applicable standards in the remarks/explanations column, or through additional narrative. All "Not Applicable" (N/A) responses must be explained in the remarks/explanations column or through additional narrative. Address each standard individually and with specificity and clarify whether conformance is achieved throughout the entire ICT Item (for example - user functionality, administrator functionality, and reporting), or only in limited areas of the ICT Item. Provide a description of the evaluation methods used to support Section 508 conformance claims. The agency reserves the right, prior to making an award decision, to perform testing on some or all of the Offeror's proposed ICT items to validate Section 508 conformance claims made in the ACR. 2. Describe your approach to incorporating universal design principles to ensure ICT products or services are designed to support disabled users. 3. Describe plans for features that do not fully conform to the Section 508 Standards. 4. Describe

61

ED 002632

"typical" user scenarios and tasks, including individuals with disabilities, to ensure fair and accurate accessibility testing of the ICT product or service being offered. Instructions: Insert the following language into the Acceptance Criteria section of the solicitation.

Acceptance Criteria: Prior to acceptance, the government reserves the right to perform testing on required ICT items to validate the offeror's Section 508 conformance claims. If the government determines that Section 508 conformance claims provided by the offeror represent a higher level of conformance than what is actually provided to the agency, the government shall, at its option, require the offeror to remediate the item to align with the offeror's original Section 508 conformance claims prior to acceptance.

ICT Accessibility Requirements Statement per the Revised Section 508 of the Rehabilitation Act Data Services or Information Retrieval Systems Electronic Content

Technical Criteria: E205.1 General -

- Electronic content shall comply with E205.

- E205.2 Public Facing -

- Electronic content that is public facing shall conform to the accessibility requirements specified in E205.4.

- 602 Support Documentation -

- 603 Support Services -

- 302 Functional Performance Criteria -

- Software

Technical Criteria: E207.1 General -

- Where components of ICT are software and transmit information or have a user interface, such components shall conform to E207 and the requirements in Chapter 5.

- E207.2 WCAG Conformance -

- User interface components, as well as the content of platforms and applications, shall conform to Level A and Level AA Success Criteria and Conformance Requirements in WCAG 2.0 (incorporated by reference, see 702.10.1).

E207.2.1 Word Substitution -

- When Applying WCAG to Non-Web Software For non-Web software, wherever the term "Web page" or "page" appears in WCAG 2.0 Level A and AA Success Criteria and Conformance Requirements, the term "software" shall be substituted for the terms "Web page" and "page". In addition, in

62

ED 002633

Success Criterion in 1.4.2, the phrase "in software" shall be substituted for the phrase "on a Web page."

E207.3 Complete Process for Non-Web Software: Where non-Web software requires multiple steps to accomplish an activity, all software related to the activity to be accomplished shall conform to WCAG 2.0 as specified in E207.2.

Exceptions: E501.1 Scope: Where Web applications do not have access to platform accessibility services and do not include components that have access to platform accessibility services, they shall not be required to conform to 502 or 503 provided that they conform to Level A and Level AA Success Criteria and Conformance Requirements in WCAG 2.0 (incorporated by reference, see 702.10.1).

Functional Performance Criteria:

- 301.1 Scope - The requirements of Chapter 3 shall apply to ICT where required by 508 Chapter 2 (Scoping Requirements), 255 Chapter 2 (Scoping Requirements), and where otherwise referenced in any other chapter of the Revised 508 Standards or Revised 255 Guidelines.

- 302.1 Without Vision - Where a visual mode of operation is provided, ICT shall provide at least one mode of operation that does not require user vision.

- 302.2 With Limited Vision - Where a visual mode of operation is provided, ICT shall provide at least one mode of operation that enables users to make use of limited vision.

- 302.3 Without Perception of Color - Where a visual mode of operation is provided, ICT shall provide at least one visual mode of operation that does not require user perception of color.

- 302.4 Without Hearing - Where an audible mode of operation is provided, ICT shall provide at least one mode of operation that does not require user hearing.

- 302.5 With Limited Hearing - Where an audible mode of operation is provided, ICT shall provide at least one mode of operation that enables users to make use of limited hearing.

- 302.6 Without Speech - Where speech is used for input, control, or operation, ICT shall provide at least one mode of operation that does not require user speech.

- 302.7 With Limited Manipulation - Where a manual mode of operation is provided, ICT shall provide at least one mode of operation that does not require fine motor control or simultaneous manual operations.

- 302.8 With Limited Reach and Strength - Where a manual mode of operation is provided, ICT shall provide at least one mode of operation that is operable with limited reach and limited strength.

63

ED 002634

- 302.9 With Limited Language, Cognitive, and Learning Abilities - ICT shall provide features making its use by individuals with limited cognitive, language, and learning abilities simpler and easier. END

64

ED 002635

## Appendix D: Records Management Obligations

A.    Applicability

This clause applies to all Contractors whose employees create, work with, or otherwise handle Federal records, as defined in Section B, regardless of the medium in which the record exists.

B.    Definitions

"Federal record" as defined in 44 U.S.C. § 3301, includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them.

The term Federal record: includes IES records; does not include personal materials; applies to records created, received, or maintained by Contractors pursuant to their IES contract; may include deliverables and documentation associated with deliverables.

C.    Requirements

Contractor shall comply with all applicable records management laws and regulations, as well as National Archives and Records Administration (NARA) records policies, including but not limited to the Federal Records Act (44 U.S.C. chs. 21, 29, 31, 33), NARA regulations at 36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.

In accordance with 36 CFR 1222.32, all data created for Government use and delivered to, or falling under the legal control of, the Government are Federal records subject to the provisions of 44 U.S.C. chapters 21, 29, 31, and 33, the Freedom of Information Act (FOIA) (5 U.S.C. 552), as amended, and the Privacy Act of 1974 (5 U.S.C. 552a), as amended and must be managed and scheduled for disposition only as permitted by statute or regulation.

In accordance with 36 CFR 1222.32, Contractor shall maintain all records created for Government use or created in the course of performing the contract and/or delivered to, or under the legal control of the Government and must be managed in accordance with Federal law.

65

ED 002636

Electronic records and associated metadata must be accompanied by sufficient technical documentation to permit understanding and use of the records and data, which should address at minimum the following according to 36 CFR 1236.10:

The following types of records management controls are needed to ensure that Federal records in electronic information systems can provide adequate and proper documentation of agency business for as long as the information is needed. Agencies must incorporate controls into the electronic information system or integrate them into a recordkeeping system that is external to the information system itself (see § 1236.20 of this part).

(a)    Reliability: Controls to ensure a full and accurate representation of the transactions, activities or facts to which they attest and can be depended upon in the course of subsequent transactions or activities.

(b)    Authenticity: Controls to protect against unauthorized addition, deletion, alteration, use, and concealment.

(c)    Integrity: Controls, such as audit trails, to ensure records are complete and unaltered.

(d)    Usability: Mechanisms to ensure records can be located, retrieved, presented, and interpreted.

(e)    Content: Mechanisms to preserve the information contained within the record itself that was produced by the creator of the record;

(f)    Context: Mechanisms to implement cross-references to related records that show the organizational, functional, and operational circumstances about the record, which will vary depending upon the business, legal, and regulatory requirements of the business activity; and

(g)    Structure: controls to ensure the maintenance of the physical and logical format of the records and the relationships between the data elements.

The Department and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Records may not be removed from the legal custody of IES or destroyed except for in accordance with the provisions of the agency records schedules and with the written concurrence of the Head of the Contracting Activity.

Willful and unlawful destruction, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. 2701. In the event of any unlawful or accidental removal, defacing, alteration, or destruction of records, Contractor must report to IES. The agency must report promptly to NARA in accordance with 36 CFR 1230.

The Contractor shall immediately notify the appropriate Contracting Officer upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment. Disclosure of non-public information is limited to authorized personnel with a need-to-know as described in the contract. The Contractor shall ensure that the appropriate personnel,

66

ED 002637

administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, documentary material, records and/or equipment is properly protected. The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When information, data, documentary material, records and/or equipment is no longer required, it shall be returned to IES control or the Contractor must hold it until otherwise directed. Items returned to the Government shall be hand-carried, mailed, emailed, or securely electronically transmitted to the Contracting Officer or address prescribed in the contract. Destruction of records is EXPRESSLY PROHIBITED unless in accordance with Paragraph (4).

The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (sub-contractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under, or relating to, contracts. The Contractor (and any sub-contractor) is required to abide by Government and IES guidance for protecting sensitive, proprietary information, classified, and controlled unclassified information.

The Contractor shall only use Government IT equipment for purposes specifically tied to or authorized by the contract and in accordance with IES policy.

The Contractor shall not create or maintain any records containing any non-public IES information that are not specifically tied to or authorized by the contract.

The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.

IES owns the rights to all data and records produced as part of this contract. All deliverables under the contract are the property of the U.S. Government for which IES shall have unlimited rights to use, dispose of, or disclose such data contained therein as it determines to be in the public interest. Any Contractor rights in the data or deliverables must be identified as required by FAR 52.227-11 through FAR 52.227-20.

Training. All Contractor employees assigned to this contract who create, work with or otherwise handle records are required to take IES-provided records management training. The Contractor is responsible for confirming training has been completed according to agency policies, including initial training and any annual or refresher training.

[Note: To the extent an agency requires contractors to complete records management training, the agency must provide the training to the contractor.]

D.    Flowdown of requirements to subcontractors

67

ED 002638

The Contractor shall incorporate the substance of this clause, its terms, and requirements including this paragraph, in all subcontracts under this contract and require written subcontractor acknowledgment of same.

Violation by a subcontractor of any provision set forth in this clause will be attributed to the Contractor.

68

ED 002639

J.2  Attachment B- Deliverable Schedule

| Subtask | Deliverable | Deliverable Name | Due date |
|---|---|---|---|
| 1.1 | 1.1.0 | Redacted proposal | 3/11/2022 |
| 1.1 | 1.1.1 | Summary of REL Kickoff Meeting | 4/14/2022 |
| 1.2 | 1.2.1.01 | Biweekly/Bimonthly call agenda (3/16/22) | 3/14/2022 |
| 1.2 | 1.2.1.02 | Biweekly/Bimonthly call summary memo (3/16/22) | 3/23/2022 |
| 1.2 | 1.2.1.03 | Biweekly/Bimonthly call agenda (3/29/22) | 3/25/2022 |
| 1.2 | 1.2.1.04 | Biweekly/Bimonthly call summary memo (3/29/22) | 4/5/2022 |
| 1.2 | 1.2.1.05 | Biweekly/Bimonthly call agenda (4/12/22) | 4/8/2022 |
| 1.2 | 1.2.1.06 | Biweekly/Bimonthly call summary memo (4/12/22) | 4/19/2022 |
| 1.2 | 1.2.1.07 | Biweekly/Bimonthly call agenda (4/27/22) | 4/25/2022 |
| 1.2 | 1.2.1.08 | Biweekly/Bimonthly call summary memo (4/27/22) | 5/4/2022 |
| 1.2 | 1.2.1.09 | Biweekly/Bimonthly call agenda (5/11/22) | 5/9/2022 |
| 1.2 | 1.2.1.10 | Biweekly/Bimonthly call summary memo (5/11/22) | 5/18/2022 |
| 1.2 | 1.2.1.11 | Biweekly/Bimonthly call agenda (5/25/22) | 5/23/2022 |
| 1.2 | 1.2.1.12 | Biweekly/Bimonthly call summary memo (5/25/22) | 6/1/2022 |
| 1.2 | 1.2.1.13 | Biweekly/Bimonthly call agenda (6/8/22) | 6/6/2022 |
| 1.2 | 1.2.1.14 | Biweekly/Bimonthly call summary memo (6/8/22) | 6/15/2022 |
| 1.2 | 1.2.1.15 | Biweekly/Bimonthly call agenda (6/22/22) | 6/20/2022 |
| 1.2 | 1.2.1.16 | Biweekly/Bimonthly call summary memo (6/22/22) | 6/29/2022 |
| 1.2 | 1.2.1.17 | Biweekly/Bimonthly call agenda (7/6/22) | 7/1/2022 |
| 1.2 | 1.2.1.18 | Biweekly/Bimonthly call summary memo (7/6/22) | 7/13/2022 |
| 1.2 | 1.2.1.19 | Biweekly/Bimonthly call agenda (7/20/22) | 7/18/2022 |
| 1.2 | 1.2.1.20 | Biweekly/Bimonthly call summary memo (7/20/22) | 7/27/2022 |
| 1.2 | 1.2.1.21 | Biweekly/Bimonthly call agenda (8/3/22) | 8/1/2022 |
| 1.2 | 1.2.1.22 | Biweekly/Bimonthly call summary memo (8/3/22) | 8/10/2022 |
| 1.2 | 1.2.1.23 | Biweekly/Bimonthly call agenda (8/17/22) | 8/15/2022 |
| 1.2 | 1.2.1.24 | Biweekly/Bimonthly call summary memo (8/17/22) | 8/24/2022 |
| 1.2 | 1.2.1.25 | Biweekly/Bimonthly call agenda (8/31/22) | 8/29/2022 |
| 1.2 | 1.2.1.26 | Biweekly/Bimonthly call summary memo (8/31/22) | 9/7/2022 |
| 1.2 | 1.2.1.27 | Biweekly/Bimonthly call agenda (9/14/22) | 9/12/2022 |
| 1.2 | 1.2.1.28 | Biweekly/Bimonthly call summary memo (9/14/22) | 9/21/2022 |
| 1.2 | 1.2.1.29 | Biweekly/Bimonthly call agenda (9/28/22) | 9/26/2022 |
| 1.2 | 1.2.1.30 | Biweekly/Bimonthly call summary memo (9/28/22) | 10/5/2022 |
| 1.2 | 1.2.1.31 | Biweekly/Bimonthly call agenda (10/12/22) | 10/10/2022 |
| 1.2 | 1.2.1.32 | Biweekly/Bimonthly call summary memo (10/12/22) | 10/19/2022 |
| 1.2 | 1.2.1.33 | Biweekly/Bimonthly call agenda (10/26/22) | 10/24/2022 |
| 1.2 | 1.2.1.34 | Biweekly/Bimonthly call summary memo (10/26/22) | 11/2/2022 |
| 1.2 | 1.2.1.35 | Biweekly/Bimonthly call agenda (11/9/22) | 11/7/2022 |
| 1.2 | 1.2.1.36 | Biweekly/Bimonthly call summary memo (11/9/22) | 11/16/2022 |
| 1.2 | 1.2.1.37 | Biweekly/Bimonthly call agenda (11/23/22) | 11/21/2022 |
| 1.2 | 1.2.1.38 | Biweekly/Bimonthly call summary memo (11/23/22) | 11/30/2022 |
| 1.2 | 1.2.1.39 | Biweekly/Bimonthly call agenda (12/7/22) | 12/5/2022 |
| 1.2 | 1.2.1.40 | Biweekly/Bimonthly call summary memo (12/7/22) | 12/14/2022 |
| 1.2 | 1.2.1.41 | Biweekly/Bimonthly call agenda (12/21/22) | 12/19/2022 |
| 1.2 | 1.2.1.42 | Biweekly/Bimonthly call summary memo (12/21/22) | 12/28/2022 |
| 1.2 | 1.2.1.43 | Biweekly/Bimonthly call agenda (1/4/23) | 1/2/2023 |
| 1.2 | 1.2.1.44 | Biweekly/Bimonthly summary memo (1/4/23) | 1/11/2023 |
| 1.2 | 1.2.1.45 | Biweekly/Bimonthly call agenda (1/18/23) | 1/16/2023 |
| 1.2 | 1.2.1.46 | Biweekly/Bimonthly summary memo (1/18/23) | 1/25/2023 |
| 1.2 | 1.2.1.47 | Biweekly/Bimonthly call agenda (2/1/23) | 1/30/2023 |
| 1.2 | 1.2.1.48 | Biweekly/Bimonthly summary memo (2/1/23) | 2/8/2023 |
| 1.2 | 1.2.1.49 | Biweekly/Bimonthly call agenda (2/15/23) | 2/13/2023 |
| 1.2 | 1.2.1.50 | Biweekly/Bimonthly summary memo (2/15/2023) | 2/22/2023 |
| 1.2 | 1.2.1.51 | Biweekly/Bimonthly call agenda (3/1/23) | 2/27/2023 |

ED 002640

| | | | |
|---|---|---|---|
| 1.2 | 1.2.1.52 | Biweekly/Bimonthly summary memo (3/1/23) | 3/8/2023 |
| 1.2 | 1.2.1.53 | Biweekly/Bimonthly call agenda (3/15/2023) | 3/13/2023 |
| 1.2 | 1.2.1.54 | Biweekly/Bimonthly summary memo (3/15/2023) | 3/22/2023 |
| 1.2 | 1.2.1.55 | Biweekly/Bimonthly call agenda (3/29/23) | 3/27/2023 |
| 1.2 | 1.2.1.56 | Biweekly/Bimonthly Summary Memo (3/29/2023) | 4/5/2023 |
| 1.2 | 1.2.1.57 | Biweekly/Bimonthly Call Agenda (4/12/23) | 4/10/2023 |
| 1.2 | 1.2.1.58 | Biweekly/Bimonthly summary memo (4/12/2023) | 4/19/2023 |
| 1.2 | 1.2.1.59 | Biweekly/Bimonthly Call Agenda (4/26/23) | 4/24/2023 |
| 1.2 | 1.2.1.60 | Biweekly/Bimonthly summary memo (4/26/2023) | 5/3/2023 |
| 1.2 | 1.2.1.61 | Biweekly/Bimonthly call agenda (5/10/23) | 5/8/2023 |
| 1.2 | 1.2.1.62 | Biweekly/Bimonthly summary memo | 5/17/2023 |
| 1.2 | 1.2.1.63 | Biweekly/Bimonthly call agenda (5/24/23) | 5/22/2023 |
| 1.2 | 1.2.1.64 | Biweekly/Bimonthly summary memo (5/24/23) | 5/31/2023 |
| 1.2 | 1.2.1.65 | Biweekly/Bimonthly call agenda (6/7/23) | 6/5/2023 |
| 1.2 | 1.2.1.66 | Biweekly/Bimonthly summary memo (6/7/23) | 6/14/2023 |
| 1.2 | 1.2.1.67 | Biweekly/Bimonthly call agenda (6/21/23) | 6/19/2023 |
| 1.2 | 1.2.1.68 | Biweekly/Bimonthly summary memo (6/21/23) | 6/28/2023 |
| 1.2 | 1.2.1.69 | Biweekly/Bimonthly call agenda (7/5/23) | 7/3/2023 |
| 1.2 | 1.2.1.70 | Biweekly/Bimonthly summary memo (7/5/23) | 7/12/2023 |
| 1.2 | 1.2.1.71 | Biweekly/Bimonthly call agenda (7/19/2023) | 7/17/2023 |
| 1.2 | 1.2.1.72 | Biweekly/Bimonthly summary memo (7/19/23) | 7/26/2023 |
| 1.2 | 1.2.1.73 | Biweekly/Bimonthly call agenda (8/2/23) | 7/31/2023 |
| 1.2 | 1.2.1.74 | Biweekly/Bimonthly summary memo (8/2/23) | 8/9/2023 |
| 1.2 | 1.2.1.75 | Biweekly/Bimonthly call agenda (8/16/23) | 8/14/2023 |
| 1.2 | 1.2.1.76 | Biweekly/Bimonthly summary memo (8/16/2023) | 8/23/2023 |
| 1.2 | 1.2.1.77 | Biweekly/Bimonthly call agenda (8/30/23) | 8/28/2023 |
| 1.2 | 1.2.1.78 | Biweekly/Bimonthly summary memo (8/30/23) | 9/6/2023 |
| 1.2 | 1.2.1.79 | Biweekly/Bimonthly call agenda (9/13/2023) | 9/11/2023 |
| 1.2 | 1.2.1.80 | Biweekly/Bimonthly summary memo (9/13/2023) | 9/20/2023 |
| 1.2 | 1.2.1.81 | Biweekly/Bimonthly call agenda (9/27/23) | 9/25/2023 |
| 1.2 | 1.2.1.82 | Biweekly/Bimonthly summary memo (9/27/23) | 10/4/2023 |
| 1.2 | 1.2.1.83 | Biweekly/Bimonthly Call agenda (10/11/23) | 10/9/2023 |
| 1.2 | 1.2.1.84 | Biweekly/Bimonthly summary memo (10/11/23) | 10/18/2023 |
| 1.2 | 1.2.1.85 | Biweekly/Bimonthly call agenda (10/25/2023) | 10/23/2023 |
| 1.2 | 1.2.1.86 | Biweekly/Bimonthly summary memo (10/25/2023) | 11/1/2023 |
| 1.2 | 1.2.1.87 | Biweekly/bimonthly call agenda (11/8/23) | 11/6/2023 |
| 1.2 | 1.2.1.88 | Biweekly/bimonthly summary memo (11/8/2023) | 11/15/2023 |
| 1.2 | 1.2.1.89 | Biweekly/Bimonthly call agenda (11/22/23) | 11/20/2023 |
| 1.2 | 1.2.1.90 | Biweekly/Bimonthly summary memo (11/22/23) | 11/29/2023 |
| 1.2 | 1.2.1.91 | Biweekly/Bimonthly call agenda (12/6/23) | 12/4/2023 |
| 1.2 | 1.2.1.92 | Biweekly/Bimonthly summary memo (12/6/23) | 12/13/2023 |
| 1.2 | 1.2.1.93 | Biweekly/Bimonthly call agenda (12/20/23) | 12/18/2023 |
| 1.2 | 1.2.1.94 | Biweekly/Bimonthly summary memo (12/20/2023) | 12/27/2023 |
| 1.4 | 1.4.1.1 | Department presentation briefing materials | 12/30/2023 |
| 1.4 | 1.4.1.2 | Department presentation summary | 12/30/2023 |
| 1.5 | 1.5.0 | Report on the establishment of the Governing Board | 4/5/2022 |
| 1.5 | 1.5.1.1 | Draft meeting agenda and materials for Governing Board meeting (Spring 2022) | 7/15/2022 |
| 1.5 | 1.5.1.2 | Final meeting agendas and materials for Governing Board Meeting (Spring 2022) | 7/29/2022 |
| 1.5 | 1.5.1.3 | Governing Board meeting summary to IES (Spring 2022) | 8/19/2022 |
| 1.5 | 1.5.2.1 | Draft meeting agenda and materials for Governing Board meeting (Fall 2022) | 10/19/2022 |
| 1.5 | 1.5.2.2 | Final meeting agendas and materials for Governing Board Meeting (Fall 2022) | 11/2/2022 |
| 1.5 | 1.5.2.3 | Governing Board meeting summary to IES (Fall 2022) | 11/23/2022 |
| 1.5 | 1.5.3.1 | Draft meeting agenda and materials for Governing Board meeting (Spring 2023) | 5/15/2023 |
| 1.5 | 1.5.3.2 | Final meeting agenda and materials for Governing Board meeting (Spring 2023) | 6/30/2023 |

| | | | |
|---|---|---|---|
| 1.5 | 1.5.3.3 | Governing Board meeting summary to IES (Spring 2023) | 7/15/2023 |
| 1.5 | 1.5.4.1 | Draft meeting agenda and materials for Governing Board meeting (Fall 2023) | 11/7/2023 |
| 1.5 | 1.5.4.2 | Final meeting agenda and materials for Governing Board meeting (Fall 2023) | 11/14/2023 |
| 1.5 | 1.5.4.3 | Governing Board meeting summary to IES (Fall 2023) | 11/28/2023 |
| 1.6 | 1.6.1.1 | Bi-annual Assessment of Progress Report (Draft) | 6/30/2022 |
| 1.6 | 1.6.1.2 | Bi-annual Assessment of Progress Report (Final) | 6/30/2022 |
| 1.6 | 1.6.2.1 | Bi-annual Assessment of Progress Report (Draft) | 12/1/2022 |
| 1.6 | 1.6.2.2 | Bi-annual Assessment of Progress Report (Final) | 1/5/2023 |
| 1.6 | 1.6.3.1 | Bi-Annual Assessment of Progress Report (Draft) | 6/30/2023 |
| 1.6 | 1.6.3.2 | Bi-Annual Assessment of Progress Report (Final) | 7/28/2023 |
| 1.6 | 1.6.4.1 | Bi-Annual Assessment of Progress Report (Draft) | 11/24/2023 |
| 1.6 | 1.6.4.2 | Bi-Annual Assessment of Progress Report (Final) | 12/29/2023 |
| 1.7 | 1.7.01 | Monthly Progress Report | 4/14/2022 |
| 1.7 | 1.7.02 | Monthly Progress Report | 5/13/2022 |
| 1.7 | 1.7.03 | Monthly Progress Report | 6/14/2022 |
| 1.7 | 1.7.04 | Monthly Progress Report | 7/15/2022 |
| 1.7 | 1.7.05 | Monthly Progress Report | 8/12/2022 |
| 1.7 | 1.7.06 | Monthly Progress Report | 9/15/2022 |
| 1.7 | 1.7.07 | Monthly Progress Report | 10/17/2022 |
| 1.7 | 1.7.08 | Monthly Progress Report | 11/15/2022 |
| 1.7 | 1.7.09 | Monthly Progress Report | 12/14/2022 |
| 1.7 | 1.7.10 | Monthly Progress Report | 1/13/2023 |
| 1.7 | 1.7.11 | Monthly Progress Report | 2/14/2023 |
| 1.7 | 1.7.12 | Monthly Progress Report | 3/14/2023 |
| 1.7 | 1.7.13 | Monthly Progress Report | 4/14/2023 |
| 1.7 | 1.7.14 | Monthly Progress Report | 5/12/2023 |
| 1.7 | 1.7.15 | Monthly Progress Report | 6/14/2023 |
| 1.7 | 1.7.16 | Monthly Progress Report | 7/14/2023 |
| 1.7 | 1.7.17 | Monthly Progress Report | 8/14/2023 |
| 1.7 | 1.7.18 | Monthly Progress Report | 9/14/2023 |
| 1.7 | 1.7.19 | Monthly Progress Report | 10/13/2023 |
| 1.7 | 1.7.20 | Monthly Progress Report | 11/14/2023 |
| 1.7 | 1.7.21 | Monthly Progress Report | 12/14/2023 |
| 1.8 | 1.8.1 | Quarterly Performance Reporting (2022 Q43) | 6/28/2022 |
| 1.8 | 1.8.2 | Quarterly Performance Reporting (2022 Q4) | 9/28/2022 |
| 1.8 | 1.8.3 | Quarterly Performance Reporting (2023 Q1) | 12/30/2022 |
| 1.8 | 1.8.4 | Quarterly Performance Reporting (2023 Q2) | 3/28/2023 |
| 1.8 | 1.8.5 | Quarterly Performance Reporting (2023 Q3) | 6/28/2023 |
| 1.8 | 1.8.6 | Quarterly Performance Reporting (2023 Q4) | 9/28/2023 |
| 1.8 | 1.8.7 | Quarterly Performance Reporting (2024 Q1) | 12/28/2023 |
| 1.9 | 1.9.1 | Submission of security documents for low- and moderate-level clearances | As needed |
| 2.1 | 2.1.1.1 | Cross-REL meeting agenda and materials, quarterly | 8/31/2022 |
| 2.1 | 2.1.1.2 | Cross-REL meeting summary | 9/28/2022 |
| 2.1 | 2.1.2.1 | Teacher workforce leadership area meeting #2 agenda and materials | 11/16/2022 |
| 2.1 | 2.1.2.2 | Teacher workforce meeting #2 summary | 11/16/2022 |
| 2.1 | 2.1.3.1 | Cross-REL meeting agenda and materials, quarterly | 3/1/2023 |
| 2.1 | 2.1.3.2 | Cross-REL meeting summary, quarterly | 3/31/2023 |
| 2.1 | 2.1.4.1 | Cross-REL Meeting agenda and materials, quarterly | 6/1/2023 |
| 2.1 | 2.1.4.2 | Cross-REL Meeting summary, quarterly | 6/30/2023 |
| 2.1 | 2.1.5.1 | Cross-REL meeting agenda and materials, quarterly | 9/1/2023 |
| 2.1 | 2.1.5.2 | Cross-REL meeting summary, quarterly | 9/30/2023 |
| 2.1 | 2.1.6.1 | Cross-REL meeting agenda and materials, quarterly | 12/1/2023 |
| 2.1 | 2.1.6.2 | Cross-REL Meeting summary, quarterly | 12/31/2023 |
| 2.3 | 2.3.1 | Signed letter(s) of intent with each regional Comprehensive Center in REL region | 5/30/2022 |

| | | | |
|---|---|---|---|
| 2.3 | 2.3.1.2 | Annually updated letter(s) of intent with each regional Comprehensive Center in REL Region | 5/26/2023 |
| 2.3 | 2.3.2.1 | Joint needs sensing summary memo | 3/31/2023 |
| 3.1 | 3.1.1 | Partnership Proposal: DPS Identifying promising approaches for student-centered math instruction | 6/30/2022 |
| 3.1 | 3.1.2 | Partnership proposal: Strengthening culture-based education in Standing Rock | 6/1/2022 |
| 3.1 | 3.1.3 | Partnership proposal: Teacher diversity in Colorado | 8/31/2022 |
| 3.1 | 3.1.4 | Partnership proposal: Supporting postsecondary and workforce readiness of students in Kansas | 7/15/2022 |
| 3.1 | 3.1.5 | Partnership proposal: Teacher retention in Missouri | 7/29/2022 |
| 3.1 | 3.1.6 | Partnership Proposal: Mitigating teacher shortages in Wyoming | 8/31/2022 |
| 3.1 | 3.1.7 | Partnership proposal: Accelerating math achievement in North Dakota | 9/16/2022 |
| 3.1 | 3.1.8 | Partnership proposal: Supporting elementary readers in Nebraska | 1/31/2023 |
| 3.1 | 3.1.9 | Partnership proposal: South Dakota TBD partnership | 2/28/2023 |
| 3.2 | 3.2.10.1 | 2022 Annual Stakeholder Feedback Survey Partner Responses | 11/30/2022 |
| 3.2 | 3.2.10.2 | 2023 Partnership Stakeholder Feedback Survey Item Selection | 9/29/2023 |
| 3.2 | 3.2.10.3 | 2023 Annual Stakeholder Feedback Survey Partner Responses | 11/30/2023 |
| 3.2 | 3.2.2.1 | Quarterly partnership meeting agenda and materials: Strengthening culture-based math education in Standing Rock | 10/31/2023 |
| 4.1 | 4.1.17.1 | Concept Paper: DPS Better understanding students' perceptions of their experience in the grade 9 math classroom, highlighting those that facilitate or inhibit their success | 11/4/2022 |
| 4.1 | 4.1.17.2 | Project Proposal: DPS Better understanding students' perceptions of their experience in the grade 9 math classroom, highlighting those that facilitate or inhibit their success | 2/15/2023 |
| 4.1 | 4.1.2.1 | Project concept paper: Standing Rock Developing culture-based math modules and professional learning | 7/15/2022 |
| 4.1 | 4.1.2.2 | Project proposal: Standing Rock Developing culture-based math modules and professional learning | 9/28/2022 |
| 4.1 | 4.1.2.3 | Standing Rock Developing culture-based math modules and professional coaching session #1 materials | 1/6/2023 |
| 4.1 | 4.1.2.4 | Standing Rock Developing culture-based math modules and professional coaching session #2 materials | 2/28/2023 |
| 4.1 | 4.1.2.5 | Standing Rock Developing culture-based math modules and professional coaching session #3 materials | 6/30/2023 |
| 4.1 | 4.1.2.6 | Standing Rock Developing culture-based math modules and professional coaching session #4 materials | 10/31/2023 |
| 4.1 | 4.1.2.7 | Standing Rock Developing culture-based math modules and professional coaching session #5 | 12/29/2023 |
| 4.1 | 4.1.2.8 | Standing Rock Developing culture-based math modules and professional coaching session #6 materials | 6/28/2024 |
| 4.1 | 4.1.2.9 | Standing Rock Developing culture-based education phase 1 resource guide | 5/31/2024 |
| 4.1 | 4.1.2.10 | Standing Rock Developing culture-based math Phase 2 Resource Guide | 9/30/2024 |
| 4.1 | 4.1.3.1 | Project concept paper: Planning for, implementing, and learning from the piloting of a Lakota/Dakota culture-based math innovation in elementary classrooms on the Standing Rock Reservation | 12/29/2023 |
| 4.1 | 4.1.16.1 | Concept Paper: CO Factors Data Collection | 12/7/2022 |
| 4.1 | 4.1.16.2 | Project Proposal: CO Factors Data Collection | 2/24/2023 |
| 4.1 | 4.1.6.1 | Project Concept Paper: KS development of IPS implementation instruments and data collection processes | 8/19/2022 |
| 4.1 | 4.1.6.2 | Project proposal: Kansas Development of IPS implementation instruments and data collection processes | 11/11/2022 |
| 4.1 | 4.1.6.3 | KS Development of IPS implementation instruments and data collection processes: Coaching Session materials #1 | 11/8/2022 |
| 4.1 | 4.1.6.4 | KS Development of IPS implementation Instruments and Data Collection Processes: Coaching Session Materials #2 | 1/6/2023 |

ED 002643

| | | | |
|---|---|---|---|
| 4.1 | 4.1.6.5 | KS Development of IPS implementation instruments and data collection processes: Coaching Session materials #3 | 1/31/2023 |
| 4.1 | 4.1.6.6 | KS Development of IPS implementation instruments and data collection processes: Coaching Session materials #4 | 5/31/2023 |
| 4.1 | 4.1.7.1 | Project Concept Paper: KS Summary of effective IPS practices | 9/16/2022 |
| 4.1 | 4.1.7.2 | Project proposal: KS Summary of effective IPS practices | 11/11/2022 |
| 4.1 | 4.1.7.3 | KS Summary of effective IPS practices: coaching materials #1 | 1/20/2023 |
| 4.1 | 4.1.7.4 | KS Summary of effective IPS practices: coaching session materials #2 | 5/31/2023 |
| 4.1 | 4.1.7.5 | KS Summary of effective IPS practices: coaching session materials #3 | 9/29/2023 |
| 4.1 | 4.1.8.1 | Project concept paper: MO Support District Tracking of New Teacher Experiences | 11/10/2022 |
| 4.1 | 4.1.8.2 | Project proposal: MO Support District Tracking of New Teacher Experiences | 1/6/2023 |
| 4.1 | 4.1.14.1 | Project Concept Paper: MO Technical support to help Ritenour School District monitor working conditions more effectively to inform teacher retention efforts | 11/10/2022 |
| 4.1 | 4.1.14.2 | Project Proposal: MO Technical support to help Ritenour School District monitor working conditions more effectively to inform teacher retention efforts | 1/26/2023 |
| 4.1 | 4.1.13.1 | Wyoming Support for Formative Evaluation of the Teacher Apprenticeship Concept Paper | 12/16/2022 |
| 4.1 | 4.1.13.2 | Wyoming Support for Formative Evaluation of the Teacher Apprenticeship Project Proposal | 1/27/2023 |
| 4.1 | 4.1.12.1 | North Dakota Evidence-based strategies for Differentiated instruction and blended learning concept paper | 8/31/2022 |
| 4.1 | 4.1.12.2 | North Dakota Evidence-based strategies for differentiated instruction and blended learning project proposal | 11/30/2022 |
| 4.1 | 4.1.15.1 | Concept Paper: ND Grantee Community of Practice | 1/6/2023 |
| 4.1 | 4.1.15.2 | Project Proposal: ND Grantee Community of Practice | 2/28/2023 |
| 4.1 | 4.1.10.1 | Project Concept Paper: NE TBD Project | 3/31/2023 |
| 4.1 | 4.1.9.1 | Project Concept Paper: SD TBD Project | 3/31/2023 |
| 4.2 | 4.2.1.1 | AAE #1 proposal | 7/29/2022 |
| 4.2 | 4.2.1.2 | AAE MO Teacher Survey | 8/19/2022 |
| 4.2 | 4.2.1.3 | AAE #1 Summary | 9/14/2022 |
| 4.2 | 4.2.2.1 | AAE  #2 Summary | 3/31/2022 |
| 4.2 | 4.2.2.2 | AAE #3 Summary | 6/302022 |
| 4.2 | 4.2.2.3 | AAE #4 Summary | 9/30/2022 |
| 5.1 | 5.1.7.1 | Concept Paper: DPS Better understanding the retrospective experiences of grade 9 students | 11/4/2022 |
| 5.1 | 5.1.7.2 | Project Proposal: DPS Better understanding the retrospective experiences of grade 9 students | 2/15/2023 |
| 5.1 | 5.1.5.1 | Project concept paper: Colorado Teacher Pipeline Study | 9/23/2022 |
| 5.1 | 5.1.5.2 | Project Proposal: Colorado teacher pipeline study | 11/30/2022 |
| 5.1 | 5.1.6.1 | Project Concept Paper: MO Statewide Study to Identify Promising Mentoring Practices | 12/20/2022 |
| 5.1 | 5.1.6.2 | Project Proposal: MO Statewide Study to Identify Promising Mentoring Practices | 1/31/2023 |
| 5.1 | 5.1.2.2 | Algebra Toolkit Efficacy Study Proposal | 9/29/2022 |
| 5.1 | 5.1.2.3 | Toolkit Study: Data Sharing agreement or memorandum of understanding with districts | 7/31/2024 |
| 5.1 | 5.1.2.4 | Toolkit Study: Toolkit evaluation draft OMB clearance package for data collection instruments | 10/31/2023 |
| 5.1 | 5.1.2.5 | Toolkit Study: Toolkit evaluation draft OMB clearance package for recruitment materials | 4/28/2023 |
| 5.1 | 5.1.2.6 | Toolkit Study: Algebra toolkit efficacy study data collection instruments | 6/30/2023 |
| 5.1 | 5.1.2.7 | Toolkit Study: Toolkit evaluation white paper | 5/31/2026 |
| 5.2 | 5.2.1.2 | Proposal for toolkit to support evidence-based Algebra instruction in middle and high school | 5/18/2022 |
| 5.2 | 5.2.1.3 | Toolkit Development Recruitment One-Pager | 8/3/2022 |
| 5.2 | 5.2.1.4 | Toolkit Development Storyboard and Script | 10/27/2022 |

ED 002644

| 5.2 | 5.2.1.5 | Toolkit Development: Submit Toolkit | 5/31/2024 |
|---|---|---|---|
| 5.2 | 5.2.1.6 | Toolkit Development: Summary of revisions to toolkit based on efficacy evaluation results | 11/30/2025 |
| 6.2 | 6.2.1.1 | Proposal: Infographic on REL CE and SR Partnership | 7/8/2022 |
| 6.2 | 6.2.1.2 | Standing Rock Infographic Content | 7/29/2022 |
| 6.2 | 6.2.1.3 | Standing Rock Infographic | 8/12/2022 |
| 6.2 | 6.2.2.1 | Proposal: Fact Sheet on Culture-Based education and effect models of PD | 9/9/2022 |
| 6.2 | 6.2.2.2 | Fact sheet on Culture-based education and effect models of PD | 11/30/2022 |
| 6.2 | 6.2.3.1 | Proposal: Fact sheet Supporting School Transformation | 11/1/2022 |
| 6.2 | 6.2.3.2 | Draft: Fact sheet Supporting School Transformation | 1/31/2023 |
| 6.2 | 6.2.4.1 | Proposal: KS understanding IPS infographic or fact sheet | 10/28/2022 |
| 6.2 | 6.2.4.2 | Final: Fact sheet/infographic: KS Understanding IPS | 2/1/2023 |
| 6.2 | 6.2.6.1 | Proposal: Colorado Pipeline Infographic | 8/30/2023 |
| 6.2 | 6.2.6.2 | Final: Colorado Pipeline Infographic | 10/30/2023 |
| 6.2 | 6.2.7.1 | Video summarizing the REL partnership with Standing Rock | 12/29/2023 |
| 6.2 | 6.2.8.1 | Proposal: KS summary of effective IPS practices fact sheet | 1/6/2023 |
| 6.2 | 6.2.8.2 | Draft: KS Summary of effective IPS fact sheet | 2/28/2023 |
| 6.3 | 6.3.1 | NNERPP conference materials | 7/5/2022 |
| 6.3 | 6.3.2 | NNERPP conference summary | 8/3/2022 |
| 6.3 | 6.3.3 | Teacher diversity webinar proposal | 12/14/2022 |
| 6.3 | 6.3.4 | Teacher diversity webinar agenda and materials | 2/6/2023 |
| 6.3 | 6.3.5 | Teacher diversity webinar summary | 3/27/2023 |
| 6.3 | 6.3.6.1 | Webinar Proposal: Colorado Pipeline Webinar | 1/15/2023 |
| 6.3 | 6.3.6.2 | Webinar Agenda and Materials: Colorado Pipeline Webinar | 3/8/2023 |
| 6.3 | 6.3.6.3 | Webinar Summary: Colorado Pipeline Webinar | 4/19/2023 |
| 6.3 | 6.3.7.1 | Webinar Proposal: Webinar on culture-based education, evidence-based professional learning, and teacher experiences designing and piloting the modules | 10/31/2023 |
| 6.3 | 6.3.7.2 | Webinar Agenda and Materials: Webinar on culture-based education, evidence-based professional learning, and teacher experiences designing and piloting the modules | 12/8/2023 |
| 6.4 | 6.4.1.1 | Draft newsletter (Summer 2022) | 6/3/2022 |
| 6.4 | 6.4.1.2 | Disseminate Final Newsletter (Summer 2022) | 6/30/2022 |
| 6.4 | 6.4.2.1 | Draft newsletter (Fall 2022) | 9/2/2022 |
| 6.4 | 6.4.3.1 | Draft Newsletter (Winter 2022) | 11/18/2022 |
| 6.4 | 6.4.3.2 | Final Newsletter (Winter 2022) | 12/30/2022 |
| 6.4 | 6.4.4.1 | Draft Newsletter (Spring 2023) | 3/3/2023 |
| 6.4 | 6.4.4.2 | Final Newsletter (Spring 2023) | 3/31/2023 |
| 6.4 | 6.4.5.1 | Draft Summer Newsletter 2023 | 6/1/2023 |
| 6.4 | 6.4.5.2 | Final Summer Newsletter 2023 | 6/30/2023 |
| 6.4 | 6.4.6.1 | Draft Fall Newsletter | 9/1/2023 |
| 6.4 | 6.4.6.2 | Final Fall Newsletter 2023 | 9/29/2023 |
| 6.4 | 6.4.7.1 | Draft Winter Newsletter 2023 | 12/1/2023 |
| 6.4 | 6.4.7.2 | Final Winter Newsletter 2023 | 12/29/2023 |
| 6.5 | 6.5.1.1 | Blog #1 | 7/29/2022 |
| 6.5 | 6.5.1.2 | Blog #2 | 8/24/2022 |
| 6.5 | 6.5.1.3 | Blog #3 | 10/10/2022 |
| 6.5 | 6.5.1.4 | Blog #4 | 12/16/2022 |
| 6.6 | 6.6.1.01 | Social Media Posts | 3/31/2022 |
| 6.6 | 6.6.1.02 | Social Media Posts | 4/29/2022 |
| 6.6 | 6.6.1.03 | Social Media Posts | 5/31/2022 |
| 6.6 | 6.6.1.04 | Social Media Posts | 6/30/2022 |
| 6.6 | 6.6.1.05 | Social Media Posts | 7/31/2022 |
| 6.6 | 6.6.1.06 | Social Media Posts | 8/31/2022 |
| 6.6 | 6.6.1.07 | Social Media Posts | 9/30/2022 |
| 6.6 | 6.6.1.08 | Social Media Posts | 10/28/2022 |

| | | | |
|---|---|---|---|
| 6.6 | 6.6.1.09 | Social Media Posts | 11/30/2022 |
| 6.6 | 6.6.1.10 | Social Media Posts | 12/30/2022 |
| 6.6 | 6.6.1.11 | Social Media Posts | 1/31/2023 |
| 6.6 | 6.6.1.12 | Social Media Posts | 2/28/2023 |
| 6.6 | 6.6.1.13 | Social Media Posts | 3/31/2023 |
| 6.6 | 6.6.1.14 | Social Media Posts | 4/28/2023 |
| 6.6 | 6.6.1.15 | Social Media Posts | 5/31/2023 |
| 6.6 | 6.6.1.16 | Social Media Posts | 6/30/2023 |
| 6.6 | 6.6.1.17 | Social Media Posts | 7/31/2023 |
| 6.6 | 6.6.1.18 | Social Media Posts | 8/31/2023 |
| 6.6 | 6.6.1.19 | Social Media Posts | 9/29/2023 |
| 6.6 | 6.6.1.20 | Social Media Posts | 10/31/2023 |
| 6.6 | 6.6.1.21 | Social Media Posts | 11/30/2023 |
| 6.6 | 6.6.1.22 | Social Media Posts | 12/29/2023 |
| 6.7 | 6.7.1 | Templates | 6/1/2022 |
| 6.7 | 6.7.2.1 | REL Central brochure | 9/30/2022 |

ED 002646

ED 002647