IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHILD TRENDS, INC., ET AL.,

    Plaintiffs,

v.

                                                     Civil No. 25-1154-BAH

UNITED STATES DEPARTMENT OF
EDUCATION ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 15th day of August, 2025, ORDERED that:

(1) Plaintiffs' motion for partial summary judgment, ECF 48, is **GRANTED** as to the Plaintiffs' Program Claims (*see* counts I–III) and **DENIED** as to the Grant Termination Claims (*see* counts II–III);

(2) Defendants' motion to dismiss, ECF 49, is **GRANTED** as to Plaintiffs' Grant Termination Claims (*see* counts II–III), *ultra vires* claim against DOGE (count IV), and mandamus claim (count VI) and **DENIED** as to Plaintiffs' Program Claims (*see* counts I–III);

(3) The Court **DECLARES** that the termination of the Comprehensive Center and Regional Educational Laboratory programs is contrary to law;

(4) The termination of the Comprehensive Center and Regional Educational Laboratory programs is **VACATED**;

(5) Defendants are **ORDERED** to comply with their statutory obligations to fund the Comprehensive Center and Regional Educational Laboratory programs, *see* 20 U.S.C. §§

9564, 9602, before the current fiscal year appropriations lapse on September 30, 2025, *see* Pub. L. 118–47, 138 Stat 460, 683; and

(6) The Parties are **ORDERED** to file by 5 p.m. on Wednesday, August 20 a joint status report advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025.

/s/
Brendan A. Hurson
United States District Judge