IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

**SECOND JOINT STATUS REPORT**

On August 15, 2025, the Court issued a Memorandum Opinion and accompanying Order, requiring the Parties to file a joint status report on August 20, 2025, "advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025." ECF No. 62 at 2. The Parties filed their initial Joint Status Report ("Initial Report") on August 20, 2025, and proposed to file an additional status report by 5:00 p.m. on August 27, 2025. ECF No. 63. The Parties, by and through their undersigned counsel, hereby file this joint status report and state the following:

**DEFENDANTS' UPDATE**

1. **AVAILABLE APPROPRIATIONS**:[1]

   A. **2024 Comprehensive Centers Funds:**

      i. The Department has previously obligated $50,000,000 for the Comprehensive Centers available under the Further Consolidated Appropriations Act of 2024 (the "2024 Appropriations Act"), Pub. L. 118-47, 138 Stat. 460, 682-683 (Mar. 23, 2024).

---

[1] This status report supplements but does not repeat information provided in the previous status report at ECF 63.

      ii. ED intends to reinstate all FY 2024 funding to each Comprehensive Center that accepts the Department's offer of reinstatement.

    **B. 2025 Comprehensive Center Funds:**

      i. The Full-Year Continuing Appropriations and Extensions Act, 2025 ("2025 CR"), provided $50,000,000 for the Comprehensive Centers, which remains available for obligation by the Department through September 30, 2025.

      ii. ED intends to obligate all FY 2025 Comprehensive Center funding to the Comprehensive Centers that accept the Department's offer of reinstatement prior to the appropriations availability deadline of September 30, 2025.

    **C. 2024 ("REL") Funds:**

      i. The 2024 Appropriations Act provided $793,106,000 for the Institute of Education Sciences account for Education, all of which was to "remain available through September 30, 2025" as multiyear funds. Pub. L. 118-47, 138 Stat. 460, 690. Congress indicated that $53,733,000 of the FY 2024 funds for the Institute of Education Sciences account was to be used for the RELs.

      ii. As of the date of this status report, of the $53,733,000 FY 2024 REL funding, the following has been obligated, expended, or remains available:

| RELS Total Appropriated in FY 2024 | Obligated & Unexpended | Obligated & Expended | Subtotal, Obligated as of 8/27/25 | Unallotted Balance |
|---|---|---|---|---|
| $ 53,733,000.00 | $ 2,628,322.55 | $ 31,843,609.87 | $ 34,471,932.42 | $ 19,261,067.58 |

      iii. ED intends to re-obligate the unexpended FY 2024 funding and the FY 2024 remaining unallotted, unobligated balance prior to the appropriations availability deadline of September 30, 2025.

2. **TIMETABLE FOR COMPREHENSIVE CENTERS AND RELS:**

    **A. Completed Activities:**

      i. On August 21, 2025, the Department transmitted reinstatement offers to the previously terminated Comprehensive Centers grantees and REL contractors, informing them of their ability to have their grant or contract reinstated. The Department required that prior Comprehensive Center/RELs provide their response to the reinstatement offer by no later than 5 p.m. August 28, 2025.

      ii.      As of the date of this Second Joint Status Report:

            a.    All 18 previously terminated Comprehensive Centers have indicated they will accept reinstatement.

            b.    All 10 previously terminated RELs have indicated they will accept reinstatement.

**B. Weeks of September 1st through September 22nd:**

ED believes it is on track to complete the tasks specified for the weeks from September 1 through September 22, 2025, as set forth in the Status Report of August 20, 2025, at ECF 63.

**C. By September 30, 2025:**

      i.      "[F]und the Comprehensive Center and Regional Educational Laboratory programs, see 20 U.S.C. §§ 9564, 9602, before the current fiscal year appropriations lapse on September 30, 2025." *See* ECF No. 62 at page 2.

      ii.      Obligate and/or reobligate FY 2024 funds and reinstate Comprehensive Centers and all REL contracts.

      iii.      Obligate FY 2025 funds for non-competing continuation ("NCC") slate of awards for reinstated Comprehensive Centers grantees, consistent with Education's regulations governing continuation of multi-year projects.

**PLAINTIFFS' RESPONSE**

Plaintiffs continue to agree in principle with the framework outlined in the Joint Status Reports and continue to seek more information from Defendants about the process to be employed, including to ensure that the steps outlined fully comply with the Court's order.

**NEXT REPORT**

Given the number of tasks that are scheduled to be completed during the next 7 days, and the upcoming Labor Day Holiday, the Parties propose to file an additional status report by 5:00 p.m. on September 4, 2025, further detailing steps Defendants have taken or will take to fulfill their statutory obligations.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


_____/s/_____
Tianna Bethune
Ariana Wright Arnold
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Tianna.Bethune@usdoj.gov
Ariana.Arnold@usdoj.gov

*Counsel for Defendants*


_____/s/_____
Kyla M. Snow
    *admitted pro hac vice*
Daniel F. Jacobson
Lynn D. Eisenberg
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
*kyla@jacobsonlawyersgroup.com*


*Counsel for Plaintiffs*

4