IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

### THIRD JOINT STATUS REPORT

On August 15, 2025, the Court issued a Memorandum Opinion and accompanying Order, requiring the Parties to file a joint status report on August 20, 2025, "advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025." ECF 62 at 2. Since that time, the Parties filed two Status Reports on August 20, and 28, 2025. ECF 63, 65. The Parties, by and through their undersigned counsel, hereby file this Third Joint Status report and state the following:

**DEFENDANTS' UPDATE**

1. **AVAILABLE APPROPRIATIONS**: [1]

    A. **2024 Comprehensive Centers Funds:** *No change.*

    B. **2025 Comprehensive Center Funds:** *No change.*

    C. **2024 ("REL") Funds:** *No change.*

---

[1] This status report supplements but does not repeat information provided in the previous status reports at ECF 63 and 65.

2. **TIMETABLE AND STATUS:**

    A. **Completed Activities:**

        i. On August 21, 2025, the Department sent reinstatement offers to the previously terminated Comprehensive Centers grantees and REL contractors, informing them of their ability to have their grant or contract reinstated. The Department required that prior Comprehensive Center/RELs provide their response to the reinstatement offer by no later than 5 p.m. August 28, 2025.

        ii. By August 28, 2025, all 18 previously terminated Comprehensive Centers and all 10 previously terminated RELs indicated they will accept reinstatement.

        iii. On August 29, 2025, the Department sent letters to all <u>Comprehensive Centers</u> who had indicated they would accept reinstatement informing them that Department staff were diligently working on taking the technical steps necessary to reinstate grant funds as quickly as possible, that they could begin to reimplement plans consistent with the previously approved application, provided general terms regarding the reinstatement, and asked that each submit, not later than September 10, 2025, a brief five page plan and abbreviated budget table for resuming operations.

        iv. On September 3, 2025, the Department sent letters to all <u>RELs</u> who had indicated they would accept reinstatement requiring that each REL submit a Plan for Resuming Operations, which should outline the activities the REL will undertake to resume work with existing partners and, to the extent possible, forecast what that work might entail from reinstatement date until the end of the REL's previous performance period, and asked that each submit, not later than September 10, 2025, a brief plan and abbreviated budget table for resuming operations.

        v. On September 3, 2025, the Department <u>reinstated</u> previously obligated remaining 2024 Appropriations Act funds for previously terminated Comprehensive Centers in the Department's G5 grant management system.

    B. **Week of September 1st:**

        i. The Department has begun work with Education Contracts and Acquisitions Management to reinstate contracts for terminated RELs.

        ii. The Department is on track to issue updated Cooperative Agreement/s to prior Comprehensive Centers grantees by the end of the week of September 1st.

  C. **Weeks of September 8th through September 22nd:**

  ED believes it is on track to complete the tasks specified for the weeks from September 8 through September 22, 2025, as set forth in the Status Report of August 20, 2025, at ECF 63.

  D. **September 24-26, 2025:**

   i. ED intends to finalize its review of the plan for resuming operations for the Comprehensive Centers and RELs, respectively, by September 24, 2025.

   ii. ED intends to obligate continuation awards for the Comprehensive Centers, and re-obligate and obligate funding to reinstate the REL contracts, by September 26, 2025.

  E. **By September 30, 2025:** *No change.*

**PLAINTIFFS' RESPONSE**

Plaintiffs continue to agree in principle with the framework outlined in the Joint Status Reports and continue to seek more information from Defendants about the process to be employed, including to ensure that the steps outlined fully comply with the Court's order.

**NEXT REPORT**

The Parties propose to file an additional status report by 5:00 p.m. on <u>September 11, 2025</u>, by which time all of the Comprehensive Centers and RELs should have submitted their plans for resuming operations, and ED will again further detail the steps Defendants have taken or will take to fulfill their statutory obligations.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Tianna Bethune
Ariana Wright Arnold
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Tianna.Bethune@usdoj.gov
Ariana.Arnold@usdoj.gov

*Counsel for Defendants*

_____/s/_____
Daniel F. Jacobson
Lynn D. Eisenberg
Kyla M. Snow
    *admitted pro hac vice*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
*lynn@jacobsonlawyersgroup.com*

*Counsel for Plaintiffs*

4