#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

#### FOURTH JOINT STATUS REPORT

On August 15, 2025, the Court issued a Memorandum Opinion and accompanying Order, requiring the Parties to file a joint status report on August 20, 2025, "advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025." ECF 62 at 2. Since that time, the Parties filed three Status Reports on August 20, 28, and September 4, 2025. ECF 63, 65, 67. The Parties, by and through their undersigned counsel, hereby file this Third Joint Status report and state the following:

**DEFENDANTS' UPDATE**

1. **AVAILABLE APPROPRIATIONS**: [1]

    A. **2024 Comprehensive Centers Funds:** *No change.*

    B. **2025 Comprehensive Center Funds:** *No change.*

    C. **2024 ("REL") Funds:** *No change.*

---

[1] This status report supplements but does not repeat information provided in the previous status reports at ECF 63, 65, 67.

**2.      TIMETABLE AND STATUS:**

   **A.  Completed Activities:**

   i.  As of the date of this report, the Department has received all plans for resuming operations for the reinstated Comprehensive Centers and RELs. Review of the submitted plans is underway.

   ii. On September 4 and 5, 2025, the Department issued updated Cooperative Agreements to all prior Comprehensive Centers grantees.

   **B.  Weeks of September 15th through September 30th:**

   i.  The Department of Education ("DOE") believes it is on track to complete the tasks specified for the weeks from September 15 through September 30, 2025, as set forth in the previously submitted status reports, at ECF 63, 65 and 67.

**PLAINTIFFS' RESPONSE**

Plaintiffs continue to agree in principle with the framework outlined in the Joint Status Reports and continue to seek more information from Defendants about the process to be employed, including to ensure that the steps outlined fully comply with the Court's order.

**NEXT REPORT**

The Parties propose to file an additional status report by 5:00 p.m. on September 18, 2025, by which time DOE will provide further detail on the steps Defendants have taken or will take to fulfill their statutory obligations.

*(SIGNATURE BLOCKS ON THE FOLLOWING PAGE)*

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Tianna Bethune
Ariana Wright Arnold
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Tianna.Bethune@usdoj.gov
Ariana.Arnold@usdoj.gov

*Counsel for Defendants*


_____/s/_____
Daniel F. Jacobson
Lynn D. Eisenberg
Kyla M. Snow
    *admitted pro hac vice*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
*lynn@jacobsonlawyersgroup.com*

*Counsel for Plaintiffs*