IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

**FIFTH JOINT STATUS REPORT**

On August 15, 2025, the Court issued a Memorandum Opinion and accompanying Order, requiring the Parties to file a joint status report on August 20, 2025, "advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025." ECF 62 at 2. Since that time, the Parties filed four Status Reports on August 20, 28, and September 4 and 11, 2025. ECF Nos. 63, 65, 67, 69. The Parties, by and through their undersigned counsel, hereby file this Fifth Joint Status Report and state the following:

**DEFENDANTS' UPDATE**

1. **AVAILABLE APPROPRIATIONS**: [1]

    A. **2024 Comprehensive Centers Funds:** *No change.*

    B. **2025 Comprehensive Center Funds:** *No change.*

    C. **2024 ("REL") Funds:** *No change.*

---

[1] This status report supplements but does not repeat information provided in the previous status reports at ECF 63, 65, 67 and 69.

2. **TIMETABLE AND STATUS:**

   A. **Completed Activities:**

   i. On September 11, 2025, the Department invited a proposal from the National Comprehensive Center for supplemental funding to support regional Comprehensive Centers and RELs, for allowable activities authorized in the Educational Technical Assistance Act of 2002 (ETAA, P.L. 107-279). The Department will obligate any potential supplemental funding in relation to this invitation before the current fiscal year appropriations lapse on September 30, 2025.

   ii. As of the date of this report, the Department has finalized its review of plans for resuming operations for all 18 of the reinstated Comprehensive Centers.

   iii. The Department is in the process of preparing the non-competing continuation slate of awards for reinstated Comprehensive Centers grantees, for obligation of FY 2025 funding.

   iv. The Department continues to review plans for resuming operations for each REL. The Department has engaged in clarifying communications with each REL and has requested that revisions be finalized and resubmitted by 10 AM ET on September 19, 2025.

   B. **Weeks of September 22nd through September 30th:**

   i. The Department anticipates submitting REL reinstatements to the Contract Action Waiver Request team by no later than September 24, 2025, due to its continued review of the plans for resuming operations for each REL.

   ii. The Department believes it is on track to complete the tasks specified for the weeks from September 22 through September 30, 2025, as set forth in the previously submitted status reports, at ECF 63, 65, 67 and 69.

**PLAINTIFFS' RESPONSE**

Plaintiffs continue to agree in principle with the framework outlined in the Joint Status Reports and continue to seek more information from Defendants about the process to be employed, including to ensure that the steps outlined fully comply with the Court's order.

**NEXT REPORT**

The Parties propose to file additional status reports by 5:00 p.m. on <u>September 25, and 29, 2025</u>, by which time the Department will provide further detail on the steps Defendants have

taken or will take to fulfill their statutory obligations. Defendants will also provide an interim status report to Plaintiffs between <u>September 25, and 29, 2025.</u>

                                        Respectfully submitted,

                                        Kelly O. Hayes
                                        United States Attorney

                                          _____/s/_____
                                        Tianna Bethune
                                        Ariana Wright Arnold
                                        Assistant United States Attorneys
                                        36 S. Charles Street, Fourth Floor
                                        Baltimore, Maryland 21201
                                        410-209-4800
                                        Tianna.Bethune@usdoj.gov
                                        Ariana.Arnold@usdoj.gov

                                        *Counsel for Defendants*


                                        _____/s/_____
                                        Kyla M. Snow
                                             *admitted pro hac vice*
                                        Daniel F. Jacobson
                                        Lynn D. Eisenberg
                                        JACOBSON LAWYERS GROUP PLLC
                                        1629 K Street NW, Suite 300
                                        Washington DC, 20006
                                        (301) 823-1148
                                        *kyla@jacobsonlawyersgroup.com*

                                        *Counsel for Plaintiffs*