IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

**SIXTH JOINT STATUS REPORT**

On August 15, 2025, the Court issued a Memorandum Opinion and accompanying Order, requiring the Parties to file a joint status report on August 20, 2025, "advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025." ECF 62 at 2. Since that time, the Parties filed five Status Reports on August 20, 28, and September 4, 11 and 18, 2025. ECF Nos. 63, 65, 67, 69, 71. The Parties, by and through their undersigned counsel, hereby file this Sixth Joint Status Report and state the following:

**DEFENDANTS' UPDATE**

1. **AVAILABLE APPROPRIATIONS**: [1]

    A. **2024 Comprehensive Centers Funds:** *No change.*

    B. **2025 Comprehensive Center Funds:** As of the date of this report, the Department has or anticipates obligating the following amounts from the $50,000,000 appropriated for the Comprehensive Centers in FY 2025:

---

[1] This status report supplements but does not repeat information provided in the previous status reports at ECF 63, 65, 67, 69 and 71.

| Amount | Obligated/ Anticipated | Description |
|---:|---|---|
| $13,919 | Obligated | Peer Review and Evidence Review for all competitions under this program for FY25 costs associated with the FY2024 competition. |
| $1,500,000 | Obligated | For 1 non-competing continuation grant award to the National Comprehensive Center. |
| $44,096,802 | Anticipated | For 19 non-competing continuation grant awards to Comprehensive Centers |
| $4,389,279 | Anticipated | For 1 supplemental grant award to the National Comprehensive Center. |
| $50,000,000 | | Total Expected Obligations This Fiscal Year |
| $0 | | Funds Expected to Lapse |

C. **2024 ("REL") Funds:** *No change.*

2. **TIMETABLE AND STATUS:**

   A. **Completed Activities:**

   i. Comprehensive Centers:
      a. On September 22, 2025, the Department finalized the non-competing continuation slate for the National Comprehensive Center. As of the date of this report, ED has obligated the $1,500,000 in continuation funding for the National Comprehensive Center.
      b. On September 24, 2025, the Department finalized the non-competing continuation slate of awards for reinstated Comprehensive Centers grantees, under which ED will obligate $44,096,802 in FY 2025 funding. On September 25, 2025, these funds were committed for such use.

   ii. RELs:
      a. On September 23, 2025, the Department submitted all 10 REL reinstatements to the Contract Action Waiver Request ("CAWR") portal. These contract actions were approved through CAWR on September 24, 2025.
      b. On September 25, 2025, the Department committed the remaining $19,261,067.58 of FY 2024 REL funds, reported as the "Unallotted Balance" within the Second Joint Status Report. These committed funds will be obligated as $17,794,445.58 for the RELs, and $1,466,622.00 for the REL Peer Review Contract.

   B. **September 26th through September 30th:**

   i. The Department anticipates obligating $44,096,802 in FY 2025 funding for the

    remaining 19 Comprehensive Centers on September 26, 2025.

  ii. The Department is undergoing internal clearance to approve obligation of the remaining $4,389,279 in FY 2025 funding for the Comprehensive Centers as a supplemental award for the National Comprehensive Center. Obligations under this supplemental award will make use of the remaining FY 2025 Appropriation for the Comprehensive Centers

  iii. The Department commits to reinstating the 10 RELs and obligating the remaining $19,261,067.58 of the FY 2024 REL appropriation by September 30, 2025.

**PLAINTIFFS' RESPONSE**

Plaintiffs continue to agree in principle with the framework outlined in the Joint Status Reports and continue to seek more information from Defendants about the process to be employed, including to ensure that the steps outlined fully comply with the Court's order.

**NEXT REPORT**

The Parties will file their next status report by 5:00 p.m. on <u>September 29, 2025</u>, by which time the Department will provide further detail on the steps Defendants have taken or will take to fulfill their statutory obligations.

*(SIGNATURE BLOCKS ON THE FOLLOWING PAGE)*

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Tianna Bethune
Ariana Wright Arnold
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Tianna.Bethune@usdoj.gov
Ariana.Arnold@usdoj.gov
*Counsel for Defendants*


_____/s/_____
Daniel F. Jacobson
Lynn D. Eisenberg
Kyla M. Snow
   *admitted pro hac vice*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
*lynn@jacobsonlawyersgroup.com*
*Counsel for Plaintiffs*