IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

### SEVENTH JOINT STATUS REPORT

On August 15, 2025, the Court issued a Memorandum Opinion and accompanying Order, requiring the Parties to file a joint status report on August 20, 2025, "advising the most practicable option for Defendants to fulfill their statutory obligations in light of any implementation challenges, with a detailed timetable of specific steps Defendants will take to meet such obligations by September 30, 2025." ECF 62 at 2. Since that time, the Parties filed Status Reports on August 20, 28, and September 4, 11, 18 and 25, 2025. ECF Nos. 63, 65, 67, 69, 71, 73. The Parties, by and through their undersigned counsel, hereby file this Seventh Joint Status Report and state the following:

**DEFENDANTS' UPDATE**

1. **AVAILABLE APPROPRIATIONS**:[1]

   A. **2024 Comprehensive Centers Funds:** *No change.*

   B. **2025 Comprehensive Center Funds:** As of the date of this report, the Department has fully obligated the $50,000,000 appropriated for the Comprehensive Centers in FY 2025.

   C. **2024 ("REL") Funds:** As of the date of this report, the Department has fully obligated the $53,733,000 appropriated for the RELs in FY 2024.

---

[1] This status report supplements but does not repeat information provided in the previous status reports at ECF 63, 65, 67, 69, 71, and 73.

2. **TIMETABLE AND STATUS:**

    A. **Completed Activities:**

        i. Comprehensive Centers:
- a. On September 26, 2025, the Department obligated $44,096,802 in FY 2025 Comprehensive Center funds for non-competing continuation awards to the reinstated Comprehensive Center grantees.
- b. On September 29, 2025, the Department obligated $4,389,279 in FY 2025 funding for the Comprehensive Centers as a supplemental award for the National Comprehensive Center.
- c. As of the date of this report, the Department has obligated all FY 2024 and FY 2025 funds appropriated for the Comprehensive Center program.

        ii. RELs:
- a. On September 26, 2025, the Department reinstated all 10 RELs and obligated $17,794,445.58 of FY 2024 funds as part of this reinstatement.
- b. On September 26, 2025, the Department obligated $1,466,622.00 for the REL Peer Review Contract.
- c. As of the date of this report, the Department has obligated all FY 2024 funds appropriated for the REL program.

        iii. August 15th, 2025, Court Order
- a. As of the date of this report, the Department is in full compliance with the terms of the August 15th, 2025, Court Order, and has specifically fulfilled the "statutory obligations to fund the Comprehensive Center and Regional Educational Laboratory programs […] before the current fiscal year appropriations lapse on September 30, 2025."

3. **NO FURTHER STATUS REPORTS ARE REQUIRED**

Defendant's position is that no further status reports should be required as the Defendant has complied with the terms of the Court's Opinion at ECF 61, and that the case should now be closed.

**PLAINTIFFS' RESPONSE**

Plaintiffs' position is that this is the final status report relating to appropriations expiring on September 30, 2025. Plaintiffs will continue to monitor compliance with the Court's order, including with respect to funds appropriated for next Fiscal Year.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/s/_____
Tianna Bethune
Ariana Wright Arnold
Assistant United States Attorneys
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Tianna.Bethune@usdoj.gov
Ariana.Arnold@usdoj.gov

*Counsel for Defendants*


_____/s/_____
Daniel F. Jacobson
Lynn D. Eisenberg
Kyla M. Snow
    *admitted pro hac vice*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
*lynn@jacobsonlawyersgroup.com*

*Counsel for Plaintiffs*

3