IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF EDUCATION et al., *Defendants*. | Case No. 8:25-cv-01154-BAH |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

For the reasons stated in the attached Memorandum in Support, Plaintiffs move for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: November 12, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson
Lynn D. Eisenberg
Kyla M. Snow
   *Admitted Pro Hac Vice*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

1