IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHILD TRENDS, INCORPORATED et al.,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
EDUCATION et al.,

*Defendants*.

Case No. 8:25-cv-01154-BAH

### DECLARATION OF NATALIA PANE IN SUPPORT OF PETITION FOR ATTORNEYS' FEES

I, Natalia Pane, declare as follows:

1. I am President and CEO at Child Trends, Incorporated (Child Trends). That statements made in this declaration are based on my personal knowledge and understanding of information made available to me pursuant to my duties at Child Trends.

2. Child Trends is an independent, nonpartisan, not-for-profit, research organization incorporated in New York with tax-exempt status under Section 501(c)(3) of the Internal Revenue Code and a business address of 12300 Twinbrook Parkway, Suite 235, Rockville, MD 20852.

3. As of April 7, 2025, Child Trends had approximately 240 staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __31__ day of October, 2025.

Natalia Pane

President and CEO
Child Trends