UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHILD TRENDS, INCORPORATED et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | Case No. 8:25-cv-01154-BAH |

**[PROPOSED] ORDER**

Before this Court is Plaintiffs' Motion for Attorneys' Fees under the Equal Access to Justice Act. The Court hereby **GRANTS** the Motion and **ORDERS** Defendants to reimburse Plaintiffs the full amount of attorneys' fees requested through today's date.

Dated: _____

                                                                                                              _____
                                                                                                               The Honorable Brendan A. Hurson
                                                                                                                United States District Judge