IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHILD TRENDS, INCORPORATED, ET AL.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,

    Defendants.

Case No.: 8:25-cv-01154-BAH

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time it is this __21st__ day of __November__, 2025, hereby ORDERED that the motion is GRANTED. The deadline for Defendants to respond to Plaintiff's Motion for Attorney's Fees, ECF 78, is December 17, 2025, and the deadline for Plaintiffs' reply is January 14, 2026.

/s/
United States District Judge
Brendan A. Hurson