**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHILD TRENDS, INCORPORATED et al., | Case No. 8:25-cv-01154-BAH |
| *Plaintiffs*, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION et al., | |
| *Defendants*. | |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiffs, by and through undersigned counsel, submit this notice that the parties have reached a negotiated resolution on Plaintiffs' Motion for Attorney's Fees, ECF No. 78. In light of this resolution, Plaintiffs hereby withdraw their motion, and respectfully request that the Court treat the motion as withdrawn or deny it as moot.

March 11, 2026

Respectfully submitted,

/s/Daniel F. Jacobson
Daniel F. Jacobson
Lynn D. Eisenberg
Kyla M. Snow*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

* admitted *pro hac vice*

*Counsel for Plaintiffs*